AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

2011 AUG 16 PM 4 37

FILED by _____ D.C.
AUG 2 2 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

United States of America )
v. )
) Case No. 11-cr-80072-KAM/AEV
ROSE MARKS, et al., )
Defendants. )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **ROSE MARKS**

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Wire in violation of Title 18, United States Code, Section 1349, Mail Fraud in violation of Title 18, United States Code, Section 1341, Wire Fraud in violation of Title 18, United States Code, Section 1343, Money Laundering Conspiracy in violation of Title 18, United States Code, Section 1956.

Date: 05/19/2011

_____
Issuing officer's signature

City and state: Fort Lauderdale, Florida

STEVEN M. LARIMORE, CLERK OF COURT
Printed name and title

### Return

This warrant was received on (date) 8/16/2011, and the person was arrested on (date) 8/16/2011
at (city and state) FTL, FL

Date: 8/19/2011

_____
Arresting officer's signature

M Smiley Ousn
Printed name and title

2148373

1104 0819 5130-J