UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:11-80072-Cr-Marra/Vitunac (s)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROSE MARKS,

        Defendant.

_____/

## ARRAIGNMENT INFORMATION SHEET

     The above named Defendant appeared before United States Magistrate Judge **LINNEA R. JOHNSON** on __AUGUST 26, 2011__, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered.  Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

**DEFENDANT:**    Address:_____IN CUSTODY_____

             Prisoner#_____97145-004_____

             Language _____ENGLISH_____

             Telephone no.:_____

**DEFENSE COUNSEL:**    Name:___FRED SCHWARTZ_____

             Address:__700 S. FEDERAL HIGHWAY_____

             __BOCA RATON, FLORIDA 33432_____

             Telephone no.:_(561) 910-3070_____

BOND/SET/CONTINUED: $_PRETRIAL DETENTION   (JMH)_____

BOND/PTD hrg held: YES_____ NO___ BOND/PTD hrg set for_____

Dated this __26th__day of __AUGUST_____, 2011.

                  STEVEN M. LARIMORE, CLERK OF COURT

                  By:_____
                           Deputy Clerk

c:    Courtroom Deputy, District Judge
      United States Attorney
      Defense Counsel
      United States Pretrial Service