# COURT MINUTES

**U.S. MAGISTRATE JUDGE JAMES M. HOPKINS**   DATE: 9/12/2011   TIME: 9:30 AM

| | |
|---|---|
| DEFT: ROSE MARKS (J) ✓ | CASE NO: 11-80072-Cr-Marra/Vitunac(s) |
| AUSA: LAURENCE BARDFELD ✓ | ATTY: FRED SCHWARTZ (RET.) ✓ |
| AGENT: USSS - S/A KELLY COOK | VIOL: 18:1349, 1341, 1343 & 1956 |
| PROCEEDING: NEBBIA HEARING ✓ | BOND RECOMMENDATION: |
| BOND/PTD HEARING HELD - yes / no | LANGUAGE: ENGLISH |
| BOND SET @ $200,000 CSB W/NEBBIA & $800,000 PSB SECURED BY PROPERTY W/NEBBIA (JMH) | PRISONER NO. 97145-004 |

COURT REPORTER: STEPHEN FRANKLIN

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ____
- ☐ Home Confinement/Electronic Monitoring/Curfew ____ paid by ____
- ☐ Other ____

Disposition: Deft present w/ counsel. Defense proffers to the Court as to the property that is available. Gov't Responds. John Eli - sworn/testified. Steve Cola - sworn/testified. Nebbia is satisfied.

FILED by JMH D.C.
SEP 12 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

TAPE No. JMH 11-   Begin:   TIME IN COURT: 45 mins

DAR: