

*EXHIBIT "1"*

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>One (1) 1977 White Rolls Royce automobile,<br>VIN # SRF31885. | )<br>)<br>)<br>)<br>)    Case No.   11-6389-Snow<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

        An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the      Southern                    District of    Florida                      be seized as being subject to forfeiture to the United States of America. The property is described as follows:

One (1) 1977 White Rolls Royce automobile,VIN # SRF31885.

        I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

        **YOU ARE COMMANDED** to execute this warrant and seize the property on or before Aug. 26, 2011

*(not to exceed 14 days)*

[✓] in the daytime – 6:00 a.m. to 10:00 p.m.          [ ] at any time in the day or night, as I find reasonable cause has been established.

        Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

        An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ Duty Magistrate Judge _____
*(name)*

        [ ] I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* [ ] for _____ days *(not to exceed 30).*

(LSS)                              [ ] until, the facts justifying, the later specific date of _____

12

Date and time issued:    08/11/2011   12:30 PM          *Lurana S. Snow*
                                                        *Judge's signature*

City and state:      Ft. Lauderdale , Florida                    Lurana S. Snow, United States Magistrate Judge
                                                                *Printed name and title*

AO 108 (Rev. 06/09)  Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>One (1) 1977 White Rolls Royce automobile, VIN # SRF31885. | )<br>)<br>)<br>)<br>) |

Case No.   11-6389-SNOW

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Southern___ District of ___Florida___ is subject to forfeiture to the United States of America under ___18___ U.S.C. § __981 & 982__ *(describe the property)*:

One (1) 1977 White Rolls Royce automobile, VIN # SRF31885.

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Kelly Cook, Special Agent- U.S. Secret Service
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/11/2011   12 (LSS)

_____
*Judge's signature*

City and state:   Fort Lauderdale, Florida

Lurana S. Snow, U.S. Magistrate Judge
_____
*Printed name and title*

491

## AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

1.     I, Kelly Cook, a Special Agent of the United States Secret Service (USSS), currently assigned to the Miami Field Office located in Miami, Florida, being duly sworn, state the following:

### I.  PROPERTY TO BE SEIZED

2.     I make this affidavit in support of an application for the issuance of a seizure warrant to seize a 1977 white Rolls-Royce, VIN: SRF31885, pursuant to Title 18 U.S.C.§§981(a)(1)(C), and 982(b)(1), and the procedures of Title 21 U.S.C.§853, as proceeds from wire fraud, mail fraud, and money laundering offenses, in violation of Title 18 United States Code, Sections 1341, 1343, 1349, 1956, and 1957.

### II.  BACKGROUND AND TRAINING OF THE AFFIANT

3.     I am a Special Agent with the United States Secret Service (U.S.S.S.) assigned to the Miami Field Office.  As such, I am an investigative or law enforcement officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in violation of Title 18, United States Code, Sections 1343, 1341, 1349, 1956, and 1957.  I have been a Special Agent with the U.S.S.S. since July 2007.  I have been assigned to the Miami Field Office since that time, and I have been involved to numerous investigations involving bank fraud, wire fraud, money laundering, and other related offenses.  I successfully completed the seven (7) month U.S.S.S. Basic Agents Training Academy at the James J. Rowley Training Center.  During that period of training, I received instruction on the subject of mail fraud, wire and bank fraud investigations,

1

492

among other subjects. I also have been involved in investigations concerning large scale bank fraud, wire fraud and money laundering.

4.     I have personally participated in the investigation of the violations alleged in this Affidavit.  The information in this Affidavit is based on my personal knowledge of the facts contained herein as well as information conveyed to me by other law enforcement officers and witnesses.

5.     As this Affidavit is submitted for the sole purpose of establishing probable cause for the issuance of seizure warrant/s, I have not set forth all of the information which is known to me about the investigation of the violations alleged herein, but rather I have set forth only those facts and information which are sufficient for the purpose of which this Affidavit is being submitted.

### III. CURRENT INVESTIGATION

6.     In 2006, the Fort Lauderdale Police Department initiated an investigation into possible criminal activities of Rose Marks (a/k/a Joyce Michaels), and her co-conspirators, including many of her family members, who have been involved in criminal activity from as early as 1991 and continuing until the present. According to the documents and records reviewed by law enforcement officials and testimony presented to a grand jury sitting in the Southern District of Florida, Rose Marks, (a defendant in United States vs. Rose Marks, et al, Case No. 11-80072-CR-MARRA(s), (which indictment is currently sealed) claimed to be a psychic or clairvoyant gifted by God, to guide her clients through personal difficulties using the natural laws of the universe. Rose Marks claimed to her clients to have helped executives of Fortune 500 companies, movie stars, and dignitaries from around the world,

using her powers of intuition that enabled her to perceive things beyond the natural range of the five human senses. Defendant Rose Marks also provided tarot card readings, palm readings, astrology readings, numerology readings, and spiritual readings for her clients.

