# COURT MINUTES

**U.S. MAGISTRATE JUDGE JAMES M. HOPKINS**   DATE: 12/22/2011   TIME: 2:00 PM

| | | | |
|---|---|---|---|
| DEFT: | ROSE MARKS, et al | CASE NO: | 11-80072-Cr-Marra/Vitunac(s) |
| AUSA: | LAURENCE BARDFELD | ATTY: | FRED SCHWARTZ (RET.) |
| AGENT: | USSS - S/A KELLY COOK | VIOL: | 18:1349, 1341, 1343 & 1956 |
| PROCEEDING: | MOTION HEARING (DE 270, 272, 275, 277, 278, 280, 282, 286) | BOND RECOMMENDATION: | |

BOND/PTD HEARING HELD - yes / no    LANGUAGE: ENGLISH

BOND SET @ _____    PRISONER NO. 97145-004

COURT REPORTER: LARRY HERR

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: _____.
- ☐ Home Confinement/Electronic Monitoring/Curfew ____, paid by _____.
- ☐ Other _____

Disposition: DEFENSE COUNSELS PRESENT

ARGUMENT FROM THE GOVERNMENT/THE GOVERNMENT HAS NO POSITION AND REFERS TO THE COURT

DEFENSE COUNSEL MAKES ARGUMENT

THE COURT WILL GRANT THE MOTIONS

DEFENDANTS REPORT TO PRETRIAL SERVICES AS DIRECTED BY PTS.

FILED by ____ D.C.
DEC 2 2 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

TIME IN COURT: 20 MINS

DAR: 14:08:01