UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-80072-CR-MARRA/VITUNAC(s)(s)

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROSE MARKS,

Defendant.

FILED by /fg/ D.C.
JAN 20 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **U.S. Magistrate Judge ANN E. VITUNAC** on 1/20/2012 when the Defendant was arraigned and a plea of not guilty was entered. Defendant and ~~court-appointed~~/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:
- Jail No.: 97145-004
- Language: ENGLISH
- Address: SEE APPEARANCE BOND
- Tel. No:

Defense Counsel:
- Name: FRED A. SCHWARTZ, ESQ
- Address: 700 S. FEDERAL HIGHWAY, SUITE 200
  BOCA RATON, FL 33432
- Tel. No: (561) 910-3070

Bond ~~Set~~/Continued: $200,000 CSB + $800,000 PSB (JMH)

Dated this 20 day of JANUARY, 2012.

STEVEN M. LARIMORE, CLERK

BY /s/ _____
Deputy Clerk