UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80072-CR-MARRA

UNITED STATES OF AMERICA

    Plaintiff,
v.

ROSIE MARKS,

    Defendant.
_____/

**DEFENDANT ROSIE MARK'S MOTION TO ADOPT CODEFENDANT ROSE MARK'S MOTION FOR PRODUCTION OF TRANSCRIPT OF GRAND JURY TESTIMONY AND PROCEEDINGS AND FOR WITNESS STATEMENTS AND REPORTS REFERENCING SUCH STATEMENTS (DE #274); NOTICE OF FILING OF EXHIBITS (DE #320) AND REPLY RESPONSE TO MOTION BY ROSE MARKS (DE #346)**

The Defendant, ROSIE MARKS, by and through her undersigned counsel, and hereby files this Motion to Adopt Co-Defendant Rose Marks Motions and states unto the Court as follows:

    1.  Co-Defendant Rose Marks has filed a Motion for Production of Transcript of Grand Jury Testimony and Proceedings and of Victim Witnesses Statements and Reports referencing Such Statements (DE#274); Notice of Filing exhibit (DE#320) and a Reply to the Government's Response (DE#346)

    2.  By this motion, Defendant ROSIE MARKS moves the Court for an Order allowing her to adopt these pleadings and all arguments and issues raised therein.

    WHEREFORE the Defendant, ROSIE MARKS, respectfully requests that this Honorable Court grant the relief requested herein and any other relief that this Court deems just and proper.

                              Respectfully submitted,

ENTIN & DELLA FERA, P.A.
110 SE 6TH Street
Suite 1970
Fort Lauderdale, FL 33301
(954) 761-7201
rdellafera@aol.com


By:<u>s./ Richard F. Della Fera</u>
     RICHARD F. DELLA FERA
     Florida Bar No. 066710

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 9, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*s/ Richard F. Della Fera*