# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**     DATE: 02/16/2012    TIME: 10:00 A.M.

USA v. ROSE MARKS (B) # 97145-004

CASE NO. 11-80072-CR-Marra/Vitunac(s)(s)

LANGUAGE: ENGLISH

FILED by ___ D.C.
FEB 16 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

AUSA. LAURENCE BARDFELD, MARK DISPOTO   ATTY. FRED A. SCHWARTZ (RET.)

FOR DEFT VICTORIA ELI: GEORGE T. YOSS
FOR DEFT CYNTHIA MILLER: RICHARD LUBIN
FOR DEFT: RICKY MARKS: RONALD S. CHAPMAN
FOR DEFT ROSIE MARKS: RICHARD DELLA FERA
FOR DEFT VIVIAN MARK: EDWARD REAGAN
FOR DEFT: WOLOFSKY: SAMUEL J. RABIN, JR

AGENT. ____

VIOL. 18: 1349, 1341, 1343, 1956

BOND: $200,000 CSB AND $800,000 PSB (JMH)

PROCEEDING: HEARING ON DEFENDANT'S MOTION FOR PRODUCTION OF TRANSCRIPT OF GRAND JURY TESTIMONY AND PROCEEDINGS, AND OF VICTIM WITNESS STATEMENTS AND REPORTS REFERENCING SUCH STATEMENTS (DE 274) AND DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH STATNDING DISCOVERY ORDER (DE 354)

DISPOSITION: ORE TENUS MOTIONS TO ADOPT MOTIONS - MOTION GRANTED
DEFENDANT ROSE MARKS ARGUMENT,
DEFENDANT VICTORIA ELI ARGUMENT
DEFENDANT CYNTHIA MILLER ARGUMENT
COURT RECESS FOR 10 MINS
GOVERNMENT RESPONSE ARGUMENT
DEFENDANT REPLY ARGUMENT
DECISION RESERVED - WRITTEN ORDER TO BE ISSUED
GOVERNMENT SUBMITS GRAND JURY MATERIAL TO THE COURT

TIME IN COURT: 10:18-11:30 AM
11:45-12:10 PM
(1 HR 36 MIN)

DAR: 10:18:26
C/R - BONNIE JOY LEWIS