# EXHIBIT "1"

THIS IS THE COMPLAINT AFFIDAVIT OF MS. N█████ D█████████ AS GIVEN TO IRS S/A BETH WATTS AND DETECTIVE CHARLES J STACK.

On February 18, 2011, Fort Lauderdale Detective Charlie Stack and Internal Revenue Service Special Agent Beth Watts met with N█████ D█████ at her residence. Stack and Watts informed D█████ they were assisting the U.S. Attorney's office in an investigation involving potential fraud. During the meeting, D█████ provided the following information:

In or about September 2008, DeBartolo was visiting New York City on a business trip. While walking through Manhattan, D█████ saw a astrology business located at 21 West 58th Street, New York, NY 11119 (D█████ verified the business through a photo provided by Stack.) See Photo below:

21 w 58 Street New York N.Y.



D█████ noted the astrology business was located next to various high end retail stores. When D█████ entered the astrology business, she met with a woman who identified herself as Kate (N. MARKS) (DeBartolo identified NANCY MARKS as Kate.)

606


Kate

Nancy Demetro Marks d/o/b-08/14/1969

Nancy D. MARKS agreed to provide D▇▇▇ with a spiritual reading during their initial meeting. After the initial meeting, D▇▇▇ believes she may have met with N. MARKS at the New York establishment another day during her visit to New York. After these meetings, N. MARKS maintained contact with D▇▇▇ via the phone.

During D▇▇▇ discussions with N. MARKS, N. MARKS asked D▇▇▇ if she was a Christian to which D▇▇▇ stated she was. N. MARKS then asked whether D▇▇▇ was a Catholic to which D▇▇▇ also stated she was. N. MARKS then told D▇▇▇ she was also a Catholic, Christian woman that possessed a gift to communicate with "guides". Through this gift, N. MARKS told D▇▇▇ that she had the ability to communicate with "guides" who talk to God. These "guides" would allow N. MARKS to give God-given direction to D▇▇▇. At the time of their first encounter N▇ D▇▇▇ was having relationship problems with a man she was dating. Nancy Marks known to D▇▇▇ as Kate advised her that she could help her but her work would require sacrifices but Nancy Marks could not use the money that was a sacrifice for personal use but the money would come back to D▇▇▇.

N▇ D▇▇▇ identified the following money that was given as a sacrifice to KATE (Nancy D. Marks):

N▇ D▇▇▇ purchased a SunTrust Official Check Number 0733154805 dated **October 1, 2008** in the amount of **$9,000.00** and payable to Joyce Michael, Inc. Deposited into Joyce Michael, Inc. Bank Atlantic Bank account number 65094417 on 10-1-2008; an account controlled by Rose Marks.

N▇ D▇▇▇ made out a personal check from her SunTrust Bank account Check number 3842 dated **10-17-2008** in the amount of of **$9,000.00** and payable to Joyce Michael. Deposited into Joyce Michael, Inc. Bank Atlantic Bank account number 65094417 on 10-20-2008; an account controlled by Rose Marks.

N▇ D▇▇▇ made out a personal check from her SunTrust Bank account Check number 3865 dated **11-08-2008** in the amount of **$27,000.00** and payable to Joyce Michael. Deposited into Joyce Michael, Inc. Bank Atlantic Bank account number

- 65094417 on 11-12-2008; an account controlled by Rose Marks. Nancy Marks advised D▬ to write the checks out to Joyce Michael because Michael would hold onto the money.

Two of the checks were mailed to Kate by D▬ at the direction of Nancy Marks.

When D▬ started dating a man that she is presently married to and at one point when D▬ advised Kate that she was going to marry this man Kate was against this idea. {D▬'s present husband works for law enforcement in the State of Florida}

Kate decided to come to Florida and flew into Tampa airport and wanted D▬ to meet her at a hotel near the airport. Kate met with D▬ at the hotel and Nicole D▬ observed Kate with a bandage around her leg. D▬ questioned Kate about her injured leg and Kate replied: "I had a battle with the spirits while taking a shower this morning and I injured my foot." D▬ became somewhat nervous about the situation along with the man Kate was with [believed to be Ricky Marks] therefore D▬ ran away with Kate in pursuit; hobbling along on one foot.

Nicole D▬ decided to cut ties with Kate and when Kate called she refused to return her calls. Kate {Nancy D. Marks} stopped calling D▬.

Nancy D. Marks a/k/a Kate and family members committed a systematic, ongoing course of conduct with the intent to defraud N▬ D▬ with intent to obtain property and U.S. currency by false or fraudulent pretenses, representations, or promises or willful misrepresentations of a future act. , committed theft due to the fact she knowingly obtained or used endeavors to obtain or to use; the property with the intent to, either temporarily or permanently; deprive the other person of the right to the property or a benefit from the property, appropriate the property to her for their own use or to the use of any person not entitled to the use of the property. Nancy D. Marks would manipulate and hold herself out as being able, by claimed or pretended use of occult powers, to answer questions or give advice on personal matters or to exorcise, influence or affect evil spirits or curses and Nancy D. Marks would use the energy from the money to protect N▬ D▬ .Nancy D.Marks fraudulently obtained from N▬ D▬ money and other property while D▬ was in a vulnerable state of mind.