# COMPOSITE
# EXHIBIT 4

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Safe Deposit Box #193, located at Bank of America, 401 Las Olas Boulevard, Fort Lauderdale, Florida

)
)
)
)
)

Case No. 11 - 6412-SNOW

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Safe Deposit Box #193, located at Bank of America, 401 Las Olas Boulevard, Fort Lauderdale, Florida

located in the _____Southern_____ District of _____Florida_____ , there is now concealed *(identify the person or describe the property to be seized):*
coins, cash, jewelry, pawn receipts, ledgers, notebooks, phones, checks, money orders, vehicle titles and other things of value that constitute evidence of crimes, contraband, or fruits of a crime

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1349, 1341, 1343, 1956 and 1957 | conspiracy to commit mail fraud and wire fraud, mail fraud, wire fraud, conspiracy to commit money laundering |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Kelly Cook, Special Agent (United States Secret Service)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/12/2011

*Judge's signature*

City and state:  Fort Lauderdale, Florida

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

542

## AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

1.      I, Kelly Cook, a Special Agent of the United States Secret Service (USSS), currently assigned to the Miami Field Office located in Miami, Florida, being duly sworn, state the following:

### I.  PROPERTY TO BE SEARCHED

2.      I make this affidavit in support of an application for the issuance of a search warrant to search Safe Deposit Box # 193, located at Bank of America, 401 Las Olas Boulevard, Fort Lauderdale, Florida.

### II.  BACKGROUND AND TRAINING OF THE AFFIANT

3.      I am a Special Agent with the United States Secret Service (U.S.S.S.) assigned to the Miami Field Office.  As such, I am an investigative or law enforcement officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in violation of Title 18, United States Code, Sections 1343, 1341, 1349, 1956, and 1957.  I have been a Special Agent with the U.S.S.S. since July 2007.  I have been assigned to the Miami Field Office since that time, and I have been involved to numerous investigations involving bank fraud, wire fraud, money laundering, and other related offenses.  I successfully completed the seven (7) month U.S.S.S.  Basic Agents Training Academy at the James J. Rowley Training Center.  During that period of  training, I received instruction on the subject of mail fraud, wire and bank fraud investigations, among other subjects.  I also have been involved in investigations concerning large scale bank fraud, wire fraud and money laundering.

4.      I have personally participated in the investigation of the violations alleged in this Affidavit.   The information in this Affidavit is based on my personal knowledge of the facts

1

contained herein as well as information conveyed to me by other law enforcement officers and witnesses.

5.     As this Affidavit is submitted for the sole purpose of establishing probable cause for the issuance of search warrants, I have not set forth all of the information which is known to me about the investigation of the violations alleged herein, but rather I have set forth only those facts and information which are sufficient for the purpose of which this Affidavit is being submitted.

### III. CURRENT INVESTIGATION

6.     An  investigation was initiated by the Fort Lauderdale Police Department when they received a complaint from a victim who was defrauded out of large sums of money by a fortune telling/spiritual advising business.  Rose Marks a/k/a Joyce Michael, Nancy Marks a/k/a Nancy Michael, Cynthia Miller a/k/a Cynthia Marks, Rosie Marks a/k/a Rosie Eli, Victoria Eli a/k/a Janice Johnson a/k/a Victoria Somers, Vivian Marks a/k/a Vivian Guzman, and their family members and associates including Nicholas G. Marks, Ricky Marks a/k/a Rick Eli, Michael Marks, and Donnie Eli, are Romanian gypsies who operate various fortune telling, psychic reading, and spiritual advising businesses, in Fort Lauderdale, Florida, and New York, New York.   They have been indicted in a sealed superseding indictment in USA vs. Rose Marks, et al, Case No. 11-80072-CR-MARRA(s), for conspiracy to commit mail fraud and wire fraud, mail fraud, wire fraud, and money laundering.   Rose Marks and her family members continue to operate their fortune telling/spiritual advising businesses at various establishments in Fort Lauderdale, Florida, and New York, New York.

7.  Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, Vivian Marks, and their family members and associates including Ricky Marks, Michael Marks, and Donnie

544

Eli, and their businesses were involved in schemes whereby they induced vulnerable individuals, through their fortune telling, psychic readings, and spiritual advising, to give money, jewelry, gifts, and other items of value to be cleansed of evil spirits and curses. The victims were in very vulnerable positions in their lives and therefore sought the assistance of the fortune tellers and spiritual advisors. The victims were told that they were cursed in another life or were surrounded by negativity and the only way the curse could be removed or the negativity erased, was to provide money or other things of value to be prayed over, because money was the root of all evil. The victims were informed that these valuable items would be prayed over, then cleansed of evil spirts and curses, and eventually returned to the victims. The fortune tellers and spiritual advisors indicated that they would not be paid for their services, that the victims were merely making a sacrifice with the money and it would all be returned. The money was never returned.

8.      Rose Marks, Nancy Marks, Cynthia A. Miller, Rosie Marks, Victoria Eli, Vivian Marks, and others claiming to be fortune tellers, clairvoyants and spiritual advisers, falsely represented to these vulnerable people that they could remove evil spirits or curses present in their lives or the lives of their loved ones and that those evil spirits or curses were causing illnesses, financial problems, family problems and other difficulties. Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, Vivian Marks, and others would use various magicians' tricks and false statements in order to frighten these vulnerable people into giving large sums of money, as well as jewelry, and gold coins, to be cleansed with the promise that the items would be returned, and then failing to return the money or property as they promised they would.

545

9.      In order to convince the victims to part with their money, Rose Marks, Nancy Marks, Cynthia Miller,  Rosie Marks, Victoria Eli, and Vivian Marks informed the victims that terrible things would happen to them, their family members or friends, unless the victims gave thousands, tens of thousands, hundreds of thousands and even millions of dollars, jewelry or gold coins, to be prayed over and cleansed.   Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, and Vivian Marks then told victims that they, their family members, or friends would contract terrible diseases, suffer horrible financial hardships, endure terrible catastrophes, and that loved ones who were already sick would not recover, and that their houses would remain haunted by evil spirits if they did not cleanse their money of those evil spirits. Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, and Vivian Marks falsely told the victims that they would return all of the money, jewelry, and other items of value after they had been cleansed and that the cleansing would result in the disappearance of all evil spirits, the curing of illnesses, and the end of bad luck.  However, they never returned the money to the victims, instead taking millions of dollars and funneling that money through various bank accounts.

10.      Rose Marks and her family operate several astrology businesses located in Florida and New York.  These businesses include Joyce Michael, Inc., Laws of Attraction, Astrology Gift Shop, Astrology By Nancy, Inc., Astrology Life, Inc.  Most of the victims met members of the Marks family at these business establishments which were located in upscale neighborhoods, thus attracting a wealthier clientele. When the victims met with the fortune tellers/spiritual advisors, they were at a very vulnerable time in their lives as a result of broken relationships, death, illnesses, and other family issues.  Rose Marks, Nancy Marks, Cynthia Miller, Rosie

546

Marks, Victoria Eli and Vivian Marks targeted these types of individuals and utilized their vulnerable states to financially benefit themselves.

11.     Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, told the victims their misfortune and bad luck was due to issues in their past lives as well as present curses.  They told the victims that in order to purify their past lives, remove curses, and to protect themselves and their loved ones from suffering,  the victims temporarily had to turn over large sums of money to be cleansed and/or kept out of circulation and then prayed over.  Instead of praying over the money as the victims were told, the money provided by the victims was deposited into various bank accounts held by Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, or members of the Marks family and their associates, including Ricky Marks, Michael Marks, Donnie Eli, Mary Guadia, Debra Bower, and Peter Wolofsky or used to purchase expensive assets including homes, cars, motorcycles and boats.  The funds were withdrawn and mainly utilized to pay for personal expenses incurred by Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, and other members of the Marks family.

12.     Several consensually monitored conversations between victims and Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, and other members of the Marks family reveal that victims were assured their money would be returned and members of the Marks family would begin making payments to return that money. The money and other valuable items were never returned.

13.     Rose Marks a/k/a Joyce Michael is the matriarch/leader of the Marks family and has introduced herself to victims as Joyce Michael.  She is listed as the director of Joyce Michael, Inc. and maintains bank accounts under the corporate name, Joyce Michael as well as

*11 - 6412 - Snow*

her personal name, Rose Marks. Rose Marks currently operates spiritual advising businesses in Fort Lauderdale, Florida and New York, New York. As a self proclaimed spiritual advisor, Rose Marks has developed clients for herself as well as members of the Marks family. One of the victims was directed by Rose Marks to turn over funds each year between the years of 1997 through 2008. The combined total of these funds was approximately $20,000,000 and was sent to Rose Marks and her associates. As recently as 2011, Rose Marks contacted this victim in an attempt to again solicit additional funds through false statements, claiming the victim was still cursed.

14. Family members of Rose Marks, including her son Michael Marks and her son-in-law Donnie Eli often use safe deposit boxes to store valuables that Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks and others acquire from victims of their fortune telling fraud. Information provided to law enforcement officials indicate that large amounts of cash, coins, jewelry and other valuables are stored in safe deposit boxes by Rose Marks and her family members. On August 8, 2011, Donnie Eli accessed Safe Deposit Box #193 at the Bank of America, located at 401 Las Olas Boulevard, Fort Lauderdale, Florida. On July 26, 2011, Michael Marks accessed Safe Deposit Box #2052 at the Bank of America, located at 2300 East Sunrise Boulevard, Fort Lauderdale, Florida.

15. As early as 1997, Rose Marks was obtaining things of value from various victims of her scheme. In 1997, one victim provided over $127,000 to purchase gold for Rose Marks. Later the same victim provided $180,000 to purchase gold for Rose Marks. In 2000, the same victim wire transferred $180,000 to Rose Marks' sister, Victoria Eli. In the year 2000, the same victim wire transferred $191,000 to Rose Marks. In 2002, the same victim provided $525,000 to purchase gold for Rose Marks. During the same time, the same victim was directed to transfer

548

money to other members of the family including Nancy Marks, Donnie Eli (who is married to Rose Marks' daughter, Rosie Marks),  Victoria Eli and Rosie  Marks.

16.     In 2003, Rose Marks directed this same victim to transfer large sums of money to Peter Wolofsky and his various businesses (including Atlas Leasing, Inc.), even though the victim did not know Mr. Wolofsky nor do any business with him.   Peter Wolofsky owned various luxury automobile and yacht companies.   At the same time, the victim continued to provide large sums of money to Rose Marks, and her various businesses, including Joyce Michael, Inc.   Until notified by law enforcement officials, this victim thought that Rose Marks was actually Joyce Michael.

