# COMPOSITE EXHIBIT "5"

4/7/2011

pages 7-11

1    That he was a very famous man, and that's

2    the reason why the money had to go to him.

3        Q.    Before we get into any of the

4    specifics as to what was going on, what

5    was transpiring, let's talk about some of

6    the other players.

7        A.    Yes.

8        Q.    We've got, right underneath Peter

9    and Ruth Wolofsky, Rose Marks, also known

10   as Pinky, and Nicholas G. Marks.  Who are

11   they?

12       A.    This particular clan, we are dealing

13   with the Romni gypsy.  And Romni is

14   R-o-m-a-n-i, as far as we would spell it,

15   and the gypsies would spell it R-o-m-y.

16       The Romni gypsies, the patriarch of

17   the family is usually the father.  That

18   would be Nicholas G. Marks, a/k/a, his

19   gypsy nickname being Dino.

20       Being a patriarch -- he had died in

21   2006 and, therefore, Rose Marks is now

22   what we believe the patriarch of the

23   family.

24       And then underneath her would be her

25   son, Ricky Marks.  His gypsy name being

1          Dinos.

2          Q.    D-i-n-o-s?

3          A.    It's actually Ninos.  That's my

4     mistake.  N-i-n-o-s.  His wife is Nancy

5     Marks.  She goes by several names.  We

6     like to call it the stage names when

7     you're doing fortune-telling.  She will go

8     by the name of Vivian Michael.  She'll go

9     by Nancy Michael.  As of recently, she's

10    going by the name of Kate Michael.

11          Right next to them is Michael Marks.

12    He's the son of Rose Marks, the brother to

13    Ricky Marks, and his wife, Cynthia Miller

14    who's a fortune-teller.  And she goes by

15    the name of Cynthia Angel Miller, and her

16    gypsy name is Twinkee.

17          Next to her is Rose Marks' daughter,

18    Rosie Marks.  She married to the man to

19    the right, Donnie Eli.

20          Q.    So Rose Marks is the matriarch of

21    the family who is the person who dealt

22    most with Jude Montassir?

23          A.    That's correct.

24          Q.    She has three children --

25          A.    Yes.

1        Q.    -- who are involved in this?

2        A.    Yes.

3        Q.    Those children would be Ricky Marks,

4    Michael Marks and Rosie Eli; is that

5    correct?

6        A.    Rosie Marks or Rosie Eli.  Do you

7    want me to explain the marriage?

8        Q.    Sure.

9        A.    Gypsies, in this particular case,

10    the Romni gypsies don't adhere to American

11    law.  They adhere to gypsy law.  And in

12    this case, the -- usually the bride is

13    usually picked and usually the bride is a

14    good earner, somebody that can do

15    fortune-telling and makes good money.

16         The groom's family then would pay

17    the bride's family a dowry, What's call a

18    dowry.  It could be anywhere from 30,000

19    up to 100,000, depending on how good she

20    is at fortune-telling.

21        Q.    Go ahead.

22        A.    I'm sorry, I lost my thought.

23        Q.    That's what happens when you get

24    old.

25        A.    In this case, you'll see names --

1    like Rose Marks does go by the name of her

2    husband.  She's formally known as Rose

3    Eli.  But as you see, with Cynthia Miller,

4    she's married to Michael Marks but she's

5    married under gypsy law, unless something

6    comes up, but I have not found a marriage

7    certificate for the both of them.

8         Nancy Marks did take her husband's

9    name, Ricky Marks.

10        And then Rosie Marks, she keeps the

11   name Rosie Marks but sometimes uses the

12   name Rosie Eli.  Donnie Eli is the

13   husband, but in this case, she

14   predominately uses Rosie Marks.

15   Q.   For the most part, the women in this

16   particular organization are the ones who

17   are actually telling the fortunes and the

18   ones who are actually doing the readings

19   and things like that, and the men are the

20   ones who are taking care of the money; is

21   that fair to say?

22   A.   They work, in this particular Romni

23   gypsy fortune-telling, the women do all of

24   the work.  They're the earners.  They're

25   considered earners.  Their job is to earn

1        the money.

2            They don't become important until

3        they start to bear children, so they are

4        the earners.  The husbands, more or less,

5        I'd like to say -- well, I don't like to

6        say it, but they more or less don't work.

7        Q.   Who are the other players that we

8        have on this chart?

9        A.   Now, underneath Ricky and Nancy are

10       their two children, Nicholas Christopher

11       Marks and his wife, Fatima Evans.  That

12       will become important as time goes on.

13           But Vivian J. Marks is the daughter

14       to Nancy Marks, who is very, very involved

15       in the fortune-telling business with the

16       family and her gypsy husband, Dominic

17       Guzman.

18       Q.   The first person that you talked to

19       that contacted you and told you that

20       someone was committing a fraud on them or

21       a crime may have been committed was

22       dealing with which one of these

23       individuals?

24       A.    Nancy Marks.

25       Q.   And Nancy Marks is Rose Marks'

4/7/2011

pages 14, 15.

