# COMPOSITE EXHIBIT "6"

Amount:          $33,000,350.00
Account:         5567174681
Bank Number:     063000

Sequence Number:    75504725
Capture Date:       11/08/0520
Check Number:       5249

---

| Account: | PAYMENT | PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER | $35,000.00 |

JUDE G. MONTASSIR REV LIVING TRUST
U/A DTD 4/14/2010
13500 STIRLING RD
SOUTHWEST RANCHES, FL 33330-3119

Please Direct Any Questions
To: (800) 278-6302
ONLINE BANKING - BILL PAYMENT

4/630

0000005249

BANK OF AMERICA, N.A.

August 11, 2011

Pay THIRTY FIVE THOUSAND AND 00/100 ............................................    DOLLARS

$  ****35,000.00

To
The
Order
Of

>33701 7998156 001 080005
RINGFIT LLC
2732 MONTEVIDEO AVE
HOLLYWOOD FL 33026 4541

Void After 180 DAYS.
Signature On File
This check has been authorized
by your depositor

⑈005249⑈     ⑆063000047⑆ 005567174681⑈ 189     ⑈0003500000⑈

909479234

BANK OF AMERICA, NA MIA
*011000138* E5979 01 P01
08/12/11
755047253

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Amount:        $0.00
Account:       229041536071
Bank Number:   063000

Sequence Number:   77040080
Capture Date:      11/09/0320
Check Number:      1001

**RINGFIT LLC**
11850 WEST STATE RD 84, SUITE A-3
DAVIE, FL 33325

1001

63 4 530 FL
90899

DATE 9/2/11

PAY TO THE ORDER OF  Jude Montassir

$ 35,000.⁰⁰

Thirty five thousand & 00/100 ————— DOLLARS

**Bank of America**

ACH R,T 063100277

FOR Repayment of Loan

⑈0010011⑈ ⑆063000047⑆ 2290415360711⑈ ⑆00035000001⑈

BANK OF AMERICA, NA HAL
911600133 E3645 A1 P07
08/14/11

0770400808

Jude Montassir
deposit only