# COMPOSITE EXHIBIT "7"

'00 11:44    FCSB-FAIRFIELD OFFICE            FAX 203-319-3451           P. 1

## FAIRFIELD COUNTY SAVINGS BANK
### DOMESTIC WIRE TRANSFER AUTHORIZATION

a: 31 May 2001         Amount being sent $33,000.00
                       Fee  15.00

**Part (Customer) Information**

Jude Montassir
342 Midlock Road
Fairfield, CT 06430

Type: driver's license   Serial Number: 097355460
Exp Date: 9/20/03   Issuer: State of Connecticut

Bank's Information:
0631 00277
Number: 063000047   Bank Short Name: _____
Name: Bank of America
Address: 1900 Tyler Street
State, Zip: Hollywood, FL 33020
Name of Person Receiving Funds: Victoria Ely
Account Number: 003447969882

Personal Information: _____
Address: _____
State, Zip: _____

② 5/31/01

$33,000 —

**Part B**

I have reviewed the information above for accuracy. I authorize Fairfield County Savings Bank to debit my account for the amount of the wire transfer plus any applicable fees.

Account Number: 0707000856
Customer's Signature: Jude Montassir

I have verified the customer's information & signature to the bank's records.

First Authorized Bank Representative _____  _____
                                      Signature      Print Name

Second Authorized Bank Rep _____  _____
                            Signature      Print Name

Third Authorized Bank Rep _____  _____
                           Signature      Print Name

**Part C**                    **Wire Department**

FDIC Special Alerts reviewed by _____ (initial) and the OFAC list reviewed by _____
Wire Transfer Department entered by _____ (initial) and verified and transmitted by _____ (initial).

F:\cesa\branch\branch forms\wire transfer form (domestic)

VICTORIAELI-011

20 '00 11:44    FCSB-FAIRFIELD OFFICE         FAX 203-319-3451         P. 1

**FAIRFIELD COUNTY SAVINGS BANK**
**DOMESTIC WIRE TRANSFER AUTHORIZATION**

Date: 1 Oct 2001       Amount being sent: $41,250.00
Branch: ___              Fee: 15.00

**Originator (Customer) Information**
Name: Jude Montassir
Address: 342 Midlock Road
City, State, Zip: Fairfield, CT 06430
Identification: Type: driver's license  Serial Number: 097355460
Exp Date: 9/20/03  Issuer: State of Connecticut

**Beneficiary's Information:**
ABA Number: 063100277   Bank Short Name: ___
Bank Name: Bank of America
Bank Address: 1900 Tyler Street
City, State, Zip: Hollywood, FL 33020
Name of Person Receiving Funds: Victoria Eli
Credit Account Number: 003447969882
Additional Information: ___
Home Address: ___
City, State, Zip: ___

**Part B**
I have reviewed the information above for accuracy. I authorize Fairfield County Savings Bank to debit my account for the amount of the wire transfer plus any applicable fees.

Account Number: 070700085b
Customer's Signature: Jude Montassir

I have verified the customer's information & signature to the bank's records.
First Authorized Bank Representative ___  Signature ___  Print Name ___

Second Authorized Bank Rep ___  Signature ___  Print Name ___
Third Authorized Bank Rep ___  Signature ___  Print Name ___

**Part C**                      **Wire Department**
FDIC Special Alerts reviewed by ___ (initial) and the OFAC list reviewed by ___
Wire Transfer Department entered by ___ (initial) and verified and transmitted by ___ (initial).

F:\users\branch\branch forms\wire transfer form (domestic)

VICTORIAELI-021

1. 20 '00 11:44    FCSB-FAIRFIELD OFFICE                    FAX 203-319-3451        P. 1

## FAIRFIELD COUNTY SAVINGS BANK
## DOMESTIC WIRE TRANSFER AUTHORIZATION

Date: 29 Oct 2001   Amount being sent: $33,000.00

Branch: _____   Fee: 15.00

**Originator (Customer) Information**

Name: Jude Montassir
Address: 342 Midlock Road
City, State, Zip: Fairfield, CT 06430
Identification: Type driver's license  Serial Number: 097355460
Exp Date: 9/20/03   Issuer: State of Connecticut

**Beneficiary's Information:**

ABA Number: 063100277   Bank Short Name: _____
Bank Name: Bank of America
Bank Address: 1900 Tyler Street
City, State, Zip: Hollywood, FL 33020
Name of Person Receiving Funds: Victoria Eli
Credit Account Number: 003447969882
Additional Information: _____
Home Address: _____
City, State, Zip: _____

(handwritten margin: ⑦  10/29/01  33,000)

**Part B**

I have reviewed the information above for accuracy. I authorize Fairfield County Savings Bank to debit my account for the amount of the wire transfer plus any applicable fees.

