# EXHIBIT "8"

# Fred A. Schwartz

**From:** Stefin, Roger (USAFLS) <Roger.Stefin@usdoj.gov>
**Sent:** Friday, November 02, 2012 11:15 AM
**To:** Fred A. Schwartz
**Subject:** US v Marks

Fred, I spoke with a corp security officer for Bank of America who advised that records of BOA are retained for only 7 years (which may account for the negative information you received). However, he was able to find an electronic record of a signature card, dated 12/18/00 for the "suspect" bank account. The signatory was Victoria Eli. This confirms the existence of the account. I previously informed you that my agent was able to access a FINCEN data base which shows CTR's being filed regarding that account- which list Victoria Eli (using one of her multiple social security numbers) as the person withdrawing money from that account on multiple occasions. I hope this puts your "suspicions"- or more accurately, your clients' suspicions- to rest.