# EXHIBIT "9"

0 '00 11:44        FCSB-FAIRFIELD OFFICE              FAX 203-319-3451        P. 1

## FAIRFIELD COUNTY SAVINGS BANK
## DOMESTIC WIRE TRANSFER AUTHORIZATION

Date: 20 Jan 2000   Amount being sent: $173,000.00
Fee: 15.00

**Sender (Customer) Information**

Name: Jude Montassir
Address: 942 Midlock Road
City, State, Zip: Fairfield, CT 06430
Identification Type: driver's license   Serial Number: 097355460
Exp Date: 9/20/03   Issuer: State of Connecticut

**Beneficiary's Information:**

ABA Number: 063000047   Bank Short Name: _____
Bank Name: Bank of America
Bank Address: 1900 Tyler Street
City, State, Zip: Hollywood, FL 33020
Name of Person Receiving Funds: Victoria Eli
Credit Account Number: 003447969882
Additional Information: _____
Address: _____
City, State, Zip: _____

**Part B**
I have reviewed the information above for accuracy. I authorize Fairfield County Savings Bank to debit my account for the amount of the wire transfer plus any applicable fees.

Account Number: 0707000856
Customer's Signature: Jude Montassir

I have verified the customer's information & signature to the bank's records.
First Authorized Bank Representative _____ Signature _____ Print Name

Second Authorized Bank Rep _____ Signature _____ Print Name

Third Authorized Bank Rep _____ Signature _____ Print Name

**Part C**   Wire Department
FDIC Special Alerts reviewed by _____ (initial) and the OFAC list reviewed by _____
Wire Transfer Department entered by _____ (initial) and verified and transmitted by _____ (initial).

Handwritten margin notes: 1/20/2000    $173,000

VICTORIAELI-009