UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80072-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROSE MARKS,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Defendant's Motion and Memorandum of Law in Support of it's Motion to Strike the Expert Testimony of Robert Nygaard and the Magistrate Judge's Report and Recommendation [DE 944] and Supplemental Report and Recommendation on the Government's Supplemental Notice of Expert Testimony [DE 949]. After a *de novo* review of the Defendant's Motion, the Magistrate Judge's orders and the government's Objections [DE 956] and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendations [DE's 944 and 949] are hereby **ADOPTED and AFFIRMED.** Defendant's Motion to Strike Expert Testimony of Robert Nygard and Gregory Ovanessian is **GRANTED**.

The Court finds that the proposed testimony would not assist the trier of fact to understand the evidence or to determine a fact at issue. The proposed testimony will not offer the jury something "beyond the understanding and experience of the average citizen." *United States v. Rouco,* 765 F.2d 983, 995 (11th Cir. 1985), *cert. denied,* 475 U.S. 1124 (1986). Expert testimony is not necessary for a jury to understand that when a person asserts to an alleged victim she has supernatural powers and the ability to communicate with higher beings, that she works with Michael the Archangel, that a curse is the source of

the alleged victim's problems, that to remove the curse sacrifices have to be made in the form of money and other articles, such as gold coins, that the money and items have to be cleansed and will ultimately be returned, and when the money is not returned, a fraud has occurred. The fact that individuals involved in frauds of this type use common techniques to lure the alleged victims into their confidence does not justify the use of expert testimony. Once the representations are made, and the money is not returned, the average juror can come to an appropriate conclusion about the alleged fraud without the assistance of expert testimony. This is not a case involving areas of which the average juror might not have knowledge, such as how racketeering or drug organizations operate, or how sophisticated financial frauds or money laundering operations are carried out.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 22nd day of August, 2013.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge
All counsel