UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80072-CR-MARRA

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

ROSE MARKS, et al,

     Defendant.

_____/

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO DISMISS

**THIS CAUSE** is before the Court upon the Defendant's Motion to Dismiss Third Superseding Indictment and the Previous Three Indictments with Prejudice and Memorandum of Law [DE's 727 and 728] and the Magistrate Judge's Report and Recommendation [DE 801]. The Defendant has also filed a Supplement to Motion to Dismiss the Third Superseding Indictment with Prejudice and all other Indictments Adding Now the Fourth Superseding Indictment [DE 866]. After a *de novo* review of the Defendant's Motions, the Magistrate Judge's orders [DE 801 and 950], defense's objections [DE 954] and pertinent portions of the record and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendations are hereby **ADOPTED and AFFIRMED.** Defendant's Motions to Dismiss the Third Superseding Indictment and the Previous Three Indictments with Prejudice [DE's 727 and 866]

are **DENIED**.

       **DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 23rd  day of

August, 2013.

 

_____
KENNETH A.  MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge James M. Hopkins
All counsel