UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80072-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROSE MARKS,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Defendant's Motion to Dismiss Indictments and Supplemental Motions to Dismiss the Indictments for discovery violations [DEs 877 and 930] and the Magistrate Judge's Report and Recommendation [DE 957]. After a *de novo* review of the Defendant's Motion, the Magistrate Judge's order and pertinent portions of the record and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation is hereby **ADOPTED and AFFIRMED.** Defendant's Motion to Dismiss Indictments and Supplemental Motions to Dismiss the Indictments for discovery violations [DEs 877 and 930] are **DENIED**.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 23rd day of August, 2013.

                                                                  KENNETH A. MARRA
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge James M. Hopkins
All counsel