UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80072-CR-MARRA/HOPKINS(s)(s)(s)(s)

UNITED STATES OF AMERICA

vs.

ROSE MARKS,

        Defendant.
_____/

### ORDER PURSUANT TO 18 U.S.C 6002 AND 6003

This matter, having come to be considered upon the motion of the United States of America for an order compelling the testimony of one Debbie Von Beulen, pursuant to 18 U.S.C. 6002 and 6003, and the Court being advised in the premises, it is

ORDERED AND ADJUDGED, that the foregoing motion is granted. Debbie Von Beulen is hereby ordered to testify in the above matter. However no testimony or other information obtained under this order (or any information derived directly or indirectly from such testimony) may be used against the witness in a criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this order.

DONE AND ORDERED this 3rd day of September, 2013.

                                             Kenneth A. Marra
                                             United States District Judge

Copy to : United States Attorney (Stefin)