```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                        Case No. 11-80072-CR-MARRA
 3
     UNITED STATES OF AMERICA,      )
 4                                  )
          GOVERNMENT,               )
 5                                  )
          -v-                       )
 6                                  )
     ROSE MARKS,                    )
 7                                  )
          DEFENDANT.                )      West Palm Beach, Florida
 8                                  )      September 11, 2013
     _____)
 9

10     TRANSCRIPT OF CROSS-EXAMINATION AND RECROSS EXAMINATION OF

11        JUDE MONTASSIR, TAKEN AT THE JURY TRIAL PROCEEDINGS

12              BEFORE THE HONORABLE KENNETH A. MARRA

13                   UNITED STATES DISTRICT JUDGE

14

15   Appearances:

16   FOR THE GOVERNMENT            Laurence M. Bardfeld, AUSA, and
                                   Roger H. Stefin, AUSA
17                                 United States Attorney's Office
                                   500 East Broward Boulevard
18                                 7th Floor
                                   Fort Lauderdale, FL 33301
19
     FOR THE DEFENDANT             Fred A. Schwartz, ESQ.
20                                 Kopelowitz, Ostrow, Ferguson
                                   Weiselberg, Keechl
21                                 700 South Federal Highway,
                                   Suite 200
22                                 Boca Raton, FL 33432

23   Reporter                      Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768                 Official Court Reporter
24                                 701 Clematis Street
                                   West Palm Beach, Florida  33401
25                                 E-mail:  SFranklinUSDC@aol.com
```

```
 1    * * * * * * * * *
 2                        Cross-examination
 3    BY MR. SCHWARTZ:
 4     Q    What name would you like me to use to address you?
 5     A    Jude.
 6     Q    I didn't want to be familiar without your consent.
 7              MR. STEFIN:  I'm sorry, I can't hear.
 8              MR. SCHWARTZ:  I'm sorry.
 9    BY MR. SCHWARTZ:
10     Q    Jude?
11     A    Yes.
12     Q    Do you know the difference between truth and fiction?
13     A    Yes.
14     Q    Do you remember when you took the stand yesterday you
15    swore to tell the truth, the whole truth and nothing but the
16    truth, so help you God?
17     A    Yes.
18     Q    Do you realize that it's unlikely that it would happen,
19    but if you lied, the Government could prosecute you for
20    perjury?
21     A    Yes.
22     Q    And you could go to jail?
23     A    Yes.
24     Q    Did you tell any lies in your testimony yesterday and
25    today?
```

```
 1    A    No.

 2    Q    You sure?

 3    A    I'm sure as I can be.

 4    Q    Well, let's go over some of them.

 5         Did you say that you came back from Egypt in or

 6    around 1991 and then during the time in New York you went to

 7    see Rose for the first time?

 8    A    Yes.

 9    Q    And did you say that you then changed your name to

10    Montassir because you heard it, and it was a nice sounding

11    name, you changed it, but you were -- you probably shouldn't

12    have because it's hard to spell and people can't pronounce

13    it?

14    A    Yes.

15    Q    You didn't change your name to Montassir in 1991, did

16    you?

17    A    Oh, I changed it -- are you talking about the date?

18    Q    Yes.

19    A    The date is the lie?

20    Q    You have to tell me what the lies are.  When did you

21    change your name to Montassir?

22             MR. STEFIN:  Objection, Your Honor.

23             THE COURT:  Sustained.

24             THE WITNESS:  I don't remember what exact date.  It

25    was during the -- right after the divorce or during the
```

1    divorce.  My ex-husband changed it to Deveraux.  I said, no,

2    I don't want to change it to that, I'll change it to

3    Montassir.

4    BY MR. SCHWARTZ:

5    Q     Because you liked the sound of the name?

6    A     Yes.

7    Q     Let me show you a piece of paper and ask if you

8    recognize it.

9              MR. SCHWARTZ:  May I approach?

10             It will be marked for identification as -- marked

11   for identification as Defendant's exhibit 23.

12   BY MR. SCHWARTZ:

13   Q     Do you recognize that?

14   A     Yeah, I guess it's a name change.  I hadn't seen it for

15   a long time.  Didn't change until '95; is that right?

16   Q     I'm asking you.  Do you recognize it?

17   A     Yes, I do.

18             MR. SCHWARTZ:  Your Honor, I'd like to offer this

19   into evidence as Defendant's exhibit 23.

20             MR. STEFIN:  No objection.

21             THE COURT:  Admitted without objection.

22        (Defendant's Exhibit No. 23 entered into evidence.)

23   BY MR. SCHWARTZ:

24   Q     Now, is this an order from the Court, Circuit Court of

25   Fairfax County, Virginia?

```
 1    A     Yes, yes, it is.

 2    Q     In Re:  The name change from Jude Gilliam to Jude

 3    Gilliam Montassir.

 4    A     Montassir, right.

 5    Q     Montassir, I'm sorry.  I can't pronounce it either.

 6    A     Yeah, I know.

 7    Q     Is this the name change when you changed your name?

 8    A     Yes.

 9    Q     That was in 1995, right?

10    A     Right.

11    Q     Now, before this, in or around 1992, you moved to Egypt,

12    right?

13    A     I spent a lot of time in Egypt, yes.

14    Q     You got a -- an apartment there, didn't you?

15    A     Yes.

16    Q     And you lived there for a significant period of time

17    with Mohammed Montassir, didn't you?

18    A     Montassir, right.

19    Q     Montassir.

20          You were living with him?

21    A     Mostly lived by myself and wrote.  He visited, yes.

22    Q     Well, he didn't just visit.  You were engaged in a

23    sexual relationship with him, weren't you?

24    A     Yes.

25    Q     Frequently?
```

```
 1                 MR. STEFIN:  Objection.

 2                 THE COURT:  Overruled.  You can answer.

 3                 THE WITNESS:  Yes.

 4    BY MR. SCHWARTZ:

 5    Q    You wrote him letters, didn't you?

 6    A    Yeah, I did.  I did.

 7    Q    You stayed in Egypt most of the time for a number of

 8    years, didn't you?

 9    A    About half and half.  I came back to the U.S. often.  I

10    had an apartment in New York.

11    Q    Okay.  And were you in the U.S. in 1995?

12    A    I don't remember the dates of exactly the dates.

13    Q    Well, you were in -- the name change that you got was on

14    August 1st, 1995; is that correct?

15    A    Yes.

16    Q    Were you in New York -- in the U.S. for that name

17    change?

18    A    I guess so.

19    Q    So you didn't change your name because you liked the

20    sound of the name.  You changed your name because of the

21    relationship you had with Mohammed Montassir; is that right?

22    A    I think it was a combination of things.  I liked him

23    like that, I wanted my child to be named Montassir.

24                 What are you saying?

25    Q    Did you lie to us yesterday when you left out the fact
```

```
 1    that you lived with Mohammed, and that's the reason you
 2    changed your name?
 3    A    I never lived with the man.  He never moved so much as a
 4    pair of shoes in the house.
 5    Q    And you complained to him about that, didn't you?
 6    A    No.
 7    Q    Didn't you write him a letter where you complained about
 8    all the time he was out, spending with his friends and
 9    drinking with his friends, rather than being with you?
10    A    What does this have to do with this case?  I don't
11    understand.
12    Q    Can we have the judge decide that?
13              THE COURT:  Answer his question, ma'am.
14              THE WITNESS:  Yes, I complained.  He was always out
15    drinking and carousing.  He was gone.  He was a tour guide.
16    He was gone most of the time.
17    BY MR. SCHWARTZ:
18    Q    Did you complain to him about him not spending enough
19    time with you?
20    A    Yes.
21    Q    Did you move to England and buy a house there --
22    A    Yes.
23    Q    -- and write him letters complaining about how he lost
24    you because he didn't understand what women like?
25    A    Probably.  I don't remember specifically.
```

```
 1   Q     And when did you buy the house in England?

 2   A     I don't remember the exact date.

 3   Q     Can you give us an approximate date?

 4   A     I don't remember.  It was in the '90s I assume, the '90s

 5   sometime.

 6              MR. SCHWARTZ:  May I have a moment, Your Honor?

 7              THE COURT:  Yes.

 8              Mr. Schwartz, this is probably a good time to break

 9   for lunch.  All right?

10              Ladies and gentlemen, let's take our lunch break.

11   Please don't discuss the case or form any opinions, leave

12   your notes, and we'll see you shortly.

13              1:15.  Thank you.

14      (The jury exits the courtroom.)

15              THE COURT:  Juror number 1 just handed me a note

16   that she wasn't feeling well, and she wanted to break for

17   lunch.  And she didn't look very good walking out.  She

18   looked like she was not feeling well.  So we'll see how she

19   does during the lunch break.

20              All right.  Don't discuss your testimony during the

21   recess, please.

22              Okay.  Thank you.

23      (A recess was taken from 11:58 a.m. to 1:16 p.m., after

24   which the following proceedings were had:)

25              THE COURT:  Please be seated, everyone.  We're back
```

```
 1    on the record.  Ms. Marks is present with counsel.

 2              Are we ready to proceed?

 3              MR. SCHWARTZ:  Yes, Your Honor.

 4              MR. STEFIN:  Could I just have one second with

 5    counsel?

 6              THE COURT:  Yes.

 7              MR. SCHWARTZ:  Your Honor, Mr. Stefin has kindly

 8    informed me that they have a brief witness.  I used to say

 9    short witness, but Judge Spellman said I was already short, I

10    should just talk about being brief, who they want to put on.

11    Since I've already started with Ms. Montassir, I'd like to

12    keep going with her, but we had just agreed to break maybe

13    4:30-ish and put him on at that time, or maybe sometime this

14    afternoon that's convenient to you and all of us if that's

15    okay.

16              THE COURT:  Doesn't matter to me.  Whatever you can

17    agree to.

18              MR. STEFIN:  Your Honor, before the jury comes in,

19    I know Ms. Montassir was very upset leaving the courtroom,

20    and she may want to ask the Court some questions, and I told

21    her I couldn't answer questions.  So could I bring her in if

22    she has something she wants to ask the Court about what's

23    happening here?

24              THE COURT:  Sure.  Sure.

25              Have a seat, ma'am.  You're still under oath.
```

```
 1              MR. STEFIN:  Ms. Montassir, did you have anything
 2    you wanted to ask the Court about the proceedings here?
 3              THE WITNESS:  No.
 4              MR. STEFIN:  You're okay?
 5              THE WITNESS:  Uh-huh.
 6              THE COURT:  Okay.  Let's bring the jurors in.
 7        (The jury enters the courtroom, after which the following
 8    proceedings were had:)
 9              THE COURT:  Welcome back, everyone.  Please be
10    seated, ladies and gentlemen.
11              Mr. Schwartz, you may continue.
12              MR. SCHWARTZ:  Thank you, Your Honor.
13    BY MR. SCHWARTZ:
14    Q    You remember you told the jury just before lunch that
15    Mohammed never lived with you?
16    A    Yes.
17    Q    That was a lie, wasn't it?
18    A    No.
19    Q    Let me show you what's been marked for identification as
20    Defendant's exhibit 24 and ask you if you recognize the
21    handwriting on it.
22    A    Yes, I recognize the handwriting.
23    Q    Whose handwriting is it?
24    A    It's my handwriting.
25    Q    And is that a letter that you wrote on or about
```

```
 1    July 22nd, 1992?

 2    A    I guess so.

 3              MR. SCHWARTZ:  I'd move this into evidence, Your

 4    Honor.

 5              MR. STEFIN:  Objection.

 6              THE COURT:  What's the objection?

 7              MR. STEFIN:  Relevance and hearsay.

 8              THE COURT:  May I see it?  I mean, is there

 9    something in there that would impeach her testimony?

10              MR. SCHWARTZ:  Yes, Your Honor.

11              THE COURT:  Well, why don't you just use the

12    portion that will, you think, impeach her prior statements

13    and see if she agrees that she made the statements in there.

14    BY MR. SCHWARTZ:

15    Q    Did you say the -- write the following thing?

16              "I arrived on 1 April, and we spent a month in an

17    apartment in Giza?"  Do you remember?

18    A    Yes.

19    Q    Is that true?

20    A    Yes.

21    Q    So you lived together in Giza for a month?

22    A    I think that living together is moving in your

23    belongings together.  It's not my definition of living

24    together.

25    Q    Did you also say:  "During that month, there was no
```

1    question of whether I was going to stay forever or whether I

2    was going to leave"?

3    A    I guess if it's in that letter.

4    Q    Did you say:  "Both of us assumed we would be together

5    forever, and we acted as husband and wife"?

6    A    Probably, yes.

7    Q    Okay.  Now, you told this jury, I guess it was

8    yesterday, that when you came back -- let me back up for a

9    second.

10            You met Mohammed when you and your husband Claude

11    went to Egypt and took a tour of the Nile; is that right?

12    A    Yes.

13    Q    He was the tour director on that tour?

14    A    Yes.

15    Q    Then you came back to the United States, to New York,

16    right?

17    A    Yes.

18    Q    You told the jury that you came to New York, and Claude

19    went to New Mexico, Santa Fe, to, I think, build a house or

20    something?

21    A    The house was built.  He went to Santa Fe to be in the

22    house.

23    Q    Okay.  He went to Santa Fe.

24            Isn't it a fact that he came with you to New York?

25    A    Who?

```
 1    Q     Claude.

 2    A     I don't remember.  It's 20-some years ago.

 3    Q     Well, you remembered yesterday when you testified to

 4    this jury.  Isn't it a fact that he came with you and stayed

 5    in the apartment with you in New York for a while?

 6    A     I don't remember.

 7    Q     Isn't it a fact that as opposed to you divorcing or

 8    wanting to divorce Claude, he wanted to divorce you?

 9    A     He filed for the divorce, yes.

10    Q     Well, let's back up before that.

11          Let me show you what's been marked for

12    identification as Defendant's exhibit 25.  And I ask you if

13    you recognize the handwriting on this.

14    A     Yes, that's my handwriting.

15    Q     Did you write on 13 June -- 13 January, 1992:  "Claude

16    walked out of my New York apartment, returning to Santa Fe

17    without saying a word to me.  Since then, he has done

18    everything possible to make my life hell.  From November to

19    January he screamed at me nonstop, trying his best to get me

20    back under control, as he knew my mind was on Mohammed.  We

21    went to Paris, we stayed in New York, and all he did was

22    scream that I was worthless and never gave him anything.  I

23    cried nonstop.

24          "After he walked out on me, I was determined to

25    never see him again, and refused to talk to him on several
```

```
 1    occasions when he called.  I didn't respond to his many calls

 2    and letters.

 3            "In Santa Fe he was dealing daily with an attorney

 4    and constantly telling everyone we ever met that I was a

 5    whore and was deserting him.  He poisoned many, many people

 6    against me, and he has stolen a great deal of my money, so

 7    much that it makes my life -- paying my bills difficult."

 8            Is that what happened?

 9    A    I guess so.

10    Q    So he was with you in New York, and you had fights about

11    you and Mohammed, didn't you, before he left?

12    A    I remember one or two he tried to accuse me of doing

13    some -- whatever with the young man.

14    Q    And you fell in love with Mohammed the moment you saw

15    him on that Nile cruise, didn't you?

16    A    I don't know if I fell in love with him.  I was

17    attracted to him, yes.

18    Q    Well, did you write in Defendant's exhibit 24:  "I met

19    Mohammed on 13 November, 1991, and from the moment we looked

20    at each other we recognized each other.  We were as

21    inseparable as possible considering the circumstances.  We

22    liked each other so much we could hardly look into each

23    other's eyes.  We sensed where the other one was, and once we

24    were both crying because we had to part from each other.  At

25    the end of the tour, he told the group that he loved them and
```

```
 1    looked directly at me.  I was crying as we left.

 2            "When I returned to the U.S., I could think of

 3    nothing but him.  I wrote him a long funny letter, and at the

 4    end of it I told him I loved him.  Six weeks later, he sent

 5    me a letter saying he loved me and missed me and wished we

 6    could be together -- he could see me again."

 7            Do you remember that?

 8    A    It's -- I'm beginning to.  I don't consciously remember

 9    it, but it sounds about right.

10    Q    And when you went in to see Rose for the first time, it

11    was not because you hated Claude and wanted to divorce him,

12    it was because you wanted to be together with Mohammed, and

13    you talked to her constantly for weeks about how could you be

14    together with Mohammed; is that correct?

15    A    I don't remember that, no.  I remember some about

16    Mohammed, but I remember mostly about my ex-husband.

17    Q    But when you talked to the jury yesterday under oath,

18    you didn't say anything about talking to Claude about

19    Mohammed and wanting Claude to help you with Mohammed, did

20    you?

21            MR. STEFIN:  Objection.

22            THE WITNESS:  You've mixed up people.

23            THE COURT:  You need to rephrase the question.

24    BY MR. SCHWARTZ:

25    Q    Did you tell the jury yesterday that you told Joyce you
```

```
 1   wanted her to help you to be with Mohammed?
 2   A    Did I tell the jury yesterday that I wanted -- I don't
 3   think I --
 4   Q    Withdrawn.
 5        You told us yesterday about the first time you met
 6   with Joyce; is that correct?
 7   A    Yes.
 8   Q    You called her Joyce.  I'm going to call her Rose --
 9   A    Okay.
10   Q    -- so we're clear as to who's who.
11        And you told us yesterday that the reason you went
12   to see her and the thing you discussed with her when you went
13   to see her was divorcing Claude; is that right?
14   A    That's the way I remember it.  That was the main thing,
15   yes.
16   Q    You didn't tell us yesterday, did you, that the main
17   thing you spoke to her about was Mohammed?
18   A    I don't remember it that way.
19   Q    Okay.  You didn't mention Mohammed at all until later in
20   your testimony you said Rose told you you had to go to Egypt
21   to get away from Claude, and there you met with Mohammed and
22   you started a relationship with him?  Wasn't that your
23   testimony yesterday?
24   A    Yes.
25        MR. STEFIN:  Objection, Your Honor.
```

```
 1            THE COURT:  What's your objection?
 2            MR. STEFIN:  The form of the question.  She answers
 3   questions that she's being asked in the sequence she's being
 4   asked.
 5            THE COURT:  Overruled.
 6            Can you use one microphone or the other?  You're
 7   getting -- why don't you turn that one off if you're not
 8   going to use it.
 9            MR. SCHWARTZ:  Forgive me, Judge.
10            THE COURT:  That's all right.
11            MR. SCHWARTZ:  Mr. Stefin just made an objection.
12            MR. STEFIN:  Objection.
13   BY MR. SCHWARTZ:
14   Q    Mr. Stefin just made two objections.  Apparently, I'm
15   objectionable.
16            MR. STEFIN:  No objection to that one.
17            MR. SCHWARTZ:  Could you overrule him, Judge?
18   BY MR. SCHWARTZ:
19   Q    And apparently, the objection was that you weren't asked
20   about Mohammed, so you didn't say anything.  Did you ever
21   tell the prosecutors, when you met with them and prepared for
22   your testimony, that the subject of Mohammed was a
23   significant subject when first you met with Rose?
24   A    I didn't think it was significant.  It's a young man I
25   met.
```

```
 1   Q     He was just a young man you met?

 2   A     Uh-huh.

 3   Q     Wasn't he a young man who you were immediately in love

 4   with and couldn't forget?

 5   A     For a while, yes.

 6   Q     And this young man who you just met was Mohammed

 7   Montassir.  Am I pronouncing it right?  I keep doing it

 8   wrong.

 9   A     Montassir.

10   Q     Montassir.

11         And he's the person whose name you took, last name

12   you took, right?

13   A     Yes.

14   Q     And when you had your baby, Sam, did you tell people

15   Mohammed was his father?

16   A     I did at first, yes.

17   Q     And did you send out baby announcements --

18   A     Yes.

19   Q     -- from Jude and Mohammed Montassir announce the birth

20   of their baby, Sam Montassir?

21   A     Yes.

22   Q     Was that a lie?

23   A     I -- I was listening to Joyce.  She said that it was

24   spiritual, and that he was the father of it.  So I was under

25   her spell, so yes and no.  But I guess, yes, it was a lie.  I
```

```
 1   didn't mean it to be, but . . .
 2   Q    Whenever you're caught in a lie today, are you going to
 3   blame it on Rose?
 4   A    Probably.  I don't know.  Caught in a lie . . .
 5   Q    Now, you told us yesterday that Rose was the one who
 6   made you go to Egypt to get away from Claude; is that
 7   correct?
 8   A    Yes, she -- yes, I wouldn't have had nerve to do that
 9   otherwise.
10   Q    But you went to Egypt because you were in love with
11   Mohammed and wanted to be with him; is that right?
12   A    It was two reasons, yes.
13   Q    Did you tell us yesterday about that second reason, if
14   it was a reason at all?
15   A    No.
16   Q    Did you mislead the jury yesterday about that?
17   A    No.
18            MR. STEFIN:  Objection again.
19            THE COURT:  Overruled.  You can answer.
20            THE WITNESS:  No, I don't feel I -- left out a lot
21   of things.  You can't tell 22 years in a courtroom.  I mean,
22   it would take days.
23   BY MR. SCHWARTZ:
24   Q    Did you lead the jury to believe that the only reason
25   you went to Egypt was because Rose told you you should go
```

```
 1    there to get away from Claude?

 2    A     Did I lead the jury?  I answered the question.  I think

 3    they're intelligent enough to make their own decisions

 4    without being led.

 5    Q     I agree.

 6              But we agree now that your answer to that question,

 7    at best, was not complete; is that right?

 8    A     No.

 9    Q     We don't agree?

10    A     You ask why I went, and I answered.

11    Q     I didn't ask you anything yesterday.

12    A     Okay.

13    Q     You told us yesterday that Claude was spreading rumors

14    about you in Santa Fe that you were sleeping with everybody.

15    A     Yes.

16    Q     Isn't it a fact that Claude told people in Santa Fe that

17    you were promiscuous and told them you were sleeping with

18    your Egyptian tour guide, Mohammed?

19    A     I don't know about that.

20    Q     Isn't that the only thing he was saying to people?

21    A     No, he was do -- during the divorce, my lawyer told me

22    that there were people, two men, willing to get on the stand

23    and under oath swear that I was sleeping with both of them.

24    Q     And who was that lawyer who said that?

25    A     His name is David Norvel.
```

```
 1   Q    And if he -- have you spoken to him at all lately?
 2   A    No.
 3   Q    Do you know if he would verify that he said that to you?
 4   A    He retired some time ago.  I don't know if he's still
 5   alive.  I don't know.
 6   Q    If he's alive and he comes to this court, do you know,
 7   of your own knowledge, whether he would verify that he said
 8   that to you?
 9                MR. STEFIN:  Objection, Your Honor.
10                THE COURT:  Sustained.
11                THE WITNESS:  I don't know.
12   BY MR. SCHWARTZ:
13   Q    Now, we heard a tape this morning.
14   A    Yes.
15   Q    And you kept saying, Joyce, I just want to be divorced
16   from Claude.
17   A    Right.
18   Q    You were divorced from Claude, weren't you?
19   A    I don't feel that I am divorced from him since I still
20   have to pay him.
21   Q    But by law you were divorced from him, weren't you?
22   A    Not -- to me, I'm not:  I still pay him.  As long as I
23   pay him, I feel like I'm still connected to him.  That's my
24   personal feeling.
25   Q    But you got a legal divorce from him in 1993 when he
```

1    brought the divorce action against you; is that correct?

2    A    Yes.

3    Q    Actually, he brought the divorce action in '92, but the

4    divorce was final in '93?

5    A    I guess so.  I'm not very good on dates.

6    Q    Okay.  I have something that might help you refresh your

7    recollection as to dates of travel and things of that sort.

8    I'm going to mark it for identification as Defendant's

9    exhibit 26.

10             Let me show you Defendant's exhibit 26 and ask if

11   you recognize it.

12   A    It's my old canceled passport.

13   Q    And for what period is it, if you remember, or if you

14   could look at it?

15   A    I don't have my glasses on.  I don't know what it says.

16   You can read it.

17   Q    You need a pair of glasses?

18   A    They're in my purse.

19   Q    Can you tell us what dates this passport covers?

20   A    May '87 to -- 28 May '87 to 27 May '97.

21   Q    Would this be during the period when you met Mohammed,

22   divorced Claude, went to live in Egypt, and eventually went

23   to live in England?

