```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
                  Case No. 11-80072-CR-MARRA
 3
    UNITED STATES OF AMERICA,      )
 4                                 )
           GOVERNMENT,             )
 5                                 )
           -v-                     )
 6                                 )
    ROSE MARKS,                    )
 7                                 )
           DEFENDANT.              )    West Palm Beach, Florida
 8                                 )    September 12, 2013
    _____)
 9

10    TRANSCRIPT OF CROSS-EXAMINATION AND RECROSS EXAMINATION OF

11       JUDE MONTASSIR, TAKEN AT THE JURY TRIAL PROCEEDINGS

12           BEFORE THE HONORABLE KENNETH A. MARRA

13              UNITED STATES DISTRICT JUDGE

14

15  Appearances:

16  FOR THE GOVERNMENT         Laurence M. Bardfeld, AUSA, and
                               Roger H. Stefin, AUSA
17                             United States Attorney's Office
                               500 East Broward Boulevard
18                             7th Floor
                               Fort Lauderdale, FL 33301
19
    FOR THE DEFENDANT          Fred A. Schwartz, ESQ.
20                             Kopelowitz, Ostrow, Ferguson
                               Weiselberg, Keechl
21                             700 South Federal Highway,
                               Suite 200
22                             Boca Raton, FL 33432

23  Reporter                   Stephen W. Franklin, RMR, CRR, CPE
    (561)514-3768              Official Court Reporter
24                             701 Clematis Street
                               West Palm Beach, Florida  33401
25                             E-mail:  SFranklinUSDC@aol.com
```

```
 1          (Call to the order of the Court.)

 2              THE COURT:  Good morning, everyone.  Please be

 3     seated.

 4              All right.  We're back on the record.  I see

 5     Ms. Marks.  I don't see Mr. Schwartz.

 6              Good morning.

 7              MR. SCHWARTZ:  Good morning, Your Honor.

 8              THE COURT:  We ready to proceed?

 9              MR. SCHWARTZ:  Yes, sir.

10              THE COURT:  Bring the jurors in.

11              Ma'am, come back on the stand.  You're still under

12     oath, ma'am.  Thank you.

13          (The jury enters the courtroom, after which the following

14     proceedings were had:)

15              THE COURT:  Good morning, everyone.  Please be

16     seated, ladies and gentlemen.  Welcome back.  Thank you for

17     being here this morning early so we could try and get an

18     extra half an hour in before we break this morning for a

19     couple of days.  So thank you for your cooperation.

20              Has anyone read or heard anything about the case

21     since we recessed yesterday?

22              Very well.  So we're going to continue.

23     Mr. Schwartz, you may continue with cross-examination.

24              MR. SCHWARTZ:  Thank you, Your Honor.

25        Jude Montassir, Government's witness, resumed the stand.
```

```
 1                    Cross-examination (Cont.'d)
 2   BY MR. SCHWARTZ:
 3   Q    Now, I realize you're not an attorney or an accountant.
 4   A    Right.
 5   Q    But in light of your testimony yesterday, let me ask
 6   you, do you know whether your attorney filed a Form 4684 for
 7   a theft and casualty loss with the IRS for the money that you
 8   said the IRS let you write off?
 9   A    I don't know.
10   Q    Okay.  So in addition -- you don't know whether, in
11   addition to the money you expensed on your 2004, '5, '6, and
12   '7 tax returns you also wrote off as a casualty or theft loss
13   the money you paid to Rose?
14   A    I don't know.
15   Q    Okay.  What is your accountant's name?
16   A    Adrian Raley.
17   Q    And that's a man, isn't it?
18   A    Yes.
19   Q    R-a-l-e-y?
20   A    Right.
21   Q    Have you seen him lately?
22   A    I haven't seen him in years.  I e-mail him and a few
23   times talk with him on the phone.
24   Q    Just so that we put things in perspective, he's one that
25   Detective Ogden, who worked with Detective Stack on this
```

```
 1   case, got for you as your accountant?

 2   A    Yes.

 3   Q    Now, can you tell me when you gave Mohammed -- one of

 4   these days I'll get it right -- Mohammed the hundred thousand

 5   dollars?

 6   A    I don't know anything about that.  What are you talking

 7   about?  I don't know.

 8   Q    Did you ever give Mohammed money?

 9   A    Yes.

10   Q    How much money did you give Mohammed?

11   A    I don't remember.

12   Q    Was it in the vicinity of a hundred thousand dollars?

13   A    I don't remember.

14   Q    Wouldn't you remember if you gave your boyfriend a

15   hundred thousand dollars?

16            MR. STEFIN:  Objection.

17            THE COURT:  Overruled.

18            THE WITNESS:  Compared to the amounts that I gave

19   Joyce, that's piddling.  I don't remember.

20   BY MR. SCHWARTZ:

21   Q    Okay.  I understand we need to blame Rose for

22   everything.

23            MR. STEFIN:  Objection.

24            THE COURT:  Sustained.

25            Rephrase your question, please.
```

```
 1   BY MR. SCHWARTZ:
 2   Q    Do you have any documents to show how much money you
 3   gave to Mohammed?
 4   A    I don't think so.  I don't know.
 5   Q    Do you remember giving Mohammed an expensive Cartier
 6   watch?
 7   A    Yes.
 8   Q    And that cost around $14,000?
 9   A    No, it did not.  It was 3500.
10   Q    Okay.
11   A    And I got it because Joyce wanted something gold.
12   Q    You got it for Joyce or you got it for Mohammed?
13   A    Got it for Joyce.  Had to put it on a table with candles
14   around it for days, and then I was to take it and give it to
15   him.
16   Q    And so I get the timeframes right, you came back to the
17   U.S. in '91 around Thanksgiving, right?
18   A    I don't remember the dates.  It's a very long time ago.
19   Q    Well, do you remember making a telephone call to
20   Mohammed and recording it and saying that it was around
21   Thanksgiving in the United States?
22   A    No, I don't remember recording any phone calls with him
23   at all.  I don't remember.
24        MR. SCHWARTZ:  Do we have that phone call?  How
25   about the first one?
```

```
 1              MR. STEFIN:  Objection, relevance.

 2              THE COURT:  At this point there's no question

 3    pending.

 4              MR. STEFIN:  I'm objecting to the next question.

 5              MR. SCHWARTZ:  We already said I'm objectionable,

 6    Judge.

 7    BY MR. SCHWARTZ:

 8    Q    But if you heard a recorded conversation between

 9    yourself and Mohammed in or around Thanksgiving of 1991,

10    would that refresh your recollection as to whether you made

11    and recorded a phone call with him?

12    A    I guess so, yes.

13              MR. SCHWARTZ:  May I have a moment, Judge?

14              THE COURT:  Yes.

15    BY MR. SCHWARTZ:

16    Q    I'm going to come back to that, but did you also go

17    to -- you went to Egypt in early '93; is that right?

18    A    I don't know the dates when I went to Egypt.

19    Q    Okay.  You went to Egypt.  You spent about three months

20    living with -- I'm sorry, not living with, but being in an

21    apartment with Mohammed, and then shortly after that, did you

22    come back to the United States?

23    A    I don't remember.  It's a very long time ago, and that

24    was a very small part of my life.  Many things have happened

25    since then.  I don't remember any of that very well.  It's
```

```
 1    just a long time ago.
 2    Q     Did you, when you came back to the United States, record
 3    a second phone call with Mohammed?
 4    A     I don't remember recording any phone calls with him.
 5    Q     Let me change the subject for a moment.
 6    A     That would be nice.
 7    Q     You mentioned in your direct examination that you
 8    remembered even before 1991 that you had once gone to a
 9    psychic before you went to Rose; is that right?
10    A     I just stopped in a palm reader on~-- New York City
11    somewhere.
12    Q     That was prior to seeing Rose?
13    A     Yes.
14    Q     But you remembered that?
15    A     Yes.
16    Q     Did you -- after you started seeing Rose, did you ever
17    consult another psychic?
18    A     I -- after -- I don't think so.  I can't remember.
19    Q     Okay.
20    A     No.
21    Q     If you heard a recorded conversation with yourself and
22    another psychic, would that refresh your memory?
23    A     Who are you talking about?  Yes.  I don't remember
24    talking to another psychic.
25          MR. SCHWARTZ:  Your Honor, at this time I'd ask to
```

```
 1    play a short conversation.

 2              THE COURT:  Can we see counsel, please?

 3         (The following proceedings were held at sidebar:)

 4              MR. STEFIN:  I have an objection to this.

 5              THE COURT:  What's all this have to do with

 6    anything?

 7              MR. SCHWARTZ:  I'm trying to test her credibility

 8    and memory, Judge.  I have two -- three recordings that she

 9    made that she gave to Rose Marks.  We dug them out last

10    night.  One was a recording with Mohammed just when she

11    returned from her first trip to Egypt in Thanksgiving.

12              THE COURT:  All right.  If I can interrupt you.

13    I'm sorry.

14              So you have some recordings of conversations.  Is

15    the content of any of the recordings relevant?

16              MR. SCHWARTZ:  I'll tell you -- I'll mention what

17    the content is.

18              The first one is basically a love phone call.  Not

19    sex, but a love phone call with Mohammed in Thanksgiving.

20    The second one establishes -- which establishes the time she

21    came back from her trip.

22              THE COURT:  Is it relevant when she came back?  Is

23    this just an issue of testing her memory?

24              MR. SCHWARTZ:  Testing her memory, Judge.

25              THE COURT:  All right.  So can --
```

```
 1              MR. SCHWARTZ:  I'll do it a different way without

 2    playing the tapes.

 3              THE COURT:  Well, I was going to say if the content

 4    is not relevant for anything and you're just trying to test

 5    her memory or show that she has selective memory, I would

 6    rather you play the tapes out of the presence of the jury so

 7    they don't have to listen to the content, because it doesn't

 8    seem relevant, to see if it refreshes her memory, and then

 9    you could --

10              MR. SCHWARTZ:  That's fine, Judge.

11              THE COURT:  But rather than have them listen to

12    more tapes of things that are irrelevant.

13              MR. SCHWARTZ:  Thank you, Judge.  I'll do that.  I

14    don't have to do it right now.  I can skip to something else.

15              THE COURT:  Or if you can do it in some other way

16    to test her memory, then let's do it the other way.

17              MR. SCHWARTZ:  Okay.  Thank you.

18         (Sidebar conference concluded.)

19    BY MR. SCHWARTZ:

20    Q    Without going into dates, when you came back from Egypt

21    the first time -- you went to Egypt on your trip with your

22    husband, you met Mohammed, you came back, and then you went

23    to Egypt again; is that right?

24    A    Yes.

25    Q    When you came back from that second trip to Egypt, did
```

```
1   you call Mohammed a number of times?

2   A    Probably.

3   Q    And after one of those calls, did you call a psychic

4   hotline?

5   A    I don't remember that.  That could be.  I think I did

6   call that because I remember there was one with the name of

7   Joyce Michael, and I told Joyce about it and we laughed about

8   it.

9   Q    And did you talk to somebody named Laura?  If you

10  remember.

11  A    I don't remember.

12  Q    Okay.  Did you ask for advice on your relationship with

13  Mohammed, giving his age and your age and his background and

14  your background?

15  A    Probably.

16  Q    By the way, how old was Mohammed at the time you met

17  him?

18  A    Twenty-three or four.

19  Q    Twenty-three or 24.

20       Did you then at some point in this time do a

21  numerology chart of yourself and Mohammed?

22  A    Probably.

23  Q    And did you also do a chart before you were even

24  pregnant with Sam of someone named Sam Montassir?

25  A    Probably.
```

```
 1   Q    You mentioned that you've written a few books?

 2   A    Yes.

 3   Q    Best selling books, right?

 4   A    Yes.

 5   Q    And after you met Rose -- well, withdrawn.

 6        When you write books, does the story and the

 7   characters form in your head?  I know it sounds like a

 8   strange question.

 9   A    I write stories that I make up, yes.

10   Q    And you do a lot of research before you write the books,

11   right?

12   A    Yes.

13   Q    Because you want to be correct as to places and

14   timeframes and facts that you interweave into your fictional

15   story; is that right?

16   A    Yes.

17   Q    And some authors -- I'm sorry.

18        For you, do the characters almost come alive and

19   almost dictate what they're going to do while you're writing?

20   A    They're very real to me, yes.

21   Q    And they're almost like live people who you're dealing

22   with; is that right?

23   A    That sounds a little schizoid, but yes, they're --

24   Q    I'm not making a judgment as to that.  Many authors have

25   that; is that true?
```

```
1    A    Yes, they're very real to me, yes.

2    Q    And they're also based upon people you know and things

3    you've done, right?  Your experiences?

4    A    No, because you get sued doing that.

5    Q    I don't suggest that they're real life people or you

6    give them the names of people you know, but do you sometimes

7    change the names to protect the innocent or guilty?

8    A    No.

9    Q    Okay.

10   A    I use sometimes movie stars or characters from movies,

11   characters from history, but I don't use real people because

12   you can get sued.

13   Q    Well, after you met Rose, did you write a book called

14   Remembrance?

15   A    Yes.

16   Q    I guess you'll be happy that we've contributed to your

17   royalties.

18            Let me show you what's been marked as Defendant's

19   exhibit 39 and ask you if you recognize it.

20   A    Yes, it's one of my books.

21   Q    Which book is it?

22   A    Remembrance.

23   Q    And was Remembrance copyrighted in or around 1994?

24   A    I don't know.  What does it say inside the book?

25   Q    Let me show it to you and see if it refreshes your
```

```
 1    memory.

 2    A     Yes, copyright 1994 by Deveraux, Inc.

 3    Q     So you own the copyright on this book?

 4    A     Yes.

 5    Q     And in your story, Remembrance, was it about a

 6    best-selling romance writer named Hayden Lane?

 7    A     Yes.

 8    Q     H-a-y-d-e-n?

 9    A     Yes.

10    Q     And did she become obsessed with some of her heros in

11    her book?

12    A     I have written 65 books.  It's hard for me to remember

13    the plots of them.  I remember the plots of some of them, but

14    that one's about two characters who go through life being in

15    love with each other.

16    Q     Was she -- when she met someone, was she desperate to

17    discover more about him, and did she visit a psychic?

18    A     I don't remember.  That's probably right.  I don't know.

19    Q     Let me approach again.

20              MR. SCHWARTZ:  May I move -- is there an objection

21    to moving it this into evidence?

22              MR. STEFIN:  Do you have 15 copies?

23              No objection.

24              Well, objection on relevance grounds.

25              MR. SCHWARTZ:  May I approach?
```

```
 1            THE COURT:  Yes.  Well, let me --
 2            MR. SCHWARTZ:  I don't want to approach the bench.
 3    Let me just approach the witness before I offer this into
 4    evidence.
 5            THE COURT:  All right.
 6  BY MR. SCHWARTZ:
 7    Q    On the back of your paperbacks, is there usually a
 8    summary, a very high summary of the storyline?
 9    A    Yes.
10    Q    And if you read that summary on the back of your book,
11    would that refresh your recollection --
12    A    Right.
13    Q    -- of the general plot of the book?
14    A    Yes.
15            She went to a psychic who tells her about her past
16    life in Edwardian England.
17    Q    Don't read that.  Read it to yourself and tell me if it
18    refreshes your memory.
19    A    Yes, it refreshes my memory.
20    Q    So she went to a psychic; is that right?
21    A    Yes.
22    Q    And the psychic told her about her past lives, past
23    life.
24    A    Yes.
25    Q    And how did she -- how did that plot unfold regarding
```

1    her past life?

2    A    I don't remember.  I know it goes back into time.

3    Q    And does the past life affect her present life?

4    A    Yes.

5    Q    And to the best of your memory, was this psychic similar

6    to Rose Marks?

7    A    No.

8    Q    Different name, right?

9    A    Yes.

10    Q    Did you discuss with Rose how psychics work and the

11    background of gypsies and psychics?

12    A    Gypsies?

13    Q    Yes.

14    A    We never, that I know, said the word "gypsies."  Never

15    used it.

16    Q    Did you discuss the psychic's ability and how somebody

17    can be previously born and reincarnated?

18    A    I don't remember that.  I, as you say, do a lot of

19    research.  There were a lot of research books I read in this

20    about reincarnation, about transferring spirits, to try to

21    get ideas for my books.  If you're saying I got the ideas

22    from Joyce, no, I did not.

23    Q    Well, do you -- didn't you have conversations with Rose

24    regarding spiritual things, spiritual matters?

25    A    About my own, yes.  I tried to understand where the

1    money she was taking from me was going and what it was doing,

2    yes.

3    Q    I assumed we would get back to the money, but let's talk

4    about --

5    A    It's all about the money.

6    Q    -- spiritual matters that you discussed with Rose.

7    A    I don't know what answer to give to that.  I tried to

8    find out what she was doing with all the money that I was

9    giving her, so that was discussion of councils and the

10   library -- well, actually, I found that in research.  I would

11   tell her about my research that I was doing.

12   Q    And to some extent, when you were talking to her, were

13   you almost playacting characters in your book?

14   A    Absolutely not.

15   Q    Well, let's talk about a book you wrote called Angels

16   For Emily.  And I'll mark that for identification as

17   Defendant's exhibit 40.

18            And, no, I don't have 15 copies of it.

19   A    Yes, that's one of my books, Angel for Emily.

20   Q    Now, was Angel for Emily -- in Angel for Emily, is one

21   of the characters Michael the Archangel?

22   A    Archangel.

23   Q    Archangel.  Yes or no?

24   A    Yes.  I think he's in there, yeah.

25   Q    And was there another Michael who was a guardian angel?

```
 1    A    I think so.

 2    Q    And was there a third Michael, Michael Chamberlain, the

 3    dead body that the guardian angel Michael was inhabiting?

 4    A    I think so.  That's a long time ago, yeah.

 5    Q    Would you like to look at the book to refresh your

 6    memory?

 7    A    About angels -- I think it's about angels.  I wrote

 8    about angels before I ever met Joyce.  I wrote about

 9    reincarnation before I ever met her.  I wrote about a cult

10    before I met her.  I just continued.

11    Q    But this was written in 1998, right?

12    A    I guess so.  Yes, copyright 1998.

13    Q    By Deveraux, Inc.?

14    A    Deveraux, Inc., my corporation.

15    Q    In that book, on page 7 does the guardian angel Michael

16    take over the dead body of a man named Michael Chamberlain?

17    A    Yes.

18    Q    So the conversations you were having with Rose regarding

19    you taking over Cynthia's body after you die and your son,

20    who was already dead, unfortunately, inhabiting the body of

21    her son Angel, wasn't that some of the playacting that you do

22    to develop your characters for books?

23    A    I don't do any playacting to develop the characters in

24    my books.  I don't know what you're talking about.

25    Q    Well, the characters become real to you, don't they?
```

```
 1    A    Not in the crazy way that you're insinuating, no.

 2    Q    I never used the word "crazy" in reference to you.

 3    A    You have a layman's idea of writers, that we create

 4    things and we walk away from it.  We do know reality from

 5    fantasy.

 6    Q    You sure?

 7    A    Yes, I'm quite sure.

 8    Q    Did you really believe you were having a conversation or

 9    letters back and forth between you and Colin Powell?

10    A    Yes.

11    Q    That wasn't part of some of this fantasy to help develop

12    characters?

13    A    No.

14    Q    You honestly and truly believed that Colin Powell was

15    going to leave his wife and marry you?

16    A    I'm not sure I wanted him to.  This was all part of

17    the -- what Joyce made up, the fantasy of it.  And she had

18    isolated me so much, it was nice to write to someone.

19    Q    Wasn't this to help you develop romance novel character

20    plots?

21    A    She made -- she had me write this man and give her

22    masses of money to help me with my books, is that what you're

23    saying?  That's -- yeah, that's a ridiculous concept.

24    Q    You really believed that Kerry and Edwards were going to

25    get elected, Kerry was going to die, Powell was going to
```

```
 1    become -- I'm sorry, Edwards was going to become president

 2    and make Powell vice president, and you and he were going to

 3    live in the vice presidential mansion in Washington?

 4    A     That's what Joyce was telling me, and I thought she was

 5    psychic and knew the future.

 6    Q     And those were some of the things that you discussed in

 7    your letters to Colin; is that right?

 8    A     Probably so.

 9    Q     Let me ask you one more time.  Wasn't this playacting

10    that you knew was playacting to help stimulate you for your

11    romance novels?

12    A     I did not know it was playacting.  I was told that it

13    was real; and it was not stimulation for my novels.  It was

14    in interference of them.  It took my time.

15    Q     And the story about you and Brad Pitt and Cynthia Miller

16    and the making of the Will and the bank account form that

17    Cynthia never signed in the name of -- signed at all, weren't

18    those all talking and a familiar routine between you and Rose

19    to deal with romance-type plots?

20    A     No, no.

21    Q     Well, isn't that very similar to the plot of an Angel

22    for Emily?

23    A     What is?  Writing Brad Pitt, that that was --

24    Q     In Angel for Emily, an angel -- somebody dies, and an

25    angel comes and inhabits his body, and that person has a
```

1    relationship with your heroine in that book; is that right?

2    A    Yes.

3    Q    And that angel then goes to the Archangel Michael and

4    asks to become a real human rather than an angel so he can be

5    with his love; is that right?

6    A    Yes, I think that's right, yes.

7    Q    I had to read it.

8    A    Good.

9    Q    You're saying that you, as a rational human being,

10   really believed that you were having a letter romance with

11   Colin Powell?

12   A    Yes.

13   Q    And you really believed that you were going to die, and

14   your body was -- and your spirit was going to be transmitted

15   to Cynthia Miller, Reynolds, whatever her name was, and you

16   were going to live again and avoid your IRS problems?

17   A    Not avoid the IRS problems, but I thought I was going to

18   be transferred.  I was hoping that.  That's why Rose was

19   taking the masses of money from me when I was in deep grief,

20   to do the transfer.

