# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
Plaintiff(s)

vs. Rose Marks
Defendant(s)

Case No. 11-80072-CR-KAM

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): __All exhibits returned__

☐ Attachments
   (Exhibit List, Order of Court)

EXHIBITS RELEASED BY: _____
(Deputy Clerk)

SIGNATURE: _____
PRINT NAME: _____
AGENCY OF FIRM: _____
ADDRESS: _____
TELEPHONE: _____
DATE: _____

K. Cook
Kelly Cook
USSS
10350 NW 112th Ave
305 863 5050

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record