```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                       Case No. 11-80072-CR-MARRA
 3
   UNITED STATES OF AMERICA,      )
 4                                )
         GOVERNMENT,              )
 5                                )
         -v-                      )
 6                                )
   ROSE MARKS,                    )
 7                                )
         DEFENDANT.               )   West Palm Beach, Florida
 8                                )   August 26, 2013
   _____)
 9

10                    Volume 1, Pages 1 - 294

11             TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12          BEFORE THE HONORABLE KENNETH A. MARRA

13                UNITED STATES DISTRICT JUDGE

14

15   Appearances:

16   FOR THE GOVERNMENT          Laurence M. Bardfeld, AUSA, and
                                 Roger H. Stefin, AUSA
17                               United States Attorney's Office
                                 500 East Broward Boulevard
18                               7th Floor
                                 Fort Lauderdale, FL 33301
19
     FOR THE DEFENDANT           Fred A. Schwartz, ESQ.
20                               Kopelowitz, Ostrow, Ferguson
                                 Weiselberg, Keechl
21                               700 South Federal Highway,
                                 Suite 200
22                               Boca Raton, FL 33432

23   Reporter                    Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768               Official Court Reporter
24                               701 Clematis Street
                                 West Palm Beach, Florida  33401
25                               E-mail:  SFranklinUSDC@aol.com
```

```
 1          (Call to the order of the Court.)
 2              THE COURT:  Good morning, everyone.  Please be
 3     seated.
 4              All right.  We are here in the case of the United
 5     States of America versus Rose Marks, case
 6     number 11-80072-CR-MARRA.
 7              May I have counsel state their appearances, please.
 8              MR. STEFIN:  Good morning, Your Honor.  Roger
 9     Stefin and Larry Bardfeld on behalf of the United States.
10              THE COURT:  Good morning.
11              MR. BARDFELD:  Good morning, Your Honor.
12              THE COURT:  Good morning.
13              MR. SCHWARTZ:  Good morning, Your Honor.  Fred
14     Schwartz, representing the Defendant, Rose Marks, who's
15     present in the courtroom.  Just for Your Honor's edification,
16     also at the table is Jane Quinn and Liz Schwartz, who are
17     paralegals; and Malcolm Guidry, who is a tech person, just to
18     play whatever has to be played.
19              THE COURT:  Good morning.
20              MR. SCHWARTZ:  Good morning, Your Honor.
21              THE COURT:  All right.  We are here to begin trial.
22     I guess we need to talk about the most recent motion to
23     dismiss that was filed by the defense before we go forward.
24              MR. SCHWARTZ:  I think that's been taken care of,
25     Judge.  Mr. Stefin was nice enough to give me a copy of a
```

1    subpoena from 2007 or '8, I believe.

2         THE COURT:  So that's moot, that motion is

3    resolved?

4         MR. SCHWARTZ:  Assuming that there are subpoenas

5    for all of the bank accounts -- I guess it's not, Judge.

6    Mr. Stefin gave me the first subpoena they had, to subpoena

7    the first bank account of Nancy Marks and Ricky Marks.  He's

8    told me that all of the other subpoenas were grand jury

9    subpoenas; and I rely on Mr. Stefin.  If that's the case,

10   then it's moot.  If there were other state subpoenas or other

11   state agents looking at bank accounts without subpoenas, then

12   it's not moot.  Under the federal bank privacy act --

13        THE COURT:  I don't want to talk about the merits

14   of it right now, I just want to know, is it something we need

15   to discuss or deal with before we start jury selection?

16        MR. SCHWARTZ:  I would just ask Mr. Stefin if all

17   the other subpoenas were federal subpoenas.  If that's the

18   case, then I have no problem.

19        MR. STEFIN:  That's what I've represented.  That's

20   to the best of my knowledge, that's how this case initiated.

21        THE COURT:  So based upon all the information we

22   have right now, the motion to dismiss that the Defendant

23   filed on Friday, which I think is docket entry 968, is moot

24   or resolved?

25        MR. SCHWARTZ:  Correct, Your Honor.

1             THE COURT:  All right.  Thank you.

2             All right.  So then we're ready to start picking a

3     jury.  Are we still -- you think it's going to take a full

4     month to resolve this matter?

5             MR. SCHWARTZ:  It depends on how Your Honor rules

6     on the motion in limine the Government filed a couple -- I

7     guess about a week ago.

8             THE COURT:  All right.  Well, again, that's

9     something we're not going to talk about until after we've

10    resolved the jury selection.  We don't have time to deal with

11    that right now.  But assuming I deny the motion, the worst

12    case scenario.

13            MR. SCHWARTZ:  Four to five weeks at the most.

14            THE COURT:  Now it's five weeks.

15            All right.  So when I tell this jury how long we

16    are expected to take to try this case, we are talking about

17    the end of September is the -- you know, if we go through the

18    end of September as a possibility; am I correct?

19            MR. SCHWARTZ:  Yes, sir.

20            THE COURT:  Okay.  All right.  In terms of

21    describing this case to the jury, when I give them some

22    information about the charges and what the case is about, is

23    there -- is the word -- I hate to use the term because of the

24    connotations, the negative connotations it might invoke --

25    "gypsy," is that something that should be brought out in

```
 1    front of this jury in terms of jury selection and finding out
 2    what the jurors feel about this kind of a situation?
 3              MR. SCHWARTZ:  I was going to do that on my limited
 4    voir dire questions, Your Honor.
 5              THE COURT:  So you have no objection to me raising
 6    it as this is what is alleged here?
 7              MR. SCHWARTZ:  Not at all, Your Honor.
 8              THE COURT:  All right.  If I discuss or describe to
 9    the jury that the Defendant is alleged to have been engaged
10    in fortune telling or psychic clairvoyant-type activities, is
11    there any objection to me describing that?
12              MR. SCHWARTZ:  Fortune teller, psychic advisor,
13    spiritual advisor, life coach, any of those terms are fine
14    with us, Your Honor.
15              MR. STEFIN:  Well, Judge, the word "life coach"
16    never passed the lips of any defendant during the course of
17    the case.  I call it a fortune telling fraud scheme
18    basically, or an alleged fortune telling fraud scheme.
19              THE COURT:  Do you object if I describe that that's
20    what the Government alleges?
21              MR. SCHWARTZ:  That's what the Government alleges.
22    We have other names for it, and I'll deal with it.
23              THE COURT:  I understand.  I'm just trying to -- I
24    don't want to say anything that is going to be causing a
25    problem in terms of alleging -- allegedly prejudicing or
```

1    poisoning the jury pool if I make these -- give these

2    descriptions.  That's why I'm getting -- I want to get it,

3    beforehand, a clarification of what you think I could say or

4    describe to the jury without causing a problem.

5           MR. SCHWARTZ:  Thank you, Your Honor.

6           THE COURT:  Okay.  All right.  Any other issues we

7    want to talk about before we bring the jurors in?

8           MR. SCHWARTZ:  No, sir.

9           THE COURT:  All right.  I'm going to have everyone

10   seated in the back there, so if you want to move your chairs

11   either to the other side of the table, if you just want to

12   turn your chairs around, that's up to you.  I'll let you

13   decide how you want to deal with it.

14          MR. STEFIN:  Judge, can I just ask how many -- are

15   you going to use the first three rows on each side?

16          THE COURT:  I'm not sure where she's going to seat

17   them, but we've got 50 jurors, prospective jurors, and I'm

18   not sure where she's going to place them.

19          Mr. Stefin, you had a question for me, an inquiry?

20          MR. STEFIN:  Did you want to -- a list of the

21   Government's proposed witnesses, as well, or do you want the

22   Government --

23          THE COURT:  I thought I had one.  Is it the first

24   witness on the list, Andrea Walker?  Is this your list?  I

25   have two lists here.  I have a trial witness list.  I have

```
 1    Andrea Walker, Susan Abraham, Jennifer Hill; is that your
 2    list?
 3              MR. STEFIN:  Yes, Your Honor.
 4              THE COURT:  I see a Tracy White on the Government's
 5    witness list.  Is that a male or female?
 6              MR. STEFIN:  Female.
 7              THE COURT:  Is she an attorney?  No, okay.
 8              MR. STEFIN:  No.
 9              MR. SCHWARTZ:  Your Honor, while we're waiting, if
10    I might ask you, about how long are you going to allow each
11    counsel to examine the jurors?
12              THE COURT:  I guess it depends on where we are, and
13    I usually allow 15 minutes a side, but, you know, we'll see
14    how things go.
15              MR. SCHWARTZ:  Thank you, sir.
16              THE COURT:  You're welcome.
17              MR. SCHWARTZ:  Again, because my wife tells me I
18    can't keep my mouth shut, just for the record, I would invoke
19    the sequestration rule.  I don't know if there are any
20    witnesses here.
21              THE COURT:  All right.  I'll -- the rule of
22    sequestration has been invoked, so I'm going to advise
23    counsel to notify their witnesses accordingly.
24              And I would just note for counsel that if there are
25    people who attend the trial and hear what's going on during
```

1    the trial and if they know witnesses, they are not to advise

2    the witnesses what they've learned about the testimony,

3    because that happened to me in the last trial I had, where

4    someone was sitting in during the trial and then would confer

5    with witnesses afterwards.  So anybody who happens to be here

6    during the trial, you are not to talk about what you hear in

7    this trial with any witnesses that are going to be testifying

8    who are not here.

9          MR. SCHWARTZ:  The Defendant doesn't have a father

10   who's attending, Judge.

11         THE COURT:  Okay.

12      (The venire enters the courtroom, after which the

13   following proceedings were had:)

14         THE COURT:  Good morning, everyone.  Please be

15   seated, ladies and gentlemen.

16         Welcome, ladies and gentlemen.  My name is Kenneth

17   Marra, and I'm the judge that will be presiding over this

18   case, and on behalf of everyone involved in this case, I want

19   to welcome you and thank you for being here this morning.

20         We are going to ask some of you to perform a very

21   important civic responsibility, and we are going to ask some

22   of you to be selected to act as jurors in this particular

23   case which I'm going to describe to you briefly in just a few

24   minutes.

25         This is a case that has been brought by the United

1    States of America against an individual by the name of Rose

2    Marks, who will be introduced to you shortly.  This is a

3    criminal case.  The United States is going to try and prove

4    allegations of what it claims are allegedly criminal activity

5    that Ms. Marks allegedly engaged in, and we're going to ask

6    some of you to try and resolve whether or not the Government

7    can prove those allegations.  Ms. Marks has pled not guilty

8    in this case, she's denying the allegations, and we need

9    members of the community to listen to the evidence and make a

10   determination as to whether the Government can prove these

11   allegations beyond a reasonable doubt.  So we're going to ask

12   some of you to perform this very important civic

13   responsibility.

14          In order for us to determine who among you should

15   sit as jurors in this case, it's important for us to learn a

16   little bit about each of your backgrounds, something about

17   your experiences, your views on issues that might touch upon

18   this case in order to determine whether you can be a fair and

19   impartial juror in this case.  So we're going to go through a

20   process which is going to take probably most of this day to

21   speak to each of you individually and learn a little bit

22   about each of your backgrounds, your experiences, your views

23   on issues that touch upon this case in order to make that

24   determination as to whether you can be a fair and impartial

25   juror.

```
1              We're not going to go through this process to

2      embarrass you, to harass you or to unduly pry into your

3      personal lives.  We're doing it for the very important

4      purpose of trying to obtain a fair and impartial jury in this

5      case.

6              If at any time we ask you a question you think is

7      too personal or private, you do not want to discuss it

8      openly, please let us know, and we'll take it up during a

9      break in a more private setting, just among myself and the

10     attorneys and the parties involved in the case, in order to

11     avoid any undue embarrassment to you.  So please understand,

12     again, we're not making these inquiries to embarrass you or

13     to harass you but for the very important purpose of trying to

14     get a fair and impartial jury.

15             Now, before we go any further, I'm going to have

16     the attorneys introduce themselves and have them introduce

17     their clients and other individuals that may be involved in

18     the trial with them.

19             Mr. Stefin.

20             MR. STEFIN:  Thank you, Your Honor.

21             Good morning.  My name is Roger Stefin.  I'm an

22     Assistant United States Attorney representing the United

23     States of America in this case.  Seated with me is Larry

24     Bardfeld.

25             MR. BARDFELD:  Good morning, everyone.
```

```
1              MR. STEFIN:  He's also an Assistant United States

2    Attorney.  And also is Beth Watts.  She's a special agent

3    with the Internal Revenue Service, the case agent in this

4    case.  And also seated with me today is Janet Kenny.  She's a

5    legal assistant with my office, and she'll be coming in and

6    out of the courtroom from time to time.

7              THE COURT:  Thank you, Mr. Stefin.

8              Mr. Schwartz.

9              MR. SCHWARTZ:  Good morning, ladies and gentlemen.

10   My name is Fred Schwartz.  I'm an attorney.  I represent this

11   nice lady, Rose Marks, who is the Defendant in the case.

12   Also with me is Jane Quinn, who's a paralegal; Malcolm

13   Guidry, who's a technical person, because I can't do anything

14   technically; and Liz Schwartz, who's a paralegal.  Thank you.

15             THE COURT:  Thank you.

16             Now, ladies and gentlemen, let me just tell you

17   very briefly what this case involves so you'll have some idea

18   of some of the questions that we're going to be asking you

19   over the next few hours and have a better understanding of

20   what this case is about.

21             The United States has alleged in an indictment that

22   is obtained from the grand jury in this case that

23   Ms. Marks -- again, and the fact that there's been an

24   indictment obtained from a grand jury is not evidence of

25   guilt.  You're not to consider the fact that there's an
```

```
 1   indictment been handed down in this case as any evidence of
 2   guilt whatsoever.
 3         But it's alleged in this case that Ms. Marks was
 4   involved in one count of conspiring with others to commit
 5   mail fraud, one count of mail fraud, eight counts of wire
 6   fraud, one count of conspiring with others to commit money
 7   laundering, two counts of money laundering violations, and
 8   two counts of filing materially false tax returns, federal
 9   income tax returns.  So those are the allegations that have
10   been made in this case.
11         Again, Ms. Marks has pled not guilty and denies all
12   of these allegations, and we'll talk about, in a few minutes,
13   what the Government's obligations are with respect to proving
14   these allegations.
15         Now, the other thing that I want you to understand
16   about this case is the Government's alleging -- again, these
17   are just allegations -- that Ms. Marks was engaged in and all
18   of these counts essentially relate to what the Government's
19   going to describe to you as a fortune telling fraud.  They're
20   alleging that Ms. Marks is involved in psychic clairvoyant
21   fortune telling-type activities, and they've alleged -- and,
22   again, these are just allegations -- that in conducting this
23   type of activity, she's engaged in fraud and has fraudulently
24   engaged in fraud with respect to some of the people that
25   she's providing these services to.
```

```
1              Again, these are just allegations, and we'll talk

2    about what the Government has to do in order to prove these

3    allegations.

4              Now, as I mentioned at the outset, we're going to

5    ask some of you to perform a very important civic

6    responsibility in this case, and because of the nature of the

7    case, the number of witnesses that are going to be involved

8    in this case, we're going to ask you to sacrifice a

9    significant amount of your time in order to resolve this

10   case.  We expect this case to take approximately a month to

11   try.  So we, as I said, are going to ask some of you to make

12   a very important and significant sacrifice of your time to be

13   involved in this case.

14             Now, when we speak to you individually, if you are

15   unable to sit for a month without a personal hardship on

16   yourself, let us know and we'll consider that hardship in

17   determining whether you should be a juror in this case.  But

18   I'm going to emphasize the word "hardship" as opposed to

19   inconvenience.  We can certainly consider a hardship in

20   excusing you for a hardship, but not just merely because it

21   would be inconvenient for you to be here for that length of

22   time.

23             Again, this is a very important civic obligation

24   that citizens have in this country.  In order for our

25   judicial system, criminal justice system, to operate it
```

```
1    requires members of the community to sacrifice their time to

2    resolve these disputes, and we're going to ask some of you to

3    make that very significant sacrifice of your time to be here

4    to resolve this case.

5              So, again, when we speak to you individually,

6    please let us know if you feel you have a hardship that would

7    prevent you from being with us for that length of time.

8              Now, before we go any further and I start speaking

9    to you individually, I need to have all of you sworn to tell

10   the truth during this process, so I'm going to ask you to all

11   please rise and raise your right hand, and Ms. Ferrante's

12   going to swear you in.

13        (A venire was duly sworn.)

14             THE COURTROOM DEPUTY:  Please be seated.

15             THE COURT:  All right.  Thank you, ladies and

16   gentlemen.

17             If any of you are having trouble hearing me, please

18   let me know.  I'm not sure if this -- are you able to hear

19   me?  Having trouble?

20             Now, do I need to repeat anything that I said

21   because you were unable to hear me clearly?  No?  Or you just

22   don't want to hear it again?

23             All right.  Now, before I start speaking to you

24   individually and we get into the questions about your

25   background and experiences, I need to explain to all of you
```

1   some basic principles of law that apply in criminal cases and

2   make sure you understand these principles and can follow

3   these principles if you're selected to sit on this jury.  And

4   the very first principle of law that applies in a criminal

5   case is what's called the presumption of innocence.

6           Everyone who's charged with a crime is presumed

7   innocent of the charge, or charges, unless and until the

8   United States can come forward and prove those charges to you

9   with evidence beyond a reasonable doubt.

10          So I need to make sure all of you understand that

11  Ms. Marks as she sits here, even though she's been accused in

12  this case of these crimes that I've described to you, she's

13  presumed innocent of these charges, and you must presume her

14  innocent unless the Government can actually present evidence

15  to you and convince you beyond a reasonable doubt that she's

16  guilty.  I want to make sure you understand that.  I'm going

17  to ask you on a row-by-row basis if you understand this

18  principle and can follow it in this case; and I'm going to

19  start on my left, your right in the first row.

20          Does everyone understand in that first row that

21  Ms. Marks is presumed innocent of these charges that I've

22  described to you, and if you're on this jury you must presume

23  her innocent unless the Government can come forward and prove

24  she's guilty beyond a reasonable doubt.  Does everyone

25  understand that in the first row?

```
 1              Is there anyone in the first row who feels for any

 2    reason that you would not be able to presume her innocent

 3    based upon the fact of the nature of the charges that I've

 4    described to you, the nature of the fraud that the Government

 5    alleges was involved here, the fact that we're in a

 6    courtroom, ready to start a trial, anything about the

 7    circumstances of this case thus far that would prevent you

 8    from presuming her innocent of these charges?  In that first

 9    row, anyone?  No?

10              Okay.  How about the second row?  Does everyone in

11    the second row understand you must presume Ms. Marks

12    innocent, and you cannot -- the Government has to prove her

13    guilt beyond a reasonable doubt before you can -- that

14    presumption dissipates?  Does everyone agree with that or

15    understand that?  Is there anyone who would have a problem

16    following that presumption in this case if you're on the

17    jury?

18              How about the third row on my left?  Everyone

19    understand the presumption, and can you follow that and give

20    Ms. Marks the presumption of innocence in this case?  Yes?

21              All right.  Thank you.

22              How about in the other side of the room, my right,

23    your left, everyone in that first row understand Ms. Marks is

24    presumed innocent of these charges?  Is there anyone who

25    feels you could not presume her innocent for any reason?
```

```
 1              All right, sir, we'll get to you in a second.  In
 2     the first row.
 3              All right.  Let's go to the second row.  I see a
 4     gentleman who we're going to speak to in a second who just
 5     raised his hand.  Does anyone else in that second row feel
 6     you cannot presume Ms. Marks innocent?
 7              All right.  Let's go to the gentleman in the second
 8     row.  If we can get you -- if you could stand up, sir, and
 9     use this microphone and tell us your name, first of all.
10              PROSPECTIVE JUROR:  Michael Miraglia.
11              THE COURT:  Michael Miraglia, all right.  Let me
12     find you on my list here, sir.
13              Yes, sir, is there a particular reason why you
14     would not be able to presume Ms. Marks innocent?
15              PROSPECTIVE JUROR:  Well, if I understood when you
16     were speaking before, it's about fortune telling?
17              THE COURT:  That's the allegation of the
18     Government, that she is involved in --
19              PROSPECTIVE JUROR:  It would be difficult for me
20     not to say guilty right off the bat.
21              THE COURT:  So you couldn't presume her innocent
22     because of the nature of the case?
23              PROSPECTIVE JUROR:  Absolutely.
24              THE COURT:  Okay.  Thank you, sir.
25              All right.  Thank you, sir.
```

```
 1              Anyone else in that second row who could not
 2   presume Ms. Marks innocent of these charges?  In that second
 3   row?
 4              Third row?  All right, sir.  We'll get you the
 5   microphone.  Please stand and speak into that microphone and
 6   tell us your name.  Your name, sir?
 7              PROSPECTIVE JUROR:  I'd have to say she's guilty.
 8              THE COURT:  Okay.  You haven't heard any evidence,
 9   but you think she's guilty just because she's charged?
10              PROSPECTIVE JUROR:  I have to put the things that
11   happen to me, so I'm going to take out my anger on this
12   grandma over here.  So.  Sorry.
13              THE COURT:  Your name, sir.
14              PROSPECTIVE JUROR:  Bruce Moorhead.
15              THE COURT:  Thank you, sir.
16              All right.  Anyone else who feels they could not
17   presume Ms. Marks innocent?  All right.  We're going to go
18   back over to the other side of the room, and let's get that
19   young lady there.  Right there.  Your name, please.
20              PROSPECTIVE JUROR:  I also cannot believe that she
21   would be guilty or innocent.
22              THE COURT:  And your name, please.
23              PROSPECTIVE JUROR:  Karla Mitchell.
24              THE COURT:  All right.  Thank you, ma'am.
25              Anyone else?  Your name, sir?
```

```
 1              PROSPECTIVE JUROR:  Seymour Zachar.

 2              THE COURT:  Okay.  Sir, you don't think you could

 3    presume Ms. Marks innocent?

 4              PROSPECTIVE JUROR:  Well, I would just really

 5    wonder how someone, given the nature of the charges, can

 6    afford a legal team that involves five people.

 7              THE COURT:  So are you saying you cannot presume

 8    her innocent?

 9              PROSPECTIVE JUROR:  Well, I just would have to find

10    out where all that money came from that she's paying an

11    attorney, the attorney's assistant, the technical guy, you

12    know, talking at least 5, $600 an hour to sit here for a

13    month.  That's a huge amount of money.

14              THE COURT:  So what does that have to do with

15    whether she's innocent or not?

16              PROSPECTIVE JUROR:  Well, where does someone like

17    that get -- where does this grandmother get the kind of --

18              THE COURT:  How do you know she's a grandmother?

19              PROSPECTIVE JUROR:  Well, he used that term so I

20    shouldn't have used that term, but that's correct.

21              THE COURT:  But you think you would have difficulty

22    presuming her innocent?

23              PROSPECTIVE JUROR:  It would take a lot to convince

24    me otherwise, I think.

25              THE COURT:  Thank you, sir.
```

```
1             Anyone else who, after hearing others speak their

2    mind, feel that you would not be able to presume her

3    innocent?  All right.  If you change your mind during the

4    course of this process, please let us know because it's

5    important for us to know how you feel about this.

6             Now, the next principle of law that I'd like to

7    discuss with you is what's called the burden of proof, who

8    has the burden of proving the case.  And in every criminal

9    case, the Government that's bringing the charges against the

10   Defendant has the burden of proving the person's guilt, and

11   the level or amount of proof that's required to prove guilt

12   in a criminal case is called beyond a reasonable doubt.

13            So the United States must prove Ms. Marks is

14   guilty, and the level of proof is beyond a reasonable doubt.

15   Ms. Marks does not have to prove her innocence.  She does not

16   have to come forward with any evidence.  She doesn't have to

17   present any witnesses.  She doesn't have to present any

18   testimony or evidence at all.  It's entirely up to the United

19   States to prove her guilt beyond a reasonable doubt.

20            Now, does everyone in the first row on my left

21   understand that the burden is on the Government to prove

22   Ms. Marks guilty, she does not have to present evidence or

23   prove her innocence in any way in this case?  Does everyone

24   understand that in the first row?  Does anyone have a problem

25   with that concept, that it's up to the Government to prove
```

```
 1   the Defendant guilty, it's not up to the Defendant to prove
 2   her innocence?  Does anyone have a problem with that concept?
 3   And if you're on the jury, in the first row, you'd put the
 4   burden on the Government and not on Ms. Marks to prove guilt?
 5           All right.  How about the second row?  Does
 6   everyone understand that in the second row, that the burden
 7   is on the United States to prove Ms. Marks is guilty, she
 8   doesn't have to prove her innocence?  You understand that?
 9   Anyone have a problem with that in the second row?
10           How about the third row?  Does everyone understand
11   the Government must prove guilt, the Defendant does not have
12   to prove her innocence?  Did anyone have a problem with it?
13           First row on my right, your left, everyone in that
14   first row understand the Government has to prove guilt beyond
15   a reasonable doubt, Ms. Marks does not have to prove her
16   innocence?  Does anyone have a problem with that concept?
17           Second row?  All of you understand the Government
18   has to prove guilt, Ms. Marks doesn't have to prove her
19   innocence.  Anyone have a problem with that in the second
20   row?
21           How about the third row?  Everyone agree with that
22   principle and can follow it?
23           All right.  Thank you.
24           Now, the very last legal principle I'd like to
25   speak to you about in a criminal case is based upon a
```

```
 1   constitutional right that everyone who's accused of a crime
 2   in this country has, and it also logically follows from what
 3   we just said that who has the burden of proof in this case,
 4   the Government has to prove guilt, the Defendant doesn't have
 5   to prove her innocence.  So because she doesn't have to prove
 6   her innocence she has a constitutional right not to be a
 7   witness in this trial if she chooses not to.  And if
 8   Ms. Marks chooses not to be a witness -- and we don't know at
 9   this point what her decision will be, but she has the right
10   to not be a witness.
11        And if she chooses not to be a witness, you cannot
12   consider that in deciding whether the Government has proved
13   or has not proved its case beyond a reasonable doubt.  You
14   cannot factor whether she testifies or not into your
15   decision-making.  You can only look to the evidence that's
16   presented and evaluate that evidence and make a decision
17   whether the Government has met its burden or not.  So I need
18   to make sure you understand that if Ms. Marks chooses not to
19   be a witness, you cannot consider that against her in any way
20   in evaluating the evidence in this case.
21        And I'm going to ask, again, on a row-by-row basis,
22   does everyone in the first row understand that Ms. Marks has
23   a constitutional right not to be a witness, and if she
24   chooses not to be a witness, you cannot consider that in any
25   way in deciding the case?  And does everyone understand that
```

```
1    in the first row?  Does anyone in the first row feel that

2    unless she testifies, I could not find her not guilty?  I'd

3    have to hear from her and I have to hear her version of the

4    facts or her side of the story in order to find her not

5    guilty, and if she didn't testify, it would be a problem for

6    me and I wouldn't -- I might hold it against her in deciding

7    this case?  Anyone in the first row feel that way?  No?

8            So if you're on the jury and Ms. Marks chooses not

9    to be a witness, you're not going to consider it against her

10   in any way; am I correct, in the first row?

11           How about the second row?  Does everyone in that

12   second row understand that Ms. Marks has a right not to be a

13   witness, and if she chooses not to be a witness, you can't

14   hold it against her or use it in evaluating the evidence?

15   All right.  And all of you would not consider it if you're on

16   the jury?

17           How about the third row?  Does everyone in the

18   third row understand Ms. Marks has a right not to be a

19   witness?  Does anyone in the third row feel if she does not

20   testify it would be a problem as far as you're concerned in

21   evaluating the evidence in this case?  All right.  Thank you.

22           How about the other side of the room, my right,

23   your left, first row.  Does everyone understand that concept?

24   Does anyone in that first row feel if she doesn't testify it

25   will be a problem for you, and you might hold it against her
```

1    or consider it against her in any way?

2             Second row?  No?  Everyone agrees with that

3    principle and can follow it?

4             And how about the last row?

5             All right.  We have someone who's raising their

6    hand?

7             THE COURTROOM SECURITY OFFICER:  We have a fourth

8    row.

9             THE COURT:  Oh, I'm sorry.  I didn't know we had a

10   fourth row.  I apologize.  I didn't mean to exclude you.

11   When I was asking questions earlier, do you in the fourth row

12   understand the presumption of innocence?  Do you have a

13   problem with presuming Ms. Marks innocent?  You understand

14   the burden of proof is on the United States and not on

15   Ms. Marks to prove her innocence?  Can you follow that

16   principle?  And how about if Ms. Marks chooses not to be a

17   witness?  Is that going to be a problem for either of you?

18             Thank you.  I'm sorry.  I didn't mean to ignore

19   you.  I didn't realize there was a fourth row there.

20             All right.  Ladies and gentlemen, what I'd like to

21   do at this point is start asking you questions individually,

22   and it's going to take a considerable amount of time.  As you

23   can see, the number of people we have here.  But I ask you to

24   be patient with us and try to understand that this is an

25   important aspect of the case to try and get an impartial

```
 1    jury, and we're doing it for an important reason.  So please
 2    try and bear with us.
 3              I'm going to also ask you when we go through this
 4    process to please stand when we're speaking to you.  Again,
 5    I'm not doing it to harass you or embarrass you in any way to
 6    single you out, but it's important we're able to see you when
 7    you're answering the questions.  And especially after we get
 8    past the first rows it's hard to see people.  They're tucked
 9    behind others and it's difficult, so if you could please
10    stand.
11              Also, please use that microphone that we're going
12    to give you so we can all hear you.  I know it's been
13    difficult at least for you to hear me on occasion even though
14    I'm using the microphone.  So please try and use the
15    microphone so we can hear you.
16              The other thing I'd like to ask you to do is please
17    remember that the gentleman seated in front of me is taking
18    down everything we say during this trial, and therefore you
19    need to verbalize your answers.  Don't shake your head, nod,
20    shrug your shoulders, say uh-huh or huh-uh, because he cannot
21    make an accurate record of what you're saying.  So please try
22    and verbalize your answers.
23              And also try to wait for me to finish the questions
24    before you start speaking, because if we're both speaking at
25    the same time, again, it's difficult for him to keep track of
```

1    what's being said.  I will also try and wait for you to

2    finish your answer before I ask the next question so we're

3    not talking over one another.

4          So please try and bear that in mind during this

5    process.

6          All right.  So, first of all, we're going to speak

7    to Ms. Alston.  If I could ask you to take that microphone,

8    Ms. Alston, and you should have a sheet with questions on

9    them, and I'd ask you to just run down that sheet and tell us

10   a little bit about yourself, please.

11         PROSPECTIVE JUROR:  My name is Lola Alston.  I'm 58

12   years old.  I reside in Riviera Beach.  I've lived there

13   basically 49 years.  I'm a widow.  Oh, I'm employed with the

14   State of Florida as a juvenile probation officer supervisor.

15   I'm a widow.  I have three children.  They're all adults.

16   They are employed as a childcare worker for Child Net; air

17   conditioner -- air conditioning technician; and a warehouse

18   worker.  I have a BS degree in Corrections.

19         I've never sat on a jury before.  I've never been

20   selected.  I've never been a part of a lawsuit.  Never been

21   sued.  Number 10, family members, yes.  Had an older brother

22   charged with something in Colorado.  I'm not sure exactly

23   what the charge was.  Yes, my family has been a victim of a

24   crime.  I had -- today make 12 years my son was killed in a

25   homicide.  He was 16 years old.  I have a lot of people, lot

```
1     of friends involved in law enforcement because of my job.

2     I've been employed for 33 years.

3           I have no disabilities.  Number 14, I have no

4     issues with -- based on the description of the case, no

5     issues in being able to give a fair decision.  I would be

6     able to follow the laws of the Court, and there's no reason I

7     can't sit on a jury.

8           THE COURT:  There's no reason?

9           PROSPECTIVE JUROR:  No reason.

10          THE COURT:  All right.  Ma'am, let me ask you some

11    questions, because you have a lot of things we need to

12    discuss.

13          Tell us about your involvement with Corrections.

14    What was your first job after you got your degree in

15    Corrections?  Where did you work?

16          PROSPECTIVE JUROR:  I worked 13 years with the

17    Department of Corrections as an adult probation officer.

18          THE COURT:  All right.  In that position were you

19    supervising people who were on probation?  Were you working

20    in a courtroom as a probation officer?  What were your

21    duties?

22          PROSPECTIVE JUROR:  Supervising people on probation

23    and parole.

24          THE COURT:  All right.  And did you on occasion

25    violate people who you believed were not following the rules
```

```
 1   or conditions of probation?

 2             PROSPECTIVE JUROR:  I really didn't violate

 3   anybody.  They violated themselves by not following the

 4   rules.

 5             THE COURT:  I'm sorry.  Let me rephrase it.  Did

 6   you report people who you found to have violated the rules?

 7             PROSPECTIVE JUROR:  Yes, I did.

 8             THE COURT:  And did you have to go to court and

 9   testify in probation violation hearings?

10             PROSPECTIVE JUROR:  Yes.

11             THE COURT:  Before the parole board, as well?

12             PROSPECTIVE JUROR:  I went before the parole board

13   also.

14             THE COURT:  All right.  And in doing that, did --

15   in being a probation officer, did you develop any attitudes

16   or views about people who were accused of crimes that might

17   affect your ability to be a fair juror in this case?

18             PROSPECTIVE JUROR:  No, sir.

19             THE COURT:  Do you understand the difference

20   between someone who's been found guilty of a crime and

21   someone who has been accused and has to be proven guilty in a

22   court of law?

23             PROSPECTIVE JUROR:  Yes, sir.

24             THE COURT:  After you were a probation officer for

25   13 years, I think you said, then what was your next job in
```

```
 1   Corrections?

 2           PROSPECTIVE JUROR:  I've been working for the

 3   Department of Juvenile Justice now for the remainder of the

 4   time, so the past 20 years.

 5           THE COURT:  When you first started with the

 6   Department of Juvenile Justice, what was your job there?

 7           PROSPECTIVE JUROR:  A juvenile probation officer.

 8           THE COURT:  So you were doing the same thing for

 9   juveniles as you were doing for adults?

10           PROSPECTIVE JUROR:  Yes, I was a probation officer

11   for adult, and I went up to a supervisor, then I went up to

12   juvenile as a probation officer, and now I'm a supervisor.

13           THE COURT:  All right.  So you've been working in

14   that same field since you graduated from college?

15           PROSPECTIVE JUROR:  Yes.

16           THE COURT:  Again, in terms of your ability to be a

17   fair juror, the fact that you've worked for the Government

18   and been a Probation and Corrections officer is not going to

19   affect your ability to be a fair juror in this case?

20           PROSPECTIVE JUROR:  No, sir.

21           THE COURT:  All right.

22           What was your late husband, what type of work did

23   he do?

24           PROSPECTIVE JUROR:  He was a retired schoolteacher.

25           THE COURT:  Now, your brother who you said was
```

```
1    charged in Colorado with something.  You don't know what the

2    charge was?

3                   PROSPECTIVE JUROR:  I think it was a drug charge.

4    He was in the military, got out of the military and was

5    residing in Colorado.  I think it was a drug charge.

6                   THE COURT:  Do you know if it was a federal drug

7    charge or a state drug charge?

8                   PROSPECTIVE JUROR:  It was a state drug charge.

9                   THE COURT:  All right.  And do you know what

10   happened with his case?  Was he found guilty?  Did he plead

11   guilty?

12                  PROSPECTIVE JUROR:  He was on probation.

13                  THE COURT:  Do you know if he was on probation

14   after pleading guilty or having a trial, if you know?

15                  PROSPECTIVE JUROR:  I'm not sure.

16                  THE COURT:  All right.  And is there anything about

17   what happened to him in terms of being charged with a crime

18   and been found guilty going to affect your ability to be fair

19   in this case?

20                  PROSPECTIVE JUROR:  No, sir.

21                  THE COURT:  Do you have any feelings as to whether

22   he was treated fairly or unfairly in his case?

23                  PROSPECTIVE JUROR:  I think he was treated fairly.

24                  THE COURT:  Okay.  And whatever happened to him

25   won't affect you in this case?
```

```
1                    PROSPECTIVE JUROR:  No, sir.

2                    THE COURT:  Now, I'm sorry to bring this very

3     difficult subject up about your son, and I'm sorry to hear

4     about what happened to your son.  Was that -- whoever killed

5     your son, was that person ever charged?

6                    PROSPECTIVE JUROR:  Yes, sir.

7                    THE COURT:  All right.  Was that person convicted?

8                    PROSPECTIVE JUROR:  Yes, sir.

9                    THE COURT:  All right.  Do you have any feelings as

10    to whether that person was treated appropriately by the

11    system?

12                   PROSPECTIVE JUROR:  Oh, he was, yes, sir.

13                   THE COURT:  Okay.  Any resentment against law

14    enforcement, the way the case was handled either by the

15    investigating agencies or the state attorneys?  Was it a

16    state case?

17                   PROSPECTIVE JUROR:  It was a state case.

18                   THE COURT:  Any resentment or hard feelings about

19    the way the case was handled by the system?

20                   PROSPECTIVE JUROR:  It was handled appropriately.

21                   THE COURT:  Okay.  Anything about that unfortunate

22    situation that might affect your ability to be a fair juror

23    in this case?

24                   PROSPECTIVE JUROR:  No, sir.

25                   THE COURT:  Okay.
```

```
 1              All right.  Have you read or heard anything about

 2    this particular case?

 3              PROSPECTIVE JUROR:  No, sir.

 4              THE COURT:  Thank you very much, ma'am.

 5              PROSPECTIVE JUROR:  You're welcome.

 6              THE COURT:  Ms. Brezak, good morning, ma'am.

 7              If you could just tell us a little bit about

 8    yourself, please.

 9              PROSPECTIVE JUROR:  Okay.  I don't like public

10    speaking.

11              My name is Ashley Brezak.  I am 34 years old.  I

12    have been in Jupiter, Florida, for five years.  I am a

13    schoolteacher for Palm Beach County.  I have been a teacher

14    for 13 years now.  I am divorced.  I have two children, six

15    and eight.  They're in school.  I'm getting my master's in

16    education right now.

17              I've never sat on a jury before.  I have been

18    involved in a lawsuit.  It was a civil contract issue, which

19    was settled.  Number 10, yes.  I'd rather answer personally.

20              THE COURT:  Okay.

21              PROSPECTIVE JUROR:  Number 11, yes, and I'd like to

22    answer personally.  Number 12, no.  Number 13, no

23    disabilities.  Number 14, no personal views against this

24    case.  I'd be able to follow the law, number 15, yes.  And

25    there's no reason that I could not be a juror in this case.
```

```
 1                    THE COURT:  All right.  Ma'am, your former husband,
 2      what type of work did he do?
 3                    PROSPECTIVE JUROR:  He's a teacher.
 4                    THE COURT:  And this lawsuit that you had over a
 5      contract claim, you said it was settled out of court?
 6                    PROSPECTIVE JUROR:  Yes.
 7                    THE COURT:  And was there anything about the way
 8      that case was handled or was resolved that would affect your
 9      ability to be a fair juror in this case?
10                    PROSPECTIVE JUROR:  No.
11                    THE COURT:  All right.  So we will talk to you
12      later about those other matters.
13                    Have you read or heard anything about this
14      particular case?
15                    PROSPECTIVE JUROR:  No, sir.
16                    THE COURT:  All right.  Thank you, ma'am.  We'll
17      speak to you later.
18                    PROSPECTIVE JUROR:  Thank you.
19                    THE COURT:  Thank you.
20                    All right.  Mr. Torelli, good morning.
21                    PROSPECTIVE JUROR:  Chris Torelli, 45.  I live in
22      Boca Raton.  Been there for 13 years.  Not married, single,
23      no children.  I am employed.  I'm an area supervisor and
24      general manager for a restaurant.  I have a college degree,
25      bachelor of science.
```

```
 1              I have sat on a jury before.  I was selected for a
 2    two-day trial.  I have not been in a lawsuit.  I do have
 3    family, close friends that were arrested for a crime.  I have
 4    a close friend that was a victim of a crime.  I do have
 5    friends that are in law enforcement.  They're police officers
 6    in Boca Raton and Fort Lauderdale.
 7              I have no disabilities.  Number 14, I would be
 8    impartial.  Number 15, yes.  Number 16, based on the nature
 9    of my occupation, I don't know how I would possibly be able
10    to take a month from work to do this.
11              THE COURT:  All right.  And is that because you
12    would not get paid for being here or because you think --
13              PROSPECTIVE JUROR:  I wouldn't be able to cover my
14    restaurant for an entire month.  Even these next two or three
15    days has been less than easy to get coverage.
16              THE COURT:  Okay.
17              PROSPECTIVE JUROR:  I'm there day to day.  I make
18    all the decisions in the restaurant.  So to be able to be
19    gone for an entire month, extremely difficult.
20              THE COURT:  And is that -- again, you're saying
21    that you would not be able to have someone cover for you to
22    carry on?
23              PROSPECTIVE JUROR:  For a month, no.
24              THE COURT:  So again, you're saying it's not a
25    personal hardship to you in terms of any financial hardship?
```

1    You're not going to lose pay or you couldn't afford to be

2    here in terms of --

3              PROSPECTIVE JUROR:  Right, it wouldn't be a money

4    issue, no.  It just, restaurant business, you're there.  You

5    have to be there and you have to be available.  You know, I

6    can't call the night before and say I can't come to work

7    tomorrow.  I run the restaurant, so it's . . .

8              THE COURT:  All right.  Well, let me ask you this.

9    What happens when you go on vacation?

10             PROSPECTIVE JUROR:  We plan those out weeks in

11   advance, and there's proper coverage.  We move people around

12   from other -- it's a restaurant group, so we move people from

13   other stores.

14             THE COURT:  And that couldn't be done in this case?

15             PROSPECTIVE JUROR:  Not right now.

16             THE COURT:  Okay.  Did you advise your employer

17   that you were at least going to have to appear for at least

18   one day for jury duty?

19             PROSPECTIVE JUROR:  I have the next three days

20   covered right now.

21             THE COURT:  And let's just assume that you were

22   selected to act as a juror in this case and you learned today

23   that you were going to be on this jury.  Would your employer,

24   over the next two days, be able to make the same kind of

25   arrangements that would be made if you were going to go on

```
 1   vacation for a period of time to get coverage for you?

 2           PROSPECTIVE JUROR:  A vacation's a week, not a

 3   month.  So I would have to talk to them.  I don't know.  I

 4   couldn't answer that honestly right now.

 5           THE COURT:  But, again, it wouldn't be a hardship

 6   to you personally, it would be your employer's situation,

 7   they would have difficulty finding coverage?

 8           PROSPECTIVE JUROR:  The restaurant, it would be a

 9   hardship.

10           THE COURT:  Let me ask you about your jury

11   experience.  Was that a criminal or civil case, do you

12   remember?

13           PROSPECTIVE JUROR:  Criminal.  Some guy got hit in

14   the head with a bottle.

15           THE COURT:  And did you and the other jurors reach

16   a verdict in that case?

17           PROSPECTIVE JUROR:  We did.

18           THE COURT:  Were you the foreperson of that jury?

19           PROSPECTIVE JUROR:  No.

20           THE COURT:  Okay.  Is there anything about that

21   case that would affect your ability to be a fair juror in

22   this case?

23           PROSPECTIVE JUROR:  No.

24           THE COURT:  You said you had some friends who were

25   arrested.  What were they arrested for or charged with, if
```

```
 1    you know?
 2              PROSPECTIVE JUROR:  My one assistant manager was
 3    arrested for driving on a suspended license, and he was taken
 4    to jail.
 5              THE COURT:  All right.  Is that the only person?
 6              PROSPECTIVE JUROR:  I had another one that had a
 7    DUI.
 8              THE COURT:  Anything about their cases or the way
 9    they were treated that, again, might affect your ability to
10    be a fair juror in this case?
11              PROSPECTIVE JUROR:  The one was not -- I don't feel
12    was treated fairly, but it wouldn't affect my decision.
13              THE COURT:  Which one was that?
14              PROSPECTIVE JUROR:  The suspended license.
15              THE COURT:  So you thought he was treated too
16    harshly?
17              PROSPECTIVE JUROR:  Yes.
18              THE COURT:  And that was a state case, State of
19    Florida prosecuted him?
20              PROSPECTIVE JUROR:  Correct.
21              THE COURT:  Again, would the fact that you had a
22    friend who was charged with driving on a suspended license,
23    you thought he was treated too harshly, would that in any way
24    impact your ability to be fair in this case?
25              PROSPECTIVE JUROR:  No.
```

```
 1              THE COURT:  You said you had some friends who were
 2   victims of crimes.  What type of crimes?
 3              PROSPECTIVE JUROR:  Burglary.
 4              THE COURT:  Anything about what happened to them
 5   that would affect your ability to be fair?
 6              PROSPECTIVE JUROR:  No.
 7              THE COURT:  And you said you had friends in law
 8   enforcement both in Boca and Fort Lauderdale?
 9              PROSPECTIVE JUROR:  Correct.
10              THE COURT:  Anything about your relationship with
11   law enforcement officers that might cause you to lean one way
12   or another in this case?
13              PROSPECTIVE JUROR:  I don't think so.
14              THE COURT:  Is there anything about your
15   relationship with those law enforcement officers that might
16   cause you to more likely believe testimony coming from a law
17   enforcement officer than another witness about the same
18   subject matter?
19              PROSPECTIVE JUROR:  Possibly.
20              THE COURT:  So if you heard a witness -- two
21   witnesses testify about the same thing, one was in law
22   enforcement and the other was not, you might give more
23   credibility to the --
24              PROSPECTIVE JUROR:  If they differed greatly,
25   probably.
```

```
1              THE COURT:  You would give more credence to the law
2   enforcement officer?
3              PROSPECTIVE JUROR:  Probably.
4              THE COURT:  Okay.  All right, sir.  Thank you very
5   much, and we'll take your situation into consideration when
6   we make our decisions.
7              All right.  Sir, Mr. Schwartz, good morning.
8              PROSPECTIVE JUROR:  Good morning.  I'm Glen
9   Schwartz.  I'm 47 years old.  I live in Boca Raton, Florida.
10  I've lived there for a little over 20 years.  I'm married.
11  My wife is a stay-at-home mom.  I run a nonprofit
12  organization for Florida called Jewish National Fund.  I have
13  two children.  They are 11 and almost 16.  I have a graduate
14  degree in social work, a master's in social work.
15             I've never sat on a jury.  I've never been
16  involved -- I have been involved in a lawsuit, a real estate
17  lawsuit, but it was settled.  I've never been a witness.
18  I've had friends or family that have been -- that have had
19  crimes against them, specifically, a Ponzi scheme.  I have no
20  friends or family in law enforcement.  I have no disabilities
21  that would affect me on the case.  I was a -- I was a victim
22  recently of, I guess it's the -- somebody tried to file a
23  false tax return against me fairly recently, so I was
24  contacted by the -- an IRS agent.  I think it was a -- a
25  government agent.
```

```
 1              I have an issue with the 30 days, as well.  I mean,
 2    I'm going to be away next week for an entire week on a
 3    vacation, and then I'm also taking -- for business, I'm
 4    taking about 40 people to Russia and then Israel on
 5    September 30th.  So I've got a lot of things which have to be
 6    handled before I take that group.
 7              THE COURT:  All right, sir.  Did you tell us
 8    whether you -- you -- either yourself or any family or friend
 9    had been arrested?
10              PROSPECTIVE JUROR:  I don't have any family or
11    friends that have been arrested.
12              THE COURT:  Or yourself?
13              PROSPECTIVE JUROR:  Or myself.
14              THE COURT:  Okay.  And would you be able to follow
15    the law as instructed?
16              PROSPECTIVE JUROR:  Yes.
17              THE COURT:  And you don't have any opinions or
18    attitudes that would affect your ability to be fair in this
19    case?
20              PROSPECTIVE JUROR:  No.
21              THE COURT:  All right.  Let me ask you a few
22    questions about this.
23              The lawsuit you said you were involved in over a
24    real estate matter that was settled, anything --
25              PROSPECTIVE JUROR:  Settled.
```

```
1              THE COURT:  Anything about that incident that would
2    affect you in any way in this case?
3              PROSPECTIVE JUROR:  No.
4              THE COURT:  You said you had a friend who was a
5    victim of a Ponzi scheme?
6              PROSPECTIVE JUROR:  Yes.
7              THE COURT:  All right.  And do you recall or know
8    what the type -- what the scheme was?
9              PROSPECTIVE JUROR:  It was similar to the famous
10   scheme, but it wasn't that particular one.  I mean, basically
11   his money was stolen from him through investments.
12             THE COURT:  So he was told about investments, and
13   he invested his money and it turned out that the person was
14   taking their money?
15             PROSPECTIVE JUROR:  Correct.
16             THE COURT:  The fact that you had a friend who was
17   involved in a -- was a victim of a fraud-type scheme, would
18   that affect your ability to be a fair juror in this case?
19             PROSPECTIVE JUROR:  No.
20             THE COURT:  You said that you were a victim of
21   someone using your name to file a tax return, getting a
22   refund.
23             PROSPECTIVE JUROR:  Correct.
24             THE COURT:  So they were using your name to get
25   illegal -- illegitimate or illegal refunds?
```

```
 1                    PROSPECTIVE JUROR:  Correct.

 2               THE COURT:  Anything about that incident that might

 3    affect your ability to be fair in this case?

 4               PROSPECTIVE JUROR:  No, I mean, it was a lot of

 5    work on my half, on my behalf, just to file the case and

 6    register with the different agencies, but it wouldn't affect

 7    my ability.

 8               THE COURT:  All right.  Anything about the way the

 9    Internal Revenue Service handled that matter with you that

10    you -- again, would either cause you to be -- have some

11    negative feelings toward the Internal Revenue Service or

12    positive feelings because of the way they handled it?

13               PROSPECTIVE JUROR:  It was a strange -- it was

14    strange just when I received the phone call, and of course

15    somebody was asking me for information about me, and then I

16    called back the number and it was going to different

17    locations.  So it took me a while to investigate to find out

18    who was really calling me, what officer it was and how it

19    came to, so it was a little odd, but it didn't affect me in

20    any particular way.

21               THE COURT:  And would your experience dealing with

22    the IRS in that matter affect your ability to be fair in this

23    case because the IRS is involved in this case?

24               PROSPECTIVE JUROR:  No.

25               THE COURT:  All right.  So you mentioned that
```

```
 1    you're supposed to be on vacation next week?

 2             PROSPECTIVE JUROR:  Correct.

 3             THE COURT:  And is this something that you've

 4    already expended money for?

 5             PROSPECTIVE JUROR:  Yes.

 6             THE COURT:  What have you purchased already?

 7             PROSPECTIVE JUROR:  A cruise.

 8             THE COURT:  So you've already paid for the cruise?

 9             PROSPECTIVE JUROR:  Yes.

10             THE COURT:  And is that something that you could

11    get your money back on?

12             PROSPECTIVE JUROR:  No.

13             THE COURT:  And then you mentioned something about

14    preparing for a trip overseas at the end of September?

15             PROSPECTIVE JUROR:  Correct.

16             THE COURT:  And that's not until September 30th?

17             PROSPECTIVE JUROR:  That's correct.

18             THE COURT:  Now, in terms of you personally,

19    though, other than the cruise that you've already expended

20    money for, would there any, in terms of financial hardship,

21    to you to be on the jury for a month?

22             PROSPECTIVE JUROR:  I don't believe so.

23             THE COURT:  So just the cruise is something you

24    already paid for?

25             PROSPECTIVE JUROR:  The cruise, that's correct,
```

```
 1    yes.

 2              THE COURT:  Thank you, sir.

 3              Mr. Baker, good morning.

 4              PROSPECTIVE JUROR:  Good morning.  Charles Baker.

 5    I'm 55.  I live out in West Lake Worth, near Wellington.  I'm

 6    employed, full-time air traffic controller.  I'm retired FAA,

 7    and I work for a contractor now.  I'm married.  My wife's

 8    retired also.  No children.  I have an associate in arts

 9    degree.  I've been on a federal and state jury, no grand

10    jury.  Never been involved in a lawsuit.  Close friend, my

11    next-door neighbor, shot and killed his wife.  He was charged

12    with second-degree murder, and I think he pled out on a

13    manslaughter.

14              I've been a victim of identity theft.  It was back

15    in the mid '80s.  No close friends in law enforcement.  No

16    disabilities.  Fourteen, no.  Fifteen, yes.  And I do have a

17    couple of issues of being able to serve.

18              THE COURT:  Okay.  What are those?

19              PROSPECTIVE JUROR:  I have a trip planned

20    September 10th through the 17th that I've already paid for.

21    It's a hardship on the company that I work for now to take

22    any other time off, and it would be a bit of a financial

23    hardship because I would not get paid there.

24              THE COURT:  All right.  You said you've already

25    retired, but you're still working?
```

```
 1                    PROSPECTIVE JUROR:  Yes, sir, I took a contract job
 2    there.
 3                    THE COURT:  And if you're on the jury for a month
 4    you won't get paid?
 5                    PROSPECTIVE JUROR:  That's correct.
 6                    THE COURT:  And that would be a financial hardship
 7    for you?
 8                    PROSPECTIVE JUROR:  Yes, sir.
 9                    THE COURT:  All right.  And you said you also have
10    already paid for a trip next month?
11                    PROSPECTIVE JUROR:  Yes, sir.
12                    THE COURT:  Is that something that you would be
13    able to get your money back on?
14                    PROSPECTIVE JUROR:  No, sir.
15                    THE COURT:  All right, sir, what did your wife do
16    for a living?
17                    PROSPECTIVE JUROR:  She was an air traffic
18    controller.
19                    THE COURT:  So you both worked in that field?
20                    PROSPECTIVE JUROR:  Yes, sir.
21                    THE COURT:  You said you were on a federal and
22    state jury?
23                    PROSPECTIVE JUROR:  I've been on several, yes.
24                    THE COURT:  Okay.  What type of cases?
25                    PROSPECTIVE JUROR:  The last federal case was a
```

```
 1    Ponzi scheme, had several of the same type charges as we have
 2    here.
 3            THE COURT:  Okay.
 4            PROSPECTIVE JUROR:  Mail fraud, interstate money
 5    laundering.
 6            THE COURT:  And where was that case?
 7            PROSPECTIVE JUROR:  It was right here in this
 8    building.
 9            THE COURT:  Okay.  And did you and the other jurors
10    reach a verdict in that case?
11            PROSPECTIVE JUROR:  Yes, we did.
12            THE COURT:  Were you the foreperson of that jury?
13            PROSPECTIVE JUROR:  No, sir, I was not.
14            THE COURT:  Any of the same lawyers involved as far
15    as you can recall?
16            PROSPECTIVE JUROR:  Not that I recognize.
17            THE COURT:  Okay.  Anything about what happened in
18    that case that might affect your ability to be a fair juror
19    in this case?
20            PROSPECTIVE JUROR:  No.
21            THE COURT:  You understand whatever happened in
22    that case shouldn't control what happens here?
23            PROSPECTIVE JUROR:  Yes, sir.
24            THE COURT:  All right.  And what other type of
25    juries have you sat on?
```

```
 1                    PROSPECTIVE JUROR:  State, and I'm assuming one was

 2      a county deal.  I don't know if that was part of the state

 3      court or anything.  I can't remember.

 4                    THE COURT:  Do you remember what the case was

 5      about?

 6                    PROSPECTIVE JUROR:  Well, there were a couple; a

 7      DUI case, one was a domestic dispute, and there were a couple

 8      more, but I can't remember.  It's been a while.

 9                    THE COURT:  Did you reach verdicts in all of those

10      cases?

11                    PROSPECTIVE JUROR:  Yes, sir.

12                    THE COURT:  Were you the foreperson of any of those

13      juries?

14                    PROSPECTIVE JUROR:  No, sir.

15                    THE COURT:  Anything about any of those cases that

16      would affect you in this case?

17                    PROSPECTIVE JUROR:  No.

18                    THE COURT:  You mentioned you had a neighbor who

19      killed his wife and pled guilty to a manslaughter charge; is

20      that correct?

21                    PROSPECTIVE JUROR:  Yes, sir.

22                    THE COURT:  Anything about that incident that might

23      affect your ability to be a fair juror?

24                    PROSPECTIVE JUROR:  I don't think so.

25                    THE COURT:  Anything about your being a victim of
```

```
 1    identity theft in the '80s that would affect you in any way

 2    in this case?

 3              PROSPECTIVE JUROR:  No, sir.

 4              THE COURT:  All right.  Sir, so your only issue is

 5    the vacation and your work situation?

 6              PROSPECTIVE JUROR:  Yes, sir.

 7              THE COURT:  All right.  Thank you, sir.

 8              All right.  Ms. Melvin, good morning.

 9              PROSPECTIVE JUROR:  Good morning.  My name is

10    Willamina Melvin.  I'm 76 years old, and I reside at the

11    address which I am now for 30 years.

12              THE COURT:  And what town is that, ma'am?

13              PROSPECTIVE JUROR:  Right here.

14              THE COURT:  West Palm?

15              PROSPECTIVE JUROR:  Yes.

16              THE COURT:  All right, go ahead.

17              PROSPECTIVE JUROR:  No, I'm not married.  Just me,

18    myself, and my adult kids.

19              THE COURT:  Ms. Melvin, can you try and hold that

20    microphone up so we can hear you, please?

21              PROSPECTIVE JUROR:  I have kids.  I have seven, all

22    adults.  And I have one daughter that works at Winn-Dixie,

23    Lake Worth, I have one works as a cancer --

24              THE COURT:  What's the second one do?

25              PROSPECTIVE JUROR:  The cancer society, next to
```

```
1   Good Sam.
2           THE COURT:  Cancer society?
3           PROSPECTIVE JUROR:  Yes.
4           THE COURT:  Okay.
5           PROSPECTIVE JUROR:  Yes, I have been on jury duty
6   before.  If I can recall, I've been here twice and I've been
7   downtown twice.
8           Have you ever involved in a lawsuit?  No, I
9   haven't.
10          Have you or any members of your close friends ever
11  been arrested or charged with any crime?  Yes.  My daughter
12  was involved.  She was arrested, but she was put on
13  probation.
14          Have you or any members of your close friends ever
15  been the victim of a crime?  I don't have no close friends.
16          Do you have any relatives or close friends who were
17  in law enforcement?  No, I do not.
18          Do you have any disabilities would affect your
19  ability to sit as a jury (sic) in this case?  No, I haven't.
20          Based upon the description of the case which has
21  been given to you, do you have any personal views, opinions
22  or attitudes which would affect your ability to be fair and
23  impractical (sic) to all parties in this case?  No.
24          Would you be able to follow the law as instructed
25  by the Court in rendering a verdict in this case?  No.
```

```
 1                Is there any reason that you could not or should
 2    not sit as a juror in this case?  I don't know.  I don't
 3    think so.
 4                THE COURT:  All right.  Let me ask you some
 5    questions, ma'am.  Okay?
 6                You mentioned that you had seven children, is that
 7    what you said?
 8                PROSPECTIVE JUROR:  Yes.
 9                THE COURT:  All right.
10                PROSPECTIVE JUROR:  I had seven.
11                THE COURT:  You had seven?
12                PROSPECTIVE JUROR:  But they not children now, they
13    grown.
14                THE COURT:  Right.  All right.  But there were
15    seven?
16                PROSPECTIVE JUROR:  Yes.
17                THE COURT:  You told us about two of them.  One
18    worked for Winn-Dixie and one worked for the cancer society,
19    correct?
20                PROSPECTIVE JUROR:  Yes.
21                THE COURT:  What about the other five?
22                PROSPECTIVE JUROR:  I don't know, Judge.
23                THE COURT:  You don't know what they're doing?
24                PROSPECTIVE JUROR:  No, I don't.  They don't live
25    near me or . . .
```

```
 1              THE COURT:  Okay.  Thank you.
 2              You mentioned that you have been on a jury a number
 3    of times; is that correct?
 4              PROSPECTIVE JUROR:  Yes, I've been downtown and
 5    I've been here twice.
 6              THE COURT:  And did you actually sit on a case and
 7    decide a case?
 8              PROSPECTIVE JUROR:  Yes, I was on jury duty.
 9              THE COURT:  Okay.  And in the cases that you sat on
10    here in this building, do you remember what those cases were
11    about?
12              PROSPECTIVE JUROR:  It's been so long, but one was
13    about this, like this.
14              THE COURT:  A fraud claim?
15              PROSPECTIVE JUROR:  (Nods head.)
16              THE COURT:  Yes?
17              PROSPECTIVE JUROR:  Yes.
18              THE COURT:  All right.  Did you reach verdicts in
19    those cases?  Did you and the other jurors come to a
20    decision?
21              PROSPECTIVE JUROR:  Yes.
22              THE COURT:  Were you ever the foreperson of the
23    jury?  Were you ever the one who was in charge of the jurors?
24              PROSPECTIVE JUROR:  No.
25              THE COURT:  Okay.  You mentioned that one of your
```

1    daughters was arrested and was placed on probation?

2            PROSPECTIVE JUROR:  For three years.

3            THE COURT:  All right.  What was she charged with,

4    do you remember?

5            PROSPECTIVE JUROR:  Yes.  Her friend was involved

6    in dope, and she was -- the judge say that she was involved

7    also.  So she pleaded guilty, and that's why she was put on

8    probation, but he is still in prison.

9            THE COURT:  Did you say it was for robbery?  Was it

10   robbery?

11           PROSPECTIVE JUROR:  No, I said dope.

12           THE COURT:  Dope.

13           PROSPECTIVE JUROR:  Her friend was in the crime,

14   but she didn't plead guilty until later.  When she pleaded

15   guilty, they checked her out and she was on three years'

16   probation.

17           THE COURT:  All right.  Is there anything about the

18   way your daughter was treated that would prevent you from

19   being fair in this case?

20           PROSPECTIVE JUROR:  No.

21           THE COURT:  Okay.  I think you said, and I'm not

22   sure if it was a mistake, when you were answering question 15

23   which asks you whether you would be able to follow the law as

24   instructed by the Court in rendering a verdict in this case,

25   I think you said "no."  I'm not sure if that was by mistake,

```
 1   or did you mean you could not --
 2            PROSPECTIVE JUROR:  Number 15?
 3            THE COURT:  I thought you said no.  I'm not sure if
 4   that was a mistake or not.  Can you follow my instructions?
 5            PROSPECTIVE JUROR:  Well, I can't see too well, but
 6   I probably didn't understand the question totally.
 7            THE COURT:  Okay.  Well, if you're on this jury and
 8   I give you some legal instructions that you're supposed to
 9   follow, would you be able to follow my instructions?
10            PROSPECTIVE JUROR:  Sure.
11            THE COURT:  Okay.  Even if I tell you the law is A
12   and you don't agree with A, would you still be able to follow
13   the instructions that I give you, even if you don't agree
14   with them?
15            PROSPECTIVE JUROR:  Yes.
16            THE COURT:  Yes?
17            Did you understand my question?
18            PROSPECTIVE JUROR:  No.
19            THE COURT:  Okay.  One of the things that if you're
20   on the jury I'm going to do is tell you what the law is that
21   you have to follow in deciding the case.  My question to you
22   is if you're on the jury and I tell you the -- what the law
23   is and you don't like the law, you don't agree with it, will
24   you still be able to follow it even if you don't agree with
25   it?
```

```
 1                    PROSPECTIVE JUROR:  Yes.

 2                    THE COURT:  Okay.  Now, you said something about

 3      you don't see very well?

 4                    PROSPECTIVE JUROR:  I didn't bring my glasses,

 5      Judge.

 6                    THE COURT:  Okay.  If you have your glasses, can

 7      you see all right?

 8                    PROSPECTIVE JUROR:  Yeah.

 9                    THE COURT:  Okay.  If you're on -- do you think

10      you'd be able to sit for a month in this case and be able to

11      follow all the testimony and the evidence?

12                    PROSPECTIVE JUROR:  I don't --

13                    THE COURT:  I'm sorry?

14                    PROSPECTIVE JUROR:  Right as of now, I really don't

15      know to sit that long, but I'm here today and any other day

16      that I'm needed.

17                    THE COURT:  Well, I'm just trying to make sure I

18      understand whether you're physically able to sit for an

19      entire day and listen to testimony and be able to follow it

20      and pay attention and remember it.

21                    PROSPECTIVE JUROR:  Yes.

22                    THE COURT:  Yes?

23                    PROSPECTIVE JUROR:  Yes, I am.

24                    THE COURT:  Okay.  And you can do that?

25                    PROSPECTIVE JUROR:  Yes.
```

```
 1              THE COURT:  Is there any reason you can't be with
 2   us for a month?
 3              PROSPECTIVE JUROR:  As of now, I don't think so.
 4              THE COURT:  Okay.  Thank you very much, ma'am.
 5              PROSPECTIVE JUROR:  You're welcome.
 6              THE COURT:  All right.  Mr. Zachar.
 7              PROSPECTIVE JUROR:  My name is Seymour Zachar.  I'm
 8   67 years old.  I have been in Delray since 2000, I guess 13
 9   years.  I'm a realtor.  I am married in 12 states and the
10   District of Columbia and possibly, this building.
11              THE COURT:  I'm sorry, what did you say?
12              PROSPECTIVE JUROR:  I don't have any children.  I
13   have a master's degree.  I was on a, not sure if it was a
14   state or a county, jury two years ago.
15              I was involved in a lawsuit for wrongful
16   termination.  I have a close friend who was arrested for a
17   DUI.  I have not been the victim of a crime.
18              I have no disabilities.  I would have some concerns
19   about the ability to be fair based on my experience in my
20   lawsuit, in terms of what it cost to go to trial in this
21   country.  I think I could be fair, and I do have, in terms of
22   sitting on the case for a month, would be very hard for me.
23   If I wasn't here right now I'd be showing a client, a good
24   client, a property for rent this morning, and I'd be showing
25   another client this afternoon properties to buy on Federal
```

```
 1    Highway.
 2            And so the financial burden is significant.  And I
 3    do have plans to go to New York City in the middle of
 4    September for the holidays.
 5            THE COURT:  All right, sir, I thought at the outset
 6    when we -- when I was asking everyone about the ability to
 7    presume Ms. Marks innocent, you indicated you didn't think
 8    you could do that; am I correct?
 9            PROSPECTIVE JUROR:  I would have some problems with
10    that.
11            THE COURT:  Okay.  Because you said you would be
12    able to be fair, and then I was wondering if that was --
13            PROSPECTIVE JUROR:  I don't know.  I'm not -- in
14    theory, yes, but I have some personal concerns.
15            THE COURT:  Okay.  So you still stand by your
16    earlier statement that you would have difficulty presuming
17    Ms. Marks innocent?
18            PROSPECTIVE JUROR:  I'm aware of what it takes to
19    go to court, the financial burden and all that, so I would
20    have to find out where the resource is coming from to do all
21    this.
22            THE COURT:  All right, sir.  Thank you.
23            Mr. Klueber.
24            PROSPECTIVE JUROR:  My name's Mark Klueber.
25            THE COURT:  I'm sorry I mispronounced your name.
```

```
 1              PROSPECTIVE JUROR:  That's quite all right.
 2   Everybody does.
 3              I'm 56 years old.  I live in Boynton Beach for the
 4   last five years.  I am a produce buyer for Whole Foods
 5   Market.  I am married.  My wife is a dental technician.  I do
 6   have a daughter.  She's a part-time employee at Whole Foods
 7   and also studying for her master's at the University of South
 8   Florida.  I did study some college after military service.
 9              I have not sat on a jury.  I have not been involved
10   in a lawsuit.  My older brother has probably been arrested on
11   DUI charges a time or two.  No family members are victim of
12   crime.  I do not have any friends in law enforcement.
13              I do not suffer from any disabilities.  On question
14   14, with all due respect, ladies and gentlemen, I have had my
15   share of experiences with the IRS.  They're not on my list of
16   favorite people.  I may have -- challenging to be impartial
17   with those guys.  As far as following the law, I could do
18   that, and there is not a reason I could not sit on~-- be a
19   juror.
20              THE COURT:  All right.  Sir, you said your brother
21   had some DUI issues; is that correct?
22              PROSPECTIVE JUROR:  Yes, that's probably quite some
23   years ago, but, yes.
24              THE COURT:  Anything about what happened to him or
25   the way he was treated that might affect your ability to be
```

1    fair in this case?

2              PROSPECTIVE JUROR:  No, that was a long time ago.

3              THE COURT:  So you mentioned that you've had some

4    issues with the Internal Revenue Service over the years?

5              PROSPECTIVE JUROR:  Yes, I have.

6              THE COURT:  All right.  And I guess you weren't

7    happy with the way you were treated?

8              PROSPECTIVE JUROR:  It was rather challenging for

9    several months before it finally got resolved, yes.

10             THE COURT:  Before what?

11             PROSPECTIVE JUROR:  It was a matter of reporting

12   errors on some stock trades that were reported both

13   incorrectly by the company and myself that took several

14   months of heated discussions and it was finally settled by

15   third party arbitration, but it was a rather trying

16   experience for my family, that's for sure.

17             THE COURT:  Okay.  Did you say there were reporting

18   errors that you and the company made?

19             PROSPECTIVE JUROR:  Correct.

20             THE COURT:  So there were errors?

21             PROSPECTIVE JUROR:  There were errors; that is

22   correct.

23             THE COURT:  So -- and the IRS had some questions

24   about these errors, and you were going back and forth trying

25   to resolve them?

```
 1              PROSPECTIVE JUROR:  It actually was not so much as

 2    questions.  They basically accused me of not filing correctly

 3    and told me I owed them about $30,000, which over the course

 4    of period of time it was finally resolved that I didn't, but

 5    in the meantime I still had to cough up a whole bunch of

 6    money and pay fines and all that good stuff ahead of time

 7    until finally it was resolved.

 8              THE COURT:  Okay.  And because of that experience,

 9    do you think because the IRS is involved in this case you

10    might not be able to be fair?

11              PROSPECTIVE JUROR:  I have to say in all honesty,

12    yes, I'd be a little bit biased.

13              THE COURT:  Okay.  Against the Government?

14              PROSPECTIVE JUROR:  That's correct.

15              THE COURT:  All right.  Well, thank you for your

16    honesty, sir.  Appreciate it.

17              All right.  If we can go to Ms. Dorn.  Good

18    morning.

19              PROSPECTIVE JUROR:  I'm Elizabeth Dorn.  I'm 57.  I

20    live in West Palm Beach where I've been about seven years.  I

21    am employed.  I'm a consultant.  I work for a company called

22    Reclay StuartEdge, environmental consulting work.  I'm

23    divorced, but I do have a live-in partner who is currently

24    unemployed.  I have two children.  One is -- they're girls,

25    24 and 28.  One's a nanny, the other one is a nursing student
```

```
 1   who also works as a nanny.  I have a master of science in

 2   public health degree.

 3           I've never sat on a jury of any type, and I have

 4   never been involved in any lawsuit.  No to all the number 9

 5   questions.  Number 10, I was arrested in high school, along

 6   with a whole big group of kids who were sitting around

 7   smoking pot.  I had -- I was dismissed and was innocent of

 8   all the charges.  Never even had a speeding ticket.

 9           But I do have friends who have been arrested and

10   charged with crimes.  I know a lot of people, so I hear a lot

11   of stories.  The one that's closest to me is the partner that

12   I live with right now, who recently had been charged with

13   assault with a deadly weapon, innocently charged in my

14   opinion and in his opinion.  He ran out of money trying to

15   fight the case and pleaded no contest instead of going to

16   trial because he couldn't afford to continue to pay lawyer

17   fees; and he's currently on probation.  Adjudication was

18   withheld.  And so we are dealing with that right now.

19           I think that makes me a little sensitive to legal

20   issues at this point, or court issues.

21           Myself, in terms of crime -- well, of course I have

22   other friends, DWIs and stories like that that you hear when

23   you know a lot of people over the -- over your lifetime.

24   Those I think are rather irrelevant here.  In terms of me,

25   yes, I've been a victim of crimes.  I was wiped clean not
```

```
 1    that long ago in terms of my house being broken into and

 2    robbed.  Credit card fraud.  In fact, just when I walked into

 3    the room today I got a call from my credit card company

 4    saying there are charges on my card that aren't my -- don't

 5    belong on my card, and I'm dealing with that right now.

 6            I've had my tax return check stolen before.  I've

 7    had friends that were mugged and robbed.  Lots of robberies

 8    in my neighborhood, in West Palm Beach routinely.  My

 9    next-door neighbors on both sides have been broken into

10    fairly recently.

11            I don't have any friends in law enforcement.  I

12    have no disabilities.  I actually think in terms of this

13    particular case I don't feel like any of my personal issues

14    really apply.  If it was a different kind of case I would

15    feel that it would be something I'd have a little more

16    difficulty with.  In this particular case I don't feel that

17    my personal life really plays into how I would judge things

18    in this particular case.

19            Yes, I'd be able to follow instructions by the

20    Court.  And in terms of hardships, I'm a breadwinner for my

21    company.  Our company is struggling a little financially

22    right now.  It's a small consulting firm.  Being a month out

23    from employment, while they'll probably pay me, might be a

24    little challenging for them, but I'm certainly willing to

25    talk with them about it and try to make sure that they won't
```

1   suffer unduly if I was away a month.

2           THE COURT:  Let me ask you a few questions, ma'am.

3   Your live-in partner I think how you described him, what type

4   of work does he do?

5           PROSPECTIVE JUROR:  Well, he was in the financial

6   field as a financial manager, but he was terminated from that

7   opportunity because of this case.  So he is now unemployed.

8           THE COURT:  All right.  You said you were arrested

9   as a teenager and all the charges were dropped; is that

10  correct?

11          PROSPECTIVE JUROR:  Correct.

12          THE COURT:  Anything about that experience that

13  would in any way impact your decision or ability to be fair

14  in this case?

15          PROSPECTIVE JUROR:  No.

16          THE COURT:  Now, you mentioned that you had a

17  number of friends.  Let's talk about everyone other than your

18  live-in partner.  Anything about any of those other cases

19  that might in any way impact your ability to be fair in this

20  case?

21          PROSPECTIVE JUROR:  Nothing about any of them

22  specifically.  I mean, you know, the older you get the more

23  you wonder how do you really feel about how your country

24  handles legal matters, how do you even feel about the

25  political situation in this country.  And right now, with all

```
 1    the stuff going on, I don't have that positive an attitude

 2    about things, but I think our country is better than a lot of

 3    other countries.  So, you know, I try to keep those issues

 4    separate from how I would decide things in a particular

 5    situation like this.  But right now I'm a little soured to

 6    how we handle things in this country.

 7              THE COURT:  All right.  Is that -- again, is that

 8    because of your live-in partner's situation or does it relate

 9    to these other cases with your other people that you know?

10              PROSPECTIVE JUROR:  Well, in his case, you know, I

11    feel like if he had more money he'd have probably come out

12    okay.  I think he ran out of money trying to defend himself

13    when he was innocent.  I do think there are people that are

14    innocent that often, you know -- I don't think our system

15    handles innocent people as well, wrongly accused innocent

16    people.  I really do feel like sometimes that's a tough one

17    in terms of how our system handles wrongfully accused.

18              THE COURT:  You obviously feel your live-in partner

19    was wrongfully accused, he was innocent of the charge and he

20    kind of caved in because of financial reasons and pled no

21    contest in order to stop the financial bleeding; is that

22    correct?

23              PROSPECTIVE JUROR:  Well, he pled no contest with

24    the understanding that adjudication would be withheld.

25              THE COURT:  And you have a sour taste in your mouth
```

1    about that?

2              PROSPECTIVE JUROR:  I do, in that I felt that he --

3    I felt that the DA actually wanted -- didn't want to let go

4    of the fact that there wasn't a lot of evidence, and wanted

5    to bring this thing to trial, and, I mean, he was -- he was

6    charged with holding a gun on three women in a car in a

7    McDonald's parking lot when there was no weapon, there was

8    nothing but their testimony.  And, you know, in that yet

9    there's no real evidence and this DA didn't never let it go,

10   you know.  So it does make me have some questions about how

11   the system works.

12             THE COURT:  All right.  And this was a state

13   prosecutor; am I correct?

14             PROSPECTIVE JUROR:  Yes.

15             THE COURT:  Okay.  And will that experience that

16   you've had with your friend affect your ability to evaluate

17   fairly the evidence that's presented in this case and decide

18   whether the United States has proven its charges beyond a

19   reasonable doubt or has not?  Are you going to let what

20   happened to your friend affect how you view the evidence in

21   this case?

22             PROSPECTIVE JUROR:  No, not in this case.  I mean,

23   I'm a scientist by training.  I'm very analytical.  I look at

24   things based on evidence and individual circumstances.

25             THE COURT:  So despite your dissatisfaction with

1   your friend's situation, you won't let that affect your

2   ability to be fair in this case?

3               PROSPECTIVE JUROR:  True.  I will not.

4               THE COURT:  That's what I was trying to get at.

5               And you mentioned that you were a victim of some

6   crimes yourself.  You had burglaries, credit card fraud,

7   someone attempted to steal your refund from the IRS.  Any of

8   those experiences, is that going to affect your ability to be

9   fair in this case?

10              PROSPECTIVE JUROR:  No.

11              THE COURT:  Okay.  All right.  Thank you, ma'am.

12              Mr. Sardinas.

13              PROSPECTIVE JUROR:  Good morning, Your Honor.  I'd

14  like to sit down because --

15              THE COURT:  That's fine.  I saw you walking in with

16  some problems.

17              PROSPECTIVE JUROR:  My name is Manuel Sardinas.

18  I'm 60 years old.  I resided in Boynton for the last 23

19  years.  I am employed.  I'm a supervisor with my company.  I

20  am married.  My wife does not work.  I have two children, two

21  adult children.  One is in construction and the other one is

22  in arts.  He's in an art design business, graphic design.  My

23  education is, I graduated with a technical design degree.

24              I've never sat on a jury before.  I've never been

25  involved in a lawsuit or have been a witness in one.  Nobody

1    in my family or anybody that I know has been arrested or

2    charged with any crime.  I've got -- I've had friends that

3    have had their homes gone through pretty bad.

4            As far as anybody being in law enforcement, my son

5    was a police officer in Ocala, my older son, for about six

6    months.

7            As far as my disabilities, I just had back surgery

8    several months ago, and I have a hard time getting around and

9    sitting in one place.  But the courts have been trying to get

10   me here for a couple years now, and because of past surgeries

11   I have not been able to, so I figured I'd make it an attempt,

12   not knowing it was going to be an entire month.

13           As far as the description of the case, I have --

14   I'm unbiased to anything on it, and nothing's going to --

15   should affect how I think and act.  And I will be able to

16   follow the law as instructed by the Court, and any reason why

17   not -- I would not be able to sit here, other than my

18   physical condition.

19           THE COURT:  All right, sir.  You said you're a

20   supervisor, a supervisor in your company.  What does your

21   company do?

22           PROSPECTIVE JUROR:  It's an electric company, sir.

23           THE COURT:  So electric in terms of electric

24   contractor, electric -- provides electricity?

25           PROSPECTIVE JUROR:  Provides electricity.  Next

```
 1   era.

 2           THE COURT:  You're like a utility?

 3           PROSPECTIVE JUROR:  Yes.

 4           THE COURT:  Okay.  And you said that you had some

 5   friends who had burglaries to their home?

 6           PROSPECTIVE JUROR:  I have two good friends that I

 7   work with.  While they were at work their homes were

 8   burglarized.

 9           THE COURT:  Anything about those burglaries that

10   would affect you in any way in this case?

11           PROSPECTIVE JUROR:  Not at all.

12           THE COURT:  You mentioned that you had a son who

13   was with the Ocala police department for a period of time?

14           PROSPECTIVE JUROR:  Yes, sir.  He went through the

15   academy and spent a year doing that and went into law

16   enforcement.  He thought that was something he wanted to do,

17   but when he got into the nit and gritty and the violence and

18   everything else, he's got a family with two kids, and he

19   opted to go the other route.

20           THE COURT:  And the fact that you had a son in law

21   enforcement, would that cause you to more likely believe

22   testimony coming from law enforcement officers than anyone

23   else?

24           PROSPECTIVE JUROR:  No, sir.

25           THE COURT:  All right.  And in terms of your
```

```
 1    physical condition, I notice you -- you know, you were
 2    walking with a cane I believe when you came in, and you were
 3    having some difficulty getting into that --
 4              PROSPECTIVE JUROR:  My balance is real bad, and
 5    sitting for a long period of time, I have to get up and move
 6    around.
 7              THE COURT:  All right.  Well, if we were able to
 8    accommodate you in terms of -- how long can you sit without
 9    having to get up and move around?
10              PROSPECTIVE JUROR:  Usually about every hour, hour
11    and a half I get around.
12              THE COURT:  All right.  If we took breaks every
13    hour and a half or so to accommodate you and put you in a --
14    if you were on the jury, in a seat where it's going to be
15    more comfortable than what you're sitting on now, it would be
16    a cushioned seat, and we put you in a chair where you
17    wouldn't have to hobble all the way across the row, and sat
18    you at the end where you can get in and out easily, would
19    that accommodate your situation?
20              PROSPECTIVE JUROR:  I would say so.
21              THE COURT:  All right.  Thank you, sir.
22              All right.  Ladies and gentlemen, since we've been
23    going about an hour and a half now and some of you may need a
24    break, we're going to take a recess before we continue.  I
25    want to again thank you for your cooperation and your
```

```
 1    patience.

 2              I'm going to ask you during all the breaks that we

 3    take do not discuss this case among yourselves or with anyone

 4    else.  Don't form any opinions about the case.  If you happen

 5    to see anyone involved in the case, the attorneys, their

 6    clients or their client representatives anywhere around the

 7    courthouse or even outside the courthouse, please understand

 8    they're not to have contact with you.  So if they ignore you,

 9    if they walk the other way when they see you, if they don't

10    say hello, they're not being rude, they're not being

11    discourteous.  Please don't be offended.  They're obligated

12    to avoid contact.  So please understand that and don't take

13    offense to the fact that they don't seem to recognize you or

14    acknowledge you in any way.

15              So let's take a 15-minute recess, and if you could

16    be -- just be outside in 15 minutes, and we'll continue with

17    this process.  Thank you very much.

18        (The venire exits the courtroom, after which the

19    following proceedings were had:)

20              THE COURT:  All right.  Is there anything we need

21    to talk about?

22              MR. SCHWARTZ:  I just would tell the Court that

23    juror number 30 I have met socially at a club and at a

24    religious institution.

25              THE COURT:  Okay.  Well, we'll talk to him about
```

```
 1    that.

 2              And I'll let you know that juror number 15 is an

 3    attorney.

 4              All right.  We'll see you in 15 minutes.  Thank

 5    you.

 6         (A recess was taken from 10:41 a.m. to 10:58 a.m., after

 7    which the following proceedings were had:)

 8              THE COURT:  Please be seated, everyone.

 9              We're back on the record.  Ms. Marks is present

10    with counsel.

11              Let's bring the jurors in.

12         (The venire enters the courtroom, after which the

13    following proceedings were had:)

14              THE COURT:  Welcome back, everyone.  Please be

15    seated.

16              Thank you again, ladies and gentlemen, for your

17    cooperation and your patience as we go through this process.

18              Before we speak to Mr. Bean, I neglected to ask

19    some of you -- I started asking the jurors if they had read

20    or heard anything about this case, and I kind of forgot to

21    ask that.

22              Anyone in the first row that I haven't already

23    asked this question, has anyone either read or heard anything

24    about this particular case in the first row that I haven't

25    spoken to already?  No?  None of you.
```

```
 1              All right.  And Ms. Dorn, have you heard or read

 2    anything about this case?

 3              PROSPECTIVE JUROR:  (Shakes head.)

 4              THE COURT:  Okay.  Thank you.

 5              Mr. Bean, we're up to you, sir.  Let's talk to you.

 6              Good morning, sir.  How are you?

 7              PROSPECTIVE JUROR:  I'm Ken Bean.  I'm 61 years

 8    old.  I've lived in Palm Beach Gardens for 11 years.  I'm an

 9    international energy consultant for Pace Global, which is a

10    subsidiary of Siemens.  I'm married.  My wife is not working.

11    She's been undergoing several breast cancer treatments over

12    the last four years.  We have three grown children.  One is

13    an editor in Kansas City, our daughter; my son is a

14    litigation lawyer in Houston; and my younger son is a field

15    engineer for a drilling supply company working in Ecuador.  I

16    have a bachelor's in mechanical engineering and a master's in

17    business administration.

18              I've been on two juries in Houston.  I think it was

19    Harris County court.  One was a civil case of a woman who was

20    suing her dentist, and another one was, I think, a criminal

21    case, like a purse snatching, a young person.  Not really

22    been involved personally in any lawsuit.  I mean, I've been

23    involved in basically construction claims lawsuits for my

24    employers, but nothing personal.

25              I had -- I have one cousin up in Chicago who was
```

1    arrested for a domestic dispute.  Basically, he waved a gun,

2    and I think he served some time for that.  No real crimes

3    that I can think of.  I had an uncle in Chicago who was a

4    policeman and another cousin who was a policeman, but nobody

5    that I know at present who's in law enforcement.

6         I have no disabilities.  I have no problem being

7    impartial in this case.  I can follow the law.  However, I do

8    have several client commitments this month that would, you

9    know, prevent me being here.  I have a week of meetings the

10   week of the 16th at a Caribbean bauxite refinery to do an

11   environmental health review and an operability and

12   maintainability review for a power plant project that we're

13   planning on getting started there.

14        We have just been released on a energy study for a

15   university in Texas that has to be done this month.  And I

16   have another project for a ranch energy supply review that I

17   have to make a week trip site visit starting September 29th.

18   We also have other work that's going on.

19        This is the end of our fiscal year at the end of

20   September, so there's a lot of work scheduled.  I probably

21   wouldn't make my personal bill-ability targets for the year

22   if I took a month out of twelve off.

23        So that's it.

24        THE COURT:  You said your wife is not currently

25   working.  Did she do any work in the past outside the home?

```
 1                PROSPECTIVE JUROR:  She was an interior designer.

 2                THE COURT:  The two juries that you sat on, the one

 3     civil, one criminal, did you reach verdicts in both of those

 4     cases?

 5                PROSPECTIVE JUROR:  Yes.

 6                THE COURT:  Were you the foreperson of either jury?

 7                PROSPECTIVE JUROR:  I think I was in one of them.

 8                THE COURT:  All right.  And having been on a civil

 9     and criminal case, you understand the difference in the

10     burden of proof between proving what a person has to prove in

11     a civil case versus a criminal case?  You understand that

12     difference?

13                PROSPECTIVE JUROR:  Yes, sir.

14                THE COURT:  And you'll be able to apply the beyond

15     a reasonable doubt burden of proof if you're selected on this

16     case?

17                PROSPECTIVE JUROR:  Yes.

18                THE COURT:  Anything about either of those cases

19     that would affect your ability to be fair in this case?

20                PROSPECTIVE JUROR:  No.

21                THE COURT:  Anything about your cousin's arrest for

22     this assault charge that would affect your ability to be fair

23     in this case?

24                PROSPECTIVE JUROR:  No.

25                THE COURT:  Now, you said you had an uncle and
```

```
 1    cousin who are in law enforcement.

 2              PROSPECTIVE JUROR:  Yes.

 3              THE COURT:  You have an uncle and cousin in law

 4    enforcement.  Anything about what they do or did that would

 5    affect your ability to be a fair juror?

 6              PROSPECTIVE JUROR:  No.

 7              THE COURT:  Would it cause you to lean one way or

 8    another?

 9              PROSPECTIVE JUROR:  No.

10              THE COURT:  Would it cause you to more likely

11    believe testimony coming from a law enforcement officer than

12    another witness on the same subject matter?

13              PROSPECTIVE JUROR:  No.

14              THE COURT:  So your only issue is work related?

15              PROSPECTIVE JUROR:  Yes, sir.

16              THE COURT:  Are any of these trips that can be

17    rescheduled?

18              PROSPECTIVE JUROR:  We have many client and

19    contractor people scheduled for the week of the 16th, so, you

20    know, it can't be changed for me.

21              THE COURT:  Okay.  And is there anyone else that

22    can go on that trip other than you to fulfill your company's

23    responsibilities?

24              PROSPECTIVE JUROR:  I've been involved in the

25    project for three years.  No, there's no one who can take my
```

```
 1    place.
 2             THE COURT:  All right.  Thank you, sir.
 3             Mr. Carroll, good morning, sir.
 4             PROSPECTIVE JUROR:  Hi.  My name is William
 5    Carroll.  I'm 55 years old.  I reside in Delray Beach for the
 6    past 18 years.  I am employed as a vice president and
 7    regional property manager for a publicly traded real estate
 8    investment trust.  I am not married.  I do not have any
 9    children.  I do have a bachelor of science degree in
10    marketing.  I've never sat on a jury before.  I have been
11    involved in a lawsuit, typically commercial-landlord-tenant
12    litigation.
13             I have not had any family members or close friends
14    that have ever been arrested.  I have been the victim of a
15    crime.  I'm not aware of any of my family members or close
16    friends that have been.  I do have my father is a retired
17    police officer.
18             I do not have any disabilities which would affect
19    my ability to sit as a juror.  The crime that I was a victim
20    of was identity theft as it relates to my income tax return
21    for the year 2011.  Based on that, I may have a bias against
22    any type of wire fraud charges.  I would be able to follow
23    the law as instructed by the Court, and I do have a reason
24    that I may not be able to sit on this, and that is that my
25    company has under contract currently for a close of
```

```
 1    October 1st a very large acquisition, which is going to

 2    increase our portfolio sizes by 20 to 25 percent, and I am

 3    responsible for the due diligence of three of the markets

 4    that we are not in, that I have to physically go and examine

 5    the properties between now and closing.

 6              THE COURT:  All right, sir.  This lawsuit that you

 7    were involved in, or lawsuits that were relating to

 8    commercial landlord-tenant matters, anything about those

 9    cases or how they were handled that might affect your ability

10    to be fair in this case?

11              PROSPECTIVE JUROR:  No.

12              THE COURT:  You mentioned you were a victim of

13    identity theft, or I guess similar to another juror who had

14    his refund check stolen?

15              PROSPECTIVE JUROR:  No, not -- a refund check was

16    not stolen.  Somebody actually filed a false tax return using

17    my Social Security number, and that took probably the better

18    part of a year and a half to clear up.

19              THE COURT:  All right.  And did they get a refund

20    using your Social Security number?

21              PROSPECTIVE JUROR:  I'm not aware of that.

22              THE COURT:  Okay.

23              PROSPECTIVE JUROR:  The IRS did not tell me that,

24    one way or the other.

25              THE COURT:  Were you unhappy with the way the
```

```
 1     Internal Revenue Service handled this matter?
 2               PROSPECTIVE JUROR:  Not particularly.
 3               THE COURT:  You're concerned because you were a
 4     victim of identity theft and the mails were used?  Were the
 5     mails used in connection with your fraud?
 6               PROSPECTIVE JUROR:  I don't know if it was mail or
 7     wire online.
 8               THE COURT:  But you're concerned that because of
 9     your experience you might not be able to be fair in this
10     case?
11               PROSPECTIVE JUROR:  Correct.
12               THE COURT:  So you think you couldn't presume
13     Ms. Marks innocent of this charge?
14               PROSPECTIVE JUROR:  I would like to think so, but I
15     can't say absolutely yes.
16               THE COURT:  So you may have difficulty being fair?
17               PROSPECTIVE JUROR:  Yes.
18               THE COURT:  All right.  And then you've got
19     work-related issues, as well?
20               PROSPECTIVE JUROR:  Correct.
21               THE COURT:  All right.  Thank you, sir.
22               Ms. Rowe, good morning.
23               PROSPECTIVE JUROR:  Hi.  I am Eileen Rowe, 57 years
24     old; lived in Royal Palm Beach-Acreage for 25 years.  I'm
25     employed for the school district.  I was a data processor for
```

```
 1    15 years, but I've just recently changed to head custodian

 2    because I have a mother with Alzheimer's, and I needed

 3    adaptability with my hours.  I am widowed, and my husband

 4    used to be a mechanic.  I've got two adult children.  They

 5    work for Water Management District.  I have some college but

 6    couldn't afford to finish.

 7             I've never been on a jury, never been in a lawsuit

 8    or sued anybody.  As far as arrest, not myself.  I have a

 9    niece on my husband's side that was arrested for drug charges

10    and a friend's daughter who was arrested for drug charges,

11    but they don't relate -- you know, they were guilty, and they

12    did what they had to do.

13             I did have a house break-in and my son had a house

14    break-in.  That's about the only crime I've been a victim of.

15    No friends or family in law enforcement.

16             I don't have any disabilities.  I could be fair,

17    and to tell you the truth, I would love to serve on a jury.

18    I've always wanted to, but the reason that I think I would

19    have difficulty is my mother's husband is supposed to be

20    scheduled within the next 30 days for a hip replacement, and

21    we don't have anyone to care for my mother during that time.

22    I don't know when the surgery's going to be, but she will not

23    accept any help from anybody but myself.

24             THE COURT:  You said that he's going to be

25    scheduled within the next 30 days or --
```

```
 1                PROSPECTIVE JUROR:  I've asked him to give me a
 2      date, but it's going through the VA, and he said they just
 3      have him like on a waiting list or something for the next
 4      open availability.  And even with my job, that's going to
 5      cause difficulty, but, you know, I at least can take sick
 6      leave or something during that time to care for her.
 7                THE COURT:  How long is your mother's husband going
 8      to be out of commission where --
 9                PROSPECTIVE JUROR:  It's his second hip surgery, so
10      they're saying it would be four to six weeks, which I don't
11      even know how I'm going to do that.  We're still trying to
12      figure it out.
13                THE COURT:  So -- but you're not sure when this is
14      going to happen?
15                PROSPECTIVE JUROR:  I don't know.
16                THE COURT:  All right.  Let me ask you a couple
17      other questions.
18                Anything about the drug cases that your niece or
19      friend's daughter was involved in that would in any way
20      affect your ability to be fair in this case?
21                PROSPECTIVE JUROR:  No.
22                THE COURT:  Okay.  Anything about the burglaries to
23      your house or your son's house that would affect you in any
24      way?
25                PROSPECTIVE JUROR:  No.
```

```
1              THE COURT:  And explain to me again if your
2    mother's husband has surgery, what do you need to do?
3              PROSPECTIVE JUROR:  I either have to go up there or
4    try to get her to come home with me.  The last surgery he had
5    she would not come home with me, and I had to stay up there
6    for three weeks, which is by Lake City.
7              THE COURT:  Lake City?
8              PROSPECTIVE JUROR:  And we've been trying to find a
9    facility that would take her, but she's in good physical
10   condition, and they said she doesn't qualify, but she cannot
11   be on her own.  She gets lost.  She doesn't know that she has
12   Alzheimer's.  And we're trying to keep her from driving.  She
13   steals the keys, and she cooks in the middle of the night,
14   she doesn't sleep.  She gets up, she goes out.  She thinks
15   she's going to take a bus somewhere.
16             THE COURT:  And if for whatever reason she refused
17   to come down here to stay with you, you're going to be able
18   to take off for three weeks from your job?
19             PROSPECTIVE JUROR:  I've been with the school
20   district enough time that I've got the time or I could use
21   family medical leave.
22             THE COURT:  Thank you, ma'am.
23             Have you read or heard anything about this case?
24             PROSPECTIVE JUROR:  I don't believe so.  I read the
25   newspaper every day, and I may have seen something about it,
```

```
 1   but I can't recollect anything specific.
 2            THE COURT:  And if you did read anything --
 3            PROSPECTIVE JUROR:  Nothing that, you know, would
 4   make me impartial (sic) or anything.
 5            THE COURT:  Would not affect you?
 6            PROSPECTIVE JUROR:  No.
 7            THE COURT:  Thank you, ma'am.
 8            Mr. Thomas, good morning.
 9            PROSPECTIVE JUROR:  Good morning.  My name is Guy
10   Thomas.  I'm 52 years old.  I'm living West Palm Beach,
11   Florida, since 14 years.  I'm unemployed since May.  I'm
12   married, my wife, since 29 years old.  I got four children.
13   Three living with me, the other one at New York.
14            THE COURT:  I'm sorry, sir, I'm having trouble
15   understanding you.
16            PROSPECTIVE JUROR:  I got four children.
17            THE COURT:  Four children, yes.
18            PROSPECTIVE JUROR:  One living at New York, I got
19   three with me.
20            My education is I got one year in South Tech and
21   one year with PBCC college.
22            This is my first time with the jury.  Have you ever
23   been involved in lawsuit either I've been sued -- no.
24   Number 10, have you or any family member or close friend ever
25   been arrested?  I got my second son was arrested because he
```

```
 1    carry weapon without permission, without a license.
 2              Have you or any family member or close friend ever
 3    been a victim of crime?  No.  Do you have any relative or
 4    close friend who were in law enforcement?  I got my close
 5    friend at Navy.  He's living in Japan right now.
 6              I don't have a disability to sit with the jury.
 7    Based upon the description of case with has been given to
 8    you, do you have any personal view?  No.  Would you be able
 9    follow the law instruction?  Yes, I will.  If there any
10    reason that you could not or should not sit at the jury?  I
11    have no reason.
12              THE COURT:  All right.  Sir, do you work?
13              PROSPECTIVE JUROR:  No, I'm unemployed since May.
14    I'm working for season job.
15              THE COURT:  All right.  What type of work have you
16    done?
17              PROSPECTIVE JUROR:  October for May.
18              THE COURT:  I'm sorry?
19              PROSPECTIVE JUROR:  October for May, six months.
20              THE COURT:  I'm sorry, I didn't understand what you
21    said.
22              PROSPECTIVE JUROR:  I got a season job.  I'm
23    working six months.
24              THE COURT:  What kind of work do you do?
25              PROSPECTIVE JUROR:  I'm a plumber, but right now I
```

```
 1    work for valet.
 2              THE COURT:  Did you say a plumber?
 3              PROSPECTIVE JUROR:  Yes.  Plumber.
 4              THE COURT:  You do plumbing work; and what else did
 5    you say?
 6              PROSPECTIVE JUROR:  Yeah, I'm a plumber, but now I
 7    work for valet.
 8              THE COURT:  What is valley?
 9              PROSPECTIVE JUROR:  Valet, park cars.
10              THE COURT:  Valet.  Okay.  So you work as a plumber
11    and as a valet?
12              PROSPECTIVE JUROR:  Yeah.
13              THE COURT:  But you're not working right now?
14              PROSPECTIVE JUROR:  I'm not working right now.
15              THE COURT:  You said you had four children.  One's
16    in New York and three are with you here?
17              PROSPECTIVE JUROR:  Exactly.
18              THE COURT:  Are they adults?
19              PROSPECTIVE JUROR:  Yeah.
20              THE COURT:  Do they work?
21              PROSPECTIVE JUROR:  I got two -- one, 28, is a
22    security officer.  The other one is a Comcast technician, and
23    the other one is 18 years, but she's a senior in the --
24    senior in high school.
25              THE COURT:  And you said your son was arrested?
```

```
 1                    PROSPECTIVE JUROR:  Yeah, three years ago for carry

 2      weapon without license, but now he got license, but it

 3      dismissed.  He got no charge.

 4                    THE COURT:  The case was dismissed?

 5                    PROSPECTIVE JUROR:  Yeah.  He got no charge.

 6                    THE COURT:  Is there anything about that which

 7      would affect you in this case?

 8                    PROSPECTIVE JUROR:  No.

 9                    THE COURT:  Now, you speak with a thick accent.  I

10      don't mean to single you out, but do you understand English

11      well?

12                    PROSPECTIVE JUROR:  Yeah, little bit.

13                    THE COURT:  Do you have trouble understanding

14      English?

15                    PROSPECTIVE JUROR:  Yes.

16                    THE COURT:  You do have trouble?

17                    PROSPECTIVE JUROR:  No, no.

18                    THE COURT:  You don't have trouble?

19                    PROSPECTIVE JUROR:  I don't have trouble.  I'm a

20      deacon in my church.  I don't have trouble.

21                    THE COURT:  So if you're sitting on this jury for a

22      month and you're listening to witnesses testify in English,

23      will you be able to understand what they're saying?

24                    PROSPECTIVE JUROR:  Yes, I will.

25                    THE COURT:  And you don't have any problems with
```

```
 1    this case as far as your opinions or views?  You could be

 2    fair in this case?

 3               PROSPECTIVE JUROR:  No.

 4               THE COURT:  Can you be fair in this case?

 5               PROSPECTIVE JUROR:  Excuse me?

 6               THE COURT:  Can you be fair to everybody involved

 7    in this case?

 8               PROSPECTIVE JUROR:  No.

 9               THE COURT:  You can't be fair?

10               PROSPECTIVE JUROR:  No.

11               THE COURT:  Why not?  Why can't you be fair?

12               PROSPECTIVE JUROR:  Because I will sit in to check

13    everything for everything correct.

14               THE COURT:  All right.  Thank you, sir.

15               PROSPECTIVE JUROR:  Okay.  You're welcome.

16               THE COURT:  Ms. Resk, good morning.

17               PROSPECTIVE JUROR:  Terry Resk, 56 years old.  I've

18    lived in West Palm Beach since I was three.  I'm an attorney

19    with Haile, Shaw & Pfaffenberger.  I practice commercial

20    litigation and appellate work, all civil.  My husband is also

21    an attorney.  He's with FitzGerald, Mayans & Cook.  He also

22    does only civil work, commercial litigation, and mediations.

23    I have a JD degree.

24               I have been on a jury before.  I was on a medical

25    malpractice case.  After the oral argument -- I mean after
```

```
 1    the opening statements one other juror decided that he had a
 2    health problem and he couldn't sit through it, so there was a
 3    mistrial.  We had no deliberations.  There was no foreman
 4    chosen.  What else have I forgotten?
 5              I have been involved in a lawsuit.  When I was a
 6    zealous law student, my roommate and I had sued our subtenant
 7    who had destroyed our unit and got a default judgment; and
 8    after buying the house we live in now, a contractor sued my
 9    husband and I for having a defective balcony that he had been
10    hired to fix.  We got a summary judgment.
11              I have been the victim of several home burglaries,
12    one home invasion, I guess would be an attempted robbery, I
13    have had a man pull a gun on me, and the people who live
14    across the street from my parents in the home in which I grew
15    up were murdered.  None of that has any effect on these
16    deliberations.  They don't affect my being fair.
17              I have -- I don't know how far back you want to go
18    or how tenuous you want to be on relatives.  I have an aunt
19    whose fourth husband had a son who was convicted and served
20    time for bank robbery.  That was a federal case.  That
21    wouldn't affect me.  I have a cousin who's an air marshal.
22    That has no effect on this.
23              I have no disabilities.  There's nothing in this
24    case that would keep me from being fair.  I can follow the
25    law, I hope.  I have no real reason that I can't serve on
```

1   this.  It would not be a personal hardship to me.  It would

2   be a hardship to my partners who are praying that I'm not

3   chosen.  Thank you.

4          THE COURT:  Thank you, Ms. Risk.

5          PROSPECTIVE JUROR:  And I haven't read anything

6   about the case.

7          THE COURT:  Thank you.

8          All right.  Mr. Kolkana.

9          PROSPECTIVE JUROR:  Good morning.  My name is

10  Joshua Kolkana.  I'm 32 years old.  I've lived in Palm Beach

11  County for all of those 32 years save freshman year of

12  college.  I'm employed with Place of Hope.  I'm the director

13  of a couple programs that -- it's a child welfare agency in

14  Palm Beach County.  I'm married.  My wife works part-time as

15  an adjunct professor at the college.  I have four children

16  between three and 10 years old.  My undergraduate degree is

17  in biblical studies.  My master's degree is a master of arts

18  in religion.

19         I've been on a jury at -- I guess at the county

20  courthouse for a DUI trial.  Never been involved in a

21  lawsuit.  I can't think of any family members or close

22  friends that have been arrested or have been the victims of a

23  crime.  I don't have any family members or close friends that

24  are in law enforcement.  No disabilities.  I don't think

25  there's anything that would keep me from being fair or

```
 1    impartial.

 2            I can follow the directions given me.  The only

 3    reasons that I could not sit in is I'm supposed to appear in

 4    Orlando at the Department of Children and Families Summit the

 5    latter part of this week, from Wednesday to Friday.

 6            THE COURT:  All right.  What is that about?

 7            PROSPECTIVE JUROR:  We're licensed through the

 8    Department of Children and Families, and so there's a

 9    yearly -- an annual summit that they hold every year in

10    Orlando, and our organization is supposed to be a part of

11    that, and so I'm supposed to go up there as the director of

12    our foster care and adoptive program.

13            THE COURT:  And what happens if you don't go?

14            PROSPECTIVE JUROR:  There would -- I guess we would

15    try to find coverage.  I mean, there's no other -- there's no

16    one else in our agency that works in that particular field.

17            THE COURT:  Would there be any ramifications if

18    you're unable to attend?

19            PROSPECTIVE JUROR:  I don't know that there would

20    be like disciplinary ramifications.  I think it would leave

21    some things hanging as far as plans for the educational

22    sessions and for the meetings throughout the week.

23            THE COURT:  Are you involved in teaching or in

24    giving instructions at this or are you just there as a

25    participant to observe what's being discussed?
```

```
 1                    PROSPECTIVE JUROR:  It's a work group meeting for
 2      Palm Beach County that we would break out into.  So we would
 3      get parameters throughout the -- that come down from DCF
 4      throughout the state, and then we break into county groups.
 5      And so in the county group, that would be where I would have
 6      the most influence.
 7                    THE COURT:  And is there someone else that could
 8      fill that role?
 9                    PROSPECTIVE JUROR:  Not at this time, no.
10                    THE COURT:  And that's Wednesday through?
11                    PROSPECTIVE JUROR:  Wednesday through Friday of
12      this week.
13                    THE COURT:  All right.  And you said you did sit on
14      a DUI trial in the state court?
15                    PROSPECTIVE JUROR:  Correct.
16                    THE COURT:  And did you reach a verdict in that
17      case?
18                    PROSPECTIVE JUROR:  It was dismissed after several
19      hours into the afternoon.
20                    THE COURT:  Anything about that experience that
21      would affect you in any way?
22                    PROSPECTIVE JUROR:  No, Your Honor.
23                    THE COURT:  Did you read or hear anything about
24      this particular case?
25                    PROSPECTIVE JUROR:  No, nothing.
```

```
 1                THE COURT:  All right.  Thank you, sir.
 2                PROSPECTIVE JUROR:  Okay.
 3                THE COURT:  Pass that to Ms. Wilkins.
 4                Good morning, ma'am.
 5                PROSPECTIVE JUROR:  Good morning.  My name is
 6      Sheila Wilkins.  I'm 66.  I reside in Boca Raton, and I've
 7      been there for five years.  I'm employed with the Broward
 8      County School Board, and I'm a clerk specialist three, and we
 9      hire all teachers, coaches, and temp hourly.  I'm married.
10      My husband is retired from ABB, formerly Westinghouse.  I
11      have four sons, all adults.
12                Oldest, Kyle, has associate's degree but he's been
13      with UPS 25 years.  James, he's an Army -- he was in the Air
14      Force, I'm sorry.  He's now with Office Depot corporate
15      office.  He's a supervisor of IT, and he's been with them for
16      18 years.  The next one, Benny, he lives in South Carolina.
17      He works for some plastics factory, but he's also a licensed
18      auto mechanic.  And the youngest one, Camron, is -- he
19      graduated from Full Sail University with his master's, had a
20      hard time finding a job.  He's now in U.S. Naval Base in
21      Pensacola.  He's going to school for intelligence, naval
22      intelligence.
23                I've been on a jury before back in '07, federal,
24      but the case was thrown out.  They didn't go through with it.
25      So let me see.  I've never been involved in a lawsuit.  None
```

```
 1    of my boys, anybody's been arrested for any crimes.  I had my
 2    purse stolen out of my car at a gas station.  And also, I
 3    have two retired friends that are -- were in law enforcement,
 4    and my nephew is a police officer in Gainesville.
 5              I have no problems being fair and impartial, and
 6    also, I'll follow the Court instructions and everything.  I
 7    have -- you know, I understand that.  And there's no reason
 8    why I couldn't serve.
 9              THE COURT:  All right, ma'am.  The jury case you
10    sat on in federal court, do you remember what it was about
11    even though it was thrown out?
12              PROSPECTIVE JUROR:  Pardon me?
13              THE COURT:  Do you remember what the case was
14    that --
15              PROSPECTIVE JUROR:  The Defendant agreed to some
16    settlement or something.
17              THE COURT:  Do you remember what the case was
18    about?
19              PROSPECTIVE JUROR:  It was drug related.
20              THE COURT:  But you never deliberated?
21              PROSPECTIVE JUROR:  No, didn't have to.
22              THE COURT:  And is there anything about your
23    experience in that case that would affect you in any way in
24    this case?  Is there anything about your experience in that
25    case that would affect your ability to be fair in this case?
```

```
 1                PROSPECTIVE JUROR:  No, not at all.

 2           THE COURT:  Anything about the purse that was

 3      stolen from you at the gas station that would affect you in

 4      any way in this case?

 5                PROSPECTIVE JUROR:  It might, because my doors was

 6      locked, my purse was on the floor.  They broke into my

 7      window, my SUV, while I'm pumping gas on the other side.  It

 8      might have an effect on me as far as stealing.

 9           THE COURT:  Why would that experience affect you in

10      this case?

11                PROSPECTIVE JUROR:  As far as taking something

12      that's not yours.  I don't know.  It wouldn't have any effect

13      on me in this case.  As far as stealing or something like

14      that, yeah, that would have an effect on me.

15           THE COURT:  Well, the Government's going to allege

16      and attempt to prove to you that Ms. Marks took people's

17      money by making fraudulent representations to them about

18      certain things in the fortune telling psychic businesses.  So

19      if that's what the case is going to be about, is your

20      experience with having your purse stolen going to affect your

21      ability to be --

22                PROSPECTIVE JUROR:  I think I would listen to the

23      case and everything and decide fairly.

24           THE COURT:  And the fact you had your purse stolen

25      once out of your car, is that going to impact your decision
```

```
 1    in this case?

 2              PROSPECTIVE JUROR:  No.

 3              THE COURT:  No?

 4              Can you assure everyone of that?  Yes?

 5              PROSPECTIVE JUROR:  Yes.

 6              THE COURT:  Your friends who were in law

 7    enforcement, and you said you had someone who was a nephew

 8    who was in law enforcement in Gainesville, anything about

 9    those --

10              PROSPECTIVE JUROR:  Graduated from University of

11    Miami, and he's now in Gainesville, but he's a police

12    officer.

13              THE COURT:  Okay.  Anything about the fact he works

14    in law enforcement that would affect you in any way in this

15    case?

16              PROSPECTIVE JUROR:  I don't think so.

17              THE COURT:  Would it cause to you --

18              PROSPECTIVE JUROR:  It's not like I talk to him

19    about cases or anything.

20              THE COURT:  Would it cause you to more likely

21    believe testimony from a law enforcement officer than another

22    witness?

23              PROSPECTIVE JUROR:  I don't think so.

24              THE COURT:  So, again, just so we're clear, the

25    fact that you had your purse stolen is not going to impact
```

```
 1    you in any way in this case?

 2              PROSPECTIVE JUROR:  No, it won't affect me.

 3              THE COURT:  And you can assure everyone of that?

 4              PROSPECTIVE JUROR:  Yes.

 5              THE COURT:  Thank you, ma'am.

 6              Ms. Elliot, good morning.

 7              PROSPECTIVE JUROR:  I'm Jenna Elliot.  I'm 26 years

 8    old.  I'm from Boca Raton, Florida.  I've been living there

 9    for 26 years.  I'm not employed right now because I'm moving

10    to California in two weeks.  I have no children.  I went to

11    trade school.  I'm a hairstylist.

12              Yes, I was on a jury before.  I did a state trial,

13    a DWI.  I've never been convicted.  I have no family or close

14    friends that's been arrested.  I've never been a victim.

15    Eleven, no; 12, no; 13, no; 14, no.  Fifteen, yes.  I would

16    follow whatever you need me to do, I'd follow the

17    instructions.  And, 16, I'm moving in two weeks, so I

18    wouldn't be able to stay for the month.

19              THE COURT:  And you're moving to California, you

20    said?

21              PROSPECTIVE JUROR:  Yes.

22              THE COURT:  And do you have a job waiting for you,

23    or what's the situation?

24              PROSPECTIVE JUROR:  Yeah, I have a job waiting.  I

25    have to take my state boards over there, and my friend that's
```

```
 1    helping me move is like the only time he can help me.  I'm

 2    driving up there, with my dog and everything.

 3                THE COURT:  So it's already --

 4                PROSPECTIVE JUROR:  Everything's set in motion.

 5                THE COURT:  Okay.  All right.  Thank you, ma'am.

 6                PROSPECTIVE JUROR:  Thank you.

 7                THE COURT:  Mr. Cole, good morning.

 8                PROSPECTIVE JUROR:  Good morning.

 9                My name is Tom Cole.  I'm 53 years old.  I'm a CPA

10    and a tax partner in a local CPA firm.  My wife -- I'm

11    married.  My wife is currently -- makes jewelry at home.  She

12    was a legal secretary in her prior life.  I have three grown

13    children.  One's a bartender, one's an x-ray tech, one is at

14    college and working in a restaurant.  My educational

15    background is I have a master's in taxation from FAU.

16                I've never made it all the way to the jury, but I

17    have come to jury duty.  I was involved in a lawsuit in 1990s

18    over real estate.  I was a plaintiff.  That was settled.

19    I've been a witness in a professional capacity for divorce

20    cases and whatnot.  Family members or close friends been

21    arrested, yes.  My brother was arrested on a drug charge, and

22    he was -- probation, no time served.

23                I had a previous business partner who served time

24    in federal prison for, I'm not quite sure what the charge

25    was, but I think it had something to do with money
```

```
1    laundering.  Victim of a crime, credit card fraud.  Victim of

2    theft.  Relatives, close friends who are in law enforcement.

3    I have a friend in the ATF, several police officer friends.

4    I have some relatives in the CIA, but they won't admit it.

5            I don't have any disabilities.  Based on the

6    description of the case, I wouldn't have any opinions or

7    attitudes or problems there, and I can follow instructions.

8    My only problem with sitting on this case would be work

9    related.  I have tax deadlines for September 15th and

10   October 15th that are pretty heavy right now.

11           THE COURT:  All right, sir.  Let me ask you a few

12   questions.

13           You said your wife used to be a paralegal?

14           PROSPECTIVE JUROR:  Legal secretary.

15           THE COURT:  You didn't say paralegal earlier?

16           PROSPECTIVE JUROR:  I don't think I did.

17           THE COURT:  Okay.  What type of law firm did she

18   work for?

19           PROSPECTIVE JUROR:  Insurance defense.

20           THE COURT:  Any criminal law being practiced in

21   that firm?

22           PROSPECTIVE JUROR:  Not that I'm aware of.

23           THE COURT:  All right.  The lawsuit you were

24   involved in as a plaintiff, what was that about?

25           PROSPECTIVE JUROR:  It was the building of my home.
```

```
 1    The builder went under.
 2              THE COURT:  And was that resolved in your favor or
 3    to your satisfaction?
 4              PROSPECTIVE JUROR:  Yes, that's fine, yeah.
 5              THE COURT:  Anything about that which would affect
 6    you?
 7              PROSPECTIVE JUROR:  No.
 8              THE COURT:  You've been a witness as an expert
 9    witness in domestic relations matters?
10              PROSPECTIVE JUROR:  I don't know if they called me
11    an expert witness, but I was actually involved in divorces
12    and whatnot where I have, you know, given testimony on tax
13    returns.
14              THE COURT:  And anything about your experience as a
15    witness that would affect you in any way in this case?
16              PROSPECTIVE JUROR:  No.
17              THE COURT:  Anything about your brother being
18    charged with a drug crime and arrested and put on probation
19    that would affect you?
20              PROSPECTIVE JUROR:  No, that was a long time ago.
21    No problem.
22              THE COURT:  You said you had a business partner who
23    was guilty of some type of federal crime?
24              PROSPECTIVE JUROR:  Yes, I know he served time in
25    federal prison.
```

```
 1                    THE COURT:  And do you know if he had a trial or
 2    pled guilty?
 3                    PROSPECTIVE JUROR:  I don't know.
 4                    THE COURT:  Were you working with him at the time
 5    of the incidents that gave rise?
 6                    PROSPECTIVE JUROR:  Yes, I was.
 7                    THE COURT:  And you don't know what happened with
 8    his case?
 9                    PROSPECTIVE JUROR:  I don't know the details of the
10    case, no.
11                    THE COURT:  Where was he charged, here in South
12    Florida?
13                    PROSPECTIVE JUROR:  I believe in New York.
14                    THE COURT:  Anything about that case or the way he
15    was treated that might affect your ability to be fair in this
16    case?
17                    PROSPECTIVE JUROR:  I really don't know enough
18    details to go either way about it.
19                    THE COURT:  Do you feel he was treated fairly or
20    unfairly?
21                    PROSPECTIVE JUROR:  I guess fairly.  I don't have
22    any negative toward it, no.
23                    THE COURT:  Anything that you would hold against
24    the United States Government in this case?
25                    PROSPECTIVE JUROR:  I hold something against him,
```

```
 1    but not the federal government, no.
 2              THE COURT:  Okay.  So it wouldn't carry over or
 3    affect your decision in this case?
 4              PROSPECTIVE JUROR:  No.
 5              THE COURT:  Anything about the crimes you were a
 6    victim of, credit card fraud or theft, that would affect you
 7    in any way in this case?
 8              PROSPECTIVE JUROR:  No.
 9              THE COURT:  The fact that you have friends in law
10    enforcement or a relative in the CIA, would that impact your
11    ability to be fair in this case?
12              PROSPECTIVE JUROR:  No, not at all.
13              THE COURT:  Would it cause you to more likely
14    believe testimony coming from a law enforcement officer than
15    another witness on the same subject matter?
16              PROSPECTIVE JUROR:  I don't believe so, no.
17              THE COURT:  All right.  So tell me about these tax
18    deadlines that you say you have.
19              PROSPECTIVE JUROR:  Extended tax deadlines for
20    partnerships and corporations are due September 15th.  I have
21    to get them completed or there's monetary penalties on my
22    clients, and that could be an issue.
23              THE COURT:  Okay.  And is there anyone else in your
24    CPA firm that can take on those responsibilities?
25              PROSPECTIVE JUROR:  I'm the primary reviewer and
```

```
1    signer of tax returns.  I'm the only one in my office.

2              THE COURT:  You're the only one that can sign them?

3              PROSPECTIVE JUROR:  No.  Well, here in Florida,

4    yes.  We have offices all over the country, but primarily in

5    New Jersey.

6              THE COURT:  What tax -- what CPA firm do you work

7    for?

8              PROSPECTIVE JUROR:  Smolin, Smolin Lupin.

9              THE COURT:  And it's a national firm?

10             PROSPECTIVE JUROR:  I wouldn't say that.  New

11   Jersey and Florida.

12             THE COURT:  So are there people in other offices

13   that can assist if need be?

14             PROSPECTIVE JUROR:  In my view, no.

15             THE COURT:  Okay.  Thank you, sir.

16             Ms. Katz, good morning.

17             PROSPECTIVE JUROR:  I'm Lorraine Katz.  I'm 47, and

18   I've been living in Boca Raton for 26 years.  A recruiter for

19   hospitals all over the United States.  I'm married.  My

20   husband is a schoolteacher.  He teaches law for a high school

21   in Broward County.  And I have three children:  One in high

22   school, one in college, and one who's in fifth grade.  I have

23   a bachelor's degree from the University of Florida.

24             I have sat on a jury, and it was a criminal case

25   here in Palm Beach, and it was a mugging in Boynton.  And I
```

 1    was involved in a lawsuit.  We actually sued the City of

 2    Boca.  My daughter broke her leg in two places when she was,

 3    like, three, on a piece of playground equipment, and so we

 4    had -- we brought somebody to look at the equipment, and they

 5    said it was definitely a dangerous piece of equipment.  So we

 6    went ahead and we sued the City.

 7          I have no friends or family members who have ever

 8    been arrested.  As far as victims of crime, my sister was

 9    murdered when I was 10.  She was 21.  And my mother was a

10    victim of identity theft, and also, someone did file a

11    fraudulent tax return in her name.  And I handled that for

12    her over the last two years because she's like a hundred, so

13    she could never do that by herself.  So I handled everything

14    for her.

15          No friends or relatives in law enforcement.  No

16    disabilities.  Based upon the description of the case, I feel

17    that I could be fair, and I am definitely able to follow the

18    instructions of a Court.  And as far as reasons not to be

19    here for a month, I am a commission salesperson basically, so

20    financially it wouldn't be good for my family, but that would

21    be the only true reason.

22          THE COURT:  Ma'am, what is it you do again, I'm

23    sorry?

24          PROSPECTIVE JUROR:  I staff hospitals, so if I

25    place somebody, that's how I get paid.

```
1              THE COURT:  And your husband's a teacher?

2              PROSPECTIVE JUROR:  Correct.

3              THE COURT:  Now, although you might be impacted

4    financially because of lack of commissions, would it impact

5    your family situation such that it wouldn't be a -- it would

6    make it difficult for your family to make ends meet if you

7    were out of work for a month?

8              PROSPECTIVE JUROR:  It wouldn't be good.  I mean, I

9    have a daughter in college and two other children, and

10   needless to say, teachers don't make a great deal of money,

11   so it would definitely have an impact.

12             THE COURT:  Okay.  Would it be a significant impact

13   where you couldn't, you know, pay your bills?

14             PROSPECTIVE JUROR:  Hard to say.  Depends what kind

15   of month it was.

16             THE COURT:  Okay.  All right.  Anything about your

17   sister's situation that would in any way impact you in this

18   case?

19             PROSPECTIVE JUROR:  No, I was young.

20             THE COURT:  Okay.  Anything about the experience

21   your mother had with tax fraud that would in any way affect

22   you in this case?

23             PROSPECTIVE JUROR:  Well, I handled it all as far

24   as dealing with the IRS and trying to, you know, rectify the

25   situation.  It did take also about a year and a half to have
```

```
1    her refunded the refund she was actually due.
2              THE COURT:  And anything about that which would
3    affect your ability to be fair in this case?
4              PROSPECTIVE JUROR:  No.  I thought they were good.
5              THE COURT:  Anything about -- I'm sorry, you
6    thought what?
7              PROSPECTIVE JUROR:  I thought they did a good job.
8    Even though it took a lot of time, I understood how things
9    had to be investigated, and I thought they did a good job.
10             THE COURT:  Anything about the lawsuit that you
11   filed on behalf of your child who was injured that in any way
12   would impact your ability to be fair?
13             PROSPECTIVE JUROR:  No, not at all.
14             THE COURT:  So your only problem is loss of income?
15             PROSPECTIVE JUROR:  I would say so.
16             THE COURT:  Okay.  Thank you, ma'am.
17             PROSPECTIVE JUROR:  Thank you.
18             THE COURT:  Mr. Herzog, good morning.
19             PROSPECTIVE JUROR:  My name is John Herzog.  I'm 57
20   years old.  I've lived in Royal Palm Beach for the last 26
21   years.  I'm employed at the United States Postal Service as a
22   distribution clerk.  I am married.  My wife is also employed
23   at the post office as a transportation specialist.  I have
24   two sons, two grown.  One is an electrician.  The other one
25   is a sheriff's dispatcher for Belle Glade.  I did have a year
```

1    of technical school after high school.

2            I've never sat on a jury.  No lawsuits.  My son, my

3    oldest son, when he was a teenager was arrested for DUI, but

4    that was all cleared up.  He did what he needed to do.  My

5    brother-in-law's sister was murdered in 1974.  My sister's

6    ex-daughter-in-law was arrested for embezzlement and spent

7    four years in prison.  I've been a victim of crime.  My house

8    was broke into twice.  I do know friends and relatives who

9    are in the law enforcement.  My oldest son's wife is also a

10   sheriff's dispatcher for Palm Beach County.

11           I have no disabilities.  There is nothing that

12   would affect my ability to be fair and impartial in this

13   case.  I can follow instructions, and there's no reason that

14   I can't serve on the jury.

15           THE COURT:  Sir, your son's DUI case, was that

16   resolved to your satisfaction?

17           PROSPECTIVE JUROR:  Yes, it was.

18           THE COURT:  Do you feel he was treated fairly?

19           PROSPECTIVE JUROR:  Yes.

20           THE COURT:  Anything about his case that would

21   affect you in this case in any way?

22           PROSPECTIVE JUROR:  No.

23           THE COURT:  Anything about the -- your

24   brother-in-law's sister who was murdered, anything about that

25   situation that would in any way impact you in this case?

```
 1                  PROSPECTIVE JUROR:  No.

 2                  THE COURT:  Who was it that served time for

 3     embezzlement?

 4                  PROSPECTIVE JUROR:  My sister's ex-daughter-in-law.

 5                  THE COURT:  Anything about that situation that

 6     would affect you in any way in this case?

 7                  PROSPECTIVE JUROR:  No.

 8                  THE COURT:  Anything about the burglary to your

 9     home that would affect you?

10                  PROSPECTIVE JUROR:  No.

11                  THE COURT:  The friends you have in law

12     enforcement, the relationships you have with those people

13     affect your ability to be fair to both sides?

14                  PROSPECTIVE JUROR:  No.

15                  THE COURT:  Would it cause you to more likely

16     believe testimony from law enforcement officers than other

17     witnesses?

18                  PROSPECTIVE JUROR:  No.

19                  THE COURT:  Thank you, sir.

20                  Oh, I'm sorry, have you read or heard anything

21     about this case?

22                  PROSPECTIVE JUROR:  I have read about the case, but

23     it's been so long ago I don't really remember much about it.

24                  THE COURT:  All right.  We'll talk to you later

25     about what you might remember.
```

```
 1              And I'm sorry, Ms. Katz, did you read or hear
 2   anything about this case?
 3              PROSPECTIVE JUROR:  No, sir.
 4              THE COURT:  And Mr. Cole, I don't think I asked
 5   you.
 6              PROSPECTIVE JUROR:  I don't believe so.
 7              THE COURT:  Thank you.
 8              All right.  Ms. Richbell, good morning.
 9              PROSPECTIVE JUROR:  Good morning.  My name is Gwen
10   Richbell.  I'm 56.  I live in Lake Worth for the past 31
11   years.  I am employed, an oral maxillae facial surgeon.  I am
12   married.  My husband does work.  He's a manufacturer's
13   representative for lighting.  I have two children.  My son is
14   21.  He's away at college.  My daughter was recently killed
15   in an auto accident.  I graduated high school and I went to
16   school for medical assisting.
17              Yes, I did sit in a jury before.  It was a civil
18   case regarding police brutality.  Have you ever been involved
19   in a lawsuit?  Yes, we have a lawsuit pending regarding my
20   daughter right now.  Any family members been arrested and
21   charged with a crime?  My nephew.  He was put in jail for
22   DUI.  We've been a victim of a crime.  We've had two vehicles
23   stolen, credit card fraud, and shortly after my daughter's
24   death somebody took her Social Security number and filed
25   through the IRS.  So that took quite some time to get our
```

```
1    records straight.
2              As far as people in law enforcement, two of my
3    neighbors, my close neighbors, are police officers.  One is a
4    sheriff and the other one works for Boynton Beach.
5              I do not have any disabilities other than the fact
6    that I've been treated -- I had surgery in July 15th, and
7    since then I've had this horrible chronic cough that they
8    can't get under control.  So I'm constantly on medicine and
9    waiting to find out if they're going to go in and do some
10   kind of a scope to see if I healed with scar tissue or
11   anything.
12             I would be able to follow instructions, and one of
13   the reasons that I can't sit on the -- I don't feel I can sit
14   on the case is because of the cough, but besides that, my
15   mother's unveiling is scheduled for September the 22nd in
16   Pennsylvania, and I need to go to that.  And also, as far as
17   my job, we have a woman that has been out and will be out for
18   quite some time because she was diagnosed with stage four
19   breast cancer.  One of the other employees is out handling
20   for a sick family member.
21             THE COURT:  All right.  Let me ask you a few
22   questions.  The jury that you sat on, the police brutality
23   case, is that what you said?
24             PROSPECTIVE JUROR:  Yes.
25             THE COURT:  Did you reach a verdict?
```

```
1                    PROSPECTIVE JUROR:  Yes.

2                    THE COURT:  All right.  Were you the foreperson of

3     that jury?

4                    PROSPECTIVE JUROR:  No.

5                    THE COURT:  Now, do you understand that the amount

6     of proof that the Plaintiff, the person who was suing for the

7     police, had to present to you in order to win that case was

8     what's called greater weight or preponderance of the

9     evidence, which is less than what's required for the

10    Government to prove Ms. Marks guilty in this case, do you

11    understand that?

12                   PROSPECTIVE JUROR:  Not really.

13                   THE COURT:  Okay.  In order for a plaintiff in a

14    civil case to win, the amount of proof that's required to

15    convince the jury that that person should win is less than

16    the amount of proof that the Government has to present in

17    this case to convict Ms. Marks.

18                   PROSPECTIVE JUROR:  Okay.

19                   THE COURT:  In a civil case it's called greater

20    weight of the evidence or preponderance of the evidence,

21    which means more likely true than not true.  In this case

22    it's beyond a reasonable doubt, which is a higher level of

23    proof.

24                   PROSPECTIVE JUROR:  Okay.

25                   THE COURT:  If you're on this jury, will you follow
```

```
 1    the higher burden of proof of beyond a reasonable doubt and

 2    not the lower standard that's in a civil case of

 3    preponderance of the evidence?  Would you be able to follow

 4    that?

 5              PROSPECTIVE JUROR:  Yes.

 6              THE COURT:  Anything about your nephew's DUI case

 7    that would impact you in any way in this case?

 8              PROSPECTIVE JUROR:  No.

 9              THE COURT:  Anything about your -- the victim --

10    being a victim of credit card fraud that would impact you in

11    any way in this case?

12              PROSPECTIVE JUROR:  No.

13              THE COURT:  Anything about your neighbors being in

14    law enforcement that would affect you in any way in this

15    case?

16              PROSPECTIVE JUROR:  No.

17              THE COURT:  Would you more likely believe testimony

18    coming from a law enforcement officer than another witness on

19    the same subject because of your relationship with these two

20    individuals?

21              PROSPECTIVE JUROR:  It depends on what it is.

22              THE COURT:  Well, what does that mean?  I mean,

23    you're going to be more likely to believe testimony that you

24    hear from a law enforcement officer than someone who's not in

25    law enforcement --
```

```
 1                   PROSPECTIVE JUROR:  No.

 2                   THE COURT:  -- just because one's in law

 3       enforcement and the other's not?

 4                   PROSPECTIVE JUROR:  No.

 5                   THE COURT:  Now, you mentioned you have this issue

 6       with the cough.  Is -- I haven't noticed, but you feel that

 7       the cough is constantly causing problems for you?

 8                   PROSPECTIVE JUROR:  It is constantly causing

 9       problems, and I am on medicine night and day.

10                   THE COURT:  All right.  Does it affect your ability

11       to pay attention and listen?

12                   PROSPECTIVE JUROR:  It doesn't affect my ability to

13       pay attention and listen, but when I start going into

14       coughing fits, it could really affect other people.

15                   THE COURT:  Okay.  Well, I haven't heard that

16       happen so far this morning.  Have you had a problem this

17       morning?

18                   PROSPECTIVE JUROR:  I've been coughing, but I took

19       cough medicine, I took something, you know, a lozenge, but

20       I'm also on codeine at night, so it's helping suppress it;

21       and they just put me on prednisone, a steroid.

22                   THE COURT:  Is there anything about the medications

23       that affects your ability to stay alert?

24                   PROSPECTIVE JUROR:  A little bit, yes.  The codeine

25       makes me very sleepy.
```

```
1                 THE COURT:  But that's at night.  You're taking it
2    at night.
3                 PROSPECTIVE JUROR:  I am, but sometimes it follows
4    up through the morning.  But I can't take it during the day
5    because it makes me sleepy.
6                 THE COURT:  So the codeine's not affecting you
7    during the day, then?
8                 PROSPECTIVE JUROR:  In the morning until it wears
9    off, yes.
10                THE COURT:  And how long does it take to wear off?
11                PROSPECTIVE JUROR:  A few hours.
12                THE COURT:  So by 9:00 o'clock is it usually worn
13   off?
14                PROSPECTIVE JUROR:  Yeah.  I was feeling the
15   effects of it 'til about 9:00.
16                THE COURT:  This unveiling for your mother on
17   September 22nd, I don't know, what day of the week is that?
18                PROSPECTIVE JUROR:  That is a Sunday.
19                THE COURT:  And when would you be going up for
20   that?
21                PROSPECTIVE JUROR:  I'm going up the day before, on
22   the 21st.
23                THE COURT:  Which is a Saturday.
24                PROSPECTIVE JUROR:  Yes.
25                THE COURT:  And then when are you coming back?
```

```
 1                PROSPECTIVE JUROR:  The following Wednesday.

 2                THE COURT:  All right.  So you plan on being gone

 3      for -- until Wednesday of that week?

 4                PROSPECTIVE JUROR:  Yes, come home Wednesday

 5      evening.

 6                THE COURT:  All right.  And assuming you were going

 7      to go to that unveiling -- assuming you're on the jury and

 8      you were going to go to the unveiling and you were permitted

 9      to do that, would you be able to shorten that trip at all so

10      you --

11                PROSPECTIVE JUROR:  I've already booked the

12      flights, and we've got my family members are coming in from

13      all over.

14                THE COURT:  Okay.  But that event is on the Sunday,

15      correct?

16                PROSPECTIVE JUROR:  That event is on Sunday.

17                THE COURT:  But my question is can you shorten the

18      trip?

19                PROSPECTIVE JUROR:  I guess I could, but it's, you

20      know, my whole family is coming in to be together for that.

21                THE COURT:  All right.  Thank you, ma'am.

22                PROSPECTIVE JUROR:  Okay.

23                THE COURT:  Ms., is it Boehmke?

24                PROSPECTIVE JUROR:  Regina Boehmke.

25                THE COURT:  Good morning.
```

```
 1              PROSPECTIVE JUROR:  Yes, I'm sorry, my accent.

 2         My name is Regina Boehmke.  I'm nervous.  I'm 51.

 3    I living in Wellington for four years.  I'm moving to Royal

 4    Palm one year ago.  I work as a housekeeper manager.  I --

 5    I'm married.  My husband work in the real estate, and he's

 6    part-time handyman.  I have five children.  I have a 27,

 7    she's single, and she just have a baby.  I have a 17, 15, 14,

 8    and 13.  I went to high school in Brazil.  I speak

 9    Portuguese, Spanish, and some English.

10         I never be in a jury.  Number 9 is no.  Number 10,

11    no.  Number 11, actually I work in a farm, and we have some

12    vandalism in there.  Somebody throw a stone or something in

13    the mirror, in the arena, in the dressage.  I have a problem

14    my credit card.  I just marry, and we went to Europe.

15    Somebody took my number and try to use it couple times in

16    there.

17         My mother-in-law, somebody is stole some her

18    jewelry, and my husband, like six years ago somebody -- he

19    deliver pizza and somebody try to rob him at the time.

20         Number 12 is no.  Number 13 is no.  Number 14 is

21    no.  Number 15, I be able to follow instruction, but my

22    vocabulary is limit.  I probably need my dictionary close to

23    me because some words I no understand.  If I no understand, I

24    probably stop and ask what does that word mean.  Number 15, I

25    explain.
```

```
 1                    Number 16 is I'm the only one working in Florida,

 2     and I take care of the farm.  I'm a housekeeper manager.

 3     That's what they call.  And that employee (sic) is in New

 4     York, so I'm the only one here.  That's it.

 5                    THE COURT:  All right.  Let me ask you a few

 6     questions about your language.

 7                    PROSPECTIVE JUROR:  Yes.

 8                    THE COURT:  Speaking English.

 9                    You said you can't understand everything?

10                    PROSPECTIVE JUROR:  No, I say I understand most of

11     the thing, but in a court, like the vocabulary is completely

12     different than I speak in my job, you know, because in my job

13     I have to speak Spanish, and I speak Spanish and Portuguese

14     and English.  But I never have time to go to school and learn

15     the proper English, so I try to read, read, read, and learn.

16                    THE COURT:  So are you worried about understanding

17     technical terms, technical legal terms?  Is that what you're

18     worried about?

19                    PROSPECTIVE JUROR:  Yes.

20                    THE COURT:  But otherwise, you can understand

21     normal speaking?

22                    PROSPECTIVE JUROR:  Yes, of course.

23                    THE COURT:  You don't have difficulty -- have you

24     had difficulty understanding what I was saying?

25                    PROSPECTIVE JUROR:  Yeah, I understand everything
```

```
 1   you say.

 2            THE COURT:  And if you're hearing normal

 3   conversation you're able to understand what people are

 4   saying?

 5            PROSPECTIVE JUROR:  Of course.  Uh-huh.

 6            THE COURT:  And you're able to read normally?

 7            PROSPECTIVE JUROR:  I can read normally, but I

 8   cannot write properly grammar.

 9            THE COURT:  So your only concern is technical legal

10   terms?

11            PROSPECTIVE JUROR:  Yes.

12            THE COURT:  But otherwise, you can understand

13   everything else?

14            PROSPECTIVE JUROR:  Yes.

15            THE COURT:  All right.  Now, what is the problem

16   with your job?

17            PROSPECTIVE JUROR:  No, the only one work in

18   Florida.  I take care of big farm.  We not have the horses in

19   here right now because the horses only come in November, but

20   I'm the only one go to the farm.  Nobody can come in my place

21   because we no have nobody here.

22            THE COURT:  So you're worried about someone

23   covering for you on the job?

24            PROSPECTIVE JUROR:  Yes, sir.

25            THE COURT:  But it's not a financial hardship for
```

1    you if you're on the jury?

2              PROSPECTIVE JUROR:  Thank God, no.

3              THE COURT:  All right.  And so you're saying you're

4    the only person here in Florida that does what you do?

5              PROSPECTIVE JUROR:  Yes.  If I come to -- if you

6    guys select me, I have, after I finishing here, I have to run

7    and check the farm, because we have the vandalism problem I

8    say three weeks ago, one month ago, teenagers or something

9    tried to come inside the farm.

10             THE COURT:  Have you read or heard anything about

11   this case?

12             PROSPECTIVE JUROR:  No, sir.

13             THE COURT:  Okay.  Thank you, ma'am.

14             Ms. Mitchell, good morning again.

15             PROSPECTIVE JUROR:  Hi.

16             My name's Karla Mitchell.  I'm 55 years old.  I

17   live in Jupiter for 38 years.  Been married for 36.  I have

18   two kids, daughter 27, who's a financial advisor, and a son

19   who's a plumber.  My husband and I own a plumbing company in

20   Jupiter for 36 years now.  My background in education is high

21   school.

22             I have sat on a jury.  It -- I've never been in a

23   lawsuit.  And, of course, crime is a problem in my family.

24   My father murdered a man, and my brother is a career

25   criminal, in and out of jail, and he stole a Smoky and the

```
 1    Bandit Trans Am.  I don't know anybody in law enforcement.

 2    And I would have a problem sitting on any case, doesn't

 3    matter, because that's destroyed my life.

 4              And I have a husband who has stage four lung

 5    cancer.  I wrote them and asked them, please, not to make me

 6    come.  Two months ago I had to go to the other courthouse,

 7    but I didn't get picked, and now I'm here.  So that's all I

 8    can say.

 9              THE COURT:  All right.  Thank you, ma'am.

10              All right.  Ladies and gentlemen, it's lunchtime.

11    So we've gotten through about half of the group, and we need

12    to take a lunch break before we continue.  So I'm going to

13    ask you to remember not to discuss this case, do not form any

14    opinions about this case.  If you see anyone, again, involved

15    in the case and they don't acknowledge you, please do not be

16    offended or -- by their lack of courtesy to you.  They're not

17    being rude.

18              If you can be back outside the courtroom at 1:15,

19    and we'll continue at that time.  And I ask you to, you know,

20    be patient with us.  We're trying to move as quickly as we

21    can, and we'll try and end this process as soon as we can

22    this afternoon.

23              I'm going to ask, however, Ms. Brezak, if you could

24    just stick around, because we need to talk to you; and

25    Ms. Richbell, if you could just stick around and wait
```

```
 1    outside, I just want to ask you a few questions.  But if you
 2    could wait outside, and we're going to talk to Ms. Brezak
 3    first.  All right?  And everyone else, we'll see you at 1:15.
 4    Thank you.
 5         (The venire exits the courtroom, after which the
 6    following proceedings were had:)
 7              THE COURT:  Please be seated, everyone.
 8              If we could get the microphone to Ms. Brezak,
 9    please.
10              You can have a seat, Ms. Brezak.
11              There were a couple of issues that you wanted to
12    talk to us about separately.  I guess it was having to do
13    with arrests.  Why don't you tell us what it was.
14              PROSPECTIVE JUROR:  Yes, it was number 10, I
15    believe.
16              I was arrested for child abuse.  The charges were
17    dropped.
18              THE COURT:  All right.  And how long ago was that?
19              PROSPECTIVE JUROR:  I was arrested on July 12th,
20    last year.
21              THE COURT:  Last year.  Okay.
22              PROSPECTIVE JUROR:  And the charges were dropped --
23    well, they weren't filed until October, and they were dropped
24    after the new year.
25              THE COURT:  All right.  And that was brought by the
```

```
 1    State, I presume?  The State of Florida?

 2              PROSPECTIVE JUROR:  Yes.

 3              THE COURT:  And were you formally charged with

 4    that, or was there just an investigation by DCF?  If you know

 5    what I mean, the difference between --

 6              PROSPECTIVE JUROR:  I'm assuming I was formally

 7    charged.  I couldn't work for seven months around children,

 8    so I'm assuming it was a felony, third-degree felony.

 9              THE COURT:  So you were actually charged, and you

10    had an attorney.

11              PROSPECTIVE JUROR:  Oh, yes.

12              THE COURT:  And you went to court?

13              PROSPECTIVE JUROR:  I never went to court.  My

14    attorney made my first appearance for me like months later,

15    but we never went to court.  Everything was dismissed by the

16    state attorney.

17              THE COURT:  Yeah.  Okay.  And obviously, you

18    probably were quite upset with those charges being filed

19    against you.  It goes without saying, I assume.

20              PROSPECTIVE JUROR:  It's emotional.

21              THE COURT:  And, now, having been accused of a

22    crime, and I presume you believe wrongfully accused of a

23    crime, and having been vindicated in the end, having the

24    charges dropped, do you think that's going to affect your

25    ability to be a fair juror in this case, or do you think
```

```
 1    you're going to be able to listen to the evidence and

 2    evaluate --

 3              PROSPECTIVE JUROR:  I don't think it will impact me

 4    at all.  It was a conspiracy between my daughter and my

 5    ex-husband.  So it was personal.

 6              THE COURT:  So --

 7              PROSPECTIVE JUROR:  But it won't affect me with my

 8    judgment or being fair.

 9              THE COURT:  Okay.  So the fact that you were put

10    through that ordeal is not going to cause you to lean one way

11    or another in this case?

12              PROSPECTIVE JUROR:  No.

13              THE COURT:  Okay.  You're not going to hold it

14    against the United States Government because the State of

15    Florida prosecuted you?

16              PROSPECTIVE JUROR:  No.

17              THE COURT:  All right.  Was there anything else

18    that --

19              PROSPECTIVE JUROR:  The one about family member.

20    My cousin was murdered last year, and they're going to trial

21    this month, or September.

22              THE COURT:  Okay.  And where is that?

23              PROSPECTIVE JUROR:  He was murdered in Memphis.

24              THE COURT:  Okay.  And it's being prosecuted?

25              PROSPECTIVE JUROR:  Yes, they caught them, and
```

```
 1   they're being prosecuted this month, or September.
 2              THE COURT:  And, again, would anything about that
 3   incident in any way have any impact or -- on you in this case
 4   in any way?
 5              PROSPECTIVE JUROR:  No.
 6              THE COURT:  All right.  Mr. Stefin, did you have
 7   any questions for Ms. Brezak?
 8              MR. STEFIN:  Just a couple questions, ma'am.
 9              PROSPECTIVE JUROR:  Okay.  Sure.
10              MR. STEFIN:  Do you have any resentment against
11   either law enforcement or the state attorney's office, you
12   know, the people that presented this case initially, as a
13   result of the fact that you were wrongfully charged to begin
14   with?
15              PROSPECTIVE JUROR:  No, not against the State or
16   the -- not against DCF or the state or the police officers,
17   no.  Against my ex-husband, yes.
18              MR. STEFIN:  Do you think they were doing their
19   job, they just had misinformation?
20              PROSPECTIVE JUROR:  Yes, absolutely.
21              MR. STEFIN:  All right.  So I think you've already
22   said that you don't think that would affect your ability to
23   listen with an open mind to the evidence presented in this
24   case and base your verdict on what, you know, if we're able
25   to prove our case or not prove our case?
```

```
 1                    PROSPECTIVE JUROR:  Correct.

 2                    MR. STEFIN:  Thank you, ma'am.

 3                    THE COURT:  Mr. Schwartz, any questions?

 4                    MR. SCHWARTZ:  Briefly.

 5                    So that I understand, in your case, your ex-husband

 6      and your daughter got together and made up stories and told

 7      them to the state attorney, and the state attorney acted on

 8      those made-up stories until they could fully investigate and

 9      dismiss the case; is that what happened?

10                    PROSPECTIVE JUROR:  I'm not sure if they went to

11      the state attorney.  I know he called DCF.

12                    MR. SCHWARTZ:  They went to DCF and then --

13                    PROSPECTIVE JUROR:  Correct, they went to DCF, and

14      DCF came to the house to investigate.  I was asked some

15      questions, and then I was arrested.

16                    MR. SCHWARTZ:  And eventually, they found out that

17      the stories were not true and were made up?

18                    PROSPECTIVE JUROR:  Correct.  My daughter admitted

19      that, you know, what she said was not true and that she was

20      influenced by her father.

21                    MR. SCHWARTZ:  No other questions.  Thank you.

22                    THE COURT:  Thank you, ma'am.

23                    PROSPECTIVE JUROR:  Thank you.

24                    THE COURT:  We'll see you at 1:15.

25                    If you could bring Ms. Richbell in.
```

```
 1              Welcome back, Ms. Richbell.  You can have a seat

 2    there.

 3              I just didn't want to touch upon this issue with

 4    everyone else around because I'm sure it's very sensitive

 5    about your daughter's lawsuit.  I guess my question is, is

 6    there a criminal case pending against the person who was

 7    involved in the accident that killed your daughter?  Was it a

 8    DUI or something of that nature?

 9              PROSPECTIVE JUROR:  The person -- it was pretty

10    involved, and the person that hit her from behind, they said

11    that he was not on anything, but when he hit her it sent her

12    head on into a semi, and there's question about that, and

13    it's just pending at this point.

14              THE COURT:  Okay.  So is there an ongoing criminal

15    investigation?

16              PROSPECTIVE JUROR:  Yes.

17              THE COURT:  All right.  The fact that you're

18    involved in an ongoing criminal investigation relating to

19    your daughter's incident, would that in any way impact your

20    ability to be fair in this case?

21              PROSPECTIVE JUROR:  It wouldn't -- it wouldn't

22    impact me being fair, but I am on multitudes of medicine for

23    emotional reasons.

24              THE COURT:  Okay.  This is in addition to your

25    cough problem?
```

```
 1                    PROSPECTIVE JUROR:  Yes, it's something totally
 2        different.
 3                    THE COURT:  Okay.  So you're taking medications to
 4        deal with the emotional issues that you're undergoing?
 5                    PROSPECTIVE JUROR:  Yes.
 6                    THE COURT:  Do you think that medication will
 7        affect your ability to pay attention and be able to analyze
 8        the evidence that's coming in, or is that going to have some
 9        impact on your ability to focus and follow the evidence in a
10        month-long trial?
11                    PROSPECTIVE JUROR:  I can't say definitely, but I
12        can say that it's possible.  I mean . . .
13                    THE COURT:  Let me ask you this question.  I'm
14        sorry to even ask you these questions, but I feel I need to
15        find out as much as we can about this situation.
16                    Do you have any concern about the way the criminal
17        investigation is being handled, whether it's not being
18        handled properly, whether you have any complaints against the
19        law enforcement agencies that are investigating it, whether
20        they're not moving quickly enough, whether you're not
21        satisfied with the outcome, do you have any feelings like
22        that?
23                    PROSPECTIVE JUROR:  I do.
24                    THE COURT:  So, have some negative feelings about
25        the criminal investigation, the way it's being handled?
```

```
 1                   PROSPECTIVE JUROR:  From the very beginning, yes.

 2                   THE COURT:  And do you know what law enforcement

 3      agency is actually investigating this?

 4                   PROSPECTIVE JUROR:  It was in Martin County.

 5                   THE COURT:  Is it the highway patrol or is it --

 6                   PROSPECTIVE JUROR:  Yes, highway patrol.

 7                   THE COURT:  Florida Highway Patrol?

 8                   PROSPECTIVE JUROR:  Yes.

 9                   THE COURT:  Okay.

10                   PROSPECTIVE JUROR:  Off of the B line.

11                   THE COURT:  And, again, because you have some

12      concern about the way this criminal investigation's being

13      handled by law enforcement, state law enforcement agency,

14      would that affect your ability to be fair to the federal law

15      enforcement agencies that are involved in this case?

16                   PROSPECTIVE JUROR:  I don't know.

17                   THE COURT:  You don't.  All right.  You're not

18      sure.

19                   PROSPECTIVE JUROR:  No.

20                   THE COURT:  All right.  I'm sorry to touch on these

21      subjects, ma'am.

22                   Mr. Stefin, do you have any questions?

23                   MR. STEFIN:  No, I don't.

24                   THE COURT:  Mr. Schwartz?

25                   MR. SCHWARTZ:  None, Your Honor.
```

```
 1                THE COURT:  All right.  Thank you, ma'am.

 2           All right.  Anything else we need to talk about

 3      right now?

 4                MR. SCHWARTZ:  Nothing, Your Honor.

 5                MR. BARDFELD:  No, Your Honor.

 6                THE COURT:  All right.  We'll see you at 1:15.

 7      Thank you.

 8         (A recess was taken from 12:14 p.m. to 1:22 p.m., after

 9      which the following proceedings were had:)

10                THE COURT:  Please be seated.

11           All right.  Let's bring the jurors in.  We've got

12      the Defendant present with counsel.

13                Ready to proceed?

14                MR. SCHWARTZ:  Wait a second, Judge.

15                THE COURT:  Yes.

16                MR. SCHWARTZ:  If you remember, Judge, there were

17      two people on this side of the room who said they couldn't be

18      fair.  I think one with a black t-shirt and another one.

19      They were just standing together in the hallway talking, and

20      the Defendant and her family walked by the two of them, and

21      one of them cursed at them, calling them Mother Blankers.

22                THE COURT:  Really.

23                MR. SCHWARTZ:  Yeah, I believe -- I don't think you

24      need to do anything about it now, because I think when we

25      question them they probably will be excused for cause, but I
```

```
 1    just -- I was told about it, so I thought I should call it to

 2    your attention.

 3              They describe him as the bald gentleman.

 4              THE COURT:  He was the one who made the --

 5              MR. SCHWARTZ:  Made the comment.

 6              THE COURT:  That's number 38, I believe.  No --

 7    yeah, I believe it was number 38 is the gentleman who is --

 8              MR. SCHWARTZ:  Two of them seem to indicate

 9    separately, of course, that they had personal problems.

10              THE COURT:  Yes, 38 and 44 are the two.

11              Well, if that happened, I would like to deal with

12    it.  I think that's something that should be done about it,

13    or at least said to them.  I don't want to do it in anyone

14    else's presence.

15              MR. STEFIN:  Judge, maybe it would be unnecessary

16    if they're going to be challenged for cause for the

17    statements that were already made.  It may be unnecessary.

18              THE COURT:  Well, they're already, as far as I'm

19    concerned, have already disqualified themselves based upon

20    their statements.  I don't know if the Government's going to

21    try and keep them on the jury panel, but they both said they

22    couldn't presume the Defendant innocent, and so they've

23    already disqualified themselves.  But for them to make that

24    kind of a comment to a person, even if they're going to be

25    excused, as far as I'm concerned is unacceptable.  And to
```

1    just slough it off and not at least call them on the carpet

2    and tell them -- I mean, I'm not sure that I can do anything

3    to them.  I don't know that I can hold them in contempt.

4           They didn't do it in my presence, and I'm not sure

5    that there's anything I can do other than to, you know, let

6    them know how inappropriate it is and how disrespectful it

7    is, and I'm not sure -- but at least that.

8           MR. SCHWARTZ:  Well, the --

9           THE COURT:  I don't think we should just slough it

10   off and not even challenge them on it.

11          MR. SCHWARTZ:  The one who allegedly made the

12   comment was the bald one.  The other one was the one in the

13   t-shirt.  So they didn't both say it, but apparently this one

14   gentleman said that.

15          MR. STEFIN:  Who is the witness to this?  I'm

16   sorry.  I missed the first part.

17          MR. SCHWARTZ:  I believe -- Vivian, are you the one

18   who heard that?  Yes, Vivian Marks heard them say that.  I

19   wasn't there, but . . .

20          THE COURT:  I understand.

21          I actually saw them when I was walking upstairs.  I

22   saw them standing together.

23          MR. SCHWARTZ:  Uh-huh.

24          THE COURT:  And I thought it was odd that the two

25   of them who both expressed an inability to presume the

```
 1    Defendant innocent happen to find themselves to be able to

 2    get together and socialize, but . . .

 3             MR. SCHWARTZ:  My greater concern, Judge, was to

 4    make sure they hadn't said anything to anybody else on the

 5    panel that might prejudice anybody else.

 6             THE COURT:  Do you want me to -- we can get rid of

 7    them now.  My concern about getting rid of people early on is

 8    that it tells the other jurors if they say certain things

 9    that, you know, they'll be able to get off the jury, as well,

10    and I hate to do that.  But in this case I don't have a

11    problem with bringing them in here and then getting rid of

12    them after we discuss the matter.

13             MR. SCHWARTZ:  That's fine with me, Judge.

14             MR. STEFIN:  I don't have any strong feelings.

15    Mr. Bardfeld suggests, you know, they shouldn't get off that

16    easily; let them sit along with everybody else.

17             THE COURT:  I don't have a problem with that other

18    than they may say things that could prejudice the rest of the

19    group.

20             MR. SCHWARTZ:  I was afraid when I was questioning

21    them --

22             THE COURT:  I don't see any reason to question them

23    period.

24             MR. SCHWARTZ:  Good.  Thank you.

25             THE COURT:  Do you see any reason, Mr. Stefin, to
```

```
 1    even hear any more from them?

 2             MR. STEFIN:  No, Your Honor.

 3             THE COURT:  We can skip over them and make them sit

 4    here and spend the rest of the day here, at least, and then

 5    after we've finished I can talk to them, or at least to the

 6    one who made the statement.

 7             All right.  Let's keep them here.  We're not going

 8    to -- do you have any objection to them being stricken for

 9    cause?

10             MR. STEFIN:  No.

11             THE COURT:  So they're going to be stricken for

12    cause, and we don't need to ask them any more questions.

13    I'll just skip over them, tell them thank you very much,

14    we've heard enough from you, and we'll keep them here for the

15    rest of the afternoon, and I'll at least talk to number 38,

16    if he's one who made the comments.

17             MR. SCHWARTZ:  I think it was -- I think it would

18    be 44, Judge.

19             THE COURT:  Forty-four is not the one with the bald

20    head.

21             MR. SCHWARTZ:  Okay.  Whichever one is the bald

22    one.

23             THE COURT:  Thirty-eight is the one, I'm pretty

24    sure.  Thirty-eight and 44 are stricken for cause.

25    Everyone's in agreement?
```

```
1              MR. SCHWARTZ:  Yes, Your Honor.

2              MR. STEFIN:  Yes, Your Honor.

3              THE COURT:  All right.  Let's bring everybody in.

4         (The venire enters the courtroom, after which the

5    following proceedings were had:)

6              THE COURT:  Welcome back, everyone.  Please be

7    seated, ladies and gentlemen.

8              First, ladies and gentlemen, let me apologize for

9    keeping you waiting out there, but we had a few issues that

10   we had to discuss before we could bring you in, so I

11   apologize for keeping you waiting.  And, again, thank you for

12   your cooperation in this process.

13             So we are now up to Ms. Wray, and we're going to

14   continue with speaking to you individually.  Ms. Wray, good

15   afternoon.

16             PROSPECTIVE JUROR:  Okay.  My name is Jasmine Wray.

17   I'm 24 years old.  I live in Loxahatchee, Florida.  Been

18   there most of my life.  Currently employed, I'm a Starbucks

19   barista.  I'm not married.  I don't have any children.  I

20   have a bachelor's in marketing.

21             Have I ever sat on a jury?  No.  Never been

22   involved in a lawsuit or sued someone or been a witness.  My

23   brother had a charge for a DUI.  I don't really know the

24   results of that.  Victim of a crime, no.  In law enforcement,

25   no.
```

```
 1              I don't have any disabilities.  I think I can
 2    have -- I have the ability to be fair and impartial to all
 3    parties involved, and I can follow the instructions by the
 4    Court, and no for the last one.
 5              THE COURT:  Ma'am, what type of work, if any, did
 6    you do before your current employment?
 7              PROSPECTIVE JUROR:  I'm currently looking for --
 8    like, I just graduated.  I'm a recent graduate.  So I'm kind
 9    of looking for -- I'm in the transition of looking for
10    full-time employment.
11              THE COURT:  So this is your first job after
12    graduating?
13              PROSPECTIVE JUROR:  No, I did Target for a few
14    months, and, yeah.
15              THE COURT:  What were you doing in Target?
16              PROSPECTIVE JUROR:  I was an in stocks employee.
17              THE COURT:  Anything about your brother's DUI that
18    would affect your ability to be fair and impartial in this
19    case?
20              PROSPECTIVE JUROR:  No.
21              THE COURT:  All right.  Thank you, ma'am.
22              Ms. Rodriguez, good afternoon.
23              PROSPECTIVE JUROR:  Hello.  My name is Yesenia
24    Rodriguez.  I'm 36 years old.  I've been residing in western
25    Lake Worth, Florida, for over 27 years.  I'm currently a
```

```
 1   stay-at-home mother.  I'm divorced and I have three kids.  My
 2   oldest is 12.  She's in middle school.  She's in seventh
 3   grade.  My second one, he's 10.  He's a fifth grader in
 4   elementary.  And I have a small six-year-old daughter.  She's
 5   in first grade.  And then I do reside over my ex-husband's
 6   house for a while until I get back on my feet.  My
 7   educational background is I have a diploma of completion of
 8   the medical assisting program and some college.
 9           I've been a juror on jury duty before back in
10   2000 -- no, 1999.  That's when my last jury duty, but I was
11   never picked for the case.  It was a murder case.  I never
12   knew what the outcome of that case was.  I haven't been
13   involved in any lawsuits of any sorts.  My brother was
14   convicted of a crime.  He was in jail for -- it was a
15   criminal case.  He was in jail for drug use, trafficking, and
16   stolen vehicle.  Now, he's free from his sentence.  This was
17   about a year and a half ago.  I've never been a victim of a
18   crime.
19           I have no relatives in law enforcement or no
20   friends.  I have no disabilities.  I can be fair to this
21   case.  It doesn't bother me, whatever happened to my brother.
22   I could be fair, look at both sides of the story.  I will be
23   able to follow instructions, yes.  I have really specific no
24   reasons that I can't stay -- I mean, I can't.
25           THE COURT:  Ma'am, your ex-husband, what type of
```

```
1    work did he do?

2              PROSPECTIVE JUROR:  My ex-husband, he's the father

3    of my three children.  He does security work.  He works for

4    the company called Armed Securities and Investigation, a

5    private business.  He is a supervisor.

6              THE COURT:  Does he do any type of investigative

7    work?

8              PROSPECTIVE JUROR:  Every once in a while he's

9    undercover as a private company.  It's not funded by the

10   federal or state, it's just a private security company.

11             THE COURT:  The fact that he's involved in security

12   work, does that cause you to lean one way or another in this

13   case?

14             PROSPECTIVE JUROR:  No, no.

15             THE COURT:  And what type of work have you done?  I

16   know you said you're a stay-at-home mom now, but what did you

17   do before you were watching your children?

18             PROSPECTIVE JUROR:  Yeah.  Well, I was married to

19   my ex-husband for nine and a half years since April of '03

20   until my divorce was finalized September of 2011.  And I was

21   working for Office Depot stores as their copy and print

22   center associate.  I was there for over eight years.

23             THE COURT:  Did you do any other type of work

24   besides that?

25             PROSPECTIVE JUROR:  The only thing I've done for my
```

```
 1   medical assisting career, I've been doing a lot of volunteer

 2   work for Caridad Center down in Boynton Beach for different

 3   types of health fairs.

 4             THE COURT:  What center that was?

 5             PROSPECTIVE JUROR:  Caridad Center.  That's the

 6   center to help illegal aliens, you know, for medical and

 7   dental work.

 8             THE COURT:  All right.  And you said your brother's

 9   case would not affect you in any way in this case?

10             PROSPECTIVE JUROR:  No, it doesn't affect me in any

11   way.

12             THE COURT:  All right.  Thank you very much, ma'am.

13             PROSPECTIVE JUROR:  Thank you.

14             THE COURT:  I'm sorry.  I'm sorry, Ms. Rodriguez,

15   have you read or heard anything about this case?

16             PROSPECTIVE JUROR:  No, I haven't.  No.

17             THE COURT:  And Ms. Wray, I'm sorry.  I forgot to

18   ask you, have you read or heard anything about this case?

19             PROSPECTIVE JUROR:  No.

20             THE COURT:  Thank you.

21             Mr. Trout, good afternoon, sir.

22             PROSPECTIVE JUROR:  Good afternoon.  My name's

23   Robert Trout.  I'm 65 years old.  I've been in Florida for

24   about 21 years.  The last 14 in Loxahatchee.  Currently

25   employed in sales.  My wife works for the School Board of
```

```
 1   Palm Beach in the budget department.  My adult daughter works
 2   in health information management and working toward her MBA.
 3   My educational background is in -- got my degree in
 4   engineering, business management, and computer science.
 5            About a year and a half, two years ago, I was an
 6   alternate on a jury for a DUI case near West Palm.  Never
 7   been involved in a lawsuit.  No family members or close
 8   friends that have been arrested or charged with anything.
 9   The only crime that's been committed was I had my car broke
10   into and a few items taken.  That was quite some time ago.  I
11   have had friends in law enforcement, and my father-in-law is
12   a retired police officer.
13            The only disability I have right now would be my
14   knee has a tendency to kind of stiffen up after prolonged
15   periods of sitting and stuff right now, artificial knee.  So
16   it stiffens up on me every once in a while.  Haven't been
17   able to tell the weather yet.
18            Not familiar with the case or anything.  Haven't
19   heard anything about it or anything.  I haven't got any
20   attitudes or opinions one way or the other for it.  I can
21   follow instructions.  As far as I know, there's no reason why
22   I shouldn't be on it.
23            THE COURT:  Can you tell us, sir, what you do for a
24   living?  I don't remember if you told us that.
25            PROSPECTIVE JUROR:  In sales.
```

```
 1                THE COURT:  What type of sales?

 2                PROSPECTIVE JUROR:  Sales for Home Depot.

 3                THE COURT:  You mentioned you had an engineering

 4     degree.  Have you ever worked in the engineering field?

 5                PROSPECTIVE JUROR:  Yes, I have, and got tired of

 6     management.

 7                THE COURT:  What type of engineering did you do?

 8                PROSPECTIVE JUROR:  Mechanical engineering.

 9                THE COURT:  Okay.

10                PROSPECTIVE JUROR:  I ended up coming down to

11     Florida to design a new refinery.

12                THE COURT:  Now, you mentioned you were an

13     alternate juror on a DUI case.  Is there anything about that

14     experience that would affect your ability to be a fair juror

15     in this case?

16                PROSPECTIVE JUROR:  No.

17                THE COURT:  Anything about the break-in to your car

18     that might affect you in any way here?

19                PROSPECTIVE JUROR:  No.

20                THE COURT:  Anything about the friends you have in

21     law enforcement that would affect your ability to be fair to

22     both sides?

23                PROSPECTIVE JUROR:  I would be able to be fair.

24                THE COURT:  Even though you have friends in law

25     enforcement, it's not going to cause you to lean one way or
```

```
 1    another?
 2              PROSPECTIVE JUROR:  I judge people by the
 3    individual.
 4              THE COURT:  And would the fact that you know people
 5    in law enforcement cause you to more likely believe a law
 6    enforcement officer's testimony than another witness on the
 7    same subject?
 8              PROSPECTIVE JUROR:  No.
 9              THE COURT:  Thank you very much, sir.
10              Oh, I'm sorry, about your knee.  If we take breaks
11    periodically, where you can get up and stretch?
12              PROSPECTIVE JUROR:  Just so I can exercise it.
13              THE COURT:  That would all right?
14              PROSPECTIVE JUROR:  (Nods head.)
15              THE COURT:  Yes?
16              Okay.  Thank you, sir.
17              Ms. Hartung, good afternoon.
18              PROSPECTIVE JUROR:  My name is Nitza Hartung.  I'm
19    55.  I live in Boca Raton for 17 years.  I am full-time
20    teacher, Hebrew and Jewish studies teacher.  I am married.  I
21    have two daughters.  One is 27.  She's in yeshiva university.
22    One is 23.  She is in Israel, studying in Israel.  I have a
23    master -- I'm married.  My husband doesn't work.  I have a
24    master's degree from Tel Aviv University.
25              I've been to jury duty the last five years every
```

```
 1   year.  I wasn't picked.  I don't have friend and family that
 2   involved with any crimes or being arrested.  I don't have any
 3   relative or friends in the law force.
 4           I don't have a disability, any disabilities.  This
 5   case about being fair, you know, with more learn, I'm not a
 6   fan of fortune telling.  I think people who are doing it, you
 7   know, are dishonest, taking advantage of weak people.  If
 8   this is a case of a fortune telling and about a fortune
 9   teller, I don't believe a little bit, and to me, they are
10   dishonest people.
11           THE COURT:  So you think you cannot be fair in this
12   case because of the subject matter?
13           PROSPECTIVE JUROR:  Yeah, if it's based on~-- I
14   mean, if the Defendant is a fortune teller and has to do with
15   her being a fortune teller, maybe deceiving people, I'm not
16   sure what the subject is about, but . . .
17           THE COURT:  Well, the Government is claiming, the
18   Government is alleging, and these are just allegations, that
19   Ms. Marks was allegedly cheating people based upon fortune
20   telling services that she was providing to them.  So if
21   that's what the allegations are, do you think you could be
22   fair or you think you already made up your mind?
23           PROSPECTIVE JUROR:  I can't be fair about fortune
24   telling.
25           THE COURT:  Okay.  Thank you for being honest.
```

```
1              PROSPECTIVE JUROR:  That's it?

2              THE COURT:  I said thank you for being honest.

3              PROSPECTIVE JUROR:  Oh, yes.

4         Okay.  Now, if I can be here or not, it's very hard

5    for me because the Jewish High Holidays are next week, or,

6    you know, I'm observing the Jewish High Holidays.  I cannot

7    miss those holidays.  I have to be, you know, with my family.

8              THE COURT:  Is that the only problem?  Is that the

9    only scheduling issue you have is the high holy days?

10             PROSPECTIVE JUROR:  In addition to this, as I said,

11   I'm a Hebrew and Jewish studies teacher.  I need to be with

12   my students right now, and I need to teach them the

13   tradition, I need to sing the song with them.  It's really

14   very difficult for me to sit here while I know I have to be

15   with my students right now.

16             THE COURT:  There's no one to substitute for you?

17             PROSPECTIVE JUROR:  The substitute teachers are

18   not -- not to offend anybody -- are not me.  I need to be

19   there for them.

20             THE COURT:  Okay.  Thank you, ma'am.

21             Is it Ms. Yeh?

22             PROSPECTIVE JUROR:  Yes, good afternoon everybody.

23             THE COURT:  Good afternoon.

24             PROSPECTIVE JUROR:  My name is Li-Ju Yeh.  I'm 60

25   years old.  I'm working.  I'm selling electronic components
```

1    to Asian country, like Taiwan, Hong Kong, China.  I am

2    single.  I have no kids.  I have a college degree in business

3    from Taiwan.

4         I have never sat on a jury before.  I have never

5    involved a lawsuit or I don't know anybody in my family or my

6    friends involved in the -- any lawsuit.  I don't know anybody

7    who was arrested.  And unfortunately, myself is a victim of a

8    crime.  Many years ago I was robbed on the street.  So when

9    it happened and here now so many years ago, I still cannot

10   get over with it.

11        I have no relatives or friends involved in the law

12   enforcement.  I have no disabilities.  So even I got robbed,

13   it's nothing to do with this case, but I got to be very

14   honest.  Every time when I see someone did something against

15   the law, in my back of my head I would say to myself they

16   should be punished, you know.  They should not be out there

17   to hurt another innocent people.

18        I can follow the instruction by the Court.

19        And also on number 16, I have a three reasons that

20   I don't want to be serve in a jury.  Hope you will

21   understand.  Because I work, my clients they are in Asia, so

22   that means due to the time difference, about 12 hours'

23   difference.  So my working hour is 9:00 p.m. from USA to

24   5:00 a.m. in the morning.  So I don't want to work all night

25   long in the daytime here.  I got to do the serve of the jury

```
 1     duty.  I'm afraid I might fall in sleep during the trial.
 2              And, secondly, I'm the only one in my company.  I
 3     am bilingual, Chinese-English bilingual.  So my company
 4     really needs me to run the business.  Especially nowadays the
 5     market is very slow, so I need to push business for my
 6     company.
 7              And also, the third reason is because I'm a sales.
 8     So my income is based on the commission, how much business I
 9     made.  So I don't want because to be here to affect my
10     income.
11              That's it.  Thank you.
12              THE COURT:  All right.  Let me ask you a question
13     about, you mentioned the robbery, you were a victim of a
14     robbery, correct?
15              PROSPECTIVE JUROR:  Yes, I was robbed on the
16     street.
17              THE COURT:  Many years ago you said?
18              PROSPECTIVE JUROR:  I'm sorry?
19              THE COURT:  Many years ago you said?
20              PROSPECTIVE JUROR:  Yes, about, I would say about
21     15 years ago.
22              THE COURT:  And you said that even -- it still
23     affects you, is that what you said?
24              PROSPECTIVE JUROR:  Yes.
25              THE COURT:  Okay.
```

1            PROSPECTIVE JUROR:  The reason is because my mother
2    give me one necklace for memory, and the guy took away and
3    they never caught him, you know, so . . .
4            THE COURT:  Well, my question to you is, will the
5    fact that you were robbed 15 years ago, is that going to
6    affect you in deciding this case?
7            PROSPECTIVE JUROR:  Even it was 15 years ago, but
8    the first couple years I could not still get away
9    emotionally-wise, you know.  So I want to be fair to the
10   Defendant and to everybody, because sometimes back in my head
11   I think the people should not be out there, should be locked
12   up in somewhere.
13           THE COURT:  Well, this case is about whether or not
14   the Government can prove that Ms. Marks did something wrong.
15           PROSPECTIVE JUROR:  Right.
16           THE COURT:  So before you can lock somebody up, you
17   have to prove that they did something wrong, and the people
18   on this jury are going to decide whether the Government can
19   prove that she did or can't prove that she did.  So before a
20   person gets locked up, you have to prove that they did
21   something wrong.
22           Can you be fair in deciding whether the Government
23   can prove these allegations against Ms. Marks?  Can you be
24   fair?
25           PROSPECTIVE JUROR:  I'm not sure I can be fair or I

 1   can be very smart to make a reasonable decision for

 2   everybody.  That's why I'm afraid.  That's why I feel like I

 3   have a responsibility to be very honest to everybody.

 4            THE COURT:  So you're not sure you could be fair?

 5            PROSPECTIVE JUROR:  I cannot sure.  I cannot trust

 6   myself.  That is why I got to be honest with you.

 7            THE COURT:  And you can't trust yourself because of

 8   the robbery 15 years ago?

 9            PROSPECTIVE JUROR:  Yeah, that give me big affect

10   in my life.

11            THE COURT:  All right.  Thank you, ma'am.

12            PROSPECTIVE JUROR:  Thank you.

13            THE COURT:  Mr. Weiss, good afternoon.

14            PROSPECTIVE JUROR:  Good afternoon.

15            My name is Neil Weiss.  I'm 43 years old.  I live

16   in Boca Raton for 15 years.  I am married.  My wife is a

17   stay-at-home mom.  I am the director of Met Life in Palm

18   Beach County.  I have about 30 commissioned sales people that

19   work under me.  I do have two children, nine and 10 years

20   old.

21            I have not sat on a jury before.  I've never been

22   in a lawsuit or been sued.  I do have a relative who was a

23   victim of a crime and was arrested on the RICO.

24            I do not have any disabilities.  I don't know if I

25   could be fair to the jury on this trial.

```
1              THE COURT:  You don't know if you can?

2              PROSPECTIVE JUROR:  I don't think so based on

3    certain things that have happened in my life.

4              THE COURT:  Okay.

5              PROSPECTIVE JUROR:  And I guess I could talk about

6    it privately.

7              THE COURT:  All right.

8              PROSPECTIVE JUROR:  Okay.  I happen to know

9    Mr. Schwartz, as well, which I thought I should mention.

10             THE COURT:  All right.  Well, we'll talk to you

11   about both of those separately.  All right?

12             PROSPECTIVE JUROR:  I can follow instructions.  Is

13   that it?

14             THE COURT:  All right.  Well, we'll talk to you

15   later when we take a break and find out some of the other

16   information that you need to tell us.  All right?

17             Thank you, sir.

18             All right.  It's Ms. Hamilton.

19             PROSPECTIVE JUROR:  Yes.

20             THE COURT:  Good afternoon.

21             PROSPECTIVE JUROR:  Good afternoon.

22             My name is Betty Hamilton.  I am 28 years old.  I

23   live in Jupiter just about all of my life.  I am employed at

24   Walgreen's.  I'm a manager.  I'm engaged to be married but

25   not married yet.  I do have two children, they're nine and
```

```
 1    six; they're both in elementary school.  High school
 2    background, nothing more.
 3              Sat on the jury once before, but it settled before
 4    we actually had to do any decision.  I have been involved in
 5    a lawsuit.  I sued a car insurance company through an
 6    accident that I was in.  I have both my brother and my father
 7    arrested and charged with DUIs, found guilty on those.  I do
 8    have a very close friend who's currently going through a
 9    child molestation, sort of, charge, through the stepfather,
10    if that makes sense.  I do have a very close friend that is a
11    FHP trooper.
12              I do not have any disabilities.  I believe I can be
13    fair, I can read instructions and obey them by what you give,
14    and I currently am talking to my boss as far as getting paid,
15    but that would be my only thing that would sort of hinder me
16    with whether or not I get paid through my job to serve here.
17    That's really my only concern right now.
18              THE COURT:  All right.  You said you've contacted
19    your boss and you're trying to find out?
20              PROSPECTIVE JUROR:  Yeah, I talked to him on my
21    lunch break to see if he could get ahold of the higher-ups to
22    see whether or not if I was, in fact, chosen, if I would get
23    paid for the entire month.  So that's my only concern is
24    because I cannot go without the money.  I'm kinda one of
25    those paycheck to paycheck people.
```

```
1              THE COURT:  And is he going to get back to you?

2              PROSPECTIVE JUROR:  He's supposed to get back to

3    me.  He's on the phone right now.  So he's actually trying to

4    send -- I told him to send me a text message as soon as he

5    can so I could let you know as soon as possible.

6              THE COURT:  Let me ask you a few questions.

7              The jury case that you sat on and it was resolved,

8    was that a criminal or civil case?

9              PROSPECTIVE JUROR:  It was a civil.  It was over a

10   family and a car company involving a fatality death, and they

11   settled in the victim's favor.

12             THE COURT:  Anything about that experience that

13   would affect you in any way in this case?

14             PROSPECTIVE JUROR:  No.  We really just got some

15   very short details on it, because they ended up in the middle

16   just saying stop, they pulled us out and they ended up

17   settling before it really went any further.  So we really

18   didn't have too much to do with it.

19             THE COURT:  Anything about the lawsuit you filed

20   against your insurance company that would in any way affect

21   you in this case?

22             PROSPECTIVE JUROR:  No.

23             THE COURT:  Was that resolved to your satisfaction?

24             PROSPECTIVE JUROR:  Yeah, it took a while, but it

25   was resolved.
```

```
 1                 THE COURT:  All right.  And then you said your
 2     brother and father had DUI convictions; is that correct?
 3                 PROSPECTIVE JUROR:  Yes.
 4                 THE COURT:  Anything about the fact that they were
 5     charged and prosecuted which would affect your ability to be
 6     fair in this case?
 7                 PROSPECTIVE JUROR:  No.
 8                 THE COURT:  Any resentment against law enforcement
 9     because they were charged?
10                 PROSPECTIVE JUROR:  No.
11                 THE COURT:  Now, you said you had -- knew someone
12     involved in a child molestation case.  Was that the victim or
13     the person who's being accused?
14                 PROSPECTIVE JUROR:  I knew both of them.  It was a
15     stepfather-stepdaughter molestation charge, with several of
16     her friends involved, and that's currently ongoing in the
17     Martin County district, though.
18                 THE COURT:  Anything about that situation that is
19     affecting -- would affect your ability to be fair in this
20     case?
21                 PROSPECTIVE JUROR:  No, it's actually fairly new.
22     It's only two weeks into the process, so we really haven't
23     gotten into all the details at this point.  So as of right
24     now, no, I don't believe so.  I don't think anything really
25     heeded to them would affect anything with this case at all.
```

```
 1              THE COURT:  Then you said you had some friends in
 2    law enforcement, an FHP officer.  Anything about that
 3    relationship that would affect your ability to be fair in
 4    this case?
 5              PROSPECTIVE JUROR:  No, not at all.  I mean,
 6    he's -- I don't know.  Usually when we get together we really
 7    don't even talk about work anyway, so I really don't even
 8    know how he is as an officer, if he's hard or lenient or how
 9    he is.  I don't think that affects anything.
10              THE COURT:  Would it cause you to more likely
11    believe testimony coming from law enforcement officers than
12    other witnesses?
13              PROSPECTIVE JUROR:  No, not at all.
14              THE COURT:  All right.  Thank you, ma'am.
15              So when you learn about whether you get paid or
16    not, would you let us know, please?
17              PROSPECTIVE JUROR:  Yeah, as soon as I find out
18    I'll definitely let you know.
19              THE COURT:  Thank you.
20              PROSPECTIVE JUROR:  Thank you.
21              THE COURT:  Mr. Cruz, good afternoon.
22              PROSPECTIVE JUROR:  My name is Francisco Cruz.  I'm
23    76 years old.  We reside 34 years in --
24              THE COURT:  Where do you live?  What part of the
25    county?
```

```
 1                   PROSPECTIVE JUROR:  Lake Worth.

 2                   THE COURT:  Okay.

 3                   PROSPECTIVE JUROR:  For 24, 24 years.

 4                   THE COURT:  Okay.

 5                   PROSPECTIVE JUROR:  I'm employed as a bartender in

 6      Boca Raton resort on-call, only part-time.  I'm married.  My

 7      spouse work in the part-time in Target, Target store.  I have

 8      four children; three in New York, one in Puerto Rico.  My

 9      education background is high school in Puerto Rico.  No, I

10      never been a jury before.

11                   I've never been involved in a lawsuit.  No have

12      family and friends in any crime.  No family.  Okay.  Eleven,

13      have you or any family member -- no is number 11.

14                   Do you have relative, close friend, no.

15                   The 13 is no.  Number 14, no.  Number 15, maybe I

16      have not too good in English.

17                   THE COURT:  I'm sorry, what did you say?  Say that

18      again, please.  I didn't hear what you said.

19                   PROSPECTIVE JUROR:  If I follow instructions.

20                   THE COURT:  Can you follow my instructions?  Will

21      you be able to follow my instructions?

22                   PROSPECTIVE JUROR:  Yes.

23                   THE COURT:  Is there any reason you can't be on

24      this jury?  Is there any reason you cannot be on this jury?

25                   PROSPECTIVE JUROR:  No.
```

```
 1              THE COURT:  Now, sir, you speak with an accent and
 2    you seem to be having some difficulty reading the questions.
 3    Are you able to understand English well?
 4              PROSPECTIVE JUROR:  Not really.
 5              THE COURT:  Have you been able to understand what
 6    I've been saying all since this morning?
 7              Sir, have you been able to understand what I've
 8    been saying?
 9              PROSPECTIVE JUROR:  Yes.
10              THE COURT:  You have been?  You've been able to
11    understand me?
12              PROSPECTIVE JUROR:  A little bit.
13              THE COURT:  A little bit.
14              So you have some difficulty understanding?
15              PROSPECTIVE JUROR:  Yes.
16              THE COURT:  Do you think you can sit for a month
17    and listen to witnesses and understand what they're saying?
18              PROSPECTIVE JUROR:  I don't think so.
19              THE COURT:  All right.  Thank you, sir.
20              Mr. Armstrong, good afternoon, sir.
21              PROSPECTIVE JUROR:  Good afternoon.
22              My name is Raymond Armstrong.  I'm 67 years old.  I
23    reside in Wellington for the last 25 years.  I am retired.  I
24    spent 30 years in hospital financial administration, and the
25    last 12 years I've spent as a regional director and facility
```

1    administrator for a residential treatment program for

2    youthful offenders.

3            I have an adult child.  She is a professional

4    biller for a medical company.

5            My educational background is I have an associate of

6    arts degree and a bachelor's degree in accounting, I have a

7    master's degree in business administration, and a Ph.d. in

8    business.

9            I've sat on a jury before years ago.  It was a

10   civil case, a DWI.  I've never been involved in a lawsuit,

11   either side of a lawsuit, and I've never been a witness.  I

12   have no family or friends who have been arrested.  And I do

13   have -- oh, I have been a victim of crime.  I've had two of

14   my personal cars stolen and my house burglarized.  I have no

15   personal close friends that are in law enforcement.

16           The only disability I have, I am a Vietnam veteran,

17   and I'm being treated for posttraumatic stress disorder.

18   Based on the description of the case, I have no personal

19   views or opinions.  I am capable of following the

20   instructions, and there's no reason why I couldn't sit on the

21   court (sic).

22           THE COURT:  Sir, can you tell us what you've been

23   doing?  You said after you've retired for the last 12 years,

24   can you tell us again what you're doing with a residential

25   program?

```
 1                    PROSPECTIVE JUROR:  Yeah, we're a -- our company
 2         subtracted with the Department of Juvenile Justice, and we
 3         ran residential treatment programs.  Basically, it was a
 4         prison for youthful offenders, but we also provided
 5         psychiatric, educational, and a lot of social services for
 6         the youth.
 7                    THE COURT:  So is it still basically a prison
 8         facility?
 9                    PROSPECTIVE JUROR:  Yes, pretty much.
10                    THE COURT:  What is your involvement in that again?
11                    PROSPECTIVE JUROR:  I was a facility administrator
12         for eight years, and the last number of years I worked in the
13         corporate office as a regional director.
14                    THE COURT:  You were actually on-site managing --
15                    PROSPECTIVE JUROR:  On-site for eight and a half
16         years, yes.
17                    THE COURT:  Did you get involved in any of the
18         underlying cases in terms of how they were resolved?
19                    PROSPECTIVE JUROR:  No, sir.  They were resolved in
20         the court system before they came to us.
21                    THE COURT:  And do you get involved in any
22         post-release issues in terms of probation or community
23         control or anything like that?
24                    PROSPECTIVE JUROR:  No, sir.
25                    THE COURT:  Anything about your work, even though
```

```
 1    it's not law enforcement related directly, it's involved with
 2    the judicial system or juvenile judicial system, anything
 3    about your work in that field that might cause you to lean
 4    one way or another in this case?
 5             PROSPECTIVE JUROR:  No.
 6             THE COURT:  Do you work with law enforcement
 7    agencies in your position dealing with that juvenile
 8    facility?
 9             PROSPECTIVE JUROR:  Not with the juvenile system,
10    but I am a mentor in the state correctional system, a
11    volunteer mentor, helping men that are ready to be released
12    to get them to prepared to come back into society.
13             THE COURT:  What do you do in that regard?
14             PROSPECTIVE JUROR:  I have weekly meetings.  I have
15    a team of men that we go in and we counsel with the inmates
16    and try to help them emotionally get ready, try to work with
17    them with family reunification, and just prepare them to go
18    back out into society.  They're going to be released to Palm
19    Beach County.
20             THE COURT:  What are the age range of the people
21    that you're dealing with?
22             PROSPECTIVE JUROR:  I'm sorry, sir, I can't hear
23    you.
24             THE COURT:  What are the age range of the people
25    that you deal with?
```

```
1              PROSPECTIVE JUROR:  We have in our group anywhere

2    from, I'd say 24 to 55.

3              THE COURT:  Year-old people?

4              PROSPECTIVE JUROR:  Year old, yes.

5              THE COURT:  So those are not obviously juveniles?

6    Those are not juveniles?

7              PROSPECTIVE JUROR:  No, this is the adult system

8    now.  I retired from the juvenile system.

9              THE COURT:  Okay.  Now, you said you were on a DUI

10   case as a juror.

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  Did you reach a verdict in that case?

13             PROSPECTIVE JUROR:  Yes, we did.

14             THE COURT:  Were you the foreperson?

15             PROSPECTIVE JUROR:  No, sir.

16             THE COURT:  You called it a civil case.  Did you

17   mean~-- the DUI case is a criminal case.

18             PROSPECTIVE JUROR:  Okay.  I'm not familiar with

19   the term then.

20             THE COURT:  Okay.  But it was -- someone was

21   charged with driving under the influence?

22             PROSPECTIVE JUROR:  Yes, sir.

23             THE COURT:  And you reached a verdict?

24             PROSPECTIVE JUROR:  Yes.

25             THE COURT:  Anything about that case that might
```

```
 1    affect you in this case in any way?

 2              PROSPECTIVE JUROR:  No.

 3              THE COURT:  What crime did you say you were a

 4    victim of?

 5              PROSPECTIVE JUROR:  I had two of my personal cars

 6    stolen and my house burglarized.

 7              THE COURT:  Anything about those crimes that would

 8    affect you in this case?

 9              PROSPECTIVE JUROR:  I was angry for a number of

10    years, but I'm okay now.

11              THE COURT:  Will it affect you in this case?

12              PROSPECTIVE JUROR:  No.

13              THE COURT:  Anything about your posttraumatic

14    stress syndrome that would in any way impact your ability to

15    be a juror in this case?

16              PROSPECTIVE JUROR:  No.

17              THE COURT:  Thank you, sir.

18              Is it Ms. Atine?

19              PROSPECTIVE JUROR:  My name is Shelly Atine.  I'm

20    23 years old.  I live in Greenacres, Florida.  I've lived

21    there for about three years.  I'm employed, I'm a nurse with

22    Hospice palliative care.  I'm married.  My husband is an

23    automotive technician.  I don't have any children.  I have a

24    bachelor's degree in nursing, and I'm currently enrolled

25    right now, taking my master's in nursing.
```

```
 1              I never sat before in a jury.  I've never been
 2      involved in a lawsuit.  I don't have any friends or family
 3      that ever been arrested before.  I've been a victim of, my
 4      house was burglarized, credit card fraud and identity theft
 5      also.  I do not have any relatives or close friends in the
 6      law enforcement.
 7              I don't have any disabilities.  I think I could be
 8      fair in this trial.  I'm able to follow the law instructed by
 9      the Court, and the only reason I would not be able to sit is
10      because I'm currently enrolled in school right now, so I
11      already paid.  I pay out of pocket for school, so I can't
12      miss that.
13              THE COURT:  Where are you attending school?
14              PROSPECTIVE JUROR:  FIU.
15              THE COURT:  And what days of the week do you go?
16              PROSPECTIVE JUROR:  Basically, it's every Tuesdays
17      and Thursdays, and that's for one class, and I have two
18      online classes.
19              THE COURT:  So you said you are working currently,
20      correct?
21              PROSPECTIVE JUROR:  I work the weekends as a nurse,
22      yes.
23              THE COURT:  So you only work on the weekends?
24              PROSPECTIVE JUROR:  Yes.
25              THE COURT:  And then you go to classes on Tuesdays
```

```
 1    and Thursdays?

 2              PROSPECTIVE JUROR:  Yes.

 3              THE COURT:  And how many classes in each day?

 4              PROSPECTIVE JUROR:  I'm taking three right now.

 5    One class is every Tuesday and Thursday, and I'm doing two

 6    classes online, too.  So it's three total.

 7              THE COURT:  All right.  So the -- there's only one

 8    class that you go to, actually go to university.

 9              PROSPECTIVE JUROR:  Yeah, on campus, and the other

10    classes are online.

11              THE COURT:  And how many hours is that class a day?

12    On Tuesdays and Thursdays, how many hours?

13              PROSPECTIVE JUROR:  It's from 8:00 to 12:00,

14    because we're going to go twice a week.  And the ones online,

15    we have deadlines when we have to turn in our work.

16              THE COURT:  All right.  Anything about the burglary

17    to your home that would affect you in any way in this case?

18              PROSPECTIVE JUROR:  No.

19              THE COURT:  Anything about the credit card and

20    identity thefts that would affect you in any way in this

21    case?

22              PROSPECTIVE JUROR:  No.

23              THE COURT:  All right.  Thank you, ma'am.

24              Mr. Kyratzis.

25              PROSPECTIVE JUROR:  My name is Nicholas Kyratzis.
```

```
 1    I am 51 years old.  I reside in Greenacres, Florida, for 12
 2    years.  I am employed with the United States Postal Service
 3    as a letter carrier for 23 years.  I am married.  I do not
 4    have any children.  Bachelor's degree in business
 5    administration, marketing, advertising.
 6             I've never sat on a jury before.  I've never been
 7    involved in a lawsuit.  No family members or close friends
 8    arrested.  Family members close to the victim of a crime, no.
 9    Do you have any relatives or close friends who are in law
10    enforcement?  No.
11             No disabilities.  Fourteen would be yes.  No, no.
12    Fourteen would be no.  Fifteen, yes.  And 16, no.
13             THE COURT:  All right, sir.  Thank you very much.
14             Oh, I'm sorry, Mr. Kyratzis, have you read or heard
15    anything about this case?
16             PROSPECTIVE JUROR:  No.
17             THE COURT:  And I'm sorry, I forgot to ask
18    Ms. Atine, have you?
19             PROSPECTIVE JUROR:  (Shakes head.)
20             THE COURT:  And Mr. Armstrong, have you?
21             PROSPECTIVE JUROR:  No.
22             THE COURT:  I'm sorry.  I keep forgetting to ask
23    that question.
24             Ms. Cunningham, good afternoon.
25             PROSPECTIVE JUROR:  Good afternoon.  My name is
```

```
 1    Carmeta Cunningham.  I'm 52 years old.  I reside here in West

 2    Palm Beach for 14 years.

 3              Since July 26th, I'm currently unemployed.  I work

 4    for 27 years as a childcare nanny privately.  I am married.

 5    My husband is a retired jeweler.  I have two grown daughters,

 6    ages 32 and 34.  Both girls has their MBA, and my oldest

 7    works as a financial analyst.  Girl number 2 works as a

 8    marketing manager here in West Palm Beach.  I have sat on a

 9    jury before as an alternate.  It was a DUI case.

10              I've never been involved in a lawsuit, either side.

11              I don't know -- no family members of mine that I

12    know of has ever been arrested.  None of my family members

13    has ever been robbed.  No relatives or friends in law

14    enforcement.  I have no disabilities.  I have no opinion

15    about the case.  I would be able to follow instructions.  And

16    there's no reason why I couldn't serve.

17              THE COURT:  Is there anything about your experience

18    on that DUI case where you were an alternate juror that would

19    affect your ability to be fair in this case?

20              PROSPECTIVE JUROR:  No, because I actually didn't

21    get to deliberate, seeing that I was an alternate.  And I do

22    have an open mind.

23              THE COURT:  All right.  And have you read or heard

24    anything about this particular case?

25              PROSPECTIVE JUROR:  No.
```

```
 1                THE COURT:  Thank you very much.

 2                Ms. Lawrence, good afternoon.

 3                PROSPECTIVE JUROR:  Hello.  My name is Keisha

 4     Lawrence.  I am 35 years old.  I live in Greenacres for the

 5     past 18 years.  I am a nurse practitioner.  I am married.  My

 6     husband -- my husband is a registered nurse, also on an

 7     as-needed basis, and he also goes to school part-time.

 8                I don't have any children.  I have a master's in

 9     nursing.  I have never sat on a jury before.  I have never

10     been involved in a lawsuit or sued anyone.

11                I have a cousin who was driving his friend's car

12     and was pulled over, searched, and narcotics were found.  I

13     think he was arrested, but I don't know the whole story or

14     the outcome.

15                I have been a victim of credit card fraud, and my

16     mother's car has been broken into several times.

17                I have no relatives in law enforcement.  I do not

18     have any disabilities.  I have no personal view, opinions or

19     attitudes that would affect my ability to be fair or

20     impartial to this case.  I would be able to follow the law as

21     instructed.

22                I have been -- number 16, I have only been a nurse

23     practitioner for three months, so currently I am basically

24     working paycheck to paycheck.

25                Also, I have been unfortunately carrying some of my
```

```
 1    parents' financial burdens, so I don't think I'll be able to
 2    take off work for a month.
 3                THE COURT:  So it would be a financial hardship for
 4    you to be on this jury?
 5                PROSPECTIVE JUROR:  Yes.
 6                THE COURT:  All right.  Let me ask you about your
 7    cousin who was arrested and charged with some drug-related
 8    crime.  Is there anything about that case that would affect
 9    you in any way in this case?
10                PROSPECTIVE JUROR:  No.
11                THE COURT:  Anything about the credit card fraud
12    that you were a victim of or the burglaries your mother -- to
13    her car that would affect you in any way?
14                PROSPECTIVE JUROR:  The credit card fraud, no.  My
15    mother, one of the break-ins was forced entry.  The others
16    where she just leaves her car door open.  So . . .
17                THE COURT:  Would it affect you in any way in this
18    case?
19                PROSPECTIVE JUROR:  No.
20                THE COURT:  All right.  Thank you, ma'am.
21                Mr. Miraglia, we're going to skip over you.  We're
22    going to go to Mr. Gonzalez.  Okay?
23                Mr. Gonzalez, good afternoon, sir.
24                PROSPECTIVE JUROR:  Good afternoon.  My name is
25    Ismael Gonzalez.  I'm 68.  I have been living in Palm Beach
```

1    County for the last 29 years, 13 of them in Greenacres.

2         I'm currently retired from the State of Florida.  I

3    have a part-time job in a local Wal-Mart.  I'm married.  My

4    wife work for the State of Florida, too.  I have two kids.

5    My son is 26.  He's a high school teacher.  My daughter is

6    25.  She's finishing her master's degree in media and

7    communications, and works at Palm Beach State College.  I

8    have a master's degree in biology.

9         I have never been in a jury.  I have never been

10   involved in a lawsuit.  I have never have anybody I know or

11   my family has been arrested.  I haven't been victim of a

12   crime.  I don't have anybody in law enforcement.  I don't

13   have any disability that can affect my ability to sit here.

14        I have never hear about this case before.  Of

15   course, I'm able to follow instruction.  I have been doing

16   that for 28 years.

17        I have no problem whatsoever to work in this case.

18        THE COURT:  What did you do before you retired from

19   the State of Florida?

20        PROSPECTIVE JUROR:  I used to work across the

21   street at the Health Department, working on the quality of

22   water.

23        THE COURT:  Quality of?

24        PROSPECTIVE JUROR:  The water.

25        THE COURT:  Water quality?

```
 1                 PROSPECTIVE JUROR:  The water we drink.
 2                 THE COURT:  And what did your wife do for the State
 3      of Florida?
 4                 PROSPECTIVE JUROR:  I don't know where to start.
 5      She has been doing almost everything.  She was accountant
 6      supervisor.  They downsize in 2004 and she lost her job.
 7      Then she came back and work on financial advisor.  They
 8      downsize again.  All the positions went to another agency,
 9      and now she's working at a front desk.
10                 THE COURT:  Thank you, sir.
11                 PROSPECTIVE JUROR:  Thank you, Your Honor.
12                 THE COURT:  Ms. Nandlal?
13                 PROSPECTIVE JUROR:  Yes, sir.
14                 THE COURT:  Good afternoon.
15                 PROSPECTIVE JUROR:  Good afternoon.
16                 My name is Shirley Nandlal.  I'm 66 years old.  I
17      live in Lake Worth, Florida, for the past 29 years.  I am
18      employed as a nurse manager in Delray Beach.  I am married.
19      My husband is retired.  I have one daughter who's a preschool
20      teacher.  My educational background is high school.
21                 I have never been called for jury duty.  I have no
22      one who is in the law enforcement.  I know no one who is --
23      who is charged or arrested.  My husband was a victim of theft
24      identity.
25                 I have -- my disability is macular degeneration for
```

1   which I'm getting very costly medication every week.

2          Based on the description of the case, I could

3   follow instructions.  I will not be able to come for jury

4   duty because I take weekly injections to my eyes.

5          THE COURT:  When do you have your injections?

6          PROSPECTIVE JUROR:  Every Tuesday.

7          THE COURT:  At what time of the day?

8          PROSPECTIVE JUROR:  It depends on the availability

9   of the doctor.

10         THE COURT:  Can you go early in the morning or late

11  in the afternoon?

12         PROSPECTIVE JUROR:  I am not able to see after I

13  get the injections.  It's directly into my retina.

14         THE COURT:  How long are you unable to see?

15         PROSPECTIVE JUROR:  Probably about two days.  I can

16  see big objects, but I cannot read or anything like that.

17         THE COURT:  So for two days you're not able to read

18  after you get the injections?

19         PROSPECTIVE JUROR:  I didn't hear that.

20         THE COURT:  You cannot read for two days after you

21  get the injections?

22         PROSPECTIVE JUROR:  Yes.  I can only see big huge

23  objects.  I can see to walk, but I cannot look at television

24  or read the papers or read anything.

25         THE COURT:  And you have to go every week for the

```
 1   injections?

 2           PROSPECTIVE JUROR:  Every week on a different eye I

 3   go for the injections.

 4           THE COURT:  What did your husband do for a living?

 5           PROSPECTIVE JUROR:  He work for the U.S. Postal

 6   Services.

 7           THE COURT:  Is there anything about his being a

 8   victim of identity theft that would affect you in any way in

 9   this case?

10           PROSPECTIVE JUROR:  No, because his Social Security

11   was stolen by somebody else.

12           THE COURT:  Will that affect you in this case?

13           PROSPECTIVE JUROR:  No.

14           THE COURT:  Thank you, ma'am.

15           Could you pass that microphone over to Ms. Salazar,

16   please.

17           Good afternoon, ma'am.

18           PROSPECTIVE JUROR:  Good afternoon.  My name is Ada

19   Salazar.  I am 51 years old.  I'm living in West Palm Beach

20   for 16 years.  A temp worker now in a warehouse.  I'm

21   divorced.  I don't have children.  It is high school.

22           I never sat on a jury before, never been involved

23   in any lawsuit or have been a witness.  Never family members

24   or close friends ever been arrested.

25           Victims, no.  No family members or close friends
```

```
 1    ever been a victim of a crime.

 2            My ex-husband was in the army.  I think now is in

 3    the reserve army.

 4            I don't have any disabilities, and for 10 I'm

 5    unsure, and 15, yeah, I can follow the law instructions, and

 6    16 -- well, 16, I don't speak a hundred percent the language.

 7    Maybe I understand.  I can have a conversation.  If I don't

 8    understand I can ask you, but in a trial maybe it's

 9    different, if I don't understand, who can I ask?

10            Plus, I was unemployed for quite time and finally

11    I'm working, and this is not helping my economy.  So . . .

12            THE COURT:  You said you were working part-time?

13            PROSPECTIVE JUROR:  No, no, no, temp.  I am a temp

14    work, temporary, by agencies.

15            THE COURT:  Yes.  So you work --

16            PROSPECTIVE JUROR:  It's not a permanent, it's only

17    temp.

18            THE COURT:  And so how long is your current

19    temporary position?

20            PROSPECTIVE JUROR:  Well, right now I'm there for

21    seven, eight month, but you never know.  So I'm there,

22    tomorrow maybe not.  It's only temp.

23            THE COURT:  Do they call you every day?

24            PROSPECTIVE JUROR:  No, no, no, no, no.

25            THE COURT:  They call when they need you?
```

```
 1              PROSPECTIVE JUROR:  But it depend -- it's depend
 2     the situation.  So maybe one day they don't have too many
 3     orders or whatever, they can tell you, you know, go home and
 4     maybe we call you in a week or something.
 5              THE COURT:  So you're not working every day?
 6              PROSPECTIVE JUROR:  Right now, yes.  But you never
 7     know.  That's what I'm trying to say.
 8              THE COURT:  So how long have you been working
 9     steadily every day?  How long?
10              PROSPECTIVE JUROR:  Right now, seven month, thanks
11     God.
12              THE COURT:  So you've been working for seven months
13     every day on a temporary job?
14              PROSPECTIVE JUROR:  Yes.
15              THE COURT:  You don't know how long it's going to
16     last?
17              PROSPECTIVE JUROR:  No, maybe -- you never know,
18     because sometimes they hire people, fire people, so . . .
19              THE COURT:  All right.  Now, when we got to
20     question 14, I think you said you're not sure?
21              PROSPECTIVE JUROR:  Yeah.  Well, I'm not sure as
22     long as she don't cry, it's okay.
23              THE COURT:  Say that again?
24              PROSPECTIVE JUROR:  As long as she don't cry if,
25     you know, feelings something.  I'm impressionable maybe
```

```
 1    person.
 2            THE COURT:  So you're worried if the Defendant
 3    cries, you might feel sympathy for her?
 4            PROSPECTIVE JUROR:  Yeah.
 5            THE COURT:  Yes?
 6            PROSPECTIVE JUROR:  I mean . . .
 7            THE COURT:  Is that what you're saying?
 8            PROSPECTIVE JUROR:  I don't know if the word is
 9    correct, impressionable, I am.
10            THE COURT:  You're impressionable.
11            PROSPECTIVE JUROR:  Yeah.
12            THE COURT:  My question to you is, coming into this
13    case before you've heard anything other than what I've
14    already told you, can you be fair in listening to the
15    evidence that's presented by both sides?
16            PROSPECTIVE JUROR:  I'm not sure.
17            THE COURT:  You're not sure?
18            PROSPECTIVE JUROR:  No.
19            THE COURT:  All right.  Thank you, ma'am.
20            PROSPECTIVE JUROR:  You're welcome.
21            THE COURT:  Ms. Silver, good afternoon.
22            PROSPECTIVE JUROR:  Hello.  I'm Gilda Silver.  I'm
23    65 years old.  I live on Singer Island, and I've lived there
24    for 13 years.  I'm not employed.  My husband retired to
25    Florida, and he took me with him.  He died four years ago, so
```

1    I've been widowed since.  I have two grown children.  My son

2    is 40.  He works in research, and my daughter is a media

3    manager.  My educational background, I grew up in England, so

4    I had a business diploma.  When I came to the United States I

5    was a stay-at-home mother, and I did an interior design

6    diploma and I worked on space planning, kitchen, bath design,

7    and furniture.

8             I've never served on a jury.  I've never been

9    involved in a lawsuit.  My husband was arrested for DUI about

10   25 years ago.  He pleaded guilty and he took license

11   suspension and fine.  And he was also mugged three times in

12   New York City and robbed.  My house was burgled about 30

13   years ago.  I don't have any friends or relatives who are in

14   law enforcement.

15            I don't have any disabilities apart from a chronic

16   cough, like the lady, which I've had for 13 years, and after

17   seeing numerous doctors nobody knows what it is, and I manage

18   to get by with cough drops, and most times I can get through

19   without coughing too badly.  I don't have any personal views

20   of the case.  I've never heard of the case.  And I can follow

21   the law, the instructions given by the judge.  And as I said,

22   there's no reason why I can't serve as juror apart from my

23   chronic cough.

24            THE COURT:  Ma'am, what did your late husband do

25   for a living?

```
 1              PROSPECTIVE JUROR:  He was the president and COO of

 2   a large retail chain.

 3              THE COURT:  What type of work, if any, have you

 4   done in the past?

 5              PROSPECTIVE JUROR:  Since I've been in the United

 6   States, I worked for a kitchen design company in New Jersey

 7   for about seven years.

 8              THE COURT:  And what about in England?  Did you do

 9   any work in England?

10              PROSPECTIVE JUROR:  Yes, I worked for the son of a

11   Lord actually in a large grocery company in England, London.

12              THE COURT:  Is there anything about the fact that

13   your late husband got charged with a DUI which would affect

14   you in any way in this case?

15              PROSPECTIVE JUROR:  Not at all.

16              THE COURT:  Anything about the fact he had been

17   robbed a number of times that would affect you in any way?

18              PROSPECTIVE JUROR:  It happened many years ago.  I

19   was very angry at the time, but wouldn't affect me.

20              THE COURT:  And how about the burglary to your

21   home, would that affect you in any way in this case?

22              PROSPECTIVE JUROR:  No.  They believe -- they never

23   caught the people that were involved.  They believe it was

24   young high school kids who were just looking for quick stuff

25   to steal.  But it wasn't major.
```

1          THE COURT:  And if won't affect you in this case?

2          PROSPECTIVE JUROR:  (Shakes head.)

3          THE COURT:  Thank you, ma'am.

4          Mr. Pervenecki, is it?  Good afternoon.

5          PROSPECTIVE JUROR:  Good afternoon, Your Honor.  My

6   name's Robert Pervenecki.  I'm 61 years old.  I've resided

7   here in Florida for the past 44 years.  I'm employed at the

8   VA Medical Center in West Palm Beach in the facilities

9   management department.  I'm a supervisor.  I'm married.  My

10  wife is a teacher in Palm Beach County.  I have four

11  children.  Three are adults, one is still in high school.

12  Their occupation:  One's a nurse, one's a schoolteacher, and

13  the other is a police officer for the Marine Corps.  I've

14  been through four years of high school and trade school.

15          Never sat on a jury before.  Never been involved in

16  a lawsuit.  Don't know anybody who's been involved in a

17  lawsuit, and I haven't been a witness in any type of

18  lawsuits.  I have one stepbrother that was arrested for

19  cocaine use, and he was -- broke his probation, and he was

20  arrested again and spent one year in jail.

21          I have -- my wife and I actually were broken into a

22  couple times in Central Florida.  We lived up there.  I have

23  two other relatives in law enforcement.  My son-in-law and

24  another brother.  I have no disability that would affect my

25  ability to sit as a juror in this case.  No, I don't have any

```
 1    personal views or opinions or attitudes that would affect my

 2    ability to a fair and impartial trial.  And, yes, I would

 3    follow the instructions of the Court rendering a verdict in

 4    this case.  And, no, there's no reason why I couldn't sit as

 5    a juror.

 6             THE COURT:  Did you tell me that your son was in

 7    law enforcement with the Marine Corps?

 8             PROSPECTIVE JUROR:  Yes, sir.

 9             THE COURT:  Would the fact he's in law enforcement

10    in the Marine Corps affect your ability to be fair in this

11    case?

12             PROSPECTIVE JUROR:  No, sir.

13             THE COURT:  Would it cause you to more likely

14    believe testimony from law enforcement officers than other

15    witnesses?

16             PROSPECTIVE JUROR:  I'm sorry, I didn't hear that.

17             THE COURT:  The fact that your son works in law

18    enforcement in the Marine Corps, would that cause you to more

19    likely believe testimony that comes from a law enforcement

20    officer than another witness?

21             PROSPECTIVE JUROR:  No, sir.

22             THE COURT:  And who was it that had a cocaine

23    arrest in your -- that you knew?  Someone?

24             PROSPECTIVE JUROR:  Say that again, please?

25             THE COURT:  Someone you mentioned had a cocaine
```

1    arrest that you knew.  Who was that?

2            PROSPECTIVE JUROR:  That was a stepbrother.

3            THE COURT:  Is there anything about the fact your

4    stepbrother was arrested and charged with cocaine possession

5    that would affect your ability to be fair in this case?

6            PROSPECTIVE JUROR:  No, it will not.

7            THE COURT:  Thank you, sir.

8            All right.  We're going to skip Mr. Moorhead.

9    We're going to skip over you.  We're going to go to

10   Mr. Wigdor.

11           PROSPECTIVE JUROR:  Hello.

12           My name's Jordon Wigdor.  I'm 36 years old.  I live

13   in Delray Beach for the last seven years.  I'm currently

14   employed as an attorney with Office Depot.  I'm married.  My

15   wife is self-employed.  She runs an educational consulting

16   business.

17           I have two kids.  One is eight and one is six.  I

18   have my JD from Cardoza School of Law, but never sat on a

19   jury before.

20           I've never been a party to a lawsuit.  However,

21   I've done litigation work in the past as both a plaintiffs'

22   lawyer and a defense lawyer.  I have had family members or

23   friends been arrested which I'd like to discuss in private,

24   if that's possible.

25           I've never been the victim of a crime nor has

1    anyone close to me.  No relatives or close friends in law

2    enforcement.  No disabilities.  Number 14, I guess we can

3    discuss that in private, as well, about personal views and

4    opinions.  Would certainly be able to follow the law as

5    instructed by the Court.  And with regard to the last one, I

6    guess we could discuss that, as well.

7              THE COURT:  All right.  Sir, we'll talk you to

8    separately when we have a chance.  Thank you.

9              Ms. Dantica, good afternoon.

10             PROSPECTIVE JUROR:  Good afternoon.  My name is

11   Katrina Dantica.  I'm 21 years old.  I lived in West Palm for

12   pretty much my entire life.  I'm not married.  I do not have

13   children.  I am working on getting my bachelor's degree in

14   biology.

15             I've never been in a jury before.  I've never been

16   involved in a lawsuit.  My sister, she was arrested, but that

17   was for a small, like, domestic violence thing.  It wasn't

18   really a charge.  There was no charge against her.

19             We were recently robbed like two months ago, and

20   then we were also robbed like -- I want to say like four

21   years ago, and they never caught whoever robbed us.  It was

22   like never resolved.

23             I do not have any close friends or relatives that

24   are in the law enforcement.  I do not have any disabilities.

25   I do not have any personal views or opinions towards this

```
 1    case particularly.  I believe I can be fair towards it.  I
 2    will be able to obey the law as instructed.
 3            And besides like financial reasons, I'm the only
 4    person, like, working.  I work -- sorry, I didn't answer that
 5    question.  I work two jobs.  I work at Chick-fil-A and Bath
 6    and Body Works, and I'm the only person like supporting my
 7    mom right now because she was currently laid off from -- she
 8    was a supervisor like toll collector for turnpike?  She
 9    worked there 15 years.  So currently I'm just helping her
10    out, so that's the only reason.
11            THE COURT:  If you're on the jury, are you going to
12    be able to financially manage for yourself?
13            PROSPECTIVE JUROR:  I'm not sure at all.  I don't
14    think so.
15            THE COURT:  So is it going to be a financial
16    hardship to you personally if you're on this jury?
17            PROSPECTIVE JUROR:  Yeah, for my family, yeah.
18            THE COURT:  When you say for your family, are you
19    talking about your mother?
20            PROSPECTIVE JUROR:  My mother, and I support my
21    mother and my little brother.
22            THE COURT:  And your sister, domestic violence
23    charge or arrest, was that -- would that affect you in any
24    way in this case?
25            PROSPECTIVE JUROR:  No.
```

```
 1              THE COURT:  And when you say that you were robbed a
 2    couple of times, was that -- were you talking about break-ins
 3    to your home?
 4              PROSPECTIVE JUROR:  Yeah, it was a burglary.  They
 5    broke into our home like two months ago, and we weren't sure,
 6    we don't know who did it.  They never came back to us.  It
 7    wasn't really resolved, so I'm not sure.
 8              THE COURT:  But these were break-ins to your home,
 9    were not robberies where someone took something from you,
10    physically took something from you?
11              PROSPECTIVE JUROR:  Okay.  Well, they robbed us.
12    They broke into our house and then they --
13              THE COURT:  They broke into your home.
14              PROSPECTIVE JUROR:  Okay.
15              THE COURT:  Anything about the break-ins to your
16    home affect your ability to be fair in this case?
17              PROSPECTIVE JUROR:  No.
18              THE COURT:  All right.  Thank you, ma'am.
19              PROSPECTIVE JUROR:  Thank you.
20              THE COURT:  Is it Ms. Cartales.  Good afternoon.
21              PROSPECTIVE JUROR:  My name is Linda Cartales.  I'm
22    48.  I reside in Loxahatchee.  I'm employed as a litigation
23    paralegal.  I am married.  My husband is a project manager.
24    I have one child.  He's 15.  I have two years of paralegal
25    studies at FAU.  No to number 8.  No to number 9.  No to
```

```
 1    number 10.  I have a lot of close friends who are in law
 2    enforcement.  I have been -- my house was burglarized four
 3    years ago.  My car was burglarized.
 4            I don't have any disabilities.  Fourteen, I do have
 5    a personal opinion.
 6            THE COURT:  We'll talk you to separately.
 7            PROSPECTIVE JUROR:  I'll talk about that in
 8    private.
 9            THE COURT:  Okay.
10            PROSPECTIVE JUROR:  And I can follow the law, and
11    16, I work for a sole practitioner, and I'm pretty much it.
12    So a month would create a hardship for him.
13            THE COURT:  All right.  We'll talk to you about
14    that when we speak to you separately.  All right?
15            PROSPECTIVE JUROR:  Okay.
16            THE COURT:  Thank you.
17            Ms. Rea-Murphy, good afternoon.
18            PROSPECTIVE JUROR:  Hi.  Good afternoon.  My name
19    is Kelley Rea-Murphy.  I'm 47.  I've lived in Jupiter,
20    Florida, since moving here 24 years ago.  I'm a full-time
21    retail store manager.  I am married.  My husband owns his own
22    manufacturing business where mostly things are sold online
23    and directly at the counter.
24            We don't have any children.  I'm currently seeking
25    my bachelor's degree in supervision and management.  I've
```

```
1    never served on a jury or been involved in a lawsuit.  My two

2    brothers as teens and in early twenties were arrested for

3    minor possession charges.  Both were dismissed with no kind

4    of, you know, probation or anything.  I had a car broken into

5    one time 20 years ago.  My father is a retired St. Louis city

6    policeman, and we have a very good friend who's a sergeant on

7    the Jupiter Police Department.

8            I'm not familiar with this case, so I would have no

9    opinion on it to be able to give ahead of time.  I would be

10   able to follow any instructions given, and, you know, other

11   than I have a very small staff at my store, and all eight of

12   them are on-call while I'm here for two weeks, you know, in

13   case I have to come, that would be the only, you know, it

14   would just be more inconvenience than anything else.

15           THE COURT:  All right.  Ma'am, anything about

16   your~-- the charges that were brought against your brothers

17   for possession that would affect you in any way in this case?

18           PROSPECTIVE JUROR:  No.  They were very young and

19   silly and everything was dismissed, so . . .

20           THE COURT:  How about the burglary to your

21   automobile?

22           PROSPECTIVE JUROR:  It was to my car, and we never

23   found out what did it.  They broke in one night and stole a

24   radio, but nothing huge.

25           THE COURT:  Anything about that which will affect
```

1    you in this case?

2                PROSPECTIVE JUROR:  I'm sorry?

3                THE COURT:  Is there anything about the burglary to

4    your automobile that would affect you in this case in any

5    way?

6                PROSPECTIVE JUROR:  No, other than it's just

7    annoying that somebody else thinks their things are yours, or

8    your things are their's.

9                THE COURT:  Would that affect you in this case?

10               PROSPECTIVE JUROR:  I don't know all of the -- I

11   mean, I know what you've said.  I've listened, but I don't

12   know exactly what's happened, so I can't say that.

13               THE COURT:  Okay.  Do you see any reason why a

14   break-in to your car might affect a case involving --

15               PROSPECTIVE JUROR:  Not something that sounds like

16   mail issues and other things, no.

17               THE COURT:  The fact that your father was in law

18   enforcement and you have a friend who's in Jupiter Police

19   Department, would that affect your ability to be fair in this

20   case?

21               PROSPECTIVE JUROR:  Honestly, I tend to think that

22   if it's kind of come to this, that there's reason to at least

23   pursue it to this degree, yes.

24               THE COURT:  Okay.  I'm not sure that one has --

25   what that has to do with my question.  My question was, the

```
1    fact that your father was in law enforcement and you have a

2    friend in law enforcement, would that affect your ability to

3    be fair in this case, and you're saying yes?

4              PROSPECTIVE JUROR:  I would say yes, if you have --

5    like you asked earlier, two people, one being law enforcement

6    giving an opinion, I would tend to believe what they say.

7              THE COURT:  Okay.

8              PROSPECTIVE JUROR:  In testimony, yes.

9              THE COURT:  All right.  So the fact that you have a

10   father in law enforcement and a friend in law enforcement,

11   you would more likely believe testimony from a law

12   enforcement officer than another person on the same subject?

13             PROSPECTIVE JUROR:  Yes, sir.

14             THE COURT:  Okay.  All right.  Are you suggesting

15   that because the case has got to the point that we're in

16   starting trial, that you're not able to presume Ms. Marks

17   innocent of these charges?

18             PROSPECTIVE JUROR:  I try to think that I'm a fair

19   person and I would hope that once I listen to what everybody

20   has to say, that I would be able to make that fair decision,

21   yes.

22             THE COURT:  Okay.  But my question is --

23             PROSPECTIVE JUROR:  I don't think -- I would have

24   to listen to everything before I made a decision.

25             THE COURT:  Okay.  But starting out, if you're on
```

```
 1    the jury you're going to be instructed, and I'm asking you to

 2    tell me whether you can presume that Ms. Marks is innocent

 3    before starting off, before you've heard anything?  Can you

 4    presume her innocent?

 5              PROSPECTIVE JUROR:  No.

 6              THE COURT:  Okay.  So you're not able to presume

 7    her innocent?

 8              PROSPECTIVE JUROR:  Probably not, no.

 9              THE COURT:  Okay.  Thank you.

10              All right.  Can we bring that over to Mr. Thaler,

11    please.

12              Good afternoon, sir.

13              PROSPECTIVE JUROR:  Good afternoon.

14              I'm Dan Thaler.  I'm 47.  Live in Boca Raton for 25

15    years.  I'm self-employed as a general contractor.  I am

16    married.  I have two adult daughters.  My wife does not work.

17    One of my daughters works in a salon, the other in a

18    restaurant.  I have an associate's degree in automotive

19    engineering.

20              I've never sat on a jury.  I have been involved in

21    a lawsuit.  I was sued by a tenant once, and I had to put a

22    lien on somebody's house.

23              I've never been arrested.  I had a brother-in-law

24    that was arrested for a DUI.  Never been the victim of a

25    crime.  Have a friend who's a Palm Beach sheriff.
```

```
 1              Have no disabilities.  I'm a little uncomfortable
 2    with fortune tellers.  I think it's kind of a farce.  I would
 3    be able to follow the law, as instructed; and number 16,
 4    losing a month's time in the field would be -- it would
 5    jeopardize my income.
 6              THE COURT:  The lawsuit where you were sued by a
 7    tenant, would that affect you in any way in this case?
 8              PROSPECTIVE JUROR:  No.
 9              THE COURT:  The fact you had to put a lien on
10    somebody's property for work, construction work that you did,
11    would that affect you in any way in this case?
12              PROSPECTIVE JUROR:  I don't see so.
13              THE COURT:  The fact your brother-in-law was
14    charged with DUI, would that affect you in any way?
15              PROSPECTIVE JUROR:  No.
16              THE COURT:  The fact that you have a friend with
17    the Palm Beach Sheriff's Office, would that affect you in any
18    way in this case?
19              PROSPECTIVE JUROR:  No.
20              THE COURT:  Would it cause you to more likely
21    believe testimony from a law enforcement officer than another
22    witness?
23              PROSPECTIVE JUROR:  No.
24              THE COURT:  All right.  You made a comment about
25    fortune telling.  Are you suggesting that, based upon your
```

```
 1   comment, that you're not able to presume Ms. Marks innocent?
 2              PROSPECTIVE JUROR:  I kinda think that fortune
 3   telling is a farce.
 4              THE COURT:  Well, I understand.  You told us that.
 5   So my question is, with that belief, can you presume her
 6   innocent of the charges that have been brought here, and can
 7   you be fair in evaluating the evidence that's presented
 8   during the course of the trial, or you're already predisposed
 9   against her?
10              PROSPECTIVE JUROR:  Yeah, I don't think I could.
11              THE COURT:  You don't think you could what?
12              PROSPECTIVE JUROR:  Be fair.
13              THE COURT:  So you don't think you could be fair in
14   this case?
15              PROSPECTIVE JUROR:  Correct.
16              THE COURT:  Thank you, sir.
17              All right.  Ms. Gasc.  Good afternoon.
18              PROSPECTIVE JUROR:  Good afternoon.  My name is
19   Dianne Gasc.  Live in Delray Beach.  I lived there for 19
20   years.  I'm 58 years old.  I am employed as assistant
21   property manager, a large property in Royal Palm Beach.  I
22   have two children, one 21-year-old son still in college in
23   New York.  My daughter graduated.  She's in fashion here in
24   Florida.  Educational background, I have a bachelor of
25   science in elementary education.
```

```
 1              I have sat on a jury before.  It was a DUI case.
 2   I've never been involved in a lawsuit at all or know anyone
 3   who has.  Not been arrested or family has not been arrested.
 4   I have been a victim of crime.  My house was broken into
 5   several years ago.  My brother is in law enforcement.
 6              I do not have any disabilities.  I don't know
 7   anything about this case, and I think I could be fair.  And I
 8   could follow instructions.  And as far as my job, it would be
 9   more of a major inconvenience than a hardship.  I have to be
10   honest.  And that's it.
11              THE COURT:  All right.  Ma'am, anything about your
12   DUI jury experience that would affect your ability to be fair
13   in this case?
14              PROSPECTIVE JUROR:  No.
15              THE COURT:  Did you reach a verdict in that case?
16              PROSPECTIVE JUROR:  Yes.
17              THE COURT:  Were you the foreperson of the jury?
18              PROSPECTIVE JUROR:  No.
19              THE COURT:  Anything about the burglary to your
20   home that would affect you in any way in this case?
21              PROSPECTIVE JUROR:  No.
22              THE COURT:  The fact that your brother's in law
23   enforcement, would that affect your ability to be fair to
24   either side in this case?
25              PROSPECTIVE JUROR:  I'd like to think no.  You
```

```
 1   know, I'm an honest person, and I look at what the person is
 2   saying.  I try to believe what they're saying, and I've
 3   wrestled with this thought.  I don't know, but I think I
 4   could be -- I think I would believe whatever they're saying
 5   and not take it to who they are.
 6             THE COURT:  All right.  Well, when you say you're
 7   going to believe whatever they're saying, the question is,
 8   are you going to believe a law enforcement officer over
 9   another person who might be saying -- talking about the same
10   thing but saying completely different -- giving you different
11   versions of what happened?  If a police officer says A and
12   another witness says B about the same thing, are you going to
13   automatically believe the police officer over the other
14   person?
15             PROSPECTIVE JUROR:  I don't think so.
16             THE COURT:  Okay.  So when you say you're going to
17   believe whatever they say, do you mean you're going to
18   listen?
19             PROSPECTIVE JUROR:  Listen.
20             THE COURT:  And then make a judgment about whether
21   to believe the person?
22             PROSPECTIVE JUROR:  Exactly, yes.
23             THE COURT:  You're not going to just believe
24   everything that everyone says automatically?
25             PROSPECTIVE JUROR:  Right.
```

1          THE COURT:  Okay.  You'll evaluate each person?

2          PROSPECTIVE JUROR:  Yes, evaluate, right.

3          THE COURT:  What law enforcement agency does your

4    brother work for?

5          PROSPECTIVE JUROR:  Well, he's a captain.  He's in

6    the state of Idaho, captain of his department.

7          THE COURT:  And you don't know anything about this

8    case, right?

9          PROSPECTIVE JUROR:  No, I don't know anything about

10   this case.

11         THE COURT:  All right.  Thank you, ma'am.

12         All right.  Ladies and gentlemen, I thank you for

13   going through those questions with me.  I know it's been a

14   long tedious process.  I'm going to have some general

15   questions for all of you, and then we're going to take a

16   break, and then the attorneys will have an opportunity to

17   follow up and ask you some additional questions based upon

18   what you've said already and what other things that they

19   might want to learn about your views on issues.

20         But before I do that, let me just generally ask

21   everyone that I haven't already asked this question.  You've

22   heard me ask many people if they would believe a law

23   enforcement officer over another witness who's not in law

24   enforcement on the same subject just because the person's in

25   law enforcement.  I didn't -- I haven't asked everyone that

```
 1    question.  So for those of you who I have not asked that
 2    question already -- if I've already asked you, you don't need
 3    to respond.  But if I have not asked that question to you, is
 4    there anyone here who would more likely believe a law
 5    enforcement officer over another witness who's not in law
 6    enforcement on the same subject just because the person is in
 7    law enforcement?
 8              Is there anyone who would have that view or
 9    approach to evaluating the testimony of a witness?  Anyone
10    who I haven't already asked?  So I don't see any hands, so
11    I'm taking that to mean everyone here who I haven't already
12    spoken to would listen to each witness independently and make
13    an independent judgment about whether you can believe the
14    witness' testimony or not?  Am I correct?
15              Okay.  I'm taking that as a yes, since no one's
16    responding.
17              All right.  Let me just ask on a row-by-row basis
18    this question.  Has anyone in the first row on my left, your
19    right, anyone who's ever gone to a fortune teller or a
20    psychic or someone of that nature?  Anyone who's used the
21    services of that?
22              Okay.  Mr.Torelli, correct?  Yes?
23              PROSPECTIVE JUROR:  Yes.
24              THE COURT:  Okay.  And where was that?  Here
25    locally or . . .
```

```
1              PROSPECTIVE JUROR:  Coconut Grove.

2              THE COURT:  Okay.

3              PROSPECTIVE JUROR:  A tarot card reader.  My

4    ex-girlfriend used to do it as a hobby, as well.

5              THE COURT:  So was it -- you went to her or someone

6    else?

7              PROSPECTIVE JUROR:  She went down there to learn

8    it, a little bit, and she took me with her.

9              THE COURT:  All right.  And --

10             PROSPECTIVE JUROR:  Back of a bar in Coconut Grove.

11             THE COURT:  And did you feel that -- any negative

12   experiences as a result?  Anything that you would feel was

13   fraudulent or criminal in a way you were being dealt with in

14   your experience?

15             PROSPECTIVE JUROR:  I looked at it like it was --

16   she said she wanted to do it, it was more like a hobby than

17   an actual occupation.  I couldn't imagine someone being able

18   to generate an income flipping cards.

19             THE COURT:  Is there anything about your experience

20   with your girlfriend and the person in Coconut Grove that

21   would cause you to not be able to be a fair and impartial

22   juror in this case?

23             PROSPECTIVE JUROR:  Like I said, I think it's more

24   of a hobby.  I couldn't imagine someone generating income

25   from doing that as an occupation.  I think of what all these
```

1    do as occupations that spoke today.

2            THE COURT:  All right.  So whatever -- your

3    experience would not impact your ability to be fair in this

4    case?

5            PROSPECTIVE JUROR:  I'm sorry?

6            THE COURT:  Your experience would not prevent you

7    from being a fair juror in this case?

8            PROSPECTIVE JUROR:  I -- just, like I said, I think

9    it's a hobby.

10            THE COURT:  Okay.  And, by the way, what restaurant

11    chain or company do you work for?

12            PROSPECTIVE JUROR:  Hooter's.

13            THE COURT:  Hooter's.  Okay.  Thank you, sir.

14            Second row, anyone in the second row that's ever --

15    all right.  That's Ms. Risk.

16            PROSPECTIVE JUROR:  I had actually forgot about it

17    'til you just asked.  I think I was on vacation visiting

18    friends in DC years ago.  Somebody said, oh, let's go in

19    there, and we did.  I don't even remember if I had my fortune

20    told.  I don't remember anything else about it.  It has no

21    affect on me today.

22            THE COURT:  All right.  Anything negative about

23    that experience?

24            PROSPECTIVE JUROR:  I didn't even remember it 'til

25    you just asked that, so nothing positive or negative.

```
 1              THE COURT:  And it wouldn't affect~-- the fact that
 2    you had that experience won't affect your ability to be fair?
 3              PROSPECTIVE JUROR:  No, except it's a little
 4    embarrassing.
 5              THE COURT:  Thank you.
 6              And how about the third row?  All right.  We've got
 7    a few people.  Mr. Cole.  Yes, sir.
 8              PROSPECTIVE JUROR:  I have a client that's a
 9    fortune teller.
10              THE COURT:  Okay.  And have you gone --
11              PROSPECTIVE JUROR:  She's never told my fortune,
12    no.
13              THE COURT:  Have you ever used the services of this
14    person?
15              PROSPECTIVE JUROR:  Yes, but I have -- I've had
16    tarot cards read before, and I find it as a source of
17    entertainment, you know.
18              THE COURT:  Anything about that you would consider
19    criminal in the contacts that you had with this person?
20              PROSPECTIVE JUROR:  No.
21              THE COURT:  All right.  Would it affect your
22    ability to be a fair juror in this case?
23              PROSPECTIVE JUROR:  No, not at all.
24              THE COURT:  Okay.  All right.  I think, was it
25    Ms. Katz?
```

```
1                    PROSPECTIVE JUROR:  Yes.

2                    THE COURT:  Yes, ma'am.  What kind of exposure have

3       you had to this?

4                    PROSPECTIVE JUROR:  Since we're under oath and I

5       have to admit it, yes, I did.  I had friends and I mean, many

6       years ago, to a psychic in Boca Raton.

7                    THE COURT:  All right.

8                    PROSPECTIVE JUROR:  At her house.  And we all had

9       our fortunes told, and, I mean, mine was way off base, so I

10      have no belief in any of it, but that was my experience.

11                   THE COURT:  Can you tell me the name of the person

12      you went to?

13                   PROSPECTIVE JUROR:  I can't remember.  Too many

14      years.

15                   THE COURT:  Okay.  Mr. Cole, do you remember the

16      name?  What's the name of the person that's your client?

17                   PROSPECTIVE JUROR:  Can I tell you that privately?

18                   THE COURT:  Okay.  Sure.  We'll ask you later.

19                   All right.  You can't remember, Ms. Katz?

20                   PROSPECTIVE JUROR:  No.

21                   THE COURT:  Okay.  Who else in that row?  I saw a

22      hand.  That was Ms. Richbell.

23                   PROSPECTIVE JUROR:  Yes.

24                   THE COURT:  Yes, ma'am.

25                   PROSPECTIVE JUROR:  I see somebody locally.  She's
```

```
 1   a medium.

 2            THE COURT:  Okay.  And --

 3            PROSPECTIVE JUROR:  It's only been positive.

 4            THE COURT:  And can you tell the name, us the name?

 5            PROSPECTIVE JUROR:  Marilyn Raphael.

 6            THE COURT:  And you don't have any negative

 7   experiences?

 8            PROSPECTIVE JUROR:  No.

 9            THE COURT:  And it wouldn't -- your experience

10   would not affect your ability to be a fair juror in this

11   case?  No?

12            PROSPECTIVE JUROR:  No.

13            THE COURT:  Okay.  Thank you, ma'am.

14            Anyone else in that row?  No?

15            Mr. Sardinas, no?  Have you?  Yes?

16            PROSPECTIVE JUROR:  My wife, a while back, went to

17   one, and because of religious beliefs, she's shared some

18   negative things about fortune tellers with me, and I don't

19   think that's going to have any negative, you know -- I'm not

20   a biased person, but I just wanted to share that.

21            THE COURT:  All right.  So you've had your wife

22   convey to you some negative things about fortune tellers?

23            PROSPECTIVE JUROR:  Because of our religious

24   beliefs.

25            THE COURT:  All right.  But the fact that you had
```

```
 1    this negative information conveyed to you by your wife, would
 2    that, the fact that you had this information come to you,
 3    would that cause you to not be a fair juror in this case?
 4              PROSPECTIVE JUROR:  No, sir.
 5              THE COURT:  You can put that aside and not let it
 6    impact you?
 7              PROSPECTIVE JUROR:  Right.
 8              THE COURT:  And you can listen to the evidence in
 9    this case and make a fair and impartial decision?
10              PROSPECTIVE JUROR:  Correct.
11              THE COURT:  All right.  Thank you, sir.
12              So let me go over to the other side of the
13    courtroom, first row.  Anyone in the first row who's either
14    gone to a fortune teller or a psychic or clairvoyant type of
15    services and used those type of services?  No one?
16              Second row.  All right.  That was Ms. Lawrence, am
17    I right, Ms. Lawrence?
18              PROSPECTIVE JUROR:  Yes.  I've actually had it
19    twice.  Once was Hospital Week at my job, and they had a palm
20    reader, who basically could not read me.  And then next time,
21    I was in New Orleans, and there was this lady, just for fun,
22    my friends and I, we did it, Ms. Lena, who said several
23    things and actually for me it came true, but I wasn't really
24    sure what she said.  I just said, okay, yeah, yeah.
25              But then my cousin actually called me and said, you
```

```
 1    know, do you notice that whatever she said actually came
 2    true, which was, one was that you're going to finish school
 3    and the other one was, you were going to get married or
 4    something, which happened like last year.
 5              THE COURT:  Okay.  So based on that experience,
 6    would -- did you consider anything negative about the
 7    experience?
 8              PROSPECTIVE JUROR:  The experience itself, no.
 9              THE COURT:  Anything about your experience that
10    might prevent you from being fair and impartial in this case?
11              PROSPECTIVE JUROR:  No.
12              THE COURT:  Okay.  Thank you, ma'am.
13              Anyone else in that row?
14              How about the next row?  Anyone in the third row
15    there?  Or the last row?
16              All right.  Thank you.
17              I'm going to read the names of individuals that
18    might be witnesses in this case.  I'm going to ask you to
19    listen to these names and tell me if -- or indicate, raise
20    your hand if you recognize the names of any of these people.
21    And, again, these are people who might be witnesses, not
22    necessarily that they're all going to be witnesses.
23              Andrea Walker, Susan Abraham, Jennifer Hill, Beth
24    Lodderhouse, Tony Delpozzo, Sylvia Roma, Paul Hughes, Deana
25    Wolfe, Jacob Soendergaard, Nan Adae, A-d-a-e, Janice
```

```
 1    Florendine, Gary Tschetter.  I am not saying that correctly.

 2    T-s-c-h-e-t-t-e-r.  Jude Montassir, Debbie Von Beulen, Atsuko

 3    Ueda, U-e-d-a, Mary Guardia, Michael Gordon, Lawrence

 4    Epstein, Tracy Almeida White, John Marquez, John Van Vorst,

 5    Susan Utstein, Joanne Lavitt, Beth Watts, Russell Cormican,

 6    Norman Kent, Bobbie Engleke, E-n-g-l-e-k-e, Malcolm Guidry,

 7    Jane Quinn, Liz Schwartz, April Reddish, Kelly Cook,

 8    Stephanie Kirby, Beth Watts, Darren Ogden, Julie Ogden,

 9    Charles Stack, Claude White, Chris Ghandour, Adrien Raley,

10    R-a-l-e-y, Sammy Marks, Roseanne Stanley, Nicole Debartola,

11    Elaine Richard, John Cleary, Candice Choromokos,

12    C-h-o-r-o-m-o-k-o-s, Terrell Lowry, Monique Lyn Rebando,

13    Melinda Parrago, Lorie Beekley, Fred Schwartz.

14              Why is your name on there?

15              MR. SCHWARTZ:  I don't think I'm going to be a

16    witness, Judge.  We just put the team on there, Judge.

17              THE COURT:  All right.

18              Anyway, I don't see anyone that's recognized any of

19    the names.

20              All right.  Thank you, ladies and gentlemen.

21              What I would like to do at this point -- and,

22    again, I'm sorry, there were -- I asked this question of many

23    people and forgot to ask it of some people.

24              Did anyone that I not ask who's ever heard or read

25    anything about this case?  Mr. Weiss.  Okay.  We'll talk to
```

```
 1    you, Mr. Weiss, separately.  And Mr. -- your name again, sir?

 2              PROSPECTIVE JUROR:  Carroll.

 3              THE COURT:  Mr. Carroll.  You've read or heard

 4    something about the case?

 5              All right.  We'll talk to you separately, as well.

 6    All right?

 7              All right.  Ladies and gentlemen, we're going to

 8    take a recess, after which the attorneys may have some

 9    additional questions.  Please remember do not discuss this

10    case with anyone, don't form any opinions about the case.

11    Again, if you see any of the parties involved don't be

12    offended if they don't speak to you, and I thank you for your

13    patience and cooperation, and we'll see you in 15 minutes

14    outside the courtroom.

15              Thank you.

16       (The venire exits the courtroom, after which the

17    following proceedings were had:)

18              THE COURT:  All right.  Anything we need to discuss

19    right now?

20              I guess I'm going to need to advise the jury office

21    at some point whether we think we need more jurors for

22    tomorrow.  My guess is we probably do.

23              MR. SCHWARTZ:  I've been trying to keep track,

24    Judge, and it looked like there's probably about 15 that you

25    may excuse or may be cause.  I might be low on that.
```

```
 1                THE COURT:  I think that's low.  So, anyway, let
 2   me -- during the break I'll count up my, what I see as the
 3   number that we hopefully will have left from this group, and
 4   then we can make a judgment after the break as to whether we
 5   need more people and approximately how many tomorrow, if any.
 6                MR. SCHWARTZ:  When we come back are you going to
 7   call in the ones that left open questions?
 8                THE COURT:  I thought we would wait until the end
 9   to talk to those people.  Okay?
10                All right.  So we'll see you in 15 minutes.
11   Thanks.
12                MR. SCHWARTZ:  Thank you, sir.
13      (A recess was taken from 3:07 p.m. to 3:21 p.m., after
14   which the following proceedings were had:)
15                THE COURT:  Please be seated, everyone.
16                All right.  We're back on the record.  Ms. Marks is
17   present with counsel.
18                Before we bring the jurors back in, I think if we
19   get 20 out of this group we'll be lucky.
20                MR. STEFIN:  Twenty to start.
21                THE COURT:  I think we'll be lucky if we get 20.  I
22   don't know what your thoughts are.
23                MR. STEFIN:  Well, I'm willing to cut down my
24   challenges if Mr. Schwartz will cut down his challenges.
25                MR. SCHWARTZ:  I'm willing to have him cut down his
```

1   challenges, Judge.

2          THE COURT:  So we need probably at least 35 if

3   we're going to -- you know, with the possibility of

4   exercising all the strikes.  So we're going to need about the

5   same number for tomorrow.

6          MR. BARDFELD:  Your Honor, I think we go with 50

7   again, unless it's a hardship.  But I think at this point if

8   you're only going to get 20 out of this that we can work

9   with, if we have the same thing next time, then we might get

10   close to picking the jury.  But I think if we limit it to 35,

11   if you've got the same percentage that's going to be struck

12   for cause, then we may have problems seating 12 plus two or

13   three or however many alternates.

14          THE COURT:  I guess I haven't discussed with you

15   the issue of the hardships, but I'm inclined to not keep

16   people for a month who are going to have financial difficulty

17   making ends meet or people who have vacations already paid

18   for.

19          MR. STEFIN:  Judge, do you allow backstrikes?

20          THE COURT:  No.

21          MR. STEFIN:  I mean, the answer is depending on how

22   many jurors we get at the end of the day, if we have eight or

23   nine jurors and we're only looking for three more and a

24   couple of alternates, but we won't know that until --

25          THE COURT:  I don't see how we can start picking

```
 1    jurors until we know we have enough to work with.  I don't

 2    think we can start picking and then people start exercising

 3    strikes, not knowing what's coming tomorrow.  I think you

 4    need to have the whole panel from which you're choosing

 5    before you start exercising your strikes.  If you want to do

 6    it that way, that's fine.

 7              MR. STEFIN:  I would want to do it that way.

 8              MR. SCHWARTZ:  Your Honor, two things.

 9              One, I prefer to know what's down the line before I

10    decide whether I'm going to exercise particular challenges or

11    not.  So I agree that we should have the second panel here.

12              Second, it might save Mr. Stefin and I and

13    Mr. Bardfeld some time if we -- if Your Honor is inclined to

14    excuse a batch of people for either hardship or obvious

15    cause, to excuse them now, and then we only have to question

16    those that are left.  That, I think, will save some

17    significant time.

18              THE COURT:  If you want to go through, now we can

19    do that.

20              MR. STEFIN:  I don't have any problem doing that

21    for cause, because if we're asking them questions and they're

22    going to be excused, we're wasting time.

23              THE COURT:  Well, it seems like most of it is

24    pretty obvious, but if you want to go through now, we can go

25    through.  I guess I'll go to the defense first, because I
```

```
 1   would think most of the cause strikes are going to come from

 2   the defense.  Who do you want to strike for cause,

 3   Mr. Schwartz?

 4            MR. SCHWARTZ:  Juror number 1.

 5            THE COURT:  One?

 6            MR. SCHWARTZ:  Yes, Judge.

 7            THE COURT:  Why?

 8            MR. SCHWARTZ:  Because of her --

 9            THE COURT:  Well, okay, I can tell you right now

10   I'm not going to strike her for cause at this point.  So you

11   can forget about one.  One is one of the best jurors we've

12   got.

13            MR. SCHWARTZ:  Only because she spent 33 years as a

14   probation officer.

15            THE COURT:  That's not a reason to strike her for

16   cause.  That's a reason for you to strike her as a peremptory

17   challenge, but not for cause.  So she's not going for cause.

18            MR. SCHWARTZ:  Juror number 7, Judge.

19            THE COURT:  Any objection to seven?

20            MR. STEFIN:  No, Your Honor.

21            THE COURT:  Granted.

22            MR. SCHWARTZ:  Juror number 14, only because of the

23   language issue, Judge.  I don't think he understood you.

24            MR. STEFIN:  No objection.

25            THE COURT:  Granted.
```

```
 1              MR. SCHWARTZ:  Juror number 17.

 2              THE COURT:  Because?

 3              MR. SCHWARTZ:  Toward the -- it sounded good at the

 4    beginning, but then she started telling us about how she's

 5    taking drugs for emotional problems as well as the other

 6    sleeping drugs and how she sometimes has problems from the

 7    medication she's taking.  That would be the only reason,

 8    Judge.

 9              THE COURT:  I don't think you have the right juror.

10              MR. SCHWARTZ:  Forgive me.  I'm sorry.  I meant 22,

11    Judge.

12              THE COURT:  Any problem with 22, excusing her?

13              MR. STEFIN:  No, Your Honor.

14              THE COURT:  Granted.

15              MR. SCHWARTZ:  Okay.  Juror number 17, who said she

16    had a problem with somebody taking something that's not

17    their's, stealing, her purse was stolen, and that would cause

18    her a problem with somebody taking something that's not

19    their's.

20              THE COURT:  Doesn't everybody have a problem with

21    taking something that's not their's?

22              MR. SCHWARTZ:  I do, but unless she's presuming

23    that because you're charged with taking something that's not

24    their's.  I'm not sure my thirteen-year-old does, Judge.

25              THE COURT:  I thought I covered that with her, so
```

```
 1     I'm -- that she said it would not affect her in this case.

 2              MR. SCHWARTZ:  Okay.  I don't know what you want to

 3     do about 18, who's moving to California, Judge.

 4              MR. STEFIN:  Challenge her.

 5              THE COURT:  How can we make her stay here?

 6              MR. SCHWARTZ:  That's what I thought.

 7              THE COURT:  Is there any objection to excusing her?

 8              MR. STEFIN:  There is not, Your Honor.

 9              THE COURT:  Okay.  Eighteen, she's moving to

10     California in two weeks.

11              MR. SCHWARTZ:  Do you want me to be talking about

12     the people who have economic problems or just cause?

13              THE COURT:  Just cause right now.

14              MR. SCHWARTZ:  Let me go back, then, to 22 with the

15     medical problems.

16              THE COURT:  We've already stricken her.

17              MR. SCHWARTZ:  Number 28.

18              THE COURT:  Any objection?

19              MR. STEFIN:  No.

20              THE COURT:  Granted.

21              MR. SCHWARTZ:  Number 29.

22              MR. STEFIN:  No objection.

23              THE COURT:  Granted.

24              MR. SCHWARTZ:  Number 38.

25              THE COURT:  Any objection?
```

```
 1                    MR. STEFIN:  I think we've challenged him already.

 2                    THE COURT:  Right.

 3                    MR. STEFIN:  And 44.

 4                    MR. SCHWARTZ:  Okay.

 5                    THE COURT:  Forty-four is stricken also.

 6                    MR. SCHWARTZ:  Forty-eight, Judge.

 7                    THE COURT:  Any objection?

 8                    MR. SCHWARTZ:  Forty-nine.

 9                    MR. STEFIN:  Forty-eight or 49?

10                    MR. SCHWARTZ:  Both.

11                    MR. STEFIN:  No objection, Your Honor, to 48.

12                    THE COURT:  Forty-eight, granted.

13                    MR. SCHWARTZ:  And 49.

14                    MR. STEFIN:  No objection.

15                    THE COURT:  Granted as to 49.

16                    MR. SCHWARTZ:  Did I miss any, Judge?

17                    MR. STEFIN:  Yes.

18                    THE COURT:  Government?

19                    MR. STEFIN:  Yes.  So you don't~-- the people that

20      expressed the economic situation, do you want me to bring

21      those up?

22                    THE COURT:  We'll talk after we do the cause.  I

23      mean, for bias, prejudice.

24                    MR. STEFIN:  Okay.  Well, I would -- let me start

25      with the first page.
```

1          Number 13, Ms. Rowe.  Again, the situation with her

2   mother's Alzheimer's and the mother's father about to go into

3   surgery.

4          THE COURT:  But that's not a cause strike, that's a

5   hardship.

6          MR. STEFIN:  All right.  Twenty-three, Ms. Boehmke.

7   I thought she had a very difficult time with the

8   understanding of the English language.

9          MR. SCHWARTZ:  Well, Judge, I think her English is

10   better than mine.  She said she might have some trouble with

11   technical words, but legal technical words.

12          THE COURT:  I thought she was pretty capable of

13   understanding what was being said.  There was another

14   individual that no one's mentioned yet who there was a real

15   problem.  But I didn't think her language problems were that

16   difficult.  I'm not going to strike her for cause.

17          MR. STEFIN:  Same thing with number 32 on English.

18   He seemed to have trouble understanding it and understanding

19   the Court.

20          THE COURT:  Any objection to Mr. Cruz?

21          MR. SCHWARTZ:  No, Your Honor.

22          THE COURT:  Granted.

23          MR. STEFIN:  All right.  We're not talking about

24   hardships.

25          Number 40.  I don't know if you call it a hardship,

```
 1    but her medical situation where she has injections every week
 2    and has vision problems.  That's Ms. Nandlal.
 3              THE COURT:  Do you object to her?
 4              MR. SCHWARTZ:  No.
 5              THE COURT:  Granted.
 6              MR. STEFIN:  Number 41, she had trouble with
 7    English but also didn't -- she didn't know that she could be
 8    fair.  Ms. Salazar.
 9              MR. SCHWARTZ:  I don't object, Judge.  I'm not sure
10    if she had problems with English or she just didn't want to
11    serve, but . . .
12              THE COURT:  She made it clear that she didn't think
13    she could be fair.  I'm going to grant it.
14              MR. STEFIN:  And then there are ones that indicated
15    they wanted to express some personal views, which we haven't
16    got to.
17              THE COURT:  Right.  We haven't gotten to them yet.
18              Okay.
19              MR. STEFIN:  I don't know that I've missed anybody
20    that the Court has picked up on.
21              THE COURT:  Well, you have, and in order to avoid
22    any 2255 issues for leaving people on that -- Ms. Carla
23    Mitchell, number 24, said at the very outset that she
24    couldn't presume the Defendant innocent.
25              MR. STEFIN:  And then, again, I just caught her as
```

```
1   a hardship that I was going to recommend, because her husband
2   was stage four.
3            THE COURT:  Well, she also was one of the first
4   people.
5            MR. SCHWARTZ:  You're right, Judge.  I did have a
6   note.  I'm sorry.
7            THE COURT:  So I think she should be stricken, and
8   I don't want her to remain on and then have a problem later
9   that she wasn't stricken and she winds up on the jury.
10           MR. SCHWARTZ:  I sort of wanted to hear about her
11  brother who stole the Smoky and the Bandit car.
12           THE COURT:  Well, you can find out some other time.
13           So do you want to talk about hardships now or not?
14           MR. SCHWARTZ:  I think it will save us time if we
15  do that.
16           THE COURT:  All right.  Well, I'll tell you all the
17  people that I've written down for hardships.  I've got
18  Mr. Torelli, who said he's got this issue with his employer.
19  They need him.  He said it wouldn't be a financial hardship
20  to him, but it would be hard for his employer, Hooter's, to
21  replace him.  I'm not inclined -- unless you want to agree,
22  I'm not inclined to give Mr. Torelli a pass.  It's not a
23  personal hardship to him, and Hooter's is a big enough
24  organization that they can find somebody to manage his store
25  while he's here, as far as I'm concerned.  If you both want
```

1    to agree to excuse him, that's fine.

2                MR. SCHWARTZ:  No, Your Honor.

3                MR. STEFIN:  I'm not asking for him to be stricken.

4                THE COURT:  Okay.  The next one I've got is

5    Mr. Baker.

6                MR. STEFIN:  Mr. Schwartz, number 4?

7                THE COURT:  Oh, I'm sorry, Mr. Schwartz.  He's got

8    a cruise.  It's already paid for.  I mean, I don't know how

9    we can force him to be here.  Do you agree to excuse him?

10               MR. SCHWARTZ:  I agree, Your Honor.

11               MR. STEFIN:  Yes, Your Honor.

12               THE COURT:  All right.  Then we've got Baker.  He's

13   also got a trip in September paid for.  Does anyone disagree

14   about --

15               MR. STEFIN:  I don't disagree.

16               MR. SCHWARTZ:  No, sir.

17               THE COURT:  He's gone.

18               Mr. Bean, who says he's got to go on these trips to

19   various places for his company.  Do you recall?  He's the --

20               MR. SCHWARTZ:  I do.  He's the one who works for

21   the division of Siemens and has to go to the Caribbean for a

22   conference.

23               THE COURT:  What's your --

24               MR. STEFIN:  The only hesitation I have is that

25   this is -- he's working for a company, if I'm not mistaken.

```
 1    So this is more his --

 2                THE COURT:  I agree.

 3                MR. STEFIN:  -- his company's problem.

 4                THE COURT:  I'm just pointing him out.  He is the

 5    one who claimed the hardship.

 6                MR. STEFIN:  Right.

 7                THE COURT:  So if you both want to keep him on,

 8    that's fine with me.

 9                MR. STEFIN:  I would ask to keep him on.

10                MR. SCHWARTZ:  I would have no objection if Your

11    Honor wants to excuse him.

12                THE COURT:  All right.  Well, if you want to keep

13    him on, then you can keep him on and see what happens.

14                I've got Eileen Rowe is the one whose mother is

15    going to have -- I guess her mother's husband's going to have

16    hip surgery.  She thinks she may have to go who knows when to

17    deal with her mother.

18                MR. STEFIN:  No objection.

19                MR. SCHWARTZ:  Your Honor, I don't want to sound

20    unfeeling, but my suggestion is we at least at this point

21    keep her on.  We're going to have some alternates.  If during

22    the trial the VA schedules that surgery during the next

23    month, then we can let her go then.  It's an amorphous thing

24    right now.

25                THE COURT:  So you would agree that if she's on the
```

```
 1   jury, she can be excused and she's going to be gone if she
 2   needs to leave?
 3              MR. SCLAFANI:  If she needs to leave, yes.
 4              THE COURT:  We can tell her if she needs to leave
 5   because of her mother she's going to be able to go?
 6              MR. SCHWARTZ:  Right.  If she needs to leave
 7   because her mother's husband is going to have the surgery and
 8   no one can cover her mother, then she should be allowed to
 9   go.
10              THE COURT:  You would agree with that?
11              MR. SCHWARTZ:  I would.
12              THE COURT:  Would you agree with that, Mr. Stefin,
13   if she was put on the jury under those circumstances?
14              MR. STEFIN:  Yes.
15              THE COURT:  So if she's on the jury, I'm telling
16   her she's going to be able to leave if she needs to.
17              Mr. Kolkana.  He said he's got to go to some
18   Orlando summit.  Didn't sound too pressing to me.  To me, it
19   sounded like something he can miss.
20              MR. SCHWARTZ:  I would agree, Your Honor.  I would
21   agree that he can miss it.
22              MR. STEFIN:  This is number 19, Your Honor?
23              THE COURT:  Sixteen, 16.
24              MR. STEFIN:  I agree to keep him now.
25              THE COURT:  Okay.  Mr. Cole, number 19.  He was
```

```
 1    saying that he has all these tax matters that are due in
 2    September and October and he felt he needed to be excused.  I
 3    don't know what your thoughts are on him.
 4                MR. STEFIN:  Again, it's not really a financial
 5    hardship but it is an inconvenience to his clients.  At this
 6    point I'm not prepared to ask that he be excused for cause.
 7                MR. SCHWARTZ:  I would have no objection to him
 8    being excused, Judge; but I understand he can have a partner
 9    come down from New Jersey if necessary.
10                THE COURT:  All right.  We'll leave him on, then.
11                I've got Ms. Katz, who said she can't afford, she's
12    a commission salesperson.  She can't afford to miss a month
13    of work.  I'm more inclined to excuse somebody in that
14    position.
15                Mr. Stefin, what do you say about her?
16                MR. STEFIN:  I like her, but I don't have any
17    objection.
18                MR. SCHWARTZ:  No objection.
19                THE COURT:  We'll excuse her.
20                Ms. Hamilton, number 31, we've been advised by her
21    that her company will pay for her while she's on the jury.
22    So she's not a problem.
23                Ms. Atine, 34.  She said she's the student.  She's
24    going to miss classes if she's on the jury.  She's already
25    paid for her classes.
```

```
 1                    MR. STEFIN:  No objection.

 2                    MR. SCHWARTZ:  No objection, Your Honor.

 3                    THE COURT:  Granted.

 4                    Ms. Lawrence, number 37, said she lives paycheck to

 5      paycheck.  She can't afford to be on the jury.

 6                    MR. STEFIN:  No objection.

 7                    THE COURT:  Mr. Schwartz?

 8                    MR. SCHWARTZ:  I was just looking at her being

 9      happy with the palm reader in New Orleans, Judge, but I guess

10      I can't object.

11                    THE COURT:  Granted.

12                    MR. STEFIN:  Number 46, Your Honor?

13                    THE COURT:  Forty-six, Dantica, says she has to

14      care for her mother and her younger brother and can't afford

15      to be on the jury for that long.

16                    MR. STEFIN:  No objection.

17                    MR. SCHWARTZ:  No objection.

18                    THE COURT:  And I think that's it.

19                    So I have 30 left, but there are some people we

20      have to ask some additional questions of.

21                    Anyway, so why don't we bring them in.  At least we

22      know -- we'll focus on these people, we don't have to ask

23      questions of the others and that will save some time.  And

24      then we are going to need more people in here tomorrow.  I

25      would say 25 would be enough if we've got 30 here.  That
```

```
1    would be plenty.

2              MR. STEFIN:  I'm sorry?

3              THE COURT:  I think if we have 30 left, which,

4    again, we have some additional people that we might lose

5    because of information we have to find out about, but even if

6    we lose five more, we only need about 10 more.  So let's take

7    25 for tomorrow.  Okay?  We should be all right with 25 for

8    tomorrow.

9              MR. STEFIN:  Did Your Honor say we would talk to

10   those several people that had specific issues?

11             THE COURT:  After we go over the whole group.

12             MR. STEFIN:  Okay.

13     (The venire enters the courtroom, after which the

14   following proceedings were had:)

15             THE COURT:  Welcome back, everyone.  Please be

16   seated, ladies and gentlemen.

17             Sorry for keeping you waiting out there, ladies and

18   gentlemen.  We were trying to speak among ourselves to see if

19   we could save some time in the questioning that was going to

20   be offered by the attorneys.  So we thank you for your

21   cooperation again and your patience.

22             So the attorneys are going to have some time to

23   follow up with the questions that we've already discussed and

24   some other areas that they may want to go over, and we're

25   going to hear first from the Government.
```

```
 1              So Mr. Stefin.

 2              MR. STEFIN:  Good afternoon once again.  My name's

 3     Roger Stefin.  I'm an Assistant United States Attorney, as I

 4     told you earlier.

 5              Actually, the Court has gone over quite a number of

 6     the questions that I might have had for you, so I think I'm

 7     only going to take a few minutes of your time.

 8              This was touched upon a little bit, but let me just

 9     ask the group as a whole.  Have any of you had any negative

10     or unpleasant dealings with law enforcement?  I know we've

11     talked about, you know, whether a family member has been

12     arrested, but have any of you, not necessarily been arrested,

13     but had unpleasant dealings with law enforcement?  And when I

14     ask these questions, if you have a response, just raise your

15     hand; and I'll start on this side of the courtroom.

16              Yes, ma'am.  That's --

17              THE COURT:  Ms. Richbell.

18              PROSPECTIVE JUROR:  As I said before when I came

19     in, regarding my daughter's accident.

20              MR. STEFIN:  Right.  And I have that information.

21     Thank you for reminding me.

22              Anybody else?  Anybody on this side of the room?

23              All right.  And there were a couple of statements

24     made about people that had dealings with the Internal Revenue

25     Service, and so let me just ask the group as a whole, first
```

```
 1    of all.  Have any of you had unpleasant or negative

 2    experiences with the Internal Revenue Service or any federal

 3    agency or department of the United States?  Anybody?

 4              It's Mr. Klueber.

 5              PROSPECTIVE JUROR:  Yes.

 6              MR. STEFIN:  And I'm going to get to you, because I

 7    got you written down.  But anybody else?  Anybody else at

 8    this point in time?

 9              So let me give the microphone to Mr. Klueber.

10              As you probably know -- and you know very little

11    about the case at this point in time, but you do know that

12    this case involves an investigation that involves the

13    Internal Revenue Service, and Ms. Watts is a special agent

14    with the Internal Revenue Service, and is the case agent, and

15    there are tax charges in this particular case.  You've

16    already indicated you had this tax issue with the Internal

17    Revenue Service, but do you feel, you know, having sat here

18    for a little bit of time, do you feel that you could set

19    aside your personal feelings about your -- you know, what

20    happened to you, and base a verdict on the evidence that's

21    presented and not be prejudiced one way or the another

22    because the IRS is involved in this case?

23              PROSPECTIVE JUROR:  Quite honestly, no, I don't

24    think so.

25              MR. STEFIN:  Okay.
```

```
 1                    PROSPECTIVE JUROR:  Through my experience --

 2                    MR. STEFIN:  That's good enough.

 3                    PROSPECTIVE JUROR:  -- I felt that the IRS assumes

 4    you are guilty until you prove yourself innocent four ways

 5    from Sunday.

 6                    MR. STEFIN:  Okay.

 7                    PROSPECTIVE JUROR:  And then you're still guilty.

 8                    MR. STEFIN:  Okay.  Thank you.

 9                    And, you know, while -- you know, we're here for a

10    reason, and that's to try to flesh out people's opinions,

11    whether we want to hear them or not hear them.  But, we

12    actually do want to hear these opinions, and I thank you for

13    being candid about that.

14                    Anybody else?  Anybody else that's had a negative

15    experience with the Internal Revenue Service in any capacity

16    at all?

17                    THE COURT:  Mr. Cole raised his hand.

18                    PROSPECTIVE JUROR:  I work with the IRS a lot

19    professionally, but nothing stands out as a --

20                    MR. STEFIN:  Do you represent clients in tax court?

21                    PROSPECTIVE JUROR:  No, not in tax court, no.

22    Audits.

23                    MR. STEFIN:  Audits?

24                    PROSPECTIVE JUROR:  Yeah.

25                    MR. STEFIN:  And is there anything about that
```

```
 1    that -- other than the fact I'm assuming you're representing

 2    a different interest at that point in time.

 3              PROSPECTIVE JUROR:  That's correct.

 4              MR. STEFIN:  And you also mentioned you had a

 5    client that we're going to talk about sidebar, correct?

 6              PROSPECTIVE JUROR:  Okay.  Yeah.

 7              MR. STEFIN:  So there's nothing about the fact that

 8    you've worked with or contrary to IRS on these matters?

 9              PROSPECTIVE JUROR:  No.

10              MR. STEFIN:  And have these all been civil tax

11    matters, or have you ever worked with a client on criminal

12    tax matters?

13              PROSPECTIVE JUROR:  No criminal matters, no.

14              MR. STEFIN:  Thank you, sir.

15              Anybody else?  Passing the mike.

16              Anybody on my right side of the courtroom?

17              Now, the judge already asked you about whether any

18    of you have been to or received services from a fortune

19    teller, so we have that information.  But let me just ask it,

20    a different type of question, which is, do any of you adhere

21    to any religious or spiritual beliefs in which you believe

22    that it includes the direct communication with angels or

23    spirits or higher beings?  Do any of you adhere to such

24    spiritual or religious beliefs?

25              I have nobody on the -- well, let me start on this
```

```
1    side of the courtroom.
2            MR. SCHWARTZ:  Your Honor, I would object to that
3    question.
4            THE COURT:  Overruled.
5            MR. STEFIN:  And that's -- is it Mr. Kolkana?
6            PROSPECTIVE JUROR:  Yeah, I mean I guess if you're
7    saying as far as speaking to God in prayer, like the God of
8    the Bible, then absolutely, I believe in that.  Is that what
9    you're speaking to?
10           MR. STEFIN:  I'm speaking about more that voices
11   are coming back to you or voices are coming back, that you
12   believe that voices are coming back to you.
13           PROSPECTIVE JUROR:  I believe that the Lord speaks
14   through Scripture and through spirit, yeah.
15           MR. STEFIN:  Anybody else on this side?
16           THE COURT:  Ms. Richbell.
17           MR. STEFIN:  I'm sorry, you're out of order.
18           PROSPECTIVE JUROR:  Sardinas.
19           MR. STEFIN:  Yes, sir.
20           PROSPECTIVE JUROR:  Can you repeat the question one
21   more time?
22           MR. STEFIN:  Certainly.  Do you adhere to religious
23   or spiritual beliefs in which you believe that there is
24   direct communication back and forth between people and higher
25   beings?
```

```
 1                    PROSPECTIVE JUROR:  I do not believe that.

 2                    MR. STEFIN:  Okay.

 3                    PROSPECTIVE JUROR:  Yeah, I do not believe that

 4     that --

 5                    MR. STEFIN:  All right.  I'm trying to find out if

 6     there are any people that do believe it.  Thank you, sir.

 7                    Yes, ma'am.

 8                    PROSPECTIVE JUROR:  Not due to religion.

 9                    MR. STEFIN:  That's Ms. Richbell, right?

10                    PROSPECTIVE JUROR:  Yes.

11                    MR. STEFIN:  All right.

12                    PROSPECTIVE JUROR:  It's not a religious belief,

13     but I do believe in the spiritual --

14                    MR. STEFIN:  And many people do.  So I'm not trying

15     to imply anything by my questioning, but some of the issues

16     in this case are going to bring up some of these things.

17                    Thank you, ma'am.

18                    Anybody on the other side?  How about the first

19     row?  Anybody in the first row?

20                    And the second row?  And that's -- well, let's

21     start with, that's Mr. Armstrong?

22                    PROSPECTIVE JUROR:  Yeah, I believe in

23     communication through the power of prayer.

24                    MR. STEFIN:  Okay.

25                    PROSPECTIVE JUROR:  Likewise --
```

```
 1              MR. STEFIN:  And this is Ms. Lawrence?

 2              PROSPECTIVE JUROR:  Carmeta Cunningham.

 3              Yes, I am a Born Again Christian and I believe in

 4    communicating through prayer, the power of prayer, as well.

 5              MR. STEFIN:  Thank you, ma'am.

 6              Anybody in the third row?  We have a young lady in

 7    the first row.  Is that Ms. Rodriguez?

 8              PROSPECTIVE JUROR:  Yes.

 9              MR. STEFIN:  I'm sorry.

10              PROSPECTIVE JUROR:  Katrina Dantica.

11              MR. STEFIN:  Yes, ma'am.

12              PROSPECTIVE JUROR:  Yeah, I'm also a Christian, and

13    I do believe like speaking to God and like I believe that

14    some people do have like prophetic gifts, but yeah, that's

15    just my faith.

16              MR. STEFIN:  Thank you, ma'am.

17              Ms. Rodriguez?

18              PROSPECTIVE JUROR:  Well, in the past two years due

19    to some of my life experience, I believe that through my

20    experiences in the past few years of, after my divorce, due

21    to getting closer to God -- I've been Catholic.  I'm baptized

22    Catholic and everything like that, but throughout my

23    experiences and my intuitions and my prayers and letting my

24    gut instincts lead my life so that way I can make better

25    decisions.
```

```
 1            MR. STEFIN:  All right.  Well --

 2            PROSPECTIVE JUROR:  Thank you.

 3            MR. STEFIN:  Thank you, ma'am.

 4       Was there anybody else on that back side that

 5  raised their hand?

 6            PROSPECTIVE JUROR:  I have a strong relationship

 7  with God and communicate through prayer.

 8            THE COURT:  Ms. Gasc.

 9            MR. STEFIN:  Thank you, ma'am.

10       Anybody else?

11            These are some odd questions, but, again, I have to

12  ask them, and this is my only opportunity to find out about

13  you.  But let me ask it in a different direction.  Do any of

14  you believe in anything such as Voodoo or witchcraft or the

15  casting of spells or the placing of curses on people?  Do any

16  of you have any, again, beliefs that incorporate any of those

17  types of ideas?  I don't see any hands.  Okay.

18            Again, I can't get into too much of the case at

19  this point, but if evidence shows that there are people,

20  victims, or clients that I would call victims that gave large

21  sums of money to a psychic, would any of you hold a feeling

22  that, well, if that person was quote-unquote so foolish to do

23  that, then that person gets what they deserve if they lost a

24  lot of money?

25            Is there anybody here that would feel that way,
```

1    that if a victim lost a large sum of money through a psychic,

2    it's their own fault?

3              THE COURT:  Mr. Schwartz.

4              MR. STEFIN:  That's Mr. Schwartz.

5              Do you feel that way?

6              PROSPECTIVE JUROR:  Yeah.  I know people who have

7    given lots of money to psychics, and I think they're a little

8    crazy, but that's their choice.

9              MR. STEFIN:  All right.  But what if the person --

10   were these people that you know that gave money to psychics,

11   were they normal, healthy people or were they suffering from

12   some type of emotional problems or disorders?

13             MR. SCHWARTZ:  Your Honor, now I object.

14             THE COURT:  Sustained.

15             MR. STEFIN:  So are you saying, sir -- well, let me

16   just ask you the one question.  If it turned out that a

17   person that gave that type of money to a psychic was

18   suffering from some type of either emotional disorder, for

19   example, or was particularly vulnerable --

20             MR. SCHWARTZ:  Objection again, Judge.

21             THE COURT:  Sustained, Mr. Stefin.  You're asking

22   for a commitment on facts.

23             MR. STEFIN:  All right.  Again, and it's difficult

24   to touch on religion and personal feelings about religion,

25   but now that you've heard a lot of these questions, do any of

```
1    you have any what we would call either personal, moral,
2    philosophical or religious beliefs in which you -- in which
3    it would make it difficult for you to sit quote-unquote in
4    judgment of another person?  There are some religions that
5    talk about not sitting in judgment.  Do any of you adhere to
6    such beliefs?  I see no hands.
7              Okay.
8              THE COURT:  I'm sorry, I thought I saw one hand
9    from Ms. Lawrence.
10             PROSPECTIVE JUROR:  It's not due to like religious
11   --
12             MR. STEFIN:  Ms. Atine, right?
13             PROSPECTIVE JUROR:  Yes, Atine.  Not due to
14   religious belief, but I feel like it's not really my place to
15   judge anyone.
16             MR. STEFIN:  Well, and, again, in a criminal case
17   we're not judging someone, we're just~-- the jury's
18   determination is whether the United States has proven its
19   case.
20             PROSPECTIVE JUROR:  Like evidence.
21             MR. STEFIN:  Or not proven its case.  But some
22   people feel that that would cause them to judge somebody.
23   Would that be your feeling, as well?
24             PROSPECTIVE JUROR:  Like judging her by the
25   evidence and stuff or just judging her?
```

```
 1                MR. STEFIN:  Judging her in a religious sense.
 2                PROSPECTIVE JUROR:  Oh, no.
 3                MR. STEFIN:  Thank you, ma'am.
 4           Have any of you heard of an author that uses the
 5      name Jude Devereaux?  Have any of you ever read any books by
 6      Jude Devereaux?  I see a hand.  Is that Ms. Cunningham?  No,
 7      that's -- I'm sorry.  Is that Ms. Rowe?
 8                PROSPECTIVE JUROR:  Yes.
 9                MR. STEFIN:  Okay.
10                PROSPECTIVE JUROR:  I don't recall which books,
11      but, yes, I have read some of her books.
12                MR. STEFIN:  And do you remember the subject matter
13      of the books or you just remember that you've read some books
14      by her?
15                PROSPECTIVE JUROR:  I just remember I've read some
16      books by her.  I read so many books.  I read about 10 books a
17      week.
18                MR. STEFIN:  All right.  You will find out that one
19      of the names that we read was a woman by the name of Jude
20      Montassir who goes by the name Jude Devereaux when she writes
21      her books.  So the fact that she is a witness in this case,
22      do you feel that that would have any influence on you one way
23      or another?
24                PROSPECTIVE JUROR:  No.
25                MR. STEFIN:  Thank you, ma'am.
```

```
 1                    Anybody else on this side?

 2                    THE COURT:  Ms. Richbell.

 3                    MR. STEFIN:  And you've read some books by her, as

 4     well?

 5                    PROSPECTIVE JUROR:  I do, but just like she said, I

 6     don't really remember which ones.

 7                    MR. STEFIN:  Anybody on this side?  We have the

 8     third row, right here, the second seat.

 9                    PROSPECTIVE JUROR:  The same.  I've read her books

10     many times, but they're fictional novels so I have no --

11                    MR. STEFIN:  You're Ms. --

12                    THE COURT:  That's Rea-Murphy.

13                    PROSPECTIVE JUROR:  Rea-Murphy.  To me, they're

14     just for fun novels, but I would have no bearing on if she's

15     a witness or not in the case.

16                    MR. STEFIN:  Thank you, ma'am.  And the lady, is

17     that Ms. Silver?

18                    PROSPECTIVE JUROR:  Yes, the same.  I've read them

19     and I don't remember them.  I just use them as light reading

20     usually on planes.

21                    MR. STEFIN:  And that wouldn't affect you as far as

22     you know?

23                    Anybody else?

24                    PROSPECTIVE JUROR:  Same thing.

25                    THE COURT:  That's Ms. Hamilton?
```

```
 1                    PROSPECTIVE JUROR:  Yeah.

 2              MR. STEFIN:  You've read some of her books but it

 3    wouldn't have any influence on you?

 4                    PROSPECTIVE JUROR:  I read several books --

 5              MR. STEFIN:  Can you hear okay?

 6              THE COURT:  She needs the microphone.

 7              MR. STEFIN:  Unfortunately, the acoustics are so

 8    bad in here that if you don't have the microphone . . .

 9                    PROSPECTIVE JUROR:  I read a lot, so I could have

10    read several of her books.  I have no idea, though.  I read

11    probably 10 or 15 books a month, so I have no idea.

12              MR. STEFIN:  All right.  That's all I have at this

13    point.  Thank you.

14              THE COURT:  Thank you, Mr. Stefin.

15              Mr. Schwartz.

16              MR. SCHWARTZ:  Rose Marks is a Gypsy.  She's a

17    member of a culture that probably goes back 1500 to 2000

18    years.  The culture she's part of are also called Romani,

19    because Gypsies are wrongfully assumed to come originally

20    from the Romania area.

21              Let me ask, have any of you, for instance, heard

22    this song?

23              THE COURT:  We're not playing any songs,

24    Mr. Schwartz.

25              MR. SCHWARTZ:  Have any of you heard the song
```

```
 1    Gypsies, Tramps and Thieves, by Cher?  Many of you?  Do any
 2    of you believe that because somebody comes from a particular
 3    culture, for instance in this case a Gypsy, that they must be
 4    a thief?  Anybody in this row; because Rose Marks is a Gypsy,
 5    you think she must be guilty?  Anybody?
 6              Second row.  Third row.
 7              This row over here, anybody think that because Rose
 8    is a Gypsy she must be a thief, and therefore, we're going to
 9    find her guilty no matter what the evidence is?
10              How about the second row?  Third row?
11              AUDIENCE MEMBER:  What makes her a Gypsy, like the
12    Greek or Italian?
13              MR. SCHWARTZ:  Or Jewish or somebody who's --
14              THE COURT:  That's Moorhead.
15              PROSPECTIVE JUROR:  Is that like -- I don't need
16    that.  You can hear me.
17              THE COURT:  Mr. Moorhead, Mr. Moorhead, we don't
18    need to hear anything --
19              PROSPECTIVE JUROR:  I mean --
20              THE COURT:  Mr. Moorhead, we don't need to hear
21    anything, sir.
22              PROSPECTIVE JUROR:  Okay.  I just would like to
23    know what a Gypsy is.  What is that defined as?
24              THE COURT:  Mr. Moorhead, thank you.  We don't need
25    to hear anything.
```

```
 1                 Did you want to answer that question, Mr. Schwartz?
 2      As far as I'm concerned, you're not -- you don't need to.
 3                 MR. SCHWARTZ:  That's okay, Judge.
 4                 Does anybody feel -- withdrawn.
 5                 Assuming that you hear evidence during the trial
 6      that the Gypsy culture goes back -- it's an ethnic culture
 7      and to some extent a racial culture, and it goes back to
 8      India almost 2000 years ago, and that these people wandered
 9      around Europe and were constantly thrown out of cities and
10      towns because they were different, or that they were terribly
11      victimized during the Holocaust --
12                 MR. STEFIN:  Judge, I have to object.
13                 THE COURT:  Sustained.
14                 MR. SCHWARTZ:  I was answering the question.  Maybe
15      I shouldn't have, Judge.  Forgive me.
16                 Dr. Armstrong, do you have any opinions about
17      Gypsies?
18                 PROSPECTIVE JUROR:  Me?
19                 MR. SCHWARTZ:  Yeah, I'm picking on you.  I'm
20      sorry.
21                 PROSPECTIVE JUROR:  Not in particular no.
22                 MR. SCHWARTZ:  Is there anybody who were brought up
23      to have opinions about Gypsies or who, when they were brought
24      up in their homes heard parents talking about, oh, they're a
25      Gypsy?
```

```
 1                    Yes.  We already let you talk for a minute.  Let's
 2       go in the back row over there.
 3                    THE COURT:  Mr. Cole.
 4                    PROSPECTIVE JUROR:  My mother, God rest her soul,
 5       she was nervous one time.  We were on a camping trip.  There
 6       were Gypsies.  I'm one of five sons with very blond hair, and
 7       she said, oh, they love blond-haired kids, you know, they're
 8       special or lucky, or something, and she was upset about that.
 9       That's the only thing.  That's the only comment I can make.
10                    MR. SCHWARTZ:  And did that put you in fear at all?
11                    PROSPECTIVE JUROR:  No, not at all.
12                    MR. SCHWARTZ:  Okay.  Is there anyone here who
13       fears people who are somewhat different than they are, either
14       because of race or religion or ethnicity?  Anyone?
15                    Anyone who feels if someone is different, of a
16       different culture or a different background, they have to be
17       bad?  Anyone feel that?
18                    Let me pick on Mr. Weiss, because he said he knew
19       me.
20                    Mr. Weiss, if you had to vote right now with only
21       what you've heard in court today as to whether Rose was
22       guilty or not guilty, what would your vote be?  It's a trick
23       question.
24                    PROSPECTIVE JUROR:  I don't have enough information
25       to be able to decide.
```

```
 1              MR. SCHWARTZ:  Well, but don't you remember what
 2    the judge said, that someone is presumed innocent.  They're
 3    not guilty unless the Government proves them guilty beyond
 4    and to the exclusion of a reasonable doubt.  Since you
 5    haven't heard any evidence yet in the case, let me ask you
 6    again, if you had to vote right now, would you vote that Rose
 7    was guilty or not guilty?
 8              PROSPECTIVE JUROR:  Not guilty.
 9              MR. SCHWARTZ:  You're going to hear, I believe,
10    evidence that people paid Mrs. Marks, Rose Marks, a lot of
11    money.  That one client who she had for 34 years might have
12    paid her close to a million dollars.  Over 34 years, if you
13    divide it out, it's maybe 30 or 40,000 a year.  Would that
14    make you think that she must be guilty and must have done
15    something wrong?  Anybody?  Does anybody have a problem with
16    that?  You'll hear evidence --
17              THE COURT:  I'm sorry?
18              MR. SCHWARTZ:  In the back.
19              THE COURT:  Ms. Cartales, we're going to talk to
20    you separately.  So did you want her to answer that question
21    now, Mr. Schwartz?
22              MR. SCHWARTZ:  Not if it has to do with something
23    that she wanted to talk to us about separately.
24              PROSPECTIVE JUROR:  It kind of does.
25              MR. SCHWARTZ:  Okay.  Then I don't want anybody to
```

```
 1   be embarrassed.
 2            And you may hear evidence that the author that
 3   Mr. Stefin mentioned, Jude Devereaux, who I see had a lot of
 4   fans here and is a New York Times Best Selling romance
 5   novelist, paid Ms. Marks over a period of 17 years probably
 6   $16 million.  Does that bother anyone and make them believe
 7   that if she got that much money she must be guilty of
 8   something?  Does anybody feel that?  Because if you do, there
 9   are no wrong answers here.  It's our job to try in this brief
10   time we have to look into your hearts and minds and see if
11   you can be fair and impartial jurors.
12            I don't necessarily want a fair and impartial
13   juror.  I want somebody who's going to be partial to Rose.
14   But we have to try to find out if you're going to be fair and
15   impartial.  So if there's something about this that before
16   you hear any evidence, but that fact alone would make you
17   say, hey, she must have done something wrong if this lady
18   paid her all that money, tell us now.
19            Anybody have a problem with that?
20            And you've already told us.
21            THE COURT:  That's Mr. Miraglia.
22            MR. SCHWARTZ:  I didn't get your name.  I'm sorry.
23            PROSPECTIVE JUROR:  Bean.
24            MR. SCHWARTZ:  Mr. Bean, right.
25            PROSPECTIVE JUROR:  I mean, I don't have a
```

1    preconceived notion, but if the trial is on the merits of

2    fortune telling, I can tell you I have a preconceived view of

3    that.  So to me, it would hinge on whether there is evidence

4    of, you know, of misrepresentation that led to those

5    payments, you know.  But, I mean, if it -- you know, going

6    in, no, just because someone chose to pay that money doesn't

7    mean that the person who got the money did something wrong.

8    However, you know, I would want to see the facts to know why

9    people thought that they were getting something.

10              MR. SCHWARTZ:  Of course.

11              PROSPECTIVE JUROR:  And whether there was

12    misrepresentation.

13              MR. SCHWARTZ:  And let me follow up on that,

14    because my friend, Mr. Stefin, brought up religion and

15    communication with higher beings and God.  And he asked you,

16    and I took a note, who believes in Voodoo, witchcraft, spells

17    or curses.  And put that way, of course, everybody said no.

18              But let me ask -- and, again, I'm probing things

19    that are personal, and I apologize up front.  How many people

20    here are Roman Catholic?

21              THE VENIRE:  (Raises hands.)

22              MR. SCHWARTZ:  How many people understand that the

23    Roman Catholic Church believes in demonic possession and does

24    exorcisms still?  Everybody?  Anybody?

25              Okay.  A few hands are up.

```
 1              So would you say demonic possession is a curse?

 2    Does anybody want to change their answer about whether you

 3    believe in curses or not?

 4              How many people are Protestant?  How many people

 5    have ever been to a service where a Protestant minister will

 6    cast out the devil from a parishioner?

 7              Has anybody ever been to a service where that's

 8    happened or it's talked about?  Do you have any problem with

 9    that?

10              THE COURT:  That was Ms. Rodriguez raised her hand.

11              PROSPECTIVE JUROR:  The only thing I'm going to say

12    is that we have -- in the court of law through men -- this is

13    what we are here -- we have to divide.  We have to weigh in

14    all the evidence, weigh in everything until proven guilty.

15              MR. SCHWARTZ:  Right.

16              PROSPECTIVE JUROR:  We cannot -- in my opinion

17    here, we cannot go about what our beliefs are.  We have to

18    divide with God, religion, and whoever believes in what, and

19    this is federal, this is state, this is something -- this is

20    government.  My beliefs, there has to be a fine division

21    between what's God and presenting all the evidence through

22    the Plaintiffs and you as a Defendant.

23              MR. SCHWARTZ:  And of course, we have to render

24    unto Caesar what is Caesar's and render unto God what is

25    God's, and there is a division, of course.
```

```
 1              PROSPECTIVE JUROR:  That's my belief.

 2              MR. SCHWARTZ:  But my question is, if somebody has

 3     a real belief in demonic possession or spiritualism or

 4     curses, would you automatically, in determining whether

 5     somebody did something wrong through that belief, say, oh,

 6     that's wrong, no one can believe that?

 7              PROSPECTIVE JUROR:  Well, there are psychologists

 8     that say, from what I have known, because I did medicine, I

 9     have some background in medical assisting and a little bit

10     they talk about psychology, and if somebody in their own

11     psychological mind they believe in that, you know, that's the

12     way they will believe in it.  You know, it goes according to

13     how everybody believes it in their own way, in their own

14     psychological mind.  And if they believe that, they will.  If

15     they don't, they don't.

16              MR. SCHWARTZ:  And you won't automatically poo-poo

17     somebody's beliefs, will you?

18              PROSPECTIVE JUROR:  I'm not going to do that, but

19     this is the federal government.  We have to divide things up.

20     This is federal this is state, this is the Government.  This

21     has nothing to do with God.  We have to go for whatever

22     evidence is pertained here.  If she's not guilty through

23     whatever evidence they have to prove her guilty, then we go

24     from there.  We have to divide things up.  This is a thin

25     line we're running right now.
```

```
 1              MR. SCHWARTZ:  Let me ask you this, then.  And I'm
 2    not trying to argue.  I'm really not.  But I'm trying to see,
 3    from everybody, whether they can truly keep an open mind and
 4    listen without any preconceived notions to the evidence in
 5    this case.
 6              PROSPECTIVE JUROR:  Yeah, I could do that.
 7              MR. SCHWARTZ:  So let me ask this.  You want to
 8    give it back, I'll pick on somebody else.
 9              My friend here in the end of the second row has
10    some background in the Bible, and I think you majored in
11    Bible studies; is that right?
12              THE COURT:  That's Mr. Kolkana.
13              MR. SCHWARTZ:  Let me ask you this.  Do you
14    contribute to your church?
15              PROSPECTIVE JUROR:  Yes.
16              MR. SCHWARTZ:  Do you contribute a lot of money or
17    maybe 10 percent of my salary?
18              PROSPECTIVE JUROR:  Ten percent of my income or
19    more, yeah.
20              MR. SCHWARTZ:  Do you tithe?
21              PROSPECTIVE JUROR:  Yes.
22              MR. SCHWARTZ:  In doing that, if somebody said,
23    well, there's no such thing as God, it's a fraud for you to
24    give money to your church, what would you do?
25              PROSPECTIVE JUROR:  What would I do?
```

```
 1                    MR. SCHWARTZ:  Yeah.

 2                    PROSPECTIVE JUROR:  I'm not sure that that would

 3       evoke a response.

 4                    MR. SCHWARTZ:  Would you say, well, I believe, and

 5       if I want to give because I believe, I'm going to give?

 6                    PROSPECTIVE JUROR:  Well, certainly.  Yeah, my

 7       beliefs would dictate my actions, yeah.

 8                    MR. SCHWARTZ:  Right.

 9                    So if an individual has a belief that, for

10       instance, they're cursed and they want to give money to help

11       them regarding being cursed, would you automatically say, oh,

12       their belief is ridiculous?

13                    PROSPECTIVE JUROR:  I would disagree with their

14       belief, but I don't know that that's -- what I believe and

15       what I would do with my money or what I believe and what I

16       would do with my choices is not something that I would say

17       someone else would have to do, even though I might disagree

18       with their choice.

19                    MR. SCHWARTZ:  So you wouldn't automatically say,

20       oh, you're crazy because you believe that?

21                    PROSPECTIVE JUROR:  I don't know that I would say

22       that they were crazy.  I would say I don't think that's a

23       great choice.  I don't think that may be necessarily the best

24       thing for you to do to solve that problem.

25                    THE COURT:  You need to start wrapping up,
```

```
 1   Mr. Schwartz.
 2            MR. SCHWARTZ:  I'm sorry?
 3            THE COURT:  You need to start wrapping up.
 4            MR. SCHWARTZ:  Thank you, Judge.
 5            The judge knows I can talk for a long time.
 6            The judge asked you something that -- one other
 7   thing that I'd like to just follow up on if I might.  And
 8   that is the right under the United States Constitution to not
 9   testify in a trial if you don't want to.  Let's assume that
10   after listening to the evidence, we're on the defense case
11   and I advise Ms. Marks that I don't think she needs to
12   testify.  Will any of you hold it against her if she doesn't
13   get up and give you her side of the story?  Anyone?  I see a
14   lot of heads shaking no.
15            And do you really feel that way, or do you feel,
16   well, if somebody's innocent, they're going to get up and
17   tell me they're innocent?  I see one person shaking their
18   head yes.  Anybody feel that way?  Because this is the only
19   chance I have to ask you questions.  I can ask witnesses
20   questions, I can make arguments during the trial, but I need
21   to know from you if anyone has a problem with that.
22            Okay.  And last, following up on the question I
23   asked Mr. White (sic), as of right now, how many people would
24   have to vote not guilty?  Raise your hand.  Remember that.
25            No further questions.
```

```
 1              THE COURT:  Thank you, Mr. Schwartz.

 2              And ladies and gentlemen, I just want to confer

 3    with the attorneys for a minute to give you some idea of how

 4    much longer we're going to keep you, if at all.  So give us a

 5    minute to speak over here sidebar.  And there are a few

 6    people we have to still talk to.  My count is I have

 7    Mr. Carroll, Mr. Weiss, Mr. Wigdor and Ms. Cartales are the

 8    four we have to speak to.  Is there anyone else we needed to

 9    speak to that wanted to discuss something privately or

10    separately that we haven't already spoke to?  Those are the

11    only four I have in my notes.  Oh, Ms. Rumkey (sic), you

12    wanted to speak to us separately?

13              PROSPECTIVE JUROR:  Yes.

14              THE COURT:  All right.  I'm sorry I didn't have

15    that down.

16              Anyone else that I missed?  Mr. Herzog?

17              PROSPECTIVE JUROR:  If I had heard about the case.

18              THE COURT:  All right.  I'm sorry, Mr. Herzog.

19    You're right.  I apologize.

20              And Mr. Cole, was there something we needed to talk

21    to you about separately?

22              PROSPECTIVE JUROR:  It's up to you.  You wanted to

23    ask about one of my clients.

24              THE COURT:  Oh, yes.  Thank you for reminding me.

25              MR. SCHWARTZ:  And, Your Honor, I had one question
```

1    for Mr. Cole that I forgot.

2            THE COURT:  Go ahead.

3            MR. SCHWARTZ:  It's likely, sir, that there will be

4    accountants who are witnesses in this case and that part of

5    the defense, since there is a tax count, is advice of

6    accountant.  Would that cause a problem for you as a CPA in

7    the trial?

8            Well, first of all, that two accountants probably

9    will be witnesses in the case, and that part of the defense

10   will be that the client filed her return based on advice of

11   her accountant.

12           PROSPECTIVE JUROR:  I don't know that to be a

13   problem in particular.

14           MR. SCHWARTZ:  Okay.  I just didn't know if that

15   type of defense might bother you in some way.

16           PROSPECTIVE JUROR:  No.

17           MR. SCHWARTZ:  Okay.

18           THE COURT:  All right.  Ladies and gentlemen, give

19   us a minute to confer here, and we'll be with you shortly.

20   Thank you.

21       (Sidebar conference held off the record.)

22           THE COURT:  Sorry, ladies and gentlemen, for the

23   delay.

24           Let me just tell you where we are in terms of going

25   forward.  We don't have enough people who are able to serve

1    on the jury from this group, so we are going to need tomorrow

2    to bring in another group of prospective jurors in the

3    morning.  Our plan is to bring them in in the morning, half

4    the size of this group, hopefully get through that group the

5    same process we went through this morning today with you, and

6    then hopefully from the group today and the people tomorrow,

7    we'll have enough to actually seat a jury.

8         Some of you are -- I'm going to ask some of you,

9    not all of you, I'm going to ask you to be back here tomorrow

10   at 1:30, and at 1:30 we will tell you whether you are on the

11   jury or are not on the jury.  You are not necessarily on the

12   jury yet.  You're still potential jurors.  Some of you are

13   being excused.

14        Now, the seven of you that we need to speak to,

15   we're not sure yet.  We have to talk to you, and then we'll

16   let you know whether you need to come back tomorrow or

17   whether you're excused.

18        So what I'm going to do now is call the names of

19   those people who need to be back here tomorrow at 1:30,

20   possibly to be on the jury.  You're not necessarily on the

21   jury yet.  You're still a potential juror.  If I don't call

22   your name, you're no longer involved in this case, you are

23   excused from this case.  You need to call the jury office or

24   the number every night that you're supposed to call for the

25   remaining period of time to see if you're needed here for

```
 1    another case, but you are not on this case anymore.

 2           The people I call now, you need to come back

 3    tomorrow at 1:30, and then 1:30 tomorrow, we'll let you

 4    know -- hopefully at 1:30, we'll let you know if you are on

 5    this jury or not.  People I don't call, you're excused from

 6    this case.

 7           So Ms. Alston, you need to come back tomorrow at

 8    1:30.  Ms. Brezak, tomorrow be back here at 1:30.

 9    Mr. Torelli, you need to be back here tomorrow at 1:30.

10    Ms. Melvin, be back here tomorrow 1:30.  I will -- well, at

11    this point Mr. Klueber, be back here tomorrow, Ms. Dorn, be

12    back here, Mr. Sardinas, be back here.  Mr. Bean, be back

13    here.  Mr. Carroll, we need to speak to you.  So we'll tell

14    you after -- before you leave tonight whether you should come

15    back tomorrow or not.

16           Ms. Rowe, you need to be back tomorrow.  Ms. Risk,

17    you need to be back tomorrow.  Mr. Kolkana, be back tomorrow.

18    Mr. Wilkins, be back tomorrow.  Mr. Cole, we need to speak to

19    you.  Mr. Herzog, we need to speak to you.  Ms. Boehmke, we

20    need to speak to you.  Ms. Wray, you need to be back

21    tomorrow.  Ms. Rodriguez, you need to be back tomorrow.

22    Mr. Trout, you need to be back tomorrow.  Mr. Weiss, we need

23    to speak to you.  Ms. Hamilton, be back tomorrow.

24    Mr. Armstrong, be back tomorrow.  Mr. Kyratzis, you need to

25    be back tomorrow.  Ms. Cunningham, be back tomorrow.
```

```
 1    Mr. Gonzalez, be back tomorrow.  Ms. Silver, be back
 2    tomorrow.  Mr. Pervenecki, be back tomorrow, Mr. Wigdor, we
 3    need to speak to you, Ms. Cartales, we need to speak to you,
 4    and Ms. Gasc, be back tomorrow.
 5              Everyone else that I did not call, you're excused
 6    from this case; and, again, call that jury number every
 7    night, including tonight.  Correct, Irene?
 8              THE COURTROOM DEPUTY:  Yes.
 9              THE COURT:  Including tonight, call the jury number
10    to see if you're needed here for a different case.  But if I
11    did not call your name you're excused from this case.
12              Everyone else, be back here tomorrow, except for
13    those seven people that we need to speak to.  We're going to
14    talk to you after everyone else leaves, and we'll tell you
15    before you leave this evening whether you should come back
16    tomorrow or not.  So those seven people are:  Mr. Carroll,
17    Mr. Weiss, Mr. Wigdor, Ms. Cartales, Ms. -- I don't remember
18    how to pronounce your name, Ms. Boehmke, Mr. Herzog, stick
19    around, and Mr. Cole stick around.
20              MR. STEFIN:  Judge, before you excuse, can I
21    approach for one just last thing?
22              THE COURT:  Sure.
23              MR. STEFIN:  Thank you.  I'm sorry.
24         (The following proceedings were held at sidebar:)
25              MR. STEFIN:  I neglected to invoke a challenge for
```

```
 1    cause from number 8, Mr. Klueber.  He indicated an inability

 2    to be impartial.

 3              MR. SCHWARTZ:  No objection.

 4              THE COURT:  Okay.  Granted.

 5              MR. STEFIN:  Thank you, Judge.

 6              THE COURT:  All right.  Thank you.

 7         (Sidebar conference concluded.)

 8              THE COURT:  All right.  Mr. Klueber, you're

 9    excused.  You do not need to come back tomorrow.  You need to

10    call the jury number.  Okay?

11              Mr. Miraglia, please stick around.  I want to speak

12    to you after I finish speaking to the other individuals.

13              All right.  So everyone else, as I mentioned, those

14    of you who need to be back tomorrow, be here at 1:30.  You

15    may or may not be on the jury.  You're still potential

16    jurors.  Everyone else is excused from this case; and the

17    seven people I called, please stick around and we will talk

18    to you one by one.

19              All right.

20              MR. STEFIN:  Judge, should they come back to this

21    courtroom or do they go to the jury room?

22              THE COURT:  Go to the jury room, third floor.  Go

23    to the jury room, and we'll call you up if you are selected.

24              All right.  Thank you for your cooperation today.

25    I know it's been a long day, and we will see you, some of you
```

```
 1    tomorrow.  Others of you, thank you for being with us.  It
 2    was a pleasure.
 3        (The venire exits the courtroom, after which the
 4    following proceedings were had:)
 5              THE COURT:  Mr. Wigdor has a family emergency so we
 6    need to get him out of here as quickly as possible.
 7              Yes, sir, Mr. Wigdor.  What is it you wanted to
 8    tell us?
 9              PROSPECTIVE JUROR:  I've had two close family
10    members who were arrested and served time in the last three
11    years or so, one of which was my brother on a drug charge,
12    which I felt was, obviously, he was unfairly sentenced.  He's
13    serving time now in Maryland in a federal facility.  And my
14    father-in-law, as well, was -- pled guilty to a felony, as
15    well, for mortgage fraud in this courthouse, and he served
16    time, as well, in a federal facility in Jessup, Georgia.
17              So having gone through all that, I'm extremely
18    prejudiced towards the defense.  I feel both of my family
19    members were not just unjustly accused, but really suffered a
20    significant wrath of the prosecution of both cases, and I
21    certainly have a sour taste to my mouth.  So I just wanted
22    you to know that.
23              THE COURT:  Does that mean you cannot be fair in
24    this case?
25              PROSPECTIVE JUROR:  That's right.
```

```
 1              THE COURT:  Any questions, Mr. Schwartz?
 2              MR. SCHWARTZ:  Other than why did he say it?  No,
 3     I'm joking.  No, Your Honor.
 4              THE COURT:  Mr. Stefin?
 5              MR. STEFIN:  No questions, Your Honor.
 6              THE COURT:  All right.  Thank you, sir.
 7              Can I just see -- is there any disagreement?
 8              MR. SCHWARTZ:  No objection, Your Honor.
 9              MR. STEFIN:  No objection.
10              THE COURT:  All right.  You're excused, Mr. Wigdor.
11              All right.  Let's bring in Mr. Weiss.
12              All right.  Mr. Weiss, have a seat.
13              What was it, sir, that we needed to hear from you
14     separately or privately?
15              PROSPECTIVE JUROR:  Well, first of all, I know the
16     defense attorney socially.  So I feel some bias.  But in
17     addition to that, in my life I've had some bad experiences
18     with the prosecution with my father, and, you know, it
19     just -- it's a history of being wrongly accused and arrested
20     and, you know, under indictment, eventually part of a
21     situation where he was actually murdered because he was
22     indicted with these people that the Government felt he was in
23     cahoots with, which he wasn't.
24              And then after that, after they treated the people
25     fair -- what I would say is, they did things like the
```

```
 1    Government gave special deals to the people that did this so

 2    that they would testify against others, and then when it came

 3    to restitution they said, oh, my father was associated, so

 4    therefore, we weren't entitled to restitution.  So I have ill

 5    feelings towards pros -- towards prosecution in a criminal

 6    case.

 7              THE COURT:  Does that mean in this case you would

 8    not be able to be fair to the United States?

 9              PROSPECTIVE JUROR:  Correct.

10              THE COURT:  Any questions, Mr. Schwartz?

11              MR. SCHWARTZ:  None, Your Honor.

12              THE COURT:  Mr. Stefin?

13              MR. STEFIN:  No, Your Honor.

14              THE COURT:  Any objection to excusing Mr. Device?

15              MR. STEFIN:  No, sir.

16              MR. SCHWARTZ:  No, sir.

17              THE COURT:  Mr. Weiss, you're excused from this

18    case.  You need to call the jury number to see if there are

19    other cases that your services are required.

20              Thank you, sir.

21              Can we bring in Mr. Carroll, Mr. Carroll.

22              Welcome back, Mr. Carroll.  Have a seat.

23              Tell us, sir, what is it that we need to talk to

24    you about.

25              PROSPECTIVE JUROR:  You had neglected to ask me a
```

1    question about whether I had heard or read anything about the

2    case prior.  I do recall reading something a number of months

3    ago, could have been a year ago, and I believe there was an

4    article in the Sun Sentinel either this morning or yesterday

5    about the case.

6            THE COURT:  All right.  And what do you recall

7    reading about the case, either from the past or most recently

8    this morning?

9            PROSPECTIVE JUROR:  I do recall the charges and

10   that it involved large amounts of money.

11           THE COURT:  And --

12           PROSPECTIVE JUROR:  Nothing else specifically.

13           THE COURT:  I'm sorry?

14           PROSPECTIVE JUROR:  I'm sorry.  Nothing else

15   specifically.

16           THE COURT:  All right.  Well, from your reading of

17   the reports about this case, do you draw any conclusions or

18   come to any position as to whether you have any feelings as

19   to the way this case should be resolved one way or the other?

20           PROSPECTIVE JUROR:  No, I just wanted you to know

21   that I had read about it.

22           THE COURT:  Is there anything that you read that

23   would cause you to not be able to presume Ms. Marks innocent

24   of these charges?

25           PROSPECTIVE JUROR:  No.

```
 1              THE COURT:  So you can still presume her innocent?

 2              PROSPECTIVE JUROR:  Yes.

 3              THE COURT:  After reading whatever you read?

 4              PROSPECTIVE JUROR:  Yes.

 5              THE COURT:  All right.  And to the extent if you're

 6   selected to be a juror on this case, would you be able to

 7   exclude from consideration anything that you may recall

 8   reading in the reports?

 9              PROSPECTIVE JUROR:  Yes.

10              THE COURT:  You would put that aside?

11              PROSPECTIVE JUROR:  Yes.  I don't recall much to

12   begin with.

13              THE COURT:  And you would base your decision only

14   on what's presented here during the trial?

15              PROSPECTIVE JUROR:  Correct.

16              THE COURT:  Okay.  All right.  Mr. Schwartz, you

17   have any questions?

18              MR. SCHWARTZ:  Mr. Carroll, did you read today's

19   article or did you skim it or did you --

20              PROSPECTIVE JUROR:  I just glanced down at the

21   front page of the paper.  I was trying to get out of the

22   house to actually get here this morning, so . . .

23              MR. SCHWARTZ:  Do you think Mrs. Marks looks

24   different than the picture in the paper?

25              PROSPECTIVE JUROR:  I don't know if it was a
```

```
 1   picture, I know it was a tiny picture, but I just remember
 2   seeing the name.
 3            MR. SCHWARTZ:  Do you think this is a case that has
 4   gotten publicity in the newspapers and because of the large
 5   sums of money, that she must be guilty?
 6            PROSPECTIVE JUROR:  No.
 7            MR. SCHWARTZ:  Do you agree that she starts out not
 8   guilty and it's only if they remove that cloak of innocence
 9   that you can find her guilty?
10            PROSPECTIVE JUROR:  Yes.
11            MR. SCHWARTZ:  And it has to be beyond a reasonable
12   doubt?
13            PROSPECTIVE JUROR:  Absolutely.
14            MR. SCHWARTZ:  Okay.  No other questions, Judge.
15            THE COURT:  Mr. Stefin, any questions?
16            MR. STEFIN:  I have no questions.
17            THE COURT:  All right.  Mr. Carroll, if you could
18   just wait a few minutes for us to let you know whether you
19   need to be back here tomorrow or not.
20            PROSPECTIVE JUROR:  Okay.  Thanks, Your Honor.
21            THE COURT:  Thank you, sir.
22       (Prospective juror exits courtroom.)
23            THE COURT:  All right.  Is there any issue as far
24   as keeping this juror?
25            MR. SCHWARTZ:  No, Your Honor.
```

```
 1                MR. STEFIN:  No, Your Honor.
 2                THE COURT:  All right.  So tell Mr. Carroll he
 3      needs to come back tomorrow at 1:30.
 4                And then bring in Ms. Cartales.
 5                MR. STEFIN:  May we tell him not to finish reading
 6      the article?
 7                THE COURT:  Tell him to come back in.  I should
 8      have told everyone not to read --
 9                MR. STEFIN:  I realized it; I just realized it.
10                THE COURT:  Ms. Cartales, I'm sorry if I
11      mispronounce your name.
12                All right, ma'am.  What was it that you needed to
13      tell us?
14                PROSPECTIVE JUROR:  Just my personal views on
15      psychics.
16                THE COURT:  Okay.  And what are those views?
17                PROSPECTIVE JUROR:  I don't believe in them, and I
18      have a problem with someone taking money for that kind of
19      service when I don't believe in that service.
20                THE COURT:  All right.  Well, assuming that people
21      choose to or believe in it and feel that they get a benefit
22      from it, do you see anything wrong with people paying or
23      people receiving money for providing these type of services
24      if people voluntarily go and feel that it's beneficial to
25      them?  Do you feel it's anything wrong with them?
```

```
 1              PROSPECTIVE JUROR:  I do.  I think it's a scam.

 2              THE COURT:  So you don't see any legitimate basis

 3    for anyone getting -- providing these type of services?

 4              PROSPECTIVE JUROR:  No.

 5              THE COURT:  No.

 6              PROSPECTIVE JUROR:  I don't.

 7              THE COURT:  All right.  So any money exchanged, as

 8    far as you're concerned, would be fraudulent or a scam of

 9    some kind?

10              PROSPECTIVE JUROR:  It's such a hard question to

11    answer.

12              THE COURT:  Well, let me ask you this.  Based on

13    your view, do you think you can be a fair juror in this case?

14              PROSPECTIVE JUROR:  I don't think I can.

15              THE COURT:  Okay.  All right.  Any questions,

16    Mr. Stefin?

17              MR. STEFIN:  Well, you don't think you could

18    require the Government -- hold the Government to its burden

19    of proof and make us prove whether or not she's guilty of the

20    things that she's accused of?

21              PROSPECTIVE JUROR:  Just sitting here, I don't

22    judge people, but right from the bat, I think she's -- just

23    because of what she does.

24              MR. STEFIN:  You understand --

25              PROSPECTIVE JUROR:  I understand what you're
```

```
 1    saying.  It's a very hard question to answer.

 2              MR. STEFIN:  And you just don't feel that you could

 3    wait and hear the evidence before you -- you know, before you

 4    make up your mind about anything?  In other words, wait to

 5    hear the case before you draw any conclusions at all?

 6              PROSPECTIVE JUROR:  I honestly don't know.  I

 7    honestly don't know.

 8              THE COURT:  Let me ask you this question, ma'am.

 9              PROSPECTIVE JUROR:  And I'm not trying to be

10    difficult.

11              THE COURT:  No, we appreciate your honesty.

12              Based upon what you just said, can you presume her

13    innocent?

14              PROSPECTIVE JUROR:  I could.  From the start, I

15    guess I could.  I guess I would have to hear the evidence,

16    but I'm going into it not liking or appreciating or

17    respecting her profession.

18              THE COURT:  But you can presume her innocent?

19              PROSPECTIVE JUROR:  I could presume her innocent at

20    the beginning.

21              THE COURT:  And then as soon as the first witness

22    says I gave her money, she's going to be guilty in your eyes?

23              PROSPECTIVE JUROR:  I might have a problem with

24    that.

25              THE COURT:  All right.  Any questions,
```

```
1    Mr. Schwartz?
2            MR. SCHWARTZ:  None, Your Honor.
3            THE COURT:  Okay.  All right.  Ma'am, give us a
4    minute to get back to you, and we'll let you know whether you
5    should be back here tomorrow or not.
6            Thank you.
7        (Prospective juror exits courtroom.)
8            MR. SCHWARTZ:  I'd ask Your Honor to excuse her for
9    cause.
10           THE COURT:  Any objection?
11           MR. STEFIN:  No, Your Honor.
12           THE COURT:  Granted.
13           You can tell her she's excused.  That was
14   number 47.
15           All right.  Can you bring in Mr. Herzog.
16           Welcome back, Mr. Herzog.
17           All right.  Sir, you mentioned that you may have
18   read or heard about this case; is that right?
19           PROSPECTIVE JUROR:  Yeah, I think I read it in the
20   newspaper, but I don't remember any of the details, and I
21   don't even know when -- how long ago it was.
22           THE COURT:  All right.  And do you recall what you
23   read or saw about this case?
24           PROSPECTIVE JUROR:  I remember something about mail
25   fraud.  I think I remember something about the son involved.
```

```
 1    I'm not positive, but I don't know very much other than that.
 2              THE COURT:  All right.
 3              PROSPECTIVE JUROR:  I don't remember.
 4              THE COURT:  Based upon the fact that you read
 5    something in the newspaper about this case, does that cause
 6    you to not be able to presume Mrs. -- Ms. Marks innocent of
 7    these charges?
 8              PROSPECTIVE JUROR:  No, it doesn't.
 9              THE COURT:  You can still presume her innocent?
10              PROSPECTIVE JUROR:  Yes.
11              THE COURT:  All right.  And if you're on the jury,
12    would you be able to put aside and disregard anything you may
13    have read about the case and base your decision only on the
14    evidence presented in this trial?
15              PROSPECTIVE JUROR:  Yes.
16              THE COURT:  All right.  Any questions,
17    Mr. Schwartz?
18              MR. SCHWARTZ:  The fact that you mentioned mail
19    fraud brought to mind the fact that you work in the Post
20    Office.  Is that going to be a problem if the charge is mail
21    fraud and that you deal with the mail all the time?
22              PROSPECTIVE JUROR:  Well, I haven't really had any
23    dealing with mail fraud itself because I'm a distribution
24    window clerk.
25              MR. SCHWARTZ:  Uh-huh.
```

```
 1              PROSPECTIVE JUROR:  I have had dealings with postal
 2    inspectors.  I was threatened one time on the window and I
 3    had to call a postal inspector, and I have a friend that is a
 4    retired postal inspector.  But other than that . . .
 5              MR. SCHWARTZ:  Assuming I told you that there are
 6    no postal inspectors involved in this case, would the fact
 7    that the charge is mail fraud and conspiracy to commit mail
 8    fraud, amongst other charges, in any way make you unable to
 9    give Rose Marks a fair trial?
10              PROSPECTIVE JUROR:  No.
11              MR. SCHWARTZ:  Then I have no other questions,
12    Judge.
13              THE COURT:  Mr. Stefin?
14              MR. STEFIN:  No questions, Your Honor.
15              THE COURT:  All right, sir.  Can you just wait
16    outside and we'll tell you in a minute whether you should
17    come back tomorrow or not?
18              PROSPECTIVE JUROR:  Yes.
19         (Prospective juror exits courtroom.)
20              MR. SCHWARTZ:  I have no challenge, Your Honor.
21              THE COURT:  All right.  Tell Mr. Herzog to be back
22    at 1:30.  He's to be back at 1:30.
23              MR. STEFIN:  Tell him not to read anything.
24              THE COURT:  And tell him not to read anything about
25    the case.
```

```
 1                Did we do Cole yet?

 2                MR. SCHWARTZ:  No, I think we did Cole.  We didn't

 3       do the nice Brazilian lady, Judge.

 4                THE COURT:  We did Cole already.  Bring in the lady

 5       from Brazil.

 6                MR. SCHWARTZ:  I'm sorry.  We did Carroll, not

 7       Cole.

 8                THE COURT:  We didn't do Cole.  All right.  Cole.

 9       Bring Mr. Cole in.

10                Have a seat, Mr. Cole.  Have a seat.  What was it,

11       again, we needed to talk to you about?

12                MR. STEFIN:  His client.  He had a client.

13                THE COURT:  Your client.  All right.  Yes, tell us

14       about your client.

15                PROSPECTIVE JUROR:  Yeah, I think you wanted me to

16       disclose the client's name.

17                THE COURT:  Yes.

18                PROSPECTIVE JUROR:  Is that important or just the

19       nature of their business?

20                THE COURT:  It might be.

21                PROSPECTIVE JUROR:  She has a 900 line, I guess

22       that's what they call it, and she has clients that phone in,

23       and she gives advice to.  I guess executives and whatnot.

24       She makes a pretty good living at it.  If you need her name

25       I'm sworn to secrecy, but . . .
```

```
 1                THE COURT:  Well, I'm not sure -- based on the
 2     description you gave us already, I'm not sure we need the
 3     name.  I just wanted to know if there was someone that might
 4     have some connection to this case somehow.
 5                So Mr. Stefin, based upon his description of
 6     this -- his client, is there any possible connection with
 7     this case?
 8                MR. STEFIN:  Only -- if I could just ask one or two
 9     Your Honor?
10                THE COURT:  Yes.
11                MR. STEFIN:  Is this person from out of state or a
12     local individual?
13                PROSPECTIVE JUROR:  They're local.  It's a phone
14     line, phone communication.  And I think -- they request her,
15     I think, on the telephone line.
16                MR. STEFIN:  They what?  I'm sorry.
17                PROSPECTIVE JUROR:  I think they request -- certain
18     clients probably request.  Other people just call in and she
19     gets them, that kind of thing.
20                MR. STEFIN:  So is it one of these phone lines that
21     there are multiple people that are available?
22                PROSPECTIVE JUROR:  Yeah, I believe so.
23                MR. STEFIN:  And she may establish a relationship
24     with some of them?
25                PROSPECTIVE JUROR:  That's correct, yeah.
```

```
 1                    MR. STEFIN:  And the fact that you represent her as
 2     a client, do you feel that that would impact your ability to
 3     listen to the evidence in this case?
 4                    PROSPECTIVE JUROR:  Not at all, no.
 5                    MR. STEFIN:  I don't have any further questions.
 6                    THE COURT:  Mr. Schwartz?
 7                    MR. SCHWARTZ:  No questions.
 8                    THE COURT:  Just give us a minute and we'll let you
 9     know whether or not you need to be back tomorrow or not.
10          (Prospective juror exits courtroom.)
11                    THE COURT:  Any challenges to Mr. Cole?
12                    MR. STEFIN:  No, Your Honor.
13                    MR. SCHWARTZ:  No, sir.
14                    THE COURT:  All right.  Tell him he needs to be
15     back, and send in our friend from Brazil.
16                    Welcome back.  Have a seat.
17                    I'm sorry I mispronounce your name.  How do you say
18     your name again?
19                    PROSPECTIVE JUROR:  Boehmke.
20                    THE COURT:  I apologize.
21                    PROSPECTIVE JUROR:  Thank you for having me back.
22                    Only try to -- in the number 14 question, when you
23     ask if we have any personal view or, you know, that would
24     affect me.  Yes.  At the time I don't say, but, yes.  One
25     month ago I went to put in my daughter to fitness because she
```

```
 1   just have a baby.  She 300 pounds.  And I sit in front of
 2   somebody to be part with the fitness, and look in the eyes
 3   this person, I trust this person and say, listen, I don't
 4   want to give my credit card to you because I don't know, I
 5   don't want to give you.
 6           They said, no, no, you can trust me and I give my
 7   credit card to this person to put my daughter in the fitness.
 8   So when one month passed I turn my back, this person charged
 9   my credit card three times in a row.  Now I am desperate.
10           What this mean with this case is like, for me, is
11   like sitting in front of somebody and look in the eyes and
12   trust somebody, and they give my credit card.  So I don't
13   want to judge this lady or anybody else, but can I sit in
14   there and look at her?  It seems like I sit in front the
15   person steal my money from me one month ago.
16           So I want to be fair.  I don't know if I be able
17   to, you know -- I'm sorry, I don't want to judge nobody.  Who
18   is me to throw the first stone, but it's only because I feel
19   this way.
20           THE COURT:  So I want to make sure I understand
21   what you're saying.  Because you -- someone defrauded you a
22   month ago --
23           PROSPECTIVE JUROR:  Yes, uh-huh.
24           THE COURT:  -- you feel that you're somehow
25   connecting this defendant to that fraud?
```

```
 1                 PROSPECTIVE JUROR:  Yes.

 2                 THE COURT:  And as a result, you don't think you

 3       could be fair to her?

 4                 PROSPECTIVE JUROR:  Yes.

 5                 THE COURT:  All right.

 6                 PROSPECTIVE JUROR:  I don't want to be fair to

 7       nobody, to not this part, to not this part.  But right now I

 8       feel like this because I sit in front of somebody.  He's not

 9       read the cards for me but he say, you can trust me, and I

10       turn back, when I come back to ask them why you charge me

11       $800 in my account, they empty the place, they close the

12       place out, U.S. Fitness, and this how I feel.  So I don't

13       want to . . .

14                 THE COURT:  All right.  Mr. Stefin, do you have any

15       questions?

16                 MR. STEFIN:  No, Your Honor.

17                 THE COURT:  Mr. Schwartz?

18                 MR. SCHWARTZ:  And you're certain that you can't

19       separate Mrs. Marks, who's in a different situation, from the

20       person at U.S. Fitness?

21                 PROSPECTIVE JUROR:  It's a different person.  She's

22       from different country.  Well, he is different country.  But,

23       you know, when I look at somebody sitting in front of me and

24       say you can trust me, I can read all this or I can read the

25       cards to you, I trusted this person, I give my credit card,
```

```
 1   and I work hard for my money, very hard.  And I have five
 2   kids, so, you know, I don't want to misjudge, I don't want to
 3   judge her, or you, or him or nobody here.
 4        I want to tell you what my feeling is.  When I see
 5   her, I feel like I sitting there, and whatever.  I start to
 6   judge her before the case start.
 7        MR. SCHWARTZ:  Thank you very much for being honest
 8   with us.  I have no other questions.
 9        THE COURT:  If you could just wait outside for a
10   minute and then we'll tell you whether to come back tomorrow.
11     (Prospective juror exits courtroom.)
12        MR. SCHWARTZ:  I'd move to excuse her for cause,
13   Judge.
14        THE COURT:  Any objection?
15        MR. STEFIN:  No, Your Honor.
16        THE COURT:  Granted.
17        All right.  I think that's it for the jurors.
18   We've got the group to work with for tomorrow, and I need to
19   talk to Mr. Miraglia about his -- what is alleged to have
20   been said.
21        Bring Mr. Miraglia in, please.
22     (Prospective juror enters courtroom.)
23        THE COURT:  Mr. Miraglia, have a seat, sir.
24        It's been reported to me, sir -- and I'm not saying
25   this is necessarily accurate, but it's been reported to me
```

```
 1    that during the lunch hour, over here on the fourth floor,

 2    you made a comment about Ms. Marks that was, shall we say,

 3    not very flattering and derogatory.  Is there any accuracy to

 4    that?

 5              PROSPECTIVE JUROR:  There were about four or five

 6    people talking about whatever.

 7              THE COURT:  Could you use that microphone, please?

 8              PROSPECTIVE JUROR:  There was about four or five

 9    people in that corner down the line when we were waiting,

10    speaking about, go on the Internet, look what she did, look

11    what she did.  I don't even know how to get on the Internet

12    with my phone.  But I didn't say anything.

13              THE COURT:  Did you hear someone use a --

14              PROSPECTIVE JUROR:  Derogatory?  No, I just heard

15    them say, get on the Internet, see how much money she got for

16    this stuff.  It's big time.  But I don't know who said it.

17    There was a bunch of people talking.  I don't know how to get

18    on the Internet with this phone.

19              THE COURT:  So did you hear anyone use a

20    four-letter derogatory term in describing Ms. Marks?

21              PROSPECTIVE JUROR:  No.

22              MR. SCHWARTZ:  I believe the allegation was

23    outside, Judge.

24              THE COURT:  I'm sorry?  It was outside it was said?

25              MR. SCHWARTZ:  Yes.
```

```
 1              THE COURT:  Then let me ask you, did you make a
 2    derogatory remark about Ms. Marks outside the courthouse?
 3              PROSPECTIVE JUROR:  I didn't speak to anybody
 4    outside.
 5              THE COURT:  So you didn't make any derogatory
 6    remarks about her?
 7              PROSPECTIVE JUROR:  Obviously not.
 8              THE COURT:  All right.  Thank you, sir.
 9              MR. SCHWARTZ:  Can we follow up on one thing,
10    Judge?  May we approach for a moment?
11              THE COURT:  Do we need this on the record?
12              MR. SCHWARTZ:  I think so, Judge.
13              THE COURT:  Sir, could you step outside for a
14    minute?  I'm sorry.  We'll be with you in a minute.
15         (Prospective juror exits courtroom.)
16              MR. SCHWARTZ:  Your Honor, putting that allegation
17    aside for a moment, I'm troubled by what he did say, and
18    that's "a number of people were talking and saying, look on
19    the Internet, how much money she stole or how much, this is
20    big time."  That troubles me, and I don't know if we need to
21    inquire about that tomorrow morning with the jurors.
22              THE COURT:  We may, but I'm going to try and find
23    out if he can tell me who it was that was -- identify which
24    people were talking.
25              All right.  Bring him back in, please.
```

```
 1          (Prospective juror enters courtroom.)

 2          THE COURT:  Sir, can you tell us as best you

 3    recall, and maybe either by name or where they were sitting

 4    in the courtroom today, what individuals that you recall

 5    hearing, saying something about look on the Internet and see

 6    what she did or how much money she made?  Can you tell us

 7    specifically what people were involved in that conversation?

 8          PROSPECTIVE JUROR:  Again, I was on my phone in the

 9    corner.  I overheard them speaking, but I don't remember

10    exactly who.  Couple of guys.

11          THE COURT:  Well, can you describe the couple of

12    guys as best you can?

13          MR. SCHWARTZ:  I think the one guy that was pretty

14    loud behind me.

15          THE COURT:  Mr. Moorhead?

16          PROSPECTIVE JUROR:  I don't know his name.

17          THE COURT:  He had a black shirt?

18          PROSPECTIVE JUROR:  Yeah, he was behind me.  He

19    either was listening to a guy talking about it, but I don't

20    know who the other guy was.

21          THE COURT:  And he was the gentleman who

22    Mr. Schwartz was talking about what's a Gypsy and he was the

23    one who was saying, what do you mean by Gypsy?  Is that the

24    person?

25          PROSPECTIVE JUROR:  Yeah.
```

```
 1              THE COURT:  He was one of the people?

 2              PROSPECTIVE JUROR:  One of them talking about it,

 3      but I don't know who brought it up, because I was on my

 4      phone.  But then I'm like, oh, it's on the Internet, but then

 5      I'm like I can't even get on the Internet.

 6              THE COURT:  Can you describe any of the other

 7      people who were in that area?

 8              PROSPECTIVE JUROR:  No, there was quite a few, at

 9      least five or six.

10              THE COURT:  You can't specify?

11              PROSPECTIVE JUROR:  I wasn't really paying

12      attention.  I overheard it when I was on my phone.  And I

13      overheard them saying, look on the Internet, and I don't even

14      know her name.  I can't get on the Internet anyway; like I

15      said, I'm not good with this.

16              THE COURT:  I'm just trying to find out who was

17      involved in the conversation.

18              PROSPECTIVE JUROR:  Again, like I said, I wasn't

19      paying attention to look at their face.  I just overheard it.

20      I was in the corner and down the hall, pretty close, you can

21      hear people talk.

22              THE COURT:  Any way of telling us in what part of

23      the courtroom these people were sitting?

24              PROSPECTIVE JUROR:  The one guy behind me.  I heard

25      him talking about it, but I'm not sure if he brought it up or
```

```
 1   the other guy standing next to him.  He was talking to

 2   another guy but I don't know what he looked like.

 3            THE COURT:  All right.  Thank you, sir.  You're

 4   excused from this case, and keep calling that jury number.

 5            We'll have to make an inquiry tomorrow of the

 6   people coming back to see what, if anything, may have been

 7   said.

 8            MR. SCHWARTZ:  Thank you, Your Honor.

 9            THE COURT:  And we'll have to do that before we

10   pick the jurors.  So we're going to get a later start than we

11   had hoped.

12            All right.  So at 1:30 we'll bring all those jurors

13   up and find out what we can about what, if anything, was

14   said, and then after we make any inquiries and decisions,

15   we'll then go from there with jury selection.

16            MR. SCHWARTZ:  Are we going to be up here, Judge,

17   or downstairs?

18            THE COURT:  Let's stay up here for the jury

19   selection.  We can fit 25 people in my courtroom, but then

20   it's easier to just leave it up here for now.

21            MR. SCHWARTZ:  Okay.  9:00 o'clock, Your Honor?

22            THE COURT:  Yes.

23            MR. SCHWARTZ:  Thank you.

24            THE COURT:  Anything else today?

25            MR. BARDFELD:  No, Your Honor.
```

```
1              THE COURT:  No?

2              All right.  Thank you.

3         (The evening recess was taken at 5:07 p.m.)

4                         * * * * *
```

```
 1                        * * * * *

 2                      I N D E X

 3    Voir Dire                                      8

 4                        * * * * *

 5                    E X H I B I T S

 6    (None.)

 7                        * * * * *

 8                      CERTIFICATE

 9        I, Stephen W. Franklin, Registered Merit Reporter, and

10    Certified Realtime Reporter, certify that the foregoing is a

11    correct transcript from the record of proceedings in the

12    above-entitled matter.

13        Dated this 10th day of NOVEMBER, 2013.

14

15        /s/Stephen W. Franklin
          _____
16        Stephen W. Franklin, RMR, CRR

17

18

19

20

21

22

23

24

25
```

**$**

$16 [1] 231/6
$16 million [1] 231/6
$30,000 [1] 59/3
$600 [1] 19/12
$800 [1] 260/11

**'**

'03 [1] 134/19
'07 [1] 90/23
'8 [1] 3/1
'80s [2] 44/15 48/1
'til [3] 111/15 190/17 190/24

**-**

-v [1] 1/5

**/**

/s/Stephen [1] 268/15

**1**

10 [15] 26/21 32/19 60/5 81/24 87/16 101/9
 113/10 118/14 133/3 144/19 167/4 178/1
 213/6 224/16 226/11
10 percent [1] 235/17
10:41 [1] 70/6
10:58 [1] 70/6
10th [2] 44/20 268/13
11 [5] 32/21 39/13 71/8 113/11 150/13
11-80072-CR-MARRA [1] 1/2
12 [11] 26/24 32/22 55/9 94/15 113/20 133/2
 141/22 151/25 152/23 159/1 199/12
12:00 [1] 158/13
12:14 [1] 126/8
12th [1] 118/19
13 [14] 27/16 28/25 32/14 32/22 33/22 55/8
 94/15 113/8 113/20 150/15 163/1 169/24
 170/16 205/1
14 [15] 27/3 32/23 34/7 57/14 81/11 94/15
 113/7 113/20 135/24 150/15 160/2 168/20
 175/2 201/22 258/22
15 [25] 7/13 32/24 34/8 52/22 53/2 69/16
 70/2 70/4 78/1 113/7 113/21 113/24 142/21
 143/5 143/7 144/8 144/16 150/15 167/5
 176/9 177/24 197/13 197/24 198/10 226/11
15-minute [1] 69/15
1500 [1] 226/17
15th [4] 96/9 96/10 99/20 107/6
16 [14] 26/25 34/8 39/13 94/17 114/1 141/19
 159/12 161/22 166/20 167/6 167/6 178/11
 183/3 210/23
16th [2] 72/10 74/19
17 [5] 113/7 138/19 202/1 202/15 231/5
17th [1] 44/20
18 [5] 75/6 83/23 90/16 161/5 203/3
19 [3] 184/19 210/22 210/25
1974 [1] 104/5
1990s [1] 95/17
1999 [1] 133/10
1:15 [4] 117/18 118/3 122/24 126/6
1:22 [1] 126/8
1:30 [15] 240/10 240/10 240/19 241/3 241/3
 241/4 241/8 241/8 241/9 241/10 243/14
 250/3 255/22 255/22 266/12
1st [1] 76/1

**2**

20 [7] 29/4 39/10 76/2 179/5 198/19 198/21
 199/8

200 [1] 1/21
2000 [4] 55/8 133/10 226/17 228/8
2004 [1] 164/6
2007 [1] 3/1
2011 [2] 75/21 134/20
2013 [2] 1/8 268/13
21 [4] 101/9 106/14 135/24 175/11
21-year-old [1] 184/22
21st [1] 111/22
22 [3] 202/10 202/12 203/14
2255 [1] 206/22
22nd [2] 107/15 111/17
23 [4] 65/18 138/22 156/20 159/3
24 [7] 59/25 131/17 150/3 150/3 155/2
 178/20 206/23
25 [10] 77/24 90/13 151/23 163/6 170/10
 182/14 212/25 213/7 213/7 266/19
25 percent [1] 76/2
26 [6] 1/8 94/7 94/9 100/18 103/20 163/5
26th [1] 160/3
27 [5] 113/6 116/18 132/25 138/21 160/4
28 [5] 59/25 83/21 145/22 163/16 203/17
29 [4] 81/12 163/1 164/17 203/21
294 [1] 1/10
29th [1] 72/17

**3**

30 [12] 40/1 48/11 69/23 78/20 78/25 144/18
 151/24 170/12 212/19 212/25 213/3 230/13
300 pounds [1] 259/1
30th [2] 40/5 43/16
31 [2] 106/10 211/20
32 [4] 87/10 87/11 160/6 205/17
33 [2] 27/2 201/13
33301 [1] 1/18
33401 [1] 1/24
33432 [1] 1/22
34 [6] 32/11 149/23 160/6 211/23 230/11
 230/12
35 [3] 161/4 199/2 199/10
36 [4] 116/17 116/20 132/24 174/12
37 [1] 212/4
3768 [1] 1/23
38 [6] 116/17 127/6 127/7 127/10 130/15
 203/24
3:07 [1] 198/13
3:21 [1] 198/13

**4**

40 [3] 40/4 170/2 205/25
40,000 [1] 230/13
41 [1] 206/6
43 [1] 144/15
44 [5] 127/10 130/18 130/24 172/7 204/3
45 [1] 33/21
46 [1] 212/12
47 [5] 39/9 100/17 178/19 182/14 253/14
48 [2] 177/22 204/11
49 [4] 26/13 204/9 204/13 204/15

**5**

50 [2] 6/17 199/6
500 [1] 1/17
51 [3] 113/2 159/1 166/19
514-3768 [1] 1/23
52 [2] 81/10 160/1
53 [1] 95/9
55 [5] 44/5 75/5 116/16 138/19 155/2
56 [3] 57/3 85/17 106/10
561 [1] 1/23

57 [3] 59/19 77/23 103/19
58 [2] 26/11 184/20
5:00 a.m [1] 141/24
5:07 [1] 267/3

**6**

60 [2] 65/18 140/24
61 [2] 71/7 172/6
65 [2] 135/23 169/23
66 [2] 90/6 164/16
67 [2] 55/8 151/22
68 [1] 162/25

**7**

700 [1] 1/21
701 [1] 1/24
76 [2] 48/10 149/23
7th [1] 1/18

**8**

8:00 to [1] 158/13

**9**

900 [1] 256/21
968 [1] 3/23
9:00 [1] 111/15
9:00 o'clock [2] 111/12 266/21
9:00 p.m [1] 141/23

**A**

A-d-a-e [1] 195/25
a.m [3] 70/6 70/6 141/24
ABB [1] 90/10
ability [76] 28/17 29/16 29/19 30/18 31/22
 33/9 36/21 37/9 37/24 38/5 40/18 41/18 42/3
 42/7 42/22 46/18 47/23 49/19 49/22 55/19
 56/6 57/25 62/13 62/19 64/16 65/2 65/8
 72/21 73/19 73/22 74/5 75/19 76/9 79/20
 91/25 92/21 98/15 99/11 103/3 103/12
 104/12 105/13 110/10 110/12 110/23 119/25
 121/22 123/20 124/7 124/9 125/14 132/2
 132/18 137/14 137/21 148/5 148/19 149/3
 156/14 160/19 161/19 163/13 172/25 173/2
 173/10 174/5 177/16 180/19 181/2 185/12
 185/23 190/3 191/2 191/22 193/10 258/2
able [91]
above [1] 268/12
above-entitled [1] 268/12
Abraham [2] 7/1 195/23
absolutely [5] 17/23 77/15 121/20 218/8
 249/13
abuse [1] 118/16
academy [1] 67/15
accent [3] 84/9 113/1 151/1
accept [1] 78/23
accident [4] 106/15 123/7 146/6 214/19
accommodate [3] 68/8 68/13 68/19
according [1] 234/12
accordingly [1] 7/23
account [2] 3/7 260/11
accountant [3] 164/5 239/6 239/11
accountants [2] 239/4 239/8
accounting [1] 152/6
accounts [2] 3/5 3/11
accuracy [1] 262/3
accurate [2] 25/21 261/25
accused [14] 15/11 22/1 28/16 28/21 59/2
 63/15 63/17 63/19 119/21 119/22 148/13
 244/19 245/19 251/20
acknowledge [2] 69/14 117/15

**A**

acoustics [1]  226/7
acquisition [1]  76/1
Acreage [1]  77/24
across [3]  68/17 86/14 163/20
act [4]  3/12 8/22 35/22 66/15
acted [1]  122/7
actions [1]  236/7
activities [2]  5/10 12/21
activity [2]  9/4 12/23
actual [1]  189/17
actually [31]  15/14 51/6 59/1 61/12 64/3
 76/16 97/11 101/1 103/1 113/11 119/9 125/3
 128/21 146/4 147/3 148/21 153/14 158/8
 160/20 171/11 172/21 190/16 194/18 194/23
 194/25 195/1 214/5 216/12 240/7 245/21
 248/22
Ada [1]  166/18
Adae [1]  195/25
adaptability [1]  78/3
addition [3]  123/24 140/10 245/17
additional [4]  187/17 197/9 212/20 213/4
address [1]  48/11
adhere [4]  217/20 217/23 218/22 223/5
adjudication [2]  60/17 63/24
adjunct [1]  87/15
administration [4]  71/17 151/24 152/7 159/5
administrator [2]  152/1 153/11
admit [2]  96/4 192/5
admitted [1]  122/18
adoptive [1]  88/12
Adrien [1]  196/9
adult [9]  27/17 29/11 48/18 65/21 78/4 136/1
 152/3 155/7 182/16
adults [6]  26/15 29/9 48/22 83/18 90/11
 172/11
advance [1]  35/11
advantage [1]  139/7
advertising [1]  159/5
advice [3]  239/5 239/10 256/23
advise [5]  7/22 8/1 35/16 197/20 237/11
advised [1]  211/20
advisor [4]  5/12 5/13 116/18 164/7
affect [133]
affecting [2]  111/6 148/19
affects [3]  110/23 142/23 149/9
afford [8]  19/6 35/1 60/16 78/6 211/11
 211/12 212/5 212/14
afraid [3]  129/20 142/1 144/2
after [48]  4/9 8/12 20/1 25/7 27/14 28/24
 30/14 57/8 69/18 70/6 70/12 85/25 85/25
 86/8 89/18 104/1 106/23 116/6 118/5 118/24
 126/8 129/12 130/5 131/4 132/11 136/14
 152/23 165/12 165/18 165/20 170/16 197/8
 197/16 198/4 198/13 204/22 213/11 213/13
 220/20 237/10 241/14 242/14 243/12 244/3
 245/24 245/24 248/3 266/14
afternoon [41]  55/25 89/19 117/22 130/15
 131/15 132/22 135/21 135/22 138/17 140/22
 140/23 144/13 144/14 145/20 145/21 149/21
 151/20 151/21 159/24 159/25 161/2 162/23
 162/24 164/14 164/15 165/11 166/17 166/18
 169/21 172/4 172/5 175/9 175/10 177/20
 178/17 178/18 182/12 182/13 184/17 184/18
 214/2
afterwards [1]  8/5
again [64]  4/8 7/17 10/12 11/23 12/11 12/16
 12/22 13/1 13/23 14/5 14/22 22/21 25/4
 25/25 29/16 34/20 34/24 36/5 37/9 37/21

42/10 63/7 68/25 70/16 80/1 93/24 101/22
 116/14 117/14 121/2 125/11 131/11 150/18
 152/24 153/10 164/8 168/23 172/20 173/24
 195/21 196/22 197/1 197/11 199/7 205/1
 206/25 211/4 213/4 213/21 214/2 220/3
 221/11 221/16 221/18 222/20 222/23 223/16
 230/6 232/18 242/6 256/11 258/18 264/8
 265/18
against [33]  9/1 20/9 22/19 23/6 23/9 23/14
 23/25 24/1 31/13 32/23 39/19 39/23 59/13
 75/21 98/23 98/25 119/19 120/14 121/10
 121/15 121/16 121/17 123/6 124/18 141/14
 143/23 147/20 148/8 175/18 179/16 184/9
 237/12 246/2
age [2]  154/20 154/24
agencies [6]  31/15 42/6 124/19 125/15 154/7
 167/14
agency [7]  87/13 88/16 125/3 125/13 164/8
 187/3 215/3
agent [6]  11/2 11/3 39/24 39/25 215/13
 215/14
agents [1]  3/11
ages [1]  160/6
ago [47]  4/7 55/14 57/23 58/2 61/1 66/8 84/1
 97/20 105/23 113/4 113/18 116/8 116/8
 117/6 118/18 133/17 136/5 136/10 141/8
 141/9 142/17 142/19 142/21 143/5 143/7
 144/8 152/9 169/25 170/10 170/13 171/18
 175/19 175/21 177/5 178/3 178/20 179/5
 185/5 190/18 192/6 228/8 247/3 247/3
 253/21 258/25 259/15 259/22
agree [19]  14/21 21/53/12 53/13 53/23
 53/24 200/11 207/21 208/1 208/9 208/10
 209/2 209/25 210/10 210/12 210/20 210/21
 210/24 249/7
agreed [1]  91/15
agreement [1]  130/25
agrees [1]  24/2
ahead [5]  48/16 59/6 101/6 179/9 239/2
ahold [1]  146/21
air [6]  26/16 26/17 44/6 45/17 86/21 90/13
alert [1]  110/23
aliens [1]  135/6
allegation [3]  17/17 262/22 263/16
allegations [14]  9/4 9/7 9/8 9/11 12/9 12/12
 12/14 12/17 12/22 13/1 13/3 139/18 139/21
 143/23
allege [1]  92/15
alleged [7]  5/6 5/9 5/18 11/21 12/3 12/21
 261/19
allegedly [5]  5/25 9/4 9/5 128/11 139/19
alleges [3]  5/20 5/21 16/5
alleging [4]  5/25 12/16 12/20 139/18
allow [3]  7/10 7/13 199/19
allowed [1]  210/8
Almeida [1]  196/4
almost [3]  39/13 164/5 228/8
alone [1]  231/16
along [2]  60/5 129/16
already [40]  43/4 43/6 43/8 43/19 43/24
 44/20 44/24 45/10 70/22 70/25 95/3 112/11
 121/21 127/17 127/18 127/19 127/23 139/22
 157/11 169/14 184/8 187/18 187/21 188/2
 188/2 188/10 188/11 199/17 203/16 204/1
 208/8 211/24 213/23 215/16 217/17 229/1
 231/20 238/10 256/4 257/2
also [46]  2/16 11/1 11/2 11/4 11/12 18/20
 22/2 25/3 25/11 25/23 26/1 28/13 40/3 44/8
 45/9 52/7 57/7 60/1 72/18 85/20 85/21 90/17
 91/2 91/6 101/10 102/25 103/22 104/9

107/16 110/20 141/19 142/7 153/4 157/5
 161/6 161/7 161/25 170/11 175/20 204/5
 206/7 207/3 208/13 217/4 220/12 226/18
Alston [4]  26/7 26/8 26/11 241/7
alternate [5]  136/6 137/13 160/9 160/18
 160/21
alternates [3]  199/13 199/24 209/21
although [1]  102/3
always [1]  78/18
Alzheimer's [3]  78/2 80/12 205/2
am [67]  4/18 23/10 32/11 32/12 32/14 33/23
 48/11 54/23 55/9 56/8 57/4 57/5 59/21 64/13
 65/19 65/20 75/6 75/8 76/2 77/23 78/3
 101/17 101/19 103/22 106/11 106/11 110/9
 111/3 117/1 123/22 138/19 138/20 141/1
 142/3 144/16 144/17 145/22 145/23 146/14
 151/23 152/16 152/19 154/10 159/1 159/2
 159/3 160/4 161/4 161/5 161/5 161/23
 164/17 164/18 165/12 166/19 167/13 169/9
 175/13 177/23 178/21 182/15 184/20 188/14
 194/16 196/1 220/3 259/9
AMERICA [4]  1/3 2/5 9/1 10/23
among [4]  9/14 10/9 69/3 213/18
amongst [1]  255/8
amorphous [1]  209/23
amount [7]  13/9 19/13 20/11 24/22 108/5
 108/14 108/16
amounts [1]  247/10
analyst [1]  160/7
analytical [1]  64/23
analyze [1]  124/7
Andrea [3]  6/24 7/1 195/23
angels [1]  217/22
anger [1]  18/11
angry [2]  156/9 171/19
annoying [1]  180/7
annual [1]  88/9
another [37]  26/3 37/6 38/12 38/17 55/25
 71/20 72/4 72/16 74/8 74/12 74/6 76/13 93/21
 99/15 109/18 120/11 126/18 134/12 138/1
 138/6 141/17 154/4 164/8 172/24 173/20
 181/12 183/21 186/9 186/12 187/23 188/5
 205/13 215/21 223/4 224/23 240/2 241/1
 266/2
answer [11]  26/2 32/19 32/22 36/4 176/4
 199/21 228/1 230/20 233/2 251/11 252/1
answering [3]  25/7 52/22 228/14
answers [3]  25/19 25/22 231/9
any [293]
anybody [51]  8/5 28/3 66/1 66/4 78/8 78/23
 117/1 129/4 129/5 140/18 141/5 141/6
 163/10 163/12 172/16 206/19 214/22 214/22
 215/3 215/7 215/7 216/14 216/14 217/15
 217/16 218/15 219/18 219/19 220/6 221/4
 221/10 221/25 225/1 225/7 225/23 227/4
 227/5 227/7 228/4 228/22 230/15 230/15
 230/25 231/8 231/19 232/24 233/2 233/7
 237/18 259/13 263/3
anybody's [1]  91/1
anymore [1]  241/1
anyone [59]  16/1 16/9 16/15 16/24 17/5 18/1
 18/16 18/25 20/1 20/24 21/2 21/9 21/12
 21/16 21/19 23/1 23/7 23/19 23/24 67/22
 69/3 69/5 70/22 70/23 74/21 78/21 99/23
 117/14 127/13 161/10 175/1 185/2 188/4
 188/8 188/9 188/18 188/19 188/20 190/14
 193/14 194/13 195/13 195/14 196/18 196/24
 197/10 208/13 223/15 229/12 229/14 229/15
 229/17 231/6 237/13 237/21 238/8 238/16
 251/3 262/19

**A**

anything [164]
anyway [5]  149/7 196/18 198/1 212/21
265/14
anywhere [2]  69/6 155/1
aol.com [1]  1/25
apart [2]  170/15 170/22
apologize [6]  24/10 131/8 131/11 232/19
238/19 258/20
apparently [1]  128/13
appear [2]  35/17 88/3
appearance [1]  119/14
appearances [2]  1/15 2/7
appellate [1]  85/20
applies [1]  15/4
apply [3]  15/1 61/14 73/14
appreciate [2]  59/16 252/11
appreciating [1]  252/16
approach [3]  188/9 242/21 263/10
appropriately [2]  31/10 31/20
approximately [2]  13/10 198/5
April [2]  134/19 196/7
arbitration [1]  58/15
area [3]  33/23 226/20 265/7
areas [1]  213/24
aren't [1]  61/4
arena [1]  113/13
argue [1]  235/2
argument [1]  85/25
arguments [1]  237/20
Armed [1]  134/4
Armstrong [6]  151/20 151/22 159/20 219/21
228/16 241/24
army [3]  90/13 167/2 167/3
around [17]  6/12 35/11 60/6 66/8 68/6 68/9
68/11 69/6 117/24 117/25 119/7 123/4 228/9
242/19 242/19 243/11 243/17
arrangements [1]  35/25
arrest [5]  73/21 78/8 173/23 174/1 176/23
arrested [64]  34/3 36/25 36/25 37/3 40/9
40/11 49/11 49/12 52/1 55/16 57/10 60/5
60/9 62/8 66/1 72/1 75/14 78/9 78/10 81/25
81/25 83/25 87/22 91/1 94/14 95/21 95/21
97/18 101/8 104/3 104/6 106/20 118/16
118/19 122/15 136/8 139/2 141/7 144/23
146/7 152/12 157/3 159/8 160/12 161/13
162/7 163/11 164/23 166/24 170/9 172/18
172/20 174/4 174/23 175/16 179/2 182/23
182/24 185/3 185/3 214/12 214/12 244/10
245/19
arrests [1]  118/13
art [1]  65/22
article [3]  247/4 248/19 250/6
artificial [1]  136/15
arts [4]  44/8 65/22 87/17 152/6
as-needed [1]  161/7
Ashley [1]  32/11
Asia [1]  141/21
Asian [1]  141/1
aside [5]  194/5 215/19 248/10 254/12 263/17
ask [88]  3/16 6/14 7/10 8/20 8/21 9/5 9/11
10/6 13/5 13/8 13/11 14/2 14/10 15/17 22/21
24/23 25/3 25/16 26/2 26/7 26/9 27/10 35/8
36/10 40/21 50/4 62/2 69/2 70/18 70/21
79/16 96/11 107/21 113/24 114/5 117/13
117/19 117/23 118/1 124/13 124/14 130/12
135/18 142/12 147/6 159/17 159/22 162/6
167/8 167/9 187/17 187/20 187/22 188/17
192/18 195/18 196/23 196/24 209/9 211/6

212/20 212/22 214/9 214/14 214/25 217/19
221/12 221/13 222/16 226/21 230/5 232/18
235/1 235/7 235/13 237/19 237/19 238/23
240/8 240/9 246/25 251/12 252/8 253/8
257/8 258/23 260/10 263/1
asked [19]  70/23 79/1 106/4 117/5 122/14
181/5 187/21 187/25 188/1 188/2 188/3
188/10 190/17 190/25 196/22 217/17 232/15
237/6 237/23
asking [10]  11/18 24/11 24/21 42/15 56/6
70/19 182/1 200/21 208/3 222/21
asks [1]  52/23
aspect [1]  24/25
assault [2]  60/13 73/22
assist [1]  100/13
assistant [7]  10/22 11/1 11/5 19/11 37/2
184/20 214/3
assisting [4]  106/16 133/8 135/1 234/9
associate [3]  44/8 134/22 152/5
associate's [2]  90/12 182/18
associated [1]  246/3
assume [3]  35/21 119/19 237/9
assumed [1]  226/19
assumes [1]  216/3
assuming [11]  3/4 4/11 47/1 112/6 112/7
119/6 119/8 217/1 228/5 250/20 255/5
assure [2]  93/4 94/3
ATF [1]  96/3
Atine [6]  156/18 156/19 159/18 211/23
223/12 223/13
Atsuko [1]  196/2
attempt [2]  66/11 92/16
attempted [2]  65/7 86/12
attend [2]  7/25 88/18
attending [2]  8/10 157/13
attention [7]  54/20 110/11 110/13 124/7
127/2 265/12 265/19
attitude [1]  63/1
attitudes [7]  28/15 40/18 49/22 96/7 136/20
161/19 173/1
attorney [17]  7/7 10/22 11/2 11/10 19/11
70/3 85/18 85/21 119/10 119/14 119/16
122/7 122/7 122/11 174/14 214/3 245/16
attorney's [3]  1/17 19/11 121/11
attorneys [9]  10/10 10/16 31/15 69/5 187/16
197/8 213/20 213/22 238/3
Audits [2]  216/22 216/23
August [1]  1/8
aunt [1]  86/18
AUSA [2]  1/16 1/16
author [2]  224/4 231/2
auto [2]  90/18 106/15
automatically [6]  186/13 186/24 234/4
234/16 236/11 236/19
automobile [2]  179/21 180/4
automotive [2]  156/23 182/18
availability [2]  79/4 165/8
available [2]  35/5 257/21
Aviv [1]  138/24
avoid [3]  10/11 69/12 206/21
aware [4]  56/18 75/15 76/21 96/22
away [5]  40/2 62/1 106/14 143/2 143/8

**B**

baby [2]  113/7 259/1
bachelor [3]  33/25 75/9 184/24
bachelor's [8]  71/16 100/23 131/20 152/6
156/24 159/4 175/13 178/25
back [97]
background [14]  14/25 95/15 116/20 133/7

136/3 146/2 150/9 152/5 164/20 170/3
184/24 229/16 234/9 235/10
backgrounds [2]  9/16 9/22
backstrikes [1]  199/19
bad [5]  66/3 68/4 226/8 229/17 245/17
badly [1]  170/19
Baker [4]  44/3 44/4 208/5 208/12
balance [1]  68/4
balcony [1]  86/9
bald [4]  127/3 128/12 130/19 130/21
Bandit [2]  117/1 207/11
bank [5]  3/5 3/7 3/11 3/12 86/20
baptized [1]  220/21
bar [1]  189/10
Bardfeld [5]  1/16 2/9 10/24 129/15 200/13
barista [1]  131/19
bartender [2]  95/13 150/5
base [6]  90/20 121/24 192/9 215/20 248/13
254/13
based [28]  3/21 16/3 21/25 27/4 34/8 49/20
55/19 64/24 75/21 82/7 96/5 101/16 127/19
139/13 139/19 142/8 145/2 152/18 165/2
183/25 187/17 195/5 239/10 251/12 252/12
254/4 257/1 257/5
basic [1]  15/1
basically [12]  5/18 26/13 41/10 59/2 71/23
72/1 101/19 153/3 153/7 157/16 161/23
194/20
basis [5]  15/17 22/21 161/7 188/17 251/2
bat [2]  17/20 251/22
batch [1]  200/14
bath [2]  170/6 176/9
bauxite [1]  72/10
Beach [36]  1/7 1/24 26/12 32/13 57/3 59/20
61/8 71/8 75/5 77/24 81/10 85/18 87/10
87/14 89/2 100/25 103/20 104/10 107/4
135/2 136/1 144/18 154/19 160/2 160/8
162/25 163/7 164/18 166/19 172/8 172/10
174/13 182/25 183/17 184/19 184/21
Beach-Acreage [1]  77/24
Bean [7]  70/18 71/5 71/7 208/18 231/23
231/24 241/12
bear [2]  25/2 26/4
bearing [1]  225/14
because [114]
Beekley [1]  196/13
before [77]  1/12 2/23 3/15 6/7 10/15 14/8
14/23 16/13 17/16 25/24 26/2 26/19 28/11
28/12 32/17 34/1 35/6 40/6 49/6 58/9 58/10
61/6 65/24 68/24 70/18 75/10 85/24 90/23
94/12 106/17 111/21 117/12 131/10 132/6
133/9 134/17 141/4 143/16 143/19 144/21
146/3 146/3 147/17 150/10 152/9 153/20
157/1 157/3 159/6 160/9 161/9 163/14
163/18 166/22 169/13 172/15 174/19 175/15
181/24 182/3 182/3 185/1 187/20 191/16
198/18 200/5 200/9 214/18 231/15 241/14
242/15 242/20 252/3 252/3 252/5 261/6
266/9
beforehand [1]  6/3
begin [3]  2/21 121/13 248/12
beginning [3]  125/1 202/4 252/20
behalf [4]  2/9 8/18 42/5 103/11
behind [5]  25/9 123/10 264/14 264/18
265/24
being [6]  8/19 14/7 26/1 27/5 28/15 30/17
34/12 44/17 47/25 52/19 61/1 61/22 66/4
69/10 69/10 72/6 72/9 77/16 86/16 86/24
87/25 88/25 91/5 96/20 97/17 109/10 109/13
112/2 117/17 119/18 120/8 120/24 121/1

**B**

being... [28]  123/22 124/17 124/17 124/25 125/12 130/8 139/2 139/5 139/15 139/25 140/2 148/13 152/17 166/7 181/5 189/13 189/17 190/7 195/10 205/13 211/8 212/8 216/13 236/11 240/13 244/1 245/19 261/7
beings [3]  217/23 218/25 232/15
belief [10]  184/5 192/10 219/12 223/14 234/1 234/3 234/5 236/9 236/12 236/14
beliefs [12]  193/17 193/24 217/21 217/24 218/23 221/16 223/2 223/6 233/17 233/20 234/17 236/7
believe [80]  3/1 18/20 38/16 43/22 67/21 68/2 74/11 80/24 93/21 98/13 99/14 99/16 105/16 106/6 109/17 109/23 118/15 119/22 126/23 127/6 127/7 128/17 138/5 139/9 146/12 148/24 149/11 171/22 171/23 173/14 173/19 176/1 181/6 181/11 183/21 186/2 186/4 186/7 186/8 186/13 186/17 186/21 186/23 187/22 188/4 188/13 217/21 218/8 218/12 218/13 218/23 219/1 219/3 219/6 219/13 219/22 220/3 220/13 220/13 220/19 221/14 227/2 230/9 231/6 233/3 234/6 234/11 234/12 234/14 236/4 236/5 236/14 236/15 236/20 247/3 250/17 250/19 250/21 257/22 262/22
believed [1]  27/25
believes [4]  232/16 232/23 233/18 234/13
Belle [1]  103/25
belong [1]  61/5
beneficial [1]  250/24
benefit [1]  250/21
Benny [1]  90/16
besides [3]  107/14 134/24 176/3
best [6]  3/20 201/11 231/4 236/23 264/2 264/12
Beth [4]  11/2 195/23 196/5 196/8
better [5]  11/19 63/2 76/17 205/10 220/24
Betty [1]  145/22
between [8]  28/20 73/10 76/5 87/16 119/5 120/4 218/24 233/21
Beulen [1]  196/2
beyond [16]  9/11 15/9 15/15 15/24 16/13 20/12 20/14 20/19 21/14 22/13 64/18 73/14 108/22 109/1 230/3 249/11
bias [3]  75/21 204/23 245/16
biased [2]  59/12 193/20
Bible [3]  218/8 235/10 235/11
biblical [1]  87/17
big [8]  60/6 115/18 144/9 165/16 165/22 207/23 262/16 263/20
bilingual [1]  142/3 142/3
bill [1]  72/21
bill-ability [1]  72/21
biller [1]  152/4
bills [1]  102/13
biology [2]  163/8 175/14
bit [15]  9/16 9/21 26/10 32/7 44/22 59/12 84/12 110/24 139/9 151/12 151/13 189/8 214/8 215/18 234/9
black [2]  126/18 264/17
Blankers [1]  126/21
bleeding [1]  63/21
blond [2]  229/6 229/7
blond-haired [1]  229/7
board [4]  28/11 28/12 90/8 135/25
boards [1]  94/25
Bobbie [1]  196/6
Boca [14]  1/22 33/22 34/6 38/8 39/9 90/6

94/8 100/18 101/2 138/19 144/16 150/6 182/14 192/6
Body [1]  176/6
Boehmke [7]  112/23 112/24 113/2 205/6 241/19 242/18 258/19
booked [1]  112/11
books [15]  224/5 224/10 224/11 224/13 224/13 224/16 224/16 224/16 224/21 225/3 225/9 226/2 226/4 226/10 226/11
Born [1]  220/3
boss [2]  146/14 146/19
both [25]  25/24 38/8 45/19 58/12 61/9 73/3 105/13 127/21 128/13 128/25 133/22 137/22 145/11 146/1 146/6 148/14 160/6 169/15 174/21 179/3 204/10 207/25 209/7 244/18 244/20
bother [3]  133/21 231/6 239/15
bottle [1]  36/14
Boulevard [1]  1/17
Boynton [5]  57/3 65/18 100/25 107/4 135/2
boys [1]  91/1
Brazil [3]  113/8 256/5 258/15
Brazilian [1]  256/3
breadwinner [1]  61/20
break [18]  10/9 68/24 78/13 78/14 89/2 89/4 117/12 137/17 145/15 146/21 162/15 177/2 177/8 177/15 180/14 187/16 198/2 198/4
break-in [4]  78/13 78/14 137/17 180/14
break-ins [4]  162/15 177/2 177/8 177/15
breaks [3]  68/12 69/2 138/10
breast [2]  71/11 107/19
Brezak [8]  32/6 32/11 117/23 118/2 118/8 118/10 121/7 241/8
brief [1]  231/9
briefly [3]  8/23 11/17 122/4
bring [25]  6/7 31/2 54/4 64/5 70/11 122/25 126/11 131/3 131/10 182/10 198/18 204/20 212/21 219/16 240/2 240/3 245/11 246/21 250/4 253/15 256/4 256/9 261/21 263/25 266/12
bringing [2]  20/9 129/11
broke [9]  92/6 101/2 104/8 136/9 172/19 177/5 177/12 177/13 179/23
broken [6]  61/1 61/9 161/16 172/21 179/4 185/4
brother [23]  26/21 29/25 57/10 57/20 95/21 97/17 104/5 104/24 116/24 131/23 133/13 133/21 146/6 148/2 172/24 176/21 182/23 183/13 185/5 187/4 207/11 212/14 244/11
brother's [3]  132/17 135/8 185/22
brother-in-law [2]  182/23 183/13
brother-in-law's [2]  104/5 104/24
brothers [2]  179/2 179/16
brought [12]  4/25 8/25 101/4 118/25 179/16 184/6 228/22 228/23 232/14 254/19 265/3 265/25
Broward [3]  1/17 90/7 100/21
Bruce [1]  18/14
brutality [2]  106/18 107/22
BS [1]  26/18
budget [1]  136/1
builder [1]  97/1
building [4]  46/8 51/10 55/10 96/25
bunch [2]  59/5 262/17
burden [15]  20/7 20/8 20/10 20/21 21/4 21/6 22/3 22/17 24/14 56/2 56/19 73/10 73/15 109/1 251/18
burdens [1]  162/1
burglaries [6]  65/6 67/5 67/9 79/22 86/11 162/12

burglarized [6]  67/8 152/14 156/6 157/4 178/2 178/3
burglary [8]  38/3 105/8 158/16 171/20 177/4 179/20 180/3 185/19
burgled [1]  170/12
bus [1]  80/15
business [19]  35/4 40/3 65/22 71/17 95/23 97/22 134/5 136/4 141/2 142/4 142/5 142/8 152/7 152/8 159/4 170/4 174/16 178/22 256/19
businesses [1]  92/18
buy [1]  55/25
buyer [1]  57/4
buying [1]  86/8

**C**

C-h-o-r-o-m-o-k-o-s [1]  196/12
Caesar [1]  233/24
Caesar's [1]  233/24
cahoots [1]  245/23
California [4]  94/10 94/19 203/3 203/10
called [16]  15/5 20/7 20/12 39/12 42/16 59/21 97/10 108/8 108/19 122/11 134/4 155/16 164/21 194/25 226/18 243/17
calling [3]  42/18 126/21 266/4
came [12]  19/10 42/19 68/2 122/14 153/20 164/7 170/4 177/6 194/23 195/1 214/18 246/2
camping [1]  229/5
campus [1]  158/9
Camron [1]  90/18
can't [45]  7/18 11/13 23/13 27/7 35/6 35/6 47/3 47/8 53/5 55/1 74/20 77/15 81/1 85/9 85/11 86/25 87/21 104/14 107/8 107/13 111/4 114/9 124/11 133/24 133/24 139/23 143/19 144/7 150/23 154/22 157/11 170/22 180/12 192/13 192/19 211/11 211/12 212/5 212/10 212/14 221/18 260/18 265/5 265/10 265/14
cancer [7]  48/23 48/25 49/2 50/18 71/11 107/19 117/5
Candice [1]  196/11
candid [1]  216/13
cane [1]  68/2
cannot [24]  16/12 17/6 18/20 19/7 22/11 22/14 22/19 22/24 25/20 80/10 115/8 139/11 140/6 141/9 144/5 144/5 146/24 150/24 165/16 165/20 165/23 233/16 233/17 244/23
capable [2]  152/19 205/12
capacity [2]  95/19 216/15
captain [2]  187/5 187/6
car [16]  64/6 91/2 92/25 136/9 137/17 146/5 147/10 161/11 161/16 162/13 162/16 178/3 179/4 179/22 180/14 207/11
card [21]  61/2 61/3 61/4 61/5 65/6 96/1 99/6 106/23 109/10 113/14 157/4 158/19 161/15 162/11 162/14 189/3 259/4 259/7 259/9 259/12 260/25
Cardoza [1]  174/18
cards [4]  189/18 191/16 260/9 260/25
care [8]  2/24 78/21 79/6 88/12 114/2 115/18 156/22 212/14
career [2]  116/24 135/1
Caribbean [2]  72/10 208/21
Caridad [2]  135/2 135/5
Carla [1]  206/22
Carmeta [2]  160/1 220/2
Carolina [1]  90/16
carpet [1]  128/1
carrier [1]  159/3

# C

Carroll [14]  75/3 75/5 197/2 197/3 238/7 241/13 242/16 246/21 246/21 246/22 248/18 249/17 250/2 256/6
carry [4]  34/22 82/1 84/1 99/2
carrying [1]  161/25
cars [3]  83/9 152/14 156/5
Cartales [8]  177/20 177/21 230/19 238/7 242/3 242/17 250/4 250/10
case [404]
cases [19]  15/1 37/8 45/24 47/10 47/15 51/9 51/10 51/19 62/18 63/9 73/4 73/18 76/9 79/18 93/19 95/20 153/18 244/20 246/19
cast [1]  233/6
casting [1]  221/15
Catholic [4]  220/21 220/22 232/20 232/23
caught [5]  120/25 143/3 171/23 175/21 206/25
cause [51]  38/11 38/16 42/10 67/21 74/7 74/10 79/5 93/17 93/20 99/13 105/15 120/10 126/25 127/16 130/9 130/12 130/24 134/12 137/25 138/5 149/10 154/3 173/13 173/18 183/20 189/21 194/3 197/25 199/12 200/15 200/21 201/1 201/2 201/10 201/16 201/17 201/17 202/17 203/12 203/13 204/22 205/4 205/16 211/6 223/22 239/6 243/1 247/23 253/9 254/5 261/12
causing [4]  5/24 6/4 110/7 110/8
caved [1]  63/20
center [6]  134/22 135/2 135/4 135/5 135/6 172/8
Central [1]  172/22
certain [5]  92/18 129/8 145/3 257/17 260/18
certainly [6]  13/19 61/24 175/4 218/22 236/6 244/21
CERTIFICATE [1]  268/8
Certified [1]  268/10
certify [1]  268/10
chain [2]  171/2 190/11
chair [1]  68/16
chairs [2]  6/10 6/12
challenge [5]  128/10 201/17 203/4 242/25 255/20
challenged [2]  127/16 204/1
challenges [5]  198/24 198/24 199/1 200/10 258/11
challenging [3]  57/18 58/8 61/24
chance [2]  175/8 237/19
change [2]  20/3 233/2
changed [2]  74/20 78/1
charge [27]  15/7 26/23 30/2 30/3 30/5 30/7 30/7 30/8 47/19 51/23 63/19 73/22 77/13 84/3 84/5 95/21 95/24 131/23 146/9 148/15 175/18 175/18 176/23 244/11 254/20 255/7 260/10
charged [35]  15/6 18/9 26/22 30/1 30/17 31/5 36/25 37/22 44/11 49/11 52/3 60/10 60/12 60/13 64/6 66/2 97/18 98/11 106/21 119/3 119/7 119/9 121/13 136/8 146/7 148/5 148/9 155/21 162/7 164/23 171/13 174/4 183/14 202/23 259/8
charges [33]  4/22 15/7 15/8 15/13 15/21 16/3 16/8 16/24 18/2 19/5 20/9 46/1 57/11 60/8 61/4 62/9 64/18 75/22 78/9 78/10 118/16 118/22 119/18 119/24 179/3 179/16 181/17 184/6 215/15 247/9 247/24 254/7 255/8
Charles [2]  44/4 196/9
cheating [1]  139/19
check [5]  61/6 76/14 76/15 85/12 116/7

checked [1]  52/15
Cher [1]  227/1
Chicago [2]  71/25 72/3
Chick [1]  176/5
Chick-fil-A [1]  176/5
child [8]  26/16 87/13 103/11 118/16 146/9 148/12 152/3 177/24
childcare [2]  26/16 160/4
children [43]  26/15 32/14 33/23 39/13 44/8 50/6 50/12 55/12 59/24 65/20 65/21 71/12 75/9 78/4 81/12 81/16 81/17 83/15 87/15 88/4 88/8 94/10 95/13 100/21 102/9 106/13 113/6 119/7 131/19 134/3 134/17 144/19 145/25 150/8 152/3 159/4 161/8 166/21 170/1 172/11 175/13 178/24 184/22
China [1]  141/1
Chinese [1]  142/3
Chinese-English [1]  142/3
choice [3]  222/8 236/18 236/23
choices [1]  236/16
choose [1]  250/21
chooses [8]  22/7 22/8 22/11 22/18 22/24 23/8 23/13 24/16
choosing [1]  200/4
Choromokos [1]  196/11
chose [1]  232/6
chosen [3]  86/4 87/3 146/22
Chris [2]  33/21 196/9
Christian [2]  220/3 220/12
chronic [3]  107/7 170/15 170/23
church [4]  84/20 232/23 235/14 235/24
CIA [2]  96/4 99/10
circumstances [3]  16/7 64/24 210/13
cities [1]  228/9
citizens [1]  13/24
city [8]  56/3 71/13 80/6 80/7 101/1 101/6 170/12 179/5
civic [4]  8/21 9/12 13/5 13/23
civil [17]  32/18 36/11 71/19 73/3 73/8 73/11 85/20 85/22 106/17 108/14 108/19 109/2 147/8 147/9 152/10 155/16 217/10
claim [2]  33/5 51/14
claimed [1]  209/5
claiming [1]  139/17
claims [2]  9/4 71/23
clairvoyant [3]  5/10 12/20 194/14
clairvoyant-type [1]  5/10
clarification [1]  6/3
class [4]  157/17 158/5 158/8 158/11
classes [7]  157/18 157/25 158/3 158/6 158/10 211/24 211/25
Claude [1]  196/9
clean [1]  60/25
clear [3]  76/18 93/24 206/12
cleared [1]  104/4
clearly [1]  14/21
Cleary [1]  196/11
Clematis [1]  1/24
clerk [3]  90/8 103/22 254/24
client [18]  55/23 55/24 55/25 69/6 72/8 74/18 191/8 192/16 217/5 217/11 230/11 239/10 256/12 256/12 256/13 256/14 257/6 258/2
client's [1]  256/16
clients [10]  10/17 69/6 99/22 141/21 211/5 216/20 221/20 238/23 256/22 257/18
cloak [1]  249/8
close [43]  34/3 34/4 44/10 44/15 49/10 49/14 49/15 49/16 51/16 75/13 75/15 75/25 81/24 82/2 82/4 82/4 87/21 87/23 94/13 95/20 96/2 107/3 113/22 136/7 146/8 146/10 150/14

152/15 157/5 159/7 159/8 159/9 166/24 166/25 175/1 175/1 175/23 178/1 199/10 230/12 244/9 260/11 265/20
closer [1]  220/21
closest [1]  60/11
closing [1]  76/5
club [1]  69/23
coach [2]  5/13 5/15
coaches [1]  90/9
cocaine [4]  172/19 173/22 173/25 174/4
Coconut [3]  189/1 189/10 189/20
codeine [2]  110/20 110/24
codeine's [1]  111/6
Cole [21]  95/7 95/9 106/4 191/7 192/15 210/25 216/17 229/3 238/20 239/1 241/18 242/19 256/1 256/2 256/4 256/7 256/8 256/8 256/9 256/10 258/11
collector [1]  176/8
college [15]  29/14 33/24 57/8 78/5 81/21 87/12 87/15 95/14 100/22 102/9 106/14 133/8 141/2 163/7 184/22
Colorado [3]  26/22 30/1 30/5
Columbia [1]  55/10
Comcast [1]  83/22
comes [2]  173/19 227/2
comfortable [1]  68/15
coming [19]  11/5 38/16 56/20 67/22 74/11 99/14 109/18 111/25 112/12 112/20 124/8 137/10 149/11 169/12 200/3 218/11 218/11 218/12 266/6
comment [7]  127/5 127/24 128/12 183/24 184/1 229/9 262/2
comments [1]  130/16
commercial [4]  75/11 76/8 85/19 85/22
commercial-landlord-tenant [1]  75/11
commission [4]  79/8 101/19 142/8 211/12
commissioned [1]  144/18
commissions [1]  102/4
commit [3]  12/4 12/6 255/7
commitment [1]  222/22
commitments [1]  72/8
committed [1]  136/9
communicate [1]  221/7
communicating [1]  220/4
communication [5]  217/22 218/24 219/23 232/15 257/14
communications [1]  163/7
community [3]  9/9 14/1 153/22
company [31]  44/21 58/13 58/18 59/21 61/3 61/21 61/21 65/19 66/20 66/21 66/22 71/15 75/25 116/19 134/4 134/9 134/10 142/2 142/3 142/6 146/5 147/10 147/20 152/4 153/1 171/6 171/11 190/11 208/19 208/25 211/21
company's [2]  74/22 209/3
complaints [1]  124/18
completed [1]  99/21
completely [2]  114/11 186/10
completion [1]  123/17
components [1]  140/25
computer [1]  146/23
concept [4]  20/25 21/2 21/16 23/23
concern [7]  115/9 124/16 125/12 129/3 129/7 146/17 146/23
concerned [8]  23/20 77/3 77/8 127/19 127/25 207/25 228/2 251/8
concerns [2]  55/18 56/14
concluded [1]  243/7
conclusions [2]  247/17 252/5
condition [3]  66/18 68/1 80/10

**274**

## C

conditioner [1] 26/17
conditioning [1] 26/17
conditions [1] 28/1
conducting [1] 12/22
confer [3] 8/4 238/2 239/19
conference [3] 208/22 239/21 243/7
connecting [1] 259/25
connection [3] 77/5 257/4 257/6
connotations [2] 4/24 4/24
consider [11] 11/25 13/16 13/19 22/12 22/19 22/24 23/9 23/15 24/1 191/18 195/6
considerable [1] 24/22
consideration [2] 39/5 248/7
conspiracy [2] 120/4 255/7
conspiring [2] 12/4 12/6
constantly [4] 107/8 110/7 110/8 228/9
Constitution [1] 237/8
constitutional [3] 22/1 22/6 22/23
construction [3] 65/21 71/23 183/10
consultant [2] 59/21 71/9
consulting [3] 59/22 61/22 174/15
contact [2] 69/8 69/12
contacted [2] 39/24 146/18
contacts [1] 191/19
contempt [1] 128/3
contest [3] 60/15 63/21 63/23
continue [6] 60/16 68/24 69/16 117/12 117/19 131/14
contract [4] 32/18 33/5 45/1 75/25
contractor [5] 44/7 66/24 74/19 86/8 182/15
contrary [1] 217/8
contribute [2] 235/14 235/16
control [3] 46/22 107/8 153/23
controller [2] 44/6 45/18
conversation [4] 115/3 167/7 264/7 265/17
convey [1] 193/22
conveyed [1] 194/1
convict [1] 108/17
convicted [4] 31/7 86/19 94/13 133/14
convictions [1] 148/2
convince [3] 15/15 19/23 108/15
COO [1] 171/1
Cook [2] 85/21 196/7
cooks [1] 80/13
cooperation [6] 68/25 70/17 131/12 197/13 213/21 243/24
copy [2] 2/25 134/21
Cormican [1] 196/5
corner [3] 262/9 264/9 265/20
corporate [2] 90/14 153/13
corporations [1] 99/20
Corps [4] 172/13 173/7 173/10 173/18
correct [50] 3/25 4/18 19/20 23/10 37/20 38/9 41/15 41/23 42/1 43/2 43/15 43/17 43/25 45/5 47/20 50/19 51/3 56/8 57/21 58/19 58/22 59/14 62/10 62/11 63/22 64/13 77/11 77/20 85/13 89/15 102/2 112/15 122/1 122/13 122/18 142/14 148/2 157/20 169/9 184/15 188/14 188/22 194/10 217/3 217/5 242/7 246/9 248/15 257/25 268/11
correctional [1] 154/10
Corrections [6] 26/18 27/13 27/15 27/17 29/1 29/18
correctly [2] 59/2 196/1
cost [1] 55/20
costly [1] 165/1
cough [10] 59/5 107/7 107/14 110/6 110/7 110/19 123/25 170/16 170/18 170/23

coughing [3] 110/14 110/18 170/19
couldn't [19] 17/21 35/1 35/14 36/4 60/16 77/12 78/6 86/2 91/8 102/13 119/7 126/17 127/22 152/20 160/16 173/4 189/17 189/24 206/24
counsel [8] 2/7 7/11 7/23 7/24 70/10 126/12 154/15 198/17
count [6] 12/4 12/5 12/6 198/2 238/6 239/5
counter [1] 178/23
countries [1] 63/3
country [11] 13/24 22/2 55/21 62/23 62/25 63/2 63/6 100/4 141/1 260/22 260/22
counts [4] 12/5 12/7 12/8 12/18
county [20] 32/13 47/2 55/14 71/19 87/11 87/14 87/19 89/2 89/4 89/5 90/8 100/21 104/10 125/4 144/18 148/17 149/25 154/19 163/1 172/10
couple [17] 4/6 44/17 47/6 47/7 66/10 79/16 87/13 113/15 118/11 121/8 143/8 172/22 177/2 199/24 214/23 264/10 264/11
course [15] 5/16 20/4 42/14 59/3 60/21 114/22 115/5 116/23 127/9 163/15 184/8 232/10 232/17 233/23 233/25
court [39] 1/1 1/23 2/1 27/6 28/8 28/22 33/5 47/3 49/25 52/24 56/19 60/20 61/20 66/16 69/22 71/19 75/23 89/14 91/6 91/10 101/18 114/11 119/12 119/13 119/15 132/4 141/18 152/21 153/20 157/9 173/3 175/5 205/19 206/20 214/5 216/20 216/21 229/21 233/12
courtesy [1] 117/16
courthouse [6] 69/7 69/7 87/20 117/6 244/15 263/2
courtroom [30] 2/15 8/12 11/6 16/6 27/20 69/18 70/12 117/18 118/5 131/4 194/13 197/14 197/16 213/13 214/15 217/16 218/1 243/21 244/3 249/22 253/7 255/19 258/10 261/11 261/22 263/15 264/1 264/4 265/23 266/19
courts [1] 66/9
cousin [9] 71/25 72/4 74/1 74/3 86/21 120/20 161/11 162/7 194/25
cousin's [1] 73/21
cover [3] 34/13 34/21 210/8
coverage [5] 34/15 35/11 36/1 36/7 88/15
covered [2] 35/20 202/25
covering [1] 115/23
CPA [5] 95/9 95/10 99/24 100/6 239/6
CPE [1] 1/23
CR [2] 1/2 2/6
crazy [3] 222/8 236/20 236/22
create [1] 178/12
credence [1] 39/1
credibility [1] 38/23
credit [18] 61/2 61/3 65/6 96/1 99/6 106/23 109/10 113/14 157/4 158/19 161/15 162/11 162/14 259/4 259/7 259/9 259/12 260/25
cries [1] 169/3
crime [45] 15/6 22/1 26/24 28/20 30/17 34/3 34/4 49/11 49/15 52/13 55/17 57/12 60/21 66/2 75/15 75/19 78/14 82/3 87/23 96/1 97/18 97/23 101/8 104/7 106/21 106/22 116/23 119/22 119/23 131/24 133/14 133/18 136/9 141/8 144/23 150/12 152/13 156/3 159/8 162/8 163/12 167/1 174/25 182/25 185/4
crimes [15] 12/18 28/16 38/2 38/2 39/19 60/10 60/25 65/6 72/2 91/1 99/5 139/2 156/7
criminal [32] 9/3 9/4 13/25 15/1 15/4 20/8 20/12 21/25 36/11 36/13 71/20 73/3 73/9 73/11 96/20 100/24 116/25 123/6 123/14

123/18 124/16 124/25 125/12 133/15 147/8 155/17 189/13 191/19 217/11 217/13 223/16 246/5
CRR [2] 1/23 268/16
cruise [6] 43/7 43/8 43/19 43/23 43/25 208/8
Cruz [2] 149/21 149/22 205/20
cry [2] 168/22 168/24
culture [5] 226/17 226/18 227/3 228/6 228/6 228/7 229/16
Cunningham [5] 159/24 160/1 220/2 224/6 241/25
current [2] 132/6 167/18
currently [22] 59/23 60/17 72/24 75/25 95/11 131/18 132/7 132/25 135/24 146/8 146/14 148/16 156/24 157/10 157/19 160/3 161/23 163/2 174/13 176/7 176/9 178/24
curse [1] 233/1
cursed [3] 126/21 236/10 236/11
curses [4] 221/15 232/17 233/3 234/4
cushioned [1] 68/16
custodian [1] 78/1
cut [3] 198/23 198/24 198/25

## D

DA [2] 64/3 64/9
Dan [1] 182/14
dangerous [1] 101/5
Dantica [4] 175/9 175/11 212/13 220/10
Darren [1] 196/8
data [1] 77/25
date [1] 79/2
Dated [1] 268/13
daughter [26] 48/22 49/11 52/18 57/6 71/13 78/10 79/19 101/2 102/9 104/6 105/4 106/14 106/20 116/18 120/4 122/6 122/18 123/7 133/4 136/1 163/5 164/19 170/2 184/23 258/25 259/7
daughter's [4] 106/23 123/5 123/19 214/19
daughters [5] 52/1 138/21 160/5 182/16 182/17
days [11] 34/15 35/19 35/24 40/1 78/20 78/25 140/9 157/15 165/15 165/17 165/20
daytime [1] 141/25
DC [1] 190/18
DCF [7] 89/3 119/4 121/16 122/11 122/12 122/13 122/14
deacon [1] 84/20
deadlines [4] 96/9 99/18 99/19 158/15
deadly [1] 60/13
deal [11] 3/15 4/10 5/22 6/13 47/2 102/10 124/4 127/11 154/25 209/17 254/21
dealing [7] 42/21 60/18 61/5 102/24 154/7 154/21 254/23
dealings [4] 214/10 214/13 214/24 255/1
deals [1] 246/1
dealt [1] 189/13
Deana [1] 195/24
death [2] 106/24 147/10
Debartola [1] 196/10
Debbie [1] 196/2
deceiving [1] 139/15
decide [8] 6/13 51/7 63/4 64/17 92/23 143/18 200/10 229/25
decided [1] 86/1
deciding [6] 22/12 22/25 23/6 53/21 143/6 143/22
decision [16] 22/9 22/15 22/16 27/5 37/12 51/20 62/13 92/25 99/3 144/1 146/4 181/20 181/24 194/9 248/13 254/13
decision-making [1] 22/15

# D

decisions [4]  34/18 39/6 220/25 266/14
default [1]  86/7
defective [1]  86/9
defend [1]  63/12
defendant [24]  1/7 1/19 2/14 3/22 5/9 5/16
8/9 11/11 20/10 21/1 21/1 21/11 22/4 91/15
126/12 126/20 127/22 129/1 139/14 143/10
169/2 206/24 233/22 259/25
defense [11]  2/23 96/19 174/22 200/25 201/2
237/10 239/5 239/9 239/15 244/18 245/16
defined [1]  227/23
definitely [5]  101/5 101/17 102/11 124/11
149/18
defrauded [1]  259/21
degeneration [1]  164/25
degree [31]  26/18 27/14 33/24 39/14 44/9
44/12 55/13 60/2 65/23 75/9 85/23 87/16
87/17 90/12 100/23 119/8 136/3 137/4
138/24 141/2 152/6 152/6 152/7 156/24
159/4 163/6 163/8 175/13 178/25 180/23
182/18
delay [1]  239/23
deliberate [1]  160/21
deliberated [1]  91/20
deliberations [2]  86/3 86/16
deliver [1]  113/19
Delpozzo [1]  195/24
Delray [5]  55/8 75/5 164/18 174/13 184/19
demonic [3]  232/23 233/1 234/3
denies [1]  12/11
dental [2]  57/5 135/7
dentist [1]  71/20
deny [1]  4/11
denying [1]  9/8
department [14]  27/17 29/3 29/6 67/13 88/4
88/8 136/1 153/2 163/21 172/9 179/7 180/19
187/6 215/3
depend [2]  168/1 168/1
depending [1]  199/21
depends [5]  4/5 7/12 102/14 109/21 165/8
Depot [4]  90/14 134/21 137/2 174/14
derogatory [5]  262/3 262/14 262/20 263/2
263/5
describe [8]  5/8 5/19 6/4 8/23 12/19 127/3
264/11 265/6
described [4]  15/12 15/22 16/4 62/3
describing [3]  4/21 5/11 262/20
description [10]  27/4 49/20 66/13 82/7 96/6
101/16 152/18 165/2 257/2 257/5
descriptions [1]  6/2
deserve [1]  221/23
design [7]  65/22 65/22 65/23 137/11 170/5
170/6 171/6
designer [1]  73/1
desk [1]  164/9
desperate [1]  259/9
despite [1]  64/25
destroyed [2]  86/7 117/3
details [5]  98/9 98/18 147/15 148/23 253/20
determination [3]  9/10 9/24 223/18
determine [2]  9/14 9/18
determining [2]  13/17 234/4
develop [1]  28/15
Devereaux [4]  224/5 224/6 224/20 231/3
Device [1]  246/14
devil [1]  233/6
diagnosed [1]  107/18
Dianne [1]  184/19

dictate [1]  236/7
dictionary [1]  113/22
didn't [44]  23/5 24/9 24/10 24/18 24/19 28/2
42/19 52/14 53/6 54/4 56/7 59/4 64/3 64/9
82/20 90/24 91/21 96/15 117/7 123/3 128/4
128/13 147/18 150/18 160/20 165/19 173/16
176/4 187/25 190/24 205/15 206/7 206/7
206/10 206/12 210/18 232/22 238/14 239/14
256/2 256/8 262/12 263/3 263/5
died [1]  169/25
differed [1]  38/24
difference [6]  28/19 73/9 73/12 119/5 141/22
141/23
different [24]  42/6 42/16 61/14 114/12 124/2
135/2 166/2 167/9 186/10 186/10 217/2
217/20 221/13 228/10 229/13 229/15 229/16
229/16 242/10 248/24 260/19 260/21 260/22
260/22
difficult [13]  17/19 25/9 25/13 25/25 31/3
34/19 102/6 140/14 205/7 205/16 222/23
223/3 252/10
difficulty [13]  19/21 36/7 56/16 61/16 68/3
77/16 78/19 79/5 114/23 114/24 151/2
151/14 199/16
diligence [1]  76/3
diploma [3]  133/7 170/4 170/6
dire [2]  5/4 268/3
direct [2]  217/24 228/14
direction [1]  221/13
directions [1]  88/2
directly [3]  154/1 165/13 178/23
director [5]  87/12 88/11 144/17 151/25
153/13
disabilities [36]  27/3 32/23 34/7 39/20 44/16
49/18 55/18 57/13 61/12 66/7 72/6 75/18
78/16 86/23 87/24 96/5 101/16 104/11 107/5
132/1 133/20 139/4 141/12 144/24 146/12
157/7 159/11 160/14 161/18 167/4 170/15
175/2 175/24 178/4 183/1 185/6
disability [7]  82/6 136/13 139/4 152/16
163/13 164/25 172/24
disagree [4]  208/13 208/15 236/13 236/17
disagreement [1]  245/7
disciplinary [1]  88/20
disclose [1]  256/16
discourteous [1]  69/11
discuss [15]  3/15 5/8 10/7 20/7 27/12 69/3
117/13 129/12 131/10 174/23 175/3 175/6
197/9 197/18 238/9
discussed [3]  88/25 199/14 213/23
discussions [1]  58/14
dishonest [2]  139/7 139/10
dismiss [3]  2/23 3/22 122/9
dismissed [7]  60/7 84/3 84/4 89/18 119/15
179/3 179/19
disorder [2]  152/17 222/18
disorders [1]  222/12
dispatcher [2]  103/25 104/10
dispute [2]  47/7 72/1
disputes [1]  14/2
disqualified [2]  127/19 127/23
disregard [1]  254/12
disrespectful [1]  128/6
dissatisfaction [1]  63/22
dissipates [1]  16/14
distribution [2]  103/22 254/23
district [8]  1/1 1/1 1/13 55/10 77/25 78/5
80/20 148/17
divide [5]  230/13 233/13 233/18 234/19
234/24

division [3]  208/21 233/20 233/25
divorce [3]  95/19 134/20 220/20
divorced [4]  32/14 59/23 133/1 166/21
divorces [1]  97/11
Dixie [2]  48/22 50/18
docket [1]  3/23
doctor [1]  165/9
doctors [1]  170/17
does [60]  15/20 15/24 16/10 16/14 17/5 19/14
19/16 19/17 20/15 20/15 20/20 20/22 20/23
20/24 21/2 21/5 21/10 21/11 21/15 21/16
22/22 22/25 23/1 23/11 23/17 23/19 23/19
23/23 23/24 57/2 62/4 63/8 64/10 65/20
66/20 85/22 106/12 109/22 110/10 111/10
113/24 116/4 134/3 134/6 134/12 182/16
187/3 202/24 208/13 228/4 230/15 230/24
231/6 231/8 232/23 233/2 244/23 246/7
251/23 254/5
doesn't [20]  8/9 20/16 20/17 21/8 21/18 22/4
22/5 23/24 80/10 80/11 80/14 110/12 117/2
133/21 135/10 138/23 202/20 232/6 237/12
254/8
dog [1]  95/2
doing [20]  10/3 25/1 25/5 28/14 29/8 29/9
50/23 67/15 121/18 132/15 135/1 139/6
152/23 152/24 158/5 163/15 164/5 189/25
200/20 235/22
dollars [1]  230/12
domestic [5]  47/7 72/1 97/9 175/17 176/22
don't [267]
done [10]  35/14 72/15 82/16 127/12 134/15
134/25 171/4 174/21 230/14 231/17
door [3]  44/11 61/9 162/16
doors [1]  92/5
dope [3]  52/6 52/11 52/12
Dorn [4]  59/17 59/19 71/1 241/11
doubt [16]  9/11 15/9 15/15 15/24 16/13
20/12 20/14 20/19 21/15 22/13 64/19 73/15
108/22 109/1 230/4 249/12
down [20]  12/1 25/18 26/9 65/14 80/17 89/3
135/2 137/10 189/7 198/23 198/24 198/25
200/9 207/17 211/9 215/7 238/15 248/20
262/9 265/20
downsize [2]  164/6 164/8
downstairs [1]  266/17
downtown [2]  49/7 51/4
Dr. [1]  228/16
Dr. Armstrong [1]  228/16
draw [2]  247/17 252/5
dressage [1]  113/13
drilling [1]  71/15
drink [1]  164/1
driving [6]  37/3 37/22 80/12 95/2 155/21
161/11
dropped [5]  62/9 118/17 118/22 118/23
119/24
drops [1]  170/18
drug [14]  30/3 30/5 30/6 30/7 30/8 78/9
78/10 79/18 91/19 95/21 97/18 133/15 162/7
244/11
drug-related [1]  162/7
drugs [2]  202/5 202/6
due [11]  57/14 76/3 99/20 103/1 141/22
211/1 219/8 220/18 220/20 223/10 223/13
DUI [27]  37/7 47/7 55/17 57/11 57/21 87/20
89/14 104/3 104/15 106/22 109/6 123/8
131/23 132/17 136/6 137/13 148/2 155/9
155/17 160/9 160/18 170/9 171/13 182/24
183/14 185/1 185/12
DUIs [1]  146/7

**D**

duly [1]  14/13
during [24]  5/16 7/25 8/4 8/6 10/8 14/10
 20/3 25/18 26/4 69/2 78/21 79/6 111/4 111/7
 142/1 184/8 198/2 209/21 209/22 228/5
 228/11 237/20 248/14 262/1
duties [1]  27/21
duty [10]  35/18 49/5 51/8 95/17 133/9
 133/10 138/25 142/1 164/21 165/4
DWI [2]  94/13 152/10
DWIs [1]  60/22

**E**

E-mail [1]  1/25
E-n-g-l-e-k-e [1]  196/6
each [8]  6/15 7/10 9/16 9/21 9/22 158/3
 187/1 188/12
earlier [5]  24/11 56/16 96/15 181/5 214/4
early [3]  129/7 165/10 179/2
easier [1]  266/20
easily [2]  68/18 129/16
East [1]  1/17
easy [1]  34/15
economic [2]  203/12 204/20
economy [1]  167/11
Ecuador [1]  71/15
edification [1]  2/15
editor [1]  71/13
education [6]  32/16 65/23 81/20 116/20
 150/9 184/25
educational [10]  88/21 95/14 133/7 136/3
 152/5 153/5 164/20 170/3 174/15 184/24
effect [5]  86/15 86/22 92/8 92/12 92/14
effects [1]  111/15
eight [14]  12/5 32/15 130/23 130/24 134/22
 153/12 153/15 167/21 174/17 179/11 199/22
 204/6 204/9 204/12
Eighteen [1]  203/9
Eileen [2]  77/23 209/14
either [24]  6/11 24/17 31/14 40/8 42/10
 70/23 73/6 73/18 80/3 81/23 98/18 121/11
 152/11 160/10 185/24 194/13 200/14 222/18
 223/1 229/13 247/4 247/7 264/3 264/19
Elaine [1]  196/11
electric [4]  66/22 66/23 66/23 66/24
electrician [1]  103/24
electricity [2]  66/24 66/25
electronic [1]  140/25
elementary [3]  133/4 146/1 184/25
Eleven [2]  94/15 150/12
Elizabeth [1]  59/19
Elliot [2]  94/6 94/7
else [54]  17/5 18/1 18/16 18/25 20/1 67/18
 67/23 69/4 74/21 83/4 86/4 88/16 89/7 99/23
 115/13 118/3 120/17 123/4 126/2 129/4
 129/5 129/16 166/11 179/14 180/7 189/6
 190/20 192/21 193/14 195/13 214/22 215/7
 215/7 216/14 216/14 217/15 218/15 221/4
 221/10 225/1 225/23 235/8 236/17 238/8
 238/16 242/5 242/12 242/14 243/13 243/16
 247/12 247/14 259/13 266/24
else's [1]  127/14
embarrass [3]  10/2 10/12 25/5
embarrassed [1]  231/1
embarrassing [1]  191/4
embarrassment [1]  10/11
embezzlement [2]  104/6 105/3
emergency [1]  244/5
emotional [6]  119/20 123/23 124/4 202/5

222/12 222/18
emotionally [2]  143/9 154/16
emotionally-wise [1]  143/9
emphasize [1]  13/18
employed [29]  26/13 26/16 27/2 33/23 44/6
 59/21 65/19 75/6 77/25 87/12 90/7 94/9
 103/21 103/22 106/11 131/18 135/25 145/23
 150/5 156/21 159/2 164/18 169/24 172/7
 174/14 174/15 177/22 182/15 184/20
employee [3]  57/6 114/3 132/16
employees [1]  107/19
employer [4]  35/16 35/23 207/18 207/20
employer's [1]  36/6
employers [1]  71/24
employment [3]  61/23 132/6 132/10
empty [1]  260/11
end [11]  4/17 4/18 43/14 68/18 72/19 72/19
 117/21 119/23 198/8 199/22 235/9
ended [3]  137/10 147/15 147/16
ends [2]  102/6 199/17
energy [3]  71/9 72/14 72/16
enforcement [100]
engaged [6]  5/9 9/5 12/17 12/23 12/24
 145/24
engineer [1]  71/15
engineering [7]  71/16 136/4 137/3 137/4
 137/7 137/8 182/19
England [4]  170/3 171/8 171/9 171/11
Engleke [1]  196/6
English [15]  84/10 84/14 84/22 113/9 114/8
 114/14 114/15 142/3 150/16 151/3 205/8
 205/9 205/17 206/7 206/10
enough [12]  2/25 80/20 98/17 124/20 130/14
 200/1 207/23 212/25 216/2 229/24 239/25
 240/7
enrolled [2]  156/24 157/10
enters [6]  8/12 70/12 131/4 213/13 261/22
 264/1
entertainment [1]  191/17
entire [7]  34/14 34/19 40/2 54/19 66/12
 146/23 175/12
entirely [1]  20/18
entitled [2]  246/4 268/12
entry [2]  3/23 162/15
environmental [2]  59/22 72/11
Epstein [1]  196/4
equipment [3]  101/3 101/4 101/5
era [1]  67/1
errors [5]  58/12 58/18 58/20 58/21 58/24
especially [2]  25/7 142/4
ESQ [1]  1/19
essentially [1]  12/18
establish [1]  257/23
estate [5]  39/16 40/24 75/7 95/18 113/5
ethnic [1]  228/6
ethnicity [1]  229/14
Europe [2]  113/14 228/9
evaluate [5]  22/16 64/16 120/2 187/1 187/2
evaluating [5]  22/20 23/14 23/21 184/7
 188/9
even [32]  15/11 25/13 34/14 53/11 53/13
 53/24 60/8 62/24 69/7 79/4 79/11 91/11
 103/8 124/14 127/24 128/10 130/1 137/24
 141/12 142/22 143/7 149/7 149/7 153/25
 190/19 190/24 213/5 236/17 253/21 262/11
 265/5 265/13
evening [3]  112/5 242/15 267/3
event [2]  112/14 112/16
eventually [2]  122/16 245/20
ever [27]  31/5 49/8 49/10 49/14 51/22 51/23

75/14 81/22 81/24 82/2 101/7 106/18 131/21
 137/4 157/3 160/12 160/13 166/24 167/1
 188/19 190/14 191/13 196/24 217/11 224/5
 233/5 233/7
every [22]  20/8 68/10 68/12 80/25 88/9 134/8
 136/16 138/25 141/14 157/16 158/5 165/1
 165/6 165/25 166/2 167/23 168/5 168/9
 168/13 206/1 240/24 242/6
everybody [14]  57/2 85/6 129/16 131/3
 140/22 143/10 144/2 144/3 181/19 202/20
 232/17 232/24 234/13 235/3
everyone [47]  2/2 6/9 8/14 8/18 10/25 15/6
 15/20 15/24 16/10 16/14 16/18 16/23 20/20
 20/23 21/6 21/10 21/13 21/21 22/1 22/22
 22/25 23/11 23/17 23/23 24/2 56/6 62/17
 70/8 70/14 93/4 94/3 118/3 118/7 123/4
 131/6 186/24 187/21 187/25 188/11 198/15
 213/15 242/5 242/12 242/14 243/13 243/16
 250/8
Everyone's [1]  130/25
everything [18]  25/18 67/18 85/13 85/13
 91/6 92/23 95/2 101/13 114/9 114/25 115/13
 119/15 164/5 179/19 181/24 186/24 220/22
 233/14
Everything's [1]  95/4
evidence [53]  9/9 11/24 12/1 15/9 15/14 18/8
 20/16 20/18 20/22 22/15 22/16 22/20 23/14
 23/21 54/11 64/4 64/9 64/17 64/20 64/24
 108/9 108/20 108/20 109/3 120/1 121/23
 124/8 124/9 169/15 184/7 194/8 215/20
 221/19 223/20 223/25 227/9 228/5 230/5
 230/10 230/16 231/2 231/16 232/3 233/14
 233/21 234/22 234/23 235/4 237/10 252/3
 252/15 254/14 258/3
evoke [1]  236/3
ex [11]  104/6 105/4 120/5 121/17 122/5
 133/5 133/25 134/2 134/19 167/2 189/4
ex-daughter-in-law [2]  104/6 105/4
ex-girlfriend [1]  189/4
ex-husband [7]  120/5 121/17 122/5 133/25
 134/2 134/19 167/2
ex-husband's [1]  133/5
exactly [5]  26/22 83/17 180/12 186/22
 264/10
examine [2]  7/11 76/4
example [1]  222/19
except [2]  191/3 242/12
exchanged [1]  251/7
exclude [2]  24/10 248/7
exclusion [1]  230/4
excuse [12]  85/5 197/25 200/14 200/15 208/1
 208/9 209/11 211/13 211/19 242/20 253/8
 261/12
excused [19]  126/25 127/25 200/22 210/1
 211/2 211/6 211/8 240/13 240/17 240/23
 241/5 242/5 242/11 243/9 243/16 245/10
 246/17 253/13 266/4
excusing [4]  13/20 202/12 203/7 246/14
executives [1]  256/23
exercise [2]  138/12 200/10
exercising [3]  199/4 200/2 200/5
exits [10]  69/18 118/5 197/16 244/3 249/22
 253/7 255/19 258/10 261/11 263/15
exorcisms [1]  232/24
expect [1]  13/10
expected [1]  4/16
expended [2]  43/4 43/19
experience [34]  36/11 42/21 55/19 58/16
 59/8 62/12 64/15 77/9 89/20 91/23 91/24
 92/9 92/20 97/14 102/20 137/14 147/12

**E**

experience... [17]  160/17 185/12 189/14
189/19 190/3 190/6 190/23 191/2 192/10
193/9 195/5 195/7 195/8 195/9 216/1 216/15
220/19
experiences [11]  9/17 9/22 14/25 57/15 65/8
189/12 193/7 215/2 220/20 220/23 245/17
expert [2]  97/8 97/11
explain [3]  14/25 80/1 113/25
exposure [1]  192/2
express [1]  206/15
expressed [2]  128/25 204/20
Extended [1]  99/19
extent [2]  228/7 248/5
extremely [2]  34/19 244/17
eye [1]  166/2
eyes [4]  165/4 252/22 259/2 259/11

**F**

FAA [1]  44/6
face [1]  265/19
facial [1]  106/11
facilities [1]  172/8
facility [7]  80/9 151/25 153/8 153/11 154/8
244/13 244/16
fact [48]  11/23 11/25 16/3 16/5 29/17 37/21
41/16 61/2 64/4 67/20 69/13 92/24 93/13
93/25 99/9 107/5 120/9 121/13 123/17
134/11 138/4 143/5 146/22 148/4 171/12
171/16 173/9 173/17 174/3 180/17 181/1
181/9 183/9 183/13 183/16 185/22 191/1
193/25 194/2 217/1 217/7 224/21 231/16
254/4 254/18 254/19 255/6 258/1
factor [1]  22/14
factory [1]  90/17
facts [3]  23/4 222/22 232/8
fair [125]
fairly [11]  30/22 30/23 37/12 39/23 61/10
64/17 92/23 98/19 98/21 104/18 148/21
fairs [1]  135/3
faith [1]  220/15
fall [1]  142/1
false [3]  12/8 39/23 76/16
familiar [3]  136/18 155/18 179/8
Families [2]  88/4 88/8
family [58]  26/21 26/23 34/3 39/18 39/20
40/8 40/10 57/11 58/16 66/1 67/18 75/13
75/15 78/15 80/21 81/24 82/2 87/21 87/23
94/13 95/20 101/7 101/20 102/5 102/6
106/20 107/20 112/12 112/20 116/23 120/19
126/20 136/7 139/1 140/7 141/5 147/10
150/12 150/12 150/13 152/12 154/17 157/2
159/7 159/8 160/11 160/12 163/11 166/23
166/25 174/22 176/17 176/18 185/3 214/11
244/5 244/9 244/18
famous [1]  41/9
fan [1]  139/6
fans [1]  231/4
far [31]  16/7 23/20 46/14 57/17 66/4 66/7
66/13 78/8 85/1 86/17 88/21 92/8 92/11
92/13 101/8 101/18 102/23 107/2 107/16
110/16 127/18 127/25 136/21 146/14 185/8
207/25 218/7 225/21 228/2 249/23 251/8
farce [2]  183/2 184/3
farm [6]  113/11 114/2 115/18 115/20 116/7
116/9
fashion [1]  184/23
fatality [1]  147/10
father [16]  8/9 75/16 116/24 122/20 134/2

136/11 146/6 148/2 179/5 180/17 181/1
181/10 205/2 244/14 245/18 246/3
father-in-law [2]  136/11 244/14
FAU [2]  95/15 177/25
fault [1]  222/2
favor [2]  97/2 147/11
favorite [1]  57/16
fear [1]  229/10
fears [1]  229/13
federal [24]  1/21 3/12 3/17 12/8 30/6 44/9
45/21 45/25 55/25 86/20 90/23 91/10 95/24
97/23 97/25 99/1 125/14 134/10 215/2
233/19 234/19 234/20 244/13 244/16
feel [53]  5/2 14/6 17/5 20/2 20/5 23/1 23/7
23/19 23/24 37/11 61/13 61/15 61/16 62/23
62/24 63/11 63/16 63/18 98/19 101/16
104/18 107/13 110/6 124/14 144/2 169/3
189/11 189/12 215/17 215/18 221/25 222/5
223/14 223/22 224/22 228/4 229/17 231/8
237/15 237/15 237/18 244/18 245/16 250/21
250/24 250/25 252/2 258/2 259/18 259/24
260/8 260/12 261/5
feeling [4]  111/14 221/21 223/23 261/4
feelings [13]  30/21 31/9 31/18 42/11 42/12
124/21 124/24 129/14 168/25 215/19 222/24
224/25 247/18
feels [4]  16/1 16/25 18/16 229/15
fees [1]  60/17
feet [1]  133/6
felony [3]  119/8 119/8 244/14
felt [6]  64/2 64/3 211/2 216/3 244/12 245/22
female [2]  7/5 7/6
Ferguson [1]  1/20
Ferrante's [1]  14/11
few [21]  8/23 11/19 12/12 40/21 62/2 96/11
107/21 111/11 114/5 118/1 131/9 132/13
136/10 147/6 191/7 214/7 220/20 232/25
238/5 249/18 265/8
FHP [2]  146/11 149/2
fictional [1]  225/10
field [8]  29/14 45/19 62/6 71/14 88/16 137/4
154/3 183/4
Fifteen [3]  44/16 94/15 159/12
fifth [2]  100/22 133/3
fight [1]  60/15
figure [1]  79/12
figured [1]  66/11
fil [1]  176/5
file [4]  39/22 41/21 42/5 101/10
filed [10]  2/23 3/23 4/6 76/16 103/11 106/24
118/23 119/18 147/19 239/10
filing [2]  12/8 59/2
fill [1]  89/8
finalized [1]  134/20
finally [5]  58/9 58/14 59/4 59/7 167/10
financial [22]  34/25 43/20 44/22 45/6 56/2
56/19 62/5 62/6 63/20 63/21 115/25 116/18
151/24 160/7 162/1 162/3 164/7 176/3
176/15 199/16 207/19 211/4
financially [4]  61/21 101/20 102/4 176/12
finding [3]  5/1 36/7 90/20
fine [9]  5/13 65/15 97/4 129/13 170/11 200/6
208/1 209/8 233/20
fines [1]  59/6
finish [6]  25/23 26/2 78/6 195/2 243/12 250/5
finished [1]  130/5
finishing [2]  116/6 163/6
fire [1]  168/18
firm [7]  61/22 95/10 96/17 96/21 99/24 100/6
100/9

first [54]  3/6 3/7 6/15 6/23 15/4 15/19 15/20
15/25 16/1 16/8 16/23 17/2 17/9 20/20 20/24
21/3 21/13 21/14 22/22 23/1 23/1 23/7 23/10
23/23 23/24 25/8 26/6 27/14 29/5 70/22
70/24 81/22 118/3 119/14 128/16 131/8
132/11 133/5 143/8 188/18 194/13 194/13
200/25 204/25 207/3 213/25 214/25 219/18
219/19 220/7 239/8 245/15 252/21 259/18
fiscal [1]  72/19
fit [1]  266/19
fitness [5]  258/25 259/2 259/7 260/12 260/20
261/5  110/14
FitzGerald [1]  85/21
FIU [1]  137/1
five [15]  4/13 4/14 19/6 32/12 50/21 57/4
90/7 113/6 138/25 213/6 229/6 261/1 262/5
262/8 265/9
fix [1]  86/10
FL [2]  1/18 1/22
flattering [1]  262/3
flesh [1]  216/10
flights [1]  112/12
flipping [1]  189/18
floor [4]  1/18 92/6 243/22 262/1
Florendine [1]  196/1
FLORIDA [37]  1/1 1/7 1/24 26/14 32/12
37/19 39/9 39/12 57/8 81/11 94/8 98/12
100/3 100/11 100/23 114/1 115/18 116/4
119/1 120/15 125/7 131/17 132/25 135/23
137/11 156/20 159/1 163/2 163/4 163/19
164/3 164/17 169/25 172/7 172/22 178/20
184/24
focus [2]  124/9 212/22
follow [63]  15/2 15/18 16/19 21/22 24/3
24/15 27/6 32/24 40/14 49/24 52/23 53/4
53/9 53/9 53/12 53/21 53/24 54/11 54/19
61/19 66/16 72/7 75/22 82/9 86/24 88/2 91/6
94/16 94/16 96/7 101/17 104/13 107/12
108/25 109/3 113/21 124/9 132/3 133/23
136/21 141/18 145/12 150/19 150/20 150/21
157/8 160/15 161/20 163/15 165/3 167/5
170/20 173/3 175/4 178/10 179/10 183/3
185/8 187/17 213/23 232/13 237/7 263/9
following [19]  8/13 16/16 27/25 28/3 57/17
69/19 70/7 70/13 112/1 118/6 126/9 131/5
152/19 197/17 198/14 213/14 237/22 242/24
244/4
follows [2]  22/2 111/3
Foods [2]  57/4 57/6
foolish [1]  221/22
force [3]  90/14 139/3 208/9
forced [1]  162/15
foregoing [1]  268/10
foreman [1]  86/3
foreperson [8]  36/18 46/12 47/12 51/22 73/6
108/2 155/14 185/17
forget [1]  201/11
forgetting [1]  159/22
Forgive [2]  202/10 228/15
forgot [6]  70/20 135/17 159/17 190/16
196/23 239/1
forgotten [1]  86/4
form [3]  69/4 117/13 197/10
formally [2]  119/3 119/6
former [1]  33/1
formerly [1]  90/10
Fort [3]  1/18 34/6 38/8
forth [2]  58/24 218/24
fortune [27]  5/10 5/12 5/17 5/18 12/19 12/21
17/16 92/18 139/6 139/8 139/8 139/14

**F**

fortune... [15]  139/15 139/19 139/23 183/2 183/25 184/2 188/19 190/19 191/9 191/11 193/18 193/22 194/14 217/18 232/2
fortunes [1]  192/9
Forty [7]  130/19 204/5 204/6 204/8 204/9 204/12 212/13
Forty-eight [2]  204/6 204/9 204/12
Forty-four [2]  130/19 204/5
Forty-nine [1]  204/8
Forty-six [1]  212/13
forward [5]  2/23 15/8 15/23 20/16 239/25
foster [1]  88/12
found [8]  28/6 28/20 30/10 30/18 122/16 146/7 161/12 179/23
four [28]  4/13 71/12 79/10 81/12 81/16 81/17 83/15 87/15 90/11 104/7 107/18 113/3 117/4 130/19 150/8 169/25 172/10 172/14 175/20 178/2 204/5 207/2 216/4 238/8 238/11 262/5 262/8 262/23
four-letter [1]  262/20
Fourteen [1]  44/16 159/11 159/12 178/4
fourth [6]  24/7 24/10 24/11 24/19 86/19 262/1
Francisco [1]  149/22
Franklin [4]  1/23 268/9 268/15 268/16
fraud [34]  5/17 5/18 12/5 12/5 12/6 12/19 12/23 12/24 16/4 41/17 46/4 51/14 61/2 65/6 75/22 77/5 96/1 99/6 102/21 106/23 109/10 157/4 161/15 162/11 162/14 235/23 244/15 253/25 254/19 254/21 254/23 255/7 255/8 259/25
fraud-type [1]  41/17
fraudulent [4]  92/17 101/11 189/13 251/8
fraudulently [1]  12/23
Fred [4]  1/9 2/13 11/10 196/13
free [1]  133/16
freshman [1]  87/11
Friday [3]  3/23 88/5 89/11
friend [31]  34/4 37/22 40/8 41/4 41/16 44/10 52/5 52/13 55/16 64/16 64/20 81/24 82/2 82/4 82/5 94/25 96/3 139/1 146/8 146/10 150/14 179/6 180/18 181/2 181/10 182/25 183/16 232/14 235/9 255/3 258/15
friend's [4]  65/1 78/10 79/19 161/1
friends [67]  27/1 34/3 34/5 36/24 38/1 38/7 39/18 39/20 40/11 44/15 49/10 49/14 49/15 49/16 57/12 60/9 60/22 61/7 61/11 62/17 66/2 67/5 67/6 75/13 75/16 78/15 87/22 87/23 91/3 93/6 94/14 95/20 96/2 96/3 99/9 101/7 101/15 104/8 105/11 133/20 136/8 136/11 137/20 137/24 139/3 141/6 141/11 148/16 149/1 150/12 152/12 152/15 157/2 157/5 159/7 159/9 160/13 166/24 166/25 170/13 174/23 175/1 175/23 178/1 190/18 192/5 194/22
front [10]  5/1 25/17 164/9 232/19 248/21 259/1 259/11 259/14 260/8 260/23
fulfill [1]  74/22
full [6]  4/3 44/6 90/19 132/10 138/19 178/20
full-time [4]  44/6 132/10 138/19 178/20
fully [1]  122/8
fun [2]  194/21 225/14
Fund [1]  39/12
funded [1]  134/9
furniture [1]  170/7
further [5]  10/15 14/8 147/17 237/25 258/5

**G**

Gainesville [3]  91/4 93/8 93/11

Gardens [1]  71/8
Gary [1]  196/1
gas [3]  91/2 92/3 92/7
Gasc [4]  184/17 184/19 221/8 242/4
gave [8]  3/6 98/5 221/20 222/10 222/17 246/1 252/22 257/2
general [3]  33/24 182/15 187/14
generally [1]  187/20
generate [1]  189/18
generating [1]  189/24
gentleman [7]  17/4 17/7 25/17 127/3 127/7 128/14 264/21
gentlemen [20]  8/15 8/16 11/9 11/16 14/16 24/20 57/14 68/22 70/16 117/10 131/7 131/8 187/12 196/20 197/7 213/16 213/18 238/2 239/18 239/22
Georgia [1]  244/16
gets [5]  80/11 80/14 143/20 221/23 257/19
getting [4]  6/2 32/15 41/21 66/8 68/3 72/13 129/7 129/11 146/14 165/1 175/13 220/21 252/3 261/23
Ghandour [1]  196/9
gifts [1]  220/14
Gilda [1]  169/22
Girl [1]  160/7
girlfriend [2]  189/4 189/20
girls [2]  59/24 160/6
give [34]  2/25 4/21 6/1 16/19 25/12 27/5 38/22 39/1 53/8 53/13 79/1 143/2 144/9 146/13 179/9 207/22 215/9 235/8 235/24 236/5 236/5 236/10 237/13 238/3 238/4 239/18 253/3 255/9 258/8 259/4 259/5 259/6 259/12 260/25
given [8]  19/5 49/21 82/7 88/2 97/12 170/21 179/10 222/7
gives [1]  256/23
giving [3]  88/24 181/6 186/10
Glade [1]  103/25
glanced [1]  248/20
glasses [2]  54/4 54/6
Glen [1]  39/8
Global [1]  71/9
God [14]  116/2 168/11 218/7 218/7 220/13 220/21 221/7 229/4 232/15 233/18 233/21 233/24 234/21 235/23
God's [1]  233/25
goes [8]  80/14 119/19 161/7 224/20 226/17 228/6 228/7 234/12
going [190]
gone [10]  34/19 66/3 112/2 188/19 191/10 194/14 208/17 210/1 214/5 244/17
Gonzalez [4]  162/22 162/23 162/25 242/1
good [93]
Gordon [1]  196/3
got [60]  6/17 27/14 30/4 36/13 40/5 58/9 61/3 66/2 67/17 67/18 77/18 78/4 80/20 81/12 81/16 81/18 81/20 81/25 82/4 82/22 83/21 84/2 84/3 84/5 86/7 86/10 112/12 122/6 126/11 136/3 136/19 137/5 141/12 141/13 141/25 144/6 147/14 168/19 171/13 181/15 191/6 199/11 201/12 206/16 207/17 207/18 208/4 208/7 208/12 208/13 208/18 209/14 210/17 211/11 212/25 215/7 231/7 232/7 261/18 262/15
gotten [4]  117/11 148/23 206/17 249/4
government [47]  1/4 1/16 4/6 5/20 5/21 6/22 9/6 9/10 13/2 15/14 15/23 16/4 16/12 17/18 20/9 20/21 20/25 21/4 21/11 21/14 21/17 22/4 22/12 22/17 29/17 39/25 59/13 98/24 99/1 108/10 108/16 120/14 139/17 139/18

143/14 143/18 143/22 204/18 213/25 230/3 233/20 234/19 234/20 245/22 246/1 251/18 251/18
Government's [7]  6/21 7/4 12/13 12/16 12/18 92/15 127/20
grade [3]  100/22 133/3 133/5
grader [1]  133/3
graduate [2]  39/13 132/8
graduated [7]  29/14 65/23 90/19 93/10 106/15 132/8 184/23
graduating [1]  132/12
grammar [1]  115/8
grand [4]  3/8 11/22 11/24 44/9
grandma [1]  18/12
grandmother [2]  19/17 19/18
grant [1]  206/13
granted [14]  201/21 201/25 202/14 203/20 203/23 204/12 204/15 205/22 206/5 212/3 212/11 243/4 253/12 261/16
graphic [1]  65/22
great [2]  102/10 236/23
greater [3]  108/8 108/19 129/3
greatly [1]  38/24
Greek [1]  227/12
Greenacres [4]  156/20 159/1 161/4 163/1
grew [2]  86/14 170/3
gritty [1]  67/17
grocery [1]  171/11
group [19]  35/12 40/6 60/6 89/1 89/5 117/11 129/19 155/1 198/3 198/19 213/11 214/9 214/25 240/1 240/2 240/4 240/4 240/6 261/18
groups [1]  89/4
Grove [3]  189/1 189/10 189/20
grown [6]  50/13 71/12 95/12 103/24 160/5 170/1
Guardia [1]  196/3
guess [29]  2/22 3/5 4/7 7/12 39/22 55/8 58/6 76/13 86/12 87/19 88/14 98/21 112/19 118/12 123/5 145/5 175/2 175/6 197/20 197/22 199/14 200/25 209/15 212/9 218/6 252/15 252/15 256/21 256/23
Guidry [3]  2/17 11/13 196/6
guilt [11]  11/25 12/2 16/13 20/10 20/11 20/19 21/4 21/11 21/14 21/18 22/4
guilty [53]  9/7 12/11 15/16 15/24 17/20 18/7 18/9 18/21 20/14 20/22 21/1 21/7 23/2 23/5 28/20 28/21 30/10 30/11 30/14 30/18 47/19 52/7 52/14 52/15 78/11 97/23 98/2 108/10 146/7 170/10 216/4 216/7 225/7 227/9 229/22 229/22 230/3 230/3 230/7 230/7 230/8 230/14 231/7 233/14 234/22 234/23 237/24 244/14 249/5 249/8 249/9 251/19 252/22
gun [3]  64/6 72/1 86/13
gut [1]  220/24
guy [10]  19/11 36/13 81/9 143/2 264/13 264/19 264/20 265/24 266/1 266/2
guys [4]  57/17 116/6 264/10 264/12
Gwen [1]  106/9
Gypsies [5]  226/19 227/1 228/17 228/23 229/6
gypsy [11]  4/25 226/16 227/3 227/4 227/8 227/11 227/23 228/6 228/25 264/22 264/23

**H**

hadn't [1]  129/4
Haile [1]  85/19
hair [1]  229/6
haired [1]  229/7

## H

hairstylist [1] 94/11
half [12] 42/5 68/11 68/13 68/23 76/18 102/25 117/11 133/17 134/19 136/5 153/15 240/3
hall [1] 265/20
hallway [1] 126/19
Hamilton [5] 145/18 145/22 211/20 225/25 241/23
hand [12] 14/11 17/5 24/6 192/22 195/20 214/15 216/17 221/5 223/8 224/6 233/10 237/24
handed [1] 12/1
handle [1] 63/6
handled [16] 31/14 31/19 31/20 33/8 40/6 42/9 42/12 76/9 77/1 101/11 101/13 102/23 124/17 124/18 124/25 125/13
handles [3] 62/24 63/15 63/17
handling [1] 107/19
hands [5] 188/10 221/17 223/6 232/21 232/25
handyman [1] 113/6
hanging [1] 88/21
happen [6] 18/11 69/4 79/14 110/16 129/1 145/8
happened [22] 8/3 30/10 30/17 30/24 31/4 38/4 46/17 46/21 57/24 64/20 98/7 122/9 127/11 133/21 141/9 145/3 171/18 180/12 186/11 195/4 215/20 233/8
happens [5] 8/5 35/9 46/22 88/13 209/13
happy [2] 58/7 212/9
harass [3] 10/2 10/13 25/5
hard [13] 25/8 31/18 55/22 66/8 90/20 102/14 140/4 149/8 207/20 251/10 252/1 261/1 261/1
hardship [30] 13/15 13/16 13/18 13/19 13/20 14/6 34/25 34/25 36/5 36/9 43/20 44/21 44/23 45/6 87/1 87/2 115/25 162/3 176/16 178/12 185/9 199/7 200/14 205/5 205/25 207/1 207/19 207/23 209/5 211/5
hardships [5] 61/20 199/15 205/24 207/13 207/17
Harris [1] 71/19
harshly [1] 37/16 37/23
Hartung [2] 138/17 138/18
hate [2] 4/23 129/10
haven't [26] 18/8 49/9 49/19 70/22 70/24 87/5 110/6 110/15 133/12 135/16 136/16 136/18 136/19 148/22 163/11 172/17 181/25 187/25 188/10 188/11 199/14 206/15 206/17 230/5 238/10 254/22
having [17] 14/17 14/19 30/14 68/3 68/9 73/8 81/14 86/9 92/20 118/12 119/21 119/23 119/23 151/2 215/17 244/17 258/21
he'd [1] 63/11
he's [52] 3/7 11/1 33/3 60/17 65/22 67/18 78/24 82/5 85/21 90/12 90/13 90/14 90/15 90/15 90/17 90/20 90/21 93/11 93/11 106/12 106/14 113/5 130/16 133/3 133/3 133/16 134/2 134/8 134/11 147/2 147/3 147/3 149/6 149/8 163/5 173/9 177/24 187/5 187/5 207/18 207/25 208/7 208/12 208/17 208/18 208/19 208/20 208/25 210/17 244/12 255/22 260/8
head [13] 25/19 36/14 51/15 71/3 78/1 123/12 130/20 138/14 141/15 143/10 159/19 172/2 237/18
heads [1] 237/14
healed [1] 107/10

health [6] 60/2 72/11 86/2 135/3 136/2 163/21
healthy [1] 222/11
hear [45] 7/25 8/6 14/18 14/21 14/22 23/3 23/3 25/12 25/13 25/15 31/3 48/20 60/10 60/22 89/23 106/1 109/24 130/1 150/18 154/22 163/14 165/19 173/16 207/10 213/25 216/11 216/11 216/12 226/5 227/16 227/18 227/20 227/25 228/5 230/9 230/16 231/2 231/16 245/13 252/3 252/5 252/15 262/13 262/19 265/21
heard [37] 18/8 32/1 33/13 38/20 70/20 70/23 71/1 80/23 105/20 110/15 116/10 128/18 128/18 130/14 135/15 135/18 136/19 159/14 160/23 169/13 170/20 182/3 187/22 196/24 197/3 222/25 224/4 226/21 226/25 228/24 229/21 230/5 238/17 247/1 253/18 262/14 265/24
hearing [1] 22/1 115/2 264/5
hearings [1] 28/9
hearts [1] 231/10
heated [1] 58/14
heavy [1] 96/10
Hebrew [2] 138/20 140/11
heeded [1] 148/25
held [2] 239/21 242/24
hello [5] 69/10 132/23 161/3 169/22 174/11
help [5] 78/23 95/1 135/6 154/16 236/10
helping [5] 95/1 110/20 154/11 167/11 176/9
here [112]
herself [1] 101/13
Herzog [9] 103/18 103/19 238/16 238/18 241/19 242/18 253/15 253/16 255/21
hesitation [1] 208/24
hey [1] 231/17
Hi [4] 75/4 77/23 116/15 178/18
high [19] 60/5 83/24 100/20 100/21 104/1 106/15 113/8 116/20 140/5 140/6 140/9 146/1 150/9 163/5 164/20 166/21 171/24 172/11 172/14
higher [6] 108/22 109/1 146/21 217/23 218/24 232/15
higher-ups [1] 146/21
highway [5] 1/21 56/1 125/5 125/6 125/7
Hill [2] 7/1 195/23
himself [1] 63/12
hinder [1] 146/15
hinge [1] 232/3
hip [3] 78/20 79/9 209/16
hire [2] 90/9 168/18
hired [1] 86/10
history [1] 245/19
hit [3] 36/13 123/10 123/11
hobble [1] 68/17
hobby [4] 189/4 189/16 189/24 190/9
hold [12] 23/6 23/14 23/25 48/19 88/9 98/23 98/25 120/13 128/3 221/21 237/12 251/18
holding [1] 64/6
holidays [4] 56/4 140/5 140/6 140/7
Holocaust [1] 228/11
holy [1] 140/9
home [26] 39/11 67/5 72/25 80/4 80/5 86/11 86/12 86/14 95/11 96/25 105/9 112/4 133/1 134/16 137/2 144/17 158/17 168/3 170/5 171/21 177/3 177/5 177/8 177/13 177/16 185/20
homes [3] 66/3 67/7 228/24
homicide [1] 27/25
honest [8] 139/25 140/2 141/14 144/3 144/6 185/10 186/1 261/7

honestly [5] 36/4 180/21 215/23 252/6 252/7
honesty [3] 59/1 59/16 252/11
Hong [1] 141/1
Honor [65] 2/8 2/11 2/13 2/20 3/25 4/5 5/4 5/7 5/14 6/5 7/3 7/9 10/20 65/13 89/22 125/25 126/4 126/5 130/2 131/1 131/2 164/11 172/5 199/6 200/8 200/13 201/20 202/13 203/8 204/11 205/21 208/2 208/10 208/11 209/11 209/19 210/20 210/22 212/2 212/12 213/9 218/2 222/13 238/25 245/3 245/5 245/8 246/11 246/13 249/20 249/25 250/1 253/2 253/8 253/11 255/14 255/20 257/9 258/12 260/16 261/15 263/16 266/8 266/21 266/25
Honor's [1] 2/15
HONORABLE [1] 1/12
Hooter's [4] 190/12 190/13 207/20 207/23
hope [4] 86/25 87/12 141/20 181/19
hoped [1] 266/11
hopefully [4] 198/3 240/4 240/6 241/4
horrible [1] 107/7
horses [2] 115/18 115/19
Hospice [1] 156/22
hospital [2] 151/24 194/19
hospitals [2] 100/19 101/24
hour [7] 19/12 68/10 68/10 68/13 68/23 141/23 262/1
hourly [1] 90/9
hours [6] 11/19 78/3 89/19 111/11 158/11 158/12
hours' [1] 141/22
house [19] 61/1 78/13 78/13 79/23 79/23 86/8 104/7 122/14 133/6 152/14 156/6 157/4 170/12 177/12 178/2 182/22 185/4 192/8 248/22
housekeeper [2] 113/4 114/2
Houston [2] 71/14 71/18
however [5] 72/7 117/23 174/20 199/13 232/8
huge [3] 19/13 165/22 179/24
Hughes [1] 195/24
huh [6] 25/20 25/20 115/5 128/23 254/25 259/23
huh-uh [1] 25/20
hundred [2] 101/12 167/6
hurt [1] 141/17
husband [39] 29/22 33/1 78/3 78/19 79/7 80/2 85/20 86/9 86/19 90/10 100/20 106/12 113/5 113/18 116/19 117/4 120/5 121/17 122/5 133/25 134/2 134/19 138/23 156/22 160/5 161/6 161/6 164/19 164/23 166/4 167/2 169/24 170/9 170/24 171/13 177/23 178/21 207/1 210/7
husband's [4] 78/9 102/1 133/5 209/15

## I

I'd [24] 18/7 20/6 21/24 23/2 24/20 25/16 26/9 32/19 32/21 32/24 55/23 55/24 59/12 61/15 61/19 65/13 66/11 94/16 155/2 174/23 185/25 237/7 253/8 261/12
I'll [15] 5/22 6/12 7/21 70/2 91/6 130/13 130/15 149/18 162/1 178/7 198/2 200/25 207/16 214/15 235/8
I'm [372]
I've [128]
Idaho [1] 187/6
idea [4] 11/17 226/10 226/11 238/3
ideas [1] 221/17
identify [1] 263/23
identity [10] 44/14 48/1 75/20 76/13 77/4

**I**

identity... [5]  101/10 157/4 158/20 164/24
166/8
ignore [2]  24/18 69/8
ill [1]  246/4
illegal [3]  41/25 41/25 135/6
illegitimate [1]  41/25
imagine [2]  189/17 189/24
impact [23]  37/24 62/13 62/19 92/25 93/25
99/10 102/4 102/11 102/12 102/17 103/12
104/25 109/7 109/10 120/3 121/3 123/19
123/22 124/9 156/14 190/3 194/6 258/2
impacted [1]  102/3
impartial [23]  9/19 9/24 10/4 10/14 24/25
34/8 57/16 72/7 81/4 88/1 91/5 104/12 132/2
132/18 161/20 173/2 189/21 194/9 195/10
231/11 231/12 231/15 243/2
imply [1]  219/15
important [13]  8/21 9/12 9/15 10/3 10/13
13/5 13/12 13/23 20/5 24/25 25/1 25/6
256/18
impractical [1]  49/23
impressionable [3]  168/25 169/9 169/10
inability [2]  128/25 243/1
inappropriate [1]  128/6
incident [5]  41/1 42/2 47/22 121/3 123/19
incidents [1]  98/5
inclined [5]  199/15 200/13 207/21 207/22
211/13
includes [1]  217/22
including [2]  242/7 242/9
income [9]  12/9 75/20 103/14 142/8 142/10
183/5 189/18 189/24 235/18
inconvenience [4]  13/19 179/14 185/9 211/5
inconvenient [1]  13/21
incorporate [1]  221/16
incorrectly [1]  58/13
increase [1]  76/2
independent [1]  188/13
independently [1]  188/12
India [1]  228/8
indicate [2]  127/8 195/19
indicated [4]  56/7 206/14 215/16 243/1
indicted [1]  245/22
indictment [4]  11/21 11/24 12/1 245/20
individual [6]  9/1 64/24 138/3 205/14 236/9
257/12
individually [7]  9/21 13/14 14/5 14/9 14/24
24/21 131/14
individuals [5]  10/17 109/20 195/17 243/12
264/4
influence [4]  89/6 155/21 224/22 226/3
influenced [1]  122/20
information [11]  3/21 4/22 42/15 136/2
145/16 194/1 194/2 213/5 214/20 217/19
229/24
initially [1]  121/12
initiated [1]  3/20
injections [8]  165/4 165/5 165/13 165/18
165/21 166/1 166/3 206/1
injured [1]  103/11
inmates [1]  154/15
innocence [14]  15/5 16/20 20/15 20/23 21/2
21/8 21/12 21/16 21/19 22/5 22/6 24/12
24/15 249/8
innocent [52]  15/7 15/13 15/14 15/21 15/23
16/2 16/8 16/12 16/24 16/25 17/6 17/14
17/21 18/2 18/17 18/21 19/3 19/8 19/15
19/22 20/3 24/13 56/7 56/17 60/7 63/13

63/14 63/15 63/15 63/19 77/13 127/22 129/1
141/17 181/17 182/2 182/4 182/7 184/1
184/6 206/24 216/4 230/2 237/16 237/17
247/23 248/1 252/13 252/18 252/19 254/6
254/9
innocently [1]  60/13
inquire [1]  263/21
inquiries [2]  10/12 266/14
inquiry [2]  6/19 266/5
ins [4]  162/15 177/2 177/8 177/15
inside [1]  116/9
inspector [2]  255/3 255/4
inspectors [2]  255/2 255/6
instance [3]  226/21 227/3 236/10
instead [1]  60/15
instincts [1]  220/24
institution [1]  69/24
instructed [11]  40/15 49/24 52/24 66/16
75/23 157/8 161/21 175/5 176/2 182/1 183/3
instruction [4]  82/9 113/21 141/18 163/15
instructions [28]  53/4 53/8 53/9 53/13 61/19
88/24 91/6 94/17 96/7 101/18 104/13 107/12
132/3 133/23 136/21 145/12 146/13 150/19
150/20 150/21 152/20 160/15 165/3 167/5
170/21 173/3 179/10 185/8
insurance [3]  96/19 146/5 147/20
intelligence [2]  90/21 90/22
interest [1]  219/12
interior [2]  73/1 170/5
Internal [11]  11/3 42/9 42/11 58/4 77/1
214/24 215/2 215/13 215/14 215/16 216/15
international [1]  71/9
Internet [10]  262/10 262/11 262/15 262/18
263/19 264/5 265/4 265/5 265/13 265/14
interstate [1]  46/4
introduce [2]  10/16 10/16
introduced [1]  9/2
intuitions [1]  220/23
invasion [1]  86/12
invested [1]  41/13
investigate [3]  42/17 122/8 122/14
investigated [1]  103/9
investigating [3]  31/15 124/19 125/3
investigation [7]  119/4 123/15 123/18 124/17
124/25 134/4 215/12
investigation's [1]  125/12
investigative [1]  134/6
investment [1]  75/8
investments [2]  41/11 41/12
invoke [3]  4/24 7/18 242/25
invoked [1]  7/22
involved [89]  8/18 10/10 10/17 12/4 12/20
13/7 13/13 16/5 17/18 27/1 32/18 39/16
39/16 40/23 41/17 42/23 44/10 46/14 49/8
49/12 52/5 52/6 55/15 57/9 59/9 60/4 65/25
69/5 71/22 71/23 74/24 75/11 76/7 79/19
81/23 85/6 86/5 87/20 88/23 90/25 95/17
96/24 97/11 101/1 106/18 117/14 123/7
123/10 123/18 125/15 131/22 132/3 133/13
134/11 136/7 139/2 141/5 141/6 141/11
146/4 148/12 148/16 150/11 152/10 153/17
153/21 154/1 157/2 159/7 160/10 161/10
163/10 166/22 170/9 171/23 172/15 172/16
175/16 179/1 182/20 185/2 197/11 215/22
240/22 247/10 253/25 255/6 264/7 265/17
involvement [2]  27/13 153/10
involves [4]  11/17 19/6 215/12 215/12
involving [2]  147/10 180/14
Irene [1]  242/7
irrelevant [1]  60/24

IRS [14]  39/24 42/22 42/23 57/15 58/23 59/9
65/7 76/23 102/24 106/25 215/22 216/3
216/18 217/8
Island [1]  169/23
Ismael [1]  162/25
Israel [3]  40/4 138/22 138/22
issue [14]  32/18 35/4 40/1 48/4 74/14 99/22
110/5 123/3 140/9 199/15 201/23 207/18
215/16 249/23
issues [22]  6/6 9/17 9/23 27/4 27/5 44/17
57/21 58/4 60/20 60/20 61/13 63/3 77/19
118/11 124/4 131/9 153/22 180/16 187/19
206/22 213/10 219/15
it's [116]
Italian [1]  227/12
items [1]  136/10
itself [2]  195/8 254/23

**J**

Jacob [1]  195/25
jail [6]  37/4 106/21 116/25 133/14 133/15
172/20
James [1]  90/13
Jane [3]  2/16 11/12 196/7
Janet [1]  11/4
Janice [1]  195/25
Japan [1]  82/5
Jasmine [1]  131/16
JD [2]  85/23 174/18
Jenna [1]  94/7
Jennifer [2]  7/1 195/23
jeopardize [1]  183/5
Jersey [4]  100/5 100/11 171/6 211/9
Jessup [1]  244/16
jeweler [1]  160/5
jewelry [2]  95/11 113/18
Jewish [6]  39/12 138/20 140/5 140/6 140/11
227/13
Joanne [1]  196/5
job [28]  27/1 27/14 28/25 29/6 45/1 79/4
80/18 82/14 82/22 90/20 94/22 94/24 103/7
103/9 107/17 114/12 114/12 115/16 115/23
121/19 132/11 146/16 163/3 164/6 168/13
185/8 194/19 231/9
jobs [1]  176/5
John [4]  103/19 196/4 196/4 196/11
joking [1]  245/3
Jordon [1]  174/12
Joshua [1]  87/10
Ju [1]  140/24
Jude [6]  196/2 224/5 224/6 224/19 224/20
231/3
judge [65]  1/13 2/25 3/5 5/15 6/14 8/10 8/17
50/22 52/6 54/5 61/17 126/14 126/16 127/15
129/3 129/13 130/18 138/2 170/21 196/16
196/16 197/24 199/1 199/19 201/6 201/18
201/23 202/8 202/11 202/24 203/3 204/6
204/16 205/9 206/9 207/5 211/8 212/9
217/17 222/20 223/15 223/22 228/3 228/12
228/15 230/2 237/4 237/5 237/6 242/20
243/5 243/20 249/14 251/22 255/12 256/5
259/13 259/17 261/3 261/6 261/13 262/23
263/10 263/12 266/16
judging [4]  223/17 223/24 223/25 224/1
judgment [8]  86/7 86/10 120/8 186/20
188/13 198/4 223/4 223/5
judicial [3]  13/25 154/2 154/2
Julie [1]  196/8
July [3]  107/6 118/19 160/3
July 12th [1]  118/19

# J

July 15th [1] 107/6
July 26th [1] 160/3
Jupiter [7] 32/12 116/17 116/20 145/23
178/19 179/7 180/18
juries [4] 46/25 47/13 71/18 73/2
juror [57] 9/19 9/25 13/17 28/17 29/17 29/19
31/22 32/25 33/9 35/22 36/21 37/10 41/18
46/18 47/23 50/2 57/19 69/23 70/2 74/5
75/19 76/13 86/1 119/25 133/9 137/13
137/14 155/10 156/15 160/18 170/22 172/25
173/5 189/22 190/7 191/22 193/10 194/3
201/4 201/18 201/22 202/1 202/9 202/15
231/13 240/21 248/6 249/22 249/24 251/13
253/7 255/19 258/10 261/11 261/22 263/15
264/1
jurors [29] 5/2 6/7 6/17 6/17 7/11 8/22 9/15
36/15 46/9 51/19 51/23 70/11 70/19 126/11
129/8 197/21 198/18 199/22 199/23 200/1
201/11 231/11 240/2 240/12 243/16 261/17
263/21 266/10 266/12
jury [149]
jury's [1] 223/17
just [134]
justice [4] 13/25 29/3 29/6 153/2
juvenile [10] 26/14 29/3 29/6 29/7 29/12
153/2 154/2 154/7 154/9 155/8
juveniles [3] 29/9 155/5 155/6

# K

Kansas [1] 71/13
Karla [2] 18/23 116/16
Katrina [2] 175/11 220/10
Katz [6] 100/16 100/17 106/1 191/25 192/19
211/11
Keechl [1] 1/20
keep [21] 7/18 25/25 63/3 80/12 86/24 87/25
127/21 130/7 130/14 159/22 197/23 199/15
209/7 209/9 209/12 209/13 209/21 210/24
235/3 238/4 266/4
keeping [4] 131/9 131/11 213/17 249/24
Keisha [1] 161/3
Kelley [1] 178/19
Kelly [1] 196/7
Ken [1] 71/7
KENNETH [2] 1/12 8/16
Kenny [1] 11/4
Kent [1] 196/6
keys [1] 80/13
kids [12] 48/18 48/21 60/6 67/18 116/18
133/1 141/2 163/4 171/24 174/17 229/7
261/2
killed [6] 26/24 31/4 44/11 47/19 106/14
123/7
kind [20] 5/2 19/17 35/24 61/14 63/20 70/20
82/24 102/14 107/10 127/24 132/8 136/14
179/3 180/22 183/2 192/2 230/24 250/18
251/9 257/19
kinda [2] 146/24 184/2
Kirby [1] 196/8
kitchen [2] 170/6 171/6
Klueber [7] 56/23 56/24 215/4 215/9 241/11
243/1 243/8
knee [3] 136/14 136/15 138/10
knew [6] 133/12 148/11 148/14 173/23 174/1
229/18
know [217]
knowing [2] 66/12 200/3
knowledge [1] 3/20

known [1] 234/8
knows [3] 170/17 209/16 237/5
Kolkana [6] 87/8 87/10 210/17 218/5 235/12
241/17
Kong [1] 141/1
Kopelowitz [1] 1/20
Kyle [1] 90/12
Kyratzis [4] 158/24 158/25 159/14 241/24

# L

lack [2] 102/4 117/16
ladies [20] 8/15 8/16 11/9 11/16 14/15 24/20
57/14 68/22 70/16 117/10 131/7 131/8
187/12 196/20 197/7 213/16 213/17 238/2
239/18 239/22
lady [10] 11/11 18/19 170/16 194/21 220/6
225/16 231/17 256/3 256/4 259/13
laid [1] 176/7
Lake [8] 44/5 48/23 80/6 80/7 106/10 132/25
150/1 164/17
landlord [2] 75/14 76/8
landlord-tenant [1] 76/8
language [5] 114/6 167/6 201/23 205/8
205/15
large [8] 76/1 171/2 171/11 184/21 221/20
222/1 247/10 249/4
Larry [2] 2/9 10/23
last [30] 8/3 21/24 24/4 45/25 57/4 65/18
71/12 80/4 101/12 103/20 118/20 118/21
120/20 132/4 133/10 135/24 138/25 151/23
151/25 152/23 153/12 163/1 168/16 174/13
175/5 195/4 195/15 237/22 242/21 244/10
late [4] 29/22 165/10 170/24 171/13
later [39] 32/12 33/17 52/14 105/24 119/14
145/15 192/18 207/8 266/10
latter [1] 88/5
Lauderdale [3] 1/18 34/6 38/8
laundering [4] 12/7 12/7 46/5 96/1
Laurence [1] 1/16
Lavitt [1] 196/5
law [142]
law's [2] 104/5 104/24
Lawrence [8] 161/2 161/4 194/16 194/17
196/3 212/4 220/1 223/9
laws [1] 27/6
lawsuit [55] 26/20 32/18 33/4 34/2 39/16
39/17 40/23 44/10 49/8 55/15 55/20 57/10
60/4 65/25 71/22 75/11 76/6 78/7 81/23 86/5
87/21 90/25 95/17 96/23 101/1 103/10
106/19 106/19 116/23 123/5 131/22 136/7
141/5 141/6 144/22 146/5 147/19 150/11
152/10 152/11 157/2 159/7 160/10 161/10
163/10 166/23 170/9 172/16 172/17 174/20
175/16 179/1 182/21 183/6 185/2
lawsuits [5] 71/23 76/7 104/2 133/13 172/18
lawyer [4] 60/16 71/14 174/22 174/22
lawyers [1] 46/14
lead [1] 220/24
lean [6] 38/11 74/7 120/10 134/12 137/25
154/3
learn [8] 9/15 9/21 114/14 114/15 139/5
149/15 187/19 189/7
learned [2] 8/2 35/22
least [16] 19/12 25/13 35/17 35/17 79/5
127/13 128/1 128/7 130/4 130/5 130/15
180/22 199/2 209/20 212/21 265/9
leave [12] 79/6 80/21 88/20 210/2 210/3
210/4 210/6 210/16 211/10 241/14 242/15
266/20
leaves [2] 162/16 242/14

leaving [1] 206/22
led [1] 232/4
left [12] 15/19 16/18 16/23 20/20 21/13 23/23
188/18 198/3 198/7 200/16 212/19 213/3
leg [1] 101/2
legal [11] 11/5 19/6 21/24 53/8 60/19 62/24
95/12 96/14 114/17 115/9 205/11
legitimate [1] 251/2
Lena [1] 194/22
length [2] 13/21 14/7
lenient [1] 149/8
less [3] 34/15 108/9 108/15
let [69] 6/12 10/8 11/16 13/16 14/6 14/18
17/11 20/4 27/10 28/5 35/8 36/10 40/21 50/4
62/2 64/3 64/9 64/19 65/1 70/2 79/16 90/25
96/11 107/21 114/5 124/13 128/5 129/16
131/8 142/12 147/5 147/6 149/16 149/18
162/6 187/20 188/17 194/5 194/12 198/1
203/14 204/24 209/23 214/8 214/25 215/9
217/19 217/25 221/13 222/15 226/21 229/1
229/18 230/5 232/13 232/18 235/1 235/7
235/13 239/24 240/16 241/3 241/4 249/18
251/12 252/8 253/4 258/8 263/1
let's [18] 17/3 17/7 18/18 35/21 62/17 69/15
70/11 71/5 126/11 130/7 131/3 190/18 213/6
219/20 229/1 237/9 245/11 266/18
letter [2] 159/3 262/20
letting [1] 220/23
level [3] 20/11 20/14 108/22
Li [1] 140/24
Li-Ju [1] 140/24
license [7] 37/3 37/14 37/22 82/1 84/2 84/2
170/10
licensed [2] 88/7 90/17
lien [2] 182/22 183/9
life [14] 5/13 5/15 61/7 95/12 117/3 131/18
144/10 144/17 145/3 145/23 175/12 220/19
220/24 245/17
lifetime [1] 60/23
light [1] 225/19
lighting [1] 106/13
like -- I [1] 227/15
likely [17] 38/16 67/21 74/10 93/20 99/13
105/15 108/21 109/17 109/23 138/5 149/10
173/13 173/19 181/11 183/20 188/4 239/3
Likewise [1] 219/25
liking [1] 252/16
limine [1] 4/6
limit [2] 113/22 199/10
limited [1] 5/3
Linda [1] 177/21
line [7] 125/10 200/9 234/25 256/21 257/14
257/15 262/9
lines [1] 257/20
lips [1] 5/16
list [9] 6/20 6/24 6/24 6/25 7/2 7/5 17/12
57/15 79/3
listen [18] 9/9 54/19 92/22 110/11 110/13
120/1 121/23 151/17 181/19 181/24 186/18
186/19 188/12 194/8 195/19 235/4 258/3
259/3
listened [1] 180/11
listening [4] 84/22 169/14 237/10 264/19
lists [1] 6/25
litigation [6] 71/14 75/12 85/20 85/22 174/21
177/22
little [26] 9/16 9/21 26/10 32/7 39/10 42/19
59/12 60/19 61/15 61/21 61/24 63/5 84/12
110/24 139/9 151/12 151/13 176/21 183/1
189/8 191/3 214/8 215/10 215/18 222/7

# L

little... [1] 234/9
live [28]  33/21 39/9 44/5 50/24 57/3 59/20
  59/23 60/12 62/3 62/18 63/8 63/18 86/8
  86/13 106/10 116/17 131/17 138/19 144/15
  145/23 149/24 156/20 161/4 164/17 169/23
  174/12 182/14 184/19
live-in [5]  59/23 62/3 62/18 63/8 63/18
lived [13]  26/12 39/10 71/8 77/24 85/18
  87/10 103/20 156/20 169/23 172/22 175/11
  178/19 184/19
lives [3]  10/3 90/16 212/4
living [14]  45/16 81/10 81/13 81/18 82/5 94/8
  100/18 113/3 136/24 162/25 166/4 166/19
  170/25 256/24
Liz [3]  2/16 11/14 196/7
local [4]  95/10 163/3 257/12 257/13
locally [2]  188/25 192/25
locations [1]  42/17
lock [1]  143/16
locked [3]  92/6 143/11 143/20
Lodderhouse [1]  195/24
logically [1]  22/2
Lola [1]  26/11
London [1]  171/11
long [27]  4/15 7/10 51/12 54/15 58/2 61/1
  68/5 68/8 79/7 97/20 105/23 111/10 118/18
  124/10 141/25 165/14 167/18 168/8 168/9
  168/15 168/22 168/24 187/14 212/15 237/5
  243/25 253/21
longer [2]  238/4 240/22
looked [3]  189/15 197/24 266/2
looking [7]  3/11 132/7 132/9 132/9 171/24
  199/23 212/8
looks [1]  248/23
Lord [2]  171/11 218/13
Lorie [1]  196/13
Lorraine [1]  100/17
lose [3]  35/1 213/4 213/6
losing [1]  183/4
loss [1]  103/14
lost [4]  80/11 164/6 221/23 222/1
lot [25]  19/23 26/25 26/25 27/11 40/5 42/4
  60/10 60/10 60/23 63/2 64/4 64/7 72/20
  103/8 135/1 153/5 178/1 216/18 221/24
  222/25 226/9 230/10 231/3 235/16 237/14
lots [2]  61/7 222/7
loud [1]  264/14
Louis [1]  179/5
love [2]  78/17 229/7
low [2]  197/25 198/1
lower [1]  109/2
Lowry [1]  196/12
Loxahatchee [3]  131/17 135/24 177/22
lozenge [1]  110/19
lucky [3]  198/19 198/21 229/8
lunch [3]  117/12 146/21 262/1
lunchtime [1]  117/10
lung [1]  117/4
Lupin [1]  100/8
Lyn [1]  196/12

# M

ma'am [63]  18/24 27/10 32/4 32/6 33/1
  33/16 48/12 50/5 55/4 62/2 65/11 80/22 81/7
  90/4 91/9 94/5 95/5 101/22 103/16 112/21
  116/13 117/9 121/8 122/2 122/22 125/21
  126/1 132/5 132/21 133/25 135/12 140/20
  144/11 149/14 158/23 162/20 166/14 166/17

169/19 170/24 172/3 177/18 179/15 185/11
  187/11 192/2 192/24 193/13 195/12 214/16
  219/7 219/17 220/5 220/11 220/16 221/3
  221/9 224/3 224/25 225/16 250/12 252/8
  253/3
macular [1]  164/25
made-up [1]  122/8
mail [13]  1/25 12/5 12/5 46/4 77/6 180/16
  253/24 254/18 254/20 254/21 254/23 255/7
  255/7
mails [2]  77/4 77/5
maintainability [1]  72/12
major [2]  171/25 185/9
majored [1]  235/10
makes [7]  60/19 95/11 110/25 111/5 146/10
  227/11 256/24
making [4]  10/12 22/15 92/17 199/17
Malcolm [3]  2/17 11/12 196/6
male [1]  7/5
malpractice [1]  85/25
man [2]  86/13 116/24
manage [3]  170/17 176/12 207/24
management [6]  78/5 136/2 136/4 137/6
  172/9 178/25
manager [13]  33/24 37/2 62/6 75/7 113/4
  114/2 145/24 160/8 164/18 170/3 177/23
  178/21 184/21
managing [1]  153/14
manslaughter [2]  44/13 47/19
Manuel [1]  65/17
manufacturer's [1]  106/12
manufacturing [1]  178/22
Marilyn [1]  193/5
Marine [4]  172/13 173/7 173/10 173/18
Mark [1]  56/24
market [2]  57/5 142/5
marketing [4]  75/10 131/20 159/5 160/8
markets [1]  76/3
MARKS [70]  1/6 2/5 2/14 3/7 3/7 9/2 9/5 9/7
  11/11 11/23 12/3 12/11 12/17 12/20 15/11
  15/21 16/11 16/20 16/23 17/6 17/14 18/12
  18/17 19/3 20/13 20/15 20/22 21/4 21/7
  21/15 21/18 22/8 22/18 22/22 23/8 23/12
  23/18 24/13 24/15 24/16 56/7 56/17 70/9
  77/13 92/16 108/10 108/17 128/18 139/19
  143/14 143/23 181/16 182/2 184/1 196/10
  198/16 226/16 227/4 230/10 230/10 231/5
  237/11 247/23 248/23 254/6 255/9 260/19
  262/2 262/20 263/2
Marquez [1]  196/4
MARRA [4]  1/2 1/12 2/6 8/17
married [39]  33/22 39/10 44/7 48/17 55/9
  57/5 65/20 71/10 75/8 81/12 87/14 90/9
  95/11 100/19 103/22 106/12 113/5 116/17
  131/19 134/18 138/20 138/23 144/16 145/24
  145/25 150/6 156/22 159/3 160/4 161/5
  163/3 164/18 172/9 174/14 175/12 177/23
  178/21 182/16 195/3
marry [1]  113/14
marshal [1]  86/21
Mart [1]  163/3
Martin [2]  125/4 148/17
Mary [1]  196/3
Maryland [1]  244/13
master [3]  60/1 87/17 138/23
master's [14]  32/15 39/14 55/13 57/7 71/16
  87/17 90/19 95/15 138/24 152/7 156/25
  161/8 163/6 163/8
materially [1]  12/8
matter [15]  4/4 38/18 40/24 42/9 42/22 58/11

74/12 77/1 99/15 117/3 129/12 139/12
  224/12 227/9 268/12
matters [9]  33/12 62/24 76/8 97/9 211/1
  217/8 217/11 217/12 217/13
maxillae [1]  106/11
Mayans [1]  85/21
maybe [14]  127/15 139/15 150/15 167/7
  167/8 167/22 168/2 168/4 168/4 168/7 168/25
  228/14 230/13 235/17 264/3
MBA [2]  136/2 160/6
McDonald's [1]  64/7
me [188]
mean [41]  24/10 24/18 40/1 41/10 42/4 53/1
  62/22 64/5 64/22 71/22 84/10 85/25 88/15
  102/8 109/22 109/22 113/24 119/5 124/12
  128/2 133/24 139/14 149/5 155/17 169/6
  180/11 186/17 188/11 192/9 199/21 204/23
  208/8 218/6 227/19 231/25 232/5 232/7
  244/23 246/7 259/10 264/23
means [2]  108/21 141/22
meant [1]  202/10
meantime [1]  59/5
mechanic [2]  78/4 90/18
mechanical [2]  71/16 137/8
media [2]  163/6 170/2
mediations [1]  85/22
medical [11]  80/21 85/24 106/16 133/8 135/1
  135/6 152/4 172/8 203/15 206/1 234/9
medication [3]  124/6 165/1 202/7
medications [2]  110/22 124/3
medicine [5]  107/8 110/9 110/19 123/22
  234/8
medium [1]  193/1
meet [2]  102/6 199/17
meeting [1]  89/1
meetings [3]  72/9 88/22 154/14
Melinda [1]  196/13
Melvin [4]  48/8 48/10 48/19 241/10
member [7]  81/24 82/2 107/20 120/19
  150/13 214/11 226/17
members [24]  9/9 14/1 26/21 49/10 49/14
  57/11 75/13 75/15 87/21 87/23 95/20 101/7
  106/20 112/12 136/7 159/7 159/8 160/11
  160/12 166/23 166/25 174/22 244/10 244/19
memory [1]  143/2
Memphis [1]  120/23
men [3]  154/11 154/15 233/12
mention [1]  145/9
mentioned [23]  13/4 42/25 43/13 47/18 50/6
  51/2 51/25 58/3 62/16 65/5 67/12 76/12
  110/5 137/3 137/12 142/13 173/25 205/14
  217/4 231/3 243/13 253/17 254/18
mentor [2]  154/10 154/11
merely [1]  13/20
Merit [1]  268/9
merits [2]  3/13 232/1
message [1]  147/4
met [3]  22/17 69/23 144/17
Miami [1]  93/11
Michael [3]  17/10 17/11 196/3
microphone [14]  17/9 18/5 18/5 25/11 25/14
  25/15 26/7 48/20 118/8 166/15 215/9 226/6
  226/8 262/7
mid [1]  44/15
middle [4]  56/3 80/13 133/2 147/15
might [50]  4/24 7/10 9/17 23/6 23/25 28/16
  31/22 37/9 38/11 38/15 38/22 42/2 46/18
  47/22 57/25 59/10 61/23 62/19 76/9 77/9
  92/5 92/8 98/15 102/3 105/25 129/5 137/18
  142/1 154/3 155/25 169/3 180/14 186/9

**M**

might... [17]  187/19 195/10 195/18 195/21 197/25 199/9 200/12 205/10 213/4 214/6 230/11 236/17 237/7 239/15 252/23 256/20 257/3
mike [1]  217/15
military [3]  30/4 30/4 57/8
million [2]  230/12 231/6
mind [11]  20/2 20/3 26/4 121/23 139/22 160/22 234/11 234/14 235/3 252/4 254/19
minds [1]  231/10
mine [3]  160/11 192/9 205/10
minister [1]  233/5
minor [1]  179/3
minute [11]  69/15 229/1 238/3 238/5 239/19 253/4 255/16 258/8 261/10 263/14 263/14
minutes [9]  7/13 8/24 12/12 69/16 70/4 197/13 198/10 214/7 249/18
Miraglia [8]  17/10 17/11 162/21 231/21 243/11 261/19 261/21 261/23
mirror [1]  113/13
misinformation [1]  121/19
misjudge [1]  261/2
mispronounce [2]  250/11 258/17
mispronounced [1]  56/25
misrepresentation [2]  232/4 232/12
miss [7]  140/7 157/12 204/16 210/19 210/21 211/12 211/24
missed [3]  128/16 206/19 238/16
mistake [3]  52/22 52/25 53/4
mistaken [1]  208/25
mistrial [1]  86/3
Mitchell [4]  18/23 116/14 116/16 206/23
molestation [3]  146/9 148/12 148/15
mom [4]  39/11 134/16 144/17 176/7
moment [2]  263/10 263/17
monetary [1]  99/21
money [47]  12/6 12/7 19/10 19/13 35/3 41/11 41/13 41/14 43/4 43/11 43/20 45/13 46/4 59/6 60/14 63/11 63/12 92/17 95/25 102/10 146/24 221/21 221/24 222/1 222/7 222/10 222/17 230/11 231/7 231/18 232/6 232/7 235/16 235/24 236/10 236/15 247/10 249/5 250/18 250/23 251/7 252/22 259/15 261/1 262/15 263/19 264/6
Monique [1]  196/12
Montassir [2]  196/2 224/20
month [44]  4/4 13/10 13/15 19/13 34/10 34/14 34/19 34/23 36/3 43/21 45/3 45/10 54/10 55/2 55/22 61/22 62/1 66/12 72/8 72/15 72/22 84/22 94/18 101/19 102/7 102/15 116/8 120/21 121/1 124/10 146/23 151/16 162/2 167/21 168/10 178/12 199/16 209/23 211/12 226/11 258/25 259/8 259/15 259/22
month's [1]  183/4
month-long [1]  124/10
months [15]  58/9 58/14 66/6 66/8 82/19 82/23 117/6 119/7 119/14 132/14 161/23 168/12 175/19 177/5 247/2
Moorhead [8]  18/14 174/8 227/14 227/17 227/17 227/20 227/24 264/15
moot [4]  3/2 3/10 3/12 3/23
moral [1]  223/1
morning [56]  2/2 2/8 2/10 2/11 2/12 2/13 2/19 2/20 8/14 8/19 10/21 10/25 11/9 32/6 33/20 39/7 39/8 44/3 44/4 48/8 48/9 55/24 59/18 65/13 71/6 75/3 77/22 81/8 81/9 85/16 87/9 90/4 90/5 94/6 95/7 95/8 100/16 103/18

106/8 106/9 110/16 110/17 111/4 111/8 112/25 116/14 141/24 151/6 165/10 240/3 240/3 240/5 247/4 247/8 248/22 263/21
mortgage [1]  244/15
most [10]  2/2 43/12 92/20 89/6 114/10 131/18 170/18 200/23 201/1 247/7
mostly [1]  178/22
mother [21]  78/2 78/21 101/9 102/21 111/16 113/17 126/21 133/1 143/1 162/12 162/15 170/5 176/19 176/20 176/21 209/14 209/17 210/5 210/8 212/14 229/4
mother's [9]  78/19 79/7 80/2 107/15 161/16 205/2 205/2 209/15 210/7
mother-in-law [1]  113/17
motion [6]  2/22 3/2 3/22 4/6 4/11 95/4
mouth [3]  7/18 63/25 244/21
move [5]  6/10 35/11 35/12 68/5 68/9 95/1 117/20 261/12
moving [8]  94/9 94/17 94/19 113/3 124/20 178/20 203/3 203/9
Mr [3]  33/20 197/1 227/17
Mr. [161]
Mr. Armstrong [4]  151/20 159/20 219/21 241/24
Mr. Baker [2]  44/3 208/5
Mr. Bardfeld [2]  129/15 200/13
Mr. Bean [5]  70/18 71/5 208/18 231/24 241/12
Mr. Carroll [11]  75/3 197/3 238/7 241/13 242/16 246/21 246/21 246/22 248/18 249/17 250/2
Mr. Cole [14]  95/7 106/4 191/7 192/15 210/25 216/17 229/3 238/20 239/1 241/18 242/19 256/9 256/10 258/11
Mr. Cruz [2]  149/21 205/20
Mr. Device [1]  246/14
Mr. Gonzalez [3]  162/22 162/23 242/1
Mr. Herzog [8]  103/18 238/16 238/18 241/19 242/18 253/16 255/21
Mr. Klueber [6]  56/23 215/4 215/9 241/11 243/1 243/8
Mr. Kolkana [5]  87/8 210/17 218/5 235/12 241/17
Mr. Kyratzis [3]  158/24 159/14 241/24
Mr. Miraglia [6]  162/21 231/21 243/11 261/19 261/21 261/23
Mr. Moorhead [5]  174/8 227/17 227/20 227/24 264/15
Mr. Pervenecki [2]  172/4 242/2
Mr. Sardinas [3]  65/12 193/15 241/12
Mr. Schwartz [26]  11/8 39/7 122/3 125/24 145/9 198/24 201/3 208/6 208/7 212/7 222/3 222/4 226/15 226/24 228/1 230/21 237/1 238/1 245/1 246/10 248/16 253/1 254/17 255/6 260/17 264/22
Mr. Stefin [25]  2/25 3/6 3/9 3/16 6/19 10/19 11/7 121/6 125/22 129/25 200/12 210/12 211/15 214/1 222/21 226/14 231/3 232/14 245/4 246/12 249/15 251/16 255/13 257/5 260/14
Mr. Thaler [1]  182/10
Mr. Thomas [1]  81/8
Mr. Torelli [3]  207/18 207/22 241/9
Mr. Trout [2]  135/21 241/22
Mr. Weiss [11]  144/13 196/25 197/1 229/18 229/20 238/7 241/22 242/17 245/11 245/12 246/17
Mr. White [1]  237/23
Mr. Wigdor [7]  174/10 238/7 242/2 242/17 244/5 244/7 245/10

Mr. Wilkins [1]  241/18
Mr. Zachar [1]  55/6
Mr.Torelli [1]  188/22
Mrs [1]  254/6
Mrs. [3]  230/10 248/23 260/19
Mrs. Marks [3]  230/10 248/23 260/19
Ms [3]  194/22 225/11 242/17
Ms. [150]
Ms. Alston [3]  26/7 26/8 241/7
Ms. Atine [4]  156/18 159/18 211/23 223/12
Ms. Boehmke [3]  205/6 241/19 242/18
Ms. Brezak [7]  32/6 117/23 118/2 118/8 118/10 121/7 241/8
Ms. Carla [1]  206/22
Ms. Cartales [7]  177/20 230/19 238/7 242/3 242/17 250/4 250/10
Ms. Cunningham [3]  159/24 224/6 241/25
Ms. Dantica [1]  175/9
Ms. Dorn [3]  59/17 71/1 241/11
Ms. Elliot [1]  94/6
Ms. Ferrante's [1]  14/11
Ms. Gasc [3]  184/17 221/8 242/4
Ms. Hamilton [4]  145/18 211/20 225/25 241/23
Ms. Hartung [1]  138/17
Ms. Katz [5]  100/16 106/1 191/25 192/19 211/11
Ms. Lawrence [6]  161/2 194/16 194/17 212/4 220/1 223/9
Ms. Marks [54]  9/5 9/7 11/23 12/3 12/11 12/17 12/20 15/11 15/21 16/11 16/20 16/23 17/6 17/14 18/2 18/17 19/3 20/13 20/15 20/22 21/4 21/7 21/15 21/18 22/8 22/18 22/22 23/8 23/12 23/18 24/13 24/15 24/16 56/7 56/17 70/9 77/13 92/16 108/10 108/17 139/19 143/14 143/23 181/16 182/2 184/1 198/16 231/5 237/11 247/23 254/6 262/2 262/20 263/2
Ms. Melvin [3]  48/8 48/19 241/10
Ms. Mitchell [1]  116/14
Ms. Nandlal [2]  164/12 206/2
Ms. Rea-Murphy [1]  178/17
Ms. Resk [1]  85/16
Ms. Richbell [9]  106/8 117/25 122/25 123/1 192/22 214/17 218/16 219/9 225/2
Ms. Risk [3]  87/4 190/15 241/16
Ms. Rodriguez [6]  132/22 135/14 220/7 220/17 233/10 241/21
Ms. Rowe [4]  77/22 205/1 224/7 241/16
Ms. Rumkey [1]  238/11
Ms. Salazar [2]  166/15 206/8
Ms. Silver [3]  169/21 225/17 242/1
Ms. Watts [1]  215/13
Ms. Wilkins [1]  90/3
Ms. Wray [4]  131/13 131/14 135/17 241/20
Ms. Yeh [1]  140/21
Ms., [1]  112/23
Ms., is [1]  112/23
much [27]  32/4 39/5 55/4 59/1 69/17 105/23 124/15 130/13 135/12 138/9 142/8 147/18 153/9 159/13 161/1 175/12 178/11 221/18 231/7 238/4 248/11 254/1 261/7 262/15 263/19 263/19 264/6
mugged [2]  61/7 170/11
mugging [1]  100/25
multiple [1]  257/21
multitudes [1]  123/22
murder [2]  44/12 133/11
murdered [8]  86/15 101/9 104/5 104/24 116/24 120/20 120/23 245/21

**M**

Murphy [4] 178/17 178/19 225/12 225/13
must [13] 15/13 15/22 16/11 20/13 21/11
227/3 227/5 227/8 230/14 230/14 231/7
231/17 249/5
myself [10] 10/9 40/13 48/18 58/13 60/21
78/8 78/23 141/7 141/15 144/6

**N**

name [71] 8/16 9/1 10/21 11/10 17/9 18/6
18/6 18/13 18/19 18/22 18/25 26/11 32/11
41/21 41/24 48/9 55/7 56/25 65/17 75/4 81/9
87/9 90/5 95/9 101/11 103/19 106/9 113/2
131/16 132/23 138/18 140/24 144/15 145/22
149/22 151/22 156/19 158/25 159/25 161/3
162/24 164/16 166/18 175/10 177/21 178/18
184/18 192/11 192/16 192/16 193/4 193/4
196/14 197/1 224/5 224/19 224/20 231/22
240/22 242/11 242/18 249/2 250/11 256/16
256/24 257/3 258/17 258/18 264/3 264/16
265/14
name's [6] 56/24 116/16 135/22 172/6
174/12 214/2
names [7] 5/22 195/17 195/19 195/20 196/19
224/19 240/18
Nan [1] 195/25
Nancy [1] 3/7
Nandlal [3] 164/12 164/16 206/2
nanny [3] 59/25 60/1 160/4
narcotics [1] 161/12
national [2] 39/12 100/9
nature [9] 13/6 16/3 16/4 17/22 19/5 34/8
123/8 188/20 256/19
naval [2] 90/20 90/21
Navy [1] 82/5
near [3] 44/5 50/25 136/6
necessarily [7] 195/22 214/12 231/12 236/23
240/11 240/20 261/25
necessary [1] 211/9
necklace [1] 143/2
need [84] 2/22 3/14 9/8 14/9 14/20 14/25
15/10 22/17 25/19 27/11 68/23 69/20 80/2
94/16 100/13 107/16 113/22 117/11 117/24
124/14 126/2 126/24 130/12 140/11 140/12
140/13 140/18 142/5 145/16 167/25 188/2
197/18 197/20 197/21 198/5 199/2 199/4
200/4 207/19 212/24 213/6 227/15 227/18
227/20 227/24 228/2 236/25 237/3 237/20
240/1 240/14 240/16 240/19 240/23 241/2
241/7 241/9 241/13 241/16 241/17 241/18
241/19 241/20 241/20 241/21 241/22 241/22
241/24 242/3 242/3 242/13 243/9 243/9
243/14 244/6 246/18 246/23 249/19 256/24
257/2 258/9 261/18 263/11 263/20
needed [12] 54/16 78/2 104/4 161/7 211/2
238/8 238/20 240/25 242/10 245/13 250/12
256/11
needless [1] 102/10
needs [10] 142/4 210/2 210/3 210/4 210/6
210/16 226/6 237/11 250/3 258/14
negative [16] 4/24 42/11 98/22 124/24
189/11 190/22 190/25 193/6 193/18 193/19
193/22 194/1 195/6 214/9 215/1 216/14
neglected [3] 70/18 242/25 246/25
neighbor [2] 44/11 47/18
neighborhood [1] 61/8
neighbors [4] 61/9 107/3 107/3 109/13
Neil [1] 144/15
nephew [3] 91/4 93/7 106/21

nephew's [1] 109/6
nervous [2] 113/2 229/5
Net [1] 26/16
never [84] 5/16 26/19 26/19 26/20 26/20
32/17 39/15 39/15 39/17 44/10 60/3 60/4
60/8 64/9 65/24 65/24 75/10 78/7 78/7 87/20
90/25 91/20 94/13 94/14 95/16 101/13 104/2
113/10 114/14 116/22 119/13 119/15 131/21
133/11 133/11 133/17 136/6 141/4 141/4
143/3 144/21 150/10 150/11 152/10 152/11
157/1 157/1 159/6 159/6 160/10 161/9 161/9
163/9 163/9 163/10 163/14 164/21 166/22
166/22 166/23 167/21 168/6 168/17 170/8
170/8 170/20 171/22 172/15 172/15 174/18
174/20 174/25 175/15 175/15 175/21 175/22
177/6 179/1 179/22 182/20 182/23 182/24
185/2 191/11
new [19] 56/3 81/13 81/18 83/16 98/13 100/5
100/10 114/3 128/14 137/11 148/21 150/8
170/12 171/6 184/23 194/21 211/9 212/9
231/4
newspaper [3] 80/25 253/20 254/5
newspapers [1] 249/4
next [25] 11/19 20/6 26/2 28/25 34/14 35/19
35/24 40/2 43/1 44/11 45/10 48/25 61/9
66/25 78/20 78/25 79/3 90/16 140/5 194/20
195/14 199/9 208/4 209/22 266/1
next-door [2] 44/11 61/9
nice [3] 2/25 11/11 256/3
Nicholas [1] 158/25
Nicole [1] 196/10
niece [2] 78/9 79/18
night [10] 35/6 80/13 110/9 110/20 111/1
111/2 141/24 179/23 240/24 242/7
nine [5] 134/19 144/19 145/25 199/23 204/8
nit [1] 67/17
Nitza [1] 138/18
no [433]
nobody [9] 65/25 72/4 115/20 115/21 170/17
217/25 259/17 260/7 261/3
nod [1] 25/19
Nods [2] 51/15 138/14
None [8] 70/25 86/15 90/25 125/25 160/12
246/11 253/2 268/6
nonprofit [1] 39/11
normal [3] 114/21 115/2 222/11
normally [2] 115/6 115/7
Norman [1] 196/6
note [3] 7/24 207/6 232/16
notes [1] 238/11
nothing [17] 62/21 64/8 71/24 81/3 86/23
89/25 104/11 126/4 141/13 146/2 179/24
190/25 216/19 217/7 234/21 247/12 247/14
nothing's [1] 66/14
notice [2] 68/1 195/1
noticed [1] 110/6
notify [1] 7/23
notion [1] 232/1
notions [1] 235/4
novelist [1] 231/5
novels [2] 225/10 225/14
November [2] 115/19 268/13
nowadays [1] 142/4
number [87] 2/6 13/7 24/23 26/21 27/3 32/19
32/21 32/22 32/22 32/23 32/24 34/7 34/8
34/8 42/16 51/2 53/2 60/4 60/5 62/17 69/23
70/2 76/17 76/20 81/24 106/24 113/10
113/10 113/11 113/15 113/20 113/20 113/20
113/21 113/24 114/1 118/14 127/6 127/7
130/15 141/19 150/13 150/15 150/15 153/12

156/9 160/7 161/22 171/17 175/2 177/25
177/25 178/1 183/3 198/3 199/5 201/4
201/18 201/22 202/1 202/15 203/17 203/21
203/24 205/1 205/17 205/25 206/6 206/23
208/6 210/22 210/25 211/20 212/4 212/12
214/5 240/24 242/6 242/9 243/1 243/10
246/18 247/2 253/14 258/22 263/18 266/4
number 1 [1] 201/4
number 10 [7] 26/21 32/19 60/5 81/24
113/10 118/14 178/1
number 11 [3] 32/21 113/11 150/13
number 11-80072-CR-MARRA [1] 2/6
Number 12 [2] 32/22 113/20
Number 13 [3] 32/22 113/20 205/1
number 14 [8] 27/3 32/23 34/7 113/20
150/15 175/2 201/22 258/22
number 15 [7] 32/24 34/8 53/2 70/2 113/21
113/24 150/15
number 16 [5] 34/8 114/1 141/19 161/22
183/3
number 17 [2] 202/1 202/15
number 19 [2] 210/22 210/25
number 2 [1] 160/7
number 24 [1] 206/23
Number 28 [1] 203/17
Number 29 [1] 203/21
number 30 [1] 69/23
number 31 [1] 211/20
number 32 [1] 205/17
number 37 [1] 212/4
number 38 [4] 127/6 127/7 130/15 203/24
number 4 [1] 208/6
Number 40 [1] 205/25
Number 41 [1] 206/6
Number 46 [1] 212/12
number 47 [1] 253/14
number 7 [1] 201/18
number 8 [2] 177/25 243/1
number 9 [3] 60/4 113/10 177/25
numerous [1] 170/17
nurse [7] 156/21 157/21 161/5 161/6 161/22
164/18 172/12
nursing [4] 59/25 156/24 156/25 161/9

**O**

o'clock [2] 111/12 266/21
oath [1] 192/4
obey [2] 146/13 176/2
object [7] 5/19 206/3 206/9 212/10 218/2
222/13 228/12
objection [30] 5/5 5/11 130/8 201/19 201/24
203/7 203/18 203/22 203/25 204/7 204/11
204/14 205/20 209/10 209/18 211/7 211/17
211/18 212/1 212/2 212/6 212/16 212/17
222/20 243/3 245/8 245/9 246/14 253/10
261/14
objects [2] 165/16 165/23
obligated [1] 69/11
obligation [1] 13/23
obligations [1] 12/13
observe [1] 88/25
observing [1] 140/6
obtain [1] 10/4
obtained [2] 11/22 11/24
obvious [2] 200/14 200/24
obviously [5] 63/18 119/17 155/5 244/12
263/7
Ocala [2] 66/5 67/13
occasion [2] 25/13 27/24
occupation [4] 34/9 172/12 189/17 189/25

**O**

occupations [1]  190/1
October [6]  76/1 82/17 82/19 96/10 118/23 211/2
October 15th [1]  96/10
October 1st [1]  76/1
odd [3]  42/19 128/24 221/11
off [17]  17/20 44/22 72/22 80/18 111/9 111/10 111/13 125/10 128/1 128/10 129/9 129/15 162/2 176/7 182/3 192/9 239/21
offend [1]  140/18
offended [3]  69/11 117/16 197/12
offenders [2]  152/2 153/4
offense [1]  69/13
offered [1]  213/20
office [14]  1/17 11/5 90/14 90/15 100/1 103/23 121/11 134/21 153/13 174/14 183/17 197/20 240/23 254/20
officer [36]  26/14 27/17 27/20 28/15 28/24 29/7 29/10 29/12 29/18 38/17 39/2 42/18 66/5 74/11 75/17 83/22 91/4 93/12 93/21 96/3 99/14 109/18 109/24 136/12 149/2 149/8 172/13 173/20 181/12 183/21 186/8 186/11 186/13 187/23 188/5 201/14
officer's [1]  138/6
officers [9]  34/5 38/11 38/15 67/22 105/16 107/3 121/16 149/11 173/14
offices [2]  100/4 100/12
Official [1]  1/23
often [1]  63/14
Ogden [2]  196/8 196/8
oh [21]  24/9 26/13 31/12 105/20 119/11 138/10 140/3 152/13 159/14 190/18 208/7 224/2 228/24 229/7 234/5 236/11 236/20 238/11 238/24 246/3 265/4
okay [172]
old [45]  26/12 26/25 32/11 39/9 48/10 55/8 57/3 65/18 71/8 75/5 77/24 81/10 81/12 85/17 87/10 87/16 94/8 95/9 103/20 116/16 131/17 132/24 133/4 135/23 140/25 144/15 144/20 145/22 149/23 151/22 155/3 155/4 156/20 159/1 160/1 161/4 164/16 166/19 169/23 172/6 174/12 175/11 184/20 184/22 202/24
older [4]  26/21 57/10 62/22 66/5
oldest [5]  90/12 104/3 104/9 133/2 160/6
on-call [2]  150/6 179/12
on-site [2]  153/14 153/15
once [8]  92/25 134/8 136/16 146/3 181/19 182/21 194/19 214/2
one [170]
one's [9]  59/25 83/15 95/13 95/13 110/2 172/12 172/12 188/15 205/14
ones [4]  158/14 198/7 206/14 225/6
ongoing [3]  123/14 123/18 148/16
online [6]  77/7 157/18 158/6 158/10 158/14 178/22
only [66]  22/15 37/5 48/4 74/14 78/14 85/22 88/2 95/1 96/8 100/1 100/2 101/21 103/14 114/1 114/4 115/9 115/17 115/19 115/20 116/4 134/25 136/9 136/13 140/8 140/9 142/2 146/15 146/17 146/23 148/22 150/6 152/16 157/9 157/23 158/7 161/22 165/22 167/16 167/22 176/3 176/6 176/10 179/13 193/3 199/8 199/23 200/15 201/13 201/22 202/7 208/24 213/6 214/7 221/12 229/9 229/9 229/20 233/11 237/18 238/11 248/13 249/8 254/13 257/8 258/22 259/18
open [6]  79/4 121/23 160/22 162/16 198/7

**P**

p.m [6]  126/8 126/8 141/23 198/13 198/13 267/3
Pace [1]  71/9
page [2]  204/25 248/21
Pages [1]  1/10
paid [21]  34/12 43/8 43/24 44/20 44/23 45/4 45/10 101/25 146/14 146/16 146/23 149/15 157/11 199/17 208/8 208/13 211/25 230/10 230/12 231/5 231/18
palliative [1]  89/22
palm [34]  1/7 1/24 32/13 48/14 59/20 61/8 71/8 77/24 81/10 85/18 87/10 87/14 89/2 100/25 103/20 104/10 113/4 136/1 136/6 144/17 154/18 160/2 160/8 162/25 163/7
235/3
opening [1]  86/1
openly [1]  10/8
operability [1]  72/11
operate [1]  13/25
opinion [7]  60/14 60/14 160/14 178/5 179/9 181/6 233/16
opinions [17]  40/17 49/21 69/4 85/1 96/6 117/14 136/20 152/19 161/18 173/1 175/4 175/25 197/10 216/10 216/12 228/16 228/23
opportunity [3]  62/7 187/16 221/12
opposed [1]  67/19
opted [1]  67/19
oral [2]  85/25 106/11
ordeal [1]  120/10
order [14]  2/1 9/14 9/18 9/23 10/10 13/2 13/9 13/24 23/4 63/21 108/7 108/13 206/21 218/17
orders [1]  163/3
organization [3]  39/12 88/10 207/24
originally [1]  226/19
Orlando [3]  88/4 88/10 210/18
Orleans [2]  194/21 212/9
Ostrow [1]  1/20
other's [1]  110/3
others [8]  12/4 12/6 20/1 25/9 162/15 212/23 244/1 246/2
otherwise [3]  19/24 114/20 115/12
our [28]  13/24 39/6 61/21 63/2 63/14 63/17 71/13 72/19 76/2 86/6 86/7 88/10 88/12 88/16 106/25 121/25 121/25 153/1 155/1 158/15 175/5 177/12 192/9 193/23 231/9 233/17 240/3 258/15
ourselves [1]  213/18
outcome [2]  124/21 133/12 161/14
outset [3]  13/4 56/5 206/23
outside [14]  69/7 69/16 72/25 117/18 118/1 118/2 197/14 255/16 261/9 262/23 262/24 263/2 263/4 263/13
over [47]  8/17 11/19 18/12 18/18 26/3 33/4 35/24 39/10 40/23 58/4 59/3 60/23 60/23 71/11 94/25 95/18 99/2 100/4 100/19 101/12 112/13 130/3 130/13 132/25 133/5 134/22 141/10 147/9 161/12 162/21 166/15 174/9 182/10 186/8 186/13 187/23 188/5 194/12 213/11 213/24 214/5 227/7 229/2 230/12 231/5 238/5 262/1
overheard [4]  264/9 265/12 265/13 265/19
Overruled [1]  218/4
overseas [1]  43/14
owed [1]  59/3
own [7]  80/11 116/19 178/21 222/2 234/10 234/13 234/13
owns [1]  178/21
166/19 172/8 172/10 175/11 182/25 183/17 184/21 194/19 212/9
panel [4]  127/21 129/5 200/4 200/11
paper [2]  248/21 248/24
papers [1]  165/24
paralegal [6]  11/12 11/14 96/13 96/15 177/23 177/24
paralegals [1]  2/17
parameters [1]  89/3
Pardon [1]  91/12
parents [2]  86/14 228/24
parents' [1]  162/1
parishioner [1]  233/6
park [1]  83/9
parking [1]  64/7
parole [3]  27/23 28/11 28/12
Parrago [1]  196/13
part-time [8]  57/6 87/14 113/6 150/6 150/7 161/7 163/3 167/12
partial [1]  231/13
participant [1]  88/25
particular [19]  8/22 17/13 32/2 33/14 41/10 42/20 61/13 61/16 61/18 63/4 70/24 88/16 89/24 160/24 200/10 215/15 227/2 228/21 239/13
particularly [3]  77/2 176/1 222/19
parties [4]  10/10 49/23 132/3 197/11
partner [9]  59/23 60/11 62/3 62/18 63/18 95/10 95/23 97/22 211/8
partner's [1]  63/8
partners [1]  87/2
partnerships [1]  99/20
party [2]  58/15 174/20
pass [3]  90/3 166/15 207/22
passed [2]  5/16 259/8
Passing [1]  217/15
past [14]  25/8 29/4 46/10 72/25 75/6 106/10 161/5 164/17 171/4 172/7 174/21 220/18 220/20 247/7
patience [4]  69/1 70/17 197/13 213/21
patient [2]  24/24 117/20
patrol [3]  125/5 125/6 125/7
Paul [1]  195/24
pay [12]  35/1 54/20 59/6 60/16 61/23 102/13 110/11 110/13 124/7 157/11 211/21 232/6
paycheck [6]  146/25 146/25 161/24 161/24 212/4 212/5
paying [4]  19/10 250/22 265/11 265/19
payments [1]  232/5
PBCC [1]  81/21
penalties [1]  99/21
pending [3]  106/19 123/6 123/13
Pennsylvania [1]  107/16
Pensacola [1]  90/21
people [123]
people's [2]  92/16 216/10
percent [4]  76/2 167/6 235/17 235/18
percentage [1]  199/11
peremptory [1]  201/16
perform [3]  8/20 9/12 13/5
period [7]  36/1 59/4 67/13 68/5 129/23 231/5 240/25
periodically [1]  138/11
periods [1]  136/15
permanent [1]  167/16
permission [1]  82/1
permitted [1]  112/8
person [53]  2/17 11/13 31/5 31/7 31/10 37/5 41/13 71/21 73/10 108/6 108/15 116/4 123/6 123/9 123/10 127/24 143/20 148/13 169/1

# P

person... [34]  176/4 176/6 181/12 181/19
186/1 186/1 186/9 186/14 186/21 187/1
188/6 189/20 191/14 191/19 192/11 192/16
193/20 221/22 221/23 222/9 222/17 223/4
232/7 237/17 257/11 259/3 259/3 259/7
259/8 259/15 260/20 260/21 260/25 264/24
person's [2]  20/10 187/24
personal [33]  10/3 10/7 13/15 32/23 34/25
49/21 56/14 61/13 61/17 71/24 72/21 82/8
87/1 120/5 127/9 152/14 152/15 152/18
156/5 161/18 170/19 173/1 175/3 175/25
178/5 206/15 207/23 215/19 222/24 223/1
232/19 250/14 258/23
personally [6]  32/19 32/22 36/6 43/18 71/22
176/16
pertained [1]  234/22
Pervenecki [3]  172/4 172/6 242/2
Pfaffenberger [1]  85/19
Ph.d [1]  152/7
philosophical [1]  223/2
phone [11]  42/14 147/3 256/22 257/13
257/14 257/20 262/12 262/18 264/8 265/4
265/12
physical [3]  66/18 68/1 80/9
physically [3]  54/18 76/4 177/10
pick [3]  229/18 235/8 266/10
picked [4]  117/7 133/11 139/1 206/20
picking [5]  4/2 199/10 199/25 200/2 228/19
picture [3]  248/24 249/1 249/1
piece [2]  101/3 101/5
pizza [1]  113/19
place [9]  6/18 66/9 75/1 87/12 101/25 115/20
223/14 260/11 260/12
placed [1]  52/1
places [2]  101/2 208/19
placing [1]  221/15
plaintiff [4]  95/18 96/24 108/6 108/13
Plaintiffs [1]  233/22
plaintiffs' [1]  174/21
plan [3]  35/10 112/2 240/3
planes [1]  225/20
planned [1]  44/19
planning [2]  72/13 170/6
plans [2]  56/3 88/21
plant [1]  72/12
plastics [1]  90/17
play [1]  2/18
played [1]  2/18
playground [1]  101/3
playing [1]  226/23
plays [1]  61/17
plead [2]  30/10 52/14
pleaded [4]  52/7 52/14 60/15 170/10
pleading [1]  30/14
please [48]  2/2 2/7 8/14 10/8 10/11 14/6
14/11 14/14 14/17 18/5 18/19 18/22 20/4
25/1 25/4 25/9 25/11 25/14 25/16 25/21 26/4
26/10 32/8 48/20 69/7 69/11 69/12 70/8
70/14 117/5 117/15 118/7 118/9 126/10
131/6 149/16 150/18 166/16 173/24 182/11
197/9 198/15 213/15 243/11 243/17 261/21
262/7 263/25
pleasure [1]  244/2
pled [8]  9/7 12/11 44/12 47/19 63/20 63/23
98/2 244/14
plenty [1]  213/1
plumber [6]  82/25 83/2 83/3 83/6 83/10
116/19

plumbing [2]  83/4 116/19
plus [2]  167/10 199/12
pocket [1]  157/11
point [18]  22/9 24/21 60/20 123/13 148/23
181/15 196/21 197/21 199/7 201/10 209/20
211/6 215/8 215/11 217/2 221/19 226/13
241/11
pointing [1]  209/4
poisoning [1]  6/1
police [18]  34/5 66/5 67/13 75/17 91/4 93/11
96/3 106/18 107/3 107/22 108/7 121/16
136/12 172/13 179/17 180/18 186/11 186/13
policeman [3]  72/4 72/4 179/6
political [1]  62/25
Ponzi [3]  39/19 41/5 46/1
poo [2]  234/16 234/16
poo-poo [1]  234/16
pool [1]  6/1
portfolio [1]  76/2
Portuguese [2]  113/9 114/13
position [5]  27/18 154/7 167/19 211/14
247/18
positions [1]  164/8
positive [5]  42/12 63/1 190/25 193/3 254/1
possession [6]  174/4 179/3 179/17 232/23
233/1 234/3
possibility [2]  4/18 199/3
possible [5]  124/12 147/5 174/24 244/6 257/6
possibly [4]  34/9 38/19 55/10 240/20
post [3]  103/23 153/22 254/19
post-release [1]  153/22
postal [7]  103/21 159/2 166/5 255/1 255/3
255/4 255/6
posttraumatic [2]  152/17 156/13
pot [1]  60/7
potential [3]  240/12 240/21 243/15
pounds [1]  259/1
power [3]  72/12 219/23 220/4
practice [1]  85/19
practiced [1]  96/20
practitioner [3]  161/5 161/23 178/11
prayer [5]  218/7 219/23 220/4 220/4 221/7
prayers [1]  220/23
praying [1]  87/2
preconceived [3]  232/1 232/2 235/4
predisposed [1]  184/8
prednisone [1]  110/21
prefer [1]  200/9
prejudice [3]  129/5 129/18 204/23
prejudiced [2]  215/21 244/18
prejudicing [1]  5/25
prepare [1]  157/1
prepared [2]  154/12 211/6
preparing [1]  43/14
preponderance [3]  108/8 108/20 109/3
preschool [1]  164/19
presence [2]  127/4 128/4
present [11]  2/15 15/14 20/17 20/17 20/22
70/9 72/5 108/7 108/16 126/12 188/22
presented [9]  22/16 64/17 121/12 121/23
169/15 184/7 215/21 248/14 254/14
presenting [1]  233/21
president [2]  75/6 171/1
presiding [1]  8/17
pressing [1]  210/18
presume [33]  15/13 15/22 16/2 16/11 16/25
17/6 17/14 17/21 18/2 18/17 19/3 19/7 20/2
56/7 77/12 119/1 119/22 127/22 128/25
181/16 182/2 182/4 182/6 184/1 184/5
206/24 247/23 248/1 252/12 252/18 252/19

presumed [5]  15/6 15/13 15/21 16/24 230/2
presuming [5]  16/8 19/22 24/13 56/16
202/22
presumption [6]  15/5 16/14 16/16 16/19
16/20 24/12
pretty [12]  66/3 96/10 123/9 130/23 153/9
175/12 178/11 200/24 205/12 256/24 264/13
265/20
prevent [6]  14/7 16/7 52/18 72/9 190/6
195/10
previous [1]  95/23
primarily [1]  100/4
primary [1]  99/25
principle [7]  15/4 15/18 20/6 21/22 21/24
24/3 24/16
principles [3]  15/1 15/2 15/3
print [1]  134/21
prior [2]  95/12 247/2
prison [6]  52/8 95/24 97/25 104/7 153/4
153/7
privacy [1]  3/12
private [8]  10/7 10/9 134/5 134/9 134/10
174/23 175/3 178/8
privately [5]  145/6 160/4 192/17 238/9
245/14
probably [25]  9/20 38/25 39/3 53/6 57/10
57/22 61/23 63/11 72/20 76/17 113/22
113/24 119/18 126/25 165/15 182/8 197/22
197/24 199/2 215/10 226/11 226/17 231/5
239/8 257/18
probation [26]  26/14 27/17 27/19 27/20
27/22 28/1 28/9 28/15 28/24 29/7 29/10
29/12 29/18 30/12 30/13 49/13 52/1 52/8
52/16 60/17 95/22 97/18 153/22 172/19
179/4 201/14
probing [1]  232/18
problem [50]  3/18 5/25 6/4 16/15 20/24 21/2
21/9 21/12 21/16 21/19 23/5 23/20 23/25
24/13 24/17 72/6 86/2 96/8 97/21 103/14
110/16 113/13 115/15 116/7 116/23 117/2
123/25 129/11 129/17 140/8 163/17 200/20
202/12 202/16 202/18 202/20 205/15 207/8
209/3 211/22 230/15 231/19 233/8 236/24
237/21 239/6 239/13 250/18 252/23 254/20
problems [17]  56/9 65/16 84/25 91/5 96/7
110/7 110/9 127/9 199/12 202/5 202/6
203/12 203/15 205/15 206/2 206/10 222/12
proceed [1]  126/13
proceedings [14]  1/11 8/13 69/19 70/7 70/13
118/6 126/9 131/5 197/17 198/14 213/14
242/24 244/4 268/11
process [13]  9/20 10/1 14/10 20/4 25/4 26/5
69/17 70/17 117/21 131/12 148/22 187/14
240/5
processor [1]  77/25
produce [1]  57/4
profession [1]  252/17
professional [2]  95/19 152/3
professionally [1]  216/19
professor [1]  87/15
program [4]  88/12 133/8 152/1 152/25
programs [2]  87/13 153/3
project [4]  72/12 72/16 74/25 177/23
prolonged [1]  136/14
pronounce [1]  242/18
proof [13]  20/7 20/11 20/14 22/3 24/14 73/10
73/15 108/6 108/14 108/16 108/23 109/1
251/19
proper [2]  35/11 114/15

**P**

properly [2]  115/8 124/18
properties [2]  55/25 76/5
property [5]  55/24 75/7 183/10 184/21 184/21
prophetic [1]  220/14
proposed [1]  6/21
pros [1]  246/5
prosecuted [5]  37/19 120/15 120/24 121/1 148/5
prosecution [3]  244/20 245/18 246/5
prosecutor [1]  64/13
prospective [10]  6/17 240/2 249/22 253/7 255/19 258/10 261/11 261/22 263/15 264/1
Protestant [2]  233/4 233/5
prove [42]  9/3 9/7 9/10 13/2 15/8 15/23 16/12 20/11 20/13 20/15 20/19 20/21 20/23 20/25 21/1 21/4 21/7 21/8 21/11 21/12 21/14 21/15 21/18 21/18 22/4 22/5 22/5 24/15 73/10 92/16 108/10 121/25 121/25 143/14 143/17 143/19 143/19 143/20 143/23 216/4 234/23 251/19
proved [2]  22/12 22/13
proven [5]  28/21 64/18 223/18 223/21 233/14
proves [1]  230/3
provided [1]  153/4
provides [2]  66/24 66/25
providing [4]  12/25 139/20 250/23 251/3
proving [4]  12/13 20/8 20/10 73/10
pry [1]  10/2
psychiatric [1]  153/5
psychic [10]  5/10 5/12 12/20 92/18 188/20 192/6 194/14 221/21 222/1 222/17
psychics [3]  222/7 222/10 250/15
psychological [2]  234/11 234/14
psychologists [1]  234/7
psychology [1]  234/10
public [2]  32/9 60/2
publicity [1]  249/4
publicly [1]  75/7
Puerto [2]  150/8 150/9
pull [1]  86/13
pulled [2]  147/16 161/12
pumping [1]  92/7
punished [1]  141/16
purchased [1]  43/6
purpose [1]  10/4 10/13
purse [8]  71/21 91/2 92/2 92/6 92/20 92/24 93/25 202/17
pursue [1]  180/23
push [1]  142/5
put [21]  18/10 21/3 49/12 52/7 68/13 68/16 97/18 106/21 110/21 120/9 182/21 183/9 194/5 196/16 210/13 229/10 232/17 248/10 254/12 258/25 259/7
putting [1]  263/16

**Q**

qualify [1]  80/10
quality [3]  163/21 163/23 163/25
question [49]  6/19 10/6 26/2 52/22 53/6 53/17 53/21 57/13 70/23 112/17 123/5 123/12 124/13 126/25 129/22 142/12 143/4 159/23 168/20 169/12 176/5 180/25 180/25 181/22 184/5 186/7 187/21 188/1 188/2 188/3 188/18 196/22 200/15 217/20 218/3 218/20 222/16 228/1 228/14 229/23 230/20 234/2 237/22 238/25 247/1 251/10 252/1

252/8 258/22
questioning [3]  129/20 213/19 219/15
questions [63]  5/4 11/18 14/24 24/11 24/21 25/7 25/23 26/8 27/11 40/22 50/5 58/23 59/2 60/5 62/2 64/10 79/17 96/12 107/22 114/6 118/1 121/7 121/8 122/3 122/15 122/21 124/14 125/22 130/12 147/6 151/2 187/13 187/15 187/17 197/9 198/7 200/21 212/20 212/23 213/23 214/6 214/14 221/11 222/25 237/19 237/20 237/25 245/1 245/5 246/10 248/17 249/14 249/15 249/16 251/15 252/25 254/16 255/11 255/14 258/5 258/7 260/15 261/8
quick [1]  171/24
quickly [3]  117/20 124/20 244/6
Quinn [3]  2/16 11/12 196/7
quite [11]  57/1 57/22 95/24 106/25 107/18 119/18 136/10 167/10 214/5 215/23 265/8
quote [2]  221/22 223/3
quote-unquote [2]  221/22 223/3

**R**

R-a-l-e-y [1]  196/10
race [1]  229/14
racial [1]  228/7
radio [1]  179/24
raise [4]  14/11 195/19 214/14 237/24
raised [4]  17/5 216/17 221/5 233/10
Raises [1]  232/21
raising [2]  5/5 24/5
Raley [1]  196/9
ramifications [2]  88/17 88/20
ran [3]  60/14 63/12 153/3
ranch [1]  72/16
range [2]  154/20 154/24
Raphael [1]  193/5
rather [4]  32/19 58/8 58/15 60/24
Raton [12]  1/22 33/22 34/6 39/9 90/6 94/8 100/18 138/19 144/16 150/6 182/14 192/6
ray [1]  95/13
Raymond [1]  151/22
Rea [4]  178/17 178/19 225/12 225/13
Rea-Murphy [3]  178/19 225/12 225/13
reach [9]  36/15 46/10 47/9 51/18 73/3 89/16 107/25 155/12 185/15
reached [1]  155/23
read [65]  32/1 33/13 70/19 70/23 71/1 80/23 80/24 81/2 87/5 89/23 105/20 105/22 106/1 114/15 114/15 114/15 115/6 115/7 116/10 135/15 135/18 146/13 159/14 160/23 165/16 165/17 165/20 165/24 165/24 191/16 194/20 195/17 196/24 197/3 224/5 224/11 224/13 224/15 224/16 224/16 224/19 225/3 225/9 225/18 226/2 226/4 226/9 226/10 226/10 247/1 247/21 247/22 248/3 248/18 250/8 253/18 253/19 253/23 254/4 254/13 255/23 255/24 260/9 260/24 260/24
reader [3]  189/3 194/20 212/9
reading [8]  151/2 225/19 247/2 247/7 247/16 248/3 248/8 250/5
ready [5]  4/2 16/6 126/13 154/11 154/16
real [11]  39/16 40/24 64/9 68/4 72/2 75/7 86/25 95/18 113/5 205/14 234/3
realize [1]  155/23
realized [2]  250/9 250/9
really [38]  19/4 28/2 42/18 54/14 61/14 61/17 62/23 63/16 71/21 98/17 105/23 108/12 110/14 126/22 131/23 133/23 140/13 142/4 146/17 147/14 147/17 147/17 148/22 148/24 149/6 149/7 151/4 175/18 177/7

194/23 211/4 223/14 225/6 235/2 237/15 244/19 254/22 265/11
Realtime [1]  268/10
realtor [1]  55/9
reason [40]  16/2 16/25 17/13 25/1 27/6 27/8 27/9 32/25 50/1 55/1 57/18 66/16 75/23 78/18 80/16 82/10 82/11 86/25 91/7 101/21 104/13 129/22 129/25 136/21 142/7 143/1 150/23 150/24 152/20 157/9 160/16 170/22 173/4 176/10 180/13 180/22 201/15 201/16 202/7 216/10
reasonable [17]  9/11 15/9 15/15 15/24 16/13 20/12 20/14 20/19 21/15 22/13 64/19 73/15 108/22 109/1 144/1 230/4 249/11
reasons [8]  63/20 88/3 101/18 107/13 123/23 133/24 141/19 176/3
Rebando [1]  196/12
recall [13]  41/7 46/15 49/6 208/19 224/10 247/2 247/6 247/9 248/7 248/11 253/22 264/3 264/4
received [2]  42/14 217/18
receiving [1]  250/23
recent [2]  2/22 132/8
recently [8]  39/22 39/23 60/12 61/10 78/1 106/14 175/19 247/7
recess [7]  68/24 69/15 70/6 126/8 197/8 198/13 267/3
Reclay [1]  59/22
recognize [3]  46/16 69/13 195/20
recognized [1]  196/18
recollect [1]  81/1
recommend [1]  207/1
record [7]  7/18 25/21 70/9 198/16 239/21 263/11 268/11
records [1]  107/1
recruiter [1]  100/18
rectify [1]  102/24
Reddish [1]  196/7
refinery [2]  72/10 137/11
refund [6]  41/22 65/7 76/14 76/15 76/19 103/1
refunded [1]  103/1
refunds [1]  41/25
refused [1]  80/16
regard [2]  154/13 175/5
regarding [4]  106/18 106/19 214/19 236/11
Regina [2]  112/24 113/2
regional [3]  75/7 151/25 153/13
register [1]  42/6
registered [2]  161/6 268/9
relate [3]  12/18 63/8 78/11
related [6]  74/14 77/19 91/19 96/9 154/1 162/7
relates [1]  75/20
relating [2]  76/7 123/18
relations [1]  97/9
relationship [6]  38/10 38/15 109/19 149/3 221/6 257/23
relationships [1]  105/12
relative [5]  82/3 99/10 139/3 144/22 150/14
relatives [16]  49/16 86/18 96/2 96/4 101/15 104/8 133/19 141/11 157/5 159/9 160/13 161/17 170/13 172/23 175/1 175/23
release [1]  153/22
released [3]  72/14 154/11 154/18
religion [7]  87/18 219/8 222/24 222/24 229/14 232/14 233/18
religions [1]  223/4
religious [11]  69/24 193/17 193/23 217/21 217/24 218/22 219/12 223/2 223/10 223/14

**R**

religious... [1]  224/1
rely [1]  3/9
remain [1]  207/8
remainder [1]  29/3
remaining [1]  240/25
remark [1]  263/2
remarks [1]  263/6
remember [37]  25/17 36/12 47/3 47/4 47/8
51/10 52/4 54/20 91/10 91/13 91/17 105/23
105/25 117/13 126/16 136/24 190/19 190/20
190/24 192/13 192/15 192/19 197/9 224/12
224/13 224/15 225/6 225/19 230/1 237/24
242/17 249/1 253/20 253/24 253/25 254/3
264/9
reminding [2]  214/21 238/24
remove [1]  249/8
render [2]  233/23 233/24
rendering [3]  49/25 52/24 173/3
rent [1]  55/24
repeat [2]  14/20 218/20
rephrase [1]  28/5
replace [1]  207/21
replacement [1]  78/20
report [1]  28/6
reported [3]  58/12 261/24 261/25
Reporter [4]  1/23 1/23 268/9 268/10
reporting [2]  58/11 58/17
reports [2]  247/17 248/8
represent [3]  11/10 216/20 258/1
representations [1]  92/17
representative [1]  106/13
representatives [1]  69/6
represented [1]  3/19
representing [3]  2/14 10/22 217/1
request [3]  257/14 257/17 257/18
require [1]  251/18
required [4]  20/11 108/9 108/14 246/19
requires [1]  14/1
rescheduled [1]  74/17
research [1]  170/2
resentment [4]  31/13 31/18 121/10 148/8
reserve [1]  167/3
reside [10]  26/12 48/10 75/5 90/6 133/5
149/23 151/23 159/1 160/1 177/22
resided [2]  65/18 172/6
residential [3]  152/1 152/24 153/3
residing [2]  30/5 132/24
Resk [2]  85/16 85/17
resolve [6]  4/4 9/6 13/9 14/2 14/4 58/25
resolved [17]  3/3 3/24 4/10 33/8 58/9 59/4
59/7 97/2 104/16 147/7 147/23 147/25
153/18 153/19 175/22 177/7 247/19
resort [1]  150/6
resource [1]  56/20
respect [3]  12/13 12/24 57/14
respecting [1]  252/17
respond [1]  188/3
responding [1]  188/16
response [2]  214/14 236/3
responsibilities [2]  74/23 99/24
responsibility [4]  8/21 9/13 13/6 144/3
responsible [1]  76/3
rest [4]  129/18 130/4 130/15 229/4
restaurant [10]  33/24 34/14 34/18 35/4 35/7
35/12 36/8 95/14 182/18 190/10
restitution [2]  246/3 246/4
result [3]  121/13 189/12 260/2
results [1]  131/24

retail [2]  171/2 178/21
retina [1]  165/13
retired [18]  29/24 44/6 44/8 44/25 75/16
90/10 91/3 136/12 151/23 152/23 155/8
160/5 163/2 163/18 164/19 169/24 179/5
255/4
return [7]  39/23 41/21 61/6 75/20 76/16
101/11 239/10
returns [4]  12/8 12/9 97/13 100/1
reunification [1]  154/17
Revenue [11]  11/3 42/9 42/11 58/4 77/1
214/24 215/2 215/13 215/14 215/17 216/15
review [3]  72/11 72/12 72/16
reviewer [1]  99/25
Richard [1]  196/11
Richbell [10]  106/8 106/10 117/25 122/25
123/1 192/22 214/17 218/16 219/9 225/2
Ricky [1]  3/7
RICO [2]  142/23 150/8 150/9
rid [3]  129/6 129/7 129/11
ridiculous [1]  236/12
right [353]
rise [2]  14/11 98/5
Risk [3]  87/4 190/15 241/16
Riviera [1]  26/12
RMR [2]  1/23 268/16
rob [1]  113/19
robbed [14]  61/2 61/7 141/8 141/12 142/15
143/5 160/13 170/12 171/17 175/19 175/20
175/21 177/1 177/11
robberies [2]  61/7 177/9
robbery [7]  52/9 52/10 86/12 86/20 142/13
142/14 144/8
Robert [2]  135/23 172/6
Rodriguez [7]  132/22 132/24 135/14 220/7
220/17 233/10 241/21
Roger [4]  1/16 2/8 10/21 214/3
role [1]  89/8
Roma [1]  195/24
Roman [2]  232/20 232/23
romance [1]  231/4
Romani [1]  226/18
Romania [1]  226/20
room [9]  16/22 18/18 23/22 61/3 126/17
214/22 243/21 243/22 243/23
roommate [1]  86/6
ROSE [13]  1/6 2/5 2/14 9/1 11/11 226/16
227/4 227/7 229/21 230/6 230/10 231/13
255/9
Roseanne [1]  196/10
route [1]  67/19
routinely [1]  61/8
row [83]  15/17 15/17 15/19 15/20 15/25 16/1
16/9 16/10 16/11 16/18 16/23 17/2 17/3 17/5
17/8 18/1 18/3 18/4 20/20 20/24 21/3 21/5
21/6 21/9 21/10 21/13 21/14 21/17 21/20
21/21 22/21 22/22 22/23 23/1 23/7
23/10 23/11 23/12 23/17 23/18 23/19 23/23
23/24 24/2 24/4 24/8 24/10 24/11 24/19
68/17 70/22 70/24 188/17 188/17 188/18
190/14 190/14 191/6 192/21 193/14 194/13
194/13 194/16 195/13 195/14 195/14 195/15
219/19 219/19 219/20 220/6 220/7 225/8
227/4 227/6 227/6 227/7 227/10 227/10
229/2 235/9 259/9
row-by-row [3]  15/17 22/21 188/17
Rowe [6]  77/22 77/23 205/1 209/14 224/7
241/16
rows [2]  6/15 25/8
Royal [4]  77/24 103/20 113/3 184/21

rude [2]  69/10 117/17
rule [7]  7/19 7/21
rules [4]  4/5 27/25 28/4 28/6
Rumkey [1]  238/11
run [5]  26/9 35/7 39/11 116/6 142/4
running [1]  234/25
runs [1]  174/15
Russell [1]  196/5
Russia [1]  40/4

**S**

sacrifice [4]  13/8 13/12 14/1 14/3
Sail [1]  90/19
salary [1]  235/17
Salazar [3]  166/15 166/19 206/8
sales [6]  135/25 136/25 137/1 137/2 142/7
144/18
salesperson [2]  101/19 211/12
salon [1]  182/17
Sam [1]  49/1
same [25]  25/25 29/8 29/14 35/24 38/17
38/21 46/1 46/14 74/12 99/15 109/19 138/7
181/12 186/9 186/12 187/24 188/6 199/5
199/9 199/11 205/17 225/9 225/18 225/24
240/5
Sammy [1]  196/10
Sardinas [5]  65/12 65/17 193/15 218/18
241/12
sat [33]  26/19 32/17 34/1 39/15 46/25 51/9
57/9 60/3 65/24 68/17 73/2 75/10 91/10
100/24 104/2 107/22 116/22 131/21 141/4
144/21 146/3 147/7 152/9 157/1 159/6 160/8
161/9 166/22 172/15 174/18 182/20 185/1
215/17
satisfaction [3]  97/3 104/16 147/23
satisfied [1]  124/21
Saturday [1]  111/23
save [6]  87/11 200/12 200/16 207/14 212/23
213/19
saw [6]  65/15 128/21 128/22 192/21 223/8
253/23
say [77]  5/24 6/3 17/20 18/7 25/18 25/20
35/6 52/6 52/9 55/11 58/17 59/11 68/20
69/10 77/15 83/2 83/5 96/15 99/18 100/10
102/10 102/14 103/15 114/10 115/1 116/8
117/8 124/11 124/12 128/13 128/18 129/8
129/18 141/15 142/20 150/17 150/17 155/2
156/3 168/7 168/23 173/24 175/20 176/18
177/1 180/12 181/4 181/6 181/20 186/6
186/16 186/17 211/15 212/25 213/9 231/17
233/1 233/11 234/5 234/8 236/4 236/11
236/16 236/19 236/21 236/22 245/2 245/25
258/17 258/24 259/3 260/9 260/24 262/2
262/12 262/15 263/17
saying [34]  19/7 25/21 34/20 34/24 61/4
79/10 84/23 114/24 115/4 116/3 119/19
147/16 151/6 151/8 151/17 169/7 181/3
186/2 186/2 186/4 186/7 186/9 186/10 196/1
211/1 218/7 222/15 252/1 259/21 261/24
263/18 264/5 264/23 265/13
says [6]  186/11 186/12 186/24 208/18 212/13
252/22
scam [2]  251/1 251/8
scar [1]  107/10
scenario [1]  4/12
scheduled [5]  72/20 74/19 78/20 78/25
107/15
schedules [1]  209/22
scheduling [1]  140/9
scheme [8]  5/17 5/18 39/19 41/5 41/8 41/10

# S

**scheme...** [2] 41/17 46/1
**school** [35] 32/15 60/5 77/25 80/19 83/24 90/8 90/21 94/11 100/20 100/22 104/1 104/1 106/15 106/16 113/8 114/14 116/21 133/2 135/25 146/1 146/1 150/9 157/10 157/11 157/13 161/7 163/5 164/20 166/21 171/24 172/11 172/14 172/14 174/18 195/2
**schoolteacher** [4] 29/24 32/13 100/20 172/12
**Schwartz** [34] 1/19 2/14 2/16 11/8 11/10 11/14 39/7 39/9 122/3 125/24 145/9 196/7 196/13 198/24 201/3 208/6 208/7 212/7 222/3 222/4 226/15 226/24 228/1 230/21 237/1 238/1 245/1 246/10 248/16 253/1 254/17 258/6 260/17 264/22
**science** [5] 33/25 60/1 75/9 136/4 184/25
**scientist** [1] 64/23
**scope** [1] 107/10
**Scripture** [1] 218/14
**searched** [1] 161/12
**season** [2] 82/14 82/22
**seat** [13] 6/16 68/14 68/16 118/10 123/1 225/8 240/7 245/12 246/22 256/10 256/10 258/16 261/23
**seated** [14] 2/3 6/10 8/15 10/23 11/4 14/14 25/17 70/8 70/15 118/7 126/10 131/7 198/15 213/16
**seating** [1] 199/12
**second** [33] 16/10 16/11 17/1 17/3 17/4 17/5 17/7 18/1 18/2 21/5 21/6 21/9 21/17 21/19 23/11 23/12 24/2 44/12 48/24 79/9 81/25 126/14 133/3 190/14 190/14 194/16 200/11 200/12 219/20 225/8 227/6 227/10 235/9
**second-degree** [1] 44/12
**secondly** [1] 142/2
**secrecy** [1] 256/25
**secretary** [2] 95/12 96/14
**Securities** [1] 134/4
**security** [8] 76/17 76/20 83/22 106/24 134/3 134/10 134/11 166/10
**seeing** [3] 160/21 170/17 249/2
**seeking** [1] 178/24
**seem** [3] 69/13 127/8 151/2
**seemed** [1] 205/18
**seems** [2] 200/23 259/14
**seen** [1] 80/25
**select** [1] 116/6
**selected** [8] 8/22 15/3 26/20 34/1 35/22 73/15 243/23 248/6
**selection** [5] 3/15 4/10 5/1 266/15 266/19
**self** [2] 174/15 182/15
**self-employed** [2] 174/15 182/15
**selling** [2] 140/25 231/4
**semi** [1] 123/12
**send** [3] 147/4 147/4 258/15
**senior** [2] 83/23 83/24
**sense** [2] 146/10 224/1
**sensitive** [2] 60/19 123/4
**sent** [1] 123/11
**sentence** [1] 133/16
**sentenced** [1] 244/12
**Sentinel** [1] 247/4
**separate** [2] 63/4 260/19
**separately** [14] 118/12 127/9 145/11 175/8 178/6 178/14 197/1 197/5 230/20 230/23 238/10 238/12 238/21 245/14
**September** [18] 44/18 44/18 40/5 43/14 43/16 44/20 56/4 72/17 72/20 96/9 99/20 107/15 111/17 120/21 121/1 134/20 208/13 211/2

**September 10th** [1] 44/20
**September 15th** [2] 96/9 99/20
**September 22nd** [1] 111/17
**September 29th** [1] 72/17
**September 30th** [2] 40/5 43/16
**sequestration** [2] 7/19 7/22
**sergeant** [1] 179/6
**serve** [12] 44/17 78/17 86/25 91/8 104/14 141/20 141/25 146/16 160/16 170/22 206/11 239/25
**served** [10] 72/2 86/19 95/22 95/23 97/24 105/2 170/8 179/1 244/10 244/15
**service** [18] 11/3 42/9 42/11 57/8 58/4 77/1 103/21 159/2 214/25 215/2 215/13 215/14 215/17 216/15 233/5 233/7 250/19 250/19
**services** [12] 12/25 139/20 153/5 166/6 188/21 191/13 194/15 194/15 217/18 246/19 250/23 251/3
**serving** [1] 244/13
**sessions** [1] 88/22
**set** [2] 95/4 215/18
**setting** [1] 10/9
**settled** [9] 32/19 33/5 39/17 40/24 40/25 58/14 95/18 146/3 147/11
**settlement** [1] 91/16
**settling** [1] 147/17
**seven** [17] 48/21 50/6 50/10 50/11 50/15 59/20 119/7 167/21 168/10 168/12 171/7 174/13 201/19 240/14 242/13 242/16 243/17
**seventh** [1] 133/2
**several** [17] 45/23 46/1 58/9 58/13 66/8 71/11 72/8 86/11 89/18 96/3 148/15 161/16 185/5 194/22 213/10 226/4 226/10
**Seymour** [2] 19/1 55/7
**SFranklinUSDC** [1] 1/25
**shake** [1] 25/19
**Shakes** [3] 71/3 159/19 172/2
**shaking** [2] 237/14 237/17
**shall** [1] 262/2
**share** [2] 57/15 193/20
**shared** [1] 193/17
**Shaw** [1] 85/19
**she'll** [1] 11/5
**she's** [61] 6/16 6/18 9/8 11/2 11/4 12/23 12/25 15/11 15/12 15/15 15/24 18/7 18/9 18/9 19/10 19/15 19/18 57/6 71/11 80/9 80/15 83/23 101/12 113/7 133/2 133/2 133/4 138/21 163/6 164/9 184/23 191/11 192/25 193/17 201/17 202/4 202/7 202/22 203/9 209/25 210/1 210/5 210/15 210/16 211/11 211/21 211/22 211/23 211/23 211/24 211/24 225/14 226/16 226/18 234/22 251/19 251/20 251/22 252/22 253/13 260/21
**sheet** [2] 26/8 26/9
**Sheila** [1] 90/6
**Shelly** [1] 156/19
**sheriff** [2] 107/4 182/25
**sheriff's** [3] 103/25 104/10 183/17
**Shirley** [1] 164/16
**shirt** [3] 126/18 128/13 264/17
**short** [1] 147/15
**shorten** [2] 112/9 112/17
**shortly** [3] 9/2 106/23 239/19
**shot** [1] 44/11
**should** [27] 4/25 9/14 13/17 26/8 50/1 66/15 82/10 108/15 127/1 127/12 128/9 141/16 141/16 143/11 143/11 145/9 200/11 207/7 210/8 213/17 241/14 242/15 243/20 247/19 250/7 253/5 255/16
**shoulders** [1] 25/20

**shouldn't** [5] 19/20 46/22 129/15 136/22 228/15
**showing** [2] 55/23 55/24
**shows** [1] 221/19
**shrug** [1] 25/20
**shut** [1] 7/18
**sic** [7] 49/19 49/23 81/4 114/3 152/21 237/23 238/11
**sick** [2] 79/5 107/20
**side** [24] 6/11 6/15 7/13 16/22 18/18 23/4 23/22 78/9 92/7 126/17 152/11 160/10 185/24 194/12 214/15 214/22 217/16 218/1 218/15 219/18 221/4 225/1 225/7 237/13
**sidebar** [5] 217/5 238/5 239/21 242/24 243/7
**sides** [5] 61/9 105/13 133/22 137/22 169/15
**Siemens** [2] 71/10 208/21
**sign** [1] 100/2
**signer** [1] 100/1
**significant** [7] 13/9 13/12 14/3 56/2 102/12 200/17 244/20
**silly** [1] 179/19
**Silver** [4] 169/21 169/22 225/17 242/1
**similar** [2] 41/9 76/13
**since** [19] 29/14 55/8 68/22 81/11 81/11 81/12 82/13 85/18 107/7 134/19 151/6 160/3 170/1 171/5 178/20 188/15 192/4 230/4 239/5
**sing** [1] 140/13
**Singer** [1] 169/23
**single** [5] 25/6 33/22 84/10 113/7 141/2
**sir** [132]
**sister** [5] 101/8 104/5 104/24 175/16 176/22
**sister's** [3] 102/17 104/5 105/4
**sit** [40] 9/15 13/15 15/3 19/12 27/7 49/19 50/2 51/6 54/10 54/15 54/18 57/18 65/14 66/17 68/8 75/19 75/24 82/6 82/10 85/12 86/2 88/3 89/13 106/17 107/13 107/13 129/16 130/3 140/14 151/16 152/20 157/9 163/13 172/25 173/4 223/3 259/1 259/13 259/14 260/8
**site** [3] 72/17 153/14 153/15
**sits** [1] 15/11
**sitting** [17] 8/4 55/22 60/6 66/9 68/5 68/15 84/21 96/8 117/2 136/15 223/5 251/21 259/11 260/23 261/5 264/3 265/23
**situation** [24] 5/2 31/22 36/6 39/5 48/5 62/25 63/5 63/8 65/1 68/19 94/23 102/5 102/17 102/25 104/25 105/5 124/15 148/18 168/2 204/20 205/1 206/1 245/21 260/19
**six** [11] 32/14 66/5 79/10 82/19 82/23 113/18 133/4 146/1 174/17 212/13 265/9
**six-year-old** [1] 133/4
**Sixteen** [1] 210/23
**size** [1] 240/4
**sizes** [1] 76/2
**skim** [1] 248/19
**skip** [5] 130/3 130/13 162/21 174/8 174/9
**sleep** [2] 80/14 142/1
**sleeping** [1] 202/6
**sleepy** [2] 110/25 111/5
**slough** [2] 128/1 128/9
**slow** [1] 142/5
**small** [4] 61/22 133/4 175/17 179/11
**smart** [1] 144/1
**smoking** [1] 60/7
**Smoky** [2] 116/25 207/11
**Smolin** [2] 100/8 100/8
**snatching** [1] 71/21
**social** [7] 39/14 39/14 76/17 76/20 106/24 153/5 166/10

## S

socialize [1] 129/2
socially [2] 69/23 245/16
society [5] 48/25 49/2 50/18 154/12 154/18
Soendergaard [1] 195/25
sold [1] 178/22
sole [1] 178/11
solve [1] 236/24
somebody [34] 39/22 42/15 76/16 101/4
101/25 106/24 113/12 113/15 113/17 113/18
113/19 143/16 166/11 180/7 190/18 192/25
202/16 202/18 207/24 211/13 223/22 227/2
227/13 231/13 234/2 234/5 234/10 235/8
235/22 259/2 259/11 259/12 260/8 260/23
somebody's [4] 182/22 183/10 234/17 237/16
somehow [2] 257/4 259/24
someone [34] 8/4 19/5 19/16 24/5 28/20
28/21 34/21 41/21 65/7 89/7 93/7 101/10
109/24 115/22 131/22 141/14 148/11 155/20
173/23 173/25 177/9 188/20 189/5 189/17
189/24 223/17 229/15 230/2 232/6 236/17
250/18 257/3 259/21 262/13
something [63] 3/14 4/9 4/25 9/16 26/22 30/1
43/3 43/10 43/13 43/23 45/12 54/2 61/15
67/16 79/3 79/6 80/25 91/16 92/11 92/13
95/25 98/25 110/19 113/12 116/8 123/8
124/1 127/12 141/14 143/14 143/17 143/21
168/4 168/25 177/9 177/10 180/15 195/4
197/4 202/16 202/18 202/21 202/23 210/19
229/8 230/15 230/22 231/8 231/15 231/17
232/7 232/9 233/19 234/5 236/16 237/6
238/9 238/20 247/2 253/24 253/25 254/5
264/5
sometimes [5] 63/16 111/3 143/10 168/18
202/6
somewhat [1] 229/13
somewhere [2] 80/15 143/12
son [26] 26/24 31/3 31/4 31/5 66/4 66/5
67/12 67/20 71/3 71/14 78/13 81/25 83/25
86/19 104/2 104/3 106/13 116/18 163/5
170/1 171/10 172/23 173/6 173/17 184/22
253/25
son's [3] 79/23 104/9 104/15
son-in-law [1] 172/23
song [3] 140/13 226/22 226/25
songs [1] 226/23
sons [3] 90/11 103/24 229/6
soon [5] 117/21 147/4 147/5 149/17 252/21
sorry [62] 18/12 24/9 24/18 28/5 31/2 31/3
54/13 55/11 56/25 81/14 82/18 82/20 90/14
101/23 103/5 105/20 106/1 113/1 124/14
125/20 128/16 135/14 135/14 135/17 138/10
142/18 150/17 154/22 159/14 159/17 159/22
173/16 176/4 180/2 190/5 196/22 202/10
207/6 208/7 213/2 213/17 218/17 220/9
223/8 224/7 228/20 230/17 231/22 237/2
238/14 238/18 239/22 242/23 247/13 247/14
250/10 256/6 257/16 258/17 259/17 262/24
263/14
sort [3] 146/9 146/15 207/10
sorts [1] 133/13
soul [1] 229/4
sound [2] 209/19 210/18
sounded [2] 202/3 210/19
sounds [1] 180/15
sour [2] 63/25 244/21
source [1] 191/16
soured [1] 63/5
South [5] 1/21 57/7 81/20 90/16 98/11

SOUTHERN [1] 1/1
space [1] 170/6
Spanish [3] 113/9 114/13 114/13
speak [35] 9/21 13/14 14/5 17/4 18/5 20/1
21/25 26/15 37/17 70/18 84/9 113/8 114/12
114/13 114/13 151/1 167/6 178/14 197/12
213/18 238/5 238/8 238/9 238/12 240/14
241/13 241/18 241/19 241/20 241/23 242/3
242/3 242/13 243/11 263/3
speaking [17] 14/8 14/23 17/16 25/4 25/24
25/24 32/10 114/8 114/21 131/14 218/7
218/9 218/10 220/13 243/12 262/10 264/9
speaks [1] 218/13
special [4] 11/2 215/13 229/8 246/1
specialist [2] 90/8 103/23
specific [3] 81/1 133/23 213/10
specifically [5] 39/19 62/22 247/12 247/15
264/7
specify [1] 265/10
speeding [1] 60/8
spells [2] 221/15 232/16
spend [1] 130/4
spent [6] 67/15 104/6 151/24 151/25 172/20
201/13
spirit [1] 218/14
spirits [1] 217/23
spiritual [5] 5/13 217/21 217/24 218/23
219/13
spiritualism [1] 234/3
spoke [2] 190/1 238/10
spoken [2] 70/25 188/12
spouse [1] 150/7
St [1] 179/5
Stack [1] 196/9
staff [2] 101/24 179/11
stage [3] 107/18 117/4 207/2
stand [5] 17/8 18/5 25/4 25/10 56/15
standard [1] 109/2
standing [3] 126/19 128/22 266/1
stands [1] 216/19
Stanley [1] 196/10
Starbucks [1] 131/18
start [25] 3/15 4/2 14/8 14/23 15/19 16/6
24/21 25/24 110/13 164/4 198/20 199/25
200/2 200/2 200/5 204/24 214/15 217/25
219/21 236/25 237/3 252/14 261/5 261/6
266/10
started [4] 29/5 70/19 72/13 202/4
starting [4] 72/17 181/16 181/25 182/3
starts [1] 249/7
state [43] 2/7 3/10 3/11 26/14 30/7 30/8
31/15 31/16 31/17 37/18 37/18 44/9 45/22
47/1 47/2 55/14 64/12 89/4 89/14 94/12
94/25 119/1 119/1 119/16 120/14 121/11
121/15 121/16 122/7 122/7 122/11 125/13
134/10 154/10 163/2 163/4 163/7 163/19
164/2 187/6 233/19 234/20 257/11
statement [2] 56/16 130/6
statements [4] 86/1 127/17 127/20 214/23
states [31] 1/1 1/3 1/13 1/17 2/5 2/9 9/1 9/3
10/22 10/23 11/1 11/21 15/8 20/13 20/19
21/7 24/14 55/9 64/18 98/24 100/19 103/21
120/14 159/2 170/4 171/6 214/3 215/3
223/18 237/8 246/8
station [2] 91/2 92/3
stay [12] 39/11 80/5 80/17 94/18 110/23
133/1 133/24 134/16 144/17 170/5 203/5
266/18
stay -- I [1] 133/24
stay-at-home [5] 39/11 133/1 134/16 144/17

170/5
steadily [1] 168/9
steal [3] 65/7 171/25 259/15
stealing [3] 92/8 92/13 202/17
steals [1] 80/13
Stefin [29] 1/16 2/9 2/25 3/6 3/9 3/16 6/19
10/19 10/21 11/7 121/6 125/22 129/25
200/12 210/12 211/15 214/1 214/3 222/21
226/14 231/3 232/14 245/4 246/12 249/15
251/16 255/13 257/5 260/14
step [1] 263/13
stepbrother [3] 172/18 174/2 174/4
stepdaughter [1] 148/15
stepfather [2] 146/9 148/15
stepfather-stepdaughter [1] 148/15
Stephanie [1] 196/8
Stephen [1] 1/23 268/9 268/15 268/16
steroid [1] 110/21
stick [6] 117/24 117/25 242/18 242/19
243/11 243/17
stiffen [1] 136/14
stiffens [1] 136/16
still [22] 4/3 44/25 52/8 53/12 53/24 56/15
59/5 79/11 141/9 142/22 143/8 153/7 172/11
184/22 216/7 232/24 238/6 240/12 240/21
243/15 248/1 254/9
stock [1] 58/12
stocks [1] 132/16
stole [5] 113/17 116/25 179/23 207/11
263/19
stolen [15] 41/11 61/6 76/14 76/16 91/2 92/3
92/20 92/24 93/25 106/23 133/16 152/14
156/6 166/11 202/17
stone [2] 113/12 259/18
stop [3] 63/21 113/24 147/16
store [4] 150/7 178/21 179/11 207/24
stores [2] 35/13 134/21
stories [5] 60/11 60/22 122/6 122/8 122/17
story [4] 23/4 133/22 161/13 237/13
straight [1] 107/1
strange [2] 42/13 42/14
street [5] 1/24 86/14 141/8 142/16 163/21
stress [2] 152/17 156/14
stretch [1] 138/11
stricken [8] 130/8 130/11 130/24 203/16
204/5 207/7 207/9 208/3
strike [6] 201/2 201/10 201/15 201/16 205/4
205/16
strikes [4] 199/4 200/3 200/5 201/1
strong [2] 221/4 221/6
struck [1] 199/11
struggling [1] 199/24
StuartEdge [1] 59/22
student [3] 59/25 86/6 211/23
students [2] 140/12 140/15
studies [5] 87/17 138/20 140/11 177/25
235/11
study [2] 57/8 72/14
studying [2] 57/7 138/22
stuff [6] 59/6 63/1 136/15 171/24 223/25
262/16
subject [12] 31/3 38/18 74/12 99/15 109/19
138/7 139/12 139/16 181/12 187/24 188/6
224/12
subjects [1] 125/21
subpoena [3] 3/1 3/6 3/6
subpoenas [7] 3/4 3/8 3/9 3/10 3/11 3/17
3/17
subsidiary [1] 71/10
substitute [2] 140/16 140/17

**S**

subtenant [1] 86/6
subtracted [1] 153/2
such [6] 102/5 217/23 221/14 223/6 235/23 251/10
sued [13] 26/21 78/8 81/23 86/6 86/8 101/1 101/6 131/22 144/22 146/5 161/10 182/21 183/6
suffer [2] 57/13 62/1
suffered [1] 244/19
suffering [2] 222/11 222/18
suggesting [2] 181/14 183/25
suggestion [1] 209/20
suggests [1] 129/15
suing [2] 71/20 108/6
Suite [1] 1/21
sum [1] 222/1
summary [1] 86/10
summit [3] 88/4 88/9 210/18
sums [2] 221/21 249/5
Sun [1] 247/4
Sunday [4] 111/18 112/14 112/16 216/5
supervising [2] 27/19 27/22
supervision [1] 178/25
supervisor [12] 26/11 24 29/11 29/12 33/23 65/19 66/20 66/20 90/15 134/5 164/6 172/9 176/8
supply [2] 71/15 72/16
support [1] 176/20
supporting [1] 176/6
supposed [8] 43/1 53/8 78/19 88/3 88/10 88/11 147/2 240/24
suppress [1] 110/20
sure [51] 6/16 6/18 14/18 15/2 15/10 15/16 22/18 26/22 30/15 52/22 52/25 53/3 53/10 54/17 55/13 58/16 61/25 79/13 95/24 121/9 122/10 123/4 125/18 128/2 128/4 128/7 129/4 130/24 139/16 143/25 144/4 144/5 168/20 168/21 169/16 169/17 176/13 177/5 177/7 180/24 192/18 194/24 202/24 206/9 236/2 240/15 242/22 257/1 257/2 259/20 265/25
surgeon [1] 106/11
surgeries [1] 66/10
surgery [9] 66/7 79/9 80/2 80/4 107/6 205/3 209/16 209/22 210/7
surgery's [1] 78/22
Susan [3] 7/1 195/23 196/5
suspended [3] 37/3 37/14 37/22
suspension [1] 170/11
Sustained [3] 222/14 222/21 228/13
SUV [1] 92/7
swear [1] 14/12
sworn [3] 14/9 14/13 256/25
Sylvia [1] 195/24
sympathy [1] 169/3
syndrome [1] 156/14
system [14] 13/25 13/25 31/11 31/19 63/14 63/17 64/11 153/20 154/2 154/2 154/9 154/10 155/7 155/8

**T**

T-s-c-h-e-t-t-e-r [1] 196/2
t-shirt [2] 126/18 128/13
table [2] 2/6 6/11
Taiwan [2] 141/1 141/3
take [39] 4/3 4/16 9/20 10/8 13/10 18/11 19/23 24/22 26/7 34/10 39/5 40/6 44/21 68/24 69/3 69/12 69/15 74/25 79/5 80/9

80/15 80/18 94/25 99/24 102/25 111/4 111/10 114/2 115/18 117/12 138/10 145/15 162/2 165/4 186/5 187/15 197/8 213/6 214/7
taken [7] 2/24 37/3 70/6 126/8 136/10 198/13 267/3
takes [1] 56/18
taking [19] 25/17 40/3 40/4 41/14 92/11 111/1 124/3 139/7 156/25 158/4 188/11 188/15 202/5 202/7 202/16 202/18 202/21 202/23 250/18
talk [52] 2/22 3/13 4/9 6/7 8/6 12/12 13/1 33/11 36/3 61/25 62/17 69/21 69/25 71/5 93/18 105/24 117/24 118/2 118/12 126/2 130/5 130/15 145/5 145/10 145/14 149/7 175/7 178/6 178/7 178/13 196/25 197/5 198/9 204/22 207/13 213/9 217/5 223/5 229/1 230/19 230/23 234/10 237/5 238/6 238/20 240/15 242/14 243/17 246/23 256/11 261/19 265/21
talked [3] 146/20 214/11 233/8
talking [20] 4/16 19/12 26/3 126/19 146/14 176/19 177/2 186/9 203/11 205/23 228/24 262/6 262/17 263/18 263/24 264/19 264/22 265/2 265/25 266/1
Target [4] 132/13 132/15 150/7 150/7
targets [1] 72/23
tarot [2] 189/3 191/16
taste [2] 63/25 244/21
tax [24] 12/8 12/9 39/23 41/21 61/6 75/20 76/16 95/10 96/9 97/12 99/17 99/19 100/1 100/6 101/11 102/21 211/1 215/15 215/16 216/20 216/21 217/10 217/12 239/5
taxation [1] 95/15
teach [1] 140/12
teacher [9] 32/13 33/3 102/1 138/20 138/20 140/11 163/5 164/20 172/10
teachers [3] 90/9 102/10 140/17
teaches [1] 100/20
teaching [1] 88/23
team [3] 19/6 154/15 196/16
tech [3] 2/17 81/20 95/13
technical [9] 11/13 19/11 65/23 104/1 114/17 114/17 115/9 205/11 205/11
technically [1] 11/14
technician [4] 26/17 57/5 83/22 156/23
tedious [1] 187/14
teenager [2] 62/9 104/3
teenagers [1] 116/8
teens [1] 179/2
Tel [1] 138/24
telephone [1] 257/15
television [1] 165/23
tell [59] 4/15 11/16 14/9 17/9 18/6 26/9 27/13 32/7 40/7 53/11 53/20 53/22 69/22 76/23 78/17 99/17 118/13 128/2 130/13 136/17 136/23 145/16 152/22 152/24 168/3 173/6 182/2 192/11 192/17 193/4 195/19 201/9 207/16 210/4 231/18 232/2 237/17 239/24 240/10 241/13 242/14 244/8 246/23 250/2 250/5 250/7 250/13 253/13 255/16 255/21 255/23 255/24 256/13 258/14 261/4 261/10 263/23 264/2 264/6
teller [8] 5/12 139/9 139/14 139/15 188/19 191/9 194/14 217/19
tellers [3] 183/2 193/18 193/22
telling [5] 5/10 5/17 5/18 12/19 12/21 17/16 92/18 139/6 139/8 139/20 139/24 183/25 184/3 202/4 210/15 232/2 265/22
telling-type [1] 12/21
tells [2] 7/17 129/8

temp [6] 90/9 166/20 167/13 167/13 167/17 167/22
temporary [3] 167/14 167/19 168/13
Ten [1] 235/18
tenant [4] 75/11 76/8 182/21 183/7
tend [2] 180/21 181/6
tendency [1] 136/14
tenuous [1] 86/18
term [5] 4/23 19/19 19/20 155/19 262/20
terminated [1] 62/6
termination [1] 55/16
terms [27] 4/20 5/1 5/13 5/25 29/16 30/17 34/25 35/2 43/18 43/20 55/20 55/21 60/21 60/24 61/1 61/12 61/20 63/17 66/23 67/25 68/8 114/17 114/17 115/10 153/18 153/22 239/24
Terrell [1] 196/12
terribly [1] 228/10
Terry [1] 85/17
testifies [2] 22/14 23/2
testify [9] 23/5 23/20 23/24 28/9 38/21 84/22 237/9 237/12 246/2
testifying [1] 8/7
testimony [23] 8/2 20/18 38/16 54/11 54/19 64/8 67/22 74/11 93/21 97/12 99/14 105/16 109/17 109/23 138/6 149/11 173/14 173/19 181/8 181/11 183/21 188/9 188/14
Texas [1] 72/15
text [1] 147/4
Thaler [2] 182/10 182/14
thank [151]
thanks [3] 168/10 198/11 249/20
that get [1] 19/17
that's [129]
the 22nd [1] 107/15
theft [11] 44/14 48/1 75/20 76/13 77/4 96/2 99/6 101/10 157/4 164/23 166/8
thefts [1] 158/20
their's [5] 180/8 202/17 202/19 202/21 202/24
themselves [5] 10/16 28/3 127/19 127/23 129/1
theory [1] 56/14
there's [31] 11/23 11/25 27/6 27/8 32/25 35/11 64/9 72/20 74/25 86/23 87/25 88/8 88/15 88/15 91/7 99/21 104/13 123/12 128/5 136/21 140/16 152/20 158/7 160/16 170/22 173/4 180/22 197/24 217/7 231/15 235/23
therefore [3] 25/18 227/8 246/4
they'll [2] 61/23 129/9
they're [42] 12/19 25/8 26/15 32/15 34/5 50/23 57/15 59/24 69/8 69/10 69/10 69/11 79/10 84/23 107/9 117/16 120/20 121/1 124/20 127/16 127/18 127/24 130/11 145/25 146/1 151/17 154/18 186/2 186/4 186/7 195/22 200/21 222/7 225/10 225/13 228/24 229/7 230/2 236/24 237/17 237/17 257/13
they've [3] 8/2 12/21 127/22
thick [1] 84/9
thief [2] 227/4 227/8
Thieves [1] 227/1
thin [1] 234/24
thing [23] 12/15 25/16 29/8 38/21 64/5 114/11 134/25 146/15 175/17 186/10 186/12 199/9 205/17 209/23 225/24 229/9 233/11 235/23 236/24 237/7 242/21 257/19 263/9
things [31] 7/14 18/10 27/11 40/5 53/19 61/17 63/2 63/4 63/6 64/24 88/21 92/18 103/8 129/8 129/18 145/3 178/22 180/7 180/8 180/16 187/18 193/18 193/22 194/23

**T**

things... [7]  200/8 219/16 232/18 234/19
234/24 245/25 251/20
think [152]
thinks [3]  80/14 180/7 209/16
third [17]  16/18 18/4 21/10 21/21 23/17
23/18 23/19 58/15 119/8 142/7 191/6 195/14
220/6 225/8 227/6 227/10 243/22
third-degree [1]  119/8
thirteen [1]  202/24
thirteen-year-old [1]  202/24
Thirty [2]  130/23 130/24
Thirty-eight [2]  130/23 130/24
Thomas [2]  81/8 81/10
those [52]  5/13 9/7 12/9 15/8 33/12 35/10
38/15 44/18 47/9 47/12 47/15 51/10 51/19
57/17 60/24 62/18 63/3 65/8 67/9 73/3 73/18
76/8 87/11 93/9 99/24 105/12 119/18 122/8
140/7 145/11 146/7 146/25 155/5 155/6
156/7 187/13 188/1 194/15 198/9 200/16
204/21 210/13 213/10 221/16 232/4 238/10
240/19 242/13 242/16 243/13 250/16 266/12
though [10]  15/11 25/13 43/19 91/11 103/8
137/24 148/17 153/25 226/10 236/17
thought [21]  6/23 37/15 37/23 53/3 56/5
67/16 103/4 103/6 103/7 103/9 127/1 128/24
145/9 186/3 198/8 202/25 203/6 205/7
205/12 223/8 232/9
thoughts [2]  198/22 211/3
threatened [1]  255/2
three [38]  6/15 26/15 34/14 35/19 52/2 52/15
64/6 71/12 74/25 76/3 80/6 80/18 81/13
81/19 83/16 84/1 85/18 87/16 90/8 95/12
100/21 101/3 116/8 133/1 134/3 141/19
150/8 156/21 158/4 158/6 161/23 170/11
172/11 199/13 199/23 205/6 244/10 259/9
through [44]  4/17 9/19 10/1 25/3 41/11
44/20 66/3 67/14 70/17 79/2 86/2 88/7 89/10
89/11 90/24 106/25 111/4 117/11 120/10
146/5 146/8 146/9 146/16 170/18 172/14
187/13 200/18 200/24 200/25 216/1 218/14
218/14 219/23 220/4 220/19 221/7 222/1
233/12 233/21 234/5 234/22 240/4 240/5
244/17
throughout [4]  88/22 89/3 89/4 220/22
throw [2]  113/12 259/18
thrown [3]  90/24 91/11 228/9
Thursday [1]  158/5
Thursdays [3]  157/17 158/1 158/12
thus [1]  16/7
ticket [1]  60/8
times [11]  51/3 113/15 161/16 170/11 170/18
171/17 172/22 177/2 225/10 231/4 259/9
tiny [1]  249/1
tired [1]  137/5
tissue [1]  107/10
tithe [1]  235/20
today [13]  11/4 26/24 35/22 54/15 61/3
190/1 190/21 229/21 240/5 240/6 243/24
264/4 266/24
today's [1]  248/18
together [6]  112/20 122/6 126/19 128/22
129/2 149/6
told [17]  3/8 41/12 50/17 59/3 122/6 127/1
136/24 147/4 169/14 184/4 190/20 191/11
192/9 214/4 231/20 250/8 255/5
toll [1]  176/8
Tom [1]  95/9
tomorrow [51]  35/7 167/22 197/22 198/5

199/5 200/3 212/24 213/7 213/8 240/1 240/6
240/9 240/16 240/19 241/3 241/3 241/7
241/8 241/9 241/10 241/11 241/15 241/16
241/17 241/17 241/18 241/21 241/21 241/22
241/23 241/24 241/25 241/25 242/1 242/2
242/2 242/4 242/12 242/16 243/9 243/14
244/1 249/19 250/3 253/5 255/17 258/9
261/10 261/18 263/21 266/5
tonight [3]  241/14 242/7 242/9
Tony [1]  195/24
too [13]  10/7 37/15 37/23 53/5 147/18 150/16
158/6 163/4 168/2 170/19 192/13 210/18
221/18
took [21]  42/17 45/1 58/13 68/12 72/22 76/17
92/16 103/8 106/24 106/25 110/18 110/19
113/15 143/2 147/24 169/25 170/10 177/9
177/10 189/8 232/16
Torelli [5]  33/20 33/21 207/18 207/22 241/9
total [1]  158/6
totally [2]  53/6 124/1
touch [5]  9/17 9/23 123/3 125/20 222/24
touched [1]  214/8
tough [1]  63/16
toward [4]  42/11 98/22 136/2 202/3
towards [5]  175/25 176/1 244/18 246/5
246/5
town [1]  48/12
towns [1]  228/10
track [2]  25/25 197/23
Tracy [2]  7/4 196/4
trade [2]  94/11 172/14
traded [1]  75/7
trades [1]  58/12
tradition [1]  140/13
traffic [2]  44/6 45/17
trafficking [1]  133/15
training [1]  64/23
Tramps [1]  227/1
Trans [1]  117/1
transcript [2]  1/11 268/11
transition [1]  132/9
transportation [1]  103/23
treated [16]  30/22 30/23 31/10 37/9 37/12
37/15 37/23 52/18 57/25 58/7 98/15 98/19
104/18 107/6 152/17 245/24
treatment [2]  152/1 153/3
treatments [1]  71/11
trial [40]  1/11 2/21 6/25 7/25 8/1 8/3 8/4 8/6
8/7 10/18 16/6 22/7 25/18 30/14 34/2 55/20
60/16 64/5 87/20 89/14 94/12 98/1 120/20
124/10 142/1 144/25 157/8 167/8 173/2
181/16 184/8 209/22 228/5 232/1 237/9
237/20 239/7 248/14 254/14 255/9
trick [1]  229/22
tried [2]  39/22 116/9
trip [9]  43/14 44/19 45/10 72/17 74/22 112/9
112/18 208/13 209/3
trips [2]  74/16 208/18
trooper [1]  146/11
trouble [11]  14/17 14/19 81/14 84/13 84/16
84/18 84/19 84/20 205/10 205/18 206/6
troubled [1]  263/17
troubles [1]  263/20
Trout [3]  135/21 135/23 241/22
true [8]  65/3 101/21 108/21 108/21 122/17
122/19 194/23 195/2
truly [1]  235/3
trust [8]  75/8 144/5 144/7 259/3 259/6
259/12 260/9 260/24
trusted [1]  260/25

truth [2]  14/10 78/17
try [31]  4/16 9/3 9/6 13/11 24/24 24/25 25/2
25/14 25/21 25/23 26/1 26/4 48/19 61/25
63/3 80/4 88/15 113/15 113/19 114/15
117/21 127/21 154/16 154/16 181/18 186/2
216/10 231/9 231/14 258/22 263/22
trying [27]  5/23 10/4 10/13 54/17 58/15
58/24 60/14 63/12 65/4 66/9 79/11 80/8
80/12 102/24 117/20 146/19 147/3 168/7
197/23 213/18 219/5 219/14 235/2 235/2
248/21 252/9 265/16
Tschetter [1]  196/1
tucked [1]  25/8
Tuesday [2]  158/5 165/6
Tuesdays [3]  157/16 157/25 158/12
turn [4]  6/12 158/15 259/8 260/10
turned [2]  41/13 222/16
turnpike [1]  176/8
twelve [1]  72/22
twenties [1]  179/2
Twenty [2]  179/20 205/6
Twenty-three [1]  205/6
twice [6]  49/6 49/7 51/5 104/8 158/14 194/19
two [73]  6/25 12/7 12/8 32/14 34/2 34/14
35/24 38/20 39/13 50/17 55/14 57/11 59/24
65/20 65/20 67/6 67/18 71/18 73/2 78/4
83/21 91/3 94/10 94/17 101/2 101/12 102/9
103/24 103/24 106/13 106/22 107/2 109/19
116/18 117/6 126/17 126/20 127/8 127/10
128/24 136/5 138/21 144/19 145/25 148/22
152/13 156/5 157/17 158/5 160/5 163/4
165/15 165/17 165/20 170/1 172/23 174/17
175/19 176/5 177/5 177/24 179/1 179/12
181/5 182/16 184/22 199/12 200/8 203/10
220/18 239/8 244/9 257/8
two-day [1]  34/2
type [35]  5/10 12/21 12/23 29/22 33/2 38/2
41/8 41/17 45/24 46/1 46/24 60/3 62/3 75/22
82/15 96/17 97/23 132/5 133/25 134/6
134/15 134/23 137/1 137/7 171/3 172/17
194/14 194/15 217/20 222/12 222/17 222/18
239/15 250/23 251/3
types [2]  135/3 221/17
typically [1]  75/11

**U**

U-e-d-a [1]  196/3
U.S [4]  90/20 166/5 260/12 260/20
Ueda [1]  196/3
uh [6]  25/20 25/20 115/5 128/23 254/25
259/23
uh-huh [5]  25/20 115/5 128/23 254/25
259/23
unable [5]  13/15 14/21 88/18 165/14 255/8
unacceptable [1]  127/25
unbiased [1]  66/14
uncle [3]  72/3 73/25 74/3
uncomfortable [1]  183/1
under [10]  3/12 75/25 97/1 107/8 144/19
155/21 192/4 210/13 237/8 245/20
undercover [1]  134/9
undergoing [2]  71/11 124/4
undergraduate [1]  87/16
underlying [1]  153/18
understand [69]  5/23 10/11 12/15 15/2 15/10
15/16 15/17 15/20 15/25 16/11 16/15 16/19
16/23 20/21 20/24 21/6 21/8 21/10 21/14
21/17 22/18 22/22 22/25 23/12 23/18 23/23
24/12 24/13 24/24 28/19 46/21 53/6 53/17
54/18 69/7 69/12 73/9 73/11 82/20 84/10

## U

understand... [29]  84/23 91/7 108/5 108/11
113/23 113/23 114/9 114/10 114/20 114/25
115/3 115/12 122/5 128/20 141/21 151/3
151/5 151/7 151/11 151/17 167/7 167/8
167/9 184/4 211/8 232/22 251/24 251/25
259/20
understanding [11]  11/19 63/24 81/15 84/13
114/16 114/24 151/14 205/8 205/13 205/18
205/18
understood [3]  17/15 103/8 201/23
undue [1]  10/11
unduly [2]  10/2 62/1
unemployed [6]  59/24 62/7 81/11 82/13
160/3 167/10
unfairly [3]  30/22 98/20 244/12
unfeeling [1]  209/20
unfortunate [1]  31/21
unfortunately [3]  141/7 161/25 226/7
unhappy [1]  76/25
unit [1]  86/7
UNITED [30]  1/1 1/3 1/13 1/17 2/4 2/9 8/25
9/3 10/22 10/22 11/1 11/21 15/8 20/13 20/18
21/7 24/14 64/18 98/24 100/19 103/21
120/14 159/2 170/4 171/5 214/3 215/3
223/18 237/8 246/8
university [8]  57/7 72/15 90/19 93/10 100/23
138/21 138/24 158/8
unjustly [1]  244/19
unless [8]  15/7 15/14 15/23 23/2 199/7
202/22 207/21 230/3
unnecessary [2]  127/15 127/17
unpleasant [3]  214/10 214/13 215/1
unquote [2]  221/22 223/3
unsure [1]  167/5
until [16]  4/9 15/7 43/16 52/14 59/7 111/8
112/3 118/23 122/8 133/6 134/20 198/8
199/24 200/1 216/4 233/14
unto [2]  233/24 233/24
unveiling [4]  107/15 111/16 112/7 112/8
upon [17]  3/21 9/17 9/23 16/3 21/25 49/20
82/7 101/16 123/3 127/19 139/19 183/25
187/17 214/8 252/12 254/4 257/5
ups [2]  90/13 146/21
upset [2]  119/18 229/8
upstairs [1]  128/21
us [57]  5/14 9/14 9/15 10/8 13/16 14/6 14/7
17/9 18/6 20/4 20/5 24/24 25/2 26/9 27/13
32/7 40/7 50/17 55/2 117/20 118/12 118/13
136/23 136/24 145/16 147/16 149/16 152/22
152/24 153/20 175/21 177/6 177/11 184/4
193/4 202/4 207/14 230/23 231/18 231/20
238/4 238/12 239/19 244/1 244/8 246/23
249/18 250/13 251/19 253/3 256/13 257/2
258/8 261/8 264/2 264/6 265/22
USA [1]  141/23
used [11]  19/19 19/20 77/4 77/5 78/4 96/13
163/20 188/20 189/4 191/13 194/15
uses [1]  224/4
using [5]  25/14 41/21 41/24 76/16 76/20
usually [5]  7/13 68/10 111/12 149/6 225/20
utility [1]  67/2
Utstein [1]  196/5

## V

VA [3]  79/2 172/8 209/22
vacation [6]  35/9 36/1 40/3 43/1 48/5 190/17
vacation's [1]  36/2
vacations [1]  199/17

valet [5]  83/1 83/7 83/9 83/10 83/11
valley [1]  83/8
Van [1]  196/4
vandalism [2]  113/12 116/7
various [1]  208/19
vehicle [1]  133/16
vehicles [1]  106/22
venire [9]  8/12 14/13 69/18 70/12 118/5
131/4 197/16 213/13 244/3
verbalize [2]  25/19 25/22
verdict [12]  36/16 46/10 49/25 52/24 89/16
107/25 121/24 155/12 155/23 173/3 185/15
215/20
verdicts [3]  47/9 51/18 73/3
version [1]  23/3
versions [1]  186/11
versus [2]  2/5 73/11
very [51]  8/20 9/12 10/3 10/13 11/17 13/5
13/12 13/23 14/3 15/4 21/24 31/2 32/4 39/4
54/3 55/4 55/22 64/23 69/17 76/1 110/25
123/4 125/1 130/13 135/12 138/9 140/4
140/14 141/13 142/5 144/1 144/3 146/8
146/10 147/15 159/13 161/1 165/1 171/19
179/6 179/11 179/18 205/7 206/23 215/10
229/6 252/1 254/1 261/1 261/7 262/3
veteran [1]  152/16
vice [1]  75/6
victim [49]  26/23 34/4 39/21 41/5 41/17
41/20 44/14 47/25 49/15 55/17 57/11 60/25
65/5 75/14 75/19 76/12 77/4 78/14 82/3
86/11 94/14 96/1 96/1 99/6 101/10 104/7
106/22 109/9 109/10 131/24 133/17 141/7
142/13 144/23 148/12 152/13 156/4 157/3
159/8 161/15 162/12 163/11 164/23 166/8
167/1 174/25 182/24 185/4 222/1
victim's [1]  147/11
victimized [1]  228/11
victims [6]  38/2 87/22 101/8 166/25 221/20
221/20
Vietnam [1]  152/16
view [8]  64/20 82/8 100/14 161/18 188/8
232/2 251/13 258/23
views [15]  9/17 9/22 28/16 32/23 49/21 85/1
152/19 170/19 173/14 175/3 175/25 187/19
206/15 250/14 250/16
vindicated [1]  119/23
violate [2]  27/25 28/2
violated [2]  28/3 28/6
violation [1]  28/9
violations [1]  12/7
violence [3]  67/17 175/17 176/22
vision [1]  206/2
visit [1]  72/17
visiting [1]  190/17
Vivian [2]  128/17 128/18
vocabulary [2]  113/22 114/11
voices [3]  218/10 218/11 218/12
voir [2]  5/4 268/3
Volume [1]  1/10
voluntarily [1]  250/24
volunteer [2]  135/1 154/11
Von [1]  196/2
Voodoo [2]  221/14 232/16
Vorst [1]  196/4
vote [5]  229/20 229/22 230/6 230/6 237/24
vulnerable [1]  222/19

## W

wait [11]  55/23 26/1 117/25 118/2 126/14
198/8 249/18 252/3 252/4 255/15 261/9

waiting [9]  7/9 79/3 94/22 94/24 107/9 131/9
131/11 213/17 262/9
Wal [1]  163/3
Wal-Mart [1]  163/3
Walgreen's [1]  145/24
walk [2]  69/9 165/23
walked [2]  61/2 126/20
Walker [3]  6/24 7/1 195/23
walking [3]  65/15 68/2 128/21
wandered [1]  228/8
want [72]  3/13 3/14 5/24 6/2 6/7 6/10 6/11
6/13 6/20 6/21 8/18 10/7 12/15 14/22 15/16
64/3 68/25 86/17 86/18 118/1 123/3 127/13
129/6 141/20 141/24 142/9 143/9 175/20
187/19 200/5 200/7 200/18 200/24 201/2
203/2 203/11 204/20 206/10 207/8 207/13
207/21 207/25 209/7 209/12 209/19 213/24
216/1 216/12 228/1 230/20 230/25 231/12
231/13 232/8 233/2 235/7 236/5 236/10
237/9 238/2 243/11 259/4 259/5 259/13
259/16 259/17 259/20 260/6 260/13 261/2
261/2 261/4
wanted [18]  64/3 64/4 67/16 78/18 118/11
189/16 193/20 206/15 207/10 230/23 238/9
238/12 238/22 244/7 244/21 247/20 256/15
257/3
wants [1]  209/11
warehouse [2]  26/17 166/20
wasn't [13]  41/10 55/23 64/4 128/19 139/1
171/25 175/17 177/7 194/23 207/9 245/23
265/11 265/18
wasting [1]  200/22
watching [1]  134/17
water [5]  78/5 163/22 163/24 163/25 164/1
Watts [4]  11/2 196/5 196/8 215/13
waved [1]  72/1
ways [1]  216/4
we'll [52]  7/13 10/8 12/12 13/1 13/16 17/1
18/4 33/16 39/5 69/16 69/25 70/4 105/24
117/19 117/21 118/3 122/24 126/6 130/14
145/10 145/14 175/7 178/6 178/13 192/18
196/25 197/5 197/13 198/10 198/19 198/21
204/22 211/10 211/19 212/22 239/19 240/7
240/15 241/3 241/4 241/13 242/14 243/23
253/4 255/16 258/8 261/10 263/14 266/5
266/9 266/12 266/15
we're [69]  4/2 4/9 7/9 9/5 9/11 9/19 10/1 10/3
10/12 11/18 13/4 13/8 14/2 16/5 17/4 18/17
25/1 25/4 25/6 25/11 25/24 26/2 26/6 68/24
70/9 71/5 72/12 79/11 80/12 88/7 93/24
117/20 118/2 121/24 130/7 131/13 153/1
158/14 162/21 162/21 174/8 174/9 174/9
181/15 187/15 192/4 197/7 198/16 199/3
199/4 199/23 200/21 200/22 205/23 209/21
213/24 216/9 217/5 223/17 223/17 226/23
227/8 230/19 234/25 237/10 238/4 240/15
242/13 266/10
we've [21]  4/9 6/17 68/22 80/8 106/22 106/22
112/12 117/11 126/11 130/5 130/14 191/6
201/11 203/16 204/1 208/12 211/20 212/25
213/23 214/10 261/18
weak [1]  139/7
weapon [4]  60/13 64/7 82/1 84/2
wear [1]  111/10
wears [1]  111/8
weather [1]  136/17
Wednesday [6]  88/5 89/10 89/11 112/1
112/3 112/4
week [24]  4/7 36/2 40/2 40/2 43/1 72/9 72/10
72/17 74/19 88/5 88/22 89/12 111/17 112/3

## W

week... [10]  140/5 157/15 158/14 165/1
165/25 166/2 168/4 194/19 206/1 224/17
weekends [2]  157/21 157/23
weekly [2]  154/14 165/4
weeks [12]  4/13 4/14 35/10 79/10 80/6 80/18
94/10 94/17 116/8 148/22 179/12 203/10
weigh [2]  233/13 233/14
weight [2]  108/8 108/20
Weiselberg [1]  1/20
Weiss [12]  144/13 144/15 196/25 197/1
229/18 229/20 238/7 241/22 242/17 245/11
245/12 246/17
welcome [14]  7/16 8/16 8/19 32/5 55/5 70/14
85/15 123/1 131/6 169/20 213/15 246/22
253/16 258/16
welfare [1]  87/13
well [97]
Wellington [3]  44/5 113/3 151/23
went [26]  28/12 29/11 29/11 67/14 67/15
94/10 97/1 101/6 106/15 113/8 113/14
119/12 119/13 119/15 122/10 122/12 122/13
147/17 164/8 189/5 189/7 192/5 192/12
193/16 240/5 258/25
weren't [4]  58/6 118/23 177/5 246/4
West [14]  1/7 1/24 44/5 48/14 59/20 61/8
81/10 85/18 136/6 160/1 160/8 166/19 172/8
175/11
western [1]  132/24
Westinghouse [1]  90/10
what's [17]  7/25 15/5 20/7 26/1 48/24 88/25
94/23 108/8 108/9 180/12 192/16 200/3
200/9 208/23 233/21 248/14 264/22
whatever [17]  2/18 30/24 46/21 80/16 94/16
133/21 168/3 186/4 186/7 186/17 190/2
195/1 234/21 234/23 248/3 261/5 262/6
whatnot [3]  95/20 97/12 256/23
whatsoever [2]  12/2 163/17
where [36]  6/16 6/18 7/12 8/3 19/10 19/16
19/17 27/15 46/6 56/20 59/20 68/14 68/16
68/18 79/8 89/5 97/12 98/11 102/13 120/22
138/11 149/24 157/13 160/18 162/16 164/4
177/9 178/22 183/6 188/24 206/1 233/5
233/7 239/24 245/21 264/3
whether [54]  9/6 9/10 9/18 9/24 13/17 19/15
22/12 22/14 22/17 30/21 31/10 40/8 52/23
54/18 64/18 124/17 124/18 124/19 124/20
143/13 143/18 143/22 146/16 146/22 149/15
182/2 186/20 188/13 197/21 198/4 200/10
214/11 216/11 217/17 223/18 229/21 232/3
232/11 233/2 234/4 235/3 240/10 240/16
240/17 241/14 242/15 247/1 247/18 249/18
251/19 253/4 255/16 258/9 261/10
Whichever [1]  130/21
while [16]  7/9 42/17 47/8 61/23 67/7 92/7
133/6 134/8 136/16 140/14 147/24 179/12
193/16 207/25 211/21 216/9
White [4]  7/4 196/4 196/9 237/23
who's [32]  2/14 8/10 11/12 11/13 11/14 15/6
22/1 24/5 28/20 72/5 86/21 100/22 109/24
116/18 116/19 146/8 148/13 164/19 172/16
179/6 180/18 182/25 187/23 188/5 188/19
188/20 194/13 196/24 203/3 227/13 231/13
260/19
whoever [3]  31/4 175/21 233/18
whole [10]  57/4 57/6 59/5 60/6 112/20
161/13 200/4 213/11 214/9 214/25
whose [2]  86/19 209/14
why [24]  6/2 17/13 52/7 66/16 85/11 85/11

91/8 92/9 118/13 136/21 144/2 144/2 144/6
152/20 160/16 170/22 173/4 180/13 196/14
201/7 212/21 232/8 245/2 260/10
widow [2]  26/13 26/15
widowed [2]  78/3 170/1
wife [27]  7/17 39/11 44/11 45/15 47/19 57/5
65/20 71/10 72/24 81/12 87/14 95/10 95/11
96/13 103/22 104/9 135/25 144/16 163/4
164/2 172/10 172/21 174/15 182/16 193/16
193/21 194/1
wife's [1]  44/7
Wigdor [8]  174/10 174/12 238/7 242/2
242/17 244/5 244/7 245/10
Wilkins [3]  90/3 90/6 241/18
Willamina [1]  48/10
William [1]  75/4
willing [3]  61/24 198/23 198/25
win [3]  108/7 108/14 108/15
window [3]  92/7 254/24 255/2
winds [1]  207/9
Winn [2]  48/22 50/18
Winn-Dixie [2]  48/22 50/18
wiped [1]  60/25
wire [3]  12/5 75/22 77/7
wise [1]  143/9
witchcraft [2]  221/14 232/16
withdrawn [1]  228/4
withheld [2]  60/18 63/24
within [2]  78/20 78/25
without [11]  3/11 6/4 13/15 68/8 82/1 82/1
84/2 119/19 146/24 170/19 235/4
witness [45]  6/24 6/25 7/5 22/7 22/8 22/10
22/11 22/19 22/23 22/24 23/9 23/13 23/13
23/19 24/17 38/17 38/20 39/17 65/25 74/12
93/22 95/19 97/8 97/9 97/11 97/15 99/15
109/18 128/15 131/22 138/6 152/11 166/23
172/17 173/20 183/22 186/12 187/23 188/5
188/9 188/12 196/16 224/21 225/15 252/21
witness' [1]  188/14
witnesses [21]  6/21 7/20 7/23 8/1 8/2 8/5 8/7
13/7 20/17 38/21 84/22 105/17 149/12
151/17 173/15 195/18 195/21 195/22 237/19
239/4 239/9
Wolfe [1]  195/25
woman [3]  71/19 107/17 224/19
women [1]  64/6
won't [11]  30/25 45/4 61/25 65/1 94/2 96/4
120/7 172/1 191/2 199/24 234/16
wonder [2]  19/5 62/23
wondering [1]  56/12
words [4]  113/23 205/11 205/11 252/4
work [94]
work-related [1]  77/19
worked [13]  27/16 29/17 45/19 50/18 50/18
137/4 153/12 170/6 171/6 171/10 176/9
217/8 217/11
worker [3]  76/16 26/18 166/20
working [30]  27/19 29/2 29/13 44/25 71/10
71/15 72/25 82/14 82/23 83/13 83/14 95/14
98/4 114/1 134/21 136/2 140/25 141/23
157/19 161/24 163/21 164/9 167/11 167/12
168/5 168/8 168/12 175/13 176/4 208/25
works [20]  48/22 48/23 60/1 64/11 87/14
88/16 90/17 93/13 107/4 134/3 135/25 136/1
160/7 160/7 163/7 170/2 173/17 176/6
182/17 208/20
worn [1]  111/12
worried [4]  114/16 114/18 115/22 169/2
worst [1]  4/11
Worth [6]  44/5 48/23 106/10 132/25 150/1

164/17
wouldn't [26]  23/6 34/13 35/3 36/5 37/12
42/6 68/17 72/21 86/21 92/12 94/18 96/6
99/2 100/10 101/20 102/5 102/8 123/21
123/21 171/19 191/1 193/9 207/19 225/21
226/3 236/19
wrapping [2]  236/25 237/3
wrath [1]  244/20
Wray [5]  131/13 131/14 131/16 135/17
241/20
wrestled [1]  186/3
writes [1]  224/20
written [2]  207/17 215/7
wrong [11]  143/14 143/17 143/21 230/15
231/9 231/17 232/7 234/5 234/6 250/22
250/25
wrongful [1]  55/15
wrongfully [5]  63/17 63/19 119/22 121/13
226/19
wrongly [2]  63/15 245/19
wrote [1]  117/5

## X

x-ray [1]  95/13

## Y

yeah [56]  54/8 83/6 83/12 83/19 84/1 84/5
84/12 92/14 94/24 97/4 111/14 114/25
119/17 126/23 127/7 132/14 134/18 139/13
144/9 146/20 147/24 149/17 153/1 158/9
167/5 168/21 169/4 169/11 176/17 176/17
177/4 184/10 194/24 194/24 216/24 217/6
218/6 218/14 219/3 219/22 220/12 220/14
222/6 226/1 228/19 235/6 235/19 236/1
236/6 236/7 253/19 256/15 257/22 257/25
264/18 264/25
year [28]  67/15 72/19 72/21 75/21 76/18
81/20 81/21 87/11 88/9 102/25 103/25 113/4
118/20 118/21 118/24 120/20 133/4 133/17
136/5 139/1 155/3 155/4 172/20 184/22
195/4 202/24 230/13 247/3
Year-old [1]  155/3
yearly [1]  88/9
years [152]
years' [1]  52/15
Yeh [2]  140/21 140/24
yes [226]
Yesenia [1]  132/23
yeshiva [1]  138/21
yesterday [1]  247/4
yet [10]  64/8 136/17 145/25 205/14 206/17
230/5 240/12 240/15 240/21 256/1
York [10]  56/3 81/13 81/18 83/16 98/13
114/4 150/8 170/12 184/23 231/4
you'd [2]  21/3 54/10
you'll [4]  11/17 73/14 187/1 230/16
you're [127]
you've [32]  29/13 29/17 43/3 43/8 43/19
44/24 58/3 64/16 77/18 97/8 121/21 146/18
151/10 152/22 152/23 168/12 169/13 180/11
182/3 187/18 187/21 193/21 197/3 199/11
215/15 217/8 222/25 224/13 225/3 226/2
229/21 231/20
young [6]  18/19 71/21 102/19 171/24 179/18
220/6
younger [2]  71/14 212/14
youngest [1]  90/18
your -- you [1]  215/19
yours [2]  92/12 180/7
yourself [9]  13/16 26/10 32/8 40/8 40/12

**Y**

yourself... [4]  65/6 144/7 176/12 216/4
yourselves [1]  69/3
youth [1]  153/6
youthful [2]  152/2 153/4

**Z**

Zachar [3]  19/1 55/6 55/7
zealous [1]  86/6