```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2
                    Case No. 11-80072-CR-MARRA
 3
    UNITED STATES OF AMERICA,      )
 4                                 )
         GOVERNMENT,               )
 5                                 )
         -v-                       )
 6                                 )
    ROSE MARKS,                    )
 7                                 )
         DEFENDANT.                )    West Palm Beach, Florida
 8                                 )    August 27, 2013
    _____)
 9

10               Volume 2, Pages 1 - 263

11         TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12       BEFORE THE HONORABLE KENNETH A. MARRA

13            UNITED STATES DISTRICT JUDGE

14

15  Appearances:

16  FOR THE GOVERNMENT          Laurence M. Bardfeld, AUSA, and
                                Roger H. Stefin, AUSA
17                              United States Attorney's Office
                                500 East Broward Boulevard
18                              7th Floor
                                Fort Lauderdale, FL 33301
19
    FOR THE DEFENDANT           Fred A. Schwartz, ESQ.
20                              Kopelowitz, Ostrow, Ferguson
                                Weiselberg, Keechl
21                              700 South Federal Highway,
                                Suite 200
22                              Boca Raton, FL 33432

23  Reporter                    Stephen W. Franklin, RMR, CRR, CPE
    (561)514-3768               Official Court Reporter
24                              701 Clematis Street
                                West Palm Beach, Florida  33401
25                              E-mail:  SFranklinUSDC@aol.com
```

```
 1          (Call to the order of the Court.)

 2              THE COURT:  Good morning, everyone.  Please be

 3     seated.

 4              All right.  We're back on the record.  Mrs. Marks

 5     is present with counsel.

 6              Are we ready to proceed?

 7              MR. SCHWARTZ:  We are, Your Honor.

 8              THE COURT:  Government ready?

 9              MR. STEFIN:  Yes, Your Honor.

10              THE COURT:  All right.  Let's bring the next group

11     of prospective jurors in.

12              MR. STEFIN:  Are you going to mention don't read

13     the newspaper, go online?

14              THE COURT:  (Nods head.)

15              MR. BARDFELD:  Okay.

16          (The venire enters the courtroom, after which the

17     following proceedings were had:)

18              THE COURT:  Good morning, everyone.  Please be

19     seated.

20              Welcome, ladies and gentlemen.  My name's Kenneth

21     Marra.  I'm the judge that will be presiding over this case,

22     and on behalf of everyone involved in this case, I want to

23     welcome you and thank you for being here this morning to be

24     considered to act as jurors in this particular case which

25     I'll describe to you in a few minutes.
```

1          We're going to ask some of you to perform a very

2     important civic responsibility, and that is to be selected as

3     jurors in this case, to listen to the evidence that's

4     presented during the course of this trial, to be instructed

5     on the applicable law and then to determine whether the

6     United States in this case can prove the allegations it has

7     made against the Defendant in this case, whose name is Rose

8     Marks, who will be introduced to you shortly.

9          This is a criminal case, and the United States has

10    brought this case against Ms. Marks alleging that she's

11    engaged in what they claim are certain criminal conduct.

12    Ms. Marks has denied these allegations.  She's pled not

13    guilty to these allegations or charges, and we need members

14    of the community to listen to the evidence and make the

15    important decision as to whether or not the Government can

16    prove these allegations that have been made.

17         In order for us to determine who among you should

18    sit as jurors in this case, we need to learn a little bit

19    about each of you in order to determine whether you can be a

20    fair and impartial juror in this case or whether there's

21    something in your background, your experience or your views

22    on the issues that touch upon this case that may prevent you

23    from being a fair and impartial juror.

24         So in order to make that determination, we are

25    going to go through a process of gathering some information

```
 1    about each of you, about your background, your experiences,
 2    and your views on issues that might touch upon this case to
 3    make that decision.  Please understand when we go through
 4    this process we're not doing it to embarrass you, to harass
 5    you or to unduly pry into your personal lives.  We're doing
 6    it for the very important purpose of trying to obtain a fair
 7    and impartial jury in this case.
 8            If at any time we ask you a question that you
 9    believe is too personal or private, you do not want to
10    discuss it openly among everyone, please let us know and
11    we'll discuss it with you during a break when you can speak
12    to just myself and the attorneys and Ms. Marks.  But please
13    understand it's essential that at all times when we speak to
14    you that you provide us with truthful responses to these
15    questions because unless you're truthful with us, we cannot
16    make an intelligent decision about whether you can be a fair
17    and impartial juror in this case.
18            Now, before we go any further, I'm going to have
19    the attorneys introduce themselves to you and have them
20    introduce their clients or their associates with you.
21            Mr. Stefin.
22            MR. STEFIN:  Good morning.  My name is Roger
23    Stefin.  I'm an Assistant United States Attorney representing
24    the United States of America in this case.  This is Larry
25    Bardfeld.  He's an Assistant United States Attorney, and he's
```

```
 1    co-counsel with me.  From time to time there will be a case

 2    agent seated with us whose name is Beth Watts, special agent

 3    with the Internal Revenue Service, and also Janet Kenny,

 4    who's an assistant in my office helping me out.

 5              Thank you.

 6              THE COURT:  Thank you.

 7              Mr. Schwartz.

 8              MR. SCHWARTZ:  Good morning, ladies and gentlemen.

 9    My name is Fred Schwartz.  You'll have to look over each

10    other, because I'm short.  So it's sometimes hard to see me.

11    I'm an attorney, and I represent this lady, Rose Marks, who's

12    present right next to me.

13              Also at the table are Jane Quinn, Elizabeth

14    Schwartz, and Malcolm Guidry.  Jane and Elizabeth are

15    paralegals who help me organize documents and assist in the

16    trial.  Mr. Guidry will be here just this week, and he is a

17    tech person who's helping us with some of the documents we've

18    stored in the Cloud somewhere.  I'm not sure what that means,

19    but people tell me they're there.

20              So, thank you.

21              THE COURT:  Thank you.

22              Now, ladies and gentlemen, let me tell you briefly

23    what this case is about, just to give you a general

24    description of the case so you have some understanding of

25    some of the questions that will be asked of you this morning.
```

```
 1    And then I'll tell you a little bit about the timeframe that
 2    we're dealing with in this case, and then we'll get into the
 3    questioning.
 4            First of all, the United States has obtained an
 5    indictment from the grand jury relative to the allegations or
 6    charges that have been brought in this case.  The fact that
 7    there's an indictment been obtained from a grand jury is not
 8    evidence of any guilt, and it should not be considered by you
 9    as evidence of anything relative to the guilt of the
10    Defendant in this case.  These are merely allegations.  And
11    as I said, Ms. Marks has asserted her innocence, she's pled
12    not guilty, and it's going to be up to the United States to
13    prove these allegations with evidence during the course of
14    the trial beyond a reasonable doubt.
15            But so you'll understand what the case involves,
16    the United States has alleged against Ms. Marks that she
17    engaged in a conspiracy with others to commit mail fraud.
18    There's one count of conspiracy to commit mail fraud.
19    There's one count of actual mail fraud, allegations of an
20    actual act of mail fraud.  There are eight counts of
21    allegations of separate acts of wire fraud.  There's one
22    count of conspiring with others to commit money laundering.
23    There are two counts of specific counts of money laundering
24    or acts of money laundering.  And then there are two counts
25    of filing materially false tax returns.
```

```
1              So those are the allegations.  Again, they're

2    merely allegations, and you should not consider the fact that

3    allegations have been made as proof of anything.

4              Now, again, just, again, to give you a little bit

5    of background, and if you're on the jury you'll be hearing

6    evidence or allegations that Ms. Marks -- and, again, she's

7    denied these allegations -- is a psychic advisor or fortune

8    teller or clairvoyant.  I don't know.  You can use different

9    terms to describe the type of services she provides to

10   individuals.  And the Government claims that in the course of

11   providing these services, she engaged in a scheme to defraud

12   the individuals with whom she was dealing.  So, again, just

13   so you have an understanding of what the allegations are and

14   what the subject matter of this case is about.

15             Now, let me just tell you up front that it's going

16   to require a significant sacrifice of your time, or some of

17   your time, to be involved in this case.  We expect this case

18   to take approximately a month to try, possibly through the

19   end of September.  So as I mentioned, we are going to ask

20   some of you to make a very significant sacrifice of your

21   time, and that is obviously a significant amount of time to

22   ask any of you to be with us.  It could be worse.  The last

23   trial I had took two months to try.  So -- but we're getting

24   better rather than worse.

25             So we are going to ask some of you to make this
```

```
1    important significant sacrifice.  But I ask you to please
2    bear in mind when we impose upon you for -- some of you, for
3    this significant period of time, how important it is to our
4    system of justice that we have members of the community
5    listen to the evidence and make the decisions about whether
6    or not someone is not -- is guilty or not guilty of a
7    criminal offense.  And rather than having judges or
8    government officials making these decisions, we need members
9    of the community, citizens, to make these important
10   decisions, and rely upon you to make these important
11   decisions.
12           So the case in terms of the amount of evidence that
13   is going to be presented is going to take that amount of time
14   to present for a jury to consider.  Now, we understand that
15   amount of time may present a hardship to some of you to be
16   with us for that period of time, and we certainly will
17   consider any hardships that might be presented to any of you
18   in making our decisions.  But I emphasize the word "hardship"
19   as opposed to "inconvenience."  We, again, recognize it's
20   inconvenient for you to be here for one day, never mind for a
21   month, but unless it's really a hardship to you personally,
22   we're not going to be able to excuse you.
23           So when we speak to you individually, if you have a
24   hardship that you believe is a hardship to you personally to
25   be here for that long, let us know, and as I said, we will
```

```
 1   certainly consider that in our decision-making.  But, again,
 2   I emphasize the word "hardship" rather than "inconvenience."
 3            So what I'd like to do is start giving you some
 4   information about criminal cases and some of the principles
 5   that apply in a criminal case and then speak to you
 6   individually.  We're going to go through a list of questions
 7   that I'm going to ask each of you about.  I'll probably
 8   follow up with some additional questions, after which I've
 9   completed my discussion with you, the attorneys will have an
10   opportunity to follow up and ask you some additional
11   questions that they might have.
12            We hope to finish this process before the lunch
13   hour.  I will also tell you that we started this process
14   yesterday with another group of jurors, and we weren't able
15   to obtain enough prospective jurors from that group
16   yesterday.  So that's why we called you in here to hopefully
17   between this group and yesterday's group, we'll be able to
18   obtain enough jurors to proceed with this case.
19            So before I can start speaking to you, however, I
20   need to have all of you sworn to tell the truth during this
21   process, so I'm going to ask you to rise, face Ms. Ferrante,
22   and she will swear you in.
23       (A venire was duly sworn.)
24            THE COURTROOM DEPUTY:  Please be seated.
25            THE COURT:  All right.  Thank you, ladies and
```

1    gentlemen.

2              Now, before I speak to you individually, I want to

3    discuss some principles of law that apply in a criminal case,

4    make sure you understand these principles and you can follow

5    them if you are chosen as a juror in this case.  And the very

6    first principle of law that I would like to discuss with you

7    is called the presumption of innocence.  In every criminal

8    case, the person who is accused of the crime, in this case

9    Ms. Marks, is presumed innocent of the charges, and you must

10   presume her innocent unless and until the United States can

11   actually come forward with evidence and prove her guilt to

12   you beyond a reasonable doubt.

13             So as she sits here she's presumed innocent, and

14   you must presume her innocent unless the Government can, in

15   fact, prove her guilt to you with evidence.  So I want to

16   make sure you understand that principle and make sure you can

17   follow it if you're selected as a juror in this case.

18             I'd like to go on a row by row basis.  I'm going to

19   ask the first row on my left, your right.  Does everyone

20   understand that Ms. Marks is presumed innocent of the charges

21   that I described to you, and if you're on the jury you must

22   presume her innocent of these charges?  Everyone in the first

23   row understand that?  Is there anyone in the first row who

24   feels, for any reason, that you cannot presume her innocent?

25   For example, because of the kinds of charges that I've

```
 1    described to you or the number of charges that I've described

 2    to you, the fact that we're in a courtroom ready to start a

 3    trial, you've been introduced to federal prosecutors, a

 4    defense lawyer, anything about the circumstances that you

 5    find yourself in that would prevent you from presuming her

 6    innocent in this case?  Anyone in the first row?

 7              Okay.  Sir, let me get you a microphone, and if you

 8    could please tell us your name.  Yes, sir.

 9              PROSPECTIVE JUROR:  Yes, Your Honor.

10              THE COURT:  Your name?

11              PROSPECTIVE JUROR:  Wayne Hickman, juror 58.

12              THE COURT:  All right, sir.  Yes.

13              PROSPECTIVE JUROR:  I'd like for her to get the

14    representation that she needs, a fair jury.  I found myself,

15    when you explained the case to me about her occupation, I

16    have a very strong disbelief in that, and I think that I

17    wouldn't be able to have an open mind to be a juror for her.

18    I want her to get the best jury that she can, and with my

19    disbeliefs in what she does I don't think I could do that.

20              THE COURT:  So you think just because of what I

21    described to you --

22              PROSPECTIVE JUROR:  It's engrained in me, Your

23    Honor.  I just don't think I could do it for her.

24              THE COURT:  We appreciate your honesty.  So you

25    don't believe you could be fair based upon the nature of this
```

 1   case?

 2            PROSPECTIVE JUROR:  Yes, sir.

 3            THE COURT:  And without having heard any evidence,

 4   without knowing any of the facts or the law that would apply

 5   here, you think that going into it you couldn't give her a

 6   presumption of innocence?

 7            PROSPECTIVE JUROR:  Based on what I said, Your

 8   Honor --

 9            THE COURT:  Okay.

10            PROSPECTIVE JUROR:  -- I mean, if I -- I'd be lying

11   to you if I said I could.

12            THE COURT:  And we don't want that.  We appreciate

13   your honesty, sir.

14            PROSPECTIVE JUROR:  Thank you, Your Honor.

15            THE COURT:  Anyone else in the first row who -- all

16   right, sir.  Mister, is it Faisal?

17            PROSPECTIVE JUROR:  My name's Mohammed Faisal.  I'm

18   juror number 55.  I have exactly the same view as what he

19   just described.

20            THE COURT:  So you don't think you could presume

21   Ms. Marks innocent of these charges?

22            PROSPECTIVE JUROR:  Yes, Your Honor.

23            THE COURT:  Yes, it's correct, you don't -- you

24   can't presume her innocent?

25            PROSPECTIVE JUROR:  I can't presume, yes.

```
 1              THE COURT:  Regardless of the facts?

 2              PROSPECTIVE JUROR:  Just based on the profession

 3    that you described.

 4              THE COURT:  All right.  Thank you, sir.

 5              Anyone else in that first row who feels the same as

 6    Mr. Hickman or Mr. Faisal?  Anyone?  Okay.  The rest of you

 7    could presume Ms. Marks innocent of these charges?  All

 8    right.  Thank you.

 9              How about in the second row, on my left, your

10    right, is there anyone -- does everyone in the second row

11    believe that they could presume Ms. Marks innocent of the

12    charges that I described to you?  Okay.  Is there anyone who

13    cannot presume her innocent?  All right.  Thank you.

14              Let me move over to the other side of the

15    courtroom; my right, your left, first row.

16              Oh, I'm sorry, ma'am.  All right.  Your name is?

17              PROSPECTIVE JUROR:  I'm juror 65, Genna Abramson.

18              THE COURT:  Ms. Abramson.

19              PROSPECTIVE JUROR:  I still don't understand what

20    this case is about.  I don't have no idea what is this all

21    about.

22              THE COURT:  All right.  Well, I can't give you too

23    much information at the beginning because we can't give you

24    all the specifics, but as I mentioned, and tell me if you

25    understand what I'm saying.  Ms. -- the Government, the
```

```
1    United States is accusing Ms. Marks of committing certainly
2    crimes.  One is conspiring or conspiracy to commit mail
3    fraud.  And what that basically means is that they're
4    alleging that she and others engaged in, got together and
5    agreed to defraud someone and use the mail in perpetrating
6    the fraud.  Okay?  That's one claim.
7              PROSPECTIVE JUROR:  Like do some black business,
8    something like that?
9              THE COURT:  I'm sorry.  I can't hear you, ma'am.
10   Can you hold that up?
11             PROSPECTIVE JUROR:  Like that's called like shady
12   business or something?  I don't understand.
13             THE COURT:  Well, yes, they're claiming it's a,
14   quote, shady business.  They're saying it's a fraudulent
15   business that -- or activities, that they defrauded people,
16   and she made misrepresentations to people and got some
17   financial gain from the alleged misrepresentations, and in
18   the course of making these alleged misrepresentations, the
19   mail was used.  Okay.  That's one.
20             Then there's a specific count of mail fraud, where
21   they claim she used the mail to defraud somebody.  Then
22   there's eight counts of what's called wire fraud, which means
23   they used -- they alleged that Ms. Marks used either the
24   telephones or faxes or some kind of wire communication to
25   commit a fraud in eight separate occasions.
```

```
 1            And then they're claiming that she engaged in a
 2    conspiracy to commit money laundering.  Money laundering
 3    deals with taking proceeds from the illegal activity and
 4    putting it through the banks, banking system.  Again, I'm
 5    giving you very basic information.  There's much more
 6    involved in that.
 7            And then they're claiming that she engaged in
 8    filing fraudulent tax returns.
 9            So that's what the Government is claiming, and
10    Ms. Marks is saying, that's not true, it's not -- I didn't do
11    these things, and I want a jury to listen to the evidence and
12    find that I'm not guilty.  So we need someone -- people to
13    help us make that decision.
14            So does that help you, what I just said?
15            PROSPECTIVE JUROR:  Yes, thank you.
16            THE COURT:  Hold on, ma'am.
17            Can you presume her innocent of the charges that
18    I've just described to you?
19            PROSPECTIVE JUROR:  I think there is a lot of
20    things against her, but I --
21            THE COURT:  We can't hear you, ma'am.  You need to
22    . . .
23            PROSPECTIVE JUROR:  I don't know.
24            THE COURT:  All right.  Well, let me again explain.
25    The Government has to prove these allegations.  And so the
```

```
 1    question is, can you give her the presumption of innocence

 2    and presume that she's not guilty unless the Government

 3    presents evidence to convince you that she is guilty?  Are

 4    you able to do that?

 5              PROSPECTIVE JUROR:  I guess.

 6              THE COURT:  You guess?

 7              PROSPECTIVE JUROR:  Yes.

 8              THE COURT:  That doesn't sound like you're real

 9    sure.  I'm sorry?  Ma'am, I need to --

10              PROSPECTIVE JUROR:  I don't know.

11              THE COURT:  You don't know.  Okay.  Thank you for

12    telling us you don't know.

13              Can we go back over to the young lady over there?

14    Your name, ma'am?

15              PROSPECTIVE JUROR:  Elaine Cooper.  I'm sorry I

16    forgot my number.  I just have one quick question.  I'm fine

17    with getting on the jury, but my holidays are coming up next

18    week.

19              THE COURT:  We'll deal with the holidays.  Don't

20    worry about the holidays.

21              PROSPECTIVE JUROR:  Okay.  Thank you.

22              THE COURT:  My question now is presumption of

23    innocence.  Ms. Cooper, you can presume her innocent at this

24    point?

25              PROSPECTIVE JUROR:  Yes, I can.
```

1            THE COURT:  All right.  Now, and you are, ma'am?

2            PROSPECTIVE JUROR:  Linda Weiner, juror 66.

3            THE COURT:  Yes, ma'am.

4            PROSPECTIVE JUROR:  I was just curious, what was

5       she claiming to be?  I didn't hear what you said.

6            THE COURT:  Well, the Government claims that she's

7       involved in fortune-telling fraud.

8            PROSPECTIVE JUROR:  Okay.  Well, I don't believe in

9       fortune tellers.

10           THE COURT:  That's how they describe it.

11           PROSPECTIVE JUROR:  I don't believe in fortune

12      tellers, so I don't see how I could possibly find her

13      innocent.  I just . . .

14           THE COURT:  Well, the question is whether she

15      engaged in fraudulent activity in connection with this

16      fortune-telling activity that she was involved in.  So --

17           PROSPECTIVE JUROR:  Okay.

18           THE COURT:  So the question is, did she make

19      misrepresentations and deceive people and cheat people out of

20      their money in providing these kind of services.  Which,

21      that's what the Government's claiming.  They would have to

22      prove it with evidence.

23           PROSPECTIVE JUROR:  Okay.  I understand.

24           THE COURT:  So the question is, can you presume her

25      innocent at this point, listen to the evidence, and then

```
 1    decide whether the Government's proved its case or not, or

 2    are you starting off saying, well, she must be guilty because

 3    I don't believe in fortune telling?

 4            PROSPECTIVE JUROR:  Yes.

 5            THE COURT:  Which is it?

 6            PROSPECTIVE JUROR:  I don't believe in fortune

 7    tellers, and I just think it's a false service.

 8            THE COURT:  So automatically you think she's

 9    guilty?

10            PROSPECTIVE JUROR:  Yes.

11            THE COURT:  You couldn't presume her innocent?

12            PROSPECTIVE JUROR:  No, I could not.

13            THE COURT:  All right.  You're Ms. Weiner.  Thank

14    you, ma'am.

15            Anyone else on the left side, my left side, who's,

16    after hearing some of the other jurors speak, feels that they

17    could not presume Ms. Marks innocent of these charges?  All

18    the rest of you can?  Thank you.

19            Let me go to the other side of the room.  All

20    right.  We've got a couple of people raising their hands.

21    Hold on.  One at a time.

22            Your name is, ma'am?

23            PROSPECTIVE JUROR:  Allesha Schirmer.  I think I'm

24    68.

25            THE COURT:  Yes, ma'am.
```

```
1              PROSPECTIVE JUROR:  Based on my religious beliefs,
2     I cannot presume her innocent based on her occupation.
3              THE COURT:  All right.  So just the mere fact that
4     she engages, allegedly engages in these kind of activities,
5     you don't --
6              PROSPECTIVE JUROR:  That's correct.
7              THE COURT:  She's guilty from day one?
8              PROSPECTIVE JUROR:  I think the occupation is
9     dishonest in itself.
10             THE COURT:  You couldn't -- not have an open mind?
11             PROSPECTIVE JUROR:  No.
12             THE COURT:  Your name?
13             PROSPECTIVE JUROR:  My name is Jasper Garth, juror
14    69.  I am the same way with my faith and my belief.  I don't
15    think I would be able to sit in this here.
16             THE COURT:  You could not presume her innocent?
17             PROSPECTIVE JUROR:  No, Your Honor.
18             THE COURT:  Okay.  All right.
19             PROSPECTIVE JUROR:  With my faith and everything.
20             THE COURT:  Thank you, sir.
21             Anyone else in that row?  Okay, ma'am.  Let's go
22    down to the young lady there.  Your name?  Your name, ma'am?
23             PROSPECTIVE JUROR:  My name is Silvia Sequeira.
24             THE COURT:  Yes, ma'am.
25             PROSPECTIVE JUROR:  I also believe that the
```

```
 1    occupation alone is fraudulent, so I would not think that

 2    she's innocent.

 3              THE COURT:  You could not presume her innocent?

 4    No?

 5              PROSPECTIVE JUROR:  No, Your Honor.

 6              THE COURT:  All right.  Thank you, ma'am.

 7              And your name, ma'am?

 8              PROSPECTIVE JUROR:  My name is Teal Pontarelli.  I

 9    was also a victim of a white collar crime involving fraud.  I

10    had $200,000 stolen from me.  So the minute I hear fraud, I

11    don't feel that I can be objective.

12              THE COURT:  All right.  So it's not necessarily

13    because of the fortune-telling aspect --

14              PROSPECTIVE JUROR:  No, it's the fraud.

15              THE COURT:  -- that you were a victim of a fraud?

16              PROSPECTIVE JUROR:  Correct.

17              THE COURT:  All right.  Thank you, ma'am.

18              And you are Ms. Lee?

19              PROSPECTIVE JUROR:  Yes, correct.

20              THE COURT:  Yes, ma'am.

21              PROSPECTIVE JUROR:  I'm in the same boat as most of

22    them.  The fortune telling thing I believe is a complete

23    fraud.  I believe you're trying to take people's money from

24    that.  Second of all, I've been a victim of white collar

25    crime, too, to the fact I've actually had to hire a service
```

```
 1    to watch my Social Security number every month.  And I

 2    believe that, alone, would make me think that need to stop

 3    whatever victims are going through right now.

 4              THE COURT:  So you couldn't presume her innocent

 5    either?

 6              PROSPECTIVE JUROR:  No, I could not.

 7              THE COURT:  Thank you, ma'am.

 8              All right.  How about the last row there?  Your

 9    name?

10              PROSPECTIVE JUROR:  Sybilla Koch.  I don't know my

11    juror number.

12              THE COURT:  You're Ms. Koch?

13              PROSPECTIVE JUROR:  Yes, K-o-c-h.

14              THE COURT:  Yes, ma'am.

15              PROSPECTIVE JUROR:  Actually, I had read about this

16    yesterday.

17              THE COURT:  Okay.  Don't tell us what you read.

18              PROSPECTIVE JUROR:  Okay.  I cannot be open-minded

19    in reference to this case.

20              THE COURT:  All right.  Thank you, ma'am.

21              Mr. Crowe?

22              PROSPECTIVE JUROR:  Yes.

23              THE COURT:  Yes, sir.

24              PROSPECTIVE JUROR:  I don't think I could be super

25    open-minded.  My father was taken for lots of money over the
```

```
 1    years by fortune tellers and such, and I have a pretty strong

 2    feeling behind that.

 3               THE COURT:  You don't think you could be -- presume

 4    her innocent or be fair in this case?

 5               PROSPECTIVE JUROR:  I do not.

 6               THE COURT:  Thank you, sir.

 7               And Mr. Williams, how about you?  You can be -- you

 8    could presume her innocent?

 9               PROSPECTIVE JUROR:  I'm good, Your Honor.

10               THE COURT:  Okay.  Thank you, sir.

11               All right.  So can you give me a minute to speak to

12    the attorneys, and we'll be with you shortly?  All right.

13    Thank you.

14          (The following proceedings were held at sidebar:)

15               THE COURT:  All right.  I guess my question is, are

16    we going to waste time talking to these people or do we want

17    to just excuse them now, or should we leave them here and go

18    through the normal process?

19               MR. SCHWARTZ:  Might I suggest if we excuse them

20    now we're going to start getting other people that don't want

21    to be here for a month, but can we compromise and leave them

22    sitting here and just not bother with them?

23               MR. STEFIN:  And just pass over them when we get to

24    them, say we don't --

25               THE COURT:  Okay.
```

```
 1              MR. STEFIN:  That's not a bad idea.

 2              MR. BARDFELD:  Your Honor, for what it's worth,

 3    you've been talking about conspiracy to commit mail fraud.

 4    It's conspiracy to commit mail fraud and wire fraud; not that

 5    it matters.

 6              THE COURT:  Okay.  All right.  So we'll just keep

 7    them here and I just want to speak to them.

 8              MR. SCHWARTZ:  Thank you, sir.

 9              MR. STEFIN:  Thank you, Your Honor.

10        (Sidebar conference concluded.)

11              THE COURT:  Sorry, ladies and gentlemen.  We have a

12    new sound system that's been installed in this courtroom, and

13    we're having -- it's the first time it's being used, and

14    we're having all kinds of technical problems, which I

15    apologize for your -- keeping you waiting.

16              All right.  So the first principle that we've

17    already talked about is the presumption of innocence.  Now,

18    the second legal principle I'd like to speak to you about is

19    called the burden of proof, who has the burden of proving the

20    allegations in a criminal case.  And in all criminal cases,

21    the burden of proving the case is on the United States to

22    prove that Ms. Marks is guilty of the charges that have been

23    brought.

24              Ms. Marks does not have a burden to prove her

25    innocence.  She doesn't have to come forward with evidence,
```

```
 1    she doesn't have to call witnesses, she doesn't have to do

 2    anything other than be here.  And it's entirely up to the

 3    United States to present sufficient evidence to convince a

 4    jury that she's, in fact, guilty.  She doesn't have a burden

 5    of proof.

 6          And the amount of proof that's required is called

 7    beyond a reasonable doubt.  And if you're on the jury, you'll

 8    get a definition of what beyond a reasonable doubt means,

 9    which will help you evaluate the evidence and come to a

10    decision as to whether the United States has presented

11    sufficient evidence or not.

12          So, again, the United States has the entire burden

13    of proving Ms. Marks guilty.  She has no burden to prove her

14    innocence.  So I want to make sure you understand that

15    principle and can follow that principle if you are a juror in

16    this case.  And I'm again going to go on a row by row basis.

17          Does everyone in the first row understand that

18    Ms. Marks -- I mean the United States has the burden of

19    proving Ms. Marks guilty, she does not have to prove her

20    innocence?  Does everyone understand that in the first row?

21    Does anyone have a problem with that principle, in the first

22    row, putting the burden of proof on the United States as

23    opposed to requiring Ms. Marks to come forward and prove her

24    innocence?  Does anyone have a problem with that concept in

25    the first row?  And you can follow or put the burden on the
```

```
 1    United States if you're on the jury?  Yes?
 2            Okay.  How about the second row?  Does everyone
 3    understand that principle, that the burden is on the United
 4    States, not on Ms. Marks?  Does anyone have a problem with
 5    that principle?
 6            All right.  Thank you.
 7            Let's move over to the other side of the room, my
 8    right, your left.  Does everyone in that first row understand
 9    the burden is on the United States to prove Ms. Marks is
10    guilty, she does not have to prove she's innocent?  Does
11    everyone understand that?  Does anyone disagree with that or
12    feel they could not follow that principle if you're on the
13    jury?
14            All right.  Ms. --
15            PROSPECTIVE JUROR:  Pontarelli.
16            THE COURT:  -- Pontarelli, again; that's because of
17    your prior views?
18            PROSPECTIVE JUROR:  Yes.  Why do they have to prove
19    she's guilty but she doesn't have to prove she's innocent?  I
20    don't agree with that and I don't understand it.
21            THE COURT:  All right.  So that's the way our
22    system works, but you don't agree with the way the system
23    works.  You just disagree with that principle, yes?
24            PROSPECTIVE JUROR:  Yes.
25            THE COURT:  And you could not follow that principle
```

```
1   in this case?

2           PROSPECTIVE JUROR:  No.

3           THE COURT:  Okay.  Thank you, ma'am.

4           All right.  Anyone else in that row?  Your name?

5           PROSPECTIVE JUROR:  Nicola Bennett.  I believe that

6   a person should have a right to prove that they're not

7   guilty.

8           THE COURT:  Well, she had that right, but she's not

9   required to.

10          PROSPECTIVE JUROR:  Why not?

11          THE COURT:  Well, because the way our system works,

12  and before someone can be found guilty of a crime and

13  possibly lose his or her liberty and be incarcerated, the law

14  requires the person who's making the allegations against the

15  citizen, since the United States is alleging and claiming

16  that Ms. Marks committed a crime, the law makes the person

17  who's making the accusation have to prove the accusation.

18          So, for example, let's assume -- and I'm not

19  suggesting this is the case here, but let's assume someone

20  didn't like you, and they accused you of doing something

21  illegal because they didn't like you, and they went to the

22  police and they said you stole something from them.  Okay?

23  And you didn't do it, but somebody didn't like you.  You have

24  an enemy, and they make up a story about you.

25          PROSPECTIVE JUROR:  Right.
```

```
 1              THE COURT:  And they accuse you of stealing
 2    something.
 3              You say, I didn't steal anything.  Well, Mr. Smith
 4    over here says you did.  Now, you're going to go to court,
 5    and you have to prove you didn't do it.  They don't have to
 6    prove that you did it.  You have to prove you didn't do it.
 7    You think that would be fair?
 8              PROSPECTIVE JUROR:  Well, I think you should go
 9    both ways, because you have to show that I'm guilty, and I
10    will show you that I'm not.
11              THE COURT:  Okay.  But do you think it would be
12    fair if they didn't have to prove you did it, you have to
13    prove you didn't do it?  You think that would be fair?
14              PROSPECTIVE JUROR:  No.
15              THE COURT:  Okay.  So the way it works is, they
16    have to prove she did it, and that's all the law requires.
17    They have to prove she did it.  She doesn't have to prove she
18    didn't do it.  That's the way the system works.  She can try
19    and convince you that she didn't do it.  It's up to her.  But
20    she doesn't have to.  You have to look at the evidence the
21    United States presents and you have to decide based upon the
22    evidence the Government presents, did she do it or not.
23              And my question to you is, if that's the law and
24    those are the rules, they have to prove she did it, she
25    doesn't have to prove she didn't do it, can you follow that
```

```
 1   rule and make the United States prove she did it?

 2              PROSPECTIVE JUROR:  It would have to be some strong

 3   evidence.

 4              THE COURT:  Well, that's why it's a beyond a

 5   reasonable doubt burden of proof.  They have to present

 6   strong evidence.  But will you make them, if you're on the

 7   jury, present strong evidence beyond a reasonable doubt?

 8              PROSPECTIVE JUROR:  I guess that will be fair.

 9              THE COURT:  Would it?

10              PROSPECTIVE JUROR:  I guess so.

11              THE COURT:  Well, can you do it?

12              PROSPECTIVE JUROR:  I think so.

13              THE COURT:  Okay.  Can you put the burden on the

14   Government and not put the burden on Ms. Marks to have to

15   convince you she didn't do it?  Can you do that?

16              PROSPECTIVE JUROR:  I think so.

17              THE COURT:  Okay.  So you -- if you're on the jury,

18   you will make the United States prove she did it, you won't

19   make her prove she didn't do it?

20              PROSPECTIVE JUROR:  Well, I would still like to

21   hear her side of it.

22              THE COURT:  All right.

23              PROSPECTIVE JUROR:  You know.

24              THE COURT:  Well, I'll talk about that in a second.

25   All right?
```

```
 1              But, again, you would like to hear her side of it,

 2    but she doesn't have to present her side if she doesn't want

 3    to.  So if she doesn't present any evidence, will you be able

 4    to just evaluate the Government's evidence and decide, yes,

 5    they've convinced me, or, no, they have not convinced me?

 6    Will you be able to do that?

 7              PROSPECTIVE JUROR:  Yes.

 8              THE COURT:  Even if she doesn't present any

 9    evidence, even if she doesn't call any witnesses.  Assume

10    that now.  I don't know that that's going to happen, but just

11    assume that she doesn't call any witnesses, she doesn't

12    present any evidence, she just sits here and listens, and

13    Mr. Schwartz cross-examines the Government's witnesses and

14    attacks their credibility and tries to show that they're not

15    being truthful, and that's all you've got, is the

16    Government's witnesses and at the end of the trial

17    Mr. Stefin's going to argue, we've proven she's guilty, and

18    Mr. Schwartz is saying they haven't proven it.

19              Will you be able to just evaluate whatever evidence

20    is presented and decide, yes, they have convinced me beyond a

21    reasonable doubt, or, no, they haven't?

22              PROSPECTIVE JUROR:  Yes, I could do that.

23              THE COURT:  So you will put the burden on the

24    United States to prove her guilty or not guilty?

25              PROSPECTIVE JUROR:  Yes, I can.
```

```
 1              THE COURT:  All right.  Thank you.
 2              All right.  Sir, you are Mr. --
 3              PROSPECTIVE JUROR:  Mike Rodriguez, number 70.
 4              THE COURT:  Yes, sir.
 5              PROSPECTIVE JUROR:  I didn't stand up last
 6    question.  I'd like to think I can be open-minded, but
 7    listening to this question now, I've developed a little bias,
 8    I would say, in my opinion.  I don't agree with the
 9    occupation.  I'd like to think I could be open-minded about
10    it.  I understand that she's presumed innocent, and it's the
11    burden to prove that she is guilty, however, with a bias I
12    guess I've sort of developed in my head already, I feel in my
13    mind already that the burden is on her to prove otherwise,
14    since I do not believe the occupation, and I feel it's on her
15    side to prove herself innocent.
16              I just feel there's a bias already in my head
17    that's already kind of setting the stage in a different
18    situation, different scenario.
19              THE COURT:  So based upon the nature of her
20    activities that's alleged in this case, you think she's going
21    to have to convince you she didn't do it rather than --
22    almost the burden's on her to prove her innocence?
23              PROSPECTIVE JUROR:  I'd like to think I could be
24    open-minded, which is why I didn't stand up in the last
25    question, but combining the last question with what we're
```

```
1   asked to do here, and the bias I've already established in my

2   head a little bit, you know, I'd like to think I could be

3   open-minded, I just feel in my mind the burden's on her to

4   prove otherwise.  Again, I don't hundred percent agree with

5   the occupation, and already saying that in my head, I'm

6   thinking otherwise.

7             THE COURT:  All right.  Thank you, sir.

8             All right.  Anyone else in that first row who feels

9   they could not put the burden on the United States to prove

10  Ms. Marks guilty as opposed to expecting Ms. Marks to prove

11  her innocence?  Anyone?  Everyone else agrees with that

12  concept and can follow it?

13            All right.  How about the last row, the three of

14  you in the last row?  Can you all put the burden on the

15  United States and agree that the Government must prove her

16  guilty, she doesn't have to prove her innocence?  Does

17  everyone agree with that in the last row?

18            Ms. Koch?  I'm sorry if I misstated your name.

19  What is the name again?

20            PROSPECTIVE JUROR:  Koch.

21            THE COURT:  Can you agree with that principle?

22            PROSPECTIVE JUROR:  It's hard sometimes to be

23  open-minded when you have an issue of the individual's

24  occupation, so . . .

25            THE COURT:  All right.  Thank you.
```

```
 1              PROSPECTIVE JUROR:  I'm sorry.  That's just my

 2    feelings.

 3              THE COURT:  That's fine.  I understand.

 4         All right.  Now, the third legal principle I'd like

 5    to discuss with you, the third legal principle is based on a

 6    constitutional right that every person who's accused of a

 7    crime has in this country, and it also logically flows from

 8    what we've just talked about:  Who has the burden of proving

 9    the guilt here.  The Government has the burden of proving

10    Ms. Marks guilty.  She doesn't have to prove her innocence.

11    We've just talked about it, and some of you don't agree with

12    that concept, but that's the way it works.

13              And because she doesn't have to prove her

14    innocence, she doesn't have to be a witness in this trial

15    because she doesn't have to prove to you she's innocent.  She

16    doesn't have to testify.  She has a right not to testify.

17    And if she chooses not to testify, then you cannot consider

18    that in making your decision.  You cannot, when you go back

19    into the jury room and discuss whether the Government's

20    proved its case or not, you can't say, well, she didn't

21    testify, so she must be guilty.  If she was not guilty, she

22    would have testified.  Can't do that.

23              Because, as we just talked about, you have to look

24    at the Government's evidence and what the Government

25    presents, and you have to decide, has the Government proved
```

 1    its case or not.  Has it met its burden of beyond a

 2    reasonable doubt or not.

 3         You can't factor in whether she's been a witness in

 4    the case because she doesn't have to prove her innocence.

 5    And since she doesn't have to prove innocence, she doesn't

 6    have to testify and convince you that she's not guilty.  So I

 7    want to make sure you understand that principle, and if you

 8    can follow that principle if you're on the jury.

 9         And, again, in the first row on my left, does

10    everyone understand because Ms. Marks has a right not to

11    testify and because she doesn't have to prove her innocence,

12    it's on the Government to prove her guilt, if she doesn't

13    testify, you can't consider that in making your decision?

14    Does everyone understand that in the first row?  Is there

15    anyone who feels unless she testifies and I hear her side of

16    the story, I could not find her not guilty?  I'd have to hear

17    her side of the story.  I'd have to hear her testimony in

18    order to find her not guilty.

19         Does anyone feel that way in the first row?  So if

20    all of you in the first row are on the jury, you would not

21    hold it against Ms. Marks if she did not testify; am I

22    correct?

23         All right.  How about the second row?  Does

24    everyone in the second row understand that concept, that

25    since she has a right not to testify, since she doesn't have

1    to prove her innocence, and if she doesn't testify you can't

2    hold that against her?

3              All right.  Ma'am, you are Ms. Abramson?

4              PROSPECTIVE JUROR:  Yes, I feel that life is not --

5    it's about being clear conscious, and if she is innocent and

6    she can speak up and let -- clear out her name.  And even if

7    she win or lose the case, still she has to live with herself

8    and everything she did.  So I think it's -- it is maybe

9    important she speaks.  I don't know.

10             THE COURT:  All right.  So if she didn't testify,

11   that would be a problem for you?

12             PROSPECTIVE JUROR:  I guess it would be, because if

13   she's innocent, then why cannot disclose all the wrongdoing,

14   all the good doing, whatever in that case is.

15             THE COURT:  All right.  And, again --

16             PROSPECTIVE JUROR:  You should be honest to

17   yourself.

18             THE COURT:  And the way the system works is the

19   Government has to prove she's guilty.  She doesn't have to

20   prove she's not guilty.  So because she doesn't have to prove

21   she's not guilty, she doesn't have to convince you with her

22   testimony that she didn't do it.  The Government has to prove

23   she did do it.  But I'm repeating myself.  If she doesn't

24   testify, you're going to have a problem with that.  If she

25   doesn't testify, you're going to have a problem with that; is

```
 1    that correct?
 2              PROSPECTIVE JUROR:  Well, it's not a clear
 3    conscious to me.  It's not being honest.
 4              THE COURT:  So you would have a problem if she
 5    doesn't testify?  You would have a problem if she doesn't
 6    testify, yes?
 7              PROSPECTIVE JUROR:  Yes.
 8              THE COURT:  Okay.  Thank you.
 9              Is there anyone else in that second row who --
10    anyone else in the second row who feels if she doesn't
11    testify it would be a problem as far as you're concerned?  It
12    might influence your decision in this case?  Anyone else in
13    that row?  Okay.  All of you, again, in the second row, if
14    she doesn't testify you won't hold it against her or consider
15    it in making your decision?
16              All right.  Thank you.
17              All right.  Let me go over to the other side of the
18    room, first row.  Does everyone understand -- all right.
19    Ms. Lee, we'll talk to you in a second.  Hold on, Ms. Lee.
20    Hold on.
21              Does everyone understand in the first row that
22    because the Government has to prove Ms. Marks guilty, she
23    doesn't have to prove she's innocent, she doesn't have to be
24    a witness?  And if she's not a witness, you can't consider
25    that and hold it against her.  Does everyone understand that
```

```
 1   in the first row?  Does anyone other than Ms. Lee, who wants

 2   to talk to us, feel that if she -- Ms. Pontarelli.  If she

 3   doesn't testify, does anyone feel, in the first row, that you

 4   would hold it against her and it would be a problem as far as

 5   you're concerned in evaluating this case?  In the first row,

 6   other than Pontarelli and Lee?  Okay.  Ms. Sequeira Borge.

 7   All right.  So let's start with, is it Ms. Brown?  I'm sorry,

 8   your name?

 9             PROSPECTIVE JUROR:  Nicola Bennett.

10             THE COURT:  Okay.  Let me find your name here on my

11   list.  Ms. Bennett, yes, ma'am.  Go ahead.

12             PROSPECTIVE JUROR:  I'm sorry.  I just believe -- I

13   believe in that a person should talk up and let it be known

14   that they're not guilty.

15             THE COURT:  Okay.

16             PROSPECTIVE JUROR:  If she don't take the stage,

17   I'm sorry, I just believe that she's guilty right off the

18   back (sic).

19             THE COURT:  All right.  So you think it would be a

20   problem if you were --

21             PROSPECTIVE JUROR:  Yes, it would.

22             THE COURT:  Thank you, ma'am.

23             All right.  How about Ms. Shimer?  Did I

24   mispronounce your name?

25             PROSPECTIVE JUROR:  Sequeira.
```

```
 1              THE COURT:  Okay.  Yes, Ms. Sequeira.
 2              PROSPECTIVE JUROR:  I understand the concept.  I
 3    just don't agree with it, and I think it will be questionable
 4    that she doesn't . . .
 5              THE COURT:  Okay.  You would have a problem if she
 6    doesn't testify, yes?
 7              PROSPECTIVE JUROR:  Yes.
 8              THE COURT:  Ms. Pontarelli, I guess you also?  You
 9    would have a problem?
10              PROSPECTIVE JUROR:  Yes.  If you're innocent,
11    you're more than willing to prove it.
12              THE COURT:  Thank you, Ms. Pontarelli.
13              Ms. Lee, you would have a problem?
14              PROSPECTIVE JUROR:  Same thing.
15              THE COURT:  Thank you very much.
16              All right.  Now, having discussed those legal
17    principles, let's talk to some of you individually and find
18    out a little bit about you.
19              I'm sorry.  I didn't ask the last row.  I
20    apologize.  I didn't mean to skip over you in the last row.
21    Ms. Koch, did you have an issue with this?
22              PROSPECTIVE JUROR:  Well, yes, sir.  If she is
23    innocent, I would like to hear from that.
24              THE COURT:  Okay.  Mr. Crowe, it's not an issue for
25    you?
```

```
 1              PROSPECTIVE JUROR:  No.

 2              THE COURT:  No?  And Mr. Williams, it's not an

 3    issue for you?

 4              PROSPECTIVE JUROR:  (Shakes head.)

 5              THE COURT:  Okay.  Let's start talking to you

 6    individually.  Let me ask you to follow these rules when we

 7    speak to you.  This gentleman seated in front of me is taking

 8    down everything we say, so you need to verbalize your

 9    answers.  Do not shake your head, nod, shrug your shoulders.

10    He needs to hear a verbal response to the questions.  Please

11    try and remember that.

12              Please also try to remember if I'm speaking, please

13    wait for me to finish before you start answering, and I'll

14    try and do the same.  I'll try and wait for you to finish

15    answering before I start asking the next question, because if

16    we're speaking at the same time, he cannot get down

17    everything that's being said.  So please try and bear that in

18    mind while we go through this process.

19              If I could ask you to stand when we speak to you so

20    we can all see you, and please use the microphone, because

21    without the microphone it's very difficult to hear you in

22    this courtroom.

23              So I'd like to start with Ms. Webb in the first row

24    there, in the corner.  If you would please -- yes, ma'am.  If

25    you would take that list of questions that we gave you.  Do
```

```
 1    you have that list of questions?

 2              PROSPECTIVE JUROR:  I have a personal problem.

 3              THE COURT:  Ma'am, I can't hear you.  Use the

 4    microphone.

 5              PROSPECTIVE JUROR:  I have a personal problem that

 6    I'd like to speak to you about.

 7              THE COURT:  Can you use the microphone so we can

 8    hear you, please.

 9              PROSPECTIVE JUROR:  I have a personal problem I'd

10    like to speak to you about.  It's a medical problem, and I

11    don't know if I could do a month-long trial.

12              THE COURT:  We'll discuss that.  Okay.

13              Can you take the list of questions and tell us

14    about yourself, and we'll talk about your medical issue -- is

15    it something you feel you don't want to talk openly about, or

16    can you tell us about it now?

17              PROSPECTIVE JUROR:  Okay.  My name is Nancy B.

18    Webb.  I'm 65 years old.  I live in Palm Beach County.

19              THE COURT:  Where?

20              PROSPECTIVE JUROR:  Palm Beach County.

21              THE COURT:  Where in Palm Beach County?

22              PROSPECTIVE JUROR:  Do you want my address?

23              THE COURT:  No, your city.

24              PROSPECTIVE JUROR:  Oh, South Palm Beach.

25              THE COURT:  Okay.  Thank you.
```

```
 1                    PROSPECTIVE JUROR:  I'm not employed.  I am

 2     married.

 3                    THE COURT:  I'm sorry for that problem, Ms. Webb.

 4     Can you start over, please?

 5                    PROSPECTIVE JUROR:  From the beginning?

 6                    THE COURT:  Yes, please.

 7                    PROSPECTIVE JUROR:  My name is Nancy Webb.  I'm 65

 8     years old.  I reside in South Palm Beach.  I'm not employed.

 9     I am married.  Do you want to know my husband's occupation?

10                    THE COURT:  Yes, please.

11                    PROSPECTIVE JUROR:  He's an attorney.  I have no

12     children.  I have two years of college.  I have sat on a jury

13     before for the Palm Beach County.  I have been involved in a

14     lawsuit as a witness.  No one in my family has ever been

15     arrested.  Yes, I know several people, including myself, who

16     have been, you know, victim of crime in some aspect.  I have

17     close friends in law enforcement.

18                    Yes, I do have a disability.  I have an autoimmune

19     disease, and that's what I wanted to speak to you about.  I'm

20     fine with all your -- what you said today.  I have no problem

21     with anything.  And I will be able to follow the instructions

22     of the Court.  And the last question, you know, can I be a

23     juror, it's the timeframe that I'm concerned about.

24                    THE COURT:  Can you try and use that microphone?

25                    PROSPECTIVE JUROR:  It's the timeframe that I'm
```

```
 1   concerned about.
 2          THE COURT:  Okay.  Can you talk about it openly or
 3   do you want to talk about it privately?
 4          PROSPECTIVE JUROR:  I have lupus.
 5          THE COURT:  Okay.
 6          PROSPECTIVE JUROR:  And I can go into a flare
 7   tomorrow morning and really be in bad shape.  I have been on
 8   chemotherapy, and last week I had a procedure, and I have to
 9   see two doctors this week.  Now, I can serve, but I'm not too
10   reliable.
11          THE COURT:  All right.  So you think that you might
12   have some medical issues over the course of a month?
13          PROSPECTIVE JUROR:  Right.  It's the type of thing
14   where you don't look sick, but you could become very ill very
15   fast.
16          THE COURT:  All right.
17          PROSPECTIVE JUROR:  And I do have to see -- I have
18   two doctor's appointments this week.
19          THE COURT:  When are those appointments?
20          PROSPECTIVE JUROR:  I have one this afternoon and I
21   have one Friday.
22          THE COURT:  What time this afternoon?
23          PROSPECTIVE JUROR:  2:30.
24          THE COURT:  When was that appointment made?
25          PROSPECTIVE JUROR:  It was made last week after I
```

```
 1    had a procedure.
 2            THE COURT:  Okay.  All right.  Have you --
 3            PROSPECTIVE JUROR:  I e-mailed for a postponement,
 4    but that was because it was like pretty much an emergency
 5    procedure.  I e-mailed the court on Friday, but I didn't hear
 6    anything back from them and I couldn't get ahold of a person
 7    yesterday.
 8            THE COURT:  All right.  Well, let me ask you some
 9    questions about some of the other information.  We'll talk
10    about your medical situation later.
11            You said your husband's an attorney.  What type of
12    law does he practice?
13            PROSPECTIVE JUROR:  He was with the federal
14    government for 25 years.  He was with the Department of
15    Energy and FDIC.  Now, he's with the State.  He works as an
16    appeal judge with Unemployment.
17            THE COURT:  So he is an Unemployment -- he sits and
18    makes decisions about Unemployment claims?
19            PROSPECTIVE JUROR:  Yes.
20            THE COURT:  Okay.  And before that he worked with
21    the FDIC?
22            PROSPECTIVE JUROR:  FDIC and --
23            THE COURT:  Department of Energy?
24            PROSPECTIVE JUROR:  Oh, went right out of my head.
25            THE COURT:  You said the Department of Energy.
```

```
 1                    PROSPECTIVE JUROR:  Department of Energy, excuse
 2     me.
 3                    THE COURT:  Has he ever done any work in the
 4     criminal area?
 5                    PROSPECTIVE JUROR:  Yes.
 6                    THE COURT:  What type of work?
 7                    PROSPECTIVE JUROR:  We were living in the Virgin
 8     Islands and he was working for the local government down
 9     there as a prosecutor.
10                    THE COURT:  All right.  And how many years was he a
11     prosecutor?
12                    PROSPECTIVE JUROR:  I would say about seven.
13                    THE COURT:  Okay.  And do you know if he handled
14     cases of this kind where fraud was involved, alleged fraud?
15                    PROSPECTIVE JUROR:  Well, at the time there wasn't
16     too much Internet and that type of thing.  He handled -- I
17     couldn't say for sure.
18                    THE COURT:  Okay.  All right.  The fact that -- did
19     he ever handle criminal cases from the defense side?
20                    PROSPECTIVE JUROR:  No.
21                    THE COURT:  No?
22                    All right.  Now, the fact that your husband at one
23     time was a prosecutor, does that -- would that cause you to
24     be -- favor one side or another in this case?
25                    PROSPECTIVE JUROR:  No.
```

```
 1            THE COURT:  So that's not going to matter to you,

 2   no?

 3            PROSPECTIVE JUROR:  No.

 4            THE COURT:  Okay.  You said you were on a jury

 5   once.  What kind of a case was that?

 6            PROSPECTIVE JUROR:  It was an insurance claim.

 7            THE COURT:  All right.  And did you and the other

 8   jurors reach a verdict?

 9            PROSPECTIVE JUROR:  Excuse me?

10            THE COURT:  Did you and the other jurors in that

11   case reach a verdict?

12            PROSPECTIVE JUROR:  Yes.

13            THE COURT:  Were you the foreperson of that jury?

14            PROSPECTIVE JUROR:  No.

15            THE COURT:  Is there anything about that case that

16   would affect you in any way in this case?

17            PROSPECTIVE JUROR:  Oh, no.  Totally different.

18            THE COURT:  You mentioned you had a lawsuit.  I'm

19   sorry, what was that lawsuit about?  You had a lawsuit?  Or

20   you were a witness in a lawsuit.  Were you -- did you see

21   something happen?  What kind of a case was it where you were

22   a witness?

23            PROSPECTIVE JUROR:  It was a condo case.  One of

24   the residents of the condo was taking the board to court, and

25   I was a witness.
```

```
 1              THE COURT:  All right.  Anything about that
 2    experience that would affect your ability to be fair?
 3              PROSPECTIVE JUROR:  No.
 4              THE COURT:  What crimes were you or your family
 5    members victims of?
 6              PROSPECTIVE JUROR:  I was mugged.
 7              THE COURT:  All right.  Is that it?
 8              PROSPECTIVE JUROR:  I've had money taken out of
 9    my -- you know, my credit card, where I had to change
10    everything.  You know, someone was using it, someone from
11    Nigeria, I think.  That type of thing.
12              THE COURT:  Anything about either of those
13    instances that might affect your ability to be a fair juror
14    in this case?
15              PROSPECTIVE JUROR:  No.
16              THE COURT:  And you said you had friends in law
17    enforcement.  What kind of friend or what are the
18    relationships and what kind of agencies or police agencies do
19    they work for?
20              PROSPECTIVE JUROR:  They're all police officers.
21              THE COURT:  Here locally?
22              PROSPECTIVE JUROR:  Yeah.
23              THE COURT:  And does the fact that you know police
24    officers, would that cause you to lean one way or another in
25    this case?
```

```
 1                    PROSPECTIVE JUROR:  No.

 2                    THE COURT:  Would the fact that you know police

 3      officers or are friendly with police officers make you more

 4      likely to believe testimony that comes from a law enforcement

 5      officer in this trial than other witnesses who testify on the

 6      same subject?

 7                    PROSPECTIVE JUROR:  No.

 8                    THE COURT:  All right.  So your concern is you have

 9      some medical appointments this week, and other than that,

10      you're just concerned that you might get sick, you're just

11      not sure?

12                    PROSPECTIVE JUROR:  Well, it's the nature of the

13      illness.  You could be going along fine for a few days and

14      then all of a sudden it hits you, you go into a flare.  They

15      call it a lupus flare.

16                    THE COURT:  How often do you have these lupus

17      flares?

18                    PROSPECTIVE JUROR:  It all depends.  Sometimes I

19      could go several months, sometimes I'll go into one and stay

20      in it for six months.  I just came off chemo.

21                    THE COURT:  So it's possible that you can go for a

22      month or more and not have a flare-up?

23                    PROSPECTIVE JUROR:  It's possible.

24                    THE COURT:  And what is the -- in your medical

25      history, how often have you gone more than a month without
```

1    having a flare-up?  I mean, does that happen more frequently

2    than not, or do you usually have flare-ups every month?

3           PROSPECTIVE JUROR:  Well, no, not every month.

4    Sometimes I'll go for several months and be fine, with just

5    little bouts of things.  Other times I'll just be flat.  I

6    mean, I'll really be very sick.

7           THE COURT:  So you can't give us the likelihood

8    that in the next month you will have a flare-up?

9           PROSPECTIVE JUROR:  I have no idea.

10          THE COURT:  Okay.  And when is your other medical

11   appointment after this afternoon?

12          PROSPECTIVE JUROR:  Friday.

13          THE COURT:  Friday?

14          PROSPECTIVE JUROR:  Friday.

15          THE COURT:  What time?

16          PROSPECTIVE JUROR:  11:00.

17          THE COURT:  Can either of those appointments be

18   moved if need be?

19          PROSPECTIVE JUROR:  I would have to see them

20   sometime.

21          THE COURT:  Yes.  Right.

22          PROSPECTIVE JUROR:  I can't postpone them for a

23   month and a half, two months.

24          THE COURT:  Can they be at least moved from their

25   current scheduled date if need be?

```
 1                    PROSPECTIVE JUROR:  Today, actually, no.
 2      Otherwise, I pay $50.  But the other one I can.  I'm
 3      assuming.
 4                    THE COURT:  Thank you, ma'am.
 5                    PROSPECTIVE JUROR:  Thank you.
 6                    THE COURT:  Mr. Roberson, good morning, sir.  How
 7      are you?
 8                    PROSPECTIVE JUROR:  I'm doing fine, Your Honor.
 9                    THE COURT:  Good.  Why don't you tell us a little
10      bit about yourself.
11                    PROSPECTIVE JUROR:  My name's Charles Roberson.
12      I'm 52 years old.  I reside in Boynton Beach, Florida.  I'm
13      employed with a large electronic security firm, and my
14      capacity is project management.  I am married.  My wife is
15      also employed with that same firm.  We do have children.
16                    My oldest son works in customer service and my
17      younger son is a student at University of Central Florida.
18      Educational background, I have a degree in electronic
19      engineering.
20                    I've never sat on a jury before.  I've never been
21      involved with a lawsuit or been sued by anybody.  As far as
22      families who have been arrested or charged with a crime, I
23      have a nephew that was charged with assault and whatever
24      charge -- other charges associated with that type of
25      activity.  He's currently~-- the trial is pending.  He hasn't
```

```
 1    gone to trial yet.  He's in Atlanta, so I'm not real close to
 2    what's going on.
 3            As far as relatives involved with a crime, my
 4    parents were robbed at gunpoint at a fast food restaurant.
 5    Friends and relatives in law enforcement.  My father, well,
 6    he was military police for 26 years with the Air Force.  And
 7    close friends, that's a police officer with Boynton Beach
 8    Police Department.
 9            I don't have any disabilities that would affect me
10    being a juror.  Based on the description of the case, as we
11    spoke earlier, I don't have any bias or anything that would
12    give me any reason not to be fair and impartial.  And I would
13    be able to follow the Court's instructions.  And the last
14    question, I do have some concern based on the length or the
15    possible length of the trial.
16            Based on my involvement with the job that I have,
17    with project management, we're reaching our fiscal end of the
18    year, which would be October.  So we have a lot of projects
19    that's going on, and I have direct involvement of some of
20    these projects.  So my being out for a long period of time
21    could delay or affect those projects.
22            THE COURT:  All right.  Are there other people in
23    the firm that can take on some of your responsibilities if
24    need be?
25            PROSPECTIVE JUROR:  Yes, I'm sure there could be,
```

```
 1   but obviously if I was there, I would have more direct
 2   knowledge.  But, yes.
 3               THE COURT:  But in terms of a hardship to you
 4   personally, it wouldn't be a personal hardship to you, it
 5   might affect your employers to some extent; is that correct?
 6               PROSPECTIVE JUROR:  Yes, sir.
 7               THE COURT:  All right.  Thank you, sir.
 8               Oh, I'm sorry.  I'm sorry.  Let me ask you a couple
 9   of questions.
10               Your nephew who's currently being charged with
11   assault in Atlanta, is there anything about the fact that
12   he's currently being charged with this crime that would
13   affect your ability to be a fair juror in this case?
14               PROSPECTIVE JUROR:  No, sir.
15               THE COURT:  Is there anything about the way that
16   his case is being handled, that you feel he's being treated
17   unfairly or the police are being too aggressive or unfair
18   with him, that might carry over and affect your ability to be
19   fair to law enforcement officers that testify in this trial?
20               PROSPECTIVE JUROR:  Nothing I know at this point.
21               THE COURT:  Anything about your parents having been
22   victims of a robbery that might affect your ability to be
23   fair in this case?
24               PROSPECTIVE JUROR:  Not in this case, no.
25               THE COURT:  And your father who was a military
```

```
1    police officer and your friend who's in the Boynton Police

2    Department, anything about the fact you have friends and

3    family who are in law enforcement that might cause you to

4    lean one way or another in this case?

5              PROSPECTIVE JUROR:  No, sir.

6              THE COURT:  Would it cause you to more likely

7    believe testimony from law enforcement officers that testify

8    in this trial than other witnesses?

9              PROSPECTIVE JUROR:  No, sir.

10             THE COURT:  Have you read or heard anything about

11   this case?

12             PROSPECTIVE JUROR:  No, I have not.

13             THE COURT:  Thank you, sir.

14             Ms. Webb, have you read or heard anything about

15   this case?

16             PROSPECTIVE JUROR:  No.

17             THE COURT:  All right.  Thank you, ma'am.

18             Mr. Bouras, good morning, sir.

19             PROSPECTIVE JUROR:  Hello, Your Honor.  My name's

20   James Bouras.  I'm 50 years old, and I reside in Boca Raton,

21   Florida.  I am currently unemployed.  I'm married, and my

22   spouse works as a channel manager for a telecommunications

23   company.

24             I have two children, a son that's five and a son

25   that's 11.  My educational background is I have a bachelor's
```

```
 1   degree from the University of Baltimore.

 2          I've never sat on a jury before.  I was involved in

 3   a lawsuit as a plaintiff.  My brother has been in and out of

 4   jail for drug and alcohol violations, unfortunately.  I have

 5   a neighbor, not necessarily a close friend, but he's in law

 6   enforcement for Broward County.

 7          I have no disabilities that would affect my ability

 8   to sit as a juror, and I have no biases and could be a

 9   partial (sic) juror, and I would be able to follow the law as

10   instructed by the Court.

11          And question 16, being unemployed, I'm out looking

12   for work every day, and an extended period or serving for an

13   extended period on this jury would greatly reduce -- would be

14   a hardship to me.  My wife travels frequently, and as I

15   stated, we have two young children that I'm responsible for

16   in her absence.  It's critical that she travel, and I feel

17   that if she couldn't travel it would jeopardize her job,

18   thus, we may both end up unemployed.

19          THE COURT:  All right.  Let me ask you a few

20   questions, sir.

21          What type of work did you do while you were

22   employed?

23          PROSPECTIVE JUROR:  I was a project manager.

24          THE COURT:  For what type of business?

25          PROSPECTIVE JUROR:  In IT.
```

```
 1              THE COURT:  All right.  And how long have you been
 2     unemployed?
 3              PROSPECTIVE JUROR:  I've been unemployed for about
 4     nine months.
 5              THE COURT:  All right.  And do you have any
 6     prospects that you're pursuing now, or is this just kind of a
 7     hope that you find something in the next month?
 8              PROSPECTIVE JUROR:  I have a few prospects, and out
 9     on a daily basis, looking for work.
10              THE COURT:  Now, you mentioned this situation with
11     your wife traveling, and you have two young children.  If
12     you're working and she's working, who's watching the
13     children?
14              PROSPECTIVE JUROR:  Then we would have full-time
15     aftercare.
16              THE COURT:  All right.
17              PROSPECTIVE JUROR:  But currently, you know, that
18     costs money, so I'm picking up that responsibility.
19              THE COURT:  So the children are not in aftercare,
20     and they could not be put in aftercare if you're on the
21     trial, if you're on the jury.
22              PROSPECTIVE JUROR:  I guess, yes, we could find
23     someone to sit the kids, but, again, that costs money.
24              THE COURT:  What was your lawsuit as a plaintiff
25     about?
```

```
 1                    PROSPECTIVE JUROR:  I was rear-ended by a drunk
 2    driver.
 3                    THE COURT:  And was that resolved to your
 4    satisfaction?
 5                    PROSPECTIVE JUROR:  Yes, it was.
 6                    THE COURT:  Anything about that case that might
 7    affect your ability to be fair in this case?
 8                    PROSPECTIVE JUROR:  No, Your Honor.
 9                    THE COURT:  Anything about your brother who's had
10    some drug and alcohol issues?  Anything about the way he's
11    been treated by the legal system that might prevent you from
12    being fair in this case?
13                    PROSPECTIVE JUROR:  No, I think he's been treated
14    more than fair.
15                    THE COURT:  Any resentment against law enforcement
16    because he's been arrested?
17                    PROSPECTIVE JUROR:  No, Your Honor.
18                    THE COURT:  And you mentioned you have a friend
19    who's in law enforcement in Broward.  Anything about your
20    friendship with that person that might, again, affect your
21    ability to be fair to both sides in this case?
22                    PROSPECTIVE JUROR:  No, Your Honor.
23                    THE COURT:  And if law enforcement officers testify
24    in this trial, would you be more likely to believe them
25    because of your relationship with this person than any other
```

```
 1   witness?

 2          PROSPECTIVE JUROR:  No, Your Honor.

 3          THE COURT:  So your own issue is your job

 4   situation, that's your concern?

 5          PROSPECTIVE JUROR:  Correct.  That would definitely

 6   create a hardship for me.

 7          THE COURT:  Thank you, sir.

 8          Is it Mr. Schichtel?

 9          PROSPECTIVE JUROR:  Yes.

10          THE COURT:  Good morning, sir.

11          PROSPECTIVE JUROR:  My name is Robert Schichtel.

12   I'm 53 years old.  I live in Delray Beach.  I am employed.  I

13   own a small business in Palm Springs.  I am married.  I have

14   a thirteen-year-old daughter in school.  I have an accounting

15   degree.  I have not sat on a jury before.  I was in a small

16   lawsuit involving a dispute for a real estate contract about

17   15 years ago.  Family members have not been arrested or

18   charged.  No close friends have been charged that I know of

19   or convicted of a crime.  I have a cousin who is a policeman

20   in Fort Pierce.

21          I have no disabilities.  I don't have any problems

22   with any personal views at this point.  I would be able to

23   follow any court renderings.

24          As far as 16, I do got an issue there.  I am a

25   strong Christian.  I believe in the Bible, and it does tell
```

```
 1   me not to judge.  So I could have some serious issues there,
 2   you know, convicting somebody or something like that.
 3            THE COURT:  So you feel you would not be able to --
 4            PROSPECTIVE JUROR:  Judge somebody.
 5            THE COURT:  All right.  Do you feel that listening
 6   to evidence and deciding whether someone has been proven
 7   guilty or not is judging them under your concept?
 8            PROSPECTIVE JUROR:  Yeah, if it's going to -- I
 9   believe it is, yes.  Because you're prejudging, and the final
10   judgment goes to the judge, of course.  But especially if
11   it's going to put somebody in jail or something very serious.
12            THE COURT:  So you don't think you could engage in
13   that kind of a decision-making process?
14            PROSPECTIVE JUROR:  Correct.
15            THE COURT:  All right.  Thank you, sir.
16            What kind of business do you own?
17            PROSPECTIVE JUROR:  I have a small business.  We
18   sell painting and pressure cleaning equipment.
19            THE COURT:  All right.
20            PROSPECTIVE JUROR:  And that would be difficult,
21   too, if I was gone for a month or two it would be kind of
22   devastating.
23            THE COURT:  We don't expect it to be two months.
24            PROSPECTIVE JUROR:  Okay.
25            THE COURT:  What kind of a lawsuit were you
```

1    involved in?

2            PROSPECTIVE JUROR:  It was a dispute with a

3    contract for sale for real estate for a few thousand dollars

4    about 15 years ago.

5            THE COURT:  Anything about that case that would

6    influence you in any way in this case?

7            PROSPECTIVE JUROR:  That would have nothing to do

8    with it, no.

9            THE COURT:  And you had a cousin who's in law

10   enforcement.  Would that affect your ability to be fair to

11   both sides?

12           PROSPECTIVE JUROR:  No.

13           THE COURT:  Would it cause you to more likely

14   believe testimony from law enforcement officers than other

15   witnesses?

16           PROSPECTIVE JUROR:  No.

17           THE COURT:  All right.  Thank you, sir.

18           Mr. Faisal, we're going to skip you for now.  Okay?

19   We're going to talk to Ms. Harris.  All right?

20           Ms. Harris, good morning.

21           PROSPECTIVE JUROR:  Good morning.  My name is Rae

22   Harris.  I'm 45 years old.  I reside in West Palm Beach.

23   I've been there three years.  I am employed.  I'm a

24   supervisor for case managers at Adopt a Family of Palm

25   Beaches, where we provide homeless services for people

1    throughout Palm Beach County.  I supervise six people there.

2    I am married.  My husband's a teacher for the last 20 years

3    at Palm Beach County School District.  I do have children.  I

4    have a 14-year life old daughter who's a freshman, and an

5    18-year-old son who's in college.  I have a background in

6    social work.  My degree -- my background is social work,

7    undergrad.

8          I never served on the jury.  No lawsuits.  I do

9    have a stepson who's serving time, I think in Daytona Beach

10   currently.  I'm not sure.  He violated his probation, and he

11   had some other series of charges I'm not sure of right now.

12   No family members, any crime at this time.  I do have a

13   brother-in-law who's a Baltimore police officer for the last

14   12 years.

15         No disabilities at this time.  I do have some bias,

16   but I didn't stand up before.  I do not believe in what her

17   occupation is as far as psychic reading and readings.  I

18   would have a problem standing before and try to be -- give

19   her a fair trial at this time.

20         I can follow the Court's understanding of the

21   rendering of the case.  As far as the time, the month-long

22   time, I do help my husband with my grandchildren, his

23   grandchildren, too, after school.  I do help with getting

24   them back and forth to basketball practice and also football

25   practice.  Also, my daughter plays volleyball at the high

```
 1    school.  She would be trying out.  It would be a hardship

 2    because I do help transport children back and forth.

 3              THE COURT:  What are your normal work hours?

 4              PROSPECTIVE JUROR:  I work between the hours about

 5    9:00 to 5:30, but sometimes I flex my time so I can leave

 6    early to get them back and forth, to help him get them back

 7    and forth to different practices.  My grandson at the time,

 8    he's my step-grandson, he plays football and my

 9    step-granddaughter is a cheerleader.  My daughter's trying

10    out for the volleyball team at the high school at Lakes, so I

11    do flex my time so I'm able to go back and forth and help him

12    out.

13              THE COURT:  Let me ask you a couple questions.

14              Your stepson who you said is doing time in Daytona,

15    what is he -- what has he been convicted of?

16              PROSPECTIVE JUROR:  He's been convicted of, I know

17    of armed robbery, also too he violated his probation.  He was

18    in and out of jail the last five years.

19              THE COURT:  Go ahead.

20              PROSPECTIVE JUROR:  He's appealing his case right

21    now, to the best of my knowledge.

22              THE COURT:  Do you have any feelings as to how he's

23    been treated by the legal system?

24              PROSPECTIVE JUROR:  He's been treated fairly.

25              THE COURT:  Any resentment against law enforcement
```

```
1     or prosecutors for having charged him with armed robbery?

2              PROSPECTIVE JUROR:  I have nothing against that.

3              THE COURT:  Would anything about your stepson

4     affect your ability to be fair in this case?

5              PROSPECTIVE JUROR:  No.

6              THE COURT:  You said you had a brother-in-law who's

7     a Baltimore police officer?

8              PROSPECTIVE JUROR:  Correct.

9              THE COURT:  Anything about what he does that might

10    cause you to lean one way or another in this case?

11             PROSPECTIVE JUROR:  No, sir.

12             THE COURT:  Would it cause you to more likely

13    believe testimony from law enforcement officers than other

14    witnesses?

15             PROSPECTIVE JUROR:  No, sir.

16             THE COURT:  Now, you mentioned, after having, I

17    guess, sat there and thought about the issues in this case,

18    you're having some concern about your ability to be fair?

19             PROSPECTIVE JUROR:  I'm a Christian, and I truly

20    believe in what God wants me to do in my life, and I have a

21    hard time believing in psychic reading at this time.

22             THE COURT:  Well, even if you personally don't

23    believe in it, maybe others do, and the question here is

24    whether or not, even if you don't believe in it, whether a

25    fraud was perpetrated and whether the Government can prove a
```

```
 1   fraud was perpetrated by Ms. Marks.

 2         PROSPECTIVE JUROR:  I think I still have a hard

 3   time trying to pass.  I would have a hard time giving her a

 4   fair trial at this time.

 5         THE COURT:  All right.  So you couldn't presume her

 6   innocent now?

 7         PROSPECTIVE JUROR:  No, sir.

 8         THE COURT:  Thank you, ma'am.

 9         Mr. Roth, good morning, sir.  Knowledge.

10         PROSPECTIVE JUROR:  Good morning.  My name is Zvi

11   Roth.  I'm 61 years old.  I live in Boca Raton for the last

12   30 years.  I'm employed as a professor of engineering at

13   Florida Atlantic University.  I'm married.  My wife is a

14   piano teacher, working at home.  I have three children.  My

15   older daughter is a computer scientist, my second daughter is

16   a physician, and my son, my younger son, is still a student

17   doing his Ph.d.  My educational background, I have a

18   bachelor's and master's degrees in electrical engineering and

19   a Ph.d. in systems engineering.

20         I sat on a jury before.  It was a DUI case.  Never

21   involved in any lawsuit.  No family members that have been

22   arrested or anything.  No families or close friends that were

23   victims of crime.  No relatives or friends in law

24   enforcement.  I don't have any disabilities sitting as a

25   juror.  I believe that I can be fair based on everything that
```

```
 1    we discussed.  So that's questions 14 and 15.
 2             Sixteen, I had a concern about the longevity of
 3    the -- expected longevity.  The semester started yesterday.
 4    I teach two big classes.  I'm also serving right now as an
 5    acting chairman of the department, and it's a big department.
 6    Everybody is replaceable.  I'm sure they can find some
 7    solutions.
 8             Another concern that I have, I'm Jewish.  I observe
 9    the Rosh Hashanah holy day.  So at the end of next week I do
10    observe the holiday.  That's it.
11             THE COURT:  Did you reach a verdict with the other
12    jurors in that DUI case?
13             PROSPECTIVE JUROR:  Yes, we did.
14             THE COURT:  Were you the foreperson of that jury?
15             PROSPECTIVE JUROR:  No, I was not.
16             THE COURT:  Anything about that case that might
17    affect you in any way in this case?
18             PROSPECTIVE JUROR:  No, not at all.
19             THE COURT:  All right.  Now, you mentioned that you
20    had some concerns about your teaching responsibilities and I
21    guess your administrative responsibilities as a department
22    chairman, but you also said everyone's replaceable.  So are
23    you telling me that if you are chosen to be a juror in this
24    case, that the Department will be able to make do without you
25    for the month?
```

```
 1              PROSPECTIVE JUROR:  They will have to.  They will

 2   have to find some kind of arrangement.  It's going to be

 3   very, very difficult.  And I didn't understand.  I guess I

 4   was about to ask if when you projected that the case can take

 5   a month, are we talking about a day after day after day kind

 6   of a procedure, or it can take a month sporadically with a

 7   day here and there?  Again, I don't understand.  If it's

 8   sporadic, I see no problem at all.  If it's a solid serving

 9   of month or two, it's going to be difficult for me, as I've

10   heard it's going to be difficult for everybody else.

11              THE COURT:  It's not going to be a month or two.

12   It may be a month, you know, towards the end of September.  I

13   can tell you that there will be some days, I think they're

14   going to be Mondays for the most part.  No?  I'm looking at

15   my courtroom deputy here.  She's going to tell me what my

16   schedule is for the next month and tell you what days we

17   might not be in session.

18              THE COURTROOM DEPUTY:  Monday the 16th.

19              THE COURT:  Sixteenth.

20              THE COURTROOM DEPUTY:  This Monday is Labor Day,

21   it's a holiday.  Right now on the 23rd I have half a day of

22   sentencings.

23              THE COURT:  So it's the 2nd, the 16th, and the 23rd

24   half a day.

25              THE COURTROOM DEPUTY:  Right, 23rd half a day.
```

```
 1              THE COURT:  All right.  Excluding the Jewish
 2    holiday situation, which, if we have members of the jury that
 3    are going to observe those holidays, I would expect that we
 4    would honor that obligation and we would not be in session
 5    for the Jewish holidays, if we have people who need to
 6    observe those holiday.  So let's put those aside.
 7              Next Monday is Labor Day, so that's a holiday.  I
 8    don't know if you have school on Labor Day or not.
 9              PROSPECTIVE JUROR:  No, no school.
10              THE COURT:  The 16th, we're not going to be in
11    session.  The 12th, I know half a day we would not be in
12    session on the afternoon of the 12th, and we would not be in
13    session half a day on the 23rd.  Is it the morning or the
14    afternoon?
15              THE COURTROOM DEPUTY:  The morning is open.
16              THE COURT:  So we would not be in session on the
17    afternoon on the 23rd, we would not be in session on the
18    afternoon on the 12th, we would not be in session at all on
19    the 16th, and we would not be in session if we need to allow
20    members of the Jewish faith to observe the holidays next
21    Thursday and Friday.  But other than that, we're hoping to be
22    able to go pretty much through in order to get the case over
23    with and not drag it out for everyone.
24              So with that schedule in mind, do you think that
25    your department would be able to manage without you for the
```

```
 1   next month?
 2          PROSPECTIVE JUROR:  They would have to find
 3   substitutes for me somehow.  My TAs maybe.  My teaching days
 4   are Mondays and Wednesdays.  That's where my two classes are
 5   on those days.  Other days my schedule is much more flexible
 6   in terms of meetings and other responsibilities.  There's a
 7   lot that can be done after workday.  I don't know if we
 8   finish here at 5:00 or 6:00.
 9          THE COURT:  Yes.
10          PROSPECTIVE JUROR:  Then a lot can be done in the
11   evening in terms of some of the responsibilities that I have
12   to do.  So that's honestly the situation.
13          THE COURT:  Well, thank you, sir.  We understand
14   the inconvenience to everyone, and we apologize, and we will
15   take your situation into account.  Thank you.
16          PROSPECTIVE JUROR:  Thank you.
17          THE COURT:  All right.  Mr. Hickman, we're going to
18   skip over you for now.  Okay?  And let's talk to Mr. Harman.
19          PROSPECTIVE JUROR:  My name is Kenneth Harman.  I'm
20   54 years old.  I live in Hypoluxo for the past nine years.  I
21   am employed.  I'm a government mortgage underwriter.  I'm not
22   married.  I have no children.  I have two years of college
23   and a technical degree.
24          I have sat on a jury.  It was for a State.  I have
25   been involved in a lawsuit.  I've also been a witness.  I
```

```
 1    sued my insurance company, and it was an HOA lawsuit against

 2    a resident that I was called for as a witness.  I have a

 3    nephew that was charged with murder.  He was found to be --

 4    that it was an accident, so he wasn't tried.  I've been a

 5    victim of a mugging.  I have no friends or family in law

 6    enforcement.

 7              I have no disabilities.  I don't have a problem

 8    sitting on this jury.  I could follow instructions of the

 9    Court.  I have two issues for 16.  I have a doctor's

10    appointment tomorrow.  I can reschedule that.  Next week I'm

11    closing on a house.  I can't do anything about that.

12              THE COURT:  And what day of the week is that?

13              PROSPECTIVE JUROR:  It's supposed to be the third.

14    Yesterday we found out there's not clear title.  They're

15    supposed to be clearing that up this week.

16              THE COURT:  So right now it's scheduled for

17    Tuesday?

18              PROSPECTIVE JUROR:  Yes.

19              THE COURT:  And what time?

20              PROSPECTIVE JUROR:  I don't have a time yet.

21              THE COURT:  All right, sir.  Let me ask you a few

22    questions.

23              You said you were on a jury.  What kind of a case

24    was it?

25              PROSPECTIVE JUROR:  It was a rape case.
```

```
 1              THE COURT:  And did you and the other jurors reach
 2    a verdict?
 3              PROSPECTIVE JUROR:  Yes, we did.
 4              THE COURT:  Were you the foreperson?
 5              PROSPECTIVE JUROR:  No, I was not.
 6              THE COURT:  Is there anything about that case that
 7    might influence you or affect your ability to be fair in this
 8    case?
 9              PROSPECTIVE JUROR:  No.
10              THE COURT:  The lawsuit against your insurance
11    company, was that resolved to your satisfaction?
12              PROSPECTIVE JUROR:  Yes.
13              THE COURT:  Anything about that case that might
14    influence you?
15              PROSPECTIVE JUROR:  No.
16              THE COURT:  Anything about your experience as a
17    witness which might affect you in any way?
18              PROSPECTIVE JUROR:  No, sir.
19              THE COURT:  The fact that your nephew was charged
20    with murder and I guess it was resolved in his favor at some
21    point, anything about that experience that might affect your
22    ability to be fair?
23              PROSPECTIVE JUROR:  No.
24              THE COURT:  Any resentment against law enforcement
25    or prosecutors because he was charged at one point with that
```

```
 1    crime?

 2              PROSPECTIVE JUROR:  No, sir.

 3              THE COURT:  Anything about the fact you were mugged

 4    that might affect you in any way in this case?

 5              PROSPECTIVE JUROR:  No, sir.

 6              THE COURT:  And have you read or heard anything

 7    about this case?

 8              PROSPECTIVE JUROR:  No, sir.

 9              THE COURT:  Okay.  How about you, Mr. Roth?  Did

10    you hear or read anything about this case?

11              PROSPECTIVE JUROR:  (Roth) No.

12              THE COURT:  Anybody in the first row read or heard

13    anything about this case?

14              All right.  Thank you, sir.

15              Mr. Gandolfo, good morning.

16              PROSPECTIVE JUROR:  My name is John Gandolfo.  I'm

17    55.  I live in Jupiter.  I'm self-employed.  I trade my own

18    account.  I worked on Wall Street for many years and moved to

19    Florida three years ago.  I'm married.  My wife stays at

20    home.  I have three children.  My oldest is 28.  She works in

21    New York City as a trader.  My son is 26.  He's with a

22    startup video game company, and my youngest daughter is 24

23    Saturday.  She is a horseback rider up in Ocala.  I have an

24    MBA in finance.

25              I've never been on a jury.  I've never been in a
```

1    lawsuit.  I have none of my -- no friends or family ever been

2    charged with a crime.  I have family members that, you know,

3    have been a victim of a crime.  It's not going to affect my

4    judgment.  I have close friends that are law enforcement.

5    That won't affect my judgment also.

6           I have no disabilities.  I haven't heard about this

7    case.  I can look -- my only concern was, Your Honor, is --

8    and I don't judge any profession, but when you just said tax

9    evasion or falsifying tax returns, I'm assuming, you know,

10   her profession is a cash business.  So to me, cash business

11   and falsifying tax returns are synonymous.  So that was my

12   first reaction.  Is it going to affect my judgment?  No.

13   That was just my first concern.

14          And that's it.  There is no reason why I should not

15   sit on this jury.

16          THE COURT:  All right, sir.  Let me ask you a

17   couple questions.

18          The crimes that you said you were a victim of,

19   could you tell us the nature of those?

20          PROSPECTIVE JUROR:  Relatives.  I had one cousin

21   that was murdered years ago in Boston.  I had a cousin that

22   was raped at Columbia University, and my dad was held up at

23   gunpoint in his office.

24          THE COURT:  Anything about the way those cases were

25   handled by law enforcement or prosecutors that might affect

```
 1    your ability to be fair?

 2              PROSPECTIVE JUROR:  None whatsoever.

 3              THE COURT:  All right.  You said you had some

 4    friends in law enforcement.  What agencies do they work for?

 5              PROSPECTIVE JUROR:  One's a state trooper up in New

 6    Jersey.  The other one's a police chief of a small town in

 7    New Jersey.

 8              THE COURT:  Anything about the fact that you know

 9    law enforcement officers that might cause you to more likely

10    believe testimony coming from a law enforcement officer?

11              PROSPECTIVE JUROR:  No.

12              THE COURT:  All right.  Now, let's talk about your

13    reaction to the allegation in this case that Ms. Marks filed

14    false tax returns.  There are two counts on that.  So you

15    drew a conclusion that, okay, the type of business she's

16    involved in, you assumed is a cash business.

17              PROSPECTIVE JUROR:  That was my first reaction.

18              THE COURT:  Okay.  And then you draw the

19    conclusion, well, if you're in a cash business it's more

20    likely that you can cheat on your taxes if you're in a cash

21    business.  That was your kind of thinking, correct?

22              PROSPECTIVE JUROR:  You know, being on Wall Street

23    where it's black and white and it's been nothing but

24    jealousy, and I'll say that in a loving manner, to most of my

25    friends that have restaurants or whatever because I don't
```

1  know anybody that's filed a legitimate tax return in a cash

2  business.

3          THE COURT:  Okay.  Well, my question to you is,

4  with that background and experience that you --

5          PROSPECTIVE JUROR:  That being said, absolutely.

6          THE COURT:  Okay.  My question to you is even

7  though you've come into it with that as being your life

8  experience, can you listen to -- be on this jury, listen to

9  the evidence that's presented and base your decision not on

10  what you think about others out in your life experience or

11  people you know, can you base your decision only on what's

12  presented in this case and not draw any conclusions other

13  than from what's the evidence and the law that -- you can do

14  that?

15          PROSPECTIVE JUROR:  Absolutely.

16          THE COURT:  So you're not going to prejudge the

17  case?

18          PROSPECTIVE JUROR:  Not at all.

19          THE COURT:  You'll presume her innocent, yes?

20          PROSPECTIVE JUROR:  Absolutely.

21          THE COURT:  You'll put the burden of proof on the

22  United States, yes?

23          PROSPECTIVE JUROR:  Uh-huh, yes.

24          THE COURT:  And despite your, you know, I guess

25  your gut reaction to hearing it, you'll decide the case on

```
 1    the evidence and only on the evidence?

 2              PROSPECTIVE JUROR:  Yes, sir.

 3              THE COURT:  Okay.  Thank you.

 4              Thank you, sir.

 5              Ms. McCarthy, good morning.

 6              PROSPECTIVE JUROR:  My name's Kimberly McCarthy.

 7    I'm 24.  I live in Wellington for about 12 years.  I work at

 8    a doctor's office and Palms West Hospital.  I'm not married.

 9    I don't have any children.  I just finished my AA and I'm

10    continuing for my nursing.

11              And I've never sat on a jury before.  Nothing with

12    lawsuits.  Nobody in my family's been arrested that I know

13    of.  My parents were a victim of check fraud.  My father

14    is -- serves warrants for an elite task squad on FBI.  My

15    grandfather was captain of homicide in Miami.  My uncle is

16    crime scene in Miami.  I have uncles all over Miami, and my

17    brother starts the academy next week.

18              And I'm working 60-hour weeks so that I can start

19    nursing school, and I'm studying to take my pre-entrance

20    exams next month so that I can start school in January.  So

21    I'm just trying to save up.

22              THE COURT:  All right.  Can you follow the law as

23    instructed?

24              PROSPECTIVE JUROR:  Yes.

25              THE COURT:  Do you have any issues in terms of
```

```
 1    being fair in this case?

 2              PROSPECTIVE JUROR:  I do.

 3              THE COURT:  You do?  What are those?

 4              PROSPECTIVE JUROR:  My father risks his life every

 5    day to put people in jail, and I've seen where they let them

 6    go, and a few months later they're right back there, and he's

 7    risking his life, and I just don't think that's right.

 8              THE COURT:  All right, ma'am.  But we're talking

 9    about this case here, where we do not know whether Ms. Marks

10    is guilty of anything yet because there's been no evidence

11    presented.  So are you --

12              PROSPECTIVE JUROR:  I'm not willing to take that

13    risk and say that she's innocent and let her go and then my

14    dad and his friends have to go after her again for more

15    alleged crimes.

16              THE COURT:  So it sounds like even though you told

17    us earlier you could presume her innocent, it doesn't sound

18    like you're presuming her innocent at this point.

19              PROSPECTIVE JUROR:  I guess not, no.

20              THE COURT:  Didn't you say earlier when I asked

21    everyone if you could presume Ms. Marks innocent, I don't

22    remember you saying you could not.

23              PROSPECTIVE JUROR:  I presume her innocent, but I

24    don't know if I would be able to -- I don't know.

25              THE COURT:  So can you be -- be a fair juror in
```

```
 1    this case, or have you already decided that she's guilty?

 2              PROSPECTIVE JUROR:  I haven't decided that she's

 3    guilty, but I don't think I could give her a fair -- I don't

 4    know that I would be able to.

 5              THE COURT:  You don't think you could be a fair

 6    juror?

 7              PROSPECTIVE JUROR:  I don't.

 8              THE COURT:  All right.  Thank you, ma'am.

 9              All right.  Why don't we do Ms. Avery and then

10    we'll take a break.  All right?  Ms. Avery, good morning,

11    ma'am.

12              PROSPECTIVE JUROR:  Okay.  My name's Shirley Avery.

13    I'm 62 years old.  I live in West Palm Beach all my life.  I

14    am employed at Gold Coast Federal Credit Union.  I'm married.

15    My husband works for Palm Beach County.  He's traffic

16    superintendent.  I have two grown children.  One works at

17    BJ's and the other is in construction.  I have a high school

18    diploma.

19              I've never sat on a jury.  I've never had a lawsuit

20    or been sued.  My grandson recently was arrested.  That has

21    not gone to court yet.  We've never been a victim of a crime

22    or friends.  My husband has friends in law enforcement.

23    I'm -- I only know them through him.  There's no close

24    acquaintance for me.

25              I have no disabilities.  I would be able to be
```

```
 1    impartial and follow instructions.  Because you said that we
 2    wouldn't be continually here, it would still be a burden to
 3    be here that length of time, but due to my work, but I could
 4    probably work around it.
 5            THE COURT:  All right.  And it would be a burden in
 6    what sense, ma'am?
 7            PROSPECTIVE JUROR:  Because I'm a supervisor.  I'm
 8    over three different departments.
 9            THE COURT:  Okay.
10            PROSPECTIVE JUROR:  And to be gone that length of
11    time, plus we're going to be having our national audit,
12    financial audit, and that's an audit that actually grades the
13    institution.  So it's a very important audit of -- any other
14    time of the year it wouldn't be a problem.  It just always
15    falls in this -- you know, it falls in this month.
16            THE COURT:  But it wouldn't be a personal financial
17    hardship to you?
18            PROSPECTIVE JUROR:  No.
19            THE COURT:  Okay.  All right.  And your grandson
20    was arrested for what, if you know?
21            PROSPECTIVE JUROR:  Theft.
22            THE COURT:  And do you have any feelings about how
23    he's been treated thus far?
24            PROSPECTIVE JUROR:  I have no feelings.  He's just
25    been arrested, and we haven't gone through any legal
```

```
 1    processes yet.
 2              THE COURT:  Anything about the fact that he's been
 3    arrested that causes you any concern about your ability to be
 4    fair to both sides in this case?
 5              PROSPECTIVE JUROR:  No.
 6              THE COURT:  Okay.  And you said your husband has
 7    some law enforcement friends.  Anything about those
 8    relationships that he has that might cause you to lean one
 9    way or another in this case?
10              PROSPECTIVE JUROR:  No.
11              THE COURT:  Or cause you to more likely believe
12    testimony from a law enforcement officer than another
13    witness?
14              PROSPECTIVE JUROR:  No.
15              THE COURT:  All right.  Thank you, ma'am.
16              All right.  Ladies and gentlemen, why don't we take
17    a recess, since we've been going for quite a while.  Please
18    follow these instructions during the recess.  One, do not
19    discuss this case with anyone.  Don't discuss it among
20    yourself or with anyone else.  Don't form any opinions about
21    the case.  Do not go on your cellphones or iPads or whatever
22    you might have and start investigating anything about this
23    case that might have been reported in the press.  Don't do
24    any independent investigation about any of the people you've
25    heard mentioned or any of the issues in this case.
```

```
 1              Please, anything that's decided on this case needs

 2      to be based on what happens in the courtroom and not based

 3      upon any outside information that you might derive.

 4              If you happen to see the attorneys or Ms. Marks or

 5      anybody involved with the case anywhere, please understand

 6      that they're not to have any contact with you.  So if they

 7      don't speak to you, if they walk the other way when they see

 8      you, if they seem like they're being rude, they're not.

 9      They're obligated to avoid any contact.  So please don't take

10      offense if they don't -- aren't friendly or courteous to you

11      because they're obligated to avoid having any contact.

12              So if you could be back outside in 15 minutes, and

13      we'll continue with this process and try and resolve it, you

14      know, before lunch.  Thank you very much for your

15      cooperation.  We'll see you in about 15 minutes.

16         (The venire exits the courtroom, after which the

17      following proceedings were had:)

18              MR. STEFIN:  Judge, also, because there are family

19      members that are obviously here and have a right to be here,

20      I would ask that they be instructed that they should not

21      intermingle among the jurors or prospective jurors.

22              THE COURT:  I would expect Mr. Schwartz has told

23      them to do that.

24              MR. SCHWARTZ:  We have.  We've told them to stay

25      away from the jurors, Judge.
```

```
 1                    THE COURT:  Okay.  All of you family members need
 2        to stay away from the jurors or prospective jurors.  All
 3        right?
 4                    MR. STEFIN:  I mean, they're using the restrooms
 5        together and so forth.  And I understand there are problems,
 6        but there are other floors that perhaps they can use.
 7                    THE COURT:  All right.  Did you want to say
 8        anything?
 9                    MR. SCHWARTZ:  Judge, we're -- my calculations,
10        after the ones that will likely be excluded for cause, we'll
11        have about 28 people left with yesterday and today.
12                    THE COURT:  I think we may be hopefully a little
13        bit more than that.
14                    MR. SCHWARTZ:  The -- I assume you're going to
15        want -- you're going to want either two or three alternates,
16        which means we need 15, and there are 17 strikes.  Mr. Stefin
17        suggests, and I don't object to, after you question the last
18        five jurors that you're going to question, excluding the ones
19        we've talked about for cause, maybe we can exercise our
20        strikes and see where we are.  We may not have to call in
21        more.  Maybe we will.
22                    THE COURT:  If you both agree to do that, that's
23        fine.  I mean, I think we're going to be close.  I don't know
24        what the last five are going to say, and we may have to make
25        some accommodations for people, but we'll be close to the
```

1    number we need to have.  By my calculations we're going to

2    need probably 33 or 34 total.  I think right now I see --

3    I've got about 31.

4              MR. SCHWARTZ:  That's why I said we may be

5    successful.

6              THE COURT:  So we might be able to get the jury out

7    of this group, again, with making some accommodations for

8    people's personal issues.

9              MR. SCHWARTZ:  Right.

10             THE COURT:  Okay.  So we'll see you in a few

11   minutes and see where we are.

12             MR. SCHWARTZ:  Thank you, Your Honor.

13             THE COURT:  All right.  Thank you.

14      (A recess was taken from 10:56 a.m. to 11:10 a.m., after

15   which the following proceedings were had:)

16             THE COURT:  Please be seated, everyone.  We're back

17   on the record.  Ms. Marks is present with counsel.  We ready

18   to bring the jury in?

19             MR. SCHWARTZ:  Yes, sir.

20             THE COURT:  Bring the jurors in, please.

21      (The venire enters the courtroom, after which the

22   following proceedings were had:)

23             THE COURT:  Welcome back, everyone.  Please be

24   seated, ladies and gentlemen.

25             Thank you again, ladies and gentlemen, for your

```
 1    cooperation and your patience.  We're trying to get through

 2    the rest of this as quickly as we can.

 3              If we could speak to Ms. Cooper.  Good morning,

 4    ma'am.  Why don't you get that microphone, please.

 5              PROSPECTIVE JUROR:  Thank you.

 6              Okay.  My name is Elaine Cooper.  I'm 54.  I have

 7    been living in Boca Raton for 10 years.  I'm unemployed at

 8    the present moment.  I'm not married.  I do not have

 9    children.  I have an MA in education.

10              I've never been called -- I've been called for jury

11    duty but never was on the jury.  I have not been involved in

12    a lawsuit.  Nobody in my family has been arrested, not that I

13    know of.  Yes, my mother was robbed a long, long time ago in

14    New York.  Her bag was stolen off her arm.  I have family

15    members who are lawyers.  I have my cousin's ex-husband was a

16    police officer for the Miami-Dade police department.

17              My disability, I have a very bad back.  It's a

18    touch and go thing.  For the most part I am okay.  I'm

19    willing to sit on the jury.  My back could go out at any

20    time, you know.  I can't sit for long -- what I'm basically

21    saying is I can't sit for extenuating periods of time.  I

22    have to get up, stretch, and then sit down again.

23              Listening so far to what people have said, I feel I

24    could keep an open mind about this person, but in the same

25    token, I do not like her profession.  I do not believe in
```

```
 1   what she does, but I can say I will try to keep an open mind
 2   about it.  I feel I can follow the law and the laws that you
 3   give us.
 4            You basically answered my question, Judge, as far
 5   as my holidays.  I follow them.  So Rosh Hashanah and Yom
 6   Kippur, if want am on the case, Yom Kippur definitely I
 7   cannot be here.  Rosh Hashanah, also.
 8            For the most part I could sit on the jury.  I don't
 9   think I would have a problem, but length of time, I'm trying
10   to get employed again.  I've been out of work.  I do temp,
11   but I really would like to start seeking a full-time job or a
12   part-time job.  So the longer I'm on a case, it kinda hinders
13   that ability.  But I would say I would be able to try to be
14   on the jury if picked.
15            THE COURT:  All right.  Ma'am, what type of work
16   have you done in the past?
17            PROSPECTIVE JUROR:  I was a teacher in New York.
18   When I came down here I took some time off.  I do temp work,
19   if I get it.
20            THE COURT:  So you're not necessarily in teaching.
21            PROSPECTIVE JUROR:  No, no, no, whatever I can get
22   my hands on.
23            THE COURT:  All right.  And your back, if we
24   accommodate you and take breaks in order to allow you to
25   stretch when needed, would that take care of your situation?
```

```
 1                    PROSPECTIVE JUROR:  Yes, that would definitely take

 2        care of my situation.

 3                    THE COURT:  And the seats in the jury box are a

 4        little cushioned and a little more comfortable.

 5                    PROSPECTIVE JUROR:  That would be fine.

 6                    THE COURT:  Now, let me ask you about your most

 7        recent comment about Mrs. Marks' profession.  You said you

 8        don't believe in the profession she's in.  But even if you

 9        personally don't believe in it or wouldn't use her type of

10        services, would you be able to, despite your lack of belief

11        in it for your own purposes, understand that possibly others

12        might believe in it and want to use her services, and then

13        it's up to the Government to prove that she did something

14        illegal in connection with her services, even if you don't

15        agree with those services.

16                    PROSPECTIVE JUROR:  Yes, I would be able to do

17        that.  I would be able to keep an open mind, yes.

18                    THE COURT:  So you're not going to prejudge her at

19        this point?

20                    PROSPECTIVE JUROR:  No, I'm not going to prejudge

21        her.

22                    THE COURT:  You can give her the presumption of

23        innocence, yes?

24                    PROSPECTIVE JUROR:  Yes.

25                    THE COURT:  You require the Government to prove
```

```
1    she's guilty with evidence beyond a reasonable doubt?

2              PROSPECTIVE JUROR:  Yes.

3              THE COURT:  You don't expect her to prove her

4    innocence?

5              PROSPECTIVE JUROR:  No, I don't expect her.

6              THE COURT:  And you'll listen to the evidence and

7    decide based on the evidence and not based upon your own view

8    that you don't agree with fortune telling?

9              PROSPECTIVE JUROR:  Correct.  I'll listen to, you

10   know . . .

11             THE COURT:  And you can assure Ms. Marks that

12   you'll require --

13             PROSPECTIVE JUROR:  To the best of my ability, yes.

14             THE COURT:  Thank you very much, ma'am.

15             Mr. Walden, good morning, sir.

16             PROSPECTIVE JUROR:  Good morning, Your Honor.  My

17   name's Steven Walden.  I'm 24 years old.  I live in Royal

18   Palm Beach, Florida, and I'm a part-time electrician.  I'm

19   not married.  I don't have any children.  I'm currently

20   enrolled at Palm Beach State University.

21             I've never sat on a jury before, and I've not been

22   involved in a lawsuit.  None of my family members have been

23   charged with a crime.  I do have a family member that was a

24   victim of a crime.  My sister was abused physically and

25   mentally by her husband.  I do have -- I mean, I wouldn't
```

```
 1    really call it a close friend, but I do know people in law

 2    enforcement.  My sister's ex-husband was an officer for PBSO.

 3              And I don't have any disabilities that would affect

 4    me.  I don't have any personal views or opinions that would

 5    affect this case.  I would be able to follow the law

 6    instructed by the Court in rendering the verdict in the case,

 7    and there are a few reasons why I wouldn't be able to serve.

 8              As I said, I'm a full-time student.  I go to school

 9    from Monday through Thursday at Palm Beach State, and I would

10    have to withdraw from all my classes because of the length of

11    this jury duty session.  And also, because of what happened

12    with my sister, her husband was a law enforcement officer,

13    and I feel like I have bias towards law enforcement and I

14    might side with the Defendant just because of that.

15              THE COURT:  You mean you have bias against law

16    enforcement?

17              PROSPECTIVE JUROR:  Yes.  Yes, sir.

18              THE COURT:  You're prejudiced against law

19    enforcement.

20              PROSPECTIVE JUROR:  Yes, Your Honor.

21              THE COURT:  Because of your sister's husband who

22    was in law enforcement?

23              PROSPECTIVE JUROR:  Yes, sir.

24              THE COURT:  And what he did to her?

25              PROSPECTIVE JUROR:  Yes, sir.
```

```
 1              THE COURT:  So you think you could -- you would
 2    lean in favor of the defense before hearing any of the
 3    evidence?
 4              PROSPECTIVE JUROR:  Most likely, yes, sir.
 5              THE COURT:  Okay.  All right, sir.  Thank you.
 6              PROSPECTIVE JUROR:  Thank you.
 7              THE COURT:  I'm going to jump over to Mr. Brown.
 8    Where's Mr. Brown?  Let's talk to Mr. Brown.
 9              Good morning, Mr. Brown.  How are you?
10              PROSPECTIVE JUROR:  Fine, thank you.
11              My name is Thomas Brown.  I am 46 years old.  I
12    live in Palm Beach Gardens.  I am self-employed as a
13    filmmaker.  I'm not currently married, though I'm in a
14    relationship with someone living with for the last five
15    years.  She is employed as the vice president of recruiting
16    for a company in California.  I have three children; she has
17    two.  I went to college for film.
18              I have never sat on a jury before.  I've never been
19    involved in a lawsuit.  Don't know anybody who's been charged
20    with any crime.  I have personally been the victim of a few
21    attacks.  I don't have any relatives or close friends in law
22    enforcement.
23              I have no disabilities.  I don't have any problem
24    with personal views, opinions or attitudes.  I'd be able to
25    follow the law as instructed, and there are a few reasons
```

```
 1    that I have trouble with number 16.  I have a film right now

 2    that is being -- is going through a process of film festivals

 3    right now that I've been accepted into that will have me

 4    traveling quite a bit over the next -- starting next week for

 5    the next six months, so . . .

 6              THE COURT:  Where are you scheduled to travel?

 7              PROSPECTIVE JUROR:  To California, Toronto, New

 8    York.

 9              THE COURT:  Is that in the next month?

10              PROSPECTIVE JUROR:  No, in the next month, just New

11    York and New Jersey.

12              THE COURT:  And when are those trips planned?

13              PROSPECTIVE JUROR:  One is the second week in

14    September, and the following, I can't remember the exact

15    dates, and the following one is the 26th, '7th, and '8th of

16    September.

17              THE COURT:  And the one that's closer in time, how

18    long are you scheduled to be out of town?

19              PROSPECTIVE JUROR:  From a Thursday night through

20    Sunday evening.

21              THE COURT:  Okay.  And what days are that exactly?

22              PROSPECTIVE JUROR:  I would have to -- if I can

23    look?

24              THE COURT:  Sure.

25              Is it next Thursday and Friday?
```

 1                    PROSPECTIVE JUROR:  Your Honor, I believe it's the

 2      following week.  Let me just be certain of that.  Right.

 3      It's the following.  I would leave the 12th, 13th, 14th, come

 4      back 15th.

 5                    THE COURT:  And on the 12th when are you scheduled

 6      to leave?

 7                    PROSPECTIVE JUROR:  In the evening.  I have, I

 8      think a 6:00 o'clock flight.

 9                    THE COURT:  So you would not -- you would be here,

10      if need be, on the 12th in the morning?

11                    PROSPECTIVE JUROR:  Sure, if I could -- as long as

12      I can . . .

13                    THE COURT:  And then you would not be here the

14      13th, but you would be back for the Monday after?

15                    PROSPECTIVE JUROR:  That's correct.

16                    THE COURT:  And then, when did you leave the next

17      time, at the end of the month?

18                    PROSPECTIVE JUROR:  It's at the end of the month.

19      I do leave the morning of the 26th.  That's a Thursday.

20                    THE COURT:  And how long --

21                    PROSPECTIVE JUROR:  Do not return until Monday

22      morning, the 30th.

23                    THE COURT:  Okay.  All right.  So on the assumption

24      that if we were to accommodate those travel plans of yours,

25      you would be otherwise able to participate in this case?

```
 1                    PROSPECTIVE JUROR:  Yes, sir.

 2                    THE COURT:  Okay.  You mentioned that you were a

 3     victim of some attacks, personal physical attacks on you?

 4                    PROSPECTIVE JUROR:  That's correct.

 5                    THE COURT:  All right.  And anything about those

 6     instances or the way they were handled by law enforcement

 7     that might cause you to be biased one way or another?

 8                    PROSPECTIVE JUROR:  No, sir.

 9                    THE COURT:  Have you read anything about this

10     particular case?

11                    PROSPECTIVE JUROR:  No, sir.

12                    THE COURT:  All right.  And you mentioned you had

13     three children of your own and then your --

14                    PROSPECTIVE JUROR:  My partner, yeah.

15                    THE COURT:  Has two.

16                    Are they adult, any of them?

17                    PROSPECTIVE JUROR:  No, 16, 15 --

18                    THE COURT:  That's all right.  As long as they're

19     not adults, I don't need to know any more than that.

20                    All right.  Thank you, sir.

21                    PROSPECTIVE JUROR:  Okay.  Thank you.

22                    THE COURT:  Appreciate your time.

23                    And if we can go to Mr. Williams back there,

24     behind, in the next row.

25                    Good morning, Mr. Williams.
```

```
 1                    PROSPECTIVE JUROR:  Good morning, Your Honor.

 2              Joel Williams.  I'm 51 years old.  I reside in

 3    Boynton Beach 22 years.  I am employed.  I work for the

 4    United States Postal Service.  I am married, and my spouse

 5    also works for the United States Postal Service.  I have

 6    three children, 15, 12, five.  A year of junior college.

 7                    Never have sat on a jury.  I have not been involved

 8    in a lawsuit.  I have no family members that have been

 9    arrested.  My wife was a victim of a identity theft a few

10    years ago.  My brother's home has been robbed, and my

11    father-in-law was a officer in Raleigh.  I have a school

12    buddy who is a Broward County sheriff.

13                    I have no disabilities, and I think I'm sure I can

14    be impartial, I can follow instructions by the Court, and I

15    have no problem with 16.

16                    THE COURT:  All right, sir.  Anything about your

17    wife's being a victim of identity theft that might in any way

18    impact you in this case?

19                    PROSPECTIVE JUROR:  No, sir, I'd do my very best.

20                    THE COURT:  And your brother having had his home

21    burglarized, would that affect you in any way in this case?

22                    PROSPECTIVE JUROR:  No, Your Honor.

23                    THE COURT:  And the fact that you know some law

24    enforcement officers, would that cause you to lean one way or

25    another?
```

```
 1                    PROSPECTIVE JUROR:  No, Your Honor.

 2                    THE COURT:  And would it cause you to more likely

 3       believe testimony coming from law enforcement officers than

 4       other witnesses?

 5                    PROSPECTIVE JUROR:  No, sir.  No, Your Honor.

 6                    THE COURT:  And have you read or heard anything

 7       about this particular case?

 8                    PROSPECTIVE JUROR:  No, Your Honor.

 9                    THE COURT:  All right.  Thank you, sir.

10                    All right.  Ladies and gentlemen, what I'd like to

11       do now is have the attorneys follow up with any additional

12       questions that they may have of you, and then we'll take a

13       recess after that.

14                    Oh, I'm sorry.  Let me -- I'm sorry.  I need to go

15       over a couple of things.

16                    For those of you who I have not asked this question

17       specifically to, is there anyone here who would give more

18       believability or credibility to testimony from a law

19       enforcement officer than another witness just because the

20       person's in law enforcement on the same subject matter?

21       Anyone that I haven't already asked that to?  All right.

22       That was Mr. Bouras?

23                    PROSPECTIVE JUROR:  Correct.

24                    THE COURT:  You would?

25                    PROSPECTIVE JUROR:  Correct.
```

```
 1              THE COURT:  Okay.  And you would believe a law
 2   enforcement officer more readily than someone else just
 3   because that person's in law enforcement?
 4              PROSPECTIVE JUROR:  Yes, being more credible.
 5              THE COURT:  Thank you, sir.  Anyone else?
 6              Ms. McCarthy, you also because of your family
 7   members who are all in law enforcement, your father,
 8   et cetera?
 9              PROSPECTIVE JUROR:  Yes.
10              THE COURT:  Thank you, ma'am.
11              Anyone else I haven't already asked that question
12   to?
13              The first row on my left, have any of you ever used
14   the services of a fortune teller or a psychic or someone,
15   clairvoyant or someone in that field?  Have any of you ever
16   used those services in the first row?
17              How about the second row?  All right.  Is it
18   Mr. Harman?
19              PROSPECTIVE JUROR:  Yes.
20              THE COURT:  Could you tell us about that?
21              PROSPECTIVE JUROR:  I went to someone to have tarot
22   cards read.
23              THE COURT:  And did you have any negative
24   experience with that person?
25              PROSPECTIVE JUROR:  No, it was just sort of a
```

 1    humorous thing for me.

 2              THE COURT:  And the fact that you went to this

 3    person and used that person's services, would that, again,

 4    cause you to be biased or prejudiced one way or another in

 5    this case?

 6              PROSPECTIVE JUROR:  No, sir.

 7              THE COURT:  Anyone else in that row?  Other side of

 8    the room.  Anyone on the first row, my right, your left,

 9    that's ever used the services of a fortune teller, psychic,

10    someone in that field?  How about the second row?

11              Now, I'm going to read some names of individuals

12    who might possibly be witnesses in this case.  It's a

13    relatively long list, which is why we are going to possibly

14    be here for a month.  So if you recognize any of the names,

15    please raise your hand so we can find out what you may know

16    about this person.

17              Andrea Walker, Susan Abraham, Jennifer Hill, Beth

18    Lodderhouse, Tony Delpozzo, Sylvia Roma, Paul Hughes, Deanna

19    Wolfe, Jacob Soendergaard, Nan Adae, A-d-e-a, Janice

20    Florentene (sic) or Florentine (sic), Gary Tschetter, Jude

21    Montassir, Debbie Von Beulen, Atsuko Ueda, U-e-d-a, Mary

22    Guardia, Michael Gordon, Lawrence Epstein, Tracy Almeida

23    White, John Marzuez, John Van Vorst, Susan Utstein, Joanne

24    Lavitt, Beth Watts, Russell Cormican, Norman Kent, Bobby

25    Engleke, Malcolm Guidry, Jane Quinn, Liz Schwartz, April

```
 1   Reddish, Kelly Cook, Stephanie Kirby, Beth Watts, Darren

 2   Ogden, Charles Stack, Claude White, Chris Ghandour, Adrian

 3   Raley, R-a-l-e-y, Sammy Marks, Roseanne Stanley, Nicole

 4   Debartola, Elaine Richard, John Cleary, Candice Choromokos,

 5   Terrell Lowry, Monique Rebando, Melinda Parrago, Lorie

 6   Beekley.

 7              Anyone familiar with any of those names?

 8              All right.  Ladies and gentlemen, I'm going to have

 9   the attorneys speak to you for a few minutes.

10              Mr. Stefin.

11              MR. STEFIN:  Thank you, Your Honor.

12              Good morning once again.  My name is Roger Stefin,

13   and I'm an Assistant United States Attorney.

14              We've covered a lot of ground so far this morning,

15   so I only have just a very few additional questions to ask of

16   you.

17              Let me just start by asking, and you have the

18   microphone there.  Ms. Webb, with respect to your medical

19   condition, does it get exacerbated in stressful situations?

20              PROSPECTIVE JUROR:  Stress is a trigger.

21              MR. STEFIN:  Do you think that sitting in on a jury

22   and listening to a case would be the type of stress that

23   might cause you a problem?

24              PROSPECTIVE JUROR:  I don't think so.  I was on a

25   jury prior, last year.  It was only four days.  You just --
```

1    it's the type of thing you just don't know.  So I can't give

2    you -- if you're looking for an answer what precipitates it,

3    it's hard to tell you.  Just don't know.

4            MR. STEFIN:  And I know the judge tried to ask you

5    or get from you, you can't really -- you said you really

6    can't predict when it comes and goes, but, for example, you

7    know, when's the last time you had a -- you know, an

8    exacerbation?

9            PROSPECTIVE JUROR:  About a month and a half ago I

10   was running a fever for five days.  That's what happens.  The

11   inflammation will build up and I'll run fevers, low grade

12   fevers, and it feels like you have the flu.  Other times --

13           MR. STEFIN:  Can you function when you're in that

14   condition?  Would you be able to come to court?

15           PROSPECTIVE JUROR:  You really don't want to

16   function.  You just want to -- like if you had the flu, you

17   wouldn't want to be out in it.

18           MR. STEFIN:  Of course.

19           PROSPECTIVE JUROR:  Other times it's just severe

20   body aches and joint aches, which I have medicine, but I have

21   to be careful because it tears up your stomach.

22           It's not the type of thing that there's like a lot

23   of answers for.  I wish I knew.

24           MR. STEFIN:  It's a difficult situation, but do you

25   feel that you could serve, or do you really have grave doubts

```
 1    about it?

 2            PROSPECTIVE JUROR:  It's the length of time.  If it

 3    was --

 4            MR. STEFIN:  Please hold the mike.

 5            PROSPECTIVE JUROR:  It's actually the length of

 6    time.  If it was a week I'd say, well, okay, I could probably

 7    do this.  For a month or longer, I don't know.

 8            MR. STEFIN:  Fair enough.  Thank you very much.

 9    Thank you.

10            Let me just pick on Mr. Roth for just one second.

11            And I think you've covered it, but being away from

12    your classes for a month, do you feel that you would be able

13    to -- you are going to be able to get coverage for your

14    classes and it's not going to disrupt the university or your

15    students' education?

16            PROSPECTIVE JUROR:  Let me tell you more about the

17    two classes.  One class is a freshman level engineering,

18    introduction to engineering class.

19            MR. STEFIN:  Okay.

20            PROSPECTIVE JUROR:  I have 80 students in that

21    class.  It involves lot of hands-on activities, some

22    outdoors, some in labs.  It's very, very individual.  There

23    are four big classes that run like that.  Other three are --

24    other three are taught by other professors.  Each one uses

25    his own curriculum, and so mine is kind of really unique.  I
```

```
 1    have two TAs assigned to the course.  Some activities I
 2    believe can -- I can probably ask colleagues if they are
 3    available.  I need to check if they can come and substitute
 4    for me on those lectures.
 5            The other class is easier.  The other class is a
 6    senior level electronics class.  And what makes it easier to
 7    handle is that I already have a full set of videos that I
 8    created a few years ago.  So that class was taught several
 9    times as an online class using those videos.  The intention
10    this semester was, of course, to lecture again, and I had a
11    lecture yesterday, but in case of need or when I'm not
12    around, I can send them to watch specific videos.  So that
13    class I am confident that it can be done.
14            The freshman level class I have severe concerns,
15    and it's so unfair for the students.  All of them, I asked
16    them yesterday, it was the very first course early in the
17    morning.  So I feel like I'm betraying them if I'm not there
18    for the whole month.  I don't know.
19            MR. STEFIN:  And that's twice a week you said, the
20    freshman class?
21            PROSPECTIVE JUROR:  The freshman level class there
22    are lectures on Monday and Wednesday early in the morning,
23    9:00 to 9:50, and then there is a hands-on, two hours
24    hands-on activity that goes three times a week.  They are
25    broken into smaller groups.  Two are covered by a TA and one
```

```
 1    I'm supposed to cover.  But, again, we can probably find a
 2    TA, and he will run those hands-on activities.
 3              MR. STEFIN:  And this is at FAU, is that in the
 4    Boca campus?
 5              PROSPECTIVE JUROR:  It's the main campus in Boca
 6    Raton, yeah.
 7              MR. STEFIN:  All right.  Thank you, sir.
 8              Mr. Gandolfo, you mentioned cash businesses, and
 9    you said that people you know or people that are in cash
10    businesses frequently, you know, cheat on their taxes,
11    something to that effect.  Is that sort of what you -- am I
12    actually reflecting what you said?
13              PROSPECTIVE JUROR:  Absolutely.
14              MR. STEFIN:  Can I get a list of the names of those
15    people?
16              (Laughter.)
17              PROSPECTIVE JUROR:  I think they already did that
18    with the administration for the . . .
19              MR. STEFIN:  Look, some people cheat on their
20    taxes, and especially if people have an opportunity to do
21    that.  But given that and given the fact that there are
22    people that you may know are in the cash businesses, would
23    that make you either more likely or less likely to convict
24    somebody of tax fraud if the Government were to prove that
25    somebody filed a false tax return?
```

```
 1              PROSPECTIVE JUROR:  No, it's your burden of proof
 2    to prove that she's guilty.  I get that.  I'm saying my first
 3    reaction when I heard that was, cash business, false tax
 4    returns, synonymous.  I mean, that was my first reaction.
 5              MR. STEFIN:  But I guess what I'm saying is -- and
 6    it's open to everybody, as well.  The fact that -- I don't
 7    want to say lots of people.  Lots of people are extremely
 8    honest with their tax returns, and there are some people and
 9    they, you know, cheat a little bit if they can do it.  But
10    does that -- if the Government is able to prove beyond a
11    reasonable doubt that this defendant did, in fact, file false
12    tax returns knowingly, the fact that some people get away
13    with this crime, or maybe frequently get away with it, would
14    that affect your ability or anybody else's ability to return
15    a verdict of guilty if we can prove it?
16              PROSPECTIVE JUROR:  Absolutely not.
17              MR. STEFIN:  Since I kind of opened it up to
18    everybody, is there anyone that feels any differently than
19    that?  I don't see any hands.  Thank you.
20              Mr. Brown, just curious to know what kind of films
21    you made.
22              PROSPECTIVE JUROR:  The majority of my film-making
23    resolves around social awareness campaigns for groups of
24    people who otherwise don't have a voice.
25              Having said that, the film that I'm making is about
```

```
 1    Major League Baseball broadcasters.  I frequently actually
 2    have to do work that might make money for me and my five
 3    children, so there's really two sides.
 4              MR. STEFIN:  There are things that you love to work
 5    on and those are the things you need to work on.
 6              PROSPECTIVE JUROR:  Right, right.
 7              Like I said, there's five kids at home.  They have
 8    to eat.
 9              MR. STEFIN:  And so when you talk about social
10    awareness type films, have any of them involved the criminal
11    justice system or anything like that?
12              PROSPECTIVE JUROR:  Not specifically, no.
13              MR. STEFIN:  And how long have you been making
14    films?
15              PROSPECTIVE JUROR:  Twenty-five years.
16              MR. STEFIN:  Thank you.  Thank you very much.
17              PROSPECTIVE JUROR:  Uh-huh.
18              MR. STEFIN:  Let me just throw this out to the
19    group as a whole.
20              Before I do that, actually, I see Mr. Harman in the
21    corner there.  I wanted to ask you about your experience.
22    You said you had gone and had a tarot card reading?
23              PROSPECTIVE JUROR:  Yes.
24              MR. STEFIN:  And tarot card, a deck of cards with
25    different pictures and emblems on them, and they put them out
```

```
1     on the table and they tell you certain things.

2              PROSPECTIVE JUROR:  Correct.

3              MR. STEFIN:  Or propose to do that.

4              When and where was that that you did that?

5              PROSPECTIVE JUROR:  '89, '88 in Fort Lauderdale.

6              MR. STEFIN:  Do you remember how much it cost you,

7     how much you paid for that?

8              PROSPECTIVE JUROR:  Probably around 20, $25.

9              MR. STEFIN:  And it was at one of these shops like

10    on Commercial Boulevard or one of these streets that have a

11    sign up?

12             PROSPECTIVE JUROR:  Yeah, they were known as a New

13    Age store.  It was a customer at a bank I worked at.

14             MR. STEFIN:  Customer was the proprietor of the

15    store?

16             PROSPECTIVE JUROR:  At the store.

17             MR. STEFIN:  And so was there anything about that

18    experience that you found to be powerful or persuasive or

19    anything of that nature?

20             PROSPECTIVE JUROR:  No, I just did it as, you

21    know -- I was interested to see if it meant anything or if

22    they could tell me anything, and it was just very basic.  I

23    didn't have much --

24             MR. STEFIN:  You consider it to be a form of

25    entertainment in a way?
```

1           PROSPECTIVE JUROR:  I took it as entertainment.

2           MR. STEFIN:  Let me ask you this.  If you learned

3     that there were people that gave large sums of money to a

4     person that represented herself to be a psychic, would you

5     feel that such a person -- and I'm just using -- these are my

6     words -- was foolish enough to do that, then they get what

7     they deserve?  Would that be a feeling that might cross your

8     mind?

9           PROSPECTIVE JUROR:  I don't know if I would go that

10    far.  Everybody's got their own beliefs, and you just have to

11    be, I guess, responsible for yourself.

12          THE COURT:  That's true.

13          Is there anybody who might feel that way, that if

14    somebody gave money to a psychic, then that's their business,

15    they were just being foolish and it shouldn't be a criminal

16    matter, let's say?

17          PROSPECTIVE JUROR:  I don't know if I would call it

18    foolish.  I look at it as a personal choice and your own

19    beliefs, because I've seen people give large sums of money to

20    churches, and I don't . . .

21          MR. STEFIN:  And that's true.

22          So just the fact that somebody gives money is not

23    really -- may not be a criminal offense.  We would have to

24    prove, well, whether or not the money was given under false

25    pretenses, for example.  If the person was lied to.

```
 1                    PROSPECTIVE JUROR:  Right.

 2                    MR. STEFIN:  When somebody donates to a church,

 3       they're giving because they want to contribute to the church,

 4       the development of the church or promote their religion.

 5                    PROSPECTIVE JUROR:  Yeah, that's true.

 6                    MR. STEFIN:  Does anybody feel any differently?

 7                    Yes, ma'am.  That's going to be Ms. Sequeira?

 8                    PROSPECTIVE JUROR:  Yes.

 9                    THE COURT:  Mr. Stefin, do we really need to find

10       out what she has to say?

11                    MR. STEFIN:  I'm going to pass on you right for the

12       time being.  Thank you.

13                    Now, a few people had already expressed strong

14       feelings about the fortune-telling business, strong feelings

15       against the fortune-telling business, but let me just turn

16       that around.  And I sort of know the answer based on this

17       group, but let me just ask the questions anyway, which is, do

18       any of you have any strong beliefs or strong feelings, strong

19       belief that -- in psychics or people with paranormal

20       abilities, anything of that nature?  I don't see any hands.

21                    And, again, this may sound ridiculous, but have any

22       of you been a member of or believe in any type of religion or

23       spiritual beliefs that involve making sacrifices?  For

24       example, you know, I understand in Santeria, which is an

25       Afro-Caribbean culture, they talk about sacrifices, sacrifice
```

```
 1    of animals.  And there also, in this case there will be
 2    elements or allegations involving sacrifices of money.  Not
 3    talking about a donation to a church, but actually
 4    sacrificing money to appease God or the spirits.  Does
 5    anybody subscribe to that type of belief system?
 6           It was mentioned several times already about the
 7    fact there are tax charges in this case.  Have any of you had
 8    any negative experiences or dealings with the Internal
 9    Revenue Service or employees of the Internal Revenue Service?
10    I don't see any hands.
11           And have any of you actually, setting aside being
12    arrested or a friend being arrested or family, have any of
13    you had any particularly unpleasant experiences with law
14    enforcement?  And I don't see any hands here.
15           I think it's Mr. Schichtel, and I'm just using you.
16    You mentioned because of your religious beliefs -- he's not
17    going to have to answer anything -- that you would have
18    difficulty in the notion of judging someone, which is sort of
19    what happens in a criminal trial.
20           PROSPECTIVE JUROR:  Correct.
21           MR. STEFIN:  And that you couldn't sit in judgment
22    of somebody.
23           PROSPECTIVE JUROR:  Correct.
24           MR. STEFIN:  So I want to ask everybody else, is
25    there anyone else here in this group that has a similar
```

1       feeling or similar experience?  And I don't see any hands.

2               That's all I have at this point in time.  Thank

3       you.

4               THE COURT:  Thank you, Mr. Stefin.

5               Mr. Schwartz?

6               MR. SCHWARTZ:  Thank you, Your Honor.

7               I'll try to talk loud.  I've been accused of

8       mumbling, so if you can't understand me, just sort of throw

9       something at me or raise your hand or something.

10              Let me start, since he's very articulate, with

11      Mr. Gandolfo.  Am I pronouncing your name right?

12              PROSPECTIVE JUROR:  That's right.

13              MR. SCHWARTZ:  You worked on Wall Street before you

14      started to -- came down here and started to trade on your own

15      behalf; is that right?

16              PROSPECTIVE JUROR:  Yes.

17              MR. SCHWARTZ:  Did you have any wealthy clients?

18      Don't tell me their names.

19              PROSPECTIVE JUROR:  Yes, I did.

20              MR. SCHWARTZ:  Give me their bank accounts,

21      but . . .

22              PROSPECTIVE JUROR:  Corporations, not individuals.

23              MR. SCHWARTZ:  Did they deal in large sums of

24      money?

25              PROSPECTIVE JUROR:  Yes.

```
 1              MR. SCHWARTZ:  Without giving me numbers, based on
 2    their dealing in large sums of money, did you make relatively
 3    large commissions?
 4              PROSPECTIVE JUROR:  Yes.
 5              MR. SCHWARTZ:  And is there anything wrong with
 6    doing work and making a large return for the work you do?
 7              PROSPECTIVE JUROR:  I didn't think so.
 8              MR. SCHWARTZ:  Okay.  One of the names that the
 9    judge read out was a name, Jude Montassir.  That's a lady who
10    writes books, and she writes under a pseudonym or pen name of
11    Jude Deveraux.  She's a New York Times Best Selling romance
12    novelist.
13              Has anybody read her books?  I'm going to come back
14    to you, Mr. Gandolfo.  One person.  And that's Ms. Avery.
15              Ms. Avery, is that going to -- if she's a witness
16    here, other than getting her autograph, are you going to be
17    influenced by --
18              PROSPECTIVE JUROR:  No.
19              MR. SCHWARTZ:  -- her notoriety or fame?
20              PROSPECTIVE JUROR:  Not at all, no.
21              MR. SCHWARTZ:  Let me go back to Mr. Gandolfo then.
22              If, as a New York Times Best Selling romance with
23    30 books selling copies or whatever the number is, she made a
24    lot of money and chose to use my client's services as a
25    psychic advisor, life coach, spiritual advisor for 17 years
```

```
1    and paid her 15 or $16 million over that 17 years, would you

2    believe the fact that she chose to use my client's services

3    for that period of time makes my client guilty of a crime?

4            MR. STEFIN:  I have to object to the form of the

5    question.

6            THE COURT:  Sustained.

7            MR. SCHWARTZ:  Okay.  Would it trouble you that

8    somebody with -- who had a lot of money might pay a lot of

9    money -- $15 million is a large amount of money, but might

10   pay that for services that she wanted?

11           MR. STEFIN:  Objection.

12           THE COURT:  Overruled.  He asked if it would

13   trouble him.  You can answer that question.

14           PROSPECTIVE JUROR:  That sum of -- that number?

15           MR. SCHWARTZ:  Right.

16           PROSPECTIVE JUROR:  Is it bothersome?  I mean,

17   absolutely, and I would say my first reaction would be, wow,

18   and I would say someone of her fame and fortune, why that

19   amount of money?  But the answer, would I be able to look at

20   it objectively?  It's her money.  She can do whatever she

21   wants with it.

22           MR. SCHWARTZ:  Okay.  And did you ever have clients

23   of yours who you worked with for a long period of time?

24           PROSPECTIVE JUROR:  Yes.

25           MR. SCHWARTZ:  Anybody you work with for 10 or 12
```

```
 1    years?

 2              PROSPECTIVE JUROR:  Yes.

 3              MR. SCHWARTZ:  If you did a trade for them 10 years

 4    ago and they came to you and said, well, it's 10 years later,

 5    I'm not really happy with that trade, I want you to give me

 6    all my money back, what would you have done?

 7              MR. STEFIN:  I have to object.

 8              THE COURT:  Sustained.

 9              MR. SCHWARTZ:  With a slight preface, my father has

10    a distant -- had a distant cousin named Bernie Schwartz who,

11    after a rough life in the Bronx and some time in the Navy,

12    decided to go into show business in the '40s and '50s.  And

13    going into show business, he decided to use a different name.

14    I met him once or twice, called him Bernie, but the name he

15    used was Tony Curtis as an actor in Hollywood.

16              Do you see anything wrong with somebody using a

17    different name for business purposes?

18              PROSPECTIVE JUROR:  No.

19              MR. STEFIN:  Objection.

20              MR. SCHWARTZ:  The evidence that you might hear is

21    that my client, whose name is Rose Marks, used a different

22    name, had a corporation called Joyce Michaels, Inc., and used

23    the corporate name Joyce Michaels for her business and in her

24    real life she used the name Rose Marks or the nickname Pinky.

25    Would any of that bother you?
```

```
 1                PROSPECTIVE JUROR:  No.

 2                MR. SCHWARTZ:  You were asked if any of you, I

 3      think, belong to a religion that believes in sacrifices.  Do

 4      you remember my friend, Mr. Stefin, asked you that?  And

 5      everybody said no.

 6                I'm not a Roman Catholic, but is any member of the

 7      panel Roman Catholic?  Do you give things up for Lent?

 8                PROSPECTIVE JUROR:  I don't practice.

 9                THE COURT:  That's Mr. Harman.

10                MR. SCHWARTZ:  Would giving something up for Lent

11      be considered a sacrifice?  I see nods of yes.

12                And traditionally, have religions believe that --

13      anybody disagree that religions have believed that you need

14      to sometimes sacrifice or give things up to make peace with

15      God or be one with God?  Is there anybody that disagrees

16      with -- that that's a traditional concept in many religions?

17                Well, since we've brought up a little bit about

18      religion, is there anybody here who has heard the word

19      "reincarnation?"  A number of hands have gone up.  Is there

20      anybody who believes in reincarnation?

21                THE COURT:  Ms. Lee raised her hand.

22                MR. SCHWARTZ:  Right.  Ms. Lee, thank you.

23                Anybody here who thinks reincarnation is just

24      totally crazy?  It's wacko?  One person.

25                THE COURT:  Mr. Schichtel.
```

```
 1                    MR. SCHWARTZ:  Yes.

 2                    THE COURT:  And Mr. Williams.

 3                    MR. SCHWARTZ:  Okay.  Is there anyone who's

 4      familiar with either the Hindu or Buddhist religions?  Are

 5      they premised on reincarnation, growing through different

 6      lives to a higher spiritual level?  Would anybody think that

 7      if a Buddhist or Hindu --

 8                    MR. STEFIN:  I have to object.

 9                    THE COURT:  Overruled.

10                    MR. SCHWARTZ:  -- believed in that, that they would

11      be totally crazy?

12                    And we've talked about psychics and psychic

13      phenomena.  Does anybody believe that there are people with

14      psychic ability?

15                    THE COURT:  Mr. Harman raised his hand.

16      Mr. Gandolfo did.  Mr. Williams did.

17                    MR. SCHWARTZ:  And I think Ms. Webb also did.

18                    THE COURT:  Ms. Webb.  Okay.

19                    MR. SCHWARTZ:  Would anybody be surprised to know

20      that the U.S. Government experimented --

21                    MR. STEFIN:  Objection.

22                    THE COURT:  Sustained.

23                    MR. SCHWARTZ:  Let me bother Mr. Brown for a

24      minute.

25                    Mr. Brown, you mentioned that some of the movies
```

1    you make are -- and I took it this way, I might have taken it

2    wrong, regarding groups that are oppressed in some way.  Is

3    that -- I'm I misconstruing that?  Why don't you explain it

4    or repeat what you said before.

5            PROSPECTIVE JUROR:  I don't think oppressed would

6    be the correct term.  I think overlooked would be more

7    appropriate.

8            MR. SCHWARTZ:  Are you familiar with a cultural

9    group, an ethnic group, known as the Romani?

10           PROSPECTIVE JUROR:  No, not --

11           MR. SCHWARTZ:  They have a more common name called

12    Gypsies.

13           PROSPECTIVE JUROR:  Uh-huh.

14           MR. SCHWARTZ:  Are you familiar with Gypsies?

15           PROSPECTIVE JUROR:  I am.  I'm familiar with the

16    term.

17           THE COURT:  Anybody else ever heard the term

18    Gypsies?

19           THE VENIRE:  (Raises hands.)

20           MR. SCHWARTZ:  Virtually everybody.

21           If you learned during the trial that Mrs. Marks was

22    a member of that ethnic group, the Romani Gypsies, grew up in

23    the United States, of course, but was a member of that ethnic

24    group, would that trouble you?

25           PROSPECTIVE JUROR:  I don't personally make any

```
 1    distinction between anybody's right to believe whatever they

 2    want to believe.

 3              MR. SCHWARTZ:  Would that bother anybody else?

 4              THE COURT:  Mr. Schichtel.

 5              MR. SCHWARTZ:  We'll take the weight off you for a

 6    minute.

 7              PROSPECTIVE JUROR:  Well, it's just that I've had a

 8    lot of experiences with some of them, and read so many

 9    articles about people being taken in various ways and cheated

10    business-wise.

11              MR. SCHWARTZ:  Had you ever heard Cher's song,

12    Gypsies, Tramps and Thieves?

13              PROSPECTIVE JUROR:  The song?  Yeah.

14              MR. SCHWARTZ:  Do you believe that just because

15    somebody is part of that ethnic group, just because they're a

16    Gypsy, they're a thief?

17              PROSPECTIVE JUROR:  No, but being an accountant and

18    a numbers person, it's all probability.  So if, you know,

19    95 percent of them have had issues, you know, of course,

20    probabilities get higher.

21              MR. SCHWARTZ:  Well, not to insult any of my

22    Afro-American friends, but there are a higher percentage of

23    Afro-Americans arrested for crimes than Caucasians.  Does

24    that mean that just because somebody's an Afro-American that

25    they're a criminal?
```

```
 1              PROSPECTIVE JUROR:  No, but obviously, if you're
 2     saying half of them did it, then half of the them were
 3     criminals so.  It doesn't mean they're all criminals, but,
 4     you know, it's just a numbers game.
 5              MR. SCHWARTZ:  But can you put -- if you were
 6     picked to serve on this jury, could you put aside those
 7     numbers or percentages and deal with Rose Marks as a person?
 8     Put aside the ethnic group she comes from, as you would a
 9     racial group or a religious background, and view her as an
10     individual without a preconceived notion that because she was
11     born of parents who were Gypsies that she must be a criminal,
12     or there's a higher percentage that she's a criminal?
13              PROSPECTIVE JUROR:  Yes, everything's an individual
14     case.  So that I wouldn't have a problem with because I would
15     look at it as an individual case.
16              MR. SCHWARTZ:  And when you think about Gypsies, do
17     you think about people with scarfs on their head, a
18     horse-drawn caravan wandering around the country?
19              PROSPECTIVE JUROR:  No, not particularly.
20              MR. SCHWARTZ:  Have you seen those images?
21              PROSPECTIVE JUROR:  Yes.
22              MR. SCHWARTZ:  If you learned that Mrs. Marks lived
23     in a house on the intercoastal right near The Galleria in
24     Fort Lauderdale, drove nice cars, would that square with
25     your -- with the traditional image of a Gypsy?
```

```
 1                PROSPECTIVE JUROR:  Not particularly.

 2                MR. SCHWARTZ:  You heard that -- I'm going to stop

 3      picking on you now.  I'm sorry.  I'm used to cross-examining,

 4      so . . .

 5                You've heard that Mrs. Marks, Rose, is charged with

 6      the crime of conspiracy.  Has anybody ever had experience

 7      with conspiracy, the crime of conspiracy?  Is there anyone

 8      here who has the preconceived notion that, for instance, just

 9      because two people are family members and do the same type of

10      business, they must be coconspirators?  Does anybody believe

11      that?

12                Can you listen carefully during the course of the

13      trial and be discerning about whether or not there are family

14      members in the same business as opposed to whether or not

15      people are coconspirators?  Put the Government to the proof,

16      to actually prove that there was a conspiracy here?  Does

17      anybody have trouble with that?

18                Let me ask one more brief line of questions and

19      pick on Professor Roth.  May I?  Professor Roth, if you heard

20      no more evidence other than what you heard here today in

21      court from the judge, from Mr. Stefin, from myself, would you

22      vote -- and you then had to vote as a member of a jury, would

23      you vote that Rose is guilty or not guilty?

24                PROSPECTIVE JUROR:  Not guilty.  I didn't hear any

25      good evidence yet.
```

```
 1              MR. SCHWARTZ:  So you would agree -- and that's the

 2    right answer.  I usually ask that as a trick question and get

 3    the wrong answer.  You agree that, with the judge, that

 4    somebody is presumed innocent, cloaked in a presumption of

 5    innocence unless the Government can rip away that cloak with

 6    proof beyond a reasonable doubt?

 7              PROSPECTIVE JUROR:  We all agree to that, yeah.

 8              MR. SCHWARTZ:  So she starts the trial not guilty,

 9    and it's only if the Government -- and I tend to use a

10    balancing scale for presumption, proof beyond a reasonable

11    doubt.  In a civil case there has to be a little bit more

12    weight on one side than the other for one side to win.  In a

13    criminal case, the Government has to really fill that scale

14    with evidence to prove her guilty beyond and to the exclusion

15    of a reasonable doubt.  Does anybody have trouble with that

16    concept, proof beyond a reasonable doubt?  No?

17              I have no more questions, Your Honor.

18              THE COURT:  Thank you.

19              All right.  Ladies and gentlemen, as I mentioned

20    earlier, we have a group from yesterday that we dealt with

21    that they are coming back at 1:30, and we are hoping to merge

22    you with that group to get a jury.  So I'm going to ask you

23    to be back at 1:30 down in the jury room.  Wait down in the

24    jury room.  Do not discuss this case with anyone.  Don't form

25    any opinions about the case.  You can go out to lunch, take a
```

```
 1    lunch break, be back at 1:30, and hopefully at 1:30 we'll be

 2    able to let you know whether you are or are not on the jury.

 3              We'll be prepared hopefully at that point to let

 4    you know.  If you are selected, then obviously we'll bring

 5    you in and we'll go forward with the case.  If you're not

 6    selected, you will be required to continue to call that jury

 7    number that you've been given for the remainder of the

 8    timeframe that you are scheduled to be on jury duty, to see

 9    if you're needed back here on a different case.

10              So we will hopefully be able to tell you at 1:30

11    what the decision is on whether you're going to be selected.

12              So, again, we thank you for your cooperation, your

13    patience with us.  We appreciate your time, and we'll see

14    some of you maybe at 1:30, and if not, the rest of you

15    continue to -- thank you for being with us and continue to

16    call the jury number as directed.  All right?  Thank you very

17    much.

18              MR. SCHWARTZ:  Would Your Honor also tell them not

19    to go --

20              THE COURT:  Oh, and, yes, do not do any independent

21    research, do not go on the Internet, do not talk to anyone

22    about the case, do not try and find out what may have been

23    reported about this case on the Internet or about mail fraud,

24    wire fraud, conspiracy.  Do not do any independent research.

25              Thank you.  You're excused.
```

```
 1        (The venire exits the courtroom, after which the
 2   following proceedings were had:)
 3             THE COURT:  Did anyone want me to inquire of
 4   Ms. Abramson?
 5             MR. SCHWARTZ:  No, Your Honor.
 6             THE COURT:  The Government want me to talk to
 7   Ms. Abramson?
 8             MR. STEFIN:  I don't remember even what for.
 9             THE COURT:  Well, I didn't --
10             MR. STEFIN:  You mean in terms of this --
11             THE COURT:  Yeah, the questionnaire.
12             MR. STEFIN:  No.
13             THE COURT:  I just wanted -- because I skipped
14   over.
15             MR. STEFIN:  I thought she had something else that
16   she needed to tell us.
17             THE COURT:  Was there anyone that I should have
18   inquired from that I didn't?
19             MR. SCHWARTZ:  I don't believe so, Judge.
20             THE COURT:  All right.  So how do you want to
21   proceed?  Do you want to now make some decisions?  Do you
22   want to take a break and come back a little later and make
23   decisions?  You want to wait until 1:30 when the rest of the
24   group comes and find out whether any of them have done any
25   independent research or have read anything about the case
```

1    since we recessed yesterday before we make any decisions?  I

2    just want to find out what your thoughts are.

3           MR. STEFIN:  One suggestion I would have would be

4    at least to go through the causes at this point so we know

5    what's left, no matter what anybody else says in the first

6    panel, that these people are going to be eliminated anyway.

7    That would be my first suggestion.

8           MR. SCHWARTZ:  All of the above, Judge.  I'd like

9    to do the cause now, if Your Honor doesn't mind, and then be

10   able to break for lunch, have you inquire of the earlier

11   panel as to any Internet surfing, et cetera, and then

12   exercise very quickly our peremptory challenges.

13          THE COURT:  All right.  And then I guess my

14   question's going to be assuming -- well, let's find out how

15   many we have to work with before we break for lunch and then

16   we can make decisions more intelligently.

17          All right.  So let me hear from the Government

18   first as to any challenges for cause as to the entire panel.

19          MR. STEFIN:  And you want me to skip hardships at

20   this point?

21          THE COURT:  Yes, just, let's do prejudice, bias.

22          MR. STEFIN:  Number 54, Mr. Schichtel.

23          THE COURT:  Any objection?

24          MR. SCHWARTZ:  None, Your Honor.

25          THE COURT:  Granted.

```
 1                    MR. STEFIN:  Number 55, Mr. Faisal.

 2                    THE COURT:  Any objection?

 3                    MR. SCHWARTZ:  None, Your Honor.

 4                    THE COURT:  Granted.

 5                    MR. STEFIN:  Number 56, Ms. Harris.

 6                    THE COURT:  Any objection?

 7                    MR. SCHWARTZ:  None, Your Honor.

 8                    THE COURT:  Granted.

 9                    MR. STEFIN:  Mr. 58, Mr. Hickman.

10                    MR. SCHWARTZ:  No objection.

11                    THE COURT:  Granted.

12                    MR. STEFIN:  Number 61, Ms. McCarthy.

13                    MR. SCHWARTZ:  No objection.

14                    THE COURT:  Granted.

15                    MR. STEFIN:  Number 64 is a hardship, so I'll skip

16      that one.  Number 65, Ms. Abramson.

17                    MR. SCHWARTZ:  No objection.

18                    THE COURT:  Granted.

19                    MR. STEFIN:  Number 66, Ms. Weiner.

20                    MR. SCHWARTZ:  No objection.

21                    THE COURT:  Granted.

22                    MR. STEFIN:  And everybody on the second side.  No,

23      I'm just -- well, everybody except number 71 and 77.

24                    MR. SCHWARTZ:  Agreed, Your Honor.

25                    THE COURT:  Okay.  So 67 through 70 are all
```

```
 1   stricken for cause.  Seventy-two through 76 are all stricken

 2   for cause.  Seventy-one and 77 remain in the panel.

 3              All right.  Let's talk about hardship situations

 4   and see what your thoughts are.

 5              I guess the first hardship would be number 53,

 6   Mr. Bouras, who said that he's looking for a job, he's got

 7   problems with childcare, and then he said that he had an

 8   issue about believing law enforcement more readily than other

 9   witnesses.

10              Anyway, what about his hardship in terms of his

11   personal situation and job hunting?

12              MR. STEFIN:  I would ask that he be -- I have no

13   objection to him being removed.

14              MR. SCHWARTZ:  No objection.

15              THE COURT:  All right.  Granted for hardship.

16              MR. STEFIN:  What about 51, Ms. Webb, with her

17   medical situation?

18              THE COURT:  I think that, you know, she's able to

19   do it unless she gets sick.  If she gets sick, that's why we

20   have alternates.  That's how I feel.  She's willing to do it.

21   She's not -- she's one of the few that's not biased,

22   prejudiced.  We got to take advantage of these people when we

23   can.  We can't dismiss these people so readily.  They're

24   rare.

25              MR. STEFIN:  It's just --
```

```
 1              THE COURT:  I would like to keep her with the
 2    understanding if she has a -- if she's seated, I don't know
 3    if she's going to get selected, but if she is seated and if
 4    she has a medical issue, we have to excuse her.  That would
 5    be my view.  I don't know if you want to disagree.  I'll be
 6    willing to listen to you.
 7              MR. SCHWARTZ:  I agree, Your Honor.
 8              THE COURT:  Mr. Stefin?
 9              MR. STEFIN:  I agree with you.
10              THE COURT:  Okay.  I think the next hardship
11    situation would be Mr. Walden, who's a full-time student.
12              MR. STEFIN:  He would have to withdraw from school.
13              THE COURT:  I don't know how we ask legitimately
14    ask him to give up a semester of school.  Mr. Schwartz, do
15    you disagree?
16              MR. SCHWARTZ:  I don't disagree.
17              THE COURT:  Okay.  We'll excuse Mr. Walden for
18    hardship.
19              And then I guess Mr. Brown, my only issue with him
20    would be, again, if he's seated, I think we're going to have
21    to accommodate him.  I don't think we could ask him to give
22    up going on these film trips.
23              MR. SCHWARTZ:  I don't think we cannot accommodate
24    him if we seat him, Judge.  However, let me be presumptuous.
25    Maybe on at least the day that he has -- I think there was
```

1    one Thursday --

2         THE COURT:  It was the 13th, actually.  It would be

3    the Friday the 13th, which he would have to miss one day, and

4    the rest of the -- the ones at the end of the month, we might

5    be finished with the case by then.

6         MR. SCHWARTZ:  Correct.

7         I don't know Your Honor's schedule, but I know you

8    were going to take off some Mondays.  And if there was

9    something, if probation is still working and if there's

10   something you can do on that Friday instead, maybe we could

11   shift around and work a Monday.

12        THE COURT:  If we can get a jury, I'm willing to

13   accommodate him.  So that's my view.  If he's needed to make

14   a jury panel from this group, I'm willing to accommodate him

15   if need be.  So I don't know if you have any problems with

16   that.  Mr. Stefin?

17        MR. STEFIN:  Well, it would be perfect if we didn't

18   have to accommodate anybody.  The 26th through the 30th

19   you're right, we could be done.  If we're not, though, just

20   what days of the week does that fall on?

21        THE COURT:  I think it's a Thursday and a Friday.

22   Let's also look at the practicality of it.  He's at the very

23   end, if he's going to be picked he's going to be an

24   alternate.  In all likelihood.  So what we're doing is we're

25   giving up an alternate.

```
 1                 MR. STEFIN:  That's true.  All right.

 2                 THE COURT:  He'd be one of the -- either the last

 3      or the next to last alternate.

 4                 MR. BARDFELD:  Hopefully.

 5                 MR. STEFIN:  So let's keep him on for now, and, you

 6      know, if we can't get a jury and we have to bring in a few

 7      more people, then we'll bring in a few more people.

 8                 THE COURT:  Right.

 9                 MR. SCHWARTZ:  That seems to leave nine, Your

10      Honor, in addition to the 25 from yesterday.

11                 THE COURT:  So that's 34, which probably is enough

12      to get a -- 15 seated, I think.

13                 MR. SCHWARTZ:  I think it is, Judge.

14                 THE COURT:  Do you want to do this now or you want

15      to wait?  Well, we're going to inquire of the group from

16      yesterday.  Okay.  So 1:30 we'll talk to the first group,

17      find out if there are any issues that have come up since

18      yesterday, and then we'll go forward.

19                 MR. SCHWARTZ:  Thank you, Your Honor.

20                 THE COURT:  Okay.  Now, again, I want you to

21      remember there are a couple of people from yesterday who, if

22      we pick them, they're not going to be very happy.  They're

23      going to be very upset.  Especially Mr. Bean and Mr. Torelli,

24      but I'm willing to bite the bullet if you are.

25                 MR. SCHWARTZ:  As long as they're upset at the
```

1   Government, Judge.

2          MR. STEFIN:  Well, jokingly, but who else do you

3   blame, you know?

4          THE COURT:  Okay.  I just -- all right.  So we'll

5   see you back here.

6          Oh, I know what I wanted to do.  Can we talk about

7   this motion in limine?  Because I assume once we seat the

8   jurors we're going to want to start the case.  So how much

9   time do you think it's going -- or can we get back here early

10  to talk about the motion in limine?

11         MR. SCHWARTZ:  That's fine, Judge.

12         THE COURT:  So how about 1:15?

13         MR. SCHWARTZ:  Perfect.

14         THE COURT:  Is that all right?

15         All right.  We'll see you at 1:15.

16         MR. SCHWARTZ:  Thank you, Your Honor.

17    (A recess was taken from 12:20 p.m. to 1:18 p.m., after

18  which the following proceedings were had:)

19         THE COURT:  Please be seated, everyone.  Back on

20  the record.  Ms. Marks is present with counsel.

21         Before we begin, I don't know why this keeps

22  kicking in and out -- Mr. Schwartz, yesterday I was told that

23  your client gave the phone that I authorized her to bring

24  into the courthouse to someone other than herself, and that

25  other person had her phone.  Today, I'm told by the security

```
1    people that people other than your client have been trying to
2    bring in phones and they're telling the security people that
3    they're for her mother or their mother.  I don't want any
4    more issues with the phone.  If I have any more issues with
5    the phones, she's -- I'm revoking her right to bring a phone
6    into the courthouse.  I don't want to have to deal with this
7    issue again.
8              MR. SCHWARTZ:  I understand, Judge.
9              THE COURT:  No one can bring in a phone except
10   Mrs. Marks, and she must have the phone in her possession at
11   all times.  That's it, end of story.
12             MR. SCHWARTZ:  I agree, Your Honor.
13             After you spoke to me about it yesterday I told her
14   that this morning, and she's had the phone in her purse all
15   day.
16             THE COURT:  Well, others are trying to bring in the
17   phone claiming that it's for her.
18             MR. SCHWARTZ:  I will instruct them, and you've
19   instructed them now.
20             THE COURT:  I don't know if these are the people or
21   not, but I'm not playing any more games with phones.
22             MR. SCHWARTZ:  Agreed, Your Honor.
23             THE COURT:  Now, let's talk about this motion in
24   limine.  I'm really kinda having trouble understanding what
25   it is that the Defendant's trying to present, and it seems
```

 1    like the Government's saying one thing and the defense is

 2    saying something else, and I have no idea what's being

 3    intended to be offered and why it's relevant.  So maybe I

 4    should hear first from Mr. Schwartz and explain to me what

 5    you intend to offer or who you're trying to call and why it's

 6    relevant.

 7          MR. SCHWARTZ:  Your Honor, part of our theory of

 8    defense, and there are a number of different branches, one is

 9    my client didn't do anything wrong.  But, two, the case

10    started, and forgive me with a little preamble.  The case

11    started with a lady going to a police department in New York

12    and making a complaint and then that complaint allegedly

13    being referred to a detective in Fort Lauderdale because

14    money had been sent into an account in Fort Lauderdale.

15          The detective then used that bank account and

16    others that he traced through that bank account to find

17    people who had paid monies to Rose Marks and her

18    daughter-in-laws, her daughter, and her granddaughter.  These

19    people, that Detective Stack believed, were victims of a

20    Gypsy fortune-telling scam or fraud.

21          He then, before he became affiliated with the

22    federal government as a deputized Secret Service agent and

23    subsequent thereto, with some of the federal agents, went and

24    attempted to interview either telephonically or in person the

25    people who had contributed money to Rose Marks and her family

 1    members.

 2           Many of these people said, we're not victims.  Many

 3    of them said, or at least some of them said, we're happy with

 4    the services of Mrs. Marks or the others.  I know that the

 5    Government doesn't like this quote, but at least in speaking

 6    with myself and Mr. Lubin, Mr. Bardfeld stated, some of these

 7    people were under such a spell, that we had to go back and

 8    hit them on the head a number of times before they realized

 9    they were victims.  And I'm paraphrasing now.  Whether they

10    hit them on the head or not, they went back to them a number

11    of times.

12           It's our contention, and it's part of our theory of

13    defense that Mr. Stack, Detective Stack, decided that the

14    scam was, we're going to take people's money from them, tell

15    them they're cursed, and they probably did tell them they

16    were cursed, tell them we'll help remove the curse, and they

17    probably did do that, but also we're going to take money from

18    them and promise to give it back.  And the crux of the

19    Government's theory of fraud is that Rose, her daughter, her

20    daughter-in-laws took money from people under the false

21    premise, the false promise that they were going to take the

22    curse off the money and return it to the alleged victims, and

23    they never intended to return it.

24           We believe, and we would like to try to prove both

25    through cross-examination of the witnesses that the

```
 1    Government's calling and through examination of the witnesses
 2    that for some strange reason the Government's decided not to
 3    call, that the "we're going to give you the money back" is
 4    made up.  It's Stack putting words into witnesses' mouths
 5    after he had to go back two or three or four times and create
 6    them as victims.  That there was never a promise to give back
 7    the money by my client, and there was never a promise to give
 8    back the money by the others.
 9           THE COURT:  All right.  So can I interrupt you for
10    a second?
11           MR. SCHWARTZ:  Sure.
12           THE COURT:  So presumably, the Government's going
13    to have some witness that's going to say that that, in fact,
14    did happen.
15           MR. SCHWARTZ:  Correct.
16           THE COURT:  And you believe it didn't happen.
17           MR. SCHWARTZ:  Correct.
18           THE COURT:  So do you have -- for example, any of
19    the witnesses that you intend to call, are they going to say
20    or do you expect them to testify that, well, the first time I
21    met with witness A, she never or he never said this, but then
22    later on they changed their story?  I'm not sure what it is
23    that you're trying to accomplish.
24           MR. SCHWARTZ:  Let me, if I can, Judge, I think I
25    can prove that if it weren't -- and I'm going into stuff that
```

```
1    was part of the motion before Your Honor.  But when Stack
2    visited these victims for the first, second, maybe third
3    time, he never made reports of those interviews.  Apparently,
4    he made no rough notes of those interviews because we've
5    asked the Government for them and they say they don't have
6    them.  So I have no -- and we think that's intentionally
7    failing to make or destroying or not producing materials
8    that's exculpatory, but that's something we argued in the
9    motion to dismiss and I'll argue later with other witnesses.
10         How do we prove through, for instance, Detective
11   Stack that he made up this story?
12         Well, Detective Stack testified in the grand jury.
13         In the first and second indictments which were both
14   returned before the arrests of the Defendants, there were
15   four people, four alleged victims put in the indictment with
16   virtually that same story.  They promised to return the money
17   and they didn't return it.  Those alleged victims were never
18   met, never interviewed, never talked to by Stack or any other
19   Government agent before that information was put in the
20   indictments, in the manner and means clause of the
21   indictment.
22         So I would bring out through Mr. Stack that
23   Mr. Stack, you say that the victims promised to return the
24   money.  Didn't you make up and put in the indictment the fact
25   that John Cleary was a victim, gave money under false
```

1    promises, the money was promised to be returned and it was

2    never returned?  Didn't you --

3              THE COURT:  Well, first of all, Mr. Stack doesn't

4    put anything in the indictment.

5              MR. SCHWARTZ:  Mr. Stack testified in the grand

6    jury.  Mr. Bardfeld put that information in the indictment.

7              THE COURT:  Okay.  So he testified that, what

8    happened in front of the grand jury?  That these people made

9    the -- that these people testified or told him that they were

10   promised the money was going to be returned and was not

11   returned?

12             MR. SCHWARTZ:  I don't have his grand jury

13   testimony.  They haven't given it to me because they're not

14   calling him as a witness.  But I want to bring out from him

15   what he said.  Did he say that in the grand jury?  I know

16   Larry Bardfeld is an honorable, trustworthy prosecutor and

17   has been for 25 years.  He's not going to put something in

18   the manner and means clause of the indictment that wasn't

19   testified to by a witness.  The witness before the grand jury

20   was Charlie Stack.

21             So how did, as to John Cleary, as to a woman whose

22   initials were CC, Charlotte, and I can't pronounce her last

23   name, as to Nancy Debartola, and I forget the third person,

24   Judge -- Elaine Richards I think it was.  But how as to those

25   four people did a paragraph end up in the indictment in the

```
1   manner and means clause saying these people were promised
2   that their money would be returned and it was never returned
3   when no one had ever spoken to them?  How did they know that?
4   Stack is the witness in the grand jury.  Larry's not going to
5   make it up.  He's going to rely on what's said in the grand
6   jury or the information given to him by the agent who
7   investigated the case.
8           I want to show that the agent made up from broad
9   cloth this story as to at least three people, four people,
10  and those four people are now not going to be called on the
11  trial, but it's relevant that he made up the story.  That's
12  why I want to call him as a witness, to try to bring out~--
13  the Government's not calling him.  He was their main case
14  agent.  That's strange to begin with.
15          But I want to call him, as the Government isn't, to
16  bring out the fact that this made-up story was the result of
17  his testimony in the grand jury.  If the Government says that
18  there was no testimony about it in the grand jury, then
19  they're saying, and I can't believe this, that Mr. Bardfeld
20  made it up and put it in the indictment.  I don't believe
21  Mr. Bardfeld would do that, so it had to come from the case
22  agent.
23          THE COURT:  Is this in the current pending
24  indictment?
25          MR. SCHWARTZ:  It's not in the fifth indictment,
```

1    Judge, it's in the first two indictments.

2              THE COURT:  All right.  So -- and it's witnesses

3    that are not going to be -- you're talking about witnesses

4    that are not going to be called by the Government?

5              MR. SCHWARTZ:  Now, the Government's not calling

6    them, so I can't cross-examine them.

7              THE COURT:  So the witnesses that the Government is

8    going to call, they're going to either say this

9    representation was made to them or they're not.  So assume

10   that they say it is -- it was made to them.  Are you saying

11   you have evidence that they had given other inconsistent

12   statements previously?

13             MR. SCHWARTZ:  No.  I'm going to try to impeach

14   them.  I have other methods in which to impeach a number of

15   these witnesses.  But the fact that the Government had a

16   pattern of making up this story lends credibility to the

17   defense argument that it made up this story and also fed it

18   to these witnesses.  And I think I'm entitled to show that

19   the Government made up the exact same story that these

20   witnesses are now saying and put them in two indictments that

21   were returned, and the Defendants were arrested on the second

22   superseding indictment -- on the second indictment, the first

23   superseding indictment.

24             THE COURT:  So what is it you're going to ask

25   Mr. Stack if I were to allow him to testify?  What are you

```
 1    going to say, did you testify in the grand jury, and what did

 2    you testify to in front of the grand jury?

 3              MR. SCHWARTZ:  Did you testify in the grand jury,

 4    did you present evidence that John Cleary was a victim of one

 5    of these defendants, that John Cleary --

 6              THE COURT:  So if I can interrupt you.  So we're

 7    going to -- with your own witness, not a Government's witness

 8    that you get the Jencks material, which would be his grand

 9    jury testimony for purposes of prior inconsistent statements,

10    we're going to, in front of this jury, talk about his grand

11    jury testimony?

12              MR. SCHWARTZ:  We're going to ask him, did you

13    testify to these facts in the grand jury?  If he says yes,

14    where did you get that information?  If he says no, then how

15    did it get in the indictment?

16              THE COURT:  Well, how is he supposed to know how it

17    got in the indictment?  He wasn't responsible for presenting

18    the indictment to the grand jury.  He's a witness.  So how is

19    he supposed to answer that question, how did it get into the

20    indictment?

21              MR. SCHWARTZ:  Because he was the case agent in the

22    case, and he worked with the prosecutor in preparing the

23    indictment.

24              THE COURT:  You know that?

25              MR. SCHWARTZ:  I very strongly believe it, unless
```

1    the Government says it's not true.

2            THE COURT:  So what would allow me to present in

3    front of this jury testimony about what happened in front of

4    the grand jury when it's not a Jencks type of situation and

5    it's not prior inconsistent statements that are being made?

6    What about the grand jury secrecy rules?

7            MR. SCHWARTZ:  This is a judicial proceeding, and

8    Rule 6C allows during a judicial proceeding grand jury

9    statements and testimony of the grand jury to be testified

10   to.

11           THE COURT:  When it's impeachment.  Can we bring it

12   out as far as direct testimony about what happens in a grand

13   jury?  The defense can call a witness and find out what

14   happened in a grand jury when it's not purposes of

15   impeachment?

16           MR. SCHWARTZ:  It's to impeach the Government's

17   case.  If the witness admits that he said it in the grand

18   jury it's not impeachment, but it helps establish the theory

19   of the defense.  If he denies it, then I can impeach him with

20   the indictment to show that it got in the indictment and he

21   was the witness before the grand jury.

22           THE COURT:  But I'm trying to understand.  Maybe I

23   don't understand the grand jury rules or the rules relating

24   to grand jury secrecy as well as I should, but are you saying

25   that you can get around the grand jury secrecy rules by

1    simply calling a witness who testified in the grand jury and

2    asking that witness -- again, talking about calling him as

3    your witness, not for purposes of impeachment and getting the

4    testimony for purposes of impeachment, your witness to find

5    out what happened in the grand jury and say, well, let's find

6    out what you said in front of the grand jury.  Did you say A,

7    B, C or D, yes or no?  That's permissible?

8                MR. SCHWARTZ:  I believe it is, Your Honor.  If you

9    want, I'll get you cases on it.  I've never encountered that

10   issue yet.  But, yes, in order to make the defense that this

11   witness either provided false testimony in the grand jury or

12   that the statements were put in there with no testimony, I

13   believe that I should be allowed to ask this question.

14               THE COURT:  And it's not even the -- was he the

15   witness before the grand jury for the indictment that's in

16   front of us now?

17               MR. SCHWARTZ:  No.  Once we brought out all of

18   these falsehoods, they stopped using him as a witness.

19               THE COURT:  So you're going to bring out grand jury

20   testimony about an indictment that's not even the indictment

21   that we're traveling under?

22               MR. SCHWARTZ:  Yes, Your Honor.

23               THE COURT:  Is he the only witness that you're

24   intending to present?

25               MR. SCHWARTZ:  No.

```
 1          THE COURT:  Who else are you intending to present?
 2          MR. SCHWARTZ:  Again, accepting that same theory,
 3    that we believe the Government made up and attempted to -- or
 4    Mr. Stack made up and the Government attempted to propound
 5    the theory that the money was intended to be returned and
 6    never returned, we want to call a Secret Service special
 7    agent.  The Secret Service special agent did a number of
 8    search warrant affidavits.
 9          In the search warrant affidavits she again
10    propounded Mr. Stack's theory that the Defendants agreed to
11    return the money, never intended to, and never returned it.
12    And she said -- and this is corroborated by undercover
13    telephone conversations between undercover officers, two of
14    them who we want to call, April Reddish and Stephanie Kirby,
15    and swore to that in the grand jury.
16          It took some time --
17          THE COURT:  She swore to that in the grand jury?
18          MR. SCHWARTZ:  Not in the grand jury.  She swore to
19    that in her search warrant affidavit.
20          Her name is Kelly Cook.  Kelly Cook's affidavits
21    for the search warrant swore that this government theory that
22    the money was going to be returned was corroborated in calls
23    by undercover officer April Reddish and Stephanie Kish to
24    defendants in this case.  It took a while because some of
25    these tapes were allegedly left by Mr. Stack at the Ft.
```

```
 1    Lauderdale police department, but eventually we got these
 2    phone calls by the undercover officers, it's not there.
 3          There is no telephone conversation that we've been
 4    able to find or that the Government's been able to point to
 5    that corroborates this Government theory that the Defendants
 6    promised to give the money back.  In the calls to the
 7    undercover agents, the Defendants say, no, pay me my fee.
 8    You might have to pay some money for crystals and candles,
 9    but that's all.  There's no:  Give me this money, I'll pray
10    on it, I'll take the curse off it, I'll destroy it or I'll
11    give it back to you.  It's not there.
12          But, again, to continue to propound this false
13    theory that they made up, they have a nice young -- I think
14    she was a year or two out of Secret Service Academy, Secret
15    Service agent, swear to an affidavit that said this theory is
16    corroborated in these recorded conversations when it's not.
17    That agent, and again, this is investigative work.  That
18    agent has told people who we've spoken to that she was upset
19    with these now about the affidavits and she just signed what
20    they told her to sign.
21          Again, it's our concern that the Government, not
22    Mr. Stefin, not Larry Bardfeld, but the agent, Stack, made up
23    this theory and has fed it not only to the witnesses who
24    they're now not producing at trial, who we've put on our
25    list, but they've also fed them to the witnesses who are
```

 1    testifying at trial.  And I think that we should be allowed

 2    to show the jury instances where the Government made up these

 3    statements and attempted to corroborate these made-up

 4    statements in order to show that the statements from these

 5    witnesses are made up.

 6            If Your Honor thinks I shouldn't be allowed to call

 7    Mr. Stack to ask him what he testified about in the grand

 8    jury, then I guess I have to call that person who put these

 9    statements in the grand jury indictment for the grand jury to

10    consider and return, and that's Mr. Bardfeld.  I've tried not

11    to do that.

12            THE COURT:  All right.  We got the jurors waiting

13    outside.  So we'll continue this before we start opening

14    statements.  All right?

15            MR. SCHWARTZ:  Very good.

16            THE COURT:  I'm sorry to interrupt.

17            All right.  Why don't we bring in -- we're going to

18    bring in the group from yesterday, correct?  All right.

19    We're going to bring them in.  What I'd like to do is have

20    them all sit down in the same general seating chart that they

21    were in.  Obviously, we have people missing.  I'm going to

22    make sure everyone identifies themselves again so you can put

23    a face to a name and recall who they are.  And then I'll talk

24    to them about whether or not they've read, heard anything

25    about the case, did any independent research, and then we can

```
 1    go from there.  All right?

 2              THE COURTROOM DEPUTY:  Judge, you know, Mr.Torelli

 3    wants to speak to you about his employment.  And then also

 4    Mr. -- 35, Kyratzis, he has an issue with September 11th.  He

 5    has an appointment with Immigration.  His wife has an

 6    appointment with Immigration.  So he wants to be there, not

 7    here if he's picked.  That's something he wants addressed.

 8              THE COURT:  All right.  I guess we're going to be

 9    in trial maybe two days next month.

10       (The venire enters the courtroom, after which the

11    following proceedings were had:)

12              THE COURT:  Good afternoon, everyone.  Welcome

13    back.  Apologize for keeping you waiting.  We had a couple of

14    things to talk about before we could begin this afternoon.

15    Thank you again for being back.  Thank you for your

16    cooperation in this matter, and we understand that some of

17    you are probably frustrated with the delays in getting this

18    thing to a conclusion.  I apologize.

19              The reason I brought you back up here, we haven't

20    yet made our decision as to who's going to be on the jury

21    because I wanted to ask you a few questions, additional

22    questions about information you might have heard about this

23    case either during yesterday's proceedings or since then,

24    because I neglected to instruct you before you left yesterday

25    not to get on the Internet or read any newspaper articles or
```

```
 1    try and do any research about this case, and I want to make

 2    sure no one has done that just by accident and learned

 3    anything about the case.

 4          The other thing is I wanted the attorneys and

 5    Ms. Marks to be able to see you again so they can recall what

 6    you look like and who you are and can put a face to a name,

 7    because when we make our decisions, they will, again, have

 8    some concrete basis to remember who said what and -- when

 9    they make the decision.

10          So first thing I'm going to do is I'm going to go

11    through, and have everyone identify themselves so everyone

12    knows who you are.  And I'm going to start with Ms. Alston,

13    if you could just -- when I call your name if you could just

14    raise your hand and so the lawyers and Ms. Marks will know

15    who is who.

16          Ms. Alston, Ms. Brezak, Mr. Torelli, Ms. Melvin,

17    Ms. Dorn, Mr. Bean, Mr. Carroll, Ms. Rowe, Ms. Resk,

18    Mr. Kolkana, Ms. Wilkins, Mr. Cole, Mr. Herzog, Ms. Wray.

19    Okay, that's Ms. Rodriguez, Mr. Trout, and sitting in the

20    back there is Mr. Sardinas, correct?

21          PROSPECTIVE JUROR:  Correct.

22          THE COURT:  All right.  And then we have on this

23    side of the room, on the other side, we have Ms. Hamilton,

24    Mr. Armstrong, Mr. -- I can't pronounce your name correctly,

25    Kyratzis?
```

```
 1              PROSPECTIVE JUROR:  That's correct.

 2              THE COURT:  Okay.  Got lucky there.

 3              Ms. Cunningham, Mr. Gonzalez, Ms. Silver,

 4    Mr. Pervenecki, and Ms. Gasc.

 5              All right.  So we've got everyone here.  Thank you

 6    again for doing that.

 7              Now, yesterday it was reported to me that there was

 8    possibly someone or some number of this panel possibly

 9    speaking outside the courtroom, and someone may have said

10    something to the effect:  Well, let's just go on the Internet

11    and you'll find out about Ms. Marks.  Now, it's really

12    important that you be honest.  You're still under oath.

13    Okay.  That you be honest with us.  Did anyone hear -- either

14    hear, see or overhear anyone making that kind of a comment

15    about, if you go on the Internet you'll find out or see

16    everything you need to know about Ms. Marks?  Or something to

17    that effect.

18              Did anyone overhear anything like that yesterday?

19    Ms. Resk and Mr. Kyratzis and Ms. Gasc.  All right.  We're

20    going to have to ask you, after we excuse everyone else, what

21    you may have heard.

22              Did anyone else hear anything of that nature

23    yesterday?

24              All right.  Did anyone, since we recessed

25    yesterday, either read about this case or hear anything about
```

1    this case, see anything in the newspaper, do any independent

2    research about this case since we recessed yesterday?

3    Mr. Trout and Mr.Torelli.

4            All right.  Anyone else?

5            We're going to have to speak to those individuals

6    that just identified themselves to find out what, if

7    anything, they read or heard, and see how that might affect

8    the decisions that we have to make in this case about the

9    jury.  So it's going to cause us some additional delay in

10   making some decisions.

11           So everyone else, I'm going to ask you to go back

12   down to the jury room, wait for us to make our decisions, and

13   we'll get back to you as soon as we can.

14           And don't discuss the case.  There will be other

15   jurors from this morning that will be down there.  Don't

16   discuss the case with them, don't form any opinions about the

17   case, do not get on your iPhones or iPads or anything else

18   you might have and do any research about the case.  And we

19   will get back to you as soon as we can.

20           I'm going to ask the individuals that have just

21   indicated they've either heard or did anybody research:

22   Mr.Torelli, Ms. Resk, Mr. Trout, Mr. Kyratzis, and Ms. Gasc,

23   if you would just all wait outside, and we'll call you in one

24   by one.  Everyone else, just go back down to the jury room.

25   We'll get back to you as soon as we can.  Thank you.

```
 1        (The venire exits the courtroom, after which the
 2   following proceedings were had:)
 3             THE COURT:  All right.  Please be seated, everyone.
 4             Ms. Resk, if we could get you a microphone.  All
 5   right.  Why don't you tell us, Ms. Resk, what, if anything,
 6   you may have heard yesterday.
 7             PROSPECTIVE JUROR:  It wasn't that much, but as we
 8   were walking out the door downstairs, one gentleman was
 9   saying to another, all we have to do is -- exactly what you
10   said -- all we have to do is go on the Internet, we can find
11   out anything we want.  And I just assumed that they had been
12   dismissed.  I don't even know which two gentlemen it was.
13             THE COURT:  Was it anyone that you recognized here?
14             PROSPECTIVE JUROR:  I knew that they had been in
15   our panel yesterday, but I don't even remember who it was.
16             THE COURT:  Okay.  Did it sound to you as if the
17   person had already done it or that he was suggesting that if
18   you want to find out, you can go on the Internet and learn
19   about this case?
20             PROSPECTIVE JUROR:  I thought it was more curiosity
21   about something they wanted to do.
22             THE COURT:  Not that the person had already done
23   it?
24             PROSPECTIVE JUROR:  I did not get that impression.
25             THE COURT:  Did you hear any specifics about the
```

```
 1   case or about anything involving this case that he said, oh,

 2   I read this or I heard about this or she's accused of that?

 3           PROSPECTIVE JUROR:  Not at all.  It was all more --

 4   the tone was, wouldn't it be interesting to find out.  I

 5   didn't even hear those words, but that's the impression I

 6   got.

 7           THE COURT:  So you didn't hear any specific

 8   information?

 9           PROSPECTIVE JUROR:  No.

10           THE COURT:  And you didn't get the impression that

11   the person had already done the investigation?

12           PROSPECTIVE JUROR:  I did not get that impression,

13   no.

14           THE COURT:  Is there anything about the fact that

15   you heard this comment being made that would in any way

16   affect your ability to be a fair juror in this case?

17           PROSPECTIVE JUROR:  No, it was nothing, you know,

18   significant.

19           I should tell the Court that I felt badly yesterday

20   in one of the breaks, I was talking to somebody back in my

21   office, telling them that this may take a month, and I said

22   it involves a fortune teller and the IRS, and I thought, was

23   I even supposed to say that?  So I mean they said nothing

24   back, but, a month, you can't be on a jury.

25           THE COURT:  So you didn't say anything about the
```

```
 1    substance other than the general topic?

 2              PROSPECTIVE JUROR:  Right.

 3              THE COURT:  And, again, there's nothing that you

 4    heard would affect your ability to be fair?

 5              PROSPECTIVE JUROR:  No, no, just my ability to sit

 6    here for a month.

 7              THE COURT:  Mr. Stefin, do you have any questions

 8    for Ms. Resk?

 9              MR. STEFIN:  No, I don't.

10              THE COURT:  Mr. Schwartz?

11              MR. SCHWARTZ:  None, Your Honor.

12              THE COURT:  Thank you, ma'am.  And don't discuss

13    the case with anyone.  We'll let you know.  If you can just

14    go back down to the jury room.  Thank you.

15              Can you send in Mr.Torelli, please.

16              Have a seat, Mr. Torelli.  Need to get you the

17    microphone.

18              All right, sir.  I know you have issues that you

19    want to talk about as far as your scheduling, and we'll talk

20    about that in a second.  But what, if anything, did you

21    overhear yesterday being said?

22              PROSPECTIVE JUROR:  I didn't hear anything

23    over-said yesterday.  I read about it when I got home.

24              THE COURT:  Oh.  So after you left here you went

25    and did you just happen to come across it or did you seek out
```

1    the information?

2          PROSPECTIVE JUROR:  I looked.  I was curious.

3          THE COURT:  So you thought, even though I told you

4    not to discuss the case with anyone, you thought it would be

5    okay to just go and do your own research?

6          PROSPECTIVE JUROR:  Yeah, I didn't discuss it with

7    anybody.

8          THE COURT:  All right.  What did you find?

9          PROSPECTIVE JUROR:  Just the articles in the paper.

10          THE COURT:  How many articles did you see?

11          PROSPECTIVE JUROR:  Two.

12          THE COURT:  Two?  Do you remember what -- when they

13    were published?

14          PROSPECTIVE JUROR:  One was in the last couple days

15    in the Sun Sentinel.

16          THE COURT:  Okay.  And then when was the other one,

17    do you remember?

18          PROSPECTIVE JUROR:  Several days before that.  One,

19    it was this case is coming to trial, and the other one is

20    this trial's starting on Monday.

21          THE COURT:  Okay.  Do you recall any specific

22    information that you read in these articles?

23          PROSPECTIVE JUROR:  It was just a recap of what the

24    charges were.

25          THE COURT:  Anything more than what you learned

1    yesterday being here in the courtroom?

2              PROSPECTIVE JUROR:  It was a little bit more of the

3    meat and potatoes and specifics.

4              THE COURT:  Do you feel that as a result of reading

5    these two articles that it's caused you to affect your

6    ability to be a fair juror in this case?

7              PROSPECTIVE JUROR:  No.  I mean I'm open-minded.  I

8    would need to hear, you know, like you said, innocent until

9    proven guilty.  So I'm not already coming in with, okay, this

10   is what I read, therefore, this person is guilty.

11             THE COURT:  So the fact you read it in the paper

12   doesn't give it any more credence?

13             PROSPECTIVE JUROR:  I'm not coming in influenced.

14   You read stuff all the time.  I mean, half the stuff you read

15   is subjective.

16             THE COURT:  So you're not in any way affected by

17   what you read?

18             PROSPECTIVE JUROR:  No.

19             THE COURT:  And you can still presume Ms. Marks

20   innocent?

21             PROSPECTIVE JUROR:  Yeah.

22             THE COURT:  You still would --

23             PROSPECTIVE JUROR:  Everybody deserves a fair

24   shake.

25             THE COURT:  You still would require the United

1    States to prove the case with evidence beyond a reasonable

2    doubt?

3              PROSPECTIVE JUROR:  Correct.

4              THE COURT:  And the fact that you read these

5    articles hasn't changed your ability to be fair in this case?

6              PROSPECTIVE JUROR:  No.

7              THE COURT:  Tell us about your other issues that

8    you wanted to bring out.

9              PROSPECTIVE JUROR:  That's my real issue, is my

10   work.  I met with my owners last night on the phone.  They're

11   making it extremely difficult for me to be able to leave work

12   for a month.  I run a restaurant, the Hooter's in Fort

13   Lauderdale.  We open one restaurant every year.  Our Hooter's

14   of Hialeah opens today.  Because of that, it's all hands on

15   deck.  We have pulled managers from every region to be down

16   there for the first month of opening.

17             They told me if I do get picked, that I would be

18   required to, you know, jury duty here 8:00 to 5:30, at least

19   three days a week they want me to drive from West Palm down

20   to Fort Lauderdale, work the night shift, close at, you know,

21   1:00 in the morning, go back to Boca where I live, get up,

22   drive here.  Of course, I'd have to, you know, volunteer my

23   weekends to work.  So I'd be seven days a week plus two

24   doubles, jury duty during the day, working at night for a

25   month.

1              That's a little much to ask of somebody.  I mean,

2       it's not your fault, you know, the United States Government,

3       but my work is telling me that it is unrealistic to be able

4       to get coverage to allow me to be here for 30 days.  I don't

5       have a problem serving jury duty.  I know it's required.

6       Just the length of the case makes it extremely difficult, and

7       I'm not about to forfeit, you know, working 24 hours, drive

8       12 hours, three days a week and every one of my days off to

9       be able to be here.  I don't think it's realistic, I don't

10      think it's right.

11             Once again, it's not your fault; it's just the way

12      my business is run.  It's a restaurant.  It's not a 9:00 to

13      5:00 job.  It's not a job where, you know, after 5:00 o'clock

14      you have free time.  We're a restaurant.  We open, got to be

15      there at 8:00 in the morning and you close at 1:00 at night.

16             And I am the principal.  That's my store.

17             THE COURT:  So you're used to working from 8:00 to

18      1:00 in the morning?

19             PROSPECTIVE JUROR:  I don't like it.  Yeah, I've

20      paid my dues when I was in training, yeah, I worked all the

21      shifts that nobody wanted to work.  But, you know, I've

22      escalated to the --

23             THE COURT:  So if you're going to work from 8:00 to

24      1:00 at your restaurant, you can cut --

25             PROSPECTIVE JUROR:  No, I don't work that many

```
 1    hours.  I either work the day shift is a 8:00 to 5:00, or the
 2    night shift is 5:00 to 12:00.
 3              THE COURT:  Well, you know your employer can't take
 4    any punitive action against you if you're on jury duty.
 5              PROSPECTIVE JUROR:  Sure.
 6              THE COURT:  They can't terminate you.  They can't
 7    demote you.  They can't --
 8              PROSPECTIVE JUROR:  No.  They can make me work my
 9    ass off, though.
10              THE COURT:  All right.  We understand your
11    situation, so we'll certainly take all that into
12    consideration.
13              Let me see if Mr. Stefin has any questions for you
14    about the articles you read.
15              Mr. Stefin?
16              MR. STEFIN:  Mr. Torelli, with respect to these
17    articles, did you read anything that put any type of a
18    negative spin on what the Government or the prosecution is
19    attempting to do in this particular case?
20              PROSPECTIVE JUROR:  No.
21              THE COURT:  Can you use that microphone, please,
22    Mr. Stefin.
23              MR. STEFIN:  Do I need to repeat that?
24              THE COURT:  No.
25              Did you finish?  I'm sorry.
```

```
 1              MR. STEFIN:  Yes.  I just -- so other than being --
 2    reading a recap of some of the accusations in this case, was
 3    there anything else specific that stands out in your mind
 4    about what was being said?
 5              PROSPECTIVE JUROR:  I would say I'm more informed
 6    today than I was yesterday on the -- like I said, the meat
 7    and potatoes of the --
 8              MR. STEFIN:  The accusations?
 9              PROSPECTIVE JUROR:  Yeah, correct.
10              MR. STEFIN:  Do you feel that that in any way
11    influences you at this point in time as to an eventual
12    outcome of this particular case?
13              PROSPECTIVE JUROR:  No.  Like I said, people --
14    there's lawsuits and trials every day I'm sure, and some you
15    read, some you don't.
16              MR. STEFIN:  And sometimes newspapers don't get the
17    facts completely accurate, as well?
18              PROSPECTIVE JUROR:  Lot of people believe
19    everything they read.  They take it as the Bible.  I mean,
20    reading it is one thing.  Being in a courthouse and having
21    listened to testimony and witnesses, that should be the --
22              MR. STEFIN:  Deciding factor?
23              PROSPECTIVE JUROR:  Yeah, sure.  I mean, it's . . .
24              MR. STEFIN:  All right.  What would happen -- what
25    would be the consequences if you were on this jury and you
```

1    just physically could not perform what your supervisors or

2    management expects of you for the next few weeks?  And this

3    case may not actually take a whole month.  It may be two and

4    a half or three weeks, but we always try to give the outer

5    edges to it because people get upset.  But, you know, what

6    would be the consequence to you if you couldn't work a double

7    shift basically?

8            PROSPECTIVE JUROR:  What would my employer -- the

9    consequences from my employer?

10           MR. STEFIN:  No, for you.

11           PROSPECTIVE JUROR:  Politely, I'd be pretty pissed

12   off that I'd have to be sacrificing.

13           MR. STEFIN:  But other -- go ahead.  I'm sorry.

14           PROSPECTIVE JUROR:  It just -- I understand that

15   the process that people get picked randomly, and you have to

16   go to jury duty.  I've done it before.  I've served.  I

17   understand that.  I get that.  But when you have obligations

18   that are difficult to overcome, I would -- you know, that's

19   why I'm sitting here telling you guys this.  It would make

20   things extremely difficult.  I would not be thrilled having

21   to -- I mean, who would be?  You get home at 2:00 in the

22   morning --

23           MR. STEFIN:  No, but my question was if you --

24   because we don't -- nobody here wants you to be doing that

25   and then coming in at 9:00 o'clock the next day and sleeping

1    on the jury box because you're exhausted and you've worked

2    the night shift after listening to testimony.  Everybody

3    wants you to be able to listen like everybody else.  So I'm

4    saying if you -- what's the consequence of you telling your

5    employer that you cannot work the night shift having spent,

6    you know, eight hours in the courtroom listening to

7    testimony?  Or are you saying that's not an option, you just

8    have to go -- just have to work --

9            PROSPECTIVE JUROR:  We haven't gotten that far yet.

10   I told them I was coming back today, and they have some more

11   jurors were coming in, and probably by the end of the day we

12   would have an answer and then we'd have to formulate a plan.

13   But that was the immediate solution from them.

14           And it's not that my employers are, you know, I

15   don't want you to paint the picture that the people that run

16   Hooter's are not nice people, but it's just the timing.  Like

17   I said, we open one store every year.  So it just happened to

18   be that -- you can look in the paper.  Today is the day that

19   the Hooter's of Hialeah opens, and we don't have the luxury

20   of moving people around as easily as it would be if this case

21   was two months from now or two months ago or if it was a

22   five-day trial or a three-day trial.  It's a lot of different

23   moving parts that creates me sitting here explaining this

24   right now.

25           MR. STEFIN:  Okay.

```
 1                    PROSPECTIVE JUROR:  I'm not trying to be difficult,
 2      just it's --
 3                    MR. STEFIN:  I understand.
 4                    PROSPECTIVE JUROR:  The pickle.
 5                    THE COURT:  Mr. Schwartz, do you have any
 6      questions?
 7                    MR. SCHWARTZ:  Mr. Torelli, let me take it
 8      backwards.
 9                    If the judge were to write a letter to your
10      employers saying that they're not allowed to penalize you for
11      serving on jury duty and that you shouldn't have to work
12      extra shifts because of you being on jury duty, would that
13      affect you negatively at work or would that be accepted as a
14      reasonable solution?
15                    PROSPECTIVE JUROR:  I don't know.  I honestly -- I
16      mean, I'm sure they wouldn't be thrilled with it because they
17      know that I've probably come in here and painted a less than
18      favorable situation.
19                    MR. SCHWARTZ:  We'll order the transcript.
20                    But assuming that you told them that you told the
21      truth and you tried your hardest to get out of jury duty --
22      and I'm not -- I don't know that you'll be picked or not,
23      but -- and that the judge, if you were picked, wrote to your
24      employers and said, he shouldn't be punished in this manner
25      even though it helps your company, you're a big company,
```

```
 1    find -- whatever the judge says, I can't put words on the
 2    judge's paper, would you think that that might be a solution?
 3              PROSPECTIVE JUROR:  It would certainly be the next
 4    course of action.  Whether it's a solution, I don't know.  I
 5    mean, would I be penalized?  No, I've worked for them for 20
 6    years.  Most of the times I get the benefit of the doubt.
 7    I've been there.  I'm a longterm employee.  But I'm not an
 8    assistant manager.  I'm just not, let's pull Larry from here
 9    and stick him there.  I'm general manager and area
10    supervisor, so there's a little bit more.  Everything begins
11    and ends with me.
12              MR. SCHWARTZ:  You're the man.
13              PROSPECTIVE JUROR:  I guess as far as chicken wings
14    go, I'm sure.
15              MR. SCHWARTZ:  That wasn't a pun.
16              Although we have very accurate reporters here in
17    the Southern District of Florida, would you rely in making a
18    determination in this case on what you read in the Sun
19    Sentinel articles, or would you rely on what you hear in the
20    courtroom?
21              PROSPECTIVE JUROR:  The courtroom.
22              MR. SCHWARTZ:  And you're not coming in
23    predisposed, either biased for or prejudiced against,
24    Mrs. Marks because of what you read in the paper; is that
25    true?
```

```
 1                    PROSPECTIVE JUROR:  Correct.
 2                    MR. SCHWARTZ:  I have no further questions, Judge.
 3                    THE COURT:  All right.  Thank you, Mr. Torelli.
 4       We'll take everything into consideration, and we'll let you
 5       know shortly, hopefully.
 6                    PROSPECTIVE JUROR:  All right.  Thank you.
 7                    THE COURT:  Thank you, sir.
 8                    Please send in Mr. Trout.
 9                    Have a seat, Mr. Trout.  Welcome back.
10                    PROSPECTIVE JUROR:  Thank you.
11                    THE COURT:  All right.  Sir, I think you indicated
12       that you may have read something about the case after you
13       left yesterday; am I correct?
14                    PROSPECTIVE JUROR:  That is correct.  I went on the
15       Internet.
16                    THE COURT:  All right.  And why did you feel the
17       need to do that?
18                    PROSPECTIVE JUROR:  I don't know.  Maybe it's just
19       because I'm just an engineer and I like to research things.
20                    THE COURT:  All right.  Did it make sense to you
21       that it would be something you should be going out and trying
22       to find out what's going on about the case?  Did that make
23       sense to you?
24                    PROSPECTIVE JUROR:  Actually, it was more that I
25       was looking into Romani, you know, Gypsy, than anything.  I
```

1    did see one article I think on Ms. Marks and another on

2    Deveraux, but for the most part it was going and looking at

3    the, you know, the Romani and the Gypsy and stuff.

4          THE COURT:  All right.  Well, let me ask you this.

5    What article, if any, did you read about this particular case

6    and Ms. Marks, do you recall?

7          PROSPECTIVE JUROR:  Well, there was an article,

8    basically, it was saying the trial was starting today, or

9    yesterday, and that, you know, about how she was going to

10   be -- she was in here for tax stuff besides fraud or

11   whatever.  I guess it was about 17 counts or something,

12   but . . .

13         THE COURT:  Okay.  Well, I kinda -- you learned

14   that yesterday from me.  So is there anything that you read

15   in the newspaper article that was something over and above

16   what you learned here in the courtroom yesterday?

17         PROSPECTIVE JUROR:  Not on Ms. Marks and

18   everything.  It was only on~--

19         THE COURT:  Let's talk about Ms. Marks right now

20   and the case.  Did you learn anything about Ms. Marks or this

21   case other than what you already heard here in the courtroom

22   from us?

23         PROSPECTIVE JUROR:  Not really.

24         THE COURT:  Is there anything that stands out in

25   your mind that you learned about Ms. Marks or the case that

1    you didn't learn yesterday?

2         PROSPECTIVE JUROR:  Not that I -- nothing that

3    really jumps out at me, no.

4         THE COURT:  If you're chosen to be a juror in this

5    case, would you base your verdict on anything that you may

6    have read in the newspaper yesterday?

7         PROSPECTIVE JUROR:  No, I discount the newspapers

8    quite a lot anyway.

9         THE COURT:  So would you be able to state

10   categorically that if you're on the jury you would base your

11   decision on the evidence that's presented and the law that

12   you're required to follow and not based upon anything you

13   learned or heard outside the courtroom?

14        PROSPECTIVE JUROR:  Yeah, it'd be from whatever

15   came from the courtroom.

16        THE COURT:  Can you still presume Ms. Marks

17   innocent even though you read the newspaper article yesterday

18   about her?

19        PROSPECTIVE JUROR:  Yeah, that hadn't changed

20   anything.

21        THE COURT:  Would you still put the burden of proof

22   on the United States to prove her guilt beyond a reasonable

23   doubt?

24        PROSPECTIVE JUROR:  Correct.

25        THE COURT:  Now, tell me what is it that you

1    learned or about either the Romani culture or Gypsy culture

2    and that in your research yesterday?

3            PROSPECTIVE JUROR:  Well, I was just going through

4    that and everything, how Mr. Schwartz said, mentioned that it

5    was an old society.  You know, you've seen movies here and

6    there and everything, but I hadn't really done anything on

7    it.  How they came out of what they figure northern India and

8    everything, over 1500 years ago, and they kinda spread

9    through Europe, at some points being requested to come in to

10   teach music along that lines, and later on it was more like

11   the Jewish population where they were kind of being

12   persecuted, too, so . . .

13           THE COURT:  All right.  Is there anything that you

14   learned that would either cause you to have any bias or

15   prejudice against her or bias or prejudice in favor of her?

16           PROSPECTIVE JUROR:  No, not as -- you know, no.  I

17   like to judge people for themselves, not what they're

18   associated with as far as, you know, whether your race or

19   religion or whatever.

20           THE COURT:  Is there anything that you read about

21   the Romani culture or Gypsy culture, if that's what the right

22   terminology is, that would, again, influence your decision in

23   this case?

24           PROSPECTIVE JUROR:  No.

25           THE COURT:  Would you be able to put aside and not

1  consider any of that information and only base your decision

2  on what's presented in this courtroom?

3       PROSPECTIVE JUROR:  Yeah, that'd be -- that's the

4  only thing I'd be looking, that would be in the courtroom.

5       THE COURT:  What about Ms. Deveraux?  You said you

6  looked her up as well?

7       PROSPECTIVE JUROR:  Briefly.  I hadn't really heard

8  too much of the name or everything until it was brought up in

9  here.  Just to find out that she's a writer and everything.

10  The one article had mentioned how she was discovered in a

11  motel or something down in Lauderdale by a police officer or

12  an inspector or something, and she was saying how he stopped

13  her from committing suicide or whatever, but . . .

14       THE COURT:  All right.  Did that have anything to

15  do with the case as far as you're concerned?

16       PROSPECTIVE JUROR:  No.  I mean, you know, it

17  didn't really get into saying, you know, this was a specific

18  reason why I want to commit the suicide, because there was

19  quite a number of other things in her life, I guess, with her

20  son dying and other things that were happening in her life

21  that could have triggered any of that.

22       THE COURT:  All right.  And so having read that

23  article, did that cause you, again, to have any leanings in

24  this case one way or the other?

25       PROSPECTIVE JUROR:  Not really, no.

```
 1                THE COURT:  All right.  Mr. Stefin, do you have any
 2      questions?
 3                MR. STEFIN:  No, I don't.  Thank you.
 4                THE COURT:  Mr. Schwartz?
 5                MR. SCHWARTZ:  No questions, Your Honor.
 6                THE COURT:  Thank you, sir.  And please don't
 7      discuss what you've told us with anyone else, and don't do
 8      any more research on your own.  Okay?
 9                PROSPECTIVE JUROR:  Okay.
10                THE COURT:  Unless you're excused from the case.
11      Okay?
12                PROSPECTIVE JUROR:  Thank you.
13                THE COURT:  Thank you.
14                Can you send Mr. Kyratzis in, please.
15                Welcome back, sir.  Have a seat.
16                All right.  I know there was -- I think there was
17      an issue you wanted to talk to us about as far as scheduling,
18      but we'll talk about that in a minute.  What I wanted to
19      first discuss with you is what, if anything, you may have
20      read or heard either yesterday or after we researched (sic)
21      yesterday.
22                PROSPECTIVE JUROR:  I believe it was after lunch,
23      we were waiting in the hallway for Irene to come and get us,
24      and the gentleman behind me who was wearing the black t-shirt
25      and the long --
```

```
 1              THE COURT:  Mr. Morehead.

 2              PROSPECTIVE JUROR:  Yeah, the wild one.

 3              THE COURT:  Okay.

 4              PROSPECTIVE JUROR:  He started saying something

 5    about you can look it up on the Internet, blah, blah, blah,

 6    blah, blah, blah, and I said, if I remember correctly, I

 7    think the situation happened like two, three years ago, and

 8    he said blah, blah, blah --

 9              THE COURT:  I'm sorry, we are having trouble

10    hearing you, sir.  Can you use that microphone, please?

11              PROSPECTIVE JUROR:  I said to him, if I can

12    remember correctly, I heard something about it two, three

13    years ago on the news.  And he said, yeah, yeah, yeah, that's

14    her.  And then he started talking about football with the guy

15    next to him, and I started talking about kitchen cabinets and

16    bathroom cabinets with the guy next to me and Irene came out.

17              THE COURT:  All right.  So what was it, if you can

18    be as specific as you can, what is it that you think

19    Mr. Morehead said about the Internet?

20              PROSPECTIVE JUROR:  He said you can look it up on

21    the Internet, she embezzled or she did something with a lot

22    of money, and I replied, I think, if I remember correctly, I

23    saw it in the news two, three years ago.  It was a situation

24    down in Boca and I think Madison Avenue and Park Avenue in

25    New York.  But then again, I don't remember what I had for
```

```
 1    dinner last night, so . . .
 2            THE COURT:  All right.  So did it sound to you as
 3    if Mr. Morehead had actually gone on the Internet and read
 4    some information or he was saying you could go on the
 5    Internet?
 6            PROSPECTIVE JUROR:  You could go on the Internet.
 7            THE COURT:  Okay.  So did he give you any specifics
 8    as to what he thought was -- this case was involving?
 9            PROSPECTIVE JUROR:  Like I said, he said something
10    that she stole 20 -- she stole millions of dollars from
11    somebody or something.
12            THE COURT:  And how would he have known that if he
13    hadn't already done the research?
14            PROSPECTIVE JUROR:  I don't know.
15            THE COURT:  Okay.  And now, that caused you to
16    recollect that you might have read about this case?
17            PROSPECTIVE JUROR:  I said, if I remember
18    correctly, about two, three years ago -- I don't watch the
19    news often, but I said, if I remember correctly, I think I
20    remember from about two, three years ago something with down
21    in Boca and something with New York, Park Avenue or Madison
22    Avenue.
23            THE COURT:  And it had to do with a fortune
24    telling-type situation?
25            PROSPECTIVE JUROR:  Yes.
```

```
1              THE COURT:  And do you remember if Ms. Marks was

2    the subject of that article or if it was someone else?

3              PROSPECTIVE JUROR:  Sir, if I watch the news, I sit

4    down, I go to bed with my wife, I put on the news.  I work

5    for the Postal Service so I'm very tired.  I watch the news

6    for five minutes and I'm like, I'm out.  Next morning, I

7    wonder what happened in the news.  Even my wife's like, I

8    fell asleep right after you.

9              Then I catch the morning news as I'm getting

10   dressed.  I'm not a TV person, I'm not really a news person.

11   Maybe every now and then I'll watch Dateline or something or

12   the evening news.

13             THE COURT:  Let me ask you this.  Anything that

14   Mr. Morehead said or that you recall about this newspaper

15   article that you might have read or news report that you

16   might have read or heard about a couple years ago, would that

17   in any way affect you in this case?

18             PROSPECTIVE JUROR:  No.

19             THE COURT:  Is there anything that you heard

20   Mr. Morehead say that would cause you to not be able to

21   presume Ms. Marks innocent of these charges?

22             PROSPECTIVE JUROR:  No.

23             THE COURT:  Anything that would cause you to not

24   require the United States to prove her guilt in this

25   courtroom with evidence beyond a reasonable doubt?
```

```
 1                    PROSPECTIVE JUROR:  No.
 2               THE COURT:  So is there anything about what you
 3     read or heard that would affect your decision in this case?
 4                    PROSPECTIVE JUROR:  No.
 5               THE COURT:  Could you set aside anything that you
 6     may have heard or read previously and only decide this case
 7     on the evidence that's presented?
 8                    PROSPECTIVE JUROR:  Yes.
 9               THE COURT:  Let me ask you about your -- you had an
10     issue on September 11th, is that what I understand?
11                    PROSPECTIVE JUROR:  Correct.  I woke up this
12     morning, I was doing bills and I took my calendar off the
13     wall and I flipped the calendar over to September.  I said,
14     oh my God, honey, September 11th my wife is being sworn in.
15     She has to go take the test to become an American citizen,
16     and we've been -- this is a long process, and about three
17     weeks ago I spoke with my boss about it to take that day off,
18     but I said if I'm going to be here for three, four weeks, I
19     really -- it's 1:00 o'clock.
20               And you know Immigration.  You don't just walk in
21     there and say, okay, you're out in five minutes.  I can be
22     there for a half hour, I could be there for three hours, I
23     don't know.  So I told Irene today when I came in.
24               THE COURT:  All right.  So is this a special
25     appointment with an Immigration officer or is this like a
```

```
1    group swearing in?

2              PROSPECTIVE JUROR:  It's a special appointment.

3    You go through all the processes and then she has to go take

4    the exam, and hopefully, which I'm sure she will, she'll pass

5    it and then she has to get sworn in as an American citizen.

6              THE COURT:  So she takes the exam and gets sworn in

7    right then and there?

8              PROSPECTIVE JUROR:  From what I understand, yes.

9              THE COURT:  All right.  And it's a 1:00 o'clock

10   appointment?

11             PROSPECTIVE JUROR:  Correct.

12             THE COURT:  We have some days that, like, for

13   example, I think on September 16th where we're going to be

14   off completely on the 16th.

15             THE COURTROOM DEPUTY:  Yes.

16             THE COURT:  I don't know if this is possible, but

17   maybe if my assistance, if I can call and help you, would it

18   be possible to maybe switch the appointment to a day that

19   we're not going to be in session, like the 16th?

20             PROSPECTIVE JUROR:  I'll be honest with you,

21   Immigration is such a pain in the neck to deal with, I'd

22   really just leave it the way it is.  I don't want to --

23   because they can tell me come back in December.

24             THE COURT:  Well, no.  If I could get them, if I

25   use my influence, whatever influence I might have, to pick a
```

```
 1   day for them to have the appointment on a day that we're not

 2   going to be in court and you could go, if that could be done,

 3   would that help you at all?  Assuming it can be done.

 4            PROSPECTIVE JUROR:  Like I said, I'd just rather

 5   leave it the way it is.  And what's September 16th?

 6            THE COURT:  It's a Monday.

 7            PROSPECTIVE JUROR:  But what is it?  Is it a

 8   holiday?

 9            THE COURT:  No, I have other things I have to do,

10   so we're not going to be in court that day.

11            PROSPECTIVE JUROR:  Yeah, but then if I'm not in

12   court I have to report to work, correct?

13            THE COURT:  But you said you're going to take off

14   that day anyway.

15            PROSPECTIVE JUROR:  See, that's the whole thing.  I

16   can't tell my boss now, oh, for jury duty I'm going to switch

17   it to the 16th.  I just -- I'd rather just leave it the way

18   it is.

19            THE COURT:  All right.  Well, assuming we could

20   accommodate your wife's situation, that's the only other

21   issue you have; is that correct?

22            PROSPECTIVE JUROR:  Well, I have another issue.  I

23   didn't want to mention it yesterday.  Everybody's talking

24   about other things and personal things with the kids and

25   finances.  Finance, I need my money.  I need my overtime.
```

```
 1    Thank God for the Postal Service.  But I have two dogs and my
 2    oldest one's 15.  She was diagnosed with cancer about 18
 3    months ago.  And my wife and I -- she's doing great.  Not
 4    great.  I mean she's pretty much on her last leg but she's
 5    not suffering.  And my wife and I refuse to euthanize her.  I
 6    mean I had her since she was six weeks old, so it's like a
 7    child to me.  And pretty much like I only have one car, and
 8    we want her to pass away at home in the sleep or something,
 9    you know.  I'd rather have it that way than take her to the
10    vet and put her down.
11         But like I was walking her this morning, she
12    doesn't know -- she's old.  She's 15 so she has like
13    Alzheimer's, dementia.  She doesn't know where she's going,
14    so my wife is there watching her.  And I said, you know,
15    honey, let me put her down.  She's like no, no, no, I'm home,
16    I'm not working right now, just let her be, hopefully she
17    will just go out in her sleep.
18         But like I said, I only have one car.  If she calls
19    me now and my dog died, I mean, I can't leave her -- I can't
20    leave a dead dog in my house.  So I would have to leave.
21         THE COURT:  All right.  Well, if that situation
22    came about, we can deal with it.
23         PROSPECTIVE JUROR:  Okay.
24         THE COURT:  Emergencies happen, and we can deal
25    with emergencies.
```

```
 1              All right.  So let me ask Mr. Stefin, do you have

 2    any questions for this gentleman regarding what information

 3    he heard yesterday or about his recollection of a prior

 4    article he might have read?

 5              MR. STEFIN:  No, Your Honor.

 6              THE COURT:  Mr. Schwartz?

 7              MR. SCHWARTZ:  No, sir.

 8              THE COURT:  Thank you, sir.

 9              All right.  We'll be back to you as soon as we can.

10              PROSPECTIVE JUROR:  You're welcome.

11              THE COURT:  And if you could bring Ms. Gasc in,

12    please.

13              Welcome back, Ms. Gasc.

14              What was it that you either read or learned

15    yesterday?

16              PROSPECTIVE JUROR:  Yesterday afternoon when all

17    the jurors or jurors that might be selected were out in the

18    hallway, just like you said, someone may have overheard -- I

19    overheard.  I happened to be very close to one of the

20    potential jurors that was extremely loud.  And I really

21    wasn't paying attention, but I heard enough that I knew he

22    was talking about the case, and I think what he was talking

23    about was that he had seen information online, and from

24    there, it was all negative comments about the Defendant,

25    about the type of business she's in and lots of money, and
```

1    she should be put in jail.  I think that's what I remember.

2         I really wasn't trying to pay attention at all

3    because, you know, because I knew we weren't supposed to be

4    talking about it.  And one of the potential jurors, you know,

5    it sounded like he was, so I walked away at that point.

6    That's all I know.

7         THE COURT:  All right.  Can you remember which

8    juror it was?

9         PROSPECTIVE JUROR:  That was speaking?

10        THE COURT:  Yes.

11        PROSPECTIVE JUROR:  Oh, yeah.  He's not here today.

12        THE COURT:  Okay.  Was it the gentleman with the

13   black shirt, Mr. Morehead, who was seated in the back?

14        PROSPECTIVE JUROR:  Yeah, he was in front of me

15   with black hair.

16        THE COURT:  In the back?

17        PROSPECTIVE JUROR:  Yeah.

18        THE COURT:  Right.  He's in front of you.

19        PROSPECTIVE JUROR:  Yeah, right.

20        THE COURT:  Did you overhear anyone else joining in

21   the conversation?

22        PROSPECTIVE JUROR:  They were more listening, but I

23   think you've already spoken to one of them.  The other one I

24   don't think is here today.

25        THE COURT:  Which one was that, if you remember?

```
 1              PROSPECTIVE JUROR:  The one that you just spoke to,
 2    I believe he was standing right next to him.
 3              THE COURT:  Okay.  And did you hear him say
 4    anything?
 5              PROSPECTIVE JUROR:  Maybe just, you know,
 6    responding or something like that.  I don't recall.  I was
 7    next to them but I really wasn't paying attention.  I got the
 8    gist that they were talking about the case or he was talking
 9    about the case.  Not saying they were, the other two people,
10    but he definitely was.
11              THE COURT:  Is there anything that you overheard
12    anyone say that would in any way affect your ability to be a
13    fair juror in this case?
14              PROSPECTIVE JUROR:  No, it was just all negative.
15    Whether or not it's going to affect me or not, you know, I
16    don't think so, but I guess the answer is no, it wouldn't.
17              THE COURT:  Would the fact you heard one juror
18    saying negative things about this defendant and he maybe
19    suggested that he read something on the Internet about her,
20    is that going to influence your decision?
21              PROSPECTIVE JUROR:  I don't think so.
22              THE COURT:  Would you be able to only base your
23    decision on the evidence that's presented and not on anything
24    you may have heard outside the courthouse?
25              PROSPECTIVE JUROR:  I think so.
```

```
 1              THE COURT:  Would you still presume Mrs. Marks
 2    innocent?
 3              PROSPECTIVE JUROR:  Yes.
 4              THE COURT:  And could you still require the
 5    Government to prove her guilt beyond a reasonable doubt?
 6              PROSPECTIVE JUROR:  Yes.
 7              THE COURT:  Any questions, Mr. Stefin?
 8              MR. STEFIN:  No, Your Honor.
 9              THE COURT:  Mr. Schwartz?
10              MR. SCHWARTZ:  None, Your Honor.
11              THE COURT:  Thank you, ma'am.
12              I think that was everybody, isn't it?  Was that
13    everybody?
14              All right.  So any motions based on the new
15    information as to the first group that we dealt with
16    yesterday?
17              MR. SCHWARTZ:  No, Your Honor.
18              MR. STEFIN:  No, Your Honor.
19              THE COURT:  So are you ready to start making some
20    decisions?
21              MR. SCHWARTZ:  I just wanted to point one thing out
22    to you on the question you asked me on 6E, because I took a
23    look at it.  I wondered why didn't I think of that, and then
24    I realized that Mr. Stack isn't covered by 6E.
25              When Your Honor gets a chance, if you look at 6E2A,
```

```
1    it says there's -- no obligation of secrecy may be imposed on

2    any person except in accordance with Rule 6(e) 2B.  6E2B then

3    lists those people who are under the rule of grand jury

4    secrecy as a grand juror, an interpreter, a court reporter,

5    an operator of a recording device, a person who transcribes

6    recorded testimony, and an attorney for the Government,

7    period, or a person who disclosure is made to under Rule 6(e)

8    3A2 or three.  That's the judicial exceptions rules.

9            THE COURT:  Can we not discuss this now?

10           MR. SCHWARTZ:  Okay.  I'm sorry.

11           THE COURT:  Let's pick the jury and then we'll talk

12   about it.

13           MR. SCHWARTZ:  Okay.

14           THE COURT:  All right.  Let's get the jury settled,

15   and then we'll -- you'll have a full opportunity to argue

16   your motion.

17           MR. SCHWARTZ:  Thank you.

18           THE COURT:  All right.  So are we ready or do you

19   need some time?

20           MR. STEFIN:  We're ready.  The only question that's

21   been raised is Mr.Torelli, whether we're able to pick a jury

22   without him.

23           THE COURT:  What's your position with Mr. Torelli,

24   Mr. Schwartz?

25           MR. SCHWARTZ:  Your Honor, I believe it's not a
```

1    hardship for Mr. Torelli, and that's been your test.  It's

2    whether it's a hardship for his business.  Hooter's is a big

3    business.  If they want to take a -- one of all of the

4    managers from around the country that are in town for the

5    grand opening, they can move them to Mr. Torelli's store.  I

6    don't think he should have to suffer, but I think the

7    hierarchy of Hooter's, if they got a letter from the Court

8    saying that the rule is you're not allowed to penalize

9    somebody for being on the grand jury (sic), so you can't make

10   him work ungodly hours, I think they would comply.

11          THE COURT:  Mr. Stefin?

12          MR. STEFIN:  I just think we're creating potential

13   prejudice, and I don't know on whose side, that if this

14   individual is in a situation where he's going to be working

15   double shifts in order to keep his management satisfied or do

16   what he thinks is necessary, then we're going to have a juror

17   coming to court several days a week who may not be in a

18   position to be paying attention to what's going on.

19          I also think that anytime somebody who's expressed

20   strong interest, expressed strong feelings about why they

21   can't be here and they're taken anyway, and I understand what

22   Mr. Schwartz is saying, it's more of a problem with Hooter's,

23   then that individual is more likely than the average juror to

24   have resentment.  And when jurors have resentment they often

25   don't take it out on the defense but they take it out on the

```
 1    system that put them there, and you know, if it affects the

 2    juror's ability to spend time to deliberate, you know,

 3    somebody in that situation may not want to take the time to

 4    deliberate, and that could work to the detriment of Ms. Marks

 5    or to the Government.  I don't know which.

 6             I know we have a count going here, and I think we

 7    have enough that we could actually excuse Mr. Torelli and

 8    still have enough jurors even if we exercise all our

 9    peremptory challenges.

10             THE COURT:  If we excuse him, how many are we going

11    to have, 34?

12             MR. STEFIN:  I think so, or 33.  We have 34 without

13    him; is that right?  I mean 34 with him.

14             THE COURT:  I have 32 without him.  I'm sorry, 33

15    without him.  I have 33 without him.  Thirty-three will allow

16    us to seat 14 jurors with all peremptory strikes.  The

17    question would be whether we're going to be able to seat a

18    third alternate.

19             MR. SCHWARTZ:  Well, with 33, if we had 16

20    peremptory strikes, couldn't we -- and my math is bad, which

21    is why I went to law school.  Wouldn't we have 17 left?

22             THE COURT:  We need 16 jurors.  If we have two --

23    and then --

24             MR. SCHWARTZ:  If we have 16 strikes.

25             THE COURT:  And 16 strikes, we need 14 jurors,
```

```
 1    that's 30, and then we have the two alternates.  You get two
 2    strikes for the alternates.
 3              MR. SCHWARTZ:  We need 12 jurors plus three or four
 4    alternates.  So we would need, let's say 16 jurors, if we had
 5    four alternates.  And that's 16 strikes.
 6              THE COURT:  We're not going to have four
 7    alternates.  I can't imagine we're going to have four
 8    alternates.
 9              MR. SCHWARTZ:  Well, then we're fine, Judge.  If we
10    have three alternates, that's 15 jurors and 16 strikes, which
11    adds up in my rudimentary math to 31.
12              MR. STEFIN:  Right.  Then we each get one strike
13    for --
14              THE COURT:  You have to count the strikes for the
15    alternates.
16              MR. STEFIN:  If you give us each one strike for the
17    alternates, then --
18              THE COURT:  But if we have three alternates, there
19    has to be two strikes apiece.
20              MR. STEFIN:  Is that the rule?
21              THE COURT:  Well, how can I give you -- I mean, I
22    guess -- if you want to agree that you each get one strike
23    and the last alternate is just there, nobody gets a strike on
24    the last alternate, that's fine.  I have no problem with that
25    if you both agree to it.
```

```
 1                MR. STEFIN:  I'm agreeable to that.  I mean,

 2     because we'll know who the three or four people are that are

 3     potential alternates, so we'll save our strike for the one

 4     person we want to make sure is not on.

 5                THE COURT:  I would think we probably will be all

 6     right.  We definitely have enough to seat a panel and two

 7     alternates.  The question is whether we're going to have

 8     enough for a third alternate.  We may not have enough.

 9                MR. SCHWARTZ:  I think we should go forward, Judge.

10                THE COURT:  I'm sorry.

11                MR. SCHWARTZ:  I think we should go forward.

12                THE COURT:  Okay.  But the question is on Mr.

13     Torelli, I think I'm going to strike him for hardship,

14     because I think his attitude is such that he's going to be

15     very, very resentful if he's going to be here.  And it's

16     going to be a difficult problem.  And the last juror I had in

17     her (sic) situation was a problem for -- creating problems

18     for the rest of the jury in a similar situation on my last

19     jury.  So I'd rather not have to deal with that potential

20     problem.

21                All right.  So if you're ready to begin, as I said,

22     no backstriking.  The Government will go first on the first

23     juror.  Then we'll alternate.  The defense will go first on

24     the second juror.  When both sides accept a juror, the

25     juror's seated.
```

```
 1                  We've got Ms. Alston as the first juror.  What's
 2     the Government's position on Ms. Alston?
 3               MR. STEFIN:  Acceptable, Your Honor.
 4               MR. SCHWARTZ:  Acceptable, Your Honor.
 5               THE COURT:  She's number 1.
 6               MR. SCHWARTZ:  I'm sorry, forgive me.  I looked at
 7     the wrong one.  We strike Ms. Alston.
 8               THE COURT:  She's the one you wanted to strike for
 9     cause.
10               MR. SCHWARTZ:  That's right.
11               THE COURT:  Ms. Brezak, defense on Ms. Brezak.
12               MR. SCHWARTZ:  Acceptable, Your Honor.
13               MR. STEFIN:  Acceptable.
14               THE COURT:  Ms. Melvin is our next juror,
15     Government?
16               MR. STEFIN:  We'll challenge her.  We'll strike
17     her.
18               THE COURT:  Ms. Dorn, defense?
19               MR. SCHWARTZ:  Ms. Dorn is acceptable, Your Honor.
20               MR. STEFIN:  Government will strike her.
21               THE COURT:  Mr. Sardinas, Government?
22               MR. STEFIN:  Acceptable.
23               MR. SCHWARTZ:  The defense would strike
24     Mr. Sardinas.
25               THE COURT:  Mr. Bean, defense?
```

```
 1                 MR. SCHWARTZ:  Defense would strike Mr. Bean.

 2                 THE COURT:  I'm sorry, Mr. Bean, the defense is

 3      striking Mr. Bean?

 4                 MR. SCHWARTZ:  Yes, Your Honor.

 5                 THE COURT:  Okay.  Thank you.

 6                 Mr. Carroll, Government?

 7                 MR. STEFIN:  Acceptable.

 8                 THE COURT:  Defense?

 9                 MR. SCHWARTZ:  Acceptable.

10                 THE COURT:  Ms. Rowe, defense?

11                 MR. SCHWARTZ:  May I have a moment, Judge?

12                 THE COURT:  Yes.

13                 MR. SCHWARTZ:  Your Honor, we would accept

14      Ms. Rowe, but we would remind the Court that she's the one

15      who may have to be excused down the road.

16                 THE COURT:  Right.  Everyone's agreed that if

17      she -- if the situation comes about where her mother needs to

18      be cared for, we're going to excuse her.

19                 MR. SCHWARTZ:  Yes, Your Honor.

20                 THE COURT:  Agreed, Government?

21                 MR. STEFIN:  Yes, Your Honor.

22                 THE COURT:  Okay.  So, I'm sorry, did the

23      Government accept her yet?

24                 MR. STEFIN:  She's acceptable.

25                 THE COURT:  Okay.  All right.
```

```
 1              Ms. Resk, Government?

 2              MR. STEFIN:  Acceptable.

 3              MR. SCHWARTZ:  I hate to do this to her, but she's

 4    acceptable to us, Judge.

 5              THE COURT:  That's number 4.

 6              Mr. Kolkana, defense?

 7              MR. SCHWARTZ:  No objection, Your Honor.  We accept

 8    him.

 9              THE COURT:  Government?

10              MR. STEFIN:  We accept.

11              THE COURT:  He's going to be unhappy because he's

12    going to miss his Orlando summit.  So be prepared for that.

13              All right.  Ms. Wilkins, Government.

14              MR. STEFIN:  Acceptable.

15              MR. SCHWARTZ:  We would move to strike, Your Honor.

16              THE COURT:  Mr. Cole, Government?

17              MR. STEFIN:  Acceptable.

18              MR. SCHWARTZ:  Defense would strike, Your Honor.

19              THE COURT:  Mr. Herzog, defense?

20              MR. SCHWARTZ:  We would move to strike, Your Honor.

21              THE COURT:  Ms. Wray, Government?

22              MR. STEFIN:  We'll strike her.

23              THE COURT:  Ms. Rodriguez, defense?

24              MR. SCHWARTZ:  We'd strike.

25              THE COURT:  Mr. Trout, Government?
```

```
 1                    MR. STEFIN:  I just need one second.  I'm sorry.
 2      Ms. Rodriguez defense struck?
 3                    THE COURT:  Yes.
 4                    MR. SCHWARTZ:  I believe I've stricken seven so
 5      far.
 6                    THE COURT:  That's my count, yes.
 7                    MR. STEFIN:  Mr. Trout is acceptable.
 8                    MR. SCHWARTZ:  We would accept Mr. Trout.
 9                    THE COURT:  Ms. Hamilton, defense?
10                    MR. SCHWARTZ:  We would accept Ms. Hamilton, Your
11      Honor.
12                    THE COURT:  Government?
13                    MR. STEFIN:  We accept.
14                    THE COURT:  Mr. Armstrong, Government?
15                    MR. STEFIN:  We accept.
16                    MR. SCHWARTZ:  We would accept Mr. Armstrong, Your
17      Honor.
18                    THE COURT:  Mr. Kyratzis, defense?
19                    MR. SCHWARTZ:  We would move to strike
20      Mr. Kyratzis, Your Honor.
21                    THE COURT:  Ms. Cunningham, Government?
22                    MR. STEFIN:  We'll strike her.
23                    THE COURT:  Mr. Gonzalez, defense?
24                    MR. SCHWARTZ:  We would accept Mr. Gonzalez, Your
25      Honor.
```

```
 1                    MR. STEFIN:  Acceptable.

 2                    THE COURT:  Ms. Silver, Government?

 3                    MR. STEFIN:  Acceptable.

 4                    MR. SCHWARTZ:  We would move to strike Ms. Silver,

 5       Your Honor.

 6                    THE COURT:  You only have one strike left.

 7                    MR. SCHWARTZ:  I understand.

 8                    THE COURT:  Mr. Pervenecki, Government?

 9                    MR. STEFIN:  Acceptable.

10                    MR. SCHWARTZ:  Acceptable, Your Honor.

11                    MR. STEFIN:  Is that the tenth juror so far?

12                    THE COURT:  Yes, juror number 10.

13                    Ms. Gasc, defense?

14                    MR. SCHWARTZ:  Acceptable, Your Honor.

15                    MR. STEFIN:  Acceptable.

16                    THE COURT:  Ms. Webb, Government?  Again, if we

17       pick Ms. Webb we have to do it with the understanding that if

18       she's sick, we're going to excuse her.

19                    MR. STEFIN:  She's acceptable.

20                    MR. SCHWARTZ:  May I have a moment, Your Honor?

21                    THE COURT:  Yes.

22                    MR. STEFIN:  Government has used five or four?

23                    MR. SCHWARTZ:  We would strike Ms. Webb.

24                    THE COURT:  That's your last strike.

25                    All right.  Government, you've got, I believe, two
```

```
 1    more strikes, and we need to seat one more juror in the panel

 2    of 12.

 3              MR. STEFIN:  Ms. Webb was struck, so the next one

 4    is . . .

 5              THE COURT:  It's either Roberson, Roth or Harman.

 6              MR. STEFIN:  Mr. Roberson's acceptable.

 7              THE COURT:  All right.  So he's our 12th juror.

 8              We have six jurors left to pick.  I guess we could

 9    seat four alternates.  I'm not sure we need four.  I was

10    going to say three probably would be sufficient.

11              Before we do that, I just want to point out I think

12    the only juror that we sat that has scheduling issues is

13    Mr. Kolkana, number 16.  I believe.

14              Of course, we have Ms. Rowe who may or may not,

15    depending on her mother's.  So I just want to know if you

16    both agree, if you want to replace Mr. Kolkana with a juror

17    that you can both agree on, so as to avoid his scheduling

18    issues, I throw that out for you to consider, but otherwise

19    he's going to sit.

20              And again, you have Mr. Roth who he's got his

21    teaching issues, I don't know if we want to impose on him as

22    an alternate.  I'm just throwing it out.  If you want to both

23    agree on picking someone other than Mr. Kolkana so that he

24    can go on his trip and not be frustrated, I'm willing to

25    allow you to do that.
```

1          MR. BARDFELD:  We've used four; is that correct,

2    Your Honor?

3          THE COURT:  Well, you're finished.  You're out of

4    strikes.

5          MR. STEFIN:  Well, we're at the end.

6          MR. BARDFELD:  Right.

7          THE COURT:  So you don't have any.  I mean, you've

8    already picked your juror.

9          MR. BARDFELD:  No, I was talking about --

10         THE COURT:  You can't carry them over.

11         MR. SCHWARTZ:  Judge, this is going to be -- since

12   this is a somewhat strange situation anyway, we would be

13   agreeable to strike Mr. Kolkana if he were substituted for

14   Mr. Gandolfo.  Mr. Gandolfo is two down from, I believe where

15   we are.  We have Mr. --

16         THE COURT:  I understand.  I'm just saying if the

17   Government agrees, that's fine.  Otherwise -- and if you

18   can't agree on a replacement, then he's the juror.

19         MR. STEFIN:  That's acceptable.  Are we skipping

20   anybody, though?

21         MR. SCHWARTZ:  Yeah, Mr. Roth, who I was going to

22   suggest excusing because of his problems, and then Kenneth

23   Harman we were skipping, and he would be the first one to be

24   questioned as to whether he's an alternate or not, I guess,

25   if the Court and Mr. Stefin agrees to that procedure.

```
1              MR. STEFIN:  My only concern is if we end up with

2    Mr. Brown as an alternate, does that mean we would have to

3    delay some days accommodating his schedule?

4              THE COURT:  I think the likelihood is it would be,

5    at the most, one day September 13th because if we get to the

6    end of September and he's the last alternate, we're going to

7    know whether or not we're going to need him to stick around

8    or not.  That's in all likelihood.  In all likelihood, we're

9    not going to be down to one juror at that point, but, you

10   know, you never know.  That's why we have -- it's possible,

11   but I think the likelihood is we'd only need to excuse him

12   for one day or be out of session for one day to accommodate

13   him.

14             MR. STEFIN:  I don't have any objection to that

15   proposal by Mr. Schwartz.

16             THE COURT:  All right.  So we'll -- so Mr. Schwartz

17   and Mr. Stefin, you both agree to strike Mr. Kolkana and put

18   Mr. Gandolfo as our 12th juror; is that correct?

19             MR. SCHWARTZ:  Correct, Judge.

20             THE COURT:  Mr. Stefin, is that correct?

21             MR. STEFIN:  Yes, Your Honor.

22             THE COURT:  So then let's talk about the

23   alternates.  Is anybody going to want to keep Mr. Roth as an

24   alternate under the circumstances with his commitments?

25             MR. SCHWARTZ:  I think we still have five possible
```

```
1    alternates left, and I would have no objection to excusing

2    Mr. Roth for --

3              MR. STEFIN:  I only count four, but maybe I'm

4    miscounting.

5              MR. SCHWARTZ:  I think Harman, Avery, and then --

6              THE COURT:  We have more than that.  We have

7    Cooper, Brown, and Williams.

8              MR. SCHWARTZ:  Yes, five.

9              THE COURT:  Do you have any objection to excusing

10   Mr. Roth, Mr. Stefin, since he would be, at best, an

11   alternate?

12             MR. STEFIN:  No, Your Honor.

13             THE COURT:  So we'll excuse Mr. Roth.

14             So I guess the first potential alternate would be

15   Mr. Harman.  If we're going to seat three, I guess you'll get

16   three strikes apiece.

17             MR. STEFIN:  He's the one closing on his house next

18   week, right?

19             THE COURT:  Yes.  That's right.

20             MR. SCHWARTZ:  But there's a problem with the title

21   and I'm sure he could move it to Thursday or Friday of next

22   week, which I assume we're not working.

23             THE COURT:  Well, I don't know.  I don't know if

24   we've got any people who are observing.  Who were the people

25   that mentioned it as an issue?  Ms. Cooper was one.  She's
```

```
1    not yet on the jury.  She may be an alternate.  And then

2    there was another person.  It's possible that we'll have to

3    be off next Thursday or Friday.

4            Do we want to pick Mr. Harman as an alternate or we

5    want to excuse him for his house closing?  We've got Avery,

6    Cooper, Brown, and Williams.

7            MR. SCHWARTZ:  Your Honor, in light of Mr. Stefin's

8    concession to me before, I would agree to excuse Mr. Harman

9    and exercise no peremptory challenges on the other four.

10           THE COURT:  Do you accept that, Mr. Stefin?

11           MR. STEFIN:  I would exercise one challenge, Your

12   Honor.  That would be number 63, Ms. Cooper.

13           THE COURT:  So then you would want Avery, Brown,

14   and Williams as the alternates?

15           MR. STEFIN:  Yes, Your Honor.

16           THE COURT:  Do you have any objection?

17           MR. SCHWARTZ:  That's acceptable, Your Honor.

18           THE COURT:  All right.  Let's go through and just

19   make sure we're all in agreement.

20           I'm going to call out numbers.  I've got as the

21   panel of twelve, numbers:  2, 12, 13, 15, 27, 31, 33, 39, 43,

22   50, 52, 60.  That's the panel of twelve.  Then as alternates

23   62, 71, and 77.  Am I correct?

24           MR. SCHWARTZ:  Yes, Your Honor.

25           THE COURT:  All right.  Let me ask you, as far as
```

```
1    the attorneys and the parties are concerned, do you wish to

2    have off on the Jewish holidays?  Are any of you requesting

3    being excused for the Jewish holidays next week?  I just want

4    to know if we need to ask the jurors that or we're just going

5    to tell them we're off?

6           MR. STEFIN:  I can work.  We can work.

7           THE COURT:  I'm not asking you to.  I'm just --

8           MR. STEFIN:  I know.  I just don't remember now

9    were there any -- did we recall whether any of the jurors

10   we've selected ones that indicated?

11          THE COURT:  Ms. Cooper was definitely one, but

12   she's been stricken.  There was one other juror I thought

13   mentioned it, but I don't remember who it was.

14          MR. SCHWARTZ:  I believe it was the professor,

15   Judge.  Roth.

16          I would request Thursday, Judge.  We do go to

17   Temple, to Synagog on Thursday.  We don't go Friday.

18          THE COURT:  All right.  We'll find out from the

19   jurors, then, if they have any issues, because then we can

20   maybe -- anyway . . .

21          Ms. Marks, you've been present during the entire

22   jury selection process; is that correct?

23          THE DEFENDANT:  Yes, Your Honor.

24          THE COURT:  And you've heard all the answers to all

25   the questions from all the jurors that have been posed to
```

```
 1   them?

 2             THE DEFENDANT:  Yes.

 3             THE COURT:  You've had a chance to consult with

 4   your attorney about who should be selected as a juror in this

 5   case?

 6             THE DEFENDANT:  Yes.

 7             THE COURT:  You've heard the selections that have

 8   been made on your behalf?

 9             THE DEFENDANT:  Yes.

10             THE COURT:  Do you agree with the jury that's been

11   seated by your attorney on your behalf?

12             THE DEFENDANT:  Yes, I do.

13             THE COURT:  Okay.  Thank you.

14             All right.  So you can have a seat, ma'am.

15             I guess we'll bring everybody in, we'll seat the

16   jury, swear them in.  Then we're going to have to move

17   downstairs.  At this point how much time do you expect your

18   opening statement to take?

19             MR. STEFIN:  Thirty minutes or less.

20             THE COURT:  And Mr. Schwartz?

21             MR. SCHWARTZ:  Thirty minutes, give or take.

22             THE COURT:  Okay.  All right.  So we still have to

23   resolve the limine matter.  So we'll seat the jury, we'll

24   take a recess for about -- how long do you think it's going

25   to take to get organized downstairs?  We'll take a 10-minute
```

1    break, and then we'll argue the rest of the motion, we'll get

2    the jury seated and the jury situated in the jury room, and

3    then we'll do the opening statements.  I don't see any point

4    in doing anything more than the opening statements today.

5              MR. STEFIN:  Okay.

6              THE COURT:  All right.  That make sense?

7              MR. SCHWARTZ:  Yes, sir.

8              THE COURT:  All right.  So let's try and get

9    everybody in here and we'll go from there.

10        (The venire enters the courtroom, after which the

11    following proceedings were had:)

12             THE COURT:  Welcome back, everyone.  Please be

13    seated.

14             Make sure we have everyone here before we begin.  I

15    think we have everybody here.

16             Thank you, ladies and gentlemen, for your

17    cooperation and patience.  I know it's been somewhat long and

18    tedious and in some ways a frustrating process.  I appreciate

19    your cooperation and your patience with us.

20             We now have the jury that's going to sit on this

21    case.  We've attempted to accommodate everyone as best we

22    could with their scheduling conflicts and things of that

23    nature.  If you're on the jury and you have a special issue,

24    we've taken that in consideration and will accommodate your

25    special issues that you may have, and you've told us about if

```
1   you've been selected.

2          When I call your name, please take a seat.

3   Ms. Ferrante will show you which seat to take in the jury

4   box.  I'm going to call 15 names, and, again, when I call

5   your name please, sit where Ms. Ferrante directs you.

6          Ms. Brezak, Mr. Carroll, Ms. Rowe.

7          And Ms. Rowe, again, we understand your situation

8   with your mother, and if you have a situation with your

9   mother where you need to take care of her, you will be

10  excused.  So you don't need to worry about that.  If it's a

11  problem, you'll be allowed to take care of your mother.

12         A JUROR:  Thank you.

13         THE COURT:  We didn't forget that.

14         Ms. Resk, Mr. Trout, Ms. Hamilton, Mr. Armstrong,

15  Mr. Gonzalez, Mr. Pervenecki, Ms. Gasc, Mr. Roberson,

16  Mr. Gandolfo, Ms. Avery, Mr. Brown.

17         And, again, Mr. Brown, we know you have a

18  commitment on September 13th, and you'll be allowed to take

19  care of that appointment.

20         And Mr. Williams.

21         Everyone else, I want to thank you for your time

22  being with us and your willingness to be considered as jurors

23  in this case.  As I mentioned to some of you yesterday, you

24  need to keep calling that jury number until your timeframe

25  expires, to see if you're needed back on another case.  So
```

1    please continue to call that number.  But as far as this case

2    is concerned, you're excused.  We thank you for your time and

3    effort, and it was a pleasure having you.  Good luck to you.

4    You're excused.  Thank you.

5        (The venire exits the courtroom, after which the

6    following proceedings were had:)

7             THE COURT:  Please be seated, everyone.

8             All right.  Ladies and gentlemen, you're the jury

9    that's going to try the case.  As I mentioned, we know a

10   couple of you have special conflicts, and we are going to

11   recognize and acknowledge those.  So, again, Ms. Rowe, if

12   your mother gets sick and you need to take care of her,

13   you'll be allowed to do that.  Mr. Brown, we know you've got

14   plans for out of town trips.  Those -- you will be allowed to

15   take those, and we did our best to accommodate everyone else.

16            I know it's inconvenient for you to be here for

17   this length of time.  Ms. Resk, I understand your partners

18   are not going to be happy about you being on the jury, but

19   you work for a law firm, and this is part of the judicial

20   system, and so I don't think they can complain about you

21   fulfilling your civic responsibility.  So we thank you.

22            The first order of business is to have you sworn as

23   the jury.  So if you would all rise and face Ms. Ferrante,

24   and she'll swear you in.

25       (The Jury was duly impaneled and sworn.)

```
 1                THE COURTROOM DEPUTY:  Please be seated.

 2                THE COURT:  We're going to take a break for a

 3      couple of reasons.  One, we're not going to actually try the

 4      case in this courtroom.  We just needed this big courtroom

 5      for jury selection because in my courtroom, which is much

 6      smaller, we don't have enough room to fit everyone.  So we'll

 7      actually try the case in my courtroom, which is downstairs on

 8      the third floor.  So Ms. Ferrante's going to take you all

 9      downstairs into the jury room, and that's where you'll go

10      every day and where you should go tomorrow when you come

11      back, right into the jury room, and wait for us to bring you

12      into the courtroom.

13                The lawyers and I still have a few matters to

14      discuss before we can begin with the trial, so we're going to

15      take a recess.  I'm going to say it will probably be a half

16      an hour before we get back to you.  So Ms. Ferrante will take

17      you downstairs, show you where the jury room is.  You want to

18      take a break for 10 or 15 minutes, 20 minutes, that's fine.

19      As soon as we have finished with our preliminary business

20      we'll bring you in.

21                We're expecting to just do the opening statements

22      today.  You'll hear from both sides as to what they believe

23      the evidence is going to show and tell you about their view

24      of the case, and then we'll recess for the day, and tomorrow

25      we'll start up with the first witness.  So that's going to be
```

```
 1    the schedule.

 2           The other thing I need to know from all of you, are

 3    any of you intending or wish to observe the Jewish holidays

 4    next week?  Are any of you on the jury who are observing the

 5    Jewish holidays?  Ms. Resk?

 6           A JUROR:  If I'm the only one, I'll come.

 7           THE COURT:  Well, we're expecting to be off on

 8    Thursday and not Friday, is that going to be a problem?

 9           A JUROR:  That's fine.

10           THE COURT:  Does anyone else have an issue as far

11    as Jewish holidays next week?

12           A JUROR:  And if the Court is otherwise open and

13    I'm the only reason, I will come.

14           THE COURT:  At this point we'll assume it's going

15    to be Thursday.

16           Yes, ma'am.  Yes, ma'am, Ms. Roth?

17           PROSPECTIVE JUROR:  Is Monday a holiday?

18           THE COURT:  Monday is a holiday.  I'll give you

19    more information about Monday is a holiday; it's Labor Day.

20    We'll be off next Thursday for the Jewish holiday.  But

21    otherwise, Tuesday, Wednesday and Thursday -- I'll give you

22    the rest of the schedule because there are going to be a

23    couple days that we'll be off or will be half days and I'll

24    tell you those before you leave tonight.

25           Okay.  So if you would go with Ms. Ferrante
```

```
1    downstairs, she'll show you where to go in the jury room.

2    Expect it to be about a half an hour before we get back with

3    you, and please -- oh, do not discuss the case, don't form

4    any opinions, don't do any research, don't get on the

5    Internet, don't start reading newspaper articles, don't

6    investigate anything about what you've heard about the

7    charges, about Gypsies and the culture, nothing.

8              Everything you need to know about this case will

9    come from the witness stand and the documents that's put into

10   evidence and not from any outside sources.  All right?  Thank

11   you.

12             We'll see you in about half an hour.

13      (The jury exits the courtroom.)

14        THE COURT:  All right.  Anything else other than

15   moving downstairs and finishing up the argument?  Or do you

16   want to do it up here?  Does it matter?

17             MR. SCHWARTZ:  Not at all.

18             THE COURT:  All right.  He needs to take a break,

19   though.  The Reporter needs a break.  He'll just need a

20   minute.

21      (A recess was taken from 3:14 p.m. to 3:15 p.m., after

22   which the following proceedings were had:)

23             THE COURT:  All right.  Mr. Schwartz, did you want

24   to continue with your argument?

25             MR. SCHWARTZ:  If I could, Judge.
```

1          Your Honor, you raised the question of whether I

2    could call Mr. Stack and ask him what he said in the grand

3    jury or whether that violated Rule 6(e) of the Federal Rules

4    of Criminal Procedure.

5          I would respectfully suggest to the Court that Rule

6    6(e) has a section on secrecy, and if you give me one second,

7    Judge.  Rule 6(e) 2 says:  "No obligation of secrecy can be

8    imposed on any person except in accordance to Rule 6(e) 2B."

9          6E2B then lists the people upon whom secrecy as to

10   grand jury testimony is imposed.  And this is directly

11   opposite state law, State of Florida law, by the way.

12         6E only impose -- 6E2B only imposes it on a grand

13   juror, an interpreter, a court reporter, a recording device

14   operator, a person who transcribes that testimony, and an

15   attorney for the Government.  And then there's people who

16   have gotten it pursuant to certain judicial exceptions.

17         In the state of Florida, a witness is precluded

18   from testifying or talking to anybody about their grand jury

19   testimony.  In the federal system, a witness is not.  A

20   witness can tell his wife, her husband, the Sun Sentinel

21   reporter or a jury in a federal court trial what they

22   testified about in the grand jury.

23         So there's no preclusion from Mr. Stack being asked

24   about his grand jury testimony under Rule 6(e).

25              THE COURT:  Okay.

```
 1              MR. SCHWARTZ:  I apologize to the Court for not
 2   making this argument earlier, I just had to look at it.
 3              THE COURT:  I guess I should have been more on top
 4   of it.
 5              MR. SCHWARTZ:  No, it's not that, Judge.  It's just
 6   so different from the State law, which is different.
 7              So with 6E, I can call Mr. Stack and ask him,
 8   Mr. Stack, did you testify in the grand jury that John Cleary
 9   would -- as a witness, was a victim of one of the alleged
10   coconspirators, that he was told that he had to give money
11   because he was cursed, that in order to get the curse
12   relieved he had to sacrifice money and the money would
13   have -- be cleansed of the curse and then returned to him;
14   and the money was never returned.
15              I'm not quoting exactly.  I can put it on the
16   screen if you want.  But that's the section of the first and
17   second superseding indictments as to John Cleary.
18              There's almost exactly the same language as to the
19   witness they refer to as CC.  Virtually, a copy of the John
20   Cleary language.  And there are two others with a little
21   variances but the same gist.  Ms. Debartolo, or DB, and the
22   fourth one, I forget which one it was, Judge.
23              THE COURT:  It doesn't matter.
24              MR. SCHWARTZ:  Okay.  These witnesses we
25   subsequently learned after the arrest in this case the
```

1    Defendant who allegedly did this to John Cleary talked to

2    him, and he says absolutely not, I've never talked to the

3    Government, I've never talked to anybody.  How could they say

4    that?  I'm still happy with you.  You are my life coach,

5    et cetera, et cetera.  And he said eventually the Government

6    interviewed him and he said something different than what was

7    in the grand jury transcript -- manner and means clause.

8            The same for CC.  She eventually testified after

9    being interviewed by Mr. Stack and others in a similar manner

10   to that, but she had never been interviewed before the

11   indictment was presented.

12           Now, Judge, it's my experience there's basically

13   two ways to present testimony to the grand jury.  Either from

14   a sworn person who is presenting direct evidence, such as if

15   they had called Mr. Cleary to the grand jury, or

16   alternatively, you can have an agent interview a prospective

17   witness or victim or person with information, and hearsay is

18   allowed in the grand jury, so that agent could go in and

19   testify Mr. Cleary told me such and such, or this is what

20   occurred with Mr. Cleary.

21           The Government hasn't denied to give me all of the

22   grand jury testimony of Stack.  I have some of it that was

23   ordered given by Ms. Vitunac, former Magistrate Judge

24   Vitunac, and some of which was ordered given by Magistrate

25   Judge Hopkins.  But all I saw from Stack was there another

 1    victim like John Cleary, I think.

 2              But at the end of the day, I believe I should be

 3    able to ask Mr. Stack, did you interview Mr. Cleary before

 4    the grand jury, did you provide --

 5              THE COURT:  You mean before he testified before the

 6    grand jury?

 7              MR. SCHWARTZ:  Before you testified in the grand

 8    jury, before the grand jury returned the indictment, the

 9    first indictment in the case and the first superseding

10    indictment in the case.  Before the arrests in August of

11    2011.  I assume Mr. Stack will testify truthfully, no.  Did

12    anybody else interview Mr. Cleary?  I assume he'll testify

13    truthfully, no.

14              THE COURT:  How would he know necessarily?

15              MR. SCHWARTZ:  Because he was the case agent

16    supervising the investigation up until about that time.

17    And -- or to your knowledge, did anybody else?

18              Where did the information come from, Mr. Stack,

19    that one of the Defendants, one of the alleged

20    coconspirators, got the money from Mr. Cleary by promising

21    that he would return it and it was never returned?

22              And the same as to CC and DB and the others.

23              THE COURT:  None of these individuals are going to

24    be testifying for the Government as far as you know?

25              MR. SCHWARTZ:  They're on our witness list.

```
 1              THE COURT:  Right, but for the Government.
 2              MR. SCHWARTZ:  The Government originally had them
 3     in the first few indictments.  Now, they've abandoned them as
 4     witnesses.
 5              THE COURT:  But they have similar allegations
 6     regarding other alleged victims in the indictment, and they
 7     are intending to call those individuals during the trial?
 8              MR. SCHWARTZ:  Yes.
 9              And it's our intention to try to show the jury that
10     the stories that the other individuals will tell, which are
11     virtually identical -- now, there's a few variances, but in
12     the thrust, are the same as to all but a couple of other
13     witnesses as the stories that the Government we believe
14     created and put in the two indictments as to JC, CC, and the
15     others, and that that identical testimony has been improperly
16     provided to them by Detective Stack.
17              THE COURT:  So you're going to suggest to them that
18     these independent alleged victims came up with this story of
19     the fraud based upon Stack coming up with the story as far as
20     some other witnesses who are no longer going to testify?
21              MR. SCHWARTZ:  Not quite, Judge.  I mean, that
22     would be somewhat difficult to establish as a defense.
23              What I'm going to try to do is say not that they
24     came up with it independently, but that Stack put it in their
25     mouths when originally they were not victims and Stack had to
```

1    go and talk with them a number of times to cause them to

2    believe that they were victims.

3              THE COURT:  Well, which people are you talking

4    about, the witnesses who are actually testifying or the ones

5    who are no longer going to testify?

6              MR. SCHWARTZ:  Witnesses who are actually

7    testifying.

8              THE COURT:  All right.  So why can't you ask the

9    witnesses and see what they say?  I'm sure they're going to

10   say, no, that's not true.  And why can't you call Stack to

11   ask him if he did that?  Did you put this idea in their mind?

12   Did you suggest it to so-and-so?

13             MR. SCHWARTZ:  That's exactly what I want to do,

14   Judge.  The only thing --

15             THE COURT:  But you want to talk about testifying

16   in front of the grand jury, and no information to support the

17   testimony or the allegations in the indictment.  If you want

18   to attack the story, the credibility of the story of the

19   witnesses who are going to testify for the Government, I

20   think you should be able to do that, but you need to attack

21   the witnesses who testify and then if you think you can

22   establish through Stack that he put it in their mind, I guess

23   you should be allowed to do that, but why are we talking

24   about phony or unsupported allegations in an indictment

25   that's not even part of this case anymore?

```
 1              MR. SCHWARTZ:  Well, let me ask, if I could,

 2    assuming arguendo that Stack says, no, I didn't do that.  I

 3    talked to them, I told them to look at Gypsy scams dot com

 4    and I told them other people had the same problem, that they

 5    were the victim of fraud, but I never put words in their

 6    mouth.  I would then seek to impeach him as a hostile witness

 7    by saying, but Mr. Stack, didn't you put that story into the

 8    grand jury when -- or didn't you assist in having that story

 9    in the manner and means clause of two indictments when you

10    had no evidence to back it up?  And that would be the only

11    reason I would ask him about the indictments.

12              THE COURT:  Is that kind of the thrust of your

13    argument?

14              MR. SCHWARTZ:  As to Mr. Stack, Your Honor.

15              THE COURT:  What about these other people?

16              MR. SCHWARTZ:  As to Kelly Cook.

17              THE COURT:  The affidavit?

18              MR. SCHWARTZ:  Yes.

19              THE COURT:  What does that have to do with

20    anything?

21              MR. SCHWARTZ:  Well, again, if it's our theory that

22    the Government -- and it is, that the Government created this

23    story and put it in the mouths of the witnesses who are going

24    to come before you, then I believe we should be allowed to

25    also argue that the same people, the case agent, Mr. Stack,
```

1   and the people who he had working under him, in order to

2   attempt to corroborate this story, swore under oath to a

3   federal magistrate, in this case Magistrate Snow, that not

4   only was this in the grand jury indictment, because they

5   referenced the indictment in the search warrants, but more

6   importantly that this story has been corroborated by

7   undercover officers, Ms. Reddish and Ms. Kirby, who called as

8   potential clients or as clients, three or four of the

9   Defendants in the case, and were told by them, give us your

10  money, we'll cleanse it and we'll return it to you.  That's

11  the same story.

12          The affidavit for the search warrant says the same

13  thing was done to the undercover officers.  In truth and

14  fact, it wasn't done.  None of the transcripts, and we've

15  listened to a lot of hours of transcripts -- of tapes and

16  read the transcripts, none of them does Nancy Marks, Cynthia

17  Miller, Rosie Marks or any of the Defendants called by the

18  undercovers say that.  They just don't say, give me your

19  money, I'll cleanse it and give it back.

20          The closest -- when the conversation turns about

21  money, they say pay me my fee, this is my fee, and hopefully,

22  we'll also -- you know, you may have to buy some crystals for

23  rituals or buy some candles, but that's it.  That's what they

24  say.  That's what they say.  That's totally different from

25  what Ms. Cook says in the search warrant.  So I want to call

```
 1   Ms. Cook about that.
 2            Absent being allowed to do that, although I think I
 3   should be allowed, I want to call Stephanie Kirby, the
 4   undercover officer who spoke to some of the Defendants, and
 5   April Reddish, the undercover officer who spoke to the
 6   Defendants, and play the tape-recordings where the Defendants
 7   say, no, all I want is my fee and money for crystals, or
 8   things of that sort.  That's not even using the search
 9   warrant and the false statement in the search warrant.
10   That's flat out, it didn't happen the way the Government says
11   it happened.
12            In fact, this is all they were asking for when they
13   had independent verification, trying to verify that the story
14   that they were perpetuating was true.
15            THE COURT:  So you want to present the undercover
16   tapes that do not say what the Government alleges took place?
17            MR. SCHWARTZ:  Right.
18            THE COURT:  Is that it?
19            MR. SCHWARTZ:  There were a couple of other things
20   I wanted to get into, and that is it.  We say that the
21   Government went back a couple of times to witnesses, clients
22   of my client, and persuaded them to become victims.  The
23   Government may or may not concede this.  I think they have as
24   to at least some of the alleged victims.
25            THE COURT:  Are you talking about victims who are
```

1    going to testify or ones who are not testifying?

2            MR. SCHWARTZ:  I believe at least as to one or two

3    of the victims who are going to testify, the Government went

4    back a couple of times, maybe one.

5            As to the ones that I want to call on my case, the

6    Government went back a number -- like John Cleary, the

7    Government talked to him a number of times and he kept saying

8    I'm not a victim.

9            THE COURT:  Right.  And they're not calling him.

10           MR. SCHWARTZ:  I'm calling him.

11           THE COURT:  You're calling him.  So you're going to

12   call him to say what, the Government came back a hundred

13   times to try and convince me that I was a victim, but I'm not

14   a victim?

15           MR. SCHWARTZ:  Right.  In order to analogize to the

16   people who the Government's now calling.

17           THE COURT:  Okay.  So I don't know if the

18   Government's objecting to that.

19           MR. SCHWARTZ:  And, Judge, in addition to that, I

20   want to show that intentionally no reports of interviews were

21   generated of those meetings with these clients who the

22   Government at least at some point said were victims.  They

23   waited until they got what they wanted out of these people's

24   mouths before they made reports of interviews.

25           THE COURT:  Are you talking about people, again,

1    who are testifying or people who are not testifying?

2            MR. SCHWARTZ:  People who we will call as witnesses

3    who would have been testifying under the first two, three or

4    four indictments.

5            THE COURT:  Well, how do you know who would have

6    been testifying?

7            MR. SCHWARTZ:  Well, because they're named in the

8    indictments.  That's a good reason to think they would

9    testify.  But the point is, Judge, I want to show -- again,

10   we're trying to show that the Government was creating

11   testimony, and one of the ways to prove to the jury that the

12   Government was creating testimony as to the witnesses they're

13   now presenting is to show what they did as to other

14   witnesses.

15           THE COURT:  Okay.  I understand your point.

16           MR. SCHWARTZ:  Okay.

17           THE COURT:  All right.  Thank you.

18           Mr. Stefin?

19           MR. STEFIN:  Judge, what Mr. Schwartz is attempting

20   to do, and I understand why he's trying to do it, but he's

21   trying to re-litigate a number of the pretrial motions that

22   he filed in this case.  He made accusations about grand jury

23   irregularities, and he brought up this whole issue about the

24   fact that there was a paragraph which was inaccurate in the

25   initial indictment, you know, this issue about this Mr. JC.

```
 1            There was one paragraph in this 20- or 30-page
 2   indictment which made allegations about a particular victim
 3   who later came forward to the defense and told them that he
 4   wasn't a victim in the case.
 5            THE COURT:  Wasn't a victim or he was -- but I
 6   thought he hadn't even been spoken to.
 7            MR. STEFIN:  Well --
 8            THE COURT:  I mean, that's a little different,
 9   isn't it?
10            MR. STEFIN:  Well, at the time he -- and it gets
11   into a long story about the fact that there was a mistake in
12   the indictment, and he wants to re-litigate --
13            THE COURT:  It's a mistake or -- it was just a
14   mistake?
15            MR. STEFIN:  I would represent it as a mistake,
16   because -- and it gets into a long story, but it's not going
17   to be explained by Detective Stack because he didn't draft
18   the indictment.
19            And I just want to tell the Court that if the Court
20   allows Mr. Schwartz to do this, we're just going up this left
21   field blind alley because of the fact that Judge Vitunac
22   asked to see the grand jury transcripts for the very same
23   allegations, based on the very same allegations that are
24   being made before you.  Which is that there must have been
25   perjury that took place in front of the grand jury if there
```

```
 1   were allegations about a victim who is now saying that he was
 2   never interviewed or doesn't feel that he was a victim.
 3            And Judge Vitunac, if I can paraphrase, she
 4   commented that she thought the presentation was sloppy, but
 5   she made a finding that she found that there was no perjury
 6   with respect to those allegations.
 7            So Mr. Schwartz wants to call Detective Stack for
 8   the sole purpose of trying to impeach him.  He's not trying
 9   to impeach other witnesses --
10            THE COURT:  Why shouldn't he be allowed to ask
11   Mr. Stack if he created the story?
12            MR. STEFIN:  Because when Mr. Stack denies it,
13   which he will, then what will happen next is the defense says
14   that then they want to bring on a whole case to impeach
15   Detective Stack as to whether or not other victims that are
16   not part of this case or other individuals that he
17   interviewed felt in some way that they were being -- you
18   know, that he was putting pressure on them in some fashion.
19            So if someone like Mr. Cleary -- and, again, they
20   can call Mr. Cleary if they want to, but I don't see where
21   it's heading.  If he wants to come in and say that he was
22   interviewed by Detective Stack and -- later on and he didn't
23   feel he was a victim, then they can do that.  But to call
24   Detective Stack and ask him, well, didn't you tell the grand
25   jury X, Y, and Z, and let's say he says, no, I didn't.
```

```
 1              Then the next thing they want to do is then call
 2    witnesses to try to impeach Detective Stack with respect to
 3    his contacts with other people who weren't witnesses in this
 4    particular case.
 5              And I just think, you know, number one, again, he's
 6    re-litigating the allegations of Government impropriety,
 7    Government misconduct.  All of these matters were ruled upon
 8    with recommendations to the Court.  He's raised this over and
 9    over again.
10              And the same thing is true with respect to the
11    search warrant.  Basically, what he's saying is is that
12    there's a paragraph in a search warrant that was signed by a
13    Secret Service agent that they want to impeach.  That
14    basically, this agent -- if she was going to be a witness for
15    the United States, they could impeach her credibility, but
16    they want to call her to ask her about that paragraph to find
17    out how that, you know, mistaken information was put into
18    that search warrant and then to argue in some fashion that
19    the Government engaged in misconduct because they put in a
20    paragraph which they contend is inaccurate.  And they filed
21    pretrial motions.
22              THE COURT:  I didn't hear Mr. Schwartz saying he
23    wants to argue the Government engaged in misconduct.  He's
24    saying that he wants to argue that the story that you're
25    presenting is false.  That's different than misconduct.  It's
```

1    not true.  That your witnesses shouldn't be believed about

2    what happened.

3              MR. STEFIN:  Except that this impeachment doesn't

4    go to the credibility of any of the witnesses who are going

5    to testify in this case.  If the agent's statement in a

6    paragraph said that there were tapes made which corroborate

7    victims and the defense wants to then play a whole bunch of

8    tapes by an undercover agent which seems to be in contrast to

9    that statement, then that goes nothing to the credibility of

10   any of the witnesses or victims in this case.

11             All it does is go to the credibility of the agent

12   who signed an affidavit which, you know, according to the

13   defense, would be established that there was a paragraph

14   that's wrong in the affidavit.  And that was already the

15   basis of a pretrial motion.  They had motions --

16             Whether or not there was impropriety in a search

17   warrant which warrants action by the Court, such as

18   suppression, was a motion that was raised by the defense.

19             THE COURT:  I thought I heard Mr. Schwartz say he

20   wanted to present the undercover tapes to show that they

21   never said anything that was incriminating.

22             MR. STEFIN:  That other family members, not this

23   Defendant, had contacts with the undercover, didn't -- in

24   those instances didn't make the representations that other

25   victims say --

```
 1                THE COURT:  It wasn't this defendant?

 2                MR. STEFIN:  No.

 3                THE COURT:  I thought it was statements by this

 4      defendant.

 5                MR. STEFIN:  No.

 6                THE COURT:  I'm sorry.

 7                MR. STEFIN:  An undercover agent went in and

 8      basically posed as a client and recorded a bunch of tapes.

 9                THE COURT:  With others.

10                MR. STEFIN:  And in those instances when she was

11      there, the tapes don't show that -- them trying to get large

12      sums of money and promising to return them or cleanse them or

13      those -- as in the indictment in this particular case.  But

14      the Government's never alleged in this case that every person

15      who walked into a psychic shop, one, was a victim, and, two,

16      had these various misrepresentations made to them.  So to

17      establish that there was an undercover who didn't have these

18      statements made, again, doesn't really go to anything except

19      for Mr. Schwartz trying to show that, therefore, there's a

20      paragraph in the search warrant affidavit which is

21      inaccurate.

22                THE COURT:  All right.

23                MR. STEFIN:  And, again, I think these are all

24      totally way out in left field, and the Court has to weigh, in

25      terms of 403, whether it's relevant, number one, and
```

1    whether -- well, it's not relevant, and some -- if there's

2    some small minutia of relevance, I think the prejudice in

3    terms of taking this jury way afield and trying to determine

4    whether or not there were false statements in a grand jury or

5    whether there were false statements in an affidavit.  And, in

6    fact, he wants to talk about an indictment that was three or

7    four indictments ago in which these are, you know, erroneous

8    allegations were specifically removed from the indictment.

9         He wants to be able to ask Detective Stack, well,

10   how did this paragraph get in this indictment.  So now we're

11   going to be showing the grand jury --

12        THE COURT:  I don't see how he can ask about how

13   something got in the indictment because Mr. Stack didn't

14   prepare the indictment, and the grand jury issue, so I don't

15   know how he can know that.  So that's not -- that wouldn't,

16   as far as I'm concerned, be a permissible area of inquiry.

17        I guess I'm trying to understand whether or not he

18   should be able to attack the veracity of your alleged

19   victim's story by attacking the -- attempting to attack the

20   credibility of the investigating officer who he claims

21   coerced or not coerced necessarily but cajoled these victims

22   or alleged victims into saying what they're saying now.

23        MR. STEFIN:  Just so the Court is aware, Detective

24   Stack was involved in the early parts of the investigation

25   and interviewed a number of people.  But a number of our

```
 1    victims that are going to testify in this case never even met
 2    Detective Stack.  Some of them came forward after they
 3    read -- they heard about this case and came forward to advise
 4    law enforcement that they were victims, as well.  So this
 5    whole idea that Detective Stack put this idea in people's
 6    heads, again, and the Court recognizes they could -- defense
 7    can cross examine the witnesses on that issue 'til their
 8    heart's content, but the whole purpose of calling Detective
 9    Stack is simply to try to impeach his credibility, for lack
10    of a better word, to impeach his character really, and try to
11    suggest that there were all sorts of nefarious ideas going
12    on.
13            And then it requires us to then go into the side
14    case about explaining Detective Stack's credibility.  And if
15    he's not a witness in the case, the defense can't put on
16    witnesses simply to impeach them.  I think we found some case
17    law in the Eleventh Circuit, as well, to that effect.
18            That's really what they're trying to do in this
19    case, impeach Detective Stack, impeach Special Agent Kirby --
20    Special Agent Cook who signed the affidavit, under the guise
21    of trying to undermine the credibility of victims who said
22    that they were victims and nobody has coerced them into being
23    victims in this case.
24            THE COURT:  All right.
25            MR. STEFIN:  I just think it's too attenuated, too
```

```
 1   disconnected.
 2            THE COURT:  I think Mr. Bardfeld wants to have --
 3            Wait a second, Mr. Schwartz.
 4            MR. STEFIN:  Mr. Bardfeld's pointed out that if the
 5   theory of the defense is that Detective Stack invented this
 6   scenario, you know, that victims would -- defendants never
 7   promised to return money, these people weren't victims, he's
 8   going to be opening the door to Detective Stack's knowledge
 9   and the fact that his -- to the extent that he thinks that
10   all this case is based upon Mr. Stack or Detective's Stack's
11   beliefs, we have a situation where eight of the nine
12   defendants in this case have pled guilty to the allegations
13   which were alleged in the indictment that they pled guilty
14   to.
15            So won't he be opening the door to that, as well,
16   that if the idea that Detective Stack fabricated or created
17   this whole scenario as a figment of his own imagination?
18            THE COURT:  Well, that's a risk he would have to
19   take.
20            Mr. Schwartz --
21            MR. SCHWARTZ:  I'd like to just reply briefly,
22   Judge.  I know you're ready to rule, but I'd ask for a few
23   more moments, and I've promised myself in this case I will
24   adhere to the Bar's recent pronouncement about civility
25   between counsel; and I will.  But that's the most
```

1   disingenuous argument that I've ever heard that Mr. Stefin

2   made.

3            THE COURT:  That's an overstatement, Mr. Schwartz.

4            MR. SCHWARTZ:  I've heard more disingenuous

5   arguments, but not quite.

6            Your Honor, Mr. Stefin argued to you that we

7   shouldn't be allowed to call these undercover officers

8   because they deal with different defendants.

9            MR. STEFIN:  No, I --

10           THE COURT:  Don't interrupt.

11           MR. SCHWARTZ:  But he forgot to argue to you that

12   he's charging a conspiracy, and he's saying that Rose Marks

13   is guilty of the acts committed by the other defendants and

14   that almost half of the victims who he's planning to call in

15   this case, and I use the victims with quotes around it, are

16   clients not of Rose Marks' but of Nancy Marks, Cynthia

17   Miller, Rosie Marks, Vivian Marks, and Victoria Eli.

18           So the fact that the undercover's conversations

19   were with other former defendants doesn't preclude us from

20   using it to show that the alleged conspiracy didn't do what

21   the Government said they did.  We have recordings with

22   undercover officers, and it's not happening.  They're trying.

23   They're doing their best to make it happen in those

24   conversations, but it's just not happening.

25           So I suggest strongly to the Court that unless he

1   wants to drop the conspiracy charges and not call the alleged

2   victims of the other defendants, that we have a right to show

3   that alleged members of this conspiracy were not doing what

4   the Government said they were doing, about give me your

5   money, I'll cleanse it and return it.

6        Forgive me for -- he also said -- but he never

7   answered your question regarding how this got in the grand

8   jury and things of that sort, and he says it's one person.

9        I would read to Your Honor or ask Your Honor to

10  read the first indictment in the case, which is docket entry

11  number 3, paragraphs 35 regarding CC, which is virtually the

12  same as to -- as paragraph 42 as to ND, paragraph 48 as to

13  JC, and paragraph 40 as to TL.  Those four witnesses who

14  they've now dropped from the third, fourth or fifth

15  indictments, and I believe that there's -- I can show through

16  those indictments a pattern of the Government creating false

17  statements of exactly the thing that the witnesses are now

18  saying.

19        And one last point.  If he wants to bring up the

20  point about, well, maybe we're opening the door to bringing

21  in the Defendants who made accommodation pleas.  If I can't

22  get into this with Mr. Stack because he didn't write the

23  indictments, then I suggest that there's a conflict here of

24  Mr. Bardfeld participating as counsel, and he wrote the

25  indictments, and I should be able to call him as a witness to

```
 1    ask how this got in the indictments.

 2          THE COURT:  Well, we're not going to get into how

 3    something got into an indictment that's not in front of this

 4    jury right now.

 5          At this point, I really need to hear the

 6    Government's case before I can decide whether or not you're

 7    going to be able to call any of these witnesses.  I just feel

 8    I need to hear what the evidence is and what the

 9    cross-examination is before I can intelligently decide yes or

10    no on these witnesses.  So I guess I'm going to reserve

11    ruling on the motion.

12          MR. SCHWARTZ:  I'll accommodate my opening to that

13    reservation of ruling.

14          THE COURT:  I'm sorry?

15          MR. SCHWARTZ:  I will accommodate my opening

16    statement to that reservation of ruling.

17          THE COURT:  So if you want to make a general

18    suggestion to the jury that you intend to show that the

19    Government created this story or somehow got the Government's

20    witnesses to come up with the story when it was false, if you

21    want to make a general statement to that effect without

22    specifying witnesses and how you're going to prove it, I

23    guess I don't have a problem with that.  But of course, then

24    there is a risk I won't let any of it in and you have made a

25    representation that you won't be able to support.
```

```
 1          So I don't know how you want to deal with your
 2   opening.  But I don't feel at this point, without hearing the
 3   Government's evidence and knowing which witnesses they're
 4   calling and what the cross-examination would be, I don't feel
 5   comfortable saying yes at this point to allowing that
 6   testimony to go forward.  So I'm going to reserve ruling on
 7   it.
 8          MR. SCHWARTZ:  Very good, Your Honor.
 9          THE COURT:  So why don't we meet back downstairs in
10   about 10 minutes.  All right?
11          MR. STEFIN:  Thank you, Judge.
12      (A recess was taken from 3:51 p.m. to 4:04 p.m., after
13   which the following proceedings were had:)
14          THE COURT:  Please be seated, everyone.
15          We're back on the record.  Ms. Marks is present
16   with counsel.
17          Before we bring the jury in, we may have
18   overlooked, in fact, we did overlook a conflict that one of
19   the jurors brought to our attention that we never discussed,
20   and I guess I didn't have good enough notes on juror
21   number 2, Mr. Carroll, who, after we've selected him, he
22   reminded my courtroom deputy that he told us about a prepaid
23   trip to Philadelphia that he was going on between September
24   9th and 11th, and he said he had already booked.  And when we
25   acknowledged the other individuals on the jury's conflicts,
```

```
 1   we said we would honor them, and he said how come mine isn't

 2   being honored as well.

 3           And I did not recall or have any notes about that

 4   on my sheet.  I don't know if either of you did.  So we've

 5   got a little bit of a problem.  Either we're going to honor

 6   his days off, which basically means that entire week is gone,

 7   or we should -- we'll do with one less juror, have two

 8   alternates instead of three.

 9           MR. STEFIN:  Judge, have you ever had a situation

10   where you've dropped down to 11 jurors?

11           THE COURT:  Well, no, I haven't, but that can only

12   be done with consent of the defense.  We're not at that

13   point.

14           MR. STEFIN:  No, no, no.

15           THE COURT:  We've got 15 jurors.

16           MR. STEFIN:  No, I'm saying if we're down to two

17   alternates and we know we have a potential medical situation

18   for two of them, actually.  The woman who has the lupus.

19           MR. SCHWARTZ:  She's off.

20           THE COURT:  She's not on the jury.  That's

21   Ms. Webb.

22           MR. STEFIN:  So we just have one.  So we might lose

23   one and then that means one for all the other reasons, if

24   people get sick.

25           MR. SCHWARTZ:  Your Honor, if I might, my notes
```

```
 1    indicate that that wasn't a personal hardship thing, that he
 2    had a trip to Philadelphia to do some due diligence on a
 3    closing for some property.  If he is the REIT management
 4    person.
 5              THE COURT:  It was work related.  It was work
 6    related.
 7              MR. STEFIN:  Yeah, because we didn't have that in
 8    our notes.
 9              THE COURT:  All right.  So do you --
10              MR. SCHWARTZ:  I might be wrong, but that's what my
11    notes seem to say.
12              THE COURT:  Well, I guess, Mr. Brown has a
13    work-related trip on September 13th and we're honoring his
14    work-related trip for his film that he's promoting or
15    whatever he's doing on his trip, and we told him we'd honor
16    his other work-related trip on the 27th, if need be.  So I'm
17    not sure how we can tell him, well, your work-related trip is
18    not worthy of the same consideration.
19              MR. STEFIN:  Well, the only distinction would be
20    whether -- and I don't remember, is it Mr. Carroll we're
21    talking about?
22              THE COURT:  Yes.
23              MR. STEFIN:  Whether his trip is related to a
24    company that he works for or if this is his own company.  I
25    just don't remember.  So as opposed to being an employee, the
```

 1    other gentleman is self-employed, and this is his livelihood,

 2    to do these film festivals.

 3              MR. SCHWARTZ:  If I remember correctly, he's a

 4    property manager, a regional property manager for an REIT,

 5    and the real estate investment trust is the one that's going

 6    to be picking up some property, and that's where he's going.

 7              THE COURT:  And it was publicly traded, I think he

 8    said.

 9              MR. SCHWARTZ:  Perhaps.  Your Honor, I will agree

10    with whatever Your Honor wishes to do, whether you want to

11    excuse him, whether you want to -- and go with two

12    alternates, whether you want to not work the second week,

13    whatever course Your Honor wishes to take, I'm onboard.

14              THE COURT:  Okay.  I can't see how we can possibly

15    not work that second week, especially since next week we're

16    already two days down.

17              Mr. Stefin, what's your thought?

18              MR. STEFIN:  If he's not willing to reschedule it.

19              THE COURT:  Why don't we do this.  Why don't we

20    leave him for now and see what happens next week and see if

21    he can make some other arrangements, and we'll explain to

22    him -- if you want, I'll do it before we do the opening

23    statements, explain to him the situation, why we made a

24    distinction between his situation and the others, and ask him

25    if he can make arrangements.  And if things can't be

1    rearranged, then we'll excuse him, tell him in advance that

2    we'll excuse him if things can't be rearranged.

3              MR. STEFIN:  Well, if we tell him that in advance

4    he might not be able to.

5              THE COURT:  I guess we'll ask him if he can

6    rearrange it, but he may not be very happy for a few days.

7              Mr. Schwartz, do you have any problem with that?

8              MR. SCHWARTZ:  No, Your Honor.

9              THE COURT:  Why don't you bring Mr. Carroll in.

10   Just Mr. Carroll for now.

11             Hello, Mr. Carroll.  Sorry for bringing you out

12   separately but we wanted to talk to you about this scheduling

13   conflict that we didn't honor since you're on the jury.  We

14   were trying to recollect what exactly the situation was for

15   you, and our best recollection is that you work for a

16   publicly traded real estate investment trust, you need to go

17   do some due diligence and inspect some properties?

18             A JUROR:  Your Honor, that's part of it I think I

19   have coverage for.  I've already started that process, and I

20   have to go to Philadelphia to turn over everything that I've

21   done from the 9th through the 11th.  I'm trying to get out of

22   that trip right now, to see if I can do that at night with

23   some other person.

24             THE COURT:  Okay.  Also, is it possible that maybe

25   you could, since we're not going to be in session next

1    Thursday or Monday coming up this week, or is it possible you

2    might be able to make that trip on those days?

3          A JUROR:  No.  The whole acquisition team is

4    meeting from the 9th throughout 11th for my entire company.

5    So like I said, I'm trying to see if I can transition this

6    stuff at night or the weekend to somebody else, but I won't

7    know probably 'til the end of today.

8          THE COURT:  All right.  So can we wait until you

9    find out what the situation is?

10         A JUROR:  Yes, I should have an answer by the

11   morning.

12         THE COURT:  And let me explain that when we were

13   making decisions about hardships, we'd made a distinction

14   between something that's a personal hardship to an individual

15   who he would lose income and couldn't, you know, afford to be

16   on a jury versus someone whose business might miss him or her

17   but would not personally be affected.

18         A JUROR:  In this case, I don't know if it would

19   be.  It could limit my career advancement because of the

20   markets we're going into that we're not currently in.  I'm

21   hoping that's not the case.

22         THE COURT:  Can we wait before we make any

23   decisions at least for a couple of days to see if things can

24   be changed for you?

25         A JUROR:  I'm hoping to have an answer in the

```
 1    morning.

 2            THE COURT:  So can we go forward then at this

 3    point?

 4            A JUROR:  Absolutely.

 5            THE COURT:  Thank you for your cooperation.  Thank

 6    you, sir.  Why don't you step back in the jury room.  We'll

 7    bring you out in a minute.

 8            (Juror exits courtroom.)

 9            THE COURT:  All right.  Well, that's promising, to

10    some extent.

11            I guess, again, because of the delays here, are we

12    going to be able to finish this, these openings?  I'm going

13    to have to read them some preliminary instructions.  Or do

14    you want to wait until tomorrow to do the openings.  I'll ask

15    them if they're willing to stay past 5:00 o'clock.  I'll ask

16    them if they're willing to stay past 5:00 o'clock, and I'm

17    sure unless somebody has a specific appointment they wouldn't

18    mind.

19            Mr. Stefin?

20            MR. STEFIN:  I'd like to go forward if we're able

21    to.

22            THE COURT:  Mr. Schwartz?

23            MR. SCHWARTZ:  I would, too, Judge.  However, if

24    they're not willing to stay, I don't want to try to condense

25    it.
```

```
 1                    THE COURT:  No, I don't want you to either.  I will
 2       ask them to see if they'll agree to stay past 5:00 o'clock in
 3       order to finish the opening statements, and hopefully, there
 4       won't be anyone who says I have an appointment and I need to
 5       leave.
 6                    All right.  So let's bring the jurors in.
 7                    MR. STEFIN:  Judge, I do have one matter.
 8                    I know the rule's been invoked, but we have Joanne
 9       Lavitt, who's a -- an analyst for the IRS who's going to be
10       testifying at the end of the case.  She'll be a summary
11       witness.  My understanding is that summary witnesses are
12       allowed to be in the courtroom during the course of the trial
13       because some of her testimony will be based upon the
14       testimony that will have been given by witnesses in the case.
15                    I just wanted to make sure that it was okay for her
16       to be here and participate and listen in on the opening
17       statement.
18                    MR. SCHWARTZ:  Your Honor, I have no objection.  I
19       think the same rule that applies to experts applies to
20       summary.
21                    THE COURT:  All right.  Thank you.
22         (The jury enters the courtroom, after which the following
23       proceedings were had:)
24                    THE COURT:  You can be seated once you get to your
25       seat.
```

```
1              Please be seated, everyone.  Welcome back, ladies

2     and gentlemen.  Sorry again for the delay in getting started,

3     but we are ready to begin.

4              First of all, before I read you some instructions

5     that I'm going to ask you to follow, is there anyone here

6     that needs to leave by 5:00 o'clock?  You do, Mr. Brown?

7     Ms. Resk, you need to leave?

8              A JUROR:  Either that or make a phone call so

9     somebody else could pick up my son.

10             THE COURT:  Mr. Brown, you can't stay past 5:00?

11             A JUROR:  I have five children.  I've got -- I've

12    got kids.

13             THE COURT:  Okay.

14             A JUROR:  Five of them that I've got to deal with.

15             THE COURT:  All right.  Let me -- all right, let me

16    read you these instructions, and then we'll discuss how to

17    proceed after that.

18             Some of these things I'm going to tell you you've

19    already heard, but it's worth repeating.  These things again,

20    and I ask you to follow them.  And some of these will be new

21    to you.

22             You've now been sworn as the jury and I need to

23    explain to you some basic principles about a criminal trial

24    and your duties as jurors.  These are preliminary

25    instructions, and at the end of the trial I will give you
```

```
 1    more detailed instructions.

 2             It will be your duty to decide what happens so you

 3    can determine whether the Defendant is guilty or not guilty

 4    of the crimes charged in the indictment.  At the end of the

 5    trial, I will explain to you the law that you must follow to

 6    reach your verdict.  You must follow the law as I explain it

 7    to you whether you agree with that law or not.

 8             You must decide the case solely on the evidence

 9    presented here in the courtroom.  Evidence can come in many

10    forms.  It can be testimony about what someone saw or heard

11    or smelled.  It can be an exhibit admitted into evidence, and

12    it can be someone's opinion.  Some evidence proves a fact

13    indirectly.  Such as a witness who saw wet grass outside and

14    people walking into the courthouse carrying wet umbrellas.

15             Indirect evidence, sometimes called circumstantial

16    evidence, is simply a chain of circumstances that proves a

17    fact.  As far as the law is concerned, it makes no difference

18    whether evidence is direct or indirect.

19             You may choose to believe or disbelieve either kind

20    of evidence, and you should give every piece of evidence

21    whatever weight you think it deserves.

22             Certain things are not evidence and must not be

23    considered.  Statements and arguments of the lawyers is not

24    evidence.  In their opening statements and their closing

25    arguments, the lawyers will discuss the case, but their
```

 1    remarks are not evidence.

 2           Questions and objections to the lawyers are not

 3    evidence.  The lawyers' questions are not evidence.  Only the

 4    witnesses' answers are not evidence.  You should not think

 5    that something is true just because a lawyer's question

 6    suggests that it is.

 7           For instance, if a lawyer asks a witness:  You saw

 8    the Defendant hit his sister, didn't you?  That question is

 9    no evidence whatsoever of what the witness saw or what the

10    Defendant did, unless the witness agrees with it.

11           There are Rules of Evidence that control what can

12    be received into evidence, and when a lawyer asks a question

13    or offers an exhibit and a lawyer on the other side thinks it

14    is not permitted by the Rules of Evidence, that lawyer may

15    object.

16           If I overrule the objection, then the question may

17    be answered or the exhibit is admitted.

18           If I sustain the objection, the question cannot be

19    answered and the exhibit cannot be received.  And whenever I

20    sustain an objection to a question, you must ignore the

21    question and not try to guess what the answer would have

22    been.

23           Sometimes I may order that evidence be stricken and

24    that you disregard or ignore the evidence.  That means that

25    when you are deciding the case, you must not consider that

```
 1    evidence.

 2            Some evidence is admitted only for a limited

 3    purpose.  When I instruct you that an item of evidence has

 4    been admitted for a limited purpose, you must consider it

 5    only for that limited purpose and no other.

 6            In reaching your verdict, you may have to decide

 7    what testimony to believe and what testimony not to believe.

 8    You may believe some -- everything a witness says or part of

 9    it or none of it.

10            In considering the testimony of any witness, you

11    may take into account the opportunity and the ability the

12    witness had to see or hear the things about or know the

13    things about which he testified, the witness' memory, the

14    witness' manner while testifying, the witness' interest in

15    the outcome of the case, and any bias or prejudice, whether

16    other evidence contradicted the witness' testimony, the

17    reasonableness of the witness' testimony in light of all the

18    evidence, and any other factors that bear on believability.

19            I will give you additional guidelines for

20    determining credibility of witnesses at the end of the case.

21            Now, as you know, as I discussed at the outset of

22    our jury selection process, there are certain rules that

23    apply in a criminal case that you must keep in mind.  The

24    first is that the Defendant's presumed innocent until proven

25    guilty.  The indictment against a defendant brought by the
```

```
 1   Government is only an accusation, nothing more, and is not

 2   proof of guilt or anything else.  The Defendant therefore

 3   starts out with a clean slate.

 4          The burden of proof is on the Government until the

 5   very end of the case.  The Defendant has no burden to prove

 6   her innocence or to present any evidence or to testify.  And

 7   since the Defendant has the right to remain silent and may

 8   choose whether to testify, you cannot legally put any weight

 9   on the Defendant's choice not to testify.  It is not

10   evidence.

11          And third, the Government must prove the

12   Defendant's guilt beyond a reasonable doubt.  And I'll give

13   you further instructions as to what that means at the end of

14   the trial; and bear in mind that the level of proof is high.

15          Our law requires jurors to follow certain

16   instructions regarding their personal conduct in order to

17   help assure a fair and just trial.

18          For example, and we've talked about some of these,

19   do not talk either among yourselves or with anyone else about

20   anything related to the case.  You may tell the people with

21   whom you live and your employer that you are a juror and give

22   them information about when you will be required to be in

23   court, but you may not discuss with them or anyone else

24   anything related to the case.

25          Do not at any time during the trial request,
```

1    accept, agree to accept or discuss with any person any type

2    of payment or benefit in return for supplying any information

3    about the trial.  You must promptly tell me about any

4    incident you know of involving any attempt by any person to

5    improperly influence you or any member of the jury.

6            Do not visit or view any of the premises or places

7    that are charged in the indictment or where the crime was

8    allegedly committed or any other premises involved in the

9    case, and you must not use Internet maps or Google Earth or

10   any other program to search for a view of any location

11   discussed in the testimony.

12           Do not read, watch or listen to any accounts or

13   discussions related to the case which may be reported by

14   newspapers, television, radio, the Internet or any other news

15   media.  Do not attempt to research any fact, issue or law

16   related to this case whether by discussions with others, by

17   library or Internet research or by any other means or source.

18           In this age of instant electronic communication and

19   research, I want to emphasize that in addition to not talking

20   face to face with anyone about the case, you must not

21   communicate with anyone about the case by any other means.

22   Including telephone, text messages, e-mail, Internet chat

23   rooms, blogs, social networking, websites, My Space, Face

24   Book or Twitter or any of those types of media.

25           You must not provide any information about the case

1    to anyone by any means whatsoever, and that includes posting

2    information about the case or whatever you're doing in the

3    case on any device or Internet site.  You must not use Google

4    or other search information -- to search for information

5    about the case or the law that applies or the people

6    involved, including the Defendant, any witnesses, the

7    attorneys or me.

8            It is important that you understand that these --

9    why these rules exist and why they're so important.  Our law

10   does not permit jurors to talk with anyone else about the

11   case or permit anyone to talk to them about the case because

12   only jurors are authorized to render a verdict.  Only you

13   have been found to be fair.  And only you have promised to be

14   fair.  No one else is so qualified.

15           Our law does not permit jurors to talk among

16   themselves about the case until the Court tells them to begin

17   deliberations because premature discussions can lead to a

18   premature final decision.

19           Our law does not permit you to visit a place

20   discussed in the testimony because you can't be sure that the

21   place is in the same condition as it was on the day in

22   question, and even if it was in the same condition, once you

23   go to the place discussed in the testimony to evaluate the

24   evidence in light of what you see, you become a witness, not

25   a juror.

1          And as a witness you may not –– you may now have a

2    mistaken view of the scene that neither party may have a

3    chance to correct; and this is not fair.

4          Finally, our law requires that you not read or

5    listen to any news accounts of the case and that you not

6    attempt to research any fact, issue or law related to the

7    case.  Your decision must be based solely on the testimony

8    and other evidence presented in this courtroom.

9          Also, the law often uses words or phrases in

10   special ways, so it's important that any definitions you hear

11   only come from me and not from any other source.  It wouldn't

12   be fair to the parties or –– for you to base your decision on

13   some reporter's view or opinion or upon other information you

14   acquire outside the courtroom.

15         These rules are designed to help guarantee a fair

16   trial, and our law accordingly sets forth serious

17   consequences if the rules are not followed.  I trust that you

18   understand and appreciate the importance of following these

19   rules, and in accord with your oath and promise, I know you

20   will do so.

21         Now, if you wish, you may take notes during the

22   course of the trial to help you remember what witnesses said.

23   If you do not (sic) take notes, please keep them to yourself

24   until you and your fellow jurors go to the jury room to

25   decide the case.  Do not let note-taking distract you so that

```
1    you do not hear other answers by witnesses, and when you

2    leave the courtroom leave your notes at your seats.

3              Whether or not you take notes, you should rely on

4    your memory as to what was said.  Notes are to assist your

5    memory only.  They are not entitled to any greater weight

6    than your memory or impression about the testimony.

7              Now, as I said, the attorneys will be making

8    opening statements, and we're going to have to discuss

9    whether that's going to be today or tomorrow, and I think in

10   view of the commitments that you have, it's probably going to

11   be tomorrow morning.  But the opening statements will be an

12   outline that the attorneys are going to provide to you to

13   help you understand the evidence as it comes in.

14             The Government will make an initial opening

15   statement, and then the defense attorney may do the same.

16   But the opening statements are not evidence nor argument.

17             After the opening statements are made, then the

18   United States will begin presenting its witnesses, and

19   counsel for the defense may cross examine those witnesses.

20   Once the Government's presented all of its evidence, then the

21   Defendant may, if she chooses, present witnesses and

22   evidence.  If she chooses to, then the Government can

23   cross-examine her witnesses, as well.

24             After all the evidence is in, then the attorneys

25   will present closing arguments and summarize the evidence and
```

```
 1    argue to you why you should find according to what they
 2    believe the evidence shows, and then I will give you legal
 3    instructions as to the law that applies, and then you will
 4    begin your deliberations.
 5             So let me just confer with the attorneys for a
 6    second about how we're going to proceed at this point, and
 7    we'll be back with you in a second.  Thank you.
 8        (Discussion held off the record.)
 9             THE COURT:  All right.  Ladies and gentlemen, in
10    view of your commitments at 5:00 o'clock, we're going --
11    we're not going to have enough time to do the opening
12    statements this evening.  So we're going to recess, but I
13    wanted to give you the days that we're going to be not in
14    session so you can make some plans accordingly.
15             We won't be in session on Monday of next week,
16    which is Labor Day.  So that's a day off as far as court's
17    concerned.  The next day we won't be in session is the
18    afternoon of September 12th.
19             MR. STEFIN:  Judge, the Thursday?  Rosh Hashanah?
20             THE COURT:  Oh, I'm sorry.  Also the fifth, next
21    Thursday, September 5th, we will not be in session because of
22    the Jewish holiday.  So the 2nd, Monday, and Thursday, the
23    5th.  Then we've got the afternoon of the 12th and the 13th
24    we won't be in session either.  So the second, we're off the
25    fifth.  That's next week.  The week after, the afternoon of
```

1    the 12th and all of the 13th.  That's Thursday afternoon and

2    Friday all day.  The 16th we will be in session only in the

3    morning, not the afternoon.  And the 23rd, if we're still

4    going, we'll be in session in the morning only, not the

5    afternoon.

6            So other than those days that I just mentioned,

7    we're planning on being here to try this case.  Okay.

8            Now, again, I thank you for your patience.  I'm

9    sorry that we didn't move as far along as we had hoped today.

10   I'm going to remind you please do not discuss this case with

11   anyone.

12           When you go home and tell people that you've been

13   selected, they're going to want to know what the case is

14   about, and please don't even discuss the subject matter,

15   because as you saw during jury selection, people have strong

16   opinions about certain things, and we don't want you to be

17   influenced by what other people think about this case.  Only

18   what you think as a group after you've heard the evidence and

19   you decide this case based upon what's presented in the

20   courtroom.  Don't do any research.  Please stay off the

21   Internet.

22           I expect there will be news reports about the case,

23   so please avoid reading or hearing anything about the case

24   either on radio, TV or in the paper.

25           So if you could be back tomorrow at 9:00 o'clock,

1   and just come right into that jury room and we'll get you out

2   here as soon as we can and hopefully move the case along.

3   Leave your notes at your seat.  Don't take them with you.

4   And, again, have a nice evening, and we'll see you tomorrow

5   morning.  Thank you very much.

6       (The jury exits the courtroom.)

7           THE COURT:  All right.  Anything else we need to

8   talk about?

9           MR. SCHWARTZ:  No, Your Honor.

10          THE COURT:  No?

11          Okay.  Have a nice evening.

12      (The evening recess was taken at 4:36 p.m.)

13                      *  *  *  *  *

14

15

16

17

18

19

20

21

22

23

24

25

```
1                          * * * * *

2                          I N D E X

3    Voir Dire                                      9

4    Preliminary Instructions to the Jury         225

5                          * * * * *

6                        E X H I B I T S

7    (None.)

8                          * * * * *

9                          CERTIFICATE

10       I, Stephen W. Franklin, Registered Merit Reporter, and

11   Certified Realtime Reporter, certify that the foregoing is a

12   correct transcript from the record of proceedings in the

13   above-entitled matter.

14       Dated this 10th day of NOVEMBER, 2013.

15

16       /s/Stephen W. Franklin
         _____
17       Stephen W. Franklin, RMR, CRR

18

19

20

21

22

23

24

25
```

**$**

$15 [1]  106/9
$15 million [1]  106/9
$16 [1]  106/1
$16 million [1]  106/1
$200,000 [1]  20/10
$25 [1]  100/8
$50 [1]  48/2

**'**

'40s [1]  107/12
'50s [1]  107/12
'7th [1]  86/15
'88 [1]  100/5
'89 [1]  100/5
'8th [1]  86/15
'til [2]  212/7 222/7

**-**

-v [1]  1/5

**/**

/s/Stephen [1]  237/16

**1**

10 [7]  80/7 106/25 107/3 107/4 181/12
 192/18 217/10
10-minute [1]  188/25
10:56 [1]  79/14
10th [1]  237/14
11 [2]  51/25 218/10
11-80072-CR-MARRA [1]  1/2
11:00 [1]  47/16
11:10 [1]  79/14
11th [6]  138/4 164/10 164/14 217/24 221/21
 222/4
12 [8]  58/14 72/7 89/6 106/25 148/8 175/3
 182/2 186/21
12:00 [1]  149/2
12:20 [1]  123/17
12th [11]  64/11 64/12 64/18 87/3 87/5 87/10
 182/7 184/18 234/18 234/23 235/1
13 [1]  186/21
13th [9]  87/3 87/14 121/2 121/3 184/5
 190/18 219/13 234/23 235/1
14 [3]  62/1 174/16 174/25
14-year [1]  58/4
14th [1]  87/3
15 [17]  55/17 57/4 62/1 77/12 77/15 78/16
 88/17 89/6 106/1 122/12 167/2 167/12
 175/10 186/21 190/4 192/18 218/15
1500 [1]  158/8
15th [1]  87/4
16 [14]  52/11 55/24 66/9 86/1 88/17 89/15
 174/19 174/22 174/24 174/25 175/4 175/5
 175/10 182/13
16th [10]  63/18 63/23 64/10 64/19 165/13
 165/14 165/19 166/5 166/17 235/2
17 [5]  78/16 105/25 106/1 156/11 174/21
18 [1]  167/2
18-year-old [1]  58/5
1:00 at [2]  148/15 148/24
1:00 in [2]  147/21 148/18
1:00 o'clock  [2]  164/19 165/9
1:15 [2]  123/12 123/15
1:18 [1]  123/17
1:30 [8]  114/21 114/23 115/1 115/1 115/10
 115/14 116/23 122/16

**2**

20 [6]  58/2 100/8 154/5 162/10 192/18 206/1
200 [1]  1/21
2011 [1]  198/11
2013 [2]  1/8 237/14
22 [1]  89/3
225 [1]  237/4
23rd [6]  63/21 63/23 63/25 64/13 64/17
 235/3
24 [4]  68/22 72/7 83/17 148/7
25 [3]  42/14 122/10 129/17
26 [2]  49/6 68/21
263 [1]  1/10
26th [3]  86/15 87/19 121/18
27 [2]  1/8 186/21
27th [1]  219/16
28 [2]  68/20 78/11
2:00 in [1]  151/21
2:30 [1]  41/23
2B [2]  172/2 195/8
2nd [2]  63/23 234/22

**3**

30 [4]  61/12 105/23 148/4 175/1
30-page [1]  206/1
30th [2]  87/22 121/18
31 [3]  79/3 175/11 186/21
32 [1]  174/14
33 [6]  79/2 174/12 174/14 174/15 174/19
 186/21
33301 [1]  1/18
33401 [1]  1/24
33432 [1]  1/22
34 [5]  79/2 122/11 174/11 174/12 174/13
35 [2]  138/4 215/11
3768 [1]  1/23
39 [1]  186/21
3:14 [1]  194/21
3:15 [1]  194/21
3:51 [1]  217/12
3A2 [1]  172/8

**4**

40 [1]  215/13
403 [1]  210/25
42 [1]  215/12
43 [1]  186/21
45 [1]  57/22
46 [1]  85/11
48 [1]  215/12
4:04 [1]  217/12
4:36 [1]  236/12

**5**

50 [2]  51/20 186/22
500 [1]  1/17
51 [2]  89/2 119/16
514-3768 [1]  1/23
52 [2]  48/12 186/22
53 [2]  55/12 119/5
54 [3]  65/20 80/6 117/22
55 [3]  12/18 68/17 118/1
56 [1]  118/5
561 [1]  1/23
58 [2]  11/11 118/9
5:00 [2]  149/1 225/10
5:00 job [1]  148/13
5:00 o'clock [6]  148/13 223/15 223/16 224/2
 225/6 234/10

5:00 or [1]  65/8
5:00 to [1]  149/2
5:30 [2]  59/5 147/18
5th [2]  234/21 234/23

**6**

60 [1]  186/22
60-hour [1]  72/18
61 [2]  61/11 118/12
62 [2]  74/13 186/23
63 [1]  186/12
64 [1]  118/15
65 [4]  13/17 39/18 40/7 118/16
66 [2]  17/2 118/19
67 [1]  118/25
68 [1]  18/24
69 [1]  19/14
6:00 [1]  65/8
6:00 o'clock [1]  87/8
6C [1]  133/8
6E [4]  171/22 171/24 195/12 196/7
6E2A [1]  171/25
6E2B [3]  172/2 195/9 195/12

**7**

70 [2]  30/3 118/25
700 [1]  1/21
701 [1]  1/24
71 [2]  118/23 186/23
76 [1]  119/1
77 [3]  118/23 119/2 186/23
7th [1]  1/18

**8**

80 [1]  95/20
8:00 [1]  149/1
8:00 in [1]  148/15
8:00 to [3]  147/18 148/17 148/23

**9**

95 percent [1]  111/19
9:00 o'clock [2]  151/25 235/25
9:00 to [3]  59/5 96/23 148/12
9:50 [1]  96/23
9th [3]  217/24 221/21 222/4

**A**

A-d-e-a [1]  92/19
a.m [2]  79/14 79/14
AA [1]  72/9
abandoned [1]  199/3
abilities [1]  102/20
ability [28]  45/2 45/13 50/13 50/18 50/22
 52/7 54/7 54/21 57/10 60/4 60/18 67/7 67/22
 70/1 76/3 81/13 83/13 98/14 98/14 109/14
 143/16 144/4 144/5 146/6 147/5 170/12
 174/2 228/11
able [63]  8/22 9/14 9/17 11/17 16/4 19/15
 29/3 29/6 29/19 40/21 49/13 52/9 55/22 56/3
 59/11 62/24 64/22 64/25 73/24 74/4 74/25
 79/6 81/13 82/10 82/16 82/17 84/5 84/7
 85/24 87/25 94/14 95/12 95/13 98/10 106/19
 115/2 115/10 117/10 119/18 136/4 136/4
 139/5 147/11 148/3 148/9 152/3 157/9
 158/25 163/20 170/22 172/21 174/17 198/3
 200/20 211/9 211/18 215/25 216/7 216/25
 221/4 222/2 223/12 223/20
above [3]  117/8 156/15 237/13
above-entitled [1]  237/13
Abraham [1]  92/17

**A**

Abramson [6]  13/17 13/18 34/3 116/4 116/7 118/16
absence [1]  52/16
Absent [1]  203/2
absolutely [8]  71/5 71/15 71/20 97/13 98/16 106/17 197/2 223/4
abused [1]  83/24
academy [2]  72/17 136/14
accept [14]  176/24 178/13 178/23 179/7 179/10 180/8 180/10 180/13 180/15 180/16 180/24 186/10 230/1 230/1
acceptable [24]  177/3 177/4 177/12 177/13 177/19 177/22 178/7 178/9 178/24 179/2 179/4 179/14 179/17 180/7 181/1 181/3 181/9 181/10 181/14 181/15 181/19 182/6 183/19 186/17
accepted [2]  86/3 153/13
accepting [1]  135/2
accident [2]  66/4 139/2
accommodate [14]  81/24 87/24 120/21 120/23 121/13 121/14 121/18 166/20 184/12 189/21 189/24 191/15 216/12 216/15
accommodating [1]  184/3
accommodation [1]  215/21
accommodations [2]  78/25 79/7
accomplish [1]  127/23
accord [1]  232/19
accordance [2]  172/2 195/8
according [2]  209/12 234/1
accordingly [2]  232/16 234/14
account [6]  65/15 68/18 125/14 125/15 125/16 228/11
accountant [1]  111/17
accounting [1]  55/14
accounts [3]  104/20 230/12 232/5
accurate [2]  150/17 154/16
accusation [3]  26/17 26/17 229/1
accusations [3]  150/2 150/8 205/22
accuse [1]  27/1
accused [5]  10/8 26/20 32/6 104/7 143/2
accusing [1]  14/1
aches [2]  94/20 94/20
acknowledge [1]  191/11
acknowledged [1]  217/25
acquaintance [1]  74/24
acquire [1]  232/14
acquisition [1]  222/3
across [1]  144/25
act [2]  2/24 6/20
acting [1]  62/5
action [3]  149/4 154/4 209/17
activities [6]  14/15 19/4 30/20 95/21 96/1 97/2
activity [5]  15/3 17/15 17/16 48/25 96/24
actor [1]  107/15
acts [3]  6/21 6/24 214/13
actual [2]  6/19 6/20
actually [22]  10/11 20/25 21/15 48/1 75/12 95/5 97/12 99/1 99/20 103/3 103/11 113/16 121/2 151/3 155/24 162/3 174/7 192/3 192/7 200/4 200/6 218/18
Adae [1]  92/19
addition [3]  122/10 204/19 230/19
additional [7]  9/8 9/10 90/11 93/15 138/21 141/9 228/19
address [1]  39/22
addressed [1]  138/7
adds [1]  175/11

adhere [1]  213/24
administration [1]  97/18
administrative [1]  62/21
admits [1]  133/17
admitted [4]  226/11 227/17 228/2 228/4
Adopt [1]  57/24
Adrian [1]  93/2
adult [1]  88/16
adults [1]  88/19
advance [2]  221/1 221/3
advancement [1]  222/19
advantage [1]  119/22
advise [1]  212/3
advisor [3]  7/7 105/25 105/25
affect [36]  44/16 45/2 45/13 49/9 49/21 50/5 50/13 50/18 50/22 52/7 54/7 54/20 57/10 60/4 62/17 67/7 67/17 67/21 68/4 69/3 69/5 69/12 69/25 84/3 84/5 89/21 98/14 141/7 143/16 144/4 146/5 153/13 163/17 164/3 170/12 170/15
affected [2]  146/16 222/17
affects [1]  174/1
affidavit [9]  135/19 136/15 201/17 202/12 209/12 209/14 210/20 211/5 212/20
affidavits [4]  135/8 135/9 135/20 136/19
affiliated [1]  125/21
afford [1]  222/15
afield [1]  211/3
Afro [4]  102/25 111/22 111/23 111/24
Afro-American [2]  111/22 111/24
Afro-Americans [1]  111/23
Afro-Caribbean [1]  102/25
after [47]  2/16 9/8 18/16 41/25 47/11 58/23 60/16 63/5 63/5 65/7 73/14 77/16 78/10 78/17 79/14 79/21 87/14 90/13 107/11 116/1 123/17 124/13 127/5 138/10 140/20 142/1 144/24 148/13 152/2 155/12 160/20 160/22 163/8 189/10 191/5 194/21 196/25 197/8 212/2 217/12 217/21 224/22 225/17 233/17 233/24 234/25 235/18
aftercare [3]  53/15 53/19 53/20
afternoon [16]  41/20 41/22 47/11 64/12 64/14 64/17 64/18 138/12 138/14 168/16 234/18 234/23 234/25 235/1 235/3 235/5
again [71]  7/1 7/4 7/4 7/6 7/12 8/19 9/1 15/4 15/24 24/12 24/16 25/16 29/1 31/4 31/19 33/9 34/15 35/13 53/23 54/20 63/7 73/14 79/7 79/25 80/22 81/10 92/3 93/12 96/10 97/1 102/21 115/12 120/20 122/20 124/7 134/2 135/2 135/9 136/12 136/14 136/21 137/22 138/15 139/5 139/7 140/6 144/3 148/11 158/22 159/23 161/25 181/16 182/20 190/4 190/7 190/17 191/11 201/21 204/25 205/9 207/19 208/5 208/9 210/18 210/23 212/6 223/11 225/2 225/19 235/8 236/4
against [23]  3/7 3/10 6/16 15/20 26/14 33/21 34/2 35/14 35/25 36/4 54/15 59/25 60/2 66/1 67/10 67/24 84/15 84/18 102/15 149/4 154/23 158/15 228/25
age [2]  100/13 230/18
agencies [3]  45/18 45/18 70/4
agent [26]  5/2 5/2 125/22 128/19 130/6 130/8 130/14 130/22 132/21 135/7 135/7 136/15 136/17 136/18 136/22 197/16 197/18 198/15 201/25 208/13 208/14 209/8 209/11 210/7 212/19 212/20
agent's [1]  209/5
agents [2]  125/23 136/7
aggressive [1]  50/17
ago [20]  55/17 57/4 68/19 69/21 80/13 89/10

94/9 96/8 107/4 152/21 158/8 161/7 161/13 161/23 162/18 162/20 163/16 164/17 167/3 211/7
agree [31]  25/20 25/22 30/8 31/4 31/15 31/17 31/21 32/11 37/3 78/22 82/15 83/8 114/1 114/3 114/7 120/7 120/9 124/12 175/22 175/25 182/16 182/17 182/23 183/18 184/17 186/8 188/10 220/9 224/2 226/7 230/1
agreeable [2]  176/1 183/13
agreed [6]  14/5 118/24 124/22 135/10 178/16 178/20
agreement [1]  186/19
agrees [4]  31/11 183/17 183/25 227/10
ahead [3]  36/11 59/19 151/13
ahold [1]  42/6
Air [1]  49/6
alcohol [2]  52/4 54/10
allegation [1]  70/13
allegations [30]  3/6 3/12 3/13 3/16 6/5 6/10 6/13 6/19 6/21 7/1 7/2 7/3 7/6 7/7 7/13 15/25 23/20 26/14 103/2 199/5 200/17 200/24 206/2 206/23 206/23 207/1 207/6 208/6 211/8 213/12
alleged [22]  6/16 14/17 14/18 14/23 30/20 43/14 73/15 126/22 128/15 128/17 196/9 198/19 199/6 199/18 203/24 210/14 211/18 211/22 213/13 214/20 215/1 215/3
allegedly [5]  19/4 125/12 135/25 197/1 230/8
alleges [1]  203/16
alleging [3]  3/10 14/4 26/15
Allesha [1]  18/23
alley [1]  206/21
allow [7]  64/19 81/24 131/25 133/2 148/4 174/15 182/25
allowed [17]  134/13 137/1 137/6 153/10 173/8 190/11 190/18 191/13 191/14 197/18 200/23 201/24 203/2 203/3 207/10 214/7 224/12
allowing [1]  217/5
allows [2]  133/8 206/20
Almeida [1]  92/22
almost [3]  30/22 196/18 214/14
alone [2]  20/1 21/2
along [4]  46/13 158/10 235/9 236/2
already [27]  23/17 30/12 30/13 30/16 30/17 31/1 31/5 74/1 90/21 91/11 96/7 97/17 102/13 103/6 142/17 142/22 143/11 146/9 156/21 162/13 169/23 183/8 209/14 217/24 220/16 221/19 225/19
also [36]  5/3 5/13 9/13 19/25 20/9 32/7 37/8 38/12 48/15 58/24 58/25 59/17 62/4 62/22 65/25 69/5 77/18 81/7 84/11 89/5 91/6 103/1 109/17 115/18 121/22 126/17 131/17 136/25 138/3 173/19 201/25 202/22 215/6 221/24 232/9 234/20
Alston [5]  139/12 139/16 177/1 177/2 177/7
alternate [17]  121/24 121/25 122/3 174/18 175/23 175/24 176/8 176/23 182/22 183/24 184/2 184/6 184/24 185/11 185/14 186/1 186/4
alternates [22]  78/15 119/20 175/1 175/2 175/4 175/5 175/7 175/8 175/10 175/15 175/17 175/18 176/3 176/7 182/9 184/23 185/1 186/14 186/22 218/8 218/17 220/12
alternatively [1]  197/16
although [2]  154/16 203/2
always [2]  75/14 151/4
Alzheimer's [1]  167/13
am [26]  19/14 33/21 40/1 40/9 48/14 51/21 55/12 55/13 55/24 57/23 58/2 65/21 74/14

**A**

am... [13] 80/18 81/6 85/11 85/12 89/3 89/4
96/13 97/11 104/11 110/15 148/16 155/13
186/23
AMERICA [2] 1/3 4/24
American [4] 111/22 111/24 164/15 165/5
Americans [1] 111/23
among [6] 3/17 4/10 76/19 77/21 229/19
231/15
amount [7] 7/21 8/12 8/13 8/15 24/6 106/9
106/19
analogize [1] 204/15
analyst [1] 224/9
Andrea [1] 92/17
animals [1] 103/1
another [18] 9/14 43/24 45/24 51/4 60/10
62/8 76/9 76/12 88/7 89/25 90/19 92/4 142/9
156/1 166/22 186/2 190/25 197/25
answer [13] 94/2 102/16 103/17 106/13
106/19 114/2 114/3 132/19 152/12 170/16
222/10 222/25 227/21
answered [4] 81/4 215/7 227/17 227/19
answering [2] 38/13 38/15
answers [5] 38/9 94/23 187/24 227/4 233/1
any [200]
anybody [35] 48/21 68/12 71/1 77/5 85/19
98/14 101/13 102/6 103/5 105/13 106/25
108/13 108/15 108/18 108/20 108/23 109/6
109/13 109/19 110/17 111/3 113/6 113/10
113/17 114/15 117/5 121/18 141/21 145/7
183/20 184/23 195/18 197/3 198/12 198/17
anybody's [1] 111/1
anymore [1] 200/25
anyone [63] 10/23 11/6 12/15 13/5 13/6
13/10 13/12 18/15 19/21 24/21 24/24 25/4
25/11 26/4 31/8 31/11 33/15 33/19 35/9
35/10 35/12 36/1 36/3 76/19 76/20 90/17
90/21 91/5 91/11 92/7 92/8 93/7 98/18
103/25 109/3 113/7 114/24 115/21 116/3
116/17 140/13 140/14 140/18 140/22 140/24
141/4 142/13 144/13 145/4 160/7 169/20
170/12 193/10 224/4 225/5 229/19 229/23
230/20 230/21 231/1 231/10 231/11 235/11
anything [108]
anytime [1] 173/19
anyway [8] 102/17 117/6 119/10 157/8
166/14 173/21 183/12 187/20
anywhere [1] 77/5
aol.com [1] 1/25
apiece [2] 175/19 185/16
apologize [6] 23/15 37/20 65/14 138/13
138/18 196/1
Apparently [1] 128/3
appeal [1] 42/16
appealing [1] 59/20
Appearances [1] 1/15
appease [1] 103/4
applicable [1] 3/5
applies [4] 224/19 224/19 231/5 234/3
apply [4] 9/5 10/3 12/4 228/23
appointment [13] 41/24 47/11 66/10 138/5
138/6 164/25 165/2 165/10 165/18 166/1
190/19 223/17 224/8
appointments [4] 41/18 41/19 46/9 47/17
appreciate [6] 11/24 12/12 88/22 115/13
189/18 232/18
appropriate [1] 110/7
approximately [1] 7/18
April [4] 92/25 135/14 135/23 203/5

area [3] 43/4 154/9 211/16
aren't [1] 77/10
argue [10] 29/17 128/9 172/15 189/1 201/25
208/18 208/23 208/24 214/11 234/1
argued [2] 128/8 214/6
arguendo [1] 201/2
argument [7] 131/17 194/15 194/24 196/2
201/13 214/1 233/16
arguments [4] 214/5 226/23 226/25 233/25
arm [1] 80/14
armed [2] 59/17 60/1
Armstrong [4] 139/24 180/14 180/16 190/14
around [12] 75/4 96/12 98/23 100/8 102/16
112/18 121/11 133/25 152/20 173/4 184/7
214/15
arrangement [1] 63/2
arrangements [2] 220/21 220/25
arrest [1] 196/25
arrested [16] 40/15 48/22 54/16 55/17 61/22
72/12 74/20 75/20 75/25 76/3 80/12 89/9
103/12 103/12 111/23 131/21
arrests [2] 128/14 198/10
article [10] 156/1 156/5 156/7 156/15 157/17
159/10 159/23 163/2 163/15 168/4
articles [11] 111/9 138/25 145/9 145/10
145/22 146/5 147/5 149/14 149/17 154/19
194/5
articulate [1] 104/10
aside [6] 64/6 103/11 112/6 112/8 158/25
164/5
ask [73] 3/1 4/8 7/19 7/22 7/25 8/1 9/7 9/10
9/21 10/19 37/19 38/6 38/19 42/8 50/8 52/9
59/13 63/4 66/21 69/16 77/20 82/6 93/15
94/4 96/2 99/21 101/2 102/17 103/24 113/18
114/2 114/22 119/12 120/13 120/14 120/21
131/24 132/12 134/13 137/7 138/21 140/20
141/11 141/20 148/1 156/4 163/13 164/9
168/1 186/25 187/4 195/2 196/7 198/3 200/8
200/11 201/11 201/17 207/10 207/24 208/16
211/9 211/12 213/22 215/9 216/1 220/24
221/5 223/14 223/15 224/2 225/5 225/20
asked [14] 5/25 31/1 73/20 90/16 90/21
91/11 96/15 106/12 108/2 108/4 128/5
171/22 195/23 206/22
asking [5] 38/15 93/17 134/2 187/7 203/12
asks [2] 227/7 227/12
asleep [1] 163/8
aspect [2] 20/13 40/16
ass [1] 149/9
assault [2] 48/23 50/11
asserted [1] 6/11
assigned [1] 96/1
assist [3] 5/15 201/8 233/4
assistance [1] 165/17
assistant [5] 4/23 4/25 5/4 93/13 154/8
associated [2] 48/24 158/18
associates [1] 4/20
assume [11] 26/18 26/19 29/9 29/11 78/14
123/7 131/9 185/22 193/14 198/11 198/12
assumed [2] 70/16 142/11
assuming [7] 48/3 69/9 117/14 153/20 166/3
166/19 201/2
assumption [1] 87/23
assure [2] 83/11 229/17
Atlanta [2] 49/1 50/11
Atlantic [1] 61/13
Atsuko [1] 92/21
attack [2] 200/18 200/20 211/18 211/19
attacking [1] 211/19
attacks [4] 29/14 85/21 88/3 88/3

attempt [4] 202/2 230/4 230/15 232/6
attempted [5] 125/24 135/3 135/4 137/3
189/21
attempting [3] 149/19 205/19 211/19
attention [5] 168/21 169/2 170/7 173/18
217/19
attenuated [1] 212/25
attitude [1] 176/14
attitudes [1] 85/24
attorney [11] 4/23 4/25 5/11 40/11 42/11
93/13 172/6 188/4 188/11 195/15 233/15
Attorney's [1] 1/17
attorneys [14] 4/12 4/19 9/9 22/12 77/4
90/11 93/9 139/4 187/1 231/7 233/7 233/12
233/24 234/5
audit [4] 75/11 75/12 75/12 75/13
August [2] 1/8 198/10
AUSA [2] 1/16 1/16
authorized [2] 123/23 231/12
autograph [1] 105/16
autoimmune [1] 40/18
automatically [1] 18/8
available [1] 96/3
Avenue [4] 161/24 161/24 162/21 162/22
average [1] 173/23
Avery [9] 74/9 74/10 74/12 105/14 105/15
185/5 186/5 186/13 190/16
avoid [4] 77/9 77/11 182/17 235/23
aware [1] 211/23
awareness [2] 98/23 99/10
away [8] 77/25 78/2 95/11 98/12 98/13 114/5
167/8 169/5

**B**

bachelor's [2] 51/25 61/18
back [78] 2/4 16/13 32/18 36/18 42/6 58/24
59/2 59/6 59/6 59/11 73/6 77/12 79/16 79/23
80/17 80/19 81/23 87/4 87/14 88/23 105/13
105/21 107/6 114/21 114/23 115/1 115/9
116/22 123/5 123/9 123/19 126/7 126/10
126/18 127/3 127/5 127/6 127/8 136/6
136/11 138/13 138/15 138/19 139/20 141/11
141/13 141/19 141/24 141/25 143/20 143/24
144/14 147/21 152/10 155/9 160/15 165/23
168/9 168/13 169/13 169/16 189/12 190/25
192/11 192/16 194/2 201/10 202/19 203/21
204/4 204/6 204/12 217/9 217/15 223/6
225/1 234/7 235/25
background [10] 3/21 4/1 7/5 48/18 51/25
58/5 58/6 61/17 71/4 112/9
backstriking [1] 176/22
backwards [1] 153/8
bad [4] 23/1 41/7 80/17 174/20
badly [1] 143/19
bag [1] 80/14
balancing [1] 114/10
Baltimore [3] 52/1 58/13 60/7
bank [4] 100/13 104/20 125/15 125/16
banking [1] 15/4
banks [1] 15/4
Bar's [1] 213/24
Bardfeld [11] 1/16 4/25 126/6 129/6 129/16
130/19 130/21 136/22 137/10 213/2 215/24
Bardfeld's [1] 213/4
base [7] 71/9 71/11 157/5 157/10 159/1
170/22 232/12
Baseball [1] 99/1
based [26] 11/25 12/7 13/2 19/1 19/2 27/21
30/19 32/5 49/10 49/14 49/16 61/25 77/2
77/2 83/7 83/7 102/16 105/1 157/12 171/14

**B**

based... [6]  199/19 206/23 213/10 224/13 232/7 235/19
basic [3]  15/5 100/22 225/23
basically [10]  14/3 80/20 81/4 151/7 156/8 197/12 208/11 208/14 210/8 218/6
basis [5]  10/18 24/16 53/9 139/8 209/15
basketball [1]  58/24
bathroom [1]  161/16
Beach [22]  1/7 1/24 39/18 39/20 39/21 39/24 40/8 40/13 48/12 49/7 55/12 57/22 58/1 58/3 58/9 74/13 74/15 83/18 83/20 84/9 85/12 89/3
Beaches [1]  57/25
Bean [6]  122/23 139/17 177/25 178/1 178/2 178/3
bear [4]  8/2 38/17 228/18 229/14
became [1]  125/21
because [104]
become [4]  41/14 164/15 203/22 231/24
bed [1]  163/4
Beekley [1]  93/6
before [63]  1/12 4/18 9/12 9/19 10/2 26/12 38/13 38/15 40/13 42/20 48/20 52/2 55/15 58/16 58/18 61/20 72/11 77/14 83/21 85/2 85/18 99/20 104/13 110/4 117/1 117/15 123/21 125/21 126/8 128/1 128/14 128/19 129/19 133/21 134/15 137/13 138/14 138/24 145/18 151/16 182/11 186/8 189/14 192/14 192/16 193/24 194/2 197/10 198/3 198/5 198/5 198/7 198/8 198/10 201/24 204/24 206/24 216/6 216/9 217/17 220/22 222/22 225/4
begin [10]  123/21 130/14 138/14 176/21 189/14 192/14 225/3 231/16 233/18 234/4
beginning [2]  13/23 40/5
begins [1]  154/10
behalf [4]  2/22 104/15 188/8 188/11
behind [3]  22/2 88/24 160/24
being [60]  2/23 3/23 23/13 29/15 34/5 35/3 38/17 49/10 49/20 50/10 50/12 50/16 50/16 50/17 52/11 54/12 70/22 71/5 71/7 73/1 77/8 86/2 89/17 91/4 95/11 101/15 102/12 103/11 103/12 111/9 111/17 115/15 119/13 125/2 125/13 133/5 138/15 143/15 144/21 146/1 150/1 150/4 150/20 153/12 158/9 158/11 164/14 173/9 187/3 190/22 191/18 195/23 197/9 203/2 206/24 207/17 212/22 218/2 219/25 235/7
belief [4]  19/14 82/10 102/19 103/5
beliefs [7]  19/1 101/10 101/19 102/18 102/23 103/16 213/11
believability [2]  90/18 228/18
believe [77]  4/9 8/24 11/25 13/11 17/8 17/11 18/3 18/6 19/25 20/22 20/23 21/2 26/5 30/14 36/12 36/13 36/17 46/4 51/7 54/24 55/25 56/9 57/14 58/16 60/13 60/20 60/23 60/24 61/25 70/10 76/11 80/25 82/8 82/9 82/12 87/1 90/3 91/1 96/2 102/22 106/2 108/12 109/13 111/1 111/2 111/14 113/10 116/19 126/24 127/16 130/19 130/20 132/25 134/8 134/13 135/3 150/18 160/22 170/2 172/25 180/4 181/25 182/13 183/14 187/14 192/22 198/2 199/13 200/2 201/24 204/2 215/15 226/19 228/7 228/7 228/8 234/2
believed [4]  108/13 109/10 125/19 209/1
believes [2]  108/3 108/20
believing [2]  60/21 119/8
belong [1]  108/3

benefit [2]  154/6 230/2
Bennett [3]  26/5 36/9 36/11
Bernie [2]  107/10 107/14
besides [1]  156/10
best [11]  11/18 59/21 83/13 89/19 105/11 105/22 185/10 189/21 191/15 214/23 221/15
Beth [4]  5/2 92/17 92/24 93/1
betraying [1]  96/17
better [2]  7/24 212/10
between [8]  9/17 59/4 111/1 135/13 213/25 217/23 220/24 222/14
Beulen [1]  92/21
beyond [19]  6/14 10/12 24/7 24/8 28/4 28/7 29/20 33/1 83/1 98/10 114/6 114/10 114/14 114/16 147/1 157/22 163/25 171/5 229/12
bias [12]  30/7 30/11 30/16 31/1 49/11 58/15 84/13 84/15 117/21 158/14 158/15 228/15
biased [4]  88/7 92/4 119/21 154/23
biases [1]  52/8
Bible [2]  55/25 150/19
big [6]  62/4 62/5 95/23 153/25 173/2 192/4
bills [1]  164/12
bit [34]  3/18 6/1 7/4 31/2 37/18 48/10 78/13 86/4 98/9 108/17 114/11 146/2 154/10 218/5
bite [1]  122/24
BJ's [1]  74/17
black [5]  14/7 70/23 160/24 169/13 169/15
blah [9]  161/5 161/5 161/5 161/6 161/6 161/6 161/8 161/8 161/8
blame [1]  123/3
blind [1]  206/21
blogs [1]  230/23
board [1]  44/24
boat [1]  20/21
Bobby [1]  92/24
Boca [9]  1/22 51/20 61/11 80/7 97/4 97/5 147/21 161/24 162/21
body [1]  94/20
Book [1]  230/24
booked [1]  217/24
books [3]  105/10 105/13 105/23
Borge [1]  36/6
born [1]  112/11
boss [2]  164/17 166/16
Boston [1]  69/21
both [15]  27/9 52/18 54/21 57/11 76/4 78/22 126/24 128/13 175/25 176/24 182/16 182/17 182/22 184/17 192/22
bother [4]  22/22 107/25 109/23 111/3
bothersome [1]  106/16
Boulevard [2]  1/17 100/10
Bouras [4]  51/18 51/20 90/22 119/6
bouts [1]  47/5
box [3]  82/3 152/1 190/4
Boynton [4]  48/12 49/7 51/1 89/3
branches [1]  125/8
break [11]  4/11 74/10 115/1 116/22 117/10 117/15 189/1 192/2 192/18 194/18 194/19
breaks [2]  81/24 143/20
Brezak [4]  139/16 177/11 177/11 190/6
brief [1]  113/18
briefly [3]  5/22 159/7 213/21
bring [31]  2/10 79/18 79/20 115/4 122/6 122/7 123/23 124/2 124/5 124/9 124/16 128/22 129/14 130/12 130/16 133/11 134/19 137/17 137/18 137/19 147/8 168/11 188/15 192/11 192/20 207/14 215/19 217/17 221/9 223/7 224/6
bringing [2]  215/20 221/11
broad [1]  130/8

broadcasters [1]  99/1
broken [1]  96/25
Bronx [1]  107/11
brother [6]  52/3 54/9 58/13 60/6 72/17 89/20
brother's [1]  89/10
brother-in-law [2]  58/13 60/6
brought [10]  3/10 6/6 23/23 108/17 134/17 138/19 159/8 205/23 217/19 228/25
Broward [4]  1/17 52/6 54/19 89/12
Brown [20]  36/7 85/7 85/8 85/8 85/9 85/11 98/20 109/23 109/25 120/19 184/2 185/7 186/6 186/13 190/16 190/17 191/13 219/12 225/6 225/10
Buddhist [2]  109/4 109/7
buddy [1]  89/12
build [1]  94/11
bullet [1]  122/24
bunch [2]  209/7 210/8
burden [30]  23/19 23/19 23/21 23/24 24/4 24/12 24/13 24/18 24/22 24/25 25/3 25/9 28/5 28/13 28/14 29/23 30/11 30/13 31/9 31/14 32/8 32/9 33/1 71/21 75/2 75/5 98/1 157/21 229/4 229/5
burden's [2]  30/22 31/3
burglarized [1]  89/21
business [33]  14/7 14/12 14/14 14/15 52/24 55/13 56/16 56/17 69/10 69/10 70/15 70/16 70/19 70/21 71/2 98/3 101/14 102/14 102/15 107/12 107/13 107/17 107/23 111/10 113/10 113/14 148/12 168/25 173/2 173/3 191/22 192/19 222/16
business-wise [1]  111/10
businesses [3]  97/8 97/10 97/22
buy [2]  202/22 202/23

**C**

cabinets [2]  161/15 161/16
cajoled [1]  211/21
calculations [2]  78/9 79/1
calendar [2]  164/12 164/13
California [2]  85/16 86/7
called [18]  9/16 10/7 14/11 14/22 23/19 24/6 66/2 80/10 80/10 107/14 107/22 110/11 130/10 131/4 197/15 202/7 202/17 226/15
calling [13]  127/1 129/14 130/13 131/5 134/1 134/2 190/24 204/9 204/10 204/11 204/16 212/8 217/4
calls [4]  135/22 136/2 136/6 167/18
came [15]  46/20 81/18 104/14 107/4 157/15 158/7 161/16 164/23 167/22 199/18 199/24 204/12 206/3 212/2 212/3
campaigns [1]  98/23
campus [2]  97/4 97/5
can't [52]  12/24 12/25 13/22 13/23 14/9 15/21 32/20 32/22 33/3 33/13 34/1 35/24 39/3 47/7 47/22 66/11 80/20 80/21 86/14 94/1 94/5 94/6 104/8 119/23 122/6 129/22 130/19 131/6 139/24 143/24 149/3 149/6 149/6 149/7 154/1 166/16 167/19 167/19 173/9 173/21 175/7 183/10 183/18 200/8 200/10 212/15 215/21 220/14 220/25 221/2 225/10 231/20
cancer [1]  167/2
Candice [1]  93/4
candles [2]  136/8 202/23
cannot [15]  4/15 10/24 13/13 19/2 21/18 32/17 32/18 34/13 38/16 81/7 120/23 152/5 227/18 227/19 229/8
capacity [1]  48/14
captain [1]  72/15

**C**

car [2] 167/7 167/18
caravan [1] 112/18
card [3] 45/9 99/22 99/24
cards [2] 91/22 99/24
care [6] 81/25 82/2 190/9 190/11 190/19 191/12
cared [1] 178/18
career [1] 222/19
careful [1] 94/21
carefully [1] 113/12
Caribbean [1] 102/25
Carroll [8] 139/17 178/6 190/6 217/21 219/20 221/9 221/10 221/11
carry [2] 50/18 183/10
carrying [1] 226/14
cars [1] 112/24
case [279]
cases [6] 9/4 23/20 43/14 43/19 69/24 134/9
cash [10] 69/10 69/10 70/16 70/19 70/20 71/1 97/8 97/9 97/22 98/3
catch [1] 163/9
categorically [1] 157/10
Catholic [2] 108/6 108/7
Caucasians [1] 111/23
cause [28] 43/23 45/24 51/3 51/6 57/13 60/10 60/12 70/9 76/8 76/11 78/10 78/19 88/7 89/24 90/2 92/4 93/23 117/9 117/18 119/1 119/2 141/9 158/14 159/23 163/20 163/23 177/9 200/1
caused [2] 146/5 162/15
causes [2] 76/3 117/4
CC [6] 129/22 196/19 197/8 198/22 199/14 215/11
cellphones [1] 76/21
Central [1] 48/17
certain [8] 3/11 87/2 100/1 195/16 226/22 228/22 229/15 235/16
certainly [5] 8/16 9/1 14/1 149/11 154/3
CERTIFICATE [1] 237/9
Certified [1] 237/11
certify [1] 237/11
cetera [4] 91/8 117/11 197/5 197/5
chain [1] 226/16
chairman [2] 62/5 62/22
challenge [2] 177/16 186/11
challenges [4] 117/12 117/18 174/9 186/9
chance [3] 171/25 188/3 232/3
change [1] 45/9
changed [4] 127/22 147/5 157/19 222/24
channel [1] 51/22
character [1] 212/10
charge [1] 48/24
charged [16] 48/22 48/23 50/10 50/12 55/18 55/18 60/1 66/3 67/19 67/25 69/2 83/23 85/19 113/5 226/4 230/7
charges [20] 3/13 6/6 10/9 10/20 10/22 10/25 11/1 12/21 13/7 13/12 15/17 18/17 23/22 48/24 58/11 103/7 145/24 163/21 194/7 215/1
charging [1] 214/12
Charles [1] 48/11 93/2
Charlie [1] 129/20
Charlotte [1] 129/22
chart [1] 137/20
chat [1] 230/22
cheat [5] 17/19 70/20 97/10 97/19 98/9
cheated [1] 111/9
check [2] 72/13 96/3

cheerleader [1] 59/9
chemo [1] 46/20
chemotherapy [1] 41/8
Cher's [1] 111/11
chicken [1] 154/13
chief [1] 70/6
child [1] 167/7
childcare [1] 119/7
children [21] 40/12 48/15 51/24 52/15 53/11 53/13 53/19 58/3 59/2 61/14 65/22 68/20 72/9 74/16 80/9 83/19 85/16 88/13 89/6 99/3 225/11
choice [2] 101/18 229/9
choose [2] 226/19 229/8
chooses [3] 32/17 233/21 233/22
Choromokos [1] 93/4
chose [2] 105/24 106/2
chosen [3] 10/5 62/23 157/4
Chris [1] 93/2
Christian [2] 55/25 60/19
church [2] 102/2 102/3 102/4 103/3
churches [1] 101/20
Circuit [1] 212/17
circumstances [3] 11/4 184/24 226/16
circumstantial [1] 226/15
citizen [3] 26/15 164/15 165/5
citizens [1] 8/9
city [2] 39/23 68/21
civic [2] 3/2 191/21
civil [1] 114/11
civility [1] 213/24
claim [4] 3/11 14/6 14/21 44/6
claiming [8] 14/13 15/1 15/7 15/9 17/5 17/21 26/15 124/17
claims [4] 7/10 17/6 42/18 211/20
clairvoyant [2] 7/8 91/15
class [12] 95/17 95/18 95/21 96/5 96/5 96/6 96/8 96/9 96/13 96/14 96/20 96/21
classes [7] 62/4 65/4 84/10 95/12 95/14 95/17 95/23
Claude [1] 93/2
clause [5] 128/20 129/18 130/1 197/7 201/9
clean [1] 229/3
cleaning [1] 56/18
cleanse [4] 202/10 202/19 210/12 215/5
cleansed [1] 196/13
clear [4] 34/5 34/6 35/2 66/14
clearing [1] 66/15
Cleary [19] 93/4 128/25 129/21 132/4 132/5 196/8 196/17 196/20 197/1 197/15 197/19 197/20 198/1 198/3 198/12 198/20 204/6 207/19 207/20
Clematis [1] 1/24
client [8] 106/3 107/21 123/23 124/1 125/9 127/7 203/22 210/8
client's [2] 105/24 106/2
clients [8] 4/20 104/17 106/22 202/8 202/8 203/21 204/21 214/16
cloak [1] 114/5
cloaked [1] 114/4
close [15] 40/17 49/1 49/7 52/5 55/18 61/22 69/4 74/23 78/23 78/25 84/1 85/21 147/20 148/15 168/19
closer [1] 86/17
closest [1] 202/20
closing [6] 66/11 185/17 186/5 219/3 226/24 233/25
cloth [1] 130/9
Cloud [1] 5/18
co [1] 5/1

co-counsel [1] 5/1
coach [2] 105/25 197/4
Coast [1] 74/14
coconspirators [4] 113/10 113/15 196/10 198/20
coerced [3] 211/21 211/21 212/22
Cole [2] 139/18 179/16
collar [2] 20/9 20/24
colleagues [1] 96/2
college [5] 40/12 58/5 65/22 85/17 89/6
Columbia [1] 69/22
com [1] 201/3
combining [1] 30/25
comes [6] 46/4 94/6 112/8 116/24 178/17 233/13
comfortable [2] 82/4 217/5
coming [14] 16/17 70/10 90/3 114/21 145/19 146/9 146/13 151/25 152/10 152/11 154/22 173/17 199/19 222/1
comment [3] 82/7 140/14 143/15
commented [1] 207/4
comments [1] 168/24
Commercial [1] 100/10
commissions [1] 105/3
commit [9] 6/17 6/18 6/22 14/2 14/25 15/2 23/3 23/4 159/18
commitment [1] 190/18
commitments [3] 184/24 233/10 234/10
committed [3] 26/16 214/13 230/8
committing [2] 14/1 159/13
common [1] 110/11
communicate [1] 230/21
communication [2] 14/24 230/18
community [3] 3/14 8/4 8/9
company [10] 51/23 66/1 67/11 68/22 85/16 153/25 153/25 219/24 219/24 222/4
complain [1] 191/20
complaint [2] 125/12 125/12
complete [1] 20/22
completed [1] 9/9
completely [2] 150/17 165/14
comply [1] 173/10
compromise [1] 22/21
computer [1] 61/15
concede [1] 203/23
concept [8] 24/24 31/12 32/12 33/24 37/2 56/7 108/16 114/16
concern [11] 46/8 49/14 55/4 60/18 62/2 62/8 69/7 69/13 76/3 136/21 184/1
concerned [11] 35/11 36/5 40/23 41/1 46/10 159/15 187/1 191/2 211/16 226/17 234/17
concerns [2] 62/20 96/14
concession [1] 186/8
concluded [1] 23/10
conclusion [3] 70/15 70/19 138/18
conclusions [1] 71/12
concrete [1] 139/8
condense [1] 223/24
condition [4] 93/19 94/14 231/21 231/22
condo [2] 44/23 44/24
conduct [2] 3/11 229/16
confer [1] 234/5
conference [1] 23/10
confident [1] 96/13
conflict [3] 215/23 217/18 221/13
conflicts [3] 189/22 191/10 217/25
connection [2] 17/15 82/14
conscious [2] 34/5 35/3
consent [1] 218/12
consequence [2] 151/6 152/4

**C**

consequences [3]  150/25 151/9 232/17
consider [14]  7/2 8/14 8/17 9/1 32/17 33/13 35/14 35/24 100/24 137/10 159/1 182/18 227/25 228/4
consideration [4]  149/12 155/4 189/24 219/18
considered [5]  2/24 6/8 108/11 190/22 226/23
considering [1]  228/10
conspiracy [6]  6/15 18/14 14/2 15/2 23/3 23/4 113/6 113/7 113/7 113/16 115/24 214/12 214/20 215/1 215/3
conspiring [2]  6/22 14/2
constitutional [1]  32/6
construction [1]  74/17
consult [1]  188/3
contact [3]  77/6 77/9 77/11
contacts [2]  208/3 209/23
contend [1]  208/20
content [1]  212/8
contention [1]  126/12
continually [1]  75/2
continue [8]  77/13 115/6 115/15 115/15 136/12 137/13 191/1 194/24
continuing [1]  72/10
contract [2]  55/16 57/3
contradicted [1]  228/16
contrast [1]  209/8
contribute [1]  102/3
contributed [1]  125/25
control [1]  227/11
conversation [3]  136/3 169/21 202/20
conversations [4]  135/13 136/16 214/18 214/24
convict [1]  97/23
convicted [3]  55/19 59/15 59/16
convicting [1]  56/2
convince [8]  16/3 24/3 27/19 28/15 30/21 33/6 34/21 204/13
convinced [3]  29/5 29/5 29/20
Cook [6]  93/1 135/20 201/16 202/25 203/1 212/20
Cook's [1]  135/20
Cooper [9]  16/15 16/23 80/3 80/6 185/7 185/25 186/6 186/12 187/11
cooperation [7]  77/15 80/1 115/12 138/16 189/17 189/19 223/5
copies [1]  105/23
copy [1]  196/19
Cormican [1]  92/24
corner [2]  38/24 99/21
corporate [1]  107/23
corporation [1]  107/22
Corporations [1]  104/22
correct [45]  12/23 19/6 20/16 20/19 33/22 35/1 50/5 55/5 56/14 60/8 70/21 83/9 87/15 88/4 90/23 90/25 100/2 103/20 103/23 110/6 121/6 127/15 127/17 137/18 139/20 139/21 140/1 147/3 150/9 155/1 155/13 155/14 157/24 164/11 165/11 166/12 166/21 183/1 184/18 184/19 184/20 186/23 187/22 232/3 237/12
correctly [7]  139/24 161/6 161/12 161/22 162/18 162/19 220/3
corroborate [3]  137/3 202/2 209/6
corroborated [4]  135/12 135/22 136/16 202/6
corroborates [1]  136/5

cost [1]  100/6
costs [2]  53/18 53/23
couldn't [12]  12/5 18/11 19/10 21/4 42/6 43/17 52/17 61/5 103/21 151/6 174/20 222/15
counsel [8]  2/5 5/1 79/17 123/20 213/25 215/24 217/16 233/19
count [8]  6/18 6/19 6/22 14/20 174/6 175/14 180/6 185/3
count four [1]  185/3
country [3]  32/7 112/18 173/4
counts [7]  6/20 6/23 6/23 6/24 14/22 70/14 156/11
County [9]  39/18 39/20 39/21 40/13 52/6 58/1 58/3 74/15 89/12
couple [17]  18/20 50/8 59/13 69/17 90/15 122/21 138/13 145/14 163/16 191/10 192/3 193/23 199/12 203/19 203/21 204/4 222/23
course [20]  3/4 6/13 7/10 14/18 41/12 56/10 94/18 96/1 96/10 96/16 110/23 111/19 113/12 147/22 154/4 182/14 216/23 220/13 224/12 232/22
court [39]  1/1 1/23 2/1 27/4 40/22 42/5 44/24 52/10 55/23 66/9 74/21 84/6 89/14 94/14 113/21 143/19 166/2 166/10 166/12 172/4 173/7 173/17 178/14 183/25 193/12 195/5 195/13 195/21 196/1 206/19 206/19 208/8 209/17 210/24 211/23 212/6 214/25 229/23 231/16
court's [3]  49/13 58/20 234/16
courteous [1]  77/10
courthouse [5]  123/24 124/6 150/20 170/24 226/14
courtroom [42]  2/16 11/2 13/15 23/12 38/22 63/15 77/2 77/16 79/21 116/1 138/10 140/9 142/1 146/1 152/6 154/20 154/21 156/16 156/21 157/13 157/15 159/2 159/4 163/25 189/10 191/5 192/4 192/4 192/5 192/7 192/12 194/13 217/22 223/8 224/12 224/22 226/9 232/8 232/14 233/2 235/20 236/6
cousin [5]  55/19 57/9 69/20 69/21 107/10
cousin's [1]  80/15
cover [1]  97/1
coverage [3]  95/13 148/4 221/19
covered [4]  93/14 95/11 96/25 171/24
CPE [1]  1/23
CR [1]  1/2
crazy [2]  108/24 109/11
create [2]  55/6 127/5
created [6]  96/8 199/14 201/22 207/11 213/16 216/19
creates [1]  152/23
creating [5]  173/12 176/17 205/10 205/12 215/16
credence [1]  146/12
credibility [13]  29/14 90/18 131/16 200/18 208/15 209/4 209/9 209/11 211/20 212/9 212/14 212/21 228/20
credible [1]  91/4
credit [2]  45/9 74/14
crime [26]  10/8 20/9 20/25 26/12 26/16 32/7 40/16 48/22 49/3 50/12 55/19 58/12 61/23 68/1 69/2 69/3 72/16 74/21 83/23 83/24 85/20 98/13 106/3 113/6 113/7 230/7
crimes [6]  14/2 45/4 69/18 73/15 111/23 226/4
criminal [22]  3/9 3/11 8/7 9/4 9/5 10/3 10/7 23/20 23/20 43/4 43/19 99/10 101/15 101/23 103/19 111/25 112/11 112/12 114/13 195/4 225/23 228/23

criminals [2]  112/3 112/3
critical [1]  52/16
cross [10]  29/13 101/7 113/3 126/25 131/6 212/7 216/9 217/4 233/19 233/23
cross-examination [3]  126/25 216/9 217/4
cross-examine [2]  131/6 233/23
cross-examines [1]  29/13
cross-examining [1]  113/3
Crowe [2]  21/21 37/24
CRR [2]  1/23 237/17
crux [1]  126/18
crystals [3]  136/8 202/22 203/7
cultural [1]  110/8
culture [6]  102/25 158/1 158/1 158/21 158/21 194/7
Cunningham [2]  140/3 180/21
curiosity [1]  142/20
curious [3]  17/4 98/20 145/2
current [2]  47/25 130/23
currently [9]  48/25 50/10 50/12 51/21 53/17 58/10 83/19 85/13 222/20
curriculum [1]  95/25
curse [5]  126/16 126/22 136/10 196/11 196/13
cursed [3]  126/15 126/16 196/11
Curtis [1]  107/15
cushioned [1]  82/4
customer [3]  48/16 100/13 100/14
cut [1]  148/24
Cynthia [2]  202/16 214/16

**D**

dad [2]  69/22 73/14
Dade [1]  80/16
daily [1]  53/9
Darren [1]  93/1
date [1]  47/25
Dated [1]  237/14
Dateline [1]  163/11
dates [1]  86/15
daughter [10]  55/14 58/4 58/25 61/15 61/15 68/22 125/18 125/18 126/19 126/20
daughter's [1]  59/9
daughter-in-laws [2]  125/18 126/20
days [30]  46/13 63/13 63/16 65/3 65/5 65/5 86/21 93/25 94/10 121/20 138/9 145/14 145/18 147/19 147/23 148/4 148/8 148/8 165/12 173/17 184/3 193/23 193/23 218/6 220/16 221/6 222/2 222/23 234/13 235/6
Daytona [2]  58/9 59/14
DB [2]  196/21 198/22
dead [1]  167/20
deal [11]  16/19 104/23 112/7 124/6 165/21 167/22 167/24 176/19 214/8 217/1 225/14
dealing [3]  6/2 7/12 105/2
dealings [1]  103/8
deals [1]  15/3
dealt [2]  114/20 171/15
Deanna [1]  92/18
Debartola [2]  93/4 129/23
Debartolo [1]  196/21
Debbie [1]  92/21
deceive [1]  17/19
December [1]  165/23
decide [15]  18/1 27/21 29/4 29/20 32/25 71/25 83/7 164/6 216/6 216/9 226/2 226/8 228/6 232/25 235/19
decided [7]  74/1 74/2 77/1 107/12 107/13 126/13 127/2
deciding [3]  56/6 150/22 227/25

**D**

**decision** [25]  3/15 4/3 4/16 9/1 15/13 24/10 32/18 33/13 35/12 35/15 56/13 71/9 71/11 115/11 138/20 139/9 157/11 158/22 159/1 164/3 170/20 170/23 231/18 232/7 232/12
**decision-making** [2]  9/1 56/13
**decisions** [17]  8/5 8/8 8/10 8/11 8/18 42/18 116/21 116/23 117/1 117/16 139/7 141/8 141/10 141/12 171/20 222/13 222/23
**deck** [2]  99/24 147/15
**defendant** [21]  1/7 1/19 3/7 6/10 84/14 98/11 168/24 170/18 197/1 209/23 210/1 210/4 226/3 227/8 227/10 228/25 229/2 229/5 229/7 231/6 233/21
**Defendant's** [4]  124/25 228/24 229/9 229/12
**defendants** [20]  128/14 131/21 132/5 135/10 135/24 136/5 136/7 198/19 202/9 202/17 203/4 203/6 203/6 213/6 213/12 214/8 214/13 214/19 215/2 215/21
**defense** [41]  11/4 43/19 85/2 125/1 125/8 126/13 131/17 133/13 133/19 134/10 173/25 176/23 177/11 177/18 177/23 177/25 178/1 178/2 178/8 178/10 179/6 179/18 179/19 179/23 180/2 180/9 180/18 180/23 181/13 199/22 206/3 207/13 209/7 209/13 209/18 212/6 212/15 213/5 218/12 233/15 233/19
**definitely** [6]  55/5 81/6 82/1 170/10 176/6 187/11
**definition** [1]  24/8
**definitions** [1]  232/10
**defraud** [3]  7/11 14/5 14/21
**defrauded** [1]  14/15
**degree** [5]  48/18 52/1 55/15 58/6 65/23
**degrees** [1]  61/18
**delay** [4]  49/21 141/9 184/3 225/2
**delays** [2]  138/17 223/11
**deliberate** [2]  174/2 174/4
**deliberations** [2]  231/17 234/4
**Delpozzo** [1]  92/18
**Delray** [1]  55/12
**dementia** [1]  167/13
**demote** [1]  149/7
**denied** [3]  3/12 7/7 197/21
**denies** [2]  133/19 207/12
**department** [14]  42/14 42/23 42/25 43/1 49/8 51/2 62/5 62/5 62/21 62/24 64/25 80/16 125/11 136/1
**departments** [1]  75/8
**depending** [1]  182/15
**depends** [1]  46/18
**deputized** [1]  125/22
**deputy** [2]  63/15 217/22
**derive** [1]  77/3
**describe** [3]  2/25 7/9 17/10
**described** [8]  10/21 11/1 11/1 11/21 12/19 13/3 13/12 15/18
**description** [2]  5/24 49/10
**deserve** [1]  101/7
**deserves** [2]  146/23 226/21
**designed** [1]  232/15
**despite** [2]  71/24 82/10
**destroy** [1]  136/10
**destroying** [1]  128/7
**detailed** [1]  226/1
**detective** [23]  125/13 125/15 125/19 126/13 128/10 128/12 199/16 206/17 207/7 207/15 207/22 207/24 208/2 211/9 211/23 212/2 212/5 212/8 212/14 212/19 213/5 213/8 213/16

**Detective's** [1]  213/10
**determination** [2]  3/24 154/18
**determine** [5]  3/5 3/17 3/19 211/3 226/3
**determining** [1]  228/20
**detriment** [1]  174/4
**devastating** [1]  56/22
**developed** [2]  30/7 30/12
**development** [1]  102/4
**Deveraux** [3]  105/11 156/2 159/5
**device** [3]  172/5 195/13 231/3
**diagnosed** [1]  167/2
**didn't** [70]  15/10 17/5 26/20 26/21 26/23 26/23 27/3 27/5 27/6 27/12 27/13 27/18 27/19 27/25 28/15 28/19 30/5 30/21 30/24 32/20 34/10 34/22 37/19 37/20 42/5 58/16 63/3 73/20 100/23 105/7 113/24 116/9 116/18 121/17 125/9 127/16 128/17 128/24 129/2 143/5 143/7 143/10 143/25 144/22 145/6 157/1 159/17 166/23 171/23 190/13 201/2 201/7 201/8 203/10 206/17 207/22 207/24 207/25 208/22 209/23 209/24 210/17 211/13 214/20 215/22 217/20 219/7 221/13 227/8 235/9
**died** [1]  167/19
**difference** [1]  226/17
**different** [21]  7/8 30/17 30/18 44/17 59/7 75/8 99/25 107/13 107/17 107/21 109/5 115/9 125/8 152/22 196/6 196/6 197/6 202/24 206/8 208/25 214/8
**differently** [2]  98/18 102/6
**difficult** [13]  38/21 56/20 63/3 63/9 63/10 94/24 147/11 148/6 151/18 151/20 153/1 176/16 199/22
**difficulty** [1]  103/18
**diligence** [2]  219/2 221/17
**dinner** [1]  162/1
**diploma** [1]  74/18
**Dire** [1]  237/3
**direct** [5]  49/19 50/1 133/12 197/14 226/18
**directed** [1]  115/16
**directly** [1]  195/10
**directs** [1]  190/5
**disabilities** [11]  49/9 52/7 55/21 58/15 61/24 66/7 69/6 74/25 84/3 85/23 89/13
**disability** [2]  40/18 80/17
**disagree** [6]  25/11 25/23 108/13 120/5 120/15 120/16
**disagrees** [1]  108/15
**disbelief** [1]  11/16
**disbeliefs** [1]  11/19
**disbelieve** [1]  226/19
**discerning** [1]  113/13
**disclose** [1]  34/13
**disclosure** [1]  172/7
**disconnected** [1]  213/1
**discount** [1]  157/7
**discovered** [1]  159/10
**discuss** [27]  4/10 4/11 10/3 10/6 32/5 32/19 39/12 76/19 76/19 114/24 141/14 141/16 144/12 145/4 145/6 160/7 160/19 172/9 192/14 194/3 225/16 226/25 229/23 230/1 233/8 235/10 235/14
**discussed** [7]  37/16 62/1 217/19 228/21 231/11 231/20 231/23
**discussion** [2]  9/9 234/8
**discussions** [3]  230/13 230/16 231/17
**disease** [1]  40/19
**dishonest** [1]  19/9
**disingenuous** [2]  214/1 214/4
**dismiss** [2]  119/23 128/9

**dismissed** [1]  142/12
**dispute** [2]  55/16 57/2
**disregard** [1]  227/24
**disrupt** [1]  95/14
**distant** [2]  107/10 107/10
**distinction** [4]  111/1 219/19 220/24 222/13
**distract** [1]  232/25
**DISTRICT** [5]  1/1 1/1 1/13 58/3 154/17
**docket** [1]  215/10
**doctor's** [3]  41/18 66/9 72/8
**doctors** [1]  41/9
**documents** [3]  5/15 5/17 194/9
**does** [52]  10/19 11/19 13/10 15/14 23/24 24/17 24/19 24/20 24/21 24/24 25/2 25/4 25/8 25/10 25/10 25/11 31/16 33/9 33/14 33/19 33/23 35/18 35/21 35/25 36/1 36/3 42/12 43/23 45/23 47/1 55/25 60/9 81/1 93/19 98/10 102/6 103/4 109/13 111/23 113/10 113/16 114/15 121/20 184/2 193/10 194/16 201/19 202/16 209/11 231/10 231/15 231/19
**doesn't** [56]  16/8 23/25 24/1 24/1 24/4 25/19 27/17 27/20 27/25 27/25 29/2 29/2 29/3 29/8 29/9 29/11 29/11 31/16 32/10 32/13 32/14 32/15 32/16 33/4 33/5 33/5 33/11 33/12 33/25 34/1 34/19 34/20 34/21 34/23 34/25 35/5 35/5 35/10 35/14 35/23 35/23 36/3 37/4 37/6 73/17 112/3 117/9 126/5 129/3 146/12 167/12 167/13 196/23 207/2 209/3 210/18 214/19
**dog** [2]  167/19 167/20
**dogs** [1]  167/1
**doing** [19]  4/4 4/5 26/20 34/14 48/8 59/14 61/17 105/6 121/24 140/6 151/24 164/12 167/3 189/4 214/23 215/3 215/4 219/15 231/2
**dollars** [2]  57/3 162/10
**don't** [218]
**donates** [1]  102/2
**donation** [1]  103/3
**done** [21]  43/3 65/7 65/10 81/16 96/13 107/6 116/24 121/19 139/2 142/17 142/22 143/11 151/16 158/6 162/13 166/2 166/3 202/13 202/14 218/12 221/21
**door** [4]  142/8 213/8 213/15 215/20
**Dorn** [3]  139/17 177/18 177/19
**dot** [1]  201/3
**double** [2]  151/6 173/15
**doubles** [1]  147/24
**doubt** [20]  6/14 10/12 24/7 24/8 28/5 28/7 29/21 33/2 83/1 98/11 114/6 114/11 114/15 114/16 147/2 154/6 157/23 163/25 171/5 229/12
**doubts** [1]  94/25
**down** [28]  19/22 38/8 38/16 43/8 80/22 81/18 104/14 114/23 114/23 137/20 141/12 141/15 141/24 144/14 147/15 147/19 159/11 161/24 162/20 163/4 167/10 167/15 178/15 183/14 184/9 218/10 218/16 220/16
**downstairs** [9]  142/8 188/17 188/25 192/7 192/9 192/17 194/1 194/15 217/9
**draft** [1]  206/17
**drag** [1]  64/23
**draw** [2]  70/18 71/12
**drawn** [1]  112/18
**dressed** [1]  163/10
**drew** [1]  70/15
**drive** [3]  147/19 147/22 148/7
**driver** [1]  54/2
**drop** [1]  215/1

# D

dropped [2]  215/14 218/10
drove [1]  112/24
drug [2]  52/4 54/10
drunk [1]  54/1
due [3]  75/3 219/2 221/17
dues [1]  148/20
duly [2]  9/23 191/25
during [16]  3/4 4/11 6/13 9/20 76/18 110/21
 113/12 133/8 138/23 147/24 187/21 199/7
 224/12 229/25 232/21 235/15
duties [1]  225/24
duty [13]  80/11 84/11 115/8 147/18 147/24
 148/5 149/4 151/16 153/11 153/12 153/21
 166/16 226/2
dying [1]  159/20

# E

e-mail [2]  1/25 230/22
e-mailed [2]  42/3 42/5
each [8]  3/19 4/1 5/9 9/7 95/24 175/12
 175/16 175/22
earlier [6]  49/11 73/17 73/20 114/20 117/10
 196/2
early [5]  59/6 96/16 96/22 123/9 211/24
Earth [1]  230/9
easier [2]  96/5 96/6
easily [1]  152/20
East [1]  1/17
eat [1]  99/8
edges [1]  151/5
education [2]  80/9 95/15
educational [3]  48/18 51/25 61/17
effect [5]  97/11 140/10 140/17 212/17 216/21
effort [1]  191/3
eight [5]  6/20 14/22 14/25 152/6 213/11
either [31]  14/23 21/5 45/12 47/17 78/15
 97/23 109/4 122/2 125/24 131/8 134/11
 138/23 140/13 140/25 141/21 149/1 154/23
 158/1 158/14 160/20 168/14 182/5 197/13
 218/4 218/5 224/1 225/8 226/19 229/19
 234/24 235/24
Elaine [4]  16/15 80/6 93/4 129/24
electrical [1]  61/18
electrician [1]  83/18
electronic [3]  48/13 48/18 230/18
electronics [1]  96/6
elements [1]  103/2
Eleventh [1]  212/17
Eli [1]  214/17
eliminated [1]  117/6
elite [1]  72/14
Elizabeth [2]  5/13 5/14
else [50]  12/15 13/5 18/15 19/21 26/4 31/8
 31/11 35/9 35/10 35/12 63/10 76/20 91/2
 91/5 91/11 92/7 103/24 103/25 110/17 111/3
 116/15 117/5 123/2 125/2 135/1 140/20
 140/22 141/4 141/11 141/17 141/24 150/3
 152/3 160/7 163/2 169/20 190/21 191/15
 193/10 194/14 198/12 198/17 222/6 225/9
 229/2 229/19 229/23 231/10 231/14 236/7
else's [1]  98/14
embarrass [1]  4/4
embezzled [1]  161/21
emblems [1]  99/25
emergencies [2]  167/24 167/25
emergency [1]  42/4
emphasize [3]  8/18 9/2 230/19

employed [16]  40/1 40/8 48/13 48/15 52/22
 55/12 57/23 61/12 65/21 68/17 74/14 81/10
 85/12 85/15 89/3 220/1
employee [2]  154/7 219/25
employees [1]  103/9
employer [5]  149/3 151/8 151/9 152/5
 229/21
employers [4]  50/5 152/14 153/10 153/24
employment [1]  138/3
encountered [1]  134/9
end [24]  7/19 29/16 49/17 52/18 62/9 63/12
 87/17 87/18 121/4 121/23 124/11 129/25
 152/11 183/5 184/1 184/6 198/2 222/7
 224/10 225/25 226/4 228/20 229/5 229/13
ended [1]  54/1
ends [1]  154/11
enemy [1]  26/24
Energy [4]  42/15 42/23 42/25 43/1
enforcement [44]  40/17 45/17 46/4 49/5
 50/19 51/3 51/7 52/6 54/15 54/19 54/23
 57/10 57/14 59/25 60/13 61/24 66/6 67/24
 69/4 69/25 70/4 70/9 70/10 74/22 76/7 76/12
 84/2 84/12 84/13 84/16 84/19 84/22 85/22
 88/6 89/24 90/3 90/19 90/20 91/2 91/3 91/7
 103/14 119/8 212/4
engage [1]  56/12
engaged [9]  3/11 6/17 7/11 14/4 15/1 15/7
 17/15 208/19 208/23
engages [2]  19/4 19/4
engineer [1]  155/19
engineering [6]  48/19 61/12 61/18 61/19
 95/17 95/18
Engleke [1]  92/25
engrained [1]  11/22
enough [14]  9/15 9/18 95/8 101/6 122/11
 168/21 174/7 174/8 176/6 176/8 176/8 192/6
 217/20 234/11
enrolled [1]  83/20
enters [5]  2/16 79/21 138/10 189/10 224/22
entertainment [2]  100/25 101/1
entire [5]  24/12 117/18 187/21 218/6 222/4
entirely [1]  24/2
entitled [3]  131/18 233/5 237/13
entrance [1]  72/19
entry [1]  215/10
Epstein [1]  92/22
equipment [1]  56/18
erroneous [1]  211/7
escalated [1]  148/22
especially [4]  56/10 97/20 122/23 220/15
ESQ [1]  1/19
essential [1]  4/13
establish [4]  133/18 199/22 200/22 210/17
established [2]  31/1 209/13
estate [4]  55/16 57/3 220/5 221/16
et [4]  91/8 117/11 197/5 197/5
et cetera [4]  91/8 117/11 197/5 197/5
ethnic [5]  110/9 110/22 110/23 111/15 112/8
Europe [1]  158/9
euthanize [1]  167/5
evaluate [4]  24/9 29/4 29/19 231/23
evaluating [1]  36/5
evasion [1]  69/9
even [27]  29/8 29/9 34/6 60/22 60/24 71/6
 73/16 82/8 82/14 116/8 134/14 134/20
 142/12 142/15 143/5 143/23 145/3 153/25
 157/17 163/7 174/8 200/25 203/8 206/6
 212/1 231/22 235/14
evening [3]  65/11 86/20 87/7 163/12 234/12
 236/4 236/11 236/12

eventual [1]  150/11
eventually [3]  136/1 197/5 197/8
ever [14]  40/14 43/3 43/19 69/1 91/13 91/15
 92/9 106/22 110/17 111/11 113/6 130/3
 214/1 218/9
every [16]  10/7 21/1 32/6 47/2 47/3 52/12
 73/4 147/13 147/15 148/8 150/14 152/17
 163/11 192/10 210/14 226/20
everybody [17]  62/6 63/10 98/6 98/18
 103/24 108/5 110/20 118/22 118/23 146/23
 152/2 152/3 171/12 171/13 188/15 189/9
 189/15
Everybody's [2]  101/10 166/23
everyone [44]  2/2 2/18 2/22 4/10 10/19 10/22
 13/10 24/17 24/20 25/2 25/8 25/11 31/11
 31/17 33/10 33/14 33/24 35/18 35/21 35/25
 64/23 65/14 73/21 79/16 79/23 123/19
 137/22 138/12 139/11 139/11 140/5 140/20
 141/11 141/24 142/3 189/12 189/14 189/21
 190/21 191/7 191/15 192/6 217/14 225/1
everyone's [2]  62/22 178/16
everything [19]  19/19 34/8 38/8 38/17 45/10
 61/25 140/16 150/19 154/10 155/4 156/18
 158/4 158/6 158/8 159/8 159/9 194/8 221/20
 228/8
everything's [1]  112/13
evidence [95]
ex [2]  80/15 84/2
ex-husband [2]  80/15 84/2
exacerbated [1]  93/19
exacerbation [1]  94/8
exact [2]  86/14 131/19
exactly [8]  12/18 86/21 142/9 196/15 196/18
 200/13 215/17 221/14
exam [2]  165/4 165/6
examination [4]  126/25 127/1 216/9 217/4
examine [4]  131/6 212/7 233/19 233/23
examines [1]  29/13
examining [1]  113/3
example [8]  10/25 26/18 94/6 101/25 102/24
 127/18 165/13 229/18
exams [1]  72/20
except [6]  118/23 124/9 172/2 195/8 209/3
 210/18
exceptions [2]  172/8 195/16
excluded [1]  78/10
excluding [2]  64/1 78/18
exclusion [1]  114/14
exculpatory [1]  128/8
excuse [19]  8/22 22/17 22/19 43/1 44/9 120/4
 120/17 140/20 174/7 174/10 178/18 181/18
 184/11 185/13 186/5 186/8 220/11 221/1
 221/2
excused [7]  115/25 160/10 178/15 187/3
 190/10 191/2 191/4
excusing [3]  183/22 185/1 185/9
exercise [5]  78/19 117/12 174/8 186/9 186/11
exhausted [1]  152/1
exhibit [4]  226/11 227/13 227/17 227/19
exist [1]  231/9
exits [7]  77/16 116/1 142/1 191/5 194/13
 223/8 236/6
expect [10]  7/17 56/23 64/3 77/22 83/3 83/5
 127/20 188/17 194/2 235/22
expected [1]  62/3
expecting [3]  31/10 192/21 193/7
expects [1]  151/2
experience [13]  3/21 45/2 67/16 67/21 71/4
 71/8 71/10 91/24 99/21 100/18 104/1 113/6
 197/12

**E**

experiences [4] 4/1 103/8 103/13 111/8
experimented [1] 109/20
experts [1] 224/19
expires [1] 190/25
explain [9] 15/24 110/3 125/4 220/21 220/23 222/12 225/23 226/5 226/6
explained [2] 11/15 206/17
explaining [2] 152/23 212/14
expressed [3] 102/13 173/19 173/20
extended [2] 52/12 52/13
extent [3] 50/5 213/9 223/10
extenuating [1] 80/21
extra [1] 153/12
extremely [5] 98/7 147/11 148/6 151/20 168/20

**F**

fabricated [1] 213/16
face [7] 9/21 137/23 139/6 191/23 230/20 230/20 230/23
fact [47] 6/6 7/2 10/15 11/2 19/3 20/25 24/4 43/18 43/22 45/23 46/2 50/11 51/2 67/19 68/3 70/8 76/2 89/23 92/2 97/21 98/6 98/11 98/12 101/22 103/7 106/2 127/13 128/24 130/16 131/15 143/14 146/11 147/4 170/17 202/14 203/12 205/24 206/11 206/21 211/6 213/9 214/18 217/18 226/12 226/17 230/15 232/6
factor [2] 33/3 150/22
factors [1] 228/18
facts [4] 12/4 13/1 132/13 150/17
failing [1] 128/7
fair [48] 3/20 3/23 4/6 4/16 11/14 11/25 22/4 27/7 27/12 27/13 28/8 45/2 45/13 49/12 50/13 50/19 50/23 54/7 54/12 54/14 54/21 57/10 58/19 60/4 60/18 61/4 61/25 67/7 67/22 70/1 73/1 73/25 74/3 74/5 76/4 95/8 143/16 144/4 146/6 146/23 147/5 170/13 229/17 231/13 231/14 232/3 232/12 232/15
fairly [1] 59/24
Faisal [5] 12/16 12/17 13/6 57/18 118/1
faith [3] 19/14 19/19 64/20
fall [1] 121/20
falls [2] 75/15 75/15
false [18] 6/25 18/7 70/14 97/25 98/3 98/11 101/24 126/20 126/21 128/25 134/11 136/12 203/9 208/25 211/4 211/5 215/16 216/20
falsehoods [1] 134/18
falsifying [2] 69/9 69/11
fame [2] 105/19 106/18
familiar [5] 93/7 109/4 110/8 110/14 110/15
families [2] 48/22 61/22
family [23] 40/14 45/4 51/3 55/17 57/24 58/12 61/21 66/5 69/1 69/2 77/18 78/1 80/12 80/14 83/22 83/23 89/8 91/6 103/12 113/9 113/13 125/25 209/22
family's [1] 72/12
far [30] 35/11 36/4 48/21 49/3 55/24 58/17 58/21 75/23 80/23 81/4 93/14 101/10 133/12 144/19 152/9 154/13 158/18 159/15 160/17 180/5 181/11 186/25 191/1 193/10 198/24 199/19 211/16 226/17 234/16 235/9
fashion [2] 207/18 208/18
fast [2] 41/15 49/4
father [8] 21/25 49/5 50/25 72/13 73/4 89/11 91/7 107/9
father-in-law [1] 89/11
FAU [1] 97/3

fault [2] 148/2 148/11
favor [4] 43/24 67/20 85/2 158/15
favorable [1] 153/18
faxes [1] 14/24
FBI [1] 72/14
FDIC [3] 42/15 42/21 42/22
fed [3] 131/17 136/23 136/25
federal [10] 1/21 11/3 42/13 74/14 125/22 125/23 195/3 195/19 195/21 202/3
fee [4] 136/7 202/21 202/21 203/7
feel [33] 20/11 25/12 30/12 30/14 30/16 31/3 33/19 34/4 36/2 36/3 39/15 50/16 52/16 56/3 56/5 80/23 81/2 84/13 94/25 95/12 96/17 101/5 101/13 102/6 119/20 146/4 150/10 155/16 207/2 207/23 216/7 217/2 217/4
feeling [3] 22/2 101/7 104/1
feelings [8] 32/2 59/22 75/22 75/24 102/14 102/14 102/18 173/20
feels [8] 10/24 13/5 18/16 31/8 33/15 35/10 94/12 98/18
fell [1] 163/8
fellow [1] 232/24
felt [2] 143/19 207/17
Ferguson [1] 1/20
Ferrante [6] 9/21 190/3 190/5 191/23 192/16 193/25
Ferrante's [1] 192/8
festivals [2] 86/2 220/2
fever [1] 94/10
fevers [2] 94/11 94/12
few [26] 2/25 46/13 52/19 53/8 57/3 66/21 73/6 79/10 84/7 85/20 85/25 89/9 93/9 93/15 96/8 102/13 119/21 122/6 122/7 138/21 151/2 192/13 199/3 199/11 213/22 221/6
field [4] 91/15 92/10 206/21 210/24
fifth [4] 130/25 215/14 234/20 234/25
figment [1] 213/17
figure [1] 158/7
file [2] 98/11
filed [5] 70/13 71/1 97/25 205/22 208/20
filing [2] 6/25 15/8
fill [1] 114/13
film [8] 85/17 86/1 86/2 98/22 98/25 120/22 219/14 220/2
film-making [1] 98/22
filmmaker [1] 85/13
films [3] 98/20 99/10 99/14
final [2] 56/9 231/18
Finally [1] 232/4
finance [2] 68/24 166/25
finances [1] 166/25
financial [3] 14/17 75/12 75/16
finding [1] 207/5
fine [15] 16/16 32/3 40/20 46/13 47/4 48/8 78/23 82/5 85/10 123/11 175/9 175/24 183/17 192/18 193/9
finish [7] 9/12 38/13 38/14 65/8 149/25 223/12 224/3
finished [4] 72/9 121/5 183/3 192/19
finishing [1] 194/15
firm [4] 48/13 48/15 49/23 191/19
first [70] 6/4 10/6 10/19 10/22 10/23 11/6 12/15 13/5 13/15 23/13 23/16 24/17 24/20 24/21 24/25 25/8 31/8 33/9 33/14 33/19 33/20 35/18 35/21 36/1 36/3 36/5 38/23 68/12 69/12 69/13 70/17 91/13 91/16 92/8 96/16 98/2 98/4 106/17 117/5 117/7 117/18 119/5 122/16 125/4 127/20 128/2 128/13 129/3 131/1 131/22 139/10 147/16 160/19 171/15 176/22 176/22 176/23 177/1 183/23

185/14 191/22 192/25 196/16 198/9 198/9 199/3 205/3 215/10 225/4 228/24
fiscal [1] 49/17
fit [1] 192/6
five [18] 51/24 59/18 78/18 78/24 85/14 89/6 94/10 99/2 99/7 99/15 152/22 163/6 164/21 181/22 184/25 185/8 225/11 225/14
five-day [1] 152/22
FL [2] 1/18 1/22
flare [7] 41/6 46/14 46/15 46/22 47/1 47/2 47/8
flare-up [3] 46/22 47/1 47/8
flare-ups [1] 47/2
flares [1] 46/17
flat [2] 47/5 203/10
flex [2] 59/5 59/11
flexible [1] 65/5
flight [1] 87/8
flipped [1] 164/13
floor [2] 1/18 192/8
floors [1] 78/6
Florentene [1] 92/20
Florentine [1] 92/20
FLORIDA [12] 1/1 1/7 1/24 48/12 48/17 51/21 61/13 68/19 83/18 154/17 195/11 195/17
flows [1] 32/7
flu [2] 94/12 94/16
follow [33] 9/8 9/10 10/4 10/17 24/15 24/25 25/12 25/25 27/25 31/12 33/8 38/6 40/21 49/13 52/9 55/23 58/20 66/8 72/22 75/1 76/18 81/2 81/5 84/5 85/25 89/14 90/11 157/12 225/5 225/20 226/5 226/6 229/15
followed [1] 232/17
following [19] 2/17 22/14 77/17 79/15 79/22 86/14 86/15 87/2 87/3 116/2 123/18 138/11 142/2 189/11 191/6 194/22 217/13 224/22 232/18
food [1] 49/4
foolish [3] 101/6 101/15 101/18
football [3] 58/24 59/8 161/14
Force [1] 49/6
foregoing [1] 237/11
foreperson [3] 44/13 62/14 67/4
forfeit [1] 148/7
forget [3] 129/23 190/13 196/22
forgive [3] 125/10 177/6 215/6
forgot [2] 16/16 214/11
form [6] 76/20 100/24 106/4 114/24 141/16 194/3
former [2] 197/23 214/19
forms [1] 226/10
formulate [1] 152/12
Fort [8] 1/18 55/20 100/5 112/24 125/13 125/14 147/12 147/20
forth [7] 58/24 59/2 59/6 59/7 59/11 78/5 232/16
fortune [19] 7/7 17/7 17/9 17/11 17/16 18/3 18/6 20/13 20/22 22/1 83/8 91/14 92/9 102/14 102/15 106/18 125/20 143/22 162/23
fortune-telling [6] 17/7 17/16 20/13 102/14 102/15 125/20
forward [13] 10/11 23/25 24/23 115/5 122/18 176/9 176/11 206/3 212/2 212/3 217/6 223/2 223/20
found [8] 11/14 26/12 66/3 66/14 100/18 207/5 212/16 231/13
four [24] 93/25 95/23 127/5 128/15 128/15 129/25 130/9 130/10 164/18 175/3 175/5 175/6 175/7 176/2 181/22 182/9 182/9 183/1

**F**

four... [6]  185/3 186/9 202/8 205/4 211/7
215/13
fourth [2]  196/22 215/14
Franklin [4]  1/23 237/10 237/16 237/17
fraud [32]  6/17 6/18 6/19 6/20 6/21 14/3
14/6 14/20 14/22 14/25 17/7 20/9 20/10
20/14 20/15 20/23 23/3 23/4 23/4 43/14
43/14 60/25 61/1 72/13 97/24 115/23 115/24
125/20 126/19 156/10 199/19 201/5
fraudulent [4]  14/14 15/8 17/15 20/1
Fred [2]  1/19 5/9
free [1]  148/14
frequently [5]  47/1 52/14 97/10 98/13 99/1
freshman [5]  58/4 95/17 96/14 96/20 96/21
Friday [15]  41/21 42/5 47/12 47/13 47/14
64/21 86/25 121/3 121/10 121/21 185/21
186/3 187/17 193/8 235/2
friend [7]  45/17 51/1 52/5 54/18 84/1 103/12
108/4
friendly [2]  46/3 77/10
friends [19]  40/17 45/16 49/5 49/7 51/2
55/18 61/22 61/23 66/5 69/1 69/4 70/4 70/25
73/14 74/22 74/22 76/7 85/21 111/22
friendship [1]  54/20
front [14]  7/15 38/7 129/8 132/2 132/10
133/3 133/3 134/6 134/16 169/14 169/18
200/16 206/25 216/3
frustrated [2]  138/17 182/24
frustrating [1]  189/18
Ft [1]  135/25
fulfilling [1]  191/21
full [6]  53/14 81/11 84/8 96/7 120/11 172/15
full-time [4]  53/14 81/11 84/8 120/11
function [2]  94/13 94/16
further [3]  4/18 155/2 229/13

**G**

gain [1]  14/17
Galleria [1]  112/23
game [2]  68/22 112/4
games [1]  124/21
Gandolfo [11]  68/15 68/16 97/8 104/11
105/14 105/21 109/16 183/14 183/14 184/18
190/16
Gardens [1]  85/12
Garth [1]  19/13
Gary [1]  92/20
Gasc [7]  140/4 140/19 141/22 168/11 168/13
181/13 190/15
gathering [1]  3/25
gave [5]  38/25 101/3 101/14 123/23 128/25
general [6]  5/23 137/20 144/1 154/9 216/17
216/21
generated [1]  204/21
Genna [1]  13/17
gentleman [6]  38/7 142/8 160/24 168/2
169/12 220/1
gentlemen [16]  2/20 5/8 5/22 10/1 23/11
76/16 79/24 79/25 90/10 93/8 114/19 142/12
189/16 191/8 225/2 234/9
gets [8]  119/19 119/19 165/6 171/25 175/23
191/12 206/10 206/16
getting [9]  7/23 16/17 22/20 58/23 105/16
134/3 138/17 163/9 225/2
Ghandour [1]  93/2
gist [2]  170/8 196/21
give [51]  5/23 7/4 12/5 13/22 13/23 16/1
22/11 47/7 49/12 58/18 74/3 81/3 82/22

90/17 94/1 101/19 104/20 107/5 108/7
108/14 120/14 120/21 126/18 127/3 127/6
127/7 136/6 136/9 136/11 146/12 151/4
162/7 175/16 175/21 188/21 193/18 193/21
195/6 196/10 197/21 202/9 202/18 202/19
215/4 225/25 226/20 228/19 229/12 229/21
234/2 234/13
given [10]  97/21 97/21 101/24 115/7 129/13
130/6 131/11 197/23 197/24 224/14
gives [1]  101/22
giving [7]  9/3 15/5 61/3 102/3 105/1 108/10
121/25
God [6]  60/20 103/4 108/15 108/15 164/14
167/11
goes [4]  56/10 94/6 96/24 209/9
going [233]
Gold [1]  74/14
gone [10]  46/25 49/1 56/21 74/21 75/10
75/25 99/22 108/19 162/3 218/6
Gonzalez [4]  140/3 180/23 180/24 190/15
good [31]  2/2 2/18 4/22 5/8 22/9 34/14 48/6
48/9 51/18 55/10 57/20 57/21 61/9 61/10
68/15 72/5 74/10 80/3 83/15 83/16 85/9
88/25 89/1 93/12 113/25 137/15 138/12
191/3 205/8 217/8 217/20
Google [2]  230/9 231/3
Gordon [1]  92/22
got [40]  14/4 14/16 18/20 29/15 55/24 79/3
101/10 119/6 119/22 132/17 133/20 136/1
137/12 140/2 140/5 143/6 144/23 148/14
170/7 173/7 177/1 181/25 182/20 185/24
186/5 186/20 191/13 198/20 204/23 211/13
215/7 216/1 216/3 216/19 218/5 218/15
225/11 225/12 225/14 234/23
gotten [2]  152/9 195/16
government [117]
Government's [25]  17/21 18/1 29/4 29/13
29/16 32/19 32/24 125/1 126/19 127/1 127/2
127/12 130/13 131/5 132/7 133/16 136/4
177/2 204/16 204/18 210/14 216/6 216/19
217/3 233/20
grade [1]  94/11
grades [1]  75/12
grand [73]  6/5 6/7 128/12 129/5 129/8
129/12 129/15 129/19 130/4 130/5 130/17
130/18 132/1 132/2 132/3 132/8 132/10
132/13 132/18 133/4 133/6 133/8 133/9
133/12 133/14 133/17 133/21 133/23 133/24
133/25 134/1 134/5 134/6 134/11 134/15
134/19 135/15 135/17 135/18 137/7 137/9
137/9 172/3 172/4 173/5 173/9 195/2 195/10
195/12 195/18 195/22 195/24 196/8 197/7
197/13 197/15 197/18 197/22 198/4 198/6
198/7 198/8 200/16 201/8 202/4 205/22
206/22 206/25 207/24 211/4 211/11 211/14
215/7
grandchildren [2]  58/22 58/23
granddaughter [2]  59/9 125/18
grandfather [1]  72/11
grandson [4]  59/7 59/8 74/20 75/19
Granted [8]  117/25 118/4 118/8 118/11
118/14 118/18 118/21 119/15
grass [1]  226/13
grave [1]  94/25
great [2]  167/3 167/4
greater [1]  233/5
greatly [1]  52/13
grew [1]  110/22
ground [1]  93/14
group [26]  2/10 9/14 9/15 9/17 9/17 79/7

99/19 102/17 103/25 110/9 110/9 110/22
110/24 111/15 112/8 112/9 114/20 114/22
116/24 121/14 122/15 122/16 137/18 165/1
171/15 235/18
groups [3]  96/25 98/23 110/2
growing [1]  109/5
grown [1]  74/16
guarantee [1]  232/15
Guardia [1]  92/22
guess [42]  16/5 16/6 22/15 28/8 28/10 30/12
34/12 37/8 53/22 60/17 62/21 63/3 67/20
71/24 73/19 98/5 101/11 117/13 119/5
120/19 137/8 138/8 154/13 156/11 159/19
170/16 175/22 182/8 183/24 185/14 185/15
188/15 196/3 200/22 211/17 216/10 216/23
217/20 219/12 221/5 223/11 227/21
guidelines [1]  228/19
Guidry [3]  5/14 5/16 92/25
guilt [11]  6/8 6/9 10/11 10/15 32/9 33/12
157/22 163/24 171/5 229/2 229/12
guilty [58]  3/13 6/12 8/6 8/6 15/12 16/2 16/3
18/2 18/9 19/7 23/22 24/4 24/13 24/19 25/10
25/19 26/7 26/12 27/9 29/17 29/24 29/24
30/11 31/10 31/16 32/10 32/21 32/21 33/6
33/16 33/18 34/19 34/20 34/21 35/22 36/14
36/17 56/7 73/10 74/1 74/3 83/1 98/2 98/5
106/3 113/23 113/23 113/24 114/8 114/14
146/9 146/10 213/12 213/13 214/13 226/3
226/3 228/25
guise [1]  212/20
gunpoint [2]  49/4 69/23
gut [1]  71/25
guy [2]  161/14 161/16
guys [1]  151/19
Gypsies [8]  110/12 110/14 110/18 110/22
111/12 112/11 112/16 194/7
Gypsy [8]  111/16 112/25 125/20 155/25
156/3 158/1 158/21 201/3

**H**

hadn't [5]  157/19 158/6 159/7 162/13 206/6
hair [1]  169/15
half [17]  47/23 63/21 63/24 63/25 64/11
64/13 94/9 112/2 112/2 146/14 151/4 164/22
192/15 193/23 194/2 194/12 214/14
hallway [2]  160/23 168/18
Hamilton [4]  139/23 180/9 180/10 190/14
hand [5]  92/15 104/9 108/21 109/15 139/14
handle [2]  43/19 96/7
handled [5]  43/13 43/16 50/16 69/25 88/6
hands [14]  18/20 81/22 95/21 96/23 96/24
97/2 98/19 102/20 103/10 103/14 104/1
108/19 110/19 147/14
hands-on [4]  95/21 96/23 96/24 97/2
happen [12]  29/10 44/21 47/1 77/14 127/14
127/16 144/25 150/24 167/24 203/10 207/13
214/23
happened [11]  84/11 129/8 133/3 133/14
134/5 152/17 161/7 163/7 168/19 203/11
209/2
happening [3]  159/20 214/22 214/24
happens [6]  77/2 94/10 103/19 133/12
220/20 226/2
happy [6]  107/5 122/22 126/3 191/18 197/4
221/6
harass [1]  4/4
hard [6]  5/10 31/22 60/21 61/2 61/3 94/3
hardest [1]  153/21
hardship [24]  8/15 8/18 8/21 8/24 8/24 9/2
50/3 50/4 52/14 55/6 59/1 75/17 118/15

**H**

hardship... [11] 119/3 119/5 119/10 119/15 120/10 120/18 173/1 173/2 176/13 219/1 222/14
hardships [3] 8/17 117/19 222/13
Harman [12] 65/18 65/19 91/18 99/20 108/9 109/15 182/5 183/23 185/5 185/15 186/4 186/8
Harris [4] 57/19 57/20 57/22 118/5
Hashanah [4] 62/9 81/5 81/7 234/19
hasn't [3] 48/25 147/5 197/21
hate [1] 179/3
haven't [11] 29/18 29/21 69/6 74/2 75/25 90/21 91/11 129/13 138/19 152/9 218/11
having [22] 8/7 12/3 23/13 23/14 37/16 47/1 50/21 60/1 60/16 60/18 75/11 77/11 89/20 98/25 124/24 150/20 151/20 152/5 159/22 161/9 191/3 201/8
He'd [1] 122/2
he'll [2] 194/19 198/12
he's [67] 4/25 4/25 40/11 42/15 48/25 49/1 50/12 50/16 52/5 54/10 54/13 54/16 59/8 59/16 59/20 59/22 59/24 68/21 73/6 74/15 75/23 75/24 76/2 103/16 104/10 119/6 119/6 120/20 121/13 121/22 121/23 121/23 129/17 130/5 132/18 138/7 169/11 169/18 173/14 176/14 176/15 179/11 179/11 182/7 182/19 182/20 183/18 183/24 184/6 185/17 205/20 205/20 207/8 208/5 208/8 208/11 208/23 212/15 213/7 214/12 214/12 214/14 219/14 219/15 220/3 220/6 220/18
head [11] 2/14 30/12 30/16 31/2 31/5 38/4 38/9 42/24 112/17 126/8 126/10
heading [1] 207/21
heads [1] 212/6
hear [38] 14/9 15/21 17/5 20/10 28/21 29/1 33/15 33/16 33/17 37/23 38/10 38/21 39/3 39/8 42/5 68/10 107/20 113/24 117/17 125/4 140/13 140/14 140/22 140/25 142/25 143/5 143/7 144/22 146/8 154/19 170/3 192/22 208/22 216/5 216/8 228/12 232/10 233/1
heard [49] 12/3 51/10 51/14 63/10 68/6 68/12 69/6 76/25 90/6 98/3 108/18 110/17 111/11 113/2 113/5 113/19 113/20 137/24 138/22 140/21 141/7 141/21 142/6 143/2 143/15 144/4 156/21 157/13 159/7 160/20 161/12 163/16 163/19 164/3 164/6 168/3 168/21 170/17 170/24 187/24 188/7 194/6 209/19 212/3 214/1 214/4 225/19 226/10 235/18
hearing [7] 7/5 18/16 71/25 85/2 161/10 217/2 235/23
hearsay [1] 197/17
heart's [1] 212/8
held [3] 22/14 69/22 234/8
Hello [2] 51/19 221/11
help [16] 5/15 15/13 15/14 24/9 58/22 58/23 59/2 59/6 59/11 126/16 165/17 166/3 229/17 232/15 232/22 233/13
helping [2] 5/4 5/17
helps [2] 133/18 153/25
her -- I [1] 167/19
here [87]
herself [4] 30/15 34/7 101/4 123/24
Herzog [2] 139/18 179/19
Hialeah [2] 147/14 152/19
Hickman [4] 11/11 13/6 65/17 118/9
hierarchy [1] 173/7
high [4] 58/25 59/10 74/17 229/14

higher [4] 109/6 111/20 111/22 112/12
Highway [1] 1/21
Hill [1] 92/17
hinders [1] 81/12
Hindu [2] 109/4 109/7
hire [1] 20/25
history [1] 46/25
hit [3] 126/8 126/10 227/8
hits [1] 46/14
HOA [1] 66/1
hold [11] 14/10 15/16 18/21 33/21 34/2 35/14 35/19 35/20 35/25 36/4 95/4
holiday [11] 62/10 63/21 64/2 64/6 64/7 166/8 193/17 193/18 193/19 193/20 234/22
holidays [12] 16/17 16/19 16/20 64/3 64/5 64/20 81/5 187/2 187/3 193/3 193/5 193/11
Hollywood [1] 107/15
holy [1] 62/9
home [10] 61/14 68/20 89/10 89/20 99/7 144/23 151/21 167/8 167/15 235/12
homeless [1] 57/22
homicide [1] 72/15
honest [6] 34/16 35/3 98/8 140/12 140/13 165/20
honestly [2] 65/12 153/15
honesty [2] 11/24 12/13
honey [2] 164/14 167/15
honor [106]
Honor's [1] 121/7
honorable [2] 1/12 129/16
honored [1] 218/2
honoring [1] 219/13
Hooter's [7] 147/12 147/13 152/16 152/19 173/2 173/7 173/22
hope [2] 9/12 53/7
hoped [1] 235/9
hopefully [12] 9/16 78/12 115/1 115/3 115/10 122/4 155/5 165/4 167/16 202/21 224/3 236/2
hoping [4] 64/21 114/21 222/21 222/25
Hopkins [1] 197/25
horse [1] 112/18
horse-drawn [1] 112/18
horseback [1] 68/23
Hospital [1] 72/8
hostile [1] 201/6
hour [6] 9/13 72/18 164/22 192/16 194/2 194/12
hours [10] 59/3 59/4 96/23 148/7 148/8 149/1 152/6 164/22 173/10 202/15
house [5] 66/11 112/23 167/20 185/17 186/5
however [4] 9/19 30/11 120/24 223/23
Hughes [1] 92/18
huh [3] 71/23 99/17 110/13
humorous [1] 92/1
hundred [2] 31/4 204/12
hunting [1] 119/11
husband [11] 43/22 58/22 74/15 74/22 76/6 80/15 83/25 84/2 84/12 84/21 195/20
husband's [3] 40/9 42/11 58/2
Hypoluxo [1] 65/20

**I**

I'd [34] 9/3 10/18 11/13 12/10 23/18 30/6 30/9 30/23 31/2 32/4 33/16 33/17 38/23 39/6 39/9 85/24 89/19 90/10 95/6 117/8 137/19 147/22 147/23 151/11 151/12 159/4 165/21 166/4 166/17 167/9 176/19 213/21 213/22 223/20
I'll [36] 2/25 6/1 9/7 28/24 38/13 38/14 46/19

47/4 47/5 47/6 70/24 83/9 94/11 104/7 118/15 120/5 128/9 134/9 136/9 136/10 136/10 136/10 137/23 163/11 165/20 193/6 193/18 193/21 193/23 202/19 215/5 216/12 220/22 223/14 223/15 229/12
I'm [236]
I've [56] 9/8 10/25 11/1 15/18 20/24 20/25 30/7 30/12 31/1 45/8 48/20 48/20 52/2 53/3 57/23 63/9 65/25 66/4 68/25 68/25 72/11 73/5 74/19 74/19 79/3 80/10 80/10 81/10 83/21 83/21 85/18 86/3 101/19 104/7 111/7 134/9 137/10 148/19 148/21 151/16 151/16 153/17 154/5 154/7 180/4 186/20 197/2 197/3 213/23 214/1 214/4 221/19 221/20 225/11 225/11 225/14
idea [8] 13/20 23/1 47/9 125/2 200/11 212/5 212/5 213/16
ideas [1] 212/11
identical [2] 199/11 199/15
identified [1] 141/6
identifies [1] 57/22
identify [1] 139/11
identity [2] 89/9 89/17
ignore [2] 227/20 227/24
ill [1] 41/14
illegal [3] 15/3 26/21 82/14
illness [1] 46/13
image [1] 112/25
images [1] 112/20
imagination [1] 213/17
imagine [1] 175/7
immediate [1] 152/13
Immigration [5] 138/5 138/6 164/20 164/25 165/21
impact [1] 89/18
impaneled [1] 191/25
impartial [7] 3/20 3/23 4/7 4/17 49/12 75/1 89/14
impeach [16] 131/13 131/14 133/16 133/19 201/6 207/8 207/9 207/14 208/2 208/13 208/15 212/9 212/10 212/16 212/19 212/19
impeachment [6] 133/11 133/15 133/18 134/3 134/4 209/3
importance [1] 232/18
important [13] 3/2 3/15 4/6 8/1 8/3 8/9 8/10 34/9 75/13 140/12 231/8 231/9 232/10
importantly [1] 202/6
impose [3] 8/2 182/21 195/12
imposed [3] 172/1 195/8 195/10
imposes [1] 195/12
impression [5] 142/24 143/5 143/10 143/2 233/6
improperly [2] 199/15 230/5
impropriety [2] 208/6 209/16
inaccurate [3] 205/24 208/20 210/21
Inc [1] 107/22
incarcerated [1] 26/13
incident [1] 230/4
includes [1] 231/1
including [3] 40/15 230/22 231/6
income [1] 222/15
inconsistent [3] 131/11 132/9 133/5
inconvenience [3] 8/19 9/2 65/14
inconvenient [2] 8/20 191/16
incriminating [1] 209/21
independent [8] 76/24 115/20 115/24 116/25 137/25 141/1 199/18 203/13
independently [1] 199/24
India [1] 158/7
indicate [1] 219/1

# I

indicated [3]  141/21 155/11 187/10
indictment [51]  6/5 6/7 128/15 128/21
128/24 129/4 129/6 129/18 129/25 130/20
130/24 130/25 131/22 131/22 131/23 132/15
132/17 132/18 132/20 132/23 133/20 133/20
134/15 134/20 134/20 137/9 197/11 198/8
198/9 198/10 199/6 200/17 200/24 202/4
202/5 205/25 206/2 206/12 206/18 210/13
211/6 211/8 211/10 211/13 211/14 213/13
215/10 216/3 226/4 228/25 230/7
indictments [17]  128/13 128/20 131/1
131/20 196/17 199/3 199/14 201/9 201/11
205/4 205/8 211/7 215/15 215/16 215/23
215/25 216/1
indirect [2]  226/15 226/18
indirectly [1]  226/13
individual [7]  95/22 112/10 112/13 112/15
173/14 173/23 222/14
individual's [1]  31/23
individually [5]  8/23 9/6 10/2 37/17 38/6
individuals [11]  7/10 7/12 92/11 104/22
141/5 141/20 198/23 199/7 199/10 207/16
217/25
inflammation [1]  94/11
influence [9]  35/12 57/6 67/7 67/14 158/22
165/25 165/25 170/20 230/5
influenced [3]  105/17 146/13 235/17
influences [1]  150/11
information [31]  3/25 9/4 13/23 15/5 42/9
77/3 128/19 129/6 130/6 132/14 138/22
143/8 145/1 145/22 159/1 162/4 168/2
168/23 171/15 193/19 197/17 198/18 200/16
208/17 229/22 230/2 230/25 231/2 231/4
231/4 232/13
informed [1]  150/5
initial [2]  205/25 233/14
initials [1]  129/22
innocence [23]  6/11 10/7 12/6 16/1 16/23
23/17 23/25 24/14 24/20 24/24 30/22 31/11
31/16 32/10 32/14 33/4 33/5 33/11 34/1
82/23 83/4 114/5 229/6
innocent [50]  10/9 10/10 10/13 10/14 10/20
10/22 10/24 11/6 12/21 12/24 13/7 13/11
13/13 15/17 16/23 17/13 17/25 18/11 18/17
19/2 19/16 20/2 20/3 21/4 22/4 22/8 25/10
25/19 30/10 30/15 32/15 34/5 34/13 35/23
37/10 37/23 61/6 71/19 73/13 73/17 73/18
73/21 73/23 114/4 146/8 146/20 157/17
163/21 171/2 228/24
inquire [3]  116/3 117/10 122/15
inquired [1]  116/18
inquiry [1]  211/16
inspect [1]  221/17
inspector [1]  159/12
installed [1]  23/12
instance [3]  113/8 128/10 227/7
instances [5]  45/13 88/6 137/2 209/24 210/10
instant [1]  230/18
instead [2]  121/10 218/8
institution [1]  75/13
instruct [3]  124/18 138/24 228/3
instructed [7]  3/4 52/10 72/23 77/20 84/6
85/25 124/19
instructions [15]  40/21 49/13 66/8 75/1
76/18 89/14 223/13 225/4 225/16 225/25
226/1 229/13 229/16 234/3 237/4
insult [1]  111/21
insurance [3]  44/6 66/1 67/10

intelligent [1]  4/16
intelligently [2]  117/16 216/9
intend [3]  125/5 127/19 216/18
intended [4]  125/3 126/23 135/5 135/11
intending [4]  134/24 135/1 193/3 199/7
intention [2]  96/9 199/9
intentionally [2]  128/6 204/20
intercoastal [1]  112/23
interest [2]  173/20 228/14
interested [1]  100/21
interesting [1]  143/4
intermingle [1]  77/21
Internal [3]  5/3 103/8 103/9
Internet [24]  43/16 115/21 115/23 117/11
138/25 140/10 140/15 142/10 142/18 155/15
161/5 161/19 161/21 162/3 162/5 162/6
170/19 194/5 230/9 230/14 230/17 230/22
231/3 235/21
interpreter [2]  172/4 195/13
interrupt [4]  127/9 132/6 137/16 214/10
interview [4]  125/24 197/16 198/3 198/12
interviewed [8]  128/18 197/16 197/9 197/10
207/2 207/17 207/22 211/25
interviews [4]  128/3 128/4 204/20 204/24
introduce [2]  4/19 4/20
introduced [2]  3/8 11/3
introduction [1]  95/18
invented [1]  213/5
investigate [1]  194/6
investigated [1]  130/7
investigating [2]  76/22 211/20
investigation [4]  76/24 143/11 198/16 211/24
investigative [1]  136/17
investment [2]  220/5 221/16
invoked [1]  224/8
involve [1]  102/23
involved [23]  2/22 7/17 15/6 17/7 17/16
40/13 43/14 48/21 49/3 52/2 57/1 61/21
65/25 70/16 77/5 80/11 83/22 85/19 89/7
99/10 211/24 230/8 231/6
involvement [2]  47/16 49/19
involves [3]  6/15 95/21 143/22
involving [6]  20/9 55/16 103/2 143/1 162/8
230/4
iPads [2]  76/21 141/17
iPhones [1]  141/17
Irene [3]  160/23 161/16 164/23
irregularities [1]  205/23
IRS [2]  143/22 224/9
Islands [1]  43/8
isn't [5]  130/15 171/12 171/24 206/9 218/1
issue [27]  31/23 37/21 37/24 38/3 39/14 55/3
55/24 119/8 120/4 120/19 124/7 134/10
138/4 147/9 160/17 164/10 166/21 166/22
185/25 189/23 193/10 205/23 205/25 211/14
212/7 230/15 232/6
issues [21]  3/22 4/2 41/12 54/10 56/1 60/17
66/9 72/25 76/25 79/8 111/19 122/17 124/4
124/4 144/18 147/7 182/12 182/18 182/21
187/19 189/25
it'd [1]  157/14
it's [168]
item [1]  228/3
itself [1]  19/9

# J

Jacob [1]  92/19
jail [5]  52/4 56/11 59/18 73/5 169/1
James [1]  51/20
Jane [3]  5/13 5/14 92/25

Janet [1]  5/3
Janice [1]  92/19
January [1]  72/20
Jasper [1]  19/13
JC [3]  199/14 205/25 215/13
jealousy [1]  70/24
Jencks [2]  132/8 133/4
Jennifer [1]  92/17
jeopardize [1]  52/17
Jersey [3]  70/6 70/7 86/11
Jewish [12]  62/8 64/1 64/5 64/20 158/11
187/2 187/3 193/3 193/5 193/11 193/20
234/22
Joanne [2]  92/23 224/8
job [9]  49/16 52/17 55/3 81/11 81/12 119/6
119/11 148/13 148/13
Joel [1]  89/2
John [14]  68/16 92/23 92/23 93/4 128/25
129/21 132/4 132/5 196/8 196/17 196/19
197/1 198/1 204/6
joining [1]  169/20
joint [1]  94/20
jokingly [1]  123/2
Joyce [2]  107/22 107/23
Jude [3]  92/20 105/9 105/11
judge [59]  1/13 2/21 42/16 56/1 56/4 56/10
69/8 77/18 77/25 78/9 81/4 94/4 105/9
113/21 114/3 116/19 117/8 120/24 122/13
123/1 123/11 124/8 127/24 129/24 131/1
138/2 153/9 153/23 154/1 155/2 158/17
175/9 176/9 178/11 179/4 183/11 184/19
187/15 187/16 194/25 195/7 196/5 196/22
197/12 197/23 197/25 199/21 200/14 204/19
205/9 205/19 206/21 207/3 213/22 217/11
218/9 223/23 224/7 234/19
judge's [1]  154/2
judges [1]  8/7
judging [2]  56/7 103/18
judgment [5]  56/10 69/4 69/5 69/12 103/21
judicial [5]  137/7 133/8 172/8 191/19 195/16
jump [1]  81/3
jumps [1]  157/3
junior [1]  89/6
Jupiter [1]  68/17
juror [56]  3/20 3/23 4/17 10/5 10/17 11/11
11/17 12/18 13/17 17/2 19/13 21/11 24/15
40/23 45/13 49/10 50/13 52/8 52/9 61/25
62/23 73/25 74/6 143/16 146/6 157/4 169/8
170/13 170/17 172/4 173/16 173/23 176/16
176/23 176/24 176/24 177/1 177/14 181/11
181/12 182/1 182/7 182/12 182/16 183/8
183/18 184/9 184/18 187/12 188/4 195/13
217/20 218/7 223/8 229/21 231/25
juror's [2]  174/2 176/25
jurors [51]  2/11 2/24 3/3 3/18 9/14 9/15 9/18
18/16 44/8 44/10 62/12 67/1 77/21 77/21
77/25 78/2 78/2 78/18 79/20 123/8 137/12
141/15 152/11 168/17 168/17 168/20 169/4
173/24 174/8 174/16 174/22 174/25 175/3
175/4 175/10 182/8 187/4 187/9 187/19
187/25 190/22 217/19 218/10 218/15 224/6
225/24 225/15 231/10 231/12 231/15 232/24
jury [203]
jury's [1]  217/25
just [169]
justice [2]  8/4 99/11

# K

K-o-c-h [1]  21/13
Keechl [1]  1/20

**K**

keep [11]  23/6 80/24 81/1 82/17 120/1 122/5
173/15 184/23 190/24 228/23 232/23
keeping [2]  23/15 138/13
keeps [1]  123/21
Kelly [4]  93/1 135/20 135/20 201/16
KENNETH [4]  1/12 2/20 65/19 183/22
Kenny [1]  5/3
Kent [1]  92/24
kicking [1]  123/22
kids [4]  53/23 99/7 166/24 225/12
Kimberly [1]  72/6
kind [25]  14/24 17/20 19/4 30/17 43/14 44/5
44/21 45/17 45/18 53/6 56/13 56/16 56/21
56/25 63/2 63/5 66/23 70/21 95/25 98/17
98/20 140/14 158/11 201/12 226/19
kinda [4]  81/12 124/24 156/13 158/8
kinds [2]  10/25 23/14
Kippur [2]  81/6 81/6
Kirby [5]  93/1 135/14 202/7 203/3 212/19
Kish [1]  135/23
kitchen [1]  161/15
knew [4]  94/23 142/14 168/21 169/3
know [195]
knowing [2]  12/4 217/3
knowingly [1]  98/12
knowledge [5]  50/2 59/21 61/9 198/17 213/8
known [4]  36/13 100/12 110/9 162/12
knows [1]  139/12
Koch [5]  21/10 21/12 31/18 31/20 37/21
Kolkana [7]  139/18 179/6 182/13 182/16
182/23 183/13 184/17
Kopelowitz [1]  1/20
Kyratzis [7]  138/4 139/25 140/19 141/22
160/14 180/18 180/20

**L**

Labor [5]  63/20 64/7 64/8 193/19 234/16
labs [1]  95/22
lack [2]  82/10 212/9
ladies [15]  2/20 5/8 5/22 9/25 23/11 76/16
79/24 79/25 90/10 93/8 114/19 189/16 191/8
225/1 234/9
lady [5]  5/11 16/13 19/22 105/9 125/11
Lakes [1]  59/10
language [2]  196/18 196/20
large [9]  48/13 101/3 101/19 104/23 105/2
105/3 105/6 106/9 210/11
Larry [4]  4/24 129/16 136/22 154/8
Larry's [1]  130/4
last [37]  7/22 21/8 30/5 30/24 30/25 31/13
31/14 31/17 37/19 37/20 40/22 41/8 41/25
49/13 58/2 58/13 59/18 61/11 78/17 78/24
85/14 93/25 94/7 122/2 122/3 129/22 145/14
147/10 162/1 167/4 175/23 175/24 176/16
176/18 181/24 184/6 215/19
later [9]  42/10 73/6 107/4 116/22 127/22
128/9 158/10 206/3 207/22
Lauderdale [9]  1/18 100/5 112/24 125/13
125/14 136/1 147/13 147/20 159/11
Laughter [1]  97/16
laundering [5]  6/22 6/23 6/24 15/2 15/2
Laurence [1]  1/16
Lavitt [2]  92/24 224/9
law [84]
Lawrence [1]  92/22
laws [3]  81/2 125/18 126/20
lawsuit [20]  40/14 44/18 44/19 44/19 44/20
48/21 52/3 53/24 55/16 56/25 61/21 65/25
66/1 67/10 69/1 74/19 80/12 83/22 85/19
89/8
lawsuits [3]  58/8 72/12 150/14
lawyer [5]  11/4 227/7 227/12 227/13 227/14
lawyer's [1]  227/5
lawyers [6]  80/15 139/14 192/13 226/23
226/25 227/2
lawyers' [1]  227/3
lead [1]  231/17
League [1]  99/1
lean [6]  45/24 51/4 60/10 76/8 85/2 89/24
leanings [1]  159/23
learn [4]  3/18 142/18 156/20 157/1
learned [13]  101/2 110/21 112/22 139/2
145/25 156/13 156/16 156/25 157/13 158/1
158/14 168/14 196/25
least [11]  47/24 117/4 120/25 126/3 126/5
130/9 147/18 203/24 204/2 204/22 222/23
leave [23]  22/17 22/21 59/5 87/3 87/6 87/16
87/19 122/9 147/11 165/22 166/5 166/17
167/19 167/20 167/20 193/24 220/20 224/5
225/6 225/7 233/2 233/2 236/3
lecture [2]  96/10 96/11
lectures [2]  96/4 96/22
Lee [8]  20/18 35/19 35/19 36/1 36/6 37/13
108/21 108/22
left [21]  10/19 13/9 13/15 18/15 18/15 25/8
33/9 78/11 91/13 92/8 117/5 135/25 138/24
144/24 155/13 174/21 181/6 182/8 185/1
206/20 210/24
leg [1]  167/4
legal [8]  23/18 32/4 32/5 37/16 54/11 59/23
75/25 234/2
legally [1]  229/8
legitimate [1]  71/1
legitimately [1]  120/13
lends [1]  131/16
length [10]  44/9 44/19/15 75/3 75/10 81/9
84/10 95/2 95/5 148/6 191/17
Lent [2]  108/7 108/10
less [4]  97/23 153/17 188/19 218/7
let [58]  4/10 5/22 7/15 8/25 11/7 13/14 15/24
18/19 34/6 35/17 36/10 36/13 38/6 42/8 50/8
52/19 59/13 66/21 69/16 73/5 73/13 82/6
87/2 90/14 93/17 95/10 95/16 99/18 101/2
102/15 102/17 104/10 105/21 109/23 113/18
115/2 115/3 117/17 120/24 127/24 144/13
149/13 153/7 155/4 156/4 163/13 164/9
167/15 167/16 168/1 186/25 201/1 216/24
222/12 225/15 225/15 232/25 234/5
let's [31]  2/10 19/21 25/7 26/18 26/19 36/7
37/17 38/5 64/6 65/18 70/12 85/8 101/16
117/14 117/21 119/3 121/22 122/5 124/23
134/5 140/10 158/25 156/19 172/11 172/14
175/4 184/22 186/18 189/8 207/25 224/6
letter [2]  186/7 228/17 231/24
level [6]  95/17 96/6 96/14 96/21 109/6
229/14
liberty [1]  26/13
library [1]  230/17
lied [1]  101/25
life [14]  34/4 58/4 60/20 71/7 71/10 73/4 73/7
74/13 105/25 107/11 107/24 159/19 159/20
197/4
light [3]  186/7 228/17 231/24
likelihood [6]  47/7 121/24 184/4 184/8 184/8
184/11
likely [14]  46/4 51/6 54/24 57/13 60/12 70/9
70/20 76/11 78/10 85/4 90/2 97/23 97/23
173/23
limine [4]  123/7 123/10 124/24 188/23
limit [1]  222/19
limited [3]  228/2 228/4 228/5
Linda [1]  17/2
line [1]  113/18
lines [1]  158/10
list [9]  9/6 36/11 38/25 39/1 39/13 92/13
97/14 136/25 198/25
listen [15]  3/3 3/14 8/5 15/11 17/25 71/8 71/8
83/6 83/9 113/12 120/6 152/3 224/16 230/12
232/5
listened [2]  150/21 202/15
listening [7]  30/7 56/5 80/23 93/22 152/2
152/6 169/22
listens [1]  29/12
lists [2]  172/3 195/9
litigate [2]  205/21 206/12
litigating [1]  208/6
little [22]  3/18 6/1 7/4 30/7 31/2 37/18 47/5
48/9 78/12 82/4 82/4 98/9 108/17 114/11
116/22 125/10 146/2 148/1 154/10 196/20
206/8 218/5
live [12]  34/7 39/18 55/12 61/11 65/20 68/17
72/7 74/13 83/17 85/12 147/21 229/21
lived [1]  112/22
livelihood [1]  220/1
lives [2]  4/5 109/6
living [3]  43/7 80/7 85/14
Liz [1]  92/25
local [1]  43/8
locally [1]  45/21
location [1]  230/10
Lodderhouse [1]  92/18
logically [1]  32/7
long [22]  8/25 39/11 49/20 53/1 58/21 80/13
80/13 80/20 86/18 87/11 87/20 88/18 92/13
99/13 106/23 122/25 160/25 164/16 188/24
189/17 206/11 206/16
longer [4]  81/12 95/7 199/20 200/5
longevity [2]  62/2 62/3
longterm [1]  154/7
looked [3]  145/12 159/6 177/6
looking [8]  52/11 53/9 63/14 94/2 119/6
155/25 156/2 159/4
Lorie [1]  93/5
lose [4]  26/13 34/7 218/22 222/15
lot [16]  15/19 49/18 65/7 65/10 93/14 94/22
95/21 105/24 106/8 106/8 111/8 150/18
152/22 157/8 161/21 202/15
lots [4]  21/25 98/7 98/7 168/25
loud [2]  104/7 168/20
love [1]  99/4
loving [1]  70/24
low [1]  94/11
Lowry [1]  93/5
Lubin [1]  126/6
luck [1]  191/3
lucky [1]  140/2
lunch [7]  9/12 77/14 114/25 115/1 117/10
117/15 160/22
lupus [4]  41/4 46/15 46/16 218/18
luxury [1]  152/19
lying [1]  12/10

**M**

MA [1]  80/9
ma'am [45]  13/16 14/9 15/16 15/21 16/9
16/14 17/1 17/3 18/14 18/22 18/25 19/21
19/22 19/24 20/6 20/7 20/17 20/20 21/7

**251**

# M

**ma'am...** [26]  21/14 21/20 26/3 34/3 36/11 36/22 38/24 39/3 48/4 51/17 61/8 73/8 74/8 74/11 75/6 76/15 80/4 81/15 83/14 91/10 102/7 144/12 171/11 188/14 193/16 193/16
**made-up** [2]  130/16 137/3
**Madison** [2]  161/24 162/21
**magistrate** [4]  197/23 197/24 202/3 202/3
**mail** [14]  1/25 6/17 6/18 6/19 6/20 14/2 14/5 14/19 14/20 14/21 23/3 23/4 115/23 230/22
**mailed** [2]  42/3 42/5
**main** [2]  97/5 130/13
**Major** [1]  99/1
**majority** [1]  98/22
**makes** [6]  26/16 42/18 96/6 106/3 148/6 226/17
**making** [26]  8/8 8/18 9/1 14/18 26/14 26/17 32/18 33/13 35/15 56/13 79/7 98/22 98/25 99/13 102/23 105/6 125/12 131/16 140/14 141/10 147/11 154/17 171/19 196/2 222/13 233/7
**Malcolm** [2]  5/14 92/25
**man** [1]  154/12
**manage** [1]  64/25
**management** [5]  48/14 49/17 151/2 173/15 219/3
**manager** [6]  51/22 52/23 154/8 154/9 220/4 220/4
**managers** [3]  57/24 147/15 173/4
**manner** [9]  70/24 128/20 129/18 130/1 153/24 197/7 197/9 201/9 228/14
**maps** [1]  230/9
**markets** [1]  222/20
**MARKS** [79]  1/6 2/4 3/8 3/10 3/12 4/12 5/11 6/11 6/16 7/6 10/9 10/20 12/21 13/7 13/11 14/1 14/23 15/10 18/17 23/22 23/24 24/13 24/18 24/19 24/23 25/4 25/9 26/16 28/14 31/10 31/10 32/10 33/10 33/21 35/22 61/1 70/13 73/9 73/21 77/4 79/17 83/11 93/3 107/21 107/24 110/21 112/7 112/22 113/5 123/20 124/10 125/17 125/25 126/4 139/5 139/14 140/11 140/16 146/19 154/24 156/1 156/6 156/17 156/19 156/20 156/25 157/16 163/1 163/21 171/1 174/4 187/21 202/16 202/17 214/12 214/16 214/17 214/17 217/15
**Marks'** [2]  82/7 214/16
**MARRA** [3]  1/2 1/12 2/21
**married** [15]  40/2 40/9 48/14 51/21 55/13 58/2 61/13 65/22 68/19 72/8 74/14 80/8 83/19 85/13 89/4
**Mary** [1]  92/21
**Marzuez** [1]  92/23
**master's** [1]  61/18
**material** [1]  132/8
**materially** [1]  6/25
**materials** [1]  128/7
**math** [2]  174/20 175/11
**matter** [12]  7/14 44/1 90/20 101/16 117/5 138/16 188/23 194/16 196/23 224/7 235/14 237/13
**matters** [3]  23/5 192/13 208/7
**maybe** [24]  34/8 60/23 65/3 78/19 78/21 98/13 115/14 120/25 121/10 125/3 128/2 133/22 138/9 155/18 163/11 165/17 165/18 170/5 170/18 185/3 187/20 204/4 215/20 221/24
**MBA** [1]  68/24
**McCarthy** [4]  72/5 72/6 91/6 118/12
**me** [132]

**mean** [35]  12/10 24/18 37/20 47/1 47/6 78/4 78/23 83/25 84/15 98/4 106/16 111/24 112/3 116/10 143/23 146/7 146/14 148/1 150/19 150/23 151/21 153/16 154/5 159/16 167/4 167/6 167/19 174/13 175/21 176/1 183/7 184/2 198/5 199/21 206/8
**means** [17]  5/18 14/3 14/22 24/8 78/16 128/20 129/18 130/1 197/7 201/9 218/6 218/23 227/24 229/13 230/17 230/21 231/1
**meant** [1]  100/21
**meat** [2]  146/3 150/6
**media** [2]  230/15 230/24
**medical** [11]  39/10 39/14 41/12 42/10 46/9 46/24 47/10 93/18 119/17 120/4 218/17
**medicine** [1]  94/20
**meet** [1]  217/9
**meeting** [1]  222/4
**meetings** [2]  65/6 204/21
**Melinda** [1]  93/5
**Melvin** [2]  139/16 177/14
**member** [7]  83/23 102/22 108/6 110/22 110/23 113/22 230/5
**members** [21]  3/13 8/4 8/8 45/5 55/17 58/12 61/21 64/2 64/20 69/2 77/19 78/1 80/15 83/22 89/8 91/7 113/9 113/14 126/1 209/22 215/3
**memory** [4]  228/13 233/4 233/5 233/6
**mentally** [1]  83/25
**mention** [2]  2/12 166/23
**mentioned** [22]  7/19 13/24 44/18 53/10 54/18 60/16 62/19 76/25 88/2 88/12 97/8 103/6 103/16 109/25 114/19 158/4 159/10 185/25 187/13 190/23 191/9 235/6
**mere** [1]  19/3
**merely** [2]  6/10 7/2
**merge** [1]  114/21
**Merit** [1]  237/10
**messages** [1]  230/22
**met** [6]  33/1 107/14 127/21 128/18 147/10 212/1
**methods** [1]  131/14
**Miami** [4]  72/15 72/16 72/16 80/16
**Miami-Dade** [1]  80/16
**Michael** [1]  92/22
**Michaels** [2]  107/22 107/23
**microphone** [12]  11/7 38/20 38/21 39/4 39/7 40/24 80/4 93/18 142/4 144/17 149/21 161/10
**might** [61]  4/2 8/17 9/11 22/19 35/12 41/11 45/13 46/10 50/5 50/18 50/22 51/3 54/6 54/11 54/20 60/9 62/16 63/17 67/7 67/13 67/17 67/21 68/4 69/25 70/9 76/8 76/22 76/23 77/3 79/6 82/12 84/14 88/7 89/17 92/12 93/23 99/2 101/7 101/13 106/8 106/9 107/20 110/1 121/4 136/8 138/22 141/7 141/18 154/2 162/16 163/15 163/16 165/25 168/4 168/17 218/22 218/25 219/10 221/4 222/2 222/16
**mike** [2]  30/3 95/4
**military** [2]  49/6 50/25
**Miller** [2]  202/17 214/17
**million** [2]  106/1 106/9
**millions** [1]  162/10
**mind** [20]  8/2 8/20 11/17 19/10 30/13 31/3 38/18 64/24 80/24 81/1 82/17 101/8 117/9 150/3 156/25 200/11 200/22 223/18 228/23 229/14
**minded** [8]  21/18 21/25 30/6 30/9 30/24 31/3 31/23 146/7
**mine** [2]  95/25 218/1

**minute** [8]  20/10 22/11 109/24 111/6 160/18 188/25 194/20 223/7
**minutes** [12]  2/25 77/12 77/15 79/11 93/9 163/6 164/21 188/19 188/21 192/18 192/18 217/10
**minutia** [1]  211/2
**misconduct** [4]  208/7 208/19 208/23 208/25
**misconstruing** [1]  110/3
**miscounting** [1]  185/4
**mispronounce** [1]  36/24
**misrepresentations** [5]  14/16 14/17 14/18 17/19 210/16
**miss** [3]  121/3 179/12 222/16
**missing** [1]  137/21
**misstated** [1]  31/18
**mistake** [4]  206/11 206/13 206/14 206/15
**mistaken** [2]  208/17 232/2
**Mister** [1]  12/16
**Mohammed** [1]  12/17
**moment** [3]  80/8 178/11 181/20
**moments** [1]  213/23
**Monday** [16]  63/18 63/20 64/7 84/9 87/14 87/21 96/22 121/11 145/20 166/6 193/17 193/18 193/19 222/1 234/15 234/22
**Mondays** [3]  63/14 65/4 121/8
**money** [64]  6/22 6/23 6/24 15/2 15/2 17/20 20/23 21/25 45/8 53/18 53/23 99/2 101/3 101/14 101/19 101/22 101/24 103/2 103/4 104/24 105/2 105/24 106/8 106/9 106/9 106/19 106/20 107/6 125/14 125/25 126/14 126/17 126/20 126/22 127/3 127/7 127/8 128/16 128/24 128/25 129/1 129/10 130/2 135/5 135/11 135/22 136/6 136/8 136/9 161/22 166/25 168/25 196/10 196/12 196/12 196/14 198/20 202/10 202/19 202/21 203/7 210/12 213/7 215/5
**monies** [1]  125/17
**Monique** [1]  93/5
**Montassir** [2]  92/21 105/9
**month** [43]  7/18 8/21 21/1 22/21 39/11 41/12 46/22 46/25 47/2 47/3 47/8 47/23 53/7 56/21 58/21 62/25 63/5 63/6 63/9 63/11 63/12 63/16 65/1 72/20 75/15 86/9 86/10 87/17 87/18 92/14 94/9 95/7 95/12 96/18 121/4 138/9 143/21 143/24 144/6 147/12 147/16 147/25 151/3
**month-long** [2]  39/11 58/21
**months** [12]  7/23 46/19 46/20 47/4 47/23 53/4 56/23 73/6 86/5 152/21 152/21 167/3 163/20 169/13
**Morehead** [6]  161/1 161/19 162/3 163/14 163/20 169/13
**morning** [48]  2/2 2/18 2/23 4/22 5/8 5/25 41/7 48/6 51/18 55/10 57/20 57/21 61/9 61/10 64/13 64/15 68/15 72/5 74/10 80/3 83/15 83/16 85/9 87/10 87/19 87/22 88/25 89/1 93/12 93/14 96/7 96/22 124/14 141/15 147/21 148/15 148/18 151/22 163/6 163/9 164/12 167/11 222/11 223/1 233/11 235/3 235/4 236/5
**mortgage** [1]  65/21
**most** [11]  20/21 63/14 70/24 80/18 81/8 82/6 85/4 154/6 156/2 184/5 213/25
**motel** [1]  159/11
**mother** [8]  80/13 124/3 124/3 178/17 190/8 190/9 190/11 191/12
**mother's** [1]  182/15
**motion** [10]  123/7 123/10 124/23 128/1 128/9 172/16 189/1 209/15 209/18 216/11
**motions** [4]  171/14 205/21 208/21 209/15
**mouth** [1]  201/6

# M

mouths [4]  127/4 199/25 201/23 204/24
move [11]  13/14 25/7 173/5 179/15 179/20 180/19 181/4 185/21 188/16 235/9 236/2
moved [3]  47/18 47/24 68/18
movies [2]  109/25 158/5
moving [3]  152/20 152/23 194/15
Mr [17]  30/2 122/23 138/4 139/24 141/22 144/16 149/16 149/22 153/7 155/3 172/23 173/1 173/5 174/7 176/12 183/15 225/6
Mr. [237]
Mr. 58 [1]  118/9
Mr. Armstrong [4]  139/24 180/14 180/16 190/14
Mr. Bardfeld [7]  126/6 129/6 130/19 130/21 137/10 213/2 215/24
Mr. Bardfeld's [1]  213/4
Mr. Bean [6]  122/23 139/17 177/25 178/1 178/2 178/3
Mr. Bouras [3]  51/18 90/22 119/6
Mr. Brown [14]  85/7 85/8 85/8 85/9 98/20 109/23 109/25 120/19 184/2 190/16 190/17 191/13 219/12 225/10
Mr. Carroll [8]  139/17 178/6 190/6 217/21 219/20 221/9 221/10 221/11
Mr. Cleary [8]  197/15 197/19 197/20 198/3 198/12 198/20 207/19 207/20
Mr. Cole [2]  139/18 179/16
Mr. Crowe [2]  21/21 37/24
Mr. Faisal [3]  13/6 57/18 118/1
Mr. Gandolfo [10]  68/15 97/8 104/11 105/14 105/21 109/16 183/14 183/14 184/18 190/16
Mr. Gonzalez [4]  140/3 180/23 180/24 190/15
Mr. Guidry [1]  5/16
Mr. Harman [8]  65/18 91/18 99/20 108/9 109/15 185/15 186/4 186/8
Mr. Herzog [2]  139/18 179/19
Mr. Hickman [3]  13/6 65/17 118/9
Mr. JC [1]  205/25
Mr. Kolkana [7]  139/18 179/6 182/13 182/16 182/23 183/13 184/17
Mr. Kyratzis [4]  140/19 160/14 180/18 180/20
Mr. Lubin [1]  126/6
Mr. Morehead [6]  161/1 161/19 162/3 163/14 163/20 169/13
Mr. Pervenecki [3]  140/4 181/8 190/15
Mr. Roberson [2]  48/6 190/15
Mr. Roberson's [1]  182/6
Mr. Roth [9]  61/9 68/9 95/10 182/20 183/21 184/23 185/2 185/10 185/13
Mr. Sardinas [3]  139/20 177/21 177/24
Mr. Schichtel [5]  55/8 103/15 108/25 111/4 117/22
Mr. Schwartz [31]  5/7 29/13 29/18 77/22 104/5 120/14 123/22 125/4 144/10 153/5 158/4 160/4 168/6 171/9 172/24 173/22 184/15 184/16 188/20 194/23 205/19 206/20 207/7 208/22 209/19 210/19 213/3 213/20 214/3 221/7 223/22
Mr. Smith [1]  27/3
Mr. Stack [26]  126/13 128/22 128/23 129/3 129/5 131/25 135/4 135/25 137/7 171/24 195/2 195/23 196/7 196/8 197/9 198/3 198/11 198/18 201/7 201/14 201/25 207/11 207/12 211/13 213/10 215/22
Mr. Stack's [1]  135/10
Mr. Stefin [27]  4/21 78/16 93/10 102/9 104/4

108/4 113/21 120/8 121/16 136/22 144/7 149/13 149/15 160/1 168/1 171/7 173/11 183/25 184/17 184/20 185/10 186/10 205/18 214/1 214/6 220/17 223/19
Mr. Stefin's [2]  29/17 186/7
Mr. Torelli [1]  139/16
Mr. Trout [9]  139/19 141/3 141/22 155/8 155/9 179/25 180/7 180/8 190/14
Mr. Walden [3]  83/15 120/11 120/17
Mr. Williams [7]  22/7 38/2 88/23 88/25 109/2 109/16 190/20
Mr.Torelli [5]  138/2 141/3 141/22 144/15 172/21
Mrs. [9]  2/4 82/7 110/21 112/22 113/5 124/10 126/4 154/24 171/1
Mrs. Marks [8]  2/4 110/21 112/22 113/5 124/10 126/4 154/24 171/1
Mrs. Marks' [1]  82/7
Ms [8]  13/25 20/18 25/14 36/6 102/7 139/18 179/21 182/3
Ms. [174]
Ms. Abramson [5]  13/18 34/3 116/4 116/7 118/16
Ms. Alston [5]  139/12 139/16 177/1 177/2 177/7
Ms. Avery [5]  74/9 74/10 105/14 105/15 190/16
Ms. Bennett [1]  36/11
Ms. Brezak [4]  139/16 177/11 177/11 190/6
Ms. Brown [1]  36/7
Ms. Cook [2]  202/25 203/1
Ms. Cooper [5]  16/23 80/3 185/25 186/12 187/11
Ms. Cunningham [2]  140/3 180/21
Ms. Debartolo [1]  196/21
Ms. Deveraux [1]  159/5
Ms. Dorn [3]  139/17 177/18 177/19
Ms. Ferrante [6]  9/21 190/3 190/5 191/23 192/16 193/25
Ms. Ferrante's [1]  192/8
Ms. Gasc [7]  140/4 140/19 141/22 168/11 168/13 181/13 190/15
Ms. Hamilton [4]  139/23 180/9 180/10 190/14
Ms. Harris [3]  57/19 57/20 118/5
Ms. Kirby [1]  202/7
Ms. Koch [5]  21/12 31/18 37/21
Ms. Lee [6]  35/19 35/19 36/1 37/13 108/21 108/22
Ms. Marks [56]  3/10 3/12 4/12 6/11 6/16 7/6 10/9 10/20 12/21 13/7 13/11 14/1 14/23 15/10 18/17 23/22 23/24 24/13 24/18 24/19 24/23 25/4 25/9 26/16 28/14 31/10 31/10 32/10 33/10 33/21 35/22 61/1 70/13 73/9 73/21 77/4 79/17 83/11 123/20 139/5 139/14 140/11 140/16 146/19 156/1 156/6 156/17 156/19 156/20 156/25 157/16 163/1 163/21 174/4 187/21 217/15
Ms. McCarthy [3]  72/5 91/6 118/12
Ms. Melvin [2]  139/16 177/14
Ms. Pontarelli [3]  36/2 37/8 37/12
Ms. Reddish [1]  202/7
Ms. Resk [11]  139/17 140/19 141/22 142/4 142/5 144/8 179/1 190/14 191/17 193/5 225/7
Ms. Rodriguez [3]  139/19 179/23 180/2
Ms. Roth [1]  193/16
Ms. Rowe [7]  139/17 178/10 178/14 182/14 190/6 190/7 191/11
Ms. Sequeira [1]  37/1

Ms. Shimer [1]  36/23
Ms. Silver [3]  140/3 181/2 181/4
Ms. Vitunac [1]  197/23
Ms. Webb [11]  38/23 40/3 51/14 93/18 109/17 109/18 119/16 181/16 181/17 181/23 218/21
Ms. Weiner [2]  18/13 118/19
Ms. Wilkins [2]  139/18 179/13
much [24]  13/23 15/5 37/15 42/4 43/16 64/22 65/5 77/14 83/14 95/8 99/16 100/6 100/7 100/23 115/17 123/8 142/7 148/1 159/8 167/4 167/7 188/17 192/5 236/5
mugged [2]  45/6 68/3
mugging [1]  66/5
mumbling [1]  104/8
murder [2]  66/3 67/20
murdered [1]  69/21
music [1]  158/10
must [25]  10/9 10/14 10/21 18/2 31/15 32/21 112/11 113/10 124/10 206/24 226/5 226/6 226/8 226/22 227/20 227/25 228/4 228/23 229/11 230/3 230/9 230/20 230/25 231/3 232/7
myself [7]  4/12 11/14 34/23 40/15 113/21 126/6 213/23

# N

name [54]  3/7 4/22 5/2 5/9 11/8 11/10 13/16 16/14 18/22 19/12 19/13 19/22 19/22 19/23 20/7 20/8 21/9 26/4 31/18 31/19 34/6 36/8 36/10 36/24 39/17 40/7 55/11 57/21 61/10 65/19 68/16 80/6 85/11 93/12 104/11 105/9 105/10 107/13 107/14 107/17 107/21 107/22 107/23 107/24 110/11 129/23 135/20 137/23 139/6 139/13 139/24 159/8 190/2 190/5
name's [7]  2/20 12/17 48/11 51/19 72/6 74/12 83/17
named [2]  107/10 205/7
names [7]  92/11 92/14 93/7 97/14 104/18 105/8 190/4
Nan [1]  92/19
Nancy [5]  39/17 40/7 129/23 202/16 214/16
national [1]  75/11
nature [8]  11/25 30/19 46/12 69/19 100/19 102/20 140/22 189/23
Navy [1]  107/11
ND [1]  215/12
near [1]  112/23
necessarily [5]  20/12 52/5 81/20 198/14 211/21
necessary [1]  173/16
neck [1]  165/21
need [61]  3/13 3/18 8/8 9/20 15/12 15/21 16/9 21/2 38/8 47/18 47/25 49/24 64/5 64/19 78/1 78/16 79/1 79/2 87/10 88/19 90/14 96/3 96/11 99/5 102/9 108/13 121/15 140/16 144/16 146/8 149/23 155/17 166/25 166/25 172/19 174/22 174/25 175/3 175/4 180/1 182/1 182/9 184/7 184/11 187/4 190/9 190/10 190/24 191/12 193/2 194/8 194/19 200/20 216/5 216/8 219/16 221/16 224/4 225/7 225/22 236/7
needed [6]  81/25 115/9 116/16 121/13 190/25 192/4
needs [7]  11/14 38/10 77/1 178/17 194/18 194/19 225/6
nefarious [1]  212/11
negative [6]  91/23 103/8 149/18 168/24 170/14 170/18
negatively [1]  153/13

**N**

neglected [1] 138/24
neighbor [1] 52/5
neither [1] 232/2
nephew [4] 48/23 50/10 66/3 67/19
networking [1] 230/23
never [47] 8/20 48/20 48/20 52/2 58/8 61/20
68/25 68/25 72/11 74/19 74/19 74/21 80/10
80/11 83/21 85/18 85/18 89/7 126/23 127/6
127/7 127/21 127/21 128/3 128/17 128/18
128/18 129/2 130/2 134/9 135/6 135/11
135/11 184/10 196/14 197/2 197/3 197/10
198/21 201/5 207/2 209/21 210/14 212/1
213/6 215/6 217/19
new [17] 23/12 68/21 70/5 70/7 80/14 81/17
86/7 86/10 86/11 100/12 105/15 105/22
125/11 161/25 162/21 171/14 225/20
news [14] 161/13 161/23 162/19 163/3 163/4
163/5 163/7 163/9 163/10 163/12 163/15
230/14 232/5 235/22
newspaper [8] 2/13 138/25 141/1 156/15
157/6 157/17 163/14 194/5
newspapers [3] 150/16 157/7 230/14
next [51] 2/10 5/12 16/17 38/15 47/8 53/7
62/9 63/16 64/7 64/20 65/1 66/10 72/17
72/20 86/4 86/4 86/5 86/9 86/10 86/25 87/16
88/24 120/10 122/3 138/9 151/2 151/25
154/3 161/15 161/16 163/6 170/2 170/7
177/14 182/3 185/17 185/21 186/3 187/3
193/4 193/11 193/20 207/13 208/1 220/15
220/20 221/25 234/15 234/17 234/20 234/25
nice [5] 112/24 136/13 152/16 236/4 236/11
nickname [1] 107/24
Nicola [2] 26/5 36/9
Nicole [1] 93/3
Nigeria [1] 45/11
night [11] 86/19 147/10 147/20 147/24
148/15 149/2 152/2 152/5 162/1 221/22
222/6
nine [4] 53/4 65/20 122/9 213/11
no [242]
nobody [6] 72/12 80/12 148/21 151/24
175/23 212/22
nod [1] 38/9
nods [2] 2/14 108/11
none [13] 69/1 70/2 83/22 117/24 118/3
118/7 144/11 171/10 198/23 202/14 202/16
228/9 237/7
normal [2] 22/18 59/3
Norman [1] 92/24
northern [1] 158/7
note [1] 232/25
note-taking [1] 232/25
notes [12] 128/4 217/20 218/3 218/25 219/8
219/11 232/21 232/23 233/2 233/3 233/4
236/3
nothing [12] 50/20 57/7 60/2 70/23 72/11
143/17 143/23 144/3 157/2 194/7 209/9
229/1
notion [3] 103/18 112/10 113/8
notoriety [1] 105/19
novelist [1] 105/12
NOVEMBER [1] 237/14
number [46] 11/1 12/18 16/16 21/1 21/11
30/3 79/1 86/1 105/23 106/14 108/19 115/7
115/16 117/22 118/1 118/5 118/12 118/15
118/16 118/19 118/23 119/5 125/8 126/8
126/10 131/14 135/7 140/8 159/19 177/5
179/5 181/12 182/13 186/12 190/24 191/1
200/1 204/6 204/7 205/21 208/5 210/25
211/25 211/25 215/11 217/21
number 1 [1] 177/5
number 10 [1] 181/12
number 16 [2] 86/1 182/13
number 2 [1] 217/21
number 3 [1] 215/11
number 4 [1] 179/5
number 53 [1] 119/5
Number 54 [1] 117/22
number 55 [2] 12/18 118/1
Number 56 [1] 118/5
Number 61 [1] 118/12
number 63 [1] 186/12
Number 64 [1] 118/15
Number 65 [1] 118/16
Number 66 [1] 118/19
number 70 [1] 30/3
number 71 [1] 118/23
numbers [6] 105/1 111/18 112/4 112/7
186/20 186/21
nursing [2] 72/10 72/19

**O**

o'clock [11] 87/8 148/13 151/25 164/19
165/9 223/15 223/16 224/2 225/6 234/10
235/25
oath [3] 140/12 202/2 232/19
object [5] 78/17 106/4 107/7 109/8 227/15
objecting [1] 204/18
objection [21] 106/11 107/19 109/21 117/23
118/2 118/6 118/10 118/13 118/17 118/20
119/13 119/14 179/7 184/14 185/1 185/9
186/16 224/18 227/16 227/18 227/20
objections [1] 227/2
objective [1] 20/11
objectively [1] 106/20
obligated [2] 77/9 77/11
obligation [3] 64/4 172/1 195/7
obligations [1] 151/17
observe [6] 62/8 62/10 64/3 64/6 64/20 193/3
observing [2] 185/24 193/4
obtain [3] 4/6 9/15 9/18
obtained [2] 6/4 6/7
obviously [6] 7/21 50/1 77/19 112/1 115/4
137/21
Ocala [1] 68/23
occasions [1] 14/25
occupation [10] 11/15 19/2 19/8 20/1 30/9
30/14 31/5 31/24 40/9 58/17
occurred [1] 197/20
October [1] 49/18
off [28] 18/2 36/17 46/20 80/14 81/18 111/5
121/8 126/22 136/10 148/8 149/9 151/12
164/12 164/17 165/14 166/13 186/3 187/2
187/5 193/7 193/20 193/23 218/6 218/19
234/8 234/16 234/24 235/20
offense [3] 8/7 77/10 101/23
offer [1] 125/5
offered [1] 125/3
offers [1] 227/13
office [5] 1/17 5/4 69/23 72/8 143/21
officer [19] 46/5 49/7 51/1 58/13 60/7 70/10
76/12 80/16 84/2 84/12 89/11 90/19 91/2
135/23 159/11 164/25 203/4 203/5 211/20
officers [18] 45/20 45/24 46/3 46/3 50/19
51/7 54/23 57/14 60/13 70/9 89/24 90/3
135/13 136/2 202/7 202/13 214/7 214/22
Official [1] 1/23
officials [1] 8/8
often [5] 46/16 46/25 162/19 173/24 232/9
Ogden [1] 93/2
oh [15] 13/16 39/24 42/24 44/17 50/8 90/14
115/20 123/6 143/1 144/24 164/14 166/16
169/11 194/3 234/20
okay [124]
old [18] 39/18 40/8 48/12 51/20 55/12 55/14
57/22 58/4 58/5 61/11 65/20 74/13 83/17
85/11 89/2 158/5 167/6 167/12
older [1] 61/15
oldest [3] 48/16 68/20 167/2
onboard [1] 220/13
once [9] 44/5 93/12 107/14 123/7 134/17
148/11 224/24 231/22 233/20
one [131]
one's [3] 70/5 70/6 167/2
ones [7] 78/10 78/18 121/4 187/10 200/4
204/1 204/5
online [3] 2/13 96/9 168/23
only [45] 69/7 71/11 72/1 74/23 93/15 93/25
114/9 120/19 134/23 136/23 156/18 159/1
159/4 164/6 166/20 167/7 167/18 170/22
172/20 181/6 182/12 184/1 184/11 185/3
193/6 193/13 195/12 195/12 200/14 201/10
202/4 218/11 219/19 227/3 228/2 228/5
229/1 231/12 231/12 231/13 232/11 233/5
235/2 235/4 235/17
open [19] 11/17 19/10 21/18 21/25 30/6 30/9
30/24 31/3 31/23 64/15 80/24 81/1 82/17
98/6 146/7 147/13 148/14 152/17 193/12
open-minded [8] 21/18 21/25 30/6 30/9
30/24 31/3 31/23 146/7
opened [1] 98/17
opening [23] 137/13 147/16 173/5 188/18
189/3 189/4 192/21 213/8 213/15 215/20
216/12 216/15 217/2 220/22 224/3 224/16
226/24 233/8 233/11 233/14 233/16 233/17
234/11
openings [2] 223/12 223/14
openly [3] 4/10 39/15 41/2
opens [2] 147/14 152/19
operator [2] 172/5 195/14
opinion [3] 30/8 226/12 232/13
opinions [7] 76/20 84/4 85/24 114/25 141/16
194/4 235/16
opportunity [4] 9/10 97/20 172/15 228/11
opposed [5] 8/19 24/23 31/10 113/14 219/25
opposite [1] 195/11
oppressed [2] 110/2 110/5
option [1] 152/7
order [18] 2/1 3/17 3/19 3/24 33/18 64/22
81/24 134/10 137/4 153/19 173/15 191/22
196/11 202/1 204/15 224/3 227/23 229/16
ordered [2] 197/23 197/24
organize [1] 5/15
organized [1] 188/25
originally [2] 199/2 199/25
Orlando [1] 179/12
Ostrow [1] 1/20
others [17] 6/17 6/22 14/4 60/23 71/10 82/11
124/16 125/16 126/4 127/8 196/20 197/9
198/22 199/15 210/9 220/24 230/16
otherwise [10] 30/13 31/4 31/6 48/2 87/25
98/24 182/18 183/17 193/12 193/21
our [40] 8/3 8/18 9/1 25/21 26/11 49/17
75/11 78/19 117/12 125/7 126/12 126/12
136/21 136/24 138/20 139/7 141/12 142/15
147/13 174/8 176/3 177/14 182/7 184/18
191/15 192/19 198/25 199/9 201/21 211/25
217/19 219/8 221/15 228/22 229/15 231/9

# O

our... [4] 231/15 231/19 232/4 232/16
outcome [2] 150/12 228/15
outdoors [1] 95/22
outer [1] 151/4
outline [1] 233/12
outset [1] 228/21
outside [10] 77/3 77/12 137/13 140/9 141/23
157/13 170/24 194/10 226/13 232/14
over [31] 2/21 5/9 13/14 16/13 16/13 21/25
22/23 25/7 27/4 35/17 37/20 40/4 41/12
50/18 64/22 65/18 72/16 75/8 85/7 86/4
90/15 106/1 116/14 144/23 156/15 158/8
164/13 183/10 208/8 208/9 221/20
over-said [1] 144/23
overcome [1] 151/18
overhear [4] 140/14 140/18 144/21 169/20
overheard [3] 168/18 168/19 170/11
overlook [1] 217/18
overlooked [2] 110/6 217/18
overrule [1] 227/16
Overruled [2] 106/12 109/9
overstatement [1] 214/3
overtime [1] 166/25
own [16] 55/3 55/13 56/16 68/17 82/11 83/7
88/13 95/25 101/10 101/18 104/14 132/7
145/5 160/8 213/17 219/24
owners [1] 147/10

# P

p.m [7] 123/17 123/17 194/21 194/21 217/12
217/12 236/12
page [1] 206/1
Pages [1] 1/10
paid [4] 100/7 106/1 125/17 148/20
pain [1] 165/21
paint [1] 152/15
painted [1] 152/15
painting [1] 56/18
Palm [20] 1/7 1/24 39/18 39/20 39/21 39/24
40/8 40/13 55/13 57/22 57/24 58/1 58/3
74/13 74/15 83/18 83/20 84/9 85/12 147/19
Palms [1] 72/8
panel [12] 108/7 117/6 117/11 117/18 119/2
121/14 140/8 142/15 176/6 182/1 186/21
186/22
paper [6] 145/9 146/11 152/18 154/2 154/24
235/24
paragraph [13] 129/25 205/24 206/1 208/12
208/16 208/20 209/6 209/13 210/20 211/10
215/12 215/12 215/13
paragraph 40 [1] 215/13
paragraph 42 [1] 215/12
paragraph 48 [1] 215/12
paragraphs [1] 215/11
paragraphs 35 [1] 215/11
paralegals [1] 5/15
paranormal [1] 102/19
paraphrase [1] 207/3
paraphrasing [1] 126/9
parents [4] 49/4 50/21 72/13 112/11
Park [2] 161/24 162/21
Parrago [1] 93/5
part-time [2] 81/12 83/18
partial [1] 52/9
participate [2] 87/25 224/16
participating [1] 215/24
particular [9] 2/24 88/10 90/7 149/19 150/12
156/5 206/2 208/4 210/13

particularly [3] 103/13 112/19 113/1
parties [2] 187/1 232/12
partner [1] 88/14
partners [1] 191/17
parts [2] 152/23 211/24
party [1] 232/2
pass [5] 22/23 61/3 102/11 165/4 167/8
past [6] 65/20 81/16 223/15 223/16 224/2
225/10
patience [5] 80/1 115/13 189/17 189/19
235/8
pattern [2] 131/16 215/16
Paul [1] 92/18
pay [7] 48/2 106/8 106/10 136/7 136/8 169/2
202/21
paying [3] 168/21 170/7 173/18
payment [1] 230/2
PBSO [1] 84/2
peace [1] 108/14
pen [1] 105/10
penalize [2] 153/10 173/8
penalized [1] 154/5
pending [2] 48/25 130/23
people [101]
people's [5] 20/23 79/8 126/14 204/23 212/5
percent [2] 31/4 111/19
percentage [2] 111/22 112/12
percentages [1] 112/7
peremptory [5] 117/12 174/9 174/16 174/20
186/9
perfect [2] 121/17 123/13
perform [2] 3/1 151/1
perhaps [2] 78/6 220/9
period [8] 8/3 8/16 49/20 52/12 52/13 106/3
106/23 172/7
periods [1] 80/21
perjury [2] 206/25 207/5
permissible [2] 134/7 211/16
permit [4] 153/10 231/11 231/15 231/19
permitted [1] 227/14
perpetrated [2] 60/25 61/1
perpetrating [1] 14/5
perpetuating [1] 203/14
persecuted [1] 158/12
person [46] 5/17 10/8 26/6 26/14 26/16 32/6
36/13 42/6 54/20 54/25 80/24 91/24 92/3
92/16 101/4 101/5 101/25 105/14 108/24
111/18 112/7 123/25 125/24 129/23 137/8
142/17 142/22 143/11 146/10 163/10 163/10
172/2 172/5 172/7 176/4 186/2 195/8 195/14
197/14 197/17 210/14 215/8 219/4 221/23
230/1 230/4
person's [3] 90/20 91/3 92/3
personal [18] 4/5 4/9 39/2 39/5 39/9 50/4
55/22 75/16 79/8 84/4 85/24 88/3 101/18
119/11 166/24 219/1 222/14 229/16
personally [8] 8/21 8/24 50/4 60/22 82/9
85/20 110/25 222/17
persuaded [1] 203/22
persuasive [1] 100/18
Pervenecki [3] 140/4 181/8 190/15
Ph.d [2] 61/17 61/19
phenomena [1] 109/13
Philadelphia [3] 217/3 219/2 221/20
phone [11] 123/23 123/25 124/4 124/5 124/9
124/10 124/14 124/17 136/2 147/10 225/8
phones [3] 124/2 124/5 124/21
phony [1] 200/24
phrases [1] 232/9
physical [1] 88/3

physically [2] 83/24 151/1
physician [1] 61/16
piano [1] 61/14
pick [10] 95/10 113/19 122/22 165/25 172/11
172/21 181/17 182/8 186/4 225/9
picked [9] 81/14 112/6 121/23 138/7 147/17
151/15 153/22 153/23 183/8
picking [2] 53/18 113/3 182/23 220/6
pickle [1] 153/4
picture [1] 152/15
pictures [1] 99/25
piece [1] 226/20
Pierce [1] 55/20
Pinky [1] 107/24
pissed [1] 151/11
place [5] 203/16 206/25 231/19 231/21
231/23
places [1] 230/6
plaintiff [2] 52/3 53/24
plan [1] 152/12
planned [1] 86/12
planning [2] 214/14 235/7
plans [3] 87/24 191/14 234/14
play [2] 203/6 209/7
playing [1] 124/21
plays [2] 58/25 59/8
pleas [1] 215/21
please [51] 2/2 2/18 4/3 4/10 4/12 8/1 9/24
11/8 38/10 38/12 38/12 38/17 38/20 38/24
39/8 40/4 40/6 40/10 76/17 77/1 77/5 77/9
79/16 79/20 79/23 80/4 92/15 95/4 123/19
142/3 144/15 149/21 155/8 160/6 160/14
161/10 168/12 189/12 190/2 190/5 191/1
191/7 192/1 194/3 217/14 225/1 232/23
235/10 235/14 235/20 235/23
pleasure [1] 191/3
pled [4] 3/12 6/11 213/12 213/13
plus [3] 75/11 147/23 175/3
point [32] 16/24 17/25 50/20 55/22 67/21
67/25 73/18 82/19 104/2 115/3 117/4 117/20
136/4 150/11 169/5 171/21 182/11 184/9
188/17 189/3 193/14 204/22 205/9 205/15
215/19 215/20 216/5 217/2 217/5 218/13
223/3 234/6
pointed [1] 213/4
points [1] 158/9
police [20] 26/22 45/18 45/20 45/23 46/2
46/3 49/6 49/7 49/8 50/17 51/1 51/1 58/13
60/7 70/6 80/16 80/16 125/11 136/1 159/11
policeman [1] 55/19
Politely [1] 151/11
Pontarelli [7] 20/8 25/15 25/16 36/2 36/6
37/8 37/12
population [1] 158/11
posed [2] 187/25 210/8
position [3] 172/23 173/18 177/2
possession [1] 124/10
possible [10] 46/21 46/23 49/15 165/16
165/18 184/10 184/25 186/2 221/24 229/17
possibly [9] 7/18 17/12 26/13 82/11 92/12
92/13 140/8 140/8 220/14
Postal [4] 89/4 89/5 163/5 167/1
posting [1] 231/1
postpone [1] 47/22
postponement [1] 42/3
potatoes [2] 146/3 150/7
potential [8] 168/20 169/4 173/12 176/3
176/19 185/14 202/8 218/17
powerful [1] 100/18
practicality [1] 121/22

# P

practice [4]  42/12 58/24 58/25 108/8
practices [1]  59/7
pray [1]  136/9
pre [1]  72/19
pre-entrance [1]  72/19
preamble [1]  125/10
precipitates [1]  94/2
preclude [1]  214/19
precluded [1]  195/17
preclusion [1]  195/23
preconceived [2]  112/10 113/8
predict [1]  94/6
predisposed [1]  154/23
preface [1]  107/9
prejudge [3]  71/16 82/18 82/20
prejudging [1]  56/9
prejudice [6]  117/21 158/15 158/15 173/13 211/2 228/15
prejudiced [4]  84/18 92/4 119/22 154/23
preliminary [4]  192/19 223/13 225/24 237/4
premature [2]  231/17 231/18
premise [1]  126/21
premised [1]  109/5
premises [2]  230/6 230/8
prepaid [1]  217/22
prepare [1]  211/14
prepared [2]  115/3 179/12
preparing [1]  132/22
present [27]  2/5 5/12 8/14 8/15 24/3 28/5 28/7 29/2 29/3 29/8 29/12 79/17 80/8 123/20 124/25 132/4 133/2 134/24 135/1 187/21 197/13 203/15 209/20 217/15 229/6 233/21 233/25
presentation [1]  207/4
presented [17]  3/4 8/13 8/17 24/10 29/20 71/9 71/12 73/11 157/11 159/2 164/7 170/23 197/11 226/9 232/8 233/20 235/19
presenting [5]  132/17 197/14 205/13 208/25 233/18
presents [4]  16/3 27/21 27/22 32/25
president [1]  85/15
presiding [1]  2/21
press [1]  76/23
pressure [2]  56/18 207/18
presumably [1]  127/12
presume [31]  10/10 10/14 10/22 10/24 12/20 12/24 12/25 13/7 13/11 13/13 15/17 16/2 16/23 17/24 18/11 18/17 19/2 19/16 20/3 21/4 22/3 22/8 61/5 71/19 73/17 73/21 73/23 146/19 157/16 163/21 171/1
presumed [6]  10/9 10/13 10/20 30/10 114/4 228/24
presuming [2]  11/5 73/18
presumption [8]  10/7 12/6 16/1 16/22 23/17 82/22 114/4 114/10
presumptuous [1]  120/24
pretenses [1]  101/25
pretrial [3]  205/21 208/21 209/15
pretty [6]  22/1 42/4 64/22 151/11 167/4 167/7
prevent [3]  3/22 11/5 54/11
previously [2]  131/12 164/6
principal [1]  148/16
principle [17]  10/6 10/16 23/16 23/18 24/15 24/15 24/21 25/3 25/5 25/12 25/23 25/25 31/21 32/4 32/5 33/7 33/8
principles [5]  9/4 10/3 10/4 37/17 225/23
prior [5]  25/17 93/25 132/9 133/5 168/3

private [1]  4/9
privately [1]  41/3
probabilities [1]  111/20
probability [1]  111/18
probably [18]  9/7 75/4 79/2 95/6 96/2 97/1 100/8 122/11 126/15 126/17 138/17 152/11 153/17 176/5 182/10 192/15 222/7 233/10
probation [3]  58/10 59/17 121/9
problem [42]  24/21 24/24 25/4 34/11 34/24 34/25 35/4 35/5 35/11 36/4 36/20 37/5 37/9 37/13 39/2 39/5 39/9 39/10 40/3 40/20 58/18 63/8 66/7 75/14 81/9 85/23 89/15 93/23 112/14 148/5 173/22 175/24 176/16 176/17 176/20 185/20 190/11 193/8 201/4 216/23 218/5 221/7
problems [7]  23/14 55/21 78/5 119/7 121/15 176/17 183/22
procedure [6]  41/8 42/1 42/5 63/6 183/25 195/4
proceed [5]  2/6 9/18 116/21 225/17 234/6
proceeding [2]  133/7 133/8
proceedings [17]  1/11 2/17 22/14 77/17 79/15 79/22 116/2 123/18 138/11 138/23 142/2 189/11 191/6 194/22 217/13 224/23 237/12
proceeds [1]  15/3
process [16]  3/25 4/4 9/12 9/13 9/21 22/18 38/18 56/13 77/13 86/2 151/15 164/16 187/22 189/18 221/19 228/22
processes [2]  76/1 165/3
producing [2]  128/7 136/24
profession [6]  13/2 69/8 69/10 80/25 82/7 82/8
professor [4]  61/12 113/19 113/19 187/14
professors [1]  95/24
program [1]  230/10
project [3]  48/14 49/17 52/23
projected [1]  63/4
projects [3]  49/18 49/20 49/21
promise [1]  126/18 126/21 127/6 127/7 232/19
promised [9]  128/16 128/23 129/1 129/10 130/1 136/6 213/7 213/23 231/13
promises [1]  129/1
promising [3]  189/20 210/12 223/9
promote [1]  102/4
promoting [1]  219/14
promptly [1]  230/3
pronounce [2]  129/22 139/24
pronouncement [1]  213/24
pronouncing [1]  104/11
proof [76]  7/3 23/19 24/5 24/6 24/22 28/5 71/21 98/1 113/15 114/6 114/10 114/6 157/21 229/2 229/4 229/14
properties [1]  221/17
property [4]  219/3 220/4 220/4 220/6
proposal [1]  184/10
propose [1]  100/3
propound [2]  135/4 136/12
propounded [1]  135/10
proprietor [1]  180/14
prosecution [1]  149/18
prosecutor [5]  43/9 43/11 43/23 129/16 132/22
prosecutors [4]  11/3 60/1 67/25 69/25
prospective [5]  2/11 9/15 77/21 78/2 197/16
prospects [2]  53/6 53/8
prove [78]  3/6 3/16 6/13 10/11 10/15 15/25 17/22 23/22 23/24 24/13 24/19 24/23 25/9 25/10 25/18 25/19 26/6 26/17 27/5 27/6 27/6

27/12 27/13 27/16 27/17 27/17 27/24 27/25 28/1 28/18 28/19 29/24 30/11 30/13 30/15 30/22 31/4 31/9 31/10 31/15 31/16 32/10 32/13 32/15 33/4 33/5 33/11 33/12 34/1 34/19 34/20 34/20 34/22 35/22 35/23 37/11 60/25 82/13 82/25 83/3 97/24 98/2 98/10 98/15 101/24 113/16 114/14 126/24 127/25 128/10 147/1 157/22 163/24 171/5 205/11 216/22 229/5 229/11
proved [3]  18/1 32/20 32/25
proven [5]  29/17 29/18 56/6 146/9 228/24
proves [2]  226/12 226/16
provide [5]  4/14 57/25 198/4 230/25 233/12
provided [2]  134/11 199/16
provides [1]  7/9
providing [2]  7/11 17/20
proving [6]  23/19 23/21 24/13 24/19 32/8 32/9
pry [1]  4/5
pseudonym [1]  105/10
psychic [11]  7/7 58/17 60/21 91/14 92/9 101/4 101/14 105/25 109/12 109/14 210/15
psychics [2]  102/19 109/12
publicly [2]  220/7 221/16
published [1]  145/13
pull [1]  154/8
pulled [1]  147/15
pun [1]  154/15
punished [1]  153/24
punitive [1]  149/4
purpose [6]  4/6 207/8 221/8 228/3 228/4 228/5
purposes [6]  82/11 107/17 132/9 133/14 134/3 134/4
purse [1]  124/14
pursuant [1]  195/16
pursuing [1]  53/6
put [53]  24/25 28/13 28/14 29/23 31/9 31/14 53/20 56/11 64/6 71/21 73/5 99/25 112/5 112/6 112/8 113/15 128/15 128/19 128/24 129/4 129/6 129/17 130/20 131/20 134/12 136/24 137/8 137/22 139/6 149/17 154/1 157/21 158/25 163/4 167/10 167/15 169/1 174/1 184/17 194/9 196/15 199/14 199/24 200/11 200/22 201/5 201/7 201/23 208/17 208/19 212/5 212/15 229/8
putting [4]  15/4 24/22 127/4 207/18

# Q

qualified [1]  231/14
question [46]  4/8 16/1 16/16 16/22 17/14 17/18 17/24 22/15 27/23 30/6 30/7 30/25 30/25 38/15 40/22 49/14 52/11 60/23 71/3 71/6 78/17 78/18 81/4 90/16 91/11 106/5 106/13 114/2 132/19 134/13 151/23 171/22 172/20 174/17 176/7 176/12 195/1 215/7 227/5 227/8 227/12 227/16 227/18 227/20 227/21 231/22
question's [1]  117/14
questionable [1]  37/3
questioned [1]  183/24
questioning [1]  6/3
questionnaire [1]  116/11
questions [34]  4/15 5/25 9/6 9/8 9/11 38/10 38/25 39/1 39/13 42/9 50/9 52/20 59/13 62/1 66/22 69/17 90/12 93/15 102/17 113/18 114/17 138/21 138/22 144/7 149/13 153/6 155/2 160/2 160/5 168/2 171/7 187/25 227/2 227/3
quick [1]  16/16

**Q**

quickly [2] 80/2 117/12
Quinn [2] 5/13 92/25
quite [6] 76/17 86/4 157/8 159/19 199/21
 214/5
quote [2] 14/14 126/5
quotes [1] 214/15
quoting [1] 196/15

**R**

R-a-l-e-y [1] 93/3
race [1] 158/18
racial [1] 112/9
radio [2] 230/14 235/24
Rae [1] 57/21
raise [3] 92/15 104/9 139/14
raised [6] 108/21 109/15 172/21 195/1 208/8
 209/18
Raises [1] 110/19
raising [1] 18/20
Raleigh [1] 89/11
Raley [1] 93/3
randomly [1] 151/15
rape [1] 66/25
raped [1] 69/22
rare [1] 119/24
rather [8] 7/24 8/7 9/2 30/21 166/4 166/17
 167/9 176/19
Raton [5] 1/22 51/20 61/11 80/7 97/6
re [3] 205/21 206/12 208/6
re-litigate [2] 205/21 206/12
re-litigating [1] 208/6
reach [5] 44/8 44/11 62/11 67/1 226/6
reaching [2] 49/17 228/6
reaction [7] 69/12 70/13 70/17 71/25 98/3
 98/4 106/17
read [61] 2/12 21/15 21/17 51/10 51/14 68/6
 68/10 68/12 88/9 90/6 91/22 92/11 105/9
 105/13 111/8 116/25 137/24 138/25 140/25
 141/7 143/2 144/23 145/22 146/10 146/11
 146/14 146/14 146/17 147/4 149/14 149/17
 150/15 150/19 154/18 154/24 155/12 156/5
 156/14 157/6 157/17 158/20 159/22 160/20
 162/3 162/16 163/15 163/16 164/3 164/6
 168/4 168/14 170/19 202/16 212/3 215/9
 215/10 223/13 225/4 225/16 230/12 232/4
readily [3] 91/2 119/8 119/23
reading [8] 58/17 60/21 99/22 146/4 150/2
 150/20 194/5 235/23
readings [1] 58/17
ready [10] 2/6 2/8 11/2 79/17 171/19 172/18
 172/20 176/21 213/22 225/3
real [8] 16/8 49/1 55/16 57/3 107/24 147/9
 220/5 221/16
realistic [1] 148/9
realized [2] 126/8 171/24
really [33] 8/21 41/7 47/6 81/11 84/1 94/5
 94/5 94/15 94/25 95/25 99/3 101/23 102/9
 107/5 114/13 124/24 140/11 156/23 157/3
 158/6 159/7 159/17 159/25 163/10 164/19
 165/22 168/20 169/2 170/7 210/18 212/10
 212/18 216/5
Realtime [1] 237/11
rear [1] 54/1
rear-ended [1] 54/1
rearrange [1] 221/6
rearranged [2] 221/1 221/2
reason [9] 10/24 49/12 69/14 127/2 138/19
 159/18 193/13 201/11 205/8

reasonable [20] 6/14 10/12 24/7 24/8 28/5
 28/7 29/21 33/2 83/1 98/11 114/6 114/10
 114/15 114/16 147/1 153/14 157/22 163/25
 171/5 229/12
reasonableness [1] 228/17
reasons [4] 84/7 85/25 192/3 218/23
Rebando [1] 93/5
recall [8] 137/23 139/5 145/21 156/6 163/14
 170/6 187/9 218/3
recap [2] 145/23 150/2
received [2] 227/12 227/19
recent [2] 82/7 213/24
recently [1] 74/20
recess [12] 76/17 76/18 79/14 90/13 123/17
 188/24 192/15 192/24 194/21 217/12 234/12
 236/12
recessed [3] 117/1 140/24 141/2
recognize [3] 8/19 92/14 191/11
recognized [1] 142/13
recognizes [1] 212/6
recollect [2] 162/16 221/14
recollection [2] 168/3 221/15
recommendations [1] 208/8
record [6] 2/4 79/17 123/20 217/15 234/8
 237/12
recorded [3] 136/16 172/6 210/8
recording [2] 172/5 195/13
recordings [2] 203/6 214/21
recruiting [1] 85/15
Reddish [5] 93/1 135/14 135/23 202/7 203/5
reduce [1] 52/13
refer [1] 196/19
reference [1] 21/19
referenced [1] 202/5
referred [1] 125/13
reflecting [1] 97/12
refuse [1] 167/5
regarding [6] 110/2 168/2 199/6 215/7
 215/11 229/16
Regardless [1] 13/1
region [1] 147/1
regional [1] 220/4
Registered [1] 237/10
reincarnation [4] 108/19 108/20 108/23
 109/5
REIT [2] 219/3 220/4
related [12] 219/5 219/6 219/13 219/14
 219/16 219/17 219/23 229/20 229/24 230/13
 230/16 232/6
relating [1] 133/23
relationship [2] 54/25 85/14
relationships [2] 45/18 76/8
relative [2] 6/5 6/9
relatively [2] 92/13 105/2
relatives [5] 49/3 49/5 61/23 69/20 85/21
relevance [1] 211/2
relevant [5] 125/3 125/6 130/11 210/25
 211/1
reliable [1] 41/10
relieved [1] 196/12
religion [5] 102/4 102/22 108/3 108/18
 158/19
religions [4] 108/12 108/13 108/16 109/4
religious [3] 19/1 103/16 112/9
rely [5] 8/10 130/5 154/17 154/19 233/3
remain [2] 119/2 229/7
remainder [1] 115/7
remarks [1] 227/1
remember [29] 38/11 38/12 73/22 86/14
 100/6 108/4 116/8 122/21 139/8 142/15

145/12 145/17 161/6 161/12 161/22 161/25
 162/17 162/19 162/20 163/1 169/1 169/7
 169/25 187/8 187/13 219/20 219/25 220/3
 232/22
remind [2] 178/14 235/10
reminded [1] 217/22
remove [1] 126/16
removed [2] 119/13 211/8
render [1] 231/12
rendering [2] 58/21 84/6
renderings [1] 55/23
repeat [2] 110/4 149/23
repeating [2] 34/23 225/19
replace [1] 182/16
replaceable [1] 62/6 62/22
replacement [1] 183/18
replied [1] 161/22
reply [1] 213/21
report [2] 163/15 166/12
reported [4] 76/23 115/23 140/7 230/13
reporter [8] 1/23 1/23 172/4 194/19 195/13
 195/21 237/10 237/11
reporter's [1] 232/13
reporters [1] 154/16
reports [4] 128/3 204/20 204/24 235/22
represent [2] 5/11 206/15
representation [3] 11/14 131/9 216/25
representations [1] 209/24
represented [1] 101/4
representing [1] 4/23
request [2] 187/16 229/25
requested [1] 158/9
requesting [1] 187/2
require [6] 7/16 82/25 83/12 146/25 163/24
 171/4
required [7] 24/6 26/9 115/6 147/18 148/5
 157/12 229/22
requires [5] 26/14 27/16 212/13 229/15
 232/4
requiring [1] 24/23
reschedule [2] 66/10 220/18
research [19] 115/21 115/24 116/25 137/25
 139/1 141/2 141/18 141/21 145/5 155/19
 158/2 160/8 162/13 194/4 230/15 230/17
 230/19 232/6 235/20
researched [1] 160/20
resentful [1] 176/15
resentment [5] 54/15 59/25 67/24 173/24
 173/24
reservation [2] 216/13 216/16
reserve [2] 216/10 217/6
reside [5] 40/8 48/12 51/20 57/22 89/2
resident [1] 66/2
residents [1] 44/24
Resk [11] 139/17 140/19 141/22 142/4 142/5
 144/8 179/1 190/14 191/17 193/5 225/7
resolve [2] 77/13 188/23
resolved [3] 54/3 67/11 67/20
resolves [1] 98/23
respect [5] 93/18 149/16 207/6 208/2 208/10
respectfully [1] 195/5
responding [1] 170/6
response [1] 38/10
responses [1] 4/14
responsibilities [5] 49/23 62/20 62/21 65/6
 65/11
responsibility [3] 3/2 53/18 191/21
responsible [3] 52/15 101/11 132/17
rest [9] 13/6 18/18 80/2 115/14 116/23 121/4
 176/18 189/1 193/22

**R**

restaurant [6]  49/4 147/12 147/13 148/12
148/14 148/24
restaurants [1]  70/25
restrooms [1]  78/4
result [2]  130/16 146/4
return [18]  71/1 87/21 97/25 98/14 105/6
126/22 126/23 128/16 128/17 128/23 135/11
137/10 198/21 202/10 210/12 213/7 215/5
230/2
returned [16]  128/14 129/1 129/2 129/10
129/11 130/2 130/2 131/21 135/5 135/6
135/11 135/22 196/13 196/14 198/8 198/21
returns [8]  6/25 15/8 69/9 69/11 70/14 98/4
98/8 98/12
Revenue [3]  5/3 103/9 103/9
revoking [1]  124/5
Richard [1]  93/4
Richards [1]  129/24
rider [1]  68/23
ridiculous [1]  102/21
right [270]
rip [1]  114/5
rise [2]  9/21 191/23
risk [3]  73/13 213/18 216/24
risking [1]  73/7
risks [1]  73/4
rituals [1]  202/23
RMR [2]  1/23 237/17
road [1]  178/15
robbed [3]  49/4 80/13 89/10
robbery [3]  50/22 59/17 60/1
Roberson [4]  48/6 48/11 182/5 190/15
Roberson's [1]  182/6
Robert [1]  55/11
Rodriguez [4]  30/3 139/19 179/23 180/2
Roger [3]  1/16 4/22 93/12
Roma [1]  92/18
Roman [2]  108/6 108/7
romance [2]  105/11 105/22
Romani [6]  110/9 110/22 155/25 156/3 158/1
158/21
room [20]  18/19 25/7 32/19 35/18 92/8
114/23 114/24 139/23 141/12 141/24 144/14
189/2 192/6 192/9 192/11 192/17 194/1
223/6 232/24 236/1
rooms [1]  230/23
ROSE [13]  1/6 3/7 5/11 107/21 107/24 112/7
113/5 113/23 125/17 125/25 126/19 214/12
214/16
Roseanne [1]  93/3
Rosh [4]  62/9 81/5 81/7 234/19
Rosie [2]  202/17 214/17
Roth [16]  61/9 61/11 68/9 68/11 95/10
113/19 113/19 182/5 182/20 183/21 184/23
185/2 185/10 185/13 187/15 193/16
rough [2]  107/11 128/4
row [52]  10/18 10/18 10/19 10/23 10/23 11/6
12/15 13/5 13/9 13/10 13/15 19/21 21/8
24/16 24/16 24/17 24/20 24/22 24/25 25/2
25/8 26/4 31/8 31/13 31/14 31/17 33/9 33/14
33/19 33/20 33/23 33/24 35/9 35/10 35/13
35/13 35/18 35/21 36/1 36/3 36/5 37/19
37/20 38/23 68/12 88/24 91/13 91/16 91/17
92/7 92/8 92/10
Rowe [7]  139/17 178/10 178/14 182/14 190/6
190/7 191/11
Royal [1]  83/17
rude [1]  77/8

rudimentary [1]  175/11
rule [14]  28/1 133/8 172/2 172/3 172/7 173/8
175/20 195/3 195/5 195/7 195/8 195/24
213/22 224/19
Rule 6C [1]  133/8
rule's [1]  224/8
ruled [1]  208/7
rules [15]  27/24 38/6 133/6 133/23 133/23
133/25 172/8 195/3 227/11 227/14 228/22
231/9 232/15 232/17 232/19
ruling [4]  216/1 216/13 216/16 217/6
run [6]  94/11 95/23 97/2 147/12 148/12
152/15
running [1]  94/10
Russell [1]  92/24

**S**

sacrifice [7]  7/16 7/20 8/1 102/25 108/11
108/14 196/12
sacrifices [4]  102/23 102/25 103/2 108/3
sacrificing [2]  103/4 151/12
sale [1]  57/3
same [35]  12/18 13/5 19/14 20/21 37/14
38/14 38/16 46/6 48/15 80/24 90/20 113/9
113/14 128/16 131/19 135/2 137/20 196/18
196/21 197/8 198/22 199/12 201/4 201/25
202/11 202/12 206/22 206/23 208/10 215/12
219/18 224/19 231/21 231/22 233/15
Sammy [1]  93/3
Santeria [1]  102/24
Sardinas [3]  139/20 177/21 177/24
sat [13]  40/12 48/20 52/2 55/15 60/17 61/20
65/24 72/11 74/19 83/21 85/18 89/7 182/12
satisfaction [2]  54/4 67/11
satisfied [1]  173/15
Saturday [1]  68/23
save [2]  72/21 176/3
saw [7]  161/23 197/25 226/10 226/13 227/7
227/9 235/15
say [59]  22/24 27/3 30/8 32/20 38/8 43/12
43/17 70/24 73/13 73/20 78/7 78/24 81/1
81/13 95/6 98/7 101/16 102/10 106/17
106/18 127/13 127/19 128/5 128/23 129/15
131/8 131/10 132/1 134/5 134/6 136/7
143/23 143/25 150/5 163/20 164/21 170/3
170/12 175/4 182/12 197/5 197/3 199/23
200/9 200/10 202/18 202/18 202/21 202/24
202/24 203/7 203/16 203/20 204/12 207/21
207/25 209/19 209/25 219/11
saying [44]  13/25 14/14 15/10 18/2 29/18
31/5 73/22 80/21 98/2 98/5 112/2 125/1
125/2 130/1 130/19 131/10 131/20 133/24
142/9 152/4 152/7 153/10 156/8 159/12
159/17 161/4 162/4 170/9 170/18 173/8
173/22 183/16 201/7 204/7 207/1 208/11
208/22 208/24 211/22 211/22 214/12 215/18
217/5 218/16
says [19]  27/4 117/5 130/17 132/13 132/14
133/1 154/1 172/1 195/7 197/2 201/2 202/12
202/25 203/10 207/13 207/25 215/8 224/4
228/8
scale [2]  114/10 114/13
scam [2]  125/20 126/14
scams [1]  201/3
scarfs [1]  112/17
scenario [3]  30/18 213/6 213/17
scene [2]  72/16 232/2
schedule [7]  63/16 64/24 65/5 121/7 184/3
193/1 193/22
scheduled [6]  47/25 66/16 86/6 86/18 87/5

115/8
scheduling [6]  144/19 160/17 182/12 182/17
189/22 221/12
scheme [1]  7/11
Schichtel [6]  55/8 55/11 103/15 108/25 111/4
117/22
Schirmer [1]  18/23
school [15]  55/14 58/3 58/23 59/1 59/10 64/8
64/9 72/19 72/20 74/17 84/8 89/11 120/12
120/14 174/21
Schwartz [36]  1/19 5/7 5/9 5/14 29/13 29/18
77/22 92/25 104/5 107/10 120/14 123/22
125/4 144/10 153/5 158/4 160/4 168/6 171/9
172/24 173/22 184/15 184/16 188/20 194/23
205/19 206/20 207/7 208/22 209/19 210/19
213/3 213/20 214/3 221/7 223/22
scientist [1]  61/15
screen [1]  196/16
search [17]  135/8 135/9 135/19 135/21 202/5
202/12 202/25 203/8 203/9 208/11 208/12
208/18 209/16 210/20 230/10 231/4 231/14
seat [18]  120/24 123/7 144/16 155/9 160/15
174/16 174/17 176/6 182/1 182/9 185/15
188/14 188/15 188/23 190/2 190/3 224/25
236/3
seated [23]  2/3 2/19 5/2 9/24 38/7 79/16
79/24 120/2 120/3 120/20 122/12 123/19
142/3 169/13 176/25 188/11 189/2 189/13
191/7 192/1 217/14 224/24 225/1
seating [1]  137/20
seats [2]  82/3 233/2
second [34]  13/9 13/10 20/24 23/18 25/2
28/24 33/23 33/24 35/9 35/10 35/13 35/9
61/15 86/13 91/17 92/10 95/10 118/22
127/10 128/2 128/13 131/21 131/22 144/20
176/24 180/1 195/6 196/17 213/3 220/12
220/15 234/6 234/7 234/24
secrecy [8]  133/6 133/24 133/25 172/1 172/4
195/6 195/7 195/9
Secret [6]  125/22 135/6 135/7 136/14 136/14
208/13
section [2]  195/6 196/16
security [4]  21/1 48/13 123/25 124/2
seek [2]  144/25 201/6
seeking [1]  81/11
seem [2]  77/8 219/11
seems [3]  122/9 124/25 209/8
seen [5]  73/5 101/19 112/20 158/5 168/23
selected [12]  3/2 10/17 115/4 115/6 115/11
120/3 168/17 187/10 188/4 190/1 217/21
235/13
selection [4]  187/22 192/5 228/22 235/15
selections [1]  188/7
self [3]  68/17 85/12 220/1
self-employed [3]  68/17 85/12 220/1
sell [1]  56/18
selling [3]  105/11 105/22 105/23
semester [3]  62/3 96/10 120/14
send [4]  96/12 144/15 155/8 160/14
senior [1]  96/6
sense [4]  75/6 155/20 155/23 189/6
sent [1]  125/14
sentencings [1]  63/22
Sentinel [3]  145/15 154/19 195/20
separate [2]  6/21 14/25
separately [1]  221/12
September [17]  7/19 63/12 86/14 86/16
138/4 164/10 164/13 164/14 165/13 166/5
184/5 184/6 190/18 217/23 219/13 234/18
234/21

# S

**September 11th** [3]  138/4 164/10 164/14
**September 12th** [1]  234/18
**September 13th** [3]  184/5 190/18 219/13
**September 16th** [2]  165/13 166/5
**September 5th** [1]  234/21
**Sequeira** [5]  19/23 36/6 36/25 37/1 102/7
**series** [1]  58/11
**serious** [3]  56/1 56/11 232/16
**serve** [4]  41/9 84/7 94/25 112/6
**served** [2]  58/8 151/16
**serves** [1]  72/14
**service** [16]  5/3 18/7 20/25 48/16 89/4 89/5
  103/9 103/9 125/22 135/6 135/7 136/14
  136/15 163/5 167/1 208/13
**services** [16]  7/9 7/11 17/20 57/25 82/10
  82/12 82/14 82/15 91/14 91/16 92/3 92/9
  105/24 106/2 106/10 126/4
**serving** [6]  52/12 58/9 62/4 63/8 148/5
  153/11
**session** [20]  63/17 64/4 64/11 64/12 64/13
  64/16 64/17 64/18 64/19 84/11 165/19
  184/12 221/25 234/14 234/15 234/17 234/21
  234/24 235/2 235/4
**set** [2]  96/7 164/5
**sets** [1]  232/16
**setting** [2]  30/17 103/11
**settled** [1]  172/14
**seven** [3]  43/12 147/23 180/4
**Seventy** [1]  119/1 119/2
**Seventy-one** [1]  119/2
**Seventy-two** [1]  119/1
**several** [7]  40/15 46/19 47/4 96/8 103/6
  145/18 173/17
**severe** [2]  94/19 96/14
**SFranklinUSDC** [1]  1/25
**shady** [2]  14/11 14/14
**shake** [2]  38/9 146/24
**Shakes** [1]  38/4
**shape** [1]  41/7
**she'll** [4]  165/4 191/24 194/1 224/10
**she's** [69]  3/10 3/12 6/11 7/6 10/13 16/2 17/6
  18/8 19/7 20/2 24/4 25/10 25/19 25/19 26/8
  29/17 30/10 30/20 32/15 33/3 33/6 34/13
  34/19 34/20 34/21 35/23 35/24 36/17 53/12
  63/15 70/15 73/13 74/1 74/2 82/8 83/1 98/2
  105/11 105/15 112/12 119/18 119/20 119/21
  119/21 120/2 120/3 124/5 124/14 143/2
  159/9 167/3 167/4 167/4 167/12 167/12
  167/13 167/15 168/25 177/5 177/8 178/14
  178/24 179/3 181/18 181/19 185/25 187/12
  218/19 218/20
**sheet** [1]  218/4
**sheriff** [1]  89/12
**shift** [7]  121/11 147/20 149/1 149/2 151/7
  152/2 152/5
**shifts** [3]  148/21 153/12 173/15
**Shimer** [1]  36/23
**Shirley** [1]  74/12
**shirt** [2]  160/24 169/13
**shop** [1]  210/15
**shops** [1]  100/9
**short** [1]  5/10
**shortly** [3]  3/8 22/12 155/5
**should** [38]  3/17 6/8 7/2 22/17 26/6 27/8
  34/16 36/13 69/14 77/20 116/17 125/4
  133/24 134/13 137/1 143/19 150/21 155/21
  169/1 173/6 176/9 176/11 188/4 192/10
  196/3 198/2 200/20 200/23 201/24 203/3

**shoulders** [1]  38/9
**shouldn't** [7]  101/15 137/6 153/11 153/24
  207/10 209/1 214/7
**show** [26]  27/9 27/10 29/14 107/12 107/13
  130/8 131/18 133/20 137/2 137/4 190/3
  192/17 192/23 194/1 199/9 204/20 205/9
  205/10 205/13 209/20 210/11 210/19 214/20
  215/2 215/15 216/18
**showing** [1]  211/11
**shows** [1]  234/2
**shrug** [1]  38/9
**sic** [8]  36/18 52/9 92/20 92/20 160/20 173/9
  176/17 232/23
**sick** [8]  41/14 46/10 47/6 119/19 119/19
  181/18 191/12 218/24
**side** [24]  13/14 18/15 18/15 18/19 25/7 28/21
  29/1 29/2 30/15 33/15 33/17 35/17 43/19
  43/24 84/14 92/7 114/12 114/12 118/22
  139/23 139/23 173/13 212/13 227/13
**sidebar** [2]  22/14 23/10
**sides** [6]  54/21 57/11 76/4 99/3 176/24
  192/22
**sign** [2]  100/11 136/20
**signed** [4]  136/19 208/12 209/12 212/20
**significant** [6]  7/16 7/20 7/21 8/1 8/3 143/18
**silent** [1]  229/7
**Silver** [3]  140/3 181/2 181/4
**Silvia** [1]  19/23
**similar** [5]  103/25 104/1 176/18 197/9 199/5
**simply** [4]  134/1 212/9 212/16 226/16
**since** [21]  26/15 30/14 33/5 33/25 33/25
  76/17 98/17 104/10 108/17 117/1 122/17
  138/23 140/24 141/2 167/6 183/11 185/10
  220/15 221/13 221/25 229/7
**sir** [72]  11/7 11/8 11/12 12/2 12/13 12/16
  13/4 19/20 21/23 22/6 22/10 23/8 30/2 30/4
  31/7 37/22 48/6 50/6 50/7 50/14 51/5 51/9
  51/13 51/18 52/20 55/7 55/10 56/15 57/17
  60/11 60/15 61/7 61/9 65/13 66/21 67/18
  68/2 68/5 68/8 68/14 69/16 72/2 72/4 79/19
  83/15 84/17 84/23 84/25 85/4 85/5 88/1 88/8
  88/11 88/20 89/16 89/19 90/5 90/9 91/5 92/6
  97/7 144/18 155/7 155/11 160/6 160/15
  161/10 163/3 166/8 168/8 189/7 223/6
**sister** [3]  83/24 84/12 227/8
**sister's** [2]  84/2 84/21
**sit** [17]  3/18 19/15 52/8 53/23 69/15 80/19
  80/20 80/21 80/22 81/8 103/21 137/20 144/5
  163/3 182/19 189/20 190/5
**site** [1]  231/3
**sits** [3]  10/13 29/12 42/17
**sitting** [7]  22/22 61/24 66/8 93/21 139/19
  151/19 152/23
**situated** [1]  189/2
**situation** [36]  30/18 42/10 53/10 55/4 64/2
  65/12 65/15 81/25 82/2 94/24 119/11 119/17
  120/11 133/4 149/11 153/18 161/7 161/23
  162/24 166/20 167/21 173/14 174/3 176/17
  176/18 178/17 183/12 190/7 190/8 213/11
  218/9 218/17 220/23 220/24 221/14 222/9
**situations** [2]  93/19 119/3
**six** [5]  46/20 58/1 86/5 167/6 182/8
**Sixteen** [1]  62/2
**Sixteenth** [1]  63/19
**skip** [5]  37/20 57/18 65/18 117/19 118/15
**skipped** [1]  116/13
**skipping** [2]  183/19 183/23
**slate** [1]  229/3

**sleep** [2]  167/8 167/17
**sleeping** [1]  151/25
**slight** [1]  107/9
**sloppy** [1]  207/4
**small** [5]  55/13 55/15 56/17 70/6 211/2
**smaller** [2]  96/25 192/6
**smelled** [1]  226/11
**Smith** [1]  27/3
**Snow** [1]  202/3
**so-and-so** [1]  200/12
**social** [6]  21/1 58/6 58/6 98/23 99/9 230/23
**society** [1]  158/5
**Soendergaard** [1]  92/19
**sole** [1]  63/8
**solely** [2]  226/8 232/7
**solid** [1]  63/8
**solution** [4]  152/13 153/14 154/2 154/4
**solutions** [1]  62/7
**somebody** [24]  14/21 26/23 56/2 56/4 56/11
  97/24 97/25 101/14 101/22 102/2 103/22
  106/8 107/16 111/15 114/4 143/20 148/1
  162/11 173/9 173/19 174/3 222/6 223/17
  225/9
**somebody's** [1]  111/24
**somehow** [2]  65/3 216/19
**someone** [26]  8/6 14/5 15/12 26/12 26/19
  45/10 45/10 53/23 56/6 85/14 91/2 91/14
  91/15 91/21 92/10 103/18 106/18 123/24
  140/8 140/9 163/2 168/18 182/23 207/19
  222/16 226/10
**someone's** [1]  226/12
**something** [48]  3/21 14/8 14/12 26/20 26/22
  27/2 39/15 44/21 53/7 56/2 56/11 82/13
  97/11 104/9 104/9 108/10 116/15 121/9
  121/10 125/2 128/8 129/17 138/7 140/10
  140/16 142/21 155/12 155/21 156/11 156/15
  159/11 159/12 161/4 161/12 161/21 162/2
  162/11 162/20 162/21 163/11 167/8 170/6
  170/19 197/6 211/13 216/3 222/14 227/5
**sometime** [1]  47/20
**sometimes** [10]  5/10 31/22 46/18 46/19 47/4
  59/5 108/14 150/16 226/15 227/23
**somewhat** [3]  183/12 189/17 199/22
**somewhere** [1]  5/18
**son** [10]  48/16 48/17 51/24 51/24 58/5 61/16
  61/16 68/21 159/20 225/9
**song** [2]  111/11 111/13
**soon** [6]  141/13 141/19 141/25 168/9 192/19
  236/2
**sorry** [35]  13/16 14/9 16/9 16/15 23/11 31/18
  32/1 36/7 36/12 36/17 37/19 40/3 44/19 50/8
  50/8 90/14 90/14 113/3 137/16 149/25
  151/13 161/9 172/10 174/14 176/10 177/6
  178/2 178/22 180/1 210/6 216/14 221/11
  225/2 234/20 235/9
**sort** [8]  30/12 91/25 97/11 102/16 103/18
  104/8 203/8 215/8
**sorts** [1]  212/11
**sound** [6]  16/8 23/12 73/17 102/21 142/16
  162/2
**sounded** [1]  169/5
**sounds** [1]  73/16
**source** [2]  230/17 232/11
**sources** [1]  194/10
**South** [3]  1/21 39/24 40/8
**SOUTHERN** [2]  1/1 154/17
**Space** [1]  230/23
**speak** [20]  4/11 4/13 8/23 9/5 10/2 18/16
  22/11 23/7 23/18 34/6 38/7 38/19 39/6 39/10
  40/19 77/7 80/3 93/9 138/3 141/5

**S**

speaking [6]  9/19 38/12 38/16 126/5 140/9 169/9
speaks [1]  34/9
special [11]  5/2 135/6 135/7 164/24 165/2 189/23 189/25 191/10 212/19 212/20 232/10
specific [9]  6/23 14/20 96/12 143/7 145/21 150/3 159/17 161/18 223/17
specifically [3]  90/17 99/12 211/8
specifics [4]  13/24 142/25 146/3 162/7
specifying [1]  216/22
spell [1]  126/7
spend [1]  174/2
spent [1]  152/5
spin [1]  149/18
spirits [1]  103/4
spiritual [3]  102/23 105/25 109/6
spoke [6]  49/11 124/13 164/17 170/1 203/4 203/5
spoken [4]  130/3 136/18 169/23 206/6
sporadic [1]  63/8
sporadically [1]  63/6
spouse [2]  51/22 89/4
spread [1]  158/8
Springs [1]  55/13
squad [1]  72/14
square [1]  112/24
Stack [60]  93/2 125/19 126/13 126/13 127/4 128/1 128/11 128/12 128/18 128/22 128/23 129/3 129/5 129/20 130/4 131/25 135/4 135/25 136/22 137/7 171/24 195/2 195/23 196/7 196/8 197/9 197/22 197/25 198/3 198/11 198/18 199/16 199/19 199/24 199/25 200/10 200/22 201/2 201/7 201/14 201/25 206/17 207/7 207/11 207/12 207/15 207/22 207/24 208/2 211/9 211/13 211/24 212/2 212/5 212/9 212/19 213/5 213/10 213/16 215/22
Stack's [4]  135/10 212/14 213/8 213/10
stage [2]  30/17 36/16
stand [5]  30/5 30/24 38/19 58/16 194/9
standing [2]  58/18 170/2
stands [2]  150/3 156/24
Stanley [1]  93/3
start [22]  9/3 9/19 11/2 22/20 36/7 38/5 38/13 38/15 38/23 40/4 72/18 72/20 76/22 81/11 93/17 104/10 123/8 137/13 139/12 171/19 192/25 194/5
started [11]  9/13 62/3 104/14 104/14 125/10 125/11 161/4 161/14 161/15 221/19 225/2
starting [4]  18/2 86/4 145/20 156/8
starts [3]  72/17 114/8 229/3
startup [1]  68/22
state [10]  42/15 65/24 70/5 83/20 84/9 157/9 195/11 195/11 195/17 196/6
stated [2]  52/15 126/6
statement [8]  188/18 203/9 209/5 209/9 216/16 216/21 224/17 233/15
statements [27]  131/12 132/9 133/5 133/9 134/12 137/3 137/4 137/4 137/9 137/14 189/3 189/4 192/21 210/3 210/18 211/4 211/5 215/17 220/23 224/3 226/23 226/24 233/8 233/11 233/16 233/17 234/12
STATES [41]  1/1 1/3 1/13 1/17 3/6 3/9 4/23 4/24 4/25 6/4 6/12 6/16 10/10 14/1 23/21 24/3 24/10 24/12 24/18 24/22 25/1 25/4 25/9 26/15 27/21 28/1 28/18 29/24 31/9 31/15 71/22 89/4 89/5 93/13 110/23 147/1 148/2 157/22 163/24 208/15 233/18

stay [9]  46/19 77/24 78/2 223/15 223/16 223/24 224/2 225/10 235/20
stays [1]  68/19
steal [1]  27/3
stealing [1]  27/5
Stefin [31]  1/16 4/21 4/23 78/16 93/10 93/12 102/9 104/4 108/4 113/21 120/8 121/16 136/22 144/7 149/13 149/15 149/22 160/1 168/1 171/7 173/11 183/25 184/17 184/20 185/10 186/10 205/18 214/1 214/6 220/17 223/19
Stefin's [2]  29/17 186/7
step [3]  59/8 59/9 223/6
step-granddaughter [1]  59/9
step-grandson [1]  59/8
Stephanie [4]  93/1 135/14 135/23 203/3
Stephen [1]  1/23 237/10 237/16 237/17
stepson [3]  58/9 59/14 60/3
Steven [1]  83/17
stick [2]  154/9 184/7
still [21]  13/19 28/20 34/7 61/2 61/16 75/2 121/9 140/12 146/19 146/22 146/25 157/16 157/21 171/1 171/4 174/8 184/25 188/22 192/13 197/4 235/3
stole [3]  26/22 162/10 162/10
stolen [2]  20/10 80/14
stomach [1]  94/21
stop [2]  21/2 113/2
stopped [2]  134/18 159/12
store [6]  100/13 100/15 100/16 148/16 152/17 173/5
stored [1]  5/18
stories [2]  199/10 199/13
story [31]  26/24 33/16 33/17 124/11 127/22 128/11 128/16 130/9 130/11 130/16 131/16 131/17 131/19 199/18 199/19 200/18 200/18 201/7 201/8 201/23 202/2 202/6 202/11 203/13 206/11 206/16 207/11 208/24 211/19 216/19 216/20
strange [3]  127/2 130/14 183/12
Street [4]  1/24 68/18 70/22 104/13
streets [1]  100/10
stress [2]  93/20 93/22
stressful [1]  93/19
stretch [2]  80/22 81/25
stricken [5]  119/1 119/1 180/4 187/12 227/23
strike [25]  175/12 175/16 175/22 175/23 176/3 176/13 177/7 177/8 177/16 177/20 177/23 178/1 179/15 179/18 179/20 179/22 179/24 180/19 180/22 181/4 181/6 181/23 181/24 183/13 184/17
strikes [14]  78/16 78/20 174/16 174/20 174/24 174/25 175/2 175/5 175/10 175/14 175/19 182/1 183/4 185/16
striking [1]  178/3
strong [14]  11/16 22/1 28/2 28/6 28/7 55/25 102/13 102/14 102/18 102/18 102/18 173/20 173/20 235/15
strongly [2]  132/25 214/25
struck [2]  180/2 182/3
student [4]  48/17 61/16 84/8 120/11
students [2]  95/20 96/15
students' [1]  95/15
studying [1]  96/19
stuff [6]  127/25 146/14 146/14 156/3 156/10 222/6
subject [5]  7/14 46/6 90/20 163/2 235/14
subjective [1]  146/15
subscribe [1]  103/5
subsequent [1]  125/23

subsequently [1]  196/25
substance [1]  144/1
substitute [1]  96/3
substituted [1]  183/13
substitutes [1]  65/3
successful [1]  79/5
such [10]  22/1 101/5 126/7 165/21 176/14 197/14 197/19 197/19 209/17 226/13
sudden [1]  46/14
sued [3]  48/21 66/1 74/20
suffer [1]  173/6
suffering [1]  167/5
sufficient [3]  24/3 24/11 182/10
suggest [8]  22/19 183/22 195/5 199/17 200/12 212/11 214/25 215/23
suggested [1]  170/19
suggesting [2]  26/19 142/17
suggestion [3]  117/3 117/7 216/18
suggests [2]  78/17 227/6
suicide [2]  159/13 159/18
Suite [1]  1/21
sum [1]  106/14
summarize [1]  233/25
summary [3]  224/10 224/11 224/20
summit [1]  179/12
sums [5]  101/3 101/19 104/23 105/2 210/12
Sun [3]  145/15 154/18 195/20
Sunday [1]  86/20
super [1]  21/24
superintendent [1]  74/16
superseding [4]  131/22 131/23 196/17 198/9
supervise [1]  58/1
supervising [1]  198/16
supervisor [3]  57/24 75/7 154/10
supervisors [1]  151/1
supplying [1]  230/2
support [2]  200/16 216/25
supposed [7]  66/13 66/15 97/1 132/16 132/19 143/23 169/3
suppression [1]  209/18
sure [36]  5/18 10/4 10/16 10/16 16/9 24/14 33/7 43/17 46/11 49/25 58/10 58/11 62/6 86/24 87/11 89/13 127/11 127/22 137/22 139/2 149/5 150/14 150/23 153/16 154/14 165/4 176/4 182/9 185/21 186/19 189/14 200/9 219/17 223/17 224/15 231/20
surfing [1]  117/11
surprised [1]  109/19
Susan [2]  92/17 92/23
sustain [2]  227/18 227/20
Sustained [3]  106/6 107/8 109/22
swear [4]  9/22 136/15 188/16 191/24
swearing [1]  165/1
switch [2]  165/18 166/16
swore [5]  135/15 135/17 135/18 135/21 202/2
sworn [9]  9/20 9/23 164/14 165/5 165/6 191/22 191/25 197/14 225/22
Sybilla [1]  21/10
Sylvia [1]  92/18
Synagog [1]  187/17
synonymous [2]  69/11 98/4
system [15]  8/4 15/4 23/12 25/22 25/22 26/11 27/18 34/18 54/11 59/23 99/11 103/5 174/1 191/20 195/19
systems [1]  61/19

**T**

t-shirt [1]  160/24
TA [2]  96/25 97/2

# T

**table [2]** 5/13 100/1
**take [69]** 7/18 8/13 20/23 36/16 38/25 39/13 49/23 63/4 63/6 65/15 72/19 73/12 74/10 76/16 77/9 81/24 81/25 82/1 90/12 111/5 114/25 116/22 119/22 121/8 126/14 126/17 126/21 136/10 143/21 149/3 149/11 150/19 151/3 153/7 155/4 164/15 164/17 165/3 166/13 167/9 173/3 173/25 173/25 174/3 188/18 188/21 188/24 188/25 188/25 190/2 190/3 190/9 190/11 190/18 191/12 191/15 192/2 192/8 192/15 192/16 192/18 194/18 213/19 220/13 228/11 232/21 232/23 233/3 236/3
**taken [11]** 21/25 45/8 79/14 110/1 111/9 123/17 173/21 189/24 194/21 217/12 236/12
**takes [1]** 165/6
**taking [5]** 15/3 38/7 44/24 211/3 232/25
**talk [43]** 28/24 35/19 36/2 36/13 37/17 39/14 39/15 41/2 41/3 42/9 57/19 65/18 70/12 85/8 99/9 102/25 104/7 115/21 116/6 119/3 122/16 123/6 123/10 124/23 132/10 137/23 138/14 144/19 144/19 156/19 160/17 160/18 172/11 184/22 200/1 200/15 211/6 221/12 229/19 231/10 231/11 231/15 236/8
**talked [13]** 23/17 32/8 32/11 32/23 78/19 109/12 128/18 197/1 197/2 197/3 201/3 204/7 229/18
**talking [25]** 22/16 23/3 38/5 63/5 73/8 103/3 131/3 134/2 143/20 161/14 161/15 166/23 168/22 168/22 169/4 170/8 170/8 183/9 195/18 200/3 200/23 203/25 204/25 219/21 230/19
**tape [1]** 203/6
**tape-recordings [1]** 203/6
**tapes [8]** 135/25 202/15 203/16 209/6 209/8 209/20 210/8 210/11
**tarot [3]** 91/21 99/22 99/24
**TAs [2]** 65/3 96/1
**task [1]** 72/14
**taught [2]** 95/24 96/8
**tax [14]** 6/25 15/8 69/8 69/9 69/11 70/14 71/1 97/24 97/25 98/3 98/8 98/12 103/7 156/10
**taxes [3]** 70/20 97/10 97/20
**teach [2]** 62/4 158/10
**teacher [3]** 58/2 61/14 81/17
**teaching [4]** 62/20 65/3 81/20 182/21
**Teal [1]** 20/8
**team [2]** 59/10 222/3
**tears [1]** 94/21
**tech [1]** 5/17
**technical [2]** 23/14 65/23
**tedious [1]** 189/18
**telecommunications [1]** 51/22
**telephone [3]** 135/13 136/3 230/22
**telephones [1]** 14/24
**telephonically [1]** 125/24
**television [1]** 230/14
**tell [49]** 5/19 5/22 6/1 7/15 9/13 9/20 11/8 13/24 21/17 39/13 39/16 48/9 55/25 63/13 63/15 63/16 69/19 91/20 94/3 95/16 100/1 100/22 104/18 115/10 115/18 116/16 126/14 126/15 126/16 142/5 143/19 147/7 157/25 165/23 166/16 187/5 192/23 193/24 195/20 199/10 206/19 207/24 219/17 221/1 221/3 225/18 229/20 230/3 235/12
**teller [4]** 7/8 91/14 92/9 143/22
**tellers [4]** 17/9 17/12 18/7 22/1
**telling [17]** 16/12 17/7 17/16 18/3 20/13

20/22 62/23 83/8 102/14 102/15 124/2 125/20 143/21 148/3 151/19 152/4 162/24
**telling-type [1]** 162/24
**tells [1]** 231/16
**temp [2]** 81/10 81/18
**Temple [1]** 187/17
**tend [1]** 114/9
**terrell [1]** 181/11
**term [3]** 110/6 110/16 110/17
**terminate [1]** 149/6
**terminology [1]** 158/22
**terms [10]** 7/9 8/12 50/3 65/6 65/11 72/25 116/10 119/10 210/25 211/3
**Terrell [1]** 93/5
**test [2]** 164/15 173/1
**testified [14]** 32/22 128/12 129/5 129/7 129/9 129/19 133/9 134/1 137/7 195/22 197/8 198/5 198/7 228/13
**testifies [1]** 33/15
**testify [45]** 32/16 32/16 32/17 32/21 33/6 33/11 33/13 33/21 33/25 34/1 34/10 34/24 34/25 35/5 35/6 35/11 35/14 36/3 37/6 46/5 50/19 51/7 54/23 127/20 131/25 132/1 132/2 132/3 132/13 196/8 197/19 198/11 198/12 199/20 200/5 200/19 200/21 204/1 204/3 205/9 209/5 212/1 229/6 229/8 229/9
**testifying [13]** 137/1 195/18 198/24 200/4 200/7 200/15 204/1 205/1 205/1 205/3 205/6 224/10 228/14
**testimony [50]** 33/17 34/22 46/4 51/7 57/14 60/13 70/10 76/12 90/3 90/18 129/13 130/17 130/18 132/9 132/11 133/3 133/9 133/12 134/4 134/11 134/12 134/20 150/21 152/2 152/7 172/6 195/10 195/14 195/19 195/24 197/13 197/22 199/15 200/17 205/11 205/12 217/6 224/13 224/14 226/10 228/7 228/7 228/10 228/16 228/17 230/11 231/20 231/23 232/7 233/6
**text [1]** 230/22
**thank [121]**
**that'd [1]** 159/3
**that's [164]**
**theft [5]** 75/21 89/9 89/17
**themselves [6]** 4/19 137/22 139/11 141/6 158/17 231/16
**theory [14]** 125/7 126/12 126/19 133/18 135/2 135/5 135/10 135/21 136/5 136/13 136/15 136/23 201/21 213/5
**there's [34]** 3/20 6/7 6/18 6/19 6/21 14/20 14/22 15/5 30/16 65/6 66/14 73/10 74/23 94/22 99/3 99/7 112/12 121/9 136/9 144/3 150/14 154/10 172/1 185/20 195/15 195/23 196/18 197/12 199/11 208/12 210/19 211/1 215/15 215/23
**therefore [3]** 146/10 210/19 229/2
**thereto [1]** 125/23
**they'll [1]** 224/2
**they're [57]** 5/19 7/1 14/3 14/13 14/14 15/1 15/7 26/6 29/14 36/14 45/20 63/13 66/14 73/6 77/6 77/8 77/8 77/9 77/11 78/4 88/18 102/3 111/15 111/16 111/25 112/3 119/23 122/22 122/22 122/25 124/2 124/3 126/15 129/13 130/19 131/8 131/9 136/24 147/10 153/10 158/17 173/21 198/25 200/9 204/9 205/7 205/12 211/22 212/18 214/22 214/23 217/3 223/15 224/12 224/13 231/9
**they've [6]** 29/5 136/25 137/24 141/21 199/3 215/14
**thief [1]** 111/16
**Thieves [1]** 111/12

**thing [24]** 20/22 37/14 41/13 43/16 45/11 80/18 92/1 94/1 94/22 125/1 138/18 139/4 139/10 150/20 159/4 166/15 171/21 193/2 200/14 202/13 208/1 208/10 215/17 219/1
**things [31]** 15/11 15/20 47/5 90/15 99/4 99/5 100/1 108/7 108/14 138/14 151/20 155/19 159/19 159/20 166/9 166/24 166/24 170/18 189/22 203/8 203/19 215/8 220/25 221/2 222/23 225/18 225/19 226/22 228/12 228/13 235/16
**think [139]**
**thinking [2]** 31/6 70/21
**thinks [5]** 108/23 137/6 173/16 213/9 227/13
**third [10]** 32/4 32/5 66/13 128/2 129/23 174/18 176/8 192/8 215/14 229/11
**thirteen [1]** 55/14
**thirteen-year-old [1]** 55/14
**Thirty [3]** 174/15 188/19 188/21
**Thirty-three [1]** 174/15
**Thomas [1]** 85/11
**those [54]** 7/1 27/24 37/16 41/19 45/12 47/17 49/21 64/3 64/6 64/6 65/5 69/19 69/24 73/3 76/7 82/15 86/12 87/24 88/5 90/16 91/16 93/7 96/4 96/9 97/2 97/14 99/5 112/6 112/20 128/3 128/4 128/17 129/24 130/10 141/5 143/5 172/3 191/11 191/14 191/15 193/24 199/7 204/21 207/6 209/24 210/10 210/13 214/23 215/13 215/16 222/2 230/24 233/19 235/6
**though [10]** 71/7 73/16 85/13 121/19 145/3 149/9 153/25 157/17 183/20 194/19
**thought [13]** 60/17 116/15 142/20 143/22 145/3 145/4 162/8 187/12 206/6 207/4 209/19 210/3 220/17
**thoughts [2]** 117/2 119/4
**thousand [1]** 57/3
**three [40]** 31/13 57/23 61/14 68/19 68/20 75/8 78/15 85/16 88/13 89/6 95/23 95/24 96/24 127/5 130/9 147/19 148/8 151/4 152/22 161/7 161/12 161/23 162/18 162/20 164/16 164/18 164/22 172/8 174/15 175/3 175/10 175/18 176/2 182/10 185/15 185/16 202/8 205/3 211/6 218/8
**three-day [1]** 152/22
**thrilled [2]** 151/20 153/16
**through [33]** 3/25 4/3 7/18 9/6 15/4 21/3 22/18 38/18 64/22 74/23 75/25 80/1 84/9 86/2 86/19 109/5 117/4 118/25 119/1 121/18 125/16 126/25 127/1 128/10 128/22 139/11 158/3 158/9 165/3 186/18 200/22 215/15 221/21
**throughout [2]** 58/1 222/4
**throw [3]** 99/18 104/8 182/18
**throwing [1]** 182/22
**thrust [2]** 199/12 201/12
**Thursday [20]** 64/21 84/9 86/19 86/25 87/19 121/1 121/21 185/21 186/3 187/16 187/17 193/8 193/15 193/20 193/21 222/1 234/19 234/21 234/22 235/1
**thus [2]** 52/18 75/23
**timeframe [1]** 4/7 40/23 40/25 115/8 190/24
**times [19]** 4/13 47/5 94/12 94/19 96/9 96/24 103/6 105/11 105/22 124/11 126/8 126/11 127/5 154/6 200/1 203/21 204/4 204/7 204/13
**timing [1]** 152/16
**tired [1]** 163/5
**title [2]** 66/14 185/20
**TL [1]** 215/13
**today [18]** 40/20 48/1 78/11 113/20 123/25

## T

today... [13]  147/14 150/6 152/10 152/18
156/8 164/23 169/11 169/24 189/4 192/22
222/7 233/9 235/9
together [2]  14/4 78/5
token [1]  80/25
told [25]  73/16 77/22 77/24 123/22 123/25
124/13 129/9 136/18 136/20 145/3 147/17
152/10 153/20 153/20 160/7 164/23 189/25
196/10 197/19 201/3 201/4 202/9 206/3
217/22 219/15
tomorrow [9]  41/7 66/10 192/10 192/24
223/14 233/9 233/11 235/25 236/4
tone [1]  143/4
tonight [1]  193/24
Tony [2]  92/18 107/15
too [14]  4/9 13/22 20/25 41/9 43/16 50/17
56/21 58/23 59/17 158/12 159/8 212/25
212/25 223/23
took [11]  7/23 81/18 101/1 110/1 126/20
135/16 135/24 164/12 171/22 203/16 206/25
top [1]  196/3
topic [1]  144/1
Torelli [10]  122/23 139/14 139/16 144/16 149/16
153/7 155/3 172/23 173/1 174/7 176/13
Torelli's [1]  173/5
Toronto [1]  86/7
total [1]  79/2
totally [5]  44/17 108/24 109/11 202/24
210/24
touch [3]  3/22 4/2 80/18
towards [2]  63/12 84/13
town [4]  70/6 86/18 173/4 191/14
traced [1]  125/16
Tracy [1]  92/22
trade [4]  68/17 104/14 107/3 107/5
traded [2]  220/7 221/16
trader [1]  68/21
traditional [2]  108/16 112/25
traditionally [1]  108/12
traffic [1]  74/15
training [1]  148/20
Tramps [1]  111/12
transcribes [2]  172/5 195/14
transcript [4]  1/11 153/19 197/7 237/12
transcripts [4]  202/14 202/15 202/16 206/22
transition [1]  222/5
transport [1]  59/2
travel [4]  52/16 52/17 86/6 87/24
traveling [3]  53/11 86/4 134/21
travels [1]  52/14
treated [6]  50/16 54/11 54/13 59/23 59/24
75/23
trial [44]  1/11 3/4 5/16 6/14 7/23 11/3 29/16
32/14 39/11 46/5 48/25 49/1 49/15 50/19
51/8 53/21 54/24 58/19 61/4 103/19 110/21
113/13 114/8 130/11 136/24 137/1 138/9
145/19 152/22 152/22 156/8 192/14 195/21
199/7 224/12 225/23 225/25 226/5 229/14
229/17 229/25 230/3 232/16 232/22
trial's [1]  145/20
trials [1]  150/14
trick [1]  114/2
tried [4]  66/4 94/4 137/10 153/21
tries [1]  29/14
trigger [1]  93/20
triggered [1]  159/21
trip [11]  182/24 217/23 219/2 219/13 219/14
219/15 219/16 219/17 219/23 221/22 222/2

trips [3]  86/12 120/22 191/14
trooper [1]  70/5
trouble [6]  86/1 106/7 106/13 110/24 113/17
114/15 124/24 161/9
Trout [9]  139/19 141/3 141/22 155/8 155/9
179/25 180/7 180/8 190/14
true [12]  15/10 101/12 101/21 102/5 122/1
133/1 154/25 200/10 203/14 208/10 209/1
227/5
truly [1]  60/19
trust [3]  220/5 221/16 232/17
trustworthy [1]  129/16
truth [3]  9/20 153/21 202/13
truthful [3]  4/14 4/15 29/15
truthfully [2]  198/11 198/13
try [33]  7/18 7/23 27/18 38/11 38/12 38/14
38/14 38/17 40/24 58/18 77/13 81/1 81/13
104/7 115/22 126/24 130/12 131/13 139/1
151/4 189/8 191/9 192/3 192/7 199/9 199/23
204/13 208/2 212/9 212/10 223/24 227/21
235/7
trying [33]  4/6 20/23 59/1 59/9 61/3 72/21
80/1 81/9 124/1 124/16 124/25 125/5 127/23
133/22 153/1 155/21 169/2 203/13 205/10
205/20 205/21 207/8 207/8 210/11 210/19
211/3 211/17 212/18 212/21 214/22 221/14
221/21 222/5
Tschetter [1]  92/20
Tuesday [2]  66/17 193/21
turn [2]  102/15 221/20
turns [1]  202/20
TV [2]  163/10 235/24
twelve [2]  186/21 186/22
Twenty [1]  99/15
Twenty-five [1]  99/15
twice [2]  96/19 107/14
Twitter [1]  230/24
two [71]  6/23 6/24 7/23 40/12 41/9 41/18
47/23 51/24 52/15 53/11 56/21 56/23 62/4
63/9 63/11 65/4 65/22 66/9 70/14 74/16
78/15 85/17 88/15 95/17 96/1 96/23 96/25
99/3 113/9 119/1 125/9 127/5 131/1 131/20
135/13 136/14 138/9 142/12 145/11 145/12
146/5 147/23 151/3 152/21 152/21 161/7
161/12 161/23 162/18 162/20 167/1 170/9
174/22 175/1 175/1 175/19 176/6 181/25
183/14 196/20 197/13 199/14 201/9 204/2
205/3 210/15 218/7 218/16 218/18 220/11
220/16
type [24]  7/9 41/13 42/11 43/6 43/16 45/11
48/24 52/21 52/24 70/15 81/15 82/9 93/22
94/1 94/22 99/10 102/22 103/5 113/9 133/4
149/17 162/24 168/25 230/1
types [1]  230/24

## U

U-e-d-a [1]  92/21
U.S [1]  109/20
Ueda [1]  92/21
Uh [3]  71/23 99/17 110/13
Uh-huh [3]  71/23 99/17 110/13
umbrellas [1]  226/14
uncle [1]  72/15
uncles [1]  72/15
under [16]  56/7 101/24 105/10 126/7 126/20
128/25 134/21 140/12 172/3 172/7 184/24
195/24 202/1 202/2 205/3 212/20
undercover [17]  135/12 135/13 135/23 136/2
136/7 202/7 202/13 203/4 203/5 203/15
209/8 209/20 209/23 210/7 210/17 214/7

214/22
undercover's [1]  214/18
undercovers [1]  202/18
undergrad [1]  58/7
undermine [1]  212/21
understand [58]  4/3 4/13 6/15 8/14 10/4
10/16 10/20 10/23 13/19 13/25 14/12 17/23
24/14 24/17 24/20 25/3 25/8 25/11 25/20
30/10 32/3 33/7 33/10 33/14 33/24 35/18
35/21 35/25 37/2 63/3 63/7 65/13 77/5 78/5
82/11 102/24 104/8 124/8 133/22 133/23
138/16 149/10 151/14 151/17 153/3 164/10
165/8 173/21 181/7 183/16 190/7 191/17
205/15 205/20 211/17 231/8 232/18 233/13
understanding [7]  5/24 7/13 58/20 120/2
124/24 181/17 224/11
underwriter [1]  65/21
unduly [1]  4/5
unemployed [6]  51/21 52/11 52/18 53/2 53/3
80/7
Unemployment [3]  42/16 42/17 42/18
unfair [2]  50/17 96/15
unfairly [1]  50/17
unfortunately [1]  52/4
ungodly [1]  173/10
unhappy [1]  179/11
Union [1]  74/14
unique [1]  95/25
UNITED [41]  1/1 1/3 1/13 1/17 3/6 3/9 4/23
4/24 4/25 6/4 6/12 6/16 10/10 14/1 23/21
24/3 24/10 24/12 24/18 24/22 25/1 25/3 25/9
26/15 27/21 28/1 28/18 29/24 31/9 31/15
71/22 89/4 89/5 93/13 110/23 146/25 148/2
157/22 163/24 208/15 233/18
university [6]  48/17 52/1 61/13 69/22 83/20
95/14
unless [13]  4/15 8/21 10/10 10/14 16/2 33/15
114/5 119/13 132/25 160/10 214/25 223/17
227/10
unpleasant [1]  103/13
unrealistic [1]  148/3
unsupported [1]  200/24
until [14]  10/10 87/21 116/23 146/8 159/8
190/24 198/16 204/23 222/8 223/14 228/24
229/4 231/16 232/24
upon [17]  3/22 4/2 8/2 8/10 11/25 27/21
30/19 77/3 83/7 157/12 195/9 199/19 208/7
213/10 224/13 232/13 235/19
ups [1]  47/2
upset [4]  122/23 122/25 136/18 151/5
us [46]  3/17 4/10 4/14 4/15 5/2 5/17 7/22
8/16 8/25 11/8 15/13 16/12 21/17 36/2 39/13
39/16 47/7 48/9 69/19 73/17 81/3 91/20
115/13 115/15 116/16 134/16 140/13 141/9
141/12 142/5 147/7 156/22 160/7 160/17
160/23 174/16 175/16 179/4 189/19 189/25
190/2 192/11 202/9 212/13 214/19 217/22
used [18]  14/19 14/21 14/23 14/23 23/13
91/13 91/16 92/3 92/9 107/15 107/21 107/22
107/24 113/3 125/15 148/17 181/22 183/1
uses [2]  95/24 232/9
using [9]  45/10 78/4 96/9 101/5 103/15
107/16 134/18 203/8 214/20
usually [2]  47/2 114/2
Utstein [1]  92/23

## V

Van [1]  92/23
variances [2]  196/21 199/11
various [2]  111/9 210/16

## V

venire [9]  2/16 9/23 77/16 79/21 116/1
138/10 142/1 189/10 191/5
veracity [1]  211/18
verbal [1]  38/10
verbalize [1]  38/8
verdict [10]  44/8 44/11 62/11 67/2 84/6
98/15 157/5 226/6 228/6 231/12
verification [1]  203/13
verify [1]  203/13
versus [1]  222/16
very [45]  3/1 4/6 7/20 10/5 11/16 15/5 37/15
38/21 41/14 41/14 47/6 56/11 63/3 63/3
75/13 77/14 80/17 83/14 89/19 93/15 95/8
95/22 95/22 96/16 99/16 100/22 104/10
115/16 117/12 121/22 122/22 122/23 132/25
137/15 154/16 163/5 168/19 176/15 176/15
206/22 206/23 217/8 221/6 229/5 236/5
vet [1]  167/10
vice [1]  85/15
victim [30]  20/9 20/15 20/24 40/16 66/5 69/3
69/18 72/13 74/21 83/24 85/20 88/3 89/9
89/17 128/25 132/4 196/9 197/17 198/1
201/5 204/8 204/13 204/14 206/2 206/4
206/5 207/1 207/2 207/23 210/15
victim's [1]  211/19
victims [38]  21/3 45/5 50/22 61/23 125/19
126/2 126/9 126/22 127/6 128/2 128/15
128/17 128/23 199/6 199/18 199/25 200/2
203/22 203/24 203/25 204/3 204/22 207/15
209/7 209/10 209/25 211/21 211/22 212/1
212/4 212/21 212/22 212/23 213/6 213/7
214/14 214/15 215/2
Victoria [1]  214/17
video [1]  68/22
videos [3]  96/7 96/9 96/12
view [12]  12/18 83/7 112/9 120/5 121/13
192/23 230/6 230/10 232/2 232/13 233/10
234/10
views [6]  3/21 4/2 25/17 55/22 84/4 85/24
violated [3]  58/10 59/17 195/3
violations [1]  52/4
Virgin [1]  43/7
virtually [5]  110/20 128/16 196/19 199/11
215/11
visit [2]  230/6 231/19
visited [1]  128/2
Vitunac [4]  197/23 197/24 206/21 207/3
Vivian [1]  214/17
voice [1]  98/24
Voir [1]  237/3
volleyball [2]  58/25 59/10
Volume [1]  1/10
volunteer [1]  147/22
Von [1]  92/21
Vorst [1]  92/23
vote [3]  113/22 113/22 113/23

## W

wacko [1]  108/24
wait [12]  38/13 38/14 114/23 116/23 122/15
141/12 141/23 192/11 213/3 222/8 222/22
223/14
waited [1]  204/23
waiting [4]  23/15 137/12 138/13 160/23
Walden [4]  83/15 83/17 120/11 120/17
walk [2]  77/7 164/20
walked [2]  169/5 210/15
Walker [1]  92/17

walking [3]  142/8 167/11 226/14
wall [4]  68/18 70/22 104/13 164/13
wandering [1]  112/18
want [110]
wanted [20]  40/19 99/21 106/10 116/13
123/6 138/21 139/4 142/21 147/8 148/21
160/17 160/18 171/21 177/8 203/20 204/23
209/20 221/12 224/15 234/13
wants [19]  36/1 60/20 106/21 138/3 138/6
138/7 151/24 152/3 206/12 207/7 207/21
208/23 208/24 209/7 211/6 211/9 213/2
215/1 215/19
warrant [13]  135/8 135/9 135/19 135/21
202/12 202/25 203/9 203/9 208/11 208/12
208/18 209/17 210/20
warrants [3]  72/14 202/5 209/17
wasn't [14]  43/15 66/4 129/18 132/17 142/7
154/15 168/21 169/2 170/7 202/14 206/4
206/5 210/1 219/1
waste [1]  22/16
watch [7]  21/1 96/12 162/18 163/3 163/5
163/11 230/12
watching [2]  53/12 167/14
Watts [3]  5/2 92/24 93/1
Wayne [1]  11/11
ways [6]  27/9 111/9 189/18 197/13 205/11
232/10
we'd [5]  152/12 179/24 184/11 219/15
222/13
we'll [86]
we're [103]
we've [32]  5/17 18/20 23/16 29/17 32/8 32/11
74/21 76/17 77/24 78/19 93/14 108/17
109/12 128/4 136/3 136/18 136/24 140/5
164/16 177/1 183/1 185/24 186/5 187/10
189/21 189/24 202/14 217/21 218/4 218/15
229/18 234/23
wealthy [1]  104/17
wearing [1]  160/24
Webb [14]  38/23 39/18 40/3 40/7 51/14
93/18 109/17 109/18 119/16 181/16 181/17
181/23 182/3 218/21
websites [1]  230/23
Wednesday [2]  96/22 193/21
Wednesdays [1]  65/4
week [37]  5/16 16/18 41/8 41/9 41/18 41/25
46/9 62/9 66/10 66/12 66/15 72/17 86/4
86/13 87/2 95/6 96/19 96/24 121/20 147/19
147/23 148/8 173/17 185/18 185/22 187/3
193/4 193/11 218/6 220/12 220/15 220/15
220/20 222/1 234/15 234/25 234/25
weekend [1]  222/6
weekends [1]  147/23
weeks [6]  72/18 151/2 151/4 164/17 164/18
167/6
weigh [1]  210/24
weight [5]  111/5 114/12 226/21 229/8 233/5
Weiner [3]  17/2 18/13 118/19
Weiselberg [1]  1/20
welcome [10]  2/20 2/23 79/23 138/12 155/9
160/15 168/10 168/13 189/12 225/1
well [90]
Wellington [1]  72/7
went [14]  26/21 42/24 85/17 91/21 92/2
125/23 126/10 144/24 155/14 174/21 203/21
204/3 204/6 210/7
weren't [5]  9/14 127/25 169/3 208/3 213/7
West [6]  1/7 1/24 57/22 72/8 74/13 147/19
wet [2]  226/13 226/14
what's [16]  14/22 49/2 71/11 71/13 117/5

125/2 130/5 152/4 155/22 159/2 166/5
172/23 173/18 177/1 220/17 235/19
whatever [21]  21/3 29/19 34/14 48/23 70/25
76/21 81/21 105/23 106/20 111/1 154/1
156/11 157/14 158/19 159/13 165/25 219/15
220/10 220/13 226/21 231/2
whatsoever [3]  70/2 227/9 231/1
when's [1]  94/7
whenever [1]  227/19
where [39]  14/20 39/19 39/21 41/14 43/14
44/21 45/9 57/25 65/4 70/23 73/5 73/9 78/20
79/11 86/6 100/4 132/14 137/2 147/21
148/13 158/11 165/13 167/13 173/14 178/17
183/14 190/5 190/9 192/9 192/10 192/17
194/1 198/18 203/6 207/20 213/11 218/10
220/6 230/7
Where's [1]  85/8
whether [57]  3/5 3/15 3/19 3/20 4/16 8/5
17/14 18/1 24/10 32/19 33/3 56/6 60/24
60/24 60/25 73/9 101/24 113/13 113/14
115/2 115/11 116/24 126/9 137/24 154/4
158/18 170/15 172/21 173/2 174/17 176/7
183/24 184/7 187/9 195/1 195/3 207/15
209/16 210/25 211/1 211/4 211/5 211/17
216/6 219/20 219/23 220/10 220/11 220/12
226/3 226/7 226/18 228/15 229/8 230/16
233/3 233/9
while [6]  38/18 52/21 76/17 135/24 228/14
white [5]  20/9 20/24 70/23 92/23 93/2
who's [25]  5/4 5/11 5/17 18/15 26/14 26/17
32/6 50/10 51/1 53/12 54/9 54/19 57/9 58/4
58/5 58/9 58/13 60/6 85/19 109/3 120/11
138/20 173/19 224/9 224/9
whole [11]  96/18 99/19 151/3 166/15 205/23
207/14 209/7 212/5 212/8 213/17 222/3
whom [3]  7/12 195/9 229/21
whose [6]  3/7 5/2 107/21 129/21 173/13
222/16
why [44]  9/16 25/18 26/10 28/4 30/24 34/13
48/9 69/14 74/9 76/16 79/4 80/4 84/7 92/13
106/18 110/3 119/19 123/21 125/3 125/5
130/12 137/17 142/5 151/19 155/16 159/18
171/23 173/20 174/21 184/10 200/8 200/10
200/23 205/20 207/10 217/9 220/19 220/19
220/23 221/9 223/6 231/9 231/9 234/1
wife [13]  48/14 52/14 53/11 61/13 68/19 89/9
138/5 163/4 164/14 167/3 167/5 167/14
195/20
wife's [3]  89/17 163/7 166/20
wild [1]  161/2
Wilkins [2]  139/18 179/13
Williams [11]  22/7 38/2 88/23 88/25 89/2
109/2 109/16 185/7 186/6 186/14 190/20
willing [13]  37/11 73/12 80/19 119/20 120/6
121/12 121/14 122/24 182/24 220/18 223/15
223/16 223/24
willingness [1]  190/22
win [2]  34/7 114/12
wings [1]  154/13
wire [5]  6/21 14/22 14/24 23/4 115/24
wise [1]  111/10
wish [4]  94/23 187/1 193/3 232/21
wishes [2]  220/10 220/13
withdraw [2]  84/10 120/12
without [15]  12/3 12/4 38/21 46/25 62/24
64/25 105/1 112/10 172/22 174/12 174/14
174/15 174/15 216/21 217/2
witness [59]  32/14 33/3 35/24 35/24 40/14
44/20 44/22 44/25 55/1 65/25 66/2 67/17
76/13 90/19 105/15 127/13 127/21 129/14

## W

witness... [41]   129/19 129/19 130/4 130/12
132/7 132/7 132/18 133/13 133/17 133/21
134/1 134/2 134/3 134/4 134/11 134/15
134/18 134/23 192/25 194/9 195/17 195/19
195/20 196/9 196/19 197/17 198/25 201/6
208/14 212/15 215/25 224/11 226/13 227/7
227/9 227/10 228/8 228/10 228/12 231/24
232/1
witness' [5]   228/13 228/14 228/14 228/16
228/17
witnesses [65]   24/1 29/9 29/11 29/13 29/16
46/5 51/8 57/15 60/14 90/4 92/12 119/9
126/25 127/1 127/19 128/9 131/2 131/3
131/7 131/15 131/18 131/20 136/23 136/25
137/5 150/21 196/24 199/4 199/13 199/20
200/4 200/6 200/9 200/19 200/21 201/23
203/21 205/2 205/12 205/14 207/9 208/2
208/3 209/1 209/4 209/10 212/7 212/16
215/13 215/17 216/7 216/10 216/20 216/22
217/3 224/11 224/14 228/20 231/6 232/22
233/1 233/18 233/19 233/21 233/23
witnesses' [2]   127/4 227/4
woke [1]   164/11
Wolfe [1]   92/19
woman [2]   129/21 218/18
won't [11]   28/18 35/14 69/5 213/15 216/24
216/25 222/6 224/4 234/15 234/17 234/24
wonder [1]   163/7
wondered [1]   171/23
words [6]   101/6 127/4 143/5 154/1 201/5
232/9
work [58]   43/3 43/6 45/19 52/12 52/21 53/9
58/6 58/6 59/3 59/4 70/4 72/7 75/3 75/4
81/10 81/15 81/18 89/3 99/2 99/4 99/5 105/6
105/6 106/25 117/15 121/11 136/17 147/10
147/11 147/20 147/23 148/3 148/21 148/23
148/25 149/1 149/8 151/6 152/5 152/8
153/11 153/13 163/4 166/12 173/10 174/4
187/6 187/6 191/19 219/5 219/5 219/13
219/14 219/16 219/17 220/12 220/15 221/15
work-related [4]   219/13 219/14 219/16
219/17
workday [1]   65/7
worked [9]   42/20 68/18 100/13 104/13
106/23 132/22 148/20 152/1 154/5
working [13]   43/8 53/12 53/12 61/14 72/18
121/9 147/24 148/7 148/17 167/16 173/14
185/22 202/1
works [15]   25/22 25/23 26/11 27/15 27/18
32/12 34/18 42/15 48/16 51/22 68/20 74/15
74/16 89/5 219/24
worry [2]   16/20 190/10
worse [2]   7/22 7/24
worth [2]   23/2 225/19
worthy [1]   219/18
wouldn't [17]   11/17 50/4 75/2 75/14 75/16
82/9 83/25 84/7 94/17 112/14 143/4 153/16
170/16 174/21 211/15 223/17 232/11
wow [1]   106/17
Wray [2]   139/18 179/21
writer [1]   159/9
writes [2]   105/10 105/10
wrong [8]   105/5 107/16 110/2 114/3 125/9
177/7 209/14 219/10
wrongdoing [1]   34/13
wrote [2]   153/23 215/24

## Y

yeah [29]   45/22 56/8 88/14 97/6 100/12

102/5 111/13 114/7 116/11 145/6 146/21
148/19 148/20 150/9 150/23 157/14 157/19
159/3 161/2 161/13 161/13 161/13 166/11
169/11 169/14 169/17 169/19 183/21 219/7
year [10]   49/18 55/14 58/4 58/5 75/14 89/6
93/25 136/14 147/13 152/17
years [50]   22/1 39/18 40/8 40/12 42/14 43/10
48/12 49/6 51/20 55/12 55/17 57/4 57/22
57/23 58/2 58/14 59/18 61/11 61/12 65/20
65/20 65/22 68/18 68/19 69/21 72/7 74/13
80/7 83/17 85/11 85/15 89/2 89/3 89/10 96/8
99/15 105/25 106/1 107/1 107/3 107/4
129/17 154/6 158/8 161/7 161/13 161/23
162/18 162/20 163/16
yes [142]
yesterday [47]   9/14 9/16 21/16 42/7 62/3
66/14 78/11 96/11 96/16 114/20 117/1
122/10 122/16 122/18 122/21 123/22 124/13
137/18 138/24 140/7 140/18 140/23 140/25
141/2 142/6 142/15 143/19 144/21 144/23
146/1 150/6 155/13 156/9 156/14 156/16
157/1 157/6 157/17 158/2 160/20 160/21
166/23 168/3 168/15 168/16 171/16 190/23
yesterday's [2]   9/17 138/23
yet [11]   49/1 66/20 73/10 74/21 76/1 113/25
134/10 138/20 152/9 178/23 186/1
Yom [2]   81/5 81/6
York [10]   68/21 80/14 81/17 86/8 86/11
105/11 105/22 125/11 161/25 162/21
you'll [19]   5/9 6/15 7/5 24/7 71/19 71/21
71/25 83/6 83/12 140/11 140/15 153/22
172/15 185/15 190/11 190/18 191/13 192/9
192/22
you're [88]
you've [28]   11/3 23/3 29/15 71/7 76/24 95/11
113/5 115/7 124/18 152/1 158/5 160/7
169/23 181/25 183/7 187/21 187/24 188/3
188/7 189/25 190/1 191/13 194/6 218/10
225/18 225/22 235/12 235/18
young [5]   16/13 19/22 52/15 53/11 136/13
young -- I [1]   136/13
younger [2]   48/17 61/16
youngest [1]   68/22
yours [2]   87/24 106/23
yourself [7]   11/5 34/17 39/14 48/10 76/20
101/11 232/23
yourselves [1]   229/19

## Z

Zvi [1]   61/10