```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                       Case No. 11-80072-CR-MARRA
 3
     UNITED STATES OF AMERICA,      )
 4                                  )
          GOVERNMENT,               )
 5                                  )
          -v-                       )
 6                                  )
     ROSE MARKS,                    )
 7                                  )
          DEFENDANT.                )    West Palm Beach, Florida
 8                                  )    August 28, 2013
     _____)
 9

10                   Volume 3, Pages 1 - 251

11            TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12          BEFORE THE HONORABLE KENNETH A. MARRA

13               UNITED STATES DISTRICT JUDGE

14

15   Appearances:

16   FOR THE GOVERNMENT          Laurence M. Bardfeld, AUSA, and
                                 Roger H. Stefin, AUSA
17                               United States Attorney's Office
                                 500 East Broward Boulevard
18                               7th Floor
                                 Fort Lauderdale, FL 33301
19
     FOR THE DEFENDANT           Fred A. Schwartz, ESQ.
20                               Kopelowitz, Ostrow, Ferguson
                                 Weiselberg, Keechl
21                               700 South Federal Highway,
                                 Suite 200
22                               Boca Raton, FL 33432

23   Reporter                    Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768               Official Court Reporter
24                               701 Clematis Street
                                 West Palm Beach, Florida  33401
25                               E-mail:  SFranklinUSDC@aol.com
```

```
 1            (Call to the order of the Court.)

 2            THE COURT:  Good morning, please be seated.

 3            All right.  We're back on the record.  Defendant's

 4    present with counsel.

 5            Before we bring the jurors in, a couple things.

 6            One, I thought it was pretty clear yesterday

 7    afternoon after the lunch break about Ms. Marks and

 8    telephones.  Apparently I wasn't clear enough or Ms. Marks,

 9    apparently, just can't understand directions.  But she

10    attempted, after I told her about the phone situation, about

11    her only being allowed to bring one phone in, about the fact

12    that her family members couldn't -- her phones could not be

13    brought in through her, I have a picture of three phones in

14    her pocketbook or purse that were attempted to be brought in

15    by Ms. Marks after I gave her whatever warning I thought I

16    gave her.

17            So as a result, she's not allowed to bring a phone

18    into the courthouse.  Whatever permission I gave her before

19    is hereby revoked.  I don't want her to bring another phone

20    in.  Don't even try to bring a phone in.  If she tries to

21    bring a phone in, I will consider it a contempt of court, and

22    I will issue appropriate sanctions.  End of story.

23            MR. SCHWARTZ:  We told her last night to no longer

24    bring a phone.  She has no phone.

25            THE COURT:  Well, that's fine, but I'm telling you
```

```
 1   she better not try and bring another phone in.

 2         Now, the only other issue that I'm not sure we've

 3   resolved because the Government also filed a motion relative

 4   to the deposition of this witness who's in Japan, I don't

 5   know if that's something that we have to deal with before we

 6   start opening statements.  Is that something we have to deal

 7   with?  I just didn't see any response from the defense to it.

 8   I don't know what the issue -- if there's an issue or not.

 9         MR. STEFIN:  The only -- we don't have to -- I

10   don't believe we have to resolve it now, although I was going

11   to make some reference to it.  There was a victim who was

12   being treated for brain tumors, and that was about maybe the

13   only reference at all.

14         THE COURT:  I just don't know if it's an issue,

15   because I didn't see any response from the defense on the

16   motion.

17         MR. SCHWARTZ:  I believe my response time hadn't

18   expired yet.  We were working on the response.  But -- and I

19   knew that Mr. Stefin wasn't going to be putting her on or

20   trying to use that this week.

21         There are a couple of issues, Judge, if you want to

22   talk about it now, or we can wait.

23         THE COURT:  I just want to know is it an issue I

24   need to resolve before opening statements.

25         MR. STEFIN:  Not for me, but . . .
```

```
 1            MR. SCHWARTZ:  I'm going to object to it for a
 2   number of reasons.  I was going to prepare a written
 3   response.
 4            THE COURT:  All I want to know is do I have to
 5   resolve it before opening statement.  That's all I want to
 6   know.  If Mr. Stefin doesn't think so, then it's his witness.
 7            MR. STEFIN:  Right.  I don't think so.
 8            THE COURT:  We'll deal with it whenever, before the
 9   witness is presented.
10            Is there anything else?
11            MR. STEFIN:  I think we might, you know, depending
12   on the speed we move, I may want to play a deposition towards
13   the later part of the week.  So if the Court needs anything
14   from us in terms of the --
15            THE COURT:  I don't know what the response is yet,
16   so I don't know what the objection is yet.  So once I know
17   what the objection is, we'll deal with it.  But do I need to
18   resolve it before opening statement?  Apparently not.
19            MR. STEFIN:  Right.
20            THE COURT:  Okay.  Well, before the witness is
21   presented, I'll obviously have to deal with it.
22            Anything else we need to talk about before the
23   jurors are brought in?
24            MR. STEFIN:  No, Your Honor.
25            MR. SCHWARTZ:  No, sir.
```

```
 1              THE COURT:  Let's bring the jurors in, please.
 2         (The jury enters the courtroom, after which the following
 3    proceedings were had:)
 4              THE COURT:  Good morning, everyone.  Please be
 5    seated, ladies and gentlemen.  Welcome back.
 6              Before we get started, has anyone read or heard
 7    anything about the case since we last were in session last
 8    evening?
 9              Okay.  Great.
10              Mr. Carroll, how are we doing as far as you're
11    concerned?  You're able to stay?
12              A JUROR:  Yeah.
13              THE COURT:  Okay.  Great.  Thank you.
14              All right.  We are ready to begin the opening
15    statements.  As I mentioned yesterday, the attorneys are
16    going to lay out for you what they believe the evidence is
17    going to show during the course of the trial, and then lay
18    out their theories of case.  Remember, what the lawyers say
19    is not evidence, but you should certainly carefully consider
20    their opening statements and after which we'll start with the
21    witnesses.
22              First, we'll hear from the United States.
23              Mr. Stefin.
24              MR. STEFIN:  Thank you, Your Honor.  May it please
25    the Court, counsel.
```

```
 1              Good morning.

 2              This is a case about greed and deception, about how

 3     members of a criminal enterprise headed by this Defendant,

 4     Rose Marks, lied to people, deceived people, defrauded people

 5     out of millions of dollars in cash, jewelry, and other

 6     property.  This is a scam, and it involved a fortune-telling

 7     business, and it went on for many years.  It took place in

 8     New York, South Florida and other places, as well.

 9              As I said, this was a criminal enterprise, a

10     criminal business, which consisted of, comprised of members

11     of the same immediate family, the Marks family, which was

12     headed by Rose Marks.  Now, although the other members of the

13     family, the coconspirators, shall we say, are not on trial

14     here today, their names will be coming up frequently during

15     the course of this trial, so I want to introduce you to them.

16              Can everybody see the board okay?

17              On top we have Rose Marks.  She also went by the

18     name Joyce Michael, and sometimes it's written as Joyce

19     Michaels, plural.

20              She was the mother.  She's the matriarch of the

21     family.

22              Down to the left of the board is her sister,

23     Victoria Eli, who also used the names Victoria Somers and

24     also Janice Johnson.

25              Rose Marks has three children, a son, Ricky Marks;
```

1    a son, Michael Marks; and a daughter, Rosie Marks Eli.

2             Ricky is married to Nancy Marks.  So Nancy is the

3    daughter-in-law of Rose.  Nancy also used aliases, including

4    the name Joyce Michaels, used the name Kate.

5             Michael is married to Cynthia Miller.  She's the

6    daughter-in-law of Rose Marks.  And Rosie is married to

7    Donnie Eli.  Donnie is the son-in-law of Rose Marks.

8             And then down below we have Vivian Marks.  She's

9    the daughter of Ricky and Nancy Marks and granddaughter of

10   Rose Marks.

11            Now, all the women in the family were in the same

12   business, the fortune-telling business.  The men would live

13   off the earnings of the women.  They would share in the

14   proceeds, and they would help spend or launder the money.

15            I want to make something clear at the outset.

16   Fortune telling by itself, in and of itself, is not illegal.

17   Doing palm readings or tarot card readings for a fee is not a

18   crime.  However, it becomes a crime if people are lied to or

19   deceived or tricked into giving up large sums of money under

20   false pretenses.  This would be true for any business, not

21   just fortune telling, but any business where people are

22   deceived to give up money under false pretenses; that would

23   be a crime.

24            As I said, this enterprise went on for many years.

25   In fact, the evidence in this case will show that it went

1    back to the 1980s with Defendant Rose Marks having clients as

2    early as 1980 or early '80s.  But in terms of the conspiracy,

3    when the other female members of the conspiracy are involved,

4    it goes back to the early 1990s.

5            And at that time, the Defendant rented an apartment

6    in Midtown Manhattan in an upscale area, 21 West 58th Street,

7    which is a nice area.  There's hotels, shopping, you know,

8    the theater district in New York.  Very upscale, nice.  Small

9    apartment.  And that apartment was used for a number of years

10   with the Defendant and coconspirators to engage in the

11   fortune-telling business.  In later years they opened up

12   places in Fort Lauderdale, as well.  But most of the activity

13   that you're going to be hearing about took place or began at

14   21 West 58th Street.

15           Now, they would have a sign on the window.  It was

16   a ground floor apartment.  And it would advertise psychic

17   services or something to that effect.  And, again, being a

18   nice neighborhood, there were tourists in the area or

19   visitors to New York, and from time to time people would walk

20   in that were curious or interested in the services, and they

21   would come in, and they could pay for a tarot card reading or

22   palm reading or some type of other.  You know, they had

23   astrological charts, and all of these things would be for a

24   nominal fee.

25           But what would happen is that from time to time a

1    person would walk in, and this person would be someone that

2    this Defendant and her coconspirators, the females, would be

3    able to take advantage of.  They would identify them as a

4    potential target for their scam, somebody that they could

5    take advantage of for large sums of money.

6              Now, the majority of these women, these clients,

7    were female.  And you'll learn that these women are by and

8    large well educated, having good jobs, making good money, or

9    some of them were married and had family wealth, their

10   husband made a good living.  But these victims, and I'm going

11   to call them victims, had a couple of things in common with

12   each other.  One is -- very frequently, these people at the

13   time they walked in for these psychic services were going

14   through some type of personal or emotional crisis or problem.

15   Whether it was going through a marital problem or

16   relationship problem or health issues with respect to

17   themselves or family members.  These were people who were

18   looking for help and were needing help.

19             And the other factor, the other thing in common

20   that these victims have is that they were susceptible.  They

21   were open to the idea, whether it was based on their

22   religious beliefs or just this idea of spirituality, where

23   they believed in the concept that there are angels and higher

24   beings that look down upon us and protect us, and that they

25   were open and susceptible to the idea that there are people

1    who have psychic abilities that can communicate with higher

2    beings and can help.

3           So they were open to this when they walk in.  And,

4    of course, the activities of the Defendant and the

5    coconspirators, the aim is to enhance that, to make them

6    believe that they, themselves, have these psychic abilities

7    and psychic powers.

8           So as I said, at the time these victims -- and you

9    will hear during the course of the trial from a number of

10   them -- they're in a fragile state of mind to begin with.

11   Some of them were emotional wrecks, if I can use that

12   expression.  One woman was -- had just learned that her

13   husband had been diagnosed with pancreatic cancer.  Another

14   woman had been treated for multiple brain tumors.  And

15   knowing this, these Defendants would take advantage of them.

16          And how would they do this?  Well, they utilized a

17   certain technique, or techniques.  And there's a common theme

18   or pattern to the technique.  It's not true with respect to

19   each victim.  Each victim's story is a little bit different.

20   But there were basically -- there was basically a

21   step-by-step process that was in commonality with respect to

22   the victims, and I want to go through that with you at this

23   time.

24          Call this the highlights of a fortune-telling scam.

25   It's almost a how-to to carry out such a scam.

```
 1              The first thing as I said already, people would

 2    come in for an initial service.  Some people had already been

 3    to -- had their fortune told before or had a palm read, so

 4    they were familiar with it.  And they paid $50, $75 before.

 5    And that's what they came in basically expecting to do.  So a

 6    service would be offered, and it would usually be a very

 7    nominal fee, and sometimes they didn't even charge.  You

 8    know, no charge.

 9              And during this initial reading, the real reading

10    is that these Defendants, the Defendant and her

11    daughters-in-law and granddaughter, developed a pretty good

12    skill in which they were able to read people, and by looking

13    at them and by talking to them could elicit enough

14    information that they could kind of get -- dig into what the

15    issue or problem was.

16              So, you know, a middle-aged woman with a wedding

17    ring, they could tell her that she was married, for example.

18    They could predict that she was married, or a younger woman

19    who didn't have a ring will -- I think it seems like you have

20    a problem with your boyfriend.  So they could hit upon

21    subjects or themes just by their own skill in talking to

22    people.

23              And also, people would give out information and not

24    even realize that they were giving out information to the

25    Defendant.  And then the Defendant could then mirror that
```

```
 1    back to them and make it seem like they were really pretty

 2    good at predicting or diagnosing an issue.

 3              Now, during that initial reading, or by the end of

 4    the session, what they would do is they would do or say

 5    something to try to get the victim, to persuade the victim to

 6    come back another time.  That's key.  If they can't get them

 7    back, it's over.  If they can get them back, they got them.

 8    And how would they do this?

 9              Well, there were various things.  One is they would

10    tell them, well, I feel that you have a deeper problem.  I'd

11    like to meditate over this tonight.  Can you come back

12    tomorrow and I can give you a better answer as to the

13    solution to your problems?  Or they might say to them, I'd

14    like to meditate on something that belongs to you, a personal

15    belonging.  Can you -- how about your watch or your ring?  It

16    doesn't have to be something valuable, just something that's

17    personal to you.  Leave that with me tonight, and I'm going

18    to meditate over this.  And then, of course, the victim would

19    come back the next day to retrieve that personal belonging.

20              Or they might tell the victim something along the

21    lines of we need to do deeper work.  I need you to do this

22    ritual for me tonight.  And, of course, the person is

23    believing that the Defendant and their daughters-in-law have

24    this psychic ability, but we'll get to that in a second.  I

25    want you to go home or back to your hotel, because, again,
```

 1    some of these people were tourists.  I want you to go back to

 2    your hotel room tonight and I need you to get a clean jar,

 3    fill it with water, and then I need you to get a clean cloth

 4    and put the cloth on top of the jar, and then put it under

 5    your bed and sleep over it tonight, and then I need you to

 6    come back tomorrow and bring the jar with you.

 7              So that's another way they would get them back.

 8              And then what would happen is -- and I'm kind of

 9    moving down the line.  We'll talk about that clean jar in a

10    second.  During either the initial meeting or subsequent

11    meeting, they would then talk about the fact that -- or

12    represent to the victim that they have this special gift, the

13    ability to communicate with higher beings.  Sometimes they

14    talk about having the gift from God.  God has put me on earth

15    to help people like you.  I want to try to help you.

16              Then the next factor that comes into play is that

17    after they have done this so-called deep meditation or have

18    the person come back, there's been a revelation.  They have

19    uncovered the fact that this person, the victim, has a curse.

20    There's a curse on her life or her family line.  And it gets

21    into past lives.  You lived in a previous century.  At that

22    time you had a greedy merchant father, and he wouldn't let

23    you marry the man that you loved, and he was a poor man from

24    a lower class, you know, stories like this.  And therefore,

25    this curse has been placed on your family.  Or they talk

```
 1    about it as this negativity, the same type of idea.
 2          But they have an answer, because they have --
 3    they're on earth here to help people like you.  They can lift
 4    the curse by doing the work, quote-unquote, the work.  The
 5    work is really never described.  Nobody can even explain.
 6    Victims can't explain what the work, is but the Defendants
 7    all seem to talk about this work that they're doing on behalf
 8    of the victim.  And the victim understands it to be something
 9    to do with meditation and communication with God through the
10    spirits, through Michael the Archangel.  His name comes up a
11    few times.  That they're working on their behalf to lift this
12    curse.
13          Remember that jar of water I talked about.
14    Sometimes the Defendants used little tricks to persuade the
15    victim that they have these supernatural gifts.  In an
16    instance where the victim brings a jar of water back, the
17    clean cloth, suddenly the fortune teller will open it up and
18    the water turns blood red, and expresses surprise and shock.
19    Oh, my God, the negativity is a lot worse than I thought.
20    This is terrible.  We have to get to work.
21          These people become frightened, and they think
22    there really is this spiritual curse on them and they have to
23    do something to alleviate it, to protect themselves and their
24    family, because they're told that if they don't lift the
25    curse it will pass down to their daughter, to their children.
```

```
 1   And some of them are having problems with their children at
 2   that time, and they believe that that's what it's all about.
 3          So how are they going to lift this curse, this
 4   negativity?  Well, through the work.  And, you know, it just
 5   so happens that in order to do the work, it requires a
 6   sacrifice of money, because money is the root of all evil
 7   they tell them.  And they also explain things like, well,
 8   back in the olden days when they used to sacrifice animals or
 9   even people thousands of years ago, we can't do that now, so
10   we use money as a substitute.  And it also sometimes relates
11   back to that past life.  Remember your father, he's the
12   greedy merchant.  So the curse involves greed and money.  So
13   we have to work with money.
14          Now, when they talk about the sacrifice, they're
15   not saying necessarily that the person is giving up this
16   money forever.  They tell them that in some instances -- and
17   the story differs from victim to victim, but in some
18   instances they explain that the money that they give them
19   will be cleansed.  In other words, some type of ritual or
20   prayer.  They will cleanse this money and that they will hold
21   on to it and keep it safe, and then the money will come back
22   to them.  They will return the money when we've completed the
23   work.
24          And they're vague about the timetable.  It could be
25   a month, it could be six months.  They don't know exactly
```

```
 1    when the work will be completed, but it won't take long, and

 2    then you'll get all the money back.

 3           Now, in some instances they tell victims, at least

 4    initially that, no, this sacrifice requires you to give up

 5    this money.  We have to use it in a ritual, for example,

 6    after the prayers, it will be burnt at an altar or thrown

 7    into the water, something along those lines.  But in most

 8    instances the victim understands and believes throughout the

 9    course of this scam that all this money they end up giving

10    them, they're going to get it back, and that's why they

11    shouldn't be so concerned about this temporary parting of the

12    money.

13           Now, one assurance that they make is that the money

14    is not for their personal use.  The victim may say, well, you

15    know, how much is all this going to cost me for you to do all

16    this work for me?  And they get answers such as, look, I'm

17    here on earth to help people like you.  I get strength and

18    power from helping people.  Don't worry about the fee.  What

19    happens is that I have so many clients that are happy, that

20    they're so happy with my services, that at the end they give

21    me a gift or a tip for my work or even just they thank me,

22    and that would be enough.  So they make them think that

23    they're doing this all because they really care about that

24    person, and there's no fee involved.

25           And then when the victim tries to clarify this
```

```
1    money that they give up, they assure them, look, this is not

2    for my personal use, this is for the work.  You'll get it

3    back.

4            So what ends up happening?  Well, guess what, the

5    work never ends.  I think we've heard that expression before.

6    It just never seems to end.  Time goes on.  We're talking --

7    we're not talking weeks with victims.  We're not talking

8    months with victims.  We're talking, in many instances, years

9    that they have these people on the hook.  And in a few

10   instances we're talking decades, that these people are doing

11   this for decades thinking that the Defendant is working on

12   their behalf, and they're giving them money, and money, and

13   money, and money over, and over, and over again, large sums

14   of money, because they're being told over and over again that

15   this is the amount that --

16           THE COURT:  The microphone is having some

17   difficulty, so maybe you can change the -- you either have to

18   change the battery or you can use the other microphone.

19           MR. STEFIN:  I'll use the other microphone.

20           -- this is the amount that we need.

21           So what happens is, as I said, the work never ends,

22   and it goes on for years and years.  And from time to time,

23   and then it becomes often, they ask for larger and larger

24   sums of money.

25           Isolation.  One of the techniques that they use is
```

```
 1   they isolate the person.  They tell them, you know, this is
 2   very personal between you and me.  You can't -- don't discuss
 3   this with anybody else.  Of course, they know if a victim
 4   tells a friend or family member what they're doing, that
 5   they'll probably tie them up to stop them.  So they tell
 6   them, look, if you tell anybody it will break the work, the
 7   work will become undone.  So they isolate them.
 8          And they isolate them in a different way, as well.
 9   They get these people so twisted and turned up in their
10   thought process that these people end up becoming so
11   psychologically dependent on the Defendant and the other
12   fortune tellers that they can't make -- these are people with
13   good jobs and responsible positions.  They can't make any
14   decisions.  They stop being able to make decisions of any
15   consequence without checking with the psychic, because
16   they're so caught up in believing that this psychic is
17   getting directions from God, and God is telling them exactly
18   what they need to do.
19          So spending money, buying property, anything that
20   involves money especially, the Defendant ends up telling them
21   exactly what to do, instructs them to sell a piece of
22   property because we need it for the work.  They go ahead and
23   sell the property.  Or in some instances they get them, they
24   tell them point blank, ask your parent for money.  Tell them
25   that you're looking for property, you're looking at property
```

1    in South Florida.

2           It's a lie, but they're telling them to tell them

3    that because it's okay, it's from the higher up, it's okay to

4    lie in this instance because this is for the work, and this

5    is going to make you safe and going to make your parents and

6    your family safe.  So these types of representation, these

7    people go out and do this, I hate to use the word under a

8    spell, but you're going to find that that's essentially what

9    it was.  These people are so caught up in this.

10          And the other reason they're caught up is they're

11   told that we can't stop now.  So anytime they're trying to

12   stop -- these aren't all wealthy people, ladies and

13   gentlemen.  Some of them came from substantial wealth, but

14   some of them didn't, and they were giving up everything that

15   they had, property, their bank accounts, cash advances on

16   their credit cards, mortgaging their house or selling their

17   house and turning over the proceeds to the Defendant or

18   family members.

19          And it just goes on and on.  And if they say, look,

20   I don't have any more money, they say, well, can't you borrow

21   it from a friend?  Can't you tell them that you need to buy

22   this piece of property?  And some of them would do that.

23   They would lie to their friends, they would lie to their

24   family.  And, of course, these people will tell you that

25   they're embarrassed and humiliated for what they've done now,

1    but at the time they felt that if they didn't continue --

2    because they would always be told, we're almost at the end,

3    we're almost at the end, just a little more, this is the last

4    time, I'm telling you this is the last time we're going to

5    need money.  Of course, it never is the last time.

6            Because with respect to everybody's lives, these

7    victims are going through their life during these weeks,

8    months, and years, and what happens in people's lives?  You

9    have good things happening and bad things happening.  So if

10   something good happens, they get a new job or a promotion,

11   the Defendants take credit for it.  See, we got to continue

12   because good things are happening.  And if bad things happen,

13   a family member dies or they lose a job, oh, the work is much

14   more difficult than I thought.  I need $6600 more.  They're

15   telling me we need $6600 more.

16           They come up with these numbers.  They tell them

17   that the numbers are based on some calculation based on

18   numerology.  I need $7777 because I'm working with the

19   number 7 or the number 6, $6600.  They come up with -- they

20   just come up with these different numbers, and then the

21   person has to scramble to get this money together.

22           Sometimes they call them in the middle of the

23   night:  Look, something important's come up, you gotta get

24   this money together, and they get them to not only deliver

25   the cash to them, which they usually start in the beginning

1   by delivering cash, but if they're from out of town or from

2   out of the country, because some of these victims are

3   foreigners, they have them wiring money to them,

4   wire-transferring money to their banks back to Florida banks

5   where the Defendant had moved by the early 2000s.

6            It's not only cash that's involved.  They would get

7   these victims to send them other things, as well.  Items of

8   jewelry.  They would tell a victim, they would see what the

9   victim is wearing, and you know, six months or a year later

10  say, I need you to send me your engagement ring.  I need to

11  do some work on it to lift the impurities, the engagement

12  ring from the ex-boyfriend who has still evil attached to it.

13  I need that.  I need to work with it.

14           Or I need your watch.  Or what jewelry did you

15  inherit from your mother?  Well, you need to send that to me

16  because we need to do work, you know, for your mother to have

17  safe passage, something.  Anything.

18           So these people, in addition to giving up thousands

19  and thousands of dollars in cash, in some instances hundreds

20  of thousands of dollars, and in one instance millions of

21  dollars, in addition to that, they would get them to send

22  this jewelry, and also gold coins.  They would have them go

23  to stores and purchase these American -- they call them

24  American Eagle or Canadian gold coins.  I don't remember.

25  They were like $1100 or $1400 a coin, and they would say I

1    need to work with gold, because gold is the purest metal.  I

2    need you to go to this particular shop in Manhattan, if they

3    lived in Manhattan, or somewhere else, I need you to send me

4    333 of these coins or 66 coins or whatever number they come

5    up with.

6              And, again, these people under this so-called spell

7    would go out and buy these coins and deliver them to the

8    Defendants.  Again, being assured that all of these items,

9    the jewelry, the coins, it's only temporary.  They're only

10   giving it up temporarily.  It will all be returned after the

11   work is completed.

12             Now, from time to time, victims would have it,

13   would have had it.  They would be done.  Not that they knew

14   they were a scam so much as that they just needed to get

15   their money back, or they suspected that they were being

16   scammed, and they would raise a fuss.  Whether they

17   threatened, you know, that they were going to take legal

18   action or whatever.  And at that time the Defendant and

19   Codefendants, what they would do is then they would offer to

20   give some money back, or they would start giving money back.

21   They would pay -- send them back $3000, send them back $6000,

22   send them back their ring or the watch that they had been

23   complaining about.

24             And in some instances what they would do is they

25   would actually try to get the victim to agree to sign a

1    document to make it look like this money was just a simple

2    loan, and it's a promise to repay.  And some people would go

3    for it and sign these agreements and some people realized

4    that that wasn't good enough.

5            So those are kind of the markers of the

6    fortune-telling scam.

7            So remember that the premise is that they were

8    holding this money temporarily and promising and keeping it

9    safe, the money and property, they were going to keep it

10   safe, and they were going to return this money.  Or in the

11   instances where they said the money was being sacrificed, it

12   was going to a higher authority, they assured the victim that

13   the money wasn't being used for their personal use.

14           So the question then becomes, okay, so what really

15   happened with this money and this property?  Well, we're

16   going to show you what happened with the money and property.

17   We're going to show that this money was being spent as fast

18   as they got it in.  They were spending it on what?  A good

19   lifestyle, a high lifestyle.  A home, an expensive -- more

20   than a million dollar home that this Defendant, Rose Marks,

21   purchased in Fort Lauderdale on the Intercoastal Waterway, a

22   waterfront home, well furnished, well appointed.  Her family

23   members, the other members of the family, were staying with

24   her from time to time.

25           What else?  Fancy cars, the fanciest of the fancy

1    cars, Mercedes, Lamborghinis, leasing these cars from a

2    particular auto toy store-type place in Fort Lauderdale,

3    where they spent hundreds of hundreds of thousands of dollars

4    leasing these high end luxury vehicles, not just for the

5    Defendant herself, but for her family members:  For Michael,

6    her son, for Rickey, driving Lamborghinis.  They would have a

7    car, a Lamborghini or one of these Ferraris, for three or

8    four months, you know, paid 20 or $30,000 for the privilege

9    and then trade it in for something else and then trade that

10   in for something else.  Hundreds of thousands of dollars in

11   lease payments, and purchases, as well, of cars.

12           What about the jewelry?  Well, the evidence is

13   going to show that when the law enforcement busted this

14   scheme and made arrests back in 2011, they executed a search

15   warrant at the house of the Defendant, 1319 Seminole Drive,

16   in Fort Lauderdale, and they found hundreds of thousands of

17   dollars in jewelry.  All different kinds.  Watches, expensive

18   watches, Rolexes and things, rings, earrings, necklaces,

19   pearls, hundreds of thousands of dollars in jewelry.  Some of

20   the jewelry has been identified by at least one of the

21   victims as belonging to her, just a few of the pieces.  But

22   the rest of the jewelry from victims, from purchases with the

23   victims' money.

24           What else?  Gambling.  The evidence will show that

25   Rose Marks was a habitual and frequent customer of the

```
 1    Seminole Hard Rock Cafe down in Fort Lauderdale-Davie.  She
 2    was there multiple times a week for years, and the evidence
 3    will show that she gambled hundreds and hundreds of thousands
 4    of dollars.  Now, there were winnings, winnings that were
 5    reported on her tax returns, because the casino does fill out
 6    these forms so the IRS does get wind of it, winnings that
 7    amounted to hundreds of thousands of dollars.  But every time
 8    there were any winnings, they were always offset by the
 9    losses, which equaled at least the winnings.  And the
10    evidence will show that they lost far more than they won,
11    hundreds of thousands of dollars gambled over the years.
12           And the evidence will also show that this money --
13    we're going to show how the money came from victims.  A
14    victim would wire-transfer a set amount of money on a
15    particular date, or the Defendant's bank account would be,
16    let's say empty or have a negative balance, and then suddenly
17    it was infused with a large amount of cash and then we'll see
18    it flying out of the bank account by cash withdrawals at the
19    casino, cash withdrawals that they had a housekeeper that
20    they used to go to the bank, and they wrote her checks, and
21    she would go get cash for the casino.  You'll see the flow of
22    the money going straight out of the accounts.
23           They also spent a lot of money on money that they
24    borrowed legitimately.  The Defendant, apparently to feed her
25    gambling habit, would borrow money at a high interest rate
```

1     from a private lender, actually a man who was associated with

2     that high-end auto toy store place.  He would be a private

3     lender for them.  Now, he knew what he was doing, because he

4     would use the house as collateral.  So when he loaned her a

5     hundred thousand or $200,000 at a pop, he had her house as

6     collateral for the loans.  And they would borrow these large

7     chunks of money, and then she would pay the money back.  And

8     she paid the money back from the victims' money.  And you'll

9     that in the course of this trial, hundreds of thousands of

10    dollars of victims' money.

11          And all this while telling these victims, don't

12    worry, your money is safe and secure, it's all coming back.

13    It will be returned when the work is done.

14          So let me talk about this case, the charges in this

15    case.

16          The Defendant is charged in a criminal indictment

17    with several offenses, which the judge has briefly described.

18    And I'm not going to go into the legal elements at this time.

19    The Court will instruct you at the end of the case.  But let

20    me just briefly tell you what some of these criminal offenses

21    are.

22          She's charged with conspiracy.  That's one of the

23    counts, conspiracy to commit mail and wire fraud, and a

24    second conspiracy to commit money laundering.  Well,

25    conspiracy -- and this is very simplistic at this point, but

1    conspiracy simply means that she worked in concert, she

2    worked together with others in a scheme to defraud people.

3    In this case she worked in concert with her family members,

4    as I've described to you.

5           She's also charged in what we call substantive

6    counts, individual counts of mail and wire fraud.  Now, mail

7    fraud just -- and fraud just simply means that you engage in

8    a scheme to defraud someone and obtained money and property

9    under false representations or pretenses.  That's what fraud

10   is.

11          When we talk about mail fraud, that just simply

12   means there was a fraud, and that the mail system or private

13   interstate carrier was used in some fashion.  In this case

14   the evidence will show that in the course of committing this

15   fraud, this scheme to defraud upon these victims, from time

16   to time they would have victims mail things to them, like the

17   jewelry or other items, so that the mails were used.  So

18   that's all it is, mail and fraud.  It's a mail fraud.

19          For wire fraud, it's a fraud, again, a scheme to

20   defraud, but in some aspect an interstate wire transaction or

21   transmission took place.  Now, as the Court I think

22   explained, that could be a telephone call interstate would

23   satisfy the element.  In this case, the counts that we've

24   charged are interstate wire-transfers of money from victim

25   bank accounts to Defendant bank accounts.  So there are

```
1    multiple counts of wire fraud.
2              Money laundering.  Again, simplistically, basically
3    she engaged in financial transactions with the money, the
4    proceeds of this fraud.  That's a simple way of explaining
5    what money laundering is.
6              And she's also charged with filing false tax
7    returns.  In other words, she didn't report, she failed to
8    report the money that she had been receiving from these
9    victims.  And in this instance we've only charged two tax
10   years, and there are legal reasons why we didn't charge other
11   tax years, but you're only going to be concerned for the most
12   part with those two particular tax years.
13             So basically that's what this case is about.  But
14   let me tell you what this case is not about.  This case is
15   not about whether the belief in God or belief in spirits or
16   past lives or any other religious or spiritual concepts are
17   valid or not.  This case is not about whether there are
18   people out on our planet who have psychic gifts or psychic
19   abilities.  We're not going to try to prove or disprove
20   whether there are people like that, and I think you'll come
21   to your own conclusion about this Defendant and her family
22   members.  But that's not what this case is about.
23             This case is really about just one simple concept:
24   Whether this Defendant and her coconspirators obtained money
25   and property from people under false pretenses.  And, again,
```

1   whether promising to hold on to somebody's money and keeping

2   it safe, if that's a false pretense.  Whether promising to

3   return the money when they certainly did not intend to do so

4   is a false pretense.  Promising and assuring victims that the

5   money wasn't for their personal use, whether that's a false

6   pretense.  And I will allege and I will tell you that they

7   are false pretenses.

8          So that after you have heard all the evidence in

9   this case, and Mr. Schwartz will have the opportunity to tell

10  you his version of the events, but you're going to hear from

11  witnesses and see a lot of exhibits, and at the end of the

12  case, we'll come back to you and make a closing argument and

13  try to summarize what we believe the evidence shows.

14          At that time, I will tell you that based on the

15  evidence, that -- the sufficient evidence to find that this

16  Defendant did lie, cheat and deceive people, made false

17  pretenses to them, obtained money under false pretenses, that

18  she did launder this money that she obtained by fraud, and

19  that she did lie or file false tax returns so that we will be

20  asking you to return a verdict of guilty as to each and every

21  count in this indictment.

22          Thank you very much.

23          THE COURT:  Thank you, Mr. Stefin.

24          Mr. Stefin, can you move those items?

25          MR. STEFIN:  Absolutely.

1            THE COURT:  Do you need the easel, Mr. Schwartz?

2            MR. SCHWARTZ:  No, thank you.

3            It's very hard to follow such a good lawyer as

4    Mr. Stefin, but I'm going to try.

5            I used to say that an opening statement is like a

6    roadmap, but my 16-year-old daughter says, Dad, you're so

7    old-fashioned.  It's like a GPS.  So this is the GPS.  What

8    I'm going to tell you is what I believe the evidence will

9    show as you listen to the facts and are then asked to make a

10   determination as to whether the Government proved Rose Marks

11   guilty beyond a reasonable doubt.  And notice within the

12   first couple of sentences of my opening I use the name Rose

13   Marks, and I'll mention Rose many times during my opening.

14           About halfway through Mr. Stefin's opening, I

15   started counting how many times he said Rose, or Rose Marks,

16   and it was about four, and how many times he said they, them,

17   their, they did.  And that was about -- I stopped at about

18   210, because I had to listen to what he was saying and make

19   notes.

20           This case should not be, although as the Government

21   offers its evidence it wants it to be, about they and them,

22   not about the Defendant, who you are here to decide about,

23   Rose Marks.  And I'll explain the difference to you and why

24   the evidence will show a significant difference.

25           Let me talk about what the evidence will show about

1    Rose for a moment.

2            As I told you when we were picking a jury, Rose is

3    from~-- the evidence will show Rose is from an ancient

4    culture, certainly one that predates the United States.

5    She's a Gypsy.  Most people from that culture prefer to be

6    called Roma or Romani because when the Gypsies, Romani left

7    India in -- the testimony will show that when they left India

8    around 2000 years ago, 1500 years ago, they traveled across

9    Europe, and many of them ended up in middle Europe, Romania,

10   those areas, and then continued on.

11           And they wandered across Europe, but the testimony

12   will show they were different.  They had darker skins.

13   People in Europe thought they were Egyptians, hence the name

14   Gypsies.  Eventually, Rose's family came to the United

15   States, and the evidence will show Rose was born in

16   Philadelphia, got married at a very young age, because you'll

17   learn the Gypsy culture, the women get married at 15, 16,

18   stop attending school usually in third grade, as Rose did,

19   and start to work if it's felt that, as has been passed down

20   in their line, their family line, they do have the psychic

21   ability that's been developed.

22           And we may talk a little bit.  You may hear some

23   evidence about psychic ability and whether it's real or not

24   real, whether it exists or doesn't exist.

25           When I say you may hear evidence if you'll

1    remember, the judge told you during jury selection that we

2    have no burden of proof.  And I'm digressing for a moment.

3    We don't have to do anything.  I can sit in my chair

4    throughout the trial, not cross-examine any of their

5    witnesses, not put on any evidence, not call Rose as a

6    witness, and at the end of the case say, they didn't prove

7    their case beyond a reasonable doubt, find her not guilty.

8    I'm not going to do that.  I like to talk too much.

9           What we will do is go through the trial, and you'll

10   see us cross-examining witnesses.  I'll ask them questions.

11   I'll try to show inconsistencies in what they say, and I'll

12   explain that to you a little further in a moment, and we may,

13   Rose and I may call witnesses.  We may put on evidence, we

14   may not.  I think we will.  Again, I like to talk too much.

15   But if we put on evidence, this is what you may hear, some of

16   what I'm going to say.

17          So there may be evidence that when Rose tells her

18   clients that she does have a gift of being able to understand

19   what's going to happen, you may call it intuition, you may

20   call it psychic ability, there may be evidence that there are

21   people in our society who have that gift.  The Government

22   says this is not about fortune telling.  Fortune telling is

23   legal.  And you'll learn during the course of the trial that

24   Rose had licenses to be a fortune teller.  Cities license

25   fortune-telling establishments.

 1              It's not about whether she had psychic ability or

 2     not, but I suggest to you you'll hear evidence that she did.

 3     It's not about whether reincarnation exists or not or whether

 4     trouble people had in past lives can be repeated, although

 5     you may hear evidence that there are whole religions

 6     practiced by millions of people based on reincarnation, such

 7     as the Hindu religion.

 8              It's not even about whether people can have curses

 9     or demonic possession or things that they've done can cause

10     negativity in their lives, although you may hear evidence

11     about that and how major Judeo-Christian religions believe in

12     demonic possession and how some religions still practice

13     exorcism.  Other religions will have ministers cast out

14     devils from people who are having problems.  You may hear

15     evidence about that.  But that's really not the crux of the

16     case.

17              Roger talked about what the crux of the case really

18     is, and that is, did Rose cheat her clients, did she promise

19     that she would return the money she gave them -- they gave

20     her -- she gave them some, too -- and not return it.  Did she

21     intentionally -- because I have to add that.  You know,

22     everybody who goes bankrupt nowadays gets money, gets

23     services, promising to pay for it or return it, but they

24     don't because they can't.  But they haven't committed a crime

25     because they didn't intentionally get that money intending

1    not to return it.  They didn't buy that house intending that

2    it be foreclosed on.  If they did, they're guilty of a crime.

3    But if they just can't pay for whatever reason, then it's not

4    an intentional act.  It's not a crime.

5            So you're going to have to decide, one, did Rose

6    take money from clients promising to return it and intending

7    not to return it?  That would be a fraud.  That would be

8    taking money under false pretenses.

9            Why am I conceding that right now in the beginning

10   of the case?  Because I believe when you hear the evidence,

11   the evidence will show that as to Rose, that didn't happen.

12           Let me make a distinction that my friend Roger

13   didn't make between Rose and they, between Rose and them.

14           Roger had a chart, and I guess -- do you mind if I

15   use your chart?  Thank you.  In Roger's chart, Rose is on top

16   of the family.  She would love to be on top of her family.

17   And then there are other people in her family who have their

18   own business of being spiritual advisors, being fortune

19   tellers.

20           Her sister Victoria is a spiritual advisor or life

21   coach.  Her daughter-in-law, Nancy Marks, has her own

22   business of being a spiritual advisor or life coach.

23           Cynthia Miller, who's not related to but looks a

24   lot like Vivian Marks, has her own business of being a

25   spiritual advisor or life coach.

1          Her daughter, Rosie Marks, has her own business of

2    being a spiritual advisor, life coach, fortune teller.

3          Vivian Marks works for Nancy Marks in her business.

4          The Government says, and they will try to offer

5    evidence to prove during this trial, that this is a

6    conspiracy, and the Government will tell you during the trial

7    and the judge will charge you at the end of the trial that to

8    be a conspirator, two or more people have to agree to do

9    criminal acts together intentionally, and one or more act has

10   to take place.

11         The problem I suggest to you, ladies and gentlemen,

12   is -- and I'd ask you to look for, as you listen to the

13   evidence, is what is the evidence of a conspiracy.  As you

14   listen to the evidence, the Government will offer a number of

15   factors here to prove that Rose conspired with all of these

16   people.

17         Well, what's the first indicia -- I hate that word,

18   and I can never pronounce it and I sound stupid.  What's the

19   first bit of evidence to show that a conspiracy existed that

20   the Government will offer?  They'll offer evidence that these

21   people are in the same family.  They're going to ask you to

22   visit the sins of the daughter-in-laws on the mother.

23         I suggest to you that none of us wants to, because

24   we have a brother-in-law or sister-in-law or daughter-in-law

25   or child, necessarily be held as a coconspirator for every

1    act that they do.  But you'll hear evidence, and listen to

2    it, and I listened to a lot of folks in jury selection say my

3    brother, my daughter-in-law's husband, this one or that one

4    were arrested for a crime.

5           I would suggest to you that you listen carefully to

6    the evidence and determine whether that's one of the things

7    that the Government's trying to use to say they were

8    coconspirators.

9           Second, there is a shop.  It's a first floor

10   apartment.  You walk up a few steps, you make a right turn to

11   enter it, on 58th Street just west of The Plaza hotel.  I

12   guess from my accent, none of you know that I'm originally

13   from New York.  It's a very nice location.  The Plaza hotel

14   is a block away from Central Park.  It's across the street

15   from two of my favorite stores, FAO Schwartz, no relation,

16   and Apple.  And they get a lot of wealthy tourists there, as

17   Mr. Stefin said.

18          Rose Marks rented it for her business back in the

19   early '90s, maybe the late '80s, I'm not a hundred percent

20   certain.  But the Government will show you a lease, or the

21   initial lease.  And she kept renewing it.  Evidence in the

22   Government's possession will show that Rose kept making the

23   payments on that store.  The brochures for the store and

24   everything were in the corporate name, Joyce Michael, Joyce

25   Michael, Inc.  Rose has had a couple of different

1    corporations under the name of Joyce Michaels.

2           You'll learn that under Florida law, sometimes if

3    you don't file the right report every year the corporation is

4    terminated, and you have a choice.  You can either

5    reincorporate it under a slightly different name for $125 or

6    $130, or you can pay $650 to reinstate it.  Guess what Rose

7    did?

8           The shop advertised spiritual advisory services by

9    Joyce Michael.  That was Rose's pseudonym.  That was her

10   business name because she didn't want clients who called her

11   enough every hour of every day to have her real name, know

12   about her personal life.  The same way actors and book

13   writers like Jude Gilliam White Montassir Deveraux, who is

14   one of the witnesses here, write under a pseudonym for

15   business purposes.  And Rose, for business purposes, you'll

16   find from the evidence, used the name Joyce Michael.

17          And the shop was -- had brochures or things that

18   were handed out on the street.  I'm sure many of you have

19   gotten them if you walked around the streets of New York,

20   saying, Spiritual Advice by Joyce Michael.

21          In the early '90s, a lady walked into Rose's shop

22   while she was working there.  At that time she lived

23   primarily in the Washington, DC, area, Virginia, Maryland,

24   but spent a number of weeks a month living in a little

25   apartment behind the shop.  The rest of the time she was at

1    her home with her family.  A lady walked in.  Her name was,

2    at that time, Jude White, and she sought a reading from Rose,

3    Rose gave her a reading.  She wanted to come back.  She came

4    back a second time.  She came back or called a third time and

5    a fourth time, and then every day, and then two or three

6    times a day because she wanted Rose's advice and guidance.

7    Some of it had to do with spirituality, and some of it had to

8    do with basically helping her, as Mr. Stefin said, make

9    decisions in their lives.

10          You'll hear from the evidence that some people go

11   to psychologists or psychiatrists to help make decisions.

12   Some people go to a clergyman, a priest, a minister, a Rabbi

13   to help with decisions in their lives.  Some people go to

14   lawyers and accountants and business managers to help make

15   decisions.  Rose has helped her clients make decisions in

16   their lives; and Jude liked working with Rose.

17          There came a time where Jude says to Rose, I want

18   you to work for me full-time, and Rose said, well, I still

19   have clients who I've helped and worked with for years.  I

20   can't abandon them.  But if you want me to work with you

21   full-time, subject to my grandfathered-in, or

22   grandmothered-in in this case, clients, I'll stop taking new

23   clients and I'll work with you.  And Jude says to Rose, what

24   will it cost?  How much will you charge me for that?  Rose,

25   thinking she was joking, said, and the evidence will show

1    this, I believe, if Ms. Deveraux tells the truth,

2    Ms. Montassir, whatever her name is, Rose said a million

3    dollars a year.

4            She figured she was negotiating.  She was smiling

5    when she said it.  Didn't expect the answer she got.  You

6    know what answer the evidence will show she got?  Okay.

7            The evidence will show that under the name Jude

8    Deveraux, Jude Montassir, and we'll learn about how she got

9    that name, was very wealthy.  Had many millions of dollars

10   worth of property at that time.  Earned millions of dollars a

11   year, had every year two or three New York Times Best Selling

12   romance novels.  Some of you, I think, said you read them.  I

13   tried.

14           And she said okay, and every year for the next

15   roughly 17 years, Jude paid Rose when she got her checks from

16   Simon & Schuster, I think it was twice a year, a total of

17   about a million dollars.  Sometimes it was 700 or 800,000,

18   sometimes it was a little more than a million, but she paid

19   Rose this amount of money.

20           What did Rose do for her?  Rose spent hours and

21   hours and hours and hours every day either in person or on

22   the telephone, because Jude traveled a lot and had a lot of

23   houses and a lot of places.  Jude lived in Egypt for a while,

24   had a place in London, had an apartment on Park Avenue, I

25   think, or Fifth Avenue, in New York, had places in New

1    Mexico, lived for a while in Tahoe, I think lived in Italy

2    for a while.  But she was always constantly talking to Rose,

3    getting advice.

4         The evidence will show that while married, Jude

5    fell in love with an Egyptian tour guide who took her on a

6    tour.  And she went -- she got divorced, went to live with

7    him for a while in Egypt and came back and took his name,

8    changed her name to his last name.  Never married.  Wasn't

9    with him at all after that but used that name.  And that was

10   a name that we know her under now, Jude Montassir.

11        But she was constantly asking Rose for advice over

12   every business decision.  Rose helped her with in vitro

13   fertilization, Rose was with her when her child was born,

14   gave her advice about bringing up that child, advised her not

15   to let her child ride an ATV, told her if her child road an

16   ATV, to do it with a helmet.  Jude didn't listen, and

17   unfortunately, her son was killed I think at seven or eight

18   years old in an ATV accident.

19        Jude couldn't stand going back to the house.  Rose

20   got her an apartment in Florida, relocated her down here,

21   sold that house, as she had sold a lot of other houses for

22   her, and provided her over the years with a lot of services.

23   That's one of the Government's witnesses who said -- I

24   gave -- who will say, I think -- I'm not allowed to -- I

25   haven't talked to these witnesses in advance, but I think

1    will say, I gave Rose money, she promised to return it, I

2    want my money back.

3            And I'll tell you something.  Rose did give her

4    clients a money back guarantee.  If you're not happy with my

5    services, I'll return your money.  But even a money back

6    guarantee expires after a little while.  I mean, Macy's is

7    what, 30 days?  Not 17 years.  Seventeen years is a little

8    late to be asking for your money back.

9            And the evidence will show that it was only after a

10   Fort Lauderdale detective sought Jude out and told her,

11   you're a victim of a Gypsy scam, you've been defrauded, that

12   Jude started trying to get her money back from Rose.  That

13   was around 2008.

14           So from about '91 to 2008, Jude was paying Rose

15   money, and Rose was doing work.

16           You'll hear from some other clients of Rose's.

17   You'll hear from a short-term client of Rose's named Deanna

18   Wolfe.  Deanna started using Rose for psychic advice and help

19   in Maryland, and the Government will say that Deanna paid

20   Rose about a million dollars over 34 years.  When I said

21   short-term client I was being a little ironic.  Deanna Wolfe

22   was a satisfied client of Rose's for 34 years, and Rose

23   provided her with services every year, hours at a time.

24           When did she start to say she should get her money

25   back?  When did she start to say she was a victim of fraud?

```
 1                   After the Government arrested Rose in this case in

 2       or around August of 2011, roughly two years ago, IRS agent

 3       Beth Watts, who's at the table over there, and a now retired

 4       Fort Lauderdale detective named Charlie Stack, called her

 5       around September 6th of 2011 and told her you've been a

 6       victim of fraud, you should get your money back.  We'll help

 7       you get your money back.  We'll even write to department

 8       stores and tell them you're a victim of fraud.  Not we.

 9       We'll have the Government, the prosecutor do that.  So you

10       don't have to pay them right away.

11                   That's the first time that Deanna Wolfe asked for

12       her money back after 34 years of allegedly being promised

13       that I'll hold this money, I'll do the work with it and

14       return it to you.

15                   I'll ask you at the end of the case, does it makes

16       sense to you that she was promised her money back and didn't

17       ask for it back for 34 years?

18                   I've misstated something.  Let me correct it.

19       There was money that Rose was supposed to pay back to Deanna

20       Wolfe.  Rose didn't have good credit.  Many years ago Deanna

21       took out some credit cards jointly with Rose, and Rose was

22       supposed to use it and pay back -- pay those credit card

23       bills.  And guess what?  The evidence will show she did.  She

24       paid those credit card bills.  She paid them off, not always

25       regularly, but she paid them.
```

```
1              And even after she was arrested in this case and

2    the Government seized her assets, she continued to try to

3    make payments, and it was only when an indictment came down,

4    I think the third or fourth indictment in this case, that

5    included Deanna Wolfe as a victim, that under attorney's

6    advice Rose stopped making payments, because it would look

7    improper to be paying a victim of a crime.  But she had an

8    obligation to make those credit card payments and she did.

9              I'm going to speed up, because you're going to hear

10   all this evidence.

11             Sylvia Roma was a client of Rose's.  Sylvia was

12   from Texas, met her in New York in the '90s, and Rose

13   provided her service from, I guess, the mid '90s.  Maybe she

14   shouldn't have, because she was supposed to be working

15   primarily for Jude, but she did.  And she did that until

16   around 2002.  Sylvia wasn't happy.  She wasn't getting what

17   she wanted.  She want a married man who she really liked to

18   start dating her.  It didn't happen.  She wasn't happy.  She

19   stopped using Rose's services.

20             She didn't ask for any money back.  Now she says,

21   well, I went to a lawyer to see about it.  But there was no

22   attempts to get money back, no lawsuits, nothing.

23             And then she was so desirous of getting her money

24   back in 2009 and 2010 she started using Rose's services again

25   after she went to a different psychic and was unhappy with
```

```
 1    her, and the evidence will show that she continued to pay

 2    Rose for her services.

 3              And there will be other -- let me mention of one

 4    other of Rose's clients and then I'll quickly mention a

 5    couple of other things.  I'm told I talk too much.

 6              Gary Tschetter.  Gary is in the construction

 7    business on the west coast of Florida.  He was doing well.

 8    He came to Rose for advice about his then live-in girlfriend

 9    or almost live-in girlfriend.  Rose helped him with that,

10    helped him understand things.  Over the period of a couple

11    years he paid her a nice amount of money, about $240,000.  At

12    some point his business was having problems.  He came to Rose

13    and said, Rose, I know you gave me a money back guarantee,

14    I'm not unhappy with your services, but I need some of the

15    money back, I need it for business.

16              Did she say go jump in the lake?  No, the evidence

17    will show she gave him $66,000 because he asked for it.

18    Until Rose was arrested and he read in the paper that she was

19    a fraudster and a scam artist and she's a matriarch of some.

20    What did Mr. Stefin call it, some criminal enterprise, he

21    didn't ask again for any money back.  Only after the arrest

22    and reading it in the paper did he start calling her asking

23    for money back.

24              Now, I talked about Rose's clients, and I started

25    out by telling you that there were a number of businesses
```

1    here.  And I talked about the indicia -- I still can't

2    pronounce it -- the indications of conspiracy.  Besides being

3    family members, there were a couple of other reasons the

4    Government will say there was a conspiracy.

5              Rose had a business bank account.  Sometimes it was

6    under the name Rose Marks, sometimes it was under the name of

7    Jude Michaels, Inc., or Jude Michael, Inc. or one of the

8    corporate names -- I'm sorry, not Jude, Joyce Michael, Inc.

9    You guys caught me on that.  Mistake.  Joyce Michael, Inc.

10             And she would put business payments often into that

11   account.  But also, business payments that went to her

12   daughters or daughter-in-laws sometimes were paid directly to

13   that account for a number of reasons.  One, the business in

14   New York was Joyce Michael, Inc., so sometimes people would

15   pay to Joyce Michael, Inc.  Sometimes the daughter-in-laws

16   would pay Rose to reimburse her for the cost of the rent, the

17   utilities, the maid service, et cetera, for the apartment in

18   New York.

19             Of course, by the mid or late '90s, Rose had moved

20   to Florida and rarely went to New York.  Nancy Marks, her

21   daughter Vivian used that location a lot, almost primarily.

22   Her daughter-in-law, Cynthia Miller, used that location

23   often, got clients there, and sometimes her daughter Rosie

24   used it.  They would meet clients there and service the

25   clients of her business.

1    Since other family members used this location, the

2  same way I might rent space to other lawyers in my office,

3  the Government says that means it's a conspiracy because they

4  operated out of the same location.  Rose almost stopped

5  operating out of there, seeing clients there when she moved

6  to Florida, but she went up still occasionally.  Nancy was

7  there primarily after that.  That means this is a conspiracy

8  because they all worked out of the same office.

9    The third thing is because sometimes if Nancy or

10  Cynthia or one of the other kids owed Rose money, they would

11  have the client pay the money directly to Joyce Michaels,

12  Inc. or to Rose's bank account.  Those are the three primary

13  things that the Government will urge you at the end of the

14  case show that this is one big criminal enterprise, not a lot

15  of or a number of smaller businesses, each individually

16  operated by its own fortune teller, and sometimes sharing the

17  same location, as families do.

18    Unfortunately, one of my sons keeps asking me to

19  send him money.  No, that never happens.  As families do,

20  sharing money, paying back and forth between members of a

21  family.  That's the conspiracy here.

22    Why do I harp on the conspiracy?  Because I believe

23  you will hear during the course of the trial that Nancy Marks

24  may have done some of the things on Roger's second chart.

25  She may have operated in that fashion.  She may have used

```
 1    some of those tricks with some of her clients of water
 2    turning red, maybe an egg turning black to show negativity.
 3    She may have taken money from individuals promising to
 4    sacrifice it or return it.  She may have done some of these
 5    things.
 6              And Cynthia Miller, her other daughter-in-law, may
 7    have done some of these improper things.  I don't represent
 8    them.  I don't -- I can't talk really about whether they did
 9    right or wrong, and I shouldn't.  But during the trial,
10    probably half of the witnesses that you will hear have
11    nothing to do with Rose, and that's why my friend,
12    Mr. Stefin, said they, them, their over 250 times in his
13    opening.  And I may be exaggerating.  It might be 230.
14    Because he wants you not to view these people as individuals
15    running their own businesses, but as a criminal enterprise,
16    all connected at the hip, all knowing what each other's done.
17              Oh, there's one other indicia of conspiracy that
18    they'll point to.  One of Nancy's clients was a woman named
19    Walker, Andrea Walker from England.  And at some point Nancy
20    just didn't have the ability to deal with Andrea's problems
21    and suggested she go to Rose, and Rose took her over as a
22    client, like some lawyers will refer clients to other lawyers
23    if they don't have the ability to service them.  That's, I
24    think, the last indicia of conspiracy that you'll hear.
25              But Roger, Mr. Stefin, the Government, wants you to
```

```
 1   look at these people as interlinked and joined at the hip.  I
 2   would suggest to you that when you view the evidence and when
 3   you listen to all of these people, say -- if you're keeping
 4   notes, keep notes -- this is Nancy's client, this is
 5   Cynthia's client, this was Rosie's client.  The name sounds
 6   alike, but there's an i-e at the end for Rose's daughter
 7   Rosie.  And these are Rose's clients.
 8           One last thing, and I referred to it earlier.  Two
 9   last things.  I never have one last thing.
10           Rose, in 1996, you will hear, lost her husband to
11   brain cancer.  It was a longterm marriage.  He kept her
12   gambling problem in check.  I'm sorry, 2006.  I said 1996.
13   I'm old.  Decades sort of blend together for me.  Lost Nick,
14   her husband.  In 2007, she lost her main client, Jude,
15   because of something that a detective did, and suddenly, she
16   doesn't have her main source of financial support, she's
17   depressed because of her husband dying, and she starts
18   gambling a lot.  Too much.
19           Fortunately, when they were in the DC area their
20   house was taken by eminent domain to build a road.  They used
21   that money to buy a house in Florida, not the proceeds some
22   of criminal activity.  They bought their Florida house with
23   the money they got from the State when they took over the
24   property, and they had a lot of equity in the house.
25           Over the years, as you know, property in Florida
```

```
 1    increased in value until a few years ago, and she kept

 2    borrowing on the equity of her house at very high interest

 3    rates to gamble and live.

 4            She also, when she won in gambling, would buy

 5    things.  She'd lease an expensive car.  She'd buy expensive

 6    jewelry or buy purses.  She's not Imelda Marcos, but she'd

 7    buy a lot of shoes.  Then when she lost and had to pay off

 8    the casino, she would borrow money from this fellow, Peter

 9    Wolofsky, who owned the, I think, Auto Collection of Fort

10    Lauderdale and some other stores, a very wealthy gentleman,

11    and she would take the money her clients paid her and use

12    that to pay off the mortgages or the cars.

13            She also -- that client I mentioned that Nancy had

14    to turn over to her, she borrowed some significant money from

15    that lady.  Now, the Government would tell you that that was

16    a fraud, but Andrea Walker, the lady in England, is a lawyer,

17    and they established a business relationship.  Andrea Walker

18    suggested that Rose pay a note -- sign a note, which Rose

19    did.  It was an interest-only note, and she was supposed to

20    repay the loan from Andrea.

21            For a number of months she paid the interest.  She

22    was in financial problems at this point.  She was gambling

23    too much, and she couldn't continue to pay the interest, and

24    she was arrested and never was able to pay back the

25    principal.
```

1          But that was, you'll see the paperwork drafted, a

2     legitimate loan.

3          You're going to hear the testimony of Rose's

4     clients, and you're going to hear probably an equal amount,

5     if not more, of testimony from a number of these other

6     clients.  You're going to hear from Rose's clients that for

7     the most part they were satisfied with her services -- she

8     and Jude had fights back and forth over the years and made

9     up -- until they were visited by or called by detectives from

10    Fort Lauderdale who eventually were working with the Secret

11    Service and the IRS, and that these detectives and agents

12    tried to, quote, break the spell that Mr. Stefin referred to

13    and persuade them that they were victims.

14         And you may hear evidence, if we put on our case,

15    from at least one of those people saying, yeah, the detective

16    and the agents called me.  I was a little frightened.  The

17    IRS agent asked me, can you justify where you got the money

18    you gave Rose.  One of the other agents says, does your

19    spouse know how much money you gave to her?  And then they

20    told me, if you say you're a victim and bring charges against

21    her, we're going to be able to seize all of her property and

22    maybe give you your money back.  Sort of the ultimate buyer's

23    remorse.

24         And a number -- this individual didn't become a

25    government witness; said, no, I'm not a victim, I'm happy

```
 1    with the services I got.  He was a client of Rose's sister,

 2    Victoria Eli, John Cleary.  Others did.  And you'll hear

 3    other people telling very similar stories after they've

 4    talked to Detective Stack and other agents, and you're going

 5    to have to decide what's the truth and what's not the truth.

 6    What's people telling what really happened as opposed to

 7    what's people saying what they want to say because they hope

 8    they'll get money back, or they're afraid of the Government,

 9    or they want an excuse because now they're embarrassed.

10          And the judge will tell you at the end of the case

11    that it's your job, each and every one of you, to

12    individually weigh the credibility of the witnesses you hear,

13    decide who's truthful, decide what makes sense.  Does it make

14    sense to pay money for 34 years and suddenly want it back?

15    It's going to be returned?  Do you keep paying a million

16    dollars a year every year for 17 years if you're expecting to

17    get paid back?  When do you get paid -- that's argument.  I'm

18    not allowed to argue now.

19          But listen carefully to the testimony.  Weigh what

20    makes sense as opposed to what sounds to you as something

21    made up now for court.  Decide whether these indicia of

22    conspiracy that the Government points to are really a

23    conspiracy, or is it three or four separate businesses

24    operating out of the same locations, families sometimes

25    paying money back and forth to each other.
```

```
 1              And I will get up again at the end of the case and

 2    probably be even more long-winded than I am now, and I'll ask

 3    you, after considering all the evidence, to decide not that

 4    Rose is innocent, although I'll suggest to you at that time

 5    she is, but that these folks failed to meet their burden of

 6    proving her guilty beyond and to the exclusion of a

 7    reasonable doubt or whether, at the end of the case, you have

 8    a doubt to which you could assign a reason.

 9              Thanks for listening to me.  I'll see you for the

10    next few weeks.  Thank you.

11              THE COURT:  Thank you, Mr. Schwartz.

12              Ladies and gentlemen, why don't we take a 15-minute

13    recess before we hear from the first witness.  Again,

14    remember not to discuss the case, don't form any opinions,

15    leave all your notes at your seat, and we'll see you in 15

16    minutes.  Thank you.

17        (The jury exits the courtroom.)

18              THE COURT:  All right.  We'll see you in about 15

19    minutes.  Thank you.

20        (A recess was taken from 10:43 a.m. to 10:57 a.m., after

21    which the following proceedings were had:)

22              THE COURT:  Please be seated, everyone.

23              We're back on the record.  Ms. Marks is present

24    with counsel.

25              Are we ready to bring the jurors in?
```

```
 1              I am wondering if that lecturn is going to block

 2     the view of the jurors at the end from seeing the witness, so

 3     if you could maybe move that back.

 4              All right.  Let's bring the jury in.

 5         (The jury enters the courtroom, after which the following

 6     proceedings were had:)

 7              THE COURT:  Welcome back, everyone.  Please be

 8     seated, ladies and gentlemen.

 9              We are ready to hear from the Government's first

10     witness, Mr. Stefin.

11              MR. STEFIN:  Yes, Your Honor.  At this time, the

12     United States would call Susan Abraham.

13              THE COURT:  Ma'am, would you please raise your

14     right hand.

15          Susan Leslie Abraham, Government witness, sworn.

16              THE COURT:  Can you try and pull that microphone

17     towards you.  It moves.  The chair doesn't move, so you need

18     to pull that toward you.  Can you tell us your name and spell

19     your last name for us, please.

20              THE WITNESS:  Susan Leslie Abraham, A-b-r-a-h-a-m,

21     Abraham.

22              THE COURT:  Thank you, ma'am.

23                          Direct Examination

24     BY MR. STEFIN:

25     Q    I'm going to ask you to speak up loudly because the
```

```
 1    acoustics in here are not very great.
 2    A    Okay.
 3    Q    Ms. Abraham, where are you from?  Where do you live?
 4    A    I live in Spain now.  I'm from the UK originally, but
 5    I've been living in Spain for the last 10 years.
 6    Q    And where were you born and raised, in the UK?
 7    A    Yes.
 8    Q    And are you currently married?
 9    A    Yes, I'm still married.  I'm separated.
10    Q    And do you have any children?
11    A    Yes, I have a girl and a boy, and then I've got two
12    stepsons from my husband's first marriage.
13    Q    And what is your husband's name?
14    A    Michael.
15    Q    Michael Abraham?
16    A    Yes.
17    Q    You said you've been separated.  How long have you been
18    separated?
19    A    About two and a half years now.
20    Q    Does he live in Spain, as well?
21    A    No, he's now in New Jersey.
22    Q    What part of Spain are you living in?
23    A    The very south, on the Costa Del Sol, Marbella.
24    Q    Marbella, did you say?
25    A    Marbella.
```

```
 1    Q     And are you presently working?
 2    A     I'm working as a beauty therapist.  That's been my past
 3    career.
 4    Q     And when you say a beauty therapist, what kind of work
 5    does that involve?
 6    A     Skin care, facials, manicures, pedicures, holistic
 7    therapies, that kind of thing.
 8    Q     And you said this has been your business for a period of
 9    time?
10    A     All my working life up until coming out to Spain, and
11    then I didn't work anymore, but now I've gone back into it.
12    Q     Are you presently running your own business?
13    A     It's just a little business.  I work from my home.
14    Q     Have you previously run your own business in holistic
15    care?
16    A     Yes.  Yes, before I had the children.
17    Q     While you were married what kind of work -- well, you're
18    still married, but what kind of work did your husband do?
19    A     He's in life settlements.  I don't really understand it,
20    but it's to do with life settlements and insurance, financial
21    advice, that kind of thing.
22    Q     And was he practicing that business in the previous 10
23    years while you've been in Spain?
24    A     Yes.
25    Q     Did he have his own company, or was he working for
```

```
 1   somebody?

 2   A     He had his own company.

 3   Q     What's the name of the company, do you remember?

 4   A     Well, the Spanish company is like -- the Spanish branch

 5   of it was called Indemnity First.

 6   Q     Was that -- you said the Spanish branch.  Did he have

 7   other branches in other --

 8   A     His business is American.  It's all American life

 9   settlements that he deals with, so it's mainly run from

10   America.

11   Q     Did that business involve a lot of travel by him or by

12   the two of you when you were together?

13   A     Both of us.  We used to travel together, yes.

14   Q     Let me direct you to the summer of 2010.

15   A     Yes.

16   Q     Was that a summer in which you were in New York?

17   A     Yes.

18   Q     And what brought you to New York?

19   A     Well, it was my husband's business, and I just came on a

20   business trip with him.

21   Q     So you accompanied your husband on that trip?

22   A     Yes.

23   Q     Were there any others, any other family members that

24   came or just the two of you?

25   A     No, just the two of us.
```

```
 1    Q    Just one thing.  So we don't talk over each other,
 2    please try to let me finish my question before you start to
 3    answer.
 4    A    Okay.  Sorry.
 5    Q    It's hard for the reporter to take it down if we both
 6    talk at the same time.
 7              So in this summer, during this trip -- well, first
 8    of all, how long were you in New York on that trip?
 9    A    I think it was a couple of weeks.  I can't remember
10    exactly.
11    Q    What was the status of your relationship with your
12    husband at that time?
13    A    Well, I had been very unhappy and confused for quite
14    some time.  I had tried to break the marriage five years
15    previous to that but couldn't do it.  He fell apart, and I
16    just couldn't do it.  So I vowed I'd try and just, I'd keep
17    it all together, but I was very -- I was unhappy.  I was --
18    on the surface I was very happy, because I had everything.
19              But I just felt that something inside me was dying,
20    and I'm crying out for help, but I was just trying to keep
21    the whole thing together.
22    Q    Were you having fights or arguments with your husband,
23    or . . .
24    A    No, nothing like that.  It wasn't like that.  I just
25    didn't feel complete.
```

```
 1    Q    And you said this had been going on for some time?

 2    A    Yes.  As I said, five years previous to that I did want

 3    to leave but didn't, and then -- but tried to resolve the

 4    problems, but then I just felt unhappy.

 5    Q    How was your husband's conduct towards you?  Was it

 6    civil and cordial?

 7    A    Yes, it was.  He's very powerful and very domineering,

 8    manipulative, and I just felt controlled, felt a little bit

 9    like a caged bird.  He criticized me, but he was trying to

10    make it that it was for my own best interest, you know, if I

11    put a bit of weight on he would tell me about it, if I lost

12    too much weight he would point it out, if my hair wasn't

13    quite right for him.  He just wanted to be the best I could

14    be, but it was never enough, and it was -- it was just

15    getting to me, the whole thing.

16    Q    You said you felt like a caged bird?

17    A    I did, yes.  I felt smothered, really smothered.

18    Q    And what was going on in your head when you were in New

19    York at that time?

20    A    Well, that, really, just really desperate and confused.

21    Q    Did you end up going into a place that offered psychic

22    services?

23    A    Yes, I did.

24    Q    How did that come about?

25    A    Well, I was just shopping around the Manhattan area, and
```

```
 1    there was a guy just on the side of the road.  He was just

 2    handing leaflets, he put a leaflet in my hand which was

 3    advertising psychic counseling type of thing, using lure of

 4    attraction.  It was more or less if you have bereavement

 5    problems, money problems, marriage problems, spiritual

 6    counseling is available.

 7    Q    And when you got this leaflet were you nearby the place

 8    that was being advertised?

 9    A    Well, as it happened, yes.  I looked at the address.  As

10    I'm reading it, the address was 58th Street, and I was on

11    58th Street.  So I was walking up the road, and then I looked

12    across and there was this -- where the address was, which

13    looked very well appointed, reputable looking business.  So I

14    decided to go.

15    Q    Had you ever gone and had your fortune told or palm read

16    previously?

17    A    Yes, I'm quite a spiritual person myself, so I do

18    believe in this.

19    Q    When you say you're a spiritual person, what are your

20    beliefs or were your beliefs at that time?

21    A    Well, my beliefs, I am a Christian.  I was brought up

22    with the Christian faith, but I just believe there's a bigger

23    picture, that we're all -- everything in life is energies and

24    vibrations, and that our bodies are more than what we see.

25    We're not just flesh and blood.  We have auras of energies
```

```
 1    within us.  We have a connection to God through these
 2    energies and Mother Earth.
 3    Q    Your holistic business, did that kind of involve some of
 4    these same concepts?
 5    A    Yeah, a little bit, because I do Reiki, which is
 6    involved in energies from one body to another for healing.
 7    Q    Reiki is like a massage, like a non-touching massage?
 8    A    Non-touching, yes.  It's just using your power of your
 9    energy.
10    Q    Did you believe that there were people with psychic
11    abilities that were --
12    A    Oh, yes, yes.
13           THE COURT:  Ma'am, Ms. Abraham, could you wait for
14    him to finish the question, please?
15           THE WITNESS:  Sorry.
16           THE COURT:  Thank you.
17           Could you repeat the question?
18           MR. STEFIN:  Yes.
19    BY MR. STEFIN:
20    Q    Do you believe that there are people that have psychic
21    abilities, clairvoyant or things of that nature?
22    A    Yes, I do believe.
23    Q    So you went into the shop?
24    A    Yes.
25    Q    And can you describe what you remember taking place?
```

```
 1    A     Well, there's a girl that received -- a lady that
 2    received me.  She introduced herself as Kate, and I asked if
 3    I could have some kind of a reading with her.  So she sat me
 4    down in a little cubicle, and she said she could offer me a
 5    palm reading, and I accepted that.  So she gave me the palm
 6    reading.
 7              MR. SCHWARTZ:  Your Honor, I'm going to object at
 8    this time based on hearsay.
 9              THE COURT:  Overruled at this point.
10              MR. SCHWARTZ:  And I ask that the Government
11    connect it up under 801(d)(2)(E).
12              THE COURT:  Can I see counsel over here, please?
13         (The following proceedings were held at sidebar:)
14              THE COURT:  Is this Kate, is this a codefendant?
15              MR. STEFIN:  No, this is just preliminary, and it's
16    not being offered for the truth, and it's part of the res
17    gestae of the offense that various representations are made
18    by various people.
19              THE COURT:  Who is Kate?
20              MR. STEFIN:  Someone who was in the shop that first
21    day.  She will testify that she had a palm reading with Kate,
22    and then when she came -- Kate gave her certain instructions
23    to come back, and when she came back she was referred to
24    somebody else who will be identified as Nancy Marks.
25              MR. SCHWARTZ:  And, Your Honor --
```

Case 9:11-cr-80072-KAM   Document 1057   Entered on FLSD Docket 11/13/2013   Page 62 of 252


```
 1                 THE COURT:  Yes.

 2                 MR. SCHWARTZ:  If I might have a continuing

 3     objection, Kate is preliminary, but I wanted at the earliest

 4     possible time to be able to object and have a continuing

 5     objection.  I don't believe the Government can prove up the

 6     existence of a conspiracy.  If they can't, then statements by

 7     alleged coconspirator, if they're in furtherance of the

 8     conspiracy offered for the truth contained therein, are

 9     hearsay and shouldn't be admissible.  Some things they're

10     saying are lies, some things they're saying were just said.

11                 Some were offered for the truth.  Such as, send

12     money to this bank account and things of that sort.  I'd like

13     to object now.  If Your Honor wishes each time it happens I

14     can get up and object, but if Your Honor allows me a

15     continuing objection, I will have that.

16                 At some point I'm going to ask that Your Honor

17     considers a dismissal, because the Government is presenting

18     these, quote, James statements at their own risk, subject to

19     connecting up a conspiracy.

20                 THE COURT:  Well, I think you know the law in the

21     Eleventh Circuit permits the statements to be offered subject

22     to being tied up at -- by the end of the Government's case.

23                 MR. SCHWARTZ:  Uh-huh.

24                 THE COURT:  So at this point I'm going to allow the

25     Government to admit alleged coconspirators' statements in
```

```
 1    furtherance of the conspiracy on the assumption that they'll
 2    be able to present sufficient evidence to establish that
 3    there was a conspiracy, which would permit the otherwise
 4    hearsay statements to be admitted.
 5              MR. SCHWARTZ:  Uh-huh.
 6              THE COURT:  At this point, I don't know that
 7    anything's being offered for the truth, so I'll overrule the
 8    objection at this point, even though this person's not
 9    considered a coconspirator.
10              You're not actually saying this person Kate is a
11    coconspirator, are you?
12              MR. STEFIN:  No.
13              THE COURT:  So I'm going to allow it as just for
14    the purpose of establishing that these statements were made
15    and not for the truth of any of the statements.  If you have
16    any objections beyond that, beyond the coconspirator hearsay
17    statement, you need to assert it.
18              MR. SCHWARTZ:  I just don't know if you want me
19    each time to alert you that I have an objection or do you
20    want me just to have a continuing objection?
21              THE COURT:  I'll allow you to have a continuing
22    objection, but if you have an objection over and above that,
23    if there's some other objection beyond that, you need to
24    state it.
25              MR. SCHWARTZ:  Okay.
```

```
 1                    THE COURT:  Otherwise, I'm not going to be able to

 2     have -- rule on it.

 3                    MR. SCHWARTZ:  I understand.  I just want things to

 4     run smoothly.  That's why I'm asking.

 5                    THE COURT:  Thank you.

 6          (Sidebar conference concluded.)

 7                    MR. STEFIN:  May I proceed?

 8                    THE COURT:  Yes.

 9     BY MR. STEFIN:

10     Q     So you said you asked for a palm reading with Kate?

11     A     Yes.

12     Q     And by a palm reading, what does that entail?

13     A     She just literally reads the lines from your hand and

14     gives you an interpretation of those lines.

15     Q     All right.  I'm having trouble hearing you.  I don't

16     know if anybody else is.  So if you could just speak into the

17     microphone as best you can.

18     A     Okay.  Can you hear me now?

19     Q     I can.

20                    Did you have a conversation with Kate during that

21     session?

22     A     Yes, because as she was telling me what my palm was

23     saying, we were -- yes, we were having a conversation.

24     Q     Do you have any recollection of what Kate looked like?

25     Do you remember that now?
```

1    A    I seem to remember her with long brown hair, quite

2    attractive lady, youngish.  I'm not very good at guessing

3    ages, but somewhere, could be early forties, late thirties,

4    but I can't remember much about her looks.

5    Q    And I had asked you this.  So when you started talking

6    about yourself, what were you telling her?  Were you telling

7    her about the situation or . . .

8    A    Well, she was saying that she felt there was some kind

9    of sadness around me.  She said there was a lot of envy

10   around me, a lot of negativity, deep negativity, and what

11   could that possibly be.  So I told her, well, my sadness may

12   be my situation with my marriage, so I hadn't been happy for

13   some time, and maybe that's what she could see?

14   Q    And did she ask you to do anything or did she offer to

15   do anything?

16   A    She said there was deep negativity and that this needed

17   looking into more, and she offered me that if I brought in a

18   little object, something personal to me, that object would be

19   taken away, and it would then involve very deep meditation on

20   her behalf, maybe for a couple of days, to find out what this

21   deep negativity involved, and if I wished to do that.  That's

22   what I had to do, is bring in this object.  There would be a

23   fee for that.

24   Q    All right.  And did you pay a fee for your first visit,

25   did you recall?

```
 1    A    About $50 for the palm reading.

 2    Q    And did you indicate whether or not you were willing to

 3    come back?

 4    A    I said I would think about it.  If I wanted it I would

 5    come back the next day.

 6    Q    Did you, in fact, return the next day?

 7    A    Yes, I did.

 8    Q    And did you bring some personal item with you?

 9    A    Yes, just a small bottle of perfume.

10    Q    A good bottle of perfume?

11    A    Yes, Christian Dior.

12    Q    Something that had some value, in other words, to you?

13    A    Oh, it had value to me, yes, but it was something that I

14    kept with me most of the time, because that's what she

15    required.

16    Q    On the first visit how long do you recall that you spent

17    with Kate?

18    A    Maybe 30 minutes.

19    Q    And so you said you came back the next day?

20    A    I came back the next day, but it wasn't Kate that was

21    there.  I was introduced to another lady who, she introduced

22    herself as Joyce Michaels.  She said sorry Kate wasn't there,

23    but Kate had told her to expect someone, and would I mind if

24    I took over the case?

25    Q    She asked you, this person who said she was Joyce
```

```
 1    Michaels, said would you mind if she took over the case?

 2    A    Yes, and obviously I wanted to go ahead with it, because

 3    I was there.  So she said she would do the meditation.  She

 4    took the item from me and I paid her her fee, and she told me

 5    to come back in a few days.

 6    Q    So she charged you again a second time?

 7    A    Yes, she charged me about 180.

 8    Q    180 U.S. dollars?

 9    A    Yes.

10    Q    What did she say she was going to do?

11    A    She was just going to -- well, it was deep meditation.

12    Q    Let me show you a photograph and ask you if you

13    recognize the person that identified herself as Nancy Marks.

14    I'm sorry, as Joyce Michaels.  I'm jumping ahead of myself.

15              MR. STEFIN:  May I approach, Your Honor?

16              THE COURT:  Yes.

17    BY MR. STEFIN:

18    Q    Let me show you what's been marked as Government's

19    exhibit 32-1, exhibit, and I'm going to ask you to look at

20    this photo and see if you recognize anyone?

21              MR. SCHWARTZ:  I'm sorry, Your Honor, I missed the

22    exhibit number.

23              THE COURT:  32-1.

24    BY MR. STEFIN:

25    Q    Do you recognize anybody in that photograph?
```

1    A    Yes, the lady on the right is Joyce Michaels.

2    Q    The lady on the left, do you recognize her at all in any

3    way?

4    A    No.

5         MR. STEFIN:  Your Honor, at this time we would

6    offer Government's exhibit 32-1.

7         THE COURT:  Any objection?

8         MR. SCHWARTZ:  Your Honor, I have no objection.

9         THE COURT:  Admitted without objection.

10   (Government's Exhibit No. 32-1 entered into evidence.)

11        MR. STEFIN:  Your Honor, by stipulation, the

12   witness has identified the photograph of Nancy Marks.

13        THE COURT:  Okay.  It's been admitted without

14   objection.

15   BY MR. STEFIN:

16   Q    And you said that the -- you have a screen there, as

17   well, right?

18   A    Yes.

19   Q    The woman on the right-hand side, what is she wearing?

20   A    She's wearing a blue denim jacket and a flowery skirt.

21   Q    And this is the person that you knew as?

22   A    Joyce Michaels.

23   Q    By the way, since I have this machine up, you went back

24   a second time, and then did you go back a third time, as

25   well, to this same shop?

```
1    A    Yes.

2    Q    Let me show you some photographs of a location and ask

3    you if you can identify them.  Showing you Government's

4    exhibit 30 composite.  Do you recognize the photographs

5    depicted in 30 composite?

6    A    Yes, that's the building.

7    Q    What do you recognize that to be?

8    A    That's the front of her office, her shop front as I

9    would call it.  Do you want me to go through --

10   Q    Just look at them all.  Do you recognize basically the

11   photographs?

12   A    Yes.

13   Q    And that's the shop that you're talking about on West

14   58th Street?

15   A    Yes, that's the shop.

16          MR. STEFIN:  The United States would offer

17   Government's exhibit 30 composite at this time.

18          MR. SCHWARTZ:  No objection, Your Honor.

19          THE COURT:  Admitted without objection.

20      (Government's Exhibit No. 30 composite entered into

21   evidence.)

22          MR. STEFIN:  May I publish?

23          THE COURT:  Yes.

24   BY MR. STEFIN:

25   Q    That first photograph, that's in front of the shop?
```

1    A    Yes.

2    Q    That's the sign out front, the photograph I'm showing

3    you now?

4    A    That's the sign, yes.

5    Q    And can you read that?

6    A    "Laws of Attraction Guided by Psychic Joyce Michaels,

7    Walk-ins Welcome."

8    Q    And can you read that?

9    A    "Laws of Attraction, Guided by Psychic Joyce Michaels,

10   telephone number (212)750-4634, Walk-ins Welcome."

11   Q    So you said, now, this is your second visit to the shop,

12   you came back with that bottle of perfume and you met Joyce

13   Michael?

14   A    Yes.

15   Q    You paid her $180?

16   A    Yes.

17   Q    What did she tell you to do, anything in particular?

18   A    No, just to come back in a few days.

19   Q    Did you do that?

20   A    Yes, I did.

21   Q    Were you staying in a hotel in Manhattan at this time?

22   A    We have a property in New Jersey.  So it's an apartment

23   there.

24   Q    So you came back into the city?

25   A    Yes.

1    Q    And when you came back, did you go to the same shop?

2    A    Yes.

3    Q    And who did you meet or see when you were there?

4    A    It was Joyce Michaels again.

5    Q    The same lady that --

6    A    Yes.

7    Q    And when you sat down with her did she have any

8    information for you?

9    A    Yes, she did.  She told me the results of the

10   meditations, that, she told me that my husband was not my

11   soulmate, and he was very controlling, domineering, and that

12   she had gone through a regression, that in another life, it

13   was in the 1600s, I was a male warrior, and there was this

14   other person who was a male warrior, too.  We were great

15   friends, but this great friend was very jealous of me because

16   I won a lot of battles and he lost a lot of battles, and he

17   tricked me one day to help me win a battle for him, and, in

18   fact, he murdered me instead.

19            And she said this warrior that murdered you is

20   actually your husband in this life.

21   Q    And did she give any further advice or information?

22   A    Yes, she said he has control over me, and if I ever try

23   to leave him, he would just destroy me.  He would leave me

24   with nothing.  He would not be fair with me, and I

25   couldn't -- I couldn't do this alone.  So she said, I would

 1   like to help you, because you can't do this alone, and I can

 2   give you the guidance and help you through this.

 3   Q    What, if anything, did she say about this event in the

 4   16th century having an effect on your life now?

 5   A    Well, she said it was a curse, and it was a curse that

 6   had to be broken.  In fact, there were two curses, because

 7   she came up with another one where it affected all the

 8   females in my side of the family, and that if this curse

 9   wasn't broken, that it would pass on to my daughter.

10   Q    And how old was your daughter at that time?

11   A    She's 27 now, so that was two years previous, 25.

12   Q    And how did that make you feel when she told you this

13   curse?

14   A    Well, obviously I wanted all that to go away.  It was

15   just -- it was disturbing.

16   Q    Did she, in this meeting -- strike that.

17        Did she tell you how she would be able to help you

18   break this curse?

19   A    Yes, I asked her what we can do.  She said, well, I deal

20   with numbers.  That's my tool of work.  It would -- the

21   numbers meant money.  She would -- she had to -- the figure

22   that she came up with was in nines, so it would need -- I

23   would need to give her 9000.  She said it's not my fee, it's

24   just the tool that I need to use to work with to break these

25   curses.

1    Q     And how did you respond when you said she needed $9000?

2    A     I said I don't have $9000, and she said, well, you got

3    credit cards, have you got -- I said I don't have money,

4    myself.  It's our money, my husband and I.  She said, well,

5    it doesn't have to be -- it doesn't have to be paid all at

6    once, it can be done gradually, but I need 950 now as just a

7    holding deposit to start the work.  So I gave her that on a

8    credit card.

9    Q     Now, you said she told you that this was not a fee?

10   A     She told me it was not a fee, no, it was not a fee.  It

11   was just a holding deposit, because money has to be cleansed,

12   and the money would come back to me.  I asked her about a

13   fee, and she said not to worry about the fee because she's

14   doing God's work, and the more people she helps, which she

15   has helped in the past, but the more people she helps, God

16   would make her stronger.  And all she required was a donation

17   or a simple thank you for the work that she would be doing

18   for me.

19   Q     And you had already paid her a fee of $180 for the

20   meditation?

21   A     Yes, I paid her the 180.

22   Q     So did you charge up your credit card at the shop?

23   A     Yes.

24   Q     For the $950?

25   A     Yes.  I may have given her some cash, as well, but I

1    can't remember.  But I certainly did the transaction.

2    Q    Did she mention -- tell you much about herself or make

3    any claims about herself, how she is able to do work that

4    involves lifting curses from people?

5    A    She said she was a psychic.  She was very spiritual.

6    She believed in all religions.  She had to learn all

7    religions because every denomination is different that comes

8    to her.  She helps hundreds of people all around the world.

9    Q    How long did you spend on this occasion with Joyce?

10   A    Quite a while.  Maybe, possibly an hour, possibly.  I

11   can't remember.

12   Q    And, again, for this 900 -- strike that.

13        Did she indicate that she was going to need more

14   than 900?

15   A    Oh, yes.  She said when you get back to -- when you get

16   back home, you can send me wire transactions.  That's what

17   people do.  I have clients all around the world, and they

18   send money by wire.  And I could reach the 9000 at some

19   point, but she would start the work now.

20        MR. SCHWARTZ:  Your Honor, just, I would repeat as

21   to those particular statements the same objection I had

22   before.

23        THE COURT:  All right.

24        MR. SCHWARTZ:  And I ask for the continuing

25   objection.

```
 1              THE COURT:  All right.  Overruled.
 2   BY MR. STEFIN:
 3   Q     Now, did you arrange to come back for another visit, or
 4   how did you leave it with her as far as continued contact?
 5   A     No, we continued to do the contact by telephone after
 6   that.
 7   Q     And how did that happen?
 8   A     I called her.  We made an appointment.  Because of the
 9   time difference, it was usually first thing in the morning
10   for her and late afternoon for me in Spain.  So I called her.
11   Q     And so after this last visit that you just talked about,
12   how long after that did you return back to Spain?
13   A     By that time it was only a few days away, and I was
14   going back.
15   Q     And once you got back to Spain, did you maintain this
16   communication with Joyce?
17   A     Yes, I called her most days.  She required me, she
18   needed to have the contact with my energy, so we wouldn't go
19   much longer than three days without speaking.
20   Q     You said -- you used the word "required"?
21   A     She needed my energies.  She needed to have my energies
22   close with her.
23   Q     And let's say the first few weeks or so back in Spain,
24   how often were you then contacting her?
25   A     Most days, every other day or every third day.  It all
```

1    depended on where I -- what I was doing and whether --

2    because I couldn't ring from the house, so I had to go out

3    and call her from my mobile phone.

4    Q    Why couldn't you call from the house?

5    A    Because my husband was there.  I didn't want him hearing

6    this conversation.

7    Q    Did she make any comments to you about telling or not

8    telling other people?

9    A    She said I mustn't discuss it with anyone.  She didn't

10   want outside influences disturbing her work.

11   Q    So you would call on your mobile phone?

12   A    Yes.

13   Q    And how long were these conversations?

14   A    They were only very short conversations.  She would give

15   me some kind of instruction as to burn certain candles and

16   incest (sic).  There was one where I had to collect nine of

17   each coin in my currency, nine of every single coin.  I had

18   to buy a white sheet to meditate, and I had to do these

19   certain meditations.

20   Q    Were you following her instructions in doing these

21   rituals?

22   A    Yes.

23   Q    What about the remainder of the $9000?  Did you have a

24   way to get that money to her?

25   A    I had to wire it to her.  It was a little bit difficult

```
 1   initially because I didn't have my own bank account, so I had

 2   to do it from my joint account, and I had to get help from my

 3   husband's PA, personal assistant, to help me with that.  I

 4   didn't tell her what it was for, but I just told her I needed

 5   some money, and she actually helped me with the first

 6   transaction.

 7   Q    So you were able to wire money from your joint bank

 8   account with your husband?

 9   A    Yes.

10   Q    Did your husband notice it or say anything?

11   A    No, because the reason I had to tell his personal

12   assistant, because she had control over that account for him.

13   He never really checked it himself.  She was doing all the

14   checking of it.

15   Q    Did Joyce give you any instructions as to how to go

16   about getting money out of your husband's account?

17   A    I don't understand the question.  She -- she just asked

18   me to do the transaction to her.

19   Q    Did you have any conversations with her about the fact

20   that you needed to work through the personal assistant?

21   A    Oh, yes, I told her that.  Yes, she said, oh, well,

22   don't worry about that, I'll make sure that nothing will come

23   of that.  She will just do it.

24   Q    And so you were able to successfully transfer the amount

25   of money she said?
```

```
 1   A     Yes.

 2   Q     And after you had accomplished that, how -- describe the

 3   ongoing nature of the relationship that you had with --

 4   A     Well, as her work was deepening, she was telling me that

 5   my husband is evil and that he was -- he had a secret life,

 6   and there was a child involved that he was supporting in this

 7   secret life.  He was hiding money from me.  She was just

 8   making him out to be an evil person.

 9   Q     Was there any further conversation relating back to the

10   16th century curse or . . .

11   A     No, she never mentioned that, but she put that in my

12   mind, that that's what he was capable of doing, and I had to

13   break this curse because if I didn't break it now, it would

14   go on for another nine years, and I wouldn't be able to do

15   anything about it.

16   Q     So when she was telling you these things about your

17   husband, telling you that he was evil, he had a secret life,

18   he was paying for another child --

19   A     Yes.

20   Q     -- hiding money, did you believe that based on what she

21   was telling you?

22   A     Yes.  I was believing everything.  I did believe in her

23   a hundred percent.  I was believing it, yes.  It could have

24   been feasible.

25   Q     Did any of this ever pan out to be true as far as you
```

```
 1   know?

 2   A    No.

 3   Q    But at the time you were believing this?

 4   A    I was believing hundred percent, yes.

 5   Q    Did you even at some point confront your husband with

 6   some of these accusations?

 7   A    Yes.

 8   Q    What did you say to him?

 9   A    I just asked him if he was having an affair and has he

10   got another child, and he said no.

11   Q    Did you believe him then?

12   A    No.

13   Q    What, if anything, did she tell you about his power over

14   you?

15   A    Yes, she said he had great power over me.  This was part

16   of the curse, and I couldn't -- I couldn't break that myself.

17   She would have to do the work through God to break this

18   curse, and that's what she was working at.

19   Q    And when she said she had to do the work, did she tell

20   you what that meant, or what did you understand that to be?

21   A    I understood that to be that she was meditating, and she

22   had a connection with the spirit world, and it was giving her

23   more psychic powers, and she was renewing the energies.  The

24   energies were law of attraction, which is, the more positive

25   energies you give out, the more positive energies you
```

```
 1    receive.
 2    Q     Did she give you a number that she needed to have which
 3    was now going beyond -- above and beyond the $9000?
 4    A     Well, when it was going beyond -- when I was finally
 5    reaching that, she came up with that there was also something
 6    else where my husband joined some kind of cult when I tried
 7    to leave him before.  He wanted to make sure that the
 8    marriage stayed fixed, and he joined this cult, and he had to
 9    pay money to someone to ensure that the marriage would not
10    break, and to break this curse, she would need 6660.
11    Q     Dollars?
12    A     Dollars, yeah.
13    Q     All numbers are in dollars.  We're not talking pesadas
14    here?
15    A     We're in Euros.
16          I told her I couldn't come up with this sort of
17    money, and I didn't know -- she said, well, it's all going to
18    go backwards, all the energies we put into it so far will go
19    backwards and turn negative.  So I stopped the conversation,
20    went away to think about it.  I called her the next day and
21    said look, I want all this to stop, and I want you to send me
22    my money back that you've got holding now, because I can't
23    manage this six hundred and six, whatever it was.  And she
24    said do not gamble with your life, this is your life, and
25    your life is going to be destroyed if you don't continue
```

```
 1    this.
 2           And she said you don't have to send the money again
 3    straight away, but we'll continue -- I will continue the work
 4    for you.  Maybe by the end of the year it will all be over,
 5    and you will be renewed with your energies, your money will
 6    be cleansed and sent back, and you can move forward with your
 7    life.  Do not gamble all this away now.  Don't let money be
 8    the object to stop you now.
 9    Q    So did you then continue on with her based on that
10    conversation?
11    A    Yes, I did.  I said it might be some time before I can
12    send you more money, but I'll continue with it.  And all the
13    time she --
14    Q    I'm sorry?
15    A    I had opened up one bank account myself by then, but as
16    it progressed she was saying this is ridiculous that you
17    haven't got your own money.  Why are you letting him do this
18    to you?  You need to be independent.  You need money.  What
19    is it you're doing?  How are you letting him do this to you?
20    So it was making me think, yes, he should be giving me more
21    money, why isn't he.  So she was controlling my thoughts in
22    that way.
23    Q    Did she egg you on or encourage you to do something
24    about that?
25    A    Yes.  I mean, she told me to ask him for more money.  I
```

1    needed to feel independent.

2            By the time New Year, around about New Year time

3    came, I was then asking -- I was asking for money for myself

4    to be independent.  Yes, she wanted me to have my own money

5    and my own account.

6    Q    And were you working at this time or not?

7    A    No.

8    Q    And you said you hadn't worked for how long?

9    A    Quite a few years.

10   Q    And you were being supported by?

11   A    My husband was supporting me.

12   Q    So did you raise the issue with your husband about

13   having your own bank account?

14   A    Yes, I did.  At the beginning of 2011, I had asked --

15   she asked me to ask him for a certain number.

16   Q    What number did you tell her -- you to ask him for?

17   What number did she --

18   A    She asked me to ask him for 300,000.  It had to be this.

19   His power was so strong.  The reason it was a lot of money is

20   because she told me money means everything to him.  Money is

21   the root of all evil, and we have to fight fire with fire.

22   So it has to be that amount.

23           And I didn't ask him for that amount.  I couldn't

24   ask him for that amount, but he said he would give me

25   something.  This is while we were in discussions of maybe

```
1    having some time out.  She suggested you need some time out
2    together, away from each other.
3    Q    And were you discussing that with your husband?
4    A    Yes.  More or less, yes.
5    Q    So you couldn't ask him for $300,000, but --
6    A    No.
7    Q    -- how much were you able to ask him, felt you could ask
8    him for?
9    A    Well, he actually suggested, well, I could give you
10   50,000.
11   Q    And did you then open your own bank account?
12   A    Yes.  We had -- we had already got an existing account
13   in the Isle of Man, so we said, well, we can open up a
14   separate account, not another Spanish one, but if you want to
15   have an account alongside the joint account of your own
16   there, I will put the money in there for you.
17   Q    The Isle of Man, is that -- where is that?
18   A    It's just off England.  It's just across the water.
19   Q    Is it part of the British Commonwealth?
20   A    Yes, I think so.
21   Q    What bank were you banking with there?
22   A    It's called the Standard Bank.
23   Q    Standard?
24   A    Standard.
25   Q    Money that's kept there I would assume is in what
```

```
1    currency?

2    A    It's in pounds sterling.

3    Q    British pounds?

4    A    Yes.

5    Q    So once you opened the bank account at the Standard

6    Bank, and after -- did you say your husband then transferred

7    some money?

8    A    Yes, but we had gone through -- there was certain things

9    that were happening before that, because my house was up for

10   renovation, and we would both have to come out of the house.

11   So we would have to go live somewhere else.

12          So Joyce said to me this is a good time for you to

13   maybe just have some time out without each other, and you

14   tell him you want your own apartment.  But that wasn't until

15   April that that happened.  There was some events happened

16   before that.  February, for instance, that was a very

17   difficult time for me, because my father died, and --

18   Q    Where was your father living when he died in February?

19   A    In the UK.

20   Q    So at this time, you hadn't separated from --

21   A    No, we were not separated then, but my father died, and

22   my mother just went to pieces, so I had to go over to help

23   her.

24   Q    All right.  And so both your parents were living in

25   England at that time?
```

```
 1    A    Yes.

 2    Q    And how old was your dad when he died?

 3    A    I think he was 79.

 4    Q    And how old was your mom?

 5    A    My mom is 81 now, so -- she's 81 now.  This is two years

 6    ago now.

 7    Q    And you said your mom went to pieces?

 8    A    Yes.

 9    Q    How about your -- what about you?

10    A    Well, it was very difficult for me, as well.  It was a

11    hard time, yes.

12    Q    So you went to England to help your mom?

13    A    To help my mom, because the only thing my father left

14    her was the house that he lived in and a little property on

15    the coast that they used to go to.  So I went over there to

16    help her sell it, and we did manage to sell it.  It was only

17    worth, what, $50,000, but that's what we sold it for.

18    Q    And, again, in U.S. dollars, 50,000 or 50,000 pounds?

19    A    $50,000, yes.  It was about 35,000 pounds.

20    Q    This was a house that your folks lived in, or this was

21    something --

22    A    No, they just visited.  It was on the coast.  It was

23    like little holiday thing.

24              THE COURT:  Ms. Abraham, can you please wait for

25    him to finish the question before you start answering --
```

```
 1                    THE WITNESS:  I'm so sorry.
 2                    THE COURT:  -- because it's very difficult for the
 3       court reporter to keep track of what's being said if you're
 4       speaking at the same time he's speaking.  Could you try and
 5       wait, please?
 6                    THE WITNESS:  Sure.
 7                    THE COURT:  Thank you.
 8                    MR. STEFIN:  Thank you, Judge.
 9       BY MR. STEFIN:
10       Q    So this was a cottage that -- separate and apart from
11       the residence that your parents lived in?
12       A    Yes.
13       Q    By the way, was your father's death, was that a sudden
14       death, or was that something you . . .
15       A    He had been ill for quite some time, and I knew from the
16       November previous that he was giving up a little bit.  He had
17       COPD, and he had had a massive heart attack in 2000 which
18       resulted in him having a triple bypass.  And from then on, I
19       think his health started to deteriorate from then, but it was
20       over these last few -- those last few years where it was
21       really quite difficult for him.  So I was expecting it, but
22       my mother, not really.
23                    I mean, they had been together 60 years, and she
24       just thought they're going to be together forever and ever,
25       you know.  That was the relationship they had.
```

```
 1    Q      And your mom's still alive, correct?

 2    A      Uh-huh.

 3              THE COURT:  Is that a "yes"?

 4              THE WITNESS:  Yes.

 5    BY MR. STEFIN:

 6    Q      By the way, up until your dad died, how often are you

 7    talking to this psychic, Joyce?

 8    A      Well, I told her before, when I was going over I told

 9    her about his death, and I said I'll probably not be able to

10    contact you until I get back from the UK.  So she said that

11    was fine.  So as soon as I got back I contacted her and told

12    her all about it and, you know, the money from the property,

13    that I was able to get that for my mother, and she seemed

14    very concerned at the time about what was happening with my

15    mom.

16    Q      In fact, what did you believe your relationship was with

17    Joyce during this time?

18    A      She had become my best friend.  I trusted her.  She was

19    helping me, or I believed she was helping me.  So I trusted

20    her.  Everything she asked me to do, I did.  We had, you

21    know, just friendly conversations.  She wanted to know

22    everything about me and everybody that had a contact with me,

23    all my friends.  She wanted me to send her items or

24    photographs of people that were -- had even a slightest

25    connection in my life.  She just wanted to know everything.
```

```
 1              She says it's all to do with the energies, the
 2    positive energies that she needed to work with, so I sent her
 3    numerous things.
 4    Q    Numerous things such as?
 5    A    Photographs, photographs.  She wanted a photograph of my
 6    personal assistant, she wanted photographs of all my friends
 7    or an object from them.  So I sent an item from my mother had
 8    given me, something of my husband's, photographs of friends,
 9    family, things like that.
10    Q    How would you send those?
11    A    By mail to that address on 58th Street.
12    Q    Do you remember the address or do you need records to
13    look?
14    A    I think it's 21 58th Street, New York.
15    Q    So after you told her about the money that was generated
16    from the sale of your dad's house --
17    A    Uh-huh.
18    Q    -- what, if anything, did she tell you about that money?
19    A    She didn't say anything initially, but when we were
20    trying to make this 300,000, she was pushing me to ask all
21    the time -- by that time I had separated from my husband.  I
22    was in an apartment.  But she was pushing me to --
23    Q    Hold on one second.
24              So your dad died in February?
25    A    Yes.
```

```
 1    Q     And when did you separate from Michael?

 2    A     End of March, beginning of April.

 3    Q     And did you actually -- well, you got your own place, or

 4    did you stay in the place?

 5    A     My husband organized an apartment for me.

 6    Q     And at this point did you already have that new bank

 7    account that had been established for you?

 8    A     That was when it was opening, and she said, let me know

 9    as soon as the money is coming there.

10    Q     What'd she say you would have to do with the money?

11    A     I would immediately have to send it to her.  I couldn't

12    use that bank account, because that money was from evil

13    sources, negative sources.  She would have to take the money

14    and cleanse it so it could come back to me with positive

15    energy, not dark energy.  So as soon as the money came into

16    the account, I sent it to her, and I wasn't allowed to use

17    that account.

18    Q     So did you actually ever use that account for your own

19    personal use?

20    A     I couldn't use it.  I couldn't, no.

21          THE COURT:  Ma'am, you need to wait for him to

22    finish, please.

23          Repeat the question.

24          MR. STEFIN:  Yes.

25    BY MR. STEFIN:
```

```
1    Q    So did you actually use that account for yourself?  You

2    were living on your own now.

3    A    Yes, I couldn't use that account.  I was using my normal

4    Spanish account which my husband was putting money in for

5    daily living.  This money that was going into my other

6    account, I was telling -- she told me to tell him this was

7    for my future independence.  I needed to feel independent,

8    for if we did get back together I would be going back for the

9    correct reasons, and that I wanted to feel independent.  When

10   she was asking me to ask him for more and more, he was

11   inquiring why I needed more and more, and she said to tell

12   him that you want to buy property, you want to buy a

13   business, whatever, but you need money.

14   Q    And did you do what she instructed, told you to do?

15   A    Yes.

16   Q    You told your husband you were looking to buy or needing

17   to buy property?

18   A    I said I wanted the money in case I ever wanted to buy

19   property, that I would have money to do that.

20   Q    In reality, what did you know the money was going to be

21   used for?

22   A    Well, I knew she was going to be asking for it to be

23   cleansed, so I would have to send it to her.  And then when

24   all her work was completed, she would send it all back to me,

25   and I would be able to move forward with my life.
```

```
 1    Q    So how many times were you successful in having your

 2    husband transfer more money to you in that separate account?

 3    A    He sent me three lots of 50,000 Euros, and that was it.

 4    I asked for more, but he said there was no more, that was it.

 5    Q    So -- and Euros are valued at a higher rate than

 6    dollars?

 7    A    Euros is lower than dollars.

 8    Q    Okay.

 9    A    So I don't know what the --

10    Q    How much did it come out to in U.S. dollars

11    approximately would you say?

12    A    In total what I sent?

13    Q    Well, in total what your husband transferred to you at

14    this point.

15    A    2000 -- 200 and something thousand, 250,000.

16    Q    All right.  Well, I'm not asking you to guess.

17             You did keep some bank records and things that

18    you've furnished to us, right?

19    A    Well, I think I made the 300,000.

20    Q    All right.  But in terms of the -- and, again, just in

21    terms of how much your husband -- you said three batches of

22    50,000.

23    A    Yes.

24    Q    $50,000 or Euros, did you say?

25    A    He sent me 50,000 Euros each, on each payment.
```

```
 1   Q     And what -- and --

 2   A     So that's 150,000.

 3   Q     Okay.  And what did you do with all of that money?

 4   A     I sent it all to Joyce.

 5   Q     Did she give you any timeframe as to how long it would

 6   take before you would get all this money back?

 7   A     August.  The end of August, that was her limit.  She had

 8   put a time on it, and at the end of August all this money

 9   would come back.  So I was struggling to make the numbers.

10   She was asking me, is there any way you can borrow the money.

11   We need to make this figure or this is all going to go

12   backwards.  But if you can make this figure, then in August

13   everything will be fine and you can move on.  So I was

14   struggling, and she was asking me if I could borrow some

15   money to make up the numbers.

16            THE COURT:  Mr. Stefin, why don't we break for

17   lunch.

18            All right.  Ladies and gentlemen, let's take our

19   lunch recess.  Please don't discuss the case or form any

20   opinions, leave everything at your seat, and we will see you

21   at 1:15.  All right?

22            Thank you.

23       (The jury exits the courtroom.)

24            THE COURT:  Ma'am, we're going to take a lunch

25   break.  Please don't discuss your testimony with anyone
```

```
 1    during the break.  All right?

 2              We'll see you at 1:15.  Thank you.

 3              MR. STEFIN:  Judge, does your rule include the

 4    prosecution, not to discuss it with us, as well?

 5              THE COURT:  Well, she can't discuss her testimony.

 6              MR. STEFIN:  Okay.

 7              THE COURT:  She can't talk about her testimony any

 8    further.  I mean, she's already on the -- you should have

 9    done all your prep beforehand.

10              MR. STEFIN:  I'm not saying I need to.  Some judges

11    allow us to do that and some --

12              THE COURT:  No, I don't think you should be talking

13    to her about her testimony.  You can talk to her, but you

14    can't discuss her testimony until she's finished.  All right?

15    Thank you.

16      (A recess was taken from 12:03 p.m. to 1:17 p.m., after

17    which the following proceedings were had:)

18              THE COURT:  Good afternoon, please be seated.

19              All right.  We're back on the record.  Ms. Marks is

20    present with counsel.

21              We're ready to proceed?

22              MR. SCHWARTZ:  Yes, Your Honor.

23              MR. STEFIN:  Yes.

24              THE COURT:  Let's bring the jurors in, please.

25              And, ma'am, you're still under oath.
```

```
 1                THE WITNESS:  Okay.

 2                THE COURT:  Thank you.

 3                Try and remember to wait for the question to be

 4      finished before you start speaking.

 5           (The jury enters the courtroom, after which the following

 6      proceedings were had:)

 7                THE COURT:  Welcome back, everyone.  Please be

 8      seated, ladies and gentlemen.

 9                Mr. Stefin, you may continue.

10                MR. STEFIN:  Thank you, Your Honor.

11      BY MR. STEFIN:

12      Q    Ms. Abraham, one thing you had mentioned before the

13      break was that Joyce Michael, the person you knew as Joyce

14      Michael, would ask you for details about things going on in

15      your life and in connections to other people?

16      A    Uh-huh, yes.

17      Q    You have to answer yes or no.

18      A    Yes.

19      Q    At some point did you have any conversations with her

20      about life insurance?

21      A    She asked me if we -- if we were insured on my husband's

22      death, and I told her that he was insured for 4 million.  I

23      don't know whether that's dollars or Euros.

24      Q    And what, if anything, did she say about that?

25      A    She said could I get hold of the -- well, could I get
```

```
 1   hold of the documents.  I said I probably couldn't.  They
 2   would be filed away somewhere probably in my husband's
 3   office.
 4   Q    Was this before or after you had already become
 5   separated from your husband?
 6   A    After.
 7   Q    And did you ever comply with that request to get ahold
 8   of your husband's will or his -- or the insurance documents?
 9   A    No.
10   Q    Now, you mentioned this~-- the conversation in which she
11   said that she needed to get this $300,000 together by August;
12   is that correct?
13   A    That's correct.
14   Q    And at this point you had received money from your --
15   through your husband?  He had transferred money to you, you
16   said it was about 150,000?
17   A    That's correct.
18   Q    And did she have conversations with you about getting
19   more money and finding sources for more money than that?
20   A    Yes, she did.  She asked me if I could borrow money, and
21   she asked me if I would borrow the money from my mother when
22   we purchased (sic) the property, would I borrow that money,
23   and I told her I couldn't do that.  My mother was in pieces,
24   and she's very bereaved.  I can't ask her.  She asked about
25   three times about this.
```

```
 1    Q    You said money that -- from the house that you purchased

 2    or money that --

 3    A    Sorry, the property that I sold for my mother, we

 4    managed to get about 35,000 pounds, which is about $50,000,

 5    and that's all the money she has for the rest of her life.

 6    Q    And did you tell her that, that this was the rest of the

 7    money that your mother had in her life to support herself?

 8    A    Oh, yes, she knew that.

 9    Q    And what did she tell you she wanted you to do with that

10    money?

11    A    She want -- she asked if I would ask her if I could

12    borrow it.

13    Q    You said you --

14    A    I did refuse, but then she said to me, but your mother

15    loves you very much, and she would do anything for you, and

16    if you -- if she was helping you in this way, when the money

17    came back to her she'd be able to move on and her suffering

18    would go away.

19              I'm so sorry.

20              THE COURT:  That's all right.  Take your time.

21    BY MR. STEFIN:

22    Q    That's all right.

23    A    So I went ahead and I arranged it and had it sent to

24    her.

25    Q    Did she tell you what to tell your mother about the
```

```
 1    money and what you needed it for?

 2    A    Yes, she said just to tell her that it's an investment

 3    for you.  It's to help you.  It's an investment for you.  And

 4    you would be able to give it back.  It would only be for

 5    about three weeks, and you could return it to her.

 6    Q    So you went and asked your mother for the money?

 7    A    Yes, I did.

 8    Q    And you told her that?  You repeated what she had told

 9    you to say?

10    A    Yes, I did.

11    Q    Did you believe her when she told you that you would get

12    it back in a few weeks?

13    A    Absolutely.

14    Q    Would you have given her this money otherwise if you

15    didn't think you were going to get it back?

16    A    No way, no.

17    Q    Were you able to get this money yourself, or did you

18    need your mother's assistance to remove the money from her

19    bank account?

20    A    I needed my mother's assistance.  She had to go to

21    the -- it was in a building society.  She had to go and take

22    ID and details, bank details, and I spoke to them by phone

23    from Spain and arranged -- I arranged the transaction and my

24    mom just signed it off.

25    Q    And do you remember where the money was forwarded to?
```

1    A     Joyce Michaels Consulting, Inc.

2    Q     And this occurred approximately when, do you recall?

3    A     The end of July, beginning of August.

4    Q     And what did she tell you was going to happen in August?

5    A     That by the end of August, everything would be final,

6    her work would be done, the energies would be cleared, the

7    money is cleansed, to be recycled as she called it.  It would

8    be taken from that account and sent back to me.

9    Q     And you believe -- at this point in time you had given

10   her a total of approximately how much money since you first

11   started with her?

12   A     In excess of $300,000.

13   Q     So August rolls around.  What happens?

14   A     It was about the middle of August, and I tried to

15   contact Joyce, and I couldn't get hold of her.  It was just a

16   voicemail.  So I left various messages and kept trying and

17   trying until the voicemail was filled up and it wasn't taking

18   any more messages.  So I knew there was something wrong, and

19   I tried to find her from different sources and ended up on

20   the Internet Googling her name and her company and --

21   Q     Don't tell us what you read on the Internet, but based

22   on what you saw on the Internet about Joyce Michaels, did you

23   call anybody or contact anybody?

24   A     I -- there was an article a journalist had written, and

25   I tried to contact the journalist.

```
1    Q     Did you actually reach the journalist?

2    A     Yes, I did.

3    Q     And did he refer to you somebody?

4    A     The journalist was a female, and she referred me to

5    Larry Bardfeld.

6    Q     The United States Attorney's Office?

7    A     The United States Attorney's Office, yes.

8    Q     And did you actually call the U.S. Attorney's Office

9    from Spain to --

10   A     Yes.

11   Q     -- give them information?

12   A     Yes.

13   Q     And then after that were you contacted by other law

14   enforcement people that interviewed you on the telephone?

15   A     Not -- no.

16   Q     Do you remember being contacted by Ms. Beth Watts?

17   A     I'm sorry.  Yes, yes.

18   Q     And then you gave your information --

19   A     Yes.

20   Q     -- at that time?

21         Were you able to gather certain documents or

22   records pertaining to some of the financial transactions that

23   you've discussed here today?

24   A     Yes, I had all the records, the bank statements, all the

25   transactions, and I passed them on.
```

```
 1    Q     You provided them to us, to the United States Attorney's

 2    Office?

 3    A     Yes.

 4              MR. STEFIN:  May I approach, Your Honor?

 5              THE COURT:  Yes.

 6    BY MR. STEFIN:

 7    Q     I want to show you what's been marked as Government's

 8    exhibit 101 composite and ask you if you recognize this

 9    binder and the documents contained in it.  Okay?

10    A     Okay.

11    Q     Do you recognize that?

12    A     Yes, this contains all my bank statements, wire

13    transaction, credit card transactions with Joyce Michaels.

14              MR. STEFIN:  At this time we would offer

15    Government's exhibit 101 composite.

16              MR. SCHWARTZ:  No objection.

17              THE COURT:  Admitted without objection.

18       (Government's Exhibit No. 101 composite entered into

19    evidence.)

20              MR. STEFIN:  May I approach again?

21              THE COURT:  Yes.

22    BY MR. STEFIN:

23    Q     I'm going to just display a few of the documents, and

24    you can describe what they are for us.

25              Displaying document, it's Bates stamped SA002.
```

```
1              There's a few transactions there that have circles
2    around them.  Is that something that you put on or is that --
3    A    Just to outline, yes, that those were the transactions.
4    Q    All right.  And this is coming from a bank statement; is
5    that correct?
6    A    This is a bank statement.
7    Q    This is coming from Standard Bank?
8              Is this one of your bank statements from 2011?
9    A    Yes.
10   Q    The first transaction indicated on the top 20/04/11.
11   Now, in Europe I know they do the dates a little bit
12   different than the United States.  What date would that be?
13   A    That's the 20th of April, 2011.
14   Q    And what does that reflect with respect to a financial
15   transaction?
16   A    That's 37,000 pounds.
17   Q    And where was it sent to?
18   A    Joyce Michaels.
19   Q    And it indicates the U.S. value of that transaction.
20   You see that right under the name Joyce Michaels?
21   A    Oh, yes, 59,780 U.S. dollars.
22   Q    And then right below that, 3/5/11, so that would be
23   May 3rd of 2011?
24   A    That's correct.
25   Q    It shows another Internet payment to Joyce Michaels?
```

```
 1    A     Yes, 4000 pounds, and that is 6537 U.S. dollars.

 2    Q     And then down below there's another transaction.  It

 3    looks like 15/06/11.  That would be June 15th of 2011?

 4    A     That's correct.

 5              MR. SCHWARTZ:  It was June 13th.

 6              MR. STEFIN:  June 15th?

 7              MR. SCHWARTZ:  Thirteenth.

 8    BY MR. STEFIN:

 9    Q     And, again, how much money did you wire transfer to

10    Joyce Michaels on that date?

11    A     42,000 pounds.

12    Q     It also says below that, it looks like it says:

13    Property purchase.  Were you actually purchasing any

14    property?

15    A     No, that's just what they required.  When you make a

16    transaction they always ask what it's for.

17    Q     And why did you say it was a property purchase?

18    A     Because Joyce asked me to say that.

19              MR. STEFIN:  May I just have one moment, please?

20    BY MR. STEFIN:

21    Q     Now, you mentioned the money you got from your mom.

22    What is your mom's name?

23    A     Norma Beverley Greaves.

24    Q     And displaying in Government's exhibit 101 a document

25    labeled SA-008.  Where did she maintain her bank account?
```

```
 1    A     This is the Halifax Building Society in the UK.

 2    Q     Is this a statement from her account?

 3    A     This is not a statement.  This is the actual

 4    transaction, the copy, the receipt of the transaction.

 5    Q     I know it's a little difficult to see, but what does

 6    that reflect?

 7    A     The amount?

 8    Q     Yes.  How much did you transfer?

 9    A     41,522 U.S. dollars.

10    Q     And that is the equivalent of pounds, does that look

11    like 26,000?

12    A     That's 26,000.

13    Q     And, again, you sent this to a particular bank account

14    in the United States in the name of . . .

15    A     Joyce Michaels Consultant, Incorporate (sic).

16    Q     At that time did you believe that was an account that

17    belonged to the person you had been dealing with?

18    A     Yes.

19    Q     Did she ever tell you that this actually was an account

20    belonging to somebody else?

21    A     Not belonging to someone else, but just to consider it,

22    it's my account, which it's my money, but I don't get any

23    interest from it.

24    Q     Explain that.  When did she tell you that?

25    A     On one of the conversations I asked where is this money
```

```
1    going to, and she said just consider it, it's your account
2    which is being recycled, but you won't earn interest on it.
3    She wasn't specific that that was the account.  I'm sorry if
4    I've misled you on that.  But the money -- asked where the
5    money was being, where was the money, and she said consider
6    it it's in an account, your account.
7    Q    Did you ever ask her if she was using the money or
8    spending the money?
9    A    I said what is the money being used for?  She said, it's
10   not being used, it's not for personal purpose, it's purely
11   for my tool.
12   Q    For my tool did you say?
13   A    She calls it a tool.  She said a surgeon has a scalpel,
14   a gardener has a trowel, et cetera.  I work with numbers and
15   money.  That's my tool.
16   Q    If you had known that she was using this money for her
17   personal benefit or other family members were using it for
18   their benefit, would you have continued with her or given her
19   any of this money?
20   A    Not at all, no.
21   Q    Did you believe at all times that this money was going
22   to be returned back to you?
23   A    Absolutely.
24   Q    Was there anything that law enforcement said, that is,
25   the prosecutor's office or police officers that talked to
```

1    you, that had to convince you that you were a victim in this

2    case?

3    A    They didn't convince me.  I knew I was a victim from the

4    moment I realized it was a scam.

5              MR. STEFIN:  May I have just one moment, please?

6    BY MR. STEFIN:

7    Q    At any time did the name Nancy Marks ever come up?

8    A    The name Nancy Marks only came up once, and that's when

9    I sent the very first wire transaction and I asked her who

10   Nancy Marks was, and she said, oh, it's just a name of a

11   colleague that I work with that I use that account for wiring

12   transactions.

13   Q    And that's the only time you wired money directly to a

14   person named Nancy Marks?

15   A    Yes.

16             MR. STEFIN:  That's all I have on direct

17   examination.

18             THE COURT:  Okay.  Cross-examination.

19             MR. SCHWARTZ:  Thank you, Your Honor.

20             MR. STEFIN:  Oh, I did have one last question,

21   Judge.  I'm sorry.

22   BY MR. STEFIN:

23   Q    Ms. Abraham, let me show you one of the documents that

24   you provided that's part of the Government's exhibit SA023,

25   and I'm going to ask you to explain what this is.

```
 1                    THE COURT:  I'm sorry, I thought that was
 2      exhibit 101.
 3                    MR. STEFIN:  It is 101.  The Bates label is SA123.
 4                    THE COURT:  You said it was part of exhibit SA --
 5                    MR. STEFIN:  I misspoke.  I'm sorry.
 6      BY MR. STEFIN:
 7      Q    What is that document?
 8      A    This is a letter from my Standard Bank explaining that
 9      the recent application that I made to open an account was now
10      open, and there's all the bank account details showing my
11      customer number, account number, IBAN number.
12      Q    Do you know what an IBAN I-B-A-N, number is?
13      A    I think it's something like a SWIFT code.
14      Q    Do you understand what a SWIFT code is?
15      A    Yes, it refers to that particular bank on my particular
16      account.
17      Q    Do you know what a SWIFT code is generally used for,
18      though?
19      A    Whenever you make transactions, you need to apply the
20      SWIFT code and the account number.
21      Q    By transaction, do you mean --
22      A    Well, if someone's sending you money or -- you have to
23      put all the details down, that's how I understand it.
24      Q    Just hold on to that document for a second.  I'm going
25      to show you -- well, let me show you what's been marked to
```

```
 1    into evidence -- marked for identification as 519-A.  I'm

 2    going to ask you to compare the numbers on this particular

 3    document with the bank record there.

 4              MR. SCHWARTZ:  Objection, document's not in

 5    evidence, Judge.

 6              THE COURT:  He's just asking her to look at it at

 7    this point.

 8    BY MR. STEFIN:

 9    Q    Can you tell us whether the document designated 519A,

10    how it compares to the banking information that you had in

11    your possession?

12    A    Yes, it's got my -- it's got all my details of this

13    account on it, my name, the IBAN number, account number.

14    Yeah, everything is corresponding to this.

15              MR. STEFIN:  Your Honor, at this time we'll offer

16    into evidence 519-A.

17              MR. SCHWARTZ:  Objection, no predicate for --

18              THE COURT:  Sustained.

19              MR. STEFIN:  That's all I have at this time.

20                         Cross-examination

21    BY MR. SCHWARTZ:

22    Q    Good afternoon.

23    A    Good afternoon.

24    Q    I'm going to ask a lady in the courtroom to stand up and

25    tell me if you recognize her.
```

```
 1                    (Defendant rises.)

 2     A     I recognize her from a picture.  That's all.

 3     Q     And that's a picture that the Government showed you?

 4     A     Yes.

 5     Q     And the Government asked you if you knew her, and what

 6     did you say?

 7     A     I said no.

 8     Q     Never met her, right?

 9     A     I've never met her.

10           MR. SCHWARTZ:  Would Your Honor let the record

11     indicate that the lady we're talking about is Rose Marks?

12           THE COURT:  Yes.

13     BY MR. SCHWARTZ:

14     Q     And just so we're clear, because the prosecutor has been

15     referring to the person you dealt with as Joyce Michael;

16     that's right?

17     A     That's right.

18     Q     And that's the name you knew this person by?

19     A     Yes.

20     Q     But you now know this person's real name; is that

21     correct?

22     A     Yes.

23     Q     And what is her real name?

24     A     Nancy Marks.

25     Q     So the person you dealt with and the person to whom you
```

1    were sending money and having all these conversations with

2    was Nancy Marks; is that correct?

3    A    Yes.

4    Q    You told Mr. Stefin a batch of things this morning, one

5    of which was that the reason you wanted to separate with your

6    husband was because he was too domineering, he told you what

7    to do, he didn't let you be yourself, is that a summary?

8    A    Yes.  I kind of lost my identity, really, because of

9    him, yes.

10   Q    Isn't the fact that you wanted to break up with your

11   husband is you wanted to protect yourself financially?

12   A    That's not why I wanted to break up with him, no.

13   Q    Well, isn't it a fact that at or about this time your

14   husband was being sued for $64 million and investigated for

15   stealing that money from a corporation?

16   A    Was he?

17   Q    Was he?

18   A    I don't know.

19   Q    Well, let me show you a newspaper article.

20        MR. STEFIN:  Objection, Your Honor.

21   BY MR. SCHWARTZ:

22   Q    I'd ask you if you recognize it and if it refreshes your

23   recollection?

24        MR. STEFIN:  Objection.

25        THE COURT:  You can show her a document and see if

```
 1    it refreshes her recollection.

 2              MR. SCHWARTZ:  Thank you.

 3              May I approach, Your Honor?

 4              THE COURT:  Yes, but just show her the document and

 5    don't tell us what it is.

 6              MR. SCHWARTZ:  Thank you.

 7              THE COURT:  I think she's ready, Mr. Schwartz.

 8    BY MR. SCHWARTZ:

 9    Q    Does that article refresh your recollection as to what

10    was going on with your husband around the end --

11    December 2009 and early 2010?

12    A    I've never seen a document like this at all.  The only

13    reference I know towards Shepherds, which is the company

14    name, is that at the time there was a lot of publicity

15    because my husband's investment funds were in an American

16    company called Mutual Benefits, and they were looking --

17    being looked at for fraudulent reasons and that my husband

18    lost a lot of investment money, clients' money, through that,

19    and there was a lot of media, bad media about it.

20              But that's all I know about this.  I've never seen

21    a document like this before.

22    Q    Was, in early 2010, your husband being sued along with

23    Shepherds Select Fund and Financial Partners Limited for

24    approximately $64 million?

25    A    I don't know.
```

```
 1    Q    Do you know if he was being sued for any amount at that

 2    time?

 3    A    No.

 4    Q    Do you know if he was being investigated in Great

 5    Britain for diverting money from his fund, the investors of

 6    his fund, Shepherds Select Fund, into his private

 7    Gibraltar-based company, Financial Partners, Limited?

 8    A    No.

 9    Q    Are you familiar with Financial Partners, Limited?

10    A    Yes, I've heard the name, but not in Gibraltar.

11    Q    Was it registered in Gibraltar?

12    A    I have no idea.

13    Q    Was the bank account for that on the Isle of Man in the

14    Channel Islands?

15    A    I have no idea.

16    Q    Was the money that you were getting from the financial

17    partners' limited bank account on the Isle of Man?

18    A    My money was coming from the Cayman Islands.

19    Q    Didn't you say that there was -- that you opened a bank

20    account of your own on the Isle of Man, and your husband

21    transferred money from the joint bank account you had at the

22    Isle of Man?

23    A    I didn't say he transferred it from the joint account to

24    my account.

25    Q    Uh-huh.
```

```
1              But is it a fact, whether you read this particular
2    article or not, that the reason you wanted to separate from
3    your husband was because he was being sued and
4    investigated --
5    A    No --
6    Q    -- for large sums of money and you wanted away from him?
7    A    No.
8    Q    Mutual Benefits that you mentioned was a company here in
9    Florida that sold life insurance policies on people with AIDS
10   and people like that; is that right?
11   A    I'm not sure, but I believe so, something like that,
12   yes.
13   Q    And you told Mr. Stefin not too long ago on direct
14   examination that your husband invested in life insurance
15   policies?
16   A    Yes.
17   Q    And that's what you were talking about, right?
18   A    Yes.
19   Q    Do you know if people have been indicted and convicted
20   in the so-called Mutual Benefits scam?
21   A    I don't know anything about that, no.
22   Q    Now, when you were here in the United States in the
23   summer of 2010 and you went and met Nancy Marks, she was the
24   second person you met at the shop on 58th Street, you say you
25   didn't want to separate from your husband because of the
```

1    investigation.  Did you want to separate from your husband

2    because of your interest in a personal trainer in England?

3    A    No, I didn't want to separate from my husband because of

4    anyone, just because of my relationship with my husband.

5    Q    So are you saying you did not have an interest in that

6    gentleman?

7    A    I had a friendship.

8    Q    And was that the gentleman you met with and dined with

9    frequently when you came to England to supposedly see your

10   mother?

11   A    I only came to England three or four times a year.  I

12   didn't dine with him.  I trained with him.  He was a personal

13   trainer.  We may have had a drink together, but that's as far

14   as it goes.

15   Q    And just so I'm clear, because I'm not sure how clear

16   the record is, the first lady you met on the first day you

17   went to that shop, she said her name was Kate?

18   A    Yes.

19   Q    She wasn't Rose Marks either, right?

20   A    No.

21   Q    Mr. Stefin asked you did the prosecutors or any

22   detectives or anyone persuade you that you were a victim

23   here, and you said, no, the first time I learned of it was

24   when I realized this was a scam; is that correct?

25   A    I contacted them for help because I knew that I had been

1    caught in this scam.

2    Q    And how did you know that?

3    A    Because I read a newspaper article on the Internet.

4    Q    And did that newspaper article report that the U.S.

5    Attorney's Office had indicted nine people or 10 people at

6    that time, and the name Joyce Michaels was mentioned; is that

7    correct?

8    A    Joyce Michaels' name was on it, yes, that they had been

9    arrested, yes.

10   Q    So they didn't directly persuade you that you were a

11   victim of a scam, but you learned or became convinced you

12   were a victim of a scam because of the newspaper article

13   based on their indictment; is that right?

14   A    Yes.

15   Q    Until then, you never asked for any money back -- let me

16   take that back.  You did ask when you would get your money

17   back, and you were told you would get it back on the agreed

18   day; is that right?

19   A    When her work was finished.

20   Q    And her work was to be finished when?

21   A    In August.

22   Q    Do you know if she had any opportunity to pay you your

23   money back?

24          MR. STEFIN:  Objection.

25          THE COURT:  Overruled.

```
 1              THE WITNESS:  Could you repeat the question,
 2   please?
 3   BY MR. SCHWARTZ:
 4   Q    Let me rephrase it.
 5            Nancy Marks was arrested in New York in or about, I
 6   think, the 16th of August, 2011; is that correct?
 7   A    Yes.
 8   Q    That's what the newspaper article said?
 9   A    Yes.
10   Q    And that's what you learned when you spoke to the
11   prosecutors and the investigators?
12   A    Yes.
13   Q    You talked to them and you became convinced -- after you
14   read the article, before you talked to them, you became
15   convinced that you were a victim of a scam, but did you ever
16   talk to Nancy in August and have her refuse to give you your
17   money back?
18   A    I once asked for some money back during that time
19   because she once said to me, can you get some money together,
20   about 4000, and send it to me.  And I said, when will I get
21   that back?  And she said, it's only for a short time.  I'll
22   let you have it back.  And then when I asked for it back she
23   said, no, we have to finish the work, something else has come
24   up, we have to finish the work.  So you will get your money
25   back when we've finished in August.
```

```
 1   Q    Okay.  And in August, when you were supposed to get your
 2   money back, were you aware from the article and the
 3   indictment you read that Nancy was arrested and in jail?
 4   A    Uh-huh.
 5            THE COURT:  Was that a "yes"?
 6            THE WITNESS:  Yes.
 7   BY MR. SCHWARTZ:
 8   Q    And that the Government had seized a lot of money, cars,
 9   real estate, jewelry, et cetera?
10   A    That's what the article said.
11   Q    So can you tell this jury today that Nancy did not
12   intend to give you your money back in August?
13   A    No, because the money was not in the accounts that I
14   sent it to.
15   Q    But can you tell them that she had no intention of
16   giving you your money back?
17            MR. STEFIN:  Objection, asked and --
18            THE COURT:  Overruled.
19            THE WITNESS:  I can't say that, because I honestly
20   believe she had no intentions of giving it back.  I truly
21   honestly believe she had no intentions of giving it back.
22   Now, I know that.
23   BY MR. SCHWARTZ:
24   Q    And you know that because the prosecutors told you that?
25   A    No, I worked it out for myself.
```

```
 1                    MR. SCHWARTZ:  May I have a moment, Your Honor?

 2                    THE COURT:  Yes.

 3    BY MR. SCHWARTZ:

 4    Q    Just one other question.

 5                    You mentioned a conversation where Nancy Marks

 6    asked you about whether there was a life insurance policy on

 7    your husband.

 8    A    Yes.

 9    Q    Was that conversation preceded by you telling Nancy that

10    you really wished your husband would die?

11    A    I hated my husband.  She turned me against him

12    completely.  I thought I was living with the devil himself at

13    one point because of her.

14    Q    But you didn't answer my question.

15    A    Yes, I told him I hated him.

16    Q    Did you tell Nancy Marks that you wished your husband

17    would die?

18    A    No.

19    Q    And is that when she said, does he have a life insurance

20    policy?

21    A    No.

22    Q    And you say Nancy Marks is the one who made you hate

23    your husband.

24    A    Yes.

25    Q    You didn't hate him before that?
```

```
 1    A      I didn't hate him, no.

 2    Q      You just disliked him a lot?

 3    A      I didn't like the control that he had over me.

 4    Q      Did you go back to your husband after Nancy was

 5    arrested?

 6    A      No.

 7    Q      So you're still separated from him; is that right?

 8    A      Yes.

 9           MR. SCHWARTZ:  No further questions.

10           THE COURT:  Thank you.

11           Any redirect?

12           MR. STEFIN:  I don't have any redirect, Your Honor.

13           THE COURT:  Thank you, ma'am.  Thank you, you're

14    excused.

15           MR. STEFIN:  Can I have a sidebar before she's

16    excused?

17           THE COURT:  So you might have some redirect?

18           MR. STEFIN:  No, I just have a legal matter with

19    the Court that may involve her.

20           THE COURT:  All right.  Hold on, ma'am.

21      (The following proceedings were held at sidebar:)

22           MR. STEFIN:  I just wanted to verify whether I

23    understood a question and answer, because given the history

24    of events in other cases and other courtrooms, I don't want

25    there to ever be a suggestion that the Government allowed an
```

```
 1    answer, an incorrect answer to be sustained without bringing

 2    it to the Court's attention.

 3           When Mr. Schwartz was asking her about the

 4    relationship with her trainer, were you asking her about her

 5    relationship before she separated from her husband?

 6           MR. SCHWARTZ:  I was asking her about the

 7    relationship before she separated from her husband in order

 8    to establish a reason for separating.  I wasn't asking, and

 9    you and I had spoken about it, I wasn't asking what the

10    relationship was after she separated.

11           MR. STEFIN:  That's fine.  Then I think the answer

12    was correct.  I just didn't want --

13           THE COURT:  Okay.

14           MR. STEFIN:  -- there to be a problem.

15           THE COURT:  All right.  Thank you.

16      (Sidebar conference concluded.)

17           THE COURT:  Thank you, ma'am.  You're excused.

18    Watch your step.

19           Next witness.

20           MR. STEFIN:  Our next witness is Deanna Wolfe.

21           THE COURT:  Ma'am, would you please raise your

22    right hand for me.

23           Deanna Wolfe, Government witness, sworn.

24           THE COURT:  Please be seated.

25           The chair doesn't move, so if you could try and
```

```
 1    pull that microphone towards you and speak into it and tell

 2    us your name and spell both your first and last names for us,

 3    please.

 4              THE WITNESS:  My name is Deanna Wolfe.

 5              THE COURT:  Can you spell both your first and last

 6    names, please.

 7              THE WITNESS:  Yes.  Deanna is D-e-a-n-n-a, Wolfe is

 8    W-o-l-f-e.

 9                     Direct Examination

10    BY MR. STEFIN:

11    Q    Good afternoon, Ms. Wolfe.

12    A    Good afternoon.

13    Q    Try to talk into the microphone and try to talk loudly

14    so we can all hear you.

15              Could you tell us where you're from?

16    A    I'm from McLean, Virginia.

17    Q    And have you lived in Virginia most of your life?

18    A    Yes, I am a native Virginian.

19    Q    Do you presently work?

20    A    Yes.  I'm an administrative assistant for the firm of

21    McGladrey, in Vienna, Virginia, and I've been with the firm

22    for 55 years.

23    Q    Okay.  Did you actually get a pin or something after you

24    got to 55 years?

25    A    They decorated my office all up.
```

```
 1    Q     Maybe redecorated.

 2          And are you presently married?

 3    A     No, I have a life partner.

 4    Q     And what is his name?

 5    A     Will Rose.

 6    Q     And how long have you been together with Mr. Rose?

 7    A     I actually met him in 1972, but we have been living

 8    together since 2002.

 9    Q     And how would you describe the relationship between you

10    and him between 1972 and 2002?

11    A     Well, he is the reason that I've probably gotten to this

12    point.  Do you want me to explain further?

13    Q     Well, we're going to get to it, so go right ahead.

14    A     Okay.  When I met him in 1972, we were very much in

15    love, we got engaged, and then we broke up, and then things

16    just kind of went up and down.  We were on and off for many,

17    many years, and I was very much in love with him, and he was

18    not a person that was committed, a committal person, and it

19    was making me very upset and emotional, because every time I

20    try to get on with my own life, he would come back into the

21    picture and stay, and leave, and so I was going through a lot

22    of emotional upset during this time.

23    Q     And, by the way, I don't know if I asked you, but did

24    you have -- did you have a prior marriage before all of this?

25    A     Yes, I was married for 13 years, and I have a son and a
```

```
 1    daughter.
 2    Q    So at the time you had this up and down relationship
 3    with Mr. Rose, were you raising your children?
 4    A    Yes, I was.
 5    Q    So were you taking any steps to try to resolve your --
 6    this uncertain relationship, the on again, off again
 7    relationship with Mr. Rose?
 8    A    I mean --
 9    Q    Let me rephrase it.  How were you dealing with that
10    situation, on again, off again?
11    A    Well, I wasn't dealing with it very well.  I was reading
12    my Bible, I was praying a lot, and I think that's about the
13    time that I received a flier in the mail from Joyce Michael,
14    the psychic, who supposedly could help solve love problems.
15    Q    This was -- you were living where at this time?
16    A    I was living in a condominium in Alexandria, Virginia.
17    Q    And you said you got this flier in the mail, and you
18    mentioned you reading the Bible.  Do you consider yourself a
19    religious person?
20    A    Yes, I believe in the father, son, and the holy spirit.
21    I believe that there is a spiritual world, and I do consider
22    myself to be deeply religious.
23    Q    So when you received this flier about -- and I forget
24    how you put it -- love relationships, did you say?  A flier
25    that talked about psychic --
```

```
1    A    It was Joyce Michael, Renowned Psychic.  She could solve

2    your love problems.

3    Q    And so, what did you do?

4    A    I called her, and we talked on the phone, and I went to

5    see her at her home on Franconia Road in Springfield, and we

6    talked about my problem and discussed whether or not she

7    could help me.

8    Q    You said her house was on Franconia Road in Springfield.

9    How far away was that from where you lived?

10   A    I would probably say about three or four miles.

11   Q    By the way, this goes back quite a number of years,

12   correct?

13   A    It was probably back in the early 1980s.

14   Q    So you went to the house, and who did you meet?

15   A    I met with Joyce Michael.

16   Q    I know this goes back a long time, but did this result

17   in a relationship with Ms. Michael?  Yes?

18   A    Well, we talked about Will, and I wanted to know whether

19   or not he loved me, and we talked about various things, and I

20   think she said I would think about it and call her, and

21   eventually I went to see her at another place that she had on

22   Backlick Road, B-a-c-k-l-i-c-k, Road, in Springfield.

23   Q    So this is now a second meeting, in other words?  You

24   met her once and now a second time?

25   A    Yes.
```

```
1    Q    Had she charged you any money for the visit?

2    A    No, we talked, and she had a big statue of Jesus in her

3    establishment, and she said that she could help me.  And I

4    asked how much was it going to cost, and she said it would be

5    $800, and at that time $800 was probably about all that I had

6    managed to save, and I was a little uncertain if I wanted to

7    turn it over, but she said that if I didn't go with her, that

8    it would probably take 10 years for my life to straighten

9    out, and that if we did this, my life would eventually be so

10   happy, all the money would come back to me, and I would

11   probably come and give her a wonderful gift.

12   Q    At some point did she make representations about herself

13   in terms of her ability to help people with problems like

14   yourself?

15   A    She indicated she was spiritual and could contact people

16   on the other side, that there were probably a lot of issues

17   way back in my family that needed to be resolved that would

18   help me and my family in our lives.

19   Q    Did she ever refer to having contact with any personal

20   spirits or angels?

21   A    She represented that she channeled through the Archangel

22   Michael.

23   Q    And from your Bible reading and your studies, did that

24   ring a bell or cord with you?

25   A    Yes, I am familiar with the Archangel Michael.
```

1    Q     So did you pay that $800?

2    A     Yes, I did.

3    Q     And after paying the money, what was your contact with

4    Joyce Michael after that, you know, for the early years I

5    would say, or months?

6    A     We would meet periodically.  I would take her pictures,

7    and we would talk about my problems, and she would, you know,

8    tell me what I needed to do to help resolve them, and all of

9    this was, you know, going towards the work for me.

10   Q     Did she use the word "work?"

11   A     Yes, we used the word "work" a lot.  That's, everything

12   that we were doing was for the work.

13   Q     And what did you understand the work to be?

14   A     To help clear up any past things in my life or ancestor

15   lives, to help Will.  He was drinking heavier and heavier and

16   became a full-blown alcoholic, almost to the point of death

17   at one point.  So all of this was to help resolve the

18   problems and bring us together and make my life happy.

19   Q     How often in the early weeks or months did you have

20   contact with her to discuss your problems and to discuss

21   Will?

22   A     It was probably more frequently in the beginning.  I may

23   have gone once a week or once every couple of weeks, but then

24   as time went on it spread out further.

25   Q     Were there any statements and conversations about curses

1    or anything of that nature?

2    A    I think there was discussion about curses that are

3    handed down from generation to generation that affect us now,

4    even though it's not something that we personally have done

5    in this life.

6    Q    Was there a point in time that after you had paid that

7    initial $800 that Joyce Michael told -- discussed needing

8    more money from you for some purpose?

9    A    Yes.

10   Q    When did that begin?

11   A    This was like 30 years ago, so I don't know a specific

12   date.

13   Q    Okay.

14   A    But eventually, she would contact me and say she needed

15   some money for the work, and I wasn't quite sure how I was

16   going to get it because I wasn't really a very wealthy

17   person.

18   Q    What was your financial situation at that time?

19   A    Well, I was working, and I had two children, so . . .

20   Q    About how much were you making at that time as an

21   administrative assistant?

22   A    I don't remember.  But she instructed me -- I had credit

23   cards, and she instructed me to take cash advances on the

24   credit cards, which I would do.  And I had two or three

25   credit cards, sometimes four credit cards, and I would take

```
 1    money on cash advances and usually everything was pretty much
 2    in cash, and then I would take it to her or put it in an
 3    envelope and leave it in the mailbox, or something like that.
 4    Q    Were there specific amounts that she would ask for or
 5    not?
 6    A    In the beginning I believe she would say she needed a
 7    thousand dollars, or whatever I could get together.
 8    Q    And what did she tell you this money was -- the purpose
 9    of this money was?  Was this supposed to be her fee for doing
10    this work for you?
11    A    No, the money was supposed to help her in some way on
12    the spiritual side to help clear up the problems in my life
13    and go towards the work that she was doing for me.
14    Q    Well, what did she tell you she would do with this
15    money?
16    A    She didn't specifically tell me what she was going to do
17    with the money, but quite often when I would worry about the
18    money she would say that it's all going to come back to me
19    someday, she just needed it for the work.  And there were
20    like certain numbers that meant something, like number 3s or
21    number 7s that helped her in doing her work for me.
22    Q    So like, how would those numbers, how would they factor
23    into this, you know, threes or sevens?
24    A    I don't specifically know how she did the work.  I just
25    know that the numbers meant something to her.
```

1    Q    But were her requests for certain amounts of money, was

2    it related to these numbers or not?

3    A    A lot of times the amounts were like a thousand, or

4    1500, or 2000, until the latter years when they got to be

5    really large amounts.  But she wouldn't say that the 1500

6    number is a number for any specific thing.

7    Q    So how -- well, how would she go about asking you or

8    telling you that she needed these funds?  What would she say?

9    A    She would just usually call me and say, look, you've

10   gotta get this amount together for the work.  And sometimes

11   she would say, I need 1500.  Sometimes she would say, you

12   know, what can you get together for me; and I would do it.

13   Q    And, you know, you've mentioned that you weren't really

14   that financially well off.  How were you able to scrape

15   together these amounts of money for her?

16   A    Well, over the years, I would take cash advances on

17   credit cards.

18   Q    Was that your idea to take cash advances?

19   A    No, she had asked me to take it out.  She said, can you

20   get money out on cash advances on your credit cards.

21        I took out loans, I sold inherited property, had a

22   very good friend in the latter years that gave me large sums

23   of money for the work.

24   Q    Now, let's talk about a few of these.

25        You said you took out some loans.  Did you receive

1    instructions as to how to go about getting money on a

2    personal loan?

3    A    Yes, I had a call from her, and she told me she needed

4    me to get some money together, and I didn't really have any,

5    and she instructed me on one occasion to go to The Money

6    Store in Springfield, Virginia, and take out a loan, which I

7    did.  And she got the majority of the proceeds of that.

8    Q    And do you remember -- and you do have records, but do

9    you remember approximately how much that particular loan was

10   for?

11   A    I believe the paper that I have says 32,000.

12   Q    Was that a loan that was taken against property that you

13   owned, or was that just like an unsecured type of loan?

14   A    I may have put my car up as collateral, but I don't

15   really remember.  It was quite some time ago.

16   Q    And then how would you go about paying that -- you know,

17   that money back?

18   A    I guess I just made monthly payments on it.  I don't

19   recall if we got money elsewhere along the line that would

20   have paid that off.  It was like 1984.

21   Q    Okay.  Do you remember in the early -- or at any time

22   there being any conversations about sacrifices and the making

23   of sacrifices?

24   A    Yes, there was a time, or maybe several times, that I

25   said, why do we have to keep putting so much money into this,

```
 1    and she indicated that we can't make human sacrifices, so the
 2    money takes the place of any sacrifice.
 3    Q    Well, because you're talking about sacrifices, were you
 4    told that you were sacrificing this money, you were giving up
 5    this money forever?
 6    A    No, it was just like to take the place of a human
 7    sacrifice.  But I was told over and over many, many times
 8    that it was all going to come back to me at some point in
 9    time.  Once everything was cleared up in my life and I was
10    gloriously happy, then the money was going to come back to
11    me.
12    Q    Did you ever discuss timeframes as to like how long is
13    that going to take?  Is it going to take a year, or two years
14    or 10 years?
15    A    No, the only time I remember was in the very beginning
16    she had indicated that if I didn't go with her, that it would
17    probably take 10 years, and it's now been 30 years.
18    Q    Did she tell you how she arrived at the need for more
19    money??
20    A    I don't know that she told me anything specific except
21    that it was important for the work, to clear up all the
22    negative things that were in my life and all the negative
23    things that were in Will's life, and just needed more and
24    more to get everything settled and straightened out.
25    Q    And how often would you say it was that she would --
```

1    that a conversation -- well, strike that.

2            How often did she ask you for money, would you say,

3    more money?

4    A    It wasn't like a regular basis, and it wasn't every

5    single time that we talked.  We would talk quite a bit, and

6    then she would call me and say, I really need you to get this

7    money together.  So it's not like I can say it was every week

8    or every two weeks or every month.  It wasn't regular basis,

9    and I sort of assumed to myself that it was whenever she

10   needed to do something on my behalf that the money came into

11   play.

12   Q    And during this entire time, what did you think she was

13   doing on your behalf?

14   A    I thought that she was able to, I guess, work on the

15   other side in the spiritual realm with Archangel Michael to

16   clear up whatever problems may have existed in the past.

17   Like the sins of the father are handed down from generation

18   to generation, and it was all trying to get things to be

19   settled with Will and make my life happy.

20   Q    And was your life becoming happy and everything was

21   settling down with Will?

22   A    No, my life is -- I'm with him.  We're not married.

23   We're not -- you know, it's still not perfect as I would wish

24   it to be.

25   Q    You mentioned in terms of the money situation, getting

1    money when asked for more additional funds, cash advances on

2    your credit cards, you mentioned The Money Store loan.  What

3    other sources?  Besides the sales of the property, do you

4    recall any other sources that you would come into money?

5    A    Well, if I had a tax refund I would probably give some

6    of that over to her if she needed money and I didn't have it

7    any other way, any money I've saved.  I had a friend towards

8    the end who gave me a lot of money for the work.

9    Q    We'll talk about that in just one minute, but is there

10   any point in time when you inherited any properties?

11   A    Yes, I inherited my father's house, and I inherited my

12   grandmother and aunt's house.

13   Q    Which one did you inherit first?

14   A    My grandmother and aunt's house in 1983.

15   Q    Your aunt passed away?

16   A    Well, my aunt passed away in '84, so I probably would

17   have inherited it then.

18   Q    By the way, when you had deaths in your family, was that

19   a topic of conversation between yourself and Joyce Michaels?

20   A    Yes.  When someone would pass away and I would call and

21   tell her, she would tell me that she needed to go and be away

22   for -- or not available for a few days to do her work, which

23   made me believe that she was helping my departed to pass to

24   the other side.

25   Q    And after your aunt died, were you the person

```
 1    responsible for her estate?
 2    A    Yes.
 3    Q    And you said you inherited or took over the home that
 4    she had?
 5    A    Yes.  When my aunt died, then my house that was
 6    originally my grandmother's, and my aunt lived there, became
 7    my property.
 8    Q    Did the Defendant give you instructions as to what you
 9    should do with the house?
10    A    I was instructed to sell it.
11    Q    Let me just ask you at this point.  This is like in the
12    early 1980s.  Were you making independent financial decisions
13    at this point?  What was your state of mind in terms of
14    handling your personal finances?
15    A    Basically whatever Joyce Michael told me to do, I did.
16    And she pretty much had instructed me, especially on any
17    large sums of money, what should be done with it.
18    Q    And what did she tell you should be done with your
19    aunt's home?
20    A    I sold it and gave her a large part of the proceeds for
21    the work.
22    Q    Why did you do that?
23    A    To help in hopefully making everything happen and close
24    up and be done.  But it seemed to continue on.
25    Q    Well, is this something you did voluntarily, or was this
```

```
 1    something because you were instructed by somebody to do that?

 2                MR. SCHWARTZ:  Objection.

 3                THE COURT:  Sustained.  Rephrase the question.

 4    BY MR. STEFIN:

 5    Q     Were you instructed by anyone to do that?

 6    A     Yes, I was instructed by Joyce Michael as to what to do

 7    with the house and the money.

 8    Q     By the way, in the early years were you keeping a

 9    record, keeping track of the sums of money that you were

10    giving to Joyce Michael?

11    A     No, I really wasn't keeping track, and it probably

12    wasn't until I started getting large sums of money that I

13    just had a little red folder, and I would throw things into

14    the little red folder.  It wasn't necessarily every piece of

15    paper, but it was the majority of the transactions with her

16    over the past 30 years.

17    Q     And do you remember when it was that you actually

18    started keeping those records?

19    A     Probably 1985.

20    Q     Now, you mentioned your dad, as well.  Your dad died.

21    What year was that?

22    A     He died in 1987.

23    Q     And before your dad passed away, did you have any

24    conversation with the Defendant about getting money from your

25    dad?
```

```
 1    A     Yes, there was one instance where she called and asked
 2   me to talk with my father and see if I could get money from
 3   him, to tell him that it was for an investment property in
 4   Florida.  And I did talk with my dad, and he told me at that
 5   time he really didn't have any money to give me.
 6    Q    How much money was Joyce Michael asking you to get from
 7   your father at that time?
 8    A    If I remember correctly, it was about 20,000.
 9    Q    Did you have any conversation with her about whether it
10   was right for you to lie to your dad about the reason why you
11   needed the money?
12    A    Because we were doing spiritual work, we couldn't really
13   tell people what we were doing, but once everything was
14   completed and done, then I would be able to tell people that
15   the money that they had given me was used to help me in my
16   life and my family, and I would be able to tell them the
17   truth eventually.
18    Q    Even though your dad ended up not giving you any money
19   that time, how did you feel about the fact that you were
20   making these representations to him?
21    A    I was never very happy about telling any of these
22   things, because I really like telling the truth.  I don't
23   like deceiving people.  But I did.
24    Q    Did the Defendant -- strike that.  Did Joyce Michael
25   make any representations about whether it was right or wrong
```

1   to make these kinds of statements?

2   A    Well, I did express my concern about telling people

3   things that weren't true, and she said because we were

4   channeling through Michael the Archangel, that it would be

5   okay, and it wasn't really a lie.

6   Q    So after your dad passed away in 1987, did you have

7   conversations with Joyce Michael about his death and what

8   was -- let me just stop there.

9   A    Yeah, when my father died I called and told her, and,

10   again, she said she needed to go into work.  And to me, I

11   thought what she was doing was helping them cross over to the

12   other side.

13   Q    And did you inherit any money or property from your dad

14   in 1987 after he passed away?

15   A    Yes, I received -- he had about $19,000 in the bank, and

16   he had a home in Piney River, Virginia.

17   Q    What happened to the money, the $19,000?

18   A    I was the administrator, and I had to pay expenses from

19   it, but I also was instructed by Joyce Michael to take out

20   some cash advances to give to her.  The house, I was very

21   emotional about the house, and I didn't want to sell it right

22   away, so I rented it for a number of years, but I was asked

23   to take out a $60,000 loan against it, and part of that went

24   to pay my sister, I think about 32,000, and then I believe

25   that Joyce Michael got a large portion of that loan.

```
 1    Q    You said you were asked to take out a loan of 60,000.

 2    A    Yes.

 3    Q    Who asked you to take out that loan?

 4    A    Joyce Michael.  The house was actually paid for when I

 5    inherited it.

 6    Q    So the house was free and clear?

 7    A    (Nods head.)

 8              THE COURT:  Was that a "yes"?

 9              THE WITNESS:  Yes.

10              THE COURT:  Thank you.

11              THE WITNESS:  Yes.

12  BY MR. STEFIN:

13    Q    And you said you rented it out for a number of years?

14    A    Yes, maybe four or five years.

15    Q    And ultimately, what happened to the house?

16    A    I eventually sold it.

17    Q    And after you sold it were you able to pay off the loan

18    or mortgage that had been placed on the house?

19    A    Yes, plus whatever money came out of it.  I think I gave

20    a portion of that to Joyce Michael, also.

21    Q    Why?

22    A    To help in the work.  Hopefully, to get everything

23    finished up for me, but never seemed to end.

24    Q    Well, when all these things were going on, did Joyce

25    Michael -- were you telling Joyce Michael all these financial
```

```
 1    events that were taking place in your life?
 2    A    She pretty much knew everything about my finances or my
 3    family, property, that was going on in my life.
 4    Q    When you sold your dad's house, were you able to at
 5    least keep some of that money for yourself?
 6    A    Usually when we had a large sum of money I would give it
 7    to her, and she might give me some of it back to keep.  I
 8    don't remember, you know, this was like in 1987 or something.
 9    I don't -- no, later than that.  But I don't remember the
10    specific details.  But there are a lot of records that I kept
11    about it.
12    Q    Did you also own any property yourself that you sold?
13    A    Yes, I owned a condominium which I eventually sold, and
14    I had some proceeds from that.
15    Q    And what happened to the proceeds of your sale of your
16    condo?
17    A    A portion of it went to Joyce Michael.  I don't remember
18    the exact amounts.
19    Q    And, again, was this something that you did on your own,
20    or did anyone ask you or tell you to give them money?
21    A    When the -- when I decided to sell the property, she and
22    I had conferred about it, and I was instructed what to do
23    with the money.
24    Q    Did you ever -- during this time, did you ever express
25    concerns about getting -- that you would get this money back?
```

1    A     Yes, I would quite often -- we were getting into more

2    and more and more money, and I would express my concerns

3    about it, and she would always say, don't worry about it,

4    you're going to get it all back, you'll have plenty of money

5    one day.

6    Q     And, again, did you have additional conversations about,

7    well, she's doing all this work for you, what is her benefit,

8    what does she get out of this, what's her fee?

9    A     She was a spiritual person, and it was her place and

10   time to help people with their spiritual issues.  That was

11   her reward, was helping other people.

12   Q     Did you think she was helping you?

13   A     I did at the time.

14   Q     Were there any other events going on in your life that

15   precipitated requests for more money?

16   A     My life has been somewhat of a roller coaster, and there

17   were a lot of things that went on.  At one point Will had

18   cancer, my daughter was depressed, my son, I was told he was

19   doing drugs.  There are various things in my life like that

20   that precipitated more work on my behalf.

21   Q     You said your daughter was depressed.  Is that something

22   you knew or that somebody told you that?

23   A     I knew that my daughter had depression issues, but she

24   also talked about the depression issues.

25   Q     She being who?  I'm sorry.

```
 1    A    I'm sorry, Joyce Michael.  We talked about my daughter's
 2    depression, and she said that she would try to help me, but
 3    she wasn't sure she could, but she would try to help me.  But
 4    then that seemed to precipitate more money.
 5    Q    Did she make any representations about what might happen
 6    to your daughter if she doesn't successfully help her?
 7    A    She said she was depressed and suicidal.
 8    Q    You mentioned Will developed cancer, was treated for
 9    cancer?
10    A    I'm sorry?
11    Q    You mentioned that Will was treated for cancer?
12    A    He had cancer, and he had extensive surgery, and he did
13    come out of it okay.
14    Q    And were there any requests for money to deal with that
15    situation?
16    A    There were so many requests for money I don't
17    specifically remember each and every time, but usually she
18    would call me and say, because of this we need to get some
19    money together.
20    Q    Was there a time that you actually borrowed or took
21    money from Will to give to Joyce Michael?
22    A    Actually, Will at the time did not have his own bank
23    account, and he was making some money, and I was depositing
24    it into my savings account to hold for him, and she --
25    Q    Who's she?
```

```
 1   A    I'm sorry.  Joyce Michael wanted me to get some money

 2   together, and she had me take out money from my savings

 3   account for Will, and I expressed deep concern.  I said, what

 4   happens if he wants the money back?  And she said, I'll give

 5   it back to you.

 6           So I did take out, it was like about $10,225 over a

 7   period of time and gave to her.  And then at one point he

 8   wanted it back.  And I called her, and she said, well, tell

 9   him he can have it back in maybe three months.  And I'm like,

10   knowing Will, that's not going to go over well.  And she

11   said, well, no, just tell him that.  Just tell him it will

12   take three months to get it back.

13           So I knew that wasn't going to work, so I

14   approached my friend Joanne and asked her for the money, and

15   she gave it to me so I could return it to Will.

16   Q    So did Joyce Michael ever return that $10,000 to you?

17   A    No.

18   Q    And do you remember when this was, approximately?  I

19   know we're going back so many years; a ballpark?

20   A    This was one of the more recent things.  Probably, I'm

21   guessing 2009 maybe.

22   Q    So you mentioned borrowing money from your friend

23   Joanne.  Tell us about Joanne and how she was a person you

24   could borrow money from.

25   A    Joanne -- Joanne was a friend that I met when I first
```

```
 1   started working.  She --

 2   Q    Was she an older woman?

 3   A    She's 12 years older than me, but she was like a mother

 4   to me.  My own mother died in 1970 at a very young age, and

 5   Joanne is not married, and she's never had any children of

 6   her own, and I've kinda been like her daughter, and my

 7   family's been her family.

 8   Q    All right.  You said she's 12 years older than you.

 9   Don't like doing this, but can you tell us how old you are?

10   A    I don't mind.  I'm 72.

11   Q    And Joanne's still alive?

12   A    Yes, she's 84.

13   Q    So she's been a longtime friend?

14   A    Yes.

15   Q    And she had some money?

16   A    Not in her younger days, but her mother died and did

17   leave her a considerable amount of money at one point.

18   Q    In addition to borrowing this money from Joanne, this

19   $10,000, were there other occasions in which you were

20   instructed to borrow money from Joanne?

21   A    Yes, many occasions, and rather large amounts.

22   Q    Well, tell us how that came about.  How did that start?

23   A    The first time I remember was that Joyce Michael asked

24   me to go to Joanne and ask her to borrow $20,000, that I

25   wanted to put a down payment on a house.  And I said, well,
```

```
 1    if I tell her that and I'm not going to put a down payment on
 2    a house, you know, what's going to happen then?  And she
 3    said, well, don't worry about that.  She won't ask you any
 4    questions.  Just go ask her for the money.  So I did.
 5    Q     How did she know about Joanne?
 6    A     I guess that in all of our conversations along
 7    throughout the years, she knew pretty much who my friends
 8    were and who my children were and who my family members were.
 9    Q     So she tells you to go and ask Joanne for $20,000 to put
10    a down payment on a house?
11    A     Yes.
12    Q     And when you expressed concerns about making that kind
13    of representation, she told you what?
14    A     Don't worry about it, Joanne won't ask you any
15    questions, just go ahead and do it, and she told me what to
16    do with it.
17    Q     And did you approach Joanne and tell her this story?
18    A     I did.
19    Q     Did Joanne give you the $20,000?
20    A     She did.
21    Q     And what did you do with the $20,000?
22    A     I either took it to the bank and cashed it and took it
23    to her --
24    Q     You mean she gave you a check, Joanne?  Is that what you
25    mean?
```

1    A    Yes, she would give me a check.  And whenever possible,

2    Joyce Michael would ask me to cash the check and bring her

3    the cash, or if she wasn't in the area, send it to her

4    somehow, or wire it.

5    Q    So you would sometimes go to a bank account, or a bank

6    that Joyce Michael had and you would make a deposit directly

7    into that account?

8    A    Yes, I would also do that.  She had several bank

9    accounts throughout the years, and she would give me the

10   account numbers, and I would go to my bank, cash the check,

11   and then go to her bank and deposit it into her account.

12   Q    So after you borrowed this initial $20,000 from

13   Joanne -- was that the first time?

14   A    That's the first time, that I remember.

15   Q    Had you ever borrowed money from Joanne unrelated to

16   Joyce Michael?  In other words, that you just needed money

17   for yourself?

18   A    Not usually, but Joanne was very good to me.  When I was

19   young she would buy me shoes if I needed shoes, or buy me

20   lunch.  But not really get large sums of money from her like

21   that.

22   Q    Holidays, birthday gifts?  Would you get money from her

23   for holidays and for birthday gifts?

24   A    Just the normal birthday or Christmas gift, nothing

25   extraordinary.

1   Q    So after that time that you borrowed the $20,000, how

2   many more times were you instructed to get or request more

3   money from Joanne?

4   A    Quite a number of times.  I don't know the exact number,

5   but there were large amounts that I was asked to get from

6   her.

7   Q    And when you're talking about large amounts, what kind

8   of numbers are we now talking about?

9   A    20,000, 30,000, 120,000, 60,000.  I mean, they were

10  just -- she would say, ask for a certain amount, and I would

11  go ask Joanne.

12  Q    And each time Joanne, without reservation, would -- just

13  would give you that money?

14  A    Unfortunately, she cared about me.

15  Q    When you took this money from Joanne, did you make any

16  representations about whether she would get that money back?

17  A    I did tell her that, you know, I was planning on giving

18  it back to her one day.  And she said, well, if you can, you

19  can; if you can't, you can't.

20  Q    Do you have a number or an approximation of how much

21  money you borrowed from Joanne during these years?

22  A    I have documentation that it was at least 320,000, but

23  there were some years that she wasn't able to find the

24  canceled checks.

25  Q    Did there reach a point where Joanne ran out of money?

1    A     Yes.

2    Q     And were you instructed to borrow money from her

3    regardless?

4    A     Yes.  I would -- Joyce Michael would tell me to go ask

5    Joanne for $300,000 or something, and Joanne would say, I

6    don't have that much money.  And then she would say, well,

7    see how much she can give you.  And sometimes Joanne would

8    maybe struggle and give me something, but they were large

9    sums of money, and even after Joanne said she didn't have any

10   money, I was still requested to ask her.

11            THE COURT:  Mr. Stefin, do you have much more on

12   direct?

13            MR. STEFIN:  About maybe 15, 20 minutes.

14            THE COURT:  All right.  Let's take a recess.

15            Ladies and gentlemen, let's take our afternoon

16   recess.  Please don't discuss the case or form any opinions,

17   leave all your notes at your seat, and we'll see you in about

18   15 minutes.  Thank you.

19       (The jury exits the courtroom.)

20            THE COURT:  Ms. Wolfe, don't discuss your testimony

21   during the recess.  All right?  Take a 15-minute break.

22            THE WITNESS:  Thank you.

23       (A recess was taken from 2:50 p.m. to 3:06 p.m., after

24   which the following proceedings were had:)

25            THE COURT:  Please be seated, everyone.

```
 1                    Let's bring the jury back in.

 2                    Ma'am, you're still under oath.

 3                    THE WITNESS:  Yes, sir.

 4                    THE COURT:  Thank you.

 5          (The jury enters the courtroom, after which the following

 6     proceedings were had:)

 7                    THE COURT:  Welcome back, everyone.  Please be

 8     seated, ladies and gentlemen.

 9                    Mr. Stefin, you may continue.

10                    MR. STEFIN:  Thank you, Your Honor.

11     BY MR. STEFIN:

12     Q    Ms. Wolfe, you said that you borrowed approximately

13     $300,000 from Joanne?

14     A    Yes.

15     Q    And how much of that money went to Joyce Michael?

16     A    All of it.

17     Q    Was there any point in time that you tried to end this

18     relationship, that you tried to stop giving money?

19     A    Towards the end, it was like constantly asking for

20     money, and all along I kept protesting.  Like when I was in

21     my sixties I was like, I need to retire one of these days.

22     Then later I protested, you know, when is this going to end,

23     and she would say, well, you know, we'll wrap it up soon,

24     or -- I forgot the question.  I'm sorry.

25     Q    You're answering it.
```

```
1              How did she respond to these -- when you attempted
2    to stop?
3    A    Well, she would say, if we stop now, then all of the
4    work that I've done all these years will be undone.  So I
5    didn't feel like I could stop, and I wanted to get the money
6    back to my friend, and if I didn't keep giving it to her,
7    then I was afraid I was going to lose it all, which I did in
8    the end anyway.
9    Q    So did you think that you had to continue in order to
10   get your money back?  You couldn't stop it?
11   A    Yes.
12   Q    Did Joyce Michael ever make any representations about
13   other clients that she had or other work that she was doing?
14   A    She did mention that, for example, she had to go and
15   pray for the tsunami that happened in Japan, and it made it
16   seem like that she was doing humanitarian-type things for the
17   world.
18   Q    Did she ever have you send either money or items to
19   third parties besides to Joyce Michael?
20   A    Yes.  There was several occasions that I sent money to
21   different people that I didn't know who they were.
22   Q    And why would you do that?
23   A    Joyce Michael would call and say, you really need to do
24   this, you need to get this money together, and you need to
25   send it to this person at this address.
```

```
1   Q     And what sums of money are we talking about?  I mean,

2   thousands of dollars or something less?

3   A     It was usually at least a thousand, different amounts.

4   Q     Did she explain why you needed to send some person you

5   didn't know this money?

6   A     It was just supposed to help in the work that she was

7   doing for me.

8   Q     And, again, during all these years, did this concept of

9   the work, did that come up in conversation between you and

10  her?

11  A     Yes, it would be, you know, "This is for the work."

12  Q     Did you ever suspect or question her with respect to

13  whether she was actually keeping this money or using it for

14  her own benefit?

15  A     Yes, especially when so much money was needing to come

16  from my friend, I said, how are you going to give this money

17  back to me if you're spending it?  And she said, I'm not

18  spending it.  It's all in a safe place.

19  Q     Did she describe what that safe place was?

20  A     No.

21  Q     When you said that, did you suspect that she was

22  spending it, or you were just saying that?

23  A     No, I kinda thought that maybe she had like a bank

24  account set up with both of our names on it and all the money

25  was going into this account, and then when everything was
```

1    settled and cleared up, that the money would come back to me

2    and I would give it back to my friend.

3    Q    If you knew that she was actually spending all this

4    money, would you have given her this money?

5    A    No.

6    Q    Did you have any conversations -- did she have any

7    conversations with you about whether you could talk or

8    discuss what was going on between you and her with anybody

9    else?

10   A    Well, basically, it was spiritual work, and we weren't

11   supposed to mention to anybody else that it was being done.

12   But she did say that, you know, once everything was done,

13   then I would be able to tell, like Joanne, what wonderful

14   things that she had done for me and my family by giving us

15   all of the money over this period of time.

16   Q    Did you ever confide in anybody before, you know, the

17   case came about, that you would be giving all of this money

18   to a fortune teller or psychic?

19   A    No.

20   Q    During all these years, what did you think your

21   relationship was with Joyce Michael, or what did you think

22   her relationship with you was?

23   A    I thought she was a godly person.  I thought she cared

24   about me and really wanted to help me.  I considered her my

25   spiritual guide, and I guess, a friend.

1    Q     Well, as a friend, did you confide your deepest secrets

2    to her?

3    A     Yes, I was able to tell her things that I couldn't tell

4    other people.

5    Q     Was there a point in time when you furnished her with

6    credit cards or put her name or somebody's name on your

7    credit card accounts?

8    A     In the very beginning we opened a credit card.  I think

9    it was in the name of Rose Marks.  And then as time went on,

10   we opened other credit cards that she would supposedly use to

11   buy, I guess, certain things that would help in the work that

12   she was doing for me.

13   Q     All right.  When you say we would open accounts . . .

14   A     I'm sorry, I would open accounts, with her as a

15   cosigner.

16   Q     And why did you do that?

17   A     She would indicate that she would, I guess, buy things

18   that might help in the work, or certain amounts of money, if

19   she bought something, if it came up a certain number, maybe

20   that would help in my work.  And then she was going to pay

21   the bills.

22   Q     Did she talk to you about, that she wanted these cards

23   because she had bad credit and she was looking, you know, she

24   needed a credit card for her personal affairs?

25   A     No, nothing of that type was mentioned.

```
1   Q    Did you believe that these credit cards were being used

2   for your benefit in some way with helping with the work?

3   A    I did.

4   Q    Do you remember some of the stores or banks in which you

5   opened up credit card accounts and added her or somebody else

6   to those accounts?

7   A    We had American Express, and one of those went

8   delinquent and I had to end up paying that.  We had Home

9   Depot, we had Neiman Marcus, we had Chase.  There were five

10  or six different cards that were opened up that she would use

11  for her purposes, for me, my purposes in the work.

12  Q    Well, were you using those cards yourself, as well?

13  A    No.

14  Q    These are all under your credit?

15  A    Yes.

16  Q    Were you even getting the monthly bank statements for

17  these accounts?

18  A    No, in the beginning I may have been getting one or two,

19  but eventually we changed them over to her address so that

20  she would get them.

21  Q    Do you remember where that was, the address she was

22  using then?

23  A    1319 Seminole Drive, Fort Lauderdale, Florida.

24  Q    You mentioned that some of these accounts you added the

25  name Rose Marks.  Had you ever heard that name prior to that?
```

1    A    I knew her as Joyce Michael, but when we opened the

2    first credit card she told me to put it under the name of

3    Rose Marks.

4    Q    Did she tell you why or did you ask her why, if her name

5    is Joyce Michael, that she would want it under the name Rose

6    Marks?

7    A    I thought because --

8    Q    No.  First of all, did you ask her?

9    A    Oh, no, I don't think I asked her, but I did make an

10   assumption.

11   Q    What was the assumption that you made?

12   A    That since my boyfriend's last name was Rose, that she

13   was making it Rose Marks because that was going to help her

14   somehow in the work that she was going to do for me and Will.

15   Q    But that was just an assumption that you made connecting

16   the name Rose to your boyfriend, Will Rose?

17   A    Yes, I never really knew her real name was Rose Marks, I

18   thought it was Joyce Marks.

19   Q    So you just testified that she told you that she would

20   make payments on these credit cards?

21   A    Yes, she would get the bills and make the payments on

22   them.

23   Q    And for a period of time is that what appeared to take

24   place?

25   A    Yes.

1    Q    And when was it that you started getting delinquency

2    notices on any of the credit cards?

3    A     It could have been 2009 or '10, but I started getting

4    calls every now and then where they would tell me that the

5    payments were past due, and I would call her, and then

6    usually she would take care of it.  And then a little bit

7    later she called me and asked me if I could consolidate all

8    of the debts.  And I told her that I've read a lot of bad

9    stories about that, that the companies actually don't get

10   paid, and I was leery about doing that.  And she asked me if

11   I could call the credit cards and set up some type of monthly

12   payments.  And I did call.

13          I think there were six different credit cards, and

14   I called them, and they set up monthly payments, and she was

15   going to give me the money to make the monthly payments each

16   month.

17   Q    Let me go back, though.

18          Do you recall whether or not you had difficulty

19   with the American Express card before all of this?

20          MR. SCHWARTZ:  Objection, asked and answered.

21          THE COURT:  Overruled.

22          THE WITNESS:  I'm sorry?

23          THE COURT:  You can answer.

24          THE WITNESS:  I can answer?

25          Okay.  The American Express may have been one of

1   the ones that was opened in the very beginning, and

2   apparently at some point in time she defaulted, and it went

3   into arrears and collection.  And I got a call when I was at

4   work, and it could have been somewhere 2004, I don't know,

5   from American Express saying that it had gone into default,

6   and that I was required to make the payment, since it was my

7   card.  And I didn't have $6000 at that time, so I contacted

8   my friend, Joanne.

9   BY MR. STEFIN:

10  Q    Well, let me stop you.  Did you contact Joyce Michael

11  and tell her that she needed to pay the $6000?

12  A    There was a period of time that I tried contacting her

13  and I was unable to get in touch with her, and I believe it

14  was at a time when her husband was ill.  So I tried calling,

15  leaving messages, and I was never able to get in touch with

16  her.  And the American Express threatened to garnishing my

17  wages and do all these things to me.  So at that time I

18  couldn't contact her, and I contacted the my friend Joanne,

19  and she gave me the money to pay off the debt.

20  Q    And then so with respect to these other credit cards

21  there was a problem later on?

22  A    Yes, that was a different issue.  They were cards that

23  she was using and apparently was having trouble making the

24  payments and had me set up a payment plan.  So it ended up to

25  be about $1400 a month that she needed to give me to pay

```
 1    towards these six credit cards.

 2    Q    How much was the overall debt that you had accumulated?

 3    A    It was about $60,000.  The largest one was Neiman

 4    Marcus.  It was like 34,000 or something.

 5    Q    And what's the status of that debt now?

 6    A    I tried working with all of the credit card companies,

 7    and they were giving me a really hard time.  I tried to see

 8    about getting -- filing for bankruptcy, and my friend Joanne

 9    said she didn't think that would be a good idea because it

10    would ruin my credit for a long, long time.  And I tried

11    working with the credit card companies.  The only one that

12    really tried working with me was Neiman Marcus.  The others

13    were like, you know, they needed their money.

14           And so Joanne said give me a couple of weeks and I

15    will do my best to get the money together to pay the credit

16    card companies so you don't have to file for bankruptcy.  And

17    at that time I think it was about $54,000.

18    Q    Now, in addition to the money that you have described

19    that you gave to the Defendant -- to Joyce Michael, did you

20    ever send other items to her, as well?

21    A    Yes.  I sent my mother's silver to her.  She had called

22    me on the phone and said that, did my mother have any silver.

23    And at that time we had something down on Baltimore Road,

24    which was another house I used to own.  And she told me to go

25    down and to pack it all up, and if Joanne had any silver from
```

```
1    her mother, to put four forks of Joanne's into the box and

2    send it to her, and that she would return it to me.  So I

3    did.

4    Q    Did she tell you why she needed your mother's

5    silverware?

6    A    I think it was supposedly to contact spirits on the

7    other side and find out where all of the problems existed in

8    my past lives.

9    Q    And did you do what you were instructed to do?

10   A    I did.

11   Q    And how did you send that silverware to Joyce Michael?

12   A    I believe it was sent UPS, and I had a -- some kind of a

13   UPS receipt where I sent it.

14   Q    Did you also send, besides the silverware, send other

15   items, as well, photographs or anything of personal meaning?

16   A    I had given her photographs over the years.  I don't

17   recall having specifically sent her something after she left

18   the area.

19   Q    Did she tell you how long she would hold on to the --

20   hold on to the silverware?

21   A    She didn't say how long.  She did ask me at one point if

22   I wanted it back, and I said, yes, it was my mother's, and I

23   would like it back, but she didn't say when she would send it

24   back to me.

25   Q    Do you recall being instructed to send something to a
```

1    person named Jude Montassir?  Does that name ring a bell to

2    you?

3    A    Yes, I have a document that shows that I sent something

4    to her.  I don't remember what it was, but I was instructed

5    by Joyce Michael to get probably cash together and send it to

6    this person that I didn't know who it was.

7    Q    And you did as instructed?

8    A    I did.

9    Q    And do you recall being instructed to send money to a

10   person by the name of Victoria Eli?

11   A    Yes, I do.

12   Q    And you remember how much money that was?  If you don't

13   remember --

14   A    I --

15   Q    Go ahead.

16   A    I believe that's the one that I had to get a cashier's

17   check that Joanne Barnes had given me, like $6000, and I went

18   to the bank to get the cashier's check.  I believe that was

19   the one.

20   Q    Does did she tell you who Victoria Eli was?

21   A    No.

22   Q    Did you ask?

23   A    No.

24   Q    So this is going on for many years.  You said there was

25   a period of time in which you were unable to get ahold of

```
 1   Joyce Michael.  And what was the timeframe of that period?

 2   A    I believe it was around 2005-2006.  At one point I had

 3   credit cards that were, like, $60,000, and I had asked her if

 4   she was going to help me at Christmastime, and then I wasn't

 5   able to get in touch with her at all.  And so I went to my

 6   dear friend Joanne, and she gave me $50,000 to pay off the

 7   credit card debt.

 8           A lot of it was cash advances that I had taken over

 9   the years.  And I tried to pay some off at one point and had

10   put it into one account that I was trying to pay a lot on,

11   but then I started running up cash advances again, and I

12   never got out of debt.

13   Q    Let me go back to that silverware.  Let me show you

14   what's been marked for identification as Government's

15   exhibit 530 and ask you if you can identify this?

16           MR. STEFIN:  May I approach, Your Honor?

17           THE COURT:  Yes.

18           MR. SCHWARTZ:  I have no objection if he wants to

19   offer it, Your Honor.

20           MR. STEFIN:  We would move it into evidence.

21           THE COURT:  530's admitted without objection.

22       (Government's Exhibit No. 530 entered into evidence.)

23           THE WITNESS:  Yes, this is the silverware I sent to

24   Joyce Michael.

25   BY MR. STEFIN:
```

1    Q    Would you read the address label?  And is this the box

2    that you shipped it in?

3    A    Yes, it is.  It's shipped to Rose Marks, 1319 Seminole

4    Drive, Fort Lauderdale, Florida 33304, UPS next-day air

5    saver.

6    Q    And, again, who provided you with that name and address?

7    A    Joyce Michael.

8    Q    And, again, the name Rose Marks comes up.  Did you

9    question her at all about that, or did you just have this --

10   A    No, I just thought that it was the name that she was

11   using to help me.

12          THE COURT:  Why don't you keep those on the table

13   right in front of you.

14          MR. STEFIN:  This table here?

15          THE COURT:  Yes.

16   BY MR. STEFIN:

17   Q    Ms. Wolfe.

18   A    Yes.

19   Q    You indicated that you had kept records.  You started

20   keeping records after a certain period of time with respect

21   to your financial dealings and transactions with Joyce

22   Michael?

23   A    Yes, in the beginning I really didn't keep very many

24   records, but as time went on and larger amounts were given

25   over to Joyce Michael and I was supposed to get all of this

```
 1    back, I started throwing receipts and things that I had into

 2    a little red file that I had in my office.

 3    Q    And ultimately, what did you do with all those records?

 4    A    I eventually turned them over to Beth Watts after I

 5    received the call that they had been indicted.

 6    Q    Well, let's talk about that first.

 7         You were mentioning the fact that you had lost

 8    contact with her for a period of time.  Then did you

 9    reestablish contact with Joyce Michael?

10    A    Yes, she did contact me, and I found out that her

11    husband had a brain tumor and was very ill, and I even looked

12    up some things on the Internet about cancer and sent to her.

13    Q    And was there a continuation, though, of the so-called

14    work and requests for you to send money after that?

15    A    Yes.

16    Q    And for how long did this relationship continue?

17    A    The relationship continued until I was called, I guess,

18    around September of 2011.

19    Q    And who were you contacted by?

20    A    I had a call from Beth Watts, criminal investigator with

21    Internal Revenue, and Charlie Stack, a private investigator,

22    and they told me that Joyce Michael and some of her family

23    members had been indicted for fraud.  And I was rather

24    shocked at first, but at the time I was having my own

25    suspicions, and I had been walking around at lunchtime and
```

1    praying that it would soon be over and I could give Joanne

2    back her money.  So I kind of felt that it was probably for

3    real.

4    Q    Did anybody have to convince you that you were a victim

5    in this case?

6    A    No.

7    Q    With respect to the records that you kept --

8           MR. STEFIN:  May I approach, Your Honor?

9           THE COURT:  Yes.

10   BY MR. STEFIN:

11   Q    I'd like to show you what's been marked as Government's

12   composite exhibit 112.  I'm just going to ask you to -- and I

13   think you've had a chance to look at this before you've come

14   to court today?

15   A    Yes, the documents in the --

16   Q    Well, let me . . .

17   A    Okay.

18   Q    I'm going to give it to you to look at, but I'm going to

19   ask whether or not these are the documents you furnished to

20   the United States Government in connection with this matter.

21   A    I have looked at the documents, and they are my

22   documents.

23           Am I not supposed to speak?

24           MR. STEFIN:  Well, at this time, Your Honor, we

25   would offer 112 into evidence.

 1            MR. SCHWARTZ:  Your Honor, I discussed it with

 2    Mr. Stefin, and subject to removing the labels that they've

 3    placed on it and subject to perhaps taking out a few items

 4    and -- after we break today, I have no objection to it coming

 5    in.

 6            THE COURT:  All right.  It will be admitted without

 7    objection, subject to possible redactions.

 8        (Government's Exhibit No. 112 entered into evidence.)

 9    BY MR. STEFIN:

10    Q    Ms. Wolfe, one of the things you did, you created your

11    own spreadsheet based on your own review of the records,

12    trying to figure out the dates and amounts of money that you

13    forwarded money to Joyce Michael?

14    A    Yes, I did.

15    Q    By the way, I've been talking about Joyce Michael for

16    quite a while this afternoon.  When's the last time you

17    actually saw Joyce Michael before today?

18    A    I think she moved away from Springfield in like 1988,

19    and I didn't see her any after that, and maybe not, you know,

20    right before she left.  So physically, to see her, it's been

21    quite a while.

22    Q    More than 20 years, more than 25 years?  '88, '98, 2008,

23    about 25 years?

24            Would you recognize her?  Do you think you would be

25    able to recognize her if you saw her again?

```
 1   A     I believe so.

 2   Q     Have you seen anybody in the courtroom that you would

 3   recognize as the person you discussed as Joyce Michael?

 4   A     Yes, that's Joyce. (Indicating.)

 5              MR. STEFIN:  For the record, the Defendant stood

 6   up, indicating the Defendant, Rose Marks, Your Honor.

 7              THE COURT:  Is that who you were referring to?

 8              THE WITNESS:  Yes.

 9              THE COURT:  The lady who stood up?

10              THE WITNESS:  Third person from the right.

11              THE COURT:  Yes, she identified the Defendant.

12   BY MR. STEFIN:

13   Q     Let me just very quickly go through a few of the

14   documents.  And, again, this is part of 112, document 001.

15              These documents will all be available for the jury

16   at a later time, but is this a spreadsheet that you,

17   yourself, prepared?

18   A     Yes.

19   Q     Indicating -- and, again, there's one action in '85, and

20   then it looks like it starts in 1997 after that.  What

21   happened to the records between '85 and '97?

22   A     I know in the beginning I really didn't keep many

23   records.  It was only after we started getting into larger

24   amounts that I started thinking maybe I should keep them,

25   because how would we know how much money was supposed to come
```

```
 1    back to me.
 2    Q    Did the Defendant ever indicate to you that she was
 3    keeping a record so that when the day of reckoning came that
 4    she could just give you back all that money that you had
 5    sent?
 6              MR. SCHWARTZ:  Objection, leading.
 7              THE COURT:  Overruled.
 8              You can answer.
 9              THE WITNESS:  She didn't specifically, but I think
10    I said one time, do you know how much that you're going to
11    give me back, and she would say yes.  But we didn't really
12    discuss her keeping records.
13    BY MR. STEFIN:
14    Q    I notice on this sheet you indicated it looks like some
15    gift cards, Sears, four at $500.  That's on 7/17/02,
16    Nordstrom's, 4 to $500.  What can you tell us about the
17    purchasing of gift cards?
18    A    She would call me, Joyce Michael would call me, and she
19    would say, I need you to go to Nordstrom, and I need you to
20    get some gift certificates, and I need you to send them
21    overnight to me.  And most of the time they would be like
22    $500 increments, and I would go purchase them and send them
23    to her.
24    Q    And, again, no questions asked, just send me some gift
25    cards and you would send them?
```

```
1    A    Yes.

2    Q    Were these -- well, gift cards.  Were these gifts?  Were

3    you giving her these as a gift?

4    A    No, I figured that she was probably giving them to

5    someone else, but I was just doing it for her because it

6    would somehow help in the work.

7    Q    Did you -- I think it was what, $800 in the beginning

8    she told you that was a fee?

9    A    Yes.

10   Q    Other than that, all this money that you gave her over

11   all these years, was any of it a fee for her, to your

12   understanding?

13   A    No, there was never any mention that this is my payment

14   for doing your work.  It was just all part of the work, and

15   whenever I would say, you know, what's happening with all

16   this money, she would say that it was going to all come back

17   to me someday.

18   Q    And this is the second page of your spreadsheet.  And,

19   again, it looks like gift cards and deposits.  When it shows

20   a deposit, like, for example, the third line down, if you can

21   read that, that looks like it says May 12th, 2008, a deposit,

22   Suntrust 8694 for $10,000.  To whose bank account were you

23   depositing money?

24   A    The deposit went into my account, and then you'll see

25   the next line it says:  Wire, Suntrust Bank to Rose Marks,
```

1   $9975.

2   Q   All right.

3   A   Plus, I would have deducted whatever the wire charge was

4   from the $10,000.

5   Q   Then we go down to the middle of the page, there's some

6   larger transactions, and it looks like some of these are

7   notations of yours, 12/4/08, a deposit, Suntrust 8694 for

8   $30,000, and below that a possible funds transfer of $30,000

9   on 12/5/08.

10   A   Any large amounts like that would have originally come

11   from Joanne, because I didn't have money like that.

12   Q   Do you recall the address 21 West 58th Street coming up

13   at all during the time period that you were dealing with the

14   Defendant?

15   A   There was a time that I sent something to someone in New

16   York.  I didn't know what the address was or whose it was.

17   Q   Let me show you what is part of this same exhibit Bates

18   stamped 048.  Do you remember what that was -- the purpose of

19   that was?  Can you read that okay?

20   A   Yes, I can see it.

21   Q   Express mail.

22   A   Yeah, I can't specifically say what was in it, but

23   usually it was money.

24   Q   And if you had sent something, whatever it was, on~--

25   and it looks like according to the receipt on the left side,

```
1    on September 20th of 2007 for $16.25, if you had sent

2    something on that date, why would you have done that?

3    A    She would have brought -- sorry.  Joyce Michael would

4    have called me and instructed me to get together money, put

5    it in an envelope and send it.  I think she instructed me to

6    actually send it post office express mail.

7    Q    And you mentioned a package to Ms. Montassir.  Showing

8    you what's been labeled document 050.  What does that

9    indicate?

10   A    I would have received a call from Joyce Michael, and she

11   would have instructed me to get certain funds together and

12   how to send it and who to send it to.  I did not know who the

13   person I was sending it to was.

14   Q    And that document indicates a mailing on 4/19 of 2001?

15   A    Yes.

16   Q    It says the sender's name is Joyce Michael, but whose

17   handwriting is that?

18   A    It's my handwriting.

19   Q    And so you wrote in Joyce Michael, 1319 Seminole Drive,

20   Fort Lauderdale, Florida?

21   A    Yes.

22   Q    And you mailed it from Virginia?

23   A    Yes.

24   Q    Or had it shipped from Virginia.

25        You indicated, and I asked you about, whether you
```

1    recall the name Victoria Eli.  Let me show you exhibit marked

2    with the numbers 088.

3    A    Yes, that's the copy of a certified check.

4    Q    Now, that indicates the purchaser is Joanne Barnes.  Is

5    that your friend, Joanne?

6    A    Yes, she was not actually the one there purchasing it.

7    Joanne had given me a check.  I took it to the bank to cash

8    it to send this cashier's check, and the cashier told me

9    since Joanne's name was on the check, that the remitter had

10   to be Joanne Barnes and not me, or not Rose Marks or Joyce

11   Michael.

12   Q    All right.  And do you remember how you forwarded the

13   check on?  Do you have any recollection of that?

14   A    I don't remember if it was mailed or overnighted.  I

15   don't remember.

16   Q    And you mentioned the problems or difficulties you had

17   with American Express?

18   A    Yes.

19   Q    I want to show you Government's exhibit -- same exhibit,

20   but document number 116.  And what is that?

21   A    Yes, that's the check that I wrote and sent to American

22   Express for the 6000 debt, the American Express card that

23   went into arrears.

24   Q    And this is the money you said you got from your friend

25   Joanne, again, to pay off this debt?

```
 1    A     Yes.

 2    Q     And did you ever use this American Express card for

 3    yourself?

 4    A     No.

 5    Q     And that was in February of 2006?

 6    A     That's correct.

 7    Q     February 9, 2006, according to the document?

 8    A     Yes.

 9    Q     Towards the end of this whole episode, was there a point

10    where you tried to communicate or explain to Joanne what was

11    going on and why you kept asking her for money over all these

12    years?

13    A     Yes.  Joyce Michael would ask me to get money from

14    Joanne, and she started telling me that she didn't have any

15    more money to give me, and Joyce Michael instructed me to

16    tell her why I was asking for the money.  And I believe you

17    have a copy of the e-mail that I sent to Joanne.

18    Q     Document 118, which I have on the screen right now, is

19    this an e-mail that you sent to your friend Joanne on

20    August 17th of 2010?

21    A     Yes, it is.

22    Q     Your first paragraph, it looks like you're talking about

23    the Laws of Attraction and different cycles and periods.

24    A     Yes.

25    Q     That you're working on something that will help you
```

1    and --

2    A    This is what Joyce Michael instructed me to say to her.

3    Q    The second paragraph talks about the different cycles

4    are two, three, and six-year cycles.  We are now at the end

5    of this cycle, and December 31st of this year will be the

6    seventh circle, and all the work has to come to an end.  This

7    is August of 2010.

8    A    Right.

9    Q    Again, you're getting -- like who's feeding you this

10   information to put into this e-mail?

11   A    Joyce Michael.

12   Q    Did you have -- do you understand any of what this is

13   referring to?

14   A    I just know that the numbers seemed to play an important

15   part in what she was doing for me.

16   Q    So what was the -- what was the actual purpose of this

17   e-mail?  What were you looking for?

18   A    Trying to get more money from my friend Joanne.

19   Q    How much -- and it looks like on the third paragraph you

20   indicate how much money you're asking for.  It looks like the

21   third line on the third paragraph.

22   A    If I can get 127,000, then I can complete the cycle and

23   start returning what you have given me the first of the year.

24   Q    So who's telling you then, that at the first of the

25   year -- here's August 2010 -- that at the first of the year

```
1    you can complete this cycle and start returning this money?

2    A    Joyce Michael.

3    Q    Now, is this after all this other money that you've

4    talked about, the close to $300,000 from Joanne?

5    A    This was near the end of all of the money that she had

6    been giving me.  She was continuing to give me money, but it

7    was lot smaller amounts because she didn't have the large

8    amounts that Joyce Michael was asking me to get from her, and

9    I don't believe she was able to give me the 127,000.

10   Q    In fact, it looks like Joanne e-mailed you back on

11   August 18th, 2010, when she tells you there's no possible way

12   I have or can get $127,000.

13   A    Correct.

14   Q    She goes on to say that as of 2009, her retirement fund

15   is down to zero.  Now she, herself, is struggling to get the

16   bills paid each month?

17           MR. SCHWARTZ:  Your Honor, I would object to

18   hearsay.

19           THE COURT:  Sustained.  Remove that, please.

20           That e-mail from Joanne Barnes needs to be

21   extracted from the . . .

22           MR. STEFIN:  We'll go through the others.

23           THE COURT:  Okay.

24   BY MR. STEFIN:

25   Q    Going to show you what's in evidence, same exhibit,
```

```
1    document number 256.
2           You mentioned about the Neiman Marcus credit card,
3    and I believe you testified that this was not a card that
4    you, yourself, used, correct?
5    A    Correct.
6    Q    Looks like as of August 3, 2010, there was a balance of
7    $29,467.24?
8    A    That's what it's showing here.  I never received any of
9    the bills.
10   Q    At the time.  You never received them as --
11   A    I've never received any Neiman Marcus statements.  I
12   obtained copies after this all happened.
13   Q    And, again, these various purchases that are mentioned,
14   men's Gucci belts, Gucci men's slip-on shoes, trousers,
15   shirts, and so forth, did you have anything to do with any of
16   these purchases?
17   A    No, I did not.  I would never spend that much money on
18   something.
19   Q    I'm sorry?
20   A    I would never spend that much money on purchases like
21   that.
22   Q    I want to show you just one specific wire transaction,
23   document number 039.
24           THE COURT:  Is that from exhibit 112?
25           MR. STEFIN:  Yes, Your Honor.
```

```
1    BY MR. STEFIN:
2    Q    Don't know if you can read it.  Is it large enough for
3    you to read there?  Can you see the date of that wire
4    transaction, on the upper line?
5    A    December 1, 2009.
6    Q    All right.  It indicates the customer, Deanna Wolfe,
7    that's you, and that's your address?
8    A    Yes.
9    Q    Let me just make it a little larger.
10             It shows a transfer amount.  Can you read what that
11   says?
12   A    $59,975.
13   Q    And it's being sent to where?
14   A    Joyce Michael, Inc.
15   Q    And it indicates an account number ending in 8337 at the
16   Bank of America?
17   A    Yes, it does.
18   Q    And this is coming from your bank?
19   A    Yes.
20   Q    And your bank was Suntrust at that time?
21   A    Suntrust.
22   Q    And where did you maintain your account?
23   A    Where I would go would be near where I worked, which is
24   in Tysons Corner.
25   Q    In Virginia?
```

```
 1    A     In Virginia.

 2    Q     And did you know where the Defendant was located at that

 3    time you sent this particular wire-transfer, where she was

 4    living?

 5    A     She was located in Fort Lauderdale, Florida.

 6          MR. STEFIN:  If I could just have one more second,

 7    Your Honor.  See if there's anything else.

 8    BY MR. STEFIN:

 9    Q     Was there a time -- showing you Government's exhibit,

10    again, 112, but it's document 609 -- 309, excuse me.  It's a

11    check for $18,000 to Joanna Barnes.  What can you tell us

12    about this particular document?

13    A     Yes, it was at a period of time when there were large

14    sums of money that I had to keep asking Joanne for that Joyce

15    Michael would ask me to get from her, and I guess I was

16    protesting.  I can't keep asking Joanne for money.  And she

17    told me to write a check, date it that date, make it payable

18    to Joanne Barnes for $18,000, fold it up and put it in my

19    wallet.

20          Don't do anything with it, just hold it in my

21    wallet.  Which led me to believe that money was going to soon

22    be coming back to Joanne.

23    Q     So you just simply held onto this check in your wallet

24    as a symbol of money coming back to you?

25    A     Yes, as a symbol of money going back to Joanne.
```

```
 1                    MR. STEFIN:  That's all I have on direct at this
 2    time.
 3                    THE COURT:  Thank you.
 4                    MR. SCHWARTZ:  May I examine, Your Honor?
 5                    THE COURT:  Yes, you may.
 6                         Cross-examination
 7    BY MR. SCHWARTZ:
 8    Q    You want a glass of water before we start?
 9    A    I have some.  I'm sipping on it.  Thank you, though.
10    Q    And if you're tired at any point or you'd rather take a
11    break -- I guess I'm usurping the judge's prerogative.
12                    MR. SCHWARTZ:  And I apologize, Your Honor.
13    BY MR. SCHWARTZ:
14    Q    But if you're tired, please tell me.
15    A    I appreciate that, but I think I'm fine.  Thank you.
16    Q    Okay.  You met and started being friends with Joyce --
17              May I call her Rose?  Will that --
18    A    Yes.
19    Q    Just so people aren't confused.
20    A    I know now that her name is -- her legal name is Rose
21    Marks.
22    Q    And her business name was Joyce Michael?
23    A    Joyce Michael.
24    Q    Right.
25              You met and formed a relationship with Rose in the
```

```
 1    '70s, wasn't it?  Do you remember exactly when?

 2    A    I thought it was the early '80s.

 3    Q    I think it was about, now, 36 years ago.  So my math is

 4    bad.

 5    A    I thought it was about 30 years ago, but, you know, it's

 6    been a long time, and I was trying to place the timing as to

 7    where I was living, and I was living in the condo, because I

 8    specifically remember being out on the balcony reading my

 9    Bible when I moved there in '79 or '80.  So . . .

10    Q    So let's say early -- '80 or somewhere around there.

11    A    Somewhere around there.

12    Q    And you've testified, and I believe you've tried to

13    testify truthfully and remember as best you can remember.

14    A    Yes.

15    Q    But I'm going to suggest that maybe there were a couple

16    of mistakes and errors, and I want to talk to you about

17    those, to try to correct them if you don't mind.

18    A    Not at all.

19    Q    You said that the only money that you got from Joanne

20    was to give to Rose.  Remember saying that?

21    A    Yes.

22    Q    That wasn't really -- as you think about it, was that a

23    hundred percent right?

24    A    Well, if you consider the 50,000 that Joanne gave me for

25    the credit cards -- now, there may have been other smaller
```

```
 1    amounts that she had given me, but not large amounts like

 2    what I had given Joyce Michael.

 3    Q    Okay.  Well, let's talk about that.

 4          When your kids had problems, did you, for instance,

 5    get money from Joanne to buy your kids cars?

 6    A    Yes.

 7    Q    And you remember about -- those weren't small amounts,

 8    were they?

 9    A    No, but . . .

10    Q    And there's nothing wrong with having forgotten about

11    that.  Again, it's 30 years ago and over a long period of

12    time.  And I'm not trying to catch you.

13    A    No, Joanne did help me and my family, and she's helped

14    her nieces and a lot of people over the years.

15    Q    She's a very nice person, right?

16    A    She is.

17    Q    But she did give you money to help your kids buy cars,

18    right?

19    A    I believe she gave us money for Kristin to buy a car.

20    Q    And when your kids needed money for school, to go to

21    different schools, did you get money from her to help your

22    kids go to school?

23    A    She did help out a little bit with, I think, Kristin and

24    maybe a little bit with Charlie.

25    Q    Is that for college or private school?
```

```
 1    A    Like NOVA, Northern Virginia Community College.

 2    Q    And did she also take you and your family fairly

 3    regularly, maybe twice a year or once a year, on family

 4    vacations?

 5    A    She did.  There were about five years that she took us

 6    on family vacations.

 7    Q    And wasn't there a boat, also?

 8    A    She owns a boat.

 9    Q    But did she help you buy a boat?

10    A    No, the boat belongs to her.

11    Q    Okay.  You just were able to use it?

12    A    Yes, we use it.

13    Q    Now, let's talk for a moment about your father's house.

14    You said that Rose advised you to take a loan out on your

15    father's house; is that right?

16    A    Yes.

17    Q    But you really didn't have much choice about that, did

18    you?  Let me explain why.

19         You and your sister were really the ones who

20    inherited the house; is that correct?

21    A    I believe the house went to me, but the loan was

22    partially to pay my sister her half.

23    Q    And you didn't have the cash to pay your sister the half

24    that you thought she deserved, whether she was legally

25    entitled to it or not, did you?
```

```
 1    A     No, I did not.

 2    Q     So you had to take out a loan on the house because you

 3    needed to pay your sister her share, or you wanted to pay

 4    your sister her share; is that right?

 5    A     My sister did not press me for any money from the house,

 6    and I rented it for a number of years, but the loan was taken

 7    out well in advance of all of this.

 8    Q     And I'm not saying you had to.  I think I corrected

 9    myself, and I apologize.  You wanted to pay your sister half

10    of the house because you felt she was entitled to it?

11    A     Yes.

12    Q     And Rose and you talked, and Rose gave you advice.  She

13    said if you want to pay your sister half of the house, you

14    should take out an equity loan or mortgage loan on the house

15    and pay her.  That way you can pay off the loan.  She told

16    you how to do it or advised you how to do it, right?

17    A     She did tell me to do that, but the amount of the loan

18    was a lot more than what I owed my sister, and I was making

19    payments on that loan until the house was sold.

20    Q     Right.

21          And you gave some of that money to Rose?

22    A     Yes, I did.

23    Q     And you kept some of that money for yourself?

24    A     A small part probably.

25    Q     I don't know how much it was.  You know better than me
```

```
 1    how much you kept, but you kept some of it yourself, right?

 2    A    I would have probably paid off some debts that I had run

 3    up on credit cards with cash advances.

 4    Q    Well, let's talk, while we're on credit cards, about the

 5    cards for a minute.

 6         Rose had some credit cards that were in your name

 7    and her name; is that right?

 8    A    Some were, she was a cosigner and some were just in my

 9    name that she was using.

10    Q    Okay.  And for many, many years you and she had an

11    agreement that she would use the cards and make the monthly

12    payments; is that right?

13    A    Yes.

14    Q    About how many years was that?

15    A    Well, it started out probably from the very beginning

16    when I met her, but then as the years went on, there were

17    other credit cards that were added, and like she would tell

18    me to go to Home Depot and take out a credit card from Home

19    Depot, or go to Saks Fifth Avenue and take out a credit card.

20    Q    So it was probably over a period of 30 years that she

21    had the cards and used them and paid them; is that right?

22    Sometimes she was late, sometimes you'd get a call, but she

23    paid them?

24    A    It wasn't 30 years for all of them.  Some were more

25    current than others.
```

```
1    Q    Okay.  But at least for some of them it was 30 years?

2    A    One or two maybe.

3    Q    And for that period of time she kept her agreement with

4    you to pay the cards; is that right?

5    A    Yes.

6    Q    There was a period of time, there was a point, I guess

7    in January or February of 2005 where the AMEX card came due,

8    it was for about $6000, and you couldn't reach Rose?

9    A    Correct.

10   Q    And did you subsequently learn -- I think you testified

11   about it.  Her husband, Nick, had brain cancer, and they left

12   the state of Florida and they went to a cancer hospital, and

13   Rose stayed there with him for a number of months?  Did you

14   learn that?

15   A    I didn't -- wasn't aware of that.  I just wasn't able to

16   reach her.

17   Q    Okay.  Did she subsequently tell you that she wasn't

18   around and wasn't available because she was taking care of

19   her husband who had cancer?

20   A    When she finally contacted me, she did tell me that he

21   had cancer.

22   Q    Right.

23        And do you know whether he subsequently died of

24   cancer?

25   A    I believe he did.
```

```
 1    Q    In 2006?

 2    A    I think that was the date.

 3    Q    Okay.  So is it possible that she didn't intentionally

 4    try to cheat you out of the $6000 on the American Express

 5    card, that she was just involved in very problematic

 6    circumstances?

 7              MR. STEFIN:  Objection, Your Honor.

 8              THE COURT:  Overruled.

 9              You can answer.

10              THE WITNESS:  Okay.  I can answer?

11    BY MR. SCHWARTZ:

12    Q    You want me to repeat it?

13    A    Please.

14    Q    Is it possible -- do you believe that she intentionally

15    cheated you by not paying that AMEX card, or do you believe

16    that she was involved in trying to help her husband and

17    overlooked it?

18    A    All I really know was that when I tried to reach her I

19    couldn't, and it left me in a bad position.  I later found

20    out about her problem.

21    Q    Okay.  And let's talk about some of the other credit

22    cards, because there were at the time -- forgive me.

23              In the end of 2007, there were large credit card

24    bills left, correct?

25    A    Yes.
```

```
1    Q    Rose had been having some problems paying the card bills

2    on time in 2010 because she was having financial problems, or

3    she told you she was having financial problems?

4    A    I don't know if she actually told me she was having

5    financial problems.  She just had asked me to see if I could

6    either consolidate the debt or set up payment plans with the

7    credit cards.

8    Q    And you did, in fact, work out payment plans, right?

9    A    Yes.

10   Q    And Rose was paying those payment plans, sometimes a

11   little late, but she was paying the monthly payments on those

12   credit card payment plans, right?

13   A    Yes, it was about 1400 a month.

14   Q    And she would send you the check, and you would pay the

15   bill on the payment plans?

16   A    Correct.

17   Q    And there came a time when you learned Rose was

18   arrested, right?

19   A    Yes.

20   Q    And you tried to get in touch with her to find out what

21   was going to happen with the credit card payments, didn't

22   you?

23   A    I don't think I tried to get in touch with her when I

24   found out she was arrested.  I don't think there was any

25   contact.
```

1    Q    Let me revise that.

2    A    Before, there were times that I tried to get in touch

3    with her to make sure she was making the deposit, and I

4    sometimes couldn't get in touch with her.

5    Q    And did there come a time when you received a call from

6    Rose's attorney's office?

7    A    Yes.

8    Q    And a paralegal in that office?

9    A    Yes.

10    Q    And as a result of the conversation with that paralegal,

11    did the paralegal start forwarding you or making sure you got

12    checks from Rose every month, even after she was arrested?

13    A    I was contacted by Bobby Engelke, and she told me that

14    Rose was going to try to continue to make the payments.

15    Q    Even though she had been arrested and wasn't allowed to

16    work?

17    A    Yes.

18    Q    And did she continue to try to make the payments?

19    A    She did for three, maybe four months.

20    Q    And at the end of that four-month period, did a new

21    indictment come out in this case?  I think the third or

22    fourth -- third superseding indictment?

23    A    An additional indictment did come out.

24    Q    Right.

25         And did that indictment name for the first time you

```
 1    as a victim of the alleged crime in the case?

 2    A    It did list my initials.

 3    Q    Uh-huh.  And did the paralegal contact you and tell you

 4    that the attorney felt it would be inappropriate for her to

 5    keep paying you because it would look like they were trying

 6    to pay off a witness somehow?

 7    A    She did send me an e-mail saying that it appeared that I

 8    was listed as a victim, and if that was the case, then the

 9    attorney said that she should not make any additional

10    payments.

11    Q    Did she tell you because it would have the appearance of

12    impropriety or something of that sort?

13    A    I don't know that it specifically said that, but I do

14    have a copy of the e-mail in my --

15    Q    And I think it's in the book that the prosecutor put

16    into evidence.

17              Was that your understanding?

18    A    Was what my understanding?

19    Q    That the reason she stopped paying you is because you

20    were listed as a victim and it wouldn't be right?

21    A    She said if I were a victim, then they couldn't continue

22    paying the payments.

23    Q    Okay.

24    A    They didn't exactly say it would be inappropriate.  I

25    don't remember that part, but . . .
```

1    Q    Okay.  And up until that time, even though she had been

2    arrested, and even though her assets were seized and she

3    wasn't allowed to work, she was still trying to pay off the

4    credit card bills?

5              MR. STEFIN:  Objection, assuming facts not in

6    evidence.

7              THE COURT:  Sustained.

8    BY MR. SCHWARTZ:

9    Q    Do you know whether she was arrested in August of 2011?

10   A    No, I do not.

11   Q    You never learned that?

12   A    I didn't know that she was arrested until I was called.

13   Q    But you were called, and you learned she was arrested,

14   right?

15   A    This is like September, right after Labor Day of 2011, I

16   believe.

17   Q    Okay.  And in September you were called, and you learned

18   that Rose had been arrested, right?

19   A    Yes.

20   Q    Did you also learn that she wasn't allowed to or it was

21   felt she shouldn't talk to her clients?

22             MR. STEFIN:  Objection, Your Honor.

23             THE COURT:  Overruled, if she learned that.

24             THE WITNESS:  Would you mind repeating the

25   question?

```
1    BY MR. SCHWARTZ:

2    Q    Did you learn or were you told by anyone that Rose was

3    told she shouldn't talk to her clients?

4    A    It was my understanding that she shouldn't have contact

5    with her clients at that time.

6    Q    Uh-huh.  And were you also told that she wasn't allowed

7    to work based on the Court's bond rule?  Work as a spiritual

8    advisor, fortune teller, et cetera.

9    A    Oh, I think that was mentioned.

10   Q    And did you also learn, either from the Government or

11   anyone else, that many of her assets were seized by the

12   Government?

13            MR. STEFIN:  Judge, objection.

14            THE COURT:  Sustained.

15   BY MR. SCHWARTZ:

16   Q    But she still tried to pay you, correct?

17   A    She did make the payments for several months.

18   Q    Now, you said that you kept -- and, again, I'm not

19   trying to trip you up, I'm just trying to make sure

20   everything's clear.  You said that you wanted the work or the

21   things that Rose was doing for you, things she was working

22   on, to be over, but something kept coming up that extended

23   it; is that fair to say?

24   A    Yes.

25   Q    And as in every life, things happen that we need to deal
```

```
 1    with.  Is that true of you?

 2    A    Yes.

 3    Q    For instance -- and I think you mentioned some of it.

 4    It started out where you needed help with Will.  You wanted

 5    to sort of help cement the relationship; is that right?

 6    A    Yes.

 7    Q    And Rose started helping you with that.

 8    A    Yes.

 9    Q    And then as you and Will were together and apart and

10    together and apart, Will developed a serious drinking

11    problem; is that right?

12    A    Yes.

13    Q    He became an alcoholic?

14    A    Yes.

15    Q    Did Rose try to help you with that?

16    A    That was the plan.

17    Q    And didn't she give you some advice about, you know,

18    starting out with keeping smaller bottles of alcohol in the

19    house and things of that sort?

20    A    She would tell me when I go to visit him to go to the

21    liquor store and get a small bottle of Crown Royal liquor and

22    put it in my suitcase.

23    Q    And did -- whether it was Rose who was successful, or

24    you who was successful or Will himself who was successful,

25    did he get his alcoholism under control?
```

```
1    A    He finally did while we were separated, and then once he

2    went through detox we got back together.

3    Q    And was there a problem with your daughter's mental

4    state that you mentioned?

5    A    Yes.

6    Q    And I shouldn't say mental state.  Depression is often a

7    chemical imbalance, but was this a problem?

8    A    Yes.

9    Q    And did she help talk you through that?

10   A    Yes, we would talk many times about a lot of different

11   things.

12   Q    And she continued to help you with that for a long time,

13   didn't she?

14   A    She said she tried.

15   Q    And you frequently would discuss Valerie with Rose,

16   right?

17   A    Yes.

18   Q    Valerie's your daughter, right?

19   A    Correct.

20   Q    And then Valerie got married?

21   A    That was a long time ago.

22   Q    Uh-huh.  But she got divorced; is that right?  Or she

23   was going through a divorce.

24   A    Yes.

25   Q    And did Rose help you and advise you and help comfort
```

```
 1   you and calm you regarding the divorce?

 2   A    I don't specifically remember.  That was quite some time

 3   ago, talking about my daughter's divorce, but she was very

 4   much involved in my life and everything that was going on in

 5   it.

 6   Q    And you mentioned that your son had some problems?

 7   A    Yes.

 8   Q    And what kind of problems are those?  And I'm not trying

 9   to make you feel bad or anything.

10   A    No, I know.

11         He had gotten married and moved to Florida, and

12   when he moved back from Florida, there was a possibility that

13   he was living with friends and maybe doing some drugs, and

14   she supposedly worked on that.

15   Q    And is he still doing drugs?

16   A    No.  When his wife came back from Florida, that all

17   ended.

18   Q    And you kept saying that Rose -- I'm sorry.  If you want

19   to take a drink.

20   A    No, I'm done.

21   Q    I'll wait.

22   A    No, I'm done.  Thank you.

23   Q    You kept saying that Rose kept saying that eventually

24   the money would come back.

25   A    Yes.
```

1   Q    And isn't it a fact that Rose said as you get your life

2   together, as things get better, you'll make more money and

3   the money will come back?

4   A    That I'll make more money?

5   Q    Yeah, you and Will together.

6   A    No, I don't remember that.

7   Q    Does Will work?

8   A    Yes.

9   Q    You mentioned -- and, again, I'm not meaning this to be

10  insulting.  You mentioned your mother's silver.

11  A    Yes.

12  Q    Isn't it correct that it's not really silver?

13  A    I don't know.  I know it's not the most top line silver.

14  It's probably silver plated, because we didn't have a lot of

15  money when I was growing up.

16  Q    And, again, please don't feel insulted, and I'm

17  certainly not an expert in silver, but on Government's

18  exhibit 530, which was put into evidence, in that exhibit

19  there's a piece of paper, and it says spoons; 24 spoons by

20  Rogers, not silver; 11 soup spoons by Rogers, not silver; one

21  soup ladle by WR, not silver; four serving spoons, not

22  silver; three long teaspoons by Rogers; not silver, one long

23  serving -- fluted serving spoon by Chesterfield Rogers, not

24  silver; et cetera, et cetera.

25            And is there is -- and this is available to the

1    jury, since it's in evidence.  But there are two things --

2    one thing that says something marked -- no, it says it's

3    marked for identification.

4           So, again, when you refer to it as silver, it's

5    cutlery.  It's knives and forks and spoons, table settings,

6    but it wasn't necessarily silver, was it?

7    A    I had no way of knowing when she told me to get it

8    together.  To me, it was more of my mother's and the

9    importance that it meant to me.  I didn't care whether it was

10   true silver.  In fact, I didn't think it was topnotch silver,

11   but somebody must have done that.  I didn't send that paper

12   with the silver.

13   Q    No, and I didn't do it.  It's from the Government.

14          And, again, it has really the value of being your

15   mom's and memories, and it may have something to do with your

16   mom because she owned it.

17   A    Correct.

18   Q    And is that why Rose said she needed it, to do something

19   regarding your mom?

20   A    Yes, she told me she needed it to do something with the

21   family.

22   Q    Right.

23          It wasn't so that she could take valuable silver

24   and sell it to somebody?

25   A    I didn't know at the time what I was sending her and I

1    didn't know the value of it.  She did ask me if I wanted it

2    back, and I told her yes.

3    Q    Okay.  And before you could get it back, she was

4    arrested?

5    A    I think that was a while before.

6    Q    Okay.  Now, let's talk about a couple of other things.

7         With Mr. Stefin questioning you, you said that you

8    wanted and expected your money back; is that right?

9    A    Yes.

10   Q    Not that the money would come back to you, but you

11   expected Joyce to have the money and pay it back to you.

12   A    It was my understanding that the money was being kept,

13   she called it a dark place.  But when I told Joanne it was a

14   safe place, and would sometime be returned back to me.

15   Q    As part of the Government exhibit -- I want to call it

16   the big book, 112, there are a lot of documents in there, and

17   I've pulled out one document that, just for the purpose of

18   discussing it with you, I've marked as Defendant's exhibit 2,

19   DW2.  I'm going to show it to you.

20        And maybe we could make it a little bigger.

21        Do you see it in front of you, Ms. Wolfe?

22   A    Yes.

23   Q    Is this a letter that you wrote to Rose Marks under the

24   name of Joyce back in March 19th of 2005?

25   A    Yes, it's a copy of a letter I wrote to her.

1    Q    And assuming you met her in 1980, that would have been

2    25 years after you had met her and been paying monies to her,

3    right?

4    A    Right.

5    Q    And you're talking about your life.  You ask her how

6    Nick is doing.  You recommend the October issue of Life

7    Extension Magazine about a girl who had something like Nick.

8    Remember that?

9    A    Yes.

10   Q    And then you start complaining about your life, your

11   money problems, your thumbs and wrists hurting.  I believe

12   you had, you said you thought it was arthritis.  Do you see

13   that in the second paragraph?

14   A    Yes.

15   Q    You see what's been highlighted?

16   A    I do.

17   Q    Okay.  You then ask Rose in the next paragraph:  I guess

18   my pressing questions are, have you been able to get back to

19   work?  And that's because she wasn't working, I believe

20   because Nick was sick, is that your understanding?

21   A    Yes.

22   Q    Okay.  You see that highlighted part?

23   A    I do.

24   Q    And you ask:  Is there any hope for me?  Will my case

25   ever be closed so I can get back Kristin's baby pictures?

1    She's just turned 18, and your dad's heirloom.  Is this the

2    life I'm doomed to live forever?  I know you have a lot on

3    your hands.  I don't want to be a burden, but I really need

4    to know.  Christmas and Thanksgiving -- Thanksgiving and

5    Christmas are coming.  And you talk about, give me a call

6    sometime and let me know when my future looks like.  I really

7    appreciate it.

8            You're asking for the baby pictures back.  You're

9    asking for your dad's memorial -- I'm sorry, personal stuff

10   back.  But in that you never say, I need the work to be done

11   so I can get my money back.  You don't ever say that -- talk

12   about the fact that you're supposed to -- she's supposed to

13   pay you your money back, and getting your money back would

14   help with your financial problems that you're talking about

15   in the second paragraph; is that right?

16   A    I think I say, is this ever going to end, which --

17   Q    Right.  Is it ever going to end.

18   A    When it did end I was supposed to get money back.

19   Q    But you don't say that.  You say will my life get

20   better, is this all there is, is there any hope for me, will

21   my case ever be closed so I can get back Kristin's baby

22   pictures, et cetera.

23   A    That is still one thing that I regret a lot, is not

24   having my Kristin's baby pictures.

25   Q    And I would feel sad, too, because --

```
 1                 MR. STEFIN:  Objection, Your Honor.

 2                 THE COURT:  Sustained.

 3    BY MR. SCHWARTZ:

 4     Q     But have you asked the Government for those pictures?

 5     A     I have mentioned it, but I don't think they have

 6    anything like that.

 7     Q     Now, you wrote other letters to Rose also, didn't you?

 8     A     Yes.

 9     Q     Let me refer you to -- from the same exhibit DW-242,

10    which was how the Government marked it.  For the sake of the

11    conversation now, I'm just going to mark it Defendant's 1,

12    DW1.

13                 MR. STEFIN:  Are you moving these into evidence?

14                 MR. SCHWARTZ:  I believe you already moved it into

15    evidence as part of this book.

16                 MR. STEFIN:  They actually had been removed from

17    the book.

18                 MR. SCHWARTZ:  I didn't know you removed them from

19    the book.

20                 At this time -- I'm sorry, Mr. Stefin tells me that

21    although these items were in the exhibit, he removed them.  I

22    would move at this time Defendant's 2 into evidence as

23    Defendant's 2.

24                 THE COURT:  Any objection?

25                 MR. STEFIN:  No, Your Honor.
```

```
 1                THE COURT:  That was the last exhibit we -- that
 2   was the last one, Mr. Schwartz?
 3                MR. SCHWARTZ:  That was the first one that I
 4   played.
 5                THE COURT:  The one we just read?
 6                MR. SCHWARTZ:  Right.
 7                THE COURT:  It's admitted without objection.
 8        (Defendant's Exhibit No. 2 entered into evidence.)
 9                MR. SCHWARTZ:  And I would also move into evidence
10   what the Government gave us and what's Bates stamped as
11   DW-242.  I have marked it as Defendant's exhibit 1.
12                THE COURT:  Any objection, Mr. Stefin?
13                MR. STEFIN:  No, Your Honor.
14                THE COURT:  Admitted without objection.
15        (Defendant's Exhibit No. 1 entered into evidence.)
16   BY MR. SCHWARTZ:
17    Q    And this is -- let me show it.
18                MR. SCHWARTZ:  Would you put it up on the screen?
19   BY MR. SCHWARTZ:
20    Q    Do you recognize this letter?
21    A    Yes.
22                MR. SCHWARTZ:  Can the jury see it?
23                THE WITNESS:  Yes.
24                MR. SCHWARTZ:  I don't think it's big enough.  Is
25   there any way to make it a little bigger?  Why don't you pull
```

```
 1    out the first paragraph.  Let's start with that.

 2              Can the jury see that?

 3    BY MR. SCHWARTZ:

 4    Q    Okay.  On the first paragraph you say you're down,

 5    dejected, you want to write a letter.

 6    A    Right.

 7    Q    And you say, we don't talk that often now, you don't

 8    talk that often, and when we do, everything's okay, but

 9    that's just the surface, and it's hard to talk at work.

10              And you go on and, again, talk about Kristin's baby

11    pictures, you're 63 and starting to feel your mortality.

12    Again, you talk about your arthritis, you talk about, in the

13    next paragraph you --

14              MR. SCHWARTZ:  Just give me a second so I can make

15    it so the jury can see it.

16    BY MR. SCHWARTZ:

17    Q    You talk about Christmas shopping and your expenses, you

18    got a raise and it was eaten up by gas, rent, premiums,

19    copays.  Everything else is going up, your hospitalization's

20    going up.

21              In the next paragraph you talk about since Valerie

22    has been depressed, you're going out every Saturday, taking

23    her to lunch.

24              And you're complaining in the next paragraph about

25    Will and how he eats, what he eats, and you eat what you eat.
```

```
1    And then you talk about when you sold the Piney River house

2    you didn't have time to get out all your dad's things, and

3    you go on in the letter -- and it will be in evidence so the

4    jury can see it when they deliberate -- to talk about your

5    life and things that are going on with you, and going back to

6    when you got married and how you saved up $800 and how you'd

7    like to be able to do things.

8            You know, how Will's children have gone on cruises

9    and gone to Austria and Switzerland with the German Club.

10   You work hard, you don't squander money.

11           You go on to say, how will I retire.  You talk

12   about your 401k.  You talk about the credit card that you

13   gave Rose $2000 on on page 4, and you had to use that same

14   card, but you didn't want to use it to put springs and struts

15   in the car and to help Valerie with her car tires.  And you

16   go on and talk about your life and about your personal and

17   financial problems.

18           But never once in this letter do you say, Joyce, or

19   Rose, or whatever you call her, give me my money back.  When

20   am I going to get the money back?  My life would be much

21   better if you gave me back, by this time it was probably

22   seven or $800,000.  You don't ask for that at all in the

23   letter, although Mr. Stefin says --

24           MR. STEFIN:  Objection, Your Honor.

25           MR. SCHWARTZ:  I'm sorry.
```

```
 1    BY MR. SCHWARTZ:

 2    Q    In the questions you were asked by Mr. Stefin and the

 3    answers you gave, you expected this money to be coming back

 4    from Rose.

 5    A    I was trying to tell her how much I was struggling, and

 6    I had to struggle a lot financially all those years to give

 7    her the money that I gave her.  It wasn't a question of, all

 8    right, give me my money back now.  It was like when is this

 9    going to be over, I want to get it finished.

10          And I didn't specifically mention it, but we had

11    talked about it over the years.

12    Q    Let me jump ahead, because I don't want to keep you on

13    the stand too long.

14          In February of 2012, you were trying to deal with

15    the credit cards that weren't being paid anymore; is that

16    right?

17    A    I believe so, 2012.

18    Q    The third, or I guess the third or maybe second

19    superseding indictment had come out, and you were named as a

20    victim, and you were no longer getting payments from Rose on

21    those credit cards, correct?

22    A    Correct.

23    Q    And you were writing to stores saying that you had

24    several credit cards in your name.

25    A    I was contacting the stores and trying to work something
```

```
1    out.

2    Q    And you wrote to Capital One, I believe, DW-290?

3              MR. SCHWARTZ:  Which I think is still in the

4    exhibit you put into evidence.  If it's not, I'd offer it

5    into evidence as Defendant's exhibit 4.

6              Could you put that up?

7              MR. STEFIN:  I don't have any objection, Your

8    Honor, if he wants to make it a defense exhibit.

9              MR. SCHWARTZ:  All right.  Thank you.

10             THE COURT:  All right.  Defendant's 4 is admitted

11   without objection.

12        (Defendant's Exhibit No. 4 entered into evidence.)

13   BY MR. SCHWARTZ:

14   Q    And let me first go to paragraph 2, if you don't mind.

15   Do you see that paragraph?

16   A    Yes.

17   Q    It says, you wrote to Capital One in September, "I

18   received a call from Beth Watts, an IRS investigator, and

19   Charlie Stack, a retired detective, informing me that Rose

20   had deceived me and I was now a victim of fraud.  I was also

21   informed that because I was involved in the case, Rose was

22   prohibited from making any further contact with me.  At that

23   time, I called your company on 9/13 and spoke to Jake, Jay,

24   and Janet -- I guess all their names begin with J -- about

25   the problem and informed them that I would have to
```

```
 1   discontinue making payments.
 2           "Not long after that, I received a call from an
 3   assistant of Rose Marks' attorney informing me that Rose
 4   would continue making the payments through them.  I then
 5   called your company back and reinstated the payments."
 6           Did you write that?
 7   A    Yes, I did.
 8   Q    Okay.  Let's go to the third paragraph.  I'm sorry, the
 9   fourth paragraph.
10           "I am once against requesting that you allow me to
11   discontinue the monthly payments without any adverse legal
12   action.  I am attaching a letter from Lawrence Bardfeld,
13   Assistant U.S. Attorney in Florida, and an extract from the
14   indictment just so you'll know this is on the level.  I'm not
15   sure where this will go from here, but I hope you will give
16   me some additional time to get this sorted out.  Supposed to
17   be a trial sometime in May.  I'm cooperating with the
18   prosecution.  I have furnished criminal investigator with a
19   lot of information, as well as information about this and the
20   other credit card debt."
21           Did you write that?
22   A    Yes.
23   Q    Do you have a copy of the letter that Mr. Bardfeld wrote
24   for the credit card companies?
25   A    Are you asking me if I have a copy?
```

1   Q    Sure.  You furnished them with a letter that

2   Mr. Bardfeld wrote on your behalf.

3   A    Yes, I had expressed my concern about the credit card

4   companies coming after me, and he said that he would give me

5   a letter that would be proof to the credit card companies

6   that I wasn't just trying to get away with not making the

7   payments on my own.

8   Q    Do you have a copy of that letter?

9   A    I have it at home.

10        MR. SCHWARTZ:  May we approach for a moment, Your

11   Honor?

12        THE COURT:  Yes.

13        MR. SCHWARTZ:  Thank you.

14      (The following proceedings were held at sidebar:)

15        MR. SCHWARTZ:  Your Honor, such a letter is Giglio

16   material.  It's a benefit to a witness who is going to be

17   testifying in the case.  I've never seen it, and I'd like a

18   copy of it.

19        THE COURT:  I'm sure you can get a copy of it.

20        Do you have a copy?

21        MR. STEFIN:  I don't know that I have a copy.  I

22   thought we would have turned everything over, and if we

23   didn't, I mean, it's one of a million documents.  I could go

24   back to my office and look for it.

25        THE COURT:  All right.  Well, it sounds like she's

```
 1   going to be here tomorrow, so we can probably be able to get

 2   it.

 3           MR. SCHWARTZ:  I'm not going to be that much longer

 4   with her, but maybe --

 5           THE COURT:  Well, I guess it depends on --

 6           MR. STEFIN:  Can I just point something out?

 7           THE COURT:  Yes.

 8           MR. STEFIN:  I don't want to make any misreps

 9   again, but I think like these documents and exhibits have

10   been furnished to the defense for some time.  So if, in

11   reading this letter, Mr. Schwartz sees that his reference to

12   a letter that he then feels is Giglio, I think the right

13   procedure would have been for him to notify us that there's a

14   document that he believes is in our possession that he should

15   be entitled to have.  At which point we could have, well

16   before this moment, sought to furnish that particular

17   document.

18           MR. SCHWARTZ:  I'll make the --

19           MR. STEFIN:  Having said that, there's no reason

20   why we can't go back and see if Mr. Bardfeld has it in his

21   computer system, but if he doesn't, I don't know that the

22   Government should be penalized under the circumstances.

23           THE COURT:  Who's asking to penalize you?

24           MR. STEFIN:  Nobody yet.  It's going to come,

25   though.
```

```
 1            MR. SCHWARTZ:  Eventually, it will come with other

 2   things.  Not with this.

 3            MR. STEFIN:  Can I predict?

 4            MR. SCHWARTZ:  We got stacks and stacks of

 5   documents.

 6            THE COURT:  Let me ask you this.

 7            MR. SCHWARTZ:  Yes.

 8            THE COURT:  Assuming they can find it somewhere and

 9   it's presented to you and they'll stipulate that this was the

10   letter she's referred to and that she was talking about, do

11   we need her to be here to identify it?

12            MR. SCHWARTZ:  No.

13            THE COURT:  So can we then -- we'll ask the

14   Government to see if they can find it.  If they find it, you

15   can make it a trial exhibit if you want, and they'll

16   authenticate it as being the letter, and you can go from

17   there.

18            MR. SCHWARTZ:  That's fine, Judge.  And I would

19   note, because I -- that going through the stacks of stuff

20   last night to prepare for this witness for today, I happened

21   to read that particular paragraph, and --

22            THE COURT:  Why didn't you ask him this morning

23   about it?

24            MR. SCHWARTZ:  Because I thought maybe she would

25   have it.
```

```
 1                THE COURT:  Sure.  And she was going to bring it?

 2                MR. SCHWARTZ:  Stacks of stuff she brought.  No, I

 3      probably should have asked them this morning for it.

 4                THE COURT:  Do you think we're going to finish with

 5      her today or not?

 6                MR. SCHWARTZ:  I should finish with her within the

 7      next five or 10 minutes.  I don't know if Roger --

 8                THE COURT:  Are you going to have much?

 9                MR. STEFIN:  I don't think I have -- I may have one

10      question at this point but I may skip it.

11                THE COURT:  Let's see if we can finish.  We've got

12      jurors who say they need to leave at 5:00.

13                MR. SCHWARTZ:  I have one more document I want to

14      ask her about and then I'm done.

15           (Sidebar conference concluded.)

16                MR. SCHWARTZ:  Let me show you -- I don't know if

17      this is in your book or not, so tell me.

18                I'll offer this in evidence if it's not in her

19      book.

20                THE COURT:  Which one is it now?  Exhibit what?

21                MR. SCHWARTZ:  It's Defendant's 5.  It's Bates

22      numbered DW-98.

23                THE COURT:  Any objection?

24                MR. STEFIN:  No, Your Honor.

25                THE COURT:  Admitted without objection.
```

```
1            (Defendant's Exhibit No. 5 entered into evidence.)

2   BY MR. SCHWARTZ:

3   Q     This is an e-mail from you -- I believe this is an

4   e-mail from you to somebody at Neiman Marcus; is that

5   correct?

6   A     Yes.

7   Q     And you say you just got off the phone with the IRS

8   agent.  I guess that's Beth Watts, and a special detective, I

9   assume that was Charles Stack.

10  A     Yes.

11  Q     And you were told you might be a victim of fraud.  And

12  then you go on to talk about the cosigner of the note was the

13  one who allegedly defrauded you; is that correct?

14  A     Yes.

15  Q     That's dated September 6th; is that correct?

16  A     Yes.

17  Q     And when you -- when they called you, did you express

18  any surprise?

19  A     I wasn't totally surprised, because I had been just so

20  upset because I kept taking money from Joanne and kept having

21  to get more money and ask her for more money, and I was

22  beginning to wonder if there was something going on.  So when

23  they called, I was like, uh-oh, I guess this is really it.

24  Q     Did you say, I've known Joyce for 30-some odd years, and

25  we've worked together or anything like that?
```

```
 1   A    I don't remember specifically.  I was kind of in shock

 2   when I got the call, but I think they knew that we had been

 3   associated with each other for quite a number of years.

 4   Q    And did you say anything about Joyce helping you or

 5   working with you or anything like that?

 6   A    I don't think so at that time.

 7   Q    Other than telling you about the indictment and the

 8   arrest, did they tell you anything else to help you believe

 9   that you were a victim?

10   A    I'm trying to remember the conversation, because I was

11   like, uh-oh.  They were just telling me that I could go

12   online and find out about the case, and if I wasn't sure,

13   there was something in the newspapers or online.

14   Q    Did they mention a website, Gypsy scam dot com?

15   A    I thought it was Google something like Fort Lauderdale

16   psychic.

17   Q    Okay.  And after the conversation, were you persuaded

18   that you were a victim?

19   A    I don't know that I was persuaded that I was a victim.

20   It sort of hit home that all of this money that I've been

21   giving, especially the large sums that have been going out

22   recently, that maybe I was a victim.

23   Q    Would it help you to read a memorandum of this

24   conversation from Ms. Watts or Mr. Stack to refresh your

25   memory about the conversation, about what particularly was
```

1    said?

2    A    Perhaps.

3    Q    Did you have another conversation with -- by the way,

4    was this conversation that you had, did it take place on the

5    day you wrote the letter, the e-mail, the sixth, or was it

6    before?

7    A    I believe as soon as I talked to them I contacted Neiman

8    Marcus, because they were pressing me for payment on the

9    account.

10   Q    So it would have been that same day?

11   A    Probably the same day.

12   Q    Okay.  Or the next -- well, probably the same day.

13        And did you talk to Ms. Watkins and Mr. Stack again

14   on the 9th?

15   A    Yes, we had a couple of conversations afterwards.

16   Q    Okay.  And one about three days later?

17   A    I think so.

18   Q    And did you have another conversation with Ms. Watkins

19   on January 13th?

20   A    I know that there were probably three different

21   conversations or so, but I don't know the -- I don't remember

22   the specific dates.

23        MR. SCHWARTZ:  May we approach again for the last

24   time with this witness, Judge?

25        THE COURT:  All right.

```
 1          (The following proceedings were held at sidebar:)

 2          MR. SCHWARTZ:  I've strenuously demanded from

 3    Mr. Bardfeld and Mr. Stefin for all the reports of

 4    investigation, and if there are no reports of investigation,

 5    rough notes of the agents, and I think throughout we'll find

 6    that there are meetings or conversations with witnesses or

 7    potential witnesses where there are no rough notes or reports

 8    of investigation.

 9          I have no reports of investigation on the

10    conversation of the third -- I'm sorry, the sixth.  There's

11    one on the ninth, there's one in the beginning of the next

12    year, and I again would -- I don't want to do this in front

13    of the jury.  I again request if there's rough notes or if

14    there's a report of investigation of the first conversation

15    with this witness, I'd like a copy of it.

16          THE COURT:  Have you given them everything you

17    have?

18          MR. STEFIN:  Yes, as far as I'm aware of.

19          THE COURT:  Okay.  What else can we --

20          MR. SCHWARTZ:  I'm sorry?

21          THE COURT:  What else can I do?  He says he's given

22    you everything he has.

23          MR. SCHWARTZ:  Well, the magistrate told him, and

24    if you want tomorrow morning I'll give you a copy of the

25    transcript, that where there's conversations that may have
```

```
1    exculpatory there, you have an obligation, Mr. Stefin --

2              THE COURT:  He knows that.  He knows that.  He says

3    he doesn't have it.  What do you want me to do?

4              MR. SCHWARTZ:  Well, I want him to have the -- I

5    wanted him to have the agents turn over their rough notes of

6    the conversation.

7              THE COURT:  Have you given him any rough notes?

8              MR. STEFIN:  No, I haven't given him rough notes of

9    anything.  The agents write reports.

10             THE COURT:  Are there rough notes from this

11   conversation?

12             MR. STEFIN:  Of the sixth?

13             THE COURT:  Yes.

14             MR. STEFIN:  Well, I was just asking the agent if

15   she had any recollection of talking to this person before the

16   ninth, because I'll have to look.  I didn't get -- she has no

17   recollection of it at this point, but it's not inconceivable

18   that they might have contacted her.

19             THE COURT:  Do you have notes of a conversation --

20             MR. STEFIN:  No, but I will go back and see if she

21   has any notes.

22             THE COURT:  If you have notes, give him the notes.

23   Okay?

24             MR. STEFIN:  That's fine.

25             MR. SCHWARTZ:  Thank you.
```

```
 1              THE COURT:  Anything else?
 2              MR. SCHWARTZ:  If I don't get them, there will be
 3   something else, but otherwise no.
 4              THE COURT:  Well, if you don't get them and they
 5   have them or if you don't get them because there aren't any?
 6              MR. SCHWARTZ:  If I don't get them and they have
 7   them, that's one issue.  If I don't get them and -- because
 8   there aren't any, then there will be another issue that comes
 9   up repeatedly in the case about intentionally not creating
10   notes or reports.  But I'll deal with that at a later date.
11       (Sidebar conference concluded.)
12              THE COURT:  Mr. Brown, I know you've got child
13   obligations.  Ms. Resk, I don't know if you also, but it's
14   going to just be a couple minutes.  All right?
15              Anyone else?  Only a few more minutes.
16              MR. SCHWARTZ:  No further questions of this
17   witness, Your Honor.
18              THE COURT:  Thank you, sir.
19              Any redirect?
20              MR. STEFIN:  Yes, just really one short line of
21   questions.
22                        Redirect Examination
23   BY MR. STEFIN:
24   Q    You were asked questions about whether you were told
25   that you would be expecting to get this money back, and you
```

```
 1    were expecting to get this money back.  I want to show you

 2    what's already in evidence as part of Government's

 3    exhibit 112.  This is document 119.  I'm going to ask you --

 4    I'm going to show this to you.

 5              Are you able to see that e-mail?

 6    A    Yes, it's my e-mail to my friend, Joanne Barnes.

 7              MR. SCHWARTZ:  Objection, beyond the scope of

 8    cross.

 9              THE COURT:  Overruled.

10    BY MR. STEFIN:

11    Q    This is dated July 12th, 2010?

12    A    Correct.

13    Q    If I could just read it quickly, and correct me if I

14    misread it.

15              "To Joanne Barnes, Important.  High.  I hate to

16    have to ask this, especially on your birthday, but do you

17    think there is any possibility you could help me out one more

18    time.  There is some important work that needs to be done,

19    and it is getting close to an end.  I need $30,000 to finish

20    it up.  This is the last time I'll need to ask you for

21    anything, and it will be all coming back to you in the near

22    future.  At some point I'll be able to explain in more detail

23    and it will all make sense then.  Is it possible?"

24              Where were you getting the information to write

25    this e-mail to Ms. Barnes on July 12th of 2010?
```

```
 1   A    That was what Joyce Michael instructed me to ask her.

 2   Q    And did you believe, based on what she instructed you,

 3   that you were going to be getting all the money back in the

 4   near future?

 5   A    I had hoped so, but that was 2010.

 6   Q    And nothing happened thereafter?

 7   A    No, sir.

 8   Q    And when the Defendant made some payments on your credit

 9   card, $1400 a month, how many times did she do that for you?

10   A    It was three, maybe four times.

11   Q    After her arrest?

12   A    Yes.

13   Q    After her arrest.

14        And how about all the hundreds of thousands of

15   dollars above and beyond that?  How many payments did she

16   make on that?

17   A    You talking about the credit cards?

18   Q    No, I'm talking about the hundreds of thousands of

19   dollars that you had given her.

20   A    Oh, none.

21        MR. STEFIN:  Thank you.  Nothing further.

22        THE COURT:  All right.  Mr. Schwartz, did you have

23   any recross on that one line of questioning?

24        MR. SCHWARTZ:  Just one question.

25                      Recross-examination
```

```
 1  BY MR. SCHWARTZ:

 2  Q    Was that to give to Rose or was that 30,000 to buy the

 3  trailer for your daughter?

 4  A    No.

 5  Q    Trailer home?

 6  A    No, that would have been years and years and years

 7  before.  2010 was to get the money to give to Rose.

 8            MR. SCHWARTZ:  No other questions.

 9            THE COURT:  Thank you, ma'am.  You're excused.

10            All right.  Ladies and gentlemen, thank you for

11  staying late, past 5:00 o'clock.  Again, don't discuss the

12  case, don't form any opinions, leave your notes, don't do any

13  research, avoid any reports about the case, and we'll see you

14  tomorrow morning at 9:00 o'clock.  Thank you very much.

15     (The jury exits the courtroom.)

16            THE COURT:  All right.  Anything else we need to

17  talk about this evening?

18            MR. SCHWARTZ:  Nothing, Your Honor.

19            MR. STEFIN:  I'm getting pieces of information, but

20  just to clarify or clear up this issue that Mr. Schwartz

21  raised, Ms. Watts believes that she did contact her a few

22  days before.

23            THE COURT:  A few days before what?

24            MR. STEFIN:  I think the ninth is the date of

25  the -- the ninth was the date of the report of interview,
```

1    where they interviewed her in detail on the ninth.  But the

2    witness had an e-mail to, I think the credit card company

3    saying she had just been contacted.

4              THE COURT:  On the sixth?

5              MR. STEFIN:  On the sixth.

6              So the question was, was there contact with her on

7    the sixth by the agents.

8              THE COURT:  Or before.  Or before.

9              MR. STEFIN:  Or before, which generated either

10   notes or a report of an interview or contact with her.  And

11   Ms. Watts' initial recollection is that she thinks she may

12   have called her at work a couple of days before, and then

13   because the victim was at work, they agreed that they would

14   contact her back in a couple of days.  Is that pretty

15   accurate?

16             There was no interview other than the fact that she

17   had contacted her a couple of days before.

18             I'm going to ask her to look and see if she has any

19   note or handwritten note of that contact, but I'm not making

20   any representation that there was any note prepared of a

21   contact in which they just simply agree to contact her.

22             THE COURT:  You need to check so you can make a

23   representation that there is no note or there is, one or the

24   other.  So we need to know definitively one way or the other,

25   is there a note or there are no notes, and if there is a

1    note, produce it.  Okay?

2             Anything else?

3             MR. STEFIN:  No.

4             THE COURT:  Have you told Mr. Schwartz who your

5    witnesses are for tomorrow?

6             MR. STEFIN:  I've given him a lineup of who we

7    think we're going to call this week.  So we're still on

8    pretty much the same order.

9             MR. SCHWARTZ:  If I could just ask tomorrow.

10            MR. STEFIN:  We'll talk.

11            MR. SCHWARTZ:  Mr. Stefin's been helpful in that

12   regard.

13            THE COURT:  All right.

14            MR. STEFIN:  The only other issue --

15            THE COURT:  Everyone can sit down.

16            MR. STEFIN:  It doesn't need resolution right this

17   minute, but if we move -- if we're moving quickly, we may

18   want to try to play the deposition of Atsuko Ueda towards the

19   end of the week.  It's about a three hour-deposition and

20   transcript and all.

21            THE COURT:  So when are you going to have your

22   objections filed or when are you going to be able to argue

23   the --

24            MR. SCHWARTZ:  I'm able to argue them now without

25   written objections, or I can file -- try to get written

1    objections done by tomorrow evening for the Court.

2         THE COURT:  So are there objections to portions of

3    it, or is it a line by line type of objection or is it just

4    an objection to any portion of it?

5         MR. SCHWARTZ:  I have two objections, general

6    objections.  One being along the lines of the objection I

7    just -- or the question I just raised about the report.  In

8    questioning -- may I call her AU?  Because I can't pronounce

9    her name, Judge, or Ms. Catta (phonetic), which I think is

10   her married name.  But in the deposition she said she had

11   gotten at least two calls from Mr. Stack telling her that she

12   was a victim, talking to her.  She didn't believe it.  She

13   then called -- tried to call Cynthia Miller.

14        She's a client of Cynthia Miller's.  And she didn't

15   get a call back, she got another call.  There were a number

16   of contacts, and there's no reports, no rough notes, nothing

17   regarding what was said on the contacts.

18        I believe -- and, again, I don't have the

19   transcript in front of me, but I believe she didn't believe

20   it when she first got the call, she called Cynthia Miller to

21   try to get information.

22        I suggest to the Court that if, in fact, she didn't

23   believe it and she said things that would be beneficial to

24   Cynthia Miller, therefore beneficial to Rose Marks, that's

25   Brady material.  That's exculpatory information.

1      THE COURT:  We know that, Mr. Schwartz.  Why are

2   you -- are you suggesting that they're withholding the

3   information?  Are you suggesting they're intentionally

4   withholding Brady and Giglio information?

5      MR. SCHWARTZ:  I'm suggesting something somewhat

6   differently, Judge.

7      THE COURT:  Well, what are you suggesting?

8      MR. SCHWARTZ:  I'm suggesting that this detective,

9   Mr. Stack, did not make notes of conversations intentionally

10  until he had the witnesses saying what he wanted them to say.

11     THE COURT:  Well, if that's the case, then there's

12  really nothing that I can do to force the Government to

13  provide something that wasn't created, can I?

14     MR. SCHWARTZ:  No, but you can make a finding at

15  some point.

16     THE COURT:  How am I going to make that finding?

17  Because you suggest it, I'm going to make a finding that

18  Mr. Stack intentionally failed to create notes until he got

19  positive information or inculpatory information?

20     MR. SCHWARTZ:  I suggest to the Court that when we

21  see a pattern of that, that will develop throughout the

22  trial, yes, you can make that finding.

23     THE COURT:  Well, I'm not making a finding at this

24  point.  So do you have any other objections to the deposition

25  of this person being taken?

1          MR. SCHWARTZ:  Well, just for the record, I object

2     to not being able to fully cross-examine her because I didn't

3     have notes or transcripts of at least the first two

4     conversations with her by the officer.

5          THE COURT:  You mean notes that apparently don't

6     exist?

7          MR. SCHWARTZ:  That apparently don't exist.

8          THE COURT:  And what other objection do you have?

9          MR. SCHWARTZ:  I believe that the transcript of the

10    conversation would show that she should have been able to

11    travel here, and therefore, we didn't need a deposition to

12    preserve her testimony and to play that deposition at trial.

13         THE COURT:  So she's not unavailable.

14         MR. SCHWARTZ:  Well, unfortunately, I think she's

15    probably unavailable because Mr. Stefin can't subpoena her

16    because she's in Japan and she's not a U.S. citizen, but I

17    wanted to make that objection on the record.  I thought she

18    was able to travel.

19         THE COURT:  And that's based on what information?

20         MR. SCHWARTZ:  By the questions that we asked her.

21    She's traveled -- she's had problems with brain tumors for

22    many years.  She's traveled to the United States a number of

23    times since she's had surgeries.  She suggests that since her

24    last surgery, she's not able to travel.  The doctor's note, I

25    suggest, was inconclusive.  She testified that the doctor was

```
 1    trying to be conservative when he said she might not be able
 2    to travel rather than she can't travel.  I think Mr. Stefin
 3    had a little bit of a problem with the doctor's letter
 4    because he e-mailed AU and said to her, you know, basically
 5    complained about the doctor's "might" instead of "can't."
 6               MR. STEFIN:  Can I interrupt and say this?
 7               MR. SCHWARTZ:  Sure.
 8               MR. STEFIN:  The issue is whether she's available
 9    or unavailable, and Mr. Schwartz concedes that we do not have
10    subpoena power over her or we can compel her here.  So her
11    medical condition aside, that's her reason for not wanting to
12    come here and not being able to come here, but if she's
13    unavailable because she's not going to travel here because
14    she subjectively does not feel that she has the health to do
15    that, and we cannot compel her to be here, then she's
16    unavailable, and that's the only issue before the Court.
17               We don't have subpoena power that can compel her to
18    be here.  She made it clear in the deposition that she would
19    not come here.  She cannot come here.  She cannot travel that
20    distance because of her medical condition.  And we can debate
21    all day long whether there are doctors who think she might be
22    able to come or not.  She said she can't, she won't, she's
23    unavailable.
24               THE COURT:  Do you have any authority that says --
25               MR. SCHWARTZ:  No.
```

```
 1              THE COURT:  -- if she's unavailable --

 2              MR. SCHWARTZ:  No, Your Honor.  For that reason.

 3    Not for the medical reason.  For the subpoena reason, then

 4    they had a right to do this.  I said those were two general

 5    objections.

 6              The specific ones are, there were a number of

 7    objections that were made during the deposition.  She

 8    answered the questions because that's the way you do it in

 9    depositions, even though there was an objection.  We

10    probably -- Mr. Stefin and I, if we took an hour and went

11    through the deposition, could resolve most of them and then

12    ask Your Honor to resolve the rest.

13              THE COURT:  I'll ask you to do that.  At this point

14    there doesn't seem as if there's any legal basis to deny --

15    based on what's been argued thus far, I'm going to deny the

16    objection because of notes that no one has indicated actually

17    exists having been provided.  And I'll check on the

18    unavailability issue, but if it's a question of she's not

19    within the subpoena power of the Court and is unavailable,

20    and that's all that's necessary for the deposition to be

21    allowed to be used, I'll overrule that objection.

22              If you can provide me with some authority that says

23    even if she's unavailable in terms of being within the

24    subpoena power but still is possible to be produced and

25    that's --
```

```
1              MR. SCHWARTZ:  I can't, Judge.

2              THE COURT:  Okay.

3              MR. SCHWARTZ:  But I will provide you, if Your

4    Honor doesn't mind, with the transcript from Magistrate

5    Hopkins instructing Mr. Stefin what to do about the so-called

6    missing notes or notes that were never taken by

7    investigators.

8              THE COURT:  And what did he tell him to do?

9              MR. SCHWARTZ:  That he has an obligation to go back

10   and try to reconstruct what happened and provide -- I'm

11   paraphrasing.  Let me give you the transcript.

12             THE COURT:  All right.  You're saying he told him

13   to go and create notes?

14             MR. SCHWARTZ:  I believe that the judge told --

15   Judge Hopkins told him that he had an obligation under Brady

16   to provide exculpatory statements even if he doesn't have

17   notes or transcripts, but I don't want to misstate.  I want

18   to give you the exact transcript.

19             THE COURT:  You mean he has an obligation to advise

20   you if exculpatory statements were made even though they

21   weren't recorded in a note or in a report?

22             MR. SCHWARTZ:  Correct, Your Honor.

23             THE COURT:  Well, I mean, is that surprising?

24             MR. SCHWARTZ:  No.

25             THE COURT:  Is anything new about that?
```

```
 1                MR. SCHWARTZ:  No.

 2                THE COURT:  So why are you telling me something

 3     that everybody knows?  He has to tell you if there's

 4     exculpatory evidence, whether it's written down on a piece of

 5     paper or not.

 6                MR. SCHWARTZ:  Because I suggest to you he doesn't

 7     know.  The one who knows is Charlie Stack, and I've asked

 8     permission to call Charlie Stack as a witness.

 9                THE COURT:  You're calling Charlie Stack to find

10     out if there is exculpatory evidence that hasn't been turned

11     over to you?

12                MR. SCHWARTZ:  To find out what these conversations

13     were.  I know some of them.  I know the one with JC, but

14     we've had that discussion already.

15                THE COURT:  All right.

16                MR. STEFIN:  Judge, it's been a long day.  Thank

17     you.

18                THE COURT:  We'll see you tomorrow, 9:00 o'clock.

19         (The evening recess was taken at 5:19 p.m.)

20                              * * * * *

21

22

23

24

25
```

```
 1                            *  *  *  *  *

 2                            I N D E X

 3    Opening Statements

 4            By Mr. Stefin                        5

 5            By Mr. Schwartz                      30

 6    Testimony of Susan Leslie Abraham

 7            Direct by Mr. Stefin                 53

 8            Cross by Mr. Schwartz               107

 9    Testimony of Deanna Wolfe

10            Direct by Mr. Stefin                120

11            Cross by Mr. Schwartz               176

12            Redirect by Mr. Stefin              213

13            Recross by Mr. Schwartz             216

14                            *  *  *  *  *

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          * * * * *

 2                     E X H I B I T S

 3   Government's Exhibits in Evidence:

 4          Government's 32-1                     68

 5          Government's 30                       69

 6          Government's 101                      100

 7          Government's 530                      159

 8          Government's 112                      163

 9   Defendant's Exhibits in Evidence:

10          Defendant's 2                         198

11          Defendant's 1                         198

12          Defendant's 4                         202

13          Defendant's 5                         208

14                          * * * * *

15                      CERTIFICATE

16       I, Stephen W. Franklin, Registered Merit Reporter, and

17   Certified Realtime Reporter, certify that the foregoing is a

18   correct transcript from the record of proceedings in the

19   above-entitled matter.

20       Dated this 10th day of NOVEMBER, 2013.

21

22       /s/Stephen W. Franklin
         _____
23       Stephen W. Franklin, RMR, CRR

24

25
```

**$**

$10,000 [4]  141/16 142/19 166/22 167/4
$10,225 [1]  141/6
$1100 [1]  21/25
$125 [1]  37/5
$127,000 [1]  172/12
$130 [1]  37/6
$1400 [3]  21/25 155/25 215/9
$16.25 [1]  168/1
$18,000 [2]  175/11 175/18
$180 [2]  70/15 73/19
$19,000 [2]  136/15 136/17
$20,000 [6]  142/24 143/9 143/19 143/21 144/12 145/1
$200,000 [1]  26/5
$2000 [1]  200/13
$240,000 [1]  44/11
$29,467.24 [1]  173/7
$30,000 [4]  24/8 167/8 167/8 214/19
$300,000 [6]  83/5 95/11 98/12 146/5 147/13 172/4
$3000 [1]  22/21
$50 [2]  11/4 66/1
$50,000 [5]  85/17 85/19 91/24 96/4 159/6
$500 [3]  165/15 165/16 165/22
$54,000 [1]  156/17
$59,975 [1]  174/12
$60,000 [3]  136/23 156/3 159/3
$6000 [6]  22/21 155/7 155/11 158/17 182/8 183/4
$64 [2]  109/14 110/24
$64 million [2]  109/14 110/24
$650 [1]  37/6
$66,000 [1]  44/17
$6600 [3]  20/14 20/15 20/19
$75 [1]  11/4
$7777 [1]  20/18
$800 [6]  124/5 124/5 125/1 126/7 166/7 200/6
$800,000 [1]  200/22
$9000 [4]  73/1 73/2 76/23 80/3
$950 [1]  73/24
$9975 [1]  167/1

**'**

'10 [1]  154/3
'70s [1]  177/1
'79 [1]  177/9
'80 [2]  177/9 177/10
'80s [3]  8/2 36/19 177/2
'84 [1]  132/16
'85 [2]  164/19 164/21
'88 [1]  163/22
'90s [5]  36/19 37/21 43/12 43/13 45/19
'91 [1]  41/14
'97 [1]  177/3
'98 [1]  163/22

**-**

-v [1]  1/5

**/**

/s/Stephen [1]  227/22

**0**

001 [1]  164/14
008 [1]  102/25
02 [1]  165/15
039 [1]  173/23

048 [1]  167/18
050 [1]  168/8
08 [2]  167/7 167/9
088 [1]  169/2

**1**

10 [7]  54/5 55/22 114/5 124/8 130/14 130/17 207/7
100 [1]  227/6
101 [7]  100/8 100/15 100/18 102/24 106/2 106/3 227/6
107 [1]  226/8
10:43 [1]  52/20
10:57 [1]  52/20
10th [1]  227/20
11 [4]  101/10 101/22 102/3 192/20
11-80072-CR-MARRA [1]  1/2
112 [9]  162/12 162/25 163/8 164/14 173/24 175/10 194/16 214/3 227/8
116 [1]  169/20
118 [1]  170/18
119 [1]  214/3
12 [2]  142/3 142/8
12/4/08 [1]  167/7
12/5/08 [1]  167/9
120 [1]  226/10
120,000 [1]  145/9
127,000 [2]  171/22 172/9
12:03 [1]  93/16
12th [3]  166/21 214/11 214/25
13 [2]  121/25 202/23
1319 [4]  24/15 152/23 160/3 168/19
13th [2]  102/5 210/19
1400 [1]  184/13
15 [5]  31/17 52/15 52/18 146/13 146/18
15-minute [2]  52/12 146/21
15/06/11 [1]  102/3
150,000 [2]  92/2 95/16
1500 [4]  31/8 128/4 128/5 128/11
159 [1]  227/7
15th [2]  102/3 102/6
16 [1]  31/17
16-year-old [1]  30/6
1600s [1]  71/13
163 [1]  227/8
16th [3]  72/4 78/10 115/6
17 [3]  39/15 41/7 51/16
176 [1]  226/11
17th [1]  170/20
18 [1]  196/1
180 [3]  67/7 67/8 73/21
18th [1]  172/11
19 [1]  168/14
1970 [1]  142/4
1972 [3]  121/7 121/10 121/14
198 [2]  227/10 227/11
1980 [2]  8/2 195/1
1980s [3]  8/1 123/13 133/12
1983 [1]  132/14
1984 [1]  129/20
1985 [1]  134/19
1987 [4]  134/22 136/6 136/14 138/8
1988 [1]  163/18
1990s [1]  8/4
1996 [2]  48/10 48/12
1997 [1]  164/20
19th [1]  194/24
1:15 [2]  92/21 93/2
1:17 [1]  93/16

**2**

20 [3]  24/8 146/13 163/22
20,000 [2]  135/8 145/9
20/04/11 [1]  101/10
200 [2]  1/21 91/15
2000 [4]  31/8 86/17 91/15 128/4
2000s [1]  21/5
2001 [1]  168/14
2002 [3]  43/16 121/8 121/10
2004 [1]  155/4
2005 [2]  182/7 194/24
2005-2006 [1]  159/2
2006 [5]  48/12 159/2 170/5 170/7 183/1
2007 [3]  48/14 168/1 183/23
2008 [4]  41/13 41/14 163/22 166/21
2009 [6]  43/24 110/11 141/21 154/3 172/14 174/5
2010 [15]  43/24 56/14 110/11 110/22 112/23 170/20 171/7 171/25 172/11 173/6 184/2 214/11 214/25 215/5 216/7
2011 [12]  24/14 42/2 42/5 82/14 101/8 101/13 101/23 102/3 115/6 161/18 187/9 187/15
2012 [2]  201/14 201/17
2013 [2]  1/8 227/20
202 [1]  227/12
208 [1]  227/13
20th [2]  101/13 168/1
21 [4]  8/6 8/14 88/14 167/12
210 [1]  30/18
212 [1]  70/10
213 [1]  226/12
216 [1]  226/13
230 [1]  47/13
24 [1]  192/19
242 [2]  197/9 198/11
25 [4]  72/11 163/22 163/23 195/2
250 [1]  47/12
250,000 [1]  91/15
251 [1]  1/10
256 [1]  173/1
26,000 [2]  103/11 103/12
27 [1]  72/11
28 [1]  1/8
290 [1]  202/2
2:50 [1]  146/23

**3**

3/5/11 [1]  101/22
30 [16]  41/7 66/18 69/4 69/5 69/17 69/20 126/11 130/17 134/16 177/5 178/11 181/20 181/24 182/1 226/5 227/5
30,000 [2]  145/9 216/2
30-some [1]  208/24
300,000 [3]  82/18 88/20 91/19
309 [1]  175/10
31st [1]  171/5
32,000 [2]  129/11 136/24
32-1 [4]  67/23 68/6 68/10 227/4
320,000 [1]  145/22
333 [1]  22/4
33301 [1]  1/18
33304 [1]  160/4
33401 [1]  1/24
33432 [1]  1/22
34 [5]  41/20 41/22 42/12 42/17 51/14
34,000 [1]  156/4
35,000 pounds [2]  85/19 96/4
36 [1]  177/3

**3**

37,000 pounds [1]  101/16
3768 [1]  1/23
3:06 [1]  146/23
3rd [1]  101/23
3s [1]  127/20

**4**

4 million [1]  94/22
4/19 [1]  168/14
4000 [1]  115/20
4000 pounds [1]  102/1
401k [1]  200/12
41,522 [1]  103/9
42,000 pounds [1]  102/11
4634 [1]  70/10

**5**

50,000 [6]  83/10 85/18 91/3 91/22 91/25
 177/24
50,000 pounds [1]  85/18
500 [1]  1/17
514-3768 [1]  1/23
519-A [2]  107/1 107/16
519A [1]  107/9
53 [1]  226/7
530 [4]  159/15 159/22 192/18 227/7
530's [1]  159/21
55 [2]  120/22 120/24
561 [1]  1/23
58th [10]  8/6 8/14 36/11 59/10 59/11 69/14
 88/11 88/14 112/24 167/12
59,780 [1]  101/21
5:00 [1]  207/12
5:00 o'clock [1]  216/11
5:19 [1]  225/19

**6**

60 [1]  86/23
60,000 [2]  137/1 145/9
6000 [1]  169/22
609 [1]  175/10
63 [1]  199/11
6537 [1]  102/1
66 [1]  22/4
6660 [1]  80/10
68 [1]  227/4
69 [1]  227/5
6th [2]  42/5 208/15

**7**

7/17/02 [1]  165/15
700 [2]  1/21 39/17
701 [1]  1/24
72 [1]  142/10
750-4634 [1]  70/10
79 [1]  85/3
7s [1]  127/21
7th [1]  1/18

**8**

800,000 [1]  39/17
801 [1]  61/11
81 [2]  85/5 85/5
8337 [1]  174/15
84 [1]  142/12
8694 [2]  166/22 167/7

**9**

9/13 [1]  202/23

900 [2]  74/12 74/14
9000 [2]  72/23 74/18
950 [1]  73/6
98 [1]  207/22
9:00 o'clock [2]  216/14 225/18
9th [1]  210/14

**A**

A-b-r-a-h-a-m [1]  53/20
a.m [2]  52/20 52/20
abandon [1]  38/20
abilities [5]  10/1 10/6 28/19 60/11 60/21
ability [9]  12/24 13/13 31/21 31/23 32/20
 33/1 47/20 47/23 124/13
able [52]  5/11 9/3 11/12 18/14 32/18 49/24
 50/21 62/4 63/2 64/1 72/17 74/3 77/7 77/24
 78/14 83/7 87/9 87/13 90/25 96/17 97/4
 97/17 99/21 128/14 131/14 135/14 135/16
 137/17 138/4 145/23 150/13 151/3 155/15
 159/5 163/25 172/9 179/11 182/15 195/18
 200/7 205/1 214/5 214/22 218/22 218/24
 221/2 221/10 221/18 221/24 222/1 222/12
 222/22
above [4]  63/22 80/3 215/15 227/19
above-entitled [1]  227/19
Abraham [11]  53/12 53/15 53/20 53/21 54/3
 54/15 60/13 85/24 94/12 105/23 226/6
Absolutely [3]  29/25 97/13 104/23
accent [1]  36/12
accepted [1]  61/5
accident [1]  40/18
accompanied [1]  56/21
accomplished [1]  78/2
according [2]  167/25 170/7
account [72]  25/15 25/18 45/5 45/11 45/13
 46/12 62/12 77/1 77/2 77/8 77/12 77/16
 81/15 82/5 82/13 83/11 83/12 83/14 83/15
 83/15 84/5 89/7 89/12 89/16 89/17 89/18
 90/1 90/3 90/4 90/6 91/2 97/19 98/8 102/25
 103/2 103/13 103/16 103/19 103/22 104/1
 104/3 104/6 104/6 105/11 106/9 106/10
 106/11 106/16 106/20 107/13 107/13 111/13
 111/17 111/20 111/21 111/23 111/24 140/23
 140/24 141/3 144/5 144/7 144/10 144/11
 149/24 149/25 159/10 166/22 166/24 174/15
 174/22 210/9
accountants [1]  38/14
accounts [13]  19/15 25/22 27/25 27/25
 116/13 144/9 151/7 151/13 151/14 152/5
 152/6 152/17 152/24
accumulated [1]  156/2
accurate [1]  217/15
accusations [1]  79/6
acoustics [1]  54/1
across [5]  31/8 31/11 36/14 59/12 83/18
act [3]  34/4 35/9 36/1
action [3]  22/18 164/19 203/12
activities [1]  10/4
activity [2]  8/12 48/22
actors [1]  37/12
acts [1]  35/9
actual [2]  103/3 171/16
actually [28]  22/25 26/1 63/10 71/20 77/5
 83/9 89/3 89/18 90/1 99/1 99/8 102/13
 103/19 120/23 121/7 134/17 137/4 140/20
 140/22 149/13 150/3 154/9 163/17 168/6
 169/6 184/4 197/16 223/16
add [1]  33/21
added [3]  152/5 152/24 181/17
addition [4]  21/18 21/21 142/18 156/18

additional [5]  132/1 139/6 185/23 186/9
 203/16
address [13]  59/9 59/10 59/12 88/11 88/12
 148/25 152/19 152/21 160/1 160/6 167/12
 167/16 174/7
administrative [2]  120/20 126/21
administrator [1]  136/18
admissible [1]  62/9
admit [1]  62/25
admitted [11]  63/4 68/9 68/13 69/19 100/17
 159/21 163/6 198/7 198/14 202/10 207/25
advance [2]  40/25 180/7
advances [11]  19/15 126/23 127/1 128/16
 128/18 128/20 132/1 136/20 159/8 159/11
 181/3
advantage [3]  9/3 9/5 10/15
adverse [1]  203/11
advertise [1]  8/16
advertised [2]  37/8 59/8
advertising [1]  59/3
advice [12]  37/20 38/6 40/3 40/11 40/14
 41/18 43/6 44/8 55/21 71/21 180/12 189/17
advise [2]  190/25 224/19
advised [3]  40/14 179/14 180/16
advisor [5]  34/20 34/22 34/25 35/2 188/8
advisors [1]  34/18
advisory [1]  37/8
affair [1]  79/9
affairs [1]  151/24
affect [1]  126/3
affected [1]  72/7
afraid [2]  51/8 148/7
after [67]  2/7 2/10 2/15 5/2 5/20 13/17 16/6
 22/10 29/8 40/9 41/6 41/9 42/1 42/12 43/1
 43/25 44/21 46/7 51/3 52/3 52/20 53/5 75/5
 75/11 75/12 78/2 84/6 88/15 93/16 94/5 95/4
 95/6 99/13 115/13 118/4 119/10 120/23
 125/3 125/4 126/6 132/25 136/6 136/14
 137/17 144/12 145/1 146/9 146/23 147/5
 157/17 160/20 161/4 161/14 163/4 163/19
 164/20 164/23 172/3 173/12 185/12 187/15
 195/2 203/2 204/4 209/17 215/11 215/13
afternoon [9]  2/7 75/10 93/18 107/22 107/23
 120/11 120/12 146/15 163/16
afterwards [1]  210/15
again [58]  8/17 12/25 17/13 17/14 22/6 22/8
 27/19 28/2 28/25 32/14 43/24 44/21 52/1
 52/13 67/6 71/4 74/12 81/2 85/18 91/20
 100/20 102/9 103/13 122/6 122/6 122/10
 122/10 136/10 138/10 138/19 139/6 149/8
 160/6 160/8 163/25 164/14 164/19 165/24
 166/19 169/25 171/9 173/13 175/10 178/11
 188/18 192/9 192/16 193/4 193/14 199/10
 199/12 205/9 210/13 210/23 211/12 211/13
 216/11 219/18
against [5]  50/20 117/11 129/12 136/23
 203/10
age [2]  31/16 142/4
aged [1]  11/16
agent [4]  42/2 50/17 208/8 212/14
agents [8]  50/11 50/16 50/18 51/4 211/5
 212/5 212/9 217/7
ages [1]  65/3
ago [15]  15/9 31/8 31/8 42/2 42/20 49/1 85/6
 112/13 126/11 129/15 177/3 177/5 178/11
 190/21 191/3
agree [3]  22/25 35/8 217/21
agreed [2]  114/17 217/13
agreement [2]  181/11 182/3
agreements [1]  23/3

**A**

ahead [8]  18/22 67/2 67/14 96/23 121/13
  143/15 158/15 201/12
ahold [2]  95/7 158/25
AIDS [1]  112/9
aim [1]  10/5
air [1]  160/4
alcohol [1]  189/18
alcoholic [2]  125/16 189/13
alcoholism [1]  189/25
alert [1]  63/19
Alexandria [1]  122/16
aliases [1]  7/3
alike [1]  48/6
alive [2]  87/1 142/11
allege [1]  29/6
alleged [3]  62/7 62/25 186/1
allegedly [2]  42/12 208/13
alleviate [1]  14/23
allow [5]  62/24 63/13 63/21 93/11 203/10
allowed [11]  2/11 2/17 40/24 51/18 89/16
  118/25 185/15 187/3 187/20 188/6 223/21
allows [1]  62/14
almost [7]  10/25 20/2 20/3 44/9 45/21 46/4
  125/16
alone [2]  71/25 72/1
along [7]  12/20 16/7 110/22 129/19 143/6
  147/20 219/6
alongside [1]  83/15
already [10]  11/1 11/2 73/19 83/12 89/6 93/8
  95/4 197/14 214/2 225/14
also [33]  3/3 6/17 6/23 6/24 7/3 11/23 15/7
  15/10 21/22 25/12 25/23 27/5 28/6 45/11
  49/4 49/13 80/5 102/12 136/19 137/20
  138/12 139/24 144/8 157/14 179/2 179/7
  187/20 188/6 188/10 197/7 198/9 202/20
  213/13
altar [1]  16/6
although [8]  3/10 6/12 30/20 33/4 33/10 52/4
  197/21 200/23
always [6]  20/2 25/8 40/2 42/24 102/16
  139/3
am [11]  34/9 52/2 53/1 59/21 120/18 124/25
  162/23 200/20 203/10 203/12 220/16
AMERICA [3]  1/3 56/10 174/16
American [15]  21/23 21/24 56/8 56/8 110/15
  152/7 154/19 154/25 155/5 155/16 169/17
  169/21 169/22 170/2 183/4
AMEX [2]  182/7 183/15
amount [18]  17/15 17/20 25/14 25/17 39/19
  44/11 50/4 77/24 82/22 82/23 82/24 103/7
  111/1 128/10 142/17 145/10 174/10 180/17
amounted [1]  25/7
amounts [20]  127/4 128/1 128/3 128/5
  128/15 138/18 142/21 145/5 145/7 149/3
  151/18 160/24 163/12 164/24 167/10 172/7
  172/8 178/1 178/1 178/7
ancestor [1]  125/14
ancient [1]  31/3
Andrea [4]  47/19 49/16 49/17 49/20
Andrea's [1]  47/20
angels [2]  9/23 124/20
animals [1]  15/8
another [22]  2/19 3/1 10/13 12/6 13/7 60/6
  66/21 71/12 72/7 75/3 78/14 78/18 79/10
  83/14 101/25 102/2 123/21 156/24 210/3
  210/18 213/8 219/15
answer [16]  12/12 14/2 39/5 39/6 57/3 94/17
  117/14 118/23 119/1 119/1 119/11 154/23

answered [2]  154/20 223/8
answering [2]  85/25 147/25
answers [2]  16/16 201/3
any [129]
anybody [11]  18/3 18/6 64/16 67/25 98/23
  98/23 150/8 150/11 150/16 162/4 164/2
anymore [2]  55/11 201/15
anyone [11]  5/6 67/20 76/9 92/25 113/4
  113/22 134/5 138/20 188/2 188/11 213/15
anything [38]  4/10 4/13 4/22 5/7 18/19 21/17
  32/3 65/14 65/15 70/17 72/3 77/10 78/15
  79/13 88/18 88/19 94/24 96/15 104/24
  112/21 126/1 130/20 157/15 173/15 175/7
  175/20 191/9 197/6 208/25 209/4 209/5
  209/8 212/9 213/1 214/21 216/16 218/2
  224/25
anything's [1]  63/7
anytime [1]  19/11
anyway [1]  148/8
aol.com [1]  1/25
apart [4]  57/15 86/10 189/9 189/10
apartment [13]  8/5 8/9 8/9 8/16 36/10 37/25
  39/24 40/20 45/17 70/22 84/14 88/22 89/5
apologize [2]  176/12 180/9
apparently [8]  2/8 2/9 4/18 25/24 155/2
  155/23 221/5 221/7
appearance [1]  186/11
Appearances [1]  1/15
appeared [2]  153/23 186/7
Apple [1]  36/16
application [1]  106/9
apply [1]  106/19
appointed [2]  23/22 59/13
appointment [1]  75/8
appreciate [2]  176/15 196/7
approach [9]  67/15 100/4 100/20 110/3
  143/17 159/16 162/8 204/10 210/23
approached [1]  141/14
appropriate [1]  2/22
approximately [7]  91/11 98/2 98/10 110/24
  129/9 141/18 147/12
approximation [1]  145/20
April [3]  84/15 89/2 101/13
Archangel [5]  14/10 124/21 124/25 131/15
  134/4
area [8]  8/6 8/7 8/18 37/23 48/19 58/25
  144/3 157/18
areas [1]  31/10
aren't [4]  19/12 176/19 213/5 213/8
argue [3]  51/18 218/22 218/24
argued [1]  223/15
argument [2]  29/12 51/17
arguments [1]  57/22
around [21]  31/8 37/19 41/13 42/2 42/5
  43/16 58/25 65/9 65/10 74/8 74/17 82/2
  98/13 101/2 110/10 159/2 161/18 161/25
  177/10 177/11 182/18
arrange [1]  75/3
arranged [3]  96/23 97/23 97/23
arrears [2]  155/3 169/23
arrest [4]  44/21 209/8 215/11 215/13
arrested [19]  36/4 42/1 43/1 44/18 49/24
  185/12 185/15 187/2 187/9 187/12 187/13
  187/18 194/4
arrests [1]  24/14
arrived [1]  130/18
arthritis [2]  195/12 199/12
article [11]  98/24 109/19 110/9 112/2 114/3

114/4 114/12 115/8 115/14 116/2 116/10
artist [1]  44/19
aside [1]  222/11
ask [81]
asked [59]  30/9 42/11 44/17 50/17 61/2
  64/10 65/5 66/25 72/19 73/12 77/17 79/9
  82/14 82/15 82/18 87/20 91/4 94/21 95/20
  95/21 95/24 96/11 97/6 102/18 103/25 104/4
  105/9 108/5 113/21 114/15 115/18 115/22
  116/17 117/6 121/23 124/4 128/19 132/1
  135/1 136/22 137/1 137/3 141/14 142/23
  145/5 153/9 154/7 154/10 154/20 159/3
  165/24 168/25 184/5 197/4 201/2 207/3
  213/24 221/20 225/7
asking [33]  29/20 40/11 41/8 44/22 46/18
  64/4 82/3 82/3 90/10 90/22 91/16 92/10
  92/14 107/6 119/3 119/4 119/6 119/8 119/9
  128/7 135/6 147/19 170/11 170/16 171/20
  172/8 175/14 175/16 196/8 196/9 203/25
  205/23 212/14
aspect [1]  27/20
assert [1]  63/17
assets [3]  43/2 187/2 188/11
assign [1]  52/8
assistance [2]  97/18 97/20
assistant [8]  77/3 77/12 77/20 88/6 120/20
  126/21 203/3 203/13
associated [2]  26/1 209/3
assume [2]  83/25 208/9
assumed [1]  131/9
assuming [3]  187/5 195/1 206/8
assumption [4]  63/1 153/10 153/11 153/15
assurance [1]  16/13
assure [1]  17/1
assured [2]  22/8 23/12
assuring [1]  29/4
astrological [1]  8/23
Atsuko [1]  218/18
attached [1]  21/12
attaching [1]  203/12
attack [1]  86/17
attempted [3]  2/10 2/14 148/1
attempts [1]  43/22
attending [1]  31/18
attention [1]  119/2
attorney [4]  186/4 186/9 203/3 203/13
attorney's [8]  1/17 43/5 99/6 99/7 99/8 100/1
  114/5 185/6
attorneys [1]  5/15
attraction [5]  59/4 70/6 70/9 79/24 170/23
attractive [1]  65/2
ATV [3]  40/15 40/16 40/18
AU [2]  219/8 222/4
August [24]  1/8 42/2 92/7 92/7 92/8 92/12
  95/11 98/3 98/4 98/5 98/13 98/14 114/21
  115/6 115/16 115/25 116/1 116/12 170/20
  171/7 171/25 172/11 173/6 187/9
August 17th [1]  170/20
August 18th [1]  172/11
August 2010 [1]  171/25
August 3 [1]  173/6
aunt [5]  132/15 132/16 132/25 133/5 133/6
aunt's [3]  132/12 132/14 133/19
auras [1]  59/25
AUSA [2]  1/16 1/16
Austria [1]  200/9
authenticate [1]  206/16
authority [3]  23/12 222/24 223/22
auto [3]  24/2 26/2 49/9
available [6]  59/6 132/22 164/15 182/18

**A**

available... [2]  192/25 222/8
Avenue [3]  39/24 39/25 181/19
avoid [1]  216/13
aware [3]  116/2 182/15 211/18
away [23]  36/14 42/10 65/19 72/14 75/13
80/20 81/3 81/7 83/2 95/2 96/18 112/6 123/9
132/15 132/16 132/20 132/21 134/23 136/6
136/14 136/22 163/18 204/6

**B**

B-a-c-k-l-i-c-k [1]  123/22
baby [5]  195/25 196/8 196/21 196/24 199/10
back [210]
Backlick [1]  123/22
backwards [1]  80/18 80/19 92/12
bad [8]  20/9 20/12 110/19 151/23 154/8
177/4 183/19 191/9
balance [2]  25/16 173/6
balcony [1]  177/8
ballpark [1]  141/19
Baltimore [1]  156/23
bank [56]  19/15 25/15 25/18 25/20 27/25
27/25 45/5 46/12 62/12 77/1 77/7 81/15
82/13 83/11 83/21 83/22 84/5 84/6 89/6
89/12 91/17 97/19 97/22 99/24 100/12 101/4
101/6 101/7 101/8 102/25 103/13 106/8
106/10 106/15 107/3 111/13 111/17 111/19
111/21 136/15 140/22 143/22 144/5 144/5
144/8 144/10 144/11 149/23 152/16 158/18
166/22 166/25 169/7 174/16 174/18 174/20
banking [2]  83/21 107/10
bankrupt [1]  33/22
bankruptcy [2]  156/8 156/16
banks [3]  21/4 21/4 152/4
Bardfeld [7]  1/16 99/5 203/12 203/23 204/2
205/20 211/3
Barnes [9]  158/17 169/4 169/10 172/20
175/11 175/18 214/6 214/15 214/25
based [16]  9/21 20/17 20/17 29/14 33/6 61/8
78/20 81/9 98/21 111/7 114/13 163/11 188/7
215/2 221/19 223/15
basically [10]  10/20 10/20 11/5 28/2 28/13
38/8 69/10 133/15 150/10 222/4
basis [3]  131/4 131/8 223/14
batch [1]  109/4
batches [1]  91/21
Bates [5]  100/25 106/3 167/17 198/10 207/21
battery [1]  17/18
battle [1]  71/17
battles [2]  71/16 71/16
Beach [2]  1/7 1/24
beauty [2]  55/2 55/4
became [6]  114/11 115/13 115/14 125/16
133/6 189/13
because [146]
become [5]  14/21 18/7 50/24 87/18 95/4
becomes [3]  7/18 17/23 23/14
becoming [2]  18/10 131/20
bed [1]  13/5
before [57]  1/12 2/5 2/18 3/5 3/24 4/5 4/8
4/18 4/20 4/22 5/6 11/3 11/4 17/5 52/13
55/16 57/2 74/22 80/7 81/11 84/9 84/16
85/25 87/8 92/6 94/4 94/12 95/4 110/21
115/14 117/25 118/15 119/5 119/7 121/24
134/23 150/16 154/19 162/13 163/17 163/20
176/8 185/2 194/3 194/5 205/16 210/6
212/15 216/7 216/22 216/23 217/8 217/8
217/9 217/12 217/17 222/16

beforehand [1]  93/9
began [1]  8/13
begin [4]  5/14 10/10 126/10 202/24
beginning [17]  20/25 34/9 82/14 89/2 98/3
125/22 127/6 130/15 151/8 152/18 155/1
160/23 164/22 166/7 181/15 208/22 211/11
behalf [8]  14/7 14/11 17/12 65/20 131/10
131/13 139/20 204/2
behind [1]  37/25
being [54]  2/11 3/12 8/17 17/14 18/14 22/8
22/15 23/11 23/13 23/17 32/18 34/18 34/18
34/22 34/24 35/2 41/21 42/12 45/2 59/8
61/16 62/22 63/7 82/10 86/3 99/16 104/2
104/5 104/9 104/10 109/14 110/17 110/22
111/1 111/4 112/3 129/22 139/25 150/11
152/1 157/25 158/9 174/13 176/16 177/8
193/14 194/12 201/15 206/16 219/6 220/25
221/2 222/12 223/23
beings [1]  14/22 10/2 13/13
belief [2]  28/15 28/15
beliefs [4]  9/22 59/20 59/20 59/21
believe [68]  3/10 3/17 5/16 10/6 15/2 29/13
30/8 33/11 34/10 39/3 46/22 59/18 59/22
60/10 60/20 60/22 62/5 78/20 78/22 79/11
87/16 97/11 98/9 103/16 104/21 112/11
116/20 116/21 122/20 122/21 127/6 129/11
132/23 136/24 152/1 155/13 157/12 158/16
158/18 159/2 164/1 170/16 172/9 173/3
175/21 177/12 178/19 179/21 182/25 183/14
183/15 187/16 195/11 195/19 197/14 201/17
202/2 208/3 209/8 210/7 215/2 219/12
219/18 219/19 219/19 219/23 221/9 224/14
believed [3]  9/23 74/6 87/19
believes [3]  16/8 205/14 216/21
believing [6]  12/23 18/16 78/22 78/23 79/3
79/4
bell [2]  124/24 158/1
belonged [1]  103/17
belonging [5]  12/15 12/19 24/21 103/20
103/21
belongs [2]  12/14 179/10
below [5]  7/8 101/22 102/2 102/12 167/8
belts [1]  173/14
beneficial [2]  219/23 219/24
benefit [6]  104/17 104/18 139/7 149/14
152/2 204/16
Benefits [3]  110/16 112/8 112/20
bereaved [1]  94/4
bereavement [1]  59/4
besides [4]  45/2 132/3 148/19 157/14
best [7]  39/11 58/10 58/13 64/17 87/18
156/15 177/13
Beth [6]  42/3 99/16 161/4 161/20 202/18
208/8
better [6]  3/1 12/12 180/25 192/2 196/20
200/21
between [10]  18/2 34/13 34/13 46/20 121/9
121/10 132/19 149/9 150/8 164/21
Beverley [1]  102/23
beyond [11]  30/11 32/7 52/6 63/16 63/16
63/23 80/3 80/3 80/4 214/7 215/15
Bible [4]  122/12 122/18 124/23 177/9
big [4]  46/14 124/2 194/16 198/24
bigger [3]  59/22 194/20 198/25
bill [1]  184/15
bills [9]  42/23 42/24 151/21 153/21 172/16
173/9 183/24 184/1 187/4
binder [1]  100/9
bird [2]  58/9 58/16
birthday [4]  144/22 144/23 144/24 214/16

bit [14]  10/19 31/22 35/19 58/8 58/11 60/5
76/25 86/16 101/11 131/5 154/6 178/23
178/24 222/3
black [1]  47/2
blank [1]  18/24
blend [1]  48/13
block [2]  36/14 53/1
blood [2]  14/18 59/25
blown [1]  125/16
blue [1]  68/20
board [2]  6/16 6/22
boat [4]  179/7 179/8 179/9 179/10
Bobby [1]  185/13
Boca [1]  1/22
bodies [1]  59/24
body [1]  60/6
bond [1]  188/7
book [8]  37/12 186/15 194/16 197/15 197/17
197/19 207/17 207/19
born [3]  31/15 40/13 54/6
borrow [14]  19/20 25/25 26/6 49/8 92/10
92/14 95/20 95/25 95/22 96/12 141/24
142/20 142/24 146/2
borrowed [8]  25/24 49/14 140/20 144/12
144/15 145/1 145/21 147/12
borrowing [3]  49/2 141/22 142/18
both [7]  56/13 57/5 84/10 84/24 120/2 120/5
149/24
bottle [4]  66/9 66/10 70/12 189/21
bottles [1]  189/18
bought [2]  48/22 151/19
Boulevard [1]  1/17
box [2]  157/1 160/1
boy [1]  54/11
boyfriend [3]  11/20 21/12 153/16
boyfriend's [1]  153/12
Brady [3]  219/25 220/4 224/15
brain [6]  3/12 10/14 48/11 161/11 182/11
221/21
branch [2]  56/4 56/6
branches [1]  56/7
break [21]  2/7 18/6 50/12 57/14 72/18 72/24
78/13 78/13 79/16 79/17 80/10 80/10 92/16
92/25 93/1 94/13 109/10 109/12 146/21
163/4 176/11
briefly [2]  26/17 26/20
bring [20]  2/5 2/11 2/17 2/19 2/20 2/21 2/24
3/1 5/1 13/6 50/20 52/25 53/4 65/22 66/8
93/24 125/18 144/2 147/1 207/1
bringing [2]  40/14 119/1
brings [1]  14/16
Britain [1]  111/5
British [2]  83/19 84/3
brochures [2]  36/23 37/17
broke [1]  121/15
broken [2]  72/6 72/9
brother [2]  35/24 36/3
brother-in-law [1]  35/24
brought [8]  2/13 2/14 4/23 56/18 59/21
65/17 168/3 207/2
Broward [1]  1/17
brown [2]  65/1 213/12
build [1]  48/20
building [3]  69/6 97/21 103/1
burden [3]  32/2 52/5 196/3
burn [1]  76/15
burnt [1]  16/6
business [40]  6/7 6/10 7/12 7/12 7/20 7/21
8/11 34/18 34/22 34/24 35/1 35/3 36/18
37/10 37/15 37/15 38/14 40/12 44/7 44/12

**B**

business... [20]  44/15 45/5 45/10 45/11 45/13 45/25 49/17 55/8 55/12 55/13 55/14 55/22 56/8 56/11 56/19 56/20 59/13 60/3 90/13 176/22
businesses [4]  44/25 46/15 47/15 51/23
busted [1]  24/13
buy [23]  19/21 22/7 34/1 48/21 49/4 49/5 49/6 49/7 76/18 90/12 90/12 90/16 90/17 90/18 144/19 144/19 151/11 151/17 178/5 178/17 178/19 179/9 216/2
buyer's [1]  50/22
buying [1]  18/19
bypass [1]  86/18

**C**

Cafe [1]  25/1
caged [2]  58/9 58/16
calculation [1]  20/17
called [39]  13/17 22/6 31/6 37/10 38/4 42/4 50/9 50/16 56/5 75/8 75/10 75/17 80/20 83/22 98/7 110/16 112/20 123/4 135/1 136/9 141/8 154/7 154/14 156/21 161/13 161/17 168/4 172/12 187/13 187/17 194/13 202/23 203/5 208/17 208/23 217/12 219/13 219/20 224/5
calling [3]  44/22 155/14 225/9
calls [3]  104/13 154/4 219/11
calm [1]  191/1
came [38]  1/5 19/13 25/13 31/14 38/3 38/4 38/17 40/7 43/3 44/8 44/12 56/19 56/24 61/22 61/23 66/19 66/20 70/12 70/24 71/1 72/7 72/22 80/5 82/3 89/15 96/17 105/8 113/9 113/11 131/10 137/19 142/22 150/17 151/19 165/3 182/7 184/17 191/16
can't [39]  2/9 12/6 14/6 15/9 18/2 18/12 18/13 19/11 19/20 19/21 33/24 34/3 38/20 45/1 47/8 57/9 62/6 65/4 72/1 74/1 74/11 80/22 93/5 93/7 93/14 95/24 116/19 130/1 145/19 145/19 167/22 175/16 205/20 219/8 221/15 222/2 222/5 222/22 224/1
Canadian [1]  21/24
canceled [1]  145/24
cancer [13]  10/13 48/11 139/18 140/8 140/9 140/11 140/12 161/12 182/11 182/12 182/19 182/21 182/24
candles [1]  76/15
cannot [3]  222/15 222/19 222/19
capable [1]  78/12
Capital [2]  202/2 202/17
car [6]  24/7 49/5 129/14 178/19 200/15 200/15
card [41]  7/17 8/21 42/22 42/24 43/8 73/8 73/22 100/13 151/7 151/8 151/24 152/5 153/2 154/19 155/7 156/6 156/11 156/16 159/7 169/22 170/2 172/3 173/3 181/18 181/19 182/7 183/5 183/15 183/23 184/1 184/12 184/21 187/4 200/12 200/14 203/20 203/24 204/3 204/5 215/9 217/2
cards [44]  19/16 42/21 73/3 126/23 126/24 126/25 126/25 128/17 128/20 132/2 151/6 151/10 151/22 152/1 152/10 152/12 153/20 154/2 154/11 154/13 155/20 155/22 156/1 159/3 165/15 165/17 165/25 166/2 166/19 177/25 181/3 181/4 181/5 181/6 181/11 181/17 181/21 182/4 183/22 184/7 201/15 201/21 201/24 215/17
care [6]  16/23 55/6 55/15 154/6 182/18 193/9
cared [2]  145/14 150/23

career [1]  55/3
carefully [3]  5/19 36/5 51/19
carrier [1]  27/13
Carroll [1]  5/10
carry [1]  10/25
cars [8]  23/25 24/1 24/1 24/11 49/12 116/8 178/5 178/17
case [57]  1/2 5/7 5/18 6/2 7/25 26/14 26/15 26/19 27/3 27/13 27/23 28/13 28/14 28/14 28/17 28/22 28/23 29/9 29/12 30/20 32/6 32/7 33/16 33/17 34/10 38/22 42/1 42/15 43/1 43/4 46/14 50/14 51/10 52/1 52/7 52/14 62/22 66/24 67/1 90/18 92/19 105/2 146/16 150/17 162/5 185/21 186/1 186/8 195/24 196/21 202/21 204/17 209/12 213/9 216/12 216/13 220/11
cases [1]  118/24
cash [28]  6/5 19/15 20/25 21/1 21/6 21/9 25/17 25/18 25/19 25/21 73/25 126/23 127/1 127/2 128/16 128/18 128/20 132/1 136/20 144/2 144/3 144/10 158/5 159/8 159/11 169/7 179/23 181/3
cashed [1]  143/22
cashier [1]  169/8
cashier's [3]  158/16 158/18 169/8
casino [4]  25/5 25/19 25/21 49/8
cast [1]  33/13
catch [1]  178/12
Catta [1]  219/9
caught [5]  18/16 19/9 19/10 45/9 114/1
cause [1]  33/9
Cayman [1]  111/18
cement [1]  189/5
Central [1]  36/14
century [3]  13/21 72/4 78/10
certain [16]  10/17 36/20 61/22 76/15 76/19 82/15 84/8 99/21 127/20 128/1 145/10 151/11 151/18 151/19 160/20 168/11
certainly [5]  5/19 29/3 31/4 74/1 192/17
CERTIFICATE [1]  227/15
certificates [1]  165/20
certified [2]  169/3 227/17
certify [1]  227/17
cetera [7]  45/17 104/14 116/9 188/8 192/24 192/24 196/22
chair [3]  32/3 53/17 119/25
chance [1]  162/13
change [2]  17/17 17/18
changed [2]  40/8 152/19
Channel [1]  111/14
channeled [1]  124/21
channeling [1]  136/4
charge [7]  11/7 11/8 28/10 35/7 38/24 73/22 167/3
charged [9]  26/16 26/22 27/5 27/24 28/6 28/9 67/6 67/7 124/1
charges [2]  47/16 50/20
Charles [1]  208/9
Charlie [7]  42/4 161/21 178/24 202/19 225/7 225/8 225/9
chart [4]  34/14 34/15 34/15 46/24
charts [1]  8/23
Chase [1]  152/9
cheat [3]  29/16 33/18 183/4
cheated [1]  183/15
check [19]  48/12 143/24 144/1 144/2 144/10 158/17 158/18 169/3 169/7 169/8 169/9 169/13 169/21 175/11 175/17 175/23 184/14 217/22 223/17
checked [1]  77/13

checking [2]  18/15 77/14
checks [4]  25/20 39/15 145/24 185/12
chemical [1]  190/7
Chesterfield [1]  192/23
child [9]  35/25 40/13 40/14 40/15 40/15 78/6 78/18 79/10 213/12
children [10]  6/25 14/25 15/1 54/10 55/16 122/3 126/19 142/5 143/8 200/8
choice [2]  37/4 179/17
Christian [4]  33/11 59/21 59/22 66/11
Christmas [4]  144/24 196/4 196/5 199/17
Christmastime [1]  159/4
chunks [1]  26/7
circle [1]  171/6
circles [1]  101/1
Circuit [1]  62/21
circumstances [2]  183/6 205/22
Cities [1]  32/24
citizen [1]  221/16
city [1]  70/24
civil [1]  58/6
claims [1]  74/3
clairvoyant [1]  60/21
clarify [2]  16/25 216/20
class [1]  13/24
clean [4]  13/2 13/3 13/9 14/17
cleanse [2]  15/20 89/14
cleansed [5]  15/19 73/11 81/6 90/23 98/7
clear [14]  2/6 2/8 7/15 108/14 113/15 113/15 125/14 127/12 130/21 131/16 137/6 188/20 216/20 222/18
cleared [3]  98/6 130/9 150/1
Cleary [1]  51/2
Clematis [1]  1/24
clergyman [1]  38/12
client [13]  41/17 41/21 41/22 43/11 46/11 47/22 48/4 48/5 48/5 48/14 49/13 51/1 219/14
clients [32]  8/1 9/6 16/19 32/18 33/18 34/6 37/10 38/15 38/19 38/22 38/23 41/4 41/16 44/4 44/24 45/23 45/24 45/25 46/5 47/1 47/18 47/22 48/7 49/11 50/4 50/6 50/6 74/17 148/13 187/21 188/3 188/5
clients' [1]  110/18
close [4]  75/22 133/23 172/4 214/19
closed [2]  195/25 196/21
closing [1]  29/12
cloth [3]  13/3 13/4 14/17
Club [1]  200/9
coach [4]  34/21 34/22 34/25 35/2
coast [3]  44/7 85/15 85/22
coaster [1]  139/16
coconspirator [5]  35/25 62/7 63/9 63/11 63/16
coconspirators [6]  6/13 8/10 9/2 10/5 28/4 36/8
coconspirators' [1]  62/25
code [4]  106/13 106/14 106/17 106/20
codefendant [1]  61/14
Codefendants [1]  22/19
coin [3]  21/25 76/17 76/17
coins [6]  21/22 21/24 22/4 22/4 22/7 22/9
collateral [3]  26/4 26/6 129/14
colleague [1]  105/11
collect [1]  76/16
collection [2]  49/9 155/3
college [2]  178/25 179/1
com [1]  209/14
comes [5]  13/16 14/10 74/7 160/8 213/8
comfort [1]  190/25

**C**

coming [17]  6/14 26/12 55/10 89/9 101/4
101/7 111/18 163/4 167/12 174/18 175/22
175/24 188/22 196/5 201/3 204/4 214/21
comments [1] 76/7
commit [2] 26/23 26/24
committal [1] 121/18
committed [2] 33/24 121/18
committing [1] 27/14
common [3] 9/11 9/19 10/17
commonality [1] 10/21
Commonwealth [1] 83/19
communicate [3] 10/1 13/13 170/10
communication [2] 14/9 75/16
Community [1] 179/1
companies [7] 154/9 156/6 156/11 156/16
203/24 204/4 204/5
company [12] 55/25 56/2 56/3 56/4 98/20
110/13 110/16 111/7 112/8 202/23 203/5
217/2
compare [1] 107/2
compares [1] 107/10
compel [3] 222/10 222/15 222/17
complained [1] 222/5
complaining [3] 22/23 195/10 199/24
complete [3] 57/25 171/22 172/1
completed [5] 15/22 16/1 22/11 90/24 135/14
completely [1] 117/12
comply [1] 95/7
composite [8] 69/4 69/5 69/17 69/20 100/8
100/15 100/18 162/12
comprised [1] 6/10
computer [1] 205/21
concedes [1] 222/9
conceding [1] 34/9
concept [3] 9/23 28/23 149/8
concepts [2] 28/16 60/4
concern [3] 136/2 141/3 204/3
concerned [4] 5/11 16/11 28/11 87/14
concerns [3] 138/25 139/2 143/12
concert [2] 27/1 27/3
concluded [4] 64/6 119/16 207/15 213/11
conclusion [1] 28/21
condition [2] 222/11 222/20
condo [2] 138/16 177/7
condominium [2] 122/16 138/13
conduct [1] 58/5
conference [4] 64/6 119/16 207/15 213/11
conferred [1] 138/22
confide [2] 150/16 151/1
confront [1] 79/5
confused [3] 57/13 58/20 176/19
connect [1] 61/11
connected [1] 47/16
connecting [2] 62/19 153/15
connection [4] 60/1 79/22 87/25 162/20
connections [1] 94/15
consequence [1] 18/15
conservative [1] 222/1
consider [8] 2/21 5/19 103/21 104/1 104/5
122/18 122/21 177/24
considerable [1] 142/17
considered [2] 63/9 150/24
considering [1] 52/3
considers [1] 62/17
consisted [1] 6/10
consolidate [2] 154/7 184/6
conspiracy [25] 8/2 8/3 26/22 26/23 26/24
26/25 27/1 35/6 35/13 35/19 45/2 45/4 46/3

46/7 46/21 46/22 47/17 47/24 51/22 51/23
62/6 62/8 62/19 63/1 63/3
conspirator [1] 35/8
conspired [1] 35/15
constantly [3] 40/2 40/11 147/19
construction [1] 44/6
Consultant [1] 103/15
Consulting [1] 98/1
contact [30] 75/4 75/5 75/18 87/10 87/22
98/15 98/23 98/25 124/15 124/19 125/3
125/20 126/14 155/10 155/18 157/6 161/8
161/9 161/10 184/25 186/3 188/4 202/22
216/21 217/6 217/10 217/14 217/19 217/21
217/21
contacted [13] 87/11 99/13 99/16 113/25
155/7 155/18 161/19 182/20 185/13 210/7
212/18 217/3 217/17
contacting [3] 75/24 155/12 201/25
contacts [2] 219/16 219/17
contained [1] 62/8 100/9
contains [1] 100/12
contempt [1] 2/21
continuation [1] 161/13
continue [17] 20/1 20/11 49/23 80/25 81/3
81/3 81/9 81/12 94/9 133/24 147/9 148/9
161/16 185/14 185/18 186/21 203/4
continued [8] 31/10 43/2 44/1 75/4 75/5
104/18 161/17 190/12
continuing [7] 62/2 62/4 62/15 63/20 63/21
74/24 172/6
control [4] 71/22 77/12 118/3 189/25
controlled [1] 58/8
controlling [2] 71/11 81/21
conversation [29] 64/20 64/23 76/6 78/9
80/19 81/10 95/10 117/5 117/9 131/1 132/19
134/24 135/9 149/9 185/10 197/11 209/10
209/17 209/24 209/25 210/3 210/4 210/18
211/10 211/14 212/6 212/11 212/19 221/10
conversations [22] 76/13 76/14 77/19 87/21
94/19 95/18 103/25 109/1 125/25 129/22
136/7 139/6 143/6 150/6 150/7 210/15
210/21 211/6 211/25 220/9 221/4 225/12
convicted [1] 112/19
convince [3] 105/1 105/3 162/4
convinced [3] 114/11 115/13 115/15
cooperating [1] 203/17
copays [1] 199/19
COPD [1] 86/17
copies [1] 173/12
copy [14] 103/4 169/3 170/17 186/14 194/25
203/23 203/25 204/8 204/18 204/19 204/20
204/21 211/15 211/24
cord [1] 124/24
cordial [1] 58/6
Corner [1] 174/24
corporate [2] 36/24 45/8
corporation [2] 37/3 109/15
corporations [1] 37/1
correct [38] 42/18 87/1 90/9 95/12 95/13
95/17 101/5 101/24 102/4 108/21 109/2
113/24 114/7 115/6 119/12 123/12 170/6
172/13 173/4 173/5 177/17 179/20 182/9
183/24 184/16 188/16 190/19 192/12 193/17
201/21 201/22 208/5 208/13 208/15 214/12
214/13 224/22 227/18
corrected [1] 198/8
correctly [1] 135/8
corresponding [1] 107/14
cosigner [3] 151/15 181/8 208/12
cost [4] 16/15 38/24 45/16 124/4

Costa [1] 54/23
cottage [1] 86/10
couldn't [29]  2/12 40/19 49/23 57/15 57/16
71/25 71/25 76/2 76/4 79/16 79/16 80/16
82/23 83/5 89/11 89/20 89/20 90/3 95/1
95/23 98/15 135/12 148/10 151/3 155/18
182/8 183/19 185/4 186/21
counsel [5]  2/4 5/25 52/24 61/12 93/20
counseling [2] 59/3 59/6
count [1] 29/21
counting [1] 30/15
country [1] 21/2
counts [5] 26/23 27/6 27/6 27/23 28/1
couple [29] 2/5 3/21 9/11 30/12 36/25 44/5
44/10 45/3 57/9 65/20 125/23 156/14 177/15
194/6 210/15 213/14 217/12 217/14 217/17
course [15] 5/17 6/15 10/4 10/9 12/18 12/22
16/9 18/3 19/24 20/5 26/9 27/14 32/23 45/19
46/23
court [17] 1/1 1/23 2/1 2/21 4/13 5/25 26/19
27/21 51/21 86/3 118/19 162/14 219/1
219/22 220/20 222/16 223/19
Court's [2] 119/2 188/7
courthouse [1] 2/18
courtroom [10] 5/2 52/17 53/5 92/23 94/5
107/24 146/19 147/5 164/2 216/15
courtrooms [1] 118/24
CPE [1] 1/23
CR [1] 1/2
create [2] 220/18 224/13
created [2] 163/10 220/13
creating [1] 213/9
credibility [1] 51/12
credit [65] 19/16 20/11 42/20 42/21 42/22
42/24 43/8 73/3 73/8 73/22 100/13 126/22
126/24 126/25 126/25 128/17 128/20 132/2
151/6 151/7 151/8 151/10 151/23 151/24
152/1 152/5 152/14 153/2 153/20 154/2
154/11 154/13 155/20 156/1 156/6 156/10
156/11 156/15 159/3 159/7 173/2 177/25
181/3 181/4 181/6 181/7 181/18 181/19
183/21 183/23 184/7 184/12 184/21 187/4
200/12 201/15 201/21 201/24 203/20 203/24
204/3 204/5 215/8 215/17 217/2
crime [9] 7/18 7/18 7/23 33/24 34/2 34/4
36/4 43/7 186/1
criminal [12] 6/3 6/9 6/10 26/16 26/20 35/9
44/20 46/14 47/15 48/22 161/20 203/18
crisis [1] 9/14
criticized [1] 58/9
cross [10] 32/4 32/10 105/18 107/20 136/11
176/6 214/8 221/2 226/8 226/11
Cross-examination [3] 105/18 107/20 176/6
cross-examine [2] 32/4 221/2
cross-examining [1] 32/10
Crown [1] 189/21
CRR [2] 1/23 227/23
cruises [1] 200/8
crux [2] 33/15 33/17
crying [1] 57/20
cubicle [1] 61/4
cult [2] 80/6 80/8
culture [3] 31/4 31/5 31/17
curious [1] 8/20
currency [2] 76/17 84/1
current [1] 181/25
currently [1] 54/8
curse [19] 13/19 13/20 13/25 14/4 14/12
14/22 14/25 15/3 15/12 72/5 72/5 72/8 72/13
72/18 78/10 78/13 79/16 79/18 80/10

# C

curses [6]  33/8 72/6 72/25 74/4 125/25 126/2
customer [3]  24/25 106/11 174/6
cutlery [1]  193/5
cycle [3]  171/5 171/22 172/1
cycles [3]  170/23 171/3 171/4
Cynthia [9]  7/5 34/23 45/22 46/10 47/6
219/13 219/14 219/20 219/24
Cynthia's [1]  48/5

# D

D-e-a-n-n-a [1]  120/7
dad [13]  30/6 85/2 87/6 88/24 134/20 134/20
134/23 134/25 135/4 135/10 135/18 136/6
136/13
dad's [5]  88/16 138/4 196/1 196/9 200/2
daily [1]  90/5
dark [2]  89/15 194/13
darker [1]  31/12
date [12]  25/15 101/12 102/10 126/12 168/2
174/3 175/17 175/17 183/2 213/10 216/24
216/25
dated [3]  208/15 214/11 227/20
dates [3]  101/11 163/12 210/22
dating [1]  43/18
daughter [28]  7/1 7/3 7/6 7/9 14/25 30/6
34/21 35/1 35/22 35/24 36/3 45/12 45/15
45/21 45/22 45/23 47/6 48/6 72/9 72/10
122/1 139/18 139/21 139/23 140/6 142/6
190/18 216/3
daughter's [3]  140/1 190/3 191/3
daughter-in-law [6]  7/3 7/6 34/21 35/24
45/22 47/6
daughter-in-law's [1]  36/3
daughter-in-laws [3]  35/22 45/12 45/15
daughters [3]  11/11 12/23 45/12
daughters-in-law [2]  11/11 12/23
Davie [1]  25/1
days [18]  15/8 41/7 65/20 67/5 70/18 75/13
75/17 75/19 75/25 132/22 142/16 147/21
210/16 216/22 216/23 217/12 217/14 217/17
DC [2]  37/23 48/19
deal [11]  3/5 3/6 4/8 4/17 4/21 47/20 72/19
140/14 188/25 201/14 213/10
dealing [4]  103/17 122/9 122/11 167/13
dealings [1]  160/21
deals [1]  56/9
dealt [2]  108/15 108/25
Deanna [14]  41/17 41/18 41/19 41/21 42/11
42/19 42/20 43/5 119/20 119/23 120/4 120/7
174/6 226/9
dear [1]  159/6
death [6]  86/13 86/14 87/9 94/22 125/16
136/7
deaths [1]  132/18
debate [1]  222/20
debt [9]  155/19 156/2 156/5 159/7 159/12
169/22 169/25 184/6 203/20
debts [2]  154/8 181/2
decades [3]  17/10 17/11 48/13
deceive [1]  29/16
deceived [4]  6/4 7/19 7/22 202/20
deceiving [1]  135/23
December [3]  110/11 171/5 174/5
December 1 [1]  174/5
December 2009 [1]  110/11
December 31st [1]  171/5
deception [1]  6/2
decide [7]  30/22 34/5 51/5 51/13 51/13 51/21

52/3
decided [2]  59/14 138/21
decision [1]  40/12
decisions [8]  18/14 18/14 38/9 38/11 38/13
38/15 38/15 133/12
decorated [1]  120/25
deducted [1]  167/3
deep [7]  13/17 65/10 65/16 65/19 65/21
67/11 141/3
deepening [1]  78/4
deeper [2]  12/10 12/21
deepest [1]  151/1
deeply [1]  122/22
default [1]  155/5
defaulted [1]  155/2
DEFENDANT [40]  1/7 1/19 6/3 8/1 8/5 8/10
9/2 10/4 11/10 11/25 11/25 12/23 17/11
18/11 18/20 19/17 21/5 22/18 23/20 24/5
24/15 25/24 26/16 27/25 28/21 28/24 29/16
30/22 108/1 133/8 134/24 135/24 156/19
164/5 164/6 164/11 165/2 167/14 175/2
215/8
Defendant's [19]  2/3 25/15 194/18 197/11
197/22 197/23 198/8 198/11 198/15 202/5
202/10 202/12 207/21 208/1 227/9 227/10
227/11 227/12 227/13
Defendant's 1 [1]  197/11
Defendant's 2 [2]  197/22 197/23
Defendant's 4 [1]  202/10
Defendant's 5 [1]  207/21
Defendants [6]  10/15 11/10 14/6 14/14 20/11
22/8
defense [4]  3/7 3/15 202/8 205/10
definitively [1]  217/24
defraud [4]  27/2 27/8 27/15 27/20
defrauded [3]  6/4 41/11 208/13
dejected [1]  199/5
Del [1]  54/23
deliberate [1]  200/4
delinquency [1]  154/1
delinquent [1]  152/8
deliver [2]  20/24 22/7
delivering [1]  21/1
demanded [1]  211/2
demonic [2]  33/9 33/12
denim [1]  68/20
denomination [1]  74/7
deny [2]  223/14 223/15
departed [1]  132/23
department [1]  42/7
depended [1]  76/1
dependent [1]  18/11
depending [1]  4/11
depends [1]  205/5
depicted [1]  69/5
deposit [9]  73/7 73/11 144/6 144/11 166/20
166/21 166/24 167/7 185/3
depositing [1]  140/23 166/23
deposition [12]  3/4 4/12 218/18 218/19
219/10 220/24 221/11 221/12 222/18 223/7
223/11 223/20
depositions [1]  223/9
deposits [1]  166/19
Depot [3]  152/9 181/18 181/19
depressed [5]  48/17 139/18 139/21 140/7
199/22
depression [4]  139/23 139/24 140/2 190/6
describe [5]  60/25 78/2 100/24 121/9 149/19
described [4]  14/5 26/17 27/4 156/18
deserved [1]  179/24

designated [1]  107/9
desirous [1]  43/23
desperate [1]  58/20
destroy [1]  71/23
destroyed [1]  80/25
detail [2]  214/22 217/1
details [7]  94/14 97/22 97/22 106/10 106/23
107/12 138/10
detective [8]  41/10 42/4 48/15 50/15 51/4
202/19 208/8 220/8
detectives [3]  50/9 50/11 113/22
deteriorate [1]  86/19
determination [1]  30/10
determine [1]  36/6
detox [1]  190/2
develop [1]  220/21
developed [4]  11/11 31/21 140/8 189/10
Deveraux [3]  37/13 39/1 39/8
devil [1]  117/12
devils [1]  33/14
diagnosed [1]  10/13
diagnosing [1]  12/2
didn't [104]
die [2]  117/10 117/17
died [14]  84/17 84/18 84/21 85/2 87/6 88/24
132/25 133/5 134/20 134/22 136/9 142/4
142/16 182/23
dies [2]  20/13
difference [3]  30/23 30/24 75/9
different [21]  10/19 18/8 20/20 24/17 31/12
36/25 37/5 43/25 74/7 98/19 101/12 148/21
149/3 152/10 154/3 155/22 170/23 171/3
178/21 190/10 210/20
differently [1]  220/6
differs [1]  15/17
difficult [7]  20/14 76/25 84/17 85/10 86/2
86/21 103/5
difficulties [1]  169/16
difficulty [2]  17/17 154/18
dig [1]  11/14
digressing [1]  32/2
dine [1]  113/12
dined [1]  113/8
Dior [1]  66/11
direct [9]  53/23 56/14 105/16 112/13 120/9
146/12 176/1 226/7 226/10
directions [2]  2/9 18/17
directly [5]  45/12 46/11 105/13 114/10 144/6
discontinue [2]  203/1 203/11
discuss [17]  18/2 52/14 76/9 92/19 92/25
93/4 93/5 93/14 125/20 125/20 130/12
146/16 146/20 150/8 165/12 190/15 216/11
discussed [5]  99/23 123/6 126/7 163/1 164/3
discussing [2]  83/3 194/18
discussion [2]  126/2 225/14
discussions [1]  82/25
disliked [1]  118/2
dismissal [1]  62/17
display [1]  100/23
displaying [2]  100/25 102/24
disprove [1]  28/19
distance [1]  222/20
distinction [1]  34/12
district [4]  1/1 1/1 1/13 8/8
disturbing [2]  72/15 76/10
diverting [1]  111/5
divorce [3]  190/23 191/1 191/3
divorced [2]  40/6 190/22
doctor [1]  221/25
doctor's [3]  221/24 222/3 222/5

**D**

doctors [1] 222/21
document [27] 23/1 100/25 102/24 106/7
106/24 107/3 107/9 109/25 110/4 110/12
110/21 158/3 164/14 168/8 168/14 169/20
170/7 170/18 173/1 173/23 175/10 175/12
194/17 205/14 205/17 207/13 214/3
document's [1] 107/4
documentation [1] 145/22
documents [16] 95/1 95/8 99/21 100/9
100/23 105/23 162/15 162/19 162/21 162/22
164/14 164/15 194/16 204/23 205/9 206/5
does [22] 25/5 25/6 32/18 42/15 50/18 51/13
54/20 55/5 64/12 93/3 101/14 103/5 103/10
110/9 117/19 139/8 158/1 158/20 168/8
174/17 192/7 222/14
doesn't [16] 4/6 12/16 31/24 48/16 53/17
73/5 73/5 119/25 140/6 205/21 212/3 218/16
223/14 224/4 224/16 225/6
doing [40] 5/10 7/17 14/4 14/7 16/23 17/10
18/4 26/3 41/15 44/7 73/14 73/17 76/1 76/20
77/13 78/12 81/19 125/12 127/9 127/13
127/21 131/13 135/12 135/13 136/11 139/7
139/19 142/9 148/13 148/16 149/7 151/12
154/10 166/5 166/14 171/15 188/21 191/13
191/15 195/6
dollar [1] 23/20
dollars [34] 6/5 21/19 21/20 21/21 24/3
24/10 24/17 24/19 25/4 25/7 25/11 26/10
39/3 39/9 39/10 39/17 41/20 51/16 67/8
80/11 80/12 80/13 85/18 91/6 91/7 91/10
94/23 101/21 102/1 103/9 127/7 149/7
215/15 215/19
domain [1] 48/20
domineering [3] 58/7 71/11 109/6
don't [138]
donation [1] 73/16
done [29] 13/17 19/25 22/13 26/13 33/9
46/24 47/4 47/7 47/16 73/6 93/9 98/6 126/4
133/17 133/18 133/24 135/14 148/4 150/11
150/12 150/14 168/2 191/20 191/22 193/11
196/10 207/14 214/18 219/1
Donnie [2] 7/7 7/7
doomed [1] 196/2
dot [1] 209/14
doubt [4] 30/11 32/7 52/7 52/8
down [30] 6/22 7/8 9/24 13/9 14/25 25/1
31/19 40/20 43/3 57/5 61/4 71/7 102/2
106/23 121/16 122/2 126/3 131/17 131/21
142/25 143/1 143/10 156/23 156/25 166/20
167/5 172/15 199/4 218/15 225/4
drafted [1] 50/1
drink [2] 113/13 191/19
drinking [2] 125/15 189/10
Drive [4] 24/15 152/23 160/4 168/19
driving [1] 24/6
drugs [3] 139/19 191/13 191/15
due [2] 154/5 182/7
during [28] 5/17 6/14 10/9 11/9 12/3 13/10
20/7 30/13 32/1 32/23 35/5 35/6 46/23 47/9
57/7 64/20 87/17 93/1 115/18 121/22 131/12
138/24 145/21 146/21 149/8 150/20 167/13
223/7
DW [4] 197/9 198/11 202/2 207/22
DW-242 [2] 197/9 198/11
DW-290 [1] 202/2
DW-98 [1] 207/22
DW1 [1] 197/12
DW2 [1] 194/19

dying [2] 48/17 57/19

**E**

e-mail [15] 1/25 170/17 170/19 171/10
171/17 172/20 186/7 186/14 208/3 208/4
210/5 214/5 214/6 214/25 217/2
e-mailed [2] 172/10 222/4
each [21] 9/12 10/19 10/19 29/20 46/15
47/16 51/11 51/25 57/1 62/13 63/19 76/17
83/2 84/13 91/25 142/24 145/17 145/12
154/15 172/16 209/3
Eagle [1] 21/24
earlier [1] 48/8
earliest [1] 62/3
early [17] 8/2 8/2 8/4 21/5 36/19 37/21 65/3
110/11 110/22 123/13 125/4 125/19 129/21
133/12 134/8 177/2 177/10
earn [1] 104/2
Earned [1] 39/10
earnings [1] 7/13
earrings [1] 24/18
earth [4] 13/14 14/3 16/17 60/2
easel [1] 30/1
East [1] 1/17
eat [2] 199/25 199/25
eaten [1] 199/18
eats [2] 199/25 199/25
educated [1] 9/8
effect [2] 8/17 72/4
egg [2] 47/2 81/23
Egypt [2] 39/23 40/7
Egyptian [1] 40/5
Egyptians [1] 31/13
eight [1] 40/17
either [10] 13/10 17/17 37/4 39/21 113/19
143/22 148/18 184/6 188/10 217/9
element [1] 27/23
elements [1] 26/18
Eleventh [1] 62/21
Eli [7] 6/23 7/1 7/7 51/2 158/10 158/20 169/1
elicit [1] 11/13
else [34] 4/10 4/22 18/3 22/3 23/25 24/9
24/10 24/24 61/24 64/16 80/6 84/11 103/20
103/21 115/23 150/9 150/11 152/5 166/5
175/7 188/11 199/19 209/8 211/19 211/21
213/1 213/3 213/15 216/16 218/2
elsewhere [1] 129/19
embarrassed [2] 19/25 51/9
eminent [1] 48/20
emotional [5] 9/14 10/11 121/19 121/22
136/21
empty [1] 25/16
encourage [1] 81/23
end [48] 2/22 12/3 16/9 16/20 17/6 18/10
20/2 20/3 24/4 26/2 26/19 29/11 32/6 35/7
42/15 46/13 48/6 51/10 52/1 52/7 53/2 58/21
62/22 81/4 89/2 92/7 92/8 98/3 98/5 110/10
132/8 137/23 147/17 147/19 147/22 148/8
152/8 170/9 171/4 171/6 172/5 183/23
185/20 196/16 196/17 196/18 214/19 218/19
ended [5] 31/9 98/19 135/18 155/24 191/17
ending [1] 174/15
ends [4] 17/4 17/5 17/21 18/20
energies [15] 59/23 59/25 60/2 60/6 75/21
75/21 79/23 79/24 79/25 79/25 80/18 81/5
88/1 88/2 98/6
energy [4] 60/9 75/18 89/15 89/15
enforcement [3] 24/13 99/14 104/24
engage [2] 8/10 27/7
engaged [2] 28/3 121/15

engagement [2] 21/10 21/11
Engelke [1] 185/13
England [8] 47/19 49/16 83/18 84/25 85/12
113/2 113/9 113/11
enhance [1] 10/5
enough [8] 2/8 11/13 16/22 23/4 37/11 58/14
174/2 198/24
ensure [1] 80/9
entail [1] 64/12
enter [1] 36/11
entered [9] 68/10 69/20 100/18 159/22 163/8
198/8 198/15 202/12 208/1
enterprise [6] 6/3 6/9 7/24 44/20 46/14 47/15
enters [4] 5/2 53/5 94/5 147/5
entire [1] 131/12
entitled [4] 179/25 180/10 205/15 227/19
envelope [2] 127/3 168/5
envy [1] 65/9
episode [1] 170/9
equal [1] 50/4
equaled [1] 25/9
equity [3] 48/24 49/2 180/14
equivalent [1] 103/10
errors [1] 177/16
especially [5] 18/20 133/16 149/15 209/21
214/16
ESQ [1] 1/19
essentially [1] 19/8
establish [2] 63/2 119/8
established [2] 49/17 89/7
establishing [1] 63/14
establishment [1] 124/3
establishments [1] 32/25
estate [2] 116/9 133/1
et [7] 45/17 104/14 116/9 188/8 192/24
192/24 196/22
et cetera [7] 45/17 104/14 116/9 188/8
192/24 192/24 196/22
Europe [5] 31/9 31/9 31/11 31/13 101/11
Euros [7] 80/15 91/3 91/5 91/7 91/24 91/25
94/23
even [27] 2/20 11/7 11/24 14/5 15/9 16/21
33/8 41/5 42/7 43/1 52/2 63/8 79/5 87/24
126/4 135/18 146/9 152/16 161/11 185/12
185/15 187/1 187/2 223/9 223/23 224/16
224/20
evening [4] 5/8 216/17 219/1 225/19
event [1] 72/3
events [5] 29/10 84/15 118/24 138/1 139/14
eventually [12] 31/14 50/10 123/21 124/9
126/14 135/17 137/16 138/13 152/19 161/4
191/23 206/1
ever [31] 59/15 71/22 78/25 86/24 89/18
90/18 95/7 103/19 104/7 105/7 115/15
118/25 124/19 130/12 138/24 138/24 141/16
144/15 148/12 148/18 149/12 150/16 152/25
156/20 165/2 170/2 195/25 196/11 196/16
196/17 196/21
every [30] 25/7 29/20 35/25 37/3 37/11 37/11
38/5 39/11 39/14 39/21 40/12 41/23 51/11
51/16 74/7 75/25 75/25 76/17 121/19 125/23
131/4 131/7 131/8 131/8 134/14 140/17
154/4 185/12 188/25 199/22
everybody [4] 6/16 33/22 87/22 225/3
everybody's [1] 20/6
everyone [7] 5/4 52/22 53/7 94/7 146/25
147/7 218/15
everything [29] 11/14 36/24 57/18 59/23
78/22 82/20 87/20 87/22 87/25 92/13 92/20
98/5 107/14 125/11 127/1 130/9 130/24

236

**E**

everything... [12]  131/20 133/23 135/13
 137/22 138/2 149/25 150/12 191/4 199/19
 204/22 211/16 211/22
everything's [2]  188/20 199/8
evidence [88]
evil [7]  15/6 21/12 78/5 78/8 78/17 82/21
 89/12
ex [1]  21/12
ex-boyfriend [1]  21/12
exact [3]  138/18 145/4 224/18
exactly [6]  15/25 18/17 18/21 57/10 177/1
 186/24
exaggerating [1]  47/13
examination [9]  53/23 105/17 105/18 107/20
 112/14 120/9 176/6 213/22 215/25
examine [3]  32/4 176/4 221/2
examining [1]  32/10
example [4]  11/17 16/5 148/14 166/20
except [1]  130/20
excess [1]  98/12
exclusion [1]  52/6
exculpatory [6]  212/1 219/25 224/16 224/20
 225/4 225/10
excuse [2]  51/9 175/10
excused [4]  118/14 118/16 119/17 216/9
executed [1]  24/14
exhibit [44]  67/19 67/19 67/22 68/6 68/10
 69/4 69/17 69/20 100/8 100/15 100/18
 102/24 105/24 106/2 106/4 159/15 159/22
 162/12 163/8 167/17 169/1 169/19 169/19
 172/25 173/24 175/9 192/18 192/18 194/15
 194/18 197/9 197/21 198/1 198/8 198/11
 198/15 202/4 202/5 202/8 202/12 206/15
 207/20 208/1 214/3
exhibit 1 [1]  198/11
exhibit 101 [4]  100/8 100/15 102/24 106/2
exhibit 112 [3]  162/12 173/24 214/3
exhibit 2 [1]  194/18
exhibit 30 [2]  69/4 69/17
exhibit 32-1 [1]  67/19
exhibit 4 [1]  202/5
exhibit 530 [2]  159/15 192/18
exhibits [4]  29/11 205/9 227/3 227/9
exist [3]  31/24 221/6 221/7
existed [3]  35/19 131/16 157/7
existence [1]  62/6
existing [1]  83/12
exists [3]  31/24 33/3 223/17
exits [4]  52/17 92/23 146/19 216/15
exorcism [1]  33/13
expect [2]  39/5 66/23
expected [3]  194/8 194/11 201/3
expecting [5]  11/5 51/16 86/21 213/25 214/1
expenses [2]  136/18 199/17
expensive [4]  23/19 24/17 49/5 49/5
expert [1]  192/17
expired [1]  3/18
expires [1]  41/6
explain [13]  14/5 14/6 15/7 15/18 30/23
 32/12 103/24 105/25 121/12 149/4 170/10
 179/18 214/22
explained [1]  27/22
explaining [2]  28/4 106/8
express [16]  136/2 138/24 139/2 152/7
 154/19 154/25 155/5 155/16 167/21 168/6
 169/17 169/22 169/22 170/2 183/4 208/17
expressed [3]  141/3 143/12 204/3
expresses [1]  14/18

**F**

facials [1]  55/6
fact [21]  2/11 7/25 13/11 13/19 66/6 71/18
 72/6 77/19 87/16 109/10 109/13 112/1
 135/19 161/7 172/10 184/8 192/1 193/10
 196/12 217/16 219/22
factor [3]  9/19 13/16 127/22
factors [1]  35/15
facts [2]  30/9 187/5
failed [3]  28/7 52/5 220/18
fair [2]  71/24 188/23
fairly [1]  179/2
faith [1]  130/20
false [13]  7/20 7/22 27/9 28/6 28/25 29/2
 29/4 29/5 29/7 29/16 29/17 29/19 34/8
familiar [1]  11/4 111/9 124/25
families [3]  46/17 46/19 51/24
family [49]  2/12 6/11 6/11 6/13 6/21 7/11 9/9
 9/17 13/20 13/25 14/24 18/4 19/6 19/18
 19/24 20/13 23/22 23/23 24/5 27/3 28/21
 31/14 31/20 34/16 34/16 34/17 35/21 38/1
 45/3 46/1 46/21 56/23 72/8 88/9 104/17
 124/17 124/18 132/18 135/16 138/3 142/7
 143/8 150/14 161/22 178/13 179/2 179/3
 179/6 193/21
family's [1]  142/7
fanciest [1]  23/25
fancy [2]  23/25 23/25
FAO [1]  36/15
far [9]  5/10 25/10 75/4 78/25 80/18 113/13
 123/9 211/18 223/15
fashion [2]  27/13 46/25
fashioned [1]  30/7
fast [1]  23/17
father [13]  13/22 15/11 84/17 84/18 84/21
 85/13 122/20 131/17 135/2 135/7 136/9
father's [4]  86/13 132/11 179/13 179/15
favorite [1]  36/15
feasible [1]  78/24
February [7]  84/16 84/18 88/24 170/5 170/7
 182/7 201/14
February 9 [1]  170/7
Federal [1]  1/21
fee [19]  7/17 8/24 11/7 16/18 16/24 65/23
 65/24 67/4 72/23 73/9 73/10 73/10 73/13
 73/13 73/19 127/9 139/8 166/8 166/11
feed [1]  25/24
feeding [1]  171/9
feel [13]  12/10 57/25 72/12 82/1 90/7 90/9
 135/19 148/5 191/9 192/16 196/25 199/11
 222/14
feels [1]  205/12
fell [2]  40/5 57/15
fellow [1]  49/8
felt [14]  20/1 31/19 57/19 58/4 58/8 58/8
 58/16 58/17 65/8 83/7 162/2 180/10 186/4
 187/21
female [3]  8/3 9/7 99/4
females [2]  9/2 72/8
Ferguson [1]  1/20
Ferraris [1]  24/7
fertilization [1]  40/13

few [23]  14/11 17/9 24/21 36/10 49/1 52/10
 67/5 70/18 75/13 75/23 82/9 86/20 86/20
 97/12 100/23 101/1 128/24 132/24 132/22 163/3
 164/13 213/15 216/21 216/23
Fifth [2]  39/25 181/19
fight [1]  82/21
fights [2]  50/8 57/22
figure [4]  72/21 92/11 92/12 163/12
figured [2]  39/4 166/4
file [5]  29/19 37/3 156/16 161/2 218/25
filed [3]  3/3 95/2 218/22
filing [2]  28/6 156/8
fill [2]  13/3 25/5
filled [1]  98/17
final [1]  98/5
finally [3]  80/4 182/20 190/1
finances [2]  133/14 138/2
financial [19]  28/3 48/16 49/22 55/20 99/22
 101/14 110/23 111/7 111/9 111/16 126/18
 133/12 137/25 160/21 184/2 184/3 184/5
 196/14 200/17
financially [3]  109/11 128/14 201/6
finding [6]  95/19 220/14 220/16 220/17
 220/22 220/23
fine [7]  2/25 87/11 92/13 119/11 176/15
 206/18 212/24
finish [10]  57/2 60/14 85/25 89/22 115/23
 115/24 207/4 207/6 207/11 214/19
finished [7]  93/14 94/4 114/19 114/20 115/25
 137/23 201/9
fire [2]  82/21 82/21
firm [2]  120/20 120/21
first [48]  5/22 11/1 30/12 35/17 35/19 36/9
 42/11 52/13 53/9 54/12 56/5 57/7 61/20
 65/24 66/16 69/25 75/9 75/23 77/5 98/10
 101/10 105/9 113/16 113/16 113/23 120/2
 120/5 132/13 141/25 142/23 144/13 144/14
 153/2 153/8 161/6 161/24 170/22 171/23
 171/24 171/25 185/25 198/3 199/1 199/4
 202/14 211/14 219/20 221/3
five [6]  57/14 58/2 137/14 152/9 179/5 207/7
fixed [1]  80/8
FL [2]  1/18 1/22
flesh [1]  59/25
flier [4]  122/13 122/17 122/23 122/24
floor [3]  1/18 8/16 36/9
FLORIDA [25]  1/1 1/7 1/24 6/8 19/1 21/4
 37/2 40/20 44/7 45/20 46/6 48/21 48/22
 48/25 112/9 135/4 152/23 160/4 168/20
 175/5 182/12 191/11 191/12 191/16 203/13
flow [1]  25/21
flowery [1]  68/20
fluted [1]  192/23
flying [1]  25/18
fold [1]  175/18
folder [2]  134/13 134/14
folks [3]  36/2 52/5 85/20
follow [1]  30/3
following [12]  5/2 52/21 53/5 61/13 76/20
 93/17 94/5 118/21 146/24 147/5 204/14
 211/1
force [1]  220/12
foreclosed [1]  34/2
foregoing [1]  227/17
foreigners [1]  21/3
forever [4]  15/16 86/24 130/5 196/2
forget [1]  122/23
forgive [1]  183/22
forgot [1]  147/24
forgotten [1]  178/10

**F**

forks [2] 157/1 193/5
form [4] 52/14 92/19 146/16 216/12
formed [1] 176/25
forms [1] 25/6
Fort [15] 1/18 8/12 23/21 24/2 24/16 25/1 41/10 42/4 49/9 50/10 152/23 160/4 168/20 175/5 209/15
forth [4] 46/20 50/8 51/25 173/15
forties [1] 65/3
Fortunately [1] 48/19
fortune [20] 6/6 7/12 7/16 7/21 8/11 10/24 11/3 14/17 18/12 23/6 32/22 32/22 32/24 32/25 34/18 35/2 46/16 59/15 150/18 188/8
fortune-telling [6] 6/6 7/12 8/11 10/24 23/6 32/25
forward [2] 81/6 90/25
forwarded [3] 97/25 163/13 169/12
forwarding [1] 185/11
found [4] 24/16 161/10 183/19 184/24
four [13] 24/8 30/16 51/23 113/11 123/10 126/25 137/14 157/1 165/15 185/19 185/20 192/21 215/10
four miles [1] 123/10
four-month [1] 185/20
fourth [4] 38/5 43/4 185/22 203/9
fragile [1] 10/10
Franconia [2] 123/5 123/8
Franklin [4] 1/23 227/16 227/22 227/23
fraud [23] 26/23 27/6 27/7 27/7 27/9 27/11 27/12 27/15 27/18 27/18 27/19 27/19 28/1 28/4 29/18 34/7 41/25 42/6 42/8 49/16 161/23 202/20 208/11
fraudster [1] 44/19
fraudulent [1] 110/17
Fred [1] 1/19
free [1] 137/6
frequent [1] 24/25
frequently [5] 6/14 9/12 113/9 125/22 190/15
friend [26] 18/4 19/21 34/12 47/11 71/15 87/18 128/22 132/7 141/14 141/22 141/25 142/13 148/6 149/16 150/2 150/25 151/1 155/8 155/18 156/8 159/6 169/5 169/24 170/19 171/18 214/6
friendly [1] 87/21
friends [8] 19/23 71/15 87/23 88/6 88/8 143/7 176/16 191/13
friendship [1] 113/7
frightened [2] 14/21 50/16
front [8] 69/8 69/8 69/25 70/2 160/13 194/21 211/12 219/19
full [3] 38/18 38/21 125/16
full-blown [1] 125/16
full-time [2] 38/18 38/21
fully [1] 221/2
fund [5] 110/23 111/5 111/6 111/6 172/14
funds [5] 110/15 128/8 132/1 167/8 168/11
furnish [1] 205/16
furnished [7] 23/22 91/18 151/5 162/19 203/18 204/1 205/10
further [10] 32/12 71/21 78/9 93/8 118/9 121/12 125/24 202/22 213/16 215/21
furtherance [2] 62/7 63/1
fuss [1] 221/6
future [4] 90/7 196/6 214/22 215/4

**G**

gamble [3] 49/3 80/24 81/7

gambled [2] 25/3 25/11
gambling [6] 24/24 25/25 48/12 48/18 49/4 49/22
gardener [1] 104/14
garnishing [1] 155/16
Gary [2] 44/6 44/6
gas [1] 199/18
gather [1] 99/21
gave [38] 2/15 2/16 2/18 33/19 33/19 33/20 38/3 40/14 40/24 41/1 44/13 44/17 50/18 50/19 61/5 61/22 73/7 99/18 128/22 132/8 133/20 137/19 141/7 141/15 143/24 155/19 156/19 159/6 166/10 177/24 178/19 180/12 180/21 198/10 200/13 200/21 201/3 201/7
general [2] 219/5 223/4
generally [1] 106/17
generated [2] 88/15 217/9
generation [4] 126/3 126/3 131/17 131/18
gentleman [3] 49/10 113/6 113/8
gentlemen [10] 5/5 19/13 35/11 52/12 53/8 92/18 94/8 146/15 147/8 216/10
German [1] 200/9
gestae [1] 61/17
gets [3] 13/20 33/22 33/22
getting [27] 18/17 40/3 43/16 43/23 58/15 77/16 95/18 111/16 129/1 131/25 134/12 134/24 138/25 139/1 152/16 152/18 154/1 154/3 156/8 164/23 171/9 196/13 201/20 214/19 214/24 215/3 216/19
Gibraltar [3] 111/7 111/10 111/11
Gibraltar-based [1] 111/7
gift [14] 13/12 13/14 16/21 32/18 32/21 124/11 144/24 165/15 165/17 165/20 165/24 166/2 166/3 166/19
gifts [5] 14/15 28/18 144/22 144/23 166/2
Giglio [3] 204/15 205/12 220/4
Gilliam [1] 37/13
girl [3] 54/11 61/1 195/7
girlfriend [2] 44/8 44/9
give [68] 7/22 11/23 12/12 15/18 16/4 16/20 17/1 22/20 41/3 50/22 71/21 72/2 72/23 76/14 77/15 79/25 80/2 82/24 83/9 92/5 97/4 99/11 115/16 116/12 124/11 132/5 133/8 135/5 136/20 138/6 138/7 138/20 140/21 141/4 143/19 144/1 144/9 145/13 146/7 146/8 149/16 150/2 154/15 155/25 156/14 162/1 162/18 165/4 165/11 170/15 172/6 172/9 177/20 178/17 189/17 196/5 199/14 200/19 201/6 201/8 203/15 204/4 211/24 212/22 216/2 216/7 224/11 224/18
given [21] 73/25 88/8 97/14 98/9 104/18 118/23 135/15 150/4 157/16 158/17 160/24 169/7 171/23 178/1 178/2 211/16 211/21 212/7 212/8 215/19 218/6
gives [1] 64/14
giving [28] 7/19 11/24 15/15 16/9 17/12 19/14 21/18 22/10 22/20 79/22 81/20 86/16 116/16 116/20 116/21 130/4 134/10 135/18 145/17 147/18 148/6 150/14 150/17 156/7 166/3 166/4 172/6 209/21
glass [1] 176/8
gloriously [1] 130/10
God [10] 13/14 13/14 14/9 14/19 18/17 18/17 28/15 60/1 73/15 79/17
God's [1] 73/14
godly [1] 150/23
goes [9] 8/4 17/6 17/22 19/19 33/22 113/14 123/11 123/16 172/14
going [164]
gold [4] 21/22 21/24 22/1 22/1

gone [8] 55/11 59/15 71/12 84/8 125/23 155/5 200/8 200/9
good [27] 2/2 5/4 6/1 9/8 9/8 9/10 11/11 11/2 18/13 20/9 20/10 20/12 23/4 23/18 30/3 42/20 65/2 66/10 84/12 93/18 107/22 107/23 120/11 120/12 128/22 144/18 156/9
Google [1] 209/15
Googling [1] 98/20
got [53] 12/7 20/11 23/18 31/16 39/5 39/6 39/8 39/15 40/6 40/20 45/23 48/23 50/17 51/1 54/11 59/7 73/2 73/3 75/15 79/10 80/22 81/17 83/12 87/11 89/3 102/21 107/12 107/12 120/24 121/15 122/17 128/4 129/7 129/19 136/25 155/3 159/12 169/24 177/19 185/11 190/2 190/20 190/22 199/18 200/6 206/4 207/11 208/7 209/2 213/12 219/19 220/18
gotta [2] 20/23 128/10
gotten [4] 37/19 121/11 191/11 219/11
government [44] 1/4 1/16 3/3 30/10 30/20 32/21 35/4 35/6 35/14 35/20 36/20 41/19 42/1 42/9 43/2 45/4 46/3 46/13 47/25 49/15 50/25 51/8 51/22 53/15 61/10 62/5 62/17 62/25 108/3 108/5 116/8 118/25 119/23 162/20 188/10 188/12 193/13 194/15 197/4 197/10 198/10 205/22 206/14 220/12
Government's [30] 36/7 36/22 40/23 53/9 62/22 67/18 68/6 68/10 69/3 69/17 69/20 100/7 100/15 100/18 102/24 105/24 159/14 159/22 162/11 163/8 169/19 175/9 192/17 214/2 227/3 227/4 227/5 227/6 227/7 227/8
GPS [2] 30/7 30/7
grade [1] 31/18
gradually [1] 73/6
granddaughter [2] 7/9 11/11
grandfathered [1] 38/21
grandfathered-in [1] 38/21
grandmother [2] 132/12 132/14
grandmother's [1] 133/6
grandmothered [1] 38/22
grandmothered-in [1] 38/22
great [7] 5/9 5/13 54/1 71/14 71/15 79/15 111/4
Greaves [1] 102/23
greed [2] 6/2 15/12
greedy [2] 13/22 15/12
ground [1] 8/16
growing [1] 192/15
guarantee [3] 41/4 41/6 44/13
Gucci [2] 173/14 173/14
guess [23] 17/4 34/14 36/12 37/6 42/23 43/13 91/16 129/18 131/14 143/6 150/25 151/11 151/17 161/17 175/15 176/11 182/6 195/17 201/18 202/24 205/5 208/8 208/23
guessing [2] 65/2 141/21
guidance [2] 38/6 72/2
guide [2] 40/5 150/25
Guided [2] 70/6 70/9
guilty [5] 29/20 30/11 32/7 34/2 52/6
guy [1] 59/1
guys [1] 45/9
Gypsies [2] 31/6 31/14
Gypsy [4] 31/5 31/17 41/11 209/14

**H**

habit [1] 25/25
habitual [1] 24/25
hadn't [4] 3/17 65/12 82/8 84/20
hair [2] 58/12 65/1
half [6] 47/10 54/19 179/22 179/23 180/9

# H

half... [1] 180/13
halfway [1] 30/14
Halifax [1] 103/1
hand [5] 53/14 59/2 64/13 68/19 119/22
handed [3] 37/18 126/3 131/17
handing [1] 59/2
handling [1] 133/14
hands [1] 196/3
handwriting [2] 168/17 168/18
handwritten [1] 217/19
happen [13] 8/25 13/8 20/12 32/19 34/11
 43/18 75/7 98/4 133/23 140/5 143/2 184/21
 188/25
happened [15] 23/15 23/16 51/6 59/9 84/15
 84/15 136/17 137/15 138/15 148/15 164/21
 173/12 206/20 215/6 224/10
happening [7] 17/4 20/9 20/9 20/12 84/9
 87/14 166/15
happens [9] 15/5 16/19 17/21 20/8 20/10
 46/19 62/13 98/13 141/4
happy [14] 16/19 16/20 41/4 43/16 43/18
 50/25 57/18 65/12 124/10 125/18 130/10
 131/19 131/20 135/21
hard [7] 25/1 30/3 57/5 85/11 156/7 199/9
 200/10
harp [1] 46/22
hasn't [1] 225/10
hate [6] 19/7 35/17 117/22 117/25 118/1
 214/15
hated [2] 117/11 117/15
haven't [4] 33/24 40/25 81/17 212/8
having [30] 8/1 9/8 13/14 15/1 17/16 33/14
 44/12 57/22 64/15 64/23 72/4 79/9 82/13
 83/1 86/18 91/1 109/1 124/19 155/23 157/17
 161/24 178/10 184/1 184/2 184/3 184/4
 196/24 205/19 208/20 223/17
he's [7] 15/11 54/21 55/19 58/7 86/4 107/6
 211/21
head [2] 58/18 137/7
headed [2] 6/3 6/12
healing [1] 60/6
health [3] 9/16 86/19 222/14
hear [30] 5/22 10/9 29/10 31/22 31/25 32/15
 33/2 33/5 33/10 33/14 34/10 36/1 38/10
 41/16 41/17 43/9 46/23 47/10 47/24 48/10
 50/3 50/4 50/6 50/14 51/2 51/12 52/13 53/9
 64/18 120/14
heard [5] 5/6 17/5 29/8 11/10 152/25
hearing [3] 8/13 64/15 76/5
hearsay [5] 61/8 62/9 63/4 63/16 172/18
heart [1] 86/17
heavier [1] 125/15 125/15
heirloom [1] 196/1
held [6] 35/25 61/13 118/21 175/23 204/14
 211/1
helmet [1] 40/16
help [72] 7/14 9/18 9/18 10/2 13/15 13/15
 14/3 16/17 38/11 38/13 38/14 41/18 42/6
 57/20 71/17 72/1 72/2 72/17 77/2 77/3 84/22
 85/12 85/13 85/16 97/3 113/25 122/14 123/7
 124/3 124/13 124/18 125/8 125/14 125/15
 125/17 127/11 127/12 133/23 135/15 137/22
 139/10 140/2 140/3 140/6 149/6 150/24
 151/11 151/18 151/20 153/13 159/4 160/11
 166/6 170/25 178/13 178/17 178/21 178/23
 179/9 183/16 189/4 189/5 189/15 190/9
 190/12 190/25 190/25 196/14 200/15 209/8
 209/23 214/17

helped [9] 38/15 38/19 40/12 44/9 44/10
 73/15 77/5 127/21 178/13
helpful [1] 218/11
helping [12] 16/18 38/8 87/19 87/19 96/16
 132/23 136/11 139/11 139/12 152/2 189/7
 209/4
helps [3] 73/14 73/15 74/8
hence [1] 31/13
here [30] 6/14 14/3 16/17 30/22 35/15 37/14
 40/20 45/1 46/21 54/1 61/12 80/14 99/23
 112/8 112/22 113/23 160/14 173/8 203/15
 205/1 206/11 221/11 222/10 222/12 222/12
 222/13 222/15 222/18 222/19 222/19
here's [1] 171/25
hereby [1] 2/19
herself [9] 24/5 61/2 66/22 67/13 74/2 74/3
 96/7 124/12 172/15
hiding [2] 78/7 78/20
high [6] 23/19 24/4 25/25 26/2 49/2 214/15
high-end [1] 26/2
higher [6] 9/23 10/1 13/13 19/3 23/12 91/5
highlighted [2] 195/15 195/22
highlights [1] 10/24
Highway [1] 1/21
himself [3] 77/13 117/12 189/24
Hindu [1] 33/7
hip [2] 47/16 48/1
history [1] 118/23
hit [2] 11/20 209/20
hold [13] 15/20 29/1 42/13 88/23 94/25 95/1
 98/15 106/24 118/20 140/24 157/19 157/20
 175/20
holding [4] 23/8 73/7 73/11 80/22
holiday [1] 85/23
holidays [2] 144/22 144/23
holistic [3] 55/6 55/14 60/3
holy [1] 122/20
home [17] 12/25 23/19 23/20 23/22 38/1
 55/13 74/16 123/5 133/3 133/19 136/16
 152/8 181/18 181/18 204/9 209/20 216/5
honestly [2] 116/19 116/21
Honor [53] 4/24 5/24 53/11 61/7 61/25 62/13
 62/14 62/16 67/15 67/21 68/5 68/8 68/11
 69/18 74/20 93/22 94/10 100/4 105/19
 107/15 108/10 109/20 110/3 117/1 118/12
 147/10 159/16 159/19 162/8 162/24 163/1
 164/6 172/17 173/25 175/7 176/4 176/12
 183/7 187/22 197/1 197/25 198/13 200/24
 202/8 204/11 204/15 207/24 213/17 216/18
 223/2 223/12 224/4 224/22
HONORABLE [1] 1/12
hook [1] 17/9
hope [4] 51/7 195/24 196/20 203/15
hoped [1] 215/5
hopefully [2] 133/23 137/22
Hopkins [2] 224/5 224/15
hospital [1] 182/12
hospitalization's [1] 199/19
hotel [5] 12/25 13/2 36/11 36/13 70/21
hotels [1] 8/7
hour [4] 37/11 74/10 218/19 223/10
hour-deposition [1] 218/19
hours [5] 39/20 39/21 39/21 39/21 41/23
house [52] 19/16 19/17 24/15 26/4 26/5 34/1
 40/19 40/21 48/20 48/21 48/22 48/24 49/2
 76/2 76/4 84/9 84/10 85/14 85/20 88/16 96/1
 123/8 123/14 132/11 132/12 132/14 133/5
 133/9 134/7 136/20 136/21 137/4 137/6
 137/15 137/18 138/4 142/25 143/2 143/10
 156/24 179/13 179/15 179/20 179/21 180/2

180/5 180/10 180/13 180/14 180/19 189/19
 200/1
housekeeper [1] 25/19
houses [2] 39/23 40/21
how-to [1] 10/25
However [1] 7/18
huh [10] 62/23 63/5 87/2 88/17 94/16 111/25
 116/4 186/3 188/6 190/22
human [2] 130/1 130/6
humanitarian [1] 148/16
humanitarian-type [1] 148/16
humiliated [1] 19/25
hundred [6] 26/5 36/19 78/23 79/4 80/23
 177/23
hundreds [14] 21/19 24/3 24/3 24/10 24/16
 24/19 25/3 25/3 25/7 25/11 26/9 74/8 215/14
 215/18
hurting [1] 195/11
husband [59] 9/10 10/13 36/3 48/10 48/14
 48/17 55/18 56/21 57/12 57/22 71/10 71/20
 73/4 76/5 77/8 77/10 78/5 78/17 79/5 80/6
 82/11 82/12 83/3 84/6 88/21 89/5 90/4 90/16
 91/2 91/13 91/21 95/5 95/15 109/6 109/11
 109/14 110/10 110/17 110/22 111/20 112/3
 112/14 112/25 113/1 113/3 113/4 117/7
 117/10 117/11 117/16 117/23 118/4 119/5
 119/7 155/14 161/11 182/11 182/19 183/16
husband's [11] 54/12 54/13 56/19 58/5 77/3
 77/16 88/8 94/21 95/2 95/8 110/15

# I

I'd [11] 12/10 12/13 35/12 57/16 57/16 62/12
 109/22 162/11 202/4 204/17 211/15
I'll [37] 4/21 17/19 30/13 30/23 32/10 32/11
 32/11 38/22 38/23 41/3 41/5 42/13 42/13
 42/15 44/4 52/2 52/4 52/9 63/7 63/21 77/22
 81/12 87/9 115/21 141/4 191/21 192/4
 205/18 207/18 211/24 212/16 213/10 214/20
 214/22 223/13 223/17 223/21
I'm [129]
I've [27] 27/4 38/19 42/18 54/5 54/11 55/11
 104/4 108/9 110/12 110/20 111/10 120/21
 121/11 132/7 142/6 148/4 154/8 163/15
 173/11 194/17 194/18 204/17 208/24 209/20
 211/2 218/6 225/7
I-B-A-N [1] 106/12
i-e [1] 48/6
IBAN [3] 106/11 106/12 107/13
ID [1] 97/22
idea [8] 9/21 9/22 9/25 14/1 111/12 111/15
 128/18 156/9
identification [3] 107/1 159/14 193/3
identified [5] 24/20 61/24 67/13 68/12
 164/11
identify [4] 9/3 69/3 159/15 206/11
identity [1] 109/8
ill [3] 86/15 155/14 161/11
illegal [1] 7/16
imbalance [1] 190/7
Imelda [1] 49/6
immediate [1] 6/11
immediately [1] 89/11
importance [1] 193/9
important [4] 130/21 171/14 214/15 214/18
important's [1] 20/23
improper [2] 43/7 47/7
impropriety [1] 186/12
impurities [1] 21/11
inappropriate [2] 186/4 186/24
Inc [10] 36/25 45/7 45/7 45/8 45/9 45/14

**I**

Inc... [4]  45/15 46/12 98/1 174/14
incest [1]  76/16
include [1]  93/3
included [1]  43/5
including [1]  7/3
inconceivable [1]  212/17
inconclusive [1]  221/25
inconsistencies [1]  32/11
Incorporate [1]  103/15
incorrect [1]  119/1
increased [1]  49/1
increments [1]  165/22
inculpatory [1]  220/19
Indemnity [1]  56/5
independence [1]  90/7
independent [6]  81/18 82/1 82/4 90/7 90/9 133/12
India [2]  31/7 31/7
indicate [7]  66/2 74/13 108/11 151/17 165/2 168/9 171/20
indicated [8]  101/10 124/15 130/1 130/16 160/19 165/14 168/25 223/16
indicates [5]  101/19 168/14 169/4 174/6 174/15
indicating [3]  164/4 164/6 164/19
indications [1]  45/2
indicia [5]  35/17 45/1 47/17 47/24 51/21
indicted [4]  112/19 114/5 161/5 161/23
indictment [13]  26/16 29/21 43/3 43/4 114/13 116/3 185/21 185/22 185/23 185/25 201/19 203/14 209/7
individual [2]  27/6 50/24
individually [2]  46/15 51/12
individuals [2]  47/3 47/14
influences [1]  76/10
information [20]  11/14 11/23 11/24 71/8 71/21 99/11 99/18 107/10 171/10 203/19 203/19 214/24 216/19 219/21 219/25 220/3 220/4 220/19 220/19 221/19
informed [2]  202/21 202/25
informing [2]  202/19 203/3
infused [1]  25/17
inherit [3]  21/15 132/13 136/13
inherited [8]  128/21 132/10 132/11 132/11 132/17 133/3 137/5 179/20
initial [8]  11/2 11/9 12/3 13/10 36/21 126/7 144/12 217/11
initially [3]  16/4 77/1 88/19
initials [1]  186/2
innocent [1]  52/4
inquiring [1]  90/11
ins [2]  70/7 70/10
inside [1]  57/19
instance [8]  14/16 19/4 21/20 28/9 84/16 135/1 178/4 189/3
instances [10]  15/16 15/18 16/3 16/8 17/8 17/10 18/23 21/19 22/24 23/11
instead [2]  71/18 222/5
instruct [1]  26/19
instructed [26]  90/14 126/22 126/23 129/5 133/10 133/16 134/1 134/5 134/6 136/19 138/22 142/20 145/2 146/2 157/9 157/25 158/4 158/7 158/9 168/4 168/5 168/11 170/15 171/2 215/1 215/2
instructing [1]  224/5
instruction [1]  76/15
instructions [5]  61/22 76/20 77/15 129/1 133/8

instructs [1]  18/21
insulted [1]  192/16
insulting [1]  192/10
insurance [7]  55/20 94/20 95/8 112/9 112/14 117/6 117/19
insured [2]  94/21 94/22
intend [2]  29/3 116/12
intending [3]  33/25 34/1 34/6
intention [1]  116/15
intentional [1]  34/4
intentionally [9]  33/21 33/25 35/9 183/3 183/14 213/9 220/3 220/9 220/18
intentions [2]  116/20 116/21
Intercoastal [1]  23/21
interest [10]  25/25 49/2 49/19 49/21 49/23 58/10 103/23 104/2 113/2 113/5
interest-only [1]  49/19
interested [1]  8/20
interlinked [1]  48/1
Internal [1]  161/21
Internet [6]  98/20 98/21 98/22 101/25 114/3 161/12
interpretation [1]  64/14
interrupt [1]  222/6
interstate [4]  27/13 27/20 27/22 27/24
interview [3]  216/25 217/10 217/16
interviewed [2]  99/14 217/1
introduce [1]  6/15
introduced [3]  61/2 66/21 66/21
intuition [1]  114/19
invested [1]  112/14
investigated [3]  109/14 111/4 112/4
investigation [6]  113/1 211/4 211/4 211/8 211/9 211/14
investigator [4]  161/20 161/21 202/18 203/18
investigators [2]  115/11 224/7
investment [5]  97/2 97/3 110/15 110/18 135/3
investors [1]  111/5
involve [5]  55/5 56/11 60/3 65/19 118/19
involved [11]  6/6 8/3 16/24 21/6 60/6 65/21 78/6 183/5 183/16 191/4 202/21
involves [3]  15/12 18/20 74/4
ironic [1]  41/21
IRS [6]  25/6 42/2 50/11 50/17 202/18 208/7
Islands [2]  111/14 111/18
Isle [6]  83/13 83/17 111/13 111/17 111/20 111/22
isn't [5]  81/21 109/10 109/13 192/1 192/12
isolate [3]  18/1 18/7 18/8
Isolation [1]  17/25
issue [18]  2/22 3/2 3/8 3/8 3/14 3/23 11/15 12/2 82/12 155/22 195/6 213/7 213/8 216/20 218/14 222/8 222/16 223/18
issues [6]  3/21 9/16 124/16 139/10 139/23 139/24
it's [114]
Italy [1]  40/1
item [3]  66/8 67/4 88/7
items [10]  21/7 22/8 27/17 29/24 87/23 148/18 156/20 157/15 163/3 197/21
itself [2]  7/16 7/16

**J**

jacket [1]  68/20
jail [1]  116/3
Jake [1]  202/23
James [1]  62/18
Janet [1]  202/24

Janice [1]  6/24
January [2]  182/7 210/19
January 13th [1]  210/19
Japan [3]  3/4 148/15 221/16
jar [6]  13/2 13/4 13/6 13/9 14/13 14/16
Jay [1]  202/23
JC [1]  225/13
jealous [1]  71/15
Jersey [2]  54/21 70/22
Jesus [1]  124/2
jewelry [13]  6/5 21/8 21/14 21/22 22/9 24/12 24/17 24/19 24/20 24/22 27/17 49/6 116/9
Joanna [1]  175/11
Joanne [65]  141/14 141/23 141/23 141/25 141/25 142/5 142/18 142/20 142/24 143/5 143/9 143/14 143/17 143/19 143/24 144/13 144/15 144/18 145/3 145/11 145/12 145/15 145/21 145/25 146/5 146/5 146/7 146/9 147/13 150/13 155/8 155/18 156/8 156/14 156/25 158/17 159/6 162/1 167/11 169/4 169/5 169/7 169/10 169/25 170/10 170/14 170/17 170/19 171/18 172/4 172/10 172/20 175/14 175/16 175/18 175/22 175/25 177/19 177/24 178/5 178/13 194/13 208/20 214/6 214/15
Joanne's [3]  142/11 157/1 169/9
job [3]  20/10 20/13 51/11
jobs [2]  9/8 18/13
John [1]  51/2
Johnson [1]  6/24
joined [3]  48/1 80/6 80/8
joint [5]  77/2 77/7 83/15 111/21 111/23
jointly [1]  42/21
joking [1]  38/25
journalist [4]  98/24 98/25 99/1 99/4
Joyce [121]
Jude [24]  37/13 38/2 38/16 38/17 38/23 39/7 39/8 39/15 39/22 39/23 40/4 40/10 40/16 40/19 41/10 41/12 41/14 43/15 45/7 45/7 45/8 48/14 50/8 158/1
Judeo [1]  33/11
Judeo-Christian [1]  33/11
judge [19]  1/13 3/21 26/17 32/1 35/7 51/10 86/8 93/3 105/21 107/5 188/13 206/18 210/24 219/9 220/6 224/1 224/14 224/15 225/16
judge's [1]  176/11
judges [1]  93/10
July [3]  98/3 214/11 214/25
July 12th [2]  214/11 214/25
jump [2]  44/16 201/12
jumping [1]  67/14
June [3]  102/3 102/5 102/6
June 13th [1]  102/5
June 15th [1]  102/3
jurors [7]  2/5 4/23 5/1 52/25 53/2 93/24 207/12
jury [22]  1/11 5/2 31/2 32/1 36/2 52/17 53/4 53/5 92/23 94/5 116/11 146/19 147/1 147/5 164/15 193/1 198/22 199/2 199/15 200/4 211/13 216/15
just [173]
justify [1]  50/17

**K**

Kate [16]  7/4 61/2 61/14 61/19 61/21 61/22 62/3 63/10 64/10 64/20 64/24 66/17 66/20 66/22 66/23 113/17
Keechl [1]  1/20
keep [20]  15/21 23/9 48/4 51/15 57/16 57/20

**K**

keep... [14]  86/3 91/17 129/25 138/5 138/7 148/6 160/12 160/23 164/22 164/24 175/14 175/16 186/5 201/12
keeping [12]  23/8 29/1 48/3 134/8 134/9 134/11 134/18 149/13 160/20 165/3 165/12 189/18
keeps [1]  46/18
KENNETH [1]  1/12
kept [24]  36/21 36/22 48/11 49/1 66/14 83/25 98/16 138/10 147/20 160/19 162/7 170/11 180/23 181/1 181/1 182/3 188/18 188/22 191/18 191/23 191/23 194/12 208/20 208/20
key [1]  12/6
kids [6]  46/10 178/4 178/5 178/17 178/20 178/22
killed [1]  40/17
kind [21]  11/14 13/8 23/5 55/4 55/7 55/17 55/18 55/21 60/3 61/3 65/8 76/15 80/6 109/8 121/16 143/12 145/7 157/12 162/2 191/8 209/1
kinda [2]  142/6 149/23
kinds [2]  24/17 136/1
knew [22]  3/19 22/13 26/3 68/21 86/15 90/22 94/13 96/8 98/18 105/3 108/5 108/18 113/25 138/2 139/22 139/23 141/13 143/7 150/3 153/1 153/17 209/2
knives [1]  193/5
know [144]
knowing [4]  10/15 47/16 141/10 193/7
known [2]  104/16 208/24
knows [4]  212/2 212/2 225/3 225/7
Kopelowitz [1]  1/20
Kristin [2]  178/19 178/23
Kristin's [4]  195/25 196/21 196/24 199/10

**L**

label [2]  106/3 160/1
labeled [2]  102/25 168/8
labels [1]  163/2
Labor [1]  187/15
ladies [10]  5/5 19/12 35/11 52/12 53/8 92/18 94/8 146/15 147/8 216/10
ladle [1]  192/21
lady [14]  37/21 38/1 49/15 49/16 61/1 65/2 66/21 68/1 68/2 71/5 107/24 108/11 113/16 164/9
lake [1]  44/16
Lamborghini [1]  24/7
Lamborghinis [2]  24/1 24/6
large [26]  7/19 9/5 9/8 17/13 25/17 26/6 112/6 128/5 128/22 133/17 133/20 134/12 136/25 138/6 142/21 144/20 145/5 145/7 146/8 167/10 172/7 174/2 175/13 178/1 183/23 209/21
larger [6]  17/23 17/23 160/24 164/23 167/6 174/9
largest [1]  156/3
Larry [1]  99/5
last [27]  2/23 5/7 5/7 20/3 20/4 20/5 40/8 47/24 48/8 48/9 48/9 53/19 54/5 75/11 86/20 86/20 105/20 120/2 120/5 153/12 163/16 198/1 198/2 206/20 210/23 214/20 221/24
late [8]  36/19 41/8 45/19 65/3 75/10 181/22 184/11 216/11
later [11]  4/13 8/11 21/9 138/9 147/22 154/7 155/21 164/16 183/19 210/16 213/10
latter [2]  128/4 128/22
Lauderdale [15]  1/18 8/12 23/21 24/2 24/16
25/1 41/10 42/4 49/10 50/10 152/23 160/4 168/20 175/5 209/15
Lauderdale-Davie [1]  25/1
launder [2]  7/14 29/18
laundering [3]  26/24 28/2 28/5
Laurence [1]  1/16
law [17]  7/3 7/6 7/7 11/11 12/23 24/13 34/21 35/24 35/24 35/24 37/2 45/22 47/6 62/20 79/24 99/13 104/24
law's [1]  36/3
Lawrence [1]  203/12
laws [6]  35/22 45/12 45/15 70/6 70/9 170/23
lawsuits [1]  43/22
lawyer [3]  30/3 43/21 49/16
lawyers [5]  5/18 38/14 46/2 47/22 47/22
lay [2]  5/16 5/17
leading [1]  165/6
leaflet [2]  59/2 59/7
leaflets [1]  59/2
learn [11]  9/7 31/17 32/23 37/2 39/8 74/6 182/10 182/14 187/20 188/2 188/10
learned [9]  10/12 113/23 114/11 115/10 184/17 187/11 187/13 187/17 187/23
lease [4]  24/11 36/20 36/21 49/5
leasing [2]  24/1 24/4
least [10]  16/3 24/20 25/9 50/15 138/5 145/22 149/3 182/1 219/11 221/3
leave [14]  12/17 52/15 58/3 71/23 71/23 75/4 80/7 92/20 121/21 127/3 142/17 146/17 207/12 216/12
leaving [1]  155/15
lecturn [1]  53/1
led [1]  175/21
leery [1]  154/10
left [12]  6/22 31/6 31/7 68/2 85/13 98/16 157/17 163/20 167/25 182/11 183/19 183/24
legal [8]  22/17 26/18 28/10 32/23 118/18 176/20 203/11 223/14
legally [1]  179/24
legitimate [1]  50/2
legitimately [1]  15/24
lender [2]  26/1 26/3
Leslie [3]  53/15 53/20 226/6
less [3]  59/4 83/4 149/2
let [46]  13/22 26/14 26/19 28/14 30/25 34/12 40/15 42/18 44/3 56/14 57/2 67/12 67/18 69/2 81/7 89/8 105/23 106/25 108/10 109/7 109/19 114/15 115/4 115/22 122/9 133/11 136/8 154/17 155/10 159/13 159/13 162/16 164/13 167/17 169/1 174/9 179/18 185/1 196/6 197/9 198/17 201/12 202/14 206/6 207/16 224/11
let's [20]  5/1 25/16 53/4 75/23 92/18 93/24 128/24 146/14 146/15 147/1 161/6 177/10 178/3 179/13 181/4 183/21 194/6 199/1 203/8 207/11
letter [20]  106/8 194/23 194/25 198/20 199/5 200/3 200/18 200/23 203/12 203/23 204/1 204/5 204/8 204/15 205/11 205/12 206/10 206/16 210/5 222/3
letters [1]  197/7
letting [2]  81/17 81/19
level [1]  203/14
license [1]  32/24
licenses [1]  32/24
lie [8]  19/2 19/14 19/23 19/23 29/16 29/19 135/10 136/5
lied [2]  6/4 7/18
lies [1]  62/10
life [65]  13/20 15/11 20/7 34/20 34/22 34/25
35/2 37/12 55/10 55/19 55/20 56/8 59/23 71/12 71/20 72/4 78/5 78/7 78/17 80/24 80/24 80/25 81/7 87/25 90/25 94/15 94/20 96/5 96/7 112/9 112/14 117/6 117/19 120/17 121/3 121/20 124/8 124/9 125/14 125/18 126/5 127/12 130/9 130/22 130/23 131/19 131/20 131/22 135/16 138/1 138/3 139/14 139/16 139/19 188/25 191/4 192/1 195/5 195/6 195/10 196/2 196/19 200/5 200/16 200/20
lifestyle [2]  23/19 23/19
lift [5]  14/3 14/11 14/24 15/3 21/11
lifting [1]  74/4
liked [2]  18/6 43/17
limit [1]  92/7
limited [4]  110/23 111/7 111/9 111/17
line [14]  13/9 13/20 31/20 31/20 129/19 166/20 166/25 171/21 174/4 192/13 213/20 215/23 219/3 219/3
lines [5]  12/21 16/7 64/13 64/14 219/6
lineup [1]  218/6
liquor [2]  189/21 189/21
list [1]  186/2
listed [2]  186/8 186/20
listen [9]  30/9 30/18 35/12 35/14 36/1 36/5 40/16 48/3 51/19
listened [1]  36/2
listening [1]  52/9
literally [1]  64/13
little [34]  10/19 14/14 20/3 31/22 32/12 37/24 39/18 41/6 41/7 41/21 50/16 55/13 58/8 60/5 61/4 65/18 76/25 85/14 85/23 86/16 101/1 103/5 124/6 134/13 134/14 154/6 161/2 174/9 178/23 178/24 184/11 194/20 198/25 222/3
live [10]  7/12 40/6 44/8 44/9 49/3 54/3 54/4 52/10 84/11 196/2
live-in [2]  44/8 44/9
lived [12]  13/21 22/3 37/22 39/23 40/1 40/1 85/14 85/20 86/11 120/17 123/9 133/6
lives [12]  13/21 20/6 20/8 28/16 33/4 33/10 38/9 38/13 38/16 124/18 125/15 157/8
living [16]  9/10 37/24 54/5 54/22 84/18 84/24 90/2 90/5 117/12 121/7 122/15 122/16 175/4 177/7 177/7 191/13
loan [23]  23/2 49/20 50/2 129/2 129/6 129/9 129/12 129/13 132/2 136/23 136/25 137/1 137/3 137/17 179/14 179/21 180/2 180/6 180/14 180/14 180/15 180/17 180/19
loaned [1]  26/4
loans [3]  26/6 128/21 128/25
located [2]  175/2 175/5
location [7]  36/13 45/21 45/22 46/1 46/4 46/17 69/2
locations [1]  51/24
London [1]  39/24
long [30]  16/1 52/2 54/17 57/8 65/1 66/16 74/9 75/12 76/13 82/8 92/5 112/13 121/6 123/16 130/12 156/10 156/10 157/19 157/21 161/16 177/6 178/11 190/12 190/21 192/22 192/22 201/13 203/2 222/21 225/16
long-winded [1]  52/2
longer [4]  2/23 75/19 201/20 205/3
longterm [1]  48/11
longtime [1]  142/13
looked [7]  59/9 59/11 59/13 64/24 110/17 161/11 162/21
looking [10]  9/18 11/12 18/25 18/25 59/13 65/17 90/16 110/16 151/23 171/17
looks [16]  34/23 65/4 102/3 102/12 164/20

# L

looks... [11]  165/14 166/19 166/21 167/6
  167/25 170/22 171/19 171/20 172/10 173/6
  196/6
lose [2]  20/13 148/7
losses [1]  25/9
lost [10]  25/10 48/10 48/13 48/14 49/7 58/11
  71/16 109/8 110/18 161/7
lot [48]  14/19 25/23 29/11 34/24 36/2 36/16
  39/22 39/22 39/23 40/21 40/22 45/21 46/14
  48/18 48/24 49/7 56/11 65/9 65/10 71/16
  71/16 82/19 110/14 110/18 110/19 116/8
  118/2 121/21 122/12 124/16 125/11 128/3
  132/8 138/10 139/17 154/8 159/8 159/10
  172/7 178/14 180/18 190/10 192/14 194/16
  196/2 196/23 201/6 203/19
lots [1]  91/3
loudly [2]  53/25 120/13
love [7]  34/16 40/5 121/15 121/17 122/14
  122/24 123/2
loved [2]  13/23 123/19
loves [1]  96/15
lower [2]  13/24 91/7
lunch [6]  2/7 92/17 92/19 92/24 144/20
  199/23
lunchtime [1]  161/25
lure [1]  59/3
luxury [1]  24/4

# M

ma'am [12]  53/13 53/22 60/13 89/21 92/24
  93/25 118/13 118/20 119/17 119/21 147/2
  216/9
machine [1]  68/23
Macy's [1]  41/6
Magazine [1]  195/7
magistrate [2]  211/23 224/4
maid [1]  45/17
mail [28]  1/25 26/23 27/6 27/6 27/11 27/12
  27/16 27/18 27/18 88/11 122/13 122/17
  167/21 168/6 170/17 170/19 171/10 171/17
  172/20 186/7 186/14 208/3 208/4 210/5
  214/5 214/6 214/25 217/2
mailbox [1]  127/3
mailed [4]  168/22 169/14 172/10 222/4
mailing [1]  168/14
mails [1]  27/17
main [2]  48/14 48/16
mainly [1]  56/9
maintain [3]  75/15 102/25 174/22
major [1]  33/11
majority [3]  9/6 129/7 134/15
makes [3]  42/15 51/13 51/20
making [24]  9/8 36/22 43/6 78/8 81/20
  121/19 126/20 129/22 133/12 133/23 135/20
  140/23 143/12 153/13 155/23 180/18 185/3
  185/11 202/22 203/1 203/4 204/6 217/19
  220/23
male [2]  71/13 71/14
man [10]  13/23 13/23 26/1 43/17 83/13 83/17
  111/13 111/17 111/20 111/22
manage [2]  80/23 85/16
managed [2]  96/4 124/6
managers [1]  38/14
Manhattan [5]  8/6 22/2 22/3 58/25 70/21
manicures [1]  55/6
manipulative [1]  58/8
Marbella [3]  54/23 54/24 54/25
March [2]  89/2 194/24

March 19th [1]  194/24
Marcos [1]  49/6
Marcus [7]  152/9 156/4 156/12 173/2 173/11
  208/4 210/8
marital [1]  9/15
mark [1]  197/11
marked [12]  67/18 100/7 106/25 107/1
  159/14 162/11 169/1 193/2 193/3 194/18
  197/10 198/11
markers [1]  23/5
MARKS [67]  1/6 2/7 2/8 2/15 6/4 6/11 6/12
  6/17 6/25 6/25 7/1 7/1 7/2 7/6 7/7 7/8 7/9
  7/10 8/1 23/20 24/25 30/10 30/13 30/15
  30/23 34/21 34/24 35/1 35/3 35/3 36/18 45/6
  45/20 46/23 52/23 61/24 67/13 68/12 93/19
  105/7 105/8 105/10 105/14 108/11 108/24
  109/2 112/23 113/19 115/5 117/5 117/16
  117/22 151/9 152/25 153/3 153/6 153/13
  153/17 153/18 160/3 160/8 164/6 166/25
  169/10 176/21 194/23 219/24
Marks' [1]  203/3
MARRA [2]  1/2 1/12
marriage [8]  48/11 54/12 57/14 59/5 65/12
  80/8 80/9 121/24
married [23]  7/2 7/5 7/6 9/9 11/17 11/18
  31/16 31/17 40/4 40/8 43/17 54/8 54/9 55/17
  55/18 121/2 121/25 131/22 142/5 190/20
  191/11 200/6 219/10
marry [1]  13/23
Maryland [2]  37/23 41/19
massage [2]  60/7 60/7
massive [1]  86/17
material [2]  204/16 219/25
math [1]  177/3
matriarch [2]  6/20 44/19
matter [3]  118/18 162/20 227/19
May 12th [1]  166/21
May 3rd [1]  101/23
maybe [37]  3/12 17/17 36/19 43/13 47/2
  50/22 53/3 65/13 65/20 66/18 74/10 81/4
  82/25 84/13 121/1 129/24 137/14 141/9
  141/21 146/8 146/13 149/23 151/19 163/19
  164/24 177/15 178/24 179/3 182/2 185/19
  191/13 194/20 201/18 205/4 206/24 209/22
  215/10
McGladrey [1]  120/21
McLean [1]  120/16
me [328]
mean [14]  41/6 81/25 86/23 93/8 106/21
  122/8 143/24 143/25 145/9 149/1 204/23
  221/5 224/19 224/23
meaning [2]  157/15 192/9
means [6]  27/1 27/7 27/12 46/3 46/7 82/20
meant [5]  72/21 79/20 127/20 127/25 193/9
media [2]  110/19 110/19
medical [3]  222/11 222/20 223/3
meditate [4]  12/11 12/14 12/18 76/18
meditating [1]  79/21
meditation [6]  13/17 14/9 65/19 67/3 67/11
  73/20
meditations [2]  71/10 76/19
meet [5]  45/24 52/5 71/3 123/14 125/6
meeting [4]  13/10 13/11 72/16 123/23
meetings [1]  211/6
member [2]  18/4 20/13
members [19]  21/2 6/3 6/10 6/12 8/3 9/17
  19/18 23/23 23/23 24/5 27/3 28/22 45/3 46/1
  46/20 56/23 104/17 143/8 161/23
memorandum [1]  209/23
memorial [1]  196/9

memories [1]  193/15
memory [1]  209/25
men [1]  7/12
men's [2]  173/14 173/14
mental [2]  190/3 190/6
mention [9]  30/13 44/3 44/4 74/2 148/14
  150/11 166/13 201/10 209/14
mentioned [30]  5/15 49/13 78/11 94/12
  95/10 102/21 112/8 114/6 117/5 122/18
  128/13 131/25 132/2 134/20 140/8 140/11
  141/22 151/25 152/24 168/7 169/16 173/2
  173/13 188/9 189/3 190/4 191/6 192/9
  192/10 197/5
mentioning [1]  161/7
Mercedes [1]  24/1
merchant [2]  13/22 15/12
Merit [1]  227/16
messages [3]  98/16 98/18 155/15
met [18]  43/12 70/12 108/8 108/9 112/23
  112/24 113/8 113/16 121/7 121/14 123/15
  123/24 141/25 176/16 176/25 181/16 195/1
  195/2
metal [1]  22/1
Mexico [1]  40/1
Michael [94]
Michaels [23]  6/19 7/4 37/1 45/7 46/11 66/22
  67/1 67/14 68/1 68/22 70/6 70/9 71/4 98/1
  98/22 100/13 101/18 101/20 101/25 102/10
  103/15 114/6 132/19
Michaels' [1]  114/8
microphone [7]  17/16 17/18 17/19 53/16
  64/17 120/1 120/13
mid [2]  43/13 45/19
middle [5]  11/16 20/22 31/9 98/14 167/5
middle-aged [1]  11/16
Midtown [1]  8/6
might [16]  4/11 12/13 12/20 46/2 47/13 62/2
  81/11 118/7 138/7 140/5 151/18 208/11
  212/18 222/1 222/5 222/21
miles [1]  123/10
Miller [7]  7/5 34/23 45/22 47/6 219/13
  219/20 219/24
Miller's [1]  219/14
million [10]  23/20 39/2 39/17 39/18 41/20
  51/15 94/2 109/14 110/24 204/23
millions [5]  6/5 21/20 33/6 39/9 39/10
mind [11]  10/10 34/14 66/23 67/1 78/12
  133/13 142/10 177/17 187/24 202/14 224/4
minister [1]  38/12
ministers [1]  33/13
minute [5]  52/12 132/9 146/21 181/5 218/17
minutes [8]  52/16 52/19 66/18 146/13 146/18
  207/7 213/14 213/15
mirror [1]  11/25
misled [1]  104/4
misread [1]  214/14
misreps [1]  205/8
missed [1]  67/21
missing [1]  224/6
misspoke [1]  106/5
misstate [1]  224/17
misstated [1]  42/18
Mistake [1]  45/9
mistakes [1]  177/16
mobile [2]  76/3 76/11
mom [10]  85/4 85/5 85/7 85/12 85/13 87/15
  97/24 102/21 193/16 193/19
mom's [3]  87/1 102/22 193/15
moment [10]  31/1 32/2 32/12 102/19 105/4
  105/5 117/1 179/13 204/10 205/16

## M

money [417]
monies [1] 195/2
Montassir [6] 37/13 39/2 39/8 40/10 158/1
168/7
month [10] 15/25 37/24 131/8 154/16 155/25
172/16 184/13 185/12 185/20 215/9
monthly [8] 129/18 152/16 154/11 154/14
154/15 181/11 184/11 203/11
months [13] 15/25 17/8 20/8 21/9 24/8 49/21
125/5 125/19 141/9 141/12 182/13 185/19
188/17
morning [9] 2/2 5/4 6/1 75/9 109/4 206/22
207/3 211/24 216/14
mortality [1] 199/11
mortgage [2] 137/18 180/14
mortgages [1] 49/12
mortgaging [1] 19/16
most [12] 8/12 16/7 28/11 31/5 50/7 66/14
75/17 75/25 120/17 165/21 192/13 223/11
mother [22] 6/20 21/15 21/16 35/22 60/2
84/22 86/22 87/13 88/7 95/21 95/23 96/3
96/7 96/14 96/25 97/6 113/10 142/3 142/4
142/16 156/22 157/1
mother's [7] 97/18 97/20 156/21 157/4
157/22 192/10 193/8
motion [2] 3/3 3/16
move [13] 4/12 29/24 53/3 53/17 81/6 90/25
92/13 96/17 119/25 159/20 197/22 198/9
218/17
moved [8] 21/5 45/19 46/5 163/18 177/9
191/11 191/12 197/14
moves [1] 53/17
moving [3] 13/9 197/13 218/17
Mr [8] 226/4 226/5 226/7 226/8 226/10
226/11 226/12 226/13
Mr. [60] 3/19 4/6 5/10 5/23 29/9 29/23 29/24
30/1 30/4 30/14 36/17 38/8 44/20 47/12
47/25 50/12 52/11 53/10 92/16 94/9 109/4
110/7 112/13 113/21 119/3 121/6 122/3
122/7 146/11 147/9 163/2 194/7 197/20
198/2 198/12 200/23 201/2 203/23 204/2
205/11 205/20 209/24 210/13 211/3 211/3
212/1 213/12 215/22 216/20 218/4 218/11
219/11 220/1 220/9 220/18 221/15 222/2
222/9 223/10 224/5
Mr. Bardfeld [4] 203/23 204/2 205/20 211/3
Mr. Brown [1] 213/12
Mr. Carroll [1] 5/10
Mr. Rose [3] 121/6 122/3 122/7
Mr. Schwartz [12] 29/9 30/1 52/11 110/7
119/3 198/2 205/11 215/22 216/20 218/4
220/1 222/9
Mr. Stack [5] 209/24 210/13 219/11 220/9
220/18
Mr. Stefin [32] 3/19 4/6 5/23 29/23 29/24
30/4 36/17 38/8 44/20 47/12 47/25 50/12
53/10 92/16 94/9 109/4 112/13 113/21
146/11 147/9 163/2 194/7 197/20 198/12
200/23 201/2 212/1 221/15 222/2
223/10 224/5
Mr. Stefin's [2] 30/14 218/11
Ms [1] 60/13
Ms. [28] 2/7 2/8 2/15 39/1 39/2 52/23 54/3
85/24 93/19 94/12 99/16 105/23 120/11
123/17 146/20 147/12 160/17 163/10 168/7
194/21 209/24 210/13 210/18 213/13 214/25
216/21 217/11 219/9
Ms. Abraham [4] 54/3 85/24 94/12 105/23

Ms. Barnes [1] 214/25
Ms. Beth [1] 99/16
Ms. Catta [1] 219/9
Ms. Deveraux [1] 39/1
Ms. Marks [5] 2/7 2/8 2/15 52/23 93/19
Ms. Michael [1] 123/17
Ms. Montassir [2] 39/2 168/7
Ms. Resk [1] 213/13
Ms. Watkins [2] 210/13 210/18
Ms. Watts [2] 209/24 216/21
Ms. Watts' [1] 217/11
Ms. Wolfe [6] 120/11 146/20 147/12 160/17
163/10 194/21
much [57] 16/15 20/13 22/14 29/22 32/8
32/14 38/24 44/5 48/18 49/23 50/19 58/12
65/4 74/2 75/19 83/7 91/10 91/21 96/15
98/10 102/9 103/8 121/14 121/17 124/4
126/20 127/1 129/9 129/25 133/16 135/6
138/2 143/7 145/20 146/6 146/7 146/11
147/15 149/15 156/2 158/12 164/25 165/10
171/19 171/20 173/17 173/20 179/17 180/25
181/1 191/4 200/20 201/5 205/3 207/8
216/14 218/8
multiple [3] 10/14 25/2 28/1
murdered [2] 71/18 71/19
must [1] 193/11
mustn't [1] 76/9
Mutual [3] 110/16 112/8 112/20
myself [10] 59/17 67/14 73/4 79/16 81/15
82/3 116/25 122/22 131/9 180/9

## N

name [77]
named [6] 41/17 42/4 47/18 105/14 158/1
201/19
names [7] 6/14 6/23 45/8 120/2 120/6 149/24
202/24
Nancy [31] 7/2 7/2 7/3 7/9 34/21 35/3 45/20
46/6 46/9 46/23 47/19 49/13 61/24 67/13
68/12 105/7 105/8 105/10 105/14 108/24
109/2 112/23 115/5 115/16 116/3 116/11
117/5 117/9 117/16 117/22 118/4
Nancy's [2] 47/18 48/4
native [1] 120/18
nature [3] 60/21 78/3 126/1
near [4] 172/5 174/23 214/21 215/4
nearby [1] 59/7
necessarily [4] 15/15 35/25 134/14 193/6
necessary [1] 223/20
necklaces [1] 24/18
need [71] 3/24 4/17 4/22 12/21 12/21 13/2
13/3 13/5 17/20 18/18 18/22 19/21 20/5
20/14 20/15 20/18 21/10 21/10 21/13 21/13
21/14 21/15 21/16 22/1 22/2 22/3 30/1 44/14
44/15 53/17 63/17 63/23 72/22 72/23 72/24
73/6 74/13 80/10 81/18 81/18 83/1 88/12
89/21 90/13 92/11 93/10 97/18 106/19
128/11 130/18 131/6 140/18 147/21 148/23
148/24 148/24 165/19 165/19 165/20 188/25
196/3 196/10 206/11 207/12 214/19 214/20
216/16 217/22 217/24 218/16 221/11
needed [42] 22/14 65/16 73/1 75/18 75/21
75/21 77/4 77/20 80/2 82/1 88/2 90/7 90/11
95/11 97/1 97/20 124/17 125/18 126/14 127/6
127/19 128/8 129/3 130/23 131/10 132/6
132/21 135/11 136/10 144/16 144/19 149/4
151/24 155/11 155/25 156/13 157/4 178/20
180/3 189/4 193/18 193/20
needing [4] 9/18 90/16 126/7 149/15
needs [3] 4/13 172/20 214/18

negative [5] 25/16 80/19 89/13 130/22
130/22
negativity [9] 14/1 14/19 15/4 33/10 47/2
65/10 65/10 65/16 65/21
negotiating [1] 39/4
neighborhood [1] 8/18
Neiman [7] 152/9 156/3 156/12 173/2 173/11
208/4 210/7
never [35] 14/5 17/5 17/6 17/21 20/5 35/18
40/8 46/19 48/9 49/24 58/14 77/13 78/11
108/8 108/9 110/12 110/20 114/15 135/21
137/23 142/5 153/17 155/15 159/12 166/13
173/8 173/10 173/11 173/17 173/20 187/11
196/10 200/18 204/17 224/6
new [28] 6/8 8/8 8/19 20/10 36/13 37/19
38/22 39/11 39/25 39/25 43/12 45/14 45/18
45/20 54/21 56/16 56/18 57/8 58/18 70/22
82/2 82/2 88/14 89/6 115/5 167/15 185/20
224/25
newspaper [5] 109/19 114/3 114/4 114/12
115/8
newspapers [1] 209/13
next [20] 12/19 13/16 39/14 52/10 66/5 66/6
66/19 66/20 80/20 119/19 119/20 160/4
166/25 195/17 199/13 199/21 199/24 207/7
210/12 211/11
next-day [1] 160/4
nice [6] 8/7 8/8 8/18 36/13 44/11 178/15
Nick [5] 48/13 182/11 195/6 195/7 195/20
nieces [1] 178/14
night [3] 2/23 20/23 206/20
nine [4] 76/16 76/17 78/14 114/5
nines [1] 72/22
ninth [5] 211/11 212/16 216/24 216/25 217/1
no [158]
Nobody [2] 14/5 205/24
Nods [1] 137/7
nominal [2] 8/24 11/7
non [2] 60/7 60/8
non-touching [2] 60/7 60/8
none [3] 35/23 36/12 215/20
Nordstrom [1] 165/19
Nordstrom's [1] 165/16
Norma [1] 102/23
normal [2] 90/3 144/24
Northern [1] 179/1
notations [1] 167/7
note [13] 49/18 49/18 49/19 206/19 208/12
217/19 217/19 217/20 217/23 217/25 218/1
221/24 224/21
notes [30] 30/19 48/4 48/4 52/15 146/17
211/5 211/7 211/13 212/5 212/7 212/8
212/10 212/19 212/21 212/22 212/22 213/10
216/12 217/10 217/25 219/16 220/9 220/18
221/3 221/5 223/16 224/6 224/6 224/13
224/17
nothing [13] 43/22 47/11 57/24 71/24 77/22
144/24 151/25 178/10 215/6 215/21 216/18
219/16 220/12
notice [3] 30/11 77/10 165/14
notices [1] 154/2
notify [1] 205/13
NOVA [1] 179/1
novels [1] 39/12
November [2] 86/16 227/20
nowadays [1] 33/22
number [48] 4/2 8/9 10/9 20/19 20/19 22/4
35/14 37/24 44/25 45/13 46/15 49/21 50/5
50/24 67/22 70/10 80/2 82/15 82/16 82/17
106/11 106/11 106/11 106/12 106/20 107/13

**N**

number... [22]  107/13 123/11 127/20 127/21 128/6 128/6 136/22 137/13 145/4 145/4 145/20 151/19 169/20 173/1 173/23 174/15 180/6 182/13 209/3 219/15 221/22 223/6
number 039 [1]  173/23
number 116 [1]  169/20
number 256 [1]  173/1
number 3s [1]  127/20
number 6 [1]  20/19
number 7 [1]  20/19
number 7s [1]  127/21
numbered [1]  207/22
numbers [18]  20/16 20/17 20/20 72/20 72/21 80/13 92/9 92/15 104/14 107/2 127/20 127/22 127/25 128/2 144/10 145/8 169/2 171/14
numbers 088 [1]  169/2
numerology [1]  20/18
numerous [2]  88/3 88/4

**O**

o'clock [3]  216/11 216/14 225/18
oath [2]  93/25 147/2
object [12]  4/1 61/7 62/4 62/13 62/14 65/18 65/18 65/22 81/8 88/7 172/17 221/1
objection [57]  4/16 4/17 62/3 62/5 62/15 63/8 63/19 63/20 63/22 63/22 63/23 68/7 68/8 68/9 68/14 69/18 69/19 74/21 74/25 100/16 100/17 107/4 107/17 109/20 109/24 114/24 116/17 134/2 154/20 159/18 159/21 163/4 163/7 165/6 183/7 187/5 187/22 188/13 197/1 197/24 198/7 198/12 198/14 200/24 202/7 202/11 207/23 207/25 214/7 219/3 219/4 219/6 221/8 221/17 223/9 223/16 223/21
objections [10]  63/16 218/22 218/25 219/1 219/2 219/5 219/6 220/24 223/5 223/7
obligation [5]  43/8 212/1 224/9 224/15 224/19
obligations [1]  213/13
obtained [5]  27/8 28/24 29/17 29/18 173/12
obviously [3]  4/21 67/2 72/14
occasion [2]  74/9 129/5
occasionally [1]  46/6
occasions [3]  142/19 142/21 148/20
occurred [1]  98/2
October [1]  195/6
odd [1]  208/24
off [21]  7/13 42/24 49/7 49/12 83/18 97/24 121/16 122/6 122/10 128/14 129/20 137/17 155/19 159/6 159/9 169/25 180/15 181/2 186/6 187/3 208/7
offense [1]  61/17
offenses [2]  26/17 26/20
offer [15]  22/19 35/4 35/14 35/20 35/20 61/4 65/14 68/6 69/16 100/14 107/15 159/19 162/25 202/4 207/18
offered [8]  11/6 58/21 61/16 62/8 62/11 62/21 63/7 65/17
offers [1]  30/21
office [17]  1/17 46/2 46/8 69/8 95/3 99/6 99/7 99/8 100/2 104/25 114/5 120/25 161/2 168/6 185/6 185/8 204/24
officer [1]  221/4
officers [1]  104/25
Official [1]  1/23
offset [1]  25/8
often [13]  17/23 45/10 45/23 75/24 87/6

125/19 127/17 130/25 131/2 139/1 190/6 199/7 199/8
oh [17]  14/19 20/13 47/17 60/12 66/13 74/15 77/21 77/21 96/8 101/21 105/10 105/20 153/9 188/9 208/23 209/11 215/20
okay [59]  4/20 5/9 5/13 6/16 19/3 19/3 23/14 39/6 39/14 54/2 57/4 63/25 64/18 68/13 91/8 92/3 93/6 94/1 100/9 100/10 105/18 116/1 119/13 120/23 121/14 126/13 129/21 136/5 140/13 154/25 162/17 167/19 172/23 176/16 178/3 179/11 181/10 182/1 182/17 183/3 183/10 183/21 186/23 187/1 187/17 194/3 194/6 195/17 195/22 199/4 199/8 203/8 209/17 210/12 210/16 211/19 212/23 218/1 224/2
old [8]  30/6 30/7 40/18 48/13 72/10 85/2 85/4 142/9
old-fashioned [1]  30/7
olden [1]  15/8
older [3]  142/2 142/3 142/8
once [117]  4/16 73/6 75/15 84/5 105/8 115/18 115/19 123/24 125/23 125/23 130/9 135/13 150/12 179/3 190/1 200/18 203/10
one [111]
ones [3]  155/1 179/19 223/6
ongoing [1]  78/3
online [2]  209/12 209/13
only [31]  2/11 3/2 3/9 3/13 20/24 21/6 22/9 22/9 28/9 28/11 41/9 43/3 44/21 49/19 75/13 76/14 85/13 85/16 97/4 105/8 105/13 110/12 113/11 115/21 130/15 156/11 164/23 177/19 213/15 218/14 222/16
open [10]  9/21 9/25 10/3 14/17 83/11 83/13 106/9 106/10 151/13 151/14
opened [10]  8/11 81/15 84/5 111/19 151/8 151/10 152/5 152/10 153/1 155/1
opening [3]  3/6 3/24 4/5 4/18 5/14 5/20 30/5 30/12 30/13 30/14 47/13 89/8 226/3
operated [2]  46/4 46/16 46/25
operating [2]  46/5 51/24
opinions [4]  52/14 92/20 146/16 216/12
opportunity [2]  29/9 114/22
opposed [2]  51/6 51/20
order [5]  2/1 15/5 119/7 148/9 218/8
organized [1]  89/5
originally [4]  36/12 54/4 133/6 167/10
Ostrow [1]  1/20
other's [1]  47/16
others [6]  27/2 51/2 56/23 156/12 172/22 181/25
otherwise [4]  63/3 64/1 97/14 213/3
our [12]  28/18 32/21 50/14 59/24 73/4 92/18 119/20 124/18 143/6 146/15 149/24 205/14
outline [1]  101/3
outset [1]  7/15
outside [1]  76/10
over [66]  12/7 12/11 12/18 13/5 17/13 17/13 17/13 17/14 17/14 19/17 25/11 40/11 40/22 41/20 42/3 44/10 47/12 47/21 48/23 48/25 49/14 50/8 57/1 61/12 63/22 66/24 67/1 71/22 77/12 79/13 79/15 81/4 84/22 85/15 86/20 87/8 118/3 124/7 128/16 130/7 130/7 132/6 133/3 134/16 136/11 141/6 141/10 150/15 152/19 157/16 159/8 160/25 161/4 162/1 166/10 170/11 178/11 178/14 181/20 188/22 201/9 201/11 204/22 212/5 222/10 225/11
overall [1]  156/2
overlooked [1]  183/17
overnight [1]  165/21

overnighted [1]  169/14
overrule [2]  63/7 223/21
Overruled [9]  61/9 75/1 114/25 116/18 154/21 165/7 183/8 187/23 214/9
owed [2]  46/10 180/18
own [38]  11/21 28/21 34/18 34/21 34/24 35/1 46/16 47/15 55/12 55/14 55/25 56/2 58/10 62/18 77/1 81/17 82/4 82/5 82/13 83/11 83/15 84/14 89/3 89/18 90/2 111/20 121/20 138/12 138/19 140/22 142/4 142/6 149/14 156/24 161/24 163/11 163/11 204/7
owned [4]  49/9 129/13 138/13 193/16
owns [1]  179/8

**P**

p.m [5]  93/16 93/16 146/23 146/23 225/19
PA [1]  77/3
pack [1]  156/25
package [1]  168/7
page [3]  166/18 167/5 200/13
page 4 [1]  200/13
Pages [1]  1/10
paid [29]  11/4 24/8 26/8 39/15 39/18 41/19 42/24 42/24 42/25 44/11 45/12 49/11 49/21 51/17 51/17 67/4 70/15 73/5 73/19 73/21 126/6 129/20 137/4 154/10 172/16 181/2 181/21 181/23 201/15
palm [13]  1/7 1/24 7/17 8/22 11/3 59/15 61/5 61/5 61/21 64/10 64/12 64/22 66/1
pan [1]  78/25
pancreatic [1]  10/13
paper [7]  44/18 44/22 129/11 134/15 192/19 193/11 225/5
paperwork [1]  50/1
paragraph [17]  170/22 171/3 171/19 171/21 195/13 195/17 196/15 199/1 199/4 199/13 199/21 199/24 202/14 202/15 203/8 203/9 206/21
paragraph 2 [1]  202/14
paralegal [4]  185/8 185/10 185/11 186/3
paraphrasing [1]  224/11
parent [1]  18/24
parents [3]  19/5 84/24 86/11
Park [2]  36/14 39/24
partially [1]  179/22
particular [16]  22/2 24/2 25/15 28/12 70/17 74/21 103/13 106/15 106/15 107/2 112/1 129/9 175/3 175/12 205/16 206/21
particularly [1]  209/25
parties [1]  148/19
parting [1]  16/11
partner [1]  121/3
Partners [3]  110/23 111/7 111/9
partners' [1]  111/17
pass [4]  14/25 72/9 132/20 132/23
passage [1]  21/17
passed [7]  31/19 99/25 132/15 132/16 134/23 136/6 136/14
past [12]  13/21 15/11 28/16 33/4 55/2 73/15 125/14 131/16 134/16 154/5 157/8 216/11
pattern [2]  10/18 220/21
pay [51]  8/21 22/21 26/7 33/23 34/3 37/6 42/10 42/19 42/22 42/22 44/1 45/15 45/16 46/11 49/7 49/12 49/18 49/23 49/24 51/14 65/24 80/9 114/22 125/1 136/18 136/24 137/17 151/20 155/11 155/19 155/25 156/15 159/6 159/9 159/10 169/25 179/22 179/23 180/3 180/3 180/9 180/13 180/15 180/15 182/4 184/14 186/6 187/3 188/16 194/11 196/13

**P**

payable [1] 175/17
paying [17] 41/14 43/7 46/20 51/15 51/25 78/18 125/3 129/16 152/8 183/15 184/1 184/10 184/11 186/5 186/19 186/22 195/2
payment [14] 91/25 101/25 142/25 143/1 143/10 155/6 155/24 166/13 184/6 184/8 184/10 184/12 184/15 210/8
payments [32] 24/11 36/23 43/3 43/6 43/8 45/10 45/11 129/18 153/20 153/21 154/5 154/12 154/14 154/15 155/24 180/19 181/12 184/11 184/21 185/14 185/18 186/10 186/22 188/17 201/20 201/3 203/4 203/5 203/11 204/7 215/8 215/15
pearls [1] 24/19
pedicures [1] 55/6
penalize [1] 205/23
penalized [1] 205/22
people [90]
people's [1] 20/8
percent [4] 36/19 78/23 79/4 177/23
perfect [1] 131/23
perfume [3] 66/9 66/10 70/12
perhaps [2] 163/3 210/2
period [17] 44/10 55/8 141/7 150/15 153/23 155/12 158/25 159/1 160/20 161/8 167/13 175/13 178/11 181/20 182/3 182/6 185/20
periodically [1] 125/6
periods [1] 170/23
permission [2] 2/18 225/8
permit [1] 63/3
permits [1] 62/21
person [45] 9/1 9/1 12/22 13/18 13/19 15/15 16/24 18/1 20/21 39/21 59/17 59/19 63/10 66/25 67/13 68/21 71/14 78/8 94/13 103/17 105/14 108/15 108/18 108/25 108/25 112/24 121/18 121/18 122/19 126/17 132/25 139/9 141/23 148/25 149/4 150/23 158/1 158/6 158/10 164/3 164/10 168/13 178/15 212/15 220/25
person's [2] 63/8 108/20
personal [28] 9/14 12/14 12/17 12/19 16/14 17/2 18/2 23/13 29/5 37/12 65/18 66/8 77/3 77/11 77/20 88/6 89/19 104/10 104/17 113/2 113/12 124/19 129/2 133/14 151/24 157/15 196/9 200/16
personally [1] 126/4
persuade [5] 12/5 14/14 50/13 113/22 114/10
persuaded [2] 209/17 209/19
pertaining [1] 99/22
pesadas [1] 80/13
Peter [1] 49/8
Philadelphia [1] 31/16
phone [15] 2/10 2/11 2/17 2/19 2/20 2/21 2/24 2/24 3/1 76/3 76/11 97/22 123/4 156/22 208/7
phones [2] 2/12 2/13
phonetic [1] 219/9
photo [1] 67/20
photograph [6] 67/12 67/25 68/12 69/25 70/2 88/5
photographs [10] 69/2 69/4 69/11 87/24 88/5 88/5 88/6 88/8 157/15 157/16
physically [1] 163/20
picking [1] 31/2
picture [5] 2/13 59/23 108/2 108/3 121/21
pictures [7] 125/6 195/25 196/8 196/22 196/24 197/4 199/11
piece [5] 18/21 19/22 134/14 192/19 225/4
pieces [5] 24/21 84/22 85/7 95/23 216/19
pin [1] 120/23
Piney [2] 136/16 200/1
place [24] 6/7 8/13 24/2 26/2 27/21 35/10 39/24 58/21 59/7 60/25 89/3 89/4 123/21 130/2 130/6 138/1 139/9 149/18 149/19 153/24 177/6 194/13 194/14 210/4
placed [3] 13/25 137/18 163/3
places [4] 6/8 8/12 39/23 39/25
plan [2] 155/24 189/16
planet [1] 28/18
planning [1] 145/17
plans [5] 184/6 184/8 184/10 184/12 184/15
plated [1] 192/14
play [6] 4/12 13/16 131/11 171/14 218/18 221/12
played [1] 198/4
Plaza [2] 36/11 36/13
please [33] 2/2 5/1 5/4 5/24 52/22 53/7 53/13 53/19 57/2 60/14 61/12 85/24 86/5 89/22 92/19 92/25 93/18 93/24 94/7 102/19 105/5 115/2 119/21 119/24 120/3 120/6 146/16 146/25 147/7 172/19 176/14 183/13 192/16
plenty [1] 139/4
plural [1] 6/19
plus [2] 137/19 167/3
pocketbook [1] 2/14
point [51] 18/24 26/25 44/12 47/18 47/19 49/22 58/12 61/9 62/16 62/24 63/6 63/8 74/19 79/5 89/6 91/14 94/19 95/14 98/9 107/7 117/13 121/12 124/12 125/16 125/17 126/6 130/8 132/10 133/11 133/13 139/17 141/7 142/17 145/25 147/17 151/5 155/2 157/21 159/2 159/9 170/9 176/10 182/6 205/6 205/15 207/10 212/17 214/22 220/15 220/24 223/13
points [1] 51/22
police [1] 104/25
policies [2] 112/9 112/15
policy [2] 117/6 117/20
poor [1] 13/23
pop [1] 26/5
portion [4] 136/25 137/20 138/17 219/4
portions [1] 219/2
position [1] 183/19
positions [1] 18/13
positive [5] 79/24 79/25 88/2 89/14 220/19
possession [5] 33/9 33/12 36/22 107/11 205/14
possibility [2] 191/12 214/17
possible [9] 62/4 144/1 163/7 167/8 172/11 183/3 183/14 214/23 223/24
possibly [3] 65/11 74/10 74/10
post [1] 168/6
potential [2] 9/4 211/7
pounds [9] 84/2 84/3 85/18 85/19 96/4 101/16 102/1 102/11 103/10
power [9] 16/18 60/8 79/13 79/15 82/19 222/10 222/17 223/19 223/24
powerful [1] 58/7
powers [2] 10/7 79/23
practice [1] 33/12
practiced [1] 33/6
practicing [1] 55/22
pray [1] 148/15
prayer [1] 15/20
prayers [1] 16/6
praying [2] 122/12 162/1
preceded [1] 117/9
precipitate [1] 140/4
precipitated [2] 139/15 139/20
predates [1] 31/4
predicate [1] 107/17
predict [2] 11/18 206/3
predicting [1] 12/2
prefer [1] 31/5
preliminary [2] 61/15 62/3
premise [1] 23/7
premiums [1] 199/18
prep [1] 93/9
prepare [2] 4/2 206/20
prepared [2] 164/17 217/20
prerogative [1] 176/11
present [4] 2/4 52/23 63/2 93/20
presented [3] 4/9 4/21 206/9
presenting [1] 62/17
presently [4] 55/1 55/12 120/19 121/2
preserve [1] 221/12
press [1] 180/5
pressing [2] 195/18 210/8
pretense [2] 29/2 29/4 29/6
pretenses [8] 7/20 7/22 27/9 28/25 29/7 29/17 29/17 34/8
pretty [9] 2/6 11/11 12/1 127/1 133/16 138/2 143/7 217/14 218/8
previous [6] 13/21 55/22 57/15 58/2 72/11 86/16
previously [2] 55/14 59/16
priest [1] 38/12
primarily [4] 37/23 43/15 45/21 46/7
primary [1] 46/12
principal [1] 49/25
prior [2] 121/24 152/25
private [6] 26/1 26/2 27/12 111/6 161/21 178/25
privilege [1] 24/8
probably [37] 18/5 47/10 50/4 52/2 87/9 95/1 95/2 121/11 123/10 123/13 124/5 124/8 124/11 124/16 125/22 130/17 132/5 132/16 134/11 134/19 141/20 158/5 162/2 166/4 180/24 181/2 181/15 181/20 192/14 200/21 205/1 207/3 210/11 210/12 210/20 221/15 223/10
problem [17] 9/14 9/15 9/16 11/15 11/20 12/10 35/11 48/12 119/14 123/6 155/21 183/20 189/11 190/3 190/7 202/25 222/3
problematic [1] 183/5
problems [31] 12/13 15/1 33/14 44/12 47/20 49/22 58/4 59/5 59/5 59/5 122/14 123/2 124/13 125/7 125/18 125/20 127/12 131/16 157/7 169/16 178/4 184/1 184/2 184/3 184/5 191/6 191/8 195/11 196/14 200/17 221/21
procedure [1] 205/13
proceed [2] 64/7 93/21
proceedings [13] 1/11 5/3 52/21 53/6 61/13 93/17 94/6 118/21 146/24 147/6 204/14 211/1 227/18
proceeds [8] 7/14 19/17 28/4 48/21 129/7 133/20 138/14 138/15
process [2] 10/21 18/10
produce [1] 218/1
produced [1] 223/24
progressed [1] 81/16
prohibited [1] 202/22
promise [2] 23/2 33/18
promised [3] 41/1 42/12 42/16
promising [7] 23/8 29/1 29/2 29/4 33/23 34/6 47/3
promotion [1] 20/10
pronounce [3] 35/18 45/2 219/8

**P**

proof [2]  32/2 204/5
properties [1]  132/10
property [37]  6/6 18/19 18/22 18/23 18/25
18/25 19/15 19/22 23/9 23/15 23/16 27/8
28/25 39/10 48/24 48/25 50/21 70/22 85/14
87/12 90/12 90/17 90/19 95/22 96/3 102/13
102/14 102/17 128/21 129/12 132/3 133/7
135/3 136/13 138/3 138/12 138/21
prosecution [2]  93/4 203/18
prosecutor [3]  42/9 108/14 186/15
prosecutor's [1]  104/25
prosecutors [3]  113/21 115/11 116/24
protect [3]  9/24 14/23 109/11
protested [1]  147/22
protesting [2]  147/20 175/16
prove [5]  28/19 32/6 35/5 35/15 62/5
proved [1]  30/10
provide [5]  220/13 223/22 224/3 224/10
224/16
provided [7]  40/22 41/23 43/13 100/1 105/24
160/6 223/17
proving [1]  52/6
pseudonym [2]  37/9 37/14
psychiatrists [1]  38/11
psychic [30]  8/16 9/13 10/1 10/6 10/7 12/24
18/15 18/16 28/18 28/18 31/20 31/23 32/20
33/1 41/18 43/25 58/21 59/3 60/10 60/20
70/6 70/9 74/5 79/23 87/7 122/14 122/25
123/1 150/18 209/16
psychologically [1]  18/11
psychologists [1]  38/11
publicity [1]  110/14
publish [1]  69/22
pull [4]  53/16 53/18 120/1 198/25
pulled [1]  194/17
purchase [4]  21/23 102/13 102/17 165/22
purchased [3]  23/21 95/22 96/1
purchaser [1]  169/4
purchases [5]  24/11 24/22 173/13 173/16
173/20
purchasing [3]  102/13 165/17 169/6
purely [1]  104/10
purest [1]  22/1
purpose [7]  63/14 104/10 126/8 127/8
167/18 171/16 194/17
purposes [4]  37/15 37/15 152/11 152/11
purse [1]  2/14
purses [1]  49/6
pushing [2]  88/20 88/22
put [36]  13/4 13/4 13/4 13/14 32/5 32/13 32/15
45/10 50/14 58/11 59/2 78/11 80/18 83/16
92/8 101/2 106/23 122/24 127/2 129/14
142/25 143/1 143/9 151/6 153/2 157/1
159/10 168/4 171/10 175/18 186/15 189/22
192/18 198/18 200/14 202/4 202/6
putting [3]  3/19 90/4 129/25

**Q**

question [24]  23/14 57/2 60/14 60/17 77/17
85/25 89/23 94/3 105/20 115/1 117/4 117/14
118/23 134/3 147/24 149/12 160/9 187/25
201/7 207/10 215/24 217/6 219/7 223/18
questioning [3]  194/7 215/23 219/8
questions [13]  32/10 118/9 143/4 143/15
165/24 195/18 201/2 213/16 213/21 213/24
216/8 221/20 223/8
quickly [4]  44/4 164/13 214/13 218/17
quite [19]  57/13 58/13 59/17 65/1 74/10 82/9

86/15 86/21 123/11 126/15 127/17 129/15
131/5 139/1 145/4 163/16 163/21 191/2
209/3
quote [3]  14/4 50/12 62/18
quote-unquote [1]  14/4

**R**

Rabbi [1]  38/12
raise [5]  22/16 53/13 82/12 119/21 199/18
raised [3]  54/6 216/21 219/7
raising [1]  122/3
ran [1]  145/25
rarely [1]  45/20
rate [2]  25/25 91/5
rates [1]  49/3
rather [4]  142/21 161/23 176/10 222/2
Raton [1]  1/22
reach [6]  74/18 99/1 145/25 182/8 182/16
183/18
reaching [1]  80/5
read [24]  5/6 11/3 11/12 39/12 44/18 59/15
70/5 70/8 98/21 112/1 114/3 115/14 116/3
154/8 160/1 166/21 167/19 174/2 174/3
174/10 198/5 206/21 209/23 214/13
reading [21]  8/21 8/22 11/9 11/9 12/3 38/2
38/3 44/22 59/10 61/3 61/5 61/6 61/21 64/10
64/12 66/1 122/11 122/18 124/23 177/8
205/11
readings [2]  7/17 7/17
reads [1]  64/13
ready [5]  5/14 52/25 53/9 93/21 110/7
real [9]  11/9 31/23 31/24 37/11 108/20
108/23 116/9 153/17 162/3
reality [1]  90/20
realize [1]  11/24
realized [3]  23/3 105/4 113/24
really [52]  12/1 14/5 14/22 16/23 23/14
28/23 33/15 33/17 43/17 47/8 51/6 51/22
55/19 58/17 58/20 58/20 77/13 86/21 86/22
109/8 117/10 126/16 128/5 128/13 129/4
129/15 131/6 134/11 135/5 135/12 135/22
136/5 144/20 148/23 150/24 153/17 156/7
156/12 160/23 164/22 165/11 177/22 179/17
179/19 183/18 192/12 193/14 196/3 196/6
208/23 213/20 220/12
realm [1]  131/15
Realtime [1]  227/17
reason [16]  19/10 34/3 52/8 77/11 82/19
109/5 112/2 119/8 121/11 135/10 186/19
205/19 222/11 223/2 223/3 223/3
reasonable [3]  30/11 32/7 52/7
reasons [9]  4/2 28/10 45/3 45/13 90/9 110/17
recall [11]  65/25 66/16 98/2 129/19 132/4
154/18 157/17 157/25 158/9 167/12 169/1
receipt [3]  103/4 157/13 167/25
receipts [1]  161/1
receive [2]  80/1 128/25
received [14]  61/1 61/2 95/14 122/13 122/23
136/15 161/5 168/10 173/8 173/10 173/11
185/5 202/18 203/2
receiving [1]  28/8
recent [2]  106/9 141/20
recently [1]  209/22
recess [9]  52/13 52/20 92/19 93/16 146/14
146/16 146/21 146/23 225/19
reckoning [1]  165/3
recognize [16]  67/13 67/20 67/25 68/2 69/4
69/7 69/10 100/8 100/11 107/25 108/2
109/22 163/24 163/25 164/3 198/20
recollection [8]  64/24 109/23 110/1 110/9

169/13 212/15 212/17 217/11
recommend [1]  195/6
reconstruct [1]  224/10
record [12]  2/3 52/23 93/19 107/3 108/10
113/16 134/9 164/5 165/3 221/1 221/17
227/18
recorded [1]  224/21
records [16]  88/12 91/17 99/22 99/24 129/8
134/18 138/10 160/19 160/20 160/24 161/3
162/7 163/11 164/21 164/23 165/12
recross [3]  215/23 215/25 226/13
Recross-examination [1]  215/25
recycled [2]  98/7 104/2
red [5]  14/18 47/2 134/13 134/14 161/2
redactions [1]  163/7
redecorated [1]  121/1
redirect [6]  118/11 118/12 118/17 213/19
213/22 226/12
reestablish [1]  161/9
refer [5]  47/22 99/3 124/19 193/4 197/9
reference [4]  3/11 3/13 110/13 205/11
referred [5]  48/8 50/12 61/23 99/4 206/10
referring [3]  108/15 164/7 171/13
refers [1]  106/15
reflect [2]  101/14 103/6
refresh [2]  110/9 209/24
refreshes [2]  109/22 110/1
refund [1]  132/5
refuse [2]  96/14 115/16
regard [1]  218/12
regarding [3]  191/1 193/19 219/17
regardless [1]  146/3
registered [2]  111/11 227/16
regression [1]  71/12
regret [1]  196/23
regular [2]  131/4 131/8
regularly [2]  42/25 179/3
Reiki [2]  60/5 60/7
reimburse [1]  45/16
reincarnation [2]  33/3 33/6
reincorporate [1]  37/5
reinstate [1]  37/6
reinstated [1]  203/5
related [2]  34/23 128/2
relates [1]  15/10
relating [1]  78/9
relation [1]  36/15
relationship [23]  9/16 49/17 57/11 78/3
86/25 87/16 113/4 119/4 119/5 119/7 119/10
121/9 122/2 122/6 122/7 123/17 147/18
150/21 150/22 161/16 161/17 176/25 189/5
relationships [1]  122/24
relative [1]  3/3
religion [1]  33/7
religions [6]  33/5 33/11 33/12 33/13 74/6
74/7
religious [4]  9/22 28/16 122/19 122/22
relocated [1]  40/20
remainder [1]  76/23
remember [56]  5/18 14/13 15/11 21/24 23/7
32/1 52/14 56/3 57/9 60/25 64/25 65/1 65/4
74/1 74/11 88/12 94/3 97/25 99/16 126/22
129/8 129/9 129/15 129/21 130/15 134/17
135/8 138/8 138/9 138/17 140/17 141/18
142/23 144/14 152/4 152/21 158/4 158/12
158/13 167/18 169/12 169/14 169/15 177/1
177/8 177/13 177/13 177/20 178/7 186/25
191/2 192/6 195/8 209/1 209/10 210/21
remitter [1]  169/9
remorse [1]  50/23

# R

remove [2] 97/18 172/19
removed [3] 197/16 197/18 197/21
removing [1] 163/2
renewed [1] 81/5
renewing [2] 36/21 79/23
renovation [1] 84/10
Renowned [1] 123/1
rent [3] 45/16 46/2 199/18
rented [5] 8/5 36/18 136/22 137/13 180/6
repay [2] 23/2 49/20
repeat [5] 60/17 74/20 89/23 115/1 183/12
repeated [2] 33/4 97/8
repeatedly [1] 213/9
repeating [1] 187/24
rephrase [3] 115/4 122/9 134/3
report [9] 28/7 28/8 37/3 114/4 211/14
216/25 217/10 219/7 224/21
reported [1] 25/5
reporter [6] 1/23 1/23 57/5 86/3 227/16
227/17
reports [8] 211/3 211/4 211/7 211/9 212/9
213/10 216/13 219/16
represent [2] 13/12 47/7
representation [4] 19/6 143/13 217/20
217/23
representations [8] 27/9 61/17 124/12
135/20 135/25 140/5 145/16 148/12
represented [1] 124/21
reputable [1] 59/13
request [3] 95/7 145/2 211/13
requested [1] 146/10
requesting [1] 203/10
requests [5] 128/1 139/15 140/14 140/16
161/14
required [6] 66/15 73/16 75/17 75/20 102/15
155/6
requires [2] 15/5 16/4
res [1] 61/16
research [1] 216/13
reservation [1] 145/12
residence [1] 86/11
Resk [1] 213/13
resolution [1] 218/16
resolve [10] 3/10 3/24 4/5 4/18 58/3 122/5
125/8 125/17 223/11 223/12
resolved [2] 3/3 124/17
respect [9] 9/16 10/18 10/21 20/6 101/14
149/12 155/20 160/20 162/7
respond [2] 73/1 148/1
response [6] 3/7 3/15 3/17 3/18 4/3 4/15
responsible [2] 18/13 133/1
rest [5] 24/22 37/25 96/5 96/6 223/12
result [3] 2/17 123/16 185/10
resulted [1] 86/18
results [1] 71/9
retire [2] 147/21 200/11
retired [2] 42/3 202/19
retirement [1] 172/14
retrieve [1] 12/19
return [20] 15/22 23/10 29/3 29/20 33/19
33/20 33/23 34/1 34/6 34/7 41/1 41/5 42/14
47/4 66/6 75/12 97/5 141/15 141/16 157/2
returned [5] 22/10 26/13 51/15 104/22
194/14
returning [2] 171/23 172/1
returns [3] 25/5 28/7 29/19
revelation [1] 13/18
Revenue [1] 161/21

review [1] 163/11
revise [1] 185/1
revoked [1] 2/19
reward [1] 139/11
Rickey [1] 24/6
Ricky [3] 6/25 7/2 7/9
ride [1] 40/15
ridiculous [1] 81/16
right [114]
right-hand [1] 68/19
ring [9] 11/17 11/19 12/15 21/10 21/12 22/22
76/2 124/25 187/18
rings [1] 24/18
rises [1] 108/1
risk [1] 62/18
ritual [3] 12/22 15/19 16/5
rituals [1] 76/21
River [2] 136/16 200/1
RMR [2] 1/23 227/23
road [9] 40/15 48/20 59/1 59/11 123/5 123/8
123/22 123/22 156/23
roadmap [1] 30/6
Rock [1] 25/1
Roger [6] 1/16 33/17 34/12 34/14 47/25
207/7
Roger's [2] 34/15 46/24
Rogers [4] 192/20 192/20 192/22 192/23
Rolexes [1] 24/18
roller [1] 139/16
rolls [1] 98/13
Roma [2] 31/6 43/11
romance [1] 39/12
Romani [2] 31/6 31/6
Romania [1] 31/9
room [1] 13/2
root [2] 15/6 82/21
ROSE [154]
Rose's [19] 31/14 37/9 37/21 38/6 41/16
41/17 41/22 43/11 43/19 43/24 44/4 44/24
46/12 48/6 48/7 50/3 50/6 51/1 185/6
Rosie [5] 7/1 7/6 35/1 45/23 48/7
Rosie's [1] 48/5
rough [8] 211/5 211/7 211/13 212/5 212/7
212/8 212/10 219/16
roughly [2] 39/15 42/2
Royal [1] 189/21
ruin [1] 156/10
rule [3] 64/2 93/3 188/7
run [4] 55/14 56/9 64/4 181/2
running [3] 47/15 55/12 159/11

# S

SA [2] 102/25 106/4
SA-008 [1] 102/25
SA002 [1] 100/25
SA023 [1] 105/24
SA123 [1] 106/3
sacrifice [7] 15/6 15/8 15/14 16/4 47/4 130/2
130/7
sacrificed [1] 23/11
sacrifices [4] 129/22 129/23 130/1 130/3
sacrificing [1] 130/4
sad [1] 196/25
sadness [2] 65/9 65/11
safe [11] 15/21 19/5 19/6 21/17 23/9 23/10
26/12 29/2 149/18 149/19 194/14
sake [1] 197/10
Saks [1] 181/19
sale [2] 88/16 138/15
sales [1] 132/3

same [26] 6/11 7/11 14/1 35/21 37/12 46/2
46/4 46/8 46/17 51/24 57/6 60/4 68/25 71/1
71/5 74/21 86/4 167/17 169/17 172/25 197/9
200/13 210/10 210/11 210/12 218/8
sanctions [1] 2/22
sat [2] 61/3 71/7
satisfied [2] 41/22 50/7
satisfy [1] 27/23
Saturday [1] 199/22
save [1] 124/6
saved [2] 132/7 200/6
saver [1] 160/5
savings [2] 140/24 141/2
saw [3] 98/22 163/17 163/25
say [104]
saying [25] 15/15 30/18 37/20 50/15 51/7
62/10 62/10 63/10 64/23 65/8 81/16 93/10
113/5 149/22 155/5 177/20 180/8 186/7
191/18 191/23 191/23 201/23 217/3 220/10
224/12
says [25] 30/6 32/22 35/4 38/17 38/23 43/20
46/3 50/18 88/1 102/12 102/12 129/11
166/21 166/25 168/16 174/11 192/19 193/2
193/2 200/23 202/17 211/21 212/2 222/24
223/22
scalpel [1] 104/13
scam [17] 6/6 9/4 10/24 10/25 16/9 22/14
23/6 41/11 44/19 105/4 112/20 113/24 114/1
114/11 114/12 115/15 209/14
scammed [1] 22/16
scheme [5] 24/14 27/2 27/8 27/15 27/19
school [4] 31/18 178/20 178/22 178/25
schools [1] 178/21
Schuster [1] 39/16
Schwartz [18] 1/19 29/9 30/1 36/15 52/11
110/7 119/3 198/2 205/11 215/22 216/20
218/4 220/1 222/9 226/5 226/8 226/11
226/13
scope [1] 214/7
scramble [1] 20/21
scrape [1] 128/14
screen [3] 68/16 170/18 198/18
search [1] 24/14
Sears [1] 165/15
seat [3] 52/15 92/20 146/17
seated [5] 2/2 5/5 52/22 53/8 93/18 94/8
119/24 146/25 147/8
second [21] 12/24 13/10 26/24 36/9 38/4
46/24 67/6 68/24 70/11 88/23 106/24 112/24
123/23 123/24 166/18 171/3 175/6 195/13
196/15 199/14 201/18
secret [4] 50/10 78/5 78/7 78/17
secrets [1] 151/1
secure [1] 26/12
seeing [2] 46/5 53/2
seem [5] 12/1 14/7 65/1 148/16 223/14
seemed [5] 87/13 133/24 137/23 140/4
171/14
seems [2] 11/19 17/6
seen [4] 110/12 110/20 164/2 204/17
sees [1] 205/11
seize [1] 50/21
seized [4] 43/2 116/8 187/2 188/11
Select [2] 110/23 111/6
selection [2] 32/1 36/2
sell [8] 18/21 18/23 85/16 85/16 133/10
136/21 138/21 193/24
selling [2] 19/16 39/11
Seminole [5] 24/15 25/1 152/23 160/3 168/19
send [47] 21/7 21/10 21/15 21/21 22/3 22/21

**S**

send... [41]  22/21 22/22 46/19 62/11 74/16 74/18 80/21 81/2 81/12 87/23 88/10 89/11 90/23 90/24 115/20 144/3 148/18 148/25 149/4 156/20 157/2 157/11 157/14 157/14 157/23 157/25 158/5 158/9 161/14 165/20 165/22 165/24 165/25 168/5 168/6 168/12 168/12 169/8 184/14 186/7 193/11
sender's [1]  168/16
sending [4]  106/22 109/1 168/13 193/25
sense [5]  42/16 51/13 51/14 51/20 214/23
sent [31]  81/6 88/2 88/7 89/16 91/3 91/12 91/25 92/4 96/23 98/8 101/17 103/13 105/9 116/14 148/20 156/21 157/12 157/13 157/17 158/3 159/23 161/12 165/5 167/15 167/24 168/1 169/21 170/17 170/19 174/13 175/3
sentences [1]  30/12
separate [10]  51/23 83/14 86/10 89/1 91/2 109/5 112/2 112/25 113/1 113/3
separated [12]  54/9 54/17 54/18 84/20 84/21 88/21 95/5 118/7 119/5 119/7 119/10 190/1
separating [1]  119/8
September [7]  42/5 161/18 168/1 187/15 187/17 202/17 208/15
September 20th [1]  168/1
September 6th [2]  42/5 208/15
serious [1]  189/10
service [7]  11/2 11/6 43/13 45/17 45/24 47/23 50/11
services [16]  8/17 8/20 9/13 16/20 33/23 37/8 40/22 41/5 41/23 43/19 43/24 44/2 44/14 50/7 51/1 58/22
serving [3]  192/21 192/23 192/23
session [3]  5/7 12/4 64/21
set [6]  25/14 149/24 154/11 154/14 155/24 184/6
settings [1]  193/5
settled [3]  130/24 131/19 150/1
settlements [3]  55/19 55/20 56/9
settling [1]  131/21
seven [2]  40/17 200/22
sevens [1]  127/23
Seventeen [1]  41/7
seventh [1]  171/6
several [6]  26/17 129/24 144/8 148/20 188/17 201/24
SFranklinUSDC [1]  1/25
shall [1]  6/13
share [3]  7/13 180/3 180/4
sharing [2]  46/16 46/20
she'd [4]  49/5 49/5 49/6 96/17
she's [50]  2/17 6/20 7/5 7/8 26/22 27/5 28/6 31/5 44/19 48/16 49/6 68/20 72/11 73/13 85/5 93/8 93/14 95/24 110/7 118/15 139/7 142/3 142/5 142/8 142/12 142/13 178/13 178/15 196/1 196/12 204/25 206/10 219/14 221/13 221/14 221/16 221/16 221/21 221/21 221/22 221/23 221/24 222/8 222/12 222/13 222/15 222/22 223/1 223/18 223/23
sheet [2]  76/18 165/14
Shepherds [3]  110/13 110/23 111/6
shipped [3]  160/2 160/3 168/24
shirts [1]  173/15
shock [2]  14/18 209/1
shocked [1]  161/24
shoes [4]  49/7 144/19 144/19 173/14
shop [18]  22/2 36/9 37/8 37/17 37/21 37/25 60/23 61/20 68/25 69/8 69/13 69/15 69/25 70/11 71/1 73/22 112/24 113/17

shopping [3]  8/7 58/25 199/17
short [5]  41/17 41/21 76/14 115/21 213/20
short-term [2]  41/17 41/21
should [18]  5/19 30/20 41/24 42/6 81/20 93/8 93/12 133/9 133/17 133/18 164/24 180/14 186/9 205/14 205/22 207/3 207/6 221/10
shouldn't [8]  16/11 43/14 47/9 62/9 187/21 188/3 188/4 190/6
show [56]  5/17 7/25 23/16 23/17 24/13 24/24 25/3 25/10 25/12 25/13 27/14 30/9 30/24 30/25 31/3 31/7 31/12 31/15 32/11 34/11 35/19 36/20 36/22 38/25 39/6 39/7 40/4 41/9 42/23 44/1 44/17 46/14 47/2 67/12 67/18 69/2 100/7 105/23 106/25 106/25 109/19 109/25 110/4 159/13 162/11 167/17 169/1 169/19 172/25 173/22 194/19 198/17 207/16 214/1 214/4 221/10
showed [1]  108/3
showing [6]  69/3 70/2 106/10 168/7 173/8 175/9
shows [5]  29/13 101/25 158/3 166/19 174/10
sic [3]  76/16 95/22 103/15
sick [1]  195/20
side [10]  59/1 68/19 72/8 124/16 127/12 131/15 132/24 136/12 157/7 167/25
sidebar [9]  61/13 64/6 118/15 118/21 119/16 204/14 207/15 211/1 213/11
sign [6]  8/15 22/25 23/3 49/18 70/2 70/4
signed [1]  97/24
significant [2]  30/24 49/14
silver [20]  156/21 156/22 156/25 192/10 192/12 192/13 192/14 192/17 192/20 192/20 192/21 192/22 192/22 192/24 193/4 193/6 193/10 193/10 193/12 193/23
silverware [6]  157/5 157/11 157/14 157/20 159/13 159/23
similar [1]  51/3
Simon [1]  39/16
simple [4]  23/1 28/4 28/23 73/17
simplistic [1]  26/25
simplistically [1]  28/2
simply [5]  27/1 27/7 27/11 175/23 217/21
since [12]  5/7 46/1 68/23 98/10 121/8 153/12 155/6 169/9 193/1 199/21 221/23 221/23
single [2]  76/17 131/5
sins [2]  35/22 131/17
sipping [1]  176/9
sir [4]  4/25 147/3 213/18 215/7
sister [14]  6/22 34/20 35/24 51/1 136/24 179/19 179/22 179/23 180/3 180/4 180/5 180/9 180/13 180/18
sister-in-law [1]  35/24
sit [2]  32/3 218/15
situation [7]  2/10 65/7 65/12 122/10 126/18 131/25 140/15
six [8]  15/25 21/9 80/23 80/23 152/10 154/13 156/1 171/4
six-year [1]  171/4
sixth [6]  210/5 211/10 212/12 217/4 217/5 217/7
sixties [1]  147/21
skill [2]  11/12 11/21
Skin [1]  55/6
skins [1]  33/12
skip [1]  207/10
skirt [1]  68/20
sleep [1]  13/5
slightest [1]  87/24
slightly [1]  37/5
slip [1]  173/14

slip-on [1]  173/14
small [5]  8/8 66/9 178/7 180/24 189/21
smaller [4]  46/15 172/7 177/25 189/18
smiling [1]  39/4
smoothly [1]  64/4
smothered [2]  58/17 58/17
so-called [5]  13/17 22/6 112/20 161/13 224/5
society [3]  32/21 97/21 103/1
Sol [1]  54/23
sold [14]  40/21 40/21 85/17 96/3 112/9 128/21 133/20 137/16 137/17 138/4 138/12 138/13 180/19 200/1
solution [1]  12/13
solve [2]  122/14 123/1
somebody [11]  9/4 56/1 61/24 99/3 103/20 134/1 139/22 152/5 193/11 193/24 208/4
somebody's [2]  29/1 151/6
someday [2]  127/19 166/17
somehow [4]  144/4 153/14 166/6 186/6
someone [9]  9/1 27/8 61/20 66/23 80/9 103/21 132/20 166/5 167/15
someone's [1]  106/22
Somers [1]  6/23
something [78]
sometime [3]  194/14 196/6 203/17
sometimes [27]  6/18 11/7 13/13 14/14 15/10 20/22 37/2 39/17 39/18 45/5 45/6 45/12 45/14 45/15 45/23 46/9 46/16 51/24 126/25 128/10 128/11 144/5 146/7 181/22 181/22 184/10 185/4
somewhat [2]  139/16 220/5
somewhere [8]  22/3 65/3 84/11 95/2 155/4 177/10 177/11 206/8
son [9]  6/25 7/1 7/7 24/6 40/17 121/25 122/20 139/18 191/6
son-in-law [1]  7/7
sons [1]  46/18
soon [7]  87/11 89/9 89/15 147/23 162/1 175/21 210/7
sorry [32]  45/8 48/12 57/4 60/15 66/22 67/14 67/21 81/14 86/1 96/3 96/19 99/17 104/3 105/21 106/1 106/5 139/25 140/1 140/10 141/1 147/24 151/14 154/22 168/3 173/19 191/18 196/9 197/20 200/25 203/8 211/10 211/20
sort [9]  48/13 50/22 62/12 80/16 131/9 186/12 189/5 189/19 209/20
sorted [1]  203/5
sought [3]  38/2 41/10 205/16
soulmate [1]  71/11
sound [1]  35/18
sounds [3]  48/5 51/20 204/25
soup [2]  192/20 192/21
source [1]  48/16
sources [6]  89/13 89/13 95/19 98/19 132/3 132/4
south [4]  1/21 6/8 19/1 54/23
SOUTHERN [1]  1/1
space [1]  46/2
Spain [12]  54/4 54/5 54/20 54/22 55/10 55/23 75/10 75/12 75/15 75/23 97/23 99/9
Spanish [5]  56/4 56/4 56/6 83/14 90/4
speak [4]  53/25 64/16 120/1 162/23
speaking [4]  75/19 86/4 86/4 94/4
special [2]  13/12 208/8
specific [9]  104/3 126/11 127/4 128/6 130/20 138/10 173/22 210/22 223/6
specifically [11]  127/16 127/24 140/17 157/17 165/9 167/22 177/8 186/13 191/2 201/10 209/1

**S**

speed [2]  4/12 43/9
spell [6]  19/8 22/6 50/12 53/18 120/2 120/5
spend [4]  7/14 74/9 173/17 173/20
spending [7]  18/19 23/18 104/8 149/17
 149/18 149/22 150/3
spent [6]  23/17 24/3 25/23 37/24 39/20 66/16
spirit [2]  79/22 122/20
spirits [4]  14/10 28/15 124/20 157/6
spiritual [23]  14/22 28/16 34/18 34/20 34/22
 34/25 35/2 37/8 37/20 59/5 59/17 59/19 74/5
 122/21 124/15 127/12 131/15 135/12 139/9
 139/10 150/10 150/25 188/7
spirituality [2]  9/22 38/7
spoke [3]  97/22 115/10 202/23
spoken [1]  119/9
spoon [1]  192/23
spoons [5]  192/19 192/19 192/20 192/21
 193/5
spouse [1]  50/19
spread [1]  125/24
spreadsheet [3]  163/11 164/16 166/18
Springfield [5]  123/5 123/8 123/22 129/6
 163/18
springs [1]  200/14
squander [1]  200/10
Stack [13]  42/4 51/4 161/21 202/19 208/9
 209/24 210/13 219/11 220/9 220/18 225/7
 225/8 225/9
stacks [4]  206/4 206/4 206/19 207/2
stamped [3]  100/25 167/18 198/10
stand [3]  40/19 107/24 201/13
Standard [6]  83/22 83/23 83/24 84/5 101/7
 106/8
start [21]  3/6 5/20 20/25 22/20 31/19 41/24
 41/25 43/18 44/22 57/2 73/7 74/19 85/25
 94/4 142/22 171/23 172/1 176/8 185/11
 195/10 199/1
started [24]  5/6 30/15 41/12 41/18 43/24
 44/24 65/5 86/19 98/11 134/12 134/18 142/1
 154/1 154/3 159/11 160/19 161/1 164/23
 164/24 170/14 176/16 181/15 189/4 189/7
starting [2]  189/18 199/11
starts [2]  48/17 164/20
state [7]  10/10 48/23 63/24 133/13 182/12
 190/4 190/6
statement [8]  4/5 4/18 30/5 63/17 101/4
 101/6 103/2 103/3
statements [22]  3/6 3/24 5/15 5/20 62/6
 62/18 62/21 62/25 63/4 63/14 63/15 74/21
 99/24 100/12 101/8 125/25 136/1 152/16
 173/11 224/16 224/20 226/3
STATES [17]  1/1 1/3 1/13 1/17 5/22 31/4
 31/15 53/12 69/16 99/6 99/7 100/1 101/12
 103/14 112/22 162/20 221/22
statue [1]  124/2
status [2]  57/11 156/5
stay [3]  5/11 89/4 121/21
stayed [2]  80/8 182/13
staying [3]  23/23 70/21 216/11
stealing [1]  109/15
Stefin [37]  1/16 3/19 4/6 5/23 29/23 29/24
 30/4 36/17 38/8 44/20 47/12 47/25 50/12
 53/10 92/16 94/9 109/4 112/13 113/21
 146/11 147/9 163/2 194/7 197/20 198/12
 200/23 201/2 211/3 212/1 221/15 222/2
 223/10 224/5 226/4 226/7 226/10 226/12
Stefin's [2]  30/14 218/11
step [3]  10/21 10/21 119/18

step-by-step [1]  10/21
Stephen [4]  1/23 227/16 227/22 227/23
steps [2]  36/10 122/5
stepsons [1]  54/12
sterling [1]  84/2
still [21]  21/12 33/12 38/18 45/1 46/6 54/9
 55/18 87/1 93/25 118/7 131/23 142/11
 146/10 147/12 187/3 188/16 191/15 196/23
 202/3 218/7 223/24
stipulate [1]  206/9
stipulation [1]  68/11
stood [2]  164/5 164/9
stop [15]  18/5 18/14 19/11 19/12 31/18 38/22
 80/21 81/8 136/8 147/18 148/2 148/3 148/5
 148/10 155/10
stopped [6]  30/17 43/6 43/19 46/4 80/19
 186/19
store [7]  24/2 26/2 36/23 36/23 129/6 132/2
 189/21
store-type [1]  24/2
stores [7]  21/23 36/15 42/8 49/10 152/4
 201/23 201/25
stories [3]  13/24 51/3 154/9
story [4]  2/22 10/19 15/17 143/17
straight [2]  25/22 81/3
straighten [1]  124/8
straightened [1]  130/24
street [13]  8/21 8/6 8/14 36/11 36/14 37/18
 59/10 59/11 69/14 88/11 88/14 112/24
 167/12
streets [1]  37/19
strength [1]  16/17
strenuously [1]  211/2
strike [4]  72/16 74/12 131/1 135/24
strong [1]  82/19
stronger [1]  73/16
struggle [2]  168/6 201/6
struggling [4]  92/9 92/14 172/15 201/5
struts [1]  200/14
studies [1]  124/23
stuff [3]  196/9 206/19 207/2
stupid [1]  35/18
subject [6]  38/21 62/18 62/21 163/2 163/3
 163/7
subjectively [1]  222/14
subjects [1]  11/21
subpoena [6]  221/15 222/10 222/17 223/3
 223/19 223/24
subsequent [1]  13/10
subsequently [3]  182/10 182/17 182/23
substantial [1]  19/13
substantive [1]  27/5
substitute [1]  15/10
successful [4]  91/1 189/23 189/24 189/24
successfully [2]  77/24 140/6
such [7]  10/25 16/16 30/3 33/6 62/11 88/4
 204/15
sudden [1]  86/13
suddenly [4]  14/17 25/16 48/15 51/14
sued [4]  109/14 110/22 111/1 112/3
suffering [1]  96/17
sufficient [2]  29/15 63/2
suggest [12]  33/2 35/11 35/23 36/5 48/2 52/4
 177/15 219/22 220/17 220/20 221/25 225/6
suggested [4]  47/21 49/18 83/1 83/9
suggesting [5]  220/2 220/3 220/5 220/7
 220/8
suggestion [1]  118/25
suggests [1]  221/23
suicidal [1]  140/7

suitcase [1]  189/22
Suite [1]  1/21
sum [1]  138/6
summarize [1]  29/13
summary [1]  109/7
summer [4]  56/14 56/16 57/7 112/23
sums [14]  7/19 9/5 17/13 17/24 112/6 128/22
 133/17 134/9 134/12 144/20 146/9 149/1
 175/14 209/21
Suntrust [5]  166/22 166/25 167/7 174/20
 174/21
supernatural [1]  14/15
superseding [2]  185/22 201/19
support [2]  48/16 96/7
supported [1]  82/10
supporting [2]  78/6 82/11
supposed [16]  42/19 42/22 43/14 49/19
 116/1 127/9 127/11 149/6 150/11 160/25
 162/23 164/25 196/12 196/12 196/18 203/16
supposedly [5]  113/9 122/14 151/10 157/6
 191/14
sure [18]  3/2 37/18 77/22 80/7 86/6 112/11
 113/15 126/15 140/3 185/3 185/11 188/19
 203/15 204/1 204/19 207/1 209/12 222/7
surface [2]  57/18 199/9
surgeon [1]  104/13
surgeries [1]  221/23
surgery [2]  140/12 221/24
surprise [2]  14/18 208/18
surprised [1]  208/19
surprising [1]  224/23
Susan [4]  53/12 53/15 53/20 226/6
susceptible [2]  9/20 9/25
suspect [2]  149/12 149/21
suspected [2]  12/15
suspicions [1]  161/25
sustained [7]  107/18 119/1 134/3 172/19
 187/7 188/14 197/2
SWIFT [4]  106/13 106/14 106/17 106/20
Switzerland [1]  200/9
sworn [2]  53/15 119/23
Sylvia [3]  43/11 43/11 43/16
symbol [2]  175/24 175/25
system [2]  27/12 205/21

**T**

table [4]  42/3 160/12 160/14 193/5
Tahoe [1]  40/1
take [53]  9/3 9/5 10/15 16/1 20/11 22/17 34/6
 35/10 49/11 52/12 57/5 89/13 92/6 92/18
 92/24 96/20 97/21 114/16 124/8 125/6
 126/23 126/25 127/2 128/16 128/18 128/19
 129/6 130/6 130/13 130/13 130/17 136/19
 136/23 137/1 137/3 141/2 141/6 141/12
 146/14 146/15 146/21 153/23 154/6 176/10
 179/2 179/14 180/2 180/14 181/18 181/19
 191/19 193/23 210/4
taken [13]  47/3 48/20 52/20 65/19 93/16 98/8
 129/12 146/23 159/8 180/6 220/25 224/6
 225/19
takes [1]  130/2
taking [10]  34/8 38/22 60/25 98/17 122/5
 138/1 163/3 182/18 199/22 208/20
talk [61]  3/22 4/22 13/9 13/11 13/14 13/25
 14/7 15/14 26/14 27/11 30/25 31/22 32/8
 32/14 44/5 47/8 57/1 57/6 93/7 93/13 115/16
 120/13 120/13 125/7 128/24 131/5 132/9
 135/2 135/4 150/7 151/22 161/6 177/16
 178/3 179/13 181/4 183/21 187/21 188/3
 190/9 190/10 194/6 196/5 196/11 199/7

**T**

talk... [16]  199/8 199/9 199/10 199/12 199/12
199/17 199/21 200/1 200/4 200/11 200/12
200/16 208/12 210/13 216/17 218/10
talked [23]  14/13 33/17 40/25 44/24 45/1
51/4 75/11 104/25 115/13 115/14 122/25
123/4 123/6 123/18 123/19 124/2 131/5
139/24 140/1 172/4 180/12 201/11 210/7
talking [29]  11/13 11/21 17/6 17/7 17/7 17/8
17/10 40/2 65/5 69/13 80/13 87/7 93/12
108/11 112/17 130/3 145/7 145/8 149/1
163/15 170/22 191/3 195/5 196/14 206/10
212/15 215/17 215/18 219/12
talks [1]  171/3
target [1]  9/4
tarot [2]  7/17 8/21
tax [7]  25/5 28/6 28/9 28/11 28/12 29/19
132/5
teaspoons [1]  192/22
technique [2]  10/17 10/18
techniques [2]  10/17 17/25
telephone [5]  27/22 39/22 70/10 75/5 99/14
telephones [1]  2/8
tell [106]
teller [6]  14/17 32/24 35/2 46/16 150/18
188/8
tellers [2]  18/12 34/19
telling [42]  2/25 6/6 7/12 7/16 7/21 8/11
10/24 18/17 18/20 19/2 20/4 20/15 23/6
26/11 32/22 32/22 32/25 44/25 51/3 51/6
64/22 65/6 65/6 76/7 76/8 78/4 78/16 78/17
78/21 90/6 117/9 128/8 135/21 135/22 136/2
137/25 170/14 171/24 209/7 209/11 219/11
225/2
tells [6]  18/4 32/17 39/1 143/9 172/11 197/20
temporarily [2]  22/10 23/8
temporary [2]  16/11 22/9
term [2]  41/17 41/21
terminated [1]  37/4
terms [8]  4/14 8/2 91/20 91/21 124/13
131/25 133/13 223/23
terrible [1]  14/20
testified [5]  153/19 173/3 177/12 182/10
221/25
testify [2]  61/21 177/13
testifying [1]  204/17
testimony [14]  31/7 31/11 50/3 50/5 51/19
92/25 93/5 93/7 93/13 93/14 146/20 221/12
226/6 226/9
Texas [1]  43/12
thank [48]  5/13 5/24 16/21 29/22 29/23 30/2
34/15 52/10 52/11 52/16 52/19 53/22 60/16
64/5 73/17 86/7 86/8 92/22 93/2 93/15 94/2
94/10 105/19 110/2 110/6 118/10 118/13
118/13 119/15 119/17 137/10 146/18 146/22
147/4 147/10 176/3 176/9 176/15 191/22
202/9 204/13 212/25 213/18 215/21 216/9
216/10 216/14 225/16
Thanks [1]  52/9
Thanksgiving [2]  196/4 196/4
that's [110]
theater [1]  8/8
theme [1]  10/17
themes [1]  11/21
themselves [3]  9/17 10/6 14/23
theories [1]  5/18
therapies [1]  55/7
therapist [2]  55/2 55/4
there's [31]  3/8 8/7 10/17 13/18 13/20 16/24

47/17 48/6 59/22 61/1 63/23 101/1 102/2
106/10 164/19 167/5 172/11 175/7 178/10
192/19 205/13 205/19 211/10 211/11 211/13
211/14 211/25 219/16 220/11 223/14 225/3
thereafter [1]  215/6
therefore [3]  13/24 219/24 221/11
therein [1]  62/8
they'll [7]  18/5 35/20 47/18 51/8 63/1 206/9
206/15
they're [32]  10/10 14/3 14/7 14/11 14/24
15/14 15/24 16/10 16/20 16/23 17/12 17/14
18/4 18/16 19/2 19/10 19/10 19/11 19/25
20/14 21/1 22/9 34/2 35/21 51/8 51/9 62/7
62/9 62/10 86/24 220/2 220/3
they've [4]  19/25 33/9 51/3 163/2
thing [18]  9/19 11/1 46/9 48/8 48/9 55/7
55/21 57/1 57/21 58/15 59/3 75/9 85/13
85/23 94/12 128/6 193/2 196/23
things [71]  2/5 8/23 9/11 12/9 15/7 20/9 20/9
20/12 20/12 21/7 24/18 27/16 33/9 36/6
37/17 44/5 44/10 46/13 46/24 47/5 47/7 48/9
49/5 60/21 62/9 62/10 62/12 64/3 78/16 84/8
88/3 88/4 88/9 91/17 94/14 109/4 121/15
123/19 125/14 130/22 130/23 131/18 134/13
135/22 136/3 137/24 139/17 139/19 141/20
148/16 150/14 151/3 151/11 151/17 155/17
161/1 161/12 163/10 188/21 188/21 188/25
189/19 190/11 192/2 193/1 194/6 200/2
200/5 200/7 206/2 219/23
think [94]
thinking [3]  17/11 38/25 164/24
thinks [1]  217/11
third [18]  31/18 38/4 43/4 46/9 68/24 75/25
148/19 164/10 166/20 171/19 171/21 171/21
185/21 185/22 201/18 201/18 203/8 211/10
Thirteenth [1]  102/7
thirties [1]  65/3
those [32]  16/7 23/5 28/12 29/24 31/10 42/22
42/24 43/8 46/12 47/1 50/15 64/14 74/21
86/20 88/10 101/3 127/22 134/18 152/6
152/7 152/12 160/12 161/3 177/17 178/7
184/10 184/11 191/8 197/4 201/6 201/21
223/4
though [13]  63/8 106/18 126/4 135/18
154/17 161/13 176/9 185/15 187/1 187/2
205/25 223/9 224/20
thought [25]  2/6 2/15 14/19 18/10 20/14
31/13 86/24 106/1 117/12 131/14 136/11
149/23 150/23 150/23 153/7 153/18 160/10
177/2 177/5 179/24 195/12 204/22 206/24
209/15 221/17
thoughts [1]  81/21
thousand [5]  26/5 91/15 127/7 128/3 149/3
thousands [15]  15/9 21/18 21/19 21/20 24/3
24/10 24/16 24/19 25/3 25/7 25/11 26/9
149/2 215/14 215/18
threatened [2]  22/17 155/16
three [24]  2/13 6/25 24/7 38/5 39/11 46/12
51/23 75/19 91/3 91/21 95/25 97/5 113/11
123/10 126/24 141/9 141/12 171/4 185/19
192/22 210/16 210/20 215/10 218/19
threes [1]  127/23
through [30]  2/13 9/14 9/15 10/22 14/9
14/10 15/4 20/7 30/14 32/9 60/1 69/9 71/12
72/2 77/20 79/17 84/8 95/15 110/18 121/21
124/21 136/4 164/13 172/22 190/2 190/9
190/23 203/4 206/19 223/11
throughout [6]  16/8 32/4 143/7 144/9 211/5
220/21
throw [1]  134/13

throwing [1]  161/1
thrown [1]  16/6
thumbs [1]  195/11
thus [1]  223/15
tie [1]  18/5
tied [1]  62/22
timeframe [2]  92/5 159/1
timeframes [1]  130/12
times [22]  14/11 25/2 30/13 30/15 30/16 38/6
39/11 47/12 91/1 95/25 104/21 113/11 128/3
129/24 130/7 145/2 145/4 185/2 190/10
215/9 215/10 223/10
timetable [1]  15/24
timing [1]  177/6
tip [1]  16/21
tired [2]  176/10 176/14
tires [1]  200/15
today [8]  6/14 99/23 116/11 162/14 163/4
163/17 206/20 207/5
together [39]  20/21 20/24 27/2 35/9 48/13
56/12 56/13 57/17 57/21 83/2 86/23 86/24
90/8 95/11 113/13 115/19 121/6 121/8
125/18 127/7 128/10 128/12 128/15 129/4
131/7 140/19 141/2 148/24 156/15 158/5
168/4 168/11 189/9 189/10 190/2 192/2
192/5 193/8 208/25
told [84]
tomorrow [9]  12/12 13/6 205/1 211/24
216/14 218/5 218/9 219/1 225/18
tonight [5]  12/11 12/17 12/22 13/2 13/5
too [12]  32/8 32/14 33/20 44/5 48/18 49/23
58/12 71/14 109/6 112/13 196/25 201/13
took [21]  6/7 8/13 27/21 40/5 40/7 42/21
47/21 48/23 66/24 67/1 67/4 128/21 128/25
133/3 140/20 143/22 143/22 145/15 169/7
179/5 223/10
tool [6]  72/20 72/24 104/11 104/12 104/13
104/15
top [6]  6/17 13/4 34/15 34/16 101/10 192/13
topic [1]  132/19
topnotch [1]  193/10
total [4]  39/16 91/12 91/13 98/10
totally [1]  208/19
touch [7]  155/13 155/15 159/5 184/20 184/23
185/2 185/4
touching [2]  60/7 60/8
tour [2]  40/5 40/6
tourists [3]  8/18 13/1 36/16
toward [1]  53/18
towards [12]  4/12 53/17 58/5 110/13 120/1
125/9 127/13 132/7 147/19 156/1 170/9
218/18
town [1]  21/1
toy [2]  24/2 26/2
track [3]  86/3 134/9 134/11
trade [2]  24/9 24/9
trailer [2]  216/3 216/5
trained [1]  113/12
trainer [3]  113/2 113/13 119/4
transaction [17]  27/20 74/1 77/6 77/18 97/23
100/13 101/10 101/15 101/19 102/2 102/16
103/4 103/4 105/9 106/21 173/22 174/4
transactions [12]  28/3 74/16 99/22 99/25
100/13 101/1 101/3 105/12 106/19 134/15
160/21 167/6
transcript [9]  1/11 211/25 218/20 219/19
221/9 224/4 224/11 224/18 227/18
transcripts [2]  221/3 224/17
transfer [8]  25/14 77/24 91/2 102/9 103/8
167/8 174/10 175/3

**T**

transferred [5] 84/6 91/13 95/15 111/21 111/23
transferring [1] 21/4
transfers [1] 27/24
transmission [1] 27/21
travel [9] 56/11 56/13 221/11 221/18 221/24 222/2 222/2 222/13 222/19
traveled [4] 31/8 39/22 221/21 221/22
treated [4] 3/12 10/14 140/8 140/11
trial [18] 1/11 5/17 6/13 6/15 10/9 26/9 32/4 32/9 32/23 35/5 35/6 35/7 46/23 47/9 203/17 206/15 220/22 221/12
tricked [2] 7/19 71/17
tricks [2] 14/14 47/1
tried [26] 39/13 50/12 57/14 58/3 80/6 98/14 98/19 98/25 147/17 147/18 155/12 155/14 156/6 156/7 156/10 156/12 159/9 170/10 177/12 183/18 184/20 184/23 185/2 188/16 190/14 219/13
tries [2] 2/20 16/25
trip [5] 56/20 56/21 57/7 57/8 188/19
triple [1] 86/18
trouble [3] 33/4 64/15 155/23
trousers [1] 173/14
trowel [1] 104/14
true [6] 70/18 78/25 136/3 189/1 193/10
truly [1] 116/20
trusted [2] 87/18 87/19
truth [10] 39/1 51/5 51/5 61/16 62/8 62/11 63/7 63/15 135/17 135/22
truthful [1] 51/13
truthfully [1] 177/13
try [33] 2/20 3/1 12/5 13/15 22/25 28/19 29/13 30/4 32/11 35/4 43/2 53/16 57/2 57/16 71/22 86/4 94/3 119/25 120/13 120/13 121/20 122/5 140/2 140/3 177/17 183/4 185/14 185/18 189/15 218/18 218/25 219/21 224/10
trying [27] 3/20 19/11 36/7 41/12 57/20 58/9 88/20 98/16 98/17 131/18 159/10 163/12 171/18 177/6 178/12 183/16 186/5 187/3 188/19 188/19 191/8 201/5 201/14 201/25 204/6 209/10 222/1
Tschetter [1] 44/6
tsunami [1] 148/15
tumor [1] 161/11
tumors [3] 3/12 10/14 221/21
turn [5] 36/10 49/14 80/19 124/7 212/5
turned [6] 18/9 117/11 161/4 196/1 204/22 225/10
turning [3] 19/17 47/2 47/2
turns [1] 14/18
twice [2] 39/16 179/3
twisted [1] 18/9
two [28] 28/9 28/12 35/8 36/15 38/5 39/11 42/2 48/8 54/11 54/19 56/12 56/24 56/25 72/6 72/11 85/5 126/19 126/24 130/13 131/8 152/18 171/4 182/2 193/1 219/5 219/11 221/3 223/4
type [11] 8/22 9/14 14/1 15/19 24/2 59/3 129/13 148/16 151/25 154/11 219/3
types [1] 19/6
Tysons [1] 174/24

**U**

U.S [11] 67/8 85/18 91/10 99/8 101/19 101/21 102/1 103/9 114/4 203/13 221/16
Ueda [1] 218/18

uh [12] 62/23 63/5 87/2 88/17 94/16 111/25 116/4 186/3 188/6 190/22 208/23 209/11
Uh-huh [10] 62/23 63/5 87/2 88/17 94/16 111/25 116/4 186/3 188/6 190/22
uh-oh [2] 208/23 209/11
UK [5] 54/4 54/6 84/19 87/10 103/1
ultimate [1] 50/22
ultimately [2] 137/15 161/3
unable [2] 155/13 158/25
unavailability [1] 223/18
unavailable [9] 221/13 221/15 222/9 222/13 222/16 222/23 223/1 223/19 223/23
uncertain [2] 122/6 124/6
uncovered [1] 13/19
under [29] 7/19 7/22 13/4 19/7 22/6 27/9 28/25 29/17 34/8 37/1 37/2 37/5 37/14 39/7 40/10 43/5 45/6 45/6 61/11 93/25 101/20 147/2 152/14 153/2 153/5 189/25 194/23 205/22 224/15
understand [11] 2/9 32/18 44/10 55/19 64/3 77/17 79/20 106/14 106/23 125/13 171/12
understanding [6] 166/12 186/17 186/18 188/4 194/12 195/20
understands [2] 14/8 16/8
understood [2] 79/21 118/23
undone [2] 187/14 188/4
unfortunately [4] 40/17 46/18 145/14 221/14
unhappy [5] 43/25 44/11 57/13 57/17 58/4
UNITED [17] 1/1 1/3 1/13 1/17 5/22 31/4 31/14 53/12 69/16 99/6 99/7 100/1 101/12 103/14 112/22 162/20 221/22
unquote [1] 14/4
unrelated [1] 144/15
unsecured [1] 129/13
until [19] 43/15 44/18 49/1 50/9 55/10 84/14 87/6 87/10 93/14 98/17 114/15 128/4 134/12 161/17 180/19 187/1 187/12 220/10 220/18
upon [3] 9/24 11/20 27/15
upper [1] 174/4
UPS [3] 157/12 157/13 160/4
upscale [2] 8/6 8/8
upset [3] 121/19 121/22 208/20
urge [1] 46/13
us [33] 4/14 9/24 9/24 32/10 35/23 53/18 53/19 56/13 56/25 60/1 91/18 93/4 93/11 98/21 100/1 100/24 107/9 110/5 120/2 120/2 120/15 125/18 126/3 141/23 142/9 142/22 150/14 165/16 175/11 178/19 179/5 198/10 205/13
used [33] 6/23 7/3 7/4 8/9 14/14 15/8 23/13 25/20 27/13 27/17 30/5 37/16 40/9 45/21 45/22 45/24 46/1 46/25 48/20 56/13 75/20 85/15 90/21 104/9 104/10 106/17 125/11 135/15 152/1 156/24 173/4 181/21 223/21
using [15] 41/18 43/19 43/24 59/3 60/8 90/3 104/7 104/16 104/17 149/13 152/12 152/22 155/23 160/11 181/9
usually [12] 11/6 20/25 31/18 75/9 127/1 128/9 138/6 140/17 144/18 149/3 154/6 167/23
usurping [1] 176/11
utilities [1] 45/17
utilized [1] 10/16

**V**

vacations [2] 179/4 179/6
vague [1] 15/24
Valerie [4] 190/15 190/20 199/21 200/15
Valerie's [1] 190/18
valid [1] 28/17

valuable [2] 12/16 193/23
value [6] 49/1 66/12 66/13 101/19 193/14 194/1
valued [1] 91/5
various [5] 12/9 61/17 61/18 98/16 123/19 139/19 173/13
vehicles [1] 24/4
verdict [1] 29/20
verify [1] 118/22
version [1] 29/10
very [55] 8/8 9/12 11/6 18/2 26/25 29/22 30/3 31/16 36/13 39/9 49/2 49/10 51/3 54/1 54/23 57/13 57/17 57/18 58/7 58/7 59/13 65/2 65/19 71/11 71/15 74/5 76/14 84/16 85/10 86/2 87/14 95/24 96/15 105/9 121/14 121/17 121/19 122/11 126/16 128/22 130/15 135/21 136/20 142/4 144/18 151/8 155/1 160/23 161/11 164/13 178/15 181/15 183/5 191/3 216/14
vibrations [1] 59/24
victim [52] 3/11 10/19 12/5 12/5 12/18 12/20 13/12 13/19 14/8 14/8 14/15 14/16 15/17 15/17 16/8 16/14 16/25 18/3 21/8 21/9 22/25 23/12 25/14 27/24 41/11 41/25 42/6 42/8 43/5 43/7 50/20 50/25 105/1 105/3 113/22 114/11 114/12 115/15 162/4 186/1 186/8 186/20 186/21 201/20 202/20 208/11 209/9 209/18 209/19 209/22 217/13 219/12
victim's [1] 10/19
victims [22] 9/10 9/11 9/20 10/8 10/22 14/6 16/3 17/7 17/8 20/7 21/2 21/7 22/12 24/21 24/22 25/13 26/11 27/15 27/16 28/9 29/4 50/13
victims' [3] 24/23 26/8 26/10
Victoria [7] 6/23 6/23 34/20 51/2 158/10 158/20 169/1
Vienna [1] 120/21
view [3] 47/14 48/2 53/2
Virginia [12] 37/23 120/16 120/17 120/21 122/16 129/6 136/16 168/22 168/24 174/25 175/1 179/1
Virginian [1] 120/18
visit [8] 35/22 65/24 66/16 70/11 75/3 75/11 124/1 189/20
visited [2] 50/9 85/22
visitors [1] 8/19
vitro [1] 40/12
Vivian [4] 7/8 34/24 35/3 45/21
voicemail [2] 98/16 98/17
Volume [1] 1/10
voluntarily [1] 133/25
vowed [1] 57/16

**W**

W-o-l-f-e [1] 120/8
wages [1] 155/17
wait [7] 3/22 60/13 85/24 86/5 89/21 94/3 191/21
walk [6] 8/19 9/1 10/3 36/10 70/7 70/10
Walk-ins [2] 70/7 70/10
walked [4] 9/13 37/19 37/21 38/1
Walker [4] 47/19 47/19 49/16 49/17
walking [2] 59/11 161/25
wallet [3] 175/19 175/21 175/23
wandered [1] 31/11
want [42] 2/19 3/21 3/23 4/4 4/5 4/12 6/15 7/15 10/22 12/25 13/1 13/15 37/10 38/17 38/20 41/2 43/17 51/7 51/9 51/14 58/2 63/18 63/20 64/3 69/9 76/5 76/10 80/21 80/21 83/14 84/14 90/12 90/12 96/11 100/7 112/25

**W**

want... [31]  113/1 113/3 118/24 119/12
121/12 136/21 153/5 169/19 173/22 176/8
177/16 180/13 183/12 191/18 194/15 196/3
199/5 200/14 201/9 201/12 205/8 206/15
207/13 211/12 211/24 212/3 212/4 214/1
218/18 224/17 224/17
wanted [44]  38/3 38/6 43/17 58/13 62/3 66/4
67/2 72/14 80/7 82/4 87/21 87/23 87/25 88/5
88/6 90/9 90/18 90/18 96/9 109/5 109/10
109/11 109/12 112/2 112/6 118/22 123/18
124/6 141/1 141/8 142/25 148/5 150/24
151/22 157/22 180/3 180/9 188/20 189/4
194/1 194/8 212/5 220/10 221/17
wanting [1]  222/11
wants [7]  30/21 35/23 47/14 47/25 141/4
159/18 202/8
warning [1]  2/15
warrant [1]  24/15
warrior [3]  71/13 71/14 71/19
was in [1]  10/21
Washington [1]  37/23
wasn't [56]  2/8 3/19 23/4 23/13 29/5 40/8
43/16 43/16 43/18 57/24 58/12 66/20 66/22
72/9 84/14 89/16 98/17 104/3 113/19 119/8
119/9 122/11 126/15 126/16 131/4 131/4
131/8 134/11 134/12 134/14 136/5 140/3
141/13 144/3 145/23 159/4 177/1 177/22
179/7 181/24 182/15 182/15 182/17 182/18
185/15 187/3 187/20 188/6 193/6 193/23
195/19 201/7 204/6 208/19 209/12 220/13
watch [4]  12/15 21/14 22/22 119/18
watches [2]  24/17 24/18
water [8]  13/3 14/13 14/16 14/18 16/7 47/1
83/18 176/8
waterfront [1]  23/22
Waterway [1]  23/21
Watkins [2]  210/13 210/18
Watts [8]  42/3 99/16 161/4 161/20 202/18
208/8 209/24 216/21
Watts' [1]  217/11
we'll [26]  4/8 4/17 5/20 5/22 12/24 13/9
25/17 29/12 39/8 42/6 42/7 42/9 52/15 52/18
81/3 93/2 107/15 132/9 146/17 147/23
172/22 206/13 211/5 216/13 218/10 225/18
we're [33]  2/3 17/6 17/7 17/7 17/8 17/10 20/2
20/3 20/4 23/15 23/17 25/13 28/19 50/21
52/23 59/23 59/25 80/13 80/15 92/24 93/19
93/21 108/11 108/14 121/13 131/22 131/23
141/19 181/4 207/4 218/7 218/7 218/17
we've [9]  3/2 15/22 17/5 27/23 28/9 115/25
207/11 208/25 225/14
wealth [2]  9/9 19/13
wealthy [5]  19/12 36/16 39/9 49/10 126/16
wearing [3]  21/9 68/19 68/20
website [1]  209/14
wedding [1]  11/16
week [7]  3/20 4/13 25/2 125/23 131/7 218/7
218/19
weeks [12]  17/7 20/7 37/24 52/10 57/9 75/23
97/5 97/12 125/19 125/23 131/8 156/14
weigh [2]  51/12 51/19
weight [2]  58/11 58/12
Weiselberg [1]  1/20
Welcome [6]  5/5 53/7 70/7 70/10 94/7 147/7
well [132]
went [44]  6/7 6/17 7/24 7/25 40/6 40/6 43/21
43/25 45/11 45/20 46/6 60/23 68/23 80/20
84/22 85/7 85/12 85/15 96/23 97/6 112/23

113/17 121/16 123/4 123/14 123/21 125/24
136/23 138/17 139/17 147/15 151/9 152/7
155/2 158/17 159/5 160/24 166/24 169/23
179/21 181/16 182/12 190/2 223/10
weren't [6]  128/13 136/3 150/10 178/7
201/15 224/21
west [8]  1/7 1/24 8/6 8/14 36/11 44/7 69/13
167/12
What'd [1]  89/10
what's [24]  32/19 35/17 35/18 51/5 51/5 51/6
51/7 56/3 67/18 86/3 100/7 106/25 139/8
143/2 156/5 159/14 162/11 166/15 168/8
172/25 195/15 198/10 214/2 223/15
whatever [15]  2/15 2/18 22/4 22/18 34/3
39/2 80/23 90/13 127/7 131/16 133/15
137/19 167/3 167/24 200/19
When's [1]  163/16
whenever [5]  4/8 106/19 131/9 144/1 166/15
where [50]  7/21 9/22 14/16 21/5 23/11 24/3
38/17 50/17 54/3 54/3 54/6 59/12 72/7 76/1
76/16 80/6 83/17 84/18 86/20 97/25 101/17
102/25 103/25 104/4 104/5 117/5 120/15
122/15 123/9 135/1 145/25 152/21 154/4
157/7 157/13 170/10 174/13 174/22 174/23
174/23 175/2 175/3 177/7 182/7 189/4
203/15 211/7 211/25 214/24 217/1
whether [47]  9/15 9/21 22/16 28/15 28/17
28/20 28/24 29/1 29/2 29/5 30/10 31/23
31/24 33/1 33/3 33/3 33/8 36/6 47/8 51/21
52/7 66/2 76/1 94/23 107/9 112/1 117/6
118/22 123/6 123/18 135/9 135/25 145/16
149/13 150/7 154/18 162/19 168/25 179/24
182/23 187/9 189/23 193/9 213/24 222/8
222/21 225/4
while [17]  26/11 37/22 39/23 40/1 40/2 40/4
40/7 41/6 55/17 55/23 74/10 82/25 163/16
163/21 181/4 190/1 194/5
white [37]  37/13 38/2 76/18
who's [8]  3/4 34/23 42/3 51/13 140/25 171/9
171/24 205/23
whole [4]  33/5 57/21 58/15 170/9
whom [1]  108/25
whose [3]  166/22 167/16 168/16
why [36]  16/10 28/10 30/23 34/9 46/22 47/11
52/12 64/4 76/4 81/17 81/21 90/11 92/16
102/17 109/12 129/25 133/22 135/10 137/21
148/22 149/4 151/16 153/4 153/4 157/4
160/12 168/2 170/11 170/16 179/18 193/18
198/25 205/20 206/22 220/1 225/2
wife [1]  191/16
Will's [2]  130/23 200/8
willing [1]  66/2
win [1]  71/17
wind [1]  25/6
winded [1]  52/2
window [1]  8/15
winnings [5]  25/4 25/6 25/8 25/9
wire [21]  21/4 25/14 26/23 27/6 27/19 27/20
27/24 28/1 74/16 74/18 76/25 77/7 100/12
102/9 105/9 144/4 166/25 167/3 173/22
174/3 175/3
wire-transfer [2]  25/14 175/3
wire-transferring [1]  21/4
wire-transfers [1]  27/24
wired [1]  105/13
wiring [2]  21/3 105/11
wish [1]  131/23
wished [3]  62/5 117/10 117/16
wishes [1]  62/13
withdrawals [2]  25/18 25/19

withholding [2]  220/2 220/4
within [5]  30/11 60/1 207/6 223/19 223/23
without [17]  18/15 68/9 68/13 69/19 75/19
84/13 100/17 119/1 145/12 159/21 163/6
198/7 198/14 202/11 203/11 207/25 218/24
witness [22]  3/4 4/6 4/9 4/20 32/6 50/25
52/13 53/2 53/10 53/15 68/12 119/19 119/20
119/23 186/6 204/16 206/20 210/24 211/15
213/17 217/2 225/8
witnesses [14]  5/21 29/11 32/5 32/10 32/13
37/14 40/23 40/25 47/10 51/12 211/6 211/7
218/5 220/10
Wolfe [17]  41/18 41/21 42/11 42/20 43/5
119/20 119/23 120/4 120/7 120/11 146/20
147/12 160/17 163/10 174/6 194/21 226/9
Wolofsky [1]  49/9
woman [7]  10/12 10/14 11/16 11/18 47/18
68/19 142/2
women [5]  7/11 7/13 9/6 9/7 31/17
won [3]  25/10 49/4 71/16
won't [5]  16/1 104/2 143/3 143/14 222/22
wonder [1]  208/22
wonderful [2]  124/11 150/13
wondering [1]  53/1
words [5]  15/19 28/7 66/12 123/23 144/16
work [119]
worked [10]  27/1 27/2 27/3 38/19 46/8 82/8
116/25 174/23 191/14 208/25
working [23]  3/18 14/11 17/11 20/18 37/22
38/16 43/14 50/10 55/1 55/2 55/10 55/25
79/18 82/6 126/19 142/1 156/6 156/11
156/12 170/25 188/21 195/19 209/5
works [1]  35/3
world [5]  74/8 74/17 79/22 122/21 148/17
worry [8]  16/18 26/12 73/13 77/22 127/17
139/3 143/3 143/14
worse [1]  14/19
worth [2]  39/10 85/17
wouldn't [5]  13/22 75/18 78/14 128/5 186/20
WR [1]  192/21
wrap [1]  147/23
wrecks [1]  10/11
wrists [1]  195/11
writers [1]  37/13
writing [1]  201/23
written [6]  4/2 6/18 98/24 218/25 218/25
225/4
wrong [4]  47/9 98/18 135/25 178/10
wrote [11]  25/20 168/19 169/21 194/23
194/25 197/7 202/2 202/17 203/23 204/2
210/5

**Y**

yeah [8]  5/12 50/15 60/5 80/12 107/14 136/9
167/22 192/5
year [25]  21/9 30/6 37/3 39/3 39/11 39/11
39/14 39/16 41/23 51/16 51/16 81/4 82/2
82/2 113/11 130/13 134/21 171/4 171/5
171/23 171/25 171/25 179/3 179/3 211/12
years [104]
yes [305]
yesterday [2]  2/6 5/15
yet [4]  3/18 4/15 4/16 205/24
York [18]  6/8 8/8 8/19 36/13 37/19 39/11
39/25 43/12 45/14 45/18 45/20 56/16 56/18
57/8 58/19 88/14 115/5 167/16
you'd [3]  176/10 181/22 200/6
you'll [24]  9/7 16/2 17/2 25/21 26/8 28/20
31/16 31/25 32/9 32/23 33/2 36/1 37/2 37/15
38/10 41/16 41/17 47/24 50/1 51/2 139/4

## Y

you'll... [3]  166/24 192/2 203/14
you're [57]  5/10 5/11 8/13 18/25 18/25 19/8
28/11 29/10 30/6 34/5 41/4 41/11 42/8 43/9
48/3 50/3 50/4 50/6 50/20 51/4 51/16 55/17
59/19 63/10 69/13 81/19 86/3 93/25 118/7
118/13 119/17 120/15 130/3 139/4 145/7
147/2 147/25 149/17 165/10 170/22 170/25
171/9 171/20 176/10 176/14 195/5 196/8
196/8 196/12 196/14 199/4 199/11 199/22
199/24 216/9 224/12 225/9
you've [15]  41/11 42/5 54/17 55/23 80/22
91/18 99/23 128/9 128/13 162/13 162/13
172/3 177/12 177/12 213/12
young [3]  31/16 142/4 144/19
younger [2]  11/18 142/16
youngish [1]  65/2
yours [1]  167/7
yourself [17]  65/6 90/1 97/17 109/7 109/11
122/18 124/14 132/19 138/5 138/12 144/17
152/12 164/17 170/3 173/4 180/23 181/1

## Z

zero [1]  172/15