7.     Defendant Rose Marks further represented to her clients that she was conferring with Michael the Archangel for his advice and counsel for them. Defendant Rose Marks induced numerous vulnerable clients to convey to her their worldly possessions, including money, jewelry, and expensive property, with the false promise of returning all the money and property after performing certain rituals. Defendant Rose Marks then would use these monies and other valuables to obtain numerous assets for herself and her family members and friends

8.     Defendant Rose Marks would falsely represent to her vulnerable clients (victims) that she could determine if a curse or evil spirits were present in their lives or bodies. It was further part of the conspiracy that defendant Rose Marks  would make false statements in order to frighten victims into giving large sums of money, jewelry, gold coins, and other things of value under the false pretense that they would be cleansed of their curses and evil spirits and then fail to return them.

9.     Defendant Rose Marks would convince victims that if they did not give her the large sums of money, jewelry, gold coins, and valuables, terrible things would happen to their family and friends such as the suffering of terrible diseases, financial hardships, and other terrible catastrophes. For example, in 2006 defendant Rose Marks convinced one victim, J.M., that she had to give her, Rose Marks, large sums of money so that the victim's deceased son's soul would be protected in purgatory.

494

10.    Defendant Rose Marks never returned any of the money or valuables to victims and instead kept all monies, totaling at least $40 million dollars, which monies were used to obtain numerous assets and/or were funneled that money through various bank accounts in her name and/or the names of her co-conspirators.

## IV.  VICTIM J.M.

11.    Defendant Rose Marks claimed she had a gift from God that would assist *victim* J.M. with any crisis she had in her life.  Defendant Rose Marks claimed that she would use her psychic powers and confer with a higher authority to guide victim J.M. in the right direction in her life, but that she needed to pray over large amounts of money to protect J.M. from evil.  Defendant Rose Marks assured J.M. that the money was a sacrifice, not a payment, and promised the money would be returned.  Defendant Rose Marks promised J.M. that while she was praying over the large sums of money she provided, it would start relieving J.M. and her friends and family of all evil spirits and bad luck and end all curses.  J.M.'s money was never returned to her by defendant Rose Marks.

12.    Defendant Rose Marks conducted her fortune telling business from locations in Ft. Lauderdale, Florida and New York, New York.  Defendant Rose Marks conducted business as "Joyce Michael, Inc.".  Her local business was located at 1130 South Federal Highway, Fort Lauderdale, Florida.  She also conducted business at 21 West 58 Street, Suite 1A, New York, New York. She and her family members currently operate a business at 1003 SE 17th Street, 2nd Floor, Fort Lauderdale, Florida.

13.    LSS                                                                                     Defendant Rose

Marks received approximately **$20** (twenty) million dollars from victim J.M. through the

4

495

course of approximately 200 separate transactions from 06/12/97 to 01/15/08. Defendant Rose Marks distributed this money to herself and her co-conspirators. Approximately $11.5 million went directly to bank accounts owned by Rose Marks personally.

14.     As recent as 05/04/10, a victim named in the superseding indictment sent $374,000.00 to defendant Rose Marks.  Recent surveillance has shown that defendant Rose Marks and her co-conspirators still conduct their fortune telling fraud scheme.

15.     Defendant Rose Marks and her co-conspirators would instruct victims to transfer sums of money to each other, to other co-conspirators, and their companies in an attempt to conceal the receipt of the money.

16.     Surveillance from 2007 to 2011 has shown that Rose Marks and her co-conspirators have, other than their fortune telling fraud scheme, no legitimate occupation/s or any other source/s of income.

17.     The IRS transcripts received by the U.S. Attorney's Office, AUSA Lawrence Bardfeld, in response to an ex parte tax disclosure order show that Rose Marks' income was minimal and insufficient to justify her lavish lifestyle, including the purchase of various assets, such as a 2002 Mercedes Benz, 1996 Sunseeke vessel, 1989 Mercedes Benz, 1977 Rolls-Royce, 1998 Bentley, 2006 Mitsubishi Endeavor, 2008 Lexus, and a 2009 Mercedes Benz. For example, according to IRS transcripts, defendant Rose Marks reported a taxable income of $40,372.00 for the year 2007, she did not file income taxes 2008, and a taxable income of $38,932.00 in 2009.