17.     Throughout the entire relationship between the victim and Rose Marks, the victim would send large sums of money to Rose Marks, her businesses, her family members, her associates or their businesses.   On some occasions Rose Marks would demand and receive small amounts of money (hundreds or thousands of dollars) from the victims.   On other occasions, she would demand and receive large sums of money (tens of thousands or hundreds of thousands of dollars). On other occasions she would demand and receive valuable gifts (gold or jewelry).

18.     It is estimated that from 1997 until 2010, this victim has provided close to $20,000,000 in money, gifts and other things of value to Rose Marks, her businesses, her family members and her associates.   Rose Marks never returned any money or property to the victim, even though she admitted to owing the money to the victim.   Specifically, agents were able to trace over $1,500,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2003.   Agents were able to trace over $1,700,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2004.   Agents were able to trace over $1,300,000 that was deposited into bank accounts

affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2005.  Agents were able to trace over $1,100,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2006.   Agents were able to trace over $1,400,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2007. Agents were able to trace over $570,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2008.  Agents were able to trace over $800,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2009.

19.     Rose Marks and her family members never returned any of the money or valuables to victims and instead kept all monies, approximating $40 million dollars, which monies were used to obtain numerous assets and/or were funneled that money through various bank accounts in her name and/or the names of her co-conspirators.

20.     Rose Marks claimed she had a gift from God that would assist victim J.M. with any crisis she had in her life.  Rose Marks claimed that she would use her psychic powers and confer with a higher authority to guide victim J.M. in the right direction in her life, but that she needed to pray over large amounts of money to protect J.M. from evil.  Rose Marks assured J.M. that the money was a sacrifice, not a payment, and promised the money would be returned.  Rose Marks promised J.M. that while she was praying over the large sums of money she provided, it would start relieving J.M. and her friends and family of all evil spirits and bad luck and end all curses.  J.M.'s money was never returned to her by Rose Marks.

21.   In 2010, another victim sent $373,500.00 to Rose Marks.  Recent surveillance has shown that Rose Marks and her co-conspirators continue to conduct their fortune telling fraud scheme at their various establishments at 21 West 58 Street, Suite 1A, New York, New York, at

8

550

1003 SE 17th Street, 2nd Floor, Fort Lauderdale, Florida, and at 2000 East Sunrise Boulevard, 2nd Floor, Fort Lauderdale, FL, and that they still reside at 1319 Seminole Drive, Fort Lauderdale, Florida.

22.   Based on financial records reviewed, information obtained during an undercover operation, as well as interviews with victims, Rose Marks, Rosie Marks, and Vivian Marks received fraudulently derived funds and/or items from both victims and associates of the Marks family each year between the years of 2002 through 2010.   Various victims would provide money to Rose Marks who claimed she would rid the money of its evil curse and would return the money to the victim after it was cleansed.   Often times the victims would send thousands of dollars and tens of thousands of dollars to Rose Marks or her businesses.   Some victims sent checks, some victims sent wire transfers, some victims provided cash, some victims provided jewelry, and some provided gold coins.   Victims sent cash, gold coins and other items of value to her.

23.   Other than their fortune telling fraud scheme, Rose Marks, Rosie Marks, Donnie Eli, and Vivian Marks have no legitimate occupations or any other sources of income.   Review of tax return information indicates that the income for Rose Marks, Rosie Marks, Donnie Eli, and Vivian Marks was minimal and insufficient to justify their lavish lifestyle.

24.    Your affiant has reason to believe that at Safe Deposit Box # 193, located at Bank

of America, 401 Las Olas Boulevard, Fort Lauderdale, Florida,  there is evidence of a crime,

contraband, fruits of a crime and property designed for use, intended for use, or used in

committing a crime.

I declare under penalty of perjury that the information contained herein is true and

correct.

Kelly Cook
Special Agent, United States Secret Service

Sworn to and subscribed before
me at Fort Lauderdale, Florida
this _12_ day of August, 2011

LURANA S. SNOW
United States Magistrate Judge

10

552

AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Safe Deposit Box # 2052, located at Bank of America,<br>2300 East Sunrise Boulevard, Fort Lauderdale, Florida | )<br>)<br>)<br>)<br>)<br>) |

Case No. 11-6411-Snow

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Safe Deposit Box # 2052, located at Bank of America, 2300 East Sunrise Boulevard, Fort Lauderdale, Florida

located in the _____ Southern _____ District of _____ Florida _____ , there is now concealed *(identify the person or describe the property to be seized)*:

coins, cash, jewelry, pawn receipts, ledgers, notebooks, phones, checks, money orders, vehicle titles and other things of value that constitute evidence of crimes, contraband, or fruits of a crime

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1349, 1341, 1343,<br>1956 and 1957 | conspiracy to commit mail fraud and wire fraud, mail fraud, wire fraud, conspiracy<br>to commit money laundering |

The application is based on these facts:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kelly Cook, Special Agent (United States Secret Service)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/12/2011

_____
*Judge's signature*

City and state:  Fort Lauderdale, Florida

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

531

## AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

1.        I, Kelly Cook, a Special Agent of the United States Secret Service (USSS), currently assigned to the Miami Field Office located in Miami, Florida, being duly sworn, state the following:

### I. PROPERTY TO BE SEARCHED

2.        I make this affidavit in support of an application for the issuance of a search warrant to search Safe Deposit Box # 2052, located at Bank of America, 2300 East Sunrise Boulevard, Fort Lauderdale, Florida.

### II. BACKGROUND AND TRAINING OF THE AFFIANT

3.        I am a Special Agent with the United States Secret Service (U.S.S.S.) assigned to the Miami Field Office. As such, I am an investigative or law enforcement officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in violation of Title 18, United States Code, Sections 1343, 1341, 1349, 1956, and 1957. I have been a Special Agent with the U.S.S.S. since July 2007. I have been assigned to the Miami Field Office since that time, and I have been involved to numerous investigations involving bank fraud, wire fraud, money laundering, and other related offenses. I successfully completed the seven (7) month U.S.S.S. Basic Agents Training Academy at the James J. Rowley Training Center. During that period of training, I received instruction on the subject of mail fraud, wire and bank fraud investigations, among other subjects. I also have been involved in investigations concerning large scale bank fraud, wire fraud and money laundering.

4.        I have personally participated in the investigation of the violations alleged in this Affidavit. The information in this Affidavit is based on my personal knowledge of the facts

532

contained herein as well as information conveyed to me by other law enforcement officers and witnesses.

5.      As this Affidavit is submitted for the sole purpose of establishing probable cause for the issuance of search warrants, I have not set forth all of the information which is known to me about the investigation of the violations alleged herein, but rather I have set forth only those facts and information which are sufficient for the purpose of which this Affidavit is being submitted.

### III. CURRENT INVESTIGATION

6.      An   investigation was initiated by the Fort Lauderdale Police Department when they received a complaint from a victim who was defrauded out of large sums of money by a fortune telling/spiritual advising business.  Rose Marks a/k/a Joyce Michael, Nancy Marks a/k/a Nancy Michael, Cynthia Miller a/k/a Cynthia Marks, Rosie Marks a/k/a Rosie Eli, Victoria Eli a/k/a Janice Johnson a/k/a Victoria Somers, Vivian Marks a/k/a Vivian Guzman, and their family members and associates including Nicholas G. Marks, Ricky Marks a/k/a Rick Eli, Michael Marks, and Donnie Eli, are Romanian gypsies who operate various fortune telling, psychic reading, and spiritual advising businesses, in Fort Lauderdale, Florida, and New York, New York.   They have been indicted in a sealed superseding indictment in USA vs. Rose Marks, et al, Case No. 11-80072-CR-MARRA(s), for conspiracy to commit mail fraud and wire fraud, mail fraud, wire fraud, and money laundering.   Rose Marks and her family members continue to operate their fortune telling/spiritual advising businesses at various establishments in Fort Lauderdale, Florida, and New York, New York.

7. Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, Vivian Marks, and their family members and associates including Ricky Marks, Michael Marks, and Donnie

Eli, and their businesses were involved in schemes whereby they induced vulnerable individuals, through their fortune telling, psychic readings, and spiritual advising, to give money, jewelry, gifts, and other items of value to be cleansed of evil spirits and curses.   The victims were in very vulnerable positions in their lives and therefore sought the assistance of the fortune tellers and spiritual advisors.   The victims were told that they were cursed in another life or were surrounded by negativity and the only way the curse could be removed or the negativity erased, was to provide money or other things of value to be prayed over, because money was the root of all evil.   The victims were informed that these valuable items would be prayed over, then cleansed of evil spirts and curses, and eventually returned to the victims.   The fortune tellers and spiritual advisors indicated that they would not be paid for their services, that the victims were merely making a sacrifice with the money and it would all be returned.   The money was never returned.

8.      Rose Marks, Nancy Marks, Cynthia A. Miller, Rosie Marks, Victoria Eli, Vivian Marks, and others claiming to be fortune tellers, clairvoyants and spiritual advisers, falsely represented to these vulnerable people that they could remove evil spirits or curses present in their lives or the lives of their loved ones and that those evil spirits or curses were causing illnesses, financial problems, family problems and other difficulties. Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, Vivian Marks, and others would use various magicians' tricks and false statements in order to frighten these vulnerable people into giving large sums of money, as well as jewelry, and gold coins, to be cleansed with the promise that the items would be returned, and then failing to return the money or property as they promised they would.

534

9.      In order to convince the victims to part with their money, Rose Marks, Nancy Marks, Cynthia Miller,  Rosie Marks, Victoria Eli, and Vivian Marks informed the victims that terrible things would happen to them, their family members or friends, unless the victims gave thousands, tens of thousands, hundreds of thousands and even millions of dollars, jewelry or gold coins, to be prayed over and cleansed.   Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, and Vivian Marks then told victims that they, their family members, or friends would contract terrible diseases, suffer horrible financial hardships, endure terrible catastrophes, and that loved ones who were already sick would not recover, and that their houses would remain haunted by evil spirits if they did not cleanse their money of those evil spirits. Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, and Vivian Marks falsely told the victims that they would return all of the money, jewelry, and other items of value after they had been cleansed and that the cleansing would result in the disappearance of all evil spirits, the curing of illnesses, and the end of bad luck.  However, they never returned the money to the victims, instead taking millions of dollars and funneling that money through various bank accounts.