4/7/2011

pages 39 - 40

Page 39

```
1            A GRAND JUROR:   He doesn't go to

2       school, the kid?

3            THE WITNESS:  Interesting thing is

4       we're not sure of their educational level.

5       It's been told that they usually leave

6       school around 3rd or 4th grade because

7       they don't want them to assimilate with

8       the American culture.

9            As gypsies, as time goes on, that

10      may not be true, but I have no evidence to

11      show how far in school these kids went.

12           This is Capital Grille.  It's a very

13      expensive place at the Galleria Mall.  In

14      that picture, starting at the left with

15      his head to the back is Donnie Eli, and

16      the next partial face, that is Dominic

17      Guzman, the husband to Vivian Marks who is

18      sitting there with the blond hair.  And

19      then to her left or our right is the girl

20      with the gray hair, who's Rose Marks, and

21      next to her is Rosie Marks.

22           This is a meeting at 1130 South

23      Federal Highway.  Again, you have Donnie

24      Eli.  You've got Walter Miller, which is

25      Sharon Stevens' husband, and you've got
```

1           Ricky Marks with the pink shirt on.

2                   This is Sharon Stevens, her home at

3           706 Diplomat Parkway in Hallandale, which

4           is right on the water, too, as well.  It's

5           a very large house.

6                   This picture here is I went to a

7           blackball meeting.  In the gypsy

8           community, if you get blackballed, that

9           means there's a disagreement and the gypsy

10          clan and elders get together and they hold

11          a meeting.

12                  This particular meeting Sharon

13          Stevens is meeting with the detail

14          officers at Embassy Suites because now the

15          gypsies are going to come because her

16          husband wants to place a blackball on

17          another gypsy over a fight.

18                  This is the housekeeper.  Just so --

19          she gets large payments from this

20          particular family and the money and the

21          checks are cashed.  The checks are like

22          9,000, 8,000, and they're not placed in

23          bank accounts.  They're cashed out.

24                  One particular year, we had her at a

25          salary of 268,000.

Page 14

1          In this particular case, Jennifer

2     Hill went in.  She was skeptical.  She sat

3     with Nancy.  They went into what they call

4     the oficina.

5          When they sat in the office, they

6     sit in very close quarters and, more or

7     less, the fortune-teller will sit close to

8     the door.  The room is kind of small so

9     you're very up close.  There's a

10    psychological effect to that.

11         Jennifer was still a little

12    skeptical.  She sat and listened and then

13    Nancy was explaining that, you know, she

14    could help her out.  She needed something

15    to meditate on.  You know, she eventually

16    convinced Jennifer to come back.  I'm

17    giving you the short story right now.

18         The concept is, the gypsy, the

19    fortune-teller has to try to get some kind

20    of trust so they play a lot with God.

21         What she did is took one of

22    Jennifer's bracelets, told her to come

23    back.  Gave the bracelet back to Jennifer.

24    That psychologically is the beginning of a

25    trust factor.  I gave you something.

1        You're giving it back to me.

2            So she told Jennifer that -- the

3    good news is that's she's not cursed by

4    God but she is cursed in a prior life.

5            If you are cursed by God, no psychic

6    can help you.  As long as you understand

7    that nobody knows they're gypsies.  They

8    believe in psychics, clairvoyance,

9    astrologists.

10           The thing here is that she still was

11   a little skeptical, but Nancy Marks had

12   told her, "The good news is God wants me

13   to do this work for free," so she told

14   Jennifer she was cursed in a past life.

15   And as time went on, Jennifer listened.

16   And eventually, Jennifer started to give

17   her money based on the fact that Nancy

18   said, "I can definitely guarantee to

19   reunite you with your lost soulmate,"

20   being the boyfriend that had left.

21   Q.   Why did she give money?  Was it as

22   payment for the fortune-telling?

23   A.    Initially, they give like a tarot

24   card reading.  You have an astrology

25   reading, astrology chart or spiritual

4/7/2011
pages 45-47

1      for now.  We'll be back in the next few

2      weeks and we will be seeking an Indictment

3      against a number the people involved in

4      this, about the conspiracy to commit mail

5      fraud and wire fraud.

6           A GRAND JUROR:   Are these folks in

7      New York associated in any way with the

8      McCormicks?

9           THE WITNESS:  McCormicks, being

10     Irish, could be part of the Tinkerbells,

11     as we call them, the Travelers.

12          So you understand, the gypsies --

13     if you want me to explain real quick, you

14     have the Roofers.  You have the

15     distraction burglars.  You have the

16     Sweetheart Swindlers.

17          Sweetheart swindle can be done by a

18     male or a female.  That's where an older

19     gentleman lost his wife.  He's about 80 or

20     88 years old, you know, very old.

21     Probably started to enter dementia or

22     Alzheimer's.   And where the young woman

23          -- they usually find them at Oakland Park

24     and Federal Highway, the target, and then

25     the young gypsy will move in and try to

1          swindle them for their money.  And also,

2          the men will try to find an older woman

3          and try to swindle them for their money.

4                  Then you have the Roofers and you

5          have the Travelers, The Pigeon Drop.

6                  A GRAND JUROR:   Are they familiar

7          with each other?

8                  A GRAND JUROR:   They're family.

9                  THE WITNESS:  I can tell you this:

10         I speak extensively with gypsies.  Not

11         that I want to, but for some reason, they

12         call my number and I've got thousands of

13         calls, I would say.  Somewhere around

14         hours and hours of calls, though, which,

15         you know, I have a lot of insight.

16                 I'm not an expert, but I will tell

17         you, I've got a lot of insight.  A lot of

18         the information I'm giving you is coming

19         from other gypsies.

20                 I will give you something real

21         quick.  I was talking to a gypsy out of

22         New York the other day, and I said, "Can

23         you tell me, please, do any of the Marks'

24         family have any psychic ability?"

25                 She said, "Charlie, are you kidding

Page 47

1      me?  No gypsy has any psychic ability,

2      none whatsoever."

3           More or less, they think they've

4      got a gullible victim and they take a lot

5      of pride because they think it's a God

6      given right to steal from the gajo or

7      gaja, which means the American male or

8      female.