Account Number: 0707000856
Customer's Signature: Jude Montassir

I have verified the customer's information & signature to the bank's records.

First Authorized Bank Representative _____   Signature / Print Name

Second Authorized Bank Rep _____   Signature / Print Name

Third Authorized Bank Rep _____   Signature / Print Name

**Part C — Wire Department**

FDIC Special Alerts reviewed by ___ (initial) and the OFAC list reviewed by ___
Wire Transfer Department entered by ___ (initial) and verified and transmitted by ___ (initial)

F:\users\branch\branch forms\wire transfer form (domestic)

VICTORIAELI-023

FCSB-FAIRFIELD OFFICE          FAX 203-319-7450

**FAIRFIELD COUNTY SAVINGS BANK**
**DOMESTIC WIRE TRANSFER AUTHORIZATION**

Date: 4 November 2001    Amount being sent: $18,000.00
Branch: _____    Fee: 15.00

**Originator (Customer) Information**
Name: Jude Montassir
Address: 342 Midlock Road
City, State, Zip: Fairfield, CT 06430
Identification: Type: driver's license  Serial Number: 097355460
Exp Date: 9/20/03  Issuer: State of Connecticut

**Receiving Information:**
ABA Number: 063100277   Bank Short Name: _____
Bank Name: Bank of America
Bank Address: 1900 Tyler Street
City, State, Zip: Hollywood, Fl 33020
Name of Person Receiving Funds: Victoria Eli
Credit Account Number: 003447969882
Additional Information: _____
Home Address: _____
City, State, Zip: _____

Handwritten notes: 11/4/2001  $18,000  ⑧

**Part B**
I have reviewed the information above for accuracy. I authorize Fairfield County Savings Bank to debit my account for the amount of the wire transfer plus any applicable fees.

Account Number: 0707000856
Customer's Signature: Jude Montassir

I have verified the customer's information & signature to the bank's records.
First Authorized Bank Representative _____
                    Signature              Print Name

Second Authorized Bank Rep _____
                    Signature              Print Name

Third Authorized Bank Rep _____
                    Signature              Print Name

**Part C**           **Wire Department**
FDIC Special Alerts reviewed by _____ (initial) and the OFAC list reviewed by _____
Wire Transfer Department entered by _____ (initial) and verified and transmitted by _____ (initial).

20 '00 11:44     FCSB-FAIRFIELD OFFICE     FAX 203-319-3451     P. 1

## FAIRFIELD COUNTY SAVINGS BANK
## DOMESTIC WIRE TRANSFER AUTHORIZATION

Date: **28 November 2001**  
Amount being sent: **$18,000.00**  
Fee: **15.00**

**Sender (Customer) Information:**
- Name: Jude Montassir
- Address: 942 Midlock Road
- City, State, Zip: Fairfield, CT 06430
- Identification: Type driver's license, Serial Number 097355460
- Exp Date: 9/20/03, Issuer: State of Connecticut

**Beneficiary's Information:**
- ABA Number: 063100277
- Bank Name: Bank of America
- Bank Address: 1900 Tyler Street
- City, State, Zip: Hollywood, FL 33020
- Name of Person Receiving Funds: Victoria Eli
- Credit Account Number: 003447969882
- Additional Information: _____
- Tax Address: _____
- City, State, Zip: _____

11/28/2001

$18,000

### Part B
I have reviewed the information above for accuracy. I authorize Fairfield County Savings Bank to debit my account for the amount of the wire transfer plus any applicable fees.

Account Number: 070700085

Customer's Signature: *Jude Montassir*

I have verified the customer's information & signature to the bank's records.

First Authorized Bank Representative _____  
        Signature         Print Name

Second Authorized Bank Rep _____  
        Signature         Print Name

Third Authorized Bank Rep _____  
        Signature         Print Name

### Part C     Wire Department
FDIC Special Alerts reviewed by _____ (initial) and the OFAC list reviewed by _____

Wire Transfer Department entered by _____ (initial) and verified and transmitted by _____ (initial).

Fairfield Branch form for domestic wire transfer form (Jumping)

VICTORIAELI-026