24   A    I think so.  Yeah, that would about cover it.

25   Q    Can you tell us from looking at your passport when you

```
 1   first went to Egypt in 1992?
 2   A    This is hard to see.  There's a lot of stamps on here;
 3   and a lot of them are in Arabic.
 4   Q    Okay.  Then I'll withdraw the question.
 5             There came a time in 1993, when you left Egypt and
 6   came back to the United States for a while; is that correct?
 7   A    I went back and forth.  I don't know.
 8   Q    And at that time you left because Mohammed didn't want
 9   to have anything to do with you; is that correct?
10   A    In '93?
11   Q    Yes.
12   A    I don't remember the specifics.
13   Q    And then you went back and you tried to get back
14   together; is that correct?
15   A    We were off and on for a while, yes.
16   Q    And eventually, you gave up on Mohammed and you moved to
17   England; is that correct?
18   A    I went to Egypt several times while I was living in
19   England.
20   Q    Was that to try to get back with Mohammed?
21   A    We got along well.  I loved Egypt, and I liked to spend
22   time there; I liked it.  Still do.
23   Q    Were you trying to get back with Mohammed when you were
24   in Egypt?
25   A    We saw each other when we -- when I was there, and I
```

```
 1    went back and forth.

 2    Q    Okay.  And when you were in England you bought a house;

 3    is that correct?

 4    A    Yes.

 5    Q    Do you remember being deposed in a deposition in New

 6    Mexico?

 7    A    At the mediation recently.

 8    Q    On December 3rd, 2008, as part of the action that Claude

 9    bought -- brought to collect back monies from you?

10    A    Yes, I remember that deposition.

11    Q    Was that at an address at 141 East Palace Avenue?

12    A    Yes, I think so.  I couldn't swear to it.

13    Q    By the way, you mentioned, I guess this morning, that

14    when you went to New Mexico you brought two detectives to

15    protect you?

16    A    They went with me, yes.

17    Q    Did you say it was to protect you?

18    A    I felt I needed protection, yes.

19    Q    From whom?

20    A    My ex-husband.

21    Q    And did you bring them as private bodyguards?

22    A    No.

23    Q    Did you pay them for their time?

24    A    No.

25    Q    Did you pay them for your travel?
```

```
 1    A     No.

 2    Q     Did you -- do you know who paid them?

 3    A     You would have to ask the U.S. Attorney General there,

 4    Larry.  I don't know about that.

 5    Q     I'm sure he'd like to be the U.S. Attorney General, but

 6    you're talking about Assistant United States Attorney Larry

 7    Bardfeld; is that right?

 8    A     Yes.

 9    Q     The second gentleman at the table.

10    A     Yes.

11    Q     And you said he gave them permission to go with you.

12    A     That was my understanding.

13    Q     From whom?

14    A     I thought they all said that.

15          From Mr. Bardfeld, I believe, told me that he was

16    saying, yes, he would let them go.

17    Q     He told you that?

18    A     It was some time ago.  I was very stressed out.  I don't

19    really remember specifically who said yes to it.

20          MR. SCHWARTZ:  May we approach, Your Honor?

21          THE COURT:  Okay.

22       (The following proceedings were held at sidebar:)

23          MR. SCHWARTZ:  Your Honor, the U.S. v. Giglio, the

24    Government has an obligation to inform the defense as to any

25    benefits given to any witness or a witness in the case.
```

```
 1    Apparently, the Government, either Fort Lauderdale or the

 2    United States, I don't know whom they were paid by or who

 3    paid for their travel, and I still don't know, and apparently

 4    she doesn't know, paid for private bodyguard services for

 5    Ms. Deveraux in New Mexico when she was giving her

 6    deposition, or Ms. Montassir.

 7            I've still not -- she doesn't know the answer, and

 8    I can't fully cross-examine on the benefits that she received

 9    from the Government, and all of this information should have

10    been provided to us under the standing discovery order within

11    14 days of the issuance of the first, second, third, fourth,

12    or fifth standing discovery order.

13            THE COURT:  Mr. Bardfeld?

14            MR. BARDFELD:  I don't think they acted as

15    bodyguards.  I think they went there.  They accompanied her.

16    She asked for -- I mean she didn't pay for their travel, we

17    didn't pay for her travel.  They went out to New Mexico.

18    They were doing other work while they were there.  They were

19    going to talk to other witnesses, and I believe they served a

20    grand jury subpoena on Claude White at that time.

21            But I do not think they were acting in their

22    capacity as a bodyguard.  I think they were accompanying her

23    to do work.  She asked them, and that's all there was to it.

24            MR. STEFIN:  Can I just interject one thing?

25            THE COURT:  Yes.
```

```
 1              MR. STEFIN:  Since the inception of discovery, the

 2    defense counsel has been aware of the fact that these

 3    detectives accompanied her to this deposition.  I think

 4    that's been discussed in correspondence back and forth.  At

 5    no time did defense counsel ask for the records regarding who

 6    paid for the trip or whether this was a benefit to the

 7    witness.

 8              Mr. Bardfeld is correct.  My recollection of the

 9    underlying facts are that when she asked if they would

10    accompany her, Detective Stack was at that point -- was he

11    sworn in as a federal law enforcement officer?

12              MR. BARDFELD:  I believe so.

13              MR. STEFIN:  They got permission from their agency

14    to do this because based on their allegations about Claude

15    White and somebody else, they wanted to go and interview him,

16    and they took that opportunity to attempt to interview him

17    and serve him with a subpoena as well as attempt to interview

18    somebody else, so that their trip was paid for through

19    federal law enforcement funds for them to go on that

20    occasion, and they were present, physically present when this

21    deposition was given.

22              THE COURT:  And is it true that you knew about this

23    all along?

24              MR. SCHWARTZ:  I absolutely knew they went there to

25    do things in New Mexico.  The first time I heard that they
```

1    went there because she felt she needed protection and they

2    were protecting her was from her in the court today, and

3    that's why I raise the question.  I didn't raise the question

4    before because I assumed they were just going there to do

5    work on the case.

6              THE COURT:  But you knew that they were at the

7    deposition with her?

8              MR. SCHWARTZ:  I knew that they were at the

9    deposition with her.  I knew that they provided false

10   information to her psychiatrist with him.

11             THE COURT:  Who is "with him"?

12             MR. SCHWARTZ:  I'm sorry.  She had to be examined

13   by a psychiatrist also pursuant to the Court Order in the New

14   Mexico case.  They attended part of the examination and

15   provided the psychiatrist with various information, including

16   the fact that they believed or they told him as a fact that

17   Jude and Claude -- I'm sorry, that Rose and Claude were

18   coconspirators, and Claude was telling Rose everything he

19   would do, every time he would do something.

20             But the question is, I'm raising for the first time

21   the Giglio issue, because for the first time her testimony is

22   that it was -- they went as a benefit to her.

23             THE COURT:  All right.  So now you know it.  So

24   what is the -- what is the --

25             MR. SCHWARTZ:  Well, now with the explanation from

1    Mr. Bardfeld, I can continue to examine her.

2              THE COURT:  Okay.  All right.

3              Is there anything else that you feel that you need

4    with respect to this arrangement that was made that -- in

5    order to effectively cross-examine?  Is there anything else

6    that you feel you need to learn, that you want to ask the

7    Government's attorneys about?

8              MR. SCHWARTZ:  I'd really like to know what was

9    their participation -- I've asked a number of times what was

10   their full participation in her civil case, because I alleged

11   that this was done as a benefit to her when I asked them

12   those questions under Giglio many times over the past two --

13   year and a half.

14             I found out that they attended the deposition.  I

15   learned that during the course of discovery.  I found out a

16   few months ago when I finally got the report from her

17   psychiatrist -- psychologist, that they also met with the

18   psychologist.

19             Is there anything else that they did to benefit her

20   in the civil case while they were there in New Mexico?

21             MR. BARDFELD:  Not that I am aware of.

22             MR. STEFIN:  They spoke to parties.  They spoke

23   to -- they spoke to the lawyer that represented

24   Ms. Montassir, as you were aware of.  You're aware of the

25   fact that the lawyer came down to South Florida.  You know

```
 1    all about that.

 2             MR. SCHWARTZ:  I do now, yes.

 3             MR. STEFIN:  Well, yeah.  Not just from today, but

 4    we've had correspondence about this, that the attorney met

 5    with detectives on that occasion and thinks she came to the

 6    U.S. Attorney's Office and even met with Mr. Bardfeld.

 7             MR. SCHWARTZ:  Well, she had Larry's card.

 8             MR. STEFIN:  She had Larry's card.  Larry has no

 9    recollection of it, but she had his business card.  So that

10    the lawyer came down to try to confirm for herself that

11    there's this criminal investigation.

12             MR. SCHWARTZ:  We both know that I know that.  Is

13    there anything that I don't know about what they did to help

14    her in her case in New Mexico?  Anything we haven't

15    corresponded about?

16             MR. BARDFELD:  I don't know of anything else that

17    they did.  What I was told is, they accompanied her, and they

18    were at the deposition, and while they were in New Mexico

19    they served a grand jury subpoena, and they also went and

20    tried to interview another witness who might have had

21    information about the relationship between Claude and Jude.

22             THE COURT:  All right.  Thank you.

23        (Sidebar conference concluded.)

24             MR. SCHWARTZ:  May I continue?

25             THE COURT:  Yes.
```

```
 1    BY MR. SCHWARTZ:

 2    Q    Now, in addition to going to New Mexico to help protect

 3    you -- and I realize that I'm not going chronologically now,

 4    and I apologize.  I'm not trying to confuse you.  Did you --

 5    were you aware of anything else that Mr. Stack and Detective

 6    Ogden did in New Mexico?

 7    A    I know they had a paper to serve to my ex-husband.

 8    Q    Was that a subpoena?

 9    A    I don't know.  I don't know much about legalese.

10    Something to do with, was it a grand jury?  I don't know.

11    Q    A subpoena to appear before the grand jury?  Does that

12    remind you?

13    A    That sounds about right.  I don't know.

14    Q    And do you know if they met with him?

15    A    I don't think they did.  I don't know.  I know that he

16    was in the deposition, and they saw him, but I don't know

17    that they even spoke to him.  I don't know.

18    Q    Well, let me try to refresh your memory.  Do you know if

19    they ever asked him had he ever met Rose Marks or Joyce

20    Michaels?

21    A    If I don't know if they talked to him, I don't know if

22    they asked him that.  I don't know.

23    Q    Okay.  So that doesn't refresh your memory?

24    A    I know that they talked to someone else there, but I --

25    Q    Well, who else did they talk to there?
```

```
 1    A     Edward Lewis.

 2    Q     I'm sorry?

 3    A     Edward Lewis.

 4    Q     And who's Mr. Lewis?

 5    A     He was a man who was a friend of mine, I thought, in

 6    Santa Fe, and I wrote a personal letter to him, and he turned

 7    it over to Claude's attorney, and it caused a lot of

 8    problems.

 9    Q     And do you know why they met with Mr. Lewis?

10          MR. STEFIN:  Objection, Your Honor.

11          THE COURT:  Overruled.  If you know.

12          THE WITNESS:  To see if he knew anything about the

13    case, I guess.

14    BY MR. SCHWARTZ:

15    Q     About the case that Claude was bringing against you?

16    A     About this case, I think.

17    Q     The criminal case?

18    A     Yes.  I don't know.

19    Q     To your knowledge, what, if anything, would Mr. Lewis

20    know about this criminal case?

21    A     I think that's what they were asking him.

22    Q     But you were upset with Mr. Lewis, right?

23    A     Yes.

24    Q     And you were upset with Mr. Lewis because you gave him

25    certain confidences, certain secrets known only to yourself
```

```
 1   in a letter, thinking he was your friend, and he shared it
 2   with your ex-husband?
 3   A    Yes.
 4   Q    But what did that have to do with Joyce Michael or Rose
 5   Marks?
 6   A    That maybe he knew something.  I don't know.
 7   Q    Did you ask them to talk to him?
 8   A    I don't think so.  They certainly -- they're independent
 9   people.  I don't know enough about criminal justice lawyers.
10   I don't know enough about it to answer these questions.
11   Q    But before you got to that deposition on or about
12   December 3rd, 2008, you didn't know that Mr. Lewis shared
13   your personal confidence with your ex-husband's lawyer, did
14   you?
15   A    Oh, no.  This happened years before.
16   Q    When was that?
17   A    I don't know.  I don't know the date.  I do not know the
18   date.
19   Q    Okay.  So you don't know why they would meet with
20   Mr. Lewis, with whom you shared a personal matter?
21   A    No, they were investigating the case.
22   Q    Who else did they meet with there that you know about?
23   A    That's it.  That's all I know.
24   Q    Well, weren't you required as part of that case to
25   undergo a psychiatric evaluation?
```

```
 1    A    Oh, yes, all the time.  My ex-husband's always requiring
 2    psychiatric evaluation for me.
 3    Q    And do you remember who did the evaluation in 2008?
 4    A    I don't remember his name.
 5    Q    Was it a Dr. Siegal (phonetic)?
 6    A    I don't remember his name.
 7    Q    Do you know if Detective Stack and Ogden met with or
 8    spoke to Dr. Siegal?
 9    A    I don't know if they spoke to Dr. Siegal because I don't
10    remember his name, but I know that the two of them talked to
11    the man who gave me some tests.
12    Q    And when did that happen?
13    A    It was either before or after the deposition, I don't
14    remember which.
15    Q    So in addition to serving a subpoena on your ex-husband,
16    and in addition to meeting with Mr. Lewis, I guess it was,
17    they also went and met with the psychologist who gave you
18    some tests for your civil case.
19    A    Yes.
20    Q    What did that have to do with the criminal case?
21    A    I don't know.  I'm not a law enforcement agent or a
22    lawyer.  I'm not in the criminal world.  I don't know
23    anything.  I just saw my first man with chains around his
24    feet today.  I don't know.
25    Q    Do you know if they told the unnamed psychologist that
```

```
 1    Rose and your ex-husband were acting together?

 2    A    How would I know that?

 3    Q    Maybe you read the psychiatric report.

 4    A    I read some of that.  I don't remember in that, reading

 5    that in there.  It was about how I passed it.

 6    Q    Let me show you what's been marked for identification as

 7    Defendant's exhibit 27 and ask if you recognize it.

 8              THE COURT:  Show it to counsel first.

 9              MR. SCHWARTZ:  I'm sorry.  May I approach?

10              THE COURT:  Yes.

11    BY MR. SCHWARTZ:

12    Q    Let me show you what's been marked for identification as

13    Defendant's exhibit 27 and ask you if you recognize it.

14    A    Yes, it's the psychological report on the test I had to

15    take.

16    Q    Now, on the top is the word "redacted," isn't it?  So

17    there are certain paragraphs left out; is that correct?

18    A    I don't know how that means in legalese.

19              MR. SCHWARTZ:  I'd move this into evidence as

20    Defendant's exhibit 27, Your Honor.

21              MR. STEFIN:  Can I just have one moment?

22              THE COURT:  Yes.

23              MR. STEFIN:  No objection.

24              THE COURT:  All right.  Admitted without objection.

25         (Defendant's Exhibit No. 27 entered into evidence.)
```

```
 1   BY MR. SCHWARTZ:
 2   Q    Would you look at -- on the page marked five, the third
 3   and fourth paragraph.  Did you tell the psychologist the
 4   story you told us, that Ms. Michael told you that she would
 5   require a million dollars to use for energy, but her fee was
 6   actually only 2700, and the million dollars would be
 7   returned?
 8   A    Yes.  I don't know about the 2700.
 9   Q    And that in exchange for her fee, she would see that --
10   a peaceful divorce?
11   A    Yes.
12   Q    And then it goes on to say that she was able to predict
13   not only the actions that he would take, meaning your
14   husband, with respect to the divorce, but the days on which
15   the papers would be served?
16   A    Yes.
17   Q    And the next paragraph said:  "And she has come to find
18   out Joyce and her ex-husband were, of course, working
19   together."
20           Do you have any evidence that Rose and Claude were
21   working together?
22   A    No.
23   Q    Do you have any evidence that Rose got any money from
24   Claude?
25   A    No.
```

```
 1    Q    Do you have any evidence that Rose gave any money to

 2    Claude?

 3    A    No.

 4    Q    Did you believe that Claude was involved in this

 5    criminal case?

 6    A    I think there had to be some kind of involvement,

 7    something with someone.

 8    Q    Did Mr. Stack or Detective Ogden meet with the

 9    psychologist?

10    A    I think they did before.  You already asked that, yes.

11    Q    Okay.  And did they tell him that Claude was involved in

12    this case?

13    A    I have no idea.

14    Q    Were you with them when they met with him?

15    A    No, I was not.

16    Q    Now, I'm going to stay in this timeframe for a little

17    while.

18         To defend the action about owing Claude money, you

19    and your attorney took the position that you didn't have any

20    money; is that correct?

21    A    When are you talking about?

22    Q    Okay.  In the action that Claude brought against you to

23    collect the money that you owed him, something in excess of

24    $250,000, less than 500,000 in 2008, your attorney defended

25    you by saying you didn't have any money, you couldn't afford
```

```
 1    to pay him; is that right?
 2    A    I think that was one of the things that she said.  I'm
 3    not sure.
 4    Q    And didn't she also say that you didn't have any money
 5    because it was stolen by Rose Marks, or Joyce Michaels, as
 6    you called her?
 7    A    I don't remember that.  I don't know.
 8    Q    Didn't she also say in documents she filed with the
 9    Court that she had been informed by an Assistant U.S.
10    Attorney and two detectives from Florida that there was a
11    pending investigation that was going to be presented to the
12    grand jury against Rose Marks and Joyce Michael?
13    A    You're asking me legal questions, and I'm not a legal
14    person.  I don't know these things that you're asking me.
15    Q    Well, did you -- without telling me conversations
16    between you and your attorney, did you meet your attorney and
17    discuss what your defense to this action would be?
18    A    We, Sara and I talked about that I didn't have the money
19    to pay this.  He was asking for a lump sum of millions, and I
20    didn't have that.
21    Q    Well, you were trying to settle with him so you didn't
22    have to keep paying him the property settlement that you had
23    previously agreed to?
24    A    Yes.
25    Q    And as part of that settlement, you discussed the
```

```
 1   possibility of a lump sum payment to end it once and for all,
 2   right?
 3   A    He wanted a lump sum payment.  I didn't have a lump sum
 4   to pay.
 5   Q    But you still had to show cause in the court in New
 6   Mexico as to why you didn't pay him, didn't you?
 7   A    Yes.
 8   Q    And your defense in this case -- withdrawn.
 9        And you talked to your attorney and told her that
10   you couldn't afford to pay; is that right?
11   A    Yes.
12        MR. STEFIN:  Objection to the question.
13        THE COURT:  Sustained.
14        You don't have to answer what you told your
15   attorney.
16        THE WITNESS:  Thank you.
17   BY MR. SCHWARTZ:
18   Q    Subsequent to the discussion with your attorney, did
19   your attorney on your behalf file papers in the court in New
20   Mexico saying that you couldn't afford to pay because
21   millions of dollars of yours had been stolen by a con woman
22   by the name of Joyce Michaels or Rose Marks who was your
23   personal assistant?
24   A    My personal assistant?  Never.
25   Q    Okay.
```

```
 1                 MR. SCHWARTZ:  May I have a moment, Your Honor?

 2                 THE COURT:  Yes.

 3                 MR. SCHWARTZ:  May I approach?

 4    BY MR. SCHWARTZ:

 5    Q    Let me show you what's been marked as Defendant's

 6    exhibit 28 for identification and ask you if you recognize

 7    that document?

 8    A    Oh, yeah.

 9                 This was a file to try to get out of paying the

10    millions to my ex-husband.  Is that what you mean?

11    Q    Do you recognize the document?

12    A    Yes.  Sara.  Yes.

13    Q    Is that a document filed in your behalf in case number

14    SF-92-1223 by your attorney in Santa Fe, New Mexico?

15    A    Yes.

16    Q    And in that document did your attorney write the

17    following?

18                 MR. STEFIN:  Judge, I'll object unless he's going

19    to move it into evidence.

20                 MR. SCHWARTZ:  I'll move it into evidence.

21                 THE COURT:  Any objection?

22                 MR. STEFIN:  No objection.

23                 THE COURT:  Admitted without objection.

24         (Defendant's Exhibit No. 28 entered into evidence.)

25    BY MR. SCHWARTZ:
```

```
 1   Q     Let me direct your attention to paragraph A, which is on
 2   page 7 of that document.  It's on the screen in front of you,
 3   if you -- you want me to push that screen up for you?
 4         Would you read the first line to us?
 5   A     "First, upon information and belief, counsel may
 6   represent to this court that Montassir was the victim of a
 7   pernicious and longterm criminal conspiracy perpetrated by a
 8   woman acting as Montassir's assistant."
 9   Q     Rose was your assistant, wasn't she?
10   A     Absolutely not.
11   Q     Did your attorney make that up?
12   A     I don't know.  You have to talk to Sara about that.
13   Q     Well, without telling us what you said to her or what
14   she said to you, do you know where she would get the
15   information other than you that Rose was your assistant?
16   A     How would I know that?
17   Q     I'm sorry?
18   A     I don't know the answer to that because this is -- a
19   lawyer wrote this.  I didn't write this.
20   Q     And it said the conspiracy included robbing you of
21   literally millions of dollars over a 10-year period?
22   A     Right.
23   Q     Did she stick a gun to your head?
24   A     Who?
25   Q     Rose.
```

```
 1   A      Oh no.  She threatened me constantly.

 2   Q      And that was a robbery?

 3             MR. STEFIN:  Objection, Your Honor.

 4             THE COURT:  Sustained.

 5   BY MR. SCHWARTZ:

 6   Q      And then it says:  Counsel has been in contact with two

 7   Florida State police officers, as well as a lawyer at the

 8   United States Attorney's Office in Florida.  All have

 9   represented to counsel that an investigation into this fraud

10   slash RICO conspiracy is ongoing, that a grand jury is being

11   convened to evaluate the evidence, and that the evidence

12   shows you were a repeated victim at the hands of this woman

13   and other parties.

14             Is that what it says?

15   A    Yeah, yes.

16   Q      So would you now agree with me that your attorney was

17   using this criminal investigation as a way to get you not to

18   have to pay Claude the money you owed him?

19   A      Yeah, because -- yes.

20   Q      And that at least your attorney said that Rose was your

21   assistant?

22   A      She said that.

23   Q      Well, have you ever said that Rose worked for you?

24   A      Heavens, no.  Huh-uh, no, she has not worked for me.

25   Q      You mentioned you hired an accountant who was Detective
```

```
 1   Ogden's accountant --
 2   A    Yes.
 3   Q    -- to file your tax returns.
 4   A    Yes.
 5   Q    And that you and the detectives told him about this
 6   case; is that right?
 7   A    Well, mostly the detective, yes.
 8   Q    And in your tax returns, did you list Rose Marks as a
 9   business expense?
10   A    No, I did not.  No.
11   Q    Did your accountant list Rose Marks as a business
12   expense?
13   A    I was told that he talked to an IRS agent who allowed
14   him to write it off as a bad debt.
15   Q    Do you know if the schedules to your tax return lists
16   Rose Marks as a business expense?
17   A    I do not know.  I don't -- I don't know how to read a
18   tax return.  I'm a normal person.
19   Q    Well, you signed it under oath, didn't you, under
20   penalties of perjury?
21   A    You have -- I trusted my accountant, and I signed it,
22   yes.
23   Q    So one can trust their accountant and just sign what the
24   accountant gives them?
25   A    I did.
```

```
 1   Q     And one can trust their detective friends to give the
 2   accountant the right information?
 3   A     And one can trust a psychic and give them money.
 4   Q     If you want.  Free choice.
 5   A     No, it was not free choice.
 6   Q     But did you sign on your tax return that Rose Marks --
 7   that you paid money for Rose Marks and scheduled it under a
 8   business expense?
 9   A     It was not my understanding that it was considered a
10   business expense.  I have been very careful over the years
11   that I paid a full 40 percent tax on whatever I paid her.
12   All those checks that are in evidence there, it says, JM
13   colon personal, so my accountant wouldn't mess it up and
14   think it was a business expense.  I paid full tax on it.  She
15   was never my assistant.
16   Q     But for four -- at least 2004, 2005, 2006, and 2007, the
17   accountant obtained for you, by the agents of the Government,
18   Detective Ogden and others, listed Rose Marks on your returns
19   as an expense; is that right?
20   A     I don't know.
21   Q     Now, you told us earlier, I think a number of times,
22   that the settlement you had with your husband Claude allowed
23   you -- allowed Claude to get money from you without paying
24   taxes, and you had to pay taxes on the money you gave Claude;
25   is that right?
```

```
1    A    Yes, I pay his taxes.

2    Q    So why on your tax returns prepared by Detective Ogden's

3    accountant did you list Claude as a business expense?

4    A    I pay his taxes on there.  I don't know anything --

5    you'll have to talk to the accountant about this.  I don't

6    know.

7    Q    If you wait a moment, we'll show you your tax return.

8              THE COURT:  Excuse me.  Can I just see counsel

9    quickly over here, please?

10             MR. SCHWARTZ:  Surely.

11        (The following proceedings were held at sidebar:)

12             THE COURT:  I don't want to, you know, interfere,

13   but, you know, she's somewhat of a well-known individual, and

14   I notice that one document that was put in evidence earlier

15   had her Social Security number on it, and now we're going to

16   put -- probably have these documents come into evidence with

17   her Social Security number on it.  Can we redact, you know,

18   those personal identifiers?

19             MR. SCHWARTZ:  I have no objection to that, Judge.

20   And the ones that the Government put in also I have no

21   objection to.

22             THE COURT:  And, again, I don't know that it's

23   necessary, if you're going to put these in.  I'm not sure

24   that her income -- you know, the world needs to know what her

25   income is.  To the extent that you want to impeach her
```

 1    testimony about business expenses and things of that nature,

 2    I think it's legitimate.  Can we kind of redact her personal

 3    income?

 4         MR. SCHWARTZ:  I have no objection to that either,

 5    Judge.

 6         MR. STEFIN:  I think the Court is completely right,

 7    and I should have raised an objection, but this has been an

 8    issue pretrial, about getting her tax returns, and if he

 9    want -- and I think there's only one limited section in the

10    return that's really relevant, which is the section dealing

11    with business expenses.

12         THE COURT:  That's what I'm saying.

13         MR. STEFIN:  Without any of the rest of it.

14         MR. SCHWARTZ:  I would have no problem that for the

15    purposes of sending this to the jury, that we do the front

16    page with the personal information redacted off and the

17    schedule with the business expenses on it, and that be the

18    only thing that be finally received for the purposes of . . .

19         THE COURT:  As long as -- I just think we need to

20    kind of protect the privacy of individuals as best we can.

21         MR. SCHWARTZ:  I'm not looking to do anything with

22    that, Judge.