21           Are you saying that -- I'm trying to understand

22   this -- that all victims should know what's being done to

23   them.  Like a person who is attacked in a park should have

24   known this was going to happen, or a murder victim should

25   have known?  I should have known?  Is that what you're

```
 1    saying?

 2              MR. SCHWARTZ:  May I ask that the witness be

 3    instructed to answer, not ask questions?

 4              THE COURT:  You can't ask him any questions.  You

 5    have to answer his questions, ma'am.  Okay?

 6              THE WITNESS:  Too bad.

 7    BY MR. SCHWARTZ:

 8    Q    Did you write a book in -- I'm sorry.

 9              You said that the books you wrote when you met

10    Joyce were terrible books; is that right?

11    A    When I met her I was coming in multiple weeks on the top

12    five New York Times Best Seller List.  After being around

13    her, and it's impossible to write happy romantic novels when

14    you're being -- having money demanded from you constantly,

15    and her love of chaos and confusion.

16              I now, my last book just came out in July.  It came

17    on New York Times List number 27 and spent one week and it

18    went off.  That's it.  So I'm back, at my age, at the very

19    bottom of my career again, starting all over again.  That's

20    why I'm still working seven days a week.

21    Q    Well, when did you stop being involved with Rose?

22    A    January 15th, 2008.

23    Q    Early 2008?

24    A    Yes.

25    Q    And Rose ruined your career, right?
```

```
 1    A     Yes.

 2    Q     Well, you wrote an Angel for Emily approximately seven

 3    years, six and a half years after you met Rose, didn't you?

 4    A     Right.

 5    Q     When she ruined your career?

 6    A     Yes.

 7    Q     Well, in February 1998, was an Angel for Emily number 3

 8    on the New York Times Best Seller List and there for two

 9    weeks?

10    A     Probably.

11    Q     And the next week, February 1st, 1998, was it number 4

12    on the New York Times Best Seller List?

13    A     Yes, and it was going -- yes.  I imagine.

14    Q     And the week after that, February 15th, 1998, was it

15    still number 4 on the New York Times Best Seller List?

16    A     I'm sure you know.  You have the list.

17    Q     And the week after that it dropped down to number 6,

18    right?

19    A     I don't remember specifically.

20    Q     Would you like to see some documents to refresh your

21    memory?

22    A     Sure.

23          THE COURT:  Ms. Brezak, are you feeling all right?

24    You sure?

25    BY MR. SCHWARTZ:
```

```
 1    Q      Were the figures and positions that I asked you about on

 2    the best seller list true?

 3    A      Yes.

 4    Q      Okay.  You wrote another book when you were under Rose's

 5    influence in 1998 called Return to Summerhouse, didn't you?

 6    A      Yes.

 7    Q      And did that -- in July 6th, 2008, was that number 5 on

 8    the New York Times Best Seller List?

 9    A      Probably.

10    Q      And July 13th, was it number 6 on the New York Times

11    Best Seller List?

12    A      Probably.

13    Q      And you wrote a book, True Love, didn't you?

14    A      Yes.

15    Q      What year did you write that?

16    A      This last year.

17    Q      That's the one you said was number 25 on the best seller

18    list?

19    A      Yes.

20    Q      That you wrote in 2013?

21    A      Right.

22    Q      So what you told us five minutes ago was another lie,

23    wasn't it?

24    A      No.

25              MR. STEFIN:  Objection to the form of the question.
```

```
 1              THE COURT:  Sustained.
 2   BY MR. SCHWARTZ:
 3   Q     Did you tell us a few minutes ago, before I showed you
 4   the best seller list, that Joyce ruined your career, and the
 5   books you wrote with her couldn't be these funny little love
 6   stories, and they weren't on the best seller list?
 7   A     They have steadily gone down.  My contemporaries of the
 8   time, like Julie Garwood, they come out at number 1, Robin
 9   Carr comes out at number 1.  All these people at the same
10   time as me.  My career has fallen down.  I'm no longer in the
11   top, and my books, the quality of them has suffered.
12   Q     You wrote Someone to Love in August of 2007, didn't you?
13   A     Yes.
14   Q     This is one of the books you said you were churning out
15   because you needed money.
16   A     No, I didn't need money.  Joyce was demanding money,
17   money.  She cleaned me out.  You saw what she took when I was
18   in grief.
19   Q     Are you going to bring every question -- your answer to
20   every question I ask back to money?
21              MR. STEFIN:  Objection, Your Honor.
22              THE COURT:  Sustained.  Please don't editorialize,
23   Mr. Schwartz.
24   BY MR. SCHWARTZ:
25   Q     Well, Someone to Love, in August 5th, 2007, came out at
```

```
 1    number 8 on the best seller list, didn't it?

 2    A    And people hated it, yes.

 3    Q    Some people hated it?

 4    A    A lot of people.

 5    Q    And in 2001 you wrote Summerhouse, right?

 6    A    Yes.

 7    Q    And that came out at number 8 on the New York Times Best

 8    Seller List, didn't it?

 9    A    Probably.

10    Q    2003, you wrote Forever and Always; is that correct?

11    A    Yes.

12    Q    And that came out at number 2 -- that was number 2 on

13    the New York Times Best Seller List the third week it was

14    out.

15    A    Good.  That's nice.

16    Q    Is that true?

17    A    Probably.

18    Q    Heart Wishes, which came out in 2012, after you were out

19    of Joyce's influence for four years, is that fair?

20    A    Yes.

21    Q    That came out at number 17, right?  Didn't it?

22    A    Probably.

23    Q    And your 2002 book, Forever, when you were still under

24    Rose's influence, came out at number 4; is that right?

25    A    Probably.
```

```
 1    Q    Now, let's talk about Scarlet Nights.  You mentioned

 2    that on your direct examination, didn't you?

 3    A    Yes.

 4    Q    Scarlet Nights was a book you wrote after you were

 5    rescued by Charlie Stack; is that right?

 6    A    Detective Stack was there, yes.

 7    Q    And he helped you with the book a little bit?

 8    A    Yes.  Two passages, yes.

 9    Q    Was he the basis of one of the characters in the book?

10    A    No.

11    Q    Well, wasn't there a character in the book who was a

12    kickboxer?

13    A    It's based on Jason Statham, the actor.  I played his

14    movies all the time I was writing.  He's a short, semi-bald

15    man.  Charlie's 6'2.  Very different men.

16    Q    Was there a character in that book named Mitzi?

17    A    Yes, yes.

18    Q    Was she one of the evil people in the book?

19    A    Yes, she was an evil woman, right.

20    Q    And what was her occupation?

21    A    She conned people.

22    Q    And how did she do that?

23    A    Gave them hope.

24    Q    And did he have a job or a business?

25    A    I can't remember.  Yes, I think so.  I read a lot of
```

```
 1    research books for that novel.

 2    Q    And what was her job or business?

 3    A    Conning people, getting them to believe in her and

 4    giving them hope.

 5    Q    Was she a psychic?

 6    A    A fake psychic, I think.

 7    Q    And did she have a fortune telling business?

 8    A    I think so.  I can't remember.

 9    Q    Did you model Mitzi after your then impression of Rose?

10    A    I read a lot of research books about that, and it was

11    based on the research books.

12    Q    It wasn't based on what you had just, in your mind, been

13    through with Rose?

14    A    I'm sure partially.  Everything that a writer

15    experiences, sees, does is in there.

16    Q    And that book, when you were out of Rose's influence,

17    came out at number 24 on The Times Best Seller List, right?

18    A    Yes, I'm sure.

19    Q    And all of your books, when you were, as you put it, not

20    under the influence of Rose anymore, or Joyce, have come out

21    very low on the best seller list, low meaning not very good;

22    is that right?

23    A    Yes.  Publishing is a pyramid, and people bought my

24    books for many years based on my name of books that they had

25    read before that they liked, and a lot of these didn't do
```

1   well.  This one people liked.  This one people hated.

2   Someone to Love they hated.  And gradually, they started

3   saying I'm not going to buy her books anymore.  So that's

4   what I've got to fight against now, is to write good books so

5   that they come back to them.

6   Q    But for at least 10 years when you were, quote, under

7   Rose's influence, unquote, your books came out at number 2,

8   3, 4 on the New York Times Best Seller List.

9   A    Yes, based upon my past, books that I've written before

10   I met her.  People liked them.

11   Q    And that carried over for 10 years?

12   A    Yes, publishing's very slow.  Uh-huh.

13   Q    But since you were rescued by Mr. Stack, your more

14   recent books have virtually been failures; is that right?

15   A    No, they have not.  They've been rebuilding my career.

16   I just was picked up by Random House, which is the largest

17   publishing house in the world.

18   Q    You were let go by Simon & Schuster, weren't you?

19   A    Absolutely not.  There was a huge fight.  They did not

20   want to let me go.  I had to leave the Edilean series with

21   them.  I had to leave all my backlist with them.  It was a

22   big deal.  They didn't want me to go.  No one's let me go

23   willingly.

24   Q    Let's go back to your deposition.  We're talking about

25   the one you gave on December 3rd, 2008.

```
 1                   Did you mention Mohammed Montassir in your

 2    deposition?

 3    A     I have no idea.

 4                   MR. STEFIN:  I'm going to object to that.

 5                   THE WITNESS:  I don't remember.

 6                   MR. STEFIN:  It's improper impeachment.

 7                   THE COURT:  Sustained.

 8    BY MR. SCHWARTZ:

 9    Q     On page 29 of your deposition were you asked the

10    following question --

11                   MR. STEFIN:  Objection.

12                   THE COURT:  Sustained.

13                   What's the issue that you want to impeach on?

14    BY MR. SCHWARTZ:

15    Q     Did you tell the people at the deposition that what you

16    discussed with Rose was your marriage with Claude?

17                   MR. STEFIN:  Objection.

18                   THE COURT:  Can I see counsel, please?

19         (The following proceedings were held at sidebar:)

20                   THE COURT:  You can use the deposition to impeach.

21    Did she say something in her testimony that's inconsistent

22    with the deposition?  If that happened, then you can impeach

23    her.  Why are you asking her what she said in her deposition?

24                   MR. SCHWARTZ:  She said here that all she discussed

25    with Rose was her marriage -- when she started out, was her
```

```
 1    marriage with Claude and her divorce, nothing about Mohammed.
 2            THE COURT:  So then ask her, isn't it true that you
 3    said yesterday, or whenever it was, that all you discussed
 4    with Rose and -- was Claude and your marriage, and -- but
 5    then you can impeach her if she said something different in
 6    her deposition.
 7            MR. SCHWARTZ:  Okay.
 8            THE COURT:  You need to have a basis to use the
 9    deposition.
10            MR. SCHWARTZ:  Okay.  Thank you.
11            THE COURT:  Is there anything else?
12            MR. STEFIN:  No.
13        (Sidebar conference concluded.)
14  BY MR. SCHWARTZ:
15  Q    Prior to meeting Detective Stack in 2008, did you make
16    any efforts to investigate Rose?
17  A    I looked online some for the names.
18  Q    And you mentioned that Rose isolated you.
19  A    Yes.
20  Q    Did she tell you not to tell anybody about your
21    relationship with her?
22  A    Yes.
23  Q    Did you tell anybody?
24  A    I made jokes about it at first to a friend of mine, but
25    after that, no.
```

```
1    Q     And who was that friend?

2    A     My editor, Linda Marrow.

3    Q     And did anybody else know about your relationship with

4    Rose?

5    A     My secretary in England did, because she sent money.

6    Q     That was Ms. Hensby, H-e-n-s-b-y?

7    A     Yes.

8    Q     Did there ever come a time early in your relationship

9    when you asked Rose to spend her time virtually exclusively

10   on you?

11   A     No.

12   Q     Did you ever ask her to be available to you five days a

13   week?

14   A     No.

15   Q     Were you talking to her, early on, five days a week?

16   A     I would go back whenever she told me to.  She would say

17   come back tomorrow at so-and-so time, and if she did five

18   days a week, I would show up.

19   Q     And did you joke -- did you ask her how much she would

20   charge you to work exclusively with you?

21   A     No.

22   Q     Did she ever say to you, I'll charge you a million

23   dollars a year to work with me exclusively?

24   A     No.

25   Q     Did you pay her a salary as your assistant?
```

```
 1    A     No.

 2    Q     Was she your assistant?

 3    A     No.

 4    Q     If your attorney in New Mexico said that, she'd be

 5    wrong; is that right?

 6    A     I guess so.

 7    Q     Did you read the documents, and we showed you one

 8    yesterday, that your attorney filed in the court in New

 9    Mexico?

10    A     Yes, I saw that.

11    Q     You saw that she said she was your assistant?

12    A     Yes.

13    Q     Did she ever jokingly say, I'll charge you a million

14    dollars a year to work for you, and did you answer yes?

15          MR. STEFIN:  Could you clarify "she?"

16  BY MR. SCHWARTZ:

17    Q     Rose.  Not your attorney.

18    A     No, that isn't the way it happened, no.

19    Q     When you first met Rose, did you give her a gift of a

20    mink coat that you sent to her by messenger?

21    A     I gave her a mink coat, yes.  I don't know if it's when

22    I first met her.  It was sometime in the relationship.

23    Q     Was she supposed to store that in St. Patrick's

24    Cathedral and give it back to you?

25    A     No.
```

```
 1    Q    You've mentioned a number of times that you gave Rose
 2    $20 million.
 3    A    Not gave, she took, yes.
 4    Q    Do you remember meeting with Rose in a restaurant,
 5    probably your last meeting with Rose?
 6    A    Yes.
 7    Q    What restaurant was that?
 8    A    I don't remember.  Olive Garden maybe.  I don't
 9    remember.
10    Q    Did you tell Rose that you gave her $20 million,
11    $10 million of it went to Claude, and she was responsible for
12    the money you paid to Claude?
13    A    I don't understand that, what you're saying.  It's
14    unclear.
15    Q    In the money Rose owes you, in your mind, are you
16    holding her responsible for the money you paid to Claude?
17    A    No, just the 20 she took.  He's got his own 10 million.
18    So that's my entire -- every penny I made.
19    Q    And do you have any documentation showing that you gave
20    Rose $20 million?
21    A    I think there is a lot of documentation of -- you showed
22    yesterday the Schedule As of the money sent to her.
23    Q    I showed what you wrote off, but did you have any
24    documentation showing Rose -- that you gave Rose $20 million?
25    A    You mean like all the checks?  I think --
```

```
 1    Q     Anything.

 2    A     Yes, there are binders full of checks.

 3    Q     And they totaled $20 million?

 4    A     I don't know the exact number what they totaled.  I

 5    don't know.

 6    Q     And you never added up what you gave Rose, did you?

 7    A     No.

 8    Q     As a matter of fact, the $20 million figure that you're

 9    saying was told to you by Charlie Stack, wasn't it?

10    A     Somewhere in there.  I talked to a lot of people.

11    Q     Was told to you by somebody on the prosecution team; is

12    that right?

13    A     Yes, yes.

14    Q     Was it Mr. Ogden?

15    A     I don't remember who first brought that number up.

16    Q     And do they have any documentation as to how much you

17    actually gave Rose?

18    A     I think so.

19    Q     Do you know?

20    A     Do I know?  They have quite a bit of documentation of

21    checks that I sent to her, wire transfers that I sent to her,

22    certified checks.

23    Q     I agree you sent her money.  I'm not contesting that.

24    If I appear to be, I apologize.  But the figure you've been

25    throwing out to the jury of $20 million is a figure you got
```

```
 1   from somebody on the prosecution team, right?
 2             MR. STEFIN:  Object to the question.
 3             THE COURT:  Overruled.
 4             THE WITNESS:  It's -- I guess so, yes.
 5   BY MR. SCHWARTZ:
 6   Q    Did you immediately believe Detective Stack when he came
 7   to you at the, I guess it's the Hilton Hotel in Boca Raton,
 8   and told you that Rose was a fraud and a con artist?
 9   A    Not --
10             MR. STEFIN:  Object to the form of the question.
11             THE COURT:  Overruled.
12             MR. STEFIN:  Assumes facts.
13             THE WITNESS:  Not right away, no.  Not immediately,
14   but within the hour, yes.
15   BY MR. SCHWARTZ:
16   Q    They spent an hour persuading you?
17   A    That's -- no, not persuading me.  They told me things.
18   I don't think they were there more than probably a half hour
19   the first time.  I don't know.
20   Q    But you said you believed it within the hour.
21   A    Yes.
22   Q    So you started to believe it after they left?
23   A    That's a saying, I believed it within the hour.  I
24   believed it before they left, how about that?
25   Q    Did you believe it, or did you begin to believe it?
```

```
 1    A    Begin to believe.  No, I think I saw it clearly as soon
 2    as they told me who Cynthia Miller was.
 3    Q    Well, let me direct you to page 42 of your deposition,
 4    starting at line 16.  Were you asked the following questions
 5    and did you give the following answers:
 6            "Question:  How quickly were the officers able to
 7    convince you that Joyce Michael was a fraud?
 8            "Answer:  I believe -- I began to believe -- I
 9    had -- by the time they left."
10            MR. STEFIN:  Objection, Your Honor.  Not
11    impeachment.
12            THE COURT:  Overruled.
13  BY MR. SCHWARTZ:
14    Q    "Question:  They had at least gotten your attention?
15            "Uh-huh."
16            So did you believe it immediately when they were
17    there, or did you just begin to believe it by the time they
18    had left?
19    A    I think once the trust is broken, I began to see that
20    things were a lie.
21    Q    Did they have to come back again and talk with you?
22            MR. STEFIN:  Objection to the form of the question.
23            THE COURT:  Overruled.
24            THE WITNESS:  The next day they picked me up at the
25    hotel, and the three of us went out to lunch.
```

```
 1    BY MR. SCHWARTZ:

 2    Q     Did Mr. Stack ever record any conversations he had with

 3    you?

 4    A     I don't know.  I don't know that.

 5    Q     Did you ever see him with a recorder?

 6    A     I don't remember that.  I really don't remember seeing

 7    it, but I don't know.

 8    Q     Well, did he just listen, or did he take notes?

 9    A     I've never seen Charlie take notes.

10    Q     How about Detective Ogden?

11    A     I don't remember seeing him take notes either.

12    Q     Did Joyce, or Rose, ever help you with anything?

13    A     Help me with anything?

14    Q     Yes.

15    A     Not that I remember.  It was always talking to me about

16    spirits, and give me money, give me money, give me money.

17    Q     Well, she helped you find the hospital where you got the

18    in vitro, right?

19    A     I -- probably, maybe.

20    Q     And she helped make the appointment for in vitro, right?

21    A     Oh, I don't remember her making an appointment.  She

22    doesn't do telephone calls like that.

23    Q     And did she help you with the baby after he was born?

24    A     No.

25    Q     Did she help you make decisions?
```

```
 1    A     Make decisions?  Bad ones, yes, very bad ones.
 2    Q     Did she help you in dealing with your lawyer in your
 3    case with Claude?
 4    A     She got me a lawyer who had never handled a divorce
 5    case.  She had me sign a thing that's taking me 22 years
 6    later, I'm still paying my ex-husband enormous amounts of
 7    money.  Is that help?
 8    Q     Well, in the conversations we heard the other day,
 9    wasn't Rose telling you to try to settle with Claude for a
10    lump sum amount rather than continue with all of these
11    payouts?
12    A     As she was taking my money?  That seems an ordinary
13    thing.
14    Q     Did she tell you, talking about the case you had coming
15    up in 2008, to try to settle for a lump sum of maybe
16    2 million or $3 million?
17    A     In there was mention of a 3 million-dollar settlement.
18    That came from the detectives.  They said tell her in e-mails
19    that you have settled with Claude personally and you're
20    giving him a $3 million settlement, which was a lie.  I
21    hadn't talked to him and I hadn't made a settlement.  And . .
22    .
23    Q     Go ahead.
24    A     So that's where she got that.
25    Q     Did you -- did she advise you on the tapes we heard the
```

```
 1   other day to settle with Claude for a lump sum amount, that
 2   you should do that rather than going through mediation and
 3   depositions and fighting with him?
 4   A    How do you settle that without a mediation?  How do you
 5   do that?  You're a lawyer.  Isn't that --
 6   Q    Are you asking me how I would settle a case without
 7   mediation?
 8   A    How would you settle -- if you settle with a lump, you
 9   have to have a mediation, don't you?  So how does that work?
10   Q    I can't answer your questions.  I'm sorry.
11         THE COURT:  Ask the question again and see if
12   she'll answer the question.
13   BY MR. SCHWARTZ:
14   Q    Did Rose tell you to try to settle with Claude for a
15   lump sum amount rather than fighting with him?
16   A    She said rather than going to the mediation, don't go to
17   the mediation.  And mediation doesn't mean fight.  So I'm
18   having a hard trouble with that question.
19   Q    After the mediation, you were supposed to go to
20   depositions and then go to trial or hearing on whether you
21   owed Claude money or not; is that right?
22   A    Right.
23   Q    And did she tell you on the tape try to settle with
24   Claude for a lump sum amount?
25   A    She said try to settle for a lump sum, which takes a
```

```
1    mediation.  So she was talking about what I was saying.
2              MR. SCHWARTZ:  Excuse me for one second.
3    BY MR. SCHWARTZ:
4    Q    Prior to 2008, years before had you received
5    correspondence from your ex-husband that he wanted two and a
6    half million dollars to settle everything for the future?
7    A    I don't remember specifically that.  The man sued me
8    practically every -- seemed like every few months.  But once
9    a year he was suing me about stuff, demanding this, demanding
10   that.
11   Q    Well, he was suing you because you weren't making your
12   payments, right?
13   A    He was suing me for things like, he saw on the Internet
14   a young woman who posted that she was me, and she had four
15   older brothers.  So he sued me that that was true and that I
16   had been lying to him all these years.
17             He sued me because he said that my son's not --
18   Q    He brought a lawsuit --
19   A    Yes.
20   Q    -- about that?
21   A    Uh-huh.
22   Q    Do you have any documentation from that alleged lawsuit?
23   A    I don't have -- it's with his lawyer.
24   Q    Did he file a lawsuit in New Mexico claiming that you
25   had been lying to him about your family?
```

```
 1    A    Yes.

 2    Q    Do you have any documentation on that?

 3    A    I don't have the documentation.  It's with his law firm.

 4    Q    Do you know the case number?

 5    A    No, I do not.

 6    Q    Have you ever seen the docket on that?

 7    A    I don't know what that is.

 8    Q    Were you served with papers regarding that?

 9    A    Yes.

10    Q    Where were you served with papers?

11    A    Wherever I was living then.  I don't remember.

12    Q    When was this?

13    A    I don't know.

14    Q    Is that a fantasy?

15    A    No, it's not a fantasy.

16    Q    Wasn't it a fact that the only actions that Claude

17    brought against you were actions to collect on money that you

18    owed him?

19    A    No, that's not true.

20    Q    Did you eventually settle with Claude?

21    A    In --

22    Q    New Mexico.

23    A    Yes, in New Mexico, after the mediation.

24    Q    And the mediation was when?

25    A    You have the deposition.  It's December something or
```

```
 1   other.

 2   Q    The depositions, as I've represented to you, were

 3   December 3rd, 2008.  Was the mediation before or after the

 4   depositions?

 5   A    I don't know that.  I think probably it was after.

 6   Q    And, by the way, Claude's lawyer also subpoenaed

 7   Detective Stack and Detective Ogden to give depositions in

 8   New Mexico, didn't he?

 9   A    I have no idea about that.  I don't know.

10   Q    You never discussed that with your friends Charlie and

11   Daren?

12            MR. STEFIN:  Objection.

13            THE COURT:  Overruled.

14            You can answer.

15            THE WITNESS:  I didn't discuss that.  I didn't know

16   anything about that.  First I heard of it.

17   BY MR. SCHWARTZ:

18   Q    So you don't know if they ever gave depositions?

19   A    I don't know.

20   Q    At the time of the deposition and the mediation, you

21   still believed that Claude was somehow, to use a technical

22   term of law, in cahoots with Rose, right?

23   A    Yes.

24   Q    They were coconspirators, right?

25   A    Yes.
```

```
 1    Q    Whether you followed Rose's advice in making decisions
 2    or not, did you reach a settlement with Claude in 2009?
 3    A    If I answered that, then it's going to seem that I took
 4    Rose's advice, is that what you're saying?
 5    Q    No.
 6         I said whether you disregarded her advice or didn't
 7    listen to her advice or she never gave you advice, did you
 8    reach a settlement with Claude in 2009?
 9    A    Yes.
10    Q    And was that settlement incorporated in a third
11    stipulated order amending the marital settlement agreement?
12    A    I guess so.  That's a legal term.
13    Q    Let me show you what's been marked as Defendant's
14    exhibit 42 for identification and ask you if you recognize
15    it.
16         Do you recognize that?
17    A    Yes.
18    Q    What do you recognize it as?
19    A    What happened after the mediation.
20    Q    I'm sorry?
21    A    It's the paper drawn up after the mediation.
22    Q    And did you sign that document?
23    A    Yes.
24    Q    And is that the stipulated settlement, the final
25    settlement modifying your divorce agreement with Claude?
```

```
 1    A    Yes.

 2    Q    By the way, has he sued you at all since that

 3    settlement?

 4    A    No, he has not.  It's been wonderful.

 5              MR. SCHWARTZ:  May I approach the witness?

 6              THE COURT:  Yes.

 7              MR. SCHWARTZ:  Your Honor, at this time I would

 8    offer Defendant's exhibit 42 into evidence.

 9              MR. STEFIN:  Objection.

10              THE COURT:  May I see counsel, please?

11         (The following proceedings were held at sidebar:)

12              MR. SCHWARTZ:  The page I want it in for is the one

13    you just read, Judge.

14              THE COURT:  Paragraph 4?

15              MR. SCHWARTZ:  Paragraph 4 primarily.

16              MR. STEFIN:  It's improper impeachment.  He hasn't

17    asked her anything that this would contradict.

18              THE COURT:  Well, it certainly shows some motive

19    here to have somebody convicted of criminal activity.

20              MR. STEFIN:  You talking about the crime

21    compensation fund if she recovers anything?

22              THE COURT:  Says that, payment of any agreed

23    amount, which includes $2 million, will be discontinued in

24    the event Claude is convicted of a crime in connection with

25    this conspiracy.
```

```
 1              MR. STEFIN:  I didn't see that.

 2              Okay.  That's with Claude, not with this defendant.

 3    I just want to make sure.

 4              THE COURT:  It's --

 5              MR. STEFIN:  Well --

 6              THE COURT:  I mean, it shows a motive to color

 7    testimony in order to tie him into a -- I mean, I think it's

 8    relevant for that purpose.

 9              I would suggest the same thing, that the numbers be

10    redacted.

11              MR. SCHWARTZ:  That's fine.

12              THE COURT:  I think you should be able to --

13              MR. SCHWARTZ:  I think the $2 million number --

14              THE COURT:  I think the $2 million number is

15    relevant, because it shows the extent of the financial

16    interest in coloring her testimony.  So I guess that number

17    should be allowed.  I guess the full amount of the settlement

18    should be allowed.  Actually, it's only the $2 million that

19    gets discontinued.  So I think the $2 million number should

20    be allowed in and paragraph 4 is, I think, relevant.

21              MR. SCHWARTZ:  And, Judge, I don't want to

22    blindside anybody.  I also wanted to discuss the fact that

23    she believed that she was going to be compensated from some

24    victims fund and that that compensation --

25              MR. STEFIN:  He can ask her those questions.
```

```
 1              And I wouldn't have objected to him asking her, did

 2     you believe that this would be resolved if Claude gets

 3     convicted, and then when she denies it, then he confronts her

 4     with it.  But I don't think the document is -- I think it's

 5     useable for impeachment if she denies it.  Like any other

 6     prior statement.

 7              THE COURT:  Okay.  I guess you can --I don't --

 8              MR. SCHWARTZ:  I understand, but I think it

 9     memorializes the agreement, Judge, and therefore, it's

10     relevant.

11              THE COURT:  I don't see any problem putting in.

12              MR. STEFIN:  One other matter when we can -- I

13     didn't mean to interrupt on this.  Are we done on this?

14              THE COURT:  I thought we were.

15              MR. SCHWARTZ:  Yes, thank you.

16              MR. BARDFELD:  The other matter, Your Honor, is

17     that -- and Mr. Schwartz is completely unaware of this.

18              When there was laughter going on when Mr. Stefin

19     and Mr. Schwartz were joking about something relating to

20     objections or something like that, the Defendant made a

21     comment loud enough for me to hear where I was sitting, and I

22     believe loud enough for some of the jurors to hear, oh, you

23     guys shouldn't be laughing, I'm looking at 20 years in

24     prison.  This is not a laughing matter.  I didn't want to

25     bring it to your attention with the jury here, but I just
```

```
 1        would ask Mr. Schwartz to advice his client --

 2              MR. SCHWARTZ:  I will caution her to keep her mouth

 3        shut.  I've told her that.

 4              MR. STEFIN:  And she's been making -- I've been

 5        told, I didn't hear it, that when I've been asking questions,

 6        people in the back have told me they've heard her making

 7        statements.  And, again, I didn't hear it.  I was just told

 8        that.  So it's just in the same vein.  If you could just tell

 9        her that she shouldn't --

10              THE COURT:  I will say that I did hear her make a

11        comment about not being funny or something like that after

12        there was some laughter based on some banter between

13        Mr. Stefin and Mr. Schwartz.  I didn't hear the whole

14        statement, but I did hear that -- I never heard her say

15        anything else.

16              But, yeah, if you could --

17              MR. SCHWARTZ:  I will certainly caution her as soon

18        as I sit down, Judge.

19              THE COURT:  All right.  Thank you.

20          (Sidebar conference concluded.)

21              THE COURT:  What was that exhibit number again?

22        Forty-two?

23              MR. SCHWARTZ:  Yes, thank you, your Honor.  At this

24        time I would offer 42 into evidence.

25              THE COURT:  Forty-two is admitted over objection.
```

```
 1          (Defendant's Exhibit No. 42 entered into evidence.)
 2               MR. SCHWARTZ:  Thank you.
 3     BY MR. SCHWARTZ:
 4     Q    Now, exhibit 42, which I showed you, is your settlement
 5     with Claude White; is that correct?
 6     A    Yes..
 7     Q    And it was entered into February 9th, 2009; is that
 8     correct?
 9     A    If that's what it says on the paper, yes.
10     Q    Did you agree in your settlement to give Claude a final
11     payment and any liability you had to him on your property
12     settlement for $2 million?
13     A    Yes.
14     Q    And did you agree to give him a percentage of your
15     earnings, 15 percent of your earnings from Simon & Schuster,
16     towards paying down that settlement?
17     A    Yes.
18     Q    Did you also agree that if you recovered any money from
19     any victim compensation fund or program, you would give
20     20 percent of that compensation to Claude?
21     A    Yes.
22     Q    Do you expect if Rose is convicted to get money from a
23     victims compensation fund?
24     A    No, I'm not taking any money.
25     Q    Isn't that contradictory to what you said in your
```

```
 1   agreement with Claude?

 2   A    That was from him.  They put it in there.  But I'm not

 3   taking any money.

 4   Q    Wouldn't that cause Claude to sue you again for turning

 5   down the money?

 6   A    Probably, but that's -- yeah, I'm sure he'll sue me over

 7   having said on the stand anything bad about him, yes, but

 8   that's life.  That's what he does.

 9   Q    Whether you've now decided to take any money or not,

10   doesn't your agreement at least contemplate that if Rose is

11   convicted you'll get money from a victims compensation fund?

12             MR. STEFIN:  Objection, Your Honor.

13             THE COURT:  Overruled.

14             THE WITNESS:  You mean that document assumes that I

15   will get money?

16   BY MR. SCHWARTZ:

17   Q    Yes.

18   A    It seems to, yes.

19   Q    And you're supposed to give 20 percent of whatever you

20   get to Claude to help pay down the money you owe him?

21   A    Right.

22   Q    Isn't that a motive to try to get Rose convicted?

23   A    To get money to give to him?

24   Q    To get money.

25   A    To get money?
```

```
 1    Q     You seem concerned about money, aren't you?

 2    A     No, I've been paying my debts very well, thank you.

 3    Q     But almost every answer you give me is about money; is

 4    that right?

 5                  MR. STEFIN:  Objection.

 6                  THE COURT:  Sustained.

 7                  MR. STEFIN:  Objection.

 8                  THE COURT:  Sustained.

 9                  THE WITNESS:  That I'm concerned --

10                  THE COURT:  Ma'am, I sustained the objection.

11                  Ask another question, please.

12                  THE WITNESS:  Okay.

13    BY MR. SCHWARTZ:

14    Q     Were there any circumstances where you wouldn't have to

15    pay Claude $2 million in your agreement?

16    A     Any -- no.

17    Q     Well, doesn't it say:  "Payment of any agreed amount

18    pursuant to paragraph 2 above" -- that's the $2 million --

19    "will be immediately discontinued in the event that Claude is

20    convicted of a crime in connection with the conspiracy

21    perpetrated against Jude by Joyce Michael slash Rose Marks or

22    any related coconspirator?"

23    A     Oh, right.  If any evidence is found against him, then I

24    don't have to pay him any more money, but no evidence has

25    been found, so I'm stuck.
```

```
 1    Q    So at the time you reached your settlement agreement, at
 2    least the attorneys involved -- withdrawn.
 3              Now, you said that Rose took all of your money
 4    during the time you were with her; is that right?
 5    A    Yes, she took -- yes.
 6    Q    Did you have enough money to buy a house in Italy?
 7    A    I leased.  I had a lease on a house in Italy, yes.
 8    Q    And how much were you paying a month on the house you
 9    leased in Italy?
10    A    Oh, it was a one-time thing, $5000.
11    Q    For how long?
12    A    It was a 20-year lease.  It was 5000 a year, but I only
13    paid it for about three years, I think it was.
14    Q    And how much did you pay for the house you bought in
15    England?
16    A    I don't remember.
17    Q    Was it $2.4 million?
18    A    Heavens no.
19    Q    Was it over a million dollars?
20    A    I don't think so, but it may have been.
21    Q    And how much did you pay to repair it, because it was in
22    terrible shape and you had to repair it?
23    A    It was about 800,000 over five years.
24    Q    To repair it?
25    A    To repair it, to rebuild it, yes.
```

```
 1    Q    And would the number $1.2 million refresh your

 2    recollection as to what you paid for Ketton House in England?

 3    A    I don't remember.

 4    Q    You bought two houses in North Carolina, didn't you?

 5    A    Yes.

 6    Q    Where was the first one?

 7    A    It was in -- outside Ashville, Fletcher.

 8    Q    And in Fletcher, how much did you pay for that house?

 9    A    I don't remember.  I'm not very good with numbers, I

10    told you.

11    Q    Can you give us a ballpark figure?

12    A    Eight or 900,000.  I don't remember.

13    Q    And you bought this house we heard about, Merry Hill?

14    A    Yes.

15    Q    That wasn't a single house, was it?

16    A    Yes, it was a single house.

17    Q    Wasn't it an estate type of situation?

18    A    No, it was not an estate.  It had been a remodeled house

19    built in the 1700s.  It had a little shed outside of it, and

20    it had a kind of garage to it.

21    Q    And how big was that house?

22    A    I think it's about 1500 square feet.

23    Q    1500 square feet?

24    A    Uh-huh.

25              THE COURT:  Is that a "yes"?
```

```
 1              THE WITNESS:  Yes.
 2   BY MR. SCHWARTZ:
 3   Q    How many bedrooms did it have?
 4   A    It had -- I think it had three bedrooms.  I can't
 5   remember.  Yeah, three bedrooms.
 6   Q    And how much ground did it have?
 7   A    It was on, I think, three acres.
 8   Q    And how much did it cost you?
 9   A    That was half a million, I think.
10   Q    And you said that Rose isolated you from friends and
11   family, right?
12   A    Yes.
13   Q    Didn't your brother live with you in England?
14   A    In England, no.
15   Q    Where'd your brother live with you?
16   A    He stayed with me when I was in -- outside Ashville,
17   North Carolina.
18   Q    In Fletcher?
19   A    Fletcher.
20   Q    And how long did he stay with you?
21   A    Just a few months.
22   Q    And was it Rose who told you to get rid of him, or was
23   it you who wanted to get him out of the house?
24   A    I wanted to get him out.
25   Q    Is it fair to say that when Rose was advising you, your
```

```
 1    books were about -- many of your books were about psychics;

 2    is that right?

 3    A    When Rose was advising me?

 4    Q    When you and Rose were in whatever relationship you were

 5    in.

 6    A    When I was paying her all the money?

 7    Q    During that period of time, were your books about

 8    psychics or psychic phenomena and spirituality?

 9    A    Some of them were, some of them weren't.

10    Q    And since you have been under the protection of

11    Detective Stack, have your books been primarily about

12    criminals and crime and the FBI and the Secret Service?

13    A    One of them was.

14    Q    No other ones were?

15    A    I don't -- I can't think of one.  Scarlet Nights was the

16    only one.  I'm not much good with criminals.

17    Q    None of the other books had to do with Secret Service or

18    FBI agents?

19    A    I don't remember.  I was writing seven days a week

20    really fast.  I'm trying to think of them.  I can't think of

21    them.

22    Q    Well, you mentioned the series that you've been writing

23    that you had to leave the rights to with Simon & Schuster.

24    What was that series?

25    A    Edilean.
```