18.     On 08/18/03, check 1133 was written from victim J.M.'s business checking account at Mountain Bank for $73,125.00 made payable to defendant Rose Marks and deposited

5

496

11-6389-Snow

into her checking account at Bank of America (ending in 7709).  On 08/18/03, check 1132 was written from victim J.M.'s business checking account at Mountain Bank for $73,125.00 made payable to defendant Rose Marks and deposited into her checking account at Bank of America (ending in 5002).

19.    On 08/20/03, the vehicle registration for the 1977 white Rolls-Royce, VIN: SRF31885, subject of this application, was issued to defendant Rose Marks.  This vehicle is believed to be located at 1319 Seminole Drive, Ft. Lauderdale, FL, residence of Rose Marks.

20.    On May 19, 2011, a Federal Grand Jury in the Southern District of Florida returned a true bill of indictment and arrest warrants were issued for defendant Rose Marks and her co-conspirators, including Nancy Marks, Ricky Marks, Donnie Eli, Rosie Eli, Vivian Marks, Cynthia Marks, Michael Marks, Victoria Eli, and Peter Wolofsky, on violations of Title 18 USC§§1341, 1343, 1349, 1956, and 1957.  This indictment included forfeiture allegations, after the grand jury found probable cause to believe that the asset subject of this application was forfeitable.

21.    Your affiant has reason to believe that there is evidence showing probable cause that the aforementioned asset was obtained by defendant Rose Marks and or her co-defendants with proceeds from their fortune telling fraud scheme.


I declare under penalty of perjury that the information contained herein is true and correct.


K. Cook
KELLY COOK, SPECIAL AGENT
UNITED STATES SECRET SERVICE

Sworn to and subscribed before
me this _____ day of August, 2011.


LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

6

497

# COMPOSITE EXHIBIT

# 2

**7159379**   FW D 147   2510931

**Maryland Department of Transportation**
MOTOR VEHICLE ADMINISTRATION
6601 RITCHIE HIGHWAY, N.E.
GLEN BURNIE, MARYLAND 21062

N T D

| TITLE NUMBER | TAG NUMBER | STICKER NUMBER | | | | | | | REG. YEAR |
|---|---|---|---|---|---|---|---|---|---|

| MAKE AND BODY STYLE | YEAR | CLASS | EXCEPT | SERIAL NUMBER | | CHASSIS WT. | GROSS WT. | TAG FEE | REG. YEAR |
|---|---|---|---|---|---|---|---|---|---|
| ROLL | 45 | 77 | A | N/A | SRF 31885 | Over | 3700 | 30 | 78  DC |

| OWNER'S/CO-OWNER'S DRIVER LICENSE NO. | DATE OF BIRTH | CO-OWNER'S DRIVER LICENSE NO. | DATE OF BIRTH | INSPECTION DATE | DEALER'S NO. | N U |
|---|---|---|---|---|---|---|
| | 05/04/51 | | | N/A | | |

**NAME OF OWNER/CO-OWNER**  Joyce Eli Marks    NAME OF CO-OWNER

**STREET ADDRESS**  2833 Wise Ave.   **CITY OR TOWN** Balto.   **COUNTY** Ba   **STATE** Md   **ZIP CODE** 21222

**LIEN HOLDER** Equitable Trust Co.

**STREET ADDRESS**  20 E. North Ave.

**CITY OR TOWN** Balto   **STATE** Md   **ZIP CODE** 21201

**REMARKS**

| PURCHASE PRICE | TITLE TAX | | |
|---|---|---|---|
| 42500.00 | 2125.00 | | |

TRANSFER OF TAGS (WEIGHT INCREASE ONLY)
NEW FEE

**SEE IMPORTANT INSTRUCTIONS ON REVERSE SIDE**

ORIGINAL FEE

CASHIER CODE  **13**

| | | |
|---|---|---|
| REG. FEE | 15 | 00 |
| MISC. FEE | | |
| TRANSFER | | |
| TITLE FEE | 2 | 00 |
| TAX REMITTED | 2125 | 00 |
| FILING FEE | 12 | 00 |
| TOTAL AMOUNT ➤ | 2154 | 00 |

CODE   CK C

**TEMPORARY REGISTRATION AND RECEIPT**
VR-200 (3-77)

EXAMINED BY

DATE OF ISSUE   TOTAL FEE PAID
DMV MD 29431 OCT 19 77   2154.00











Tel.(301)986-8800 Telex 44O155

# WORKSHOP LABOR CHARGES $37.00 PER HR.

EuroMotorcars
Bethesda, Inc.
MERCEDES BENZ/ROLLS ROYCE/MASERATI
4800 ELM STREET
BETHESDA, MD. 20014
(301) 986-8800

LABOR AND PARTS GUARANTEED 3000 MILES OR 90 DAYS

THANK YOU

FLAT RATE USED EXCEPT WHEN OTHERWISE SPECIFIED

WE ARE DEDICATED TO GOOD SERVICE. IF AT ANY TIME
WE FALTER IN OUR EFFORT, PLEASE CALL US.