10.     Rose Marks and her family operate several astrology businesses located in Florida and New York.  These businesses include Joyce Michael, Inc., Laws of Attraction, Astrology Gift Shop, Astrology By Nancy, Inc., Astrology Life, Inc.  Most of the victims met members of the Marks family at these business establishments which were located in upscale neighborhoods, thus attracting a wealthier clientele. When the victims met with the fortune tellers/spiritual advisors, they were at a very vulnerable time in their lives as a result of broken relationships, death, illnesses, and other family issues.  Rose Marks, Nancy Marks, Cynthia Miller, Rosie

535

Marks, Victoria Eli and Vivian Marks targeted these types of individuals and utilized their vulnerable states to financially benefit themselves.

11.    Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, told the victims their misfortune and bad luck was due to issues in their past lives as well as present curses.  They told the victims that in order to purify their past lives, remove curses, and to protect themselves and their loved ones from suffering,  the victims temporarily had to turn over large sums of money to be cleansed and/or kept out of circulation and then prayed over.  Instead of praying over the money as the victims were told, the money provided by the victims was deposited into various bank accounts held by Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, or members of the Marks family and their associates, including Ricky Marks, Michael Marks, Donnie Eli, Mary Guadia, Debra Bower, and Peter Wolofsky or used to purchase expensive assets including homes, cars, motorcycles and boats.  The funds were withdrawn and mainly utilized to pay for personal expenses incurred by Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, and other members of the Marks family.

12.    Several consensually monitored conversations between victims and Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, and other members of the Marks family reveal that victims were assured their money would be returned and members of the Marks family would begin making payments to return that money.  The money and other valuable items were never returned.

13.    Rose Marks a/k/a Joyce Michael is the matriarch/leader of the Marks family and has introduced herself to victims as Joyce Michael.  She is listed as the director of Joyce Michael, Inc. and maintains bank accounts under the corporate name, Joyce Michael as well as

536

11-6411 -SNOW

her personal name, Rose Marks.  Rose Marks currently operates spiritual advising businesses in Fort Lauderdale, Florida and New York, New York.  As a self proclaimed spiritual advisor, Rose Marks has developed clients for herself as well as members of the Marks family.  One of the victims was directed by Rose Marks to turn over funds each year between the years of 1997 through 2008.  The combined total of these funds was approximately $20,000,000 and was sent to Rose Marks and her associates.  As recently as 2011, Rose Marks contacted this victim in an attempt to again solicit additional funds through false statements, claiming the victim was still cursed.

14. Family members of Rose Marks, including her son Michael Marks and her son-in-law Donnie Eli often use safe deposit boxes to store valuables that Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks and others acquire from victims of their fortune telling fraud. Information provided to law enforcement officials indicate that large amounts of cash, coins, jewelry and other valuables have been stored in safe deposit boxes by Rose Marks and her family members.  On July 26, 2011, Michael Marks accessed Safe Deposit Box #2052 at the Bank of America, located at 2300 East Sunrise Boulevard, Fort Lauderdale, Florida.   On August 8, 2011, Donnie Eli accessed Safe Deposit Box #193 at the Bank of America located at 401 Las Olas Boulevard, Fort Lauderdale, Florida.

15. As early as 1997, Rose Marks was obtaining things of value from various victims of her scheme.  In 1997, one victim provided over $127,000 to purchase gold for Rose Marks. Later the same victim provided $180,000 to purchase gold for Rose Marks.  In 2000, the same victim wire transferred $180,000 to Rose Marks' sister, Victoria Eli.   In the year 2000, the same victim wire transferred $191,000 to Rose Marks.  In 2002, the same victim provided $525,000 to purchase gold for Rose Marks.  During the same time, the same victim was directed to transfer

537

money to other members of the family including Nancy Marks, Donnie Eli (who is married to Rose Marks' daughter, Rosie Marks),  Victoria Eli and Rosie  Marks.

16.     In 2003, Rose Marks directed this same victim to transfer large sums of money to Peter Wolofsky and his various businesses (including Atlas Leasing, Inc.), even though the victim did not know Mr. Wolofsky nor do any business with him.  Peter Wolofsky owned various luxury automobile and yacht companies.  At the same time, the victim continued to provide large sums of money to Rose Marks, and her various businesses, including Joyce Michael, Inc.  Until notified by law enforcement officials, this victim thought that Rose Marks was actually Joyce Michael.

17.     Throughout the entire relationship between the victim and Rose Marks, the victim would send large sums of money to Rose Marks, her businesses, her family members, her associates or their businesses.  On some occasions Rose Marks would demand and receive small amounts of money (hundreds or thousands of dollars) from the victims.  On other occasions, she would demand and receive large sums of money (tens of thousands or hundreds of thousands of dollars). On other occasions she would demand and receive valuable gifts (gold or jewelry).

18.     It is estimated that from 1997 until 2010, this victim has provided close to $20,000,000 in money, gifts and other things of value to Rose Marks, her businesses, her family members and her associates.   Rose Marks never returned any money or property to the victim, even though she admitted to owing the money to the victim.   Specifically, agents were able to trace over $1,500,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2003.  Agents were able to trace over $1,700,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2004.   Agents were able to trace over $1,300,000 that was deposited into bank accounts

affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2005.  Agents were able to trace over $1,100,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2006.   Agents were able to trace over $1,400,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2007. Agents were able to trace over $570,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2008.  Agents were able to trace over $800,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc. in 2009.

19.    Rose Marks and her family members never returned any of the money or valuables to victims and instead kept all monies, approximating $40 million dollars, which monies were used to obtain numerous assets and/or were funneled that money through various bank accounts in her name and/or the names of her co-conspirators.

20.    Rose Marks claimed she had a gift from God that would assist victim J.M. with any crisis she had in her life.  Rose Marks claimed that she would use her psychic powers and confer with a higher authority to guide victim J.M. in the right direction in her life, but that she needed to pray over large amounts of money to protect J.M. from evil.  Rose Marks assured J.M. that the money was a sacrifice, not a payment, and promised the money would be returned.  Rose Marks promised J.M. that while she was praying over the large sums of money she provided, it would start relieving J.M. and her friends and family of all evil spirits and bad luck and end all curses.  J.M.'s money was never returned to her by Rose Marks.

21.    In 2010, another victim sent $373,500.00 to Rose Marks.  Recent surveillance has shown that Rose Marks and her co-conspirators continue to conduct their fortune telling fraud scheme at their various establishments at 21 West 58 Street, Suite 1A, New York, New York, at

1003 SE 17th Street, 2nd Floor, Fort Lauderdale, Florida, and at 2000 East Sunrise Boulevard, 2nd Floor, Fort Lauderdale, FL, and that they still reside at 1319 Seminole Drive, Fort Lauderdale, Florida.

22.   Based on financial records reviewed, information obtained during an undercover operation, as well as interviews with victims, Rose Marks, Rosie Marks, and Vivian Marks received fraudulently derived funds and/or items from both victims and associates of the Marks family each year between the years of 2002 through 2010.   Various victims would provide money to Rose Marks who claimed she would rid the money of its evil curse and would return the money to the victim after it was cleansed.   Often times the victims would send thousands of dollars and tens of thousands of dollars to Rose Marks or her businesses.   Some victims sent checks, some victims sent wire transfers, some victims provided cash, some victims provided jewelry, and some provided gold coins.   Victims sent cash, gold coins and other items of value to her.

23.   Other than their fortune telling fraud scheme, Rose Marks, Rosie Marks, Donnie Eli, and Vivian Marks have no legitimate occupations or any other sources of income.   Review of tax return information indicates that the income for Rose Marks, Rosie Marks, Donnie Eli, and Vivian Marks was minimal and insufficient to justify their lavish lifestyle.

540

11-6411-Snow

24.     Your affiant has reason to believe that at Safe Deposit Box # 2052, located at Bank of America, 2300 East Sunrise Boulevard, Fort Lauderdale, Florida,  there is evidence of a crime, contraband, fruits of a crime and property designed for use, intended for use, or used in committing a crime.

I declare under penalty of perjury that the information contained herein is true and correct.

Kelly Cook
Special Agent, United States Secret Service

Sworn to and subscribed before
me at Fort Lauderdale, Florida
this _____ day of August, 2011

LURANA S. SNOW
United States Magistrate Judge

10

541

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>"Psychic Life Coach",a business & residence located at<br>2000 East Sunrise Boulevard, 2nd Floor, Ft. Lauderdale,<br>Florida,more particularly described in Attachment A | )<br>)<br>)<br>)<br>)<br>)     Case No.   11-6398-SNOW |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
"Psychic Life Coach", a business and residence located at 2000 East Sunrise Boulevard, 2nd Floor, Ft. Lauderdale, Florida,more particularly described in Attachment A

located in the _____ Southern _____ District of _____ Florida _____ , there is now concealed *(identify the person or describe the property to be seized)*:
journals, notebooks, computers, recordings, loan documents, pawn documents, bank account documents, safe deposit box documents, financial records, vehicle titles, tax information documents, coins, cash, jewelry, phones & other things of value that constitute evidence of crimes, contraband, or fruits of a crime, more particularly described in Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1349, 1341, 1343, 1956 and 1957 | conspiracy to commit mail fraud and wire fraud, mail fraud, wire fraud, conspiracy to commit money laundering |

The application is based on these facts:


- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Kelly Cook, Special Agent (United States Secret Service)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/12/2011

*Judge's signature*

City and state: Fort Lauderdale, Florida

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

553

## ATTACHMENT A

2000 E Sunrise Blvd, 2nd Floor, Ft. Lauderdale, FL is a commercial property located above Keno Brothers Jewelers, bearing the neon sign "Psychic Life Coach" located at the corner of NE 20th Street and Sunrise Blvd in Broward County Florida. The property is located on the second floor of the structure. The Building is backed by Intercostal Waterway on rear side. A photograph of the premises is attached to this description.



ATTACHMENT B

Journals, notebooks, computers, recordings, loan documents, pawn documents, bank account documents, safe deposit box documents, financial records, vehicle titles, tax information documents, coins, cash, jewelry, phones, and other things of value that constitute evidence of the commission of a criminal offense, contraband or the fruits of a crime

## AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

1.      I, Kelly Cook, a Special Agent of the United States Secret Service (USSS), currently assigned to the Miami Field Office located in Miami, Florida, being duly sworn, state the following:

## I. PROPERTY TO BE SEARCHED

2.      I make this affidavit in support of an application for the issuance of a search warrant to search the business establishment and residence of "Psychic Life Coach", located at 2000 East Sunrise Boulevard, Second Floor, Fort Lauderdale, Florida, as described in Attachment A to the Application for a Search/Seizure Warrant.