9      BY MR. BARDFELD:

10     Q.  What's the total amount of money

11     that you believe and that your

12     investigation revealed that these

13     individuals have taken from vulnerable

14     victims in this case over the course of

15     the investigation or the course of this

16     case?

17     A.  I would say 40 million dollars or

18     very close to it.

19          A GRAND JUROR:  A year?

20          THE WITNESS:  No, total.

21          A GRAND JUROR:  How long is this

22     period that you are investigating in this

23     case?  How long does the ongoing

24     investigation date back to?

25          THE WITNESS:  1991.

4/14/2011
pages 36-37

1       these stories.  It could have been anyone,

2       man or woman, but they exploited the

3       vulnerability, and that's what makes this

4       crime so heinous.

5               You mentioned in your previous

6       testimony, you said -- am I speaking too

7       fast -- you said they believe it is their

8       right to steal money or take money from --

9       you gave it some term.

10              THE WITNESS:  They believe that they

11      have the right to take money from the goja

12      or gajo.  Goja is the American female and

13      the gajo is the American male.

14              They do not abide, for the most

15      part, with American law.  They believe in

16      gypsy law.

17              A GRAND JUROR:  They believe in

18      their mind that they have a right to do

19      this?

20              THE WITNESS:  Yes.

21              A GRAND JUROR:   No consciousness of

22      guilt?

23              THE WITNESS:  All I can say is

24      this:  I'm speaking to a particular gypsy

25      right now and she's a psychic.  So I said

```
 1      to her -- and I have it recorded.  I

 2      said, "You have to tell me.  I need to

 3      know if any of these people in the Marks'

 4      family -- they don't know I'm

 5      investigating this particular thing."

 6           A GRAND JUROR:  She must, she's a

 7      psychic.

 8           THE WITNESS:  She actually looks at

 9      me and goes, "Charlie, there isn't one

10      gypsy psychic that has any ability

11      whatsoever."

12           Sammy -- they call him Sammy the

13      Snake Marks, and he said the same thing.

14      He was married to a woman who was also a

15      psychic back in 1988.  She convinced a 19

16      year old girl to give her over her evil

17      baby.  And that made Oprah.  That made

18      Larry King on the unorthodox way a gypsy

19      would try to adopt a child.

20           What they didn't know is that's not

21      what happened.  What happened was that

22      this woman was a victim and she was

23      convinced her child was evil.

24           And it wasn't until she went home

25      that her father -- the grandfather said,
```

5/5/2011
Pages 30-32

1    rather do something good with the money.

2         But then towards the end, she got

3    reluctant in sending the money, so the last of

4    the money supposedly, or allegedly, would come

5    back to her, which never did.

6         When she finally had no more money,

7    when Atsuko Ueda would call, she would never

8    call back.  She never got the money back.

9         Q.   Now, was Ms. Ueda asked to send a

10   letter to Cynthia Miller in addition to

11   sending money?

12        A.   Yes, she was -- well, of course,

13   Cynthia had told her that she needed to buy

14   some expensive clothing, both male and female

15   clothing, to represent her in her past life

16   and the future boyfriend that she was going to

17   have.  So she went to a particular French

18   boutique in New York and used her credit card,

19   close to $4,100 to buy this clothing.

20        So she sent the letter to that

21   boutique telling them that she needed to buy

22   that clothing and Cynthia could use it.

23        Q.   Let's talk about Terrell Lowry.  She

24   was another victim.

25        What can you tell us about Terrell

1    Lowry?

2       A.   Terrell Lowry is -- you know, she's,

3    of course, a really nice woman, but if I

4    remember right, Terrell also suffered from

5    post traumatic stress disorder.

6         The thing of it is, she was having

7    certain problems with her boyfriend that she

8    wanted to get straightened out, so she went to

9    1130 South Federal Highway, which was

10   predominantly run by Rosie Marks and Donnie

11   Eli.  She met Nancy Marks there, and also,

12   Rosie was there in a wheelchair.  I don't know

13   what the wheelchair was for, but --

14        Eventually, she was giving money in

15   hopes to get rid of these certain things that

16   were occurring in her life.  She would then

17   make checks outs to -- Nancy would have her

18   makes checks out to Donnie Eli; one for

19   $3,600, one for $300, and then one cashier's

20   check for $24,000 to Nancy Marks.

21        During that time, if Nancy Marks was

22   not there and she was in New York, Terrell

23   would go to 1130 South Federal Highway and

24   meet with Nancy Marks, so she could do some of

25   the rituals that needed to be.

Page 32

1          At one point, she went over there and

2    Nancy had a soft cast on her leg.  She had

3    said that the spirits had come in through the

4    back door and she had to fight these evil

5    spirits and wound up getting hurt in the

6    course of fighting and battling, I guess, good

7    and evil.

8          Q.   And Terrell Lowry was a younger

9    woman; is that correct?

10         A.   Yes, that's true.

11         Q.   Yet, she still had a significant

12   amount of money that she could provide to

13   these individuals through a trust that her

14   father had left her --

15         A.   Yes.

16         Q.   -- is that correct?

17         A.   That's correct.

18         Q.   Let's talk a little bit about

19   Victoria Eli.  She is the sister of Rose

20   Marks; is that correct?

21         A.   Yes.

22         Q.   What kind of money did Victoria --

23   what did Victoria Eli do?

24         A.   She is also a spiritual reader.  She

25   also worked, at times, at 1130 South Federal

5/5/2011

page 34-38

1     a check for $66,000 to Victoria Eli, at the

2     direction of Rose Marks.