23         THE COURT:  All right.

24         MR. STEFIN:  All right.  Thank you, Judge.

25         THE COURT:  You're welcome.

```
 1          (Sidebar conference concluded.).

 2              MR. SCHWARTZ:  May I approach, Your Honor?

 3              THE COURT:  Yes.

 4   BY MR. SCHWARTZ:

 5   Q    Let me show you what's been marked for identification as

 6   composite exhibit 29, four tax returns for the year 2004,

 7   2005, 2006, and 2007, and ask you if you recognize them.

 8   A    Yes, they're my tax returns.

 9              MR. SCHWARTZ:  Your Honor, I would move them into

10   evidence at this time, to be redacted later so that any

11   personal identifiers are removed.

12              THE COURT:  Any objection, subject to the

13   redactions?

14              MR. STEFIN:  No, Your Honor.

15              THE COURT:  They'll be admitted subject to being --

16   some of the information --

17              Ladies and gentlemen, we're going to remove some of

18   the personal information, and you're going to only see the

19   information on the returns that are relevant to the testimony

20   and not any of the other.  So that's going to be done later.

21          (Defendant's Exhibit No. 29 entered into evidence.)

22   BY MR. SCHWARTZ:

23   Q    Let's start with 2006, if you don't mind.  Let me show

24   you the page with other deductions and Schedule A, Other

25   Costs.  Do you see that?
```

```
 1    A      Yes.

 2    Q      Can you read, other than your travel accounting,

 3    et cetera, what other costs you have there?

 4    A      You mean -- yes.

 5    Q      The Schedule A costs.

 6    A      Yes.

 7    Q      From Schedule A, line 5.

 8    A      Yes.

 9    Q      What are those costs?

10    A      One's for my ex-husband.  The rest of them are -- and

11    one for research materials, and the rest of them are to

12    Joyce.

13    Q      Okay.  So Rose Marks, Joyce Michael, Peter Wolofsky,

14    Atlas Leasing.

15    A      Yes.

16    Q      And then you have there as an expense, Claude White,

17    $102,000 in 2006; is that right?

18    A      That's what it says here.

19    Q      Didn't you tell us yesterday that your agreement was

20    that you paid Claude as a property settlement?

21    A      Right.

22    Q      And he didn't pay any taxes, and you paid the taxes on

23    it?

24    A      Right.

25    Q      How were you deducting him as an expense?
```

```
 1    A    I don't know any of this.  You're asking me to be a

 2    lawyer and an accountant.  I don't know.  I turn in my

 3    itemized categorized expenses to Adrian, and he does this.  I

 4    don't know.

 5    Q    And you feel it's proper for you to rely on your

 6    accountant doing the right thing when you give him

 7    information?

 8    A    Well, it's either that -- I don't have the time to write

 9    books and be an accountant and be an attorney.

10    Q    But you -- do you look at the return before you sign it?

11    A    I kinda flip through it.

12    Q    When you flip through it for the 2006 return, did you

13    notice Claude's name on there as a business expense?

14    A    I don't know enough about tax returns to know that that

15    is under business expense.  Those are expenses, things that I

16    paid for.

17    Q    And you paid Claude apparently $102,000 in 2006.  Right?

18    A    I don't know.

19    Q    That's what's listed there.

20    A    That's what's listed there, right.

21    Q    And that's based on the information you gave your

22    accountant, right?

23    A    I divide it up, of how much -- in my records, of how

24    much I have to pay tax on, how much I don't have to pay tax

25    on.  So I don't know how Adrian took my records and used
```

1    them.  I don't know.  I mean, that's a long time ago.

2    Q    But when you looked at it and you saw Claude's name,

3    didn't you think, well, my deal is that I pay the taxes on

4    Claude.  I don't get to deduct Claude.

5    A    No, I looked at that name and said, oh, yuck, I have to

6    pay that jerk.  No.

7    Q    And just to run through it, under Schedule A for 2005

8    you list Rose Marks, Joyce Michaels, Claude White again for

9    $97,000, Peter Wolofsky, Atlas Leasing, and research

10   materials; is that fair?

11   A    That's what it says on there.  I don't know what that

12   is.

13   Q    And in 2004, you don't list Claude, do you?

14   A    Not me.  You mean Adrian?

15   Q    I'm sorry.  Adrian doesn't list Claude on your tax

16   return that you sign and swear to, is that fair?

17   A    I guess so.

18   Q    He just lists Rose, Peter Wolofsky, Atlas Leasing and

19   Joyce Michaels; is that right?

20   A    That's what it says.

21   Q    Now, in 2007, you don't itemize your Schedule A

22   expenses, do you?

23   A    I didn't do this.

24   Q    I'm sorry.  Adrian Raley, acting on your behalf as your

25   accountant, doesn't itemize your 2007 Schedule A line 5,

```
 1   "other costs," is that fair?

 2   A    I don't know.  I don't know enough about accounting to

 3   say yes or no to what you're saying.  There's a list there,

 4   and I don't see his name.

 5   Q    Do you see the word "subcontractors" and a deduction for

 6   expenses of $1,821,000?

 7   A    Yes.

 8   Q    And who was that paid to?

 9   A    I have no idea.  I don't --

10   Q    Did you hire any subcontractors on behalf of Deveraux,

11   Inc. in 2007?

12   A    I don't know what that is.  That may be remodeling

13   expense.  I know I remodeled the house.  That was later.  I

14   don't know.  I don't know what that is.

15   Q    Well, do you know if Mr. Raley, the accountant who did

16   this on your behalf, lumped together Rose Marks, Claude,

17   Joyce Michaels, and instead of independently writing down

18   their names, listed them as subcontractors and deducted

19   $1,800,000?

20   A    I do not know that, no.  I do not know.

21   Q    So you don't know who the subcontractors are who are

22   listed on your 2007 report?

23   A    That's correct, I do not know.

24   Q    And, by the way -- I'm trying to avoid personal

25   identifiers.
```

```
 1              The tax returns that I'm referring to for these
 2   years are for what entity?
 3   A    You mean for Deveraux, Inc.?
 4   Q    Is that correct?
 5   A    Yes.
 6   Q    And that's your business entity?
 7   A    That's -- yes.
 8   Q    So these would be business-type expenses; is that right?
 9   A    I guess, yes.
10   Q    You didn't use your whole house as an office for your
11   work, did you?
12   A    No.
13   Q    So remodeling your house wouldn't be a legitimate
14   business expense, would it?
15   A    Right.
16   Q    Now, you did, in fact, use a corporate name for your
17   business that was different than your real name, didn't you?
18   A    You mean I have a corporate name?  Yes, I have a
19   corporate name.
20   Q    And your corporate name is the last name of your pen
21   name; is that correct?
22   A    Yes.
23   Q    Deveraux, Inc.?
24   A    Yes.
25   Q    Because you use your pen name for writing purposes,
```

```
 1   right?

 2   A    Yes, I write under Jude Deveraux.

 3   Q    And that's what you're known to the public as?

 4   A    I guess so.

 5   Q    I mean, when you go on TV, you're introduced not as Jude

 6   Gilliam or Jude Montassir, but as Jude Deveraux, right?

 7   A    When I'm on TV, yeah.

 8   Q    And you do your corporate business not under your

 9   personal name.  It's not Montassir, Inc.; it's Deveraux,

10   Inc.?

11   A    Yes.

12   Q    And Rose Marks also had a corporation, didn't she?

13   A    I have no idea.

14   Q    Are you -- you're not aware that her corporation was

15   Jude Michaels, Inc. -- I'm sorry, Joyce Michaels, Inc.

16   Forgive me.  Too many J's.

17   A    I don't know that, no.  I haven't heard that, I don't

18   think.

19   Q    Do you use the name Deveraux to cheat or defraud

20   anybody?

21   A    No.

22   Q    You use Deveraux, Inc. because you don't want your

23   public necessarily to know your real name; is that right?

24   A    No, I need a name for my corporation, and it came up

25   Deveraux, Inc.  It has nothing to do with the public.
```

```
 1   Q     I misstated that, and I apologize.

 2           You use the name Jude Deveraux when you write --

 3   A     Yes.

 4   Q     -- not for the purpose of defrauding anybody; is that

 5   correct?

 6   A     Right.  I don't defraud anyone.

 7   Q     You use it because you don't want the public to know

 8   your real name?

 9   A     Right.  I see where you're going.  Yeah.

10   Q     I usually don't, but thank you.

11           And Rose Marks uses the name Joyce Michaels for her

12   business.

13   A     Does she?

14   Q     And did you ever write any checks to Joyce Michaels,

15   Inc.?

16   A     Not that I remember.

17   Q     Was any of your money ever deposited in a bank account

18   of Joyce Michaels, Inc.?

19   A     Not -- I don't know that.

20   Q     Okay.  So the checks would reflect that?

21   A     Yeah.  I didn't deposit much.

22   Q     Let's go back to some other statements you made.

23           You said that you had eight miscarriages?

24   A     Yes.

25   Q     Where did you have those eight miscarriages?
```

```
 1   A     Different places.  I get pregnant easily, and I
 2   miscarried.
 3   Q     Well, you had one abortion when you were married to
 4   Claude, right?
 5   A     Yes.
 6   Q     And then, that wasn't a miscarriage?
 7   A     That was not a miscarriage.
 8   Q     Okay.  And then a number of times you tried the in vitro
 9   fertilization with Joyce's help.
10   A     No.
11   Q     Did you try in vitro more than once?
12   A     I'm trying to think.  I can't remember.  I don't really
13   remember.  In vitro's very -- I had to give myself a lot of
14   shots in the hips, two and a quarter-inch needles,
15   progesterone.  I had to do shots in the stomach.  I had to
16   take a lot of pills, but I think the actual in vitro itself
17   was only one time.
18   Q     Wasn't there two other times where you had the
19   artificial insemination, and that --
20   A     That's right.
21   Q     -- and that you started --
22   A     Yes.
23   Q     -- they thought you were going to be pregnant and then
24   you weren't?
25   A     Yes, that's true, I forgot.  There was another time.  I
```

```
 1    was pregnant with twins.  I forgot that.

 2    Q     And you're counting that as a miscarriage, right?

 3    A     Yes, I miscarried.

 4    Q     Well, you -- it was a week or so after the in vitro, is

 5    that fair?

 6    A     Oh, no.  With the twins, it was several weeks.  I was

 7    almost three months.

 8    Q     Okay.  But you and Rose together went to a clinic in

 9    North Carolina; is that right?

10    A     She went with me once when I was hemorrhaging.  I

11    remember that.

12    Q     But before that, when you first had the in vitro, she

13    went with you also, right?

14    A     I mostly went by myself.  She said she was going to go,

15    but then when it was time, oh, I'm really busy, I have a lot

16    of work.  And she was going to give me the shots; and I did

17    them myself.  I had to do them myself.

18    Q     So she never went with you -- she only went with you one

19    time when you were hemorrhaging and you needed her help to go

20    to the clinic?

21    A     To drive me there, yes.

22    Q     Okay.  She didn't go with you when you were -- when you

23    got the in vitro fertilization?

24    A     I don't remember.

25    Q     Who picked out the clinic for you?
```

```
 1   A     I think she found it.

 2   Q     Okay.  And who made the arrangements for you to go to

 3   the clinic?

 4   A     I don't remember that.

 5   Q     Wasn't it Rose?

 6   A     I don't remember that.

 7   Q     You didn't, did you?

 8   A     I don't remember that.

 9   Q     Okay.  And when you got pregnant you went to New York,

10   right?

11   A     Yes.

12   Q     And Rose got you an apartment; is that right?

13   A     We went together to look at apartments.

14   Q     Okay.  So you went apartment hunting with her?

15   A     Yes.

16   Q     Was it a furnished apartment?

17   A     Yes.

18   Q     Was it on the west side?

19   A     Yes.

20   Q     Not too far from Central Park?

21   A     Yes -- no -- yeah, 86th, I think it was.  Eighty?  I

22   don't remember.  Yes -- no, it's close to Central Park.

23   Q     Right near the Planetarium and the Museum of Natural

24   History?

25   A     Yes.
```

1    Q    And she stayed you with a lot of the time when you were

2    pregnant?

3    A    She was very nasty to me when I was pregnant.  She did

4    not stay with me much, huh-uh.  I was by myself.  It was a

5    very lonely time.

6    Q    She didn't come up to the apartment rather frequently?

7    A    She came to the apartment sometimes and was quite

8    unpleasant.

9    Q    And when you were in the hospital, did she go to the

10   hospital when you were giving birth?

11   A    I didn't want her to, but she said that it had to be --

12   she had to go with me to protect -- I wanted my best friend

13   of 35 years, Linda, to go with me, and Joyce said, no, no,

14   no, bad things will happen to your son if I'm not there.  So

15   she went.  I wanted my friend Linda to be there.

16   Q    But she did go with you to the hospital when you gave

17   birth to Sam?

18   A    She did.

19   Q    And after you gave birth to Sam, was she with you for a

20   few days before you went to London?

21   A    I think she came to visit once or twice.  I was only

22   there for 11 days, I think it was, before I went on the

23   Concourde.

24        MR. SCHWARTZ:  Your Honor, I don't know when you're

25   planning to take a break, but this is a decent cutoff point.

```
 1              THE COURT:  Let's take a recess, ladies and
 2   gentlemen.  Don't discuss the case or form any opinions.
 3   We'll see you in about 15 minutes.  Thank you.
 4        (The jury exits the courtroom.)
 5              THE COURT:  Again, ma'am, don't discuss your
 6   testimony during the break.  Thank you.
 7   * * * * * * * * * *
 8              THE COURT:  All right.  Welcome back, ma'am.
 9   You're still under oath.
10      Jude Montassir, Government witness, resumed the stand.
11                  Cross-examination (Cont.'d)
12   BY MR. SCHWARTZ:
13   Q    Now, Ms. Montassir -- did I get it right that time?
14   A    (Shakes head.)
15   Q    You want to tell me again?
16   A    Montassir.
17   Q    Montassir.
18              Did Rose help you in New York after Sam was born?
19   A    After he was born, no.
20   Q    Well, let me show you what's been marked as Defendant's
21   exhibit 30 for identification and ask you if you recognize
22   it.
23              MR. SCHWARTZ:  May I approach?
24              THE COURT:  Yes.
25              THE WITNESS:  Right.  It's a photo of her with my
```

```
 1    son.
 2    BY MR. SCHWARTZ:
 3    Q    Do you recognize that?
 4    A    Yes.
 5    Q    What do you recognize it as?
 6    A    A photo of Joyce with my son.
 7              MR. SCHWARTZ:  I'd move it into evidence, Your
 8    Honor.
 9              THE COURT:  Any objection?
10              MR. STEFIN:  No objection.
11              THE COURT:  What's the number?
12              MR. SCHWARTZ:  Thirty, Your Honor.
13              THE COURT:  Admitted without objection.
14        (Defendant's Exhibit No. 30 entered into evidence.)
15    BY MR. SCHWARTZ:
16    Q    Is that Rose sitting on a bench in Central Park with
17    your infant son, Sam, shortly after he was born?
18    A    Yes.
19    Q    And just to be clear, let me show you what's been marked
20    as exhibit 31 for identification and ask you if you recognize
21    that.
22    A    That's the same day, I think; me with my son.
23    Q    And the exhibit that's on the screen is Rose sitting
24    with Sam in Central Park.  About how long after his birth was
25    that?
```

```
 1   A     It was just a few days, because I went home to England.

 2   Q     You went home to England about -- within two weeks after

 3   he was born, right?

 4   A     Eleven days, yes.

 5   Q     So were you incorrect to say that Rose didn't help you

 6   with Sam after he was born?

 7   A     No.

 8   Q     She didn't help you?

 9   A     No.

10   Q     Okay.  And was she there at the birth?

11   A     Yes.

12            MR. SCHWARTZ:  I would offer Defendant's exhibit 31

13   in evidence, Your Honor.

14            MR. STEFIN:  Can I just see which one that is?

15            No objection, Your Honor.

16            THE COURT:  Admitted without objection.

17       (Defendant's Exhibit No. 31 entered into evidence.)

18   BY MR. SCHWARTZ:

19   Q     And that's you with Sam, right?

20   A     Yes.

21   Q     And where were you living in New York after Sam was

22   born?

23   A     I was still in the apartment on Upper West Side in New

24   York.

25   Q     And there was some additional incorrect testimony, and
```

```
1    this may be my fault.  I keep admitting errors.
2              You didn't get in vitro for Sam in North Carolina,
3    did you?
4    A    No, it was New York City.
5    Q    It was at New York Presbyterian Hospital; is that
6    correct?
7    A    That's where he was born.
8    Q    Right.
9    A    Think so.  I can't remember.  I think that's right, New
10   York Presbyterian.
11   Q    When you had the in vitro in North Carolina it didn't
12   take or you had -- you had a brief -- a week or two with the
13   baby and then miscarried, and then you went to New York for
14   in vitro; is that right?
15   A    I never had in vitro in North Carolina.  I went to a
16   fertility clinic in Baltimore.
17   Q    Correct.  I'm sorry.  Baltimore, Maryland.
18   A    Right, Baltimore.
19   Q    In the Washington area?
20   A    Well, I stayed in Virginia and drove across the border
21   to Baltimore.
22   Q    And Rose was living in Virginia at that time, right?
23   A    I think so.  I don't remember.  I don't know.
24   Q    You never visited her at her house in Virginia, correct?
25   A    No.
```

```
 1    Q    Okay.  And then you went to New York, you had in vitro,
 2    Rose was very mean to you while you were pregnant, you
 3    weren't mean to her at all, and you gave birth, is that fair?
 4              MR. STEFIN:  Objection, compound.
 5              THE COURT:  Sustained.  Rephrase the question.
 6              MR. SCHWARTZ:  Withdrawn.
 7    BY MR. SCHWARTZ:
 8    Q    After you gave birth in New York, did Rose come to the
 9    apartment?
10    A    Yes.
11    Q    And then you decided to, as you put it, go home to
12    England?
13    A    Right.
14    Q    Why do you -- why did you consider England your home,
15    not the United States?
16    A    I was staying there.  It was good for my books, and I
17    had always kind of wanted to live there.  And Joyce had told
18    me that putting water around me, between my ex-husband and me
19    would make him harder to find me.  So it was just kind of --
20    I can live anywhere, so I went to England.
21    Q    So did Rose send you to England, or was it your fear of
22    Claude that sent to you England, or did you just like
23    England, it was good for your books and you wanted to live
24    there?
25    A    All of it.
```

```
 1   Q    Now, you testified that when you were in England you had
 2   a visit from somebody to do with Claude; is that correct?
 3   A    You mean he sent a bailiff over?  Is that what you're
 4   talking about?
 5   Q    A bailiff?
 6   A    A bailiff, uh-huh.
 7   Q    And what was the purpose of the bailiff being there?
 8   A    I called an attorney I knew in Santa Fe, and he said
 9   that Claude was telling people that I was making more money
10   than I was giving him.  He always thought everything should
11   be split 50/50, so he wanted to reopen the case and get more
12   money from me.
13   Q    And he wanted to see what kind of house you were living
14   in; is that right?
15   A    Yes, wanted to see if the house I had there was more
16   expensive or worth more than the house I had paid for for him
17   in New Mexico.
18   Q    And did you testify at your deposition that the house
19   wasn't a very nice house, and that some of the wood was
20   rotted and things of that sort?
21   A    When I bought the house it was almost derelict.  I spent
22   five years remodeling it.
23   Q    Was it a big house or small house?
24   A    Kind of medium.
25   Q    Kind of a medium house?
```

```
 1    A    It was an old rectory.

 2    Q    An old?

 3    A    Rectory.

 4    Q    And converted into a house?

 5    A    No, a rectory is a house.

 6    Q    Well, a rectory is a house for religious orders; is that

 7  correct?

 8    A    It's usually for the vicar, the preacher of the church.

 9    Q    I'm sorry, you said a vicary, not a rectory.

10    A    No, a rectory is for the vicar.

11    Q    Okay.  Let me show you what's been marked for

12  identification as Defendant's exhibit 32 and ask you if you

13  recognize it.  It's a composite exhibit.

14         MR. SCHWARTZ:  May I approach the witness?

15         THE COURT:  Yes.

16  BY MR. SCHWARTZ:

17    Q    Would you look at all the pages of this exhibit and tell

18  me if you recognize what it is.

19    A    Yes, that was my house, Ketton House.

20    Q    And where was Kenton, K-e-n-t-o-n, House?

21    A    No, Ketton, K-e-t-t-o-n, Kedington.

22    Q    Ketton, K-e-t-t-o-n, House, in Kedington?

23    A    Yes.

24    Q    And where is that in England?

25    A    It's Suffolk County, outside of Cambridge.
```

```
 1   Q    About how far from London?

 2   A    It's about an hour and a half.

 3        MR. SCHWARTZ:  I'd move Defendant's exhibit 32 into

 4   evidence.

 5        THE COURT:  Any objection?

 6        MR. STEFIN:  No objection.

 7        THE COURT:  Admitted without objection.

 8   (Defendant's Exhibit No. 32 entered into evidence.)

 9   BY MR. SCHWARTZ:

10   Q    And this is the medium-sized house that you bought in

11   England; is that correct?

12   A    It's very shallow, yes.

13   Q    You mean it's narrow.  It doesn't have a lot of depth.

14   A    It's shallow.

15   Q    About how many rooms?

16   A    I don't know.  You have the brochure there.  It tells.

17   Q    This would be an elegant Grade II listed Queen Anne

18   house with mature grounds; is that correct?

19   A    Yes.

20   Q    There was a reception hall?

21   A    Yes, it had a front entryway, yes.

22   Q    A drawing room; is that correct?

23   A    Yes.

24   Q    A dining room, correct?

25   A    Yes.
```

```
 1    Q    A play room, correct?

 2    A    I don't know where that was, what they would call a play

 3    room.

 4    Q    Do you need your glasses to look at that?

 5              A play room?

 6    A    It says here, but I don't know which was the play room.

 7    Q    You might have used it for something else?

 8    A    Yeah, I guess.

 9    Q    A kitchen/breakfast room?

10    A    Yes.

11    Q    A laundry room?

12    A    Yes.

13    Q    What does it mean by extensive cellars?

14    A    They were mostly underneath the house.  They were

15    Elizabethan, and rotting.

16    Q    What were they?

17    A    It's just a basement.

18    Q    Okay, we don't have those in Florida.

19    A    Huh-uh.

20    Q    And how many bedrooms?

21    A    It says seven.  The English say a lot of things are

22    bedrooms.  It had three bedrooms downstairs, then upstairs,

23    the old -- it had an attic that they converted sort of into

24    bedrooms with no bath.

25    Q    And there was a first floor sitting room bedroom?
```

```
 1    A    I don't remember a bedroom on the first -- oh, first
 2    floor is England's second floor.
 3    Q    Okay.
 4    A    Oh, yes, there was a kind of dressing room closet that
 5    you could put something to sit in if you wanted to.
 6    Q    Three bathrooms?
 7    A    In the whole house, yes.
 8    Q    Was there a heated swimming pool?
 9    A    Yes, it was in really bad shape.  Yes, uh-huh.
10    Q    The pool house?
11    A    It had a little pool house, uh-huh.
12    Q    Now, wasn't clay, but it was a hard tennis court?
13    A    It had weeds growing up through it.  I don't know what
14    it was.
15    Q    Okay.  Mature, well-stocked gardens and grass paddock.
16    A    Uh-huh.  I had to bring in bulldozers to clean it up,
17    but, yeah.
18    Q    And there were 11 acres of grounds, weren't there?
19    A    Yes.
20    Q    It was originally a parsonage in 1625, right?
21    A    The basements were from Elizabethan times.  The new
22    part, the upper part was 1709 Queen Anne.
23    Q    And is this a more distant picture of the house?
24    A    Yes.
25    Q    Is this an aerial picture of part of the grounds?
```

```
 1   A     Yes.  Actually, it's a little off, but . . .

 2   Q     Do you remember what you said about this house in your

 3   deposition?

 4   A     No.

 5   Q     Well, let's get to that.

 6         You were deposed on December 3rd, 2008; is that

 7   correct?

 8   A     Yes.

 9   Q     And you were there, and who else was there?

10   A     There was my lawyer, Sara Bennett.

11   Q     Okay.

12   A     Then there was Detective Stack, Detective Ogden.  There

13   was the court reporter.

14   Q     Like this fine gentleman here?

15   A     Yes.

16         Then across the room was my ex-husband's attorney.

17   I can never remember his name.  And then my ex-husband and

18   then another attorney of his on the other side.  So he had

19   two attorneys.

20   Q     Was that Larry Maldegan?

21   A     Yes.

22   Q     M-a-l-d-e-g-a-n?

23   A     Yes.

24   Q     That was one of your husband's attorneys?

25   A     Yes.
```

```
 1    Q     And what was the reason that Detective Stack and

 2    Detective Ogden were in the room?

 3    A     They were there just to be with me for moral support.

 4    They came there for that.  I was afraid.

 5    Q     Well, what did being in the room with you have to do

 6    with investigating the criminal case?

 7    A     I have no idea.  Sometimes there are things other than

 8    evidence and criminal investigation.

 9    Q     Now, on page 6 of the deposition were you asked by

10    Claude's attorney:  "Have you given any sworn statement with

11    regards to the ongoing criminal investigation that they were

12    aware of?"  And it's a badly worded question, perhaps, but

13    they were aware of the criminal investigation, and they

14    wanted to know if you had given any sworn statements in that

15    case.

16    A     What's the question?

17    Q     Did you answer yes?

18    A     That I had given sworn statements?

19    Q     In the criminal case.

20    A     I don't remember what I answered to that, and I don't

21    remember what sworn statements you're referring to.

22    Q     Well, let me show you the deposition which we've marked

23    for identification as Defendant's exhibit 33, and ask you to

24    look at the question and answer, the question on line 2 and

25    the answer on line 5, and ask you if that refreshes your
```

```
 1    recollection as to what you were asked and what you answered.
 2            Were you asked, "Have you given any sworn
 3    statements in the ongoing criminal investigation," and did
 4    you answer yes?
 5    A    It says so there, yes.
 6            MR. SCHWARTZ:  May I have a moment, Judge?
 7    BY MR. SCHWARTZ:
 8    Q    When did you give a sworn statement in a criminal case
 9    prior to December 3rd, 2008?
10    A    I don't remember.
11            MR. SCHWARTZ:  May we approach, Your Honor?
12            THE COURT:  Yes.
13         (The following proceedings were held at sidebar:).
14            MR. SCHWARTZ:  She's then asked:  Was it notarized?
15            She says:  I think so.
16            But did you give a signed written statement?
17            Yes.
18            Or statements?
19            Signed statements.
20            Okay.
21            And then her attorney gets in, she's not certain
22    whether she's given a sworn statement, so if there's
23    something like that, we reserve the right to confirm with
24    documentary evidence, et cetera.
25            Is there a sworn -- did she give any sworn
```

```
 1   statements prior to December 8th?  And if so, can I have

 2   them?

 3              MR. STEFIN:  We've given all the statements that

 4   we're aware of that this witness has given.  She answered the

 5   question, Judge, but the lawyer interrupts and says, we'd

 6   like to reserve the right to confirm that with documentary

 7   evidence.  I think this is a misleading line of questioning.

 8   If there was some uncertainty at this point, to try to say

 9   that she's making a statement, that she's given signed

10   statements.

11              THE COURT:  Well, the reason we're here is for

12   Brady and Jencks and not whether or not her statement or her

13   recollection of whether she gave a statement is accurate.  So

14   you're representing, as you have repeatedly throughout the

15   proceedings and before, that all of the statements that she

16   has given have been provided to the defense, correct?

17              MR. STEFIN:  Yes.

18              THE COURT:  Okay.  So she, as far as you know, is

19   mistaken about her statement that she made in the deposition

20   where she said she had given a previous sworn statement in

21   connection with the criminal investigation?

22              MR. STEFIN:  Yes.

23              THE COURT:  As far as you know, she's incorrect?

24              MR. STEFIN:  Yes.

25              MR. SCHWARTZ:  Okay.
```

```
 1                THE COURT:  That's all we needed to know.

 2          (Sidebar conference concluded.)

 3   BY MR. SCHWARTZ:

 4    Q    After you said that, did your attorney interrupt and

 5    say, she's not certain whether she gave a sworn statement.

 6    Do you remember that?

 7    A    No, I don't remember that.

 8    Q    Okay.  Let me ask you again, so it's clear on the

 9    record.  Did you make any sworn statement regarding to the

10    criminal case prior to December of 2008?

11    A    I don't know.

12    Q    Did you make any sworn statement other than yesterday

13    and today in this criminal case after December of 2008?

14    A    I don't know exactly what that means.

15    Q    Did you swear -- well, I understand you don't know what

16    it means to swear to tell the truth, the whole truth and

17    nothing but the truth, but --

18                THE COURT:  Sustain the objection.

19                MR. STEFIN:  Do I need to object to that, Judge?

20                THE COURT:  Well, if you want me to say something,

21    yes.

22                Sustain the objection.  Strike --

23                MR. SCHWARTZ:  My comment?

24                THE COURT:  -- the comment.

25                THE WITNESS:  That's mean.
```

```
 1   BY MR. SCHWARTZ:

 2   Q    We've already gone over the oath you took.

 3          But did you take an oath like that or similar to

 4   that with Mr. Stack, with a notary, with anybody, and swear

 5   to tell the truth and tell your story in this case prior to

 6   yesterday?

 7   A    I did in the deposition.  I don't remember doing that

 8   anywhere else.  It's been years.  So I just -- I remember the

 9   deposition, but I don't remember doing that anywhere else.

10   Q    Prior to the deposition, who did you meet to prepare for

11   the deposition?

12   A    Sara, Sara Bennett.

13   Q    Nobody else?

14   A    Who else?

15   Q    Didn't you say -- weren't you asked if you met with

16   anybody else to prepare for the deposition -- meet with

17   anybody else, and you said, to prepare for the deposition,

18   and the question was yes, and wasn't your answer, I talked

19   about it with the Florida police department people?

20   A    Okay.  I talked about it to the Florida police

21   department people.

22   Q    Thank you.

23          And they helped you prepare for this deposition in

24   your civil case; is that correct?

25   A    Well, they talked to me.  I had never even seen a
```

```
 1    deposition, except on TV.  I didn't know what it was, and I
 2    was asking questions like what do you do, what do they ask
 3    you, where do you sit.  I didn't know anything.
 4    Q    And when you prepared for the deposition with the
 5    Florida police department people was your attorney there?
 6              MR. STEFIN:  Objection to the form of the question.
 7              THE COURT:  Overruled.
 8              THE WITNESS:  Was my attorney there?
 9    Q    Yes.
10    A    Sara?
11    Q    Yes.
12    A    The three of us, four of us, talked about it a lot.
13              I don't -- talk about the deposition?  What do you
14    mean, like what was I going to say in the deposition?  You're
15    not being clear.
16    Q    Well, you said that you prepared for the deposition with
17    your attorney and with the Florida police department people.
18    What did you mean by that?
19    A    That I sat down with them and talked about it, talked a
20    lot to Sara because she knew more about it because she's an
21    attorney.
22    Q    And were Detective Stack and Ogden also in the room?
23    A    I don't remember.
24    Q    For any part of it?
25    A    Well, the four of us talked about it, I know.
```

```
 1   Q    What did your attorney say to you and what did you say
 2   to your attorney --
 3             MR. STEFIN:  Objection.
 4   BY MR. SCHWARTZ:
 5   Q    -- when Detective Stack and Detective Ogden were in the
 6   room?
 7   A    Oh, heavens, I don't remember that.  It was a long time
 8   ago.  I was beyond scared, nervous, stressed out over the
 9   whole thing, worried.  I don't remember who was in a room and
10   exactly what was said.
11   Q    Did either Sara or Mr. Stack or Mr. Ogden tell you the
12   importance of being truthful in your deposition?
13   A    That's what everybody said to me, just tell the truth.
14   Q    Okay.
15   A    Yes.
16   Q    And did you testify at your deposition that you couldn't
17   afford to pay Claude because you didn't have any money?
18   A    I didn't.  Yes.
19   Q    And you didn't have any money at that time?
20   A    I didn't have any money at that time.
21   Q    And did Mr. Maldegan, Claude's attorney, ask you about
22   the million four hundred fifty-two dollars that you had in
23   your investors capital account at that time?
24   A    I don't remember that.
25   Q    Let me ask you this.  On page 22, line 16:
```

```
1              "Question:  You referred to an investors capital

2     account that indicated a balance as of November 18th of this

3     year of $1,000,452; do you recall that?"

4              And your answer was:  "Yes."

5     A    It was at that time.  I don't remember.  Are you talking

6     about my retirement plan, is that what you're talking about?

7     Q    No, I'm talking about the investors capital account that

8     Mr. Maldegan asked you about.

9     A    I honestly don't remember.

10    Q    Let me show you the deposition and ask you if it

11    refreshes your memory.  And I think you explain later that

12    you referred to it as a tax reserve account.

13    A    Oh, I don't remember.

14             MR. SCHWARTZ:  May I approach?

15             THE COURT:  Yes.

16    BY MR. SCHWARTZ:

17    Q    Does that refresh your memory?

18    A    No, but that sounds like good planning.

19             No, I don't remember.  I was writing seven days a

20    week, trying to put money in the bank off old contracts, and

21    I was massively in debt to the IRS, and I was trying to put

22    the money away to save my taxes.  So I guess that's what it

23    was.

24    Q    Well, you told us yesterday that at the time the police

25    found you, you were broke, you had no money, you were sitting
```

```
 1   in a hotel room, contemplating suicide, and you told -- is

 2   that correct?

 3   A    Yes.

 4   Q    And you told us yesterday, and you told Claude that you

 5   didn't have the money to pay him.

 6   A    Right.

 7   Q    But isn't it a fact that his attorney, Mr. Maldegan,

 8   discovered an account that you had with $1,000,452 in it?

 9   A    Okay.  You aren't listening to what I'm saying.  I was

10   writing seven days a week.  I had old contracts that were

11   made before the inflation.  They were for a lot of money.  I

12   turned those books in.  I wrote something like three books in

13   one year, turned them in.  That's where the money came from.

14   I had no money in January, but in December I had written

15   nearly three books and was negotiating -- talking about

16   negotiating a new contract with my publishing house.  So I

17   had money.  I was socking it away to pay my taxes.

18   Q    But you were in New Mexico to testify at a deposition

19   based on your claim that you had no money and couldn't pay

20   Claude, and yet, his attorney discovered an account that you

21   had for $1,000,452; is that true?

22   A    I think the IRS is more important than my ex-husband,

23   who's already worth millions.  So, yes, my priority was

24   paying back the IRS.  That money was going to taxes, not to

25   him.  I didn't have money to pay him.  As soon as I made out
```

```
 1    a check to the IRS, I would once again be dead broke.

 2    Q    Okay.  And maybe we're -- I'm asking you questions and

 3    you're not understanding and I'm not understanding your

 4    answer, and for that I apologize.  But at the time of this

 5    deposition in December of 2008, did you have a bank account

 6    with $1,000,452 in it?  Yes or no.

 7    A    Yes.

 8    Q    Now, did you ever pay this money to the IRS?

 9    A    Yes, I paid a lot of money to the IRS.

10    Q    Did you pay the back money for the years 2004 through

11    2008 to the IRS?

12    A    Yes.  What was calculated on my returns, yes.

13    Q    How much did you owe the IRS for those four or five

14    years?

15    A    I don't remember.  I honestly don't remember.

16    Q    I'm told that I misstated.  I said you had $1,000,452 in

17    the account.  Was it 1,452,000 in the account?

18    A    That's what it looked like on there.

19    Q    Okay.  During 2008 and 2009, were you making notes of

20    conversations that you had with Rose for Charlie Stack?

21    A    I -- yes, anytime I talked to her after -- after

22    January 8th, yes, I made notes of it, and when she jumped in

23    my car and things like that, yes.

24    Q    And you didn't record all the conversations.  Some of

25    them you just made notes of; is that right?
```