1    Q     I'm sorry?

2    A     Edilean.

3    Q     And who's the hero in that series?

4    A     Each book has a different hero.

5    Q     Is there a gentleman named Mike in the book, in either

6    books?

7    A     Mike in Scarlet Nights.

8    Q     And how about after that, in any of the later books does

9    he appear?

10   A     He appears in one or two of them.  I think he was in

11   Heart Wishes.

12   Q     And another one?

13   A     I have recurring -- my characters, once I write about

14   them, I try to put them in other books.

15   Q     And is he a plumber?

16   A     He was with -- I think he was retired or --

17   Q     Detective in the Fort Lauderdale Police Department?

18   A     Yeah.

19         THE COURT:  Why don't we take a break,

20   Mr. Schwartz.  All right?

21         MR. SCHWARTZ:  Thank you.

22         THE COURT:  Ladies and gentlemen, let's take a

23   15-minute recess.  Please don't discuss the case or form any

24   opinions, leave your notes.  We'll see you in about 15

25   minutes.  Thank you.

```
 1          (The jury exits the courtroom.)

 2              THE COURT:  Again, ma'am, if you would not discuss

 3     your testimony during the recess.  Thank you.

 4              Mr. Schwartz, how are we doing?

 5              MR. SCHWARTZ:  May we wait 'til the witness --

 6              THE COURT:  Sure.

 7          (Witness exits courtroom.)

 8              MR. SCHWARTZ:  I'm sorry if I appear to be going

 9     slowly, but to some extent, maybe it's my fault, but I'm

10     having to draw things out of the witness.

11              I probably will finish within the next hour.

12              THE COURT:  How much redirect do you think you're

13     going to have?

14              MR. STEFIN:  My best guess would be about 20 to 30

15     minutes.

16              MR. SCHWARTZ:  I'll try to speed it up a little

17     bit.

18              THE COURT:  All right.  Were you going to go back

19     to those audio telephone calls?

20              MR. SCHWARTZ:  Well, she admitted that she had the

21     conversation with the psychic.  Maybe I can play them for her

22     quickly, or portions of them for her, just to refresh her

23     recollection when she comes back before the jury comes back.

24              THE COURT:  You can do that before the jury comes

25     back.
```

```
 1              Okay.  Thank you.

 2      (A recess was taken from 10:06 a.m. to 10:22 a.m., after

 3   which the following proceedings were had:)

 4              THE COURT:  All right.  Ms. Marks is present.

 5              We ready to proceed?

 6              MR. SCHWARTZ:  Yes, Your Honor.

 7              THE COURT:  What about the audio?  Are we doing

 8   anything with that?  Can we bring the witness in?

 9              Can we bring the jurors in?

10              MR. SCHWARTZ:  I was going to just play excerpts

11   from these two recordings to ask her if it refreshes her

12   memory about when and if she made recordings with Mohammed.

13              THE COURT:  All right.  Ma'am, the Defendant's

14   counsel wants you to listen to what they claim are

15   tape-recorded conversations that you may have had with some

16   individuals that you were asked about earlier, to see if it

17   refreshes your memory as to whether or not you had these

18   conversations.  If you would just listen to them, and then

19   you can answer that question for us.  All right?

20              THE WITNESS:  Okay.

21              THE COURT:  Why don't you go ahead and play

22   whatever it is?

23              MR. SCHWARTZ:  Thank you.

24              (Audio played.)

25              THE COURT:  Okay.  Can you hold it up?  We don't
```

```
 1    need to play the whole thing for her to --
 2              MR. SCHWARTZ:  Let me stop it now.
 3                    Proffer Examination
 4    BY MR. SCHWARTZ:
 5    Q    Does this refresh your memory that shortly after you
 6    came back to the United States in or around the end of
 7    November of 1991, you called and had a conversation with
 8    Mohammed that you recorded?
 9    A    I don't remember recording it, but obviously it was
10    recorded, so, yes, it was recorded, and that's the
11    conversation, yes.
12              MR. SCHWARTZ:  And let me play one other portion of
13    a conversation, the beginning of tape two.
14              (Audio played.)
15              THE COURT:  Is that enough?
16    BY MR. SCHWARTZ:
17    Q    Now, after you came back from Egypt the second time, did
18    you have conversations with Mohammed that you recorded?
19    A    I don't know if that's specifically when that
20    conversation was.
21    Q    If I represented to you that in this conversation you
22    talk about him having to go to his lectures in the end of
23    June and that you're saying that it's May, and then
24    afterwards you tell a psychic that you've known Mohammed,
25    your boyfriend, for about a year and a half at this point,
```

```
 1    would that help you to pinpoint about the date of the
 2    conversation?  I'm trying to speed it up rather than play
 3    everything.
 4    A    I guess so, yes.
 5    Q    And is that roughly -- is May of 2000 -- of 1993 roughly
 6    when you came back from your second trip to Egypt?
 7    A    I don't know the dates.
 8              THE COURT:  Do you need to play it further?
 9              MR. SCHWARTZ:  No, I -- no, Judge.  I'll just ask
10    her did she -- when she came back from Egypt, did she record
11    a second conversation with Mohammed.
12              THE WITNESS:  I really don't remember this, to
13    answer these.  I just don't remember it.  I don't remember
14    recording any conversation with him.
15    BY MR. SCHWARTZ:
16    Q    Did you record conversations with Mohammed and give
17    copies of the cassettes of those conversations to Joyce?
18    A    It looks like I did.  I don't specifically remember
19    recording them.  I don't remember the date.
20              MR. SCHWARTZ:  I can do with that in front of the
21    jury, Judge.
22              THE COURT:  Let's bring the jurors back in, please.
23              MR. STEFIN:  Can I just ask the witness one
24    question?
25              THE COURT:  Yes.
```

```
 1                   Proffer Examination
 2  BY MR. STEFIN:
 3  Q     Do you have any recollection of recording conversations
 4  with Mohammed as opposed to somebody else recording these
 5  conversations?
 6  A     I don't have any recollection of anybody, me or anybody
 7  recording conversations.
 8  Q     Do you know whether or not your phone was tapped or
 9  somebody was recording your conversations without your
10  permission?
11  A     I don't know.
12  Q     Do you have any memory of giving recordings of
13  conversations that you recorded to the Defendant?
14  A     No.
15           THE COURT:  He's not playing the tapes, so . . .
16      (The jury enters the courtroom, after which the following
17  proceedings were had:)
18           THE COURT:  Welcome back, everyone.  Sorry for the
19  delay, but we had to take care of something before we could
20  begin.
21           Please be seated, everyone.
22           Mr. Schwartz, you may proceed.
23           MR. SCHWARTZ:  Thank you.
24                   Cross-examination (Cont.'d)
25  BY MR. SCHWARTZ:
```

```
 1    Q    Has your memory been refreshed at all as to whether,

 2    when you came back to the United States after your first trip

 3    to Egypt with your husband, your only trip to Egypt with your

 4    husband, in or around Thanksgiving of 1991 you had

 5    conversations with your former tour guide in Egypt?

 6    A    Yes, it seems that I did have a conversation with him

 7    around Thanksgiving.

 8    Q    Okay.  And is your memory now refreshed as to whether

 9    the second time you went to Egypt you came back after four or

10    five months and had other conversations with him on the phone

11    while you were in New York?

12    A    I don't remember the dates, how long I was away.  I

13    don't remember any of that.  But it seems that I had another

14    conversation with him.  I was in New York, he was in Egypt.

15    Q    And you had a lot of conversations with him when you

16    were in New York and he was in Egypt, didn't you?

17    A    Some.  We talked on the phone some.

18    Q    Now, we talked before the break about the Government

19    having a lot of documentation about money you gave to Rose or

20    other people connected with Rose, right?

21    A    Yes.

22    Q    And when you were testifying for the Government -- I'm

23    sorry, withdrawn.

24         When you were testifying on direct examination, you

25    talked about a wire transfer form that you would fill out
```

1    after you whited out certain lines, correct?

2    A    Yes.

3    Q    And the Government showed you a copy of that form

4    without any whiteout; is that right?

5    A    I think so, yes.

6    Q    And then they showed you some of the -- at least one of

7    the wire transfers you did, correct?

8    A    Yes.

9    Q    Let me show you what's been marked -- what's in evidence

10   under Government exhibit 106 composite and bears a Bates

11   stamp number, a stamp number on the bottom, JM-350.  Ask you

12   if you recognize it.

13   A    Yes.

14   Q    Now, when you started working with Detective Stack, he

15   asked you for any records that you had regarding money you

16   gave to Rose or any member of her family, right?

17   A    He asked me for records in general, not specific

18   records.

19   Q    And you provided him with a batch of records, right?

20   A    Yes.

21   Q    And this record which is in evidence shows a wire

22   transfer to Victoria Eli; is that right?