CUSTOMERS RIGHTS

1. Do you want parts returned . . . . . . . . . yes . . . . . . no
2. Do you want written estimate . . . . . . . yes . . . . . . no
3. Do you want us to call before we
   authorize you to proceed . . . . . . . . . . do . . . . . do not
4. If additional repairs are found necessary I do
   authorize you to proceed . . . . . . . . . . do . . . . . do not

I HAVE ROAD TESTED THIS VEHICLE AND BE-
LIEVE THE WORK AS DETAILED WAS NECESSARY
AND HAS BEEN PERFORMED SATISFACTORILY.

| | DESCRIPTION | LABOR MECH. | PARTS MECH. | ACCESSORIES | GAS, OIL, GREASE | SUBLET | SHOP SUPPLIES | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Fit TY 420 brake pads to front | | | | | | | 55.50 |
| 1.5 | | | | | | | | |
| | Lubricate all V-Joints (to include Detroit joint) (incl in service) | | | | | | | |
| | Fit TY 420 pads to front | | | | | | | |
| | Renew tag lamp bulb. Tighten four door latches | | | | | | | 166.50 |
| | Renew wiper blade elements. Stop lamp bulb. TY map light bulb | | | | | | | 4.5 |
| | Per schedule attached | | | | | | | |
| | OK cranking no front end | | | | | | | |
| | Bleed hydraulic circuits complete | | | | | | | 1.9 |

DATE 1/24/83
MILEAGE 38,206

OWNER MRS JOYCE MARKS
ADDRESS 6602 FAIRBURN DR
SPRINGFIELD VA

SR-3/885

| PARTS TOTAL | 115.58 |
| ACC. TOTAL | |
| GAS, GAS @ | |
| OILS, OIL @ | 16.00 |
| OILS, GREASE @ | |
| TOTAL GAS, OIL & GREASE | 19.70 |
| SUBLET REPAIRS | |
| SUBLET TOTAL | |

| LABOR | |
| PARTS | 115.58 |
| ACCESSORIES | |
| GAS, OIL, GREASE | 19.70 |
| SUBLET | |
| SHOP SUPPLIES | |
| TAX | |
| TOTAL ▸ | 70.30 |
| CHARGE | 677 |
| CASH | |

46433

While it was here, we found that the following items need attention:

Thank You!

Car needs maintenance in excess of service approved.

Dale's ℞ Service, Inc.

AUTO TERMINAL ROAD
MOBILE SERVICE / STATION DEALER
703-750-9343

5700 C&D General Washington Drive
Alexandria, Virginia 22312
703-941-1327

No. 2176

| | OSS | ISJ | | LABOR CHARGE |
|---|---|---|---|---|
| | LUBRICATION | Ⓧ | | 10 | 00 |
| | CHANGE OIL | Ⓧ | | 13 | 95 |
| | CHANGE OIL FILTER | Ⓧ | | 10 | 00 |
| | CHANGE TRANS. | ◯ | | |
| | CHANGE DIFF. | Ⓧ | | 3 | 50 |
| | PACK FRONT WHEEL BRGS | ◯ | | |
| | ADJUST BRAKES | ◯ | | |
| | ROTATE TIRES | ◯ | | |
| | WASH | ◯ | | |
| | POLISH | ◯ | | |

NAME Nicholas C. Marks
ADDRESS 6522 Backlick Road CITY Springfield, Va 22150
DATE 12/2/80

MAKE Rolls Royce TYPE OR MODEL S/Shadow YEAR 1977

SERIAL NO. SRF 31885 ENGINE NO.

SPEEDOMETER 21605 LICENSE NO. TERMS

CUST. ORDER NO. ORDER WRITTEN BY

RECEIVED A.M. P.M.
PROMISED A.M. P.M.
PHONE WHEN READY YES ◯ NO ◯
PHONE

| OPER. NO. | INSTRUCTIONS: | | | | |
|---|---|---|---|---|---|
| | Replace Transmission Filter | | | | |
| | | | | | |
| | Install Windshield Washer Pump | | | | |

| | ACCOUNT | AMOUNT | INT | CM. | S |
|---|---|---|---|---|---|
| | R./ | 260 00 | | | |
| | Bal Due | 22 64 | | | |

NOT RESPONSIBLE FOR LOSS OR DAMAGE TO CARS OR ARTICLES LEFT IN CARS IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE BEYOND OUR CONTROL.