## II. BACKGROUND AND TRAINING OF THE AFFIANT

3.      I am a Special Agent with the United States Secret Service (U.S.S.S.) assigned to the Miami Field Office. As such, I am an investigative or law enforcement officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in violation of Title 18, United States Code, Sections 1343, 1341, 1349, 1956, and 1957. I have been a Special Agent with the U.S.S.S. since July 2007. I have been assigned to the Miami Field Office since that time, and I have been involved to numerous investigations involving bank fraud, wire fraud, money laundering, and other related offenses. I successfully completed the seven (7) month U.S.S.S. Basic Agents Training Academy at the James J. Rowley Training Center. During that period of training, I received instruction on the subject of mail fraud, wire and bank fraud investigations, among other subjects. I also have been involved in investigations concerning large scale bank fraud, wire fraud and money laundering.

4.      I have personally participated in the investigation of the violations alleged in this Affidavit. The information in this Affidavit is based on my personal knowledge of the facts

1

557

contained herein as well as information conveyed to me by other law enforcement officers and witnesses.

5.      As this Affidavit is submitted for the sole purpose of establishing probable cause for the issuance of search warrants, I have not set forth all of the information which is known to me about the investigation of the violations alleged herein, but rather I have set forth only those facts and information which are sufficient for the purpose of which this Affidavit is being submitted.

### III. CURRENT INVESTIGATION

6.      An  investigation was initiated by the Fort Lauderdale Police Department when they received a complaint from a victim who was defrauded out of large sums of money by a fortune telling/spiritual advising business.  Rose Marks a/k/a Joyce Michael, Nancy Marks a/k/a Nancy Michael, Cynthia Miller a/k/a Cynthia Marks, Rosie Marks a/k/a Rosie Eli, Victoria Eli a/k/a Janice Johnson a/k/a Victoria Somers, Vivian Marks a/k/a Vivian Guzman, and their family members and associates including Nicholas G. Marks, Ricky Marks a/k/a Rick Eli, Michael Marks, and Donnie Eli,  are Romanian gypsies who operate various fortune telling, psychic reading, and spiritual advising businesses, in Fort Lauderdale, Florida, and New York, New York.  They have been indicted in a sealed superseding indictment in USA vs. Rose Marks, et al, Case No. 11-80072-CR-MARRA(s), for conspiracy to commit mail fraud and wire fraud, mail fraud, wire fraud, and money laundering.  Cynthia Miller and Michael Marks operate their fortune telling/spiritual advising business out of "Psychic Life Coach" or "Astrology Life", located at 2000 East Sunrise Boulevard, Second Floor. Numerous victims of the fraud have been seen entering and exiting this property.

7.   Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, Vivian Marks, and their family members and associates including Ricky Marks, Michael Marks, and Donnie Eli, and their businesses were involved in schemes whereby they induced vulnerable individuals, through their fortune telling, psychic readings, and spiritual advising, to give money, jewelry, gifts, and other items of value to be cleansed of evil spirits and curses.   The victims were in very vulnerable positions in their lives and therefore sought the assistance of the fortune tellers and spiritual advisors.   The victims were told that they were cursed in another life or were surrounded by negativity and the only way the curse could be removed or the negativity erased, was to provide money or other things of value to be prayed over, because money was the root of all evil.   The victims were informed that these valuable items would be prayed over, then cleansed of evil spirts and curses, and eventually returned to the victims.   The fortune tellers and spiritual advisors indicated that they would not be paid for their services, that the victims were merely making a sacrifice with the money and it would all be returned.   The money was never returned.

8.     Rose Marks, Nancy Marks, Cynthia A. Miller, Rosie Marks, Victoria Eli, Vivian Marks, and others claiming to be fortune tellers, clairvoyants and spiritual advisers, falsely represented to these vulnerable people that they could remove evil spirits or curses present in their lives or the lives of their loved ones and that those evil spirits or curses were causing illnesses, financial problems, family problems and other difficulties. Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, Vivian Marks, and others would use various magicians' tricks and false statements in order to frighten these vulnerable people into giving large sums of money, as well as jewelry, and gold coins, to be cleansed with the promise that the

items would be returned, and then failing to return the money or property as they promised they would.

9.      In order to convince the victims to part with their money, Rose Marks, Nancy Marks, Cynthia Miller,  Rosie Marks, Victoria Eli, and Vivian Marks informed the victims that terrible things would happen to them, their family members or friends, unless the victims gave thousands, tens of thousands, hundreds of thousands and even millions of dollars, jewelry or gold coins, to be prayed over and cleansed.   Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, and Vivian Marks then told victims that they, their family members, or friends would contract terrible diseases, suffer horrible financial hardships, endure terrible catastrophes, and that loved ones who were already sick would not recover, and that their houses would remain haunted by evil spirits if they did not cleanse their money of those evil spirits. Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, and Vivian Marks falsely told the victims that they would return all of the money, jewelry, and other items of value after they had been cleansed and that the cleansing would result in the disappearance of all evil spirits, the curing of illnesses, and the end of bad luck.  However, they never returned the money to the victims, instead taking millions of dollars and funneling that money through various bank accounts.

10.      Rose Marks, Nancy Marks, Cynthia Miller and their family operate several astrology businesses located in Florida and New York.  These businesses include Joyce Michael, Inc., Astrology Gift Shop, Astrology By Nancy, Inc., and INAG, Inc.,  a/k/a Astrology Life, Inc. Most of the victims met members of the Marks family at these business establishments which were located in upscale neighborhoods, thus attracting a wealthier clientele. When the victims met with the fortune tellers/spiritual advisors, they were at a very vulnerable time in their lives

4

560

as a result of broken relationships, death, illnesses, and other family issues. Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks targeted these types of individuals and utilized their vulnerable states to financially benefit themselves.

11.     Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, told the victims their misfortune and bad luck was due to issues in their past lives as well as present curses. They told the victims that in order to purify their past lives, remove curses, and to protect themselves and their loved ones from suffering, the victims temporarily had to turn over large sums of money to be cleansed and/or kept out of circulation and then prayed over. Instead of praying over the money as the victims were told, the money provided by the victims was deposited into various bank accounts held by Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, or members of the Marks family and their associates, including Ricky Marks, Michael Marks, Donnie Eli, Mary Guadia, Debra Bower, and Peter Wolofsky or used to purchase expensive assets including homes, cars, motorcycles and boats. The funds were withdrawn and mainly utilized to pay for personal expenses incurred by Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, and other members of the Marks family.

12.     Several consensually monitored conversations between victims and Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, and other members of the Marks family reveal that victims were assured their money would be returned and members of the Marks family would begin making payments to return that money. The money and other valuable items were never returned.

13.     Rose Marks a/k/a Joyce Michael is the matriarch/leader of the Marks family and has introduced herself to victims as Joyce Michael. She is listed as the director of Joyce

561

Michael, Inc. and maintains bank accounts under the corporate name, Joyce Michael as well as her personal name, Rose Marks.  Rose Marks currently operates spiritual advising businesses in Fort Lauderdale, Florida and New York, New York.  As a self proclaimed spiritual advisor, Rose Marks has developed clients for herself as well as members of the Marks family.  One of the victims was directed by Rose Marks to turn over funds each year between the years of 1997 through 2008.  The combined total of these funds was approximately $20,000,000 and was sent to Rose Marks and her associates.  As recently as 2011, Rose Marks contacted this victim in an attempt to again solicit additional funds through false statements, claiming the victim was still cursed.

      14.    Cynthia Miller held herself out to be a psychic, clairvoyant, and spiritual reader as well as a psychic life coach.  Cynthia Miller would advise her clients that they were cursed in a prior life, but since they were not cursed by God she could help them.  Cynthia Miller represented to vulnerable clients that she consulted with "the spirits" and at times she consulted with Michael the Archangel.  She claimed that "the spirits" and Michael the Archangel were close to God and that through her communications with "the spirits" and Michael the Archangel, her clients would receive God-given direction to resolve their problems.  Cynthia Miller represented to her clients, that she was conferring with the gods, "the spirits" and Michael the Archangel, for their advice and counsel. Cynthia Miller also provided Tarot card readings, palm readings, astrology readings, numerology readings, and spiritual readings for her clients. Cynthia Miller operated her fortune telling/ spiritual advising business out of the business "Psychic Life Coach, located at 2000 East Sunrise Boulevard, Second Floor, Fort Lauderdale, Florida.

15.     Cynthia Miller worked as a fortune teller, clairvoyant and a spiritual advisor. Through her fortune telling and spiritual advising, Cynthia Miller would induce vulnerable clients to give her money, jewelry, gifts, and other things of value, in exchange for claiming to provide fortune telling services, curing people of diseases, removing curses, chasing evil spirits from homes and bodies, and cleansing the souls of her clients and their families, with the false promise of returning the money and property after performing certain rituals.

16.     Cynthia Miller was married to Michael Marks and was the daughter-in-law of Rose Marks.   Cynthia Miller and Michael Marks incorporated Astrology Life, Inc. and did business as "Psychic Life Coach",  located at 2000 East Sunrise Boulevard, Fort Lauderdale, Florida.  Cynthia Miller started her psychic reading and spiritual advising business at 21 West 58th Street, Suite 1A, New York, New York.

17. Cynthia Miller would tell victim E.R. that her ability to see into the past was a gift from God.  Cynthia Miller would tell that E.R. that E.R. had a negativity and bad karma in her life and that she was cursed.  Cynthia Miller would tell E.R. that a curse went back as far as the 16th century and that E.R.'s grandmother was a witch, so her family was Cursed. Cynthia Miller would tell E.R. that in order to rid her and her family of all evil spirts, bad luck and curses, E.R. would have to make sacrifices, which would involve money because money was the root of all evil.  E.R. would provide Cynthia Miller with large sums of money, after Cynthia Miller assured her that it was a sacrifice, not a payment, and promised that the money would be returned.  The sacrifice entailed the money being set aside and prayed upon.  Cynthia Miller promised that while she prayed on the money, it would start relieving E.R. and her friends and family of all evil spirits, the end of bad luck, and the end of curses.  Cynthia Miller reassured E.R. that she would get the money back.  The money was never returned.