3           Then in -- well, I missed this one.

4     September 20, 2001, she wrote a check to a

5     Victoria Summer --

6           Q.   Who's Victoria Summer?

7           A.   -- for $186,000.

8           Victoria Eli used the names Victoria

9     Summer, Janice Johnson and Victoria Eli.

10          Q.   One of the victims that Victoria Eli

11    received a lot of money from is John Cleary;

12    is that correct?

13          A.   Yes.   Our records indicate there was

14    quite a large number of checks sent from John

15    Cleary to Victoria Eli.

16          Q.   And we are talking about hundreds of

17    thousands of dollars that Mr. Cleary would

18    have sent to Victoria Eli; is that correct?

19          A.   That's correct.

20          Q.   There is victim by the name of

21    Candice Choromokos?

22          A.   Yes.   I think that's how you say it.

23          Q.   C-H-O-R-O-M-O-K-O-S?

24          A.   Yes.

25          Q.   What can you tell us about her?   What

Page 35

1 kind of dealings -- who dealt with her?

2   There were telephone conversations,

3 numerous telephone conversations.

4  A. From the phone records, Rosie Marks

5 would receive, I believe it was within a year

6 period, from '08 to '09, 4,000 -- probably

7 about 4,200 phone calls were made to Rosie

8 Marks, and Rosie Marks made approximately

9 between 300 to 400 calls to Candice.

10   Now, Candice would then send wired

11 money to Rose Marks, so to conceal the true

12 source of the money.  But in the Wachovia

13 records of Candice, the wires would spell out

14 Rosie Marks.

15  Q. Another victim by the name of Nicole

16 DeBartolo; is that correct?

17  A. Yes.

18  Q. For the members of the Grand Jury who

19 might be a little older and know old NFL

20 football, that DeBartolo is the daughter of

21 the former San Francisco 49's owner, Mr. Ed

22 DeBartolo; is that right?

23  A. Yes.  Actually, the family still owns

24 it, but it's under the wife's name.

25  Q. Okay.  What can you tell us about

1      Nicole DeBartolo and her dealings with members

2      of this group?

3           I think she dealt with Rose Marks.

4        A.  Well, no.  What she did was, Nicole

5      went to New York and she had met Kate

6      Michaels, who is actually Nancy Marks.

7           Of course, she was there -- and she's

8      married now, happily married, but she, at that

9      time, she was having a relationship problem.

10     Actually, the current husband that she's

11     married to, Nancy had told her not to marry.

12       Q.  And she's happily married?

13       A.  Yeah, and it's quite evident -- to my

14     understanding, it's either her or her family

15     that's worth $700 million.

16          So Kate, of course, doesn't want her

17     to marry this guy because this guy is a

18     sergeant in a police department.  So she's

19     having relationship problems with another male

20     at the time, so Nancy is then, of course,

21     going to get God-given direction from her

22     guides and the guides are going to talk to God

23     and then Nicole would be given God-given

24     directions which path that she should take.

25          She gave the money to -- the checks

Page 37

1          were made out, at the direction of Nancy

2          Marks, to Joyce Michaels.  That check was

3          deposited into Joyce Michael, Inc., which is a

4          corporation owned and run by Rose Marks.

5                 Q.    Did Nicole DeBartolo know her as Rose

6          Marks or Joyce Michael?

7                 A.    No, she knew Nancy Marks as Kate, and

8          she didn't know Rose Marks.

9                 Q.    Okay.

10                A.    The interesting thing is, we went

11         back to Terrell, and I know I'm going through

12         a lot of names, but remember when I said

13         Terrell Lowry (sic) had a soft cast on or a

14         hard cast, or some kind of cast, that she was

15         battling with the spirits?

16                Well, Nicole met Nancy at the Tampa

17         Airport.  She believes Ricky Marks, she

18         thought, was going upstairs.  Nancy was

19         limping.  This is about the same time.  We're

20         talking about October/November of '08.

21                Nancy was limping.  So Nicole, at

22         this point now, said, you know, Kate, what

23         happened?  She goes, I was taking a shower and

24         got into a battle with the spirits and the

25         spirits attacked me and I had to fight the

Page 38

1     spirits.

2            At this point, Nicole screams and

3     runs out of there and Nancy is limping after

4     her.  She said, you know, at that point, I

5     realized this woman is crazy.

6        Q.   Let's talk about Mr. Sahan Karadayi,

7     K-A-R-A-D-A-Y-I; first name, S-A-H-A-N.

8        A.   Sahan is a Muslim from Turkey, not a

9     practicing Muslim, not that that means

10    anything, but just to give you some

11    understanding, like, some believe in

12    Christianity and Buddhism, and some, in this

13    case, are Atheist, but trusted these people

14    because they claimed to be close to God.

15           In this particular -- Sahan was

16    hearing voices in his head -- and I may have

17    gone over this before.

18       Q.   We did a little bit.  He was having

19    stress in his life.

20       A.    Yes.  His father had just died.  He

21    was educated at Nova University, and he either

22    has his master's or he is one class away from

23    his master's.  His father died and had left

24    him three businesses.

25           So here is a young man now, thrown

5/5/2011 .

page 57

Page 57

1          MR. BARDFELD:  Any other questions

2      right now?

3          What I am going to do is, I'm going

4      to get you out of here by 12:00.

5          A GRAND JUROR:  Very good.  I just

6      have one question.

7          I've asked before what their

8      background was.  They are U.S. citizens,

9      we believe?

10         THE WITNESS:  Well, the thing of it

11     is, yes, you know, honestly, I do believe

12     they are citizens, but gypsies have a

13     unique thing that they believe they are

14     Romany gypsies and not American citizens.

15         There is no indication that I can

16     directly say that they are definitely

17     foreign born and came here.