1   A    Yes.

2   Q    And did you have a phone call with her on or about

3   August 3rd, 2009?  And I'll show you a document to refresh

4   your memory, because I realize that it's hard to remember

5   when you have telephone calls with people.  I've marked it

6   for identification only as exhibit 34, Defendant's

7   exhibit 34.

8   A    Yes.

9   Q    And let me read you a part of this and ask you if this

10  was part of the notes that you made of the conversation for

11  Charlie Stack.

12          "At every opportunity I pushed the talk back to

13  my" -- this is on 014, C. Stack.

14          "At every opportunity I pushed the talk back to my

15  ex-husband.  I told her to look at the facts, that I couldn't

16  have very much money because she left me with five years of

17  back taxes to pay, period, parentheses, (I don't want her to

18  know that the IRS allowed me to write her off as a bad debt

19  and that Joyce will owe the money she had -- she received.)"

20          Is that correct?

21  A    Yes.

22  Q    Did the IRS allow you to write the money you paid to

23  Rose off as a bad debt?

24  A    That was my understanding, yes.

25  Q    And did you -- you claim you paid Rose something between

```
 1   17 and $20 million; is that correct?
 2   A    Over the whole time, yes.
 3   Q    And did the IRS allow you to write all of that off as a
 4   bad debt?
 5   A    No.  I didn't ask.
 6   Q    I'm sorry?
 7   A    I didn't ask them to.
 8   Q    How much did they allow you to write off as a bad debt?
 9   A    I don't know.  I'm not an accountant.
10   Q    Did they allow you to write $10 million off as a bad
11   debt?
12   A    It was however much she took from me after -- during the
13   time that I hadn't filed taxes.
14   Q    So they allowed you to write off from 2004 to 2008, for
15   which you hadn't paid taxes, or 2009, for which you hadn't
16   paid taxes, the money you paid to Rose as a bad debt; is that
17   right?
18   A    That's my understanding, yes.
19   Q    And do you know how much you allegedly paid to Rose
20   during those years?
21   A    No, I don't know the number.
22   Q    Was it roughly $5 million?
23   A    I don't know the number.
24   Q    So how much did you actually have to pay to the IRS
25   during the years 2004 to 2009?
```

```
 1    A    I don't remember.

 2    Q    Do you remember if you paid a minimal amount only to

 3    them?

 4    A    I don't remember.  I'm not very good with numbers.  I

 5    don't remember.  I just try to write my books and pay what

 6    I'm told to.  I don't know.

 7    Q    But you told us a little while ago that you had a huge

 8    debt to the IRS; is that right?

 9    A    Yes.

10    Q    But you didn't really have a huge debt to the IRS, did

11    you?

12    A    I believed I had a huge debt to the IRS when I was going

13    to have to do -- pay the tax, the 40 percent on what I paid

14    Joyce, as I had done in the past.  But my accountant, Adrian

15    Raley, talked to an IRS agent, and it was allowed to be

16    written off as a bad debt.

17    Q    Did he talk to this IRS agent, Beth Watts?  She's

18    shaking her head no.

19    A    Okay.  There you go.  I don't know.

20         MR. STEFIN:  We'll stipulate to that.

21    BY MR. SCHWARTZ:

22    Q    So you got a benefit from the Government in that they

23    allowed you to write off as a bad debt the money you paid to

24    Rose Marks; is that right?

25    A    That she took, yes.
```

```
1    Q    Is that what was going on on your Schedule A's that we
2    showed before?
3    A    I don't know.
4    Q    A Schedule A of your tax return, line 5, and I'm doing
5    it again in a way to avoid any identifiers, says, "Other
6    income or loss, attach schedule"; is that correct?  You see
7    in the first set of boxes where it says, line 5, Income?
8    A    Yes.
9    Q    So for 2004 -- and I'll represent that this is the
10   Schedule A from 2004 -- other than the research materials
11   expense, was it the million nine ten that you were allowed to
12   write off as a loss because you paid that to Rose Marks,
13   Peter Wolofsky, Atlas Leasing, and Joyce Michaels?
14   A    I don't know.
15   Q    And for 2005, was this a loss of $1,404,000 that the IRS
16   allowed you to write off?
17   A    I don't know about this.  I'm not an accountant.  I
18   don't know.
19   Q    Did the IRS allow you to write off $97,000 to Claude
20   White because you claimed Claude was part of this scheme, and
21   he defrauded you also of $97,000?
22   A    I've never heard that before.
23   Q    Well, didn't the investigators tell the psychologist who
24   interviewed you that Claude was part of this scheme, and
25   that's how Joyce knew when things would happen?
```

```
 1    A    How would I know what they told him?  I don't know.

 2    Q    Did you write off a million nine in 2004?

 3    A    I don't know.

 4    Q    Did you write off a million four in 2005?

 5    A    I don't know.

 6    Q    Let's just look at 2006 and 2007.  And I assume you

 7    don't know that either.

 8              Is the Schedule A listing there a million two one

 9    four, 979?

10    A    Yes, that's what the schedule says.

11    Q    And that includes a hundred and two thousand to Claude

12    White?

13    A    Looks like it does.

14    Q    And, again -- and we've looked at this once before, for

15    2007, you're writing off a million eight 21 and change -- and

16    no change to subcontractors; is that right?

17    A    That's what it says on there.  I have no idea what that

18    means.

19    Q    And do you know if this was an expense or a loss that

20    the IRS allowed you to write off for that year?

21    A    I don't know.

22    Q    And do you know whether or not that included Claude

23    White?

24    A    I don't know.

25    Q    Now, again, I'm going to show my inabilities.  My quick
```

```
 1    math is that that's about 6,100,000 that you wrote off in
 2    those four years.  Is that the amount that the IRS allowed
 3    you to write off?
 4    A    I don't know.  I was busy writing seven days a week,
 5    trying to make the money.  I don't know.  I'm not an
 6    accountant.
 7    Q    When did you know that the IRS was going to allow you to
 8    take these monies and write them off as a loss?
 9              MR. STEFIN:  I'm going to object, because it
10    assumes facts not in evidence.
11              THE COURT:  Overruled.
12              THE WITNESS:  Adrian, the accountant, sent me an
13    e-mail, or he called me, I don't remember which one, and told
14    me that the IRS agent he'd been talking to said that we could
15    write it off as a bad debt.
16    Q    And do you know what year he told you that?
17    A    No, I don't.
18    Q    Was it -- did you -- when did Detective Ogden find
19    Adrian for you as your accountant?
20    A    He goes to Adrian for himself, and he knew him.
21    Q    When did he refer him to you as your accountant?
22    A    Sometime in 2008.
23    Q    Did he prepare your tax returns in 2008?
24    A    I think, yes.
25    Q    And that's when you hired Detective Ogden's wife to help
```

```
 1   you with your tax returns?

 2   A    Yes.

 3   Q    And you paid money to Detective Ogden's wife?

 4   A    Yes.

 5   Q    When did Detective Ogden know that you paid money to his

 6   wife?

 7   A    It was all talked about beforehand, and I just gave her

 8   a check like regular.

 9   Q    And earlier, you told us that Larry, talking about Larry

10   Bardfeld --

11   A    Right.

12   Q    -- said it was okay to pay money to Detective Ogden's

13   wife to do this work for you.

14   A    Yes, secretarial, yes.

15   Q    So he knew about it also back in 2008?

16   A    Right.

17   Q    And while we're on this topic, and I'm sorry for jumping

18   around, but I've always been disorganized, you said you

19   invested or you put $35,000 into the gym that Charlie Stack

20   owned part of; is that right?

21   A    Yes, I wanted to invest in it, yes.

22   Q    You -- I'm sorry.

23   A    Yes.

24   Q    And do you remember when that was?

25   A    No, I don't remember the date.
```

```
 1   Q    Would it have been somewhere in April or May of 2011?

 2   A    I don't remember the date.

 3   Q    And how many partners were there in this gym?

 4   A    I didn't ask.

 5   Q    You never knew?

 6   A    No, I didn't.

 7   Q    Well, your friend Charlie was a partner, right?

 8   A    I assume so.

 9   Q    That's Detective Stack.

10   A    Yes.

11   Q    And he was the case agent on this investigation?

12   A    Right.

13   Q    Was Carmine a partner?

14   A    Yes.

15   Q    Was Rafael a partner?

16   A    Yes.  I assume so.  They run the place.  They run the

17   gym.

18   Q    Who else runs the gym?

19   A    That's the main ones that I know.

20   Q    So it was a small closely held corporation?

21   A    I don't know if it was an actual corporation, whether

22   they incorporated.  It was just friends.

23   Q    And the name of it was Ring Fit?

24   A    Ring Fit.

25   Q    Let me show you what's been marked as Defendant's
```

```
 1    exhibit 35 for identification and ask you if you recognize

 2    it.

 3              MR. SCHWARTZ:  May I approach?

 4              THE COURT:  Yes.

 5              THE WITNESS:  Yes.

 6    BY MR. SCHWARTZ:

 7    Q    What do you recognize it as?

 8    A    It's the check I sent -- a bank check to Carmine.

 9    Q    For how much?

10    A    $35,000.

11    Q    And what's the date on it?

12    A    August the 11th, 2011.

13              MR. SCHWARTZ:  I would move this into evidence,

14    Your Honor.

15              THE COURT:  Any objection?

16              MR. STEFIN:  No objection.

17              MR. SCHWARTZ:  Defendant's exhibit 35.

18              THE COURT:  Admitted without objection.

19        (Defendant's Exhibit No. 35 entered into evidence.)

20    BY MR. SCHWARTZ:

21    Q    And in my consistent way of making mistakes, I asked you

22    if it was a corporation, and the check was made out to Ring

23    Fit, LLC, a Limited Liability company; is that right?

24    A    Yep.  It is, yes.

25    Q    So on or about August 11th, 2011, you gave $35,000 to a
```

```
 1    company owned by Charlie Stack and a couple of partners, is

 2    that fair?

 3    A    Yes.

 4    Q    And that's approximately four or five days before Rose

 5    Marks and her family members were arrested in this case; is

 6    that right?

 7    A    I have no idea.

 8    Q    Well --

 9    A    I don't know about that.  It was between Carmine and me.

10    When Charlie found out about it he said absolutely not, send

11    that money back.  It was Carmine.  Carmine's my friend.

12    Q    So you gave $35,000 to this corporation?

13    A    To invest in a gymnasium that I had been part of for

14    four-and-a-half years.

15    Q    And less than a month later --

16         MR. SCHWARTZ:  I'm sorry.  I'd move to introduce

17    Defendant's exhibit 36 for identification.

18    BY MR. SCHWARTZ:

19    Q    -- and ask you if you recognize it.

20    A    Yes, it's from Carmine.

21         MR. STEFIN:  If it's the check that went back into

22    Ms. Montassir, I don't have any objection to it.

23         MR. SCHWARTZ:  Move it into evidence.

24         THE COURT:  Admitted without objection.

25         (Defendant's Exhibit No. 36 entered into evidence.)
```

```
1    BY MR. SCHWARTZ:

2    Q    And shortly after the arrest of the Defendants and some

3    hearings in this case on September 2nd, 2011, that money was

4    returned to you; is that right?

5    A    Yes.

6    Q    And on the bottom it doesn't say anything about an

7    investment, it says "repayment of loan"; is that correct?

8    A    That's -- yes, it's what it says.

9    Q    And you say Detective Stack knew about this payment at

10   least as early as December of 2011, right?

11   A    I did not say any such thing.  I don't know when he

12   found out.  I don't know about that.

13   Q    Well, you said Charlie said no, you have to return the

14   money.

15   A    That's what I was told.  I did the -- Carmine was my

16   friend, and I invested in the new gym, because if I had been

17   here I would have been part of it, but I wasn't here.

18   Q    And you said that Detective Stack said, no, you have to

19   give the money back?

20   A    When he found out -- they didn't know that I was a

21   victim of fraud, and when he told him, Carmine is a

22   policeman, and Carmine said, no, no, no, she's -- you don't

23   realize, she's a victim, and we've gotta send that back.  So

24   they did.

25   Q    And they sent it back?
```

```
 1    A      Yes.

 2    Q      And they sent it back as of September 2nd, 2011; is that

 3    right?

 4    A      Yes.

 5    Q      And that's the date on the check?

 6    A      Yes.

 7    Q      So at least as of September 2nd, 2011, Detective, or

 8    former Detective Stack, knew that you had put money into the

 9    company and it had been given back?

10    A      Yes, I guess.

11    Q      Do you know when the Defendants found out about that

12    investment?

13              MR. STEFIN:  Objection, Your Honor.

14              THE COURT:  Sustained.

15              MR. SCHWARTZ:  May I approach, Your Honor?

16              THE COURT:  Yes.

17    BY MR. SCHWARTZ:

18    Q      Let me show you what's been marked as Defendant's

19    exhibit 37.  And ask you if that will refresh your

20    recollection as to who the partners were in Ring Fit Gym.

21    A      I don't know what this is.  "Nicole is" --

22    Q      You don't have to read from it.  Just tell me if that

23    reminds you who the three partners are in Ring Fit.

24    A      How can it remind me if I didn't know?

25    Q      Okay.  Fair answer.
```

```
 1              May I approach, Your Honor?
 2              MR. SCHWARTZ:  Your Honor, with consent of
 3    Mr. Stefin, I would move an uncertified copy of the State of
 4    Florida corporate records from the Secretary of State's
 5    Office for Ring Fit, LLC, into evidence.
 6              THE COURT:  What's the number?
 7              MR. SCHWARTZ:  Defendant's exhibit 37.
 8              THE COURT:  Any objection?
 9              MR. STEFIN:  No, Your Honor.
10              THE COURT:  Admitted without objection.
11         (Defendant's Exhibit No. 37 entered into evidence.)
12    BY MR. SCHWARTZ:
13    Q    Now, do you know Nicole Tufano?
14    A    Yes.
15    Q    Who is she?
16    A    She's Carmine's wife.
17    Q    And do you know Ralph Crespo?
18    A    He's Ralphie, yes.  He's a boxer.
19    Q    Do you know Charles Stack?
20    A    Yes.
21    Q    Can I show you this document identifying the three of
22    them as the members or managing members of Ring Fit, LLC?
23    A    Okay, that's three of them.
24              MR. SCHWARTZ:  May I approach, Your Honor?
25              THE COURT:  Yes.
```

```
 1   BY MR. SCHWARTZ:

 2   Q    Let me show you Defendant's exhibit 38 and ask you if

 3   you know -- without telling me who they are, if you know the

 4   people in that picture.

 5   A    I know one of them.

 6   Q    Now, let's go back to your deposition.

 7         Did you discuss how you met Joyce, or Rose, in

 8   1992?

 9   A    On the deposition?

10   Q    Yes.

11   A    If he asked me those questions, I did.

12   Q    Well, did you meet her in the end of 2000 -- I'm sorry,

13   1991 or early 1992?

14   A    I don't know, but I think it was early '92, but I

15   wouldn't swear to it.  I don't know.  I don't know.

16   Q    Well, when did you come back to New York from your tour

17   to Egypt?

18   A    I don't know.  I'm not good with dates.  I don't know.

19   Q    But at least in January 1992 you knew Rose; is that

20   right?

21   A    In that area, I think so.

22   Q    Well, were you asked in your deposition at page 26,

23   line 11:  "Maybe it's the time to plunge into this.  Where

24   did you first meet Joyce?"

25         And did you answer at line 13:  "In New York City?"
```

```
 1   A     Probably.  I don't remember specifically word for word.
 2   Q     And were you asked:  "Where in New York City?"
 3         And did you say:  "A little place in Midtown
 4   Manhattan"?
 5   A     You know, that's a trick question, because you could be
 6   reading it incorrectly.  I don't know.  I don't want to be
 7   tricked into this.  That sounds correct.
 8   Q     And were you asked:  "When did you meet her?"
 9         And did you answer:  "January 2nd, 1992?"
10   A     I don't know what I answered on the deposition.
11   Q     Well, let me approach and show you the deposition to
12   refresh your memory.
13   A     (Perusing document.)
14   Q     Is your memory now refreshed as to when and where you
15   met Joyce, or Rose?
16   A     That's hard to answer that question.
17   Q     Well, let me rephrase the question.
18   A     Okay.
19   Q     Is your memory refreshed as to what you swore to at the
20   deposition?
21   A     Yes.
22   Q     And you were telling the truth at the deposition, right?
23   A     Yes.
24   Q     Now, did you then shortly thereafter go to Egypt?
25   A     I had already been to Egypt when I met Joyce.
```

```
 1   Q    Did you go to Egypt again after you met Joyce?

 2   A    Yes, but I don't know how long it was.  I don't know the

 3   dates going back and forth.  I don't know.

 4   Q    Well, you stayed in New York for a while; is that right?

 5   A    It's over 20 years.  I don't remember my day-to-day

 6   schedule and where I went.  I don't know.

 7   Q    Well, did you testify yesterday that you met with Joyce

 8   and she asked you to meet with her again, and you met with

 9   her again and you talked to her very often after you first

10   met with her?

11   A    Yes.

12   Q    About how often did you talk to Joyce, or Rose, after

13   you met her?

14   A    Probably three times a week, maybe more.  I don't know.

15   Q    Well, in the beginning wasn't it about five times a

16   week?

17   A    Was it?  I don't remember.

18   Q    I can't tell you.  You have to tell us.

19   A    I am telling you that I don't remember.  I know I went

20   often.

21   Q    And you went to her place of business often; is that

22   right?

23   A    Yes.

24   Q    Would it be fair to say that you went there in the first

25   year five days a week?
```

```
 1    A    I doubt if it was consistently every day, five days a

 2    week, but maybe sometimes.

 3    Q    At the deposition were you asked:  "How long did you

 4    have these meetings at her office in New York," page 28,

 5    line 3; and answer at line 5:  "Well, the first year five

 6    days a week probably"?

 7              Would you like to look at the deposition to refresh

 8    your recollection?

 9    A    I'm sure that's right.  That's what I was remembering

10    that day at that time.

11    Q    And in the second year, which would be 1993, did you go

12    to Egypt?

13    A    I don't remember what the dates were.

14    Q    Let me approach and show you your deposition.

15    A    Okay.  It says:  "I think probably January of 1993."

16    Q    Just read it.

17              MR. STEFIN:  I'm sorry, is there testimony going

18    on?

19              THE COURT:  He's trying to refresh her

20    recollection.

21    BY MR. SCHWARTZ:

22    Q    And would the passport help you refresh your memory as

23    to when you traveled to Egypt and when you came back?

24    A    Since a lot of it is in Arabic and it's very hard to

25    read and they stamp pages at random, it would be very
```

```
 1    difficult.  It would take a few hours to sort that out.  I
 2    can't just open it and look.
 3    Q    If you had it overnight to look at, would that help
 4    refresh your memory for our session tomorrow?
 5    A    Why do you need to know when I went to Egypt?  I don't
 6    understand.
 7              MR. SCHWARTZ:  I'll withdraw the question, Judge.
 8    BY MR. SCHWARTZ:
 9    Q    Were you asked at your deposition:  "And then in the
10    second year," at line 6, and answering:  "I was in Egypt, and
11    we talked over the telephone"?
12    A    Yes.
13    Q    About how often, when you were in Egypt, did you talk to
14    Rose over the telephone?
15    A    It was hard to get to a telephone there that would call.
16    Maybe once a week.
17    Q    And you were in Egypt on and off for four or five years?
18    A    Yes.
19              MR. SCHWARTZ:  Your Honor, I'm at a point that
20    might be convenient.
21              THE COURT:  All right.  Ladies and gentlemen, we're
22    going to recess for the evening.  Don't discuss the case,
23    form any opinions, leave your notes, and if you can remember,
24    we're going to start early tomorrow at 8:30, and we're only
25    going until about 11:30, 11:45 tomorrow, and that will be it
```

```
 1    for this week.  So have a nice evening.  We'll see you
 2    tomorrow at 8:30.  Thank you.
 3         (The jury exits the courtroom.)
 4         THE COURT:  Ma'am, you're excused until tomorrow.
 5    Please don't discuss your testimony during the recess.
 6         Did you want to provide the passport to the witness
 7    for her to look at over the evening?  I don't know if you
 8    want to do that or not.
 9         MR. SCHWARTZ:  I have no problem, if the Government
10    doesn't object and if it would be helpful.
11         MR. STEFIN:  No.  What I'd like to do since I've
12    never seen these exhibits, is perhaps make a photocopy of the
13    passport and then we could furnish either the photocopy or
14    the original to the witness for her to look at if she wants
15    to overnight.
16         MR. SCHWARTZ:  Whichever Mr. Stefin prefers, Judge.
17         THE COURT:  That's fine.
18         MR. SCHWARTZ:  I give it to his care and custody.
19         THE COURT:  All right.  Thank you, ma'am.  We'll
20    see you tomorrow at 8:30.  Have a nice evening.
21         Anything else we need to talk about?
22         MR. STEFIN:  Just once the witness steps down.
23         THE COURT:  You're excused, ma'am.  Thank you.
24         MR. STEFIN:  Just with respect to the other issue,
25    Agent Kelly Cook, she said she gathered -- she found the file
```

```
 1    that has her notes, and she wasn't able to find anything on

 2    that particular incident.  She doesn't have any note that she

 3    can turn over to the Court.

 4            THE COURT:  All right.  So I guess do you have any

 5    case law you wanted to submit?

 6            MR. SCHWARTZ:  Yes, Your Honor.  We've done -- I've

 7    done and somebody in my office has done some research.  We're

 8    going to try to finish it up tonight and have it to Your

 9    Honor by tomorrow.  I don't believe -- if I don't have it by

10    tomorrow, it will certainly be to your office by Friday.

11            THE COURT:  All right.  Can we -- is there anything

12    else we need to talk about on the record?

13            MR. STEFIN:  Just one moment, Your Honor.

14            Nothing on the record, Your Honor.

15            MR. SCHWARTZ:  One other thing, Your Honor.

16            THE COURT:  On the record?

17            MR. SCHWARTZ:  Yes, Your Honor.

18            THE COURT:  Okay.

19            MR. SCHWARTZ:  I would just note that it's now

20    clear on the record that at least as to -- as of 2008, the

21    Government knew about the money paid to Detective Ogden's

22    wife, and we didn't find out about it until 2013, some two

23    years or less than two years, a year and a half after the

24    arrests in the case, and that as of September, early

25    September 2011, after the arrests in this case, Detective
```

```
 1    Stack at least knew about the investment in and payment out

 2    of the $35,000 to a corporation that he was a one-third owner

 3    of, and we were not told about it at all by the Government.

 4    My investigator found it out sometime in late 2012, and only

 5    then did the Government turn over to us the two checks that

 6    we put into evidence.  I'm not asking you to do anything, I

 7    just want it to be on the record.

 8              THE COURT:  Okay.  I guess that's assuming the

 9    witness' testimony is accurate as to what happened.

10              MR. SCHWARTZ:  Well, I don't always assume this

11    witness' testimony is accurate, Judge.

12              THE COURT:  I assume you're going to make that

13    point to the jury.

14              MR. SCHWARTZ:  Yes, Your Honor.

15              MR. STEFIN:  This has been the subject of pretrial

16    motions in this case.  This was information defense counsel

17    learned and made inquiry with the United States, and we

18    conducted further inquiry and we responded in writing telling

19    him everything we knew about these particular transactions.

20    All this communications took place months ago, so that

21    whatever value the defense counsel would have either in

22    trying to impeach Detective Stack or any other police officer

23    or this witness, all of this was made available to him.

24              MR. SCHWARTZ:  I'm not questioning Mr. Stefin's

25    actions.  When I discovered about these checks and made
```

```
 1    demands of Mr. Stefin, he came up with the checks, but I did

 2    note in my motions to dismiss and before Magistrate Hopkins,

 3    that the Government, through its case agent at the time,

 4    Charles Stack, knew about these payments which we thought

 5    were Giglio, or at least not Giglio, at least Brady

 6    information that could be used to cross-examine one of their

 7    main witnesses in 2011, and it was only when we discovered it

 8    in 2012, toward the end of 2012, and told Mr. Stefin that he

 9    had to go and dig it out from Detective Stack and get that

10    information, and we feel that as part of Government's

11    prosecution team, he should have told the Government and they

12    should have told us much earlier.

13             THE COURT:  All right.  And how are you prejudiced

14    for purposes of this trial with getting it in 2012 rather

15    than 2011?

16             MR. SCHWARTZ:  Your Honor, Judge Hopkins made that

17    same point to us that there was no harm, no foul, because we

18    learned about it before trial, but we've suggested to the

19    Court in our motion to dismiss and continue to suggest to the

20    Court -- and I don't know if you want me to go into this

21    in-depth now, but that there was a continuing pattern of

22    misconduct by agents for the Government in this case, and

23    that's part of the pattern.

24             THE COURT:  All right.  Thank you.

25             Anything else?
```