23   A    Yes.

24   Q    Name is spelled wrong with a "Y" instead of an "I," as

25   some of the other ones were, right?

```
1    A    Right.
2    Q    There's evidence, at least it appears on this, that
3    other payees or account numbers were whited out because the
4    lines are broken; is that correct?
5    A    Yes.
6    Q    And on the top it says, "The amount transferred was
7    $173,000"; is that correct?
8    A    Yes.
9    Q    And a fee of $15 was paid; is that right?
10   A    Yes.
11   Q    And the date you've written in on top is January -- is
12   20 January, which is January 20th, 2000; is that right?
13   A    That's what's there, but it's the wrong date.
14   Q    Okay.  That's the date you wrote in, right?
15   A    That's the date I wrote in.  It's the wrong date.
16   Q    Are you saying now it's the wrong date because that
17   account wasn't opened by Victoria Eli until December of 2000?
18   A    I'm saying that's the wrong date because I read it off
19   the top of the wire transfer of the old fax number.  Up at
20   the top it says 1/20/2000.  I thought that was the date.  It
21   is not.  That's an L.  It's part of July, J-U-L 20, 2000, and
22   I put the wrong date on it.
23   Q    Isn't it a fact that when Mr. Stack asked you for
24   documents you went back and created documents?
25   A    No.
```

```
 1   Q     That you whited out lines?

 2   A     No.

 3   Q     And filled things in?

 4   A     Absolutely not.  I never even saw these until this came

 5   back.

 6   Q     Well, you know that this was brought to the Government's

 7   attention, that the date was 11 months before the account was

 8   opened, right?

 9   A     I guess.

10   Q     And did the Government discuss that with you?

11   A     They showed me what I had done wrong.

12   Q     Who showed you what you did wrong?

13   A     Government~-- the people --

14   Q     Government, Mr. Stack?

15   A     No, no.  This was just a few days ago.

16   Q     They showed you what you did wrong, and now you have an

17   answer today for it; is that right?

18   A     Yes, I do.  This particular one has the wrong date on

19   it.  Out of the thousands of documents, it has the wrong date

20   on it.

21   Q     I'm going to get into a delicate area, and I apologize

22   in advance.

23         Had your neighbors at Merry Hill complained

24   previously about Sam riding his ATV with no helmet?

25   A     Yes, and that's why he had been grounded and why he
```

```
 1    wasn't allowed to ride it.

 2    Q    And on the day that he had his accident, he still rode

 3    his ATV with no helmet; is that right?

 4    A    Yes, he sneaked off and did it.

 5    Q    Had Rose talked to you and suggested to you that you not

 6    even buy him an ATV, that it was too dangerous?

 7    A    No, of course not.  It wasn't her.  She didn't concern

 8    herself with things like that.  It was not of interest to

 9    her.

10    Q    Well, she knew a lot about what was going on in Sam's

11    life, didn't she?

12    A    The only way she knew is if she was psychic, which I

13    think is -- she said she's not.

14    Q    Didn't you send her many, many pictures of Sam and the

15    house and Sam and his friends with your handwriting on it

16    explaining what those pictures were?

17    A    I don't remember doing that.

18    Q    Let me show you what's been marked for identification as

19    Defendant's exhibit 43 and ask you if you recognize this.

20    A    Yes, these are pictures of my son.

21    Q    And is that at the house near Ashville?

22    A    No, it's the Merry Hill house.

23    Q    Those are pictures from Merry Hill?

24    A    Yes.

25    Q    Well, let me show you, just to refresh your memory, not
```

1  to try to trap you or anything, some other pictures in this

2  group and ask you which house it is.

3  A    This is Merry Hill, this is Merry Hill, this is Merry

4  Hill.

5  Q    Okay.

6  A    This is Merry Hill.

7  Q    Thank you.

8        Is your memory now refreshed as to whether you sent

9  Rose fairly regularly pictures of Sam with little

10  descriptions on it?

11  A    I guess I did.  I don't remember.

12  Q    In some of the pictures did you send Sam with other kids

13  and say, this is an evil child, I don't want Sam hanging out

14  with him?

15  A    I don't remember that.

16  Q    Okay.  Let me show you what's been marked as Government

17  exhibit 44 -- Defendant's exhibit 44.  Gee, that was 40 years

18  ago.  Defendant's exhibit 44.

19        Who are those pictures of?

20  A    Those was his friend and that's a little kid who lived

21  down the road.

22  Q    Is that the one where you say "evil child?"

23  A    Yes.

24  Q    Let's get away from those pictures.

25        We talked earlier about Merry Hill, and you said it

```
 1   was one house with a little shed; you remember that?
 2   A    It had a barn and a little shed.
 3   Q    Okay.  And an orchard?
 4   A    I put the orchard in.  It didn't have it when it was
 5   there, of miniature trees.
 6   Q    And was there a riding paddock, or corral?
 7   A    No.  I put in two little fences and put a garden in one;
 8   a vegetable garden in one and an orchard fruit garden in the
 9   other.  No horses.
10   Q    Now, we talked earlier about all the lawsuits that
11   Claude brought against you; is that right?
12   A    You said that they don't exist, that they're a fantasy I
13   made up.
14   Q    Okay.  And you disagreed with me, right?
15   A    Yes, I disagree with you.
16   Q    Let me show you what's been marked as Defendant's
17   exhibit 45 for identification and ask if you recognize it.
18   A    I don't know what this is.  I don't know what this is.
19   Q    Is that a fantasy lawsuit that you made up of Claude
20   suing you?
21   A    I don't know what this is.  This is funny.  I don't know
22   what this is.
23            MR. SCHWARTZ:  May I approach?
24            THE COURT:  Yes.
25   BY MR. SCHWARTZ:
```

```
 1    Q     Did you type up and send to Rose on your computer -- I
 2    still use the word "type," but did you create on your
 3    computer and send to Rose a document entitled, Claude's
 4    lawsuit whereby he is making a claim to take over control of
 5    your books, and he alleges that he did everything but type
 6    the books, that he researched them, et cetera?
 7    A     He says that, yes.
 8    Q     And he did the photography and library work.
 9    A     He says that, yes.
10    Q     And he plotted the books?
11    A     Yes.
12    Q     And he negotiated all the contracts?
13    A     Yes, that's what he says.
14    Q     And he came up with the initial ideas for the books?
15    A     That's what he says, yes.
16    Q     And he managed all the money, made investments, oversaw
17    everything --
18    A     Right.
19    Q     -- that had to do with money?
20    A     Right.
21    Q     Oversaw all the --
22                MR. STEFIN:  Judge, I'm going to object.
23                THE COURT:  Sustained.
24    BY MR. SCHWARTZ:
25    Q     Did you make up a fantasy of him suing you and saying
```

```
 1   that in a lawsuit that you created and sent to Rose?

 2   A    I'm a professional writer, and it looks to me like I did

 3   that out of something to make Joyce laugh, a funny thing.

 4            MR. SCHWARTZ:  I'd move this into evidence, Judge.

 5            MR. STEFIN:  Objection.

 6            THE COURT:  She said she didn't recognize it.

 7            MR. SCHWARTZ:  She just said --

 8            THE COURT:  I'm not sure what she just said, so why

 9   don't you clarify what she --

10   BY MR. SCHWARTZ:

11   Q    You said this is something you made up to make Joyce

12   laugh?

13   A    Probably.  I don't remember that at all.  I don't

14   remember it at all, no.  It's kind of a parody thing based

15   upon half truth, half -- I don't know, not fantasy.  You love

16   that word.  But it's based upon a lot of truth to it and

17   propaganda.  I twisted it around and wrote something funny.

18            MR. STEFIN:  Can you just ask her to speak up?

19            THE COURT:  Did you write that, ma'am, or not?

20            THE WITNESS:  Yes, I did write that.

21            MR. SCHWARTZ:  I move it into evidence, Judge.

22            THE COURT:  Any objection?

23            MR. STEFIN:  May I see it?

24            No objection.

25            THE COURT:  What was the number again,
```

```
 1    Mr. Schwartz?  Forty-five?

 2              MR. SCHWARTZ:  Forty-five.

 3              THE COURT:  Forty-five's admitted without

 4    objection.

 5         (Defendant's Exhibit No. 45 entered into evidence.)

 6    BY MR. SCHWARTZ:

 7    Q    What's the title on this?

 8    A    Claude's Lawsuit.

 9    Q    And Claude never brought this lawsuit, right?

10    A    No, not that, no.

11    Q    It was something you made up with half truths and half

12    fantasies you said; is that right?

13    A    Yes, that's half truth, yes.

14    Q    Now, you wrote on here that you printed it out and

15    reread it.  Do you remember that?

16    A    I don't remember that document at all, any whatsoever.

17    But I have whole books I've written I don't remember,

18    so . . .

19    Q    Let me show you the handwritten part.

20              THE COURT:  Is this in evidence?

21              MR. SCHWARTZ:  Yes, it's part of the document

22    that's in evidence, Judge, Defendant's exhibit 45.

23              THE COURT:  Okay.

24    BY MR. SCHWARTZ:

25    Q    Whose handwriting is that?
```

```
 1    A    That's my lettering.

 2    Q    And you wrote this to Rose, right?

 3    A    I guess so.

 4    Q    You say:  "I printed it out and reread it, and I see

 5   what you've done.  You've made me call Claude's son and tell

 6   him there was no man in my life."

 7              Did Rose make you do that?

 8    A    I guess that's what it says.  I don't remember that at

 9   all.  It's 17 years of daily things done that she'd come up

10   with for me to do.  I don't remember them all.

11    Q    And you say:  "Claude wanted me to know this -- "Claude

12   thought I wanted him to know this because I was saying I

13   wanted Claude back."

14              Did you believe that?

15    A    I think he wanted me back, yes.

16    Q    But did you want him back?

17    A    Oh, heavens no.

18    Q    And then you say:  "This lawsuit is Claude's way of

19   saying, I'll take you back, but you'll have to agree to some

20   things, such as giving Claude absolute and total control of

21   my life, my business, and my child.

22              "He doesn't mean to sue me at all, just like he

23   didn't mean to divorce me.

24              "What is inside the head of that man?  I wanted to

25   kill myself to get away from him.  Why do I have to go back
```

1     to him?"

2                MR. STEFIN:  Objection.

3                MR. SCHWARTZ:  Did I misread it?

4                THE COURT:  What's the objection?

5                MR. STEFIN:  He just misread it.

6     BY MR. SCHWARTZ:

7     Q    "Why would I want to go back to him."  I'm sorry.

8                But this is all made up, isn't it?  Isn't it?  The

9     whole lawsuit is made up.

10    A    That piece of paper is meant to be funny.

11    Q    And the comments on the bottom are meant to be funny,

12    also?

13    A    I guess.  I don't remember.

14    Q    Jude.

15    A    Uh-huh.

16    Q    Isn't most of your testimony half truths and the rest

17    fantasy?

18    A    No.

19    Q    Couple of other questions and I'm done.

20               On the 12th of August, 2005, did you write a letter

21    to Colin Powell?

22    A    I don't remember.

23    Q    Let me show you what's been -- and I'm not going to

24    offer this in evidence.  I just want to ask you some

25    questions.  I'm marking it for identification as Defendant's

```
 1    exhibit 46.
 2              I would just, to refresh your recollection about
 3    what I'm going to ask you, direct your attention to the
 4    second paragraph.
 5    A    What it's --
 6    Q    Don't talk about what's in there yet.
 7    A    Okay.
 8    Q    Let me ask a question now that you've had a chance to
 9    look at the document.
10              On or about August 12th, 2005, did you tell Colin
11    Powell in your letter:  "Your talks are helping me a lot"?
12    A    Looks like I did, yes.
13    Q    Are you suggesting that you had talks with Colin Powell?
14    A    No.
15    Q    Now, I asked you previously what you paid for the house
16    in Fletcher, do you remember?
17    A    No, I don't remember the numbers.
18    Q    Would 1.45 -- $1,450,000 refresh your recollection as
19    the purchase price?
20    A    I don't remember the numbers.
21    Q    Then let me show you a document, Defendant's exhibit 47,
22    again, just to refresh your memory.
23    A    Yes, what it looks like, 1.450.
24    Q    So you paid $1,450,000 for this house in Fletcher, North
25    Carolina, near Ashville, but Joyce was taking all your money
```

```
 1    at this time?  You had no money?

 2    A    It was highly mortgaged, and it's relative.  I don't

 3    think --

 4    Q    Go ahead.

 5    A    No.

 6    Q    What's relative?

 7    A    What you seem to be saying is that as long as I had

 8    enough to live on, that I should give it to her and she'd

 9    help me write my books; and that doesn't make any sense.

10    Q    I'm not going to argue as to what makes sense.

11              MR. SCHWARTZ:  I have no further questions, Judge.

12              THE COURT:  Thank you.

13    * * * * * * * * *

14              THE COURT:  Mr. Schwartz, recross.

15              MR. SCHWARTZ:  Thank you, Your Honor.

16                         Recross-examination

17    BY MR. SCHWARTZ:

18    Q    Ma'am, you remember an hour and a half ago we had

19    cross-examination, roughly?

20    A    Yes.

21    Q    And remember my asking you about houses you owned?

22    A    Yes.

23    Q    And you remember being very definite to this jury that

24    you never owned a house in Italy, you rented one for $5000 a

25    month for a year?
```

```
1    A    Yes.

2    Q    Was that a lie?

3    A    No.

4    Q    Do you -- Mr. Stefin put into evidence Government's

5    exhibit 106-5, which was Defendant's exhibit for

6    identification 46.  Remember that?

7    A    Yes.

8    Q    Your letter to Colin Powell?

9    A    Yes.  The money was for remodeling of it.

10   Q    I'm sorry.  I couldn't hear you.

11   A    The money was for the remodeling of the house.

12   Q    Well, let me let you read the first sentence on the

13   bottom of that page.  What does it say?

14   A    "I now own a house in Merry Hill and a house in

15   Badolato, Italy."

16   Q    And did you then say:  "I have not seen the house in

17   Italy for over two years.  I've never spent a night in the

18   house.  It cost me half a million dollars.  At the time, I

19   begged her not to make me buy it, but, as always, she

20   wouldn't listen to me."

21            And then you offered to let him use your house in

22   Southern Italy.

23            Did you buy a house in Southern Italy?

24   A    No.  I bought a lease on a house in Southern Italy and

25   paid to remodel it and then paid $5000 a year on it.
```

1   Q    Did you tell Colin Powell in your letter that you bought

2   a house in Italy and you own a house in Italy?

3   A    Yes.

4   Q    Were your letters to Colin Powell -- were you telling

5   the truth or were you making up stories and fantasizing?

6   A    I'm not answering that because that's not stated

7   correctly.

8           MR. SCHWARTZ:  Would Your Honor direct the witness

9   to answer the question?

10           THE COURT:  Please answer his question, ma'am.

11           THE WITNESS:  I was not making up or fantasizing.

12   I owned the lease on it.  I didn't put it in a private

13   personal letters that I now own the lease on a house in

14   Badolato.

15   BY MR. SCHWARTZ:

16   Q    In your letter to Colin Powell, you talk about the fact

17   that Rose doesn't charge him any money for her advice.  Do

18   you remember that?

19   A    That's what it says.  I don't remember that.

20   Q    Do you remember telling Mr. Powell, or in the letter you

21   wrote allegedly to Colin Powell, do you remember saying, she

22   charges me hundreds of thousands of dollars for each call, I

23   hesitate to call her anymore?

24   A    Yes.

25   Q    I'll leave it at that.

1          Do you remember telling Colin Powell and this jury

2    the other day in this alleged letter to Colin Powell that

3    Joyce made you give your husband everything?

4    A    Yes.

5    Q    And you told that both to the jury and in this letter?

6    A    Everything except the apartment in New York, which was

7    so heavily mortgaged it wasn't worth much.

8    Q    Well, was that the whole truth?

9    A    I think it was the truth.  I got the control of my

10   books.  That was what I wanted.

11   Q    Right.  You didn't give him everything.  Your most

12   valuable property at that time was control of the copyrights

13   on your books, right?  Wasn't it?

14   A    Yes.

15   Q    And you did not give that to him, did you?

16   A    I --

17   Q    Yes or no.

18   A    No, I did not give that to him.

19   Q    And that was the crux of the claims in your divorce

20   proceeding with your now ex-husband, wasn't it?

21   A    The main thing, the control of my books, yes.  He wanted

22   those.

23   Q    He wanted to control your books, which were valuable

24   properties, right?

25   A    We thought they were then, but they -- yeah, we thought

```
 1   they were, yes.
 2   Q    And you wanted to keep the control of your books?
 3   A    Yes.
 4   Q    And he was claiming that even though you were only
 5   married for about five years --
 6   A    Four.
 7   Q    Four years, you had been together for what, 14 years
 8   before that?
 9   A    I had been writing for 15 years before that.
10   Q    Okay.  And you had been living with him for all of those
11   15 years and another three, right?
12   A    New Mexico is not a common law marriage thing.  It meant
13   nothing.
14   Q    I thought you weren't a law -- never mind.
15        You had been living with him for roughly 17 years
16   and then married to him for four years; is that right?
17   A    Yes.
18   Q    And he was claiming because of your marriage and
19   previous relationship, he should get control of your books,
20   right?
21   A    Yes.
22   Q    Or at least 50 percent of the value of your books; is
23   that correct?
24   A    No, he wanted the books.
25   Q    And you -- since you wanted to keep them, you worked out
```

```
 1   a deal; is that correct?

 2   A    I didn't consider it was a deal.

 3   Q    Well, it was a settlement agreement that you signed,

 4   right?

 5   A    Yes.

 6   Q    In lieu of -- I'm sorry, instead of him getting any part

 7   or any control of the copyrights of your books, you kept that

 8   property, what you felt at that time was a valuable property,

 9   and he got some real estate and cash; is that correct?

10   A    And I got the bills, and I pay him millions since then.

11   Q    And as part of the additional property settlement, a

12   kicker, so to speak, you agreed to pay him -- to pay off what

13   he considered the value of the books, the value of the

14   property, 75,000 a year, escalating 10,000 a year for a

15   number of years, right?

16            MR. STEFIN:  Objection.

17            THE COURT:  Overruled.

18            THE WITNESS:  Yes.

19   BY MR. SCHWARTZ:

20   Q    And you weren't worried about that continuing payment

21   because Rose allegedly told you that he was going to die in

22   two or three years?

23   A    Yes.

24   Q    Was that fraud or psychic malpractice?

25   A    I don't know what you're talking about.
```

```
 1              MR. STEFIN:  Objection.

 2              THE COURT:  Sustained.

 3    BY MR. SCHWARTZ:

 4    Q    So when you told the jury on direct examination, on

 5    cross-examination, and now on recross examination that he got

 6    all of your property except the heavily mortgaged New York

 7    apartment, you weren't telling the jury the whole truth, were

 8    you?

 9              MR. STEFIN:  Objection.

10              THE COURT:  Overruled.

11              THE WITNESS:  Consider my books as property?  I

12    mean, he got the house, everything I had purchased with my

13    income from my books all those years.  Yes, he got all the

14    property except for the heavily mortgaged apartment.  I

15    didn't see that my books should have been in contention.

16    BY MR. SCHWARTZ:

17    Q    Well, you didn't agree that he had a right to the books,

18    correct?

19    A    Why would he have a right to my books?  Especially the

20    ones -- I was willing to split the money 50/50 on the books I

21    wrote during the legal marriage, but he wanted all of them,

22    control of them.

23    Q    But that didn't answer my question.

24              Were you telling the jury the whole truth when you

25    said just a few minutes ago that he got all the property and
```

```
 1    all you got to keep was a heavily mortgaged New York
 2    apartment?  Yes or no.
 3    A    Yes.  That's the way I see it, yes.
 4    Q    The way you see it.
 5    A    The way I see it, yes.
 6    Q    Do you sometimes see things differently than the way the
 7    rest of the world sees things?
 8    A    No, not particularly.  No.
 9    Q    Do you sometimes fantasize?
10    A    No.
11    Q    Now, you testified that Joyce told you that the judge in
12    your divorce case took a bribe in your case; is that correct?
13    A    I only know facts of the case.  That's the only thing I
14    know.
15    Q    But didn't you testify on redirect by Mr. Stefin that
16    Rose -- I call her Rose, you call her Joyce -- told you that
17    the judge in your case took a bribe on your case?
18    A    Joyce told me that, yes.
19    Q    That's not true, is it?
20    A    What do you mean it's not true?  She told me that.
21    Q    She told you a year later that the judge was convicted
22    of taking a bribe in a different case.
23    A    She didn't tell me that.
24    Q    Isn't it a fact that in your deposition -- withdrawn.
25             Did you ever tell anybody that the reason -- one of
```

```
 1    the reasons you settled was because you were told that the

 2    judge in your case was prejudiced against uppity wealthy

 3    women?

 4    A    I was told that, yes.

 5    Q    Were you told that by Rose?

 6    A    No.

 7    Q    Who told you that?

 8    A    It's a person in Santa Fe who is my former tax attorney.

 9    Q    Who's now a judge?

10    A    I don't know what Tim's doing now.  I don't know.

11    Q    Is that Tim Garcia?

12    A    Tim Garcia.

13    Q    And at the time of your deposition, wasn't he a judge in

14    Santa Fe?

15    A    No, oh, no.

16    Q    Not the time of your divorce, the time that you gave

17    your deposition.

18    A    Oh, I don't know.  Somebody said he was a big shot in

19    Santa Fe now.  I don't know specifically.

20    Q    Well, in the deposition don't they refer to him as Judge

21    Garcia?

22    A    I don't remember.

23    Q    And in your deposition, do you tell the attorney for

24    your now ex-husband that Judge Garcia now denies ever saying

25    that to you?
```

```
 1   A     He told me that he couldn't say that out loud, but he

 2   was telling me because he owed me a favor, and he called and

 3   warned me not to go into the courtroom.

 4   Q     And when he was asked about that around the time of your

 5   deposition, did he deny ever saying it to you?

 6             MR. STEFIN:  Objection, Your Honor.

 7             THE COURT:  Sustained.

 8             THE WITNESS:  No one asked him that I know of.

 9             THE COURT:  Sustained.  Sustained, ma'am.

10             THE WITNESS:  Sorry.

11   BY MR. SCHWARTZ:

12   Q     When you testified in your deposition, did you say he

13   now denies ever saying that to me?

14   A     I may have said that.

15   Q     Okay.  In your letter to Colin Powell allegedly, did you

16   say Joyce is putting stories that never happened into my

17   mind?

18   A     Yes.

19   Q     And wasn't the whole exercise with the letters of Colin

20   Powell and the correspondence with Brad Pitt just that?

21   A     What does that mean, "just that"?

22   Q     Putting stories that never happened into your mind?

23   A     I don't understand that.

24   Q     Weren't you and she participating in an exercise in

25   fiction, creating romantic situations which you would or
```

1    would not later use?

2    A    I didn't use them, and they were real to me.  They

3    weren't fantasy.  I thought I was really writing them.

4    Q    Just like your characters when you're writing books are

5    real to you, right?

6    A    They are realistic to me.

7              MR. SCHWARTZ:  May I have a moment, Judge?

8              THE COURT:  Yes.

9              MR. SCHWARTZ:  I have no other questions, but

10   before the witness is excused, can we approach?

11             THE COURT:  Yes.

12       (The following proceedings were held at sidebar:)

13             MR. SCHWARTZ:  Judge, one of the witnesses we have

14   under subpoena is Claude White, her ex-husband.  I don't want

15   this witness to have to stay in town or anything like that,

16   but I ask that she be excused now subject to re-call on the

17   defense case if, after Claude testifies, if necessary, to

18   call her back.

19             THE COURT:  Have you subpoenaed her?

20             MR. SCHWARTZ:  I haven't.  But I can try to hand

21   her a subpoena today or give a subpoena to the U.S. Attorney.