I hereby authorize the above repair work to be done along with the necessary material, and hereby grant you and/or your employees permission to operate the car or truck herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto.

| COST | QUAN. | NUMBER | DESCRIPTION | PRICE | |
|---|---|---|---|---|---|
| | 1 | PARTS VE 40893 | Oil Filter | 28 | 07 |
| | 1 | TF 16 | Trans Filter | 22 | 76 |
| | 1 | 3-50 | Washer Pump | 19 | 42 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | ACCESSORIES | | |
| | 2 | Cans | Porzelack Wax | 8 | 00 |
| | | | | | |
| | | | | | |
| | | | SUBLET REPAIRS | | |
| | | GAS, OIL & GREASE GALS. GAS @ | | | |
| | | QTS. OIL @ | | | |
| | | LBS. GREASE @ | | | |
| | 5 | Qts T/M Oil | | 7 | 50 |

| | C | $ | |
|---|---|---|---|
| TOTAL LABOR | | 88 | 00 |
| TOTAL PARTS | | 70 | 25 |
| ACCESSORIES | | 8 | 00 |
| GAS, OIL GREASE | | 44 | 95 |
| SUBLET REPAIRS | | | |
| | Bal R/O 2170 | 67 | 32 |
| TAX | | 4 | 12 |
| TOTAL | | 282 | 64 |

Avico & Bissette Business Forms ■ 736-6400

CUSTOMER COPY

35285

| | |
|---|---|
| DATE 03/30/82 | MONTGOMERY CO. REG. NO. 804 | CONTROL NO. | BUSINESS PHONE 971-9841 | HOME PHONE | PHONE WHEN READY ☐ YES ☐ NO |

YEAR - MAKE - MODEL 1977 Rolls-Royce SRB   LICENSE NO. HNR 062 MD   WRITTEN BY   PROMISED FRIDAY A.M. P.M.

MILEAGE 32,751

DEALER - NAME - ADDRESS

OWNER NAME  Ms. Joyce Marks

& ADDRESS  6602 Franconia Roads
Springfield, VA

TRIM NO.

CHASSIS NO.  SRF 31885

| DESCRIPTION | PRICE |
|---|---|
| Filter | 25.50 |
| Cotton | 2.45 |
| Plugs | 1.50 |
| | YN40 |
| Line | .50 |
| | 5v 45 |

I HAVE ROAD TESTED THIS VEHICLE AND BELIEVE THE WORK AS DETAILED WAS NECESSARY AND HAS BEEN PERFORMED SATISFACTORILY.

LUB. ☐  OIL CHANGE ☐  FILTER ☐  SCHEDULED MAINT. #

| | | |
|---|---|---|
| (2) O/H Windkingr/Carb Vent Device | | |
| Make vent and fuel restrictor modes. | 2.0 | 64.00 |
| CK Exhaust Run (hits under car) | | |
| Reposition shields | .1 | 3.20 |
| (3) Refit Loose Carb Dampers | | |
| CK ACU (test & set) No Changeover Operation) | | |
| Reset upper calibration | 2.0 | 64.00 |
| (1) CK Choke Operation (no fast idle in AM) | | |
| Rpr if minor  Clean and adjust. | 1.0 | 32.00 |
| (4) Lubricate, Change Oil & Filter | 1.0 | 32.00 |
| Renew Spark Plugs | 1.6 | 51.20 |
| | TOTAL | |

FLAT RATE USED EXCEPT WHEN OTHERWISE SPECIFIED

**EuroMotorcars**
Bethesda, Inc.
MERCEDES BENZ/ROLLS ROYCE/MASERATI
4800 ELM STREET
BETHESDA, MD. 20014
(301) 986-8800
LABOR AND PARTS GUARANTEED 3,000 MILES OR 90 DAYS

| DESCRIPTION | AMOUNT |
|---|---|
| LABOR MECH. | 246.40 |
| PARTS MECH. | 52.85 |
| ACCESSORIES | |
| GAS, OIL, GREASE | 17.00 |
| SUBLET | |
| SHOP SUPPLIES | |
| TAX | 3.50 |
| CHARGE | |
| CASH | 319.75 |

**THANK YOU**





# EXHIBIT "3"