18.     Cynthia Miller would tell victim A.U. that she was cursed in a prior life and was surrounded by negativity, and this curse was keeping A.U. from attaining her life's goals. Cynthia Miller would tell A.U. that she was a messenger from a higher source and that in order to rid A.U. and her family and friends of all evil spirts, bad luck and curses, A.U. would have to make sacrifices, which would involve money.  Cynthia Miller further informed A.U. that the money that A.U. sent as a sacrifice would have to be burned, and the money could not be used by Cynthia Miller or returned to A.U. because it was dirty and contained too much negativity. A.U. would provide Cynthia Miller with large sums of money, after Cynthia Miller assured her that it was a sacrifice, not a payment.  Cynthia Miller further requested that A.U. send a letter stating that the monies she was sending was a loan, because if the tax office found out Cynthia Miller was receiving large sums of money via wire transfer, they would consider that money as income and they would not understand that the money was being used as a sacrifice.

19.     Cynthia Miller would tell victim S.K. that she could help him with his problems, as S.K. was hearing voices in his head caused by an unusual amount of stress in his life.  Cynthia Miller would advise S.K. that her gift as a psychic came from God.  Cynthia Miller would advise S.K. that she would have a spiritual translation, meaning that she would speak to Michael the Archangel who would tell her what he wanted S.K. to do. Cynthia Miller would advise S.K. that Michael the Archangel wanted him to make some sacrifices.  The sacrifice called for 32 gold coins because S.K. was 32 years old and Cynthia Miller  needed a gold coin for each year S.K. did not have faith.   S.K. would give Defendant Cynthia Miller gold coins valued at approximately $400,000.    When S.K. stated the voices in his head would not stop,  he would ask for the coins back. Cynthia Miller would state that the gold coins were in the cemetery with

8

564

Michael the Archangel and she could not remember where the gold coins were, only Michael the Archangel would know. The gold coins were never returned.

20.   Based on financial records reviewed, information obtained during an undercover operation, as well as interviews with victims, Cynthia Miller received fraudulently derived funds and/or items from both victims and associates of the Marks family each year between the years of 2002 through 2010. Cynthia Miller is Rose Marks' daughter in law and is married to Michael Marks. Various victims would provide money to Cynthia Miller who claimed she would rid the money of its evil curse and would return the money to the victim after it was cleansed. Cynthia Miller would demand, and the victims would provide, sums of money to her. Often times the victims would send thousands of dollars and tens of thousands of dollars to Cynthia Miller or her businesses. Some victims sent checks, some victims sent wire transfers, some victims provided cash, some victims provided jewelry, and some provided gold coins. Victims sent cash, gold coins and other items of value to her at "Psychic Life Coach", located at 2000 East Sunrise Boulevard, Second Floor, Fort Lauderdale, Florida.

21.   From 2004 until 2008, one victim provided approximately $350,000, in money, gifts and other things of value to Cynthia Miller, her businesses, her family members and her associates. Cynthia Miller never returned any money or property to the victim, even when the victim requested that the money be returned. From 2000 until 2009, another victim provided approximately $500,000, in money, gifts and other things of value to Cynthia Miller, her businesses, her family members and her associates. Cynthia Miller never returned any money or property to the victim, even when the victim requested that the money be returned. In 2010, another victim provided approximately $400,000, in money, gifts and other things of value to Cynthia Miller, her businesses, her family members and her associates. Cynthia Miller never

returned any money or property to the victim, even when the victim requested that the money be returned.   It is estimated that victims have provided close to $2,500,000 in money, gifts and other things of value to Cynthia Miller, her businesses, her family members and her associates. Cynthia Miller never returned any money or property to the victims, even though she admitted to owing the money to the victims.

22.    Rose Marks, Cynthia Miller, Michael Marks and their family members never returned any of the money or valuables to victims and instead kept all monies, approximating $40 million dollars, which monies were used to obtain numerous assets and/or were funneled that money through various bank accounts in her name and/or the names of her co-conspirators.

23.    Rose Marks, Cynthia Miller, Michael Marks and their family members would instruct victims to transfer sums of money to each other, to other co-conspirators, and their companies in an attempt to conceal the receipt of the money.

24.    Other than their fortune telling fraud scheme, Rose Marks, Cynthia Miller and Michael Marks  have no legitimate occupations or any other sources of income.  Review of ex parte tax return information indicates that the income for Rose Marks, Cynthia Miller Michael Marks  was minimal and insufficient to justify their lavish lifestyle.

25. Rose Marks, Cynthia Miller and Michael Marks continue to operate their fortune telling and spiritual advising business at "Psychic Life Coach", located at 2000 East Sunrise Boulevard, Second Floor, Fort Lauderdale, Florida.

*11-6398-Sword*

26.    Your affiant has reason to believe that at "Psychic Life Coach", a business and residence located at 2000 East Sunrise Boulevard, Second Floor, Fort Lauderdale, Florida, there is evidence of a crime, contraband, fruits of a crime and property designed for use, intended for use, or used in committing a crime.

I declare under penalty of perjury that the information contained herein is true and correct.

Kelly Cook
Special Agent, United States Secret Service

Sworn to and subscribed before
me at Fort Lauderdale, Florida
this /2  day of August, 2011

LURANA S. SNOW
United States Magistrate Judge

11

567

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

A Single Family residence located at 1319 Seminole
Drive, Fort Lauderdale, Florida, more particularly
described in Attachment A

)
)
)
)
)
)

Case No. 11-6399-SNOW

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
"A single family residence located at 1319 Seminole Drive, Fort Lauderdale, Florida, more particularly described in Attachment A "

located in the _____ Southern _____ District of _____ Florida _____ , there is now concealed *(identify the person or describe the property to be seized)*:
journals, notebooks, computers, recordings, loan documents, pawn documents, bank account documents, safe deposit box documents, financial records, vehicle titles, tax information documents, coins, cash, jewelry, phones & other things of value that constitute evidence of crimes, contraband, or fruits of a crime, more particularly described in Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1349, 1341, 1343, 1956, 1957 | conspiracy to commit mail fraud and wire fraud, mail fraud, wire fraud, conspiracy to commit money laundering |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kelly Cook, Special Agent (United States Secret Service)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/12/2011

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

568

ATTACHMENT A

    1319 Seminole Drive, Ft. Lauderdale, FL is a single family home located in residential area of Broward County, FL. The property is two story, light in color, four bedroom house located on the Intercoastal waterway.  There is a circular driveway at the front of the residence. The residence has a two car garage.  The front doors face Seminole Drive. A photograph of the premises is attached to this description.



ATTACHMENT B

Journals, notebooks, computers, recordings, loan documents, pawn documents, bank account documents, safe deposit box documents, financial records, vehicle titles, tax information documents, coins, cash, jewelry, phones, and other things of value that constitute evidence of the commission of a criminal offense, contraband or the fruits of a crime

### AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

1.    I, Kelly Cook, a Special Agent of the United States Secret Service (USSS), currently assigned to the Miami Field Office located in Miami, Florida, being duly sworn, state the following:

### I. PROPERTY TO BE SEARCHED

2.    I make this affidavit in support of an application for the issuance of a search warrant to search a single family residence located at 1319 Seminole Drive, Fort Lauderdale, Florida, as described in Attachment A to the Application for a Search Warrant.

### II. BACKGROUND AND TRAINING OF THE AFFIANT

3.    I am a Special Agent with the United States Secret Service (U.S.S.S.) assigned to the Miami Field Office.  As such, I am an investigative or law enforcement officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in violation of Title 18, United States Code,  Sections 1343, 1341, 1349, 1956, and 1957.  I have been a Special Agent with the U.S.S.S. since July 2007.  I have been assigned to the Miami Field Office since that time, and I have been involved to numerous investigations involving bank fraud, wire fraud, money laundering, and other related offenses.  I successfully completed the seven (7) month U.S.S.S.  Basic Agents Training Academy at the James J. Rowley Training Center.  During that period of  training, I received instruction on the subject of mail fraud, wire and bank fraud investigations, among other subjects.  I also have been involved in investigations concerning large scale bank fraud, wire fraud and money laundering.

4.    I have personally participated in the investigation of the violations alleged in this Affidavit.   The information in this Affidavit is based on my personal knowledge of the facts

contained herein as well as information conveyed to me by other law enforcement officers and witnesses.

5.     As this Affidavit is submitted for the sole purpose of establishing probable cause for the issuance of search warrants, I have not set forth all of the information which is known to me about the investigation of the violations alleged herein, but rather I have set forth only those facts and information which are sufficient for the purpose of which this Affidavit is being submitted.

### III. CURRENT INVESTIGATION

6.     An  investigation was initiated by the Fort Lauderdale Police Department when they received a complaint from a victim who was defrauded out of large sums of money by a fortune telling/spiritual advising business.  Rose Marks a/k/a Joyce Michael, Nancy Marks a/k/a Nancy Michael, Cynthia Miller a/k/a Cynthia Marks, Rosie Marks a/k/a Rosie Eli, Victoria Eli a/k/a Janice Johnson a/k/a Victoria Somers, Vivian Marks a/k/a Vivian Guzman, and their family members and associates including Nicholas G. Marks, Ricky Marks a/k/a Rick Eli, Michael Marks, and Donnie Eli, are Romanian gypsies who operate various fortune telling, psychic reading, and spiritual advising businesses, in Fort Lauderdale, Florida, and New York, New York.   They have been indicted in a sealed superseding indictment in USA vs. Rose Marks, et al, Case No. 11-80072-CR-MARRA(s), for conspiracy to commit mail fraud and wire fraud, mail fraud, wire fraud, and money laundering.   Rose Marks and her family members continue to operate their fortune telling/spiritual advising businesses at various establishments in Fort Lauderdale, Florida, and New York, New York. Rose Marks, Rosie Marks, Donnie Eli and Vivian Marks currently reside at the residence at 1319 Seminole Drive, Fort Lauderdale, Florida.

573

7.  Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, Vivian Marks, and their family members and associates including Ricky Marks, Michael Marks, and Donnie Eli, and their businesses were involved in schemes whereby they induced vulnerable individuals, through their fortune telling, psychic readings, and spiritual advising, to give money, jewelry, gifts, and other items of value to be cleansed of evil spirits and curses.  The victims were in very vulnerable positions in their lives and therefore sought the assistance of the fortune tellers and spiritual advisors.  The victims were told that they were cursed in another life or were surrounded by negativity and the only way the curse could be removed or the negativity erased, was to provide money or other things of value to be prayed over, because money was the root of all evil.  The victims were informed that these valuable items would be prayed over, then cleansed of evil spirts and curses, and eventually returned to the victims.  The fortune tellers and spiritual advisors indicated that they would not be paid for their services, that the victims were merely making a sacrifice with the money and it would all be returned.  The money was never returned.