18         I don't want to give the impression

19     that every gypsy that we come into contact

20     with is a bad person.  The Romany gypsies,

21     there are a lot of them that live in

22     Texas, and they are not all criminals.

23     But this is what I particularly would say

24     is the gypsy mafia, and their one purpose

25     is to take your money.

May 19, 2011

pages 20 - 21

Page 20

1          A.   Yes.

2          Q.   How was that sent?

3          A.   That was sent via Fedex from Jude

4     Montassir.  It came from her BB & T

5     business bank account to Joyce Michael.

6     That check was deposited in Peter and Ruth

7     Wolofsky's Suntrust account.

8          Q.   Let's go to Count 6 on October 17th,

9     2008.  What was that?

10         A.   That was check number 3842 in the

11     amount of $9,000 sent via U.S. mail.

12         Q.   N.D. is Nicole Debartolo; is that

13     correct?

14         A.   Yes.

15         Q.   You've got it all in here if you

16     need to use your notes.

17         A.   Niccle Debartolo and she was advised

18     to send that to Joyce Michael by Nancy

19     Marks, so that's the reason Rose Marks and

20     Nancy Marks are together in that

21     particular transaction.

22         Q.   Count number 7 refers to a mailing

23     that occurred on November 8th, 2008, and

24     what was that?

25         A.   That, again, was from Nicole and

1       that was a check for 27,000 payable to

2       Joyce Michael, Inc., supposedly her

3       business account, and then it was

4       deposited into Joyce Michael's Bank

5       Atlantic account.  This was done, again,

6       at the direction of Nancy Marks.

7           Q.   Again, Joyce Michael does not exit,

8       as far as you know; is that correct?

9           A.   No, she does not.

10          Q.   In fact, Jude Montassir always knew

11      Rose Marks as Joyce Michael until you told

12      her differently, right?

13          A.   That's correct.

14          Q.   Let's go to Count 8 on 5/14/09.

15      What happened on that date?

16          A.   This was from Special Agent

17      Stephanie Kirby.  This was seven Western

18      Unions. The amount was $3,500.  It was

19      sent by Secret Service to 2000 East

20      Sunrise, and those checks were deposited

21      into Cynthia Miller and Michael Marks'

22      Bank of America account.

23          Q.   The reason it says from R.K. is

24      Special Agent Stephanie Kirby was using a

25      different name when she sent the money

May 19, 2011
pages 24-25

1      a $1,000.  It was sent to 21 West 58th

2      Street at the direction of Nancy Marks.

3           Just real quickly though, Special

4      Agent Kirby at this particular time was

5      allegedly speaking to Joyce Michael.

6      Unbeknownst to her, in about the fourth

7      conversation, because I think I testified

8      to this, she switched over to Nancy Marks.

9      Q.   So she originally was dealing with

10     Rose Marks and she started dealing with

11     Nancy Marks?

12     A.   And Nancy Marks would claim she was

13     Joyce Michael, as well.

14     Q.   And then the final mail fraud count

15     charging Rosie Marks and Donnie Eli, what

16     happened on that particular day, November

17     6, 2009?

18     A.   This was $230 sent from Jesup,

19     Georgia by our undercover detective, April

20     Reddish, and it went from Jesup, Georgia

21     to 4252 Davie Road Extension in Davie.

22          Donnie and Rosie had advised her to

23     make all of the checks, when they were

24     dealing with her, out to Donnie Eli.

25     Q.   This would have been the second

Page 25

1    undercover agent who was working in the

2    capacity of an undercover officer; is that

3    correct?

4    A.    Yes.  And also, it's consistent with

5    Terrell Lowry who had made checks out to

6    Donnie Eli.  And so we had our agent go in

7    there and she was directed by Rosie Marks

8    to make that check out to Donnie Eli.

9    Q.    That's the substantive mail fraud

10   count.

11         Does anyone have any questions about

12   the mail fraud, that actual mailings took

13   place and they sent to particular

14   defendants and some of these victims?

15         Now we're going to go on to the wire

16   fraud count.  Instead of going through

17   every one of them, we will go quickly

18   through them.  I'm going to cover them,

19   but if there are any questions, please let

20   me know.

21         Just a couple things.  There are

22   some wire transfers that are from within

23   the state of Florida to also being within

24   the state of Florida; is that correct?

25   A.    Yes.

May 19, 2011

pages 7 - 14

1        present or deceased.

2           Q.    Now, the first count of the

3        Indictment charges the defendants with

4        conspiracy to commit mail fraud and wire

5        fraud; is that correct?

6           A.    That's correct.

7           Q.    And that would be the family

8        members, the Marks' family members,

9        everyone but Peter Wolofsky; is that

10       correct?

11          A.    That's correct.

12          Q.    It's a conspiracy to commit mail

13       fraud, which is violation of Title 18

14       United States Code, Section 1349, but the

15       conspiracy was to knowingly and willfully

16       devise and intend to devise a scheme and

17       artifice to defraud, and for obtaining

18       money and property by means of false and

19       fraudulent pretenses, representations, and

20       promises, and for the purpose of executing

21       and attempting to execute the scheme and

22       artifice to defraud, to knowingly cause

23       mail matter to be deposited and delivered

24       by the Postal Service and by private and

25       commercial interstate carrier; is that

1    right?

2        A.    That's correct.

3        Q.    Briefly, can you describe what kind

4    of things were sent by victims in this

5    case to members of the conspiracy, Marks

6    family?

7        A.    Either by Fedex, UPS or U.S. Postal,

8    jewelry, cash, money, checks were

9    delivered by those three entities from the

10   victims to the suspects.