1                    MR. SCHWARTZ:  No, Your Honor.

2                    THE COURT:  On the record?

3                    MR. STEFIN:  No.

4                    THE COURT:  Okay.  So off the record.

5                    (Discussion held off the record.)

6                    THE COURT:  All right.  Thank you.  We'll see you

7       tomorrow at 8:30.  Have a good evening.

8            (The evening recess was taken at 5:05 p.m.)

9                              *  *  *  *  *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                        *  *  *  *  *

2                        I N D E X

3    Testimony of Jude Montassir

4            Cross by Mr. Schwartz               2

5                        *  *  *  *  *

6                     E X H I B I T S

7    Defendant's Exhibits in Evidence:

8            Defendant's 23                      4

9            Defendant's 27                     35

10           Defendant's 28                     40

11           Defendant's 29                     47

12           Defendant's 30                     60

13           Defendant's 31                     61

14           Defendant's 32                     66

15           Defendant's 35                     88

16           Defendant's 36                     89

17           Defendant's 37                     92

18                       *  *  *  *  *

19                     CERTIFICATE

20       I, Stephen W. Franklin, Registered Merit Reporter, and
     Certified Realtime Reporter, certify that the foregoing is a
21   correct transcript from the record of proceedings in the
     above-entitled matter.
22
         Dated this 17th day of SEPTEMBER, 2013.
23