22   But she's here, I assume under subpoena, and I don't want to

23   have her released.  If you want me to get -- give her a

24   subpoena, I'll do that, or can she be ordered to be

25   available?

```
 1              THE COURT:  Will you agree to have her available if
 2    he wants to re-call her in his case, or do you want him to
 3    subpoena her?
 4              MR. STEFIN:  Well, I don't know when she's
 5    scheduled to return back to New York.  She lives in New York.
 6              MR. BARDFELD:  She was scheduled yesterday.
 7              MR. STEFIN:  Yesterday.
 8              MR. SCHWARTZ:  And we're not going to be on my
 9    case --
10              MR. STEFIN:  If she's willing to stay on for a few
11    days, I don't have a problem recalling her without a
12    subpoena.
13              THE COURT:  The question is unless she's subpoenaed
14    or unless you're going to agree that she remains under your
15    subpoena, she's going --
16              MR. STEFIN:  Is this something we can discuss after
17    discharging the jury?
18              MR. SCHWARTZ:  Sure.  I didn't want her to have to
19    stay here, Judge.
20              THE COURT:  Okay.
21         (Sidebar conference concluded.)
22              THE COURT:  All right.  Ladies and gentlemen, we're
23    going to recess for the day.  Remember we're not in session
24    tomorrow or Monday.  So next day we'll be back together is
25    Tuesday.  Please don't discuss the case, don't form any
```

```
 1    opinions, please avoid any news reports about the case, and
 2    we'll see you on Tuesday.  Thank you.  Have a nice weekend,
 3    and thank you for your cooperation.
 4            MR. STEFIN:  Judge, my notes had said that we were
 5    meeting Monday morning, but we're not meeting Monday morning?
 6            THE COURT:  No, Tuesday.
 7            MR. STEFIN:  Okay.
 8            THE COURT:  9:00 o'clock on Tuesday.  See you
 9    Tuesday.
10        (The jury exits the courtroom.)
11            THE COURT:  All right.  You can all be seated.
12            Ms. Montassir, the question that we were discussing
13    is, it's possible that the Defendant may want to re-call you
14    when they're presenting their evidence.  It's not certain,
15    but it's possible.  So the question is whether you're going
16    to be subject to the subpoena based on the Government's
17    subpoena or does the Defendant need to subpoena you with his
18    own subpoena in order to be able to compel you to come back
19    here if he -- if they feel the need to.
20            So did you want to discuss that with Mr. Stefin?
21    You don't need to do it on the record.
22            MR. STEFIN:  Okay.  I can report to the Court.
23            MR. SCHWARTZ:  It probably wouldn't be until
24    sometime the week after next, Judge.  So I'm not requesting
25    that she stay in South Florida.
```

```
 1              THE COURT:  No, no one's requesting her or
 2   expecting her to stay for the entire time, but if you're
 3   needed back here, you'd have to come back.  So that's the
 4   issue.
 5              Did you want to speak to her about it?  You can do
 6   it off the record.
 7              MR. STEFIN:  Are we off the record now?
 8              THE COURT:  No, we're not.
 9              MR. STEFIN:  How would the witness rule apply?  Is
10   she now then going to be subjected to the sequestration rule,
11   that she can't discuss anything with us?
12              THE COURT:  Well, if he's saying he might call her
13   back, yes.
14              MR. STEFIN:  Well, I'll talk to the defense counsel
15   about that.
16              Okay.  I'll talk to her, and then we'll report back
17   to the Court.
18              THE COURT:  I guess the question is, is she going
19   to be here?  Otherwise, he needs to get a subpoena on her.
20   She's going to come back or he needs to get a subpoena served
21   on her.
22              MR. STEFIN:  I think that's probably going to be
23   the case, unless Ms. Montassir is planning to stay in South
24   Florida for the next couple of weeks.  She wasn't planning on
25   to.
```

```
 1              There are issues of payment and travel in it, as

 2   well.

 3              THE COURT:  I understand.

 4              MR. STEFIN:  I think the defense will have to bear

 5   the burden of that.  But I will facilitate the subpoena to

 6   the extent that that's -- he won't need to get a process

 7   server or anything to that extent.

 8              MR. SCHWARTZ:  I just mention to the Court that as

 9   Your Honor remembers --

10              THE COURT:  I understand all the cost issues.  You

11   don't need to talk about that now.

12              All right.  So we'll -- you're excused now, ma'am,

13   but don't discuss the case because of the possibility that

14   you may be called back.  Don't discuss your testimony until

15   the case is over.  All right?  Or you're told you're not

16   needed back here.  All right?  Thank you.

17              All right.  Anything else we need to talk about?

18   Nothing else?

19              I guess you all thought we were going to be in

20   session on Monday morning.  I don't know why.

21              MR. STEFIN:  Three of us had the same note, but

22   verbally I thought we were off Monday, but then when I looked

23   back on my notes, it looked like we were in session only in

24   the morning.

25              THE COURT:  No, it's the Monday after that we're in
```

```
 1   session only in the morning.
 2           MR. STEFIN:  Well, okay.
 3           MR. SCHWARTZ:  Are we in session all day Tuesday?
 4           THE COURT:  Yes, the rest of the week, Tuesday
 5   through Friday, we're --
 6           MR. SCHWARTZ:  Very good.  Thank you.
 7           MR. STEFIN:  Just the case law that defense counsel
 8   is going to --
 9           MR. SCHWARTZ:  I did.  It's about done.  I've sort
10   of been a little busy, so somebody in my office is writing
11   it.  They promised me this afternoon, so I'll file it on
12   PACER so you have it, Your Honor.
13           THE COURT:  Is that it?
14           MR. SCHWARTZ:  That's it.
15           MR. STEFIN:  I think so.
16           Judge, the only other thing is that we're working
17   on correcting our exhibit list because there were things that
18   we added and there were -- you pointed out a mis-numbering on
19   some of the transcripts.  So we hope to have that to you by
20   Tuesday morning.
21           THE COURT:  Okay.  That's not that important.
22           MR. STEFIN:  Okay.
23           THE COURT:  All right.  We'll see you Tuesday.
24   Have a good weekend.  Thank you.
25       (The evening recess was taken at 12:17 p.m.)
```

```
 1                          * * * * *

 2                        I N D E X

 3   Testimony of Jude Montassir

 4           Cross by Mr. Schwartz (Cont.'d)         3

 5           Recross by Mr. Schwartz               74

 6                        * * * * *

 7                      E X H I B I T S

 8   Defendant's Exhibits in Evidence:

 9           Defendant's 42                        48

10           Defendant's 45                        70

11                        * * * * *

12                      CERTIFICATE

13       I, Stephen W. Franklin, Registered Merit Reporter, and

14   Certified Realtime Reporter, certify that the foregoing is a

15   correct transcript from the record of proceedings in the

16   above-entitled matter.

17       Dated this 18th day of SEPTEMBER, 2013.

18

19       /s/Stephen W. Franklin

20   _____
     Stephen W. Franklin, RMR, CRR

21

22

23

24

25
```

## $

$1,450,000 [2]  73/18 73/24
$1.2 [1]  52/1
$10 [1]  33/11
$10 million [1]  33/11
$14,000 [1]  5/8
$15 [1]  63/9
$173,000 [1]  63/7
$2 [8]  44/23 45/13 45/14 45/18 45/19 48/12
 50/15 50/18
$2 million [8]  44/23 45/13 45/14 45/18 45/19
 48/12 50/15 50/18
$2.4 [1]  51/17
$2.4 million [1]  51/17
$20 [7]  33/2 33/10 33/20 33/24 34/3 34/8
 34/25
$20 million [7]  33/2 33/10 33/20 33/24 34/3
 34/8 34/25
$3 [2]  38/16 38/20
$3 million [2]  38/16 38/20
$5000 [3]  51/10 74/24 75/25

## '

'5 [1]  3/11
'6 [1]  3/11
'7 [1]  3/12
'91 [1]  5/17
'93 [1]  6/17
'til [1]  56/5

## -

-v [1]  1/5

## /

/s/Stephen [1]  90/19

## 1

1.45 [1]  73/18
1.450 [1]  73/23
1/20/2000 [1]  63/20
10 [2]  28/6 28/11
10 million [1]  33/17
10,000 [1]  79/14
106 [1]  62/10
106-5 [1]  75/5
10:06 [1]  57/2
10:22 [1]  57/2
11 [1]  64/7
11-80072-CR-MARRA [1]  1/2
12 [1]  1/8
12:17 [1]  89/25
12th [2]  72/20 73/10
13th [1]  23/10
14 [1]  78/7
15 [5]  13/22 16/18 55/24 78/9 78/11
15 percent [1]  48/15
15-minute [1]  55/23
1500 [2]  52/22 52/23
15th [2]  21/22 22/14
16 [1]  36/4
17 [3]  25/21 71/9 78/15
1700s [1]  52/19
18th [1]  90/17
1991 [4]  6/9 7/8 58/7 61/4
1993 [1]  59/5
1994 [2]  12/23 13/2
1998 [6]  17/11 17/12 22/7 22/11 22/14 23/5
1st [1]  22/11

## 2

2 million [1]  38/16
20 [5]  33/17 46/23 56/14 63/12 63/21
20 percent [2]  48/20 49/19
20-year [1]  51/12
200 [1]  1/21
2000 [5]  59/5 63/12 63/17 63/20 63/21
2001 [1]  25/5
2002 [1]  25/23
2003 [1]  25/10
2004 [1]  3/11
2005 [2]  72/20 73/10
2007 [2]  24/12 24/25
2008 [8]  21/22 21/23 23/7 28/25 30/15 38/15
 40/4 42/3
2009 [3]  43/2 43/8 48/7
2012 [1]  25/18
2013 [3]  1/8 23/20 90/17
20th [1]  63/12
22 [1]  38/5
24 [2]  10/19 27/17
25 [1]  23/17
27 [1]  21/17
29 [1]  29/9

## 3

3 million-dollar [1]  38/17
30 [1]  56/14
33301 [1]  1/18
33401 [1]  1/24
33432 [1]  1/22
350 [1]  62/11
3500 [1]  5/9
3768 [1]  1/23
39 [1]  12/19
3rd [2]  28/25 42/3

## 4

40 [2]  16/17 66/17
42 [7]  36/3 43/14 44/8 47/24 48/1 48/4 90/9
43 [1]  65/19
44 [3]  66/17 66/17 66/18
45 [4]  67/17 70/5 70/22 90/10
46 [2]  73/1 75/6
4684 [1]  3/6
47 [1]  73/21
48 [1]  90/9

## 5

50 [1]  80/20
50 percent [1]  78/22
50/50 [1]  80/20
500 [1]  1/17
5000 [1]  51/12
514-3768 [1]  1/23
561 [1]  1/23
5th [1]  24/25

## 6

6'2 [1]  26/15
65 [1]  13/12
6th [1]  23/7

## 7

70 [1]  90/10
700 [1]  1/21
701 [1]  1/24
74 [1]  90/5
75,000 [1]  79/14

## 7

7th [1]  1/18

## 8

800,000 [1]  51/23

## 9

900,000 [1]  52/12
9:00 o'clock [1]  86/8
9th [1]  48/7

## A

a.m [2]  57/2 57/2
ability [1]  15/16
able [3]  36/6 45/12 86/18
above [2]  50/18 90/16
above-entitled [1]  90/16
absolute [1]  71/20
Absolutely [3]  16/14 28/19 64/4
accident [1]  65/2
account [4]  19/16 63/3 63/17 64/7
accountant [2]  3/3 4/1
accountant's [1]  3/15
acres [1]  53/7
actions [2]  41/16 41/17
activity [1]  44/19
actor [1]  26/13
actually [3]  16/10 34/17 45/18
added [2]  34/6 89/18
addition [2]  3/10 3/11
additional [1]  79/11
admitted [3]  47/25 56/20 70/3
Adrian [1]  3/16
advance [1]  64/22
advice [8]  10/12 43/1 43/4 43/6 43/7 43/7
 47/1 76/17
advise [1]  38/25
advising [2]  53/25 54/3
affect [1]  15/3
after [37]
afternoon [1]  89/11
afterwards [1]  58/24
again [13]  9/23 13/19 20/16 21/19 21/19
 36/21 39/11 47/7 47/21 49/4 56/2 69/25
 73/22
against [6]  28/4 41/17 50/21 50/23 67/11
 82/2
age [3]  10/13 10/13 21/18
agents [1]  54/18
ago [10]  5/18 6/23 7/1 17/4 23/22 24/3 64/15
 66/18 74/18 80/25
agree [8]  34/23 48/10 48/14 48/18 71/19
 80/17 85/1 85/14
agreed [3]  44/22 50/17 79/12
agreement [8]  43/11 43/25 46/9 49/1 49/10
 50/15 51/1 79/3
ahead [3]  38/23 57/21 74/4
alive [1]  11/18
alleged [2]  40/22 77/2
allegedly [3]  76/21 79/21 83/15
alleges [1]  68/5
allowed [4]  45/17 45/18 45/20 65/1
almost [5]  11/18 11/19 11/21 16/13 50/3
already [2]  6/5 17/20
also [8]  3/12 6/16 10/23 12/2 42/6 45/22
 48/18 72/12
always [3]  25/10 37/15 75/19
amending [1]  43/11
AMERICA [1]  1/3
amount [8]  38/10 39/1 39/15 39/24 44/23
 45/17 50/17 63/6

# A

amounts [2]  4/18 38/6
angel [15]  16/19 16/20 16/20 16/25 17/3
17/15 17/21 19/21 19/24 19/24 19/25 20/3
20/4 22/2 22/7
angels [4]  16/15 17/7 17/7 17/8
another [10]  7/17 7/22 7/24 16/25 23/4 23/22
50/11 55/12 61/13 78/11
answer [16]  16/7 21/3 21/5 24/19 32/14 36/8
39/10 39/12 42/14 50/3 57/19 59/13 64/17
76/9 76/10 80/23
answered [1]  43/3
answering [1]  76/6
answers [1]  36/5
any [47]
anybody [7]  30/20 30/23 31/3 45/22 60/6
60/6 81/25
anymore [3]  27/20 28/3 76/23
anyone [1]  2/20
anything [19]  2/20 4/6 8/6 9/4 30/11 34/1
37/12 37/13 42/16 44/17 44/21 47/15 49/7
57/8 66/1 84/15 87/11 88/7 88/17
aol.com [1]  1/25
apartment [5]  6/21 77/6 80/7 80/14 81/2
apologize [2]  34/24 64/21
appear [3]  34/24 55/9 56/8
Appearances [1]  1/15
appears [2]  55/10 63/2
apply [1]  87/9
appointment [2]  37/20 37/21
approach [7]  13/19 13/25 14/2 14/3 44/5
67/23 84/10
approximately [1]  22/2
Archangel [4]  16/21 16/22 16/23 20/3
area [1]  64/21
aren't [1]  50/1
argue [1]  74/10
around [12]  5/8 5/14 5/17 5/20 6/9 12/23
21/12 58/6 61/4 61/7 69/17 83/4
artist [1]  35/8
Ashville [4]  52/7 53/16 65/21 73/25
ask [29]  3/5 7/25 10/12 12/19 19/9 21/2 21/3
21/4 24/20 30/2 31/12 31/19 39/11 43/14
45/25 47/1 50/11 57/11 59/9 59/23 62/11
65/19 66/2 67/17 69/18 72/24 73/3 73/8
84/16
asked [12]  23/1 29/9 31/9 36/4 44/17 57/16
62/15 62/17 63/23 73/15 83/4 83/8
asking [5]  29/23 39/6 46/1 47/5 74/21
asks [1]  20/4
assistant [3]  31/25 32/2 32/11
assume [1]  84/22
assumed [1]  16/3
assumes [2]  35/12 49/14
attacked [1]  20/23
attention [4]  36/14 46/25 64/7 73/3
attorney [8]  3/3 3/6 32/4 32/8 32/17 82/8
82/23 84/21
Attorney's [1]  1/17
attorneys [1]  51/2
ATV [3]  64/24 65/3 65/6
audio [4]  56/19 57/7 57/24 58/14
August [4]  24/12 24/25 72/20 73/10
August 12th [1]  73/10
August 5th [1]  24/25
AUSA [2]  1/16 1/16
authors [2]  11/17 11/24
available [3]  31/12 84/25 85/1
avoid [3]  20/16 20/17 86/1

away [5]  18/4 35/13 61/12 66/24 71/5

# B

baby [1]  37/23
back [58]
background [3]  10/13 10/14 15/11
backlist [1]  28/21
bad [4]  21/6 38/1 38/1 49/7
Badolato [2]  75/15 76/14
bank [1]  19/16
banter [1]  47/12
Bardfeld [1]  1/16
barn [1]  67/2
based [10]  12/2 26/13 27/11 27/12 27/24
28/9 47/12 69/14 69/16 86/16
basically [1]  8/18
basis [2]  26/9 30/8
batch [1]  62/19
Bates [1]  37/12
Beach [2]  1/7 1/24
bear [1]  88/4
bears [1]  62/10
because [23]  5/11 9/7 10/6 11/13 12/4 12/11
24/15 31/5 40/11 40/17 45/15 51/21 63/3
63/16 63/18 71/12 76/6 78/18 79/21 82/1
83/2 88/13 89/17
become [5]  13/10 17/25 19/1 19/1 20/4
bedrooms [1]  53/3 53/4 53/5
before [24]  1/12 2/18 7/8 7/9 10/23 11/10
14/3 17/8 17/19 17/10 24/3 27/25 28/9 35/24
40/4 42/3 56/23 56/24 60/19 61/18 64/7 78/8
78/9 84/10
began [2]  36/8 36/19
begged [1]  75/19
begin [4]  35/25 36/1 36/17 60/20
beginning [1]  58/13
being [10]  2/7 6/20 13/14 20/9 20/22 21/12
21/14 21/21 47/11 74/23
believe [14]  18/8 27/3 35/6 35/22 35/25
35/25 36/1 36/8 36/8 36/16 36/17 46/2 46/22
71/14
believed [9]  18/14 18/24 20/10 20/13 35/20
35/23 35/24 42/21 45/23
bench [1]  14/2
best [20]  11/3 13/6 15/5 21/12 22/8 22/12
22/15 23/2 23/8 23/17 23/17 24/4 24/6 25/1
25/7 25/13 27/17 27/21 28/8 56/14
best-selling [1]  13/6
between [4]  6/8 18/9 19/18 47/12
big [3]  28/22 52/21 82/18
bills [1]  79/10
binders [1]  34/2
bit [3]  26/7 34/20 56/17
blame [1]  4/21
blindside [1]  45/22
Boca [2]  1/22 35/7
body [6]  17/3 17/16 17/19 17/20 19/25 20/14
book [26]  12/13 12/21 12/24 13/3 13/11
14/10 14/13 16/13 16/15 17/5 17/15 20/1
21/8 21/16 23/4 23/13 25/23 26/4 26/7 26/9
26/11 26/16 26/18 27/16 55/4 55/5
books [59]
born [2]  15/17 37/23
both [1]  77/5
bottom [4]  21/19 62/11 72/11 75/13
bought [6]  27/23 51/14 52/4 52/13 75/24
76/1
Boulevard [1]  1/17

boyfriend [2]  4/14 58/25
Brad [3]  19/15 19/23 83/20
break [2]  2/18 55/19 61/18
Brezak [1]  22/23
bribe [3]  81/12 81/17 81/22
bring [6]  2/10 24/19 46/25 57/8 57/9 59/22
broken [2]  36/19 63/4
brother [2]  53/13 53/15
brothers [1]  40/15
brought [6]  34/15 40/18 41/17 64/6 67/11
70/9
Broward [1]  1/17
built [1]  52/19
burden [1]  88/5
business [4]  26/24 27/2 27/7 71/21
busy [1]  89/10
buy [5]  28/3 51/6 65/6 75/19 75/23

# C

cahoots [1]  42/22
called [6]  12/13 16/15 23/5 58/7 83/2 88/14
calls [5]  5/22 7/4 10/3 37/22 56/19
came [27]  5/16 7/2 8/21 8/22 9/20 9/22 9/25
21/16 21/16 24/25 25/7 25/12 25/18 25/21
25/24 27/17 28/7 35/6 38/18 58/6 58/17 59/6
59/10 61/2 61/9 64/4 68/14
can --I [1]  46/7
can't [9]  7/18 21/4 26/25 27/8 39/10 53/4
54/15 54/20 87/11
candles [1]  5/13
care [1]  60/19
career [6]  21/19 21/25 22/5 24/4 24/10 28/15
Carolina [3]  52/4 53/17 73/25
Carr [1]  24/9
carried [1]  28/11
Cartier [1]  5/5
case [25]  1/2 2/20 4/1 38/3 38/5 38/14 39/6
41/4 55/23 81/12 81/12 81/13 81/17 81/17
81/22 82/2 84/17 85/2 85/9 85/25 86/1 87/23
88/13 88/15 89/7
cash [1]  79/9
cassettes [1]  59/17
casualty [2]  3/7 3/12
Cathedral [1]  32/24
cause [1]  49/4
caution [2]  47/2 47/17
certain [2]  62/1 86/14
certainly [2]  44/18 47/17
CERTIFICATE [1]  90/12
certified [2]  34/22 90/14
certify [1]  90/14
cetera [1]  68/6
Chamberlain [2]  17/2 17/16
chance [1]  73/8
change [2]  7/5 12/7
chaos [1]  21/15
character [3]  18/19 26/11 26/16
characters [14]  11/7 11/18 12/10 12/11
13/14 16/13 16/21 17/22 17/23 17/25 18/12
26/9 55/13 84/4
charge [4]  31/20 31/22 32/13 76/17
charges [1]  76/22
Charlie [4]  26/5 34/9 37/9 42/10
Charlie's [1]  26/15
chart [2]  10/21 10/23
checks [4]  33/25 34/2 34/21 34/22
child [3]  66/13 66/22 71/21
churning [1]  24/14
circumstances [1]  50/14
City [1]  7/10