8.  Rose Marks, Nancy Marks, Cynthia A. Miller, Rosie Marks, Victoria Eli, Vivian Marks, and others claiming to be fortune tellers, clairvoyants and spiritual advisers, falsely represented to these vulnerable people that they could remove evil spirits or curses present in their lives or the lives of their loved ones and that those evil spirits or curses were causing illnesses, financial problems, family problems and other difficulties. Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, Vivian Marks, and others would use various magicians' tricks and false statements in order to frighten these vulnerable people into giving large sums of money, as well as jewelry, and gold coins, to be cleansed with the promise that the

3

574

items would be returned, and then failing to return the money or property as they promised they would.

9.     In order to convince the victims to part with their money, Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, and Vivian Marks informed the victims that terrible things would happen to them, their family members or friends, unless the victims gave thousands, tens of thousands, hundreds of thousands and even millions of dollars, jewelry or gold coins, to be prayed over and cleansed.   Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, and Vivian Marks then told victims that they, their family members, or friends would contract terrible diseases, suffer horrible financial hardships, endure terrible catastrophes, and that loved ones who were already sick would not recover, and that their houses would remain haunted by evil spirits if they did not cleanse their money of those evil spirits. Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, and Vivian Marks falsely told the victims that they would return all of the money, jewelry, and other items of value after they had been cleansed and that the cleansing would result in the disappearance of all evil spirits, the curing of illnesses, and the end of bad luck.   However, they never returned the money to the victims, instead taking millions of dollars and funneling that money through various bank accounts.

10.     Rose Marks and her family operate several astrology businesses located in Florida and New York.   These businesses include Joyce Michael, Inc., Astrology Gift Shop, Astrology By Nancy, Inc., and INAG, Inc., a/k/a Astrology Life, Inc.   Most of the victims met members of the Marks family at these business establishments which were located in upscale neighborhoods, thus attracting a wealthier clientele. When the victims met with the fortune tellers/spiritual advisors, they were at a very vulnerable time in their lives as a result of broken relationships,

death, illnesses, and other family issues.  Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks targeted these types of individuals and utilized their vulnerable states to financially benefit themselves.

11.    Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, told the victims their misfortune and bad luck was due to issues in their past lives as well as present curses.  They told the victims that in order to purify their past lives, remove curses, and to protect themselves and their loved ones from suffering,  the victims temporarily had to turn over large sums of money to be cleansed and/or kept out of circulation and then prayed over.  Instead of praying over the money as the victims were told, the money provided by the victims was deposited into various bank accounts held by Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, or members of the Marks family and their associates, including Ricky Marks, Michael Marks, Donnie Eli, Mary Guadia, Debra Bower, and Peter Wolofsky or used to purchase expensive assets including homes, cars, motorcycles and boats.  The funds were withdrawn and mainly utilized to pay for personal expenses incurred by Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, and other members of the Marks family.

12.    Several consensually monitored conversations between victims and Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, and other members of the Marks family reveal that victims were assured their money would be returned and members of the Marks family would begin making payments to return that money. The money and other valuable items were never returned.

13.    Rose Marks a/k/a Joyce Michael is the matriarch/leader of the Marks family and has introduced herself to victims as Joyce Michael.  She is listed as the director of Joyce

Michael, Inc. and maintains bank accounts under the corporate name, Joyce Michael as well as her personal name, Rose Marks. Rose Marks currently operates spiritual advising businesses in Fort Lauderdale, Florida and New York, New York. As a self proclaimed spiritual advisor, Rose Marks has developed clients for herself as well as members of the Marks family. One of the victims was directed by Rose Marks to turn over funds each year between the years of 1997 through 2008. The combined total of these funds was approximately $20,000,000 and was sent to Rose Marks and her associates. As recently as 2011, Rose Marks contacted this victim in an attempt to again solicit additional funds through false statements, claiming the victim was still cursed.

14.    As early as 1997, Rose Marks was obtaining things of value from various victims of her scheme. In 1997, one victim provided over $127,000 to purchase gold for Rose Marks. Later the same victim provided $180,000 to purchase gold for Rose Marks. In 2000, the same victim wire transferred $180,000 to Rose Marks' sister, Victoria Eli. In the year 2000, the same victim wire transferred $191,000 to Rose Marks. In 2002, the same victim provided $525,000 to purchase gold for Rose Marks. During the same time, the same victim was directed to transfer money to other members of the family including Nancy Marks, Donnie Eli (who is married to Rose Marks' daughter, Rosie Marks), Victoria Eli and Rosie Marks.

15.    In 2003, Rose Marks directed this same victim to transfer large sums of money to Peter Wolofsky and his various businesses (including Atlas Leasing, Inc.), even though the victim did not know Mr. Wolofsky nor do any business with him. Peter Wolofsky owned various luxury automobile and yacht companies. At the same time, the victim continued to provide large sums of money to Rose Marks, and her various businesses, including Joyce

Michael, Inc. Until notified by law enforcement officials, this victim thought that Rose Marks was actually Joyce Michael.

16.     Throughout the entire relationship between the victim and Rose Marks, the victim would send large sums of money to Rose Marks, her businesses, her family members, her associates or their businesses. On some occasions Rose Marks would demand and receive small amounts of money (hundreds or thousands of dollars) from the victims. On other occasions, she would demand and receive large sums of money (tens of thousands or hundreds of thousands of dollars). On other occasions she would demand and receive valuable gifts (gold or jewelry).

17.     It is estimated that from 1997 until 2010, this victim has provided close to $20,000,000 in money, gifts and other things of value to Rose Marks, her businesses, her family members and her associates.   Rose Marks never returned any money or property to the victim, even though she admitted to owing the money to the victim.   Specifically, agents were able to trace over $1,500,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2003.   Agents were able to trace over $1,700,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2004.   Agents were able to trace over $1,300,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2005.   Agents were able to trace over $1,100,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2006.   Agents were able to trace over $1,400,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2007. Agents were able to trace over $570,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2008. Agents were able to

trace over $800,000 that was deposited into bank accounts affiliated with Rose Marks, Joyce Michael or Joyce Michael, Inc., in 2009.

18.     Rose Marks and her family members never returned any of the money or valuables to victims and instead kept all monies, approximating $40 million dollars, which monies were used to obtain numerous assets and/or were funneled that money through various bank accounts in her name and/or the names of her co-conspirators.

19.     Rose Marks claimed she had a gift from God that would assist victim J.M. with any crisis she had in her life.  Rose Marks claimed that she would use her psychic powers and confer with a higher authority to guide victim J.M. in the right direction in her life, but that she needed to pray over large amounts of money to protect J.M. from evil.  Rose Marks assured J.M. that the money was a sacrifice, not a payment, and promised the money would be returned.  Rose Marks promised J.M. that while she was praying over the large sums of money she provided, it would start relieving J.M. and her friends and family of all evil spirits and bad luck and end all curses.  J.M.'s money was never returned to her by Rose Marks.

20.   In 2010, another victim sent $373,500.00 to Rose Marks.  Recent surveillance has shown that Rose Marks and her co-conspirators continue to conduct their fortune telling fraud scheme at their various establishments at 21 West 58 Street, Suite 1A, New York, New York, at 1003 SE 17th Street, 2nd Floor, Fort Lauderdale, Florida, and at 2000 East Sunrise Boulevard, 2nd Floor, Fort Lauderdale, FL, and that they still reside at 1319 Seminole Drive, Fort Lauderdale, Florida.

21.   Based on financial records reviewed, information obtained during an undercover operation, as well as interviews with victims, Rose Marks, Rosie Marks, and Vivian Marks received fraudulently derived funds and/or items from both victims and associates of the Marks

579

*11-6399-Snow*

family each year between the years of 2002 through 2010.  Various victims would provide money to Rose Marks who claimed she would rid the money of its evil curse and would return the money to the victim after it was cleansed.  Often times the victims would send thousands of dollars and tens of thousands of dollars to Rose Marks or her businesses.  Some victims sent checks, some victims sent wire transfers, some victims provided cash, some victims provided jewelry, and some provided gold coins.  Victims sent cash, gold coins and other items of value to her at her residence at 1319 Seminole Drive, Fort Lauderdale, Florida.

22.     Other than their fortune telling fraud scheme, Rose Marks, Rosie Marks, Donnie Eli, and Vivian Marks have no legitimate occupations or any other sources of income.  Review of tax return information indicates that the income for Rose Marks, Rosie Marks, Donnie Eli, and Vivian Marks was minimal and insufficient to justify their lavish lifestyle.

23.     Your affiant has reason to believe that at 1319 Seminole Drive, Fort Lauderdale, Florida, a single family residence  there is evidence of a crime, contraband, fruits of a crime and property designed for use, intended for use, or used in committing a crime.

I declare under penalty of perjury that the information contained herein is true and correct.


Kelly Cook
Special Agent, United States Secret Service


Sworn to and subscribed before
me at Fort Lauderdale, Florida
this _12_ day of August, 2011

LURANA S. SNOW
United States Magistrate Judge

9

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

"Psychic Intuitionist", a business located at 1003 SE 17th Street, 2nd Floor, Fort Lauderdale, Florida,more particularly described in Attachment A

Case No. 11-6397-SNOW

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
"Psychic Intuitionist", a business located at 1003 SE 17th Street, 2nd Floor, Fort Lauderdale, Florida,more particularly described in Attachment A

located in the _____Southern_____ District of _____Florida_____ , there is now concealed *(identify the person or describe the property to be seized):*
journals, notebooks, computers, recordings, loan documents, pawn documents, bank account documents, safe deposit box documents, financial records, vehicle titles, tax information documents, coins, cash, jewelry, phones & other things of value that constitute evidence of crimes, contraband, or fruits of a crime, more particularly described in Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1349, 1341, 1343, 1956, 1957 | conspiracy to commit mail fraud and wire fraud, mail fraud, wire fraud, conspiracy to commit money laundering |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kelly Cook, Special Agent (United States Secret Service)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/12/2011

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

581

## ATTACHMENT A

"Psychic Intuitionist" is a business located at 1003 SE 17th Street, 2nd Floor, Fort Lauderdale, Florida. The business is located on the 2nd floor of white building above the words "Smallwood's". The front door is made of glass and has the words "PSYCHIC Intuitionist" on the door. The numbers "1003" are above the door. The building is located the corner of SE 10th Avenue and SE 17th Street. A photograph of the premises is attached to this description.