11       Q.    And the second object of the

12   conspiracy would be the wire fraud, which

13   is to knowingly and willfully devise and

14   intend to devise a scheme and artifice to

15   defraud and to obtain money and property

16   by means of false and fraudulent

17   pretenses, representations, and promises,

18   and for the purposes of executing and

19   attempting to execute the scheme and

20   artifice to defraud, to knowingly cause to

21   be transmitted certain writing, signs,

22   signals, and sounds, by means of wire

23   communication in interstate and foreign

24   commercial, and that's in violation of

25   Title 18, United States Code, Section

1    1343.

2        Can you briefly describe to the

3    members of the Grand Jury what that refers

4    to?

5    A.   That refers to either -- the

6    victims, from their bank accounts, did a

7    wire from bank to bank, bank from the

8    victim to the suspect, either by Western

9    Union.  That means the victim would

10   purchase a Western Union and then the

11   Western Union would be sent from either

12   Hawaii, New York, or wherever the victim

13   lived, down to Florida or somewhere

14   outside the state where the suspect would

15   pick up that Western Union.

16   Q.   And this conspiracy began in 1991;

17   is that correct?

18   A.   Yes.

19   Q.   That's when Jude Montassir first

20   began dealing with Rose Marks who she knew

21   as Joyce Michael?

22   A.   That is correct.

23   Q.   And it continues until this day; is

24   that correct?  As far as you know, these

25   people are still involved in defrauding

1    victims of large sums of money by mail

2    fraud and wire fraud; is that correct?

3    A.   Yes.   From the information I

4    gathered, they were doing it then and they

5    are currently still doing it now, not only

6    domestically but as well as

7    internationally.

8    Q.   And the object of this conspiracy

9    was that the defendants would and did

10    unjustly enrich themselves and others, by

11    falsely and fraudulently claiming to tell

12    the future, to cure people of diseases, to

13    chase away evil spirits from homes and

14    bodies, to remove curses, and to cleanse

15    the souls of clients and their families

16    and friends, in exchange for money,

17    jewelry and other things of value; is that

18    correct?

19    A.   That is correct.

20    Q.   The total amount that these victims

21    have been defrauded and that these

22    defendants have defrauded the victims is

23    approximately 40 million dollars; is that

24    correct?

25    A.   That's correct.

Page 11

1         Q.    That would be from 1991 until the

2     present; is that correct?

3         A.    That's correct.

4         Q.    You've had an opportunity to

5     identify approximately 14 victims that

6     you've had discussions with or you've

7     reviewed records and transactions; is that

8     correct?

9         A.    That's correct.

10        Q.    But those aren't the only 14 victims

11     that these people have defrauded; is that

12     right?

13        A.    Not even close.

14        Q.    Approximately how many victims have

15     you been able to identify, not the ones

16     that you've talked to, but total victims

17     that you have identified that at some

18     later date you're going to have the

19     opportunity to talk to them and find out

20     what else is going on?

21        A.    It appears from the records that we

22     are going to be looking at probably

23     anywhere between 25 to 50 more, or even

24     more than that.

25        Q.    But as it now stands, the 14 victims

1      that you've had the opportunity to

2      identify and the numerous victims that you

3      have talked to, you have a good feeling

4      for what they did and what the defendants

5      did to them; is that correct?

6          A.    That's correct.

7          Q.    Let's go through substantive mail

8      fraud counts as alleged in the Indictment.

9      Turn to page 23 of that Indictment.

10             Again, let's just go through

11     paragraph 22, the mail fraud count.  The

12     object of the scheme and artifice to

13     defraud was for the defendants, Rose

14     Marks, Nancy Marks, Cynthia Miller, Rosie

15     Marks, Victoria Eli, Vivian Marks, Ricky

16     Marks, Michael Marks and Donnie Eli and

17     others, including the others would be

18     someone Peter Wolofsky, Michael Gordon,

19     maybe Debra Bower, depending on if she's a

20     victim, or someone who's involved in the

21     wrongdoing.  They would and did unjustly

22     enrich themselves and others, by falsely

23     and fraudulently claiming to tell the

24     future, to cure people of diseases, to

25     remove curses, to chase away evil spirits

1     from homes and bodies, and to cleanse the

2     souls of clients and their friends and

3     families using the Postal Service and by

4     private and commercial carriers to obtain

5     money, jewelry and other things of value;

6     is that correct?

7     A.    That's correct.

8     Q.    In execution of that scheme, there

9     were various mailings that were done by

10    victims to the defendants; is that

11    correct?

12    A.    That's correct.

13    Q.    In addition to victims, there were

14    also some undercover mailings that were

15    completed by you and members of the Secret

16    Service with whom you were working; is

17    that correct?

18    A.    That's correct.

19    Q.    What was the purpose of those

20    mailings, those undercover mailings by you

21    and Secret Service to the defendants?

22    A.    To show that it was consistent to

23    what the victims were telling us.

24    Q.    So basically, you were saying the

25    victims told us what happened.  We wanted

Page 14

```
1        to see if that's exactly what happened and

2        that is apparently what happened?

3        A.    That's correct.

4        Q.    And who made those mailings?  How

5        did those mailings come about by United

6        States Secret Service?

7        A.    Special Agent Stephanie Kirby had

8        spoken to Cynthia Miller.  In an

9        undercover capacity, met with Cynthia

10       Miller at 2000 East Sunrise Boulevard.  A

11       conversation took place.  Then, of course,

12       Stephanie had certain problems, certain

13       relationship issues and that Cynthia

14       Miller was going to take care of that.

15             At that point, she advised Stephanie

16       Kirby, after numerous conversations, that

17       to start this work would cost $3,500.

18       And, in turn, we obtained $3,500 worth of

19       I believe it was money orders and then

20       they were mailed by Fedex, I believe.

21       Q.    Now, in the mail fraud counts, we

22       have 11 counts.  I believe if I counted

23       correctly, Counts 2 through 12?

24       A.    That's correct.

25       Q.    Those aren't the only mailings that
```

may 19, 2011
pages 29-33

1    Nancy Marks and Ricky Marks, again, on

2    June 30th, 2006, with a wire transfer in

3    the amount of $2,200 from Jean Levitin,

4    her account in New York to Ricky Marks,

5    his account in Florida; is that correct?