24       /s/Stephen W. Franklin
         _____
25       Stephen W. Franklin, RMR, CRR
```

| | | |
|---|---|---|
| **$** | 83/9 83/10 84/2 | 88 [1]  103/15 |
| $1,000,452 [5]  77/3 78/8 78/21 79/6 79/16 | 2005 [5]  44/16 47/7 50/7 83/15 84/4 | 89 [1]  103/16 |
| $1,404,000 [1]  83/15 | 2006 [7]  44/16 47/7 47/23 48/17 49/12 49/17 84/6 | 8:30 [4]  97/24 98/2 98/20 102/7 |
| $1,800,000 [1]  51/19 | 2007 [8]  44/16 47/7 50/21 50/25 51/11 51/22 84/6 84/15 | 8th [2]  72/1 79/22 |
| $1,821,000 [1]  51/6 | 2008 [16]  24/8 33/12 34/3 37/24 69/6 71/9 | **9** |
| $10 [1]  81/10 | 73/17 73/13 79/5 79/11 79/19 81/14 85/22 | 92 [1]  103/17 |
| $10 million [1]  81/10 | 85/23 86/15 99/20 | 979 [1]  84/9 |
| $102,000 [2]  48/17 49/17 | 2009 [4]  79/19 80/3 81/15 81/25 | **A** |
| $20 [1]  81/1 | 2011 [10]  87/1 88/12 88/25 90/3 90/10 91/2 | a million [1]  84/15 |
| $20 million [1]  81/1 | 91/7 99/25 101/7 101/15 | A's [1]  83/1 |
| $250,000 [1]  37/24 | 2012 [4]  100/4 101/8 101/8 101/14 | a.m [1]  8/23 |
| $35,000 [5]  86/19 88/10 88/25 89/12 100/2 | 2013 [3]  1/8 99/22 103/22 | able [2]  36/12 99/1 |
| $5 [1]  81/22 | 21 [1]  84/15 | abortion [1]  55/3 |
| $5 million [1]  81/22 | 22 [2]  19/21 76/25 | above [1]  103/21 |
| $97,000 [3]  50/9 83/19 83/21 | 22nd [1]  11/1 | above-entitled [1]  103/21 |
| **'** | 23 [4]  4/11 4/19 4/22 103/8 | absolutely [3]  27/24 41/10 89/10 |
| '87 [2]  22/20 22/20 | 24 [2]  10/20 14/18 | accompanied [3]  26/15 27/3 30/17 |
| '90s [2]  8/4 8/4 | 25 [1]  13/12 | accompany [1]  27/10 |
| '92 [2]  22/3 93/14 | 26 [3]  22/9 22/10 93/22 | accompanying [1]  26/22 |
| '93 [2]  22/4 23/10 | 27 [6]  22/20 35/7 35/13 35/20 35/25 103/9 | account [10]  54/17 76/23 77/2 77/7 77/12 |
| '95 [1]  4/15 | 2700 [2]  36/6 36/8 | 78/8 78/20 79/5 79/17 79/17 |
| '97 [1]  22/20 | 28 [5]  22/20 40/6 40/24 96/4 103/10 | accountant [24]  42/25 43/1 43/11 43/21 |
| **-** | 29 [3]  47/6 47/21 103/11 | 43/23 43/24 44/2 44/13 44/17 45/3 45/5 49/2 |
| -v [1]  1/5 | 2nd [4]  90/3 91/2 91/7 94/9 | 49/6 49/9 49/22 50/25 51/15 81/9 82/14 |
| **/** | **3** | 83/17 85/6 85/12 85/19 85/21 |
| /s/Stephen [1]  103/24 | 30 [3]  59/21 60/14 103/12 | accounting [2]  48/2 51/2 |
| **0** | 31 [4]  60/20 61/12 61/17 103/13 | accurate [3]  72/13 100/9 100/11 |
| 014 [1]  80/13 | 32 [4]  65/12 66/3 66/8 103/14 | accuse [1]  14/12 |
| **1** | 33 [1]  70/23 | acres [1]  68/18 |
| 1,452,000 [1]  79/17 | 33301 [1]  1/18 | across [2]  62/20 69/16 |
| 10-year [1]  41/21 | 33401 [1]  1/24 | acted [2]  12/5 26/14 |
| 11 [3]  1/8 58/22 93/23 | 33432 [1]  1/22 | acting [4]  26/21 35/1 41/8 50/24 |
| 11 acres [1]  68/18 | 34 [2]  80/6 80/7 | action [6]  22/1 22/3 24/8 37/18 37/22 38/17 |
| 11-80072-CR-MARRA [1]  1/2 | 35 [6]  58/13 88/1 88/17 88/19 103/9 103/15 | actions [2]  36/13 100/25 |
| 11:30 [1]  97/25 | 36 [3]  89/17 89/25 103/16 | actual [2]  55/16 87/21 |
| 11:45 [1]  97/25 | 37 [4]  91/19 92/7 92/11 103/17 | actually [4]  22/3 36/6 69/1 81/24 |
| 11:58 [1]  8/23 | 3768 [1]  1/23 | addition [3]  31/2 34/15 34/16 |
| 11th [2]  88/12 88/25 | 38 [1]  93/2 | additional [1]  61/25 |
| 1223 [1]  40/14 | 3rd [5]  24/8 33/12 69/6 71/9 80/3 | address [2]  2/4 24/11 |
| 13 [4]  13/15 13/15 14/19 93/25 | **4** | admitted [10]  4/21 35/24 40/23 47/15 60/13 |
| 14 [1]  26/11 | 40 [1]  103/10 | 61/16 66/7 88/18 89/24 92/10 |
| 141 [1]  24/11 | 40 percent [2]  44/11 82/13 | admitting [1]  62/1 |
| 15 [1]  59/3 | 47 [1]  103/11 | Adrian [9]  49/3 49/25 50/14 50/15 50/24 |
| 16 [1]  76/25 | 4:30-ish [1]  9/13 | 82/14 85/12 85/19 85/20 |
| 1625 [1]  68/20 | **5** | aerial [1]  68/25 |
| 17 [1]  81/1 | 50 [1]  64/11 | afford [4]  37/25 39/10 39/20 76/17 |
| 1709 [1]  68/22 | 50/50 [1]  64/11 | afraid [1]  70/4 |
| 17th [1]  103/22 | 500 [1]  1/17 | after [26]  3/25 8/23 10/7 13/24 34/13 56/4 |
| 18th [1]  77/2 | 500,000 [1]  37/24 | 58/19 59/18 59/19 60/17 60/24 61/2 61/6 |
| 1991 [4]  3/6 3/15 14/19 93/13 | 514-3768 [1]  1/23 | 61/21 63/8 73/4 73/13 79/21 79/21 81/12 |
| 1992 [8]  5/11 11/1 13/15 23/1 93/8 93/13 | 561 [1]  1/23 | 90/2 95/1 95/9 95/12 99/23 99/25 |
| 93/19 94/9 | 5:05 [1]  102/8 | afternoon [1]  9/14 |
| 1993 [4]  21/25 23/5 96/11 96/15 | **6** | again [15]  13/25 15/6 19/18 45/22 50/8 59/5 |
| 1995 [3]  5/9 6/11 6/14 | 6,100,000 [1]  85/1 | 59/15 73/8 79/1 83/5 84/14 84/25 95/1 95/8 |
| 1:15 [1]  8/13 | 60 [1]  103/12 | 95/9 |
| 1:16 [1]  8/23 | 61 [1]  103/13 | against [5]  14/6 22/1 32/15 37/22 38/12 |
| 1st [1]  6/14 | 66 [1]  103/14 | agency [1]  27/13 |
| **2** | **7** | agent [8]  34/21 43/13 82/15 82/17 85/14 |
| 20 [1]  95/5 | 700 [1]  1/21 | 87/11 98/25 101/3 |
| 20-some [1]  13/2 | 701 [1]  1/24 | agents [2]  44/17 101/22 |
| 200 [1]  1/21 | 7th [1]  1/18 | ago [8]  13/2 21/4 25/18 29/16 50/1 76/8 82/7 |
| 2000 [1]  93/12 | **8** | 100/20 |
| 2004 [9]  44/16 47/6 50/13 79/10 81/14 81/25 | 86th [1]  57/21 | agree [5]  9/17 20/5 20/6 20/9 42/16 |
| | | agreed [2]  9/12 38/23 |
| | | agreement [1]  48/19 |
| | | agrees [1]  11/13 |
| | | alive [2]  21/5 21/6 |
| | | allegations [1]  27/14 |

## A

alleged [1]  29/10
allegedly [1]  81/19
allow [6]  80/22 81/3 81/8 81/10 83/19 85/7
allowed [11]  43/13 44/22 44/23 80/18 81/14
82/15 82/23 83/11 83/16 84/20 85/2
almost [2]  56/7 64/21
along [2]  23/21 27/23
already [6]  9/9 9/11 37/10 74/2 78/23 94/25
also [13]  11/25 28/13 29/17 30/19 34/17 38/4
38/8 45/20 53/12 56/13 75/22 83/21 86/15
always [6]  7/14 34/1 63/17 64/10 86/18
100/10
am [4]  18/7 21/19 29/21 95/19
AMERICA [1]  1/3
amount [2]  82/2 85/2
Anne [2]  66/17 68/22
announce [1]  18/19
announcements [1]  18/17
another [3]  30/20 55/25 69/18
answer [21]  6/2 7/13 9/21 19/19 20/6 26/7
33/10 39/14 41/18 70/17 70/24 70/25 71/4
74/18 77/4 79/4 91/25 93/25 94/9 94/16 96/5
answered [6]  20/2 20/10 70/20 71/1 72/4
94/10
answering [1]  97/10
answers [1]  17/2
any [44]
anybody [5]  53/20 54/4 74/4 74/16 74/17
anyone [1]  54/6
anything [25]  10/1 13/22 15/18 17/20 20/11
23/9 29/3 29/5 29/19 30/13 30/14 30/16 31/5
32/12 32/19 34/23 45/4 46/21 75/3 90/6
98/21 99/1 99/11 100/6 101/25
anytime [1]  79/21
anywhere [3]  63/20 74/8 74/9
aol.com [1]  1/25
apartment [12]  5/14 6/10 11/17 13/5 13/16
57/12 57/14 57/16 58/6 58/7 61/23 63/9
apartments [1]  57/13
apologize [3]  31/4 54/1 79/4
apparently [5]  17/14 17/19 26/1 26/3 49/17
appear [1]  31/11
Appearances [1]  1/15
approach [15]  4/9 25/20 35/9 40/3 47/2
59/23 65/14 71/11 77/14 88/3 91/15 92/1
92/24 94/11 96/14
approximate [1]  8/3
approximately [1]  89/4
April [2]  11/16 87/1
Arabic [2]  23/3 96/24
area [2]  62/19 93/21
aren't [1]  78/9
around [5]  3/6 5/11 34/23 63/18 86/18
arrangement [1]  29/4
arrangements [1]  57/2
arrest [1]  90/2
arrested [1]  89/5
arrests [2]  99/24 99/25
arrived [1]  11/16
artificial [1]  55/19
as -- I [1]  46/19
ask [35]
asked [25]  17/3 17/4 17/19 26/16 26/23 27/9
29/9 29/11 31/19 31/22 37/10 70/9 71/1 71/2
71/14 74/15 77/8 88/21 93/11 93/22 94/2
94/8 95/8 96/3 97/9
asking [9]  4/16 32/21 38/13 38/14 38/19 49/1
75/2 79/2 100/6

## B

assistant [9]  25/6 38/9 39/23 39/24 41/8 41/9
41/15 42/21 44/15
assume [6]  8/4 84/6 87/8 87/16 100/10
100/12
assumed [2]  12/4 28/4
assumes [1]  85/10
assuming [1]  100/8
Atlas [4]  48/14 54/9 50/18 83/13
attach [1]  83/6
attempt [2]  27/16 27/17
attended [2]  28/14 29/14
attention [1]  41/1
attic [1]  67/23
attorney [36]
Attorney's [3]  1/17 30/6 42/8
attorneys [3]  29/7 69/19 69/24
attracted [1]  14/17
August [4]  6/14 80/3 88/12 88/25
August 11th [1]  88/25
August 1st [1]  6/14
August 3rd [1]  80/3
AUSA [2]  1/16 1/16
available [1]  100/23
Avenue [1]  24/11
avoid [2]  51/24 83/5
aware [9]  27/2 29/21 29/24 29/24 31/5 53/14
70/12 70/13 72/4
away [5]  16/21 19/6 20/1 77/22 78/17

## B

baby [4]  18/14 18/17 18/20 62/13
back [37]
bad [12]  43/14 58/14 68/9 80/18 80/23 81/4
81/8 81/10 81/16 82/16 82/23 85/15
badly [1]  70/12
bailiff [4]  64/3 64/5 64/6 64/7
balance [1]  77/2
Baltimore [4]  62/16 62/17 62/18 62/21
bank [4]  54/17 77/20 79/5 88/8
Bardfeld [8]  1/16 25/7 25/15 26/13 27/8 29/1
30/6 86/10
based [3]  27/14 49/21 78/19
basement [1]  67/17
basements [1]  68/21
bath [1]  67/24
bathrooms [1]  68/6
Beach [2]  1/7 1/24
because [38]
bedroom [2]  67/25 68/1
bedrooms [4]  67/20 67/22 67/22 67/24
before [24]  1/12 5/11 9/18 10/14 13/10 14/11
28/4 31/11 33/11 33/15 34/13 37/10 49/10
56/12 58/20 58/22 72/15 78/11 83/2 83/22
84/14 89/4 101/2 101/18
beforehand [1]  86/7
beginning [2]  15/8 95/15
behalf [5]  39/19 40/13 50/24 51/10 51/16
being [12]  7/9 9/10 17/3 17/3 20/4 24/5 42/10
47/15 64/7 70/5 75/15 76/12
belief [1]  41/5
believe [6]  19/24 25/15 26/19 27/12 37/4
99/9
believed [2]  28/16 82/12
belongings [1]  11/23
bench [1]  60/16
benefit [5]  27/6 28/22 29/11 29/19 82/22
benefits [2]  25/25 26/8
Bennett [2]  69/10 74/12
best [4]  13/19 20/7 46/20 58/12
Beth [1]  82/17

between [6]  2/12 30/21 38/16 63/18 80/25
89/9
beyond [1]  76/8
big [1]  64/23
bills [1]  14/7
birth [8]  18/19 58/10 58/17 58/19 60/24
61/10 63/3 63/8
blame [1]  19/3
Boca [1]  1/22
bodyguard [2]  26/4 26/22
bodyguards [2]  24/21 26/15
books [7]  49/9 63/16 63/23 78/12 78/12
78/15 82/5
border [1]  62/20
born [7]  59/18 59/19 60/17 61/3 61/6 61/22
62/7
both [4]  12/4 14/24 20/23 30/12
bottom [1]  90/6
bought [4]  24/2 24/9 64/21 66/10
Boulevard [1]  1/17
boxer [1]  92/18
boxes [1]  83/7
Brady [2]  72/12 101/5
break [7]  8/8 8/10 8/16 8/19 9/12 58/25 59/6
breakfast [1]  67/9
brief [3]  9/8 9/10 62/12
bring [4]  9/21 10/6 24/21 68/16
bringing [1]  32/15
brochure [1]  66/16
broke [2]  77/25 79/1
Broward [1]  1/17
build [1]  12/19
built [1]  12/21
bulldozers [1]  68/16
business [20]  30/9 43/9 43/11 43/16 44/8
44/10 44/14 45/3 46/1 46/11 46/17 49/13
49/15 52/6 52/8 52/14 52/17 53/8 54/12
95/21
business-type [1]  52/8
busy [2]  56/15 85/4
buy [2]  7/21 8/1

## C

calculated [1]  79/12
called [5]  14/1 16/8 38/6 64/8 85/13
calls [2]  14/1 80/5
Cambridge [1]  65/25
came [19]  3/5 6/9 12/8 12/15 12/18 12/24
13/4 23/5 23/6 29/25 30/5 30/10 53/24 58/7
58/21 70/4 78/13 96/23 101/1
can't [9]  2/7 3/12 5/5 19/21 26/8 55/12 62/9
95/18 97/2
canceled [1]  22/12
capacity [1]  26/22
capital [3]  76/23 77/1 77/7
car [1]  79/23
card [3]  30/7 30/8 30/9
care [1]  98/18
careful [1]  44/10
Carmine [8]  87/13 88/8 89/9 89/11 89/20
90/15 90/21 90/22
Carmine's [2]  89/11 92/16
Carolina [4]  56/9 62/2 62/11 62/15
carousing [1]  7/15
case [43]
categorized [1]  49/3
caught [2]  19/2 19/4
cause [1]  39/5
caused [1]  32/7

# C

cellars [1]  67/13
Central [4]  57/20 57/22 60/16 60/24
certain [5]  32/25 32/25 35/17 71/21 73/5
certainly [2]  33/8 99/10
CERTIFICATE [1]  103/19
Certified [1]  103/20
certify [1]  103/20
cetera [2]  48/3 71/24
chains [1]  34/23
change [13]  3/15 3/21 4/2 4/2 4/14 4/15 5/2
  5/7 6/13 6/17 6/19 84/15 84/16
changed [7]  3/9 3/11 3/17 4/1 5/7 6/20 7/2
Charles [2]  92/19 101/4
Charlie [7]  79/20 80/11 86/19 87/7 89/1
  89/10 90/13
cheat [1]  53/19
check [7]  79/1 86/8 88/8 88/8 88/22 89/21
  91/5
checks [6]  44/12 54/14 54/20 100/5 100/25
  101/1
child [1]  6/23
choice [2]  44/4 44/5
chronologically [1]  31/3
church [1]  65/8
Circuit [1]  4/24
circumstances [1]  14/21
City [3]  62/4 93/25 94/2
civil [4]  29/10 29/20 34/18 74/24
claim [2]  78/19 80/25
claimed [1]  83/20
Claude [58]
Claude's [5]  32/7 49/13 50/2 70/10 76/21
clay [1]  68/12
clean [1]  68/16
clear [5]  16/10 60/19 73/8 75/15 99/20
Clematis [1]  1/24
clinic [5]  56/8 56/20 56/25 57/3 62/16
close [1]  57/22
closely [1]  87/20
closet [1]  68/4
coconspirators [1]  28/18
collect [2]  24/9 37/23
colon [1]  44/13
combination [1]  6/22
comes [2]  9/18 21/6
comment [2]  73/23 73/24
communications [1]  100/20
company [3]  88/23 89/1 91/9
complain [1]  7/18
complained [3]  7/5 7/7 7/14
complaining [1]  7/23
complete [1]  20/7
completely [1]  46/6
composite [2]  47/6 65/13
compound [1]  63/4
con [1]  39/21
concluded [3]  30/23 47/1 73/2
Concourde [1]  58/23
conducted [1]  100/18
conference [3]  30/23 47/1 73/2
confidence [1]  33/13
confidences [1]  32/25
confirm [3]  30/10 71/23 72/6
confuse [1]  31/4
connected [1]  21/23
connection [1]  72/21
consciously [1]  15/8
consent [2]  2/6 92/2

consider [1]  63/14
considered [1]  44/9
considering [1]  14/21
consistent [1]  88/21
consistently [1]  96/1
conspiracy [3]  41/7 41/20 42/10
constantly [3]  14/4 15/13 42/1
Cont.'d [1]  59/11
contact [1]  42/6
contemplating [1]  78/1
continue [4]  10/11 29/1 30/24 101/19
continuing [1]  101/21
contract [1]  78/16
contracts [2]  77/20 78/10
control [1]  13/20
convened [1]  42/11
convenient [2]  9/14 97/20
conversation [1]  80/10
conversations [3]  38/15 79/20 79/24
converted [2]  65/4 67/23
Cook [1]  98/25
copy [1]  92/3
corporate [6]  52/16 52/18 52/19 52/20 53/8
  92/4
corporation [8]  53/12 53/14 53/24 87/20
  87/21 88/22 89/12 100/2
correct [37]
corresponded [1]  30/15
correspondence [2]  27/4 30/4
costs [5]  47/25 48/3 48/5 48/9 51/1
couldn't [9]  9/21 18/4 24/12 37/25 39/10
  39/20 76/16 78/19 80/15
counsel [11]  9/1 9/5 27/2 27/5 35/8 41/5 42/6
  42/9 45/8 100/16 100/21
counting [1]  56/2
County [2]  4/25 65/25
couple [1]  89/1
course [2]  29/15 36/18
court [20]  1/1 1/23 4/24 4/24 9/20 9/22 10/2
  21/6 28/2 28/13 38/9 39/5 39/19 41/6 46/6
  68/12 69/13 99/3 101/19 101/20
courtroom [6]  8/14 9/19 10/7 19/21 59/4
  98/3
cover [1]  22/24
covers [1]  22/19
CPE [1]  89/1
CR [1]  1/2
Crespo [1]  92/17
cried [1]  13/23
criminal [19]  30/11 32/17 32/20 33/9 34/20
  34/22 37/5 41/7 42/17 70/6 70/8 70/11 70/13
  70/19 71/3 71/8 72/21 73/10 73/13
cross [7]  1/10 2/2 26/8 29/5 59/11 101/6
  103/4
CROSS-EXAMINATION [3]  1/10 2/2
  59/11
cross-examine [3]  26/8 29/5 101/6
CRR [2]  1/23 103/25
cruise [1]  14/15
crying [2]  14/24 15/1
custody [1]  98/18
cutoff [1]  58/25

# D

daily [1]  14/3
date [11]  3/17 3/19 3/24 8/2 8/3 33/17 33/18
  86/25 87/2 88/11 91/5
Dated [1]  103/22
dates [8]  6/12 6/12 22/5 22/7 22/19 93/18
  95/3 96/13

David [1]  20/25
day-to-day [1]  95/5
days [14]  19/22 26/11 36/14 58/20 58/22
  61/1 61/4 77/19 78/10 85/4 89/4 95/25 96/1
  96/6
dead [1]  79/1
deal [2]  14/6 50/3
dealing [2]  14/3 46/10
debt [14]  43/14 77/21 80/18 80/23 81/4 81/8
  81/11 81/16 82/8 82/10 82/12 82/16 82/23
  85/15
December [10]  24/8 33/12 69/6 71/9 72/1
  73/10 73/13 78/14 79/5 90/10
December 3rd [4]  24/8 33/12 69/6 71/9
December 8th [1]  72/1
decent [1]  58/25
decide [1]  7/12
decided [1]  63/11
decisions [1]  20/3
deduct [1]  50/4
deducted [1]  51/18
deducting [1]  48/25
deduction [1]  51/5
deductions [1]  47/24
defend [1]  37/18
DEFENDANT [2]  1/7 1/19
Defendant's [44]
Defendants [2]  90/2 91/11
defended [1]  37/24
defense [8]  25/24 27/2 27/5 38/17 39/8 72/16
  100/16 100/21
definition [1]  11/23
defraud [2]  53/19 54/6
defrauded [1]  83/21
defrauding [1]  54/4
demands [1]  101/1
department [4]  74/19 74/21 75/5 75/17
deposed [2]  24/5 69/6
deposit [1]  54/21
deposited [1]  54/17
deposition [45]
depth [2]  66/13 101/21
derelict [1]  64/21
deserting [1]  14/5
detective [30]  27/10 31/5 34/7 37/8 42/25
  43/7 44/1 44/18 45/2 69/12 69/12 70/1 70/2
  75/22 76/5 76/5 85/18 85/25 86/3 86/5 86/12
  87/9 90/9 90/18 91/7 91/8 99/21 99/25
  100/22 101/9
detectives [5]  24/14 27/3 30/5 38/10 43/5
determined [1]  13/24
Deveraux [12]  4/1 26/5 51/10 52/3 52/23
  53/2 53/6 53/9 53/19 53/22 53/25 54/2
didn't [76]
difference [1]  2/12
different [2]  52/17 55/1
difficult [2]  14/7 97/1
dig [1]  101/9
dining [1]  66/24
direct [1]  41/1
directly [1]  15/1
director [1]  12/13
discovered [4]  78/8 78/20 100/25 101/7
discovery [4]  26/10 26/12 27/1 29/15
discuss [8]  8/11 8/20 38/17 59/2 59/5 93/7
  97/22 98/5
discussed [3]  16/12 27/4 38/25
discussion [2]  39/18 102/5
dismiss [2]  101/2 101/19
disorganized [1]  86/18

**D**

distant [1]  68/23
DISTRICT [3]  1/1 1/1 1/13
divide [1]  49/23
divorce [13]  3/25 4/1 13/8 13/8 13/9 15/11
 20/21 21/25 22/1 22/3 22/4 36/10 36/14
divorced [5]  21/15 21/18 21/19 21/21 22/22
divorcing [2]  13/7 16/13
document [9]  40/7 40/11 40/13 40/16 41/2
 45/14 80/3 92/21 94/13
documentary [2]  71/24 72/6
documents [2]  38/8 45/16
does [8]  7/10 8/19 31/11 49/3 54/13 67/13
 77/17 84/13
doesn't [10]  9/16 26/4 26/7 31/23 50/15
 50/25 66/13 90/6 98/10 99/2
doing [7]  14/12 18/7 26/18 49/6 74/7 74/9
 83/4
dollars [5]  36/5 36/6 39/21 41/21 76/22
don't [205]
done [7]  13/17 29/11 47/20 82/14 99/6 99/7
 99/7
doubt [1]  96/1
down [5]  29/25 30/10 51/17 75/19 98/22
downstairs [1]  67/22
Dr. [3]  34/5 34/8 34/9
Dr. Siegal [3]  34/5 34/8 34/9
drawing [1]  66/22
dressing [1]  68/4
drinking [2]  7/9 7/15
drive [1]  56/21
drove [1]  62/20
during [15]  3/6 3/25 3/25 8/19 8/20 11/25
 20/21 22/21 29/15 59/6 79/19 81/12 81/20
 81/25 98/5

**E**

e-mail [2]  1/25 85/13
each [6]  14/20 14/20 14/22 14/22 14/24
 23/25
earlier [4]  44/21 45/14 86/9 101/12
early [5]  90/10 93/13 93/14 97/24 99/24
easily [1]  55/1
East [2]  1/17 24/11
Edward [2]  32/1 32/3
effectively [1]  29/5
Egypt [25]  3/5 5/11 5/13 6/7 12/11 16/20
 19/6 19/10 19/25 22/22 23/1 23/5 23/18
 23/21 23/24 93/17 94/24 94/25 95/1 96/12
 96/23 97/5 97/10 97/13 97/17
Egyptian [1]  20/18
eight [3]  54/23 54/25 84/15
Eighty [1]  57/21
either [9]  5/5 26/1 34/13 46/4 49/8 76/11
 84/7 98/13 100/21
elegant [1]  66/17
Eleven [1]  61/4
Elizabethan [2]  67/15 68/21
else [22]  27/15 27/18 29/3 29/5 29/19 30/16
 31/5 31/24 31/25 33/22 67/7 69/9 74/8 74/9
 74/13 74/14 74/16 74/17 87/18 98/21 99/12
 101/25
end [5]  14/25 15/4 39/1 93/12 101/8
energy [1]  36/5
enforcement [3]  27/11 27/19 34/21
engaged [1]  5/22
England [17]  7/21 8/1 22/23 23/17 23/19
 24/2 61/1 61/2 63/12 63/14 63/20 63/21
 63/22 63/23 64/1 65/24 66/11

England's [1]  68/2
English [1]  67/21
enough [6]  7/18 20/3 33/9 33/10 49/14 51/2
entered [10]  4/22 35/25 40/24 47/21 60/14
 61/17 66/8 88/19 89/25 92/11
enters [1]  10/7
entitled [1]  103/21
entity [2]  52/2 52/6
entryway [1]  66/21
errors [1]  62/1
ESQ [1]  1/19
et [2]  48/3 71/24
et cetera [1]  48/3
evaluate [1]  42/11
evaluation [3]  33/25 34/2 34/3
even [3]  30/6 31/17 74/25
evening [6]  97/22 98/1 98/7 98/20 102/7
 102/8
eventually [2]  22/22 23/16
ever [8]  14/4 17/20 31/19 31/19 42/23 54/14
 54/17 79/8
every [4]  28/19 80/12 80/14 96/1
everybody [2]  20/14 76/13
everyone [3]  8/25 10/9 14/4
everything [4]  13/18 28/18 64/10 100/19
evidence [36]
ex [17]  4/1 15/16 24/20 31/7 33/2 33/13 34/1
 34/15 35/1 36/18 40/10 48/10 63/18 69/16
 69/17 78/22 80/15
ex-husband [14]  4/1 15/16 24/20 31/7 33/2
 34/15 35/1 36/18 40/10 48/10 63/18 69/17
 78/22 80/15
ex-husband's [3]  33/13 34/1 69/16
exact [2]  3/24 8/2
exactly [3]  6/12 73/14 76/10
examination [5]  1/10 1/10 2/2 28/14 59/11
examine [4]  26/8 29/1 29/5 101/6
examined [1]  28/12
except [1]  75/1
excess [1]  37/23
exchange [1]  36/9
Excuse [1]  45/8
excused [2]  98/4 98/23
exhibit [39]
exhibit 23 [2]  4/11 4/19
exhibit 24 [2]  10/20 14/18
exhibit 25 [1]  13/12
exhibit 26 [2]  22/9 22/10
exhibit 27 [3]  35/7 35/13 35/20
exhibit 28 [1]  40/6
exhibit 29 [1]  47/6
exhibit 30 [1]  59/21
exhibit 31 [2]  60/20 61/12
exhibit 32 [2]  65/12 66/3
exhibit 33 [1]  70/23
exhibit 34 [2]  80/6 80/7
exhibit 35 [2]  88/1 88/17
exhibit 36 [1]  89/17
exhibit 37 [2]  91/19 92/7
exhibit 38 [1]  93/2
exhibits [2]  98/12 103/7
exits [1]  8/14 59/4 98/3
expense [16]  43/9 43/12 43/16 44/8 44/10
 44/14 44/19 45/3 48/16 48/25 49/13 49/15
 51/13 52/14 83/11 84/19
expenses [8]  46/1 46/11 46/17 49/3 49/15
 50/22 51/6 52/8
expensive [1]  64/16
explain [1]  77/11
explanation [1]  28/25

**F**

fact [11]  6/25 12/24 13/4 13/7 20/16 27/2