93

## C

claim [2]  57/14 68/4
claiming [3]  40/24 78/4 78/18
claims [1]  77/19
clarify [2]  32/15 69/9
Claude [39]
Claude's [5]  42/6 68/3 70/8 71/5 71/18
cleaned [1]  24/17
clearly [1]  36/1
Clematis [1]  1/24
client [1]  47/1
coat [2]  32/20 32/21
coconspirator [1]  50/22
coconspirators [1]  42/24
Colin [16]  18/9 18/14 19/7 20/11 72/21 73/10
 73/13 75/8 76/1 76/4 76/16 76/21 77/1 77/2
 83/15 83/19
collect [1]  41/17
color [1]  45/6
coloring [1]  45/16
comes [5]  19/25 24/9 56/23 56/23 56/24
coming [2]  21/11 38/14
comment [2]  46/21 47/11
comments [1]  72/11
common [1]  78/12
Compared [1]  4/18
compel [1]  86/18
compensated [1]  45/23
compensation [6]  44/21 45/24 48/19 48/20
 48/23 49/11
complained [1]  64/23
completely [1]  46/17
composite [1]  62/10
computer [2]  68/1 68/3
con [1]  35/8
concept [1]  18/23
concern [1]  65/7
concerned [2]  50/1 50/9
concluded [4]  9/18 30/13 47/20 85/21
conference [4]  9/18 30/13 47/20 85/21
confronts [1]  46/3
confusion [1]  21/15
connected [1]  61/20
connection [2]  44/24 50/20
conned [1]  26/21
Conning [1]  27/3
consider [2]  79/2 80/11
considered [1]  79/13
conspiracy [2]  44/25 50/20
constantly [1]  21/14
consult [1]  7/17
Cont.'d [3]  3/1 60/24 90/4
contemplate [1]  49/10
contemporaries [1]  24/7
content [4]  8/15 8/17 9/3 9/7
contention [1]  80/15
contesting [1]  34/23
continue [3]  2/22 2/23 38/10
continued [1]  17/10
continuing [1]  79/20
contracts [1]  68/12
contradict [1]  44/17
contradictory [1]  48/25
contributed [1]  12/16
control [10]  68/4 71/20 77/9 77/12 77/21
 77/23 78/2 78/19 79/7 80/22
conversation [15]  6/8 7/21 8/1 18/8 56/21
 58/7 58/11 58/13 58/20 58/21 59/2 59/11
 59/14 61/6 61/14

conversations [18]  8/14 15/23 17/18 37/2
 38/8 57/15 57/18 58/18 59/16 59/17 60/3
 60/5 60/7 60/9 60/13 61/5 61/10 61/15
convicted [8]  44/19 44/24 46/3 48/22 49/11
 49/22 50/20 81/21
convince [1]  36/7
cooperation [2]  2/19 86/3
copies [3]  13/22 16/18 59/17
copy [1]  62/3
copyright [3]  13/2 13/3 17/12
copyrighted [1]  12/23
copyrights [2]  77/12 79/7
corporation [1]  17/14
corral [1]  67/6
correct [14]  11/13 25/10 48/5 48/8 62/1 62/7
 63/4 63/7 78/23 79/1 79/9 80/18 81/12 90/15
correcting [1]  89/17
correctly [1]  76/7
correspondence [2]  40/5 83/20
cost [4]  5/8 53/8 75/18 88/10
couldn't [3]  24/5 75/10 83/1
councils [1]  16/9
counsel [6]  8/2 29/18 44/10 57/14 87/14 89/7
couple [3]  2/19 72/19 87/24
course [1]  65/7
court [7]  1/1 1/23 2/1 32/8 86/22 87/17 88/8
courtroom [6]  2/13 56/1 56/7 60/16 83/3
 86/10
CPE [1]  1/23
CR [1]  1/2
crazy [2]  18/1 18/2
create [2]  18/3 68/2
created [2]  63/24 69/1
creating [1]  83/25
credibility [1]  8/7
crime [4]  44/20 44/24 50/20 54/12
criminal [1]  44/19
criminals [2]  54/12 54/16
cross [7]  1/10 2/23 3/1 60/24 74/19 80/5 90/4
cross-examination [6]  1/10 2/23 3/1 60/24
 74/19 80/5
CRR [2]  1/23 90/20
crux [1]  77/19
cult [1]  17/9
Cynthia [4]  19/15 19/17 20/15 36/2
Cynthia's [1]  17/19

## D

daily [1]  71/9
dangerous [1]  65/6
Daren [1]  42/11
date [14]  59/1 59/19 63/11 63/13 63/14 63/15
 63/15 63/16 63/18 63/20 63/22 64/7 64/18
 64/19
Dated [1]  90/17
dates [5]  5/18 6/18 9/20 59/7 61/12
days [10]  2/19 4/4 5/14 21/20 31/12 31/15
 31/18 54/19 64/15 85/11
dead [3]  17/3 17/16 17/20
deal [4]  19/19 28/22 79/1 79/2
dealing [2]  11/21 38/2
debts [1]  50/2
December [4]  28/25 41/25 42/3 63/17
December 3rd [2]  28/25 42/3
decided [1]  49/9
decisions [3]  37/25 38/1 43/1
deep [1]  20/19
defendant [7]  1/7 1/19 45/2 46/20 60/13
 86/13 86/17
Defendant's [18]  12/18 16/17 43/13 44/8

48/1 57/13 65/19 66/17 66/18 67/16 70/5
 70/22 72/25 73/21 75/5 90/8 90/9 90/10
defense [4]  84/17 87/14 88/4 89/7
definite [1]  74/23
delay [1]  60/19
delicate [1]  64/21
demanded [1]  21/14
demanding [3]  24/16 40/9 40/9
denies [4]  46/3 46/5 82/24 83/13
deny [1]  83/5
Department [1]  55/17
deposition [19]  28/24 29/2 29/9 29/15 29/20
 29/22 29/23 30/6 30/9 36/3 41/25 42/20
 81/24 82/13 82/17 82/20 82/23 83/5 83/12
depositions [6]  39/3 39/20 42/2 42/4 42/7
 42/18
descriptions [1]  66/10
desperate [1]  13/16
Detective [11]  3/25 3/25 26/6 30/15 35/6
 37/10 42/7 42/7 54/11 55/17 62/14
detectives [1]  38/18
develop [4]  17/22 17/23 18/11 18/19
Deveraux [3]  13/2 17/13 17/14
dictate [1]  11/19
didn't [41]
die [4]  17/19 18/25 20/13 79/21
dies [1]  19/24
different [6]  9/1 15/8 26/15 30/5 55/4 81/22
differently [1]  81/6
direct [7]  7/7 26/2 36/3 61/24 73/3 76/8 80/4
disagree [1]  67/15
disagreed [1]  67/14
discharging [1]  85/17
discontinued [3]  44/23 45/19 50/19
discover [1]  13/17
discuss [13]  15/10 15/16 42/15 45/22 55/23
 56/2 64/10 85/16 85/25 86/20 87/11 88/13
 88/14
discussed [6]  16/6 19/6 29/16 29/24 30/3
 42/10
discussing [1]  86/12
discussion [1]  16/9
disregarded [1]  43/6
DISTRICT [3]  1/1 1/1 1/13
divorce [7]  30/1 38/4 43/25 71/23 77/19
 81/12 82/16
docket [1]  41/6
document [8]  43/22 46/4 49/14 68/3 70/16
 70/21 73/9 73/21
documentation [9]  33/19 33/21 33/24 34/16
 34/20 40/22 41/2 41/3 61/19
documents [6]  5/2 22/20 32/7 63/24 63/24
 64/19
does [12]  11/6 12/24 15/3 17/15 27/15 39/9
 49/8 55/8 58/5 75/13 83/21 86/17
doesn't [8]  9/7 37/22 39/17 49/10 50/17
 71/22 74/9 76/17
doing [8]  12/4 16/1 16/8 16/11 56/4 57/7
 65/17 82/10
dollar [1]  38/17
dollars [9]  4/5 4/12 4/15 31/23 32/14 40/6
 51/19 75/18 76/22
don't [140]
don't -- I [1]  54/15
done [8]  12/3 20/22 46/13 64/11 71/5 71/9
 72/19 89/9
down [8]  22/17 24/7 24/10 47/18 48/16 49/5
 49/20 66/21
draw [1]  56/10
drawn [1]  43/21

**94**

**D**

dropped [1]  22/17
dug [1]  8/9
during [4]  51/4 54/7 56/3 80/21

**E**

e-mail [2]  1/25 3/22
e-mails [1]  38/18
each [3]  13/15 55/4 76/22
earlier [3]  57/16 66/25 67/10
early [5]  2/17 6/17 21/23 31/8 31/15
earnings [2]  48/15 48/15
East [1]  1/17
Edilean [3]  28/20 54/25 55/2
editor [1]  31/2
editorialize [1]  24/22
Edwardian [1]  14/16
Edwards [2]  18/24 19/1
efforts [1]  30/16
Egypt [17]  6/17 6/18 6/19 8/11 9/20 9/21
9/23 9/25 58/17 59/6 59/10 61/3 61/3 61/5
61/9 61/14 61/16
Eight [1]  52/12
either [2]  37/11 55/5
elected [1]  18/25
Eli [2]  62/22 63/17
else [7]  9/14 30/11 31/3 47/15 60/4 88/17
88/18
Emily [8]  16/16 16/19 16/20 16/20 19/22
19/24 22/2 22/7
end [2]  58/6 58/22
England [6]  14/16 31/5 51/15 52/2 53/13
53/14
enormous [1]  38/6
enough [5]  46/21 46/22 51/6 58/15 74/8
entered [3]  48/1 48/7 70/5
enters [2]  2/13 60/16
entire [2]  33/18 87/2
entitled [2]  68/3 90/16
escalating [1]  79/14
Especially [1]  80/19
ESQ [1]  1/19
establishes [2]  8/20 8/20
estate [3]  52/17 52/18 79/9
et [1]  68/6
et cetera [1]  68/6
even [5]  7/8 10/23 64/4 65/6 78/4
evening [1]  89/25
event [2]  44/24 50/19
eventually [1]  41/20
ever [17]  4/8 7/16 17/8 17/9 31/8 31/12 31/22
32/13 37/2 37/5 37/12 41/6 42/18 81/25
82/24 83/5 83/13
every [6]  24/19 24/20 33/18 40/8 40/8 50/3
everyone [4]  2/2 2/15 60/18 60/21
everything [10]  4/22 27/14 40/6 59/3 68/5
68/17 77/3 77/6 77/11 80/12
evidence [19]  13/21 14/4 44/8 47/24 48/1
50/23 50/24 62/9 62/21 63/2 69/4 69/21 70/5
70/20 70/22 72/24 75/4 86/14 90/8
evil [4]  26/18 26/19 66/13 66/22
ex [5]  38/6 40/5 77/20 82/24 84/14
ex-husband [5]  38/6 40/5 77/20 82/24 84/14
exact [1]  34/4
examination [15]  1/10 1/10 2/23 3/1 7/7 26/2
58/3 60/1 60/24 61/24 74/16 74/19 80/4 80/5
80/5
except [3]  77/6 80/6 80/14
excerpts [1]  57/10

exclusively [3]  31/9 31/20 31/23
Excuse [1]  40/2
excused [3]  84/10 84/16 88/12
exercise [2]  83/19 83/24
exhibit [20]  12/19 16/17 43/14 44/8 47/21
48/1 48/4 62/10 65/19 66/17 66/17 66/18
67/17 70/5 70/22 73/1 73/21 75/5 75/5 89/17
exhibit 106 [1]  66/12
exhibit 39 [1]  12/19
exhibit 40 [1]  16/17
exhibit 42 [3]  43/14 44/8 48/4
exhibit 43 [1]  65/19
exhibit 44 [3]  66/17 66/17 66/18
exhibit 45 [2]  67/17 70/22
exhibit 47 [1]  73/21
Exhibits [1]  90/8
exist [1]  67/12
exits [3]  56/1 56/7 86/10
expect [1]  48/22
expecting [1]  87/2
expensed [1]  3/11
expensive [1]  5/5
experiences [2]  12/3 27/15
explaining [1]  65/16
extent [5]  16/12 45/15 56/9 88/6 88/7
extra [1]  2/18

**F**

facilitate [1]  88/5
fact [6]  34/8 41/16 45/22 63/23 76/16 81/24
facts [3]  11/14 35/12 81/13
failures [1]  28/14
fair [2]  25/19 53/25
fairly [1]  66/9
fake [1]  27/6
fallen [1]  24/10
familiar [1]  19/18
family [3]  40/25 53/11 62/16
fantasies [1]  70/12
fantasize [1]  81/9
fantasizing [2]  76/5 76/11
fantasy [11]  18/5 18/11 18/17 41/14 41/15
67/12 67/19 68/25 69/15 72/17 84/3
fast [1]  54/20
fault [1]  56/9
favor [1]  83/2
fax [1]  63/19
FBI [2]  54/12 54/18
Fe [3]  82/8 82/14 82/19
February [4]  22/7 22/11 22/14 48/7
February 15th [1]  22/14
February 1998 [1]  22/7
February 1st [1]  22/11
February 9th [1]  48/7
Federal [1]  1/21
fee [1]  63/9
feel [1]  86/19
feeling [1]  22/23
feet [2]  52/22 52/23
felt [1]  79/8
fences [1]  67/7
Ferguson [1]  1/20
few [8]  3/22 11/1 24/3 40/8 53/21 64/15
80/25 85/10
fiction [1]  83/25
fictional [1]  11/14
fight [3]  28/4 28/19 39/17
fighting [2]  39/3 39/15
figure [4]  34/8 34/24 34/25 52/11
figures [1]  23/1

file [2]  40/24 89/11
filed [2]  3/6 32/8
fill [1]  61/25
filled [1]  64/3
final [2]  43/24 48/10
financial [1]  45/15
fine [2]  9/10 45/11
finish [1]  56/11
firm [1]  41/3
first [13]  5/25 8/11 8/18 9/21 30/24 32/19
32/22 34/15 35/19 42/16 52/6 61/2 75/12
five [10]  21/12 23/22 31/12 31/15 31/17
51/23 61/10 70/1 70/2 78/5
five's [1]  70/3
FL [2]  1/18 1/22
Fletcher [6]  52/7 52/8 53/18 53/19 73/16
73/24
Floor [1]  1/18
FLORIDA [5]  1/1 1/7 1/24 86/25 87/24
followed [3]  43/1
following [10]  2/13 8/3 29/10 29/19 36/4
36/5 44/11 57/3 60/16 84/12
foregoing [1]  90/14
Forever [2]  25/10 25/23
form [10]  3/6 11/7 19/16 23/25 35/10 36/22
55/23 61/25 62/3 85/25
former [2]  61/5 82/8
Fort [2]  1/18 55/17
forth [1]  18/9
fortune [1]  27/7
Forty [5]  47/22 47/25 70/1 70/2 70/3
Forty-five [2]  70/1 70/2
Forty-five's [1]  70/3
Forty-two [2]  47/22 47/25
found [3]  16/10 50/23 50/25
four [7]  10/18 25/19 40/14 61/9 78/6 78/7
78/16
Franklin [4]  1/23 90/13 90/19 90/20
fraud [3]  35/8 36/7 79/24
Fred [1]  1/19
Friday [1]  89/5
friend [3]  30/24 31/1 66/20
friends [3]  42/10 53/10 65/15
front [1]  59/20
fruit [1]  67/8
full [2]  34/2 45/17
fund [5]  44/21 45/24 48/19 48/23 49/11
funny [7]  24/5 47/11 67/21 69/3 69/17 72/10
72/11
further [2]  59/8 74/11
future [2]  19/5 40/6

**G**

garage [1]  52/20
Garcia [4]  82/11 82/12 82/21 82/24
garden [4]  33/8 67/7 67/8 67/8
Garwood [1]  24/8
gave [20]  4/3 4/14 4/18 5/3 8/9 26/23 28/25
32/21 33/1 33/3 33/10 33/19 33/24 34/6
34/17 42/18 43/7 61/19 62/16 82/16
Gee [1]  66/17
general [2]  14/13 62/17
gentleman [1]  55/5
gentlemen [3]  2/16 55/22 85/22
gets [2]  45/19 46/2
getting [2]  27/3 79/6
gift [1]  32/19
give [28]  4/8 4/10 5/14 12/6 16/7 18/21 32/19
32/24 36/5 37/16 37/16 37/16 42/7 48/10
48/14 48/19 49/19 49/23 50/3 52/11 59/16

## G

give... [7]  74/8 77/3 77/11 77/15 77/18 84/21 84/23
giving [7]  5/5 10/13 16/9 27/4 38/20 60/12 71/20
goes [2]  15/2 20/3
going [48]
gold [1]  5/11
gone [2]  7/8 24/7
good [12]  2/2 2/6 2/7 2/15 20/8 25/15 27/21 28/4 52/9 54/16 89/6 89/24
got [20]  4/1 5/11 5/12 5/12 5/13 15/21 28/4 33/17 34/25 37/17 38/4 38/24 77/9 79/9 79/10 80/5 80/12 80/13 80/25 81/1
gotten [1]  36/14
GOVERNMENT [10]  1/4 1/16 61/18 61/22 62/3 62/10 64/10 64/13 64/14 66/16
Government's [4]  2/25 64/6 75/4 86/16
gradually [1]  28/2
grief [2]  20/19 24/18
ground [3]  53/6
grounded [1]  64/25
grounds [1]  13/24
group [1]  66/2
guardian [3]  16/25 17/3 17/15
guess [19]  6/12 12/16 17/12 32/6 35/4 35/7 43/12 45/16 45/17 46/7 56/14 59/4 64/9 66/11 71/3 71/8 72/13 87/18 88/19
guide [1]  61/5
guilty [1]  12/7
guys [1]  46/23
gypsies [3]  15/11 15/12 15/14

## H

H-a-y-d-e-n [1]  13/8
H-e-n-s-b-y [1]  31/6
hadn't [2]  38/21 38/21
half [14]  2/18 22/3 35/18 40/6 53/9 58/25 69/15 69/15 70/11 70/11 70/13 72/16 74/18 75/18
hand [1]  84/20
handled [1]  38/4
handwriting [2]  65/15 70/25
handwritten [1]  70/19
hanging [1]  66/13
happen [1]  20/24
happened [6]  6/24 29/22 32/18 43/19 83/16 83/22
happy [2]  12/16 21/13
hard [2]  13/12 39/18
hasn't [1]  44/16
hated [4]  25/2 25/3 28/1 28/2
haven't [2]  3/22 84/20
having [9]  17/18 18/8 20/10 21/14 39/18 49/7 56/10 58/22 61/19
Hayden [1]  13/6
he'll [1]  49/6
he's [6]  3/24 16/24 26/14 33/17 60/15 87/12
head [2]  11/7 71/24
hear [8]  46/21 46/22 47/5 47/7 47/10 47/13 47/14 75/10
heard [9]  2/20 6/8 7/21 38/8 38/25 42/16 47/6 47/14 52/13
hearing [1]  39/20
Heart [2]  25/18 55/11
heavens [1]  51/18 71/17
heavily [4]  77/7 80/6 80/14 81/1
held [4]  8/3 29/19 44/11 84/12
helmet [2]  64/24 65/3

help [13]  18/11 18/19 18/22 19/10 37/12 37/13 37/23 37/25 38/2 38/7 49/20 59/1 74/9
helped [3]  26/7 37/17 37/20
helping [1]  73/11
Hensby [1]  31/6
here [11]  2/17 29/24 44/19 46/25 70/14 84/22 85/19 86/19 87/3 87/19 88/16
hero [2]  55/3 55/4
heroine [1]  20/1
heros [1]  13/10
herself [1]  65/8
hesitate [1]  76/23
high [1]  14/8
highly [1]  74/2
Highway [1]  1/21
Hill [10]  52/13 64/23 65/22 65/23 66/3 66/3 66/4 66/6 66/25 75/14
Hilton [1]  35/7
history [1]  12/11
hold [1]  57/25
holding [1]  33/16
honestly [1]  18/14
Honor [15]  2/7 2/24 7/25 24/21 36/10 44/7 46/16 47/23 49/12 57/6 74/15 76/8 83/6 88/9 89/12
HONORABLE [1]  1/12
hope [3]  26/23 27/4 89/19
hoping [1]  20/18
horses [1]  67/9
hospital [1]  37/17
hotel [2]  35/7 36/25
hotline [1]  10/4
hour [8]  2/18 35/14 35/16 35/18 35/20 35/23 56/11 74/18
house [34]
houses [2]  52/4 74/21
huge [1]  83/16
huh [5]  28/12 36/15 40/21 52/24 72/15
human [2]  20/4 20/9
hundred [3]  4/4 4/12 4/15
hundreds [1]  76/22
husband [9]  9/22 38/6 40/5 61/3 61/4 77/3 77/20 82/24 84/14

## I

I'd [2]  7/25 69/4
I'll [16]  4/4 8/16 8/16 9/1 9/13 16/16 31/22 32/13 56/16 59/9 71/19 76/25 84/24 87/14 87/16 89/11
I'm [55]
I've [11]  28/4 28/9 37/9 42/2 47/3 47/4 47/5 50/2 70/17 75/17 89/9
idea [3]  18/3 29/3 42/9
ideas [3]  15/21 15/21 68/14
identification [6]  16/16 43/14 65/18 67/17 72/25 75/6
imagine [1]  22/13
immediately [4]  35/6 35/13 36/16 50/19
impeach [2]  29/13 29/20 29/22 30/5
impeachment [4]  29/6 36/11 44/16 46/5
important [1]  89/21
impossible [1]  21/13
impression [1]  27/9
improper [2]  29/6 44/16
Inc [3]  13/2 17/13 17/14
includes [1]  44/23
income [1]  80/13
inconsistent [1]  29/21
incorporated [1]  43/10
individuals [1]  57/16

influence [6]  23/5 25/19 25/24 27/16 27/20 28/7
inhabiting [2]  17/3 17/20
inhabits [1]  19/25
initial [1]  68/14
innocent [1]  12/7
inside [2]  12/24 71/24
insinuating [1]  18/1
instead [2]  62/24 79/6
instructed [1]  21/3
interest [2]  45/16 65/8
interference [1]  19/14
Internet [1]  40/13
interrupt [2]  8/12 46/13
interweave [1]  11/14
investigate [1]  30/16
investments [1]  68/16
involved [2]  21/21 51/2
irrelevant [1]  9/12
IRS [4]  3/7 3/8 20/16 20/17
isn't [5]  3/17 19/21 30/2 32/18 39/5 48/25 49/22 63/23 72/8 72/8 72/16 81/24
isolated [3]  18/18 30/18 53/10
issue [3]  8/23 29/13 87/4
issues [2]  88/1 88/10
it's [49]
It's -- I [1]  35/4
Italy [11]  51/6 51/7 51/9 74/24 75/15 75/1 75/22 75/23 75/24 76/2 76/2

## J

J-U-L [1]  63/21
January [4]  21/22 63/11 63/12 63/12
January 15th [1]  21/22
January 20th [1]  63/12
Jason [1]  26/13
JM [1]  62/11
JM-350 [1]  62/11
job [2]  26/24 27/2
joke [1]  31/19
jokes [1]  30/24
joking [1]  46/19
jokingly [1]  32/13
Joyce [26]  4/19 5/11 5/12 5/13 10/7 10/7 15/22 17/8 18/17 19/4 21/10 24/4 24/16 27/20 36/7 37/12 50/21 55/17 69/3 69/11 73/25 77/3 81/11 81/16 81/18 83/16
Joyce's [1]  25/19
JUDE [5]  1/11 2/25 50/21 72/14 90/3
judge [32]
judgment [1]  11/24
Julie [1]  24/8
July [4]  21/16 23/7 23/10 63/21
July 13th [1]  23/10
July 6th [1]  23/7
June [1]  58/23
jurors [4]  2/10 46/22 57/9 59/22
jury [18]  1/11 2/13 9/6 34/25 46/25 56/1 56/23 56/24 59/21 60/16 74/23 77/1 77/5 80/4 80/7 80/24 85/17 86/10
just [43]

## K

Keechl [1]  1/20
keep [4]  47/2 78/2 78/25 81/1
KENNETH [1]  1/12
kept [1]  79/7
Kerry [2]  18/24 18/25
Ketton [1]  52/2
kickboxer [1]  26/12

**K**

kicker [1] 79/12
kid [1] 66/20
kids [1] 66/12
kill [1] 71/25
kind [2] 52/20 69/14
knew [4] 19/5 19/10 65/10 65/12
know [4] 20/24 20/25 20/25 58/24
known [4] 20/24 20/25 20/25 58/24
Kopelowitz [1] 1/20