<u>ATTACHMENT B</u>

Journals, notebooks, computers, recordings, loan documents, pawn documents, bank account documents, safe deposit box documents, financial records, vehicle titles, tax information documents, coins, cash, jewelry, phones, and other things of value that constitute evidence of the commission of a criminal offense, contraband or the fruits of a crime.

## AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

1.     I, Kelly Cook, a Special Agent of the United States Secret Service (USSS), currently assigned to the Miami Field Office located in Miami, Florida, being duly sworn, state the following:

## I. PROPERTY TO BE SEARCHED

2.     I make this affidavit in support of an application for the issuance of a search warrant to search the business establishment. "Psychic Intuitionist", located at 1003 SE 17th Street, 2nd Floor, Fort Lauderdale, Florida, more particularly described in Attachment A.

## II. BACKGROUND AND TRAINING OF THE AFFIANT

3.     I am a Special Agent with the United States Secret Service (U.S.S.S.) assigned to the Miami Field Office.  As such, I am an investigative or law enforcement officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in violation of Title 18, United States Code,  Sections 1343, 1341, 1349, 1956, and 1957. I have been a Special Agent with the U.S.S.S. since July 2007.  I have been assigned to the Miami Field Office since that time, and I have been involved to numerous investigations involving bank fraud, wire fraud, money laundering, and other related offenses.  I successfully completed the seven (7) month U.S.S.S.  Basic Agents Training Academy at the James J. Rowley Training Center.  During that period of training, I received instruction on the subject of mail fraud, wire and bank fraud investigations, among other subjects.  I also have been involved in investigations concerning large scale bank fraud, wire fraud and money laundering.

4.     I have personally participated in the investigation of the violations alleged in this Affidavit.   The information in this Affidavit is based on my personal knowledge of the facts

1

contained herein as well as information conveyed to me by other law enforcement officers and witnesses.

5.      As this Affidavit is submitted for the sole purpose of establishing probable cause for the issuance of search warrants, I have not set forth all of the information which is known to me about the investigation of the violations alleged herein, but rather I have set forth only those facts and information which are sufficient for the purpose of which this Affidavit is being submitted.

### III. CURRENT INVESTIGATION

6.      An  investigation was initiated by the Fort Lauderdale Police Department when they received a complaint from a victim who was defrauded out of large sums of money by a fortune telling/spiritual advising business.  Rose Marks a/k/a Joyce Michael, Nancy Marks a/k/a Nancy Michael, Cynthia Miller a/k/a Cynthia Marks, Rosie Marks a/k/a Rosie Eli, Victoria Eli a/k/a Janice Johnson a/k/a Victoria Somers, Vivian Marks a/k/a Vivian Guzman, and their family members and associates including Nicholas G. Marks, Ricky Marks a/k/a Rick Eli, Michael Marks, and Donnie Eli, are Romanian gypsies who operate various fortune telling, psychic reading, and spiritual advising businesses, in Fort Lauderdale, Florida, and New York, New York.   They have been indicted by a federal grand jury in a sealed superseding indictment in United States of America vs. Rose Marks, et al., Case No. 11-80072-CR-MARRA(s), for conspiracy to commit mail fraud and wire fraud, mail fraud, wire fraud, and money laundering. Rose Marks, Rosie Marks and Donnie Eli operate their fortune telling/spiritual advising business out of "Psychic Intuitionist", located at 1003 SE 17th Street, Second Floor.  Numerous victims of the fraud as well as Rose Marks, Rosie Marks, Donnie Eli, and other family members have been seen entering and exiting the business.

586

7.     Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, Vivian Marks, and their family members and associates including Ricky Marks, Michael Marks, and Donnie Eli, and their businesses were involved in schemes whereby they induced vulnerable individuals, through their fortune telling, psychic readings, and spiritual advising, to give money, jewelry, gifts, and other items of value to be cleansed of evil spirits and curses.   The victims were in very vulnerable positions in their lives and therefore sought the assistance of the fortune tellers and spiritual advisors.  The victims were told that they were cursed in another life or were surrounded by negativity and the only way the curse could be removed or the negativity erased, was to provide money or other things of value to be prayed over, because money was the root of all evil.   The victims were informed that these valuable items would be prayed over, then cleansed of evil spirts and curses, and eventually returned to the victims.  The fortune tellers and spiritual advisors indicated that they would not be paid for their services, that the victims were merely making a sacrifice with the money and it would all be returned.  The money was never returned.

8.     Rose Marks, Nancy Marks, Cynthia A. Miller, Rosie Marks, Victoria Eli, Vivian Marks, and others claiming to be fortune tellers, clairvoyants and spiritual advisers, falsely represented to these vulnerable people that they could remove evil spirits or curses present in their lives or the lives of their loved ones and that those evil spirits or curses were causing illnesses, financial problems, family problems and other difficulties. Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, Vivian Marks, and others would use various magicians' tricks and false statements in order to frighten these vulnerable people into giving large sums of money, as well as jewelry, and gold coins, to be cleansed with the promise that the

3

items would be returned, and then failing to return the money or property as they promised they would.

9.     In order to convince the victims to part with their money, Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, and Vivian Marks informed the victims that terrible things would happen to them, their family members or friends, unless the victims gave thousands, tens of thousands, hundreds of thousands and even millions of dollars, jewelry or gold coins, to be prayed over and cleansed.   Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, and Vivian Marks then told victims that they, their family members, or friends would contract terrible diseases, suffer horrible financial hardships, endure terrible catastrophes, and that loved ones who were already sick would not recover, and that their houses would remain haunted by evil spirits if they did not cleanse their money of those evil spirits. Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli, and Vivian Marks falsely told the victims that they would return all of the money, jewelry, and other items of value after they had been cleansed and that the cleansing would result in the disappearance of all evil spirits, the curing of illnesses, and the end of bad luck.  However, they never returned the money to the victims, instead taking millions of dollars and funneling that money through various bank accounts.

10.     Rose Marks and her family operate several astrology businesses located in Florida and New York.  These businesses include Joyce Michael, Inc., Astrology Gift Shop, Astrology By Nancy, Inc., and INAG, Inc., a/k/a Astrology Life, Inc, and Psychic Intuitionist.  Most of the victims met members of the Marks family at these business establishments which were located in upscale neighborhoods, thus attracting a wealthier clientele. When the victims met with the fortune tellers/spiritual advisors, they were at a very vulnerable time in their lives as a result of

broken relationships, death, illnesses, and other family issues.   Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks targeted these types of individuals and utilized their vulnerable states to financially benefit themselves.

11.     Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, told the victims their misfortune and bad luck was due to issues in their past lives as well as present curses.  They told the victims that in order to purify their past lives, remove curses, and to protect themselves and their loved ones from suffering,  the victims temporarily had to turn over large sums of money to be cleansed and/or kept out of circulation and then prayed over.  Instead of praying over the money as the victims were told, the money provided by the victims was deposited into various bank accounts held by Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, or members of the Marks family and their associates, including Ricky Marks, Michael Marks, Donnie Eli,  and Peter Wolofsky or used to purchase expensive assets including homes, cars, motorcycles and boats.   The funds were withdrawn and mainly utilized to pay for personal expenses incurred by Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, and other members of the Marks family.

12.     Several consensually monitored conversations between victims and Rose Marks, Nancy Marks, Cynthia Miller, Rosie Marks, Victoria Eli and Vivian Marks, and other members of the Marks family reveal that victims were assured their money would be returned and members of the Marks family would begin making payments to return that money. The money and other valuable items were never returned.

13.     Rose Marks is the matriarch/leader of the Marks family and has introduced herself to victims as Joyce Michael.  She is listed as the director of Joyce Michael, Inc. and

maintains bank accounts under the corporate name, Joyce Michael as well as her personal name, Rose Marks. Rose Marks currently operates spiritual advising businesses in Fort Lauderdale, Florida, including Psychic Intuitionist, located at 1003 SE 17th Street, 2nd Floor, and New York, New York. As a self proclaimed spiritual advisor, Rose Marks has developed clients for herself as well as members of the Marks family, including her daughter Rosie Marks. One of the victims was directed by Rose Marks to turn over funds each year between the years of 1997 through 2008. The combined total of these funds was approximately $20,000,000 and was sent to Rose Marks and her associates. As recently as 2011, Rose Marks contacted this victim in an attempt to again solicit additional funds through false statements, claiming the victim was still cursed.

14.     Rose Marks and her family members further represented to their clients that she was conferring with Michael the Archangel for his advice and counsel for them. Rose Marks induced numerous vulnerable clients to convey to her their worldly possessions, including money, jewelry, and expensive property, with the false promise of returning all the money and property after performing certain rituals. Rose Marks then would use these monies and other valuables to obtain numerous assets for herself and her family members and friends.

15. Rose Marks and her family members never returned any of the money or valuables to victims and instead kept all monies, approximating $40 million dollars, which monies were used to obtain numerous assets and/or were funneled that money through various bank accounts in her name and/or the names of her co-conspirators.

16.   Rosie Marks, in conjunction with her mother, Rose Marks, is a self proclaimed psychic and spiritual advisor that currently works at "Psychic Intuitionist", at 1003 SE 17th Street, 2nd Floor, Fort Lauderdale, Florida. Rosie Marks has been actively involved in the Marks

590

family scheme to defraud victims since 2002.   From 2008 until 2010, one of Rosie Marks's victims called Rosie Marks' cell phone 6,282 times.   Rosie Marks called that victim 488 times during that same time frame.   That victim has paid almost $25,000 to Rose Marks and Rosie Marks.

17.   On various occasions, an undercover agent provided Rosie Marks sums of money in exchange for claiming to cleanse the money of an evil curse, and thereby eliminate the curse from the agent.   Additionally, Rose Marks demanded that some of her victims wire transfer money to accounts maintained by her daughter, Rosie Marks and son in law, Donnie Eli.   It is estimated that victims have provided close to $280,000 in money, gifts and other things of value to Rosie Marks and Donnie Eli, their businesses, family members and associates.   Even when asked to do so, they never returned any money or property to the victims.

18.   Rose Marks and her co-conspirators would instruct victims to transfer sums of money to each other, to other co-conspirators, and their companies in an attempt to conceal the receipt of the money.