6    A.   That's correct.

7    Q.   Count 16 charges Nancy Marks and

8    Ricky Marks with a wire transfer in the

9    amount of $7,200 from Jean Levitin in New

10   York to Ricky Marks in Florida?

11   A.   That's correct.

12   Q.   Count 17 charges Nancy Marks and

13   Ricky Marks on July 18, 2006 with the wire

14   transfer in the amount of $3,600 from Jean

15   Levitin in New York to Ricky Marks in

16   Florida; is that correct?

17   A.   That's correct.

18   Q.   Count 18, Rose Marks and Rosie

19   Marks, wire transfer in the amount of

20   $15,000 from C.C., and that would be

21   Candace Choromokos.  Does that sound

22   right?

23   A.   Yes.

24   Q.   She was in Virginia and she sent it

25   to Rosie Marks, which was deposited in

Page 30

1         Rose Marks' bank account in Florida; is

2         that correct?

3         A.   Yes.   And the Wachovia would have

4         Rosie on that wire.

5         Q.   And that would have been on Count

6         19, is that correct?

7         A.   Yes.

8         Q.   That would have been on July 26,

9         2006.

10             Count 19, Nancy Marks and Rosie

11        Marks.   That would have been on August

12        2nd, 2006, a Western Union wire transfer

13        in the amount of $600 from Jean Levitin to

14        Rosie Marks, done at the direction of

15        Nancy Marks; is that right?

16        A.   Yes.

17        Q.   From New York to Florida, right?

18        A.   Yes.

19        Q.   Count 20, August 4, 2006, a Western

20        Union wire transfer in the amount of $300,

21        again, from Jean Levitin in New York to

22        Rosie Marks in Florida, done at the

23        direction of Nancy Marks; is that correct?

24        A.   Yes.

25        Q.   Count 21, Rose Marks and Rosie Marks

Page 31

1      on August 7, 2006.  That's a wire transfer

2      in the amount of $6,000 from C.C.'s

3      Wachovia account and that was in Virginia

4      to Rosie Marks, which was deposited in

5      Rose Marks' Bank of America account in

6      Florida; is that right?

7          A.    That's correct.

8          Q.    C.C. is the one who had thousands

9      and thousands of phone calls from her cell

10     phone to Rosie Marks?

11         A.    Yes.

12         Q.    So she was dealing with Rosie Marks

13     and the deposit was made in Rose Marks

14     particular account; is that right?

15         A.    That's correct.

16         Q.    Count 22, that would be just Rose

17     Marks, check number 1626, in the amount of

18     $150,000 from Jude Montassir in North

19     Carolina, made payable to Rose Marks and

20     deposited in her Washington Mutual

21     account; is that right?

22         A.    Yes.

23         Q.    Which was in Florida; is that right?

24         A.    Yes.

25         Q.    Count 23, Nancy and Ricky Marks on

1          September 14, 2006.  That would be a wire

2          transfer in the amount of $8,000 from

3          Jennifer Hill, who had an account at

4          American Savings in Hawaii, to Ricky

5          Marks, which was deposited in his Bank of

6          America account in Florida; is that right?

7          A.    That's correct.

8          Q.    Count 24, Cynthia Miller and Michael

9          Marks.  That was a wire transfer in the

10          amount of $11,700 from Atsuko Ueda, who

11          was in Japan, to Cynthia Miller, which was

12          deposited in Cynthia Miller and Michael

13          Marks' account in the state of Florida; is

14          that right?

15          A.    That's correct.

16          Q.    Count 25, Nancy Marks and Ricky

17          Marks, a wire transfer in the amount of

18          $7,400 from Jean Levitin in New York to

19          Ricky Marks in Florida; is that right?

20          A.    That's correct.

21          Q.    Count 26, Rose Marks and Rosie

22          Marks.  That would have been on December

23          6, 2006.  That would be a wire transfer in

24          the amount of $3,500 from C.C. account in

25          Virginia to Rosie Marks, which was

Page 33

1          deposited in Rose Marks' Bank of America

2          account in the state of Florida; is that

3          right?

4          A.    That's correct.

5          Q.    Count 27, Nancy Marks.  That would

6          have been on January 30th, 2007; is that

7          right?

8          A.    That's correct.

9          Q.    A wire transfer in the amount of

10         $9,500 from Jean Levitin in New York to

11         Nancy Marks in Florida; is that right?

12         A.    That's correct.

13         Q.    Count 28, Nancy Marks again and that

14         would be February 12, 2007, a wire

15         transfer in the amount of $4,000 from Jean

16         Levitin in New York to Nancy Marks in

17         Florida?

18         A.    That's correct.

19         Q.    Count 29, Cynthia Miller and Michael

20         Marks, February 20, 2007, a wire transfer

21         in the amount of $3,300 from Atsuko Ueda

22         in Japan to Cynthia Miller in Florida; is

23         that right?

24         A.    That's correct.

25         BY MS. STEINBERG:

May 19, 2011

pages 41-42

1        Nancy Marks' Bank of America account in

2        Florida, done at the direction of Vivian

3        Marks?

4        A.   That's correct.

5        Q.   Count 49 again charges Nancy Marks

6        and Vivian Marks on September 29th of 2008

7        with a wire transfer in the amount of

8        $9,000 from Jacob Sondergaard in Denmark

9        to Nancy Marks, deposited in Nancy's Bank

10       of America account in Florida, again, done

11       at the direction of Vivian Marks?

12       A.   That's correct.

13       Q.   Count 50 charges Cynthia Miller and

14       Michael Marks on October 10, 2008 with a

15       wire transfer in the amount of $20,000

16       from Atsuko Ueda in Japan to Cynthia

17       Miller, deposited in Cynthia Miller and

18       Michael Marks' Bank of America account in

19       Florida?

20       A.   That's correct.

21       Q.   Count 51 charges Nancy Marks and

22       Donnie Eli on October 27th of 2008 with a

23       check, again, in the amount of $300

24       from --

25       A.   Terrell Lowry.

1          Q.    -- Terrell Lowry's Wachovia account

2     in Florida to Donnie Eli, deposited in

3     Donnie Eli's Bank of America account in

4     Florida?

5          A.    That's correct.

6          Q.    Count 52 charges Nancy Marks and

7     Donnie Eli on October 27th of 2008 with a

8     check in the amount of $3,600 from Terrell

9     Lowry's Wachovia account in Florida to

10    Donnie Eli, deposited in Donnie Eli's Bank

11    of America account in Florida?

12         A.    That's correct.

13         Q.    Count 53 charges Nancy Marks and

14    Donnie Eli on October 28th of 2008 with a

15    Wachovia official bank check in the amount

16    of $24,000 from Terrell Lowry in Florida

17    to Nancy Marks, which was deposited in

18    Nancy Marks' Bank of America account in

19    Florida?

20         A.    Yes.

21         Q.    Count 54 charges Rose Marks and

22    Vivian Marks on October 29th of 2008 with

23    a wire transfer in the amount of

24    $23,535.25 from Jacob Sondergaard in

25    Denmark to Joyce Michael, Inc., deposited

May 19, 2011
page 67

1    will answer any question that you might

2    have.

3          THE WITNESS:  Can I clarify

4    something real quick?

5    MR. BARDFELD:

6    Q.   Yes.

7    A.   In reference to -- it's something I

8    was thinking and I wanted to make a point

9    to make sure that I disseminated this to

10   you.

11        In reference to the gajo and the

12   goja and the gypsies, we're dealing

13   specifically with gypsy organized crime

14   and gypsy criminals.  I don't want you to

15   believe that I believe that every gypsy

16   out there is a criminal.

17        The ones we are dealing with and

18   their right to steal deals directly with

19   gypsies that partake or participate in

20   criminal activity.  I just wanted to

21   clarify that.

22   Q.   And you are willing to determine

23   whether or not there is probable cause to

24   believe that these defendants who are

25   listed in the Indictment, those ten

Jan 12, 2012.

page 19

1        know, when she questioned Nancy about the

2        work and the money for the work, Nancy

3        would yell at her that she needed to have

4        faith.  She needed to have faith in her

5        work.

6           Q.   But she never got any money back,

7        either?

8           A.   No.  And she gave approximately, at

9        this time, for that time period about

10       $60,000.

11          Q.   Sixty thousand?

12          A.   Yes.

13          Q.   Let's go to some of the substantive

14       counts and the additions that have been

15       made to that would be the wire fraud

16       counts.  If you look at Count 51.  We had

17       already gone through 51, 52 and 53, which

18       would be on page 26.

19             Do you have that in front of you?

20          A.   I do, yes, sir.

21          Q.   The changes to those counts is

22       originally we had Nancy Marks and Donnie

23       Eli as the individuals who were defendants

24       in those counts.  Rosie Marks was added to

25       those because of her relationship with T.

Jan 12, 2012
pages 23-24

Page 23

1    with both Rose and Nancy Marks; is that

2    right?

3        A.   Sue Abraham was dealing with I know

4    Nancy, but let me double-check.

5        Q.   Well, the money went into Rose

6    Marks' account?

7        A.   Yes.

8        Q.   That was the proceeds of the sale of

9    her mother's house that was used to be

10   cleansed; is that right?

11       A.   Yes, that's correct.

12       Q.   There is one paragraph relating to

13   an individual that we identified as J.C.,

14   who is John Cleary who was removed from

15   this second superseding indictment.

16            Can you explain to the members of

17   the grand jury why?

18       A.   Mr. Cleary was giving a large sum

19   amount of money to Victoria Eli and at the

20   time, the cost of the investigation, the

21   analysis of the bank account, it was a

22   large sum of money.  Based that we were

23   close to the indictment, we did not talk

24   personally with Mr. Cleary because of the

25   ability that he still had a close

Page 24

1    relationship with Victoria Eli and we were

2    afraid that the indictment would be

3    disclosed, and there could be them taking

4    off and we couldn't get them, so --

5    Q.   Ultimately, looking at bank records,

6    you determined that he was providing large

7    sums of money to Victoria Eli; is that

8    correct?

9    A.   Absolutely.

10   Q.   A decision has been made at this

11   point not to include him; why?

12   A.   He claims that he's happy with

13   Victoria Eli's services, even though he

14   gave her a lot of money, so --

15   Q.   So he's not a cooperative witness at

16   this point for the government; is that

17   correct?

18   A.   That is correct.

19       MR. BARDFELD:   Does anyone have any

20   questions?

21       Seeing that there are no questions,

22   we'll step outside.  If you do have any

23   questions, please let us know.  We will

24   answer any questions you might have.

25   Thank you.