 28/16 28/16 29/25 52/16 78/7
facts [3]  27/9 80/15 85/10
fair [8]  50/10 50/16 51/1 56/5 63/3 89/2
 91/25 95/24
Fairfax [1]  4/25
false [1]  28/9
familiar [1]  2/6
family [1]  89/5
far [4]  57/20 66/1 72/18 72/23
father [2]  18/15 18/24
fault [1]  62/1
Fe [10]  12/19 12/21 12/23 13/16 14/3 20/14
 20/16 32/6 40/14 64/8
fear [1]  63/21
federal [3]  1/21 27/11 27/19
fee [2]  36/5 36/9
feel [7]  19/20 21/19 21/23 29/3 29/6 49/5
 101/10
feeling [3]  8/16 8/18 21/24
feet [1]  39/4
fell [2]  14/14 14/16
felt [2]  24/18 28/1
Ferguson [1]  1/20
fertility [1]  62/16
fertilization [2]  55/9 56/23
few [2]  29/16 58/20 61/1 97/1
fiction [1]  2/12
fifth [1]  26/12
fifty [1]  76/22
fifty-two [1]  76/22
fights [1]  14/10
file [4]  39/19 40/9 43/3 98/25
filed [4]  13/9 38/8 40/13 81/13
final [1]  22/4
finally [2]  29/16 46/18
fine [2]  69/14 98/17
finish [1]  99/8
first [23]  3/7 15/10 16/5 17/23 18/16 23/1
 26/11 27/25 28/20 28/21 34/23 35/8 41/4
 41/5 56/12 67/25 68/1 68/1 83/7 93/24 95/9
 95/24 96/5
Fit [7]  87/23 87/24 88/23 91/20 91/23 92/5
 92/22
five [10]  36/2 64/22 79/13 80/16 89/4 95/15
 95/25 96/1 96/5 97/17
FL [2]  1/18 1/22
flip [2]  49/11 49/12
floor [4]  1/18 67/25 68/2 68/2
FLORIDA [13]  1/1 1/7 1/24 29/25 38/10
 42/7 42/8 67/18 74/19 74/20 75/5 75/17 92/4
following [7]  8/24 10/7 11/15 25/22 40/17
 45/11 71/13
foregoing [1]  103/20
forever [2]  12/1 12/5
forget [1]  18/4
Forgive [2]  17/9 53/16
forgot [2]  55/25 56/1
form [5]  8/11 17/2 59/2 75/6 97/23
former [1]  91/8
Fort [2]  1/18 26/1
forth [4]  23/7 24/1 27/4 95/3
foul [1]  101/17
found [10]  29/14 29/15 57/1 77/25 89/10
 90/12 90/20 91/11 98/25 100/4

**F**

four [12]  44/16 47/6 75/12 75/25 76/22 79/13 84/4 84/9 85/2 89/4 89/14 97/17
four-and-a-half [1]  89/14
fourth [2]  26/11 36/3
Franklin [4]  1/23 103/20 103/24 103/25
fraud [2]  42/9 90/21
Fred [1]  1/19
free [2]  44/4 44/6
frequently [2]  5/25 58/6
Friday [1]  99/10
friend [7]  32/5 33/1 58/12 58/15 87/7 89/11 90/16
friends [4]  7/8 7/9 44/1 87/22
front [3]  41/2 46/15 66/21
full [3]  29/10 44/11 44/14
fully [1]  26/8
funds [1]  27/19
funny [1]  15/3
furnish [1]  98/13
furnished [1]  57/16
further [1]  100/18

**G**

gardens [1]  68/15
gathered [1]  98/25
gave [18]  13/22 23/16 25/11 32/24 34/11 34/17 37/1 44/24 49/21 58/16 58/19 63/3 63/8 72/13 73/5 86/7 88/25 89/12
General [2]  25/3 25/5
gentleman [2]  25/9 69/14
gentlemen [5]  8/10 10/10 47/17 59/2 97/21
gets [1]  71/21
getting [3]  17/7 46/8 101/14
Giglio [5]  25/23 28/21 29/12 101/5 101/5
Gilliam [3]  5/2 5/3 53/6
give [11]  8/3 44/1 44/3 49/6 55/13 56/16 71/8 71/16 71/25 90/19 98/18
given [13]  25/25 27/21 70/10 70/14 70/18 71/2 71/22 72/3 72/4 72/9 72/16 72/20 91/9
gives [1]  43/24
giving [3]  26/5 58/10 64/10
Giza [2]  11/17 11/21
glasses [3]  22/15 22/17 67/4
God [1]  2/16
goes [2]  36/12 85/20
going [37]
gone [3]  7/15 7/16 74/2
good [9]  8/8 8/17 22/5 63/16 63/23 77/18 82/4 93/18 102/7
got [12]  5/14 6/13 21/25 23/21 27/13 29/16 33/11 36/23 56/23 57/9 57/12 82/22
gotta [1]  90/23
GOVERNMENT [17]  1/4 1/16 2/19 25/24 26/1 26/9 44/17 45/20 59/10 82/22 98/9 99/21 100/3 100/5 101/3 101/11 101/22
Government's [2]  29/7 101/10
Grade [1]  66/17
grand [6]  26/20 30/19 31/10 31/11 38/12 42/10
grass [1]  68/15
great [1]  14/6
grounds [3]  66/18 68/18 68/25
group [1]  14/25
growing [1]  68/13
guess [19]  4/14 6/18 11/2 12/3 12/7 14/9 18/25 22/5 24/13 32/13 34/16 50/17 52/9 53/4 67/8 77/22 91/10 99/4 100/8
guide [2]  7/15 20/18

gun [1]  41/23
gym [6]  86/19 87/3 87/17 87/18 90/16 91/20
gymnasium [1]  89/13

**H**

hadn't [4]  4/14 81/13 81/15 81/15
half [6]  6/9 6/9 29/13 66/2 89/14 99/23
hall [1]  66/20
handed [1]  8/15
hands [1]  42/12
handwriting [6]  10/21 10/22 10/23 10/24 13/13 13/14
happen [2]  2/18 34/12 58/14 83/25
happened [3]  14/8 33/15 100/9
happening [1]  9/23
hard [7]  3/12 23/2 68/12 80/4 94/16 96/24 97/15
harder [1]  63/19
hardly [1]  14/22
harm [1]  101/17
hated [1]  15/11
haven't [2]  30/14 53/17
he'd [2]  25/5 85/14
he's [7]  18/11 21/4 21/6 40/18 92/18 92/18 96/19
head [3]  41/23 59/14 82/18
hear [1]  2/7
heard [5]  3/10 21/13 27/25 53/17 83/22
hearings [1]  90/3
hearsay [1]  11/7
heated [1]  68/8
heavens [1]  42/24 76/7
held [5]  25/22 45/11 71/13 87/20 102/5
hell [1]  13/18
help [14]  2/16 15/19 16/1 22/6 30/13 31/2 55/9 56/19 59/18 61/5 61/8 85/25 96/22 97/3
helped [1]  74/23
helpful [1]  98/10
hemorrhaging [2]  56/10 56/19
here [10]  9/23 10/2 23/2 45/9 48/18 67/6 69/14 72/11 90/17 90/17
herself [1]  30/10
Highway [1]  1/21
himself [1]  85/20
hips [1]  55/14
hire [1]  91/1
hired [2]  42/25 85/25
History [1]  57/24
home [4]  61/1 61/2 63/11 63/14
honestly [2]  77/9 79/15
Honor [43]
HONORABLE [1]  1/12
Hopkins [2]  101/2 101/16
hospital [4]  58/9 58/10 58/16 62/5
hotel [1]  78/1
hour [1]  66/2
hours [1]  97/1
house [36]
however [1]  81/12
huge [3]  82/7 82/10 82/12
huh [9]  10/5 18/2 42/24 58/4 64/6 67/19 68/9 68/11 68/16
huh-uh [3]  42/24 58/4 67/19
hundred [2]  76/22 84/11
hunting [1]  57/14
husband [18]  4/1 12/5 12/10 15/16 24/20 31/7 33/2 34/15 35/1 36/14 36/18 40/10 44/22 48/10 63/18 69/17 78/22 80/15
husband's [4]  33/13 34/1 69/16 69/24

**I**

I'd [9]  4/18 9/11 11/3 29/8 35/19 60/7 66/3 89/16 98/11
I'll [7]  4/2 23/4 40/18 40/20 80/3 83/9 97/7
I'm [65]
I've [8]  9/11 26/7 29/9 80/5 83/22 86/18 98/11 99/6
idea [6]  37/13 51/9 53/13 70/7 84/17 89/7
identification [16]  4/10 4/11 10/19 13/12 22/8 35/6 35/12 40/6 47/5 59/21 60/20 65/12 70/23 80/6 88/1 89/17
identifiers [4]  45/18 47/11 51/25 83/5
identifying [1]  92/21
II [1]  66/17
immediately [1]  18/3
impeach [4]  11/9 11/12 45/25 100/22
importance [1]  76/12
important [1]  78/22
in-depth [1]  101/21
inabilities [1]  84/25
Inc [11]  51/11 52/3 52/23 53/9 53/10 53/15 53/15 53/22 53/25 54/15 54/18
inception [1]  27/1
inch [1]  55/14
incident [1]  99/2
included [2]  41/20 84/22
includes [1]  84/11
including [1]  28/15
income [5]  45/24 45/25 46/3 83/6 83/7
incorporated [1]  87/22
incorrect [3]  61/5 61/25 72/23
incorrectly [1]  94/6
independent [1]  33/8
independently [1]  51/17
indicated [1]  77/2
individual [1]  45/13
individuals [1]  46/20
infant [1]  60/17
inflation [1]  78/11
inform [1]  25/24
information [16]  26/9 28/10 28/15 30/21 41/5 41/15 44/2 46/16 47/16 47/18 47/19 49/7 49/21 100/16 101/6 101/10
informed [2]  9/8 38/9
inquiry [2]  100/17 100/18
insemination [1]  55/19
inseparable [1]  14/21
instead [1]  51/17
intelligent [1]  20/3
interfere [1]  45/12
interject [1]  26/24
interrupt [1]  73/4
interrupts [1]  72/5
interview [4]  27/15 27/16 27/17 30/20
interviewed [1]  83/24
introduce [1]  89/16
introduced [1]  53/5
invest [2]  86/21 89/13
invested [2]  86/19 90/16
investigating [2]  33/21 70/6
investigation [10]  30/11 38/11 42/9 42/17 70/8 70/11 70/13 71/3 72/21 87/11
investigator [1]  100/4
investigators [1]  83/23
investment [3]  90/7 91/12 100/1
investors [3]  76/23 77/1 77/7
involved [2]  37/4 37/11
involvement [1]  37/6
IRS [24]  43/13 77/21 78/22 78/24 79/1 79/8

**109**

## I

IRS... [18]  79/9 79/11 79/13 80/18 80/22 81/3 81/24 82/8 82/10 82/12 82/15 82/17 83/15 83/19 84/20 85/2 85/7 85/14
ish [1]  9/13
isn't [7]  12/24 13/4 13/7 20/16 20/20 35/16 78/7
issuance [1]  26/11
issue [3]  28/21 46/8 98/24
it's [41]
itemize [2]  50/21 50/25
itemized [1]  49/3
itself [1]  55/16

## J

J's [1]  53/16
jail [1]  2/22
January [7]  13/15 13/19 78/14 79/22 93/19 94/9 96/15
January 1992 [1]  93/19
January 2nd [1]  94/9
January 8th [1]  79/22
Jencks [1]  72/12
jerk [1]  50/6
JM [1]  44/12
Joyce [34]  15/25 16/6 16/8 18/23 21/15 31/19 33/4 36/18 38/5 38/12 39/22 48/12 48/13 50/8 50/19 51/17 53/15 54/11 54/14 54/18 58/13 60/6 63/17 80/19 82/14 83/13 83/25 93/7 93/24 94/15 94/25 95/1 95/7 95/12
Joyce's [1]  55/9
JUDE [16]  1/11 2/5 2/10 5/2 5/2 18/19 28/17 30/21 53/2 53/5 53/6 53/6 53/15 54/2 59/10 103/3
judge [17]  1/13 7/12 9/9 17/9 17/17 40/18 45/19 46/5 46/22 46/24 71/6 72/5 73/19 97/7 98/16 100/11 101/16
July [1]  11/1
July 22nd [1]  11/1
jumped [1]  79/22
jumping [1]  86/17
June [1]  13/15
Juror [1]  8/15
jurors [1]  10/6
jury [24]  1/11 8/14 9/18 10/7 10/14 12/7 12/18 13/4 15/17 15/25 16/2 19/16 19/24 20/2 26/20 30/19 31/10 31/11 31/14 38/12 42/10 46/15 59/4 98/3 100/13
just [44]
justice [1]  33/9

## K

K-e-n-t-o-n [1]  65/20
K-e-t-t-o-n [2]  65/21 65/22
Kedington [2]  65/21 65/22
Keechl [1]  1/20
keep [4]  9/12 18/7 38/22 62/1
Kelly [1]  98/25
KENNETH [1]  1/12
Kenton [1]  65/20
kept [1]  21/15
Ketton [3]  65/19 65/21 65/22
kind [9]  37/6 46/2 46/20 63/17 63/19 64/13 64/24 64/25 68/4
kinda [1]  49/11
kindly [1]  9/7
kitchen [1]  67/9
kitchen/breakfast [1]  67/9
knew [21]  13/20 27/22 27/24 28/6 28/8 28/9 32/12 33/6 64/8 75/20 83/25 85/20 86/15 87/5 90/9 91/8 93/19 99/21 100/1 100/19 101/4
know [180]
knowledge [2]  21/7 32/19
known [3]  32/25 45/13 53/3
Kopelowitz [1]  1/20

## L

ladies [5]  8/10 10/10 47/1 59/1 97/21
Larry [6]  25/4 25/6 30/8 69/20 86/9 86/9
Larry's [2]  30/7 30/8
last [2]  18/11 52/20
late [1]  100/4
lately [1]  21/1
later [7]  15/4 16/19 47/10 47/20 51/13 77/11 89/15
Lauderdale [2]  1/18 26/1
laundry [1]  67/11
Laurence [1]  1/16
law [5]  21/21 27/11 27/19 34/21 99/5
lawyer [12]  20/21 20/24 29/23 29/25 30/10 33/13 34/22 41/19 42/7 49/2 69/10 72/5
lawyers [1]  33/9
lead [2]  19/24 20/2
learn [1]  29/6
learned [3]  29/15 100/17 101/18
Leasing [4]  48/14 50/9 50/18 83/13
least [9]  42/20 44/16 90/10 91/7 93/19 99/20 100/1 101/5 101/5
leave [3]  8/11 12/2 97/23
leaving [1]  9/19
led [1]  20/4
left [8]  6/25 14/11 15/1 19/20 23/5 23/8 35/17 80/16
legal [3]  21/25 38/13 38/13
legalese [2]  31/9 35/18
legitimate [2]  46/2 52/13
less [3]  37/24 89/15 99/23
let [27]  4/7 10/19 12/8 13/11 22/10 25/16 31/18 35/6 35/12 40/5 41/1 47/5 47/23 59/20 60/19 65/11 70/22 73/8 76/25 77/10 80/9 87/25 91/18 93/2 94/11 94/17 96/14
let's [10]  3/4 8/10 10/6 13/10 47/23 54/22 59/1 59/5 84/6 93/6
letter [7]  7/7 10/25 12/3 15/3 15/5 32/6 33/1
letters [3]  6/5 7/23 14/2
Lewis [10]  32/1 32/13 32/4 32/9 32/19 32/22 32/24 33/12 33/20 34/16
Liability [1]  88/23
lie [7]  3/19 6/25 10/17 18/22 18/25 19/2 19/4
lied [1]  2/19
lies [2]  2/24 3/20
life [2]  13/18 14/7
liked [6]  4/5 6/19 6/22 14/22 23/21 23/22
limited [2]  46/9 88/23
Linda [1]  53/13 58/15
line [14]  41/4 48/7 50/25 70/24 70/25 72/7 76/25 83/4 83/7 93/23 93/25 96/5 96/5 97/10
line 11 [1]  93/23
line 13 [1]  93/25
line 16 [1]  76/25
line 2 [1]  70/24
line 3 [1]  96/5
line 5 [6]  48/7 50/25 70/25 83/4 83/7 96/5
line 6 [1]  97/10
list [7]  43/8 43/11 45/3 50/8 50/13 50/15 51/3
listed [6]  44/18 49/19 49/20 51/18 51/22 66/17
listening [2]  18/23 78/9

listing [1]  84/8
lists [2]  43/15 50/18
literally [1]  41/21
little [5]  37/16 68/11 69/1 82/7 94/3
live [5]  22/22 22/23 63/17 63/20 63/23
lived [6]  5/16 5/21 7/1 7/3 10/15 11/21
living [7]  5/20 11/22 11/23 23/18 61/21 62/22 64/13
LLC [3]  88/23 92/5 92/22
loan [1]  90/7
London [2]  58/20 66/1
lonely [1]  58/5
long [9]  4/15 15/3 21/22 46/19 50/1 60/24 76/7 95/2 96/3
longterm [1]  41/7
looked [7]  8/18 14/19 15/1 50/2 50/5 79/18 84/14
looking [2]  22/25 46/21
Looks [1]  84/13
loss [5]  83/6 83/12 83/15 84/19 85/8
lost [1]  7/23
lot [16]  5/13 19/20 23/2 23/3 32/7 55/13 55/16 56/15 58/1 66/13 67/21 75/12 75/20 78/11 79/9 96/24
love [4]  14/14 14/16 18/3 19/10
loved [4]  14/25 15/4 15/5 23/21
lump [4]  38/19 39/1 39/3 39/3
lumped [1]  51/16
lunch [5]  8/9 8/10 8/17 8/19 10/14

## M

M-a-l-d-e-g-a-n [1]  69/22
ma'am [7]  7/13 9/25 59/5 59/8 98/4 98/19 98/23
Magistrate [1]  101/2
mail [2]  1/25 85/13
main [4]  16/14 16/16 87/19 101/7
makes [1]  14/7
making [4]  64/9 72/9 79/19 88/21
Maldegan [4]  69/20 76/21 77/8 78/7
man [9]  7/3 14/13 17/24 18/1 18/3 18/6 32/5 34/11 34/23
managing [1]  92/22
Manhattan [1]  94/4
mark [1]  22/8
marked [16]  4/10 4/10 10/19 13/11 35/6 35/12 36/2 40/5 47/5 59/20 60/19 65/11 70/22 80/5 87/25 91/18
MARKS [21]  1/6 9/1 31/19 33/5 38/5 38/12 39/22 43/8 43/11 43/16 44/6 44/7 44/18 48/13 50/8 51/16 53/12 54/11 82/24 83/12 89/5
MARRA [2]  1/2 1/12
married [1]  55/3
Maryland [1]  62/17
massively [1]  77/21
materials [3]  48/11 50/10 83/10
math [1]  85/1
matter [3]  9/16 33/20 103/21
mature [2]  66/18 68/15
maybe [9]  9/12 9/13 33/6 35/3 79/2 93/23 95/14 96/2 97/16
me [91]
mean [19]  11/8 19/1 19/21 26/16 40/10 48/4 50/1 50/14 52/3 52/18 53/5 63/2 63/3 64/3 66/13 67/13 73/25 75/14 75/18
meaning [1]  36/13
means [4]  35/18 73/14 73/16 84/18
mediation [1]  24/7
medium [3]  64/24 64/25 66/10

**M**

medium-sized [1] 66/10
meet [10] 33/19 33/22 37/8 38/16 74/10
74/16 93/12 93/24 94/8 95/8
meeting [1] 34/16
meetings [1] 96/4
members [3] 89/5 92/22 92/22
memory [10] 31/18 31/23 77/11 77/17 80/4
94/12 94/14 94/19 96/22 97/4
men [1] 20/22
mention [1] 16/19
mentioned [2] 24/13 42/25
Merit [1] 103/20
mess [1] 44/13
met [29] 12/10 14/4 14/18 16/5 16/21 17/21
17/23 17/25 18/1 18/6 22/21 29/17 30/4 30/6
31/14 31/19 32/9 34/7 34/17 37/14 74/15
93/7 94/15 94/25 95/1 95/7 95/8 95/10 95/13
Mexico [17] 12/19 24/6 24/14 26/5 26/17
27/25 28/14 29/20 30/14 30/18 31/2 31/6
39/6 39/20 40/14 64/17 78/18
Michael [4] 33/4 36/4 38/12 48/13
Michaels [12] 31/20 38/5 39/22 50/8 50/19
51/17 53/15 53/15 54/11 54/14 54/18 83/13
microphone [1] 17/6
Midtown [1] 94/3
might [4] 22/6 30/20 67/7 97/20
million [11] 36/5 36/6 76/22 81/1 81/10
81/22 83/11 84/2 84/4 84/8 84/15
millions [5] 38/19 39/21 40/10 41/21 78/23
mind [2] 13/20 47/23
mine [1] 32/5
minimal [1] 82/2
minutes [1] 59/3
miscarriage [3] 55/6 55/7 56/2
miscarriages [2] 54/23 54/25
miscarried [3] 55/2 56/3 62/13
misconduct [1] 101/22
mislead [1] 19/16
misleading [1] 72/7
missed [1] 15/5
misstated [2] 54/1 79/16
mistaken [1] 72/19
mistakes [1] 88/21
mixed [1] 15/22
Mohammed [30] 5/17 6/21 7/1 10/15 12/10
13/20 14/11 14/14 14/19 15/12 15/14 15/16
15/19 15/19 16/1 16/17 16/19 16/21 17/20
17/22 18/6 18/15 18/19 19/11 20/18 22/21
23/8 23/16 23/20 23/23
moment [8] 8/6 14/14 14/19 35/21 40/1 45/7
71/6 99/13
money [49]
monies [2] 24/9 85/8
MONTASSIR [32] 1/11 3/10 3/15 3/21 4/3
5/3 5/4 5/5 5/17 5/18 5/19 6/21 6/23 9/11
9/19 10/1 18/7 18/9 18/10 18/19 18/20 26/6
29/24 41/6 53/6 53/9 59/10 59/13 59/16
59/17 89/22 103/3
Montassir's [1] 41/8
month [4] 11/16 11/21 11/25 89/15
months [3] 29/16 56/7 100/20
moral [1] 70/3
morning [2] 21/13 24/13
most [2] 6/7 7/16
mostly [5] 5/21 15/16 43/7 56/14 67/14
motion [1] 101/19
motions [2] 100/16 101/2
move [12] 7/21 11/3 35/19 40/19 40/20 47/9
60/7 66/3 88/13 89/16 89/23 92/3
moved [3] 5/11 7/3 23/16
moving [1] 11/22
Mr [1] 103/4
Mr. [32] 8/8 9/7 10/11 17/11 17/14 25/15
26/13 27/8 29/1 30/6 31/5 32/4 32/9 32/19
32/22 32/24 33/12 33/20 34/16 37/8 51/15
74/4 76/11 76/11 76/21 77/8 78/7 92/3 98/16
100/24 101/1 101/8
Mr. Bardfeld [5] 25/15 26/13 27/8 29/1 30/6
Mr. Lewis [8] 32/4 32/9 32/19 32/22 32/24
33/12 33/20 34/16
Mr. Maldegan [3] 76/21 77/8 78/7
Mr. Ogden [1] 76/11
Mr. Raley [1] 51/15
Mr. Schwartz [2] 8/8 10/11
Mr. Stack [4] 31/5 37/8 74/4 76/11
Mr. Stefin [7] 9/7 17/11 17/14 92/3 98/16
101/1 101/8
Mr. Stefin's [1] 100/24
Ms. [10] 9/1 9/11 9/19 10/1 26/5 26/6 29/24
36/4 59/13 89/22
Ms. Deveraux [1] 26/5
Ms. Marks [1] 9/1
Ms. Michael [1] 36/4
Ms. Montassir [7] 9/11 9/19 10/1 26/6 29/24
59/13 89/22
much [47] 7/3 14/7 14/22 31/9 49/23 49/24
49/24 54/21 58/4 79/13 80/16 81/8 81/12
81/19 81/24 88/9 101/12
Museum [1] 57/23
myself [6] 5/21 55/13 56/14 56/17 56/17 58/4

**N**

name [44]
named [1] 6/23
names [1] 51/18
narrow [1] 66/13
nasty [1] 58/3
Natural [1] 57/23
nature [1] 46/1
near [1] 57/23
nearly [1] 78/15
necessarily [1] 53/23
necessary [1] 45/23
need [11] 15/23 22/17 29/3 29/6 46/19 53/24
67/4 73/19 97/5 98/21 99/12
needed [4] 24/18 21/1 56/19 73/1
needles [1] 55/14
needs [1] 45/24
negotiating [2] 78/15 78/16
nerve [1] 19/8
nervous [1] 76/8
never [15] 7/3 7/3 10/15 13/22 13/25 39/24
44/15 56/18 62/15 62/24 69/17 74/25 83/22
87/5 98/12
new [45]
next [1] 36/17
nice [14] 3/10 64/19 98/1 98/20
Nicole [2] 91/21 92/13
Nile [2] 12/11 14/15
nine [2] 83/11 84/2
no [113]
Nobody [1] 74/13
nonstop [2] 13/19 13/23
normal [1] 43/8
North [4] 56/9 62/2 62/11 62/15
Norvel [1] 23/8
notarized [1] 71/14
notary [1] 74/4
note [4] 8/15 99/2 99/19 101/2
notes [7] 8/12 79/19 79/22 79/25 80/10 97/23
99/1
nothing [5] 2/15 15/3 53/25 73/17 99/14
notice [2] 45/14 49/13
November [3] 13/18 14/19 77/2
November 18th [1] 77/2
number [12] 6/7 8/15 29/9 40/13 44/21 45/15
45/17 55/8 60/11 81/21 81/23 92/6
number 1 [1] 8/15
numbers [1] 82/4

**O**

oath [7] 9/25 15/17 20/23 43/19 59/9 74/2
74/3
object [4] 40/18 73/19 85/9 98/10
objection [49]
objectionable [1] 17/15
objections [1] 17/14
obligation [1] 25/24
obtained [1] 44/17
occasion [2] 27/20 30/5
occasions [1] 14/1
off [28] 17/7 23/15 43/14 46/16 69/1 77/20
80/18 80/23 81/3 81/8 81/10 81/14 82/16
82/23 83/12 83/16 83/19 84/2 84/4 84/15
84/20 85/1 85/3 85/8 85/15 97/17 102/4
102/5
offer [2] 4/18 61/12
office [8] 1/17 30/6 42/8 52/10 92/5 96/4 99/7
99/10
officer [2] 27/11 100/22
officers [1] 42/7
Official [1] 1/23
often [6] 6/9 95/9 95/12 95/20 95/21 97/13
Ogden [11] 31/6 34/7 37/8 44/18 69/12 70/2
75/22 76/5 76/11 85/18 86/5
Ogden's [6] 43/1 45/2 85/25 86/3 86/12
99/21
oh [12] 3/17 33/15 34/1 40/8 42/1 50/5 56/6
56/15 68/1 68/4 76/7 77/13
okay [53]
old [6] 22/12 65/1 65/2 67/23 77/20 78/10
once [9] 14/23 39/1 55/11 56/10 58/21 79/1
84/14 97/16 98/22
one [29] 9/4 14/12 14/23 17/6 17/7 17/16
19/5 26/24 35/21 38/2 43/23 44/1 44/3 45/14
46/9 48/11 55/3 55/17 56/18 61/14 69/24
78/13 84/8 85/13 93/5 99/13 99/15 100/2
101/6
One's [1] 48/10
one-third [1] 100/2
ones [2] 45/20 87/19
ongoing [3] 42/10 70/11 71/3
only [16] 19/24 20/20 32/25 36/6 36/13 46/9
46/18 47/18 55/17 56/18 58/21 80/6 82/2
97/24 100/4 101/7
open [1] 97/2
opinions [3] 8/11 59/2 97/23
opportunity [3] 27/16 80/12 80/14
opposed [1] 13/7
order [5] 4/24 26/10 26/12 28/13 29/5
orders [1] 65/6
original [1] 98/14
originally [1] 68/20
Ostrow [1] 1/20
other's [1] 14/23
others [1] 44/18
otherwise [1] 19/9
our [3] 8/10 97/4 101/19

# O

outside [1] 65/25
over [16] 3/4 29/12 32/7 41/21 44/10 45/9 64/3 74/2 76/8 81/2 95/5 97/11 97/14 98/7 99/3 100/5
overnight [2] 97/3 98/15
overrule [1] 17/17
Overruled [6] 6/2 17/5 19/19 32/11 75/7 85/11
owe [2] 79/13 80/19
owed [2] 37/23 42/18
owing [1] 37/18
own [2] 20/3 21/7
owned [2] 86/20 89/1
owner [1] 100/2

# P

p.m [2] 8/23 102/8
paddock [1] 68/15
page [8] 36/2 41/2 46/16 47/24 70/9 76/25 93/22 96/4
page 22 [1] 76/25
page 26 [1] 93/22
page 28 [1] 96/4
page 6 [1] 70/9
page 7 [1] 41/2
pages [2] 65/17 96/25
paid [30] 25/2 26/2 26/3 26/4 27/6 27/18 44/7 44/11 44/11 44/14 48/20 48/22 49/16 49/17 51/8 64/16 79/9 80/22 80/25 81/15 81/16 81/16 81/19 82/2 82/13 82/23 83/12 86/3 86/5 99/21
pair [2] 7/4 22/17
Palace [1] 24/11
Palm [2] 1/7 1/24
paper [2] 4/7 31/7
papers [2] 36/15 39/19
paragraph [3] 36/3 36/17 41/1
paragraphs [1] 35/17
parentheses [1] 80/17
Paris [1] 13/21
Park [4] 57/20 57/22 60/16 60/24
parsonage [1] 68/20
participation [2] 29/9 29/10
particular [2] 99/2 100/19
parties [2] 29/22 42/13
partner [3] 87/7 87/13 87/15
partners [4] 87/3 89/1 91/20 91/23
passed [1] 35/5
passport [6] 22/12 22/19 22/25 96/22 98/6 98/13
past [2] 29/12 82/14
pattern [2] 101/21 101/23
pay [34] 21/20 21/22 21/23 24/23 24/25 26/16 26/17 38/1 38/19 39/4 39/6 39/10 39/20 42/18 44/24 45/1 45/4 48/22 49/24 49/24 50/3 50/6 76/17 78/5 78/17 78/19 78/25 79/8 79/10 80/17 81/24 82/5 82/13 86/12
paying [5] 14/7 38/22 40/9 44/23 78/24
payment [4] 39/1 39/3 90/9 100/1
payments [1] 101/4
peaceful [1] 36/10
pen [2] 52/20 52/25
penalties [1] 43/20
pending [1] 38/11
people [15] 3/12 14/5 15/22 18/14 20/16 20/20 20/22 33/9 64/9 74/19 74/21 75/5 75/17 80/5 93/4

percent [2] 44/11 82/13
perhaps [2] 70/12 98/12
period [5] 5/16 22/13 22/21 41/21 80/17
perjury [2] 2/20 43/20
permission [2] 25/11 27/13
pernicious [1] 41/7
perpetrated [1] 41/7
person [3] 18/11 38/14 43/18
personal [14] 21/24 32/6 33/13 33/20 39/23 39/24 44/13 45/18 46/2 46/16 47/11 47/18 51/24 53/9
Perusing [1] 94/13
Peter [4] 48/13 50/9 50/18 83/13
phone [1] 80/2
phonetic [1] 34/5
photo [1] 59/25 60/6
photocopy [2] 98/12 98/13
physically [1] 27/20
picked [1] 56/25
picture [3] 68/23 68/25 93/4
piece [1] 4/7
pills [1] 55/16
place [4] 87/16 94/3 95/21 100/20
places [1] 55/1
plan [1] 77/6
Planetarium [1] 57/23
planning [2] 58/25 77/18
play [4] 67/1 67/2 67/5 67/6
plunge [1] 93/23
point [6] 27/10 58/25 72/8 97/19 100/13 101/17
poisoned [1] 14/5
police [7] 42/7 74/19 74/20 75/5 75/17 77/24 100/22
policeman [1] 90/22
pool [3] 68/8 68/10 68/11
portion [1] 11/12
position [1] 37/19
possibility [1] 39/1
possible [2] 13/18 14/21
preacher [1] 65/8
predict [1] 36/12
prefers [1] 98/16
pregnant [7] 55/1 55/23 56/1 57/9 58/2 58/3 63/2
prejudiced [1] 101/13
prepare [5] 74/10 74/16 74/17 74/23 85/23
prepared [4] 17/21 45/2 75/4 75/16
Presbyterian [2] 62/5 62/10
present [3] 9/1 27/20 27/20
presented [1] 38/11
pretrial [2] 46/8 100/15
previous [1] 72/20
previously [1] 38/23
prior [6] 11/12 71/9 72/1 73/10 74/5 74/10
priority [1] 78/23
privacy [1] 46/20
private [2] 24/21 26/4
probably [10] 3/11 7/25 8/8 12/6 19/4 45/16 94/1 95/14 96/6 96/15
problem [2] 46/14 98/9
problems [1] 32/8
proceed [1] 9/2
proceedings [9] 1/11 8/24 10/2 10/8 25/22 45/11 71/13 72/15 103/21
progesterone [1] 55/15
promiscuous [1] 20/17
pronounce [2] 3/12 5/5
pronouncing [1] 18/7

proper [1] 49/5
property [2] 38/22 48/20
prosecute [1] 2/19
prosecution [1] 101/11
prosecutors [1] 17/21
protect [5] 24/15 24/17 31/2 46/20 58/12
protecting [1] 28/2
protection [2] 24/18 28/1
provide [1] 98/6
provided [4] 26/10 28/9 28/15 72/16
psychiatric [3] 33/25 34/2 35/3
psychiatrist [4] 28/10 28/13 28/15 29/17
psychic [1] 44/3
psychological [1] 35/14
psychologist [7] 29/17 29/18 34/17 34/25 36/3 37/9 83/23
public [4] 53/3 53/23 53/25 54/7
publishing [1] 78/16
purpose [2] 54/4 64/7
purposes [4] 46/15 46/18 52/25 101/14
purse [1] 22/18
pursuant [1] 28/13
push [1] 41/3
pushed [2] 80/12 80/14
put [13] 9/10 9/13 45/14 45/16 45/20 45/23 63/11 68/5 77/20 77/21 86/19 91/8 100/6
putting [1] 63/18

# Q

quarter [1] 55/14
quarter-inch [1] 55/14
Queen [2] 66/17 68/22
question [24] 7/13 12/1 15/23 17/2 20/2 20/6 23/4 28/3 28/3 28/20 39/12 63/5 70/12 70/16 70/24 70/24 72/5 74/18 75/6 77/1 94/5 94/16 94/17 97/7
questioning [2] 72/7 100/24
questions [9] 9/20 9/21 17/3 29/12 33/10 38/13 75/2 79/2 93/11
quick [1] 84/25
quickly [1] 45/9
quite [1] 58/7

# R

Rafael [1] 87/15
raise [2] 28/3 28/3
raised [1] 46/7
raising [1] 28/3
Raley [3] 50/24 51/15 82/15
Ralph [1] 92/17
Ralphie [1] 92/18
random [1] 96/25
rather [3] 7/9 58/6 101/14
Raton [1] 1/22
Re [1] 5/2
read [10] 22/16 35/3 35/4 41/4 43/17 48/2 80/9 91/22 96/16 96/25
reading [2] 35/4 94/6
ready [1] 9/2
real [3] 52/17 53/23 54/8
realize [4] 2/18 31/3 80/4 90/23
really [5] 25/19 29/8 46/10 55/12 56/15 68/9 82/10
Realtime [1] 103/20
reason [7] 7/1 16/11 19/13 19/14 19/24 70/1 72/11
reasons [1] 19/12
recall [1] 77/3
received [3] 26/8 46/18 80/19
recently [1] 24/7

# R

reception [1]  66/20
recess [6]  8/21 8/23 59/1 97/22 98/5 102/8
recognize [21]  4/8 4/13 4/16 10/20 10/22
 13/13 22/11 35/7 35/13 40/6 40/11 47/7
 59/21 60/3 60/5 60/20 65/13 65/18 88/1 88/7
 89/19
recognized [1]  14/20
recollection [8]  22/7 27/8 30/9 71/1 72/13
 91/20 96/8 96/20
record [12]  9/1 73/9 79/24 99/12 99/14 99/16
 99/20 100/7 102/2 102/4 102/5 103/21
records [4]  27/5 49/23 49/25 92/4
RECROSS [1]  1/10
rectory [6]  65/1 65/3 65/5 65/6 65/9 65/10
redact [2]  45/17 46/2
redacted [3]  35/16 46/16 47/10
redactions [1]  47/13
refer [1]  85/21
referred [2]  77/1 77/12
referring [2]  52/1 70/21
reflect [1]  54/20
refresh [11]  22/6 31/18 31/23 77/17 80/3
 91/19 94/12 96/7 96/19 96/22 97/4
refreshed [2]  94/14 94/19
refreshes [2]  70/25 77/11
refused [1]  13/25
regarding [2]  27/5 73/9
regards [1]  70/11
Registered [1]  103/20
regular [1]  86/8
relationship [4]  5/23 6/21 16/22 30/21
Relevance [1]  11/7
relevant [2]  46/10 47/19
religious [1]  65/6
rely [1]  49/5
remember [77]
remembered [1]  13/3
remembering [1]  96/9
remind [2]  31/12 91/24
reminds [1]  91/23
remodeled [1]  51/13
remodeling [3]  51/12 52/13 64/22
remove [1]  47/17
removed [1]  47/11
reopen [1]  64/11
repayment [1]  90/7
repeated [1]  42/12
repeatedly [1]  72/14
rephrase [3]  15/23 63/5 94/17
report [4]  29/16 35/3 35/14 51/22
reporter [5]  1/23 1/23 69/13 103/20 103/20
represent [2]  41/6 83/9
represented [2]  29/23 42/9
representing [1]  72/14
require [1]  36/5
required [1]  33/24
requiring [1]  34/1
research [4]  48/11 50/9 83/10 99/7
reserve [3]  71/23 72/6 77/12
respect [3]  29/4 36/14 98/24
respond [1]  14/1
responded [1]  100/18
rest [3]  46/13 48/10 48/11
resumed [1]  59/10
retired [1]  21/4
retirement [1]  77/6
return [10]  43/15 43/18 44/6 45/7 46/10
 49/10 49/12 50/16 83/4 90/13

returned [3]  15/2 36/7 90/4
returning [1]  13/16
returns [13]  43/3 43/8 44/18 45/2 46/8 47/6
 47/8 47/19 49/14 52/1 79/12 85/23 86/1
RICO [1]  42/10
right [104]
Ring [7]  87/23 87/24 88/22 91/20 91/23 92/5
 92/22
RMR [2]  1/23 103/25
robbery [1]  42/2
robbing [1]  41/20
Roger [1]  1/14
room [17]  66/22 66/24 67/1 67/3 67/5 67/6
 67/9 67/11 67/25 68/4 69/16 70/2 70/5 75/22
 76/6 76/9 78/1
rooms [1]  66/15
ROSE [61]
rotted [1]  64/20
rotting [1]  67/15
roughly [1]  81/22
rumors [1]  20/13
run [3]  50/7 87/16 87/16
runs [1]  87/18

# S

Sam [11]  18/14 18/20 58/17 58/19 59/18
 60/17 60/24 61/6 61/19 61/21 62/2
same [2]  60/22 101/17
Santa [10]  12/19 12/21 12/23 13/16 14/3
 20/14 20/16 32/6 40/14 64/8
Sara [9]  38/18 40/12 41/12 69/10 74/12
 74/12 75/10 75/20 76/11
sat [1]  75/19
save [1]  77/22
saw [5]  14/14 23/25 31/16 34/23 50/2
say [27]  3/5 3/9 9/8 11/15 11/25 12/4 15/18
 17/20 24/17 36/12 38/4 38/8 51/3 61/5 67/21
 72/8 73/5 73/20 74/15 75/14 76/1 76/1 90/6
 90/9 90/11 94/3 95/24
saying [11]  6/24 13/17 15/5 20/20 21/15
 25/16 37/25 39/20 46/12 51/3 78/9
says [19]  22/15 42/6 42/14 44/12 48/18 50/11
 50/20 67/6 67/21 71/5 71/15 72/5 83/5 83/7
 84/10 84/17 90/7 90/8 96/15
scared [1]  76/8
schedule [14]  46/17 47/24 48/5 48/7 50/7
 50/21 50/25 83/1 83/4 83/6 83/10 84/8 84/10
 95/6
scheduled [1]  44/7
schedules [1]  43/15
scheme [2]  83/20 83/24
Schwartz [4]  1/19 8/8 10/11 103/4
scream [1]  13/22
screamed [1]  13/19
screen [3]  41/2 41/3 60/23
seat [1]  9/25
seated [2]  8/25 10/10
second [8]  9/4 12/9 19/13 25/9 26/11 68/2
 96/11 97/10
secretarial [1]  86/14
Secretary [1]  92/4
secrets [1]  32/25
section [2]  46/9 46/10
Security [2]  45/15 45/17
seen [3]  4/14 74/25 98/12
send [4]  18/17 63/21 89/10 90/23
sending [1]  46/15
sensed [1]  14/23
sent [7]  15/4 63/22 64/3 85/12 88/8 90/25
 91/2

September [7]  1/8 90/3 91/2 91/7 99/24
 99/25 103/22
September 2011 [1]  99/25
September 2nd [3]  90/3 91/2 91/7
sequence [1]  17/3
serve [2]  27/17 31/7
served [3]  26/19 30/19 36/15
services [1]  26/4
serving [1]  34/15
session [1]  97/4
set [1]  83/7
settle [1]  38/21
settlement [4]  38/22 38/25 44/22 48/20
seven [4]  67/21 77/19 78/10 85/4
several [3]  13/25 23/18 56/6
sexual [1]  5/23
SF [1]  40/14
SF-92-1223 [1]  40/14
SFranklinUSDC [1]  1/25
Shakes [1]  59/14
shaking [1]  82/18
shallow [2]  66/12 66/14
shape [1]  68/9
shared [3]  33/1 33/12 33/20
she's [15]  17/3 17/3 45/13 71/14 71/21 71/22
 72/9 72/9 72/23 73/5 75/20 82/17 90/22
 90/23 92/16
shoes [1]  7/4
short [2]  9/9 9/9
shortly [4]  8/12 60/17 90/2 94/24
shots [3]  55/14 55/15 56/16
should [7]  9/10 19/25 26/9 46/7 64/10 101/11
 101/12
shouldn't [1]  3/11
show [25]  4/7 10/19 13/11 22/10 35/6 35/8
 35/12 39/5 40/5 45/7 47/5 47/23 59/20 60/19
 65/11 70/22 77/10 80/3 84/25 87/25 91/18
 92/21 93/2 94/11 96/14
showed [1]  83/2
shows [1]  42/12
side [3]  57/18 61/23 69/18
sidebar [6]  25/22 30/23 45/11 47/1 71/13
 73/2
Siegal [3]  34/5 34/8 34/9
sign [4]  43/23 44/6 49/10 50/16
signed [5]  43/19 43/21 71/16 71/19 72/9
significant [3]  5/16 17/23 17/24
similar [1]  74/3
since [6]  9/11 13/17 21/19 27/1 96/24 98/11
sit [2]  68/5 75/3
sitting [4]  60/16 60/23 67/25 77/25
Six [1]  15/4
sized [1]  66/10
slash [1]  42/10
sleeping [3]  20/14 20/17 20/23
small [2]  64/23 87/20
Social [2]  45/15 45/17
socking [1]  78/17
somebody [4]  27/15 27/18 64/2 99/7
someone [2]  31/24 37/7
something [15]  9/22 11/9 12/20 22/6 28/19
 31/10 33/6 37/7 37/23 67/7 68/5 71/23 73/20
 78/12 80/25
sometime [4]  8/5 9/13 85/22 100/4
sometimes [3]  58/7 70/7 96/2
somewhat [1]  45/13
somewhere [1]  87/1
son [5]  58/14 60/1 60/6 60/17 60/22
soon [1]  78/25
sorry [19]  2/7 2/8 5/5 28/12 28/17 32/2 35/9

**S**

sorry... [12]  41/17 50/15 50/24 53/15 62/17 65/9 81/6 86/17 86/22 89/16 93/12 96/17
sort [4]  22/7 64/20 67/23 97/1
sound [2]  4/5 6/20
sounding [1]  3/10
sounds [4]  15/9 31/13 77/18 94/7
South [2]  1/21 29/25
SOUTHERN [1]  1/1
specifically [3]  7/25 25/19 94/1
specifics [1]  23/12
spell [2]  3/12 18/25
Spellman [1]  9/9
spend [1]  23/21
spending [2]  7/8 7/18
spent [3]  5/13 11/16 64/21
spiritual [1]  18/24
split [1]  64/11
spoke [7]  16/17 29/22 29/22 29/23 31/17 34/8 34/9
spoken [1]  21/1
spreading [1]  20/13
Stack [24]  27/10 31/5 34/7 37/8 69/12 70/1 74/4 75/22 76/5 76/11 79/20 80/11 80/13 86/19 87/9 89/1 90/9 90/18 91/8 92/19 100/1 100/22 101/4 101/9
stamp [1]  96/25
stamps [1]  23/2
stand [3]  2/14 20/22 59/10
standing [2]  26/10 26/12
start [2]  47/23 97/24
started [3]  9/11 16/22 55/21
State [2]  42/7 92/3
State's [1]  92/4
statement [12]  70/10 71/8 71/16 71/22 72/9 72/12 72/13 72/19 72/20 73/5 73/9 73/12
statements [13]  11/12 11/13 54/22 70/14 70/18 70/21 71/3 71/18 71/19 72/1 72/3 72/10 72/15
STATES [11]  1/1 1/3 1/13 1/17 12/15 23/6 25/6 26/2 42/8 63/15 100/17
stay [3]  12/1 37/16 58/4
stayed [6]  6/7 13/4 13/21 58/1 62/20 95/4
staying [1]  63/16
Stefin [8]  1/16 9/7 17/11 17/14 92/3 98/16 101/1 101/8
Stefin's [1]  100/24
Stephen [4]  1/23 103/20 103/24 103/25
steps [1]  98/22
stick [1]  41/23
still [11]  9/25 21/4 21/19 21/22 21/23 23/22 26/3 26/7 39/5 59/9 61/23
stipulate [1]  82/20
stocked [1]  68/15
stolen [3]  14/6 38/5 39/21
stomach [1]  55/15
story [2]  36/4 74/5
Street [1]  1/24
stressed [2]  25/18 76/8
Strike [1]  73/22
subcontractors [5]  51/5 51/10 51/18 51/21 84/16
subject [5]  17/22 17/23 47/12 47/15 100/15
submit [1]  99/5
subpoena [6]  26/20 27/17 30/19 31/8 31/11 34/15
Subsequent [1]  39/18
such [1]  90/11
Suffolk [1]  65/25

suggest [1]  101/19
suggested [1]  101/18
suicide [1]  78/1
Suite [1]  1/21
sum [4]  38/19 39/1 39/3 39/3
support [1]  70/3
sure [8]  3/2 3/3 9/24 9/24 25/5 38/3 45/23 96/9
Surely [1]  45/10
Sustain [2]  73/18 73/22
Sustained [6]  3/23 21/10 39/13 42/4 63/5 91/14
swear [7]  20/23 24/12 50/16 73/15 73/16 74/4 93/15
swimming [1]  68/8
swore [2]  2/15 94/19
sworn [14]  27/11 70/10 70/14 70/18 70/21 71/2 71/8 71/22 71/25 71/25 72/20 73/5 73/9 73/12

**T**

table [1]  25/9
take [11]  8/10 19/22 35/15 36/13 55/16 58/25 59/1 62/12 74/3 85/8 97/1
taken [3]  1/11 8/23 102/8
talk [15]  9/10 13/25 26/19 31/25 33/7 41/12 45/5 75/13 80/12 80/14 82/17 95/12 97/13 98/21 99/12
talked [20]  15/13 15/17 31/21 31/24 34/10 38/18 39/9 43/13 74/18 74/20 74/25 75/12 75/19 75/19 75/25 79/21 82/15 86/7 95/9 97/11
talking [11]  3/17 15/18 25/6 37/21 64/4 77/5 77/6 77/7 78/15 85/14 86/9
tape [1]  21/13
tax [22]  43/3 43/8 43/15 43/18 44/6 44/11 44/14 45/2 45/7 46/8 47/6 47/8 49/14 49/24 49/24 50/15 52/1 77/12 82/13 83/4 85/23 86/1
taxes [14]  44/24 44/24 45/1 45/4 48/22 48/22 50/3 77/22 78/17 78/24 80/17 81/13 81/15 81/16
team [1]  101/11
telephone [4]  80/5 97/11 97/14 97/15
tell [26]  2/15 2/24 3/20 15/25 16/2 16/16 17/21 18/14 19/13 19/21 22/19 22/25 36/3 37/11 48/19 59/15 65/17 73/16 74/5 74/5 76/11 76/13 83/23 91/22 95/18 95/18
telling [9]  14/4 28/18 38/15 41/13 64/9 93/3 94/22 95/19 100/18
tells [1]  66/16
ten [1]  83/11
tennis [1]  68/12
test [1]  35/14
testified [2]  13/3 64/1
testify [4]  64/18 76/16 78/18 95/7
testimony [16]  2/24 8/20 11/9 16/20 16/23 17/22 28/21 46/1 47/19 59/6 61/25 96/17 98/5 100/9 100/11 103/3
tests [2]  34/11 34/18
thank [15]  8/13 8/22 10/12 30/22 39/16 46/24 54/10 59/3 59/6 74/22 98/2 98/19 98/23 101/24 102/6
that's [60]
the 11th [1]  88/12
there's [5]  23/2 30/11 46/9 51/3 71/22
thereafter [1]  94/24
They'll [1]  47/15
they're [4]  20/3 22/18 33/8 47/8
thing [11]  11/15 16/12 16/14 16/17 20/20

26/24 46/18 49/6 76/9 90/11 99/15
things [14]  6/22 19/21 22/7 27/25 38/2 38/14 46/1 49/15 58/14 64/20 67/21 70/7 79/23 83/25
think [48]
thinking [1]  33/1
thinks [1]  30/5
third [3]  26/11 36/2 100/2
Thirty [1]  60/12
those [32]  29/12 44/12 45/18 48/9 49/15 54/25 67/18 78/12 79/13 81/20 85/2 93/11
thought [5]  25/14 32/5 55/23 64/10 101/4
thousand [1]  84/11
threatened [1]  42/1
three [10]  56/7 67/22 68/6 75/12 78/12 78/15 91/23 92/21 92/23 95/14
through [7]  27/18 49/11 49/12 50/7 68/13 79/10 101/3
throughout [1]  72/14
timeframe [1]  37/16
times [9]  23/18 29/9 29/12 44/21 55/8 55/18 68/21 95/14 95/15
today [6]  2/25 19/2 28/2 30/3 34/24 73/13
together [15]  11/21 11/22 11/23 11/24 12/4 15/6 15/12 15/14 23/14 35/1 36/19 36/21 51/16 56/8 57/13
told [47]
tomorrow [9]  97/4 97/24 97/25 98/2 98/4 98/20 99/9 99/10 102/7
tonight [1]  99/8
too [2]  53/16 57/20
took [12]  2/14 12/11 18/11 18/12 27/16 37/19 49/25 74/2 81/12 82/25 100/20
top [1]  35/16
topic [1]  86/17
tour [7]  7/15 12/11 12/13 12/13 14/25 20/18 93/16
toward [1]  101/8
transactions [1]  100/19
transcript [2]  1/10 103/21
travel [6]  22/7 24/25 26/3 26/16 26/17 48/2
traveled [1]  96/23
trial [3]  1/11 101/14 101/18
trick [1]  94/5
tricked [1]  94/7
tried [4]  14/12 23/13 30/20 55/8
trip [2]  27/6 27/18
true [4]  11/19 27/22 55/25 78/21
trust [3]  43/23 44/1 44/3
trusted [1]  43/21
truth [10]  2/12 2/15 2/15 2/16 73/16 73/16 73/17 74/5 76/13 94/22
truthful [1]  76/12
try [8]  23/20 30/10 31/18 40/9 55/11 72/8 82/5 99/8
trying [11]  13/19 23/23 31/4 38/21 51/24 55/12 77/20 77/21 85/5 96/19 100/22
Tufano [1]  92/13
turn [4]  17/7 49/2 99/3 100/5
turned [3]  32/6 78/12 78/13
TV [3]  53/5 53/7 75/1
twice [1]  58/21
twins [2]  56/1 56/6
two [20]  14/12 17/14 19/12 20/22 24/14 29/12 34/10 38/10 42/6 55/14 55/18 61/2 62/12 69/19 76/22 84/8 84/11 99/22 99/23 100/5
type [1]  52/8

## U

uh [9]  10/5 18/2 42/24 58/4 64/6 67/19 68/9 68/11 68/16
uh-huh [6]  10/5 18/2 64/6 68/9 68/11 68/16
uncertainty [1]  72/8
uncertified [1]  92/3
under [15]  9/25 13/20 15/17 18/24 20/23 26/19 29/12 43/19 43/19 44/7 49/15 50/7 53/2 53/8 59/9
undergo [1]  33/25
underlying [1]  27/9
underneath [1]  67/14
understand [4]  7/11 7/24 73/15 97/6
understanding [6]  25/12 44/9 79/3 79/3 80/24 81/18
UNITED [11]  1/1 1/3 1/13 1/17 12/15 23/6 25/6 26/2 42/8 63/15 100/17
unless [1]  40/18
unlikely [1]  2/18
unnamed [1]  34/25
unpleasant [1]  58/8
until [5]  4/15 16/19 97/25 98/4 99/22
upon [1]  41/5
upper [2]  61/23 68/22
upset [3]  9/19 32/22 32/24
upstairs [1]  67/22
us [29]  6/25 8/3 9/14 12/4 16/5 16/11 16/16 19/5 19/13 20/13 22/19 22/25 26/10 36/4 41/4 41/13 44/21 48/19 75/12 75/12 75/25 77/24 78/4 82/7 86/9 95/18 100/5 101/12 101/17
used [4]  9/8 49/25 67/7 101/6
uses [1]  54/11
using [1]  42/17
usually [2]  54/10 65/8

## V

value [1]  100/21
various [1]  28/15
verify [2]  21/3 21/7
very [16]  8/17 9/19 22/5 25/18 44/10 55/13 58/3 58/5 63/2 64/19 66/12 80/16 82/4 95/9 96/24 96/25
vicar [2]  65/8 65/10
vicary [1]  65/9
victim [4]  41/6 42/12 90/21 90/23
Virginia [4]  4/25 62/20 62/22 62/24
visit [3]  5/22 58/21 64/2
visited [2]  5/21 62/24
vitro [11]  55/8 55/11 55/16 56/4 56/12 56/23 62/2 62/11 62/14 62/15 63/1
vitro's [1]  55/13

## W

wait [1]  45/7
walked [2]  13/16 13/24
walking [1]  8/17
want [23]  2/6 4/2 9/10 9/20 21/15 23/8 29/6 41/3 44/4 45/12 45/25 46/9 53/22 54/7 58/11 59/15 73/20 80/17 94/6 98/6 98/8 100/7 101/20
wanted [22]  6/23 8/16 10/2 13/8 15/11 15/12 16/1 16/2 19/11 27/15 39/3 58/12 58/15 63/17 63/23 64/11 64/13 64/15 68/5 70/14 86/21 99/5
wanting [2]  13/8 15/19
wants [2]  9/22 98/14
Washington [1]  62/19
wasn't [14]  8/16 10/17 16/22 18/3 41/9 55/6

55/18 57/5 64/19 68/12 74/18 90/17 95/15 99/1
water [1]  63/18
Watts [1]  82/17
we'd [1]  72/5
we'll [8]  8/12 8/18 45/7 59/3 82/20 98/1 98/19 102/6
we're [12]  8/25 16/10 45/15 47/17 72/4 72/11 79/2 86/17 97/21 97/24 97/24 99/7
we've [8]  30/4 70/22 72/3 74/2 84/14 90/23 99/6 101/18
weeds [1]  68/13
week [12]  56/4 62/12 77/20 78/10 85/4 95/14 95/16 95/25 96/2 96/6 97/16 98/1
weeks [4]  15/4 15/13 56/6 61/2
Weiselberg [1]  1/20
welcome [3]  10/9 46/25 59/8
well [58]
well-known [1]  45/13
well-stocked [1]  68/15
went [52]
weren't [9]  5/23 17/19 21/18 21/21 33/24 55/24 63/3 68/18 74/15
west [4]  1/7 1/24 57/18 61/23
what's [20]  9/22 10/19 11/6 13/11 17/1 35/6 35/12 40/5 47/5 49/19 49/20 59/20 60/11 60/19 65/11 70/16 87/25 88/11 91/18 92/6
whatever [4]  9/16 14/13 44/11 100/21
Whenever [1]  19/2
where [19]  7/7 14/23 41/14 54/9 54/25 55/18 61/21 62/7 65/20 65/24 67/2 72/20 75/3 78/13 83/7 93/23 94/2 94/14 95/6
whether [10]  12/1 12/1 21/7 27/6 71/22 72/12 72/13 73/5 84/22 87/21
Whichever [1]  98/16
while [13]  13/5 18/5 23/6 23/15 23/18 26/18 29/20 30/18 37/17 63/2 82/7 86/17 95/4
White [7]  26/20 27/15 48/16 50/8 83/20 84/12 84/23
who's [3]  16/10 32/4 78/23
whole [6]  2/15 52/10 68/7 73/16 76/9 81/2
whom [4]  24/19 25/13 26/2 33/20
whore [1]  14/5
whose [2]  10/23 18/11
why [11]  11/11 17/7 20/10 28/3 32/9 33/19 39/6 45/2 63/14 63/14 97/5
wife [7]  12/5 85/25 86/3 86/6 86/13 92/16 99/22
willing [1]  20/22
wished [1]  15/5
withdraw [2]  23/4 97/7
withdrawn [3]  16/4 39/8 63/6
within [2]  26/10 61/2
without [17]  2/6 4/21 13/17 20/4 35/24 38/15 40/23 41/13 44/23 46/13 60/13 61/16 66/7 88/18 89/24 92/10 93/3
witness [13]  9/8 9/9 25/25 25/25 27/7 30/20 59/10 65/14 72/4 98/6 98/14 98/22 100/23
witness' [2]  100/9 100/11
witnesses [2]  26/19 101/7
Wolofsky [4]  48/13 50/9 50/18 83/13
woman [3]  39/21 41/8 42/12
women [1]  7/24
wood [1]  64/19
worded [1]  70/12
work [6]  26/18 26/23 28/5 52/11 56/16 86/13
worked [2]  42/23 42/24
working [2]  36/18 36/21
world [2]  34/22 45/24
worried [1]  76/9

worth [2]  64/16 78/23
worthless [1]  13/22
wouldn't [4]  19/8 44/13 52/13 93/15
writing [7]  51/17 52/25 77/19 78/10 84/15 85/4 100/18
written [3]  71/16 78/14 82/16
wrong [1]  18/8
wrote [8]  5/21 6/5 10/25 15/3 32/6 41/19 78/12 85/1

## Y

yeah [14]  4/14 5/6 6/6 22/24 30/3 40/8 42/15 42/19 53/7 54/9 54/21 57/21 67/8 68/17
year [12]  29/13 41/21 47/6 77/3 78/13 84/20 85/16 95/25 96/5 96/11 97/10 99/23
years [20]  6/8 13/2 19/21 33/15 44/10 52/2 58/13 64/22 74/8 79/10 79/14 80/16 81/20 81/25 85/2 89/14 95/5 97/17 99/23 99/23
Yep [1]  88/24
yes [229]
yesterday [23]  2/14 2/24 6/25 12/8 13/3 15/17 15/25 16/2 16/5 16/11 16/16 16/23 19/5 19/13 19/16 20/11 20/13 48/19 73/12 74/6 77/24 78/4 95/7
yet [1]  78/20
York [25]  3/6 6/10 6/16 12/15 12/18 12/24 13/5 13/16 13/21 14/10 57/9 59/18 61/21 61/24 62/4 62/5 62/10 62/13 63/1 63/8 93/16 93/25 94/2 95/4 96/4
you'll [1]  45/5
you're [31]  9/25 10/4 17/6 17/7 19/2 25/6 29/24 38/13 38/14 43/25 46/25 47/18 49/1 51/3 53/3 53/5 53/14 54/9 56/2 58/24 59/9 64/3 70/21 72/14 75/14 77/6 79/3 84/15 98/4 98/23 100/12
You've [1]  15/22
young [5]  14/13 17/24 18/1 18/3 18/6
yours [1]  39/21
yourself [1]  32/25
yuck [1]  50/5