**L**

ladies [3] 2/16 55/22 85/22
Lane [1] 13/6
largest [1] 28/16
last [4] 8/9 21/16 23/16 33/5
lately [1] 3/21
later [4] 38/6 55/8 81/21 84/1
Lauderdale [2] 1/18 55/17
laugh [2] 69/3 69/12
laughed [1] 10/7
laughing [2] 46/23 46/24
laughter [2] 46/18 47/12
Laura [1] 10/9
Laurence [1] 1/16
law [5] 41/3 42/22 78/12 78/14 89/7
lawsuit [10] 40/18 40/22 40/24 67/19 68/4
  69/1 70/8 70/9 71/18 72/9
lawsuits [1] 67/10
lawyer [5] 38/2 38/4 39/5 40/23 42/6
layman's [1] 18/3
lease [5] 51/7 51/12 75/24 76/12 76/13
leased [2] 51/7 51/9
least [7] 28/6 36/14 49/10 51/2 62/6 63/2
  78/22
leave [6] 18/15 28/20 28/21 54/23 55/24
  76/25
lectures [1] 58/22
left [4] 35/22 35/24 36/9 36/18
legal [2] 43/12 80/21
let [28] 3/5 3/8 7/5 12/18 12/25 13/19 14/1
  14/3 19/9 28/18 28/20 28/22 36/3 43/13 58/2
  58/12 62/9 65/18 65/25 66/16 67/16 70/19
  72/23 73/8 73/21 75/12 75/12 75/21
let's [8] 9/16 16/3 16/15 26/1 28/24 55/22
  59/22 66/24
letter [10] 20/10 72/20 73/11 75/8 76/1 76/16
  76/20 77/2 77/5 83/15
lettering [1] 71/1
letters [5] 18/9 19/7 76/4 76/13 83/19
liability [1] 48/11
library [2] 16/10 68/8
lie [4] 23/22 36/20 38/20 75/2
lieu [1] 79/6
life [12] 6/24 12/5 13/14 14/16 14/23 15/1
  15/3 15/3 49/8 65/11 71/6 71/21
light [1] 3/5
liked [3] 27/25 28/1 28/10
Linda [1] 31/2
line [1] 36/4
line 16 [1] 36/4
lines [3] 62/1 63/4 64/1
list [19] 21/12 21/17 22/8 22/12 22/15 22/16
  23/2 23/8 23/11 23/18 24/4 24/6 25/1 25/8
  25/13 27/17 27/21 28/8 89/17
listen [7] 9/7 9/11 37/8 43/7 57/14 57/18
  75/20
little [11] 11/23 24/5 26/7 52/19 56/16 66/9
  66/20 67/1 67/2 67/7 89/10

live [6] 11/21 19/3 20/16 53/13 53/15 74/8
lived [1] 66/20
lives [2] 14/22 85/5
living [5] 6/20 6/20 41/11 78/10 78/15
long [8] 5/18 6/23 7/1 17/4 51/11 53/20 61/12
  74/7
longer [1] 24/10
looked [3] 30/17 88/22 88/23
looking [1] 46/23
looks [4] 59/18 69/2 73/12 73/23
loss [2] 3/7 3/12
lot [14] 11/10 15/18 15/19 25/4 26/25 27/10
  27/25 33/21 34/10 61/15 61/19 65/10 69/16
  73/11
loud [3] 46/21 46/22 83/1
love [11] 8/18 8/19 13/15 20/5 21/15 23/13
  24/5 24/12 24/25 28/2 69/15
low [2] 27/21 27/21
lump [7] 38/10 38/15 39/1 39/8 39/15 39/24
  39/25
lunch [1] 36/25
lying [2] 40/16 40/25

**M**

ma'am [11] 2/11 2/12 21/5 50/10 56/2 57/13
  69/19 74/18 76/10 83/9 88/12
mail [2] 1/25 3/22
mails [1] 38/18
main [1] 77/21
makes [1] 74/10
making [11] 5/19 11/24 19/16 37/21 40/11
  43/1 47/4 47/6 68/4 76/5 76/11
malpractice [1] 79/24
man [7] 3/17 17/16 18/21 26/15 40/7 71/6
  71/24
managed [1] 68/16
mansion [1] 19/3
marital [1] 43/11
mark [1] 16/16
marked [6] 12/18 43/13 62/9 65/18 66/16
  67/16
marking [1] 72/25
MARKS [6] 1/6 2/5 8/9 15/6 50/21 57/4
MARRA [2] 1/2 1/12
marriage [7] 29/16 29/25 30/1 30/4 78/12
  78/18 80/21
married [2] 78/5 78/16
Marrow [1] 31/2
marry [1] 18/15
masses [2] 32/20 22/19
matter [5] 34/8 46/12 46/16 46/24 90/16
matters [2] 15/24 16/6
maybe [5] 33/8 37/19 38/15 56/9 56/21
me [95]
mean [11] 33/25 39/17 45/6 45/7 46/13 49/14
  71/22 71/23 80/12 81/20 83/21
meaning [1] 27/1
meant [3] 72/10 72/11 78/12
mediation [15] 39/2 39/4 39/7 39/9 39/16
  39/17 39/17 39/19 40/1 41/23 41/24 42/3
  42/20 43/19 43/21
meeting [5] 30/15 33/4 33/5 86/5 86/5
member [1] 62/16
memorializes [1] 46/9
memory [23] 7/22 8/8 8/23 8/24 9/5 9/5 9/8
  9/16 13/1 14/18 14/19 15/5 17/6 22/21 57/12
  57/17 58/5 60/12 61/1 61/8 65/25 66/8 73/22
men [1] 26/15
mention [4] 8/16 29/1 38/17 88/8
mentioned [6] 7/7 11/1 26/1 30/18 33/1

54/22
Merit [1] 90/13
Merry [10] 52/13 64/23 65/22 65/23 66/3
  66/3 66/3 66/6 66/25 75/14
messenger [1] 32/20
met [14] 9/22 10/16 11/5 12/13 13/16 17/8
  17/9 17/10 21/9 21/11 22/3 28/10 32/19
  32/22
Mexico [7] 32/4 32/9 40/24 41/22 41/23 42/8
  78/12
Michael [11] 10/7 16/21 16/25 17/2 17/2
  17/3 17/15 17/16 20/3 36/7 50/21
might [1] 87/12
Mike [2] 55/5 55/7
Miller [3] 19/15 20/15 36/2
million [29] 31/22 32/13 33/2 33/10 33/11
  33/17 33/20 33/24 34/3 34/8 34/25 38/16
  38/16 38/17 38/20 40/6 44/23 45/13 45/14
  45/18 45/19 48/12 50/15 50/18 51/17 51/19
  52/1 53/9 75/18
millions [1] 79/10
mind [5] 27/12 33/15 78/14 83/17 83/22
mine [1] 30/24
miniature [1] 67/5
mink [2] 32/20 32/21
minute [1] 55/23
minutes [5] 23/22 24/3 55/25 56/15 80/25
mis [1] 89/18
mis-numbering [1] 89/18
misread [2] 72/3 72/5
Mitzi [2] 26/16 27/9
model [1] 27/9
modifying [1] 43/25
Mohammed [27] 4/3 4/4 4/8 4/10 5/3 5/5
  5/12 5/20 6/9 6/21 7/3 8/10 8/19 9/22 10/1
  10/13 10/16 10/21 29/1 30/1 57/12 58/8
  58/18 58/24 59/11 59/16 60/4
moment [3] 6/13 7/5 84/7
Monday [6] 85/24 86/5 86/5 88/20 88/22
  88/25
money [59]
MONTASSIR [7] 1/11 2/25 10/24 29/1
  86/12 87/23 90/3
month [2] 51/8 74/25
months [5] 6/19 40/8 53/21 61/10 64/7
morning [12] 2/2 2/6 2/7 2/15 2/17 2/18 86/5
  86/5 88/20 88/24 89/1 89/20
mortgaged [5] 74/2 77/7 80/6 80/14 81/1
most [2] 72/16 77/11
motive [3] 44/18 45/6 49/22
mouth [1] 47/2
move [3] 13/20 69/4 69/21
movie [1] 12/10
movies [2] 12/10 26/14
moving [1] 13/21
Mr [2] 90/4 90/5
Mr. [23] 2/5 2/23 24/23 28/13 34/14 37/2
  46/17 46/18 46/19 47/1 47/13 47/13 55/20
  56/4 60/22 63/23 64/14 70/1 74/14 75/4
  76/20 81/15 86/20
Mr. Ogden [1] 34/14
Mr. Powell [1] 76/20
Mr. Schwartz [12] 2/5 2/23 24/23 46/17
  46/19 47/1 47/13 55/20 56/4 60/22 70/1
  74/14
Mr. Stack [4] 28/13 37/2 63/23 64/14
Mr. Stefin [5] 46/18 47/13 75/4 81/15 86/20
Ms. [2] 2/5 22/23 31/6 57/4 86/12 87/23
Ms. Brezak [1] 22/23
Ms. Hensby [1] 31/6

**M**

Ms. Marks [2]  2/5 57/4
Ms. Montassir [2]  86/12 87/23
much [14]  4/10 5/2 18/18 31/19 34/16 51/8
 51/14 51/21 52/8 53/6 53/8 54/16 56/12 77/7
multiple [1]  21/11
murder [1]  20/24
myself [1]  71/25

**N**

name [7]  3/15 10/6 15/8 19/17 20/15 27/24
 62/24
named [6]  10/9 10/24 13/6 17/16 26/16 55/5
names [3]  12/6 12/7 30/17
near [2]  65/21 73/25
necessary [1]  84/17
need [11]  4/21 24/16 30/8 58/1 59/8 86/17
 86/19 86/21 88/6 88/11 88/17
needed [3]  24/15 87/3 88/16
needs [2]  87/19 87/20
negotiated [1]  68/12
neighbors [1]  64/23
never [17]  15/14 15/14 18/2 19/17 34/6 37/9
 38/4 42/10 43/7 47/14 64/4 70/9 74/24 75/17
 78/14 83/16 83/22
New [26]  7/10 21/12 21/17 22/8 22/12 22/15
 23/8 23/10 25/7 25/13 28/8 32/4 32/8 40/24
 41/22 41/23 42/8 61/11 61/14 61/16 77/6
 78/12 80/6 81/1 88/5 85/5
news [1]  86/1
next [7]  6/4 22/11 36/24 56/11 85/24 86/24
 87/24
nice [4]  7/6 18/18 25/15 86/2
night [2]  8/10 75/17
Nights [4]  26/1 26/4 54/15 55/7
no [100]
None [1]  54/17
North [3]  52/4 53/17 73/24
note [1]  88/21
notes [6]  37/8 37/9 37/11 55/24 86/4 88/23
nothing [3]  30/1 78/13 88/18
novel [2]  18/19 27/1
novels [3]  19/11 19/13 21/13
November [1]  58/7
number [34]
number $1.2 million [1]  52/1
number 1 [2]  24/8 24/9
number 17 [1]  25/21
number 2 [3]  25/12 25/12 28/7
number 24 [1]  27/17
number 25 [1]  23/17
number 27 [1]  21/17
number 3 [1]  22/7
number 4 [3]  22/11 22/15 25/24
number 5 [1]  23/7
number 6 [2]  22/17 23/10
number 8 [2]  25/1 25/7
numbering [1]  89/18
numbers [5]  45/9 52/9 63/3 73/17 73/20
numerology [1]  10/21

**O**

o'clock [1]  86/8
oath [1]  2/12
object [2]  29/4 35/2 35/10 68/22
objected [1]  46/1
objecting [1]  6/4
objection [30]  4/16 4/23 6/1 8/4 13/20 13/23
 13/24 23/25 24/21 29/11 29/17 36/10 36/22

42/12 44/9 47/25 49/12 50/5 50/7 50/10 69/5
 69/22 69/24 70/4 72/2 72/4 79/16 80/1 80/9
 83/6
objectionable [1]  6/5
objections [1]  46/20
obsessed [1]  13/10
obviously [1]  58/9
occupation [1]  26/20
off [10]  3/8 3/12 21/18 33/23 63/18 65/4
 79/12 87/6 87/7 88/22
offer [4]  14/3 44/8 47/24 72/24
offered [1]  75/21
office [2]  1/17 89/10
officers [1]  36/6
Official [1]  1/23
Ogden [4]  3/25 34/14 37/10 42/7
oh [7]  37/21 46/22 50/23 51/10 71/17 82/15
 82/18
okay [36]
old [2]  10/16 63/19
older [1]  40/15
Olive [1]  33/8
once [4]  7/8 36/19 40/8 55/13
one [43]
one's [3]  13/14 28/22 87/1
one-time [1]  51/10
ones [5]  38/1 38/1 54/14 62/25 80/20
online [1]  30/17
only [12]  41/16 45/18 51/12 54/16 61/3 65/12
 78/4 81/13 81/13 82/3 89/1 89/16
opened [2]  63/17 64/8
opinions [2]  55/24 86/1
opposed [1]  60/4
orchard [3]  67/3 67/4 67/8
order [2]  2/1 43/11 45/7 86/18
ordered [1]  84/24
ordinary [1]  38/12
Ostrow [1]  1/20
Otherwise [1]  87/19
our [1]  89/17
outside [3]  52/7 52/19 53/16
over [11]  17/16 17/19 21/19 28/11 47/25 49/6
 51/19 51/23 68/4 75/17 88/15
Overruled [9]  4/17 35/3 35/11 36/12 36/23
 42/13 49/13 79/17 80/10
oversaw [2]  68/16 68/21
owe [1]  49/20
owed [3]  39/21 41/18 83/2
owes [1]  33/15
own [7]  13/3 15/25 33/17 75/14 76/2 76/13
 86/18
owned [3]  74/21 74/24 76/12

**P**

p.m [1]  89/25
PACER [1]  89/12
paddock [1]  67/6
page [5]  17/15 29/9 36/3 44/12 75/13
page 29 [1]  29/9
page 42 [1]  36/3
page 7 [1]  17/15
paid [10]  3/13 33/12 33/16 51/13 52/2 63/9
 73/15 73/24 75/25 75/25
palm [3]  1/7 1/24 7/10
paper [3]  43/21 48/9 72/10
paperbacks [1]  14/7
papers [2]  41/8 41/10
paragraph [5]  44/14 44/15 45/20 50/18 73/4
paragraph 2 [1]  50/18
paragraph 4 [3]  44/14 44/15 45/20

park [1]  20/23
parody [1]  69/14
partially [1]  27/14
participating [1]  83/24
particular [1]  64/18
particularly [1]  81/8
passages [1]  26/8
past [6]  14/15 14/22 14/22 15/1 15/3 28/9
Patrick's [1]  32/23
pay [10]  31/25 49/20 50/15 50/24 51/14
 51/21 52/8 79/10 79/12 79/12
payees [1]  63/3
paying [5]  38/6 48/16 50/2 51/8 54/6
payment [5]  44/22 48/11 50/17 79/20 88/1
payments [1]  40/12
payouts [1]  38/11
pending [1]  6/3
penny [1]  33/18
people [21]  11/21 12/2 12/5 12/6 12/11 24/9
 25/2 25/3 25/4 26/18 26/21 27/3 27/23 28/1
 28/1 28/10 29/15 34/10 47/6 61/20 64/13
percent [4]  48/15 48/20 49/19 78/22
percentage [1]  48/14
period [1]  54/7
permission [1]  60/10
perpetrated [1]  50/21
person [3]  19/25 20/23 82/8
personal [1]  76/13
personally [1]  38/19
perspective [1]  3/24
persuading [2]  35/16 35/17
phenomena [1]  54/8
phone [11]  3/23 5/22 5/24 6/11 7/3 7/4 8/18
 8/19 60/8 61/10 61/17
photography [1]  68/8
picked [2]  28/16 36/24
pictures [9]  65/14 65/16 65/20 65/23 66/1
 66/9 66/12 66/19 66/24
piddling [1]  4/19
piece [1]  72/10
pinpoint [1]  59/1
Pitt [3]  19/15 19/23 83/20
places [1]  11/13
planning [2]  87/23 87/24
play [9]  8/1 9/6 56/21 57/10 57/21 58/1 58/12
 59/2 59/8
playacting [6]  16/13 17/21 17/23 19/9 19/10
 19/12
played [3]  26/13 57/24 58/14
playing [2]  9/2 60/15
please [14]  2/2 2/15 4/25 8/2 24/22 29/18
 44/10 50/11 55/23 59/22 60/21 76/10 85/25
 86/1
plot [3]  14/13 14/25 19/21
plots [4]  13/13 13/13 18/20 19/19
plotted [1]  68/10
plumber [1]  55/15
point [3]  6/2 10/20 58/25
pointed [1]  89/18
Police [1]  55/17
portion [1]  58/12
portions [1]  56/22
positions [1]  23/1
possibility [1]  88/13
possible [2]  86/13 86/15
posted [1]  40/14
Powell [18]  18/9 18/14 18/25 19/2 20/11
 72/21 73/11 73/13 75/8 76/1 76/4 76/16
 76/20 76/21 77/1 77/2 83/15 83/20
practically [1]  40/8

**P**

pregnant [1] 10/24
prejudiced [1] 82/2
presence [1] 9/6
present [2] 15/3 57/4
presenting [1] 86/14
president [2] 19/1 19/2
presidential [1] 19/3
previous [1] 78/19
previously [3] 15/17 64/24 73/15
price [1] 73/19
primarily [2] 44/15 54/11
printed [2] 70/14 71/4
prior [4] 7/12 30/15 40/4 46/6
prison [1] 46/24
private [1] 76/12
probably [22] 10/2 10/15 10/22 10/25 13/18
 19/8 22/10 23/9 23/12 25/9 25/17 25/22
 25/25 33/5 35/18 37/19 42/5 49/6 56/11
 69/13 86/23 87/22
problem [2] 46/11 85/11
problems [2] 20/16 20/17
proceed [3] 2/8 57/5 60/22
proceeding [1] 77/20
proceedings [9] 1/11 2/14 8/3 29/19 44/11
 57/3 60/17 84/12 90/15
process [1] 88/6
professional [1] 69/2
Proffer [2] 58/3 60/1
program [1] 48/19
promised [1] 89/11
propaganda [1] 69/17
properties [1] 77/24
property [10] 48/11 77/12 79/8 79/8 79/11
 79/14 80/6 80/11 80/14 80/25
prosecution [2] 34/11 35/1
protect [1] 12/7
protection [1] 54/10
provided [1] 62/19
psychic [18] 7/9 7/17 7/22 7/24 10/3 13/17
 14/15 14/20 14/22 15/5 19/5 27/5 27/6 54/8
 56/21 58/24 65/12 79/24
psychic's [1] 15/16
psychics [4] 15/10 15/11 54/1 54/8
publishing [2] 27/23 28/17
publishing's [1] 28/12
purchase [1] 73/19
purchased [1] 80/12
purpose [1] 45/8
pursuant [1] 50/18
put [11] 3/24 5/13 27/19 49/2 55/14 63/22
 67/4 67/7 67/7 75/4 76/12
putting [3] 46/11 83/16 83/22
pyramid [1] 27/23

**Q**

quality [1] 24/11
question [27] 4/25 6/2 6/4 11/8 23/25 24/19
 24/20 29/10 35/2 35/10 36/6 36/14 36/22
 39/11 39/12 39/18 50/11 57/19 59/24 73/8
 76/9 76/10 80/23 85/13 86/12 86/15 87/18
questions [11] 21/3 21/4 21/5 36/4 39/10
 45/25 47/5 72/19 72/25 74/11 84/9
quickly [2] 36/6 56/22
quite [2] 18/7 34/20
quote [1] 28/6

**R**

R-a-l-e-y [1] 3/19

Raley [1] 3/16
Random [1] 28/16
rather [8] 9/6 9/11 20/4 38/10 39/2 39/15
 39/16 59/2
rational [1] 20/9
Raton [2] 1/22 35/7
re [3] 84/16 85/2 86/13
re-call [3] 84/16 85/2 86/13
reach [2] 43/2 43/8
reached [1] 78/19
read [13] 2/20 14/10 14/17 14/17 15/19 20/7
 26/25 27/10 27/25 32/7 44/13 63/18 75/12
reader [1] 7/10
ready [2] 2/8 57/5
real [10] 11/20 12/1 12/5 12/11 17/25 19/13
 20/4 79/9 84/2 84/5
realistic [1] 84/6
reality [1] 18/4
realize [1] 3/3
really [8] 18/8 18/24 20/10 20/13 37/6 54/20
 59/12 84/3
Realtime [1] 90/14
reason [1] 81/25
reasons [1] 82/1
rebuild [1] 51/25
rebuilding [1] 28/15
recalling [1] 85/11
received [1] 40/4
recent [1] 28/14
recess [5] 55/23 56/3 57/2 85/23 89/25
recessed [1] 2/21
recognize [8] 12/19 43/14 43/16 43/18 62/12
 65/19 67/17 69/6
recollection [8] 6/10 14/11 52/2 56/23 60/3
 60/6 73/2 73/18
record [10] 2/4 7/2 37/2 59/10 59/16 62/21
 86/21 87/6 87/7 90/15
recorded [9] 6/8 6/11 7/21 57/15 58/8 58/10
 58/10 58/18 60/13
recorder [1] 37/5
recording [11] 5/20 5/22 7/4 8/10 58/9 59/14
 59/19 60/3 60/4 60/7 60/9
recordings [6] 8/8 8/14 8/15 57/11 57/12
 60/12
records [4] 62/15 62/17 62/18 62/19
recovered [1] 48/18
recovers [1] 44/21
recross [5] 1/10 74/14 74/16 80/5 90/5
Recross-examination [1] 74/16
recurring [1] 57/15
redacted [1] 45/10
redirect [2] 56/12 81/15
refer [1] 82/20
reference [1] 18/2
refresh [12] 6/10 7/22 14/11 17/5 22/20 52/1
 56/22 58/5 65/25 73/2 73/18 73/22
refreshed [3] 61/1 61/8 66/8
refreshes [6] 9/8 12/25 14/18 14/19 57/11
 57/17
regarding [5] 14/25 15/24 17/18 41/8 62/15
Registered [1] 90/13
regularly [1] 66/9
reincarnated [1] 15/17
reincarnation [2] 15/20 17/9
related [1] 50/22
relating [1] 46/19
relationship [8] 10/12 20/1 30/21 31/3 31/8
 32/22 54/4 78/19
relative [1] 74/2 74/6
released [1] 84/23

relevance [2] 6/1 13/24
relevant [8] 8/15 8/22 9/4 9/8 45/8 45/15
 45/20 46/10
remains [1] 85/14
remember [79]
remembered [2] 7/8 7/14
remembers [1] 88/9
Remembrance [4] 12/14 12/22 12/23 13/5
remodel [1] 75/25
remodeled [1] 52/18
remodeling [2] 75/9 75/11
rented [1] 74/24
repair [4] 51/21 51/22 51/24 51/25
Rephrase [1] 4/25
report [2] 86/22 87/16
Reporter [4] 1/23 1/23 90/13 90/14
reports [1] 86/1
represented [2] 42/2 58/21
requesting [2] 86/24 87/1
reread [2] 70/15 71/4
rescued [2] 26/5 28/13
research [8] 11/10 15/19 15/19 16/10 16/11
 27/1 27/10 27/11
researched [1] 68/6
resolved [1] 46/2
responsible [2] 33/11 33/16
rest [3] 72/16 81/7 89/4
restaurant [2] 33/4 33/7
resumed [2] 2/25
retired [1] 55/16
return [2] 23/5 85/5
returned [1] 8/11
returns [1] 3/12
Reynolds [1] 20/15
rid [1] 53/22
ride [1] 65/1
ridiculous [1] 18/23
riding [2] 64/24 67/6
right [102]
rights [1] 54/23
RMR [2] 1/23 90/20
road [1] 66/21
Robin [1] 24/8
rode [1] 65/2
Roger [1] 1/16
romance [5] 13/6 18/19 19/11 19/19 20/10
romance-type [1] 19/19
romantic [2] 21/13 83/25
ROSE [71]
Rose -- I [1] 81/16
Rose's [6] 23/4 25/24 27/16 28/7 43/1 43/4
roughly [4] 59/5 59/5 74/19 78/15
routine [1] 19/18
royalties [1] 12/17
ruined [3] 21/25 22/5 24/4
rule [2] 87/9 87/10

**S**

salary [1] 31/25
Sam [8] 10/24 10/24 64/24 65/14 65/15 66/9
 66/12 66/13
Sam's [1] 65/10
same [4] 24/9 45/9 47/8 88/21
Santa [3] 82/8 82/14 82/19
saw [6] 24/17 32/10 32/11 36/1 40/13 64/4
say [21] 9/3 12/24 15/18 29/21 31/16 31/22
 32/13 47/10 47/14 50/17 53/25 66/13 66/22
 71/4 71/11 71/18 75/13 75/16 83/1 83/12
 83/16
saying [24] 5/20 15/21 18/23 20/9 20/21 21/1

**99**

**S**

saying... [18]  28/3 33/13 34/9 35/23 40/1
43/4 58/23 63/16 63/18 68/25 71/12 71/19
74/7 76/21 82/24 83/5 83/13 87/12
says [10]  44/22 48/9 63/6 63/20 68/7 68/9
68/13 68/15 71/8 76/19
Scarlet [4]  26/1 26/4 54/15 55/7
Schedule [1]  33/22
scheduled [2]  85/5 85/6
schizoid [1]  11/23
Schuster [3]  28/18 48/15 54/23
Schwartz [15]  1/19 2/5 2/23 24/23 46/17
46/19 47/1 47/13 55/20 56/4 60/22 70/1
74/14 90/4 90/5
seated [4]  2/3 2/16 60/21 86/11
second [9]  7/3 8/20 9/25 40/2 58/17 59/6
59/11 61/9 73/4
Secret [2]  54/12 54/17
secretary [1]  31/5
seeing [4]  7/12 7/16 37/6 37/11
seem [4]  9/8 43/3 50/1 74/7
seemed [1]  40/8
seems [4]  38/12 49/18 61/6 61/13
seen [5]  3/21 3/22 37/9 41/6 75/16
sees [2]  27/15 81/7
selective [1]  9/5
seller [16]  21/12 22/8 22/12 22/15 23/2 23/8
23/11 23/17 24/4 24/6 25/1 25/8 25/13 27/17
27/21 28/8
selling [2]  11/3 13/6
semi [1]  26/14
semi-bald [1]  26/14
send [4]  65/14 66/12 68/1 68/3
sense [2]  74/9 74/10
sent [8]  31/5 32/20 33/22 34/21 34/21 34/23
66/8 69/1
sentence [1]  75/12
September [2]  1/8 90/17
sequestration [1]  87/10
series [4]  28/20 54/22 54/24 55/3
served [3]  41/8 41/10 87/20
server [1]  88/7
Service [2]  54/12 54/17
session [5]  85/23 88/20 88/23 89/1 89/3
settle [12]  38/9 38/15 39/1 39/4 39/6 39/8
39/8 39/14 39/23 39/25 40/6 41/20
settled [2]  38/19 82/1
settlement [18]  38/17 38/20 38/21 43/2 43/8
43/10 43/11 43/24 43/25 44/3 45/17 48/4
48/10 48/12 48/16 51/1 79/3 79/11
seven [3]  21/20 22/2 54/19
sex [1]  8/19
SFranklinUSDC [1]  1/25
shape [1]  51/22
she'd [3]  32/4 71/9 74/8
she'll [1]  39/12
she's [8]  47/4 65/13 84/22 85/4 85/10 85/13
85/15 87/20
shed [3]  52/19 67/1 67/2
short [2]  8/1 26/14
shortly [2]  6/21 58/5
shot [1]  82/18
should [12]  20/22 20/23 20/24 20/25 39/2
45/12 45/17 45/18 45/19 74/8 78/19 80/15
shouldn't [2]  46/23 47/9
show [14]  5/2 9/5 12/18 12/25 31/18 43/13
62/9 65/18 65/25 66/16 67/16 70/19 72/23
73/21
showed [10]  24/3 32/7 33/21 33/23 48/4 62/3

62/6 64/11 64/12 64/16
showing [2]  33/19 33/24
shows [4]  44/18 45/6 45/15 62/11
shut [1]  47/3
sidebar [8]  8/3 9/18 29/19 30/13 44/11 47/20
84/12 85/21
sign [2]  38/5 43/22
signed [3]  19/17 19/17 79/3
similar [2]  15/5 19/21
Simon [3]  28/18 48/15 54/23
since [7]  2/21 6/25 28/13 44/2 54/10 78/25
79/10
single [2]  52/15 52/16
sir [1]  2/9
sit [1]  47/18
sitting [1]  46/21
situation [1]  52/17
situations [1]  83/25
six [1]  22/3
skip [1]  9/14
slash [1]  50/21
slow [1]  28/12
slowly [1]  56/9
small [1]  6/24
sneaked [1]  65/4
so-and-so [1]  31/17
somebody [10]  10/9 15/16 19/24 34/11 35/1
44/19 60/4 60/9 82/18 89/10
somehow [1]  42/21
someone [6]  10/24 13/16 18/18 24/12 24/25
28/2
something [14]  5/11 9/14 29/21 30/5 41/25
46/19 46/20 47/11 60/19 69/3 69/11 69/17
70/11 85/16
sometime [2]  32/22 86/24
sometimes [4]  12/6 12/10 81/6 81/9
somewhere [2]  7/11 34/10
son [4]  17/19 17/21 65/20 71/5
son's [1]  40/17
soon [2]  36/1 47/17
sorry [15]  6/20 8/13 11/17 19/1 21/8 39/10
43/20 55/1 56/8 60/18 61/23 72/7 75/10 79/6
83/10
sort [1]  89/9
sounds [2]  11/7 11/23
South [3]  1/21 86/25 87/23
SOUTHERN [4]  1/1 75/22 75/23 75/24
speak [3]  69/18 79/12 87/5
specific [1]  62/17
specifically [5]  22/19 40/7 58/19 59/18 82/19
speed [2]  56/16 59/2
spelled [1]  62/24
spend [1]  31/9
spent [4]  6/19 21/17 35/16 75/17
spirit [1]  20/14
spirits [2]  15/20 37/16
spiritual [3]  12/54 15/24 16/6
spirituality [1]  54/8
split [1]  80/20
square [2]  52/22 52/23
St. [1]  32/23
St. Patrick's [1]  32/23
Stack [13]  3/25 26/5 26/6 28/13 30/15 34/9
35/6 37/2 42/7 54/11 62/14 63/23 64/14
stamp [2]  62/11 62/11
stand [3]  2/11 2/25 49/7
stars [1]  12/10
started [5]  7/16 28/2 29/25 35/22 62/14
starting [2]  21/19 36/4
stated [1]  76/6

statement [2]  46/6 47/14
statements [1]  47/7
STATES [9]  1/1 1/3 1/13 1/17 5/21 6/22 7/2
58/6 61/2
Statham [1]  26/13
stay [7]  53/20 84/15 85/10 85/19 86/25 87/2
87/23
stayed [1]  53/16
steadily [1]  24/7
Stefin [6]  1/16 46/18 47/13 75/4 81/15 86/20
Stephen [4]  1/23 90/13 90/19 90/20
still [8]  2/11 21/20 22/15 25/23 38/6 42/21
65/2 68/2
stimulate [1]  19/10
stimulation [1]  19/13
stipulated [2]  43/11 43/24
stop [2]  21/21 58/2
stopped [1]  7/10
store [1]  32/23
stories [5]  11/9 24/6 76/5 83/16 83/22
story [4]  11/6 11/15 13/5 19/15
storyline [1]  14/8
strange [1]  11/8
Street [1]  1/24
stuck [1]  50/25
stuff [1]  40/9
subject [3]  7/5 84/16 86/16
subjected [1]  87/10
subpoena [15]  84/14 84/21 84/21 84/22
84/24 85/3 85/12 85/15 86/16 86/17 86/17
86/18 87/19 87/20 88/5
subpoenaed [3]  42/6 84/19 85/13
such [1]  71/20
sue [3]  49/4 49/6 71/22
sued [6]  12/4 12/12 40/7 40/15 40/17 44/2
suffered [1]  24/11
suggest [2]  12/5 45/9
suggested [1]  65/5
suggesting [1]  73/13
suing [5]  40/9 40/11 40/13 67/20 68/25
Suite [1]  1/21
sum [6]  38/10 38/15 39/1 39/15 39/24 39/25
summary [3]  14/8 14/8 14/10
Summerhouse [2]  23/5 25/5
supposed [3]  32/23 39/19 49/19
sure [13]  18/6 18/7 18/16 22/16 22/22 22/24
27/14 27/18 45/3 49/6 56/6 69/8 85/18
sustained [4]  4/24 24/1 24/22 29/7 29/12
50/6 50/8 50/10 68/23 80/2 83/7 83/9 83/9

**T**

table [1]  5/13
take [11]  5/14 17/16 37/8 37/9 37/11 49/9
55/19 55/22 60/19 68/4 71/19
taken [3]  1/11 57/2 89/25
takes [1]  39/25
taking [9]  16/1 17/19 20/19 38/5 38/12 48/24
49/3 73/25 81/22
talk [13]  3/23 10/9 16/3 16/15 26/1 36/21
58/22 73/6 76/16 87/14 87/16 88/11 88/17
talked [8]  34/10 38/21 61/17 61/18 61/25
65/5 66/25 67/10
talking [13]  4/6 7/23 7/24 16/12 17/24 19/18
28/24 31/15 37/15 38/14 40/1 44/20 79/25
talks [2]  73/11 73/13
tape [3]  39/23 57/15 58/13
tape-recorded [1]  57/15
tapes [5]  9/2 9/6 9/12 38/25 60/15
tapped [1]  60/8
tax [2]  3/12 82/8

## T

team [2]  34/11 35/1
technical [1]  42/21
telephone [3]  5/19 37/22 56/19
tell [22]  4/3 8/16 14/17 16/11 24/3 29/15
  30/20 30/20 30/23 33/10 38/14 38/18 39/14
  39/23 47/8 58/24 71/5 73/10 76/1 81/23
  81/25 82/23
telling [9]  19/4 27/7 38/9 76/4 76/20 77/1
  80/7 80/24 83/2
tells [1]  14/15
term [2]  42/22 43/12
terrible [2]  21/10 51/22
test [3]  8/7 9/4 9/16
testified [2]  81/11 83/12
testifies [1]  84/17
testify [1]  81/15
testifying [2]  61/22 61/24
testimony [8]  3/5 29/21 45/7 45/16 56/3
  72/16 88/14 90/3
testing [2]  8/23 8/24
thank [26]  2/12 2/16 2/19 2/24 9/13 9/17
  30/10 46/15 47/19 47/23 48/2 50/2 55/21
  55/25 56/3 57/1 57/23 60/23 66/7 74/12
  74/15 86/2 86/3 88/16 89/6 89/24
Thanksgiving [7]  5/17 5/21 6/9 8/11 8/19
  61/4 61/7
that's [56]
theft [2]  3/7 3/12
there's [2]  6/2 63/2
therefore [1]  46/9
they're [9]  11/19 11/20 11/21 11/23 12/1
  12/2 12/5 67/12 86/14
they've [2]  28/15 47/6
thing [11]  38/5 38/13 45/9 51/10 58/1 69/3
  69/14 77/21 78/12 81/13 89/16
things [18]  3/24 6/24 9/12 12/2 15/24 18/4
  19/6 35/17 36/20 40/13 56/10 64/3 65/8 71/9
  71/20 81/6 81/7 89/17
think [47]
third [3]  17/2 25/13 43/10
those [14]  10/7 19/6 19/18 45/25 56/19 59/17
  65/16 65/23 66/19 66/20 66/24 77/22 78/10
  80/13
though [1]  78/4
thought [11]  19/4 20/17 46/14 63/20 71/12
  77/25 77/25 78/14 84/3 88/19 88/22
thousand [3]  4/4 4/12 4/15
thousands [2]  64/19 76/22
three [12]  6/19 8/8 10/18 10/19 36/25 51/13
  53/4 53/5 53/7 78/11 79/22 88/21
three acres [1]  53/7
through [4]  13/14 27/13 39/2 89/5
throwing [1]  34/25
tie [1]  45/7
Tim [2]  82/11 82/12
Tim's [1]  82/10
timeframes [2]  5/16 11/14
times [14]  3/23 10/1 21/12 21/17 22/8 22/12
  22/15 23/8 23/10 25/7 25/13 27/17 28/8 33/1
title [1]  70/7
today [2]  64/17 84/21
together [2]  78/7 85/24
told [30]  10/7 14/22 19/12 23/22 31/16 34/9
  34/11 35/8 35/17 36/2 47/3 47/5 47/6 47/7
  52/10 53/22 77/5 79/21 80/4 81/11 81/16
  81/18 81/20 81/21 82/1 82/4 82/5 82/7 83/1
  88/15
tomorrow [2]  31/17 85/24

too [2]  21/6 65/6
took [9]  19/14 24/17 33/3 33/17 43/3 51/3
  51/5 81/12 81/17
top [6]  21/11 24/11 63/6 63/11 63/19 63/20
total [1]  71/20
totaled [2]  34/3 34/4
tour [1]  61/5
towards [1]  48/16
town [1]  84/15
transcript [2]  1/10 90/15
transcripts [1]  89/19
transfer [4]  20/20 61/25 62/22 63/19
transferred [2]  20/18 63/6
transferring [1]  15/20
transfers [2]  34/21 62/7
transmitted [1]  20/14
trap [1]  66/1
travel [1]  88/1
trees [1]  53/7
trial [2]  1/11 39/20
tried [2]  15/25 16/7
trip [7]  8/11 8/21 9/21 9/25 59/6 61/2 61/3
trouble [1]  39/18
true [9]  11/25 23/2 23/13 25/16 30/2 40/15
  41/19 81/19 81/20
truly [1]  18/14
trust [1]  36/19
truth [8]  69/15 69/16 70/13 76/5 77/8 77/9
  80/7 80/24
truths [2]  70/11 72/16
try [12]  2/17 15/20 38/9 38/15 39/14 39/23
  39/25 49/22 55/14 56/16 66/1 84/20
trying [5]  8/7 9/4 20/21 54/20 59/2
Tuesday [9]  85/25 86/2 86/6 86/8 86/9 89/3
  89/4 89/20 89/23
turning [1]  49/4
Twenty [2]  10/18 10/19
Twenty-three [2]  10/18 10/19
twisted [1]  46/17
two [14]  8/8 13/14 22/8 26/8 40/5 47/22
  47/25 52/4 55/10 57/11 58/13 67/7 75/17
  79/22
type [5]  19/19 52/17 68/1 68/2 68/5

## U

U.S [2]  5/17 84/21
Uh [5]  28/12 36/15 40/21 52/24 72/15
Uh-huh [5]  28/12 36/15 40/21 52/24 72/15
unaware [1]  46/17
unclear [1]  33/14
under [10]  2/11 23/4 25/23 27/20 28/6 54/10
  62/10 84/14 84/22 85/14
understand [8]  4/21 15/25 20/21 33/13 46/8
  83/23 88/3 88/10
unfold [1]  14/25
unfortunately [1]  17/20
UNITED [5]  1/1 1/3 1/13 1/17 5/21 6/22 7/2
  58/6 61/2
unless [3]  85/13 85/14 87/23
unquote [1]  28/7
until [4]  63/17 64/4 86/23 88/14
upon [4]  12/2 28/9 69/15 69/16
uppity [1]  82/2
us [7]  23/22 24/3 36/25 52/11 57/19 87/11
  88/21
useable [1]  46/5
used [2]  15/15 18/2
usually [1]  14/7

## V

valuable [3]  77/12 77/23 79/8

value [3]  78/22 79/13 79/13
vegetable [1]  67/8
vein [1]  47/8
verbally [1]  88/22
very [21]  2/22 5/18 6/23 6/24 6/25 11/20 12/1
  14/8 19/21 21/18 26/15 27/21 27/21 28/12
  38/1 50/2 52/9 74/23 89/6
vice [2]  19/2 19/3
vicinity [1]  4/12
victim [2]  20/24 48/19
victims [4]  20/22 45/24 48/23 49/11
Victoria [2]  62/22 63/17
virtually [2]  28/14 31/9
visit [1]  13/17
vitro [2]  37/18 37/20

## W

wait [1]  56/5
walk [1]  18/4
want [21]  11/13 14/2 28/20 28/22 29/13
  44/12 45/3 45/21 46/24 46/13 71/16 72/7
  72/24 84/14 84/22 84/23 85/2 85/18 86/13
  86/20 87/5
wanted [18]  5/11 18/16 40/5 45/22 53/23
  53/24 71/11 71/12 71/13 71/15 71/24 77/10
  77/21 77/23 78/2 78/24 78/25 80/21
wants [2]  57/14 85/2
warned [1]  83/3
Washington [1]  19/3
wasn't [21]  17/21 18/11 18/19 19/9 23/23
  26/11 27/12 34/9 38/9 41/16 52/15 52/17
  63/17 65/1 65/7 77/7 77/13 77/20 82/13
  83/19 87/24
watch [1]  5/6
we'll [6]  55/24 85/24 86/2 87/16 88/12 89/23
we're [11]  2/4 2/22 28/24 85/8 85/22 85/23
  86/5 87/8 88/25 89/5 89/16
we've [1]  12/16
wealthy [1]  82/2
week [12]  21/17 21/20 22/11 22/14 22/17
  25/13 31/13 31/15 31/18 54/19 86/24 89/4
weekend [2]  86/2 89/24
weeks [3]  21/11 22/9 87/24
Weiselberg [1]  1/20
Welcome [2]  2/16 60/18
well [43]
went [13]  6/17 6/18 6/19 7/9 9/21 9/22 14/15
  14/20 21/18 33/11 36/25 61/9 63/24
weren't [10]  19/17 24/6 28/18 40/11 54/9
  78/14 79/20 80/7 83/24 84/3
West [2]  1/7 1/24
what's [16]  8/5 12/18 20/22 29/13 43/13 62/9
  62/9 63/13 65/18 66/16 67/16 70/7 72/4
  72/23 73/6 74/6
whatever [2]  20/15 49/19 54/4 57/22
whatsoever [1]  70/16
whenever [2]  30/3 31/16
where [8]  15/25 37/17 38/24 41/10 46/21
  50/14 52/6 66/22
Where'd [1]  53/15
whereby [1]  68/4
Wherever [1]  41/11
whether [13]  3/6 3/10 6/10 39/20 43/1 43/6
  49/9 57/17 60/8 61/1 61/8 66/8 86/15
while [2]  11/19 61/11
White [2]  48/5 84/14
whited [3]  62/1 63/3 64/1
whiteout [1]  62/4
who's [2]  55/3 82/9
whole [8]  47/13 58/1 70/17 72/9 77/8 80/7

**W**

whole... [2]  80/24 83/19
Whose [1]  70/25
why [12]  20/18 21/20 29/23 55/19 57/21
 64/25 64/25 69/8 71/25 72/7 80/19 88/20
wife [1]  18/15
willing [2]  80/20 85/10
willingly [1]  28/23
wire [5]  34/21 61/25 62/7 62/21 63/19
Wishes [2]  25/18 55/11
withdrawn [4]  11/5 51/2 61/23 81/24
within [4]  35/14 35/20 35/23 56/11
without [8]  9/1 9/20 39/4 39/6 60/9 62/4 70/3
 85/11
witness [13]  2/25 14/3 21/2 44/5 56/5 56/7
 56/10 57/8 59/23 76/8 84/10 84/15 87/9
witnesses [1]  84/13
woman [2]  26/19 40/14
women [1]  82/3
won't [1]  88/6
wonderful [1]  44/4
work [6]  15/10 31/20 31/23 32/14 39/9 68/8
worked [2]  3/25 78/25
working [3]  21/20 62/14 89/16
world [2]  28/17 81/7
worried [1]  79/20
worth [1]  77/7
wouldn't [6]  4/14 46/1 49/4 50/14 75/20
 86/23
writer [3]  13/6 27/14 69/2
writers [1]  18/3
writing [9]  11/19 19/23 26/14 54/19 54/22
 78/9 84/3 84/4 89/10
written [6]  11/1 13/12 17/11 28/9 63/11
 70/17
wrong [12]  32/5 62/24 63/13 63/15 63/16
 63/18 63/22 64/11 64/12 64/16 64/18 64/19
wrote [23]  3/12 16/15 17/7 17/8 17/9 21/9
 22/2 23/4 23/13 23/20 24/5 24/12 25/5 25/10
 26/4 33/23 63/14 63/15 69/17 70/14 71/2
 76/21 80/21

**Y**

yeah [8]  16/24 17/4 18/23 47/16 49/6 53/5
 55/18 77/25
year [13]  23/15 23/16 31/23 32/14 40/9 51/12
 51/12 58/25 74/25 75/25 79/14 79/14 81/21
years [26]  3/22 22/3 22/3 25/19 27/24 28/6
 28/11 38/5 40/4 40/16 46/23 51/13 51/23
 66/17 71/9 75/17 78/5 78/7 78/7 78/9 78/11
 78/15 78/16 79/15 79/22 80/13
yes [188]
yesterday [7]  2/21 3/5 30/3 32/8 33/22 85/6
 85/7
yet [1]  73/6
York [19]  7/10 21/12 21/17 22/8 22/12 22/15
 23/8 23/10 25/7 25/13 28/8 61/11 61/14
 61/16 77/6 80/6 81/1 85/5 85/5
you'd [1]  87/3
you'll [3]  12/16 49/11 71/19
you're [28]  2/11 3/3 9/4 11/19 11/21 15/21
 17/24 18/1 18/22 20/9 20/25 21/14 33/13
 34/8 38/19 39/5 43/4 49/19 56/12 58/23
 79/25 84/4 85/14 86/15 87/2 88/12 88/15
 88/15
you've [11]  11/1 12/3 33/1 34/24 49/9 54/22
 58/24 63/11 71/5 71/5 73/8
young [1]  40/14
yourself [4]  6/9 7/21 10/21 14/17