19.   Other than their fortune telling fraud scheme, Rose Marks, Rosie Marks, Donnie Eli,  and their co-conspirators have no legitimate occupations or any other sources of income. Review of ex parte tax return information indicates that the income for Rose Marks, Rosie Marks and Donnie Eli was minimal and insufficient to justify their lavish lifestyle.

591

*11-6397-Snow*

20.   Your affiant has reason to believe that at the business "Psychic Intuitionist", a business located at 1003 SE 17th Street, 2nd Floor, Fort Lauderdale, Florida, there is evidence of a crime, contraband, fruits of a crime and property designed for use, intended for use, or used in committing a crime.

I declare under penalty of perjury that the information contained herein is true and correct.

Kelly Cook
Special Agent, United States Secret Service

Sworn to and subscribed before
me at Fort Lauderdale, Florida
this 12 day of August, 2011

LURANA S. SNOW
United States Magistrate Judge

8

592

AO 108 (Rev. 06/09)  Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>One (1) 1977 White Rolls Royce automobile, VIN # SRF31885. | )<br>)<br>)<br>)<br>) |

Case No. 11-6389-SNOW

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Southern___ District of ___Florida___ is subject to forfeiture to the United States of America under ___18___ U.S.C. § __981 & 982__ *(describe the property)*:

One (1) 1977 White Rolls Royce automobile, VIN # SRF31885.

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Kelly Cook, Special Agent- U.S. Secret Service
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/11/2011   12 (LSS)

_____
*Judge's signature*

City and state:   Fort Lauderdale, Florida

Lurana S. Snow, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

1.      I, Kelly Cook, a Special Agent of the United States Secret Service (USSS), currently assigned to the Miami Field Office located in Miami, Florida, being duly sworn, state the following:

### I.  PROPERTY TO BE SEIZED

2.      I make this affidavit in support of an application for the issuance of a seizure warrant to seize a 1977 white Rolls-Royce, VIN: SRF31885, pursuant to Title 18 U.S.C.§§981(a)(1)(C), and 982(b)(1), and the procedures of Title 21 U.S.C.§853, as proceeds from wire fraud, mail fraud, and money laundering offenses, in violation of Title 18 United States Code, Sections 1341, 1343, 1349, 1956, and 1957.

### II.  BACKGROUND AND TRAINING OF THE AFFIANT

3.      I am a Special Agent with the United States Secret Service (U.S.S.S.) assigned to the Miami Field Office.  As such, I am an investigative or law enforcement officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in violation of Title 18, United States Code, Sections 1343, 1341, 1349, 1956, and 1957.  I have been a Special Agent with the U.S.S.S. since July 2007.  I have been assigned to the Miami Field Office since that time, and I have been involved to numerous investigations involving bank fraud, wire fraud, money laundering, and other related offenses.  I successfully completed the seven (7) month U.S.S.S. Basic Agents Training Academy at the James J. Rowley Training Center.  During that period of training, I received instruction on the subject of mail fraud, wire and bank fraud investigations,

1

485

among other subjects. I also have been involved in investigations concerning large scale bank fraud, wire fraud and money laundering.

4.     I have personally participated in the investigation of the violations alleged in this Affidavit. The information in this Affidavit is based on my personal knowledge of the facts contained herein as well as information conveyed to me by other law enforcement officers and witnesses.

5.     As this Affidavit is submitted for the sole purpose of establishing probable cause for the issuance of seizure warrant/s, I have not set forth all of the information which is known to me about the investigation of the violations alleged herein, but rather I have set forth only those facts and information which are sufficient for the purpose of which this Affidavit is being submitted.

## III. CURRENT INVESTIGATION

6.     In 2006, the Fort Lauderdale Police Department initiated an investigation into possible criminal activities of Rose Marks (a/k/a Joyce Michaels), and her co-conspirators, including many of her family members, who have been involved in criminal activity from as early as 1991 and continuing until the present. According to the documents and records reviewed by law enforcement officials and testimony presented to a grand jury sitting in the Southern District of Florida, Rose Marks, (a defendant in United States vs. Rose Marks, et al, Case No. 11-80072-CR-MARRA(s), (which indictment is currently sealed) claimed to be a psychic or clairvoyant gifted by God, to guide her clients through personal difficulties using the natural laws of the universe. Rose Marks claimed to her clients to have helped executives of Fortune 500 companies, movie stars, and dignitaries from around the world,

2

486

using her powers of intuition that enabled her to perceive things beyond the natural range of the five human senses. Defendant Rose Marks also provided tarot card readings, palm readings, astrology readings, numerology readings, and spiritual readings for her clients.

7.      Defendant Rose Marks further represented to her clients that she was conferring with Michael the Archangel for his advice and counsel for them. Defendant Rose Marks induced numerous vulnerable clients to convey to her their worldly possessions, including money, jewelry, and expensive property, with the false promise of returning all the money and property after performing certain rituals. Defendant Rose Marks then would use these monies and other valuables to obtain numerous assets for herself and her family members and friends

8.      Defendant Rose Marks would falsely represent to her vulnerable clients (victims) that she could determine if a curse or evil spirits were present in their lives or bodies. It was further part of the conspiracy that defendant Rose Marks  would make false statements in order to frighten victims into giving large sums of money, jewelry, gold coins, and other things of value under the false pretense that they would be cleansed of their curses and evil spirits and then fail to return them.

9.      Defendant Rose Marks would convince victims that if they did not give her the large sums of money, jewelry, gold coins, and valuables, terrible things would happen to their family and friends such as the suffering of terrible diseases, financial hardships, and other terrible catastrophes. For example, in 2006 defendant Rose Marks convinced one victim, J.M., that she had to give her, Rose Marks, large sums of money so that the victim's deceased son's soul would be protected in purgatory.

487

10.     Defendant Rose Marks never returned any of the money or valuables to victims and instead kept all monies, totaling at least $40 million dollars, which monies were used to obtain numerous assets and/or were funneled that money through various bank accounts in her name and/or the names of her co-conspirators.

### IV. VICTIM J.M.

11.     Defendant Rose Marks claimed she had a gift from God that would assist *victim* J.M. with any crisis she had in her life. Defendant Rose Marks claimed that she would use her psychic powers and confer with a higher authority to guide victim J.M. in the right direction in her life, but that she needed to pray over large amounts of money to protect J.M. from evil. Defendant Rose Marks assured J.M. that the money was a sacrifice, not a payment, and promised the money would be returned. Defendant Rose Marks promised J.M. that while she was praying over the large sums of money she provided, it would start relieving J.M. and her friends and family of all evil spirits and bad luck and end all curses. J.M.'s money was never returned to her by defendant Rose Marks.

12.     Defendant Rose Marks conducted her fortune telling business from locations in Ft. Lauderdale, Florida and New York, New York. Defendant Rose Marks conducted business as "Joyce Michael, Inc.". Her local business was located at 1130 South Federal Highway, Fort Lauderdale, Florida. She also conducted business at 21 West 58 Street, Suite 1A, New York, New York. She and her family members currently operate a business at 1003 SE 17th Street, 2nd Floor, Fort Lauderdale, Florida.

13.     Defendant Rose Marks received approximately **$20** (twenty) million dollars from victim J.M. through the

4

488

course of approximately 200 separate transactions from 06/12/97 to 01/15/08. Defendant Rose Marks distributed this money to herself and her co-conspirators. Approximately $11.5 million went directly to bank accounts owned by Rose Marks personally.

14.     As recent as 05/04/10, a victim named in the superseding indictment sent $374,000.00 to defendant Rose Marks.  Recent surveillance has shown that defendant Rose Marks and her co-conspirators still conduct their fortune telling fraud scheme.

15.     Defendant Rose Marks and her co-conspirators would instruct victims to transfer sums of money to each other, to other co-conspirators, and their companies in an attempt to conceal the receipt of the money.

16.     Surveillance from 2007 to 2011 has shown that Rose Marks and her co-conspirators have, other than their fortune telling fraud scheme, no legitimate occupation/s or any other source/s of income.

17.     The IRS transcripts received by the U.S. Attorney's Office, AUSA Lawrence Bardfeld, in response to an ex parte tax disclosure order show that Rose Marks' income was minimal and insufficient to justify her lavish lifestyle, including the purchase of various assets, such as a 2002 Mercedes Benz, 1996 Sunseeke vessel, 1989 Mercedes Benz, 1977 Rolls-Royce, 1998 Bentley, 2006 Mitsubishi Endeavor, 2008 Lexus, and a 2009 Mercedes Benz. For example, according to IRS transcripts, defendant Rose Marks reported a taxable income of $40,372.00 for the year 2007, she did not file income taxes 2008, and a taxable income of $38,932.00 in 2009.

18.     On 08/18/03, check 1133 was written from victim J.M.'s business checking account at Mountain Bank for $73,125.00 made payable to defendant Rose Marks and deposited

5

489

11-6389-Snow

into her checking account at Bank of America (ending in 7709). On 08/18/03, check 1132 was written from victim J.M.'s business checking account at Mountain Bank for $73,125.00 made payable to defendant Rose Marks and deposited into her checking account at Bank of America (ending in 5002).

19. On 08/20/03, the vehicle registration for the 1977 white Rolls-Royce, VIN: SRF31885, subject of this application, was issued to defendant Rose Marks. This vehicle is believed to be located at 1319 Seminole Drive, Ft. Lauderdale, FL, residence of Rose Marks.

20. On May 19, 2011, a Federal Grand Jury in the Southern District of Florida returned a true bill of indictment and arrest warrants were issued for defendant Rose Marks and her co-conspirators, including Nancy Marks, Ricky Marks, Donnie Eli, Rosie Eli, Vivian Marks, Cynthia Marks, Michael Marks, Victoria Eli, and Peter Wolofsky, on violations of Title 18 USC§§1341, 1343, 1349, 1956, and 1957. This indictment included forfeiture allegations, after the grand jury found probable cause to believe that the asset subject of this application was forfeitable.

21. Your affiant has reason to believe that there is evidence showing probable cause that the aforementioned asset was obtained by defendant Rose Marks and or her co-defendants with proceeds from their fortune telling fraud scheme.

I declare under penalty of perjury that the information contained herein is true and correct.

K. Cook
KELLY COOK, SPECIAL AGENT
UNITED STATES SECRET SERVICE

Sworn to and subscribed before me this 12 day of August, 2011.

Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE