```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                      Case No. 11-80072-CR-MARRA
 3
     UNITED STATES OF AMERICA,      )
 4                                  )
          GOVERNMENT,               )
 5                                  )
          -v-                       )
 6                                  )
     ROSE MARKS,                    )
 7                                  )
          DEFENDANT.                )    West Palm Beach, Florida
 8                                  )    August 29, 2013
     _____)
 9

10                    Volume 4, Pages 1 - 246

11              TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12           BEFORE THE HONORABLE KENNETH A. MARRA

13                 UNITED STATES DISTRICT JUDGE

14

15   Appearances:

16   FOR THE GOVERNMENT          Laurence M. Bardfeld, AUSA, and
                                 Roger H. Stefin, AUSA
17                               United States Attorney's Office
                                 500 East Broward Boulevard
18                               7th Floor
                                 Fort Lauderdale, FL 33301
19
     FOR THE DEFENDANT           Fred A. Schwartz, ESQ.
20                               Kopelowitz, Ostrow, Ferguson
                                 Weiselberg, Keechl
21                               700 South Federal Highway,
                                 Suite 200
22                               Boca Raton, FL 33432

23   Reporter                    Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768               Official Court Reporter
24                               701 Clematis Street
                                 West Palm Beach, Florida  33401
25                               E-mail:  SFranklinUSDC@aol.com
```

```
 1          (Call to the order of the Court.)

 2               THE COURT:  Good morning, everyone.  Please be

 3     seated.

 4               Back on the record.  Ms. Marks is present with

 5     counsel.

 6               We ready to proceed?

 7               MR. SCHWARTZ:  I had one application I wanted to

 8     make this morning, Your Honor.

 9               THE COURT:  Yes.

10               MR. SCHWARTZ:  The Government intends today to

11     introduce people who conducted the search of the Defendant,

12     Rose Marks' home, another location, safe deposit boxes,

13     et cetera.  They intend to introduce a lot of jewelry into

14     evidence.  Some of the pieces of jewelry I would agree are

15     relevant.  Sylvia Roma, who will be a witness today, would

16     testify that two school rings and some necklaces and

17     bracelets were hers.  Certainly, that's relevant.

18               The rest of the jewelry is being offered, I guess

19     to -- I know, because I asked Mr. Stefin, for the purpose of

20     showing unexplained wealth.  Well, there's no question that

21     Mrs. Marks received money from a number of people.  We

22     concede that she received as payment for services close to a

23     million dollars a year from Jude Montassir Deveraux, and

24     we've provided the Government previously with evidence that

25     much of the jewelry, or at least a significant part of the
```

 1   jewelry was inherited or passed down from Rose's mother,

 2   grandmother to Rose or her son Rickey, that Donnie Eli had

 3   legitimate basis for obtaining a lot of the family jewelry

 4   that was seized.  And I believe that absent some showing that

 5   particular pieces of jewelry were either from the alleged

 6   victims or purchased with money from the alleged victims, it

 7   shouldn't be admissible.

 8           THE COURT:  Did you want to be heard on that,

 9   Mr. Stefin?

10           MR. STEFIN:  Your Honor, at the time the search was

11   executed -- well, let me maybe back up a little bit.

12           If you recall in my opening, the Government told

13   the jury that we would show where the victims' money went,

14   because one of the major misrepresentations was the fact that

15   they would hold onto the victims' money, keep it safe and

16   return it when the work was done.

17           We have a situation that when the search was

18   executed the agents found hundreds and hundreds of pieces of

19   jewelry which were appraised and have totaled up to more than

20   a half a million dollars in value, watches, rings, all sorts

21   of expensive bobbles.  So the evidence I believe is relevant

22   for several reasons.  One, it's circumstantial evidence of a

23   fact that this Defendant and family members were spending the

24   victims' money.  And how were they spending it?  By the

25   purchases of this jewelry.  That's circumstantial because

 1   there were no purchase records found at the Defendant's

 2   house.

 3         But we're not talking about family heirlooms here.

 4   We're talking about Rolexes and Seiko watches.  Seiko's maybe

 5   not a good analogy, but valuable pieces of jewelry.  The

 6   jewelry box by itself, which is worth more than $50,000, a

 7   gold jewelry box.  Hundreds of thousands of dollars in

 8   jewelery.  So it offers that explanation.

 9         And the second thing is that some of the jewelry

10   had been identified by at least one of the victims as

11   belonging to her.  So I think it all comes in as

12   circumstantial evidence of the Defendant's expenditure and

13   also the fact that it corroborates victims' testimony,

14   multiple victims, who said they were induced to send jewelry

15   to the Defendants as part of this work, which was supposed to

16   be returned.

17         So for all those reasons, the evidence I believe is

18   relevant.

19         THE COURT:  Anything else?

20         MR. SCHWARTZ:  Just one last statement.

21         As an example, although we've provided a lot of

22   documentation as to inherited jewelry, I have, and it's black

23   and white, a picture of Rose's mother with a gold purse, gold

24   belt, gold coins around her neck, gold pendant, things of

25   that sort that they inherited or Rose got through family.

```
 1    It's part of the Gypsy culture to have a lot of jewelry and
 2    pass it down through the generations.  And absent some
 3    showing that this jewelry was, in fact, purchased with the
 4    money from the victims, receipts, store records, anything of
 5    that sort, or that it belongs to a particular victim, and
 6    there's one victim who had a few bobbles -- I shouldn't say
 7    bobbles, a few pieces of jewelry that were hers, like the
 8    silver, it shouldn't be admissible.
 9              THE COURT:  I'm going to overrule the objection.  I
10    think it's circumstantial evidence that the jury can decide
11    whether it's traceable to any alleged criminal activity or
12    not based upon what other evidence is presented.  So I'm
13    going to overrule the objection.
14              Anything else?
15              MR. SCHWARTZ:  No, Your Honor.
16              THE COURT:  Let's bring the jurors in, please.
17         (The jury enters the courtroom, after which the following
18    proceedings were had:)
19              THE COURT:  Good morning, everyone.  Welcome back.
20    Please be seated, ladies and gentlemen.
21              All right.  Has anyone read or heard anything about
22    the case since we recessed yesterday?  No?
23              Okay.  No one's done any research on the issues?
24              Okay.  Great.
25              All right.  Thank you, and we're going to proceed
```

```
 1   with the next witness.
 2          MR. BARDFELD:  Good morning, Your Honor.  The
 3   United States would call Special Agent Beth Lodderhouse.
 4          THE COURT:  Ma'am, would you raise your right hand,
 5   please.
 6          Beth Lodderhouse, Government witness, sworn.
 7          THE COURT:  Please be seated.
 8          Ma'am, if I could just tell us your name, please,
 9   and spell your last name for us.
10          THE WITNESS:  Sure.  Beth Lodderhouse,
11   L-o-d-d-e-r-h-o-s-e.
12                    Direct Examination
13   BY MR. BARDFELD:
14   Q    How are you employed?
15   A    I am a special agent with the United States Secret
16   Service.
17   Q    How long have you been a special agent with the United
18   States Secret Service?
19   A    Approximately 11 years.
20   Q    Okay.  And are you one of the case agents responsible
21   for a search that was conducted at 1319 Seminole Drive in
22   Fort Lauderdale, Florida?
23   A    Yes.
24   Q    And as one of those case agents responsible, were you
25   responsible for seizing various items at that particular
```

```
 1    residence?

 2    A    Yes.

 3    Q    Do you know what residence -- whose residence it was?

 4    A    Yes, the resident -- yes.

 5    Q    Whose residence was it?

 6    A    Rose Marks.

 7    Q    Do you see Ms. Marks in the courtroom today?

 8    A    Yes, I do.

 9    Q    Can you identify her?

10    A    She's right there.  (Indicating.)

11           MR. BARDFELD:  Let the record reflect the witness

12    has identified Ms. Marks.

13           THE COURT:  Yes.

14    BY MR. BARDFELD:

15    Q    Okay.

16           Where was -- do you recall the address of that

17    particular residence?

18    A    Yes, it was 1319 Seminole Drive in Fort Lauderdale.

19    Q    And what was your responsibility at the search?

20    A    My responsibility was to photograph the residence itself

21    and then any items for evidence that we were taking.

22           THE COURT:  Mr. Bardfeld, can you get close to the

23    microphone, please?

24           MR. BARDFELD:  I'm sorry.

25           THE COURT:  Thank you.
```

```
1    BY MR. BARDFELD:

2    Q     And as you photographed those evidence, are you

3    photographing them while they are still in the position that

4    they are located?

5    A     Approximately, yes.

6              MR. BARDFELD:  May I approach, Your Honor?

7              THE COURT:  Yes.

8    BY MR. BARDFELD:

9    Q     I show you what's been marked as composite exhibit

10   number 25.

11   A     Okay.

12   Q     Can you identify that?

13   A     Yes, that is the home that we conducted the search

14   warrant.

15   Q     Okay.  And there are a number of pictures in there.  Can

16   you just go ahead and look and make sure that that's -- those

17   are all photographs?

18   A     Yes, they are.

19   Q     Okay.  And do those photographs accurately depict the

20   scene as you recall it on the date that you executed the

21   search warrant?

22   A     Yes.

23             MR. BARDFELD:  I move to admit composite exhibit

24   number 25 into evidence.

25             MR. SCHWARTZ:  Without objection, Your Honor.
```

```
 1              THE COURT:  Admitted without objection.
 2        (Government's Exhibit No. 25 composite entered into
 3   evidence.)
 4              MR. BARDFELD:  Your Honor, may I publish?
 5              THE COURT:  Yes, you may.
 6   BY MR. BARDFELD:
 7   Q    Okay.  And that's the residence that you searched; is
 8   that correct?
 9   A    Yes.
10   Q    Now, can you briefly tell the members of the jury how a
11   search is conducted?
12   A    From start to finish?
13   Q    Yes.
14   A    Okay.  The way it would work is we first approach the
15   home.  The first thing we do when we make entry is to secure
16   the residence to make sure everybody inside is safe and
17   doesn't have weapons.  And then from there we start a
18   systematic search of the house.  We label each of the rooms
19   by a letter system so we're able to go back and identify
20   which rooms are labeled, and then from there we break off
21   into teams and methodically go through each of the rooms.
22              Along the way we take photographs and we document
23   everything that we touch or that we actually end up removing
24   from the residence.
25   Q    Okay.  And you had indicated that one of the things you
```

1   do is you, for safety purposes, you find people there?

2   A    Absolutely.

3   Q    Was Ms. Marks at the location at the time you executed

4   the search warrant?

5   A    Yes, she was.

6   Q    Okay.  Do you recall what time you executed the search

7   warrant?

8   A    I don't have an exact time, but it was early in the

9   morning.

10  Q    And when you say early you mean?

11  A    The sun wasn't quite up yet.  Based on the time of year,

12  I don't know the exact time.

13  Q    Okay.  Can you briefly describe what kind of items you

14  found during the execution of the search warrant?

15  A    Sure.  We found a lot of jewelry varying in type of

16  jewelry, price range, location of the house.  That was the

17  primary thing.  We found a lot of documents, receipts, bank

18  statements, letters, that sort of thing, throughout the

19  house.

20  Q    Did you have any idea who lived or who stayed in

21  particular bedrooms?

22  A    For the most part.

23  Q    Okay.  Do you know which bedroom Ms. Marks was in?

24  A    That would be the master bedroom, which was located on

25  the second floor of the home.

```
 1    Q    Okay.  And you said that you seized a lot of jewelry; is
 2    that correct?
 3    A    Yes.
 4              MR. BARDFELD:  Your Honor --
 5    BY MR. BARDFELD:
 6    Q    Well, have you had an opportunity to look at the three
 7    boxes that are in front here that will be marked as composite
 8    exhibit 531?
 9    A    Yes, I have.
10    Q    And as you -- and you've had an opportunity to look at
11    each and every document -- I mean each and every item of
12    jewelry that was in the particular bags?
13    A    Yes, I have.
14    Q    By the way, why are they put in bags?
15    A    We put them in bags just as a way of separating,
16    identifying, and keeping track of what we took, where it was
17    taken from, and then we also proceed to keep the evidence, as
18    we call it, at all times locked in a secure vault.
19    Q    Okay.  So the idea is --
20    A    Categorize --
21              THE COURT:  One at a time, please.
22              Repeat the question.
23    BY MR. BARDFELD:
24    Q    So it's basically for housekeeping purposes so that you
25    know where particular items are found?
```

```
 1    A     Yes.

 2    Q     And, again, you've had the opportunity, before we came

 3    here today, to look at all of the items of jewelry that are

 4    contained in the three boxes that will be marked as composite

 5    exhibit 531; is that correct?

 6    A     Yes.

 7    Q     And are all of those items -- were all of those items

 8    seized from the residence at 1319 Seminole Drive?

 9    A     Yes, they were.

10    Q     Let's go systematically, if you would.

11          Now, I'm going to show you particular items, if

12    that's okay, and can you identify what the item is and where

13    it was found?

14    A     Okay.

15          MR. BARDFELD:  Your Honor, may I approach?

16          Oh, I'd move to admit Government's exhibit 531

17    composite into evidence.

18          MR. SCHWARTZ:  For the record, I'd make the same

19    objection we made earlier.

20          THE COURT:  Admitted over objection.

21       (Government's Exhibit No. 531 composite entered into

22    evidence.)

23    BY MR. BARDFELD:

24    Q     Let's start with these.

25          Can you identify the first particular bag that's
```

1    located in the box?

2    A    Sure this is exhibit 531, number 732-2.

3    Q    And 732-2 is the way that you at Secret Service identify

4    the particular item?

5    A    Exactly.

6    Q    Okay.  What is that?

7    A    That item is a gentleman's Chopard St. Mortese (sic) 18

8    karat yellow gold watch.

9    Q    Okay.  Is there anything else in that bag?

10   A    Yes, there are other items in the bag.

11   Q    And what are the other items in there?

12   A    Would you like me to list each of them?  The rest of the

13   items in the bag are jewelry.

14   Q    Okay.  That's sufficient.

15   A    Okay.

16   Q    Let's look at the next bag, if you would.

17   A    This is exhibit number 531, number 725-12.

18   Q    I tell you what, let's go back to that first bag that we

19   had.

20   A    Sure.

21   Q    Okay.  You said that there was a Chopard watch?

22   A    Yes, it is.

23   Q    Can you briefly describe what other items are located in

24   that particular bag of jewelry?

25   A    In this particular bag?

1    Q    Yes.

2    A    Yes, there is also a ladies 18 karat gold watch, a pair

3    of Tiffany ladies sterling silver ball earings, ladies 16

4    inch 14 karat yellow gold necklace, containing 999 gold

5    coins, and a ladies 18 karat yellow gold Happy Anniversary

6    locket stamped Tiffany & Company.

7    Q    That's the first bag you said?

8    A    Yes, sir.

9    Q    Let's take a look at the second bag that you have in

10   that box.  What's in the second bag?

11   A    Okay.  Would you like the first item marked?  You want

12   me to go through all the items?

13   Q    Yes, if you would.

14   A    There is a ladies 10 karat yellow gold 26-inch-long

15   rosary necklace, a ladies 18 karat yellow gold silk bracelet

16   by Cartier, a pair of ladies' 14 karat yellow gold panther

17   earrings containing 28 round brilliant diamonds and 54

18   brilliant blue faceted sapphires, a pair of ladies 14 karat

19   yellow gold ruby and diamond earrings, containing two oval

20   facetted rubies, and 24 single cut diamonds.

21         Next item is a pair of ladies 14 karat yellow gold

22   pearl stud earrings.  There is one yellow metal stud earring.

23   There is one pair of ladies 14 karat yellow gold drop style

24   earrings.  There is one circa 1945 Mexican coin, two sterling

25   silver Tiffany & Company charms, one ladies single 14 karat

```
 1    yellow gold X earrings, one ladies 24 karat yellow gold
 2    electroplate glasses by Cartier, one ladies 18 karat yellow
 3    gold custom-made makeup kit with an embossed finish, oval in
 4    shape containing approximately 247 round brilliant diamonds.
 5    And there is also one white cloth Gucci bag.
 6    Q    Okay.  Now, when you opened -- that's the second bag
 7    that we've looked at today.
 8    A    Yes.
 9    Q    When you hold up the second bag, can you see all of
10    those documents (sic) in there?
11    A    Yes, they're in bags and such, but they're all in here.
12    Q    And why are they grouped according to bags?  Is there
13    some significance to that?
14    A    Yes, based upon the location in which the items were
15    found.
16    Q    Okay.  So let's go back to the first bag that we've
17    looked at.
18    A    Okay.
19    Q    Where were those particular items in the first bag?  And
20    what was the number on that?
21    A    The items in the first bag were 732.
22    Q    732.
23         So Government's exhibit 531, ID number 732, those
24    items were found where?
25    A    These were found in a bedroom, which was considered
```

1    bedroom four, which we marked with the letter G during the

2    search warrant.

3    Q    Where was that bedroom located?

4    A    That was down a hallway on the main floor.

5    Q    On the main floor.

6    A    Yes.

7    Q    Okay.  I guess since there's a main floor, does that

8    mean there's a second floor to that particular building?

9    A    Yes. there is.

10   Q    The second bag that you've had, what did you identify

11   that?

12   A    As 725.

13   Q    Okay.  Item 725.  All of the jewelry that was found in

14   that particular bag, where was that located?

15   A    This was found in a black duffel bag which was inside a

16   safe inside a bedroom on the main floor.

17   Q    Okay.  Is that the same bedroom that the other one

18   was --

19   A    Yes, it is.

20              THE COURT:  Mr. Bardfeld, can you use the

21   microphone, please?

22              MR. BARDFELD:  I'm sorry.

23              THE COURT:  Thank you.

24   BY MR. BARDFELD:

25   Q    That was the second -- I mean that was also found in the

1    same bedroom; is that correct?

2    A    Yes, it is.

3    Q    Okay.  Let's look at the --

4         MR. BARDFELD:  Actually, Your Honor, can I publish

5    these items and let the jury take a look at the jewelry?

6         THE COURT:  Yes.

7    BY MR. BARDFELD:

8    Q    These are stapled so that they don't come out, right?

9    A    Yes.

10   Q    Okay.  Is there another bag in that box?

11   A    Yes.

12   Q    Let's go to the third bag.  And can you identify the

13   third bag?

14   A    Okay.  This bag contains one ladies -- oh, I'm sorry

15   it's exhibit 531, 726.

16   Q    726.  Okay.

17   A    Item number 1 is a ladies 18 karat yellow gold piajet

18   polo-style watch.  Alternating bands of brushed gold links

19   and full cut pave diamond links.

20   Q    Okay.  What else?  What other are in -- what ID number

21   was that?

22   A    726, specifically ID number 1.

23   Q    I don't need the specifics.  I just want to know the bag

24   number, 726.

25        What other items of jewelry were found in bag 726?

```
 1    A    A gentleman's 18 karat stainless steel Rolex submariner
 2    Oyster perpetual date watch with diamond markers and sapphire
 3    markers with channel set bezel containing 29 round full-cut
 4    diamonds, and there was one gentleman's stainless steel
 5    Girard-Perregaux watch with a red dial.
 6    Q    And where were the items in 726 found?
 7    A    These items were also found in a black duffel bag inside
 8    a safe inside bedroom G.
 9              MR. BARDFELD:  Your Honor, may I publish that?
10              THE COURT:  Yes.
11    BY MR. BARDFELD:
12    Q    There's one more?  I'm sorry.  Go ahead, if you would.
13    A    One more item on here.  A ladies 14 karat yellow gold
14    basket style ring containing one flat oval black onyx
15    surrounded by round full-cut diamonds.
16              MR. BARDFELD:  May I approach, Your Honor?
17              THE COURT:  Yes.
18    BY MR. BARDFELD:
19    Q    What's the next bag you've located?
20    A    The next bag is marked 740.
21    Q    Okay.  And what's in bag number 740 of composite
22    exhibit 531?
23    A    There are 22 items in this bag.  There is one pink in
24    color jewelry box, one gentlemen's 14 karat yellow gold
25    Cartier cufflinks, one pair of Tiffany & Company 925
```

```
1    propellor cufflinks, one 14 karat yellow gold Italian horn
2    charm, one Porsche key with a 14 karat yellow gold head and
3    brass stem, one gentlemen's 14 karat yellow gold Rolls Royce
4    grill cufflinks, one pair of ladies' 14 karat white gold
5    black diamond stud earrings containing two round brilliant
6    black diamonds.
7              One pair of ladies' 14 karat yellow gold martini
8    diamond stud earrings.  One ladies' 14 karat white gold
9    three-stone ring containing one emerald cut center diamond
10   with two emerald cut natural deep blue sapphires.  One 14
11   karat yellow gold large cross containing 16 round brilliant
12   cut diamonds suspended on a 36-inch rope chain.  One pair of
13   ladies' 14 karat yellow gold J-shaped diamond earrings
14   containing 62 round brilliant prong set diamonds and 14
15   baguette diamonds.  One ladies' 18 karat rectangular shaped
16   slider containing 32 round brilliant diamond.
17   Q    Did you say a lighter?
18             MR. SCHWARTZ:  Slider.
19             THE WITNESS:  Slider.
20   BY MR. BARDFELD:
21   Q    Oh, okay.
22   A    One silver in color ring with a clear stone.  One gold
23   in color cuff rings, Cartier.  One ladies' 14 karat white
24   gold diamond circle pin with a bow on top containing 46 round
25   brilliant pave set diamonds.  One 18 karat yellow gold bar
```

```
 1    pin stamped Tiffany 750 containing 15 round brilliant channel
 2    set diamonds.  One pair of ladies' 18 karat two-tone rose
 3    color on top earrings containing eight princess cut diamonds
 4    surrounded by 24 brilliant cut facetted sapphires.
 5              One 14 karat yellow gold 16-inch chain-style
 6    bracelet, one ladies' 18 karat yellow gold 42-inch chain.
 7    One ladies' 41-inch 14 karat yellow gold chain style necklace
 8    with panther charm, 15 round pave sapphires and 14 single and
 9    full-cut pave diamonds.  One ladies' 36-inch 18 karat yellow
10    gold link chain stamped Tiffany & Co. Peretti containing 12
11    burnish set diamonds of various sizes.  And one ladies' 18
12    karat rectangular shaped slider containing 32 round brilliant
13    diamonds.
14    Q    Is that it?
15    A    Yes, sir.
16    Q    And that was item number 740?
17    A    740.
18    Q    And where were the items contained in 740, or where was
19    the jewelry contained in item 740 found?
20    A    These items were found in a duffel bag which was located
21    inside a safe inside the bedroom marked G, which was on the
22    main floor.
23              MR. BARDFELD:  May I approach, Your Honor?
24              THE COURT:  Yes.
25              MR. BARDFELD:  I'm going to come back to this in a
```

1    little while.

2    BY MR. BARDFELD:

3    Q    Now we're at box number 2 of composite exhibit 531.

4    What's contained in box number 2?

5    A    This box also contains jewelry.

6    Q    Can you briefly identify the particular jewelry to the

7    members of the jury?  And we can do it the same way.

8    A    Okay.  Number 741 contains one 14 karat yellow gold

9    fluted coin frame with bail, one pair of 18 karat yellow gold

10   watch links, one ladies' hand yellow metal charm, one yellow

11   metal buckle for leather watch band, one ladies 14 karat

12   yellow gold scarf holder double ring design with the letter

13   "M" initial set with nine one point five millimeter natural

14   red facetted rubies.

15            One white metal non-precious screwdriver, two

16   yellow metal non-precious screwdriver, one yellow metal

17   non-precious coin frame, two stainless steel watch links, one

18   gentlemen's sterling silver collar cover with a western motif

19   stamped Mexico.  Three stainless steel watch links, one loose

20   apparently blue facetted sapphire, one yellow metal

21   non-precious shiny finish coin frame, one 14 karat yellow

22   gold horseshoe charm, one 14 karat yellow gold nugget

23   pendant, one 14 karat yellow gold boxing gloves charm, one

24   ladies yellow metal non-precious signet ring with the letter

25   A script initial engraved on top.

1              One ladies 14 karat yellow gold diamond band

2      containing 11 round brilliant diamonds.  One 2 and a half

3      inch section of a ladies 14 karat yellow gold rope chain, one

4      ladies 14 karat yellow gold Capricorn diamond cut pendant

5      charm with diamond cut frame.

6              One pair of ladies 14 karat white gold shiny finish

7      hoop earrings.  One green box.

8      Q    And that would be item number 741; is that correct?

9      A    741.

10             MR. BARDFELD:  May I approach, Your Honor?

11             THE COURT:  Yes.

12             MR. BARDFELD:  May I publish?

13             THE COURT:  Yes.

14             MR. BARDFELD:  Judge.  Let's go to the next item in

15     box number 2.

16             MR. SCHWARTZ:  Your Honor, may we know what room

17     that was found in?

18             MR. BARDFELD:  Oh, yeah, I'm sorry.

19     BY MR. BARDFELD:

20     Q    What room was that found in?

21     A    Can I see it again?

22             These items were found in the master bathroom in a

23     stand-alone safe.

24     Q    I'm sorry?

25     A    In the master bathroom.

```
 1    Q     Okay.  The next particular bag.

 2    A     The next bag is marked 749.  Contains one sterling

 3    silver turquoise inlaid necklace, two sterling silver shiny

 4    hoop earrings, one white box, two 14 karat white gold large

 5    hoop earrings, two sterling silver turquoise drop earrings,

 6    and a pair of 18 karat white gold inside/out design diamond

 7    hoop earrings containing 86 round brilliant channel set

 8    diamonds.

 9    Q     Is that it?

10    A     Yes.

11    Q     And what particular room was that found in?

12    A     These were found in the master bathroom on the second

13    floor.

14    Q     Okay.  And that would be, again, items 749?

15    A     749.

16          MR. BARDFELD:  May I approach, Your Honor?

17          THE COURT:  Yes.

18  BY MR. BARDFELD:

19    Q     And let's go to the next bag.  What's the next bag

20    number?

21    A     The next bag number is 733.

22    Q     And what's contained in bag number 733?

23    A     One small black box, one circa 1972 10 karat class ring

24    marked Aliquippa High School, engraved SMR inside it, with a

25    seven by five black oval stone, and one ladies' 10 karat
```

```
 1    yellow gold class ring marked Washington & Jefferson College
 2    engraved SMR inside the ring.
 3    Q    And where were those particular items found?
 4    A    These items were found inside the male closet in the
 5    master bedroom.
 6    Q    The male closet in the master bedroom?
 7    A    It was identified as a male closet marked with the
 8    letter H.
 9    Q    Is that it for item 733?
10    A    Yes.
11              MR. BARDFELD:  May I approach, Your Honor?
12              THE COURT:  Yes.
13              MR. BARDFELD:  And publish?
14              THE COURT:  Yes.
15    BY MR. BARDFELD:
16    Q    Okay.  Let's look at the next bag.  What bag number is
17    that?  What items?
18    A    762.
19    Q    Can you describe what's in 772?
20    A    One black box, one pair of ladies' 14 karat yellow gold
21    7-millimeter pearl stud earrings, one pair of ladies 14 karat
22    yellow gold .9 millimeter pearl stud earrings.
23    Q    Where was -- is that it?  In item 762?
24    A    Yes.
25    Q    And where were the items from 762 found?
```

```
 1    A     They were found inside the male closet, inside the

 2    master bathroom marked H.

 3              MR. BARDFELD:  May I approach and publish?

 4              THE COURT:  Yes.

 5    BY MR. BARDFELD:

 6    Q     Okay.  What's the next item number?

 7    A     744.

 8    Q     And what's in item 744 of Government's exhibit 531?

 9    A     One small gray jewelry box, one ladies 14 karat yellow

10    gold 23 and a half-inch round black Onyx V-necklace.  One

11    pair of ladies' 14 karat yellow gold oval dome black Onyx

12    earrings.

13    Q     Where was that found?

14    A     These items were found inside the male closet marked H

15    inside the master bathroom.

16    Q     Were these found in jewelry boxes?  Were they all over

17    the place?  How would you describe how the jewelry was found?

18    A     They were found in a variety of different places.  Some

19    inside the jewelry boxes that are listed on the sheet.

20              MR. BARDFELD:  May I approach and publish, Your

21    Honor?

22              THE COURT:  Yes.

23    BY MR. BARDFELD:

24    Q     What is the next item that you have in front of you?

25    A     Item number 743, one yellow box, one silver in color
```

```
 1   necklace with a pearl-like stone and clear stones around it.

 2   That's it.

 3   Q    And where was that found?

 4   A    These items were found inside the male closet marked H

 5   inside the master bathroom.

 6   Q    Okay.  And that's 743?

 7   A    Yes.

 8          MR. BARDFELD:  May I approach and publish?

 9          THE COURT:  Yes.

10   BY MR. BARDFELD:

11   Q    Let's go to the next item you have in front of you.

12   What is that?

13   A    768.

14   Q    And what's in item 768, the bag?

15   A    One gray box, one pair of ladies' 14 karat white gold

16   Italian-made earrings with kidney wire backs.

17   Q    And where were those items found?  Is that it?  I'm

18   sorry.

19   A    Yes, that's it.

20          These items were found inside the male closet in

21   the master bathroom.

22          MR. BARDFELD:  May I approach and publish, Your

23   Honor?

24          THE COURT:  Yes.

25
```

```
 1   BY MR. BARDFELD:

 2   Q     What's the next bag you have in front of you?

 3   A     739.

 4   Q     And what's contained in item 739?

 5   A     One black box and one pair of ladies' 14 karat yellow

 6   gold mabe pearl earrings containing two round mabe pearls.

 7   Q     And where were those particular items found?

 8   A     These items were found in the male closet inside the

 9   master bathroom.

10         MR. BARDFELD:  May I approach and publish, Your

11   Honor?

12         THE COURT:  Yes.

13   BY MR. BARDFELD:

14   Q     What's the next item that you have?

15   A     Item number 771.

16   Q     What's contained in item 771?

17   A     One pair of ladies' 14 karat white gold diamond stud

18   earrings containing two round brilliant diamonds.

19   Q     And where was -- is that all that's in 771?

20   A     Yes.

21   Q     And where was that item found?

22   A     This item was found inside the wine cabinet which was in

23   the dining room marked with the letter B.

24   Q     Marked with the letter B?

25   A     Yes.
```

```
 1                MR. BARDFELD:  May I approach, Your Honor?

 2                THE COURT:  Yes.

 3                MR. BARDFELD:  And publish?

 4   BY MR. BARDFELD:

 5   Q    What is the next bag that you have identified?

 6   A    785.

 7   Q    And before we start, where were the items in 785

 8   located?

 9   A    These items were found inside the master bathroom.

10   Q    Okay.

11   A    One 14 karat yellow gold pendant containing one round

12   7-millimeter cultured pearl with a 20-inch S chain.  A pair

13   of 14 karat yellow gold 6.0-millimeter ball earrings.  One 14

14   karat yellow gold Italian horn charm.  One green and yellow

15   jewelry pouch.  One 20-inch sterling silver Star of David

16   pendant.  One 36-inch strand of Majorca pearls, non-genuine.

17   And one 18 karat white gold woven chain, 20 inches in length.

18   Q    And, again, we said that's the master bathroom?

19   A    Yes.

20                MR. BARDFELD:  May I approach and publish, Your

21   Honor?

22                THE COURT:  Yes.

23   BY MR. BARDFELD:

24   Q    What is the item you have in front of you?

25   A    717.
```

```
 1   Q    Okay.  And what's contained in item 717?

 2   A    One ladies' 18 karat yellow gold spoon stick pin

 3   containing three round brilliant diamonds, one 18 karat

 4   yellow gold fancy stick pin containing 37 round brilliant

 5   diamonds, one ladies' 18 karat yellow gold fancy safety pin

 6   stick pin containing 48 round brilliant diamonds.  One

 7   ladies' 18 karat white gold jade onyx and diamond stick pin

 8   containing 83 round brilliant diamonds.

 9   Q    And go ahead, I'm sorry, if you're not finished.

10   A    A pair of ladies 14 karat yellow gold sapphire earrings,

11   one ladies' 18 karat yellow Cartier & Co. three-ring ring

12   set, one ladies' 14 karat yellow gold wedding band engraved

13   "To Karla With Love, 01-27-79" inside the ring.  One ladies'

14   18 karat white gold rose design stick pin containing

15   approximately 71 brilliant diamonds.

16        One ladies' 18 karat yellow gold 35-inch length

17   necklace, one ladies' Cartier lighter with blue star on top

18   and blue cover, one ladies' 18 karat yellow gold safety stick

19   pin containing 29 round brilliant diamonds, one 18 karat

20   yellow gold 30-inch eyeglass chain with black rubber end

21   caps.  One ladies' 18 karat gold diamond and pink sapphire

22   rose stick pin containing approximately 71 round brilliant

23   diamonds.

24   Q    And where were those -- oh, I'm sorry.

25   A    One gentlemen's 18 karat yellow gold pinky ring by
```

```
 1   Cartier containing one round brilliant diamond, two round,

 2   deep intense red natural facetted rubies; one gentlemen's 14

 3   karat yellow gold sapphire ring containing three oval natural

 4   deep intense blue sapphires.  One ladies' 18 karat yellow

 5   gold channel set band containing eight natural square cut

 6   deep red rubies, 18 karat two-tone diamond and ruby stick

 7   pin, one gentlemen's 14 karat yellow gold tie pin, one green

 8   cardboard box marked Rolex.

 9   Q    Where were those particular items found?

10   A    These items were found inside the master bathroom.

11   Q    Okay.  And that would be Rose Marks' bathroom?

12   A    Yes.

13   Q    What item number is that?  I'm sorry.

14   A    Item number 717.

15        MR. BARDFELD:  Okay.  May I approach and publish?

16        THE COURT:  Yes.

17   BY MR. BARDFELD:

18   Q    What's the next bag number that you have?

19   A    746.

20   Q    746, and Government's composite exhibit 531, item 746.

21   What's contained in that particular bag?

22   A    One Mikado pearl necklace with 14 karat yellow gold

23   barrel design clasp, one blue necklace case, and one 14 karat

24   white gold mabe pearl drop style pendant containing one

25   pear-shaped mabe pearl.
```

1    Q      And, again, where was item -- where were the items in

2    746 found?

3    A      Inside the master bathroom.

4              MR. BARDFELD:  May I approach and publish, Your

5    Honor?

6              THE COURT:  Yes.

7    BY MR. BARDFELD:

8    Q      Next item.

9    A      Next item is number 770, one pair of 14 karat yellow

10   gold love knot earrings and one red earring box.

11   Q      And where was that found?

12   A      These items were found in the male closet inside the

13   master bathroom.

14   Q      Okay.  Was there a safe in the master bathroom?

15   A      Yes.

16   Q      Were these items found in the safe?

17   A      These items?  No, they were not.

18   Q      Okay.  If they were found in the safe, you would have

19   referred to it someplace on your inventory?

20   A      Yes.

21              MR. BARDFELD:  May I approach and publish?

22              THE COURT:  Yes.

23   BY MR. BARDFELD:

24   Q      The next item you have is Government's composite

25   exhibit 531.  What ID number is on the back?

```
1    A     752.

2    Q     What's contained in item 752?

3    A     One ladies' apparently 14 karat yellow gold one single

4    hoop earring.  One pair of ladies' 18 karat yellow gold

5    button-style earrings.  One ladies' 14 karat yellow gold

6    20-inch diamond cut rope chain with a 14 karat yellow gold

7    evil eye charm.  One ladies' 14 karat yellow gold stamped

8    family scene charm.  One black velvet case, one pair of

9    ladies' 18 karat yellow gold shiny hoop earrings, one pair of

10   ladies' 14 karat yellow gold hollow kissing ram design hoop

11   earrings.

12   Q     And where were all the items in item 752, where was all

13   the jewelry in item 752 found?

14   A     These items were found inside the master bathroom.

15         MR. BARDFELD:  May I approach and publish, Your

16   Honor?

17         THE COURT:  Yes.

18         MR. BARDFELD:  Okay.  So that box is done.

19   BY MR. BARDFELD:

20   Q     Before we get to the next box, I'm going to show you

21   what's already been introduced as composite exhibit 25, and

22   I'm just going to ask you, these are the pictures of the

23   residence; is that correct?  We've already seen one.  That's

24   what the residence looked like?

25   A     Yes.
```

```
 1    Q    Here's another photograph that was taken and already

 2    admitted.

 3              By the way, are you familiar with the area where

 4    the search warrant was executed, 1319 Seminole Drive?

 5    A    Yes.

 6    Q    Where is that located?

 7    A    It's located in Fort Lauderdale.  This home in

 8    particular is located on the Intercoastal Waterway.

 9    Q    Right on the Intercoastal?

10    A    Yes.

11    Q    Okay.  And, again, this is another picture of the

12    residence?

13    A    Yes.

14    Q    Another picture of the residence; is that correct?  Can

15    you see that?

16    A    I can't tell exactly what's . . .

17    Q    How about now?

18    A    Yes.

19    Q    Okay.  Another picture where we have, I believe this is

20    a picture of the back of the residence.  Does that look

21    familiar?

22    A    Yes, it is.

23    Q    And that's where you executed the search warrant on

24    August 16th, 2011?

25    A    Yes.
```

1    Q    Another picture?

2    A    Yes.

3    Q    Again, where you executed the search warrant on

4    August 16th, Rose Marks' house; is that right?

5    A    Yes, it is.

6    Q    Another picture of it.

7    A    Yes, it is.

8    Q    Okay.  What's that a picture of, can you tell?  Oh,

9    that's the Intercoastal.

10   A    Yes, it's the waterway in the rear side of the house.

11   Q    Okay.  Is that a couple more?  These are aerial shots,

12   do you see that?

13   A    Yes.

14   Q    Okay.  By the way, there was not a boat at the house,

15   was there?

16   A    No, there was not.  It was across the waterway.

17   Q    And one final picture.

18   A    Yes.

19   Q    Which particular house is it?  Can you tell?  Is it the

20   one with the circular -- is it this house there, but there

21   was no boat there, right?

22   A    I'm looking back.  That looks correct.  There was just

23   not a boat at the time of the search warrant.

24   Q    Okay.  And, finally, one last aerial shot.  Is that it

25   right there?

```
 1   A     Yes, it is.

 2   Q     Okay.

 3            MR. BARDFELD:  May I approach, Your Honor?

 4            THE COURT:  Yes.

 5   BY MR. BARDFELD:

 6   Q     I show you now what's been marked as Government's

 7   composite exhibit 26.  Can you identify that?

 8   A     Yes, this binder contains the photos that were taken the

 9   day of the search warrant at the residence.

10   Q     Okay.  And are those photos that you or other members

11   of -- well, photos that you took at the house when the search

12   was executed?

13   A     Yes, they are.

14   Q     Have you had an opportunity to review all those photos?

15   A     I have.

16   Q     Do they accurately depict the description of the house

17   at the time the search warrant was executed?

18   A     Yes.

19            MR. BARDFELD:  I move for the admission of

20   Government's composite exhibit 26.

21   BY MR. BARDFELD:

22   Q     Is that what we said?  Or 25.

23            THE WITNESS:  Twenty-six.

24            THE COURT:  Twenty-six.

25            Any objection?  Mr. Schwartz, any objection?
```

```
 1              MR. SCHWARTZ:  Your Honor, I have no objection to

 2    admitting it now, subject to any personal identifiers, such

 3    as Social Security numbers being redacted before it becomes

 4    part of the record.

 5              THE COURT:  All right.  I'll admit it subject to

 6    redaction later.  Thank you.

 7          (Government's Exhibit No. 26 entered into evidence.)

 8              MR. BARDFELD:  Your Honor, can I just publish a few

 9    of these photographs?

10              THE COURT:  Yes.

11    BY MR. BARDFELD:

12    Q    By the way, at the time this search warrant was

13    executed, and I'll just -- I don't want to go through each

14    and every picture.  I'll let the members of the jury take a

15    look at it at a later time.  But were there vehicles at the

16    residence at the time the search warrant was executed?

17    A    Yes, there were.

18    Q    Did you take pictures of those vehicles?

19    A    Yes, I did.

20    Q    And those would be contained someplace in Government's

21    composite exhibit number 26; is that correct?

22    A    Yes.

23    Q    There's what appears to be a Range Rover.  Is that one

24    of the vehicles that was at the residence when the search

25    warrant was executed?
```

```
 1    A    Yes, it is.

 2    Q    There's another photograph.  Is that vehicle -- what

 3    kind of a vehicle is that?

 4    A    That is a Mercedes.

 5    Q    And was that Mercedes at the residence at the time the

 6    search warrant was executed?

 7    A    Yes.

 8    Q    Okay.  Here's a picture of another vehicle.  Was this

 9    vehicle also at the residence at the time the search warrant

10    was executed?

11    A    Yes, it was.

12    Q    Okay.  And that's a different -- that's a Mercedes SUV;

13    is that correct?

14    A    Correct.

15    Q    Okay.  You don't know who these vehicles belonged to, do

16    you?

17    A    No, I don't.

18    Q    By the way, how many people were at the house in that

19    morning when you executed the search warrant?

20    A    I don't have an exact number, but quite a few.

21    Q    I'm not talking about from law enforcement perspective.

22    I'm talking about people who were residing in the residence.

23    A    There were quite a few.  I don't have an exact number.

24    Q    Including Rose Marks, right?

25    A    Yes, definitely.
```

```
 1   Q     Also, here's a photograph of some currency.  Was that
 2   also found during the search?
 3   A     Yes, it was.
 4   Q     And then there are also some pictures of some of the
 5   jewelry that was found in there; is that right?
 6   A     That's correct.
 7   Q     What's this a picture of?
 8   A     Car keys and key fobs.
 9   Q     Do you know what kind of car keys they were for, what
10   kind of cars?
11   A     Looks like a Bentley, a Ferrari, and a Jeep.  The one on
12   the left I can't see clearly.
13   Q     And those, again, were found at the residence at 1319
14   Seminole?
15   A     Yes, that's correct.
16   Q     There's another box of jewelry.  This is going to be box
17   number 3 of the jewelry.  Can you take a look at this jewelry
18   and determine where things were found?
19   A     Absolutely.
20   Q     That's box number 3 of composite exhibit number 531.
21   That box looks like it's starting to fall apart.  We're going
22   to start going through like we did --
23   A     Sure.
24   Q     You're just making sure that the items in the box are
25   the items that were seized at 1319 Seminole Drive, right?
```

```
 1    A     Exactly.

 2    Q     This is a matter of moving things.  You moved them up

 3    here and put things in the same boxes.

 4    A     Some of these are -- it's just the beginning from a

 5    different location.

 6          Okay.

 7    Q     We're back?

 8          Okay.  Again, now, the items in this box,

 9    Government's exhibit number 531, those are items that were

10    seized at 1319 Seminole Drive, right?

11    A     Yes.

12    Q     Okay.  Let's go back.  What's the next item number that

13    you have of composite exhibit 531?

14    A     712.

15    Q     And what's contained in 712?

16    A     One 18 karat yellow gold pocket watch by Tiffany &

17    Company with a 14 karat yellow gold fob chain.

18    Q     Where was that particular -- are there other items in

19    that bag?

20    A     Yes, there are.

21    Q     I'm sorry.

22    A     One gentlemen's stainless steel Rolex Yacht-Master

23    watch, one gentlemen's midsize strap watch by Hublot, one

24    ladies' 18 karat yellow gold Rolex Datejust watch with mother

25    of pearl factory diamond dial.  One ladies' 18 karat white
```

```
1    gold Rolex Datejust, one ladies' 14 karat yellow gold

2    charm-style bracelet.  One pair of ladies' 18 karat yellow

3    gold inside/outside diamond hoop earrings, one pair of 14

4    karat white gold screw-back earrings.

5              One ladies' 16-inch overall length sterling silver

6    star necklace by Tiffany & Company, one pair of 18 karat

7    white gold diamond earrings by Cartier containing 76 round

8    brilliant diamonds, one gentlemen's 14 karat yellow gold

9    pinky ring with one round brilliant diamond, one ladies' 10

10   karat yellow gold ring containing one natural deep blue

11   facetted oval sapphire, one ladies' 18 karat yellow gold

12   diamond bangle bracelet by Cartier with 10 round brilliant

13   diamonds, and one white purse-like charm.

14   Q    Where were the items in -- what number was that?  I'm

15   sorry.

16   A    Item 712.

17   Q    712.  Where were those found?

18   A    These items were found inside a black duffel bag which

19   was inside a safe in a bedroom on the main floor.

20             MR. SCHWARTZ:  Do we know which bedroom?

21   BY MR. STEFIN:

22   Q    Do you know which bedroom it was?

23   A    Bedroom labeled G.

24   Q    That was on the main floor, though, right?

25   A    It was on the main floor, yes.
```

```
 1              MR. BARDFELD:  May I approach, Your Honor?

 2              THE COURT:  Yes.

 3              MR. BARDFELD:  And publish?

 4   BY MR. BARDFELD:

 5   Q    Next item of composite exhibit 531.

 6   A    713.

 7              One blue Victoria Secret bag, one ladies' 18 karat

 8   yellow gold invisibly set diamond band containing 22 princess

 9   cut diamonds, one ladies' 14 karat white gold Gucci logo

10   design ring containing 18 single cut diamonds, one ladies 22

11   karat yellow gold ruby bangle bracelet containing 45 round

12   brilliant natural facetted deep red rubies.

13   Q    And where were the items in --

14   A    Excuse me.  There's more.

15   Q    I'm sorry.  There's a second page.  Sorry about that.

16   A    One ladies 22 karat yellow gold emerald bangle bracelet

17   containing 45 natural medium light green round emeralds, one

18   ladies' 14 karat white gold diamond bangle containing channel

19   set baguette diamonds.  One ladies platinum Tiffany & Co.

20   diamonds by the yard-style bracelet containing seven round

21   brilliant bezel set diamonds, one ladies 18 karat yellow gold

22   26-inch overall length pendant, one ladies' 10 karat yellow

23   gold Greek key design bracelet.

24              One pair of ladies' 14 karat yellow gold diamond

25   cut hoop earrings, one ladies' 14 karat yellow gold wide
```

1  double rope bracelet, one ladies apparently 14 karat white

2  gold Cartier symbol silk bracelet containing 24 round

3  brilliant diamonds, one pair of ladies' sterling silver heart

4  silhouette earrings by Tiffany & Co.  One ladies' sterling

5  silver onyx inlay money clip by Cartier.

6          May I open this?

7  Q    Yes.  Do you need some scissors?  You're going to use

8  your hand?  Okay.

9  A    There is one item on clear (phonetic) that's not on

10 here.

11 Q    Okay.

12 A    One loose natural medium green round facetted emerald, a

13 pair of 18 karat yellow gold watch links, a ladies' 18 karat

14 yellow gold necklace by Cartier, ladies' sterling silver

15 Tiffany & Co. charm bracelet with one heart charm engraved

16 Tiffany & Co., one love charm, and one Tiffany & Co. charm

17 box.

18 Q    And item --

19 A    There's still --

20 Q    I'm sorry.

21 A    One ladies' 18-inch diamond heart necklace by Tiffany &

22 Co. and two apparently sterling silver disc design charms.

23 Q    Now, you said that there was something in there that

24 shouldn't have been or something that was not in there that

25 should have been?

```
 1    A    Something on this list that I don't see here.

 2    Q    Okay.  Do you have any idea why it's not in there?

 3    A    I can't answer that at this time.

 4    Q    Okay.

 5              MR. SCHWARTZ:  Can I ask what it is?

 6  BY MR. BARDFELD:

 7    Q    What is it that you --

 8    A    Absolutely.  It may have been voided from the sheet.  I

 9  just want to be clear that it's not in here, was a candid

10  camera.

11    Q    A camera?

12    A    Yes, sir.

13    Q    Also, isn't that mostly jewelry that's in all these

14  items, so might it have been --

15    A    Exactly.  It may have just been something established

16  that was taken off.  It's just not here in the bag.

17    Q    And where were the items from 713 found?

18    A    These were found inside the master bathroom, which would

19  be on the second floor of the home.

20              THE COURT:  Are we going to go through every one of

21  those one by one?

22              MR. BARDFELD:  I guess not, Your Honor.

23              THE COURT:  I'm just asking.  It's up to you.  I

24  think they've got the point.

25  BY MR. BARDFELD:
```

```
 1    Q    I tell you what, that will do it for this.  Can you
 2    just -- I tell you what, let's just, instead of going through
 3    each item, let's just identify the bags and the bag numbers
 4    and just say jewelry was found in that, if that's what was
 5    found in there.  Okay?
 6    A    Okay.
 7    Q    What's the next particular item that we have of
 8    composite exhibit 531?
 9    A    May I stand?
10          Item number 714, and it contains jewelry.
11    Q    And how many items of jewelry are in there?
12    A    Five items.
13    Q    Okay.  Can we go to --
14          MR. SCHWARTZ:  Can we ask where it was from?
15 BY MR. BARDFELD:
16    Q    Where was that found?
17    A    These items were found in a black duffel bag inside the
18    safe in a bedroom marked G, which was on the main floor.
19    Q    Okay.  Let's go to the next item in there.
20    A    716.
21    Q    Does it contain jewelry?
22    A    Yes, these items are jewelry found inside the black
23    duffel bag inside the safe in the bedroom marked G on the
24    main floor.
25    Q    And let's go to the next bag, if you would.  Take your
```

```
 1   time.

 2   A     Item number 718 contains jewelry.  There are seven items

 3   listed, and they were found inside the black duffel bag

 4   inside the safe in the bedroom marked G on the main floor.

 5             Item 721 contains 15 items.

 6   Q     Of jewelry?

 7   A     Yes, they are jewelry.

 8   Q     Where were those items found?

 9   A     These were found in a black duffel bag inside a safe in

10   the bedroom marked G on the main floor.

11   Q     The next bag?

12   A     Item number 722.  Sixteen items of jewelry.

13   Q     Where were they found?

14   A     These items were found inside a black duffel bag inside

15   a safe in the bedroom marked G on the main floor.

16             Next, item 724.  There are 23 items containing

17   jewelry.

18   Q     Where were they found?

19   A     These were found inside a black duffel bag inside a safe

20   in the bedroom marked G on the main floor.

21             Number 727 contains 15 items which are jewelry.

22   These items were found in the master bedroom in the

23   nightstand on the left of the bed.

24   Q     That's 727?

25   A     727.
```

```
1    Q    Okay.  Composite exhibit 531.  What's the next item?
2    A    728 contains three items, one of which is a jewelry box
3    and the other two jewelry.  These were found in the bedroom
4    marked G on the main floor.
5              Okay.  Number 729, seven items.  These are jewelry
6    that was found in the female closet inside the master
7    bathroom on the second floor.
8    Q    Okay.  The next item.
9    A    730 contains four items which are jewelry.  These items
10   were found inside a black duffel bag inside a safe in the
11   bedroom marked G, which was on the main floor.
12             And 731.  Thirteen items.
13   Q    Where were they found?
14   A    These were jewelry and lighters found in the master
15   bathroom, which was on the second floor of the home.
16   Q    How many bedrooms were on the second floor, do you
17   recall?
18   A    One.
19   Q    Just the master bedroom and bathroom?
20   A    Yes.
21             734 contains 18 items which are jewelry.
22   Q    And where were the -- where was the jewelry from
23   item 734 found?
24   A    These items were found inside the master bathroom.
25             735 contains 19 items which are jewelry.
```

```
 1    Q     And where were those 19 items found?

 2    A     These items were found inside the master bathroom.

 3          736 contains two items.  We have three pairs of

 4    eyeglasses.

 5    Q     And where were they found?

 6    A     Inside the master bathroom.  And they were actually

 7    inside of a stand-alone safe.

 8    Q     Inside a safe?

 9    A     Yes, in the master bathroom.

10    Q     What's next?

11    A     737 contains a pair of earrings and a box.

12    Q     And where was item 737 found?

13    A     They were found inside the male closet which was inside

14    the master bathroom.

15    Q     Why do you differentiate between male and female closets

16    in the bathroom?

17    A     There were two walk-in closets within the master suite.

18    Q     Okay.

19    A     So one was marked female and one was marked male based

20    upon the contents.

21    Q     Okay.  And when you say it was marked, did you mark it

22    that way or was it marked when you went in there?

23    A     It was marked by somebody on the search team who

24    identified the rooms prior to the commencement of the

25    warrant.
```

```
 1              738 contains 16 items which contain jewelry and

 2   coins.

 3   Q    And where was that found?

 4   A    These items were found in a stand-alone safe inside the

 5   master bathroom.

 6   Q    What's next?

 7   A    742.

 8   Q    Item 742.  Okay.

 9   A    Contains 10 items which include jewelry and a jewelry

10   case.

11   Q    And where were the items or the jewelry and jewelry case

12   from item 742 found?

13   A    These items were found inside the bedroom marked G,

14   which was on the main floor.

15   Q    And the next item?

16   A    747 contains two items which include a money clip and an

17   earring.

18   Q    And where were the items from 747 found?

19   A    These items were found inside the safe that was in the

20   master bathroom.

21   Q    Next.

22   A    748 contains three items which are jewelry.

23   Q    And where were the items from 748 found?

24   A    These items were inside a purse which was inside a bag

25   which was inside the duffel bag which was inside the safe
```

```
 1    which was inside bedroom G on the main floor.

 2    Q     Okay.

 3    A     Okay.  Next is 750.  There are five items which are

 4    jewelry.

 5    Q     And where were those -- where were the items in 750

 6    found?

 7    A     These items were from Vivian Marks at the residence.

 8    Q     Next.

 9    A     751.

10    Q     This is all, again, composite 531?

11    A     Contains two items, jewelry and a jewelry box.

12    Q     Where were they found?

13    A     Inside a bedroom marked G on the main floor.

14    Q     How many bedrooms in the house, do you recall?

15    A     I believe there were three on the main floor and a

16    master bedroom on the top floor.

17    Q     Are you almost done?

18    A     Excuse me?

19    Q     Are you almost done with the box?

20    A     Getting there.

21          Okay.  Item 753 contains four items which are

22    jewelry, and they were from Donnie Eli during the search

23    warrant at the residence.

24          754 contains coins.

25    Q     Now, are you talking about coins as in nickels, dimes,
```

```
 1    and quarters or . . .

 2    A    There are two one-ounce fine silver one-dollar coins.

 3    Q    Okay.  Where were those found?

 4    A    A briefcase which was located underneath a bed in the

 5    bedroom marked F, which was on the main floor.

 6         757 contains one item which is a Rolex watch that

 7    was in a nightstand in a bedroom marked G on the main floor.

 8    Q    Is that it?  No?

 9    A    758 includes one item which is a wrist watch.  This was

10    in the master bedroom, which, again, is on the second floor.

11         759 contains two items, a pair of eyeglasses and a

12    pair of sunglasses.  And these items were found inside a

13    black duffel bag in the safe in the bedroom marked G on the

14    main floor.

15    Q    Looks like we're getting to the end.

16    A    Almost there.

17         Okay.  Item 763.  This contains jewelry, a box, and

18    scarf, three items.  These items were found in a closet in

19    the bedroom marked G.

20         Number 764 includes a cufflink set and earrings

21    which were in a makeup bag in a bedroom marked K.

22         766 was one item, which was a Cartier watch.  That

23    was on the vanity in bathroom four which was marked K.

24         Okay.  Number 774 contains four Liberty coins and a

25    plastic container.  And let me take these off.  These were at
```

```
 1    a different location.

 2           And you can take these, too.

 3    BY MR. STEFIN:

 4    Q    Different location?

 5    A    Different location.

 6           Okay.  Item 804, a ladies' chain which was found in

 7    the male closet located inside the master bathroom.

 8           And the last one is 852, which is an earring, and

 9    that was -- don't have an exact location.  I have it

10    recovered from the home, 1319.

11           And that's it.

12           MR. BARDFELD:  Judge, were you planning on taking a

13    break sometime?

14           THE COURT:  I was wondering how much more on direct

15    you have for this witness.

16           MR. BARDFELD:  I'm going to go through documents.

17           THE COURT:  Let's take a recess.

18           Ladies and gentlemen, let's take a 15-minute

19    recess.  Please don't discuss the case, form any opinions,

20    leave your notes at your seat, and we'll see you in 15

21    minutes.  Thank you.

22       (The jury exits the courtroom.)

23           THE COURT:  Anything we need to talk about?

24           All right.  Ma'am, don't discuss your testimony

25    during the recess, please.
```

```
 1                THE WITNESS:  Okay.

 2                THE COURT:  Thank you.

 3        (A recess was taken from 10:39 a.m. to 10:56 a.m., after

 4     which the following proceedings were had:)

 5                THE COURT:  Please be seated.

 6                Mr. Schwartz here?

 7                We're back on the record.  Ms. Marks is present

 8     with counsel.

 9                One of the jurors apparently has to make a phone

10     call at 1:35 to check on his children this afternoon.  And so

11     rather than starting early and taking a break, can we maybe

12     work a little bit into the lunch hour and so -- maybe 15 or

13     20 minutes so then we can break until after he makes his

14     phone call and get back together at that point?  Anybody have

15     a problem with that?

16                MR. SCHWARTZ:  No, Your Honor.

17                And I was going to ask if we could take an extra,

18     like, 10 minutes during lunch only because we need to pick up

19     some documents from our offsite location during the lunch

20     hour.

21                THE COURT:  All right.  So if we maybe work 'til

22     12:15 or 12:20 and then come back at quarter 'til 2:00, is

23     that --

24                MR. SCHWARTZ:  That would be perfect for us, Your

25     Honor.
```

```
 1                    THE COURT:  Is that all right?

 2                    MR. STEFIN:  That's fine, Your Honor.

 3                    THE COURT:  Bring the jury in, please.

 4                    You're still under oath, agent.

 5           (The jury enters the courtroom, after which the following

 6      proceedings were had:)

 7                    THE COURT:  Welcome back, everyone.  Please be

 8      seated, ladies and gentlemen.

 9                    Before we begin, ladies and gentlemen, would there

10      be a problem if we don't take our lunch break until about

11      12:15 or 12:20 for scheduling issues?  Anybody have a problem

12      with that?  No?

13                    Okay.  Thank you.

14                    Mr. Bardfeld, you may continue.

15      BY MR. BARDFELD:

16      Q    Special Agent Lodderhouse, we've gone through a lot of

17      jewelry.

18      A    Yes.

19      Q    And we talked about the search of the house, but we

20      really didn't get a feeling for the inside of the house, we

21      went through the outside of the house.

22                    I'll show you what's already been introduced as

23      Government's exhibit 26, composite exhibit of photographs

24      that were taken of the search warrant site.

25      A    Okay.
```

```
 1    Q    Okay.  This is -- actually, there's a number on the back
 2    of this photograph.  It's number 1.
 3               What is that a photograph of?
 4    A    That is the living room.
 5    Q    At 1319 Seminole?
 6    A    Yes.
 7    Q    The next is number 223.  What is that a photograph of?
 8    A    That is the dining room looking out to the Intercoastal.
 9    Q    This is going to be item number 24.  That's a photograph
10    that's part of Government's exhibit 26.  What is this a
11    picture of?
12    A    That is a partial view of the master bathroom and the
13    female closet.
14    Q    Okay.  That's the female closet?
15    A    Yes.
16    Q    And how did you differentiate between male and female?
17    A    Actually, somebody else differentiated at the beginning
18    of the search warrant, and they marked and labeled all of the
19    rooms.
20    Q    This is number 205 of composite exhibit 26.  What is
21    that a picture of?
22    A    That is a picture from the master bedroom on the second
23    floor looking out back to the Intercoastal.
24    Q    Okay.  What is that horse that's in the picture?
25    A    It appears to be a carousel-type horse.
```

```
 1   Q     This is number 32 of the composite exhibit, and what is

 2   that a picture of?

 3   A     That is also a picture inside the master bedroom.

 4   Q     Number 108.  What is that?

 5   A     That is a picture inside one of the bedrooms on the main

 6   floor when everything was being inventoried.

 7   Q     Okay.  So that is --

 8   A     The jewelry and such.

 9   Q     That was after you and law enforcement took it out so

10   that you could photograph; is that correct?

11   A     Exactly.

12   Q     Okay.  Number 106.  Do you know what that is?

13   A     That is U.S. currency.

14   Q     Found in the house?

15   A     Found inside the house, yes.

16   Q     Did you find this particular item inside the house?

17   A     I photographed that item.  I didn't necessarily --

18   wasn't necessarily the one to find it.

19   Q     And what does that say?  Can you just read it?

20   A     Yes.  It says "July Fifi Vivian Marks, one, I will make

21   20,000 by Friday, July 15th, 2011.  I will pay off car."

22   Q     Do you know who Fifi Vivian Marks is?

23   A     I do not.

24   Q     Was she one of the people that was at the house when the

25   search warrant was executed?
```

```
 1    A      I believe so.

 2    Q      And, I'm sorry, this is number 40.  What is that?

 3    A      Those are cutlery utensils that were found inside the

 4    cabinet in the dining room on the main floor.

 5    Q      This is Government exhibit 530 that was already

 6    introduced yesterday.  Can you take a look at that and tell

 7    us where that silver was found?

 8    A      The silverware was found in the left nightstand of the

 9    master bedroom, which would be the bedroom on the second

10    floor.

11    Q      Rose Marks' bedroom; is that right?

12    A      Yes.

13           MR. BARDFELD:  May I approach, Your Honor?

14    BY MR. BARDFELD:

15    Q      I show you what's been marked as composite exhibit

16    number 11.  Can you identify that?

17    A      Yes, this binder contains the jewelry appraisals which

18    were done by Beverley Jewelers, initiated by the Secret

19    Service after the search warrant.

20    Q      Okay.  And have you had an opportunity to --

21           MR. BARDFELD:  Actually, I move for the admission

22    of Government's exhibit number 11 into evidence.  It's been

23    stipulated to is my understanding.

24           MR. SCHWARTZ:  I have no objection, Your Honor.

25           THE COURT:  Admitted without objection.
```

```
 1          (Government's Exhibit No. 11 entered into evidence.)
 2   BY MR. BARDFELD:
 3   Q     Did we ask you to look at four or five particular items
 4   to get their appraised value?
 5   A     Yes.
 6   Q     Okay.  Can you go through, briefly, which items you were
 7   asked to look at and the appraised value of those items?
 8   A     Yes.  The first item would be on 725, item number 12.
 9   Q     And, again, the description.
10   A     And the description is a ladies' 18 karat yellow gold
11   custom-made makeup kit.  Has an embossed finish measuring
12   6 inches long and three and a half inches wide, oval in
13   shape, containing approximately 247 round brilliant diamonds
14   set in apparently platform -- excuse me, platinum, handmade
15   sections on the clasp and outside edges.
16   Q     What was the appraised value of that particular item?
17   A     $55,000.
18   Q     55,000?
19   A     Yes.
20   Q     The next item that you've looked at.
21   A     This is from 726, item number 1.  That is a ladies' 18
22   karat yellow gold Piaget Polo-style watch with alternating
23   bands of brushed gold links and full-cut pave diamond links.
24   Q     And the appraised value of that particular item?
25   A     $10,000.
```

```
 1   Q     And was there something else in that particular bag,

 2   number 726, that was appraised that you've -- that we asked

 3   you to specifically look at?

 4   A     Yes, 726, item number 2 is a gentlemen's 18 karat

 5   stainless steel Rolex submariner oyster perpetual date watch

 6   with diamond markers and sapphire markers.

 7   Q     And the value of that particular item?

 8   A     $15,000.

 9   Q     15,000.

10         Okay.

11   A     Yes.

12   Q     The next item that you used as an example.

13   A     732 and item number 2 is a gentlemen's Chopard

14   St. Mortese (sic) 18 karat yellow gold watch.

15   Q     And the appraised value of that particular item?

16   A     $7200.

17   Q     Okay.  The next one.

18   A     740, item number 8.

19   Q     That's Government's exhibit 531, ID 740?

20   A     Correct.

21   Q     Okay.

22   A     Item number 8.

23   Q     Okay.  And what is that?

24   A     That is a pair of ladies' 14 karat yellow gold martini

25   diamond stud earrings.
```

```
 1    Q      And the appraised value of that particular item?

 2    A      $35,000.

 3               And there's one more on there.

 4    Q      And there's one more.  Okay.

 5    A      It would be 740-9, and that is a ladies 14 karat white

 6    gold three-stone ring with one emerald cut center diamond and

 7    two emerald cut natural deep blue sapphires.

 8    Q      And the appraised value of that, which is item 740, I

 9    think it's number 9?

10    A      Correct.  $65,000.

11    Q      65,000?

12    A      Yeah, 65,000.

13    Q      Now, in addition -- do you have any idea how many items

14    of jewelry were seized at 1319 Seminole Drive approximately?

15    I don't need an exact amount.

16    A      Approximately, a couple hundred.  I don't have an exact

17    number.

18    Q      Okay.  So I guess we can go back and count them all if

19    we needed.

20               MR. SCHWARTZ:  No objection.

21               THE COURT:  I'm sorry?

22               MR. SCHWARTZ:  I said no objection.

23    BY MR. BARDFELD:

24    Q      In addition to all the jewelry that were seized, there

25    were also documents that were seized.
```

```
 1                    Oh, I'm sorry.

 2                    MR. BARDFELD:  May I approach, Your Honor?

 3                    THE COURT:  Yes.

 4     BY MR. BARDFELD:

 5     Q     This is Government's exhibit 27.  Can you just take a

 6     look at what that is?

 7     A     Okay.

 8     Q     And what is it?

 9     A     This binder contains photos of all of the jewelry that

10     we seized at the residence.

11                    MR. BARDFELD:  Okay.  I move to admit Government's

12     exhibit 27 into evidence.

13                    MR. SCHWARTZ:  No objection.

14                    THE COURT:  Admitted without objection.

15          (Government's Exhibit No. 27 entered into evidence.)

16                    MR. BARDFELD:  Judge, what I'd like to do is

17     substitute the photographs for the actual jewelry when it

18     comes time, if the jurors want to bring it back to the jury

19     room.

20                    THE COURT:  Any objection?

21                    MR. SCHWARTZ:  I trust the jury, Judge.

22                    MR. STEFIN:  The jury has an objection to that one.

23                    MR. BARDFELD:  In an abundance of caution.

24                    THE COURT:  Well, we'll have the jewelry here if

25     the jurors want to inspect it.
```

```
 1                 MR. BARDFELD:  Okay.  That's fine.

 2                 MR. STEFIN:  For the appellate record, the pictures

 3      would suffice.

 4                 THE COURT:  Yes, but if they want to inspect it

 5      during their deliberations, they may inspect the jewelry.

 6                 MR. STEFIN:  That's fair.  Okay.

 7      BY MR. BARDFELD:

 8      Q    Now, in addition to all the jewelry that were seized,

 9      there were also various documents seized on execution of the

10      search warrant; is that correct?

11      A    Yes.

12      Q    Okay.  I show you what's been marked as Government's

13      exhibit 501, and I believe 500 is your inventory sheet so you

14      can know where things were found; is that right?

15      A    That's correct.

16      Q    Can you briefly identify Government's exhibit

17      number 501?

18      A    Yes.  501 is a receipt with the name Rose Marks for

19      $200,000.

20      Q    And what does it say on there?

21      A    It says "Mortgage reduction on 1319 Seminole Drive,

22      dated 12/8/07."

23                 MR. BARDFELD:  I move to admit Government's

24      exhibit 501.  Did I already?

25                 MR. SCHWARTZ:  If you didn't, I still don't object.
```

```
 1              THE COURT:  No objection, so it's admitted without

 2   objection.

 3        (Government's Exhibit No. 501 entered into evidence.)

 4              MR. BARDFELD:  Your Honor, in an attempt to speed

 5   up the process, Mr. Stefin suggested that I introduce the

 6   whole book instead of one at a time and do it that way, if

 7   it's acceptable.

 8              MR. SCHWARTZ:  Your Honor, other than the same

 9   request that if there's any personal identifiers on there,

10   that they be redacted, I have no objection to these documents

11   being accepted into evidence.  They were from the search of

12   the house.

13              THE COURT:  All right.  What's the number for

14   these?

15              MR. BARDFELD:  It's going to be exhibits 501 to

16   529.

17              THE COURT:  All right.  501 to 529 are admitted

18   without objection, subject to having personal identification

19   information redacted.

20        (Government's Exhibit No. 502 to 529 entered into

21   evidence.)

22              MR. BARDFELD:  Your Honor, there are a few items

23   that didn't fit in the notebook that Mr. Schwartz hasn't

24   looked at yet.  Before I start, I'd like to have him look at

25   that.
```

```
 1   BY MR. BARDFELD:

 2   Q    I show you what's been marked as Government's

 3   exhibits 501 through 511, and then 520 through 526.

 4         THE COURT:  Can I get a clarification?  Because on

 5   your exhibit list you have 519A.  Is that included in this?

 6         MR. BARDFELD:  I believe it is, Your Honor.  519A

 7   was identified yesterday, I believe.

 8         THE COURT:  Are you intending to move in 519A?

 9         MR. BARDFELD:  Yes, I am, Your Honor.

10         MR. SCHWARTZ:  I believe 519A, we had objected to

11   it yesterday.  The objection was, I believe, sustained.

12         THE COURT:  It was sustained.

13         MR. BARDFELD:  No foundation.

14         THE COURT:  Right.

15         MR. BARDFELD:  I'm going to seek to move it into

16   evidence.

17         THE COURT:  Okay.

18         MR. BARDFELD:  Actually, let me just start with

19   that, 519A.

20         THE COURT:  All right.

21   BY MR. BARDFELD:

22   Q    Show you what's been marked now as Government's

23   exhibit 519A.  Can you describe what that is and where it was

24   found?

25   A    Yes, this is a checkbook from Joyce Michaels Consulting,
```

```
 1    Incorporated, from a TD Bank account, and there is writing on

 2    the back side.

 3    Q    Well, let me just show it.

 4              THE COURT:  Hold on, it's not in evidence.  Don't

 5    show it to anyone.  It's not in evidence.

 6              MR. BARDFELD:  I'm going to move it into evidence.

 7    I know.

 8              THE COURT:  Show it to Mr. Schwartz first.

 9              MR. SCHWARTZ:  Did we say where it was found,

10    Judge?

11              MR. BARDFELD:  That's what my next question was.

12    BY MR. BARDFELD:

13    Q    Where was this particular item found?

14              MR. BARDFELD:  Sorry about that, Your Honor.

15              THE WITNESS:  This item was from the master

16    bedroom.

17              MR. SCHWARTZ:  Then I can't object, Your Honor.

18    I'd like to.

19              THE COURT:  All right.  519A is admitted without

20    objection.

21        (Government's Exhibit No. 519A entered into evidence.)

22    BY MR. BARDFELD:

23    Q    Okay.  And 519A is this particular document.  It is a

24    checkbook, Joyce Michaels Consultant, Inc.; is that correct?

25    A    Yes.
```

```
 1   Q    And the back side of it, can you read the name about

 2   three down?  Three lines or four lines down?

 3   A    Mrs. S.L. Abraham, and above that is S.W. Gold.

 4   Q    S period L Abraham?

 5   A    Yes.

 6            MR. BARDFELD:  This has been admitted?

 7            THE COURT:  Yes.

 8   BY MR. BARDFELD:

 9   Q    Okay.  Where was document 501 found?

10   A    That item was found in the master bathroom.

11            MR. BARDFELD:  May I publish it, Your Honor?

12            THE COURT:  Yes.

13   BY MR. BARDFELD:

14   Q    Okay.  And that's a receipt for Rose Marks in the amount

15   of $200,000; is that correct?

16   A    Correct.

17   Q    And it says MTG, which was probably mortgage reduction,

18   1319 Seminole Drive?

19   A    On 1319 Seminole Drive.

20   Q    Government's exhibit 502.  Can you identify what

21   Government's exhibit 502 is?

22   A    502, two checks from Deveraux, Incorporated, one for

23   Rose Marks in the amount of $200,000 dated December 5th,

24   2007, and the other check to Jude Montassir for the amount of

25   $40,000, dated February 14th, 2008.
```

```
1    Q    Okay.  And where were those particular items found?

2    A    These items were also found in the master bathroom.

3    Q    Let's look at Government's exhibit 503.  Can you

4    identify that?

5    A    503 is a white sheet of paper containing information

6    that says Hilton Suites, the address 7920 Glades Road, room

7    224, Boca Raton, named Jude Montassir.  There's a fax number

8    on there, an account number, and telephone number.

9    Q    Okay.  And where was that found?

10   A    That was found in the master bathroom.

11   Q    Okay.  Let's look at Government's exhibit 504.  What is

12   that?

13   A    Item 504 is a sheet of paper with the Hilton Hotel

14   emblem, the name Paula Cook, an address for Santa Fe, New

15   Mexico, with the name Deveraux, Incorporated and various

16   numbers on it.

17   Q    Government's exhibit 505.  What is that?

18   A    505 is a check from Deveraux, Incorporated, paid to the

19   order of Peter Wolofsky in the amount of $200,000, dated

20   December 5th, 2007.

21   Q    Actually, while I'm here let me just have these.

22             MR. BARDFELD:  Your Honor, may I publish these?

23             THE COURT:  Yes.  If they're in evidence, you may

24   publish.

25             MR. SCHWARTZ:  Larry, does it say where they were
```

```
 1    found in the house?

 2    BY MR. BARDFELD:

 3    Q     504, where was 504 found in the house?

 4    A     That would have been --

 5    Q     Sorry about that.

 6    A     That was found in the master bathroom.

 7    Q     How about 505?  Where was that found?

 8    A     The master bathroom.

 9    Q     Okay.  So we've already looked at 501, 502.  502 are two

10    checks, one for $200,000, one for $40,000 from Deveraux,

11    Inc.; is that correct?

12    A     Yes, it is.

13    Q     503 are notes?  Hilton Suites; is that correct?  Glades

14    Road?

15    A     Correct.

16    Q     504's got the name Paula Cook and an address in Santa

17    Fe, New Mexico; is that right?

18    A     Yes.

19    Q     And also written is Deveraux, Inc.?

20    A     Yes.

21    Q     And 505 is the one we just talked about, which is the

22    check from Deveraux, Inc., to Peter Wolofsky; is that right?

23    A     Yes, it is.

24    Q     Government's exhibit 506, what is that?

25    A     506 is a copy of checks, one from Deveraux, Inc., to
```

```
 1   Bruce Green Trust Account for $40,000, signed by Jude

 2   Montassir.  Another check from the account of Joyce Michael,

 3   Inc. to Bruce Green Trust Account in the amount of $3,619.31,

 4   signed by Rose Marks.

 5   Q    And where were those particular items found?

 6   A    These items were found in the master bathroom.

 7            MR. BARDFELD:  May I publish that, Your Honor?

 8            THE COURT:  Yes.

 9   BY MR. BARDFELD:

10   Q    Deveraux, Inc. to Bruce Green, $40,000, top one?

11   A    Yes.

12   Q    Okay.  Government's exhibit 507.  What is that?

13   A    507 is a printout from New Mexico Courts Case Lookup.

14   Q    What's the name of the case on there?

15   A    The case is White versus White, and the name's Claude

16   White and Jude White.

17   Q    And where was that particular item found?

18   A    This item was found in the master bathroom.

19            MR. BARDFELD:  May I approach, Your Honor?

20            THE COURT:  Yes.  You don't need to keep asking.

21   BY MR. BARDFELD:

22   Q    Okay.  And, again, it's New Mexico Court Case Lookup.

23   And it says Claude White as party name and Jude White as the

24   other party name; is that correct?

25   A    Correct.
```

```
1    Q     Petitioner and respondent.
2               Government's exhibit 508, what is that?
3    A     A printout of e-mail correspondence from
4    workinghard02@yahoo.com to judemontassir@yahoo.com.
5    Q     Where was that particular item found?
6    A     This item was found in the master bathroom.
7    Q     Is this just an e-mail communication, an e-mail
8    communication from workinghard to judemontassir, right?
9    A     Yes.
10   Q     Saturday, August 23rd, 2008.
11              Government's exhibit 509.  What is that?
12   A     This is another -- this is a printout of what appears to
13   be e-mail correspondence.
14   Q     This looks like 508, except it looks --
15   A     Continuation.
16   Q     Or a draft version, with changes on there?
17   A     Yes, absolutely, changes.
18   Q     Government's exhibit 510.  What is that?
19   A     510 is account information from a Chase Bank account in
20   the name Deanna Wolfe.
21   Q     Where was that found?
22   A     This was found in the master bedroom.
23   Q     Okay.  What are we at, 511?
24   A     Yes.
25   Q     What's document number 511?
```

```
 1   A    511 is a green piece of paper with handwriting

 2   containing e-mail addresses and what appears to be passwords.

 3   On the reverse side there are banks listed with account

 4   numbers and routing numbers.

 5   Q    And routing numbers?

 6   A    Yes.

 7   Q    Okay.  Where was that found?

 8   A    This item was found in the master bedroom.

 9   Q    And these are the routing numbers, right?

10   A    Yes, account and routing numbers.

11   Q    Government's exhibit 512.  What is that?

12   A    I believe I need that, please.

13   Q    I show you what's been marked as Government's

14   exhibit 512.

15         MR. BARDFELD:  I don't think these have been

16   introduced yesterday, have they?

17         THE COURT:  You asked for 501 through 529 to be

18   introduced.  I admitted them because there were no objection.

19   BY MR. BARDFELD:

20   Q    Okay.  What is 512?

21   A    Manila envelope which contains a Priority Mail envelope

22   addressed to Rose Marks.  Inside there is a white envelope

23   addressed to Rose Marks.

24   Q    Does it say who it's from on the outside of the Priority

25   Mail?
```

 1   A     From Debbie Von Beulen, P.O. Box 15142, Scottsdale,

 2   Arizona.

 3   Q     Okay.  And what's contained inside the Priority

 4   envelope?

 5   A     There are a variety of documents, including aerial views

 6   of a home, many homes.  There is information, banking

 7   information, with phone numbers, account numbers, frequent

 8   places of visiting, websites, and additional information.

 9   There is a printout from the Sunbiz website.

10   Q     The what website?

11   A     Sunbiz.

12   Q     Okay.

13   A     It is a website which gives business information in the

14   state of Florida.

15   Q     And for what business is it?

16   A     And it's for Deveraux, Incorporated.

17   Q     Okay.

18   A     There is a printout of the tax documents for property on

19   Stirling Road in the name Jude Montassir, Stirling Road in

20   Southwest Ranches.

21   Q     Is there an address on there?

22   A     13500 Stirling Road, Southwest Ranches, Florida.

23   Q     Okay.  What else is in that particular package?

24   A     There's also a printout from realtor dot com for the

25   property at 13500 Stirling Road.  And there is an additional

```
 1   sheet of paper containing Social Security numbers, dates,

 2   mother's maiden name, type of vehicle, current address, which

 3   was 13500 Stirling Road, Southwest Ranches, and additional

 4   addresses, phone numbers, et cetera.

 5   Q    And do you have the date that the Priority Mail was sent

 6   from Von Beulen to Rose Marks?

 7   A    April 22nd, 2009.

 8   Q    And there, we have the Priority Mail sent from Debbie

 9   V-o-n B-e-u-l-e-n in Scottsdale, Arizona, to Rose Marks, 1319

10   Seminole Drive, right?

11   A    Yes.

12   Q    Then inside this package, there's an aerial photo of

13   what appears to be 13500 Stirling Road?

14   A    Yes.

15   Q    Where was this particular Priority package found,

16   Government's exhibit 512?

17   A    I believe that information should be in the folder.  I

18   don't have it here.

19          This item was found in a storage chest in the

20   master bathroom.

21   Q    In the master bathroom?

22   A    Yes.

23   Q    And then this is what you're referring to as J.M. Info

24   and it's got Social Security number and things like that?

25   A    Exactly.
```

1   Q    And it's in the name, if you go down about a quarter of

2   the way, all names, Jude Gilliam White Montassir; is that

3   right?

4   A    Yes.

5   Q    Okay.  Government's exhibit 513, what's that?

6   A    A white envelope addressed to Ms. Joyce Michaels, 1319

7   Seminole Drive.

8   Q    Does it say who it's from?

9   A    It just says Royal Mail, postage paid, UK.

10  Q    And then inside?

11  A    This contains paperwork regarding Ms. Andrea Razia

12  Walker on Beach Croft stationery.  Also contains e-mail

13  correspondence and paperwork from Dickinson Dees regarding

14  Ms. Andrea Razia Walker.

15  Q    And where was Government's exhibit 513 found?

16  A    This item was found inside a storage chest in the master

17  bathroom.

18  Q    Okay.  Let's look at Government's exhibit number 514.

19  A    514 is a white envelope addressed to Ms. Joyce Michaels,

20  at 1319 Seminole Drive from Royal Mail, postage paid, UK.

21  This contains paperwork marked Brian Walker, which is a Will

22  on Dickinson Dees paper.  Also, a letter dated May 18th,

23  2009, sent to the executors of the Will.

24  Q    Where was that found?

25  A    This was found inside a storage chest in the master

```
1    bathroom.

2    Q    A what chest?

3    A    A storage chest.

4    Q    How about Government's exhibit 515?  What's that?

5    A    515 is a brown envelope addressed to Joyce Michaels at

6    1319 Seminole Drive, postage paid, UK, Royal Mail.

7    Q    Where was that found?

8    A    This was also found in a storage chest in the master

9    bathroom.  This includes paperwork regarding Brian Walker,

10   deceased.

11   Q    You don't know who Brian Walker is, do you?

12   A    No.

13   Q    Okay.

14   A    It includes a Last Will and Testament.

15   Q    Government's exhibit 516.

16   A    516 contains paperwork, an agreement between Andrea

17   Razia Walker and Joyce Michael, of 1319 Seminole Drive, with

18   details that the lender has given the borrower the sum of

19   100,000 pounds in English currency.

20   Q    Okay.

21   A    There's also a DHL receipt.

22   Q    A receipt?

23   A    A copy of a receipt.

24   Q    Okay.  Government's exhibit 517 and 518.  Can you

25   identify those documents?
```

```
 1    A    517 is a white envelope addressed to Joyce Michaels at
 2    1319 Seminole Drive from Royal Mail, postage paid, UK.  And
 3    this is a handwritten letter.  It's addressed to Dear Brian,
 4    containing a photograph.
 5    Q    And where was that found?  Do you need this again?
 6    A    This was found inside a storage chest in the master
 7    bathroom.
 8    Q    And was 516 -- we had already gone through that.  Where
 9    was that found?  I don't know if I asked you that.
10    A    516 was inside a storage chest in the master bathroom.
11    Q    I'm sorry, what was that?
12    A    The storage chest inside the master bathroom.
13    Q    Okay.  How about 518?
14    A    518 is a white envelope addressed to Joyce Michaels at
15    1319 Seminole Drive from Royal Mail, postage paid, UK.  This
16    contains a greeting card and handwritten paper, written Dear
17    Joyce, and also a copy of a letter regarding Brian Walker,
18    deceased.
19    Q    Where was 518 found?
20    A    Storage chest inside the master bathroom.
21    Q    Government's exhibit 519.  I think we're getting now
22    back to the notebook.  Exhibit 519.  Can you identify this
23    and identify where Government's exhibit 519 was found?
24    A    These are various Hard Rock Hotel and Casino cards in
25    the name Rose Marks, and a Neiman Marcus card in the name
```

1   Deanna Wolfe.

2           THE COURT:  Can you repeat that, please?

3           THE WITNESS:  Yes, Hard Rock Hotel and Casino cards

4   in the name Rose Marks, a Neiman Marcus card in the name

5   Deanna Wolfe.  A variety of business cards and other credit

6   cards in the name Rose Marks.  These items were recovered in

7   a vanity that was in the master bathroom in the top left

8   drawer.

9   BY MR. BARDFELD:

10  Q    Okay.  We've already done 519A.  Now we're at 520, which

11  would be continuing in the notebook.

12  A    520 contains cards in the name Rose Marks, Deanna Wolfe,

13  Joyce Michael, and these items were found in the master

14  bedroom.

15  Q    Okay.  Government's exhibit 521, what's that?

16  A    521 is a MasterCard in the name Rose Marks and a yellow

17  sheet of paper.  It says Royal Bank of Scotland, the account

18  numbers and various other numbers.  Name, Andrea Walker.

19  Q    And where was that found?

20  A    This item was found in the master bedroom.

21  Q    What is exhibit 522?

22  A    522 is a receipt from Florida Pawnbroker transaction

23  form, Kwik Cash Pawn, and there are four items listed, and

24  they are all 2008 U.S. Liberty coins, 24 karat.  It is signed

25  by Rose Marks.

```
1    Q    Does it have a value for the gold coins?

2    A    Yes, one is $1300, number two is $1300, number 3 is

3    $1300, and then four is $1300.

4    Q    And where -- what's the name of the pawnshop where the

5    transaction occurred?

6    A    Kwik Cash Pawn.

7    Q    And does it say -- does it have any identifying

8    information as to employment for Rose Marks?

9    A    It says Rose Marks, 1319 Seminole Drive, unemployed.

10   Q    Okay.  Government's exhibit 523.  What is Government's

11   exhibit 523?

12   A    We have a receipt for a Cartier store for items sold to

13   Mrs. Rose Marks for a total of $16,500.  There are a number

14   and variety of Bank of America cashier check receipts,

15   additional financial documents.  There are receipts --

16   there's one for $40,600, four-month mortgage, and another for

17   Rose Marks for one-month mortgage.

18   Q    And where were Government's exhibit 523?  I think it's a

19   composite exhibit.  Where were those items found?

20   A    These items were inside a stand-alone safe in the master

21   bathroom.

22   Q    Going back to Government's exhibit 522, the Florida

23   Pawnbroker transaction form.  She's got her identifying

24   information, and then place of employment it says unemployed,

25   correct?
```

```
 1    A     Correct.

 2    Q     Okay.  Government's exhibit 524.  What is that?

 3    A     A white envelope with a handwritten name Lauren W.,

 4    Urgent, and inside there is handwritten two-page letter to

 5    Lauren from Henry Paniccia (phonetic).

 6    Q     And where was that particular letter found?

 7    A     In the master bedroom.

 8              MR. SCHWARTZ:  Your Honor, I might have missed

 9    that, but I would object to that as to relevance.

10              THE COURT:  Which exhibit?

11              MR. BARDFELD:  524.

12              THE COURT:  May I see it?  What is it?

13              MR. BARDFELD:  It is a letter written to Lauren W.

14    that says Urgent.

15              THE COURT:  May I see it, please?

16              Who is Lauren W.?  Do we know?

17              MR. BARDFELD:  We don't know, but it's a complaint

18    letter, and it shows --

19              THE COURT:  Let me see.

20              MR. BARDFELD:  Okay.

21              THE COURT:  What's the objection?

22              MR. SCHWARTZ:  Just as to relevance, Judge.

23              THE COURT:  Relevance is the only objection?

24              MR. SCHWARTZ:  Yes, Your Honor.

25              THE COURT:  Overruled.
```

```
1    BY MR. BARDFELD:

2    Q    Before we get to that, can you read the letter that's

3    been introduced as Government's exhibit 524?  Actually, it's

4    probably easier if you just read it here instead of doing it

5    on~-- it's going to be easier if you read it in person as

6    opposed to it being on the ELMO.

7    A    "Lauren, I've been trying to get ahold of you for a very

8    long time now.  You are holding about $9000 of my cash, and I

9    need it.  I am hurting very bad financially.  This cleansing

10   you have been working on has gone on for a month less than a

11   year, and to be honest, nothing in my life has really

12   improved since we first met.  My previous grades in school

13   have been shit.  Christine and I not only didn't work out, I

14   just confirmed about a month ago that she was the person who

15   spread the rumors I raped her.

16        "My plans with John and the bar fell to shit.  My

17   asset management business picked up for about two months and

18   then crashed.  This man still hasn't come through -- came

19   through.  Uncle and my pizzeria -- by the way, the IRS did

20   take our saved money -- has only got worse.  My mom and I

21   have been at each other's necks for months.  My sister's life

22   is more hectic now more than ever.

23        "I do not believe you are a true median or psychic.

24   I have spoken with other psychics about a curse being passed

25   onto the cursed recipient's family, and I have heard and
```

```
 1   witnessed that when the original recipient dies, so does the

 2   curse they had.

 3            "On top of that, my father lived a happy life for

 4   the most part.  He was successful in raising us, Dena

 5   (phonetic) and I, and also successful in most of his work.  I

 6   expect you to call me ASAP.  You have taken me for almost

 7   $30,000.  You are a very -- and you are a very good liar and

 8   manipulator.  I will expect to have $9000 in my account

 9   Monday from you.  If you do this, I will leave it alone and

10   we will never speak again.

11            "If not, I will solicit you and your business as

12   liars and thieves and fakes.  So you can decide.  Get me back

13   what is mine or lose any and all business you have through my

14   spreading the truth about you and your business,

15   (239)287-0988, Henry Paniccia."

16   Q    And where was that found?

17   A    This item was found in the master bedroom.

18   Q    Have we done exhibit 525 yet?

19   A    We have not.

20   Q    Okay.  What is Government's exhibit 525?

21   A    529 is a Chase Visa card.

22   Q    525, right?

23   A    525, excuse me.

24   Q    Okay.

25   A    A Chase Visa card in the name Rose Marks, Joyce Michaels
```

```
 1    Consultant, a business debit card.

 2    Q    Where was that found?

 3    A    This was found in a nightstand in the master bedroom.

 4    Q    What about Government's exhibit 526?  What is that?

 5    A    It's a manila envelope on the outside.  It has a number

 6    and the word "Jude."

 7              A fax transmission --

 8    Q    Jude, J-u-d-e?

 9    A    Jude, J-u-d-e.

10    Q    Okay.

11    A    Contains a fax transmission:  "Attention Ricky Marks."

12    It is a letter which states, This is Secretary of State Colin

13    Powell, with a printout of information from the U.S.

14    Department of State website.

15    Q    About whom?

16    A    About Colin Powell.

17    Q    And where was that found?

18    A    This item was found on the bottom right of the bar,

19    which was on the right side of the master bedroom.

20    Q    Can you read the second page of Government's exhibit

21    number 526?

22    A    Yes.

23              "I am sure that you will find this telephone call

24    much unexpected and rather bizarre, but this is Secretary of

25    State Colin Powell.  I was given your number from a mutual
```

```
 1    friend who has been telling me about you for quite some time
 2    now, and I couldn't think of a better time to call you,
 3    because I plan on being in your area next month.  I hope that
 4    you can appreciate how private and confidential a phone call
 5    like this is to me and how I am placing myself in a very
 6    delicate situation, but your friend has attracted my interest
 7    in meeting you.  I must admit, according to what our friend
 8    speaks of you, I am intrigued and curious.
 9           "I am sure that you can imagine how occupied I am
10    with the potential war crisis in place, but I was thinking,
11    barring any changes in my itinerary, I plan on being in
12    Colorado the second week of February for a private vacation
13    and thought perhaps I could break away and meet you.
14    Although our acquaintance would be a bit restricted, I think
15    it would be very pleasant to get together while I'm in
16    Colorado.  I was thinking perhaps I could arrange for a
17    private dinner just exclusively for us so I could protect my
18    public appearance.
19           "Unfortunately, I will not be able to solidify my
20    plans with you until possibly the last minute, but I will
21    definitely be in touch with you in the near future."
22    Q    And this is the first page of Government's exhibit 526.
23    It's a fax cover sheet, and it says, "Attention:  Ricky
24    Marks" with a fax number (212)308-0567; is that correct?
25    A    Yes, it is.
```

```
 1   Q    And it's got a sender telephone number of (954)537-7909

 2   and a fax number of (954)537-2001; is that correct?

 3   A    Yes.

 4   Q    And then as you said, pages 3 and 4 of Government's

 5   exhibit 526 is just a biography of Colin Powell and the U.S.

 6   Department of State and a second page of that; is that

 7   correct?

 8   A    Yes, it is.

 9   Q    Government's exhibit 527, do you have that there?

10   A    No.

11   Q    Government's exhibit 527.

12   A    This is a clear plastic envelope with the name label on

13   the front, Deanna Wolfe.  Inside the envelope there is a

14   year-end summary from the American Express Gold Card for the

15   year 2001.

16   Q    In whose name?

17   A    In the name Deanna Wolfe, Deanna V. Wolfe.

18        There is a year-end summary for an American Express

19   Gold Card from 1996.

20   Q    In whose name?

21   A    Deanna V. Wolfe.

22   Q    And where was Government's exhibit 527 found?

23   A    These items were found in the master bedroom.

24   Q    Government's exhibit 528.  What is Government's

25   exhibit 528?
```

```
 1    A     A clear plastic envelope with the label on the front

 2    marked Victoria Summers.

 3    Q     And what's in that clear plastic envelope?

 4    A     This includes a variety of financial documents,

 5    checkbooks from the account of Victoria Eli, a First Union

 6    personal savings account in the name Victoria Summers, which

 7    is a statement, receipts of additional checks from purchaser

 8    Victoria Summers, and other account documents.  There's a

 9    receipt from Rose Marks for $69.

10    Q     What are the names on the bank accounts?

11    A     Victoria Summers on this one, and this is Victoria Eli

12    on the Bank of America, and there's a First Union that says

13    Victoria Summers.

14    Q     Okay.  I show you what's been marked as Government's

15    exhibit 529.  What is that?

16    A     This is a printout of an Accurint report.

17    Q     A what report?

18    A     It's called Accurint, and it's in the name of Jude

19    Gilliam Montassir.

20    Q     What is an Accurint report?

21    A     An Accurint is a report that can be run online.  It's

22    regularly used by law enforcement to find out information

23    about an individual, such as personal identifiers, residence

24    information, vehicles, assets, so on and so forth.

25    Q     Do the general public have access to Accurint?
```

```
 1    A     No.

 2    Q     And where was Government's exhibit 529, the Accurint

 3    report on June Gilliam -- what's the name, Jude Gilliam

 4    Montassir?

 5    A     Montassir.

 6    Q     Okay.  Where was that found?

 7    A     This item was found in the nightstand in the master

 8    bedroom.

 9    Q     In Rose Marks' bathroom?

10    A     This is Rose Marks' on the second floor.

11    Q     What's the date that this comprehensive report was done

12    on June Gilliam Montassir?

13    A     August 29th, 2008.

14    Q     You did a pretty long search and inventory at the house.

15    Did you or the search agents find any inventories, ledger,

16    notebooks or anything pertaining to the jewelry that was

17    seized at the Defendant Rose Marks' residence at 1319

18    Seminole Drive?

19    A     No.

20          MR. BARDFELD:  I have no further questions, Your

21    Honor.

22          THE COURT:  Thank you.

23          Mr. Schwartz.

24                      Cross-examination

25    BY MR. SCHWARTZ:
```

```
 1   Q     Let's start with this.  Isn't it a fact that anyone can
 2   go online and with a credit card pull up an Accurint report?
 3   A     Not that I'm aware.
 4   Q     So when you said, no, it's only for law enforcement --
 5   A     I said it's used regularly by law enforcement.
 6   Q     But Mr. Bardfeld asked you, can the general public get
 7   an Accurint report?
 8   A     Not that I'm aware of.
 9   Q     Okay.  I've asked one of my assistants to pull up an
10   Accurint report on Larry Bardfeld with my --
11              MR. BARDFELD:  Objection.
12              THE COURT:  Sustained.
13   BY MR. SCHWARTZ:
14   Q     Okay.  Isn't it a fact that law officers, private
15   investigators, credit companies, and other entities use
16   Accurint reports all the time?
17   A     I'm sure there's a variety of different people, and
18   there is a variety of different information, depending on who
19   you are when you run that report.
20   Q     Okay.  So is this Accurint report one that was pulled on
21   Jude Montassir, or Jude Deveraux when she was missing, a
22   report that could be run by somebody in the general public?
23              MR. BARDFELD:  Objection, assumes facts not in
24   evidence.
25              THE COURT:  Overruled if she knows.
```

```
 1                   THE WITNESS:  I said I'm not an expert to answer

 2     the degree to which law enforcement opposed to others can run

 3     a report.

 4     BY MR. SCHWARTZ:

 5     Q     But you answered it before when Mr. Bardfeld asked you.

 6     A     Yes, it's a very detailed report.  I'm sure not

 7     everybody can have access to that much information online.

 8     Q     But you don't know.

 9     A     I cannot answer that.

10     Q     Let's talk about some of the jewelry.  And I'll be

11     brief, because I know we're going to break shortly.

12                   Do you have that gold makeup box somewhere, or

13     purse?

14                   MR. SCHWARTZ:  May I approach the witness?

15                   THE COURT:  Yes.

16     BY MR. SCHWARTZ:

17     Q     Let me show you this item.  I've just taken it out of

18     the bag.  Is this what you were talking about?

19     A     Yes.

20     Q     And what was this valued at?

21     A     Beverley Jewelers valued it at $55,000.

22     Q     Let me show you what's been marked for identification as

23     Defendant's exhibit 7 and ask you if you see that item in

24     that picture.

25     A     Perhaps.  It's difficult to see exactly what's in the
```

```
 1    picture.

 2              MR. SCHWARTZ:  I can project the picture on the

 3    screen in color if that helps her, Judge, but it's not in

 4    evidence yet, so . . .

 5              THE COURT:  Well, I don't want it to be shown to

 6    the jury until it's in evidence.

 7              MR. SCHWARTZ:  I would move this picture,

 8    Defendant's exhibit 7, into evidence.

 9              MR. BARDFELD:  Objection.

10              THE COURT:  At this point there's no foundation

11    laid for the picture.

12    BY MR. SCHWARTZ:

13    Q    Are you aware that Defendant Rose Marks' mother owned

14    that case or purse or makeup case and carried it frequently

15    to parties and things of that sort?

16    A    I'm not aware of who owned it, sir.

17    Q    Okay.  You say that this was worth a significant amount

18    of money, $55,000.  Do you know if Rose Marks inherited it

19    from her mother?

20    A    I do not know the answer to that.

21              MR. SCHWARTZ:  Your Honor, the Government's

22    objected to the picture.

23              THE COURT:  There's been no foundation laid for the

24    document yet.  You can try and lay a foundation and it can be

25    put into evidence and the jury can look at it and decide
```

```
 1    whether it's the same item or not, but at this point it's not
 2    in evidence.  There's been no foundation for it.
 3              MR. SCHWARTZ:  Thank you, Your Honor.
 4    BY MR. SCHWARTZ:
 5    Q    Do you know -- withdrawn.
 6              From the appraisal that was done of the jewelry
 7    found in the house, can you tell us how old that item is?
 8    A    May I see the appraisal book?
 9    Q    In order to save time, I'll withdraw the question now
10    and ask it again after the break.  Ma'am, I'm going to
11    withdraw that question.
12              You identified a whole lot of jewelry found in
13    bedroom, I believe it was G; is that correct?
14    A    Okay.
15    Q    That was found in a duffel bag in a safe in bedroom G;
16    is that right?
17    A    Correct.
18    Q    Can you tell me if you were able to identify who were
19    the occupants who lived in bedroom G on the first floor of
20    that house?
21    A    That was not under my responsibility.  I simply took the
22    pictures within that room.
23    Q    Okay.  Do you know if Rosie Marks and Donnie Eli lived
24    in that room?
25    A    I do not know.
```

```
 1    Q    Do you know if Donnie Eli made a claim to the Government
 2    for all of the jewelry found in that room?
 3               MR. BARDFELD:  Objection.
 4               THE COURT:  Overruled if she knows.
 5               THE WITNESS:  I do not know the answer.
 6    BY MR. SCHWARTZ:
 7    Q    Do you know or can you tell the jury whether the jewelry
 8    found in that bedroom was Rose Marks' jewelry?
 9    A    I do not know the answer to that.
10    Q    It was just found in the house?
11    A    I took photographs of the items that were found in that
12    room.
13    Q    When you were in that room taking photographs, was it
14    apparent to you that somebody lived in that room?
15    A    Yes.
16    Q    Slept in that room?
17    A    Yes.
18    Q    In addition to the safe with the bag of jewelry in it,
19    were there clothing in that room?
20    A    I believe there was.
21    Q    Was there a man's clothing and a woman's clothing in
22    that room?
23    A    I do not know what type of clothing.
24    Q    Did you look at it?
25    A    No.
```

1    Q    Were there any identification papers found in that room?

2    A    I do not know.  I did not search the room.

3    Q    Who would know if there's identification papers found in

4    that room?

5    A    I don't know the answer to that either.

6    Q    Well, who was on the search team who was responsible for

7    that room?

8    A    There was a long list of people.  We would have to pull

9    up the records of who all was there and who was specific for

10   that room.

11   Q    Do you have those records?

12   A    Do I?  Not on me, no.

13   Q    Are they available to you?

14   A    As far as I know, they would be.  I do not have them.

15   Q    We're going to break I guess in five or 10 minutes.

16   Could you pull up those records during the break so that when

17   you come back you can tell us who was responsible for that

18   search?

19   A    I would not have access to that.

20   Q    Can you tell us --

21   A    My role on this search, to clarify, was, I was taking

22   photographs of the items that were on the scene.  So that

23   would be the extent that I could answer for you right now.

24   Q    But you are a member of the United States Secret

25   Service, right?

1    A     Yes, sir.

2    Q     And you have access to the records of the Secret Service

3    and to the records of that search; is that right?

4    A     I do not currently, no.

5    Q     But you --

6    A     Somebody does, I'm sure, absolutely.  That was -- at

7    that time that was not my responsibility, so I can't speak on

8    behalf of any search that was conducted there.

9    Q     Would you have the ability to look during the break and

10   tell us what agent was responsible for the search of that

11   room?

12   A     I can look and see if that's possible.

13   Q     Thank you very much.

14         You introduced into evidence the appraisal for the

15   jewelry found in that house; is that correct?

16   A     Yes.

17   Q     Did you ever add up the value of all of the items of

18   jewelry found in the house?

19   A     Did I?  No.

20   Q     Would you accept an approximation of about $690,000 as a

21   value of all the jewelry in the house?

22   A     I would have to add up the individual items in this

23   binder.

24   Q     Would you accept that approximately three quarters of

25   the valuable items, other than the purse, were found in that

```
 1    bedroom who you don't know who occupied it?

 2    A    I'm not going to testify to percentages, no.

 3    Q    Well, let's talk about some of the items just briefly.

 4         You talked about a ladies' gray metal non-precious

 5    stick pin found in Rose Marks' bedroom.  That's on page 2 of

 6    the appraisal.  Do you have the appraisal in front of you?

 7    Do you see that, number 8?

 8    A    Yes, I do.

 9    Q    What's the value of that?

10    A    It is listed at one cent.

11    Q    And how about the next item, a ladies' white metal

12    non-precious button design ring with gun leash engraved in

13    it?  What's the value of that?

14    A    One cent.

15    Q    And how about the next item?  One ladies' sterling

16    silver 36 cubic Zirconia necklace, shiny finish link chain

17    weighing 20 grams, what's the value of that?

18    A    Twenty dollars.

19    Q    Didn't you say as to that one that it had diamonds, not

20    cubic zirconias?

21    A    I can look at the inventory documents that I read.  I

22    can't -- I mean, I don't know right now every single one that

23    I read.

24    Q    And just so it's --

25    A    We can match up our items and check.
```

```
 1   Q      Just so it's clear, the inventory of the search was done

 2   before the appraisal; is that right?

 3   A      That is correct, for accountability.

 4   Q      So if something is identified on the inventory as

 5   diamonds and valuable or gold, it could also be identified --

 6   once it's appraised, it could be determined that that was

 7   costume jewelry with cubic zirconias or something like that;

 8   is that right?

 9   A      I believe that would be possible.

10   Q      Just to go one or two, you talked about a ladies' black

11   feather earrings found in Rose's master bathroom or bedroom.

12   What's the value of that?  That's the next item?

13   A      Number 11 you're referring to?

14   Q      Correct.

15   A      That is listed at one cent on the appraisal.

16   Q      And you also talked about gold hoop-style earrings found

17   in Rose's bedroom.  What was the value of that?  That's the

18   next item, or with clear non-precious stones on the

19   appraisal; they were identified as precious stones on the

20   inventory.  What's the value of that on the appraisal?

21   A      They're listed at one cent.

22   Q      You talked about a ladies' gold or silver, I'm not sure

23   which, 15-inch collar necklace with four rows of precious

24   stones in the appraisal that was found in Rose's room.

25   That's item 13 on the appraisal.  What's the value of that?
```

1    A    That is listed at one cent.

2    Q    And that was -- that is listed as non-precious white

3    metal and non-precious stones on the appraisal, right?

4    A    That's correct.

5    Q    Okay.  And then there was -- we talked about found in

6    Rose's bedroom one white -- a metal gold item with diamonds

7    in it on the inventory, but what is number 14 on the

8    appraisal?  Can you read that?

9    A    Sure.  One white metal non-precious, 15 rows of white

10   clear non-precious stones.

11   Q    And the value?

12   A    One cent.

13   Q    And next, found in Rose's bedroom we talked about a cuff

14   design bracelet with gold and diamonds on the inventory.

15   Would you read number 15 on the appraisal?

16   A    One ladies' white metal non-precious deco-style cuff

17   design bracelet with multiple clean non-precious stones.

18   Q    And what's the value?

19   A    One cent.

20   Q    And how about the next item, number 15?

21   A    Number 15 is one ladies' white metal non-precious

22   deco-style cuff design bracelet with multiple clean

23   non-precious stones.

24   Q    And let's just do three more quickly.

25        Number 16.

```
 1    A     Number 16 is one ladies' white metal non-precious

 2    earrings with multiple clean non-precious stones.

 3    Q     And the value?

 4    A     One cent.

 5    Q     And the next item.

 6    A     One ladies' white metal non-precious ring,

 7    three-butterfly design with clean non-precious stones.

 8    Q     And the value?

 9    A     One cent.

10    Q     And the next item?

11    A     Item number 18 is one pair of ladies' white metal

12    non-precious three-row design earrings with multiple clear

13    non-precious stones.

14    Q     And what's the value?

15    A     One cent.

16          THE COURT:  Mr. Schwartz, why don't we break now,

17    and you can continue after lunch.

18          MR. SCHWARTZ:  Thank you, Your Honor.

19          THE COURT:  All right.  Ladies and gentlemen, let's

20    take our lunch break.  Don't discuss the case or form any

21    opinions, leave everything at your seat, and we'll see you at

22    1:45.  All right?  1:45.  Thank you.

23        (The jury exits the courtroom.)

24          THE COURT:  All right.  Agent, don't discuss your

25    testimony during the break other than to try and find out the
```

```
 1    information that Mr. Schwartz asked you about.

 2                THE WITNESS:  Okay.

 3                THE COURT:  All right.  Anything else we need to

 4    talk about right now?

 5                All right.  We'll see you at 1:45.  Thank you.

 6         (A recess was taken from 12:25 a.m. to 1:48 p.m., after

 7    which the following proceedings were had:)

 8                THE COURT:  Good afternoon, please be seated.

 9                All right.  We're back on the record.  Ms. Marks is

10    present with counsel.

11                We ready to bring the jury in?

12                MR. SCHWARTZ:  Yes, Your Honor.

13                THE COURT:  Agent, if you could get back on the

14    stand, and let's bring the jurors in.  And you're still under

15    oath, Agent.

16                THE WITNESS:  Yes, Your Honor.

17         (The jury enters the courtroom, after which the following

18    proceedings were had:)

19                THE COURT:  Welcome back, everyone.  Please be

20    seated, ladies and gentlemen.

21                Mr. Schwartz, you may continue with your

22    cross-examination.

23                MR. SCHWARTZ:  Thank you, Your Honor.

24    BY MR. SCHWARTZ:

25    Q    Do you still have the Beverleys Jeweler appraisal in
```

```
1    front of you?

2    A    Yes, I do.

3    Q    Thank you.

4         Maybe it would be easier this way.  I'm not sure

5    how to work this thing.

6         Okay.  Let's look at number 19.  And what is

7    number 19?

8    A    Number 19 is one ladies' yellow metal non-precious charm

9    necklace with multiple charms.

10   Q    And it's worth?

11   A    One cent.

12   Q    You talked about pearl earrings.  Let's look at 20.

13   What is that?

14   A    Number 20 is one pair of ladies' white metal

15   non-precious earrings with imitation 6-millimeter pearls.

16   Q    What's that worth?

17   A    That is worth one cent.

18   Q    Now, let's look at 24.  That's worth something, isn't

19   it?

20   A    It is worth $800.

21   Q    And those are male cufflinks, right?

22   A    Fourteen karat yellow gold cufflinks, yes.

23   Q    What are the initials on the cufflinks?

24   A    The letter D.

25   Q    And do you know if they were found in Donnie Eli and
```

```
 1   Rosie Marks' room?

 2   A    I would have to reference it with their inventory sheets

 3   on the item.

 4   Q    I'll just keep going.  It's easier.

 5              How about 25?

 6   A    Twenty-five, one pair of ladies' yellow metal

 7   non-precious multiple non-precious stone hoop earrings.

 8   Q    Okay.  Let's skip around a little bit.  And I'm skipping

 9   some valuable ones, but let's go to 31.  What is that?

10   A    Thirty-one, one pair of ladies' 14 karat yellow gold

11   6-millimeter ball earrings.

12   Q    And what are those worth?

13   A    Twenty-five dollars.

14   Q    And next?

15   A    One ladies' 14 karat yellow gold Italian horn charm

16   weighing .03 grams.

17   Q    What is that worth?

18   A    Eleven dollars.

19   Q    And let's just finish out this page, because there's

20   some valuable things on here, too.

21   A    Okay.

22   Q    Thirty-three?

23   A    Thirty-three is one gentlemens' 20-inch sterling silver

24   Star of David pendant.

25   Q    What is that worth?
```

1    A    Five dollars.

2    Q    And next?

3    A    Thirty-four, one ladies' 36 inch strand of Majorca

4    non-genuine pearls with gold filled clasp.

5    Q    What is that worth?

6    A    One cent.

7    Q    You mentioned that you found the pearls I think in the

8    bathroom or the closet; is that correct?

9    A    Again, I'd have to just cross-reference the inventory

10   sheets.

11   Q    Okay.  Next.

12   A    Number 35, one ladies 18 karat white gold woven chain,

13   20 inches in length, weighing 11.81-grams.

14   Q    Now, let's look at 36.

15   A    Thirty-six, one gentlemens stainless steel Cartier Pasha

16   automatic watch, tapestry dial, two-row factory diamond

17   bezel, 109.3 grams for $3500.

18   Q    Now, without going through every item on all of these

19   pages of the appraisal, would you agree that there are many,

20   many items that are worth a penny?

21   A    Let's see.

22        There are some more in the pages to follow, but

23   most of the other ones, though, have value to them.

24   Q    And a lot of the other items are costume jewelry.  When

25   I say a lot, a significant number of the other items are

1    costume jewelry worth less than a hundred dollars each, is

2    that fair?  And there are some very expensive items in here

3    too?

4    A    Well, let me look.  There are some under a hundred

5    dollars, but looks like the majority of them are more than a

6    hundred dollars, much more.

7    Q    Let's just jump to number 45.  This seems to be a page

8    of mixed items.  Is it true that number 45 is worth three

9    dollars?

10   A    Yes, it is.

11   Q    But 46 is 150, 47 is 22, 48 is five, and then 49 is 545,

12   50 is 50, and 51 is 150; is that fair?

13   A    Yes, that's correct.

14   Q    And if we go just to the next page, I'll stop here,

15   there's some valuable items, $350 in 52, but 53 is 65, 54 is

16   300, 55 is 75, 56 is a penny, and 57 is a penny.  Is that a

17   fair reading?

18   A    That's a fair reading.

19   Q    But when you -- and I don't blame you, because you

20   didn't evaluate and you're not a jeweler, but when we went

21   through the boxes and we passed all of these jewelry items

22   amongst the jury, we didn't hear anything about gold -- I'm

23   sorry.  We heard very little about gold plated or

24   non-precious stones and things like that.  At least on the

25   lists in the boxes it would seem that the overwhelming

1   majority of the items were very valuable, didn't it?

2   A    That's possible to assume.

3   Q    Okay.  And, again, you can't say how much of this

4   belonged to Donnie Eli and Rosie Marks, and you don't know

5   the mix of what was in Rose's room as opposed to Donnie

6   and -- I'm sorry, Rose's room as opposed to Donnie and

7   Rosie's room; is that right?

8   A    It was all clearly marked what room the items were found

9   in.

10  Q    And we would have to go back through the documents to

11  see that.

12  A    And we went through that.

13  Q    And, by the way, were you able to get the name of

14  somebody who could tell us whether there was wallets or

15  driver's licenses or other forms of identification found in

16  bedroom G?

17  A    No, unfortunately, I do not have a specific list of

18  which agents were responsible for each room.

19  Q    Okay.  Thank you.

20  A    One person took evidence and then I took the photos.

21  Q    You took the pictures.

22  A    Yes, sir.

23  Q    And, again, please don't take this as criticism.  I know

24  your job was to take pictures.

25  A    I'm not concerned.

```
 1    Q    I don't concern anybody.
 2              You found some -- you showed us some dollar bills
 3    that were found in, I think, bedroom G.  Do you remember
 4    that?  Or some currency.
 5    A    I remember the picture of the currency, yes.
 6    Q    This may sound like a far out question, but was there
 7    still -- when you took pictures of the currency, were there
 8    still, like, frosting from wedding -- from birthday cake on
 9    some of the dollar bills?  Do you remember that?
10    A    That is not something I would remember.
11    Q    Okay.  Let's talk about specific items about which you
12    testified.  We talked about that gold sort of clutch purse,
13    makeup case, whatever you called it, right?
14    A    Okay.
15    Q    And that was worth in today's value $55,000, right?
16    A    Okay.
17    Q    You talked about a Piaget watch that was in 726, I
18    believe, worth $10,000.  Do you remember that?
19    A    Yes.
20    Q    Can you tell us what room that was found in?
21    A    May I pull it out of the box to make sure?
22    Q    Surely, please.
23    A    The watch was in the bedroom marked G on the main floor.
24    Q    How about the $15,000 stainless steel watch?
25    A    That was also found in bedroom G on the main floor.
```

1    Q     And how about the $7200 18 karat gold watch?

2    A     That was found in the bedroom marked G on the main

3    floor.

4    Q     And how about 740, the earrings worth $35,000?

5    A     That was found in bedroom G, once again, inside the

6    safe.

7    Q     In the black duffel bag?

8    A     Yeah, there was a black duffel bag that was inside a

9    large safe in that bedroom.

10   Q     And I guess I'll ask this with some trepidation, but on

11   740, I guess it's dash nine, I think, was there a gold and

12   diamond ring worth $65,000?

13   A     That's correct.

14   Q     Where was that found?

15   A     That was also in a duffel bag which was inside the large

16   safe in the bedroom marked G.

17   Q     And forgive me, my math is bad, but if we add up the 55

18   and 10, which is 65; and 15, which is 80; and 72, which is

19   87-2, and 35, which I guess is a hundred and something; and

20   the $65,000 gold and diamond ring, I did the math before, and

21   would it be fair to say that that totals approximately

22   $187,000 worth of jewelry?

23   A     Sounds about right.

24   Q     And that's in only those one, two -- I'm sorry.  One,

25   two, three, four, five of those items were found in room G;

1  and the $55,000 makeup case, where was that?

2  A    That was found in the black duffel bag inside the safe

3  in the bedroom marked G.

4  Q    So all of those valuable items that you picked out and

5  that the prosecutor introduced through you worth

6  approximately $187,000, and those were the most valuable in

7  there, I assume; is that correct?

8  A    I haven't checked.  They were definitely of the higher

9  end of value.

10  Q    Okay.  Those were all found in the black duffel bag in

11  the safe in room G on the first floor where we know, through

12  your testimony, that there were two people living, but you

13  weren't sure if there were men's and women's clothes in

14  there; is that right?

15  A    Yes, they were all found in a large safe.

16  Q    In that room?

17  A    In that room.

18  Q    And there was a lot of other jewelry in that safe, too?

19  A    Yes, it was a large safe.

20  Q    Now, let's talk about that nice heavy gold makeup bag.

21  A    Okay.

22  Q    That's worth now, appraised at $55,000, correct?

23  A    According to the appraisal --

24  Q    When I say now, maybe about a year, year and a half ago,

25  depending on the value of the price of gold.

```
 1    A    Sure.  It was September 2011.

 2    Q    Okay.  So accept for a moment -- and I know you don't

 3    know and you can't establish it, but if that was bought by

 4    Rosie Marks' grandmother, Rose's mother, back in 1950, when

 5    gold was worth $40 an ounce as opposed to what it's worth

 6    now, would that be worth about 1300 -- or would that have

 7    cost about $1374?

 8              MR. STEFIN:  Objection, calls for speculation,

 9    facts not in evidence.

10              THE COURT:  Overruled.  You can answer.

11              THE WITNESS:  What was your amount again?

12  BY MR. SCHWARTZ:

13    Q    Let's assume -- right now gold, I'm picking numbers

14    worth about $1500 an ounce, or was at two years ago, and if

15    it was worth maybe three percent of that back in 1950, would

16    that be -- would that have been worth less than $1500?

17    A    Three percent?  Sure.

18    Q    Now, you introduced into evidence some documents, right?

19    A    That's correct.

20    Q    You weren't asked to analyze the documents.  You have no

21    knowledge of the meaning of the documents or even why they

22    were introduced in evidence?

23    A    No, I don't.

24    Q    Other than they were found in specific places in the

25    house?
```

```
1    A    Exactly.

2    Q    There was this letter that was written to somebody named

3    Lauren; is that correct?

4    A    Correct.

5    Q    Do you know of any people who were in the house at the

6    time of the arrest named Lauren?

7    A    I do not know the names of everyone in the house.

8    Q    Have you heard any names or nicknames of any of the

9    Defendants in this case of Lauren?

10   A    I don't even know all the Defendants listed in this

11   case.

12   Q    Do you know how that letter came to be in Mrs. Marks'

13   position?

14   A    As you said, sir, I don't have information about the

15   documents.  I simply took the photos of where they were found

16   and the room they were found in.

17   Q    Okay.  Then let me stop asking you questions after just

18   one more.

19   A    Sure.

20   Q    Do you know how many people -- two more -- how many

21   people were living in that house on the day of the arrest?

22   A    The number of people, I do not.  There were a number of

23   people when we entered the home.  I do not know who lived

24   there.

25   Q    Were there at least five adults there on the day of the
```

```
 1   arrest that you remember?

 2   A    That sounds correct.

 3   Q    And maybe five or six children?

 4   A    Can't answer about the children.

 5   Q    Yeah, they sort of pass under the radar.

 6        Last question.  You testified that the house was on

 7   the Intercoastal; is that correct?

 8   A    That's correct.

 9   Q    Is it possible that you're incorrect, that it's on a

10   canal -- and this is a distinction, but a canal that --

11   further down the canal leads into the Intercoastal?

12   A    Sure, that's possible.

13   Q    Okay.  So it's not directly on the Intercoastal.

14   A    It was definitely on a waterway with extremely large

15   boats.

16   Q    And big houses.

17   A    Yes, absolutely.

18        MR. SCHWARTZ:  I have no other questions, Your

19   Honor.

20        THE COURT:  Thank you.

21        Any redirect?

22        MR. BARDFELD:  No, Your Honor.

23        THE COURT:  All right.  Thank you, Agent.

24        THE WITNESS:  Thank you.

25        THE COURT:  Our next witness.
```

```
 1                    MR. BARDFELD:  The United States would call Sylvia
 2     Roma.
 3                    THE COURT:  Ma'am, would you please raise your
 4     right hand.
 5                    Government's, Sylvia Roma witness, sworn.
 6                    THE COURT:  Ma'am, if you could try and pull that
 7     microphone towards you so we can hear you and speak into it.
 8     The chair doesn't move, so you need to adjust the microphone.
 9     Tell us your name and spell your last name for us, please.
10                    THE WITNESS:  My name is Sylvia Roma, R-o-m-a.
11                    THE COURT:  Thank you.
12                         Direct Examination
13     BY MR. BARDFELD:
14     Q    Good afternoon.
15                    How are you employed?
16     A    I'm a consultant.
17     Q    And have you had occasion to meet Ms. Joyce Michaels?
18     A    Yes.
19     Q    When did you first meet Joyce Michaels?
20     A    Early November, 1997.
21     Q    And what were the circumstances under which you met
22     Joyce Michaels?
23     A    I was in New York for a pleasure trip.  I had been to
24     Boston for a business trip a couple days before, and I met a
25     friend in New York for the weekend.
```

```
 1    Q     Okay.  So you're in New York.

 2             How did you come about meeting Ms. Joyce Michael?

 3    A     My friend suggested that we go to a psychic, so I said,

 4    okay, sure, we'll go to a psychic.  So we asked -- we didn't

 5    know of any psychics, or I didn't in New York.  So we asked

 6    the bellman at the hotel we were staying that if he knew of

 7    any psychics, and he said, yes, there's a person up on West

 8    58th Street.  So we weren't too far from there, we walked.

 9    Q     Where were you staying at the time?

10    A     I think we were staying, it was either a Hilton or a

11    Marriott.  I want to say I think it was on Sixth Avenue, but

12    I'm not exactly sure.  But it was a big hotel.

13    Q     Okay.  Had you been to a psychic before?

14    A     One time.

15    Q     And the first time you went to a psychic, what was the

16    purpose in going to a psychic?

17    A     I was visiting my family in Pennsylvania, and a couple

18    of my sisters used to go to this Italian woman who was a

19    psychic or said she was a psychic, and they were going one

20    evening and they asked me if I wanted to go.  And I said,

21    okay, what do they do?  She said she'll do a palm reading or

22    a tarot card reading and tell you about yourself.  I said

23    sure, I'll go.  So I went one time.

24    Q     So you went one time in Pennsylvania.  The next time you

25    went, the second time you went was when you met the person
```

```
 1   you know as Joyce Michaels?

 2   A    That's correct.

 3   Q    And why were you going the second time?  Did you start

 4   believing in psychics?

 5   A    No, it was, I guess, probably entertainment value.  My

 6   friend just said, you want to go?  And I said, sure, okay,

 7   I'll go with you.  It's just entertainment.

 8   Q    So you're on a pleasure trip to New York.  You decide to

 9   go in to a psychic.

10   A    Yes.

11   Q    What happens when you go in to the psychic?

12   A    I was with my friend.  We went to the place on West 58th

13   Street.

14   Q    Do you remember the address?

15   A    I remember it was Suite 1A.  I forget the exact

16   street~-- the exact address.  It was West 58th, though.  It

17   was right around the corner from a big hotel.

18   Q    Was it 21 West 58th Street?

19   A    Yes, it was 21 West 58th Street.

20   Q    Okay.  So continue.  You go in with your friend for a

21   reading; is that right?

22   A    Right.  So we had to ring a doorbell.  Someone came to

23   get us, and we went upstairs, and she told us it was going to

24   be $75.  I was put with Joyce, and my friend was put with her

25   mother.  There were Joyce and her mother in the room.
```

1    Q     And what were you going to get for that $75?

2    A     She was going to do a tarot card reading for me.

3    Q     By the way, can you identify the person that you knew as

4    Joyce Michaels?  Is she in the courtroom today?

5    A     Yes, she is.  She's the woman in the gray hair with the

6    scarf on.

7              MR. BARDFELD:  Let the record reflect the witness

8    has identified Ms. Joyce Michaels or Ms. Rose Marks, who she

9    knew as Joyce Michaels.

10             THE COURT:  Yes.

11   BY MR. BARDFELD:

12   Q     So you go in for the first meeting, your friend goes and

13   meets with her mother and you meet with her.  What happens

14   during her first meeting?

15   A     So she started laying out the cards and told me I had --

16   she shuffled the cards -- so I shuffled the cards, and then

17   she put them in three piles, and then she stacked them some

18   way.  I forget which pile went on top, but there were three

19   piles.  And then she started laying the cards out on the

20   table in some order.  I don't remember the order.

21   Q     Okay.  I've never had a tarot card reading, so can you

22   explain what she's doing as she's laying the cards out on the

23   table?

24   A     Like one of the cards I forget, I don't know the names

25   of tarot cards, but one might be called like the queen or

```
 1    king of cups or something, and I forget what that card

 2    represents, but it means something to people who know about

 3    tarot card readings.  And so periodically a card would come

 4    up.  Sometimes they would be good cards and she would say,

 5    oh, you look like you have a good life.  You look like you're

 6    a happy person.  Then another card might come up, and it

 7    would be something that apparently wasn't so good.  Like

 8    there are -- like a guy that's a hooded guy in black garb.

 9    Again, I don't know the names of these people.

10         There are hundreds of different kinds of patterns

11    for tarot cards, like many different styles.  I'm not an

12    expert at this at all.

13         So as she laid the cards out she would tell me

14    different things about my life.

15    Q    And did it appear to be accurate or did it ring true?

16    A    Not necessarily.  Some of the first -- couple of the

17    first things she said, she looked and one card came over and

18    she said, oh, I see you're married.  And I said, no.  You've

19    been married.  I said, no.  I see you have three children.  I

20    said, no.  You don't have children?  No.  And then she kept

21    probing, and at one point she hit on, you're very close to a

22    young girl.  And I said, yes, my niece.

23         And she said, okay, that's why it's coming up as a

24    daughter.  And I said, well, I think of her as a daughter.  I

25    don't have any children, but she's my goddaughter.  I'm very,
```

1    very close to her, I used to live near her, and so I adore

2    this child.  So I thought, okay, maybe that's why she's

3    seeing a relationship between me and a daughter.  But I had

4    no children.

5    Q    Okay.  And you weren't married either, right?

6    A    I've never been married.

7    Q    Okay.  So what happens next as you're continuing the

8    tarot card reading?

9    A    So a couple more cards go by, and at one point she said,

10   oh, I see that you've moved.  And I said, yes.  I had

11   recently moved from Seattle to Houston.  And then another

12   couple cards go by, and she says, oh, and I see you have

13   someone who's very interested in you.  And I said, I do?

14   Hard to believe.

15   Q    So in other words, so far she wasn't all that accurate?

16   A    No, not particularly.

17   Q    Okay.  Go ahead.

18   A    So we get to the end of the reading, and I left, and she

19   had told -- right before that she said, okay, you know,

20   here's my card, and I could do an astrology chart for you.

21   If you -- here's my card.  When you go back home, if you want

22   to call me, you know, I can talk with you more and help you

23   out, you know, with anything that's going on in your life at

24   that point.  I said, okay, and we left.

25   Q    Okay.  Did you have occasion to talk with her again or

1   see her again?

2   A    Yes.

3   Q    And when was that?

4   A    Well, the next time I saw her was quite a while, because

5   I met her in November of '97, and the next time I saw her was

6   May of '98.

7   Q    Okay.  So let's go -- okay.  So you first meet her in

8   November of '97.

9   A    Yes.

10  Q    Do you communicate with her again after that first tarot

11  card reading that she may or may not have hit on something?

12  A    Yes.  I spoke with her the following week.

13  Q    And how did you speak with her?

14  A    On the phone.  I called the number that she had given me

15  on her card.

16  Q    And what was your purpose in calling her at that point?

17  A    Well, I was following up on this astrology chart that

18  she said she would prepare for me, and then I wanted to see

19  what else she'd be able to tell me.  So I thought, okay, let

20  me chat with her and see what's going on.

21  Q    Okay.  At this point were you a believer?

22  A    No.

23  Q    So then why'd you call back?

24  A    Curiosity.

25  Q    Okay.  What happens in your next conversation with her?

```
1    A    My next conversation, she was asking me a lot about
2    myself, my personal life, my love life, my work life, my
3    family.  So I answered, you know, the questions that she
4    asked me.
5    Q    Okay.  And what kind of questions was she asking you?
6    Let's go about your family first.
7    A    How many children in the family, what kind of
8    relationships I have with -- if my mother and father were
9    alive, what kind of relationships do I have with my family
10   members.  And everything was very positive.  I was a very
11   happy family person at that time.
12   Q    And can you briefly describe your family?
13   A    I'm one of seven children.  I'm the second oldest.  I
14   have five sisters and one brother.  My father is alive.  He's
15   almost 90.  My mother passed away at a very young age in
16   2001.  I have 15 nieces and nephews.
17   Q    Okay.  And you're telling the person you know as Joyce
18   Michaels this, right?
19   A    Yes.
20   Q    Okay.  And what else did you tell her about yourself?
21   A    I told her some of the things that had happened with me
22   at work.  Some things were good, some things weren't so good.
23   I was pretty much a happy person.
24   Q    So what did you do next?
25   A    Well, she proceeded to tell me that she could -- that
```

1    she saw some things -- she had done a little bit of work, and

2    she saw some things in my background that she could help me

3    with.  And I said, okay, like what?  And she said there's a

4    lot of negative energy that's coming into your life.  And I

5    said, okay.  I wasn't aware of that.  And she asked me about

6    a particular family member.  She said one of your family

7    members is very jealous of you.  And I said, really?  I -- I

8    didn't know who -- which one she was talking about, and it

9    hit me like a ton of bricks, because I had very good

10   relationships with all of my siblings.

11   Q    So you didn't think that one of your family members was

12   very jealous of you?

13   A    Not at all.  Not at all.

14   Q    So you're continuing to listen to her, though, right?

15   A    Yes.

16   Q    Okay.  Why?

17   A    Well, I was -- again, it was curiosity.  I thought,

18   well, she seems like a nice person.  She seems genuine.

19   She's telling me something about my family, and I thought,

20   well, this is kind of weird, but I wonder if there's -- if

21   there's something I should look into with someone in my

22   family.  I just -- I had -- it just peaked my curiosity more

23   than anything.

24   Q    By the way, at this point how much money had you spent

25   with Joyce Michaels?

```
 1   A    Well, I paid $75 for the reading, a hundred dollars for

 2   the astrology chart that I never received.  And the next week

 3   when I started talking with her or when I had that first

 4   conversation, she said she could help me get rid of this

 5   negativity, that there were a lot of evil spirits and

 6   negativity around me and my family for many, many decades

 7   that she could help me with.

 8   Q    Did you think that there were evil spirits or negativity

 9   surrounding you and your family?

10   A    No, not at that time.

11   Q    Okay.

12   A    So she -- in order to get the work started, which is

13   what she always called it, the work, she asked for a check

14   for $3200.  And I was to make the check out to a place called

15   Astrology Boutique M and send it to New York, so I did that.

16   Q    And this still in 1997 --

17   A    This was in November --

18        THE COURT:  Can you wait for him to finish the

19   question before you start answering, please?  Because he

20   cannot record two people speaking at the same time.

21        THE WITNESS:  I'm sorry.

22   BY MR. BARDFELD:

23   Q    This was still in November of 1997; is that correct?

24   A    Yes.

25   Q    So do you then send her $3200 to Astrology Boutique?
```

1    A    Yes, I made the check out to Astrology Boutique M and

2    mailed it to the 21 West 58th Street address.

3    Q    And for that $3200, what were you supposed to get?

4    A    She was supposed to clear the negative energy that had

5    been in my family and around me for these decades of my

6    family's history.

7    Q    Why did you think it was a good idea to spend $3200 on

8    clearing negativity when you didn't think there was any

9    negativity in your life?

10   A    Well, a couple times after I started talking with her I

11   started thinking, maybe there is something that I'm not aware

12   of.  I come from a largely Italian family, and there are some

13   Italian people that believe in the Malook.  I don't know if

14   you've heard of it, but it's called the Evil Eye in Italian.

15   And so I thought, well, who knows?  Maybe somebody did do

16   something to my family, you know, many, many years ago.

17            I did have a couple of people in my family, my

18   immediate and cousins, who had experienced some problems, and

19   I thought, well, maybe there was some force that came on

20   them, and she thinks it can clear it up, maybe these people

21   will be okay.

22   Q    Okay.  So you paid her that $3200?

23   A    Yes.

24   Q    Did you ever expect to get that money back?

25   A    No.

1    Q    Why not?

2    A    Because she told me that was the fee for the services

3    that she was going to provide.

4    Q    Okay.  So you send her the $3200.  Do you continue to

5    communicate with her by telephone?

6    A    Yes.

7    Q    And when's the next time you talk to her?

8    A    Probably a couple of days -- it was close to

9    Thanksgiving.  I sent the check probably -- I met her, I

10   think it was November the 8th, and I sent a check probably

11   the following -- well, I did send a check the following week.

12   So the week started on Monday the 10th, and I know the check

13   was cashed around the 22nd or 23rd, whatever day was close to

14   Thanksgiving.  It, of course, was not Thanksgiving.

15            And so I -- once she knew the check was sent, I

16   spoke with her every couple of days, always at night.

17   Q    And what time at night?

18   A    Different times.  I worked until probably 6:00, 6:30, so

19   she would ask me to call her at 9:00 o'clock or

20   10:00 o'clock, or sometimes she would say I'll call you at

21   midnight, is midnight too late?  No, that's fine, you can

22   call me at midnight.

23   Q    Okay.  So you send the $3200 and you start communicating

24   again?

25   A    Yes.

1    Q     What are you discussing when you're talking to her after
2    you send the $3200?
3    A     We're discussing my family, the couple people in the
4    family that I was concerned about.
5    Q     And who was that?
6    A     One was my brother.
7    Q     And why were you concerned about him?
8    A     He had had a problem with drugs.
9    Q     Okay.
10   A     And another one was my young nephew.  He was maybe 15 at
11   the time.  I'd have to go back and think of what the ages
12   are.
13   Q     Okay.  He was a child, though?
14   A     He was a young man.
15   Q     He was a young man.
16         And you were concerned about him, too.  What were
17   you concerned about with him?
18   A     He was in high school, and he started to have a problem
19   with abusing drugs.
20   Q     So Ms. Michael tells you that there are some people in
21   your family who are having issues?
22   A     Yes.
23   Q     And what do you do as a result?
24   A     Well, I basically just gave her the information that she
25   asked me to provide.  Sometimes it was a picture, sometimes I

```
 1    had to write something out about this person and describe the
 2    situation to her.
 3    Q      Can you give us an example?  I mean, what kind of
 4    pictures would you send?
 5    A      Well, one picture was of my brother as a young man, as
 6    an adult, and she would ask me for his birthdate and the
 7    circumstances of, you know, the circumstances of his birth.
 8    I mean -- what I mean by that is I had mentioned to her that
 9    my brother had been a twin, and my mother had miscarried when
10    she was very early in her pregnancy, and they -- the doctors
11    thought that my mother had miscarried everything because they
12    only thought there was one baby.
13           Well, this was in 1956, maybe, and the -- she ended
14    up still being pregnant.  So she went to the doctors and
15    said, hey, I'm still pregnant, this baby's here, and seven
16    months later my brother was born.
17           And Joyce mentioned to me that's a very important
18    piece of information, because that helps lead to a pattern as
19    to some of the problems with your brother, because he was
20    left alone.  I said, what do you mean he was left alone?
21    He's been with his family all his life.  And what she
22    explained was in utero my brother lost his sibling, and so he
23    was left by himself.
24           I thought, whoa, that's way out there, but, okay,
25    maybe things like that happen.  I don't know.
```

```
 1              So I thought, well, he's important to me, and he
 2    was very worrisome to my parents, and so if there was
 3    something I could do to help figure out these negative forces
 4    around me -- what I was told is that the negative forces came
 5    from a curse that my grandmother, my maternal grandmother,
 6    had put on the family, and that she had put this curse on our
 7    family to affect the men in our family.
 8    Q    And who told you that you had a curse that was put on by
 9    your maternal grandmother that affected the men in your
10    family?
11    A    Joyce did.
12    Q    As a result of that, what did you do?
13    A    Well, I first started asking people.  I went to my
14    mother and I said, do you know anything about this curse?
15    And she's like, what are you talking about?  And I said,
16    well, you know, how sometimes people, they say they'll put
17    the Malook on you, put a curse on you, put the Evil Eye on
18    you.  I said, I don't know maybe -- did Nonna do this?  Was
19    she mean?  My grandmother had died when I was very young, and
20    my mother said no.
21              And she asked me what I was doing, and I said I was
22    talking to this psychic.  And she said don't talk to the
23    psychic.  And I said, well, it's no big deal.  I'm -- you
24    know, maybe she could tell us stuff.
25              And then I asked my aunt, my father's sister.  I
```

1    said, you know, do you know anything about a curse that was

2    put on our family?  And she said, again, you know, what are

3    you talking about?  No, there's no curse on our family, where

4    are you getting this?  So I asked anybody I could.  I asked

5    my sister, I asked my aunt, I asked, you know, my mother.  I

6    didn't ask my father because I didn't want to upset him, and

7    he would have thought it was complete -- he wouldn't have

8    been able to deal with this at all.  He would have been very

9    angry.

10   Q    He would have been angry about what?

11   A    He would have been angry, number one, that I was going

12   to a psychic, and, number two, that I would think anything

13   ill of his mother.

14   Q    And I thought you said it was from your maternal --

15   A    I'm sorry, I did say it was my maternal.  I apologize.

16   It was from my paternal.  I was thinking the wrong way.

17   Q    So you hear this information that there's a curse put on

18   by your paternal grandmother, and it's affecting the men in

19   your family?

20   A    Yes.

21   Q    And because that there were issues with your brother and

22   your nephew, you thought there might be some validity to

23   that?

24   A    Remotely thought there was some validity, yes.

25   Q    Okay.  So at this point you've still only given the

```
 1    $3200, is that correct, as a fee to Joyce Michaels?

 2    A    Yes.

 3    Q    So then what happens?

 4    A    She told me that I was an instrument from God, that I

 5    was put here as the vehicle who was going to get rid of this

 6    curse and that I was very special and that I should be very

 7    honored to be very special and to be in this position to get

 8    rid of this curse and all this pain that had affected my

 9    family.  So I took that to heart and I thought, well, okay,

10    that's kind of cool, I guess, that I'm going to be the one

11    who's going to deliver my family outside of this curse.

12              And up 'til then I had been helping my family a

13    lot.  I was always --

14    Q    How had you been helping your family?

15    A    Financially.

16    Q    Okay.

17    A    I had done fairly well, and my family was not well off,

18    and every time someone needed something, before they even

19    said they needed it, I had a check in the mail.  And so I

20    thought, well, maybe that's why I was in the position that I

21    was in to do this good.  Maybe there's something -- I was

22    spiritual, and I thought, who knows what a higher being or

23    what God is thinking someone can do.  So I thought there

24    might be some validity that I was in a position to help my

25    family and get rid of this curse and be this vehicle to do
```

1    so.

2    Q    Did Joyce Michael ever explain how you were going to be

3    the vehicle to help your family?

4    A    She -- yes.  She told me that I would talk with her on

5    the phone, we would meditate.  I told her I didn't know how

6    to meditate.  She said she would teach me.  And she said that

7    from time to time I would need to come to New York to see

8    her, but most of the work could be done over the phone.

9    Q    Okay.  And that was you being in Houston and she was

10   going to be in New York; is that right?

11   A    That's correct.

12   Q    So then as you're being the vehicle to assist your

13   family, what do you do?  Do you continue to contact Joyce

14   Michael?

15   A    Yes, I continued to work with her, to talk to her.  And

16   then we're now in December.

17   Q    This is December of 1997?

18   A    It's December of 1997.  And she called me and said that

19   she was going to need some money temporarily to create an

20   energy field, a positive energy field around me, and that she

21   needed this money on a temporary basis that she was going to

22   pray over and it was going to help her determine what plans

23   needed to be done in order to get rid of this curse.

24   Q    And how much money was she talking about to send on a

25   temporary basis?

```
 1    A     I think the first amount was $32,000 or $16,000.  There
 2    were two amounts in December of '97.
 3    Q     Is there something that would refresh your recollection?
 4    A     Yes.
 5    Q     And what would that be?  Did you provide documents to
 6    the Government?
 7    A     Yes.
 8              MR. BARDFELD:  May I approach, Your Honor?
 9              THE COURT:  Yes.
10              THE WITNESS:  It's the largest spreadsheet, Larry,
11    not this one.
12    BY MR. BARDFELD:
13    Q     It's not in -- okay.
14              So it was either $16,000 or $32,000 that you were
15    supposed to send; is that right?
16    A     Yes, one amount the first time, and then a couple weeks
17    later another amount.
18    Q     Okay.  Did you think that was a significant amount of
19    money?
20    A     I thought it was a huge amount of money, and I told her
21    so.  I said, what are you talking about?  This is -- $32,000
22    is a lot of money.  I don't have that kind of money.  And she
23    said, well, this is temporary.  And I said, you told me the
24    work was $3200.  And she said, yes, that's the fee for the
25    work.  This money will be returned to you.  I just need it
```

```
 1    temporarily to pray over it to create the positive energy

 2    that I need to do the work.

 3             She said if I was in New York and if I saw her

 4    often, then she would be able to get the energy directly from

 5    me.  But since I'm not in New York, she needed another

 6    vehicle and that she believed that in my family money had

 7    been the root of many problems, and therefore, money is the

 8    instrument that needed to be used to clear the negative

 9    energy from me.

10    Q     But did you send her either the $16,000 or $32,000 in

11    December of 1997?

12    A     Yes.

13    Q     Why?

14    A     I had the money and so I thought if this is temporary

15    and it's coming back to me, then I can do that.  If it's

16    worth $32,000 and $16,000, then I'd be willing to send that

17    money temporarily, knowing that it will come back to me, I'll

18    deposit it into the accounts I took it from, and if that's

19    going to end decades of hardship that my family had endured

20    and make the -- my walk path for the rest of my life free and

21    clear and easy, yes, I'll send the money.  It's temporary.

22    Q     Had your family endured hardship over the years?

23    A     Many.

24    Q     And what kind?  Are we talking financial?  We talking

25    personal?  We talking health?
```

```
 1    A     Financial and health.

 2    Q     So one of the reasons you decided to give that large

 3    amount of money was you thought it was coming back; is that

 4    right?

 5    A     I was convinced it was coming back, yes.

 6    Q     Why were you convinced it was coming back?

 7    A     I was convinced the money was coming back because Joyce

 8    told me on many occasions, the money is coming back to you.

 9    It is not for me, it is not for my personal use.  The money

10    is coming back to you.

11    Q     So you sent her that money?

12    A     Yes.

13    Q     Right?

14          And then you sent a second large sum, whether it's

15    16, 32, or 32, 16, you send a second large sum.

16          What do you do next?

17    A     Well, the wire-transfers were made.  Then I got a call

18    saying that I needed to go to New York.  There was a

19    situation.  I was upset about it, and she asked me, she said,

20    okay, here's what you need to do.  You need to get gold.

21    Q     Okay, tell me about the situation a little bit.

22    A     I was seeing a man, and it wasn't going as well as it

23    could have.

24    Q     So as a result of that, what did you need to do?

25    A     So she told me -- I was on the phone with her, and she
```

```
 1   walked me through a series of questions, and the questions
 2   were around my love life, if you will.  So one question was,
 3   how many men have you considered yourself to be in love with
 4   in your lifetime.  So let's say that was three.  I don't
 5   remember what the answers were, but it wasn't a lot.  And how
 6   many years had each one of these relationships lasted?
 7             Well, I knew that.  I was able to -- you know,
 8   person one X number of years, person two X number of years,
 9   person three X number of years.  All of a sudden the number
10   comes out to 700 and some thousand, and it wasn't dollars.
11   It wasn't coins.  It wasn't ounces.  There was just a number.
12   When you multiplied this and added this, there was some
13   formula.  I used to have the paper.  I don't have it anymore.
14             And so then she said, well, you need to send me
15   coins.  I said I don't know what you're talking about.
16   Q     Why did you have to send her coins?  What was the
17   purpose of sending coins?
18   A     Because gold is one of the purest minerals on earth, and
19   she gets a lot of energy from working with gold, and she was
20   going to build a shield for me.  So she wanted to build a
21   shield for me and for my family, and so she was going to take
22   these gold coins and stack them and create like a little
23   image with some of the other things that I had previously
24   sent her, photographs and a card and, you know, other things
25   that she had asked for.
```

```
1   Q    Are you listening to what she's saying to you at this
2   time?
3   A    I'm hearing what she's saying.
4   Q    Okay.  So do you think it's a little strange that she's
5   going to build a shield with gold coins?
6   A    It was the first time I had ever heard something like
7   that, so I certainly thought it was somewhat bizarre, but
8   since it was the first time I had heard it, I thought if this
9   is what you need to do in the work to clear the walk path for
10  me and my family and get rid of this negative energy, all
11  right, I'll see how I can get this done.
12  Q    Okay.  So the gold coins were for what purpose?  They
13  were going to build a shield?
14  A    They were going to build a shield, and she was going to
15  be able to get the energy that she needed to continue this
16  work.
17  Q    Okay.  Did she tell you how many gold coins you needed
18  to send her so that she could build this shield to protect
19  you and your family?
20  A    Yes, she did.
21  Q    And how many did she say you needed?  And, by the way,
22  these were gold coins?
23  A    Gold coin, gold one-ounce coins.  She had a
24  specification that she wanted American Eagle gold one-ounce
25  coins.  I didn't even know what that looked like.  I had
```

```
 1    never purchased a gold coin before in my life, and I told her
 2    that.  Then she told me she needed 350 of them.  I said 350
 3    gold coins?  I don't know where -- I can't come up with the
 4    money for 350 gold coins.  I didn't even know what a gold
 5    coin -- I knew what it looked like from seeing it in
 6    pictures, but I had never held one in my hand.  I certainly
 7    had never purchased one, and I didn't even know where to buy
 8    them.
 9           And so she told me to look in around the area and
10    see if I could find a place to buy the coins, and if I
11    couldn't, to let her know and she had someone in Manhattan
12    who can get the coins for me.
13    Q   Did she tell you a particular number of gold coins or a
14    particular amount of money you were to spend on the gold
15    coins?
16    A   It was 350 gold coins, not the amount of money.  While I
17    was on the phone with her, I looked up on the Internet what's
18    the price of gold.  Gold coins, now I know there are many
19    different sites that you can look up, and they tell you what
20    the price of gold is, you know, or any minerals on a given
21    day.  And so I looked, and the gold was fluctuating at that
22    time between $306 and $321, again, depending on the type of
23    gold coin.
24           So, for instance, the American Eagle gold coin was
25    more expensive than a Krugerrand, or it was more expensive
```

1    than a Canadian Maple Leaf, I think is what they called it.

2    Q    And did you purchase the 350 gold coins?

3    A    Yes.

4    Q    And where did you purchase those gold coins?

5    A    I found a place called the Houston Numismatic Exchange.

6    Q    Numismatic?

7    A    Yes.

8    Q    N-u-i-s-e-m-a-t-i-c (sic)?

9    A    Something like that.  N-u-i, I think.

10   Q    Okay.

11   A    Yeah, N-u-i-m-a-t-i-c (sic), something like that.

12   Q    And you purchased 350 gold coins from the Houston coin

13   shop?  How's that?

14   A    Yes, I called them to find out if they had them, and

15   they didn't have 350, but they told me they would put them

16   aside, but I needed to come down there and give them a check

17   for half of the money first, because they're not going to go

18   and -- they had to purchase the other coins from another

19   dealer.  And they would have the complete 350 for me the

20   following day.

21   Q    Where'd you get the money to purchase the gold coins?

22   A    From my broker account.

23   Q    Okay.  You had saved money over the years?

24   A    I had saved money, but I had received a number of

25   incentive stock options from my prior employer, and the

1    company went public, and so on paper I had a good bit of

2    money, and it was all being held at the broker account.  I

3    had never spent any of it, but the money was there.  So they

4    knew how much stock I had and what the value of the stock

5    was, and then they gave me a loan to purchase the coins

6    against the money that I had in the brokerage account.

7    Q    Okay.  At the time you purchased the 350 gold coins, did

8    Joyce Michael know your financial situation?

9    A    Probably not completely.

10   Q    But did she know anything about your financial

11   situation?

12   A    She knew I had a decent amount of money in the -- from

13   my savings and my past employment.

14   Q    And how did she know that?

15   A    She asked me and I told her.  She asked me a lot about

16   my finances, and I told her I had just moved from Seattle, I

17   had made a good profit on my house, I bought a big house in

18   Houston.  I had a little bit of money in the bank, and I was

19   very happy financially at that time, and I told her that.

20   Q    Okay.  So you purchased 350 -- and, by the way, I think

21   you said it was between 306 and $320.  That's somewhere over

22   a hundred thousand dollars-worth of gold coins that you

23   purchased; is that right?

24   A    Yes, I think it was a hundred -- almost $106,000 for the

25   350 coins.

```
 1   Q    And, again, did you think this was strange?

 2   A    I thought it was strange, but I asked her -- when I

 3   looked at the gold coins, they were beautiful.  I brought

 4   them home and I just looked at them and kept touching them

 5   and putting them in these little piles.  I mean, it was

 6   amazing to see that much gold.  I had never seen it before.

 7        And when I spoke with her I said, I would like to

 8   keep one of these as like a good luck symbol right now, and

 9   she said, you don't have to keep one, send them all to me,

10   they'll all come back to you.  You'll have plenty of gold

11   coins.

12   Q    Tell us a little.  I mean, I've never had 350 gold coins

13   in my possession.  So what's it like to hold the 350 gold

14   coins as you walked out of the store?

15   A    It's unbelievable.  I was -- it was a very surreal

16   experience just being in the Houston Numismatic Exchange.

17   They only allow one person in at a time.  There's an armed

18   guard at the door.  So I thought, whoa, this is interesting.

19   This is very important.  And I looked at all of the stuff

20   that they had in the cases.  But they took me to a small

21   private back room.

22        Again, there was a guard there, and they bring out

23   this -- open the safe and pull out these coins, and I hadn't

24   imagined how many 350 -- I mean, I know it's 350 ounces, but

25   I didn't know how many piles of gold that would make.  And it
```

```
1    made quite a few.  It was exhilarating to hold it, to look at

2    it and to think that this was mine.

3    Q    But you were going to get rid of those 350 gold coins,

4    right?

5    A    Well, I wasn't getting rid of them forever.  I was going

6    to bring them to New York so that she could work with them

7    and build the shield, and when the work was finished I was

8    going to get the gold back and get the 32 and the 16,000

9    back.

10   Q    Okay.  So when you gave her the $105,000-worth of gold

11   coins, you also had given her at least $48,000 that she

12   was -- she had promised to return; is that correct?

13   A    That's correct.

14   Q    So how do you get the 350 gold coins to Joyce Michael in

15   New York?

16   A    I took them on a plane one night, dropped them off at

17   the 21 West 58th Street.

18   Q    You personally delivered them?

19   A    Yes.

20   Q    Okay.  What was it like carrying -- I guess how many

21   ounces is that?

22   A    Well, it's 350 ounces, so it's 20-some pounds.

23   Q    Okay.

24   A    Right?  Little over 20-some pounds.

25        And they were wrapped up tightly in a box with
```

1    some -- like some type of a cloth.  They're coin bags, and

2    they wrapped up every so many dozens of coins and put them in

3    this secure box for me, and I taped it up.  And this was

4    before 9/11, so there was no security, or not to speak of, at

5    the airport.  So I walked in and paid -- I had my ticket, I

6    bought it online and went through the gate and put my gold on

7    the conveyor belt, and I met it on the other side, picked it

8    up and got on a flight.

9    Q    So you did it as a carry-on?

10   A    Yes.

11   Q    And then --

12   A    They didn't charge for the carry-on at that time.

13   Q    When you arrived in New York, what do you do with the

14   gold coins?

15   A    I took a taxi to the 21 West 58th Street, and she told

16   me she wasn't going -- Joyce told me she wasn't going to be

17   there, that she was going to be in work, but that I could

18   leave them with her housekeeper.  And I said, whoa, that

19   doesn't make me feel comfortable.  I don't know who this

20   housekeeper is.  She said I've had her for decades, 25 years,

21   or whatever the timeframe.  It was a long time that she had

22   had this housekeeper, and she said just knock on the door and

23   bring the coins, and everything will be okay.

24        And I said, okay, and that's what I did, and I went

25   home the following day.

1   Q     What kind of representations did Joyce make to you that

2   made you believe her?

3   A     She told me that she had been a clairvoyant.  I didn't

4   know what a clairvoyant was, really, but I looked it up

5   online, and then she told me that she had had powers, she and

6   her mother, for many, many years, that her powers were

7   recognized at a very young age.  And I asked -- and she used

8   to work for -- she had cases with very wealthy people.

9          She had worked on cases for the Government, like

10  when -- let's say as an example, I'm not saying this was one

11  of them, but if a child is missing, sometimes you'll hear on

12  TV, oh, they're bringing in a psychic to help find the

13  child's body or something.  She didn't tell me that one, I'm

14  just -- she just said she had worked on cases for law

15  enforcement.

16  Q     You're just using that as an example, right?

17  A     Yes.

18  Q     Okay.  So because she had worked with law enforcement,

19  or she said she had worked with law enforcement and famous

20  people and wealthy people, you tended to believe her when she

21  told you that she was going to take your money and get rid of

22  the evil curses and return it to you?

23  A     Yes.  She said she had been very successful and that she

24  had never not been able to resolve a case, and I believed

25  her.

```
 1   Q     So after you deliver the $105,000-worth of gold coins,

 2   what do you do next?  Do you talk to her at that time?

 3   A     No, she was working, so -- you mean that day?

 4   Q     Yes, that day when you delivered the gold coins.

 5   A     No, she said she was going to be at work.  She was often

 6   working late at night.  And so she told me that she would

 7   call me later.  So I came home, and it was around Christmas.

 8   It was -- I went up there, I think, on the 23rd or 24th of

 9   December.

10   Q     And you flew back the same day or the next day?

11   A     I stayed overnight and flew back the next day.

12   Q     Okay.  And when you flew back to Houston the next day,

13   did you contact Joyce Michaels?

14   A     I contacted her, I don't think it was on Christmas day,

15   but I probably contacted her the day after.  But I spoke with

16   her that week.

17   Q     And what did you discuss at that point?

18   A     Discussed the same things that we were discussing

19   before, my work, my family, this guy.  Same things were

20   coming up.

21   Q     Okay.  What was your emotional state at this point?  How

22   would you -- what would you consider yourself?

23   A     My emotional state was, I thought I was in a pretty good

24   place.  I had just moved, and I didn't want to leave Seattle

25   at all.  So it was painful for me to move and come to
```

```
 1    Houston.  But I liked the people that I worked with, I liked
 2    my new house.  But I was all by myself, 100 percent by
 3    myself.  I knew no one there.  So I was alone, and I was
 4    pretty lonely.
 5    Q    Was Joyce your friend?
 6    A    I considered her to be a very good friend.
 7    Q    Okay.  Was she your confidant, that you trusted her with
 8    your inner-most secrets?
 9    A    I trusted her with a lot of secrets, not every one.
10    Q    So after you deliver the $105,000-worth of gold coins,
11    do you communicate with her again?
12    A    Yes, I communicated with her every couple of days.
13    Q    And by the way, did she tell you that she received the
14    gold coins?
15    A    Yes, she told me she received them, that they were safe
16    with her housekeeper and she had them now, and she was
17    keeping them in a safe place.
18    Q    Okay.  Did she say where the safe place was?
19    A    No.
20    Q    She just said she was keeping them in a safe place?
21    A    Yes.
22    Q    Okay.  So as you're communicating with her, what are you
23    discussing at this point?
24    A    All of our communications were pretty much the same.
25    There were a couple different subjects.  Either my family --
```

1    and she would ask me how's so-and-so doing, or how's this one

2    doing, or -- it was always related to something that I had

3    told her about a family member.

4              My mother was ill at the time from time to time, so

5    she would ask me different things about my mother.  I would

6    talk to her about my work.  I liked my work, but it was a

7    very stressful environment for the company.  It was a really

8    tough time that the company was -- when I was working at the

9    company, financially tough for them, and so I would tell her

10   about some of the people at work that I met, some that I

11   liked, some that I didn't care for.  And then we talked about

12   this guy.

13   Q    Was she supposedly doing the work for you once she

14   received the $105,000-worth of gold coins that you delivered?

15   A    She told me she had been doing the work since November

16   when I first met her.

17   Q    Did she tell you what the work entailed?

18   A    Yes.  It was her meditating, her creating -- sometimes

19   they were alters, sometimes there were candles that she would

20   use.  She took the things that I sent to her.  So like I said

21   earlier, if there were photos that I had given or a card that

22   I had written or a card that I had received, or if -- I had

23   to summarize at one point information about my brother and my

24   nephew and my two nieces.

25             So she said she had that material, and she was

```
 1    building an altar.  And sometimes it was an altar, and then
 2    other times it was a shield that she was building, because
 3    the goal was to protect me now so that nothing else bad or
 4    unkind or untoward would happen to me or my family.
 5    Q    Again, does this make sense to you?
 6    A    It made some sense to me, because she -- I was talking
 7    to her a lot, and she was continuing to tell me about this
 8    curse, and I was trying to understand it, and I thought,
 9    there has to be something here.  There has to be something as
10    to why these things have happened to my family members.  I
11    come from a good family.
12         Nobody had abused drugs or alcohol or anything, and
13    I thought there has to be some outside interference affecting
14    them that she could help with.  So that's why it made sense
15    to me.
16    Q    I don't mean to get too personal, but could you tell us
17    about your religious beliefs?  How were you raised?
18    A    I was raised Roman Catholic.
19    Q    Are you currently a Roman Catholic?  Do you practice?
20    A    Those are two different questions.  I'm currently still
21    a Roman Catholic.  I'm no other religion.  I'm probably what
22    one would call a lapsed Catholic.  I'm a very strong
23    believer.  I have very strong spiritual beliefs, I just don't
24    necessarily agree with a lot of the things that the Church
25    says these days, and so it's turned me off a little bit.  But
```

```
 1   I'm not against Catholicism.
 2   Q    Are you a spiritual person?
 3   A    Very spiritual.
 4   Q    And that's one of the reasons that you related to Joyce
 5   Michael; is that right?
 6   A    Yes.  We often prayed.  She went to church all the time,
 7   or at least she told me she did.  She always talked about God
 8   and about the angels and about the spirits.  So I thought she
 9   was pretty spiritual.
10   Q    Were there any particular angels that she talked about?
11   A    Not at that time.
12   Q    Okay.  Did there come a time when she started talking
13   about some of the angels?
14   A    Yes.
15   Q    And who did she talk about?
16   A    In 2009, it was the Archangel -- Michael the Archangel.
17   Q    So we're getting ahead of ourselves.  Let's stay in --
18   we're still in 1998; is that right?
19   A    Correct.
20   Q    By the way, I think you said that she told you that she
21   had psychic abilities.  Did she say anyone else in her family
22   had psychic abilities?
23   A    Her mother.  And I specifically asked, so none of your
24   kids?  She said, no.  And I said, no siblings?  She said, no.
25   And then I said, oh.  And then I asked her at one point, how
```

```
1    do you -- if you're a psychic and you're a clairvoyant and
2    you can see the future, do you predict things, do you look
3    for things for your family members?  And if so, can you then
4    guide them toward one direction or another direction?  And
5    she said, no, she stays away from looking into the future if
6    it concerns her family, but very clearly, she and her mother
7    were the only two with psychic abilities.
8    Q    And her mother was that first individual that your
9    friend met on your first meeting in New York in November of
10   1997; is that right?
11   A    That's right.
12   Q    Or at least that's what you believed was her -- that's
13   who you believed was her mother, right?
14   A    She introduced her as her mother.
15   Q    So now you're back in Houston, you're communicating on a
16   daily basis, she's got your gold coins, she's got your money.
17   What are you doing next?
18   A    So this is early 1998.  I'm talking with her.  Then
19   there came periods of time where she would say I need pieces
20   of money to work with, not gold and not wire-transfers, but
21   cash.
22   Q    And did she explain why she needed cash at that point?
23   A    Again, the money, because of the money being the root
24   of -- she told me this a million times if she told me it one
25   time, money is the root of all evil.  Great, everybody's
```

1  heard that before.  But she said in particular it's affected

2  my family.  Well, very clearly it had.  Everybody worked all

3  their lives, but, you know, they weren't well off.  So money

4  was something that temporarily would be used because it was

5  so important to me and important to my family, and that was

6  the instrument that had to be used.  That's why it was gold

7  or the money always.

8  Q    Okay.  So did you continue to send her pieces of money,

9  if that's -- I think that's the phrase you used.

10 A    Yes.  She -- at one point, I think it was in February of

11 1998, and she had asked for $15,000 and in $100 bills.  So I

12 went to the bank and got $15,000 and put it in a box, and I

13 needed to put a watch in there.  The watch was used.  It

14 wasn't an expensive watch.  It was a Timex watch.

15 Q    Did the watch signify anything, do you know?

16 A    Yes, the watch was to be used to turn back time in her

17 work so that she could see clearly what had happened in the

18 past, so that she knew what plans needed to be created to

19 finish this work in the future.

20 Q    So you sent her a watch and now another, did you say

21 1500 or $15,000?

22 A    15,000.

23 Q    In hundred-dollar bills.

24       Again, where are you getting this money from?

25 A    I believe at that point in early -- in February, I

```
 1   believe I took a cash advance from one of my credit cards for
 2   the money.  I didn't take any more money from the Alex Brown
 3   account at that time.
 4   Q    When you say the Alex Brown account, what --
 5   A    That's the broker, the stockbroker.
 6   Q    So you had money in a brokerage account that you had
 7   been taking money for; is that right?
 8   A    Yes, that's where I got the money to buy the gold
 9   originally.
10   Q    And you now take a cash advance of $15,000 from, was it
11   a credit card?
12   A    It was either one or two credit cards.
13   Q    Do you send that money up to Joyce Michael?
14   A    Yes, I mailed it in a box, and she wanted a pot that had
15   belonged to my maternal grandmother, my mother's mother.  I
16   don't remember why my mother's mother at that time.  And she
17   was asking me about a piece of jewelry that my father's
18   mother, my paternal grandmother, had given to me.
19   Q    That's the one who supposedly had put a curse on the
20   family, right?
21   A    Yes.
22   Q    Okay.
23   A    And I said I don't have a piece of jewelry from my
24   father's mother.  And she said, are you sure?  Tell me a
25   little bit more about your father's mother.  So I told her
```

 1    everything that I knew.  I was four when she passed away.

 2    And she seemed to be a nice enough person, and she asked me

 3    if I remembered being taken into a room when my grandmother

 4    was very ill.  And I said, no, I wouldn't remember that.

 5         And she said, find out if you were taken into a

 6    room with your grandmother, because your grandmother told you

 7    something.  She told you a special secret only that -- that

 8    only you know.  And I said, Joyce, I can't even ask my mother

 9    this.  I mean, this would really freak her out.  But I

10    thought, I'll ask my sister, because she knows everything, so

11    I thought, I'll ask her.  She remembered everything that

12    happened.  She was only five and a half when my grandmother

13    passed, but she was really smart, and I thought maybe she

14    knew something.

15         So I asked her, and she didn't know anything.  And

16    then I asked my mother if my grandmother left us some jewelry

17    that maybe my mother just didn't give to us yet, and she had

18    left -- my grandmother had left my mother certain pieces of

19    jewelry, but they were to be given to the girls on their

20    wedding days, and I didn't have one.  So I didn't get any

21    jewelry.

22    Q    That kinda stinks.

23    A    Yeah, well . . .

24    Q    So you never ended up sending any jewelry from your

25    grandmother; is that right?

1    A    I did not send any.  I did not have any.

2    Q    Did you send a pot from your maternal grandmother?

3    A    Yes, the pot was sent in the box with the money and the

4    watch.

5    Q    Did she tell you what the significance of the pot, your

6    grandmother's pot, was?

7    A    She told me my grandmother was very instrumental in my

8    life, and that this pot -- it was interesting, because it was

9    are a very old not cast iron, but some old pot, probably

10   aluminum that you shouldn't have been using, but it was some

11   pot that my grandmother used all the time.  She was a very

12   good cook.  And when she passed away and all of her

13   belongings were being given away, I remember saying, I want

14   that pot.  I remember her standing at the stove, you know,

15   making gravy and cooking and stuff, and I thought, I'll take

16   that pot.  So I got the pot.

17   Q    But you sent it to Joyce Michael?

18   A    Right.  I don't have the pot anymore.

19   Q    Was the pot supposed to be returned?

20   A    Everything was supposed to be returned except the $3200.

21   Q    Okay.  So it was your understanding that everything but

22   that initial fee was to be returned to you?

23   A    That's correct.

24   Q    So after you send the pot, the Timex watch, which was

25   going to turn back time, and the $15,000 in hundred-dollar

```
 1    bills, do you continue speaking with her?

 2    A    Yes.

 3    Q    Okay.  Are you beginning to think, I'm not getting

 4    anything for my money, what's going on?

 5    A    I was not very happy then because I was very worried

 6    about where all this money was going, and I was -- I'm

 7    embarrassed to say, but I was crying all the time.  I was a

 8    wreck because I was very worried about the money that I had

 9    borrowed.  I didn't think this was a good thing.

10          And so I had many conversations with her.  She

11    would always tell me, calm down, calm down, you're getting

12    hysterical, calm down.  The money is going to be returned.

13    This is temporary.  You know, calm down.

14          When I would ask how long this was going to take --

15    when I asked her in the beginning, the very -- like probably

16    the first or second time that I spoke with her after I left

17    New York, her --

18    Q    You talking about leaving New York the first time?

19    A    Yes, the first time I met her, when I first agreed to

20    the 3200 to do the work, and I said, okay, how long is this

21    project going to take?  How much time do we have until my

22    walk path is lit and my angels are singing and everybody's

23    happy and all my family's problems are gone?  And she said,

24    not very long.  I said, okay, great.

25          So, again, this is in 1998.  So from November 'til
```

1    let's say, you know, April of '98, nothing's happening.  I'm

2    worried as anything because now it's April of '98.  April's

3    tax season.  Now, I'm going to get hit on these amounts of

4    money that I have taken out taxwise.  And that was a constant

5    theme with Joyce, was my taxes.  If -- when I took the money

6    out from the Alex Brown account I took out the loan from them

7    and I, of course, had to pay interest on that loan.  But I

8    literally wasn't paying it, because the interest was just

9    going in the same account as everything else.  So you take

10   the loan out for one amount, they add, let's say $300 of

11   interest, so now it's the loan plus $300 of interest.  So

12   every month it's the loan, the $300, the $300, the $300.

13        So now the stock market for the accounts that I

14   had, for the stocks that I had, had started to take a hit,

15   and I was not very happy.  So not only did I have a huge tax

16   liability with capital gains taxes, and now my portfolio was

17   going down because stocks had just started to fall in my

18   sector, in the sectors of where -- healthcare and technology

19   stocks primarily.  So I was always hysterical, worrying about

20   money.

21        And like I said, I'm sure in April of '98, when I

22   had to write a big check to the Government, it was huge, and

23   it was very upsetting.  And, you know, the answer I got was,

24   this is coming back, this is for the work, it's all coming

25   back.

1    Q    Okay.  Did you continue communicating with her?

2    A    Yes.

3    Q    Do you have any idea when the next time you spoke with

4    her?  I mean, were you talking to her on a daily basis, a

5    weekly basis?

6    A    I was talking to her a couple times a week.

7    Q    And what would you discuss during those conversations?

8    A    Always the same things, my work, what was going on with

9    the work, my family, who was doing what, and this guy.

10   Q    And does there come a time when she asks for more money?

11   A    Yes.  It was May of 1998, and she needed more gold, and

12   I was to bring the gold to New York.

13   Q    Okay.  Did she explain why she needed more gold at that

14   point?

15   A    Because there were evil -- yes, she did.  There were

16   evil forces, the spirits were very strong, the negativity was

17   much stronger than she had anticipated, and she needed to

18   build the strong~-- the shield stronger, that there were too

19   many forces around me that kept finding holes in my -- I

20   don't know how to call it, but in like my world, that this

21   world that she was creator -- where she was building these

22   shields, negativity was coming in.  So that when she was

23   trying to meditate to solve something, she couldn't because

24   she would feel this negative energy coming in.

25        So one of the things, for instance, I remember I

1   had initially told my mother that I was seeing a psychic, and

2   my mother said, don't do that, don't do that.  And then I

3   happened to mention to Joyce, I said, well, I was trying to

4   find the answers to some of these questions, so I asked my

5   mother, and I asked my sister, and she's like, oh, Sylvia,

6   you can't tell anybody what you're doing here.  I said, why

7   not?

8         Because the more people -- she said, if you tell

9   somebody, those people are also going to bring negative

10  energy into the work, and the more negative energy comes into

11  the work, the harder it is for her to fix things.  So I said,

12  okay, so I then just -- I never said another word to anybody

13  about -- at that time, for many years, about the work that we

14  were doing.

15  Q    And the reason you didn't tell anyone else is because

16  you were afraid of the negativity that would come as a result

17  of telling others?

18  A    Yes.

19  Q    Okay.  And you were -- who were you instructed that that

20  would happen by?

21  A    The negative spirits.

22        MR. SCHWARTZ:  Your Honor, I'm going to object to

23  summing up the testimony by the prosecutor.

24        THE COURT:  Don't lead the witness.

25

BY MR. BARDFELD:

Q    Okay.  At this point did you stop talking to others?

A    Yes.

Q    Did you continue to talk to Joyce Michael?

A    Yes.

Q    And you said that she had requested more gold coins to make this shield stronger?

A    Yes.

Q    Did you purchase those additional gold coins?

A    Yes.

Q    And how'd you go about doing that?

A    The same way as the last time.  I called Alex Brown. They wire-transferred money into my account, I went down to HNE, called them in advance, told them the kind of coins I needed, they got them all together, and they put them in another box.  I took a flight to New York, delivered them to 21 West 58th Street, and Joyce was there.

Q    And did she tell you how many gold coins you needed to send on this particular occasion?

A    Yes, she did.

Q    And where did that number come from, do you know?

A    I don't know where that number came from.

Q    How many gold coins did she tell you to buy on that occasion?

A    I think the number was 300 or 400.  It's in the sheet.

```
 1    And I think those are my glasses on the table, if you have a
 2    sheet that I could look at.
 3              MR. BARDFELD:  May I approach, Your Honor?
 4              THE COURT:  Yes.
 5    BY MR. BARDFELD:
 6    Q    Here are your glasses, first off.  And I haven't
 7    introduced these yet.  But is there something that would
 8    refresh your recollection as to the number of gold coins that
 9    Joyce asked for on this second occasion in May of 1998?
10    A    Yes.
11    Q    You want to look at that and see if something refreshes
12    your recollection?
13    A    Yes, it's the spreadsheet that I created, and the date
14    is 5/19/98, 404 one-ounce American Eagle gold coins.
15    Q    What was the purchase price for the 404.  Do you recall?
16    A    It was over a hundred thousand dollars.  The gold coins
17    at that time were $314 per coin, and I purchased 404 of them.
18    I think the amount was 126,000 and some odd dollars.
19    Q    And, again, you then deliver the 404 gold coins to Joyce
20    Michael in May of 1998?
21    A    Yes.
22    Q    You continue to -- well, when you delivered the coins,
23    did you meet with her at that time?
24    A    Yes.
25    Q    And what did you discuss during that meeting?
```

```
 1   A    We -- I went upstairs to her office, and I had arrived

 2   early in the evening, and so she had had a turkey sandwich

 3   there for me, and one of her grandsons was there.  I don't

 4   know the child's name, but a young boy was with her.  And he

 5   went off into a room, and we sat there and talked.  She sat

 6   on one side of her table and I sat on the other, and she

 7   started asking me, you know, how's work, and how's the family

 8   doing, and, you know, how's this guy, and that's about it.

 9   The same stuff as always.

10   Q    The same discussions you had been having before?

11   A    Yes.

12   Q    Okay.  You deliver the coins.  Do you return to Houston?

13   A    Yes.

14   Q    What happens after you return to Houston?

15   A    I continued to talk to her periodically, you know,

16   inquiring about the work, about the progress.  She had me do

17   a number of different meditations and purchase certain

18   candles and do these prayers, and some of the meditations

19   involved gold -- excuse me, involved silver coins, and I

20   would have to do things with the silver coins to create a

21   pattern around me and lay inside of this -- lay inside of

22   these gold -- these silver coins that were arranged in a

23   certain pattern on a white sheet on my floor in front of the

24   window so that the moonlight was shining.

25   Q    Did she tell you -- when you asked her about the
```

```
 1   progress of the work -- and, again, that's a word that she

 2   had used?

 3   A    Yes, always.

 4   Q    And what did she say was happening when you asked her

 5   about the progress of the work?

 6   A    She said the work is progressing, and every time she

 7   takes one step forward, she'll take two steps back.

 8   Q    As a result of that, were you required to do anything

 9   else?

10   A    Just continue to pray, to meditate, to give her the

11   information that she needed.

12   Q    And what kind of information did she need?

13   A    Sometimes it was about a person at work, sometimes it

14   was about a family member, sometimes it was about me.

15   Occasionally, it would have been about someone's health in my

16   family.

17   Q    Did you feel that your life was getting better during

18   this time?

19   A    No, the opposite.

20   Q    It was getting worse?

21   A    Yes.

22   Q    So you continued to speak with Joyce Michael; is that

23   right?

24   A    Yes.

25   Q    When's the next time you give money?  Well, do you give
```

1   money again?

2   A    Yes.

3   Q    And do you recall when that was?

4   A    It was in 1998.  I continued to give money, I believe, a

5   couple more times in 1998.  Again, it's on the spreadsheet

6   that I have.

7   Q    And what were the circumstances under which you gave

8   money?  Why would you continue to give money at this point?

9   A    The circumstances were generally the same.  The work

10  was -- she was coming close to finishing the work, but

11  negativity would come in.  There was a break in the shield.

12  Somebody else -- outside interferences were coming in.  Maybe

13  there was someone else who had been -- you know, who had been

14  using psychic work against me.  Those are the types of things

15  that she told me.

16  Q    Okay.  And would she ask for more money as a result?

17  A    Yes.

18  Q    Do you recall specifically sending her more money?

19  A    Yes.

20  Q    And how did you send that money?

21  A    Much of the money was sent -- the vast majority of it

22  was sent through wire-transfers from my bank to a bank that

23  she would specify.

24  Q    Okay.  Do you recall what bank that was?

25  A    The original banks that she would ask me to send money

```
 1    to was -- the original bank was NationsBank in Springfield,

 2    Virginia, and the account name was Rose Marks.

 3    Q    While we're at it --

 4              MR. BARDFELD:  May I approach, Your Honor?

 5              THE COURT:  Yes.

 6    BY MR. BARDFELD:

 7    Q    I show you what's been marked as Government's exhibit

 8    number 107.  Can you identify that?

 9    A    Yes.

10    Q    Are those documents that you provided to us in response

11    to your financial -- or in relation to your financial

12    transactions with Joyce Michael?

13    A    Yes.

14    Q    And those are documents that you've kept in your

15    possession since you received them?

16    A    Yes.

17              MR. BARDFELD:  Okay.  I move for -- I move for the

18    admission of Government's exhibit 107 composite into

19    evidence.

20              MR. SCHWARTZ:  I have a specific objection.  I'd

21    ask to approach, Your Honor.

22              THE COURT:  Why don't we take our break now, and

23    then we can talk about it.

24              Ladies and gentlemen, let's take our afternoon

25    recess for 15 minutes.  Don't discuss the case or form any
```

```
1    opinions, leave everything at your seat, and we'll see you in
2    about 15 minutes.  Thank you.
3         (The jury exits the courtroom.)
4              THE COURT:  Yes, sir.
5              MR. SCHWARTZ:  Your Honor, I have no objection to
6    the actual financial documents coming into evidence.  Even
7    some of the spreadsheets that she's made to summarize the
8    documents, to summarize adding up and keeping track of the
9    documents I don't object to.  However, throughout the book,
10   there are her commentaries about this transaction, or Joyce
11   was going to be here, which are basically testimonial and
12   created for the purpose of either court or providing to the
13   prosecutor well after the incidents occurred.
14             And I just would ask that those items be stricken.
15   Again, I can't object and I don't object to the documents
16   coming in.
17             THE COURT:  Do you know what he's referring to, the
18   commentary that he's referring to?  Have you seen it?
19   Unless -- it would seem to me that that's a legitimate
20   objection.
21             MR. STEFIN:  I would agree.  I would agree if he
22   can identify anything in particular.
23             MR. SCHWARTZ:  Perhaps during the break --
24             THE COURT:  Why don't you see if you can agree on
25   what needs to be stricken and take care of the issue.
```

```
 1              MR. SCHWARTZ:  Thank you, Your Honor.

 2              THE COURT:  Thank you.  We'll see you in about 15

 3     minutes.

 4         (A recess was taken from 3:21 p.m. to 3:34 p.m., after

 5     which the following proceedings were had:)

 6              THE COURT:  Please be seated.

 7              We're back on the record.  Ms. Marks is present

 8     with counsel.

 9              MR. SCHWARTZ:  May I ask one thing, Judge?  I tend

10     to drink diet iced tea instead of water.  Is that okay?

11              THE COURT:  That's fine with me.

12              Did we work out the issue on the exhibit?

13              MR. SCHWARTZ:  Yes, we did, Judge.  I think we're

14     going to introduce it as it is, and without exhibiting the

15     commentary parts, and then the Government will, sometime

16     before it goes to the jury, take that out.

17              THE COURT:  What's the number again?

18              MR. BARDFELD:  Government's exhibit 107.

19              THE COURT:  All right.  107 will be admitted

20     without objection, again, subject to redacting commentary by

21     the witness.  Can we get our witness back?  And let's bring

22     the jury back in.

23              You're still under oath, ma'am.

24         (The jury enters the courtroom, after which the following

25     proceedings were had:)
```

```
 1              THE COURT:  Welcome back, ladies and gentlemen.
 2    Please be seated, everyone.
 3              All right.  Before we begin, exhibit 107 is
 4    admitted without objection.  So you may proceed.
 5         (Government's Exhibit No. 107 entered into evidence.)
 6    BY MR. BARDFELD:
 7    Q    Now, we've gotten through you giving two batches of gold
 8    coins to Joyce.  Is she talking to you about your family as
 9    you're giving her -- as she's -- as you're giving her the
10    sums of money or the gold coins, was she discussing your
11    family situation with you?
12    A    From time to time.
13    Q    What kind of things was she telling you about your
14    family?
15    A    She had told me that one of my nieces had a lot of
16    problems and that she thought she had been suicidal.
17    Q    She had been suicidal?
18    A    Yes.
19    Q    What kind of problems did she tell you your niece had?
20    A    She told me that she was struggling with school.  She
21    was an excellent student, but she said that she was
22    struggling because she didn't think she was as good as her
23    brother and her sister.
24    Q    Did she tell you anything else about your niece that
25    would make her suicidal?
```

1    A    No.

2    Q    When you were giving her the money, was there a sense of

3    urgency when you gave it to her?

4    A    There was always a sense of urgency.  I would get a

5    phone call either the last thing at night and had to have a

6    sum of money first thing in the morning, or she would call me

7    first thing in the morning, and I would have to have a sum of

8    money by 10:00 o'clock in the morning or 11:00 o'clock in the

9    morning.  I always was under the gun.  I had literally maybe

10   an hour, unless it was the night before, and then I would

11   always worry about, when she would call me the night before,

12   because it took a while to get this kind of money either from

13   the broker or from the bank.  You just -- I didn't have this

14   ready cash in a safe at home.

15   Q    Did she tell you why she needed it so urgently?

16   A    Usually -- yes.  Usually the answer was she's going into

17   work, and sometimes there was a breakthrough, sometimes there

18   was a break -- let me think about this.

19        Sometimes there may have been a breakthrough in the

20   work that she was doing that was going to result in something

21   positive happening, and sometimes there was a block around

22   the work.

23   Q    So she would request money on an urgent basis?

24   A    Yes.  The money was to either expedite the good thing

25   that was going to happen or protect the break in the shield.

```
 1    Q     I know we had briefly talked about your personal life,
 2    but did you have any friends you could talk to about this?
 3    A     No.
 4    Q     Why?
 5    A     Number one, she told me not to talk to anyone, and
 6    number two, I was afraid to talk to anyone because I'm sure
 7    anyone who was close to me, while they would not have judged
 8    me for what I was doing, they would have told me to stop or
 9    they would have wanted to look into it.  That's -- those are
10    the kind of friends that I had.
11    Q     Well, did you think that?
12    A     Did I think what?
13    Q     That your friends would have told you to stop?
14    A     I think a couple of them, the couple closest to me, my
15    sister and my one friend from Seattle, definitely would have
16    told me to stop.
17    Q     But you didn't talk to them?
18    A     No, I wasn't allowed to talk to them.
19    Q     When you say you weren't allowed, Joyce had told you not
20    to talk to others, right?
21    A     Yes, she had told me on multiple occasions this has to
22    stay between us.  We cannot get outside interference into the
23    case.  There have already been too many problems from my past
24    that have created this situation to begin with, and the more
25    people that come in from the outside, the more negative
```

```
 1    energy that's going to bring in, and the harder it makes her
 2    job to fix things.
 3    Q     Well, were you thinking clearly at this time, after
 4    having given close to $300,000 to her?
 5    A     Honestly --
 6              MR. SCHWARTZ:  No, dishonestly.
 7    A     -- I don't think I was thinking clearly.  I was thinking
 8    clearly.  I was -- that had started to be -- it was -- there
 9    was so much pressure on me.  There was pressure, immense
10    pressure financially.
11    Q     In what way?
12    A     I was continuing to borrow money against this account,
13    and the pressure that the work wasn't getting done, and the
14    pressure that I had to keep doing something.  I couldn't
15    stop.  There were periods where she would say if you stop the
16    work, there is going to be problems, or if -- certain times,
17    if I stopped the work, then there would create problems for
18    her because she was involved doing the work.
19              So it was like a vicious merry-go-round.  Sometimes
20    I would get angry and she would say, do you want to stop?
21    And I would say, yes, I want to stop.  Give me all my money,
22    give me all my gold, give me everything, send it back to me,
23    I want to stop.
24    Q     And you would tell her that --
25    A     Yes, I would tell her that.  I would be screaming at her
```

```
 1   into the phone.
 2   Q    And what would her response be when you told her you
 3   wanted your money back, you wanted to stop?
 4   A    She would say -- different responses.  Sometimes, okay,
 5   great, that's what we'll do.  Sometimes, you're being
 6   irrational.  Sometimes -- most often, it was the calm down,
 7   calm down, you're getting hysterical.
 8   Q    Did you ever ask for your money back?
 9   A    Yes.
10   Q    Did she give it to you?
11   A    Never.
12   Q    Let's go back.  When's the next -- by the way, do you --
13   well, you have a pretty good memory.  We're now in probably
14   May or June of 1998, right?
15   A    Right.
16   Q    What's going on in your personal life at this time?
17   A    My job was very stressful.  The company was trying to
18   determine if they could be on the market to be sold or not
19   sold.  So that was always a pressure for me.
20   Q    How about your family life?
21   A    My family life was pretty good.  I mean, I was very
22   close to my mother and my father, and close to my siblings.
23   Q    How about your love life?
24   A    It was gone.  There was no love life.
25   Q    Was there some significance?  Did that bother you that
```

1    you had no love life at this point?

2    A    It bothered me to the extent that I had given all this

3    money and all this gold to create these shields, the work

4    wasn't moving.  There was nothing, there was no progress.

5    But I couldn't -- I still thought that the work has to go

6    forward because this curse that my grandmother had put on the

7    family was still there.  It wasn't over.  And so I felt like

8    I was betwixt and between.  I didn't know whether to stop,

9    whether to go.  I was just very, very confused.  It was very

10   trying for me, because I felt like at times I was having an

11   out-of-body experience with her, to be honest.

12   Q    Can you tell us what you're talking about?  What kind of

13   out-of-body experience?

14   A    Well, when you're told that you are the conduit in your

15   family to fix all the problems, and you're told that over and

16   over, and you're told by Joyce how special you are and that

17   God had put you here on this earth as his instrument to do

18   good, and you're told what a smart person you are, and you're

19   told what a good person you are, and you're also told what a

20   funny person -- she thought I was quite funny, that I had a

21   great sense of humor.

22        So you hear all of these positive things from her,

23   and you also heard her say, when I would question the work --

24   at one point I said, I need to talk to some of the other

25   people that you've done work with, that you've done business

1   with.  I said I probably should have asked you for references

2   from the very beginning, and I didn't.  So give me a list of

3   people that I can call.  I have many people that I can call,

4   many people that have been satisfied.

5          And then when I probed further about why my work

6   was taking so long, she said, you know, it was because of the

7   outside interferences because this curse was so strong and

8   that she knows she can get through it, she is confident, she

9   is sure she can get rid of this curse.  But she also said to

10  me that this was taking longer and that it was one of the

11  hardest cases, if not the hardest case that she ever had to

12  resolve.

13  Q    So we're now in May of 1998.  Do you continue your

14  relationship with her?

15  A    Yes.  I continued to talk to her periodically through

16  '98 and '99.

17  Q    Are you -- in addition to talking to her, are you

18  sending her money?

19  A    From time to time.

20  Q    Okay.  How does that come about?

21  A    Call me up one morning, or she would tell me to call her

22  at 10:00 in the morning.  Let's say it's a Saturday.  So I

23  would call at 10:00 in the morning, 11:00 o'clock her time.

24  Okay.  I made some progress.  I worked all night.  I've been

25  working all night for you.  I've made some progress.  I know

```
 1   you're not going to want to hear this, but just listen to me.

 2            And I would say, oh, please, don't ask me for any

 3   more money.  Please don't ask me for money.  You know I'm on

 4   the edge of my chair.  I can't handle this anymore.  This has

 5   to stop.

 6            Sylvia, this is temporary.  I know it's very

 7   stressful, but I need just a small amount of money.  And then

 8   it would be, you know, $10,000, $9000 that would be

 9   wire-transferred.

10   Q    And each of those times you did provide the money?

11   A    Every time.

12   Q    Okay.  You have in front of you Government's exhibit 107

13   that's been admitted.  Can you go ahead and briefly describe

14   what transactions were made after you gave the gold coins the

15   second time?

16   A    Yes, it's in the back.

17            So -- okay.  I'm looking for -- okay.  So after I

18   gave the gold the second time --

19   Q    Which would have been in May of --

20   A    It was May 19th, 1998.

21            Then 3/31/1999 was a wire-transfer to Rose Marks

22   for $9000.

23   Q    Okay.  Let's stop for a second.

24            Rose Marks.  Had you ever heard the name Rose Marks

25   before this?
```

```
 1    A     Yes.

 2    Q     Who's Rose Marks?

 3    A     Well, I asked who Rose Marks was the very first time

 4    that she asked me to wire-transfer money into Rose Marks'

 5    NationsBank in Springfield, Virginia.

 6    Q     By the way, so these wire-transfers that you were making

 7    early on are to Rose Marks?

 8    A     Early on the wire-transfers, yes, were to Rose Marks.

 9    Q     Okay.  And who was -- what was your understanding of who

10    Rose Marks was?

11    A     I didn't know.  I asked her the very first time she

12    asked me to send a wire transfer.  I said, why am I sending a

13    wire transfer to Rose Marks?  Who is Rose Marks?  And she

14    said, she's a friend of mine in Virginia.  And I said, why

15    Virginia?  You're not in Virginia.  She told me that she had

16    a house in Florida, or that her mother had a house in

17    Florida, and she had a place in New York.  I said, why

18    Virginia?  You're not there.

19          This was the very first time she asked me to

20    transfer money.  And she told me it was a friend of hers who

21    helps her sometimes in business, and so there would be no

22    problem.  And I said okay.

23          And the more and more times she asked me to

24    transfer to Rose Marks, I then started thinking, well, maybe

25    Rose Marks was her mother and maybe she kept her mother's
```

```
 1    account going.  Her mother, the lady I had met in 1997 had
 2    passed away in early 1998.  And I thought, okay, well,
 3    maybe -- I didn't know her mother's name, and I thought,
 4    well, maybe she kept the account.  I don't know if you're
 5    allowed to do that, but that's what I thought, because I
 6    figured Rose Marks had to be somebody that was allowing her
 7    to use her bank account.  It never dawned on me that Joyce
 8    Michael had a different name.
 9    Q     Okay.  Because you always knew her as Joyce Michael?
10    A     That's right.
11    Q     So what happens between May of 1998 when you made -- was
12    that the gold?
13    A     May 19th of 1998 was the second time that I had provided
14    the gold.
15    Q     Okay.  And then the next time you provide money?
16    A     Right, in 1999.
17    Q     And what happened during that time?  Were you still in
18    communication with her?
19    A     I was still in communication with her.  I don't recall
20    in 1999 a specific situation.  I believe the majority of the
21    1999 transactions, though, were as a result of the problems
22    that we were having at work.  They weren't my problems, but
23    they were the company problems.  The company had been trying
24    to be sold, and we were having a hard time, and we had a
25    layoff for the first time, and it was devastating.  It was a
```

```
 1    wonderful company.

 2    Q     So your employment situation was a problem, right?

 3    A     Yes, it was very precarious.

 4    Q     Okay.  What about your personal life at this point or

 5    your love life?

 6    A     It was gone.

 7    Q     Okay.  You had given up on it?

 8    A     Yes.

 9    Q     Did Joyce Michaels tell you to give up on your love

10    life?

11    A     No, she never told me to give up on it.  She always told

12    me that this person would be in my life, it was meant to be,

13    it was destiny.  But there was no question of giving up or

14    keeping it going.  I hadn't been in contact with this person

15    for ages.  So it was out there in the, you know, Netherlands,

16    but I wasn't communicating at all.

17    Q     Do you know the circumstances under which you provided

18    money in 1999?

19    A     The circumstances were primarily work situations.

20    Q     And how much did she ask you to send her at that time?

21    A     There were different amounts.  Sometimes it was $9000,

22    sometimes it was $10,000, sometimes it was $14,000.  Do you

23    want me to read these amounts?

24    Q     Sure.  That's been admitted into evidence.  That's fine.

25    A     I should read them?
```

1    Q    Yes, you can read those.

2    A    So 3/31/1999, $9000 cash.  4/1/1999, Rose gave me back

3    $9000.

4    Q    And why did she give you back $9000?

5    A    Because I was freaking out and said I can't continue to

6    give this money.  And she said I just need it for a day, I'll

7    give you the money back.  So the next day $9000 was

8    transferred back to my account.

9         The same day $9000 went out of my account.

10   7/29/1999, $9000.  11/1/1999, 2700.  12/27/1999, 3500.

11        And then we start getting some big amounts after

12   the year 2000 happens.

13   Q    Let's get to 2000 then.  We had limited amounts.  Now,

14   in 2000 what was happening in your life that required you to

15   give more money?

16   A    So my company ended up being sold December the 8th,

17   1999, and I was one of the executives that was offered a

18   position with the new company.  And that sounded good, and

19   the new company, I started to work with them, well, as of the

20   transaction date, and everything was going fine.  It was

21   pretty hectic.

22        The company was a Seattle-based company, which I

23   was very excited about, because I had the opportunity to move

24   back to Seattle eventually.  It wasn't going to happen right

25   away.

```
 1              And then shortly after the first of the year, we
 2     had -- management decided that they wanted to close the
 3     office that I was running, and so I was --
 4     Q    That was in Houston?
 5     A    Yes.
 6     Q    Okay.
 7     A    So I didn't know that, but I ended up finding out.  I
 8     went out to Seattle for a meeting, and I was told, we're
 9     going to close the office.  And I said, well, what are you
10     going to do with these people?  I mean, we had 20-some people
11     there.  And what are you going to do with me?  And they said
12     they wanted me to move to Seattle.  And I said, well, that's
13     great, but I can't move to Seattle right away because I have
14     a house here and I have, you know, a couple of friends here.
15     I can't -- my plan was to move to Seattle.  That was in my
16     contract with them, but I was supposed to move in a year.
17              And so I -- they said, well, we need you in Seattle
18     right away.  And I said, well, it doesn't work like that.
19     And so they said, well, quit.  And I said, I'm not going to
20     quit.  I had a contract.  If I quit, I don't get a severance.
21     So I had severance in the contract that they had provided
22     that said if there's any change in management or if they
23     terminate me for no reason -- for not -- if they terminate me
24     for -- without cause, then I would get this severance
25     package.  And it was a fairly lucrative severance package.
```

```
 1              So I said I'm not quitting.  You have to fire me.
 2    I'm not leaving the severance package.  So they fired me.  So
 3    I got the severance package and I left.
 4    Q    Okay.  But you were fired at that point, right?
 5    A    Uh-huh.
 6    Q    Did that cause you consternation or concern?
 7    A    I wasn't very happy about it.  I was disappointed and I
 8    thought that they had pulled a fast one on me.  And in
 9    addition, I had to let -- I had to fire several people in my
10    office who were friends of mine.  I had worked with them now
11    for a couple of years, and I had to be the one to let these
12    people go.
13              And there was no good reason other than the company
14    had decided they were going to move everything to Seattle.
15    So they offered about five people positions in Seattle and
16    everybody else was fired.
17    Q    And you were not one of the people that was offered one
18    of the positions in Seattle?
19    A    I had the position in Seattle.  He did offer it to me
20    when my boss said, I need you in Seattle.  And I said okay
21    and I thought when he said he needed me in Seattle he meant
22    that he wanted me to start commuting more frequently, you
23    know, come out every other week for a meeting or something.
24              And so I said, sure, I could do that.  Then he
25    said, well, okay, you know, talk to HR and they'll get your
```

```
 1    package ready.  And I said, whoa, what are you talking about?

 2    And that's when he said, we need you in Seattle immediately.

 3    And I said why?  And there wasn't a good reason.  At least it

 4    wasn't acceptable to me, other than they just made this

 5    decision.  I still, to this day, don't understand why they

 6    had to move the operations.  There was no appreciable change

 7    that happened when they moved the office.  As a matter of

 8    fact, a couple months after they moved the first five

 9    people --

10            MR. SCHWARTZ:  Objection, relevancy.

11            THE COURT:  Sustained.

12  BY MR. BARDFELD:

13    Q    Okay.  So the fact that you lost your job, did that

14    cause you concern, right?

15    A    Yes.

16    Q    Did you tell Joyce about that?

17    A    Yes.

18    Q    And what, as a result, did she do?

19    A    Not really very much.  There wasn't much that she could

20    do.  She told me that I would get another job and not to

21    worry about it.

22    Q    Did she ask for money?

23    A    Yes.

24    Q    And when did she ask for money?

25    A    In calendar year 2000.  Can I look at this book?
```

```
1    Q    Yes.

2    A    2009 -- excuse me.  February 9, 2000.

3    Q    Okay.

4    A    And she needed additional coins.  This was before I knew

5    that they were going to want me in Seattle, but there had

6    started to be trouble brewing in the company that I was

7    telling her about, and so she told me that she can halt the

8    problems that were going on with the company, so for me to

9    give her another batch of coins.

10   Q    And how many coins did you give her on this next

11   occasion?

12   A    The next occasion, I believe it was 110 coins.

13   Q    And what kind of coins did you give her at that time?

14   A    A couple American Eagle, Krugerrands, and a Sterling

15   Kangaroo gold coins.

16   Q    Again, did she explain what she needed the coins for?

17   A    Just to continue to build the shield to prevent the

18   outside interferences from coming into me.

19   Q    And what is the value of a gold coin at this point in

20   2000?  Do you recall?

21   A    It didn't appreciate that much yet.  Gold hadn't started

22   to rise too much.  So it was probably still in the 320, 323,

23   312.

24   Q    So that's another 32, 33,000?

25   A    Right, it was $34,334.
```

1    Q    And how did you get those coins to her?

2    A    From my Alex Brown account.

3    Q    Okay.  That's how you got the money.  How did you get

4    the coins to Joyce Michael?

5    A    These coins, I was not able to travel because of work,

6    so I put them in a box and sent them to New York, and she

7    told me that she would have someone sign for them.  So they

8    were sent in a box and mailed to the 21 West 58th Street, and

9    they were signed by Nancy Marks.

10   Q    Okay.  So now you've sent close to $300,000 in gold

11   coins and hundreds of thousands of dollars in wire-transfers

12   to Joyce Michael, and are things improving in your life?

13   A    I just wanted to correct something.  I think the lady's

14   name was Nancy Michael who signed.  I don't know if that

15   matters.

16   Q    Whatever you recall.

17   A    She said it was her daughter.

18        Well, things had improved because a friend of mine

19   called me, a friend who had been the CIO at the company where

20   I was the VP of client services, and he needed some help.  So

21   he asked me if I wanted to come and work with him, and I

22   said, sure.  So the timing was perfect.  So I went to work

23   with him and his company for about the next year and a half.

24   Q    Okay.  So things were getting better.

25        Were you continuously asking for the money to be

```
 1    returned?

 2    A    I was always asking for the money to be returned and for

 3    the gold to be returned.

 4    Q    And what did Joyce Michael say when you asked for the

 5    money to be returned?

 6    A    That the work wasn't finished yet, and it wasn't time to

 7    release things.  When it was time and the work was done, it

 8    would be released.

 9    Q    Are you starting to think that this is strange that

10    you've given an awful lot of money over a couple-year period

11    and you haven't seen any --

12              MR. SCHWARTZ:  I'm going to object to leading.

13              THE COURT:  Sustained.

14    BY MR. BARDFELD:

15    Q    So do you continue to give her money?

16    A    Yes.

17    Q    And how -- when do you stop giving her money?

18    A    I stopped giving money -- can I look at this book?

19    Q    Yes.

20    A    I stopped giving money completely at that time on

21    December the 8th, 2001.

22    Q    Okay.  And why did you stop on December 8th, 2001?

23              By the way, how much did you send on December 8th,

24    2001?

25    A    Just $3000.
```

```
1   Q    Okay.  Why did you stop at that point?  Why is that your

2   last?

3   A    The work was not progressing.  I was -- I didn't have a

4   lot of cash left.  I had very little left in my accounts.  My

5   job was going okay at the time.  My family situation, I

6   thought was okay.  So we weren't getting along, quite

7   frankly.  We just weren't getting along.

8   Q    You and Joyce?

9   A    Yes.

10  Q    Okay.  So you stopped doing it.

11       Did there come a time when you see Joyce Michael?

12  A    Yes.  I talked to her periodically between -- in 2001.

13  And then 9/11 hit, and we talked obviously about 9/11,

14  because she was in New York.  And then the months keep going

15  by, and I'm still working.  And then December comes,

16  December 18th of 2001 my mother died.

17  Q    I know this is tough.  Okay.  Take your time.

18  A    It was very sudden, and I was --

19  Q    Why don't you take a minute.

20  A    -- destroyed.

21  Q    Just take a minute, because the court reporter can't

22  understand.  So just hold on.

23  A    Okay.  Sorry.

24  Q    Okay.  After your mother died, did you communicate with

25  Joyce Michaels?
```

```
 1    A    Yes, I received a phone call from my sister at 12:40 in

 2    the afternoon on December the 18th, and she told me my mother

 3    had died that morning, and I got off the phone with her and I

 4    immediately called Joyce.

 5    Q    Okay.  And did you tell her what happened?

 6    A    Yes.

 7    Q    And what did Joyce say to you at that time?

 8    A    She was very sympathetic.  She didn't see this coming,

 9    and she asked me what happened, and I told her, we don't

10    know, she died in her sleep, and my father didn't -- my

11    father found her in the morning after he thought she had been

12    asleep.  So she asked me what happened, and I gave her the

13    details the best I knew them, and she asked me to do a couple

14    of things.

15    Q    What'd she ask you to do?

16    A    She asked me to take something of my mother's like a

17    picture or if I had a piece of jewelry or something that was

18    important to me from my mother, and to go upstairs to my

19    bedroom and get -- put the picture on my bed and to arrange

20    some candles around it and to say a couple of prayers, and I

21    did.  And that was -- the purpose of that was to make sure

22    that my mother's spirit immediately went to heaven, which she

23    said that it would, because my mother was practically perfect

24    in my view.  And so I wasn't worried that she wasn't going to

25    heaven.
```

```
 1              And I also told Joyce that I needed to see her
 2  again.  And I didn't mean that I needed to visually see her.
 3  I meant that I needed to feel her presence because I wasn't
 4  with her when she passed.
 5  Q     You needed -- oh, so you needed to see your mother, not
 6  Joyce.
 7  A     Yes, I needed to see my mother.
 8  Q     Okay.
 9  A     So she told me that by doing this little ritual, if you
10  will -- I don't know what she called it -- that it would help
11  my mother's spirit go to heaven and that I would keep her
12  spirit and keep her presence alive in my house by doing this.
13  Q     And did you do that ritual?
14  A     I did it immediately when she told me.
15  Q     Okay.  Do you continue to talk to Joyce Michael after
16  your mother's death?
17  A     I talked to her a little bit because I was extremely
18  despondent.  I didn't know it, but I was.  I was very sad,
19  and there was no one in Houston who knew my family, so no one
20  could really understand.  I mean, my friends were kind, but
21  no one knew my mother, so no one had anything that they could
22  tell me about her to comfort me.
23              So I talked to Joyce periodically, I talked to
24  friends of mine, and I continued to go to work.
25  Q     Okay.  And you were working at this time?
```

```
 1   A    Yes, I was working in -- I was working for a company in
 2   Dallas, so I used to travel to Dallas Monday to Thursday,
 3   Monday to Thursday, and come back on the weekends home.
 4   Q    Did there come a time when you saw Joyce Michael again?
 5   A    Yes, it was the summertime of 2002, and she said she
 6   needed to see me.  She was in Florida.  And so she asked me
 7   to come to Florida.  And so I made arrangements and I came to
 8   Florida.
 9   Q    Okay.  And did she say why she needed to see you?
10   A    She basically just said that we hadn't seen each other
11   in a long time, which was true, and that she missed me and
12   she wanted to talk to me and tell me what was going on with
13   the work and that it would be helpful for her to be able to
14   spend time with me and to get the energy that she needs for
15   the work.
16   Q    Okay.  So the work was continuing; is that correct?
17   A    Yes.
18   Q    Were you continuing to send her money at this point?
19   A    Not at that time.
20   Q    Okay.  Why not?
21   A    Number one, she didn't ask for it.
22   Q    So do you -- you do see her when you come to Florida?
23   A    Yes, she met me at the hotel.
24   Q    Where was it in Florida?
25   A    I think I was staying at the Marriott on~--
```

```
1    Q     In what city?

2    A     Oh, it was Fort Lauderdale.

3    Q     Fort Lauderdale.

4          Okay.  And where did you meet her, at the hotel?

5    A     Yes, I was at the hotel, and she came -- she came

6    upstairs, you know, to meet me, to my room.

7    Q     And what'd you talk about there?

8    A     The same things.  She wanted to know how my family was,

9    how I was doing, how my dad is doing without my mom, how the

10   kids were doing and how the job was going.  The same things.

11   Q     Did she say anything else while you were there?

12   A     Yes, she told me that she had something very upsetting

13   to tell me but that she had to tell me.  And I said, okay.

14   And I had no idea what she was going to say.

15   Q     By the way, what was the date of this?

16   A     This was in July of 2002.

17   Q     Okay.

18   A     She told me that the gold and the money that I had

19   provided up to that time had burned in the World Trade

20   Center.  And I said, you gotta be kidding me?  And I was not

21   very happy, and I was very -- I was screaming and I was

22   crying, and I said, you've got -- this cannot be true.

23   Surely that was insured.  And she --

24   Q     What did she say about that?

25   A     She said that it wasn't.  And I said, Joyce, this cannot
```

```
 1   happen.  This cannot happen.  I can't lose this.  I have been
 2   in such jeopardy, such financial jeopardy with getting this
 3   money and getting the money for the gold and sending you
 4   everything that you needed.  The work's not done.  I'm not
 5   seeing any progress from the work.  You need to get me this
 6   money.  You need to get things back to me.
 7              And she said she's very sorry.  She understands my
 8   anger and all this stuff.  She tried to console me.  And she
 9   said, I'll get the money, I'll get the gold.  Everything will
10   come back to you.  I have wealthy clients, wealthy people
11   that I know.  What you've given is a drop in the bucket for
12   some of these people, and I have people who can help me get
13   things back to you.
14   Q    Okay.  At this point how much money had you given her
15   that was supposed to be returned in 2002 when she told you it
16   had been destroyed?
17   A    Well, the total at that time -- can I look at this book?
18   Q    Yes.
19   A    The total value with the gold and the cash was
20   $496,622.09.
21   Q    Okay.  So almost $500,000.
22   A    Yes, yes.
23   Q    And did she explain to you how she was going to get it
24   back to you?
25   A    She told me that she was going to talk to these clients
```

1    and that she would get the money and the gold and everything

2    that I had given her, it would all come back to me.

3    Q    Okay.  Had you spoken to her between 9/11, 2011 (sic)

4    when the incident happened at the World Trade Center and July

5    of 2002?

6    A    Yes.

7    Q    And at any time during those discussions, did you talk

8    about the money being destroyed or the gold being destroyed

9    in the World Trade Center?

10   A    No.

11   Q    And approximately how many times, do you have any idea

12   how many times you spoke to her over that period of time?

13   A    Between September 11th, 2001, and July of 2002, I'm

14   guessing roughly 50 times I would say at a minimum.  Every

15   couple of days, it seemed.

16   Q    Okay.  What do you do next after you find out that your

17   money and gold has been destroyed in 9/11, or you've been

18   told that?

19   A    Well, I didn't do anything.  I went home.  I mean, there

20   was nothing for me to do, left in Florida.

21   Q    When you went home, did you continue a relationship with

22   Joyce Michaels?

23   A    I did for a period -- for a little while after July of

24   2002.  I talked to her from time to time in 2002, talked to

25   her a little bit in 2003.  But she wasn't -- she wasn't

```
 1    working very much.  There would be periods of time when she
 2    would say she couldn't work.
 3    Q    Did she explain why she couldn't work at that time?
 4    A    In the middle of 2003, her grandson, Frisco Eli, became
 5    very ill.  I believe it was the middle of 2003.
 6    Q    Did you offer to help?
 7    A    I offered to do what I could, which was -- she would ask
 8    me about different things about a medical condition.  They
 9    didn't have -- at the time she told me they didn't know what
10    the diagnosis was.  And I said, well, can you tell me some of
11    the symptoms?  I'm not a physician, but many of my friends
12    are and many of the people I went to college are, and I
13    thought I might be able to do some research for her so that
14    she could get some help for this little boy.
15          And she asked me about certain hospitals.  I faxed
16    her information to NYU Langhorn Hospital in New York.  I
17    talked to her when she was at Boston Children's Hospital when
18    she was with this little boy Frisco.  I called doctor friends
19    of mine.  One of the guys that I called worked at the Centers
20    for Disease Control, and I thought maybe he would have some
21    connections through various colleagues, you know, and all.
22          And I tried to find out any information that I
23    could to help her give this information to the doctors.  It
24    was a very trying time for her and her family.
25    Q    Okay.  You had given her close to $500,000 in gold coins
```

 1    and wire-transfers, and it had been destroyed in 9/11, she

 2    said, yet you continued to try to help her.  Why?

 3    A    She was a friend of mine.

 4    Q    Okay.  Do you continue your relationship with her after

 5    that?

 6    A    For -- off and on from 2003, 2004.  Off and on, not very

 7    much.  She was not available.

 8    Q    Okay.  Did something else happen in her life that made

 9    her unavailable that you're aware of?

10    A    You know, I don't remember anything in particular other

11    than saying that her work was very trying, and she was going

12    back and forth from New York to Florida.

13         At one point I had asked, because she was in

14    Florida a lot, and I had asked her, why are you in Florida

15    all the time?  What are you doing -- your family is all in

16    New York, your husband's in New York.  And I said, how can

17    you be in Florida all the time when your husband's in New

18    York?  And she told me that she was getting divorced.  And I

19    said, oh, really?

20    Q    Did she explain why?

21    A    She told me that she loved her husband very much, but

22    all she did was work all the time, and she needed to be in

23    Florida.  It was the better place for her to do the work, and

24    it wasn't fair for her to leave her husband in New York by

25    himself without her.  So she thought the fair and I guess

```
 1    better thing for her husband was to just give him his freedom

 2    and she would stay in Florida.

 3    Q    Okay.  There comes a time when you reestablish your

 4    relationship with Joyce Michael in 2009; is that right?

 5    A    Yes.  Actually, it was 2006.

 6    Q    2006?

 7         Okay.  How you did reestablish it in 2006?

 8    A    We had been in touch periodically, and she -- at one

 9    point I called her and she told me -- I asked her how

10    everything was going, and she told me, things are terrible,

11    they're terrible.  And I said what's so terrible?  And she

12    told me that her husband was very sick.  I said, I'm so sorry

13    to hear that.  What's the matter?  And I believe he had brain

14    cancer, and he was in and out of hospitals and various

15    places.  And I was very understanding, or tried to be very

16    sympathetic to what she had been going through.

17         And so I certainly wasn't going to ask her about my

18    stuff because it just didn't seem that it was appropriate.

19    And, again, I tried to help her with contacts and

20    what-have-you to assist her husband, and I told her if she

21    needed -- I live in Houston, which is one of the biggest

22    medical centers, one of the best medical centers in the

23    United States.  Particularly for cancer with the MD Anderson

24    Center being there.  And I asked her if she wanted to bring

25    her husband to Houston, she'd be more than welcome to stay at
```

```
 1    my house.

 2           And she thought that was very gracious, and she

 3    asked me if I knew anything about this place called the

 4    Burzynski Clinic.  And I did not, but I immediately looked it

 5    up.

 6    Q    And where is the Burzynski Clinic?

 7    A    It was a clinic in Houston.  It was this Dr. Burzynski,

 8    I forget his first name, was at the time apparently well

 9    known for experimental treatment with certain types of

10    cancers.

11    Q    Did she come to Houston for treatment with her husband?

12    A    Not to my knowledge.

13    Q    Okay.  You offered to let her stay with you?

14    A    Yes.

15    Q    So if she didn't come, you don't think she stayed with

16    you?

17    A    Right, she did not stay with me.

18    Q    Okay.  In between this time when you're not really

19    dealing with her as a psychic, does there come a time when

20    you meet another psychic?

21    A    Yes.

22    Q    And can you explain the circumstances under which you

23    met the other psychic?

24    A    Yes.  There are a lot of psychics around the area that I

25    live.  They just pop up all over the place.  And as I used to
```

1    drive to work, and I would see this one psychic all the time,

2    or this one place for a psychic.  And I thought, well, wonder

3    if I go to this person if she's going to be able to tell me

4    anything different, if she's going to be able to see anything

5    about the work that's been done in the past.  I wonder if she

6    could help me.

7            So I -- I went there one day, and it was in -- I

8    went there because it was -- I was very upset one day.  I had

9    had a pet that had passed away, and it was the anniversary of

10   her death, and I was just very -- feeling maudlin and very,

11   you know, distraught that day, and I thought, well, I'm

12   curious, let me go to the psychic and see if she can tell me

13   why I'm upset.  And, you know, maybe then I'll -- maybe then

14   it will make me feel better.

15           So I went to this woman, and I didn't have enough

16   money that day to pay for her full services, but she let

17   me -- I think I gave her $45, and I think she was normally 60

18   bucks or something.

19   Q    Why didn't you call Joyce at that time?

20   A    I was more interested to see if there was another

21   psychic who would have a different perspective or who could

22   perhaps corroborate some of what she had already been telling

23   me.

24   Q    Okay.  And did this other psychic have a different

25   perspective?

1   A    She told me that there may have been a curse put on my

2   family, that she needed to look into it.  She told me that

3   things would get better in my life.  She told me that my

4   financial circumstances would change, and that was about it.

5   Q    Did you end up paying this other psychic a significant

6   amount of money?

7   A    From time to time.

8   Q    What's the total amount of money that you gave this

9   other psychic and over what period of time?

10  A    Over a period of about two and a half years, another

11  140, $150,000.

12  Q    So I mean, as you sit here today, does it make sense,

13  you've given close to $500,000 to Joyce Michaels and another

14  $150,000 to this other psychic, right?

15  A    Yes.

16  Q    Does it make sense what you're doing?  Has any of the

17  money been returned?

18  A    No.

19  Q    Does it make sense to you to give that money?

20  A    No, it didn't make sense, but I wasn't thinking clearly.

21  Q    And why weren't you thinking clearly?

22  A    I was very depressed after my mother passed away, and I

23  was willing to try anything to make things whole again with

24  my family and with me.

25  Q    Does there come a time when your relationship with Joyce

```
1    Michael begins again?

2    A    Yes.

3    Q    And when was that?

4    A    August of 2009.

5    Q    And how did that happen?

6    A    I --

7    Q    And, by the way, did you just not speak to her for years

8    at a time?

9    A    It was a couple years that we didn't speak.

10        I had sent her birthday cards from time to time.  I

11   remember her birthday being May the 5th, and so periodically

12   I would send her a birthday card and let her know that I was

13   still out there in the world.  And I thought -- I was a

14   little disappointed that she hadn't contacted me, but I

15   thought, well, maybe this is just taking a lot longer, maybe

16   the work's taking longer.  Eventually she'll get in touch

17   with me.

18        I found her card one day and I thought I wonder if

19   she's even still around at the 954 number in Florida, and I

20   hesitated before calling because I didn't know if she was

21   going to -- I didn't know what she was going to say.  I

22   didn't know if she was going to be angry that I hadn't spoken

23   to her in a while, I didn't know if she was going to have the

24   money.  I didn't know what was what.

25        And finally what precipitated it is one of my pets
```

```
 1    had gotten sick, and I was very, very worried about my little

 2    cat, kitty, and I -- the doctors, the vets weren't able to

 3    diagnose what was going on with her.  And so, again, I just

 4    thought I wonder if I called Joyce.  I hadn't talked to her

 5    in a while.  Maybe things -- maybe there's a clean slate.

 6    Maybe the picture might have changed.  Maybe there will be

 7    something that she'll be able to see now more clearly because

 8    I didn't have some of these outside interferences anymore in

 9    my life, some of the worries that I had had were no longer

10    worries in my life.

11    Q     Like what?

12    A     Well, my love life for one thing.  It was totally gone

13    for years.  So I had gotten over it by then.  And I figured,

14    okay, well, I don't have to worry about any other outside

15    interference from that perspective.  And so I called her, and

16    she was very pleased to hear me, and we started communicating

17    again from, I think it was August of 2009.

18    Q     Okay.  And when you're communicating with her what are

19    you discussing at that point?

20    A     Work, family.

21    Q     Your work and your family or the work?

22    A     My work, some of the work that had been done for me, but

23    mostly my work and lack thereof.

24    Q     Okay.  And do you start sending her money again?

25    A     Yes.  I had -- I was working for a company, a couple of
```

```
 1    young women who had actually used to work for me and they
 2    started a consulting firm a couple of years before and they
 3    needed some assistance with something, so they had called me
 4    and asked me if I would work with them.
 5            So I started working with them in 2008, 2009, and
 6    then all of a sudden, they ran into financial difficulties.
 7    I mean, it seems to be a trend with me, but it's just the way
 8    it's happened.  And they needed to let me go.  I was a high
 9    priced employee, and they needed to let me go.  And so -- and
10    I understood.  I wasn't happy, but I understood the
11    situation.  And I just figured I'll find another job.
12            So that was June of 2009.  And then August of 2009
13    when the cat gets sick.  So when I called her she said, you
14    know, how are you, and I told her about the cat and I told
15    her about the job, and I said, you know, it seems to be the
16    status quo, you know.
17    Q    Were you expecting the money still to be returned?
18    A    Absolutely.
19    Q    And why is that?
20    A    Because she had always told me and when I asked her when
21    I first called her again, about the money, she said, Sylvia,
22    that money is going to be returned to you.  I'm not keeping
23    your money.  That money will be returned to you.
24    Q    So you talked to her about your cat?
25    A    Uh-huh.
```

```
 1    Q    And then what happens?

 2    A    Well, for one thing, she told me that there was nothing

 3    wrong with the cat, and she told me that for a couple of

 4    months until the cat became very ill and she died.  So that

 5    advice was completely wrong.  And the job situation, I was

 6    searching high and low for a job, and I wasn't finding

 7    anything that would allow me to stay in Houston.  And I don't

 8    know if you remember, but 2009 wasn't a particularly good

 9    year for the United States from a financial perspective.

10    Housing market had started to tank and the stock market went

11    down the tubes, and wasn't the time for me to put my house on

12    the market.  So I had to stay in Houston to try to find

13    something until things got a little better.

14             And so I would talk to her from time to time, 2009,

15    end of 2009, nothing happened.  2010 started.  I'm still

16    trying to do independent consulting.  I'm trying to find

17    full-time employment, and I'm not finding anything all of

18    2010.  So I'm still talking with her, sending bits of money.

19    Q    Well, let's talk about that.  How does it come up that

20    you start sending money?

21    A    I believe it was either September of 2009 or October,

22    and she said, I'm going to need a little bit of money just to

23    get the energy work started again.  And I said, oh, Joyce,

24    you know, please, that's -- we can't start this again.  I'm

25    still waiting for the money to come back from the previous
```

```
 1    time that was given to you.  And she said, you know, this
 2    will be returned to you.  It's just a little bit of money.
 3              So I think it started off with $9000.
 4    Q    Now, when she said this will be returned to you, is that
 5    the $9000, or is that the 9000 plus the close to 500,000?
 6    A    Everything was supposed to be returned to me.
 7    Q    Okay.  Go ahead.  I'm sorry.
 8              So you send her the $9000 to get the energy working
 9    again.
10    A    Right.
11              And then periodically I would talk to her, and she
12    would call me late at night and say, you know, I'll call you
13    at 11:00 o'clock, or I'll call you at midnight, or if I call
14    you at 1:00 o'clock, is it too late?  Well, I wasn't working,
15    so she could have called me anytime and I answered the phone.
16              I again had told no one what was going on because,
17    you know, I wasn't allowed -- shouldn't have had any -- she
18    discouraged any outside interference.  And so --
19    Q    By the way, before this time in 2009 when you were no
20    longer speaking with her for an extended period of time, did
21    you tell anyone that you had given that kind of money to
22    Joyce Michaels?
23    A    I just told the other psychic lady.
24    Q    That's the only other person you told?
25    A    I believe so at that time.
```

```
1    Q     Never told sister.

2    A     Not before 2009.

3    Q     Go ahead.  I'm sorry.

4    A     So I started, you know, sending little bits of money,

5    and I was borrowing heavily against credit cards, because

6    that's what I needed to do to get the money.  And then at one

7    point at the end of 2009, I think it was November of 2009,

8    and I needed, I think it was $24,000.  It's in this book.

9    Q     Okay.  Go ahead and look, if you would.

10   A     Yes, it started in September 23rd, 2009, $6000.  This

11   was to a different bank.  Now, we're using Bank of America,

12   to Joyce Michaels.  6000, then 5000, then 9900, then 6000,

13   6100, 2000, 3000, 2000.  And then December 1st of 2009, she

14   needed $24,000.

15   Q     Okay.

16   A     And --

17   Q     Did she explain what she needed the $24,000 for?

18   A     Job related.  It was to clear up -- to get the energy

19   that she needed to clear up the problems that I was having

20   trying to find a job.

21   Q     And what was the date on that?

22   A     It was December -- the $24,000 was December 1st, 2009, a

23   wire-transfer.

24   Q     Okay.  Do you have that wire-transfer in here?

25   A     Yes.
```

1    Q    Is that the particular document?

2    A    Yes, that's the wire-transfer from my bank.

3    Q    Okay.  And that's Government's exhibit 107SR067; is that

4    right?

5    A    Yes.

6    Q    Okay.  It says on the right-hand side, wire amount

7    $24,000, and then the date -- it is from Sylvia Roma, right?

8    A    Yes.

9    Q    And you're sending it to -- where are you sending it?

10   A    It's at the bottom, under beneficiary amount --

11   Q    Where it says Joyce Michael, Inc.  Okay.  It's a Bank of

12   America address, BOA address, 2300 East Sunrise; is that

13   right?

14   A    Yes.

15   Q    That would be for 24,000 on December 1st, 2009; is that

16   correct?

17   A    Yes.

18   Q    Why did you send her $24,000 at that point?

19   A    I was -- I had been getting some leads on some work, and

20   in order to try and bring the work -- I had been getting some

21   leads on my work, my employment.  And so she was just trying

22   to do the work.  And like I said, she needed this money again

23   to build up the energy forces.  The energy forces needed to

24   be rebuilt.

25   Q    So here we are, after almost 10 years and you haven't

```
 1    received any of the money back, you're still giving her

 2    money.

 3    A    Yes.

 4    Q    Why?

 5    A    I had hope that she was going to help me.  I believed

 6    everything that she told me.

 7    Q    Why did you believe everything she told you?

 8    A    Because I wanted to have the hope that things were going

 9    to get better and that these issues with my work would stop,

10    and, you know, the family stuff would stop.  I just wanted my

11    life to get better so that I could be a little happier.

12    Q    And so I take it if you wanted to be a little happier,

13    you were sad at that point?

14    A    I was pretty sad.

15    Q    Okay.  So you sent her $24,000?

16    A    Yes.

17    Q    Okay.  And what'd she say the $24,000 was for?

18    A    It was -- it was for her to build these energy forces

19    up, the energy was -- I had all -- the way she described it

20    to me is she had already built -- she never got rid of these

21    building blocks or this image that she had created before,

22    and all the stuff that I had that I had given her, she said

23    she still had it.  Well, she didn't have the money and she

24    didn't have the gold, but she had this image that she had

25    built with candles and with silver coins and pictures and
```

```
 1    little images, I guess, that she had made.  I never saw

 2    anything.

 3            She just told me that this was what she had had,

 4    and this is what she used to create like a little, not an

 5    altar, but some -- I don't know what the word would be, but

 6    some vehicle that she could use to capture my energy when she

 7    would talk with me over the phone, and then she would get

 8    this money and she would pray over this money and it was

 9    supposed to help her help me make things get better.

10    Q    So I take it things were not getting better at this

11    point?

12    A    No, I still was not working.

13    Q    Okay.  If you weren't working, how were you able to

14    afford sending her $24,000 on this occasion?

15    A    I refinanced my house at the end of November of 2009,

16    and I got a lot of money from it, and I was able to take a

17    bunch of cash out from the equity in the house, and that's

18    how I gave her the first part of the $24,000.

19    Q    What do you mean the first part of the $24,000?

20    A    Because later on in November and December I needed to

21    provide more money.

22    Q    Okay.

23    A    And against my better judgment, I depleted my 401k

24    accounts.

25    Q    So you've now sent -- what's the date on that,
```

1   December 1st, 2009?

2   A     The $24,000 one was, yes.

3   Q     Okay.  Do you send her -- when's the next time you send

4   her money?

5   A     The next time after December 1 was December the 11th,

6   and I sent $10,000 cash.

7   Q     Okay.  And when you say 10,000 cash, how would you send

8   that?

9   A     She called me up one Saturday morning at, you know -- or

10  Friday morning, whatever day it was, December 10th --

11  December the 11th, and said she needed $10,000 in cash.

12  Q     She needed immediately?

13  A     She needed immediately.  And so I went to the bank, and

14  I had the money in my account from the proceeds of the

15  refinancing, and I got $10,000 in hundred-dollar bills and

16  drove from my bank down to a Bank of America branch and

17  deposited the money to her checking account.

18  Q     Okay.  So you deposited $10,000 in cash into her

19  checking account at that time?

20  A     Yes.

21  Q     And what checking account was that?

22  A     I think it was still the Bank of America.

23  Q     Joyce Michael, Inc., or Joyce Michael Consultants, Inc.?

24  A     Yes, Bank of America and whatever the account number

25  was.  It was the same Bank of America that I had been using,

1    you know, for those transactions that year.

2    Q    Do you make another withdrawal or transfer to Joyce

3    Michael?

4    A    Yes.  On December 23rd is where I needed to

5    wire-transfer $102,743.

6    Q    What was the date on that?  December 23rd, 2009?

7    A    Yes.

8    Q    You sent her 102,000?

9    A    Some odd dollars, 700-some dollars.

10   Q    Why would you give her such a large amount of money at

11   this point, when you've already given her 500, $600,000 that

12   she promised would be returned, and none of it but $9000 has

13   been returned to you?

14   A    Because -- well, actually, over the course of time she

15   had periodically returned small amounts of money.

16   Q    When you say small amounts, what are you referring to?

17   A    Like one time she called me and on a Sunday and needed

18   $3000 for -- she said she was in Brigantine, New Jersey,

19   visiting a sick friend, and she didn't bring enough money.

20   She didn't think she was going to have to stay there long

21   enough.  And so she asked me if I would send a Western Union

22   wire-transfer for -- or cash transfer, I don't know what it

23   was called, for $3000 to, I think I had to send it to

24   Atlantic City.

25           I think that was the closest Western Union from

```
 1   Brigantine.  So I sent her that money and then a couple weeks
 2   later she sent me $2950 back.
 3           So in December of 2009, I had had a couple of leads
 4   on a job, and she said the way that she can help me, she
 5   asked me to figure out how much money I was trying to make.
 6   And so I told her what I was trying to make, and she said she
 7   would need half of that to build this shield.  And so half of
 8   the money that I was looking to make, about 250 to $275,000.
 9   Q   That's what you wanted in your salary for your next job?
10   A   Yes.
11   Q   Okay.  And then, was this $102,000 supposed to be half
12   of the 250 or do you -- or was that coupled with the $24,000
13   that you had sent a few weeks prior?
14   A   It was coupled with the $24,000.
15   Q   Okay.  So then you send her 102,000 --
16   A   $102,743, I think that is.
17   Q   Okay.  I show you what's already been admitted into
18   evidence as Government's exhibit 107, and the document number
19   on that is SR065; is that right?  Do you have that in front
20   of you?
21   A   I don't.  I have this spreadsheet.  I don't know which
22   number that is.
23   Q   Okay.  Let me just make sure it's in there.
24           Government exhibit 107SR065.  The wire amount on
25   the right-hand side, can you read it from where you are?
```

```
 1    A    Yes.  The wire amount was $102,743.55, plus a 2500 -- or
 2    25-dollar transaction fee.
 3    Q    Was there some significance to that money, the
 4    $102,743.55?
 5    A    It was that money with the $24,000.  So it was
 6    approximately half of $250,000, if you would add --
 7    approximately, you know, if you would add those two together.
 8    Or I may have told her it was $260,000, but it was some
 9    similar amount that was -- that I was able to come up with,
10    you know, based on what my salary was going to be, taking
11    50 percent of that.
12    Q    What you were hoping your salary --
13    A    What I was hoping, yes.
14    Q    And the date on this particular transaction is
15    December 23rd; is that right?
16    A    Yes, 12/23/2009.
17    Q    Okay.  And where did you send it?
18    A    I sent it to the -- I think that's at the Bank of
19    America, as well, in Florida.
20    Q    Do you continue to send her money?
21    A    I think a couple more times in 2011, a couple more
22    times.  Maybe one more time.
23    Q    And this 102,000 -- well, actually, you couple that with
24    the $24,000 that you had sent earlier in the month, right?
25    A    Yes.
```

```
 1    Q     So that's close to, let's just say $125,000?

 2    A     Yes.

 3    Q     And that's half of the $250,000 --

 4          MR. SCHWARTZ:  Objection, Your Honor.  This has

 5    been asked and answered.

 6          THE COURT:  Sustained.  Rephrase your question.

 7  BY MR. BARDFELD:

 8    Q     Did you think you were getting this money back?

 9    A     Yes.

10    Q     Why did you think you were getting this money back?

11    A     Because she told me it would be returned to me.

12    Q     Okay.  Why did you believe her when she told you it

13    would be returned to you, when you had already given her

14    significant amounts of money that had not been returned?

15    A     I was in so far, I had nothing to do but believe her.

16    There was -- I didn't see any way out.  I was depressed

17    without a job.  Nothing was coming up, and I didn't think

18    there -- I didn't think I had an alternative.

19    Q     So you continued to send her money?

20    A     Yes, for a little while.

21    Q     How long did you continue to send her money?

22    A     I think the last money that I sent was in July of 2011.

23    Q     And why did you send her money in July of 2007?

24    A     She said that -- at the time I now was employed.  I got

25    a job in January of 2011, and so I was employed, and I was
```

1    making a reasonable income.  But I didn't like the job -- I

2    liked the work, but I did not like the environment that I was

3    working in.  I liked the work very much and the people very

4    much.  I did not like the environment.

5              And so, once again, we were talking about job

6    problems, and she told me the right job was coming up, it's

7    just right around the corner.  She's seeing the end of the

8    tunnel now, I should start to see the end of the tunnel.  And

9    so she just needed a little piece of money to work with.

10   That's how she would refer to it, a little piece of money.

11             So I had the money at the time, and so I sent her

12   money in, I think it was July of 2011.

13   Q    Did she ever tell you when the money was going to be

14   returned?

15   A    At the end of the work.

16   Q    And did she ever tell you when the work was going to be

17   completed?

18   A    No.  I asked many times, but she didn't know, she said

19   she was coming close to completing the work, and for me to

20   just hang in there.  Everything was going to be fine.

21             And as I said earlier, she told me a number of

22   times that she had had many satisfied clients.  She didn't

23   expect this work with me to take as long.  I mean, it was a

24   very long time by then.

25   Q    Now, we're close to 14 years, right, from 1997 to --

```
 1   A     The last period of about -- yes.

 2           And she said that, you know, this was the hardest

 3   case she ever had to work on, and she was not going to quit.

 4   She couldn't.  It was too late.  Too many things had

 5   happened, and she couldn't quit.

 6   Q     What do you mean she couldn't quit?

 7   A     Meaning she had to continue in the work, because if she

 8   stopped there were too many -- these negative forces hadn't

 9   all yet been resolved.  So, for instance, she would tell me

10   one door would close, so the energy is contained within, if

11   you will.  And then periodically something would happen.

12           So in this case with work, it was the CEO I was

13   reporting to, she now was a negative person in my life.  And

14   so one door would close, and then the door would open, and

15   now the evil CEO jumped in and created some havoc.  So that's

16   the way it was explained to me.

17   Q     Okay.  In total, how much money did you provide to Joyce

18   Michael in the 14 years that you knew her from the first time

19   you went in until the last time you sent money?

20   A     Almost $800,000.

21   Q     And how much of that money has been returned to you?

22   A     I think 22,000.

23   Q     And how much of that money did you expect to be returned

24   to you?

25   A     800,000.
```

```
 1    Q    And why did you expect $800,000 to be returned to you?

 2    A    Because that's what I was told from the beginning, and

 3    that's what I was told a million times from 1997 to 2011.

 4    Q    In addition to sending gold coins and cash, you also

 5    sent some -- and money, I'm sorry.  You also sent some

 6    jewelry to Joyce Michael; is that right?

 7    A    Yes.

 8    Q    Have you had an opportunity to review some of the items

 9    of jewelry that were seized upon execution of a search

10    warrant at her house?

11    A    Yes.

12    Q    And you've been able to identify some of those items as

13    your own?

14    A    Yes.

15    Q    Okay.  What were the circumstances under which you were

16    induced to send jewelry to Joyce Michael?

17              MR. SCHWARTZ:  Objection, Your Honor.

18              THE COURT:  Rephrase the question.

19    BY MR. BARDFELD:

20    Q    Why did you send her jewelry?

21    A    She asked me in 2010, I believe it was August of 2010 --

22    she would ask me from time to time what kind of jewelry I

23    had.  And I'm not a big jewelry person.  I wear nothing but

24    earrings.  But I have -- had quite a few very nice pieces.  I

25    used to travel quite a lot around the world, and I purchased
```

 1    jewelry for myself and sometimes I received jewelry as gifts,

 2    and so I had some very nice jewelry.

 3           And we were -- this was in 2010 in August, when we

 4    were trying to figure out what was going on work-wise,

 5    because I was not yet working in August of 2010.

 6           And so she said that some of the jewelry that I had

 7    would have a lot of energy.  Because, again, a lot of it was

 8    gold, 14 and 18 karat gold jewelry, and that would hold

 9    energy, particularly the pieces that I wore.

10           So she asked me if I could send her the jewelry

11    that I had, my expensive jewelry, not costume jewelry.  And I

12    said for how long?  And she said just for a couple of weeks.

13    I just want to look at it, just want to pray over it, just

14    want to get the energy that I need from the jewelry.

15           So I said, well, okay.  Jeez, this is a little

16    concerning.  I mean, how am I going to get my jewelry to you?

17    I don't want to just put it in the mail and send a bunch --

18    thousands and thousands of dollars-worth of jewelry.  But

19    that's what I did.  So I collected all of the good pieces

20    that I had, and I put them in -- many of them were in their

21    original boxes.  And I wrapped them and I put them in a box

22    and I mailed them Federal Express to Federal Highway, some

23    address on Federal Highway.

24    Q    And did you send it all in one -- all on one occasion?

25    A    Yes, it was all sent on one occasion, with two

```
 1    exceptions.  In the past X number of years on two occasions

 2    she had asked me to send a small piece of jewelry.  So once

 3    it was in 2000 -- it was August of 1999, when I was in

 4    Florida, and I needed to give her a piece of jewelry.  So I

 5    brought something that I had bought in Japan and gave it to

 6    her.

 7              And then these pieces in August of 2009, she

 8    particularly wanted to see pieces that I had worn when I was

 9    really happy in my job in Seattle.  So I kinda marked things,

10    and I made a whole list of all the jewelry.  I didn't take

11    photographs.  I had asked her, I said, should I photograph

12    this so that it's easier for you and I to go through?  And

13    she said, no, no, I'll only have it a couple of days, I'll

14    get it, we'll go through it.

15              I said, okay, I have a list I can show you.  Here's

16    a strand of pearls, this is item one; here's a gold necklace

17    with a French clasp, this is number 2.  And I made that list

18    and shipped the jewelry.  And she told me that in particular

19    the pieces that she was really going to focus on were the

20    pieces that I bought during the time that I was in Seattle.

21    So . . .

22    Q    And did she ever send that jewelry back to you?

23    A    No.

24    Q    When did you send it to her?  What was the date?

25    A    I believe it was August of 2009.  No, excuse me, August
```

1    of 2010.

2    Q    I show you what's already been admitted into evidence

3    composite exhibit 531, number 717-5 and 717-15.  Can you look

4    in here and see if any of your jewelry, if any of that is

5    your jewelry?

6    A    Yes.

7    Q    And what jewelry is yours that you sent to Joyce

8    Michael?

9    A    In this bag there are -- there are -- there is a pair of

10   gold earrings with sapphires in them -- these are rings.  I'm

11   sorry, I thought they were earings.  These are earings, gold

12   and sapphire earrings in this bag.

13   Q    Is there anything else in that particular bag that you

14   sent that was not returned?

15   A    Yes, there's a matching ring, a gold and sapphire ring

16   that matches the earrings.  And that's all.

17   Q    This is exhibit 717-5 and 15.

18         Do you have a list of the number of items of

19   jewelry that you sent to Joyce Michael?

20   A    I don't have the list with me.  I created a list.

21   Q    Is it in -- okay.  This is exhibit 531 composite, 733

22   number 2 and 3.  Can you briefly identify which of those

23   particular pieces of jewelry belong to you?

24   A    Both of these pieces of jewelry are mine.

25   Q    Okay.  Can you describe them?

1  A     They're two rings.  One's a college ring and one's a

2  high school ring.

3  Q     When you say a college ring and a high school ring, how

4  can you identify that?

5  A     They have my initials on the inside and they have the

6  places that I graduated from high school and from college and

7  the years.

8  Q     And where did you graduate from high school, and where

9  did you graduate from college?

10  A     I graduated from high school at a place called Aliquippa

11  High School in western Pennsylvania, and I graduated from

12  college, place called Washington and Jefferson College.  It's

13  a college in -- it's the 13th oldest college in the United

14  States.  It's in western Pennsylvania, in Washington,

15  Pennsylvania.

16  Q     Okay.  I show you now what's been marked out of

17  Government's exhibit 107 SR093 and SR094.  Is that a portion

18  of a list that you provided indicating the jewelry that you

19  sent to Joyce Michaels?

20  A     Yes, it's the two pages of three.

21             MR. BARDFELD:  One moment, Your Honor.

22             May I approach, Your Honor?

23             THE COURT:  Yes.

24  BY MR. BARDFELD:

25  Q     I show you what's been marked as Government's

1    exhibit 107A.  Can you briefly describe what that is?

2    A    This is a list of the jewelry that I had prepared.

3    There are 55 distinct items, and I put it on this list

4    because it was my intention when I spoke with Joyce after she

5    received the jewelry, that she would take each piece out and

6    we would talk about it.  So item number 1, I described what

7    that was.  I kept a list for myself and I put a list in the

8    package for her.

9    Q    Okay.  And you've had an opportunity to review the

10   jewelry that was seized at Joyce Michaels' residence at 1319

11   Seminole Drive, correct?

12   A    Yes.

13   Q    And approximately how many pieces of jewelry on that

14   list were you able to identify as yours that were found

15   during the search warrant?

16   A    I believe I was able to identify 30 -- about 30 pieces,

17   or 32 pieces or 33 pieces.  There were 55.  I couldn't

18   identify 22.  So it's about 33, or exactly 33.

19         MR. BARDFELD:  Your Honor, at this time I'd move

20   for Government -- to admit Government's exhibit 107A.

21         MR. SCHWARTZ:  No objection.  I just need a copy of

22   the extra page.

23         THE COURT:  Admitted without objection.

24      (Government's Exhibit No. 107A entered into evidence.)

25

1    BY MR. BARDFELD:

2    Q    I'm now presenting you composite exhibit 531739-2.  Can

3    you identify anything in this particular package that is

4    yours?  Can you identify anything in there?

5    A    This one is empty, but this is a pair of gold mabe pearl

6    earrings that are mine.  That seems to be it that's in this

7    bag.

8    Q    I now show you what's already been introduced as

9    Government's exhibit 531, number 749.  Can you take a look at

10   this particular bag and see if any of your items of jewelry

11   are in that bag?

12   A    Yes, these are my -- these are a pair of white gold

13   earrings.  This is another pair of what used to be white

14   gold.  It looks like they're very tarnished.  This is a

15   necklace that I bought in Santa Fe.  It's also very

16   tarnished.  It's sterling silver inlaid with turquoise.  And

17   this was a matching pair of earrings that I also bought in

18   Santa Fe.

19   Q    I now show you what's been marked and introduced as

20   Government's composite exhibit 531.  This would be 752.  Can

21   you identify any of your items of jewelry found in that --

22   that are in that particular bag?

23   A    Yes, these are -- there are multiple pair of earrings

24   here that I purchased in Italy, one chain that I purchased in

25   Italy, and a baptismal medal that my grandmother gave me when

```
 1    I was born that was also purchased in Italy.

 2    Q     Anything else in that particular bag?

 3    A     Everything in here is mine.

 4    Q     Everything?

 5    A     Everything is mine.

 6    Q     Now, I show you what's been introduced composite

 7    exhibit 531, item number 785.  Can you look in this

 8    particular bag and see if any of the items of jewelry in that

 9    bag belong to you?

10          MR. SCHWARTZ:  Your Honor, perhaps if it would save

11    time, we don't object.  We concede that Rose was holding

12    Ms. Roma's jewelry.  We would agree that all of it be

13    admitted into evidence.

14          THE COURT:  All right.

15          MR. SCHWARTZ:  I don't think these items were

16    identified by the previous witness from the search, but we

17    don't object, and stipulate.

18          THE COURT:  I guess they want to show which items

19    were hers.

20          MR. BARDFELD:  Well, it's that and the other

21    previous witness couldn't identify which were Sylvia Roma's.

22          THE COURT:  I understand.  So, I mean, we're at

23    5:00 o'clock.  Are there much more of these?

24          MR. BARDFELD:  No, there are not, Your Honor.

25          THE COURT:  How many more?  We can deal with the
```

```
 1    rest of it tomorrow.

 2              All right.  We'll finish it up tomorrow.

 3              MR. BARDFELD:  Your Honor, and -- okay.

 4              THE COURT:  We'll finish it up tomorrow.  We're

 5    going to have to leave anyway.  People have obligations that

 6    they need to take care of.  Can't stay past 5:00.

 7              Ladies and gentlemen, we're going to recess for the

 8    evening.  Again, remember not to discuss the case, don't form

 9    any opinions, don't do any research, investigation of your

10    own.  Leave all your notes, and we'll see you tomorrow at

11    9:00.  Thank you very much.  Have a nice evening.

12        (The jury exits the courtroom.)

13              THE COURT:  All right.  Ma'am, you're going to have

14    to come back tomorrow, unfortunately.  So if you could

15    remember not to discuss your testimony with anyone during the

16    recess, and if you could be back tomorrow at 9:00 o'clock.

17    Thank you, ma'am.

18              THE WITNESS:  You're welcome.

19              THE COURT:  Anything else we need to talk about

20    this evening?

21              MR. STEFIN:  Nothing from the United States.

22              MR. SCHWARTZ:  Nothing.

23        We're going to try to do some work this evening on

24    that deposition.

25              THE COURT:  Are you intending to present that
```

```
 1    deposition tomorrow?

 2            MR. STEFIN:  I would say it's unlikely, but if we

 3    move -- start moving much faster, it's a possibility that we

 4    could catch up our witnesses are in town.  We have several

 5    out-of-state witnesses that are still in the hotel, but if we

 6    finish them up I would like to move forward so as not to lose

 7    any time.

 8            THE COURT:  So are there going to be any other

 9    objections on the deposition other than specific objections

10    to questions and answers?  Are there going to be any other

11    objections as far as the playing or presentation of the

12    deposition of this witness?

13            MR. SCHWARTZ:  We need to just go over the specific

14    questions and answers, and if some of them have to be

15    redacted, then the tape will have to be redacted, but that's

16    it.

17            THE COURT:  All right.  So then, again, there are

18    no other objections other than what was presented yesterday

19    in terms of the issue about the Brady and Giglio and the

20    medical -- the medical -- those are the only objections?

21            MR. SCHWARTZ:  Correct.

22            THE COURT:  And then there will be -- other than

23    specific objections to questions and answers.

24            MR. SCHWARTZ:  Correct.

25            THE COURT:  All right.  And Mr. Schwartz, I read
```

1    your -- I read the statement by Judge Hopkins from the

2    hearing that you presented to me.  It didn't seem to say

3    anything other than they are obligated to present any Giglio

4    and Brady information, including any statements that they're

5    aware of that were made by any of the alleged victims that

6    were exculpatory or that indicated they didn't believe they

7    were victims.

8                MR. SCHWARTZ:  Whether they were transcribed or

9    not.

10               THE COURT:  Correct.

11               It's been represented that there are -- everything

12   that you know of that falls within that category has been

13   provided to the Defendant; is that correct?

14               MR. STEFIN:  Yes, Your Honor.

15               MR. SCHWARTZ:  That's whether the victims are

16   witnesses or not.

17               THE COURT:  Yes, any person who's alleged to have

18   been a victim.

19               Are there any statements that suggest by those

20   alleged victims that they were not victims and that they

21   didn't know they were victims and had no idea that they were

22   victims or didn't believe they were victims, whether they

23   were written, recorded, in a report, in a note or not written

24   or recorded have been provided to the defense; am I correct?

25               MR. STEFIN:  To the best of our knowledge, and this

```
 1    has been gone over multiple times with witnesses and with the
 2    agent.  And we've turned over some pieces of information
 3    related to that.  So, is there more?  Not that we're able to
 4    find.
 5              MR. SCHWARTZ:  Forgive me, Judge.  And I guess I'm
 6    going to use one of Mr. Stefin's words in that transcript.
 7    Maybe I'm splitting hairs, but he says to the best of our
 8    knowledge, and I think what the magistrate told him to do was
 9    to talk to the agents and gather knowledge if it's not in
10    Mr. Stefin's knowledge.  So I ask only, has he interviewed
11    Detective Stack to see what alleged victims told him.
12              THE COURT:  Not only Detective Stack, but any
13    investigating officer or any one of the investigative team
14    who may have spoken to these alleged victims.
15              So just again, so we're clear on the record, you've
16    made the inquiries of everyone involved in the investigation
17    to see if any such statements were made; am I correct?
18              MR. STEFIN:  Yes.
19              THE COURT:  And you've turned over everything that
20    would fit within the category that was ordered to be
21    produced?
22              MR. STEFIN:  I believe so, and I sincerely hope so,
23    but I do believe so.
24              THE COURT:  Okay.  I'm not sure what else we can do
25    at this point.
```

```
1              MR. SCHWARTZ:  Thank you, Your Honor.

2              And I hope I wasn't confusing yesterday when I made

3    the argument.  I think Judge Hopkins made it much better than

4    I did.

5              THE COURT:  No, I didn't think you were confusing.

6              MR. SCHWARTZ:  Thank you.

7              THE COURT:  All right.  So we'll see -- anything

8    else as far as today's concerned?

9              MR. SCHWARTZ:  No, Your Honor.

10             THE COURT:  Okay.  Have a nice evening.  We'll see

11   you tomorrow.

12        (The evening recess was taken at 5:06 p.m.)

13                       *  *  *  *  *

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          *  *  *  *  *

 2                          I  N  D  E  X

 3    Testimony of Beth Lodderhouse

 4              Direct by Mr. Bardfeld              6

 5              Cross by Mr. Schwartz              85

 6    Testimony of Sylvia Roma

 7              Direct by Mr. Bardfeld            109

 8                          *  *  *  *  *

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                          * * * * *

2                        E X H I B I T S

3    Government's Exhibits in Evidence:

4            Government's 25                          9

5            Government's 531                         12

6            Government's 26                          36

7            Government's 11                          57

8            Government's 27                          60

9            Government's 501                         62

10           Government's 502-529                     62

11           Government's 519                         64

12           Government's 107                         161

13           Government's 107A                        213

14                         * * * * *

15                        CERTIFICATE

16       I, Stephen W. Franklin, Registered Merit Reporter, and

17   Certified Realtime Reporter, certify that the foregoing is a

18   correct transcript from the record of proceedings in the

19   above-entitled matter.

20       Dated this 10th day of NOVEMBER, 2013.

21

22       /s/Stephen W. Franklin
         _____
23       Stephen W. Franklin, RMR, CRR

24

25
```

**$**

$10,000 [8]  57/25 103/18 168/8 171/22 201/6
 201/11 201/15 201/18
$100 [1]  145/11
$102,000 [1]  203/11
$102,743 [2]  202/5 203/16
$102,743.55 [2]  204/1 204/4
$105,000 [4]  136/10 139/1 140/10 141/14
$105,000-worth [4]  136/10 139/1 140/10
 141/14
$106,000 [1]  134/24
$125,000 [1]  205/1
$1300 [4]  77/2 77/2 77/3 77/3
$1374 [1]  106/7
$14,000 [1]  171/22
$15,000 [7]  58/8 103/24 145/11 145/12
 145/21 146/10 148/25
$150,000 [2]  191/11 191/14
$1500 [2]  106/14 106/16
$16,000 [4]  127/1 127/14 128/10 128/16
$16,500 [1]  77/13
$187,000 [2]  104/22 105/6
$200,000 [5]  61/19 65/15 65/23 66/19 67/10
$24,000 [16]  197/8 197/14 197/17 197/22
 198/7 198/18 199/15 199/17 200/14 200/18
 200/19 201/2 203/12 203/14 204/5 204/24
$250,000 [2]  204/6 205/3
$260,000 [1]  204/8
$275,000 [1]  203/8
$2950 [1]  203/2
$3,619.31 [1]  68/3
$30,000 [1]  80/7
$300 [5]  150/10 150/11 150/12 150/12
 150/12
$300,000 [2]  164/4 177/10
$3000 [3]  178/25 202/18 202/23
$306 [1]  132/22
$314 [1]  154/17
$32,000 [5]  127/1 127/14 127/21 128/10
 128/16
$320 [1]  134/21
$3200 [11]  118/14 118/25 119/3 119/7
 119/22 120/4 120/23 121/2 125/1 127/24
 148/20
$321 [1]  132/22
$34,334 [1]  176/25
$35,000 [2]  59/2 104/4
$350 [1]  101/15
$3500 [1]  100/17
$40 [1]  106/5
$40,000 [4]  65/25 67/10 68/1 68/10
$40,600 [1]  77/16
$45 [1]  190/17
$48,000 [1]  136/11
$496,622.09 [1]  184/20
$50,000 [1]  4/6
$500,000 [3]  184/21 186/25 191/13
$55,000 [6]  57/17 87/21 88/18 103/15 105/1
 105/22
$600,000 [1]  202/11
$6000 [1]  197/10
$65,000 [3]  59/10 104/12 104/20
$69 [1]  84/9
$690,000 [1]  92/20
$7200 [2]  58/16 104/1
$75 [3]  111/24 112/1 118/1
$800 [1]  98/20
$800,000 [2]  207/20 208/1
$9000 [15]  79/8 80/8 168/8 168/22 171/21

172/2 172/3 172/4 172/7 172/9 172/10 196/3
196/5 196/8 202/12

**,**

'97 [3]  115/5 115/8 127/2
'98 [5]  115/6 150/1 150/2 150/21 167/16
'99 [1]  167/16
'til [4]  52/21 52/22 125/12 149/25

**-**

-v [1]  1/5

**.**

.03 [1]  99/16
.03 grams [1]  99/16
.9 [1]  24/22

**/**

/s/Stephen [1]  222/22

**0**

01-27-79 [1]  29/13
0567 [1]  82/24
07 [1]  61/22
0988 [1]  80/15

**1**

10 [11]  14/14 23/23 23/25 40/9 40/12 41/22
 48/9 52/18 91/15 104/18 198/25
10,000 [1]  201/7
100 percent [1]  140/2
100,000 pounds [1]  74/19
102,000 [3]  202/8 203/15 204/23
106 [1]  55/12
107 [10]  158/8 158/18 160/18 160/19 161/3
 161/5 168/12 203/18 212/17 222/12
107A [4]  213/1 213/20 213/24 222/13
107SR065 [1]  203/24
107SR067 [1]  198/3
108 [1]  55/4
109 [1]  221/7
109.3 grams [1]  100/17
10:00 in [2]  167/22 167/23
10:00 o'clock [2]  120/20 162/8
10:39 [1]  52/3
10:56 [1]  52/3
10th [3]  120/12 201/10 222/20
11 [13]  6/19 22/2 56/16 56/22 57/1 94/13
 137/4 179/13 179/13 185/3 185/17 187/1
 222/7
11-80072-CR-MARRA [1]  1/2
11.81-grams [1]  100/13
11/1/1999 [1]  172/10
110 [1]  176/12
11:00 o'clock [3]  162/8 167/23 196/13
11th [3]  185/13 201/5 201/11
12 [4]  13/17 20/10 57/8 222/5
12/23/2009 [1]  204/16
12/27/1999 [1]  172/10
12/8/07 [1]  61/22
126,000 [1]  154/18
12:15 [2]  52/22 53/11
12:20 [2]  52/22 53/11
12:25 [1]  97/6
12:40 [1]  180/1
13 [1]  94/25
1300 [1]  106/6
1319 [23]  6/21 7/18 12/8 33/4 38/13 38/25
 39/10 51/10 54/5 59/14 61/21 65/18 65/19
 72/9 73/6 73/20 74/6 74/17 75/2 75/15 77/9

85/17 213/10
13500 [4]  71/22 71/25 72/3 72/13
13th [1]  212/13
14 [70]  14/4 14/16 14/18 14/21 14/23 14/25
 18/13 18/24 19/1 19/2 19/3 19/4 19/7 19/8
 19/10 19/13 19/14 19/23 20/5 20/7 20/8 21/8
 21/11 21/21 21/22 21/23 22/1 22/3 22/4 22/6
 23/4 24/20 24/21 25/9 25/11 26/15 27/5
 27/17 28/11 28/13 28/13 29/10 29/12 30/2
 30/7 30/22 30/23 31/9 32/3 32/5 32/6 32/7
 32/10 39/17 40/1 40/3 40/8 41/9 41/18 41/24
 41/25 42/1 58/24 59/5 95/7 99/10 99/15
 206/25 207/18 209/8
140 [1]  191/11
14th [1]  65/25
15 [18]  20/1 20/8 45/5 45/21 51/20 52/12
 95/9 95/15 95/20 95/21 104/18 116/16
 121/10 158/25 159/2 160/2 211/3 211/17
15,000 [2]  58/9 145/22
15-inch [1]  94/23
15-minute [1]  51/18
150 [2]  101/11 101/12
1500 [1]  145/21
15142 [1]  71/1
15th [1]  55/21
16 [7]  14/3 19/11 48/1 95/25 96/1 129/15
 129/15
16,000 [1]  136/8
16-inch [2]  20/5 40/5
161 [1]  222/12
16th [2]  33/24 34/4
18 [51]  13/7 14/2 14/5 14/15 15/2 17/17 18/1
 19/15 19/25 20/2 20/6 20/9 20/11 21/9 23/6
 28/17 29/2 29/3 29/5 29/7 29/11 29/14 29/16
 29/18 29/19 29/21 29/25 30/4 30/6 32/4 32/9
 39/16 39/24 39/25 40/2 40/6 40/11 41/7
 41/10 41/21 42/13 42/13 46/21 57/10 57/21
 58/4 58/14 96/11 100/12 104/1 209/8
18-inch [1]  42/21
18th [3]  73/22 179/16 180/2
19 [5]  46/25 47/1 98/6 98/7 98/8
1945 [1]  14/24
1950 [2]  106/4 106/15
1956 [1]  122/13
1972 [1]  23/23
1996 [1]  83/19
1997 [10]  109/20 118/16 118/23 126/17
 126/18 128/11 144/10 170/1 206/25 208/3
1998 [15]  143/18 144/18 145/11 149/25
 151/11 154/9 154/20 157/4 157/5 165/14
 167/13 168/20 170/2 170/11 170/13
1999 [12]  168/21 170/16 170/20 170/21
 171/18 172/2 172/2 172/10 172/10 172/10
 172/17 210/3
19th [2]  168/20 170/13
1:00 o'clock [1]  196/14
1:35 [1]  52/10
1:45 [3]  96/22 96/22 97/5
1:48 [1]  97/6
1A [1]  111/15
1st [4]  197/13 197/22 198/15 201/1

**2**

20 [3]  52/13 98/12 98/14
20 grams [1]  93/17
20 inches [2]  28/17 100/13
20,000 [1]  55/21
20-inch [4]  28/12 28/15 32/6 99/23
20-some [3]  136/22 136/24 173/10
200 [1]  1/21

**2**

2000 [9]  172/12 172/13 172/14 175/25 176/2 176/20 197/13 197/13 210/3
2001 [9]  83/2 83/15 116/16 178/21 178/22 178/24 179/12 179/16 185/13
2002 [7]  182/5 183/16 184/15 185/5 185/13 185/24 185/24
2003 [4]  185/25 186/4 186/5 187/6
2004 [1]  187/6
2006 [3]  188/5 188/6 188/7
2007 [3]  65/24 66/20 205/23
2008 [5]  65/25 69/10 76/24 85/13 194/5
2009 [29]  72/7 73/23 143/16 176/2 188/4 192/4 193/17 194/5 194/12 194/12 195/8 195/14 195/15 195/21 196/19 197/2 197/7 197/7 197/10 197/13 197/22 198/15 200/15 201/1 202/6 203/3 204/16 210/7 210/25
2010 [7]  195/15 195/18 208/21 208/21 209/3 209/5 211/1
2011 [9]  33/24 55/21 106/1 185/3 204/21 205/22 205/25 206/12 208/3
2013 [2]  1/8 222/20
205 [1]  54/20
21 [7]  111/18 111/19 119/2 136/17 137/15 153/17 177/8
212 [1]  82/24
213 [1]  222/13
22 [6]  18/23 41/8 41/10 41/16 101/11 213/18
22,000 [1]  207/22
223 [1]  54/7
224 [1]  66/7
22nd [2]  72/7 120/13
23 [2]  25/10 45/16
2300 [1]  198/12
239 [1]  80/15
23rd [7]  69/10 120/13 139/8 197/10 202/4 202/6 204/15
24 [7]  14/20 15/1 20/4 42/2 54/9 76/24 98/18
24,000 [1]  198/15
246 [1]  1/10
247 [2]  15/4 57/13
24th [1]  139/8
25 [8]  8/10 8/24 9/2 32/21 35/22 99/5 137/20 222/4
25-dollar [1]  204/2
250 [2]  203/8 203/12
2500 [1]  204/1
26 [8]  35/7 35/20 36/7 36/21 53/23 54/10 54/20 222/6
26-inch [1]  41/22
26-inch-long [1]  14/14
27 [4]  60/5 60/12 60/15 222/8
2700 [1]  172/10
28 [1]  14/17
287-0988 [1]  80/15
29 [3]  1/8 18/3 29/19
29th [1]  85/13
2:00 [1]  52/22

**3**

3/31/1999 [2]  168/21 172/2
30 [2]  213/16 213/16
30-inch [1]  29/20
300 [2]  101/16 153/25
3000 [1]  197/14
306 [1]  134/21
308-0567 [1]  82/24
31 [1]  99/9
312 [1]  176/23

**32** [8]  19/16 20/12 55/1 129/15 129/15 136/8 176/24 213/17
320 [1]  176/22
3200 [1]  149/20
323 [1]  176/22
33 [3]  213/17 213/18 213/18
33,000 [1]  176/24
33301 [1]  1/18
33401 [1]  1/24
33432 [1]  1/22
35 [2]  100/12 104/19
35-inch [1]  29/16
350 [16]  132/2 132/2 132/4 132/16 132/2 133/12 133/15 133/19 134/7 134/20 134/25 135/12 135/13 135/24 136/3 136/14
350 ounces [2]  135/24 136/22
3500 [1]  172/10
36 [3]  100/3 100/14 222/6
36 cubic [1]  93/16
36-inch [3]  19/12 20/9 28/16
37 [1]  29/4
3768 [1]  1/23
3:21 [1]  160/4
3:34 [1]  160/4

**4**

4/1/1999 [1]  172/2
40 [1]  56/2
400 [1]  153/25
401k [1]  200/23
404 [4]  154/14 154/15 154/17 154/19
41-inch [1]  20/7
42-inch [1]  20/6
45 [4]  41/11 41/17 101/7 101/8
46 [2]  19/24 101/11
47 [1]  101/11
48 [2]  29/6 101/11
49 [1]  101/11

**5**

5/19/98 [1]  154/14
50 [3]  101/12 101/12 185/14
50 percent [1]  204/11
500 [3]  1/17 61/13 202/11
500,000 [1]  196/5
5000 [1]  197/12
501 [12]  61/13 61/17 61/18 61/24 62/3 62/15 62/17 63/3 65/9 67/9 70/17 222/9
502 [6]  62/20 65/20 65/21 65/22 67/9 67/9
502-529 [1]  222/10
503 [3]  66/3 66/5 67/13
504 [4]  66/11 66/13 67/3 67/3
504's [1]  67/16
505 [4]  66/17 66/18 67/7 67/21
506 [2]  67/24 67/25
507 [2]  68/12 68/13
508 [2]  69/4 69/14
509 [1]  69/11
51 [1]  101/12
510 [2]  69/18 69/19
511 [4]  63/3 69/23 69/25 70/1
512 [4]  70/11 70/14 70/20 72/16
513 [2]  73/5 73/15
514 [2]  73/18 73/19
514-3768 [1]  1/23
515 [2]  74/4 74/5
516 [4]  74/15 74/16 75/8 75/10
517 [2]  74/24 75/1
518 [4]  74/24 75/13 75/14 75/19
519 [4]  75/21 75/22 75/23 222/11

**519A** [10]  63/5 63/6 63/8 63/10 63/19 63/23 64/19 64/21 64/23 76/10
52 [1]  101/15
520 [3]  63/3 76/10 76/12
521 [2]  76/15 76/16
522 [3]  76/21 76/22 77/22
523 [3]  77/10 77/11 77/18
524 [3]  78/2 78/11 79/3
525 [4]  80/18 80/20 80/22 80/23
526 [5]  63/3 81/4 81/21 82/22 83/5
527 [3]  83/9 83/11 83/22
528 [2]  83/24 83/25
529 [8]  62/16 62/17 62/20 70/17 80/21 84/15 85/2 222/10
53 [1]  101/15
530 [1]  56/5
531 [27]  11/8 12/5 12/16 12/21 13/2 13/17 15/23 17/15 18/22 21/3 25/8 30/20 31/25 38/20 39/9 39/13 41/5 44/8 46/1 49/10 58/19 211/3 211/21 214/9 214/20 215/7 222/5
537-2001 [1]  83/2
537-7909 [1]  83/1
54 [2]  14/17 101/15
545 [1]  101/11
55 [4]  101/16 104/17 213/3 213/17
55,000 [1]  57/18
56 [1]  101/16
561 [1]  1/23
57 [2]  101/16 222/7
58th [10]  110/8 111/12 111/16 111/18 111/19 119/2 136/17 137/15 153/17 177/8
5:00 [1]  216/6
5:00 o'clock [1]  215/23
5:06 [1]  220/12
5th [3]  65/23 66/20 192/11

**6**

6 inches [1]  57/12
6-millimeter [2]  98/15 99/11
6.0-millimeter [1]  28/13
60 [2]  190/17 222/8
6000 [2]  197/12 197/12
6100 [1]  197/13
62 [3]  19/14 222/9 222/10
64 [1]  222/11
65 [2]  101/15 104/18
65,000 [2]  59/11 59/12
6:00 [1]  120/18
6:30 [1]  120/18

**7**

7-millimeter [2]  24/21 28/12
7/29/1999 [1]  172/10
700 [2]  1/21 130/10
700-some [1]  202/9
701 [1]  1/24
71 [2]  29/15 29/22
712 [4]  39/14 39/15 40/16 40/17
713 [2]  41/6 43/17
714 [1]  44/10
716 [1]  44/20
717 [3]  28/25 29/1 30/14
717-15 [1]  211/3
718 [1]  45/2
72 [1]  104/18
721 [1]  45/5
722 [1]  45/12
724 [1]  45/16
725 [3]  16/12 16/13 57/8
726 [10]  17/15 17/16 17/22 17/24 17/25 18/6

**7**

726... [4]  57/21 58/2 58/4 103/17
727 [3]  45/21 45/24 45/25
728 [1]  46/2
729 [1]  46/5
730 [1]  46/9
731 [1]  46/12
732 [4]  15/21 15/22 15/23 58/13
732-2 [1]  13/3
733 [4]  23/21 23/22 24/9 211/21
734 [2]  46/21 46/23
735 [1]  46/25
736 [1]  47/3
737 [2]  47/11 47/12
738 [1]  48/1
739 [2]  27/3 27/4
740 [11]  18/20 18/21 20/16 20/17 20/18
 20/19 58/18 58/19 59/8 104/4 104/11
740-9 [1]  59/5
741 [3]  21/8 22/8 22/9
742 [3]  48/7 48/8 48/12
743 [2]  25/25 26/6
744 [2]  25/7 25/8
746 [4]  30/19 30/20 30/20 31/2
747 [2]  48/16 48/18
748 [2]  48/22 48/23
749 [4]  23/2 23/14 23/15 214/9
75 [1]  101/16
750 [3]  20/1 49/3 49/5
751 [1]  49/9
752 [5]  32/1 32/2 32/12 32/13 214/20
753 [1]  49/21
754 [1]  49/24
757 [1]  50/6
758 [1]  50/9
759 [1]  50/11
76 [1]  40/7
762 [3]  24/18 24/23 24/25
763 [1]  50/17
764 [1]  50/20
766 [1]  50/22
768 [2]  26/13 26/14
770 [1]  31/9
771 [3]  27/15 27/16 27/19
772 [1]  24/19
774 [1]  50/24
785 [3]  28/6 28/7 215/7
79 [1]  29/13
7909 [1]  83/1
7920 [1]  66/6
7th [1]  1/18

**8**

80 [1]  104/18
800,000 [1]  207/25
804 [1]  51/6
83 [1]  29/8
85 [1]  221/5
852 [1]  51/8
86 [1]  23/7
87-2 [1]  104/19
8th [5]  120/10 172/16 178/21 178/22 178/23

**9**

9/11 [6]  137/4 179/13 179/13 185/3 185/17
 187/1
90 [1]  116/15
9000 [1]  196/5
925 [1]  18/25

954 [3]  83/1 83/2 192/19
98 [1]  154/14
9900 [1]  197/12
999 [1]  14/4
9:00 [1]  216/11
9:00 o'clock [2]  120/19 216/16

**A**

a.m [3]  52/3 52/3 97/6
abilities [2]  143/21 143/22 144/7
ability [1]  92/9
able [24]  9/19 82/19 89/18 102/13 115/19
 124/8 128/4 130/7 131/15 138/24 177/5
 182/13 186/13 190/3 190/4 193/2 193/7
 200/13 200/16 204/9 208/12 213/14 213/16
 219/3
above [2]  65/3 222/19
above-entitled [1]  222/19
Abraham [2]  65/3 65/4
absent [2]  3/4 5/2
absolutely [17]  10/2 38/19 43/8 69/17 92/6
 108/17 194/18
abundance [1]  60/23
abused [1]  142/12
abusing [1]  121/19
accept [3]  92/20 92/24 106/2
acceptable [2]  62/7 175/4
accepted [1]  121/17
access [4]  84/25 87/7 91/19 92/2
according [3]  15/12 82/7 105/23
account [37]  64/1 66/8 68/1 68/2 68/3 69/19
 69/19 70/3 70/10 71/7 76/17 80/8 84/5 84/6
 84/8 133/22 134/2 134/6 146/3 146/4 146/6
 150/6 150/9 153/13 158/2 164/12 170/1
 170/4 170/7 172/8 172/9 177/2 201/14
 201/17 201/19 201/21 201/24
accountability [1]  94/3
accounts [5]  84/10 128/18 150/13 179/4
 200/24
accurate [2]  113/15 114/15
accurately [2]  8/19 35/16
Accurint [11]  84/16 84/18 84/20 84/21 84/25
 85/2 86/2 86/7 86/10 86/16 86/20
acquaintance [1]  82/14
across [1]  34/16
activity [1]  5/11
actual [2]  60/17 159/6
actually [13]  9/23 17/4 47/6 54/1 54/17 56/21
 63/18 66/21 79/3 188/5 194/1 202/14 204/23
add [6]  92/17 92/22 104/17 150/10 204/6
 204/7
added [1]  130/12
adding [1]  159/8
addition [7]  59/13 59/24 61/8 90/18 167/17
 174/9 208/4
additional [7]  71/8 71/25 72/3 77/15 84/7
 153/9 176/4
address [12]  7/16 66/6 66/14 67/16 71/21
 72/2 111/14 111/16 119/2 198/12 198/12
 209/23
addressed [8]  70/22 70/23 73/6 73/19 74/5
 75/1 75/3 75/14
addresses [2]  70/2 72/4
adjust [1]  109/8
admissible [2]  3/7 5/8
admission [3]  35/19 56/21 158/18
admit [7]  8/23 12/16 36/5 60/11 61/23 82/7
 213/20
admitted [18]  9/1 12/20 33/2 56/25 60/14
 62/1 62/17 64/19 65/6 70/18 160/19 161/4

168/13 171/24 203/17 211/2 213/23 215/13
admitting [1]  36/2
adore [1]  114/1
adult [1]  122/6
adults [1]  107/25
advance [3]  146/1 146/10 153/14
advice [1]  195/5
aerial [4]  34/11 34/24 71/5 72/12
affect [1]  123/7
affected [3]  123/9 125/8 145/1
affecting [2]  124/18 142/13
afford [1]  200/14
afraid [2]  152/16 163/6
after [39]  5/17 52/3 52/13 53/5 55/9 56/19
 89/10 96/17 97/6 97/17 107/17 115/10
 119/10 121/1 139/1 139/15 140/10 148/24
 149/16 155/14 159/13 160/4 160/24 164/3
 168/14 168/17 172/11 173/1 175/8 179/24
 180/11 181/15 185/16 185/23 187/4 191/22
 198/25 201/5 213/4
afternoon [5]  52/10 97/8 109/14 158/24
 180/2
again [63]  12/2 22/21 23/14 28/18 31/1 33/11
 34/3 38/13 39/8 49/10 50/10 57/9 68/22 75/5
 80/10 89/10 100/9 102/3 102/23 104/5
 106/11 113/9 114/25 115/1 115/10 117/17
 120/24 124/2 132/22 135/1 135/22 140/11
 142/5 144/23 145/24 149/25 154/19 156/1
 157/1 157/5 159/15 160/17 160/20 176/16
 181/2 182/4 188/19 191/23 192/1 193/3
 193/17 193/24 194/21 195/23 195/24 196/9
 196/16 198/22 206/5 209/7 216/8 217/17
 219/15
against [6]  134/6 143/1 157/14 164/12 197/5
 200/23
age [2]  116/15 138/7
agent [11]  6/3 6/15 6/17 53/4 53/16 92/10
 96/24 97/15 108/23 219/2
agents [6]  3/18 6/20 6/24 85/15 102/18 219/9
ages [2]  121/11 171/15
ago [4]  79/14 105/24 106/14 119/16
agree [7]  2/14 100/19 142/24 159/21 159/21
 159/24 215/12
agreed [1]  149/19
agreement [1]  74/16
ahead [9]  8/16 18/12 29/9 114/17 143/17
 168/13 196/7 197/3 197/9
ahold [1]  79/7
airport [1]  137/5
alcohol [1]  142/12
Alex [5]  146/2 146/4 150/6 153/12 177/2
Aliquippa [2]  23/24 212/10
alive [3]  116/9 116/14 181/12
alleged [8]  3/5 3/6 5/11 218/5 218/17 218/20
 219/11 219/14
allow [2]  135/17 195/7
allowed [4]  163/18 163/19 170/5 196/17
allowing [1]  170/6
almost [9]  49/17 49/19 50/16 80/6 116/15
 134/24 184/21 198/25 207/20
alone [8]  22/23 47/7 48/4 77/20 80/9 122/20
 122/20 140/3
along [3]  9/22 179/6 179/7
already [17]  32/21 32/23 33/1 53/22 56/5
 61/24 67/9 75/8 76/10 163/23 190/22 199/20
 202/11 203/17 205/13 211/2 214/8
also [39]  4/13 11/17 14/2 15/5 16/25 18/7
 21/5 37/9 38/1 38/2 38/4 43/13 55/3 59/25
 61/9 66/2 67/19 71/24 73/12 73/22 74/8
 74/21 75/17 80/5 94/5 94/16 103/25 104/15

**A**

also... [11]  136/11 152/9 166/19 166/23 167/9
181/1 208/4 208/5 214/15 214/17 215/1
altar [3]  142/1 142/1 200/5
alternating [2]  17/18 57/22
alternative [1]  205/18
alters [1]  141/19
aluminum [1]  148/10
always [19]  118/13 120/16 125/13 141/2
143/7 145/7 149/11 150/19 151/8 155/9
156/3 162/4 162/9 162/11 165/19 170/9
171/11 178/2 194/20
am [12]  6/15 63/9 79/9 81/23 82/5 82/8 82/9
82/9 169/12 209/16 218/24 219/17
amazing [1]  135/6
AMERICA [10]  1/3 77/14 84/12 197/11
198/12 201/16 201/22 201/24 201/25 204/19
American [6]  83/14 83/18 131/24 132/24
154/14 176/14
amongst [1]  101/22
amount [28]  59/15 65/14 65/23 65/24 66/19
68/3 88/17 106/11 127/1 127/16 127/17
127/18 127/20 129/3 132/14 132/16 134/12
150/10 154/18 168/7 191/6 191/8 198/6
198/10 202/10 203/24 204/1 204/9
amounts [9]  127/2 150/3 171/21 171/23
172/11 172/13 202/15 202/16 205/14
analogy [1]  4/5
analyze [1]  106/20
Anderson [1]  188/23
Andrea [4]  73/11 73/14 74/16 76/18
angels [4]  143/8 143/10 143/13 149/22
anger [1]  184/8
angry [5]  124/9 124/10 124/11 164/20
192/22
anniversary [2]  14/5 190/9
another [34]  2/12 17/10 33/1 33/11 33/14
33/19 34/1 34/6 37/2 37/8 38/16 68/2 69/12
77/16 113/6 114/11 121/10 127/17 128/5
133/18 144/4 145/20 152/12 153/16 175/20
176/9 176/24 189/20 190/20 191/10 191/13
194/11 202/2 214/13
answer [12]  43/3 87/1 87/9 88/20 90/5 90/9
91/5 91/23 106/10 108/4 150/23 162/16
answered [4]  87/5 116/3 196/15 205/5
answering [1]  118/19
answers [5]  130/5 152/4 217/10 217/14
217/23
anticipated [1]  151/17
any [69]  5/11 5/23 7/21 10/20 35/25 35/25
36/2 43/2 51/19 59/13 60/20 62/9 77/7 80/13
82/11 85/15 91/1 92/8 96/20 107/5 107/8
107/8 108/21 110/5 110/7 113/25 119/8
132/20 134/3 143/10 146/2 147/20 147/24
148/1 148/1 151/3 158/25 163/2 168/2
173/22 178/11 184/5 185/7 185/11 186/22
191/16 193/14 196/17 196/18 199/1 205/16
211/4 211/4 214/10 214/21 215/8 216/9
216/9 217/7 217/8 217/10 218/3 218/4 218/5
218/17 218/19 219/12 219/13 219/17
anybody [6]  52/14 53/11 103/1 124/4 152/6
152/12
anymore [4]  130/13 148/18 168/4 193/8
anyone [10]  5/21 64/5 86/1 143/21 152/15
163/5 163/6 163/7 196/21 216/15
anything [41]  4/19 5/4 5/14 5/21 13/9 51/23
85/16 97/3 101/22 114/23 117/23 123/14
124/1 124/12 134/10 142/12 145/15 147/15

149/4 150/2 156/8 159/22 161/24 181/21
183/11 185/19 187/10 189/3 190/4 190/4
191/23 195/7 195/17 200/2 211/13 214/3
214/4 215/2 216/19 218/3 220/7
anytime [1]  196/15
anyway [1]  216/5
aol.com [1]  1/25
apart [1]  38/21
apologize [1]  124/15
apparent [1]  90/14
apparently [8]  21/20 32/3 42/1 42/22 52/9
57/14 113/7 189/8
appear [1]  113/15
appearance [1]  82/18
Appearances [1]  1/15
appears [5]  36/23 54/25 69/12 70/2 72/13
appellate [1]  61/2
application [1]  2/7
appraisal [7]  89/6 89/8 92/14 93/6 93/6
94/2 94/15 94/19 94/20 94/24 94/25 95/3
95/8 95/15 97/25 100/19 105/23
appraisals [1]  56/17
appraised [3]  3/19 57/4 57/7 57/16 57/24
58/2 58/15 59/1 59/8 94/6 105/22
appreciable [1]  175/6
appreciate [2]  82/4 176/21
approach [30]  8/6 9/14 12/15 18/16 20/23
22/10 23/16 24/11 25/3 25/20 26/8 26/22
27/10 28/1 28/20 30/15 31/4 31/21 32/15
35/3 41/1 56/13 60/2 68/19 87/14 127/8
154/3 158/4 158/21 212/22
appropriate [1]  188/18
approximately [15]  6/19 8/5 15/4 29/15
29/22 57/13 59/14 59/16 92/24 104/21 105/6
185/11 204/6 204/7 213/13
approximation [1]  92/20
April [4]  72/7 150/1 150/2 150/21
April 22nd [1]  72/7
April's [1]  150/2
Archangel [2]  143/16 143/16
area [4]  33/3 82/3 132/9 189/24
argument [1]  220/3
Arizona [2]  71/2 72/9
armed [1]  135/17
around [20]  4/24 26/1 99/8 111/17 118/6
119/5 120/13 123/4 126/20 130/2 132/9
139/7 151/19 155/21 162/21 180/20 189/24
192/19 206/7 208/25
arrange [2]  82/16 180/19
arranged [1]  155/22
arrangements [1]  182/7
arrest [3]  107/6 107/21 108/1
arrived [2]  137/13 155/1
ASAP [1]  80/6
aside [1]  133/16
ask [34]  32/22 43/5 44/14 52/17 57/3 87/23
89/10 104/10 120/19 122/6 124/6 141/1
141/5 147/8 147/10 147/11 149/14 157/16
157/25 158/21 159/14 160/9 165/8 168/2
168/3 171/20 175/22 175/24 180/15 182/21
186/7 188/17 208/22 219/10
asked [71]  2/19 57/7 58/2 70/17 75/9 86/6
86/9 87/5 97/1 106/20 110/4 110/5 110/20
116/4 117/5 118/13 121/25 123/21 123/25
124/4 124/4 124/5 124/5 129/19 130/25
134/15 134/15 135/2 138/7 143/23 143/25
145/11 147/2 147/15 147/16 149/15 152/4
152/5 154/9 155/25 156/4 167/1 169/3 169/4
169/11 169/12 169/19 169/23 177/21 178/4
180/9 180/12 180/13 180/16 182/6 186/15

149/4 150/2 156/8 159/22 161/24 181/21
187/13 187/14 188/9 188/24 189/3 194/4
194/20 202/21 203/5 205/5 206/18 208/21
209/10 210/2 210/11
asking [10]  43/23 68/20 107/17 116/1 116/5
123/13 146/17 155/7 177/25 178/2
asks [1]  151/10
asleep [1]  180/12
asset [1]  79/17
assets [1]  84/24
assist [2]  126/12 188/20
assistance [1]  194/3
assistants [1]  86/9
assume [3]  102/2 105/7 106/13
assumes [1]  86/23
astrology [6]  114/20 115/17 118/2 118/15
118/25 119/1
Atlantic [1]  202/24
attempt [1]  62/4
Attention [2]  81/11 82/23
Attorney's [1]  1/17
attracted [1]  82/6
August [15]  1/8 33/24 34/4 69/10 85/13
192/4 193/17 194/12 208/21 209/3 209/5
210/3 210/7 210/25 210/25
August 16th [2]  33/24 34/4
August 23rd [1]  69/10
August 29th [1]  85/13
aunt [2]  123/25 124/5
AUSA [2]  1/16 1/16
automatic [1]  100/16
available [2]  91/13 187/7
Avenue [1]  110/11
aware [8]  86/3 86/8 88/13 88/16 117/5
119/11 187/9 218/5
away [12]  82/13 116/15 144/5 147/1 148/12
148/13 170/2 172/25 173/13 173/18 190/9
191/22
awful [1]  178/10

**B**

B-e-u-l-e-n [1]  72/9
baby [1]  122/12
baby's [1]  122/15
back [87]
background [1]  117/2
backs [1]  26/16
bad [3]  79/9 104/17 142/3
bag [83]
bags [7]  11/12 11/14 11/15 15/11 15/12 44/3
137/1
baguette [2]  19/15 41/19
bail [1]  21/9
ball [3]  14/3 28/13 99/11
band [5]  21/11 22/1 29/12 30/5 41/8
bands [2]  17/18 57/23
bangle [4]  40/12 41/11 41/16 41/18
bank [26]  10/17 64/1 69/19 76/17 77/14
84/10 84/12 134/18 145/12 157/22 157/22
157/24 158/1 162/13 170/7 197/11 197/11
198/2 198/11 201/13 201/16 201/16 201/22
201/24 201/25 204/18
banking [1]  71/6
banks [2]  70/3 157/25
baptismal [1]  214/25
bar [3]  19/25 79/16 81/18
Bardfeld [9]  1/16 7/22 16/20 53/14 86/6
86/10 87/5 221/4 221/7
barrel [1]  30/23
barring [1]  82/11
based [6]  5/12 10/11 15/14 47/19 172/22

**B**

based... [1] 204/10
basically [4] 11/24 121/24 159/11 182/10
basis [7] 3/3 126/21 126/25 144/16 151/4 151/5 162/23
basket [1] 18/14
batch [1] 176/9
batches [1] 161/7
bathroom [53] 22/22 22/25 23/12 25/2 25/15 26/5 26/21 27/9 28/9 28/18 30/10 30/11 31/3 31/13 31/14 32/14 43/18 46/7 46/15 46/19 46/24 47/2 47/6 47/9 47/14 47/16 48/5 48/20 50/23 51/7 54/12 65/10 66/2 66/10 67/6 67/8 68/6 68/18 69/6 72/20 72/21 73/17 74/1 74/9 75/7 75/10 75/12 75/20 76/7 77/21 85/9 94/11 100/8
Beach [3] 1/7 1/24 73/12
beautiful [1] 135/3
became [2] 186/4 195/4
because [76]
becomes [1] 36/3
bed [3] 45/23 50/4 180/19
bedroom [72] 10/23 10/24 15/25 16/1 16/3 16/16 16/17 17/1 18/8 20/21 24/5 24/6 40/19 40/20 40/22 40/23 44/18 44/23 45/4 45/10 45/15 45/20 45/22 46/3 46/11 46/19 48/13 49/1 49/13 49/16 50/5 50/7 50/10 50/13 50/19 50/21 54/22 55/3 56/9 56/9 56/11 64/16 69/22 70/8 76/14 76/20 78/7 80/17 81/3 81/19 83/23 85/8 89/13 89/15 89/19 90/8 93/1 93/5 94/11 94/17 95/6 95/13 102/16 103/3 103/23 103/25 104/2 104/5 104/9 104/16 105/3 180/19
bedrooms [4] 10/21 46/16 49/14 55/5
before [33] 1/12 12/2 28/7 32/20 36/3 53/9 62/24 79/2 87/5 94/2 104/20 109/24 110/13 114/19 118/19 125/18 132/1 135/6 137/4 139/19 145/1 155/10 160/16 161/3 162/10 162/11 168/25 176/4 192/20 194/2 196/19 197/2 199/21
begin [3] 53/9 161/3 163/24
beginning [6] 39/4 54/17 149/3 149/15 167/2 208/2
begins [1] 192/1
behalf [1] 92/8
being [23] 2/18 36/3 55/6 62/11 79/6 79/24 82/3 82/11 122/14 125/22 126/9 126/12 134/2 135/16 144/23 147/3 148/13 165/5 172/16 185/8 185/8 188/24 192/11
beliefs [2] 142/17 142/23
believe [41] 3/4 3/21 4/17 33/19 49/15 56/1 61/13 63/6 63/7 63/10 63/11 70/12 72/17 79/23 89/13 90/20 94/9 103/18 114/14 119/13 138/2 138/20 145/25 146/1 157/4 170/20 176/12 186/5 188/13 195/21 196/25 199/7 205/12 205/15 208/21 210/25 213/16 218/6 218/22 219/22 219/23
believed [5] 128/6 138/24 144/12 144/13 199/5
believer [2] 115/21 142/23
believing [1] 111/4
bellman [1] 110/6
belong [2] 211/23 215/9
belonged [3] 37/15 102/4 146/15
belonging [1] 4/11
belongings [1] 148/13
belongs [1] 5/5
belt [2] 4/24 137/7
beneficiary [1] 198/10

Bentley [1] 38/11
best [4] 180/13 188/22 218/25 219/7
Beth [4] 6/3 6/6 6/10 221/3
better [14] 82/2 156/17 177/24 187/23 188/1 190/14 191/3 195/13 199/9 199/11 200/9 200/10 200/23 220/3
between [13] 47/15 54/16 74/16 114/3 132/22 134/21 163/22 166/8 170/11 179/12 185/3 185/13 189/18
betwixt [1] 166/8
Beulen [2] 71/1 72/6
Beverley [2] 56/18 87/21
Beverleys [1] 97/25
bezel [3] 18/3 41/21 100/17
big [8] 108/16 110/12 111/17 123/23 134/17 150/22 172/11 208/23
biggest [1] 188/21
bills [6] 103/2 103/9 145/11 145/23 149/1 201/15
binder [4] 35/8 56/17 60/9 92/23
biography [1] 83/5
birth [1] 122/7
birthdate [1] 122/6
birthday [4] 103/8 192/10 192/11 192/12
bit [14] 3/11 52/12 82/14 99/8 117/1 129/21 134/1 134/18 142/25 146/25 181/17 185/25 195/22 196/2
bits [2] 195/18 197/4
bizarre [1] 81/24 131/7
black [29] 4/22 16/15 18/7 18/14 19/5 19/6 23/23 23/25 24/20 25/10 25/11 27/5 29/20 32/8 40/18 44/17 44/22 45/3 45/9 45/14 45/19 46/10 50/13 94/10 104/7 104/8 105/2 105/10 113/8
blame [1] 101/19
block [1] 162/21
blocks [1] 199/21
blue [10] 14/18 19/10 21/20 29/17 29/18 30/4 30/23 40/10 41/7 59/7
BOA [1] 198/12
boat [3] 34/14 34/21 34/23
boats [1] 108/15
bobbles [3] 3/21 5/6 5/7
Boca [2] 1/22 66/7
body [3] 138/13 166/11 166/13
book [7] 62/6 89/8 159/9 175/25 178/18 184/17 197/8
born [2] 122/16 215/1
borrow [1] 164/12
borrowed [1] 149/9
borrower [1] 74/18
borrowing [1] 197/5
boss [1] 174/20
Boston [2] 109/24 186/17
Both [1] 211/24
bother [1] 165/25
bothered [1] 166/2
bottom [2] 81/18 198/10
bought [7] 106/3 134/17 137/6 210/5 210/20 214/15 214/17
Boulevard [1] 1/17
Boutique [3] 118/15 118/25 119/1
bow [1] 19/24
box [46] 4/6 4/7 13/1 14/10 17/10 18/24 21/3 21/4 21/5 22/7 22/15 23/4 23/23 24/20 25/9 25/25 26/15 27/5 30/8 31/10 32/18 32/20 38/16 38/16 38/20 38/21 38/24 39/8 42/17 46/2 47/11 49/11 49/19 50/17 71/1 87/12 103/21 136/25 137/3 145/12 146/14 148/3 153/16 177/6 177/8 209/21

boxes [9] 2/12 11/7 12/4 25/16 25/19 39/3 101/21 101/25 209/21
boxing [1] 21/23
boy [3] 155/4 186/14 186/18
bracelet [14] 14/15 20/6 40/2 40/12 41/11 41/16 41/20 41/23 42/1 42/2 42/15 95/14 95/17 95/22
bracelets [1] 2/17
Brady [2] 217/19 218/4
brain [1] 188/13
branch [1] 201/16
brass [1] 19/3
break [19] 9/20 51/13 52/11 52/13 53/10 82/13 87/11 89/10 91/15 91/16 92/9 96/16 96/20 96/25 157/11 158/22 159/23 162/18 162/25
breakthrough [2] 162/17 162/19
brewing [1] 176/6
Brian [5] 73/21 74/9 74/11 75/3 75/17
bricks [1] 117/9
brief [1] 87/11
briefcase [1] 50/4
briefly [12] 9/10 10/13 13/23 21/6 57/6 61/16 93/3 116/12 163/1 168/13 211/22 213/1
Brigantine [2] 202/18 203/1
brilliant [29] 14/17 14/18 15/4 19/5 19/11 19/14 19/16 19/25 20/1 20/4 20/12 22/2 23/7 27/18 29/3 29/4 29/6 29/8 29/15 29/19 29/22 30/1 40/8 40/9 40/12 41/12 41/21 42/3 57/13
bring [15] 5/16 53/3 60/18 97/11 97/14 135/22 136/6 137/23 151/12 152/9 160/21 164/1 188/24 198/20 202/19
bringing [1] 138/12
broker [4] 133/22 134/2 146/5 162/13
brokerage [2] 134/6 146/6
brother [10] 116/14 121/6 122/5 122/9 122/16 122/19 122/22 124/21 141/23 161/23
brought [2] 135/3 210/5
Broward [1] 4/17
brown [6] 74/5 146/2 146/4 150/6 153/12 177/2
Bruce [3] 68/1 68/3 68/10
brushed [2] 17/18 57/23
bucket [1] 184/11
buckle [1] 21/11
bucks [1] 190/18
build [12] 130/20 130/20 131/5 131/13 131/14 131/18 136/7 151/18 176/17 198/23 199/18 203/7
building [5] 16/8 142/1 142/2 151/21 199/21
built [2] 199/20 199/25
bunch [2] 200/17 209/17
burned [1] 183/19
burnish [1] 20/11
Burzynski [3] 189/4 189/6 189/7
business [11] 71/13 71/15 76/5 79/17 80/11 80/13 80/14 81/1 109/24 166/25 169/21
butterfly [1] 96/7
button [2] 32/5 93/12
button-style [1] 32/5
buy [4] 132/7 132/10 146/8 153/23

**C**

cabinet [2] 27/22 56/4
cake [1] 103/8
calendar [1] 175/25
called [31] 84/18 103/13 112/25 115/14 118/13 118/14 119/14 126/18 133/1 133/5 133/14 153/12 153/14 177/19 180/4 181/10 186/18 186/19 188/9 189/3 193/4 193/15

**C**

called... [9] 194/3 194/13 194/21 196/15 201/9 202/17 202/23 212/10 212/12
calling [2] 115/16 192/20
calls [1] 106/8
calm [6] 149/11 149/11 149/12 149/13 165/6 165/7
came [13] 12/2 79/18 107/12 111/22 113/17 119/19 123/4 139/7 144/19 153/22 182/7 183/5 183/5
camera [2] 43/10 43/11
can't [21] 33/16 38/12 43/3 64/17 92/7 93/22 102/3 106/3 108/4 132/3 147/8 152/6 159/15 168/4 172/5 173/13 173/15 179/21 184/1 195/24 216/6
Canadian [1] 133/1
canal [3] 108/10 108/10 108/11
cancer [2] 188/14 188/23
cancers [1] 189/10
candid [1] 43/9
candles [4] 141/19 155/18 180/20 199/25
cannot [6] 87/9 118/20 163/22 183/22 183/25 184/1
capital [1] 150/16
Capricorn [1] 22/4
caps [1] 29/21
capture [1] 200/6
car [3] 38/8 38/9 55/21
card [28] 75/16 75/25 76/4 80/21 80/25 81/1 83/14 83/19 86/2 110/22 112/2 112/21 113/1 113/3 113/3 113/6 113/17 114/8 114/20 114/21 115/11 115/15 130/24 141/21 141/22 146/11 192/12 192/18
cardboard [1] 30/8
cards [21] 75/24 76/3 76/5 76/6 76/12 112/15 112/16 112/16 112/19 112/22 112/24 112/25 113/4 113/11 113/13 114/9 114/12 146/1 146/12 192/10 197/5
care [3] 141/11 159/25 216/6
carousel [1] 54/25
carousel-type [1] 54/25
carried [1] 88/14
carry [2] 137/9 137/12
carry-on [2] 137/9 137/12
carrying [1] 136/20
cars [1] 38/10
Cartier [15] 14/16 15/2 18/25 19/23 29/11 29/17 30/1 40/7 40/12 42/2 42/5 42/14 50/22 77/12 100/15
case [27] 1/2 5/22 6/20 6/24 30/23 32/8 48/10 48/11 51/19 68/13 68/14 68/15 68/22 88/14 88/14 96/20 103/13 105/1 107/9 107/11 138/24 158/25 163/23 167/11 207/3 207/12 216/8
cases [5] 135/20 138/8 138/9 138/14 167/11
cash [18] 76/23 77/6 79/8 144/21 144/22 146/1 146/10 162/14 172/2 179/4 184/19 200/17 201/6 201/7 201/11 201/18 202/22 208/4
cashed [1] 120/13
cashier [1] 77/14
Casino [2] 75/24 76/3
cast [1] 148/9
cat [6] 193/2 194/13 194/14 194/24 195/3 195/4
catch [1] 217/4
Categorize [1] 11/20
category [2] 218/12 219/20
Catholic [4] 142/18 142/19 142/21 142/22

Catholicism [1] 143/1
cause [3] 173/24 174/6 175/14
caution [1] 60/23
cent [13] 93/10 93/14 94/15 94/21 95/1 95/12 95/19 96/4 96/9 96/15 98/11 98/17 100/6
center [6] 19/9 59/6 183/20 185/4 185/9 188/24
centers [3] 186/19 188/22 188/22
CEO [2] 207/12 207/15
certain [6] 147/18 155/17 155/23 164/16 186/15 189/9
certainly [4] 2/17 131/7 132/6 188/17
CERTIFICATE [1] 222/15
Certified [1] 222/17
certify [1] 222/17
cetera [2] 2/13 72/4
chain [15] 19/12 20/5 20/6 20/7 20/10 22/3 28/12 28/17 29/20 32/6 39/17 51/6 93/16 100/12 214/24
chain-style [1] 20/5
chair [2] 109/8 168/4
change [3] 173/22 175/6 191/4
changed [1] 193/6
changes [3] 69/16 69/17 82/11
channel [5] 18/3 20/1 23/7 30/5 41/18
charge [1] 127/12
charm [17] 19/2 20/8 21/10 21/22 21/23 22/5 28/14 32/7 32/8 40/2 40/13 42/15 42/15 42/16 42/16 98/8 99/15
charm-style [1] 40/2
charms [3] 14/25 42/22 98/9
chart [3] 114/20 115/17 118/2
Chase [3] 69/19 80/21 80/25
chat [1] 115/20
check [18] 52/10 65/24 66/18 67/22 68/2 77/14 93/25 118/13 118/14 119/1 120/9 120/10 120/11 120/12 120/15 125/19 133/16 150/22
checkbook [2] 63/25 64/24
checkbooks [1] 84/5
checked [1] 105/8
checking [3] 201/17 201/19 201/21
checks [4] 65/22 67/10 67/25 84/7
chest [10] 72/19 73/16 73/25 74/2 74/3 74/8 75/6 75/10 75/12 75/20
child [3] 114/2 121/13 138/11
child's [2] 138/13 155/4
children [9] 52/10 108/3 108/4 113/19 113/20 113/25 114/4 116/7 116/13
Children's [1] 186/17
Chopard [3] 13/7 13/21 58/13
Christine [1] 79/13
Christmas [2] 139/7 139/14
church [2] 142/24 143/6
CIO [1] 177/19
circa [2] 14/24 23/23
circle [1] 19/24
circular [1] 34/20
circumstances [10] 109/21 122/7 122/7 157/7 157/9 171/17 171/19 189/22 191/4 208/15
circumstantial [4] 3/22 3/25 4/12 5/10
city [2] 183/1 202/24
claim [1] 90/1
clairvoyant [3] 138/3 138/4 144/1
clarification [1] 63/4
clarify [1] 91/21
clasp [4] 30/23 57/15 100/4 210/17
class [2] 23/23 24/1
Claude [2] 68/15 68/23

clean [5] 95/17 95/22 96/2 96/7 193/5
cleansing [1] 79/9
clear [19] 19/22 26/1 42/9 43/9 83/12 84/1 84/3 94/1 94/18 95/10 96/12 119/4 119/20 128/8 128/21 131/9 197/18 197/19 219/15
clearing [1] 119/8
clearly [11] 38/12 102/8 144/6 145/2 145/17 164/3 164/7 164/8 191/20 191/21 193/7
Clematis [1] 1/24
client [2] 177/20 206/22
clients [2] 184/10 184/25
clinic [3] 189/4 189/6 189/7
clip [2] 42/5 48/16
close [22] 2/22 7/22 113/21 114/1 120/8 120/13 157/10 163/7 164/4 165/22 165/22 173/2 173/9 177/10 186/25 191/13 196/5 205/1 206/19 206/25 207/10 207/14
closest [2] 163/14 202/25
closet [16] 24/4 24/6 24/7 25/1 25/14 26/4 26/20 27/8 31/12 46/6 47/13 50/18 51/7 54/13 54/14 100/8
closets [2] 47/15 47/17
cloth [2] 15/5 137/1
clothes [1] 105/13
clothing [4] 90/19 90/21 90/21 90/23
clutch [1] 103/12
Co [8] 20/10 29/11 41/19 42/4 42/15 42/16 42/16 42/22
coin [13] 14/24 21/9 21/17 21/21 131/23 132/1 132/5 132/23 132/24 133/12 137/1 154/17 176/19
coins [85]
Colin [4] 81/12 81/16 81/25 83/5
collar [2] 21/18 94/23
colleagues [1] 186/21
collected [1] 209/19
college [10] 24/1 186/12 212/1 212/3 212/6 212/9 212/12 212/12 212/13 212/13
color [6] 18/24 19/22 19/23 20/3 25/25 88/3
Colorado [2] 82/12 82/16
com [1] 71/24
comes [6] 4/11 60/18 130/10 152/10 179/15 188/3
comfort [1] 181/22
comfortable [1] 137/19
coming [23] 113/23 117/4 128/15 129/3 129/5 129/6 129/7 129/8 129/10 139/20 150/24 150/24 151/22 151/24 157/10 157/12 159/6 159/16 176/18 180/8 205/17 206/6 206/19
commencement [1] 47/24
commentaries [1] 159/10
commentary [3] 159/18 160/15 160/20
communicate [4] 115/10 120/5 140/11 179/24
communicated [1] 140/12
communicating [7] 120/23 140/22 144/15 151/1 171/16 193/16 193/18
communication [4] 69/7 69/8 170/18 170/19
communications [1] 140/24
commuting [1] 174/22
companies [1] 86/15
company [25] 14/6 14/25 18/25 39/17 40/6 134/1 141/7 141/8 141/9 165/17 170/23 170/23 171/1 172/16 172/18 172/19 172/22 172/22 174/13 176/6 176/8 177/19 177/23 182/1 193/25
complaint [1] 78/17
complete [2] 124/7 133/19
completed [1] 206/17

## C

completely [3]  134/9 178/20 195/5
completing [1]  206/19
composite [32]  8/9 8/23 9/2 11/7 12/4 12/17
 12/21 18/21 21/3 30/20 31/24 32/21 35/7
 35/20 36/21 38/20 39/13 41/5 44/8 46/1
 49/10 53/23 54/20 55/1 56/15 77/19 158/18
 211/3 211/21 214/2 214/20 215/6
comprehensive [1]  85/11
concede [2]  2/22 215/11
concern [3]  103/1 174/6 175/14
concerned [6]  102/25 121/4 121/7 121/16
 121/17 220/8
concerning [1]  209/16
concerns [1]  144/6
condition [1]  186/8
conducted [5]  2/11 6/21 8/13 9/11 92/8
conduit [1]  166/14
confidant [1]  140/7
confident [1]  167/8
confidential [1]  82/4
confirmed [1]  79/14
confused [1]  166/9
confusing [2]  220/2 220/5
connections [1]  186/21
consider [1]  139/22
considered [3]  15/25 130/3 140/6
console [1]  184/8
constant [1]  150/4
consternation [1]  174/6
consultant [3]  64/24 81/1 109/16
Consultants [1]  201/23
consulting [3]  63/25 194/2 195/16
contact [3]  126/13 139/13 171/14
contacted [3]  139/14 139/15 192/14
contacts [1]  188/19
contain [2]  44/21 48/1
contained [14]  12/4 20/18 20/19 21/4 23/22
 27/4 27/16 29/1 30/21 32/2 36/20 39/15 71/3
 207/10
container [1]  50/25
containing [47]  14/4 14/17 14/19 15/4 18/3
 18/14 19/5 19/9 19/11 19/14 19/16 19/24
 20/1 20/3 20/10 20/12 22/2 23/7 27/6 27/18
 28/11 29/3 29/4 29/6 29/8 29/14 29/19 29/22
 30/1 30/3 30/5 30/24 40/7 40/10 41/8 41/10
 41/11 41/17 41/18 41/20 42/2 45/16 57/13
 66/5 70/2 72/1 75/4
contains [36]  17/14 21/5 21/8 23/2 35/8
 44/10 45/2 45/5 45/21 46/2 46/9 46/21 46/25
 47/3 47/11 48/1 48/9 48/16 48/22 49/11
 49/21 49/24 50/6 50/11 50/17 50/24 56/17
 60/9 70/21 73/11 73/12 73/21 74/16 75/16
 76/12 81/11
contents [1]  47/20
Continuation [1]  69/15
continue [24]  53/14 96/17 97/21 111/20
 120/4 126/13 131/15 145/8 149/1 151/1
 153/4 154/22 156/10 157/8 167/13 172/5
 176/17 178/15 181/15 185/21 187/4 204/20
 205/21 207/7
continued [8]  126/15 155/15 156/22 157/4
 167/15 181/24 187/2 205/19
continuing [7]  76/11 114/7 117/14 142/7
 164/12 182/16 182/18
continuously [1]  177/25
contract [3]  173/16 173/20 173/21
Control [1]  186/20
conversation [3]  115/25 116/1 118/4

conversations [2]  149/10 151/7
conveyor [1]  137/7
convinced [3]  129/5 129/6 129/7
cook [3]  66/14 67/16 148/12
cooking [1]  148/15
cool [1]  125/10
copy [4]  67/25 74/23 75/17 213/21
corner [2]  111/17 206/7
correct [67]  9/8 11/2 12/5 17/1 22/8 32/23
 33/14 34/22 36/21 37/13 37/14 38/6 38/15
 55/10 58/20 59/10 61/10 61/15 64/24 65/15
 65/16 67/11 67/13 67/15 68/24 68/25 77/25
 78/1 82/24 83/2 83/7 89/13 89/17 92/15 94/3
 94/14 95/4 100/8 101/13 104/13 105/7
 105/22 106/19 107/3 107/4 108/2 108/7
 108/8 111/2 118/23 125/1 126/11 136/12
 136/13 143/19 148/23 177/13 182/16 198/16
 213/11 217/21 217/24 218/10 218/13 218/24
 219/17 222/18
correspondence [3]  69/3 69/13 73/13
corroborate [1]  190/22
corroborates [1]  4/13
cost [1]  106/7
costume [4]  94/7 100/24 101/1 209/11
couldn't [12]  82/2 132/11 151/23 164/14
 166/5 186/2 186/3 207/5 207/6 213/17
 215/21
counsel [2]  2/5 52/8 97/10 160/8
count [1]  59/18
couple [38]  34/11 59/16 109/24 110/17
 113/16 114/9 114/12 119/10 119/17 120/8
 120/16 121/3 127/16 140/12 140/25 151/6
 157/5 163/14 163/14 173/14 174/11 175/8
 176/14 178/10 180/13 180/20 185/15 192/9
 193/25 194/2 195/3 203/1 203/3 204/21
 204/21 204/23 209/12 210/13
couple-year [1]  178/10
coupled [2]  203/12 203/14
course [3]  120/14 150/7 202/14
court [6]  1/1 1/23 2/1 68/22 159/12 179/21
courtroom [10]  5/17 7/7 51/22 53/5 96/23
 97/17 112/4 159/3 160/24 216/12
Courts [1]  68/13
cousins [1]  119/18
cover [3]  21/18 29/18 82/23
CPE [1]  1/23
CR [1]  1/2
crashed [1]  79/18
create [7]  126/19 128/1 130/22 155/20
 164/17 166/3 200/4
created [7]  145/18 154/13 159/12 163/24
 199/21 207/15 211/20
creating [1]  141/18
creator [1]  151/21
credit [7]  76/5 86/2 86/15 146/1 146/11
 146/12 197/5
criminal [1]  5/11
crisis [1]  82/10
criticism [1]  102/23
Croft [1]  73/12
cross [5]  19/11 85/24 97/22 100/9 221/5
cross-examination [2]  85/24 97/22
cross-reference [1]  100/9
CRR [2]  1/23 222/23
crying [2]  149/7 183/22
cubic [3]  93/16 93/20 94/7
cuff [4]  19/23 95/13 95/16 95/22
cufflink [1]  50/20
cufflinks [6]  18/25 19/1 19/4 98/21 98/22
 98/23

culture [1]  5/1
cultured [1]  28/12
cups [1]  113/1
curiosity [3]  115/24 117/17 117/22
curious [2]  82/8 190/12
currency [6]  38/1 55/13 74/19 103/4 103/5
 103/7
current [1]  72/2
currently [3]  92/4 142/19 142/20
curse [21]  79/24 80/2 123/5 123/6 123/8
 123/14 123/17 124/1 124/3 124/17 125/6
 125/8 125/11 125/25 126/23 142/8 146/19
 166/6 167/7 167/9 191/1
cursed [1]  79/25
curses [1]  138/22
custom [2]  15/3 57/11
custom-made [2]  15/3 57/11
cut [20]  14/20 17/19 18/3 18/15 19/9 19/10
 19/12 20/3 20/4 20/9 22/4 22/5 30/5 32/6
 41/9 41/10 41/25 57/23 59/6 59/7
cutlery [1]  56/3

## D

dad [1]  183/9
daily [2]  144/16 151/4
Dallas [2]  182/2 182/2
dash [1]  104/11
date [14]  8/20 18/2 58/5 72/5 85/11 154/13
 172/20 183/15 197/21 198/7 200/25 202/6
 204/14 210/24
dated [6]  61/22 65/23 65/25 66/19 73/22
 222/20
Datejust [2]  39/24 40/1
dates [1]  72/1
daughter [4]  113/24 113/24 114/3 177/17
David [2]  28/15 99/24
dawned [1]  170/7
days [8]  109/24 120/8 120/16 140/12 142/25
 147/20 185/15 210/13
deal [3]  123/23 124/8 215/25
dealer [1]  133/19
dealing [1]  189/19
Deanna [5]  29/20 76/1 76/5 76/12 83/13
 83/17 83/17 83/21
Dear [2]  75/3 75/16
death [2]  181/16 190/10
Debbie [2]  71/1 72/8
debit [1]  81/1
decades [4]  118/6 119/5 128/19 137/20
deceased [2]  74/10 75/18
December [29]  65/23 66/20 126/16 126/17
 126/18 127/2 128/11 139/9 172/16 178/21
 178/22 178/23 179/15 179/16 180/2 197/13
 197/22 197/22 198/15 200/20 201/1 201/5
 201/5 201/10 201/11 202/4 202/6 203/3
 204/15
December 1 [1]  201/5
December 10th [1]  201/10
December 18th [1]  179/16
December 1st [4]  197/13 197/22 198/15
 201/1
December 23rd [3]  202/4 202/6 204/15
December 5th [2]  65/23 66/20
December 8th [2]  178/22 178/23
decent [1]  134/12
decide [4]  5/10 80/12 88/25 111/8
decided [3]  129/2 173/2 174/14
decision [1]  175/5
deco [2]  95/16 95/22
deco-style [2]  95/16 95/22

**D**

deep [7]  19/10 30/2 30/4 30/6 40/10 41/12 59/7
Dees [2]  73/13 73/22
DEFENDANT [7]  1/7 1/19 2/11 3/23 85/17 88/13 218/13
Defendant's [4]  4/1 4/12 87/23 88/8
Defendants [3]  4/15 107/9 107/10
defense [1]  218/24
definitely [5]  37/25 82/21 105/8 108/14 163/15
degree [1]  87/2
deliberations [1]  61/5
delicate [1]  82/6
deliver [5]  125/11 139/1 140/10 154/19 155/12
delivered [5]  136/18 139/4 141/14 153/16 154/22
Dena [1]  80/4
Department [2]  81/14 83/6
depending [3]  86/18 105/25 132/22
depict [2]  8/19 35/16
depleted [1]  200/23
deposit [2]  2/12 148/10
deposited [2]  201/17 201/18
deposition [4]  216/24 217/1 217/9 217/12
depressed [2]  191/22 205/16
describe [10]  10/13 13/23 24/19 25/17 63/23 116/12 122/1 168/13 211/25 213/1
described [2]  199/19 213/6
description [3]  35/16 57/9 57/10
design [14]  21/12 23/6 29/14 30/23 32/10 41/10 41/23 42/22 93/12 95/14 95/17 95/22 96/7 96/12
despondent [1]  181/18
destiny [1]  171/13
destroyed [6]  179/20 184/16 185/8 185/8 185/17 187/1
detailed [1]  87/6
details [2]  74/18 180/13
Detective [2]  219/11 219/12
determine [3]  38/18 126/22 165/18
determined [1]  94/6
devastating [1]  170/25
Deveraux [11]  2/23 65/22 66/15 66/18 67/10 67/19 67/22 67/25 68/10 71/16 86/21
DHL [1]  74/21
diagnose [1]  193/3
diagnosis [1]  186/10
dial [3]  18/5 39/25 100/16
diamond [35]  14/19 17/19 18/2 19/5 19/8 19/9 19/13 19/16 19/24 22/1 22/4 22/5 23/6 27/17 29/7 29/21 30/1 30/6 32/6 39/25 40/3 40/7 40/9 40/12 41/8 41/18 41/24 42/21 57/23 58/6 58/25 59/6 100/16 104/12 104/20
diamonds [38]  14/17 14/20 15/4 18/4 18/15 19/6 19/12 19/14 19/15 19/25 20/2 20/3 20/9 20/11 20/13 22/2 23/8 27/18 29/3 29/5 29/6 29/8 29/15 29/19 29/23 40/8 40/13 41/9 41/10 41/19 41/20 41/21 42/3 57/13 93/19 94/5 95/6 95/14
Dickinson [2]  73/13 73/22
didn't [80]
died [6]  123/19 179/16 179/24 180/3 180/10 195/4
dies [1]  80/1
diet [1]  160/10
different [25]  25/18 37/12 39/5 51/1 51/4 51/5 86/17 86/18 113/10 113/11 113/14

120/18 132/19 140/25 141/5 142/20 155/17 165/4 170/8 171/21 186/8 190/4 190/21 190/24 197/11
differentiate [2]  47/15 54/16
differentiated [1]  54/17
difficult [1]  87/25
difficulties [1]  194/6
dimes [1]  49/25
dining [3]  27/23 54/8 56/4
dinner [1]  82/17
direct [5]  6/12 51/14 109/12 221/4 221/7
direction [2]  144/4 144/4
directly [2]  108/13 128/4
disappointed [2]  174/7 192/14
disc [1]  42/22
discouraged [1]  196/18
discuss [10]  51/19 51/24 96/20 96/24 139/17 151/7 154/25 158/25 216/8 216/15
Discussed [1]  139/18
discussing [6]  121/1 121/3 139/18 140/23 161/10 193/19
discussions [2]  155/10 185/7
Disease [1]  186/20
dishonestly [1]  164/6
distinct [1]  213/3
distinction [1]  108/10
distraught [1]  190/11
DISTRICT [3]  1/1 1/1 1/13
divorced [1]  187/18
doctor [1]  186/18
doctors [4]  122/10 122/14 186/23 193/2
document [8]  9/22 11/11 64/23 65/9 69/25 88/24 198/1 203/18
documentation [1]  4/22
documents [26]  10/17 15/10 51/16 52/19 59/25 61/9 62/10 71/5 71/18 74/25 77/15 84/4 84/8 93/21 102/10 106/18 106/20 106/21 107/15 127/5 158/10 158/14 159/6 159/8 159/9 159/15
does [22]  16/7 33/20 44/21 55/19 61/20 66/25 70/24 73/8 77/1 77/7 77/7 80/1 92/6 142/5 151/10 167/20 189/19 191/12 191/16 191/19 191/25 195/19
doesn't [4]  9/17 109/8 137/19 173/18
doing [25]  79/4 112/22 123/21 141/1 141/2 141/13 141/15 144/17 151/9 152/6 152/14 153/11 155/8 162/20 163/8 164/14 164/18 179/10 181/9 181/12 183/9 183/9 183/10 187/15 191/16
dollar [1]  50/2 103/2 103/9 145/23 148/25 201/15 204/2
dollars [20]  2/23 3/20 4/7 93/18 99/13 99/18 100/1 101/1 101/5 101/6 101/9 118/1 130/10 134/22 154/16 154/18 177/11 202/9 202/9 209/18
dollars-worth [2]  134/22 209/18
dome [1]  25/11
don't [99]
done [23]  3/16 5/23 32/18 49/17 49/19 56/18 76/10 80/18 85/11 89/6 94/1 117/1 125/17 126/8 126/23 131/11 164/13 166/25 166/25 178/7 184/4 190/5 193/22
Donnie [8]  3/2 49/22 89/23 90/1 98/25 102/4 102/5 102/6
door [5]  135/18 137/22 207/10 207/14 207/14
doorbell [1]  111/22
dot [1]  71/24
double [2]  21/12 42/1
down [18]  3/1 5/2 16/4 65/2 65/2 73/1 108/11

133/16 149/11 149/11 149/12 149/13 150/17 153/13 165/6 165/7 195/11 201/16
dozens [1]  137/2
Dr. [1]  189/7
Dr. Burzynski [1]  189/7
draft [1]  69/16
drawer [1]  76/8
drink [1]  160/10
drive [21]  6/21 7/18 12/8 33/4 38/25 39/10 59/14 61/25 65/18 65/19 72/10 73/7 73/20 74/6 74/17 75/2 75/15 77/9 85/18 190/1 213/11
driver's [1]  102/15
drop [4]  14/23 23/5 30/24 184/11
dropped [1]  136/16
drove [1]  201/16
drugs [3]  121/8 121/19 142/12
duffel [19]  16/15 18/7 20/20 40/18 44/17 44/23 45/3 45/9 45/14 45/19 46/10 48/25 50/13 89/15 104/7 104/8 104/15 105/2 105/10
during [21]  10/14 16/1 38/2 49/22 51/25 52/18 52/19 61/5 91/16 92/9 96/25 112/14 151/7 154/25 156/17 159/23 170/17 185/7 210/20 213/15 216/15

**E**

e-mail [7]  1/25 69/3 69/7 69/7 69/13 70/2 73/12
each [14]  9/18 9/21 11/11 11/11 13/12 36/13 44/3 79/21 101/1 102/18 130/6 168/10 182/10 213/5
Eagle [4]  131/24 132/24 154/14 176/14
earings [3]  14/3 211/11 211/11
earlier [4]  12/19 141/21 204/24 206/21
early [11]  10/8 10/10 52/11 109/20 122/10 144/18 145/25 155/2 169/7 169/8 170/2
earring [5]  14/22 31/10 32/4 48/17 51/8
earrings [51]  14/17 14/19 14/22 14/24 15/1 19/5 19/8 19/13 20/3 22/7 23/4 23/5 23/5 23/7 24/21 24/22 25/12 26/16 27/6 27/18 28/13 29/10 31/10 32/5 32/9 32/11 40/3 40/4 40/7 41/25 42/4 47/11 50/20 58/25 94/11 94/16 96/2 96/12 98/12 98/15 99/7 99/11 104/4 208/24 211/10 211/12 211/16 214/6 214/13 214/17 214/23
earth [2]  130/18 166/17
easier [5]  79/4 79/5 98/4 99/4 210/12
East [2]  1/17 198/12
easy [1]  128/21
edge [1]  168/4
edges [1]  57/13
eight [2]  20/3 30/5
either [13]  3/5 91/5 110/10 114/5 127/14 128/10 140/25 146/12 159/12 162/5 162/12 162/24 195/21
electroplate [1]  15/2
Eleven [1]  99/18
Eli [9]  3/2 49/22 84/5 84/11 89/23 90/1 98/25 102/4 186/4
ELMO [1]  79/6
else [26]  4/19 5/14 13/9 17/20 54/17 58/1 71/23 97/3 115/19 116/20 142/3 143/21 150/9 152/15 156/9 157/12 157/13 161/24 174/16 183/11 187/8 211/13 215/2 216/19 219/24 220/8
embarrassed [1]  149/7
emblem [1]  66/14
embossed [2]  15/3 57/11
emerald [6]  19/9 19/10 41/16 42/12 59/6

**E**

emerald... [1]  59/7
emeralds [1]  41/17
emotional [2]  139/21 139/23
employed [4]  6/14 109/15 205/24 205/25
employee [1]  194/9
employer [1]  133/25
employment [6]  77/8 77/24 134/13 171/2
  195/17 198/21
empty [1]  214/5
end [15]  9/23 29/20 50/15 83/14 83/18 105/9
  114/18 128/19 191/5 195/15 197/7 200/15
  206/7 206/8 206/15
ended [4]  122/13 147/24 172/16 173/7
endured [2]  128/19 128/22
energy [27]  117/4 119/4 126/20 126/20 128/1
  128/4 128/9 130/19 131/10 131/15 151/24
  152/10 152/10 164/1 182/14 195/23 196/8
  197/18 198/23 198/23 199/18 199/19 200/6
  207/10 209/7 209/9 209/14
enforcement [9]  37/21 55/9 84/22 86/4 86/5
  87/2 138/15 138/18 138/19
English [1]  74/19
engraved [6]  21/25 23/24 24/2 29/12 42/15
  93/12
enough [4]  147/2 190/15 202/19 202/21
entailed [1]  141/17
entered [11]  9/2 12/21 36/7 57/1 60/15 62/3
  62/20 64/21 107/23 161/5 213/24
enters [4]  5/17 53/5 97/17 160/24
entertainment [2]  111/5 111/7
entities [1]  86/15
entitled [1]  222/19
entry [1]  9/15
envelope [15]  70/21 70/21 70/22 71/4 73/6
  73/19 74/5 75/1 75/14 78/3 81/5 83/12 83/13
  84/1 84/3
environment [3]  141/7 206/2 206/4
equity [1]  200/17
ESQ [1]  1/19
establish [1]  106/3
established [1]  43/15
et [2]  2/13 72/4
et cetera [2]  2/13 72/4
evaluate [1]  101/20
even [9]  106/21 107/10 125/18 131/25 132/4
  132/7 147/8 159/6 192/19
evening [8]  110/20 155/2 216/8 216/11
  216/20 216/23 220/10 220/12
eventually [2]  172/24 192/16
ever [12]  79/22 92/17 119/24 126/2 131/6
  165/8 167/11 168/24 206/13 206/16 207/3
  210/22
every [16]  11/11 11/11 36/14 43/20 93/22
  100/18 120/16 125/18 137/2 140/9 140/12
  150/12 156/6 168/11 174/23 185/14
everybody [4]  9/16 87/7 145/2 174/16
everybody's [2]  144/21 194/9
everyone [7]  2/2 5/19 53/7 97/19 107/7 161/2
  219/16
everything [29]  9/23 55/6 96/21 116/10
  122/11 137/23 147/1 147/10 147/11 148/20
  148/21 150/9 159/1 164/22 172/20 174/14
  184/4 184/9 185/1 188/10 196/6 199/6 199/7
  206/20 215/3 215/4 215/5 218/11 219/19
evidence [49]  2/14 2/24 3/21 3/22 4/12 4/17
  5/10 5/12 7/21 8/2 8/24 9/3 11/17 12/17
  12/22 36/7 56/22 57/1 60/12 60/15 62/3
  62/11 62/21 63/16 64/4 64/5 64/6 64/21

66/23 86/24 88/4 88/6 88/8 88/25 89/2 92/14
  102/20 106/9 106/18 106/22 158/19 159/6
  161/5 171/24 203/18 211/2 213/24 215/13
  222/3
evil [10]  32/7 118/5 118/8 119/14 123/17
  138/22 144/25 151/15 151/16 207/15
exact [9]  10/8 10/12 37/20 37/23 51/9 59/15
  59/16 111/15 111/16
exactly [10]  13/5 33/16 39/1 43/15 55/11
  72/25 87/25 107/1 110/12 213/18
examination [4]  6/12 85/24 97/22 109/12
example [5]  4/21 58/12 122/3 138/10 138/16
excellent [1]  161/21
except [2]  69/14 148/20
exceptions [1]  210/1
Exchange [2]  133/5 135/16
excited [1]  172/23
exclusively [1]  82/17
exculpatory [1]  218/6
excuse [7]  41/14 49/18 57/14 80/23 155/19
  176/2 210/25
executed [17]  3/11 3/18 8/20 10/3 10/6 33/4
  33/23 34/3 35/3 35/12 35/17 36/13 36/16 36/25
  37/6 37/10 37/19 55/25
execution [3]  10/14 61/9 208/9
executives [1]  172/17
executors [1]  73/23
exhibit [116]
exhibit 107 [6]  158/18 160/18 161/3 168/12
  203/18 212/17
exhibit 107A [2]  213/1 213/20
exhibit 107SR065 [1]  203/24
exhibit 107SR067 [1]  198/3
exhibit 25 [1]  32/21
exhibit 26 [5]  35/7 35/20 53/23 54/10 54/20
exhibit 27 [2]  60/5 60/12
exhibit 501 [2]  61/13 61/24
exhibit 502 [2]  65/20 65/21
exhibit 503 [1]  66/3
exhibit 504 [1]  66/11
exhibit 505 [1]  66/17
exhibit 506 [1]  67/24
exhibit 507 [1]  68/12
exhibit 508 [1]  69/2
exhibit 509 [1]  69/11
exhibit 510 [1]  69/18
exhibit 512 [3]  70/11 70/14 72/16
exhibit 513 [2]  73/5 73/15
exhibit 515 [1]  74/4
exhibit 516 [1]  74/15
exhibit 517 [1]  74/24
exhibit 519 [3]  75/21 75/22 75/23
exhibit 519A [1]  63/23
exhibit 521 [1]  76/15
exhibit 522 [2]  76/21 77/22
exhibit 523 [3]  77/10 77/11 77/18
exhibit 524 [2]  78/2 79/3
exhibit 525 [2]  80/18 80/20
exhibit 526 [3]  81/4 82/22 83/5
exhibit 527 [3]  83/9 83/11 83/22
exhibit 528 [2]  83/24 83/25
exhibit 529 [2]  84/15 85/2
exhibit 530 [1]  56/5
exhibit 531 [21]  11/8 12/5 12/16 13/2 15/23
  17/15 18/22 21/3 25/8 30/20 31/25 39/13
  41/5 44/8 46/1 58/19 211/3 211/21 214/9
  214/20 215/7
exhibit 531739-2 [1]  214/2
exhibit 7 [2]  87/23 88/8
exhibit 717-5 [1]  211/17

exhibiting [1]  160/14
exhibits [3]  62/15 63/3 222/3
exhibits 501 [2]  62/15 63/3
exhilarating [1]  136/1
exits [4]  51/22 96/23 159/3 216/12
expect [6]  80/6 80/8 119/24 206/23 207/23
  208/1
expecting [1]  194/17
expedite [1]  162/24
expenditure [1]  4/12
expensive [6]  3/21 101/2 132/25 132/25
  145/14 209/11
experience [3]  135/16 166/11 166/13
experienced [1]  119/18
experimental [1]  189/9
expert [2]  87/1 113/12
explain [10]  112/22 126/2 144/22 151/13
  176/16 184/23 186/3 187/20 189/22 197/17
explained [2]  122/22 207/16
explanation [1]  4/8
Express [3]  83/14 83/18 209/22
extended [1]  196/20
extent [2]  91/23 166/2
extra [2]  52/17 213/22
extremely [2]  108/14 181/17
eye [3]  32/7 119/14 123/17
eyeglass [1]  29/20
eyeglasses [2]  47/4 50/11

**F**

faceted [1]  14/18
facetted [8]  14/20 20/4 21/14 21/20 30/2
  40/11 41/12 42/12
fact [8]  3/14 3/23 4/13 5/3 86/1 86/14 175/8
  175/13
factory [2]  39/25 100/16
facts [2]  86/23 106/9
fair [8]  61/6 101/2 101/12 101/17 101/18
  104/21 187/24 187/25
fairly [2]  125/17 173/25
fakes [1]  80/12
fall [2]  38/21 150/17
falls [1]  218/12
familiar [2]  33/3 33/21
family [82]
family's [2]  119/6 149/23
famous [1]  138/19
fancy [2]  29/4 29/5
far [7]  91/14 103/6 110/8 114/15 205/15
  217/11 220/8
fast [1]  174/8
faster [1]  217/3
father [7]  80/3 116/8 116/14 124/6 165/22
  180/10 180/11
father's [4]  123/25 146/17 146/24 146/25
fax [6]  66/7 81/7 81/11 82/23 82/24 83/2
faxed [1]  186/15
Fe [4]  66/14 67/17 214/15 214/18
feather [1]  94/11
February [5]  65/25 82/12 145/10 145/25
  176/2
February 14th [1]  65/25
February 9 [1]  176/2
Federal [4]  1/21 209/22 209/22 209/23
fee [5]  120/2 125/1 127/24 148/22 204/2
feel [5]  137/19 151/24 156/17 181/3 190/14
feeling [2]  53/20 190/10
fell [1]  79/16
felt [2]  166/7 166/10
female [6]  46/6 47/15 47/19 54/13 54/14

## F

female... [1] 54/16
Ferguson [1] 1/20
Ferrari [1] 38/11
few [9] 5/6 5/7 36/8 37/20 37/23 62/22 136/1 203/13 208/24
field [2] 126/20 126/20
Fifi [2] 55/20 55/22
figure [3] 123/3 203/5 209/4
figured [3] 170/6 193/13 194/11
filled [1] 100/4
final [1] 34/17
finally [2] 34/24 192/25
finances [1] 134/16
financial [13] 77/15 84/4 128/24 129/1 134/8 134/10 158/11 158/11 159/6 184/2 191/4 194/6 195/9
financially [5] 79/9 125/15 134/19 141/9 164/10
finding [4] 151/19 173/7 195/6 195/17
fine [8] 50/2 53/2 61/1 120/21 160/11 171/24 172/20 206/20
finish [12] 9/12 15/3 21/21 22/6 57/11 93/16 99/19 118/18 145/19 216/2 216/4 217/6
finished [3] 29/9 136/7 178/6
finishing [1] 157/10
fire [2] 174/1 174/9
fired [3] 174/2 174/4 174/16
firm [1] 194/2
first [54] 9/14 9/15 12/25 13/18 14/7 14/11 15/16 15/19 15/21 57/8 64/8 79/12 82/22 84/5 84/12 89/19 105/11 109/19 110/15 112/12 112/14 113/16 113/17 115/7 115/10 116/6 118/3 123/13 127/1 127/16 131/6 131/8 133/17 141/16 144/8 144/9 149/16 149/18 149/19 149/19 154/6 162/6 162/7 169/3 169/11 169/19 172/25 173/1 175/8 189/8 194/21 200/18 200/19 207/18
fit [2] 62/23 219/20
five [17] 21/13 23/24 44/12 49/3 57/3 91/15 99/6 99/13 100/1 101/11 104/25 107/25 108/3 116/14 147/12 174/15 175/8
fix [3] 152/11 164/2 166/15
FL [2] 1/18 1/22
flat [1] 18/14
flew [3] 139/10 139/11 139/12
flight [2] 137/8 153/16
floor [44] 1/18 10/25 16/4 16/5 16/7 16/8 16/16 20/22 23/13 40/19 40/24 40/25 43/19 44/18 44/24 45/4 45/10 45/15 45/20 46/4 46/7 46/11 46/15 46/16 48/14 49/1 49/13 49/15 49/16 50/5 50/7 50/10 50/14 54/23 55/6 56/4 56/10 85/10 89/19 103/23 103/25 104/3 105/11 155/23
FLORIDA [25] 1/1 1/7 1/24 6/22 71/14 71/22 76/22 77/22 169/16 169/17 182/6 182/7 182/8 182/22 182/24 185/20 187/12 187/14 187/14 187/17 187/23 188/2 192/19 204/19 210/4
fluctuating [1] 132/21
fluted [1] 21/9
fob [1] 39/17
fobs [1] 38/8
focus [1] 210/19
folder [1] 72/17
follow [1] 100/22
following [13] 5/17 52/4 53/5 97/7 97/17 115/12 115/17 120/11 120/11 133/20 137/25 160/5 160/24

force [1] 119/19
forces [8] 123/3 123/4 151/16 151/19 198/23 198/23 199/18 207/8
foregoing [1] 222/17
forever [1] 136/5
forget [5] 111/15 112/18 112/24 113/1 189/8
forgive [2] 104/17 219/5
form [6] 51/19 76/23 77/23 96/20 158/25 216/8
forms [1] 102/15
formula [1] 130/13
Fort [6] 1/18 6/22 7/18 33/7 183/2 183/3
forth [2] 84/24 187/12
forward [3] 156/7 166/6 217/6
found [194]
foundation [5] 63/13 88/10 88/23 88/24 89/2
four [14] 16/1 46/9 49/21 50/23 50/24 57/3 65/2 76/23 77/3 77/16 94/23 100/3 104/25 147/1
four-month [1] 77/16
Fourteen [1] 98/22
frame [4] 21/9 21/17 21/21 22/5
Franklin [4] 1/23 222/16 222/22 222/23
frankly [1] 179/7
freak [1] 147/9
freaking [1] 172/5
Fred [1] 1/19
free [1] 128/20
freedom [1] 188/1
French [1] 210/17
frequent [1] 71/7
frequently [2] 88/14 174/22
Friday [2] 55/21 201/10
friend [20] 82/1 82/6 82/7 109/25 110/3 111/6 111/12 111/20 111/24 112/12 140/5 140/6 144/9 163/15 169/14 169/20 177/18 177/19 187/3 202/19
friends [9] 163/2 163/10 163/13 173/14 174/10 181/20 181/24 186/11 186/18
Frisco [2] 186/4 186/18
front [12] 11/7 25/24 26/11 27/2 28/24 83/13 84/1 93/6 98/1 155/23 168/12 203/19
frosting [1] 103/8
full [7] 17/19 18/3 18/15 20/9 57/23 190/16 195/17
full-cut [4] 18/3 18/15 20/9 57/23
full-time [1] 195/17
funny [2] 166/20 166/20
further [3] 85/20 108/11 167/5
future [4] 82/21 144/2 144/5 145/19

## G

gains [1] 150/16
garb [1] 113/8
gate [1] 137/6
gather [1] 219/9
gave [14] 121/24 134/5 136/10 157/7 162/3 168/14 168/18 172/2 180/12 190/17 191/8 200/18 210/5 214/25
general [3] 84/25 86/6 86/22
generally [1] 157/9
generations [1] 5/2
gentleman's [3] 13/7 18/1 18/4
gentlemen [9] 5/20 51/18 53/8 53/9 96/19 97/20 158/24 161/1 216/7
gentlemen's [11] 18/24 19/3 21/18 29/25 30/2 30/7 39/22 39/23 40/8 58/4 58/13
gentlemens [1] 100/15
gentlemens' [1] 99/23
genuine [3] 28/16 100/4 117/18

gets [2] 130/19 194/13
getting [25] 49/20 50/15 75/21 124/4 136/5 143/17 145/24 149/3 149/11 156/17 156/20 164/13 165/7 172/11 177/24 179/6 179/7 184/2 184/3 187/18 198/19 198/20 200/10 205/8 205/10
gifts [1] 209/1
Giglio [2] 217/19 218/3
Gilliam [5] 73/2 84/19 85/3 85/3 85/12
Girard [1] 18/5
Girard-Perregaux [1] 18/5
girl [1] 113/22
girls [1] 147/19
give [29] 122/3 129/2 133/16 147/17 156/10 156/25 156/25 157/4 157/8 164/21 164/22 164/22 165/10 167/2 171/9 171/11 172/4 172/6 172/7 172/15 176/9 176/10 176/13 178/15 186/23 188/1 191/19 202/10 210/4
given [24] 74/18 81/25 115/14 124/25 132/20 136/11 141/21 146/18 147/19 148/13 164/4 166/2 171/7 178/10 184/11 184/14 185/2 186/25 191/13 196/1 196/21 199/22 202/11 205/13
gives [1] 71/13
giving [9] 161/7 161/9 161/9 162/2 171/13 178/17 178/18 178/20 199/1
Glades [2] 66/6 67/13
glasses [3] 15/2 154/1 154/6
gloves [1] 21/23
goal [1] 142/3
God [4] 125/4 125/23 143/7 166/17
goddaughter [1] 113/25
goes [2] 112/12 160/16
going [135]
gold [237]
gone [8] 53/16 75/8 79/10 149/23 165/24 171/6 193/12 219/1
good [34] 2/2 4/5 5/19 6/2 80/7 97/8 109/14 113/4 113/5 113/7 116/22 116/22 117/9 119/7 125/21 134/1 134/17 135/8 139/23 140/6 142/11 148/12 149/9 161/22 162/24 165/13 165/21 166/18 166/19 172/18 174/13 175/3 195/8 209/19
got [25] 4/25 43/24 67/16 72/24 77/23 79/20 83/1 129/17 137/8 144/16 144/16 145/12 146/8 148/16 150/23 153/15 174/3 177/3 180/3 183/22 195/13 199/20 200/16 201/15 205/24
gotta [1] 183/20
gotten [3] 161/7 193/1 193/13
GOVERNMENT [14] 1/4 1/16 2/10 2/24 3/12 6/6 56/5 90/1 127/6 138/9 150/22 160/15 203/24 213/20
Government's [94]
gracious [1] 189/2
grades [1] 79/12
graduate [2] 212/8 212/9
graduated [3] 212/6 212/10 212/11
grams [4] 93/17 99/16 100/13 100/17
grandmother [21] 3/2 106/4 123/5 123/5 123/9 123/19 124/18 146/15 146/18 147/3 147/6 147/6 147/12 147/16 147/18 147/25 148/2 148/7 148/11 166/6 214/25
grandmother's [1] 148/6
grandson [1] 186/4
grandsons [1] 155/3
gravy [1] 148/15
gray [4] 25/9 26/15 93/4 112/5
great [6] 5/24 144/25 149/24 165/5 166/21 173/13

## G

Greek [1]  41/23
green [9]  22/7 28/14 30/7 41/17 42/12 68/1 68/3 68/10 70/1
greeting [1]  75/16
grill [1]  19/4
grouped [1]  15/12
Gucci [2]  15/5 41/9
guess [15]  2/18 16/7 43/22 59/18 91/15 104/10 104/11 104/19 111/5 125/10 136/20 187/25 200/1 215/18 219/5
guessing [1]  185/14
guide [1]  144/4
gun [2]  93/12 162/9
guy [6]  113/8 113/8 139/19 141/12 151/9 155/8
guys [1]  186/19
Gypsy [1]  5/1

## H

hadn't [8]  135/23 171/14 176/21 182/10 192/14 192/22 193/4 207/8
hair [1]  112/5
hairs [1]  219/7
half [14]  3/20 22/2 25/10 57/12 105/24 133/17 147/12 177/23 191/10 203/7 203/7 203/11 204/6 205/3
half-inch [1]  25/10
hallway [1]  16/4
halt [1]  176/7
hand [7]  6/4 21/10 42/8 109/4 132/6 198/6 203/25
handle [1]  168/4
handmade [1]  57/14
handwriting [1]  70/1
handwritten [4]  75/3 75/16 78/3 78/4
hang [1]  206/20
happen [10]  122/25 142/4 152/20 162/25 172/24 184/1 184/1 187/8 192/5 207/11
happened [14]  116/21 142/10 145/17 147/12 152/3 170/17 175/7 180/5 180/9 180/12 185/4 194/8 195/15 207/5
happening [4]  150/1 156/4 162/21 172/14
happens [9]  111/11 112/13 114/7 115/25 125/3 155/14 170/11 172/12 195/1
happier [2]  199/11 199/12
happy [13]  14/5 80/3 113/6 116/11 116/23 134/19 149/5 149/23 150/15 174/7 183/21 194/10 210/9
hard [4]  75/24 76/3 114/14 170/24
harder [2]  152/11 164/1
hardest [3]  167/11 167/11 207/2
hardship [2]  128/19 128/22
hasn't [2]  62/23 79/18
haven't [4]  105/8 154/6 178/11 198/25
having [8]  62/18 121/21 155/10 164/4 166/10 170/22 170/24 197/19
havoc [1]  207/15
he's [5]  116/14 122/21 123/1 159/17 159/18
head [1]  19/2
health [3]  128/25 129/1 156/15
healthcare [1]  130/18
hear [8]  101/22 109/7 124/17 138/11 166/22 168/1 188/13 193/16
heard [11]  3/8 5/21 79/25 101/23 107/8 119/14 131/6 131/8 145/1 166/23 168/24
hearing [2]  131/3 218/2
heart [4]  42/3 42/15 42/21 125/9

heaven [3]  180/22 180/25 181/11
heavily [1]  197/5
heavy [1]  105/20
hectic [2]  79/22 172/21
heirlooms [1]  4/3
held [2]  132/6 134/2
help [23]  114/22 117/2 118/4 118/7 123/3 125/24 126/3 126/22 138/12 142/14 177/20 181/10 184/12 186/6 186/14 186/23 187/2 188/19 190/6 199/5 200/9 200/9 203/4
helpful [1]  182/13
helping [2]  125/12 125/14
helps [3]  88/3 122/18 169/21
Henry [2]  78/5 80/15
here [33]  4/3 11/7 12/3 15/11 18/13 39/3 42/10 43/1 43/9 43/16 52/6 60/24 66/21 72/18 79/4 99/20 101/2 101/14 122/15 125/5 142/9 152/6 154/6 159/11 166/17 173/14 173/14 191/12 197/24 198/25 211/4 214/24 215/3
here's [8]  33/1 37/8 38/1 114/20 114/21 129/20 210/15 210/16
hers [2]  2/17 5/7 169/20 215/19
hesitated [1]  192/20
hey [1]  122/15
high [10]  23/24 121/18 194/8 195/6 212/2 212/3 212/6 212/8 212/10 212/11
higher [2]  105/8 125/22
Highway [3]  1/21 209/22 209/23
Hilton [4]  66/6 66/13 67/13 110/10
himself [2]  122/23 187/25
history [1]  119/6
hit [6]  113/21 115/11 117/9 150/3 150/14 179/13
HNE [1]  153/14
hold [7]  3/15 15/9 64/4 135/13 136/1 179/22 209/8
holder [1]  21/12
holding [2]  79/8 215/11
holes [1]  151/19
hollow [1]  32/10
home [18]  2/12 8/13 9/15 10/25 33/7 43/19 46/15 51/10 71/6 107/23 114/21 135/4 137/25 139/7 162/14 182/3 185/19 185/21
homes [1]  71/6
honest [2]  79/11 166/11
Honestly [1]  164/5
Honor [75]
HONORABLE [1]  1/12
honored [1]  125/7
hooded [1]  113/8
hoop [11]  22/7 23/4 23/5 23/7 32/4 32/9 32/10 40/3 41/25 94/16 99/7
hoop-style [1]  94/16
hope [5]  82/3 199/5 199/8 219/22 220/2
hoping [2]  204/12 204/13
Hopkins [2]  121/2 120/3
horn [3]  19/1 28/14 99/15
horse [2]  54/24 54/25
horseshoe [1]  21/22
Hospital [2]  186/16 186/17
hospitals [2]  186/15 188/14
hotel [10]  66/13 75/24 76/3 110/6 110/12 111/17 182/23 183/4 183/5 217/5
hour [2]  52/12 52/20 162/10
house [47]  4/2 9/18 10/16 10/19 34/4 34/10 34/14 34/19 34/20 35/11 35/16 37/18 49/14 53/19 53/20 53/21 55/14 55/15 55/16 55/24 62/12 67/1 67/3 85/14 89/7 89/20 90/10 92/15 92/18 92/21 106/25 107/5 107/7

107/21 108/6 134/17 134/17 140/2 169/16 169/16 173/14 181/12 189/1 195/11 200/15 200/17 208/10
housekeeper [4]  137/18 137/20 137/22 140/16
housekeeping [1]  11/24
houses [1]  108/16
Housing [1]  195/10
Houston [19]  114/11 126/9 133/5 133/12 134/18 135/16 139/12 140/1 144/15 155/12 155/14 173/4 181/19 188/21 188/25 189/7 189/11 195/7 195/12
how'd [1]  153/11
how's [6]  133/13 141/1 141/1 155/7 155/7 155/8
However [1]  159/9
HR [1]  174/25
Hublot [1]  39/23
huge [3]  127/20 150/15 150/22
huh [2]  174/5 194/25
humor [1]  166/21
hundred [12]  59/16 101/1 101/4 101/6 104/19 118/1 134/22 134/24 145/23 148/25 154/16 201/15
hundred-dollar [3]  145/23 148/25 201/15
hundreds [5]  3/18 3/18 4/7 113/10 177/11
hurting [1]  79/9
husband [7]  187/21 187/24 188/1 188/12 188/20 188/25 189/11
husband's [2]  187/16 187/17
hysterical [3]  149/12 150/19 165/7

## I

I'd [10]  12/16 12/18 60/16 62/24 64/18 100/9 121/11 128/16 158/20 213/19
I'll [27]  36/5 36/13 36/14 53/22 87/10 89/9 99/4 101/14 104/10 110/23 111/7 120/20 128/17 128/21 131/11 147/10 147/11 148/15 172/6 184/9 184/9 190/13 194/11 196/12 196/13 210/13 210/13
I'm [108]
I'm -- you [1]  123/23
I've [9]  79/7 86/9 87/17 112/21 114/6 135/12 137/20 167/24 167/25
iced [1]  160/10
ID [5]  15/23 17/20 17/22 31/25 58/19
idea [9]  10/20 11/19 43/2 59/13 119/7 151/3 183/14 185/11 218/21
identification [5]  62/18 87/22 91/1 91/3 102/15
identified [12]  4/10 7/12 24/7 28/5 47/24 63/7 89/12 94/4 94/5 94/19 112/8 215/16
identifiers [3]  36/2 62/9 84/23
identify [32]  7/9 8/12 9/19 12/12 12/25 13/3 16/10 17/12 21/6 35/7 44/3 56/16 61/16 65/20 66/4 74/25 75/22 75/23 89/18 112/3 158/8 159/22 208/12 211/22 212/4 213/14 213/16 213/18 214/3 214/4 214/21 215/21
identifying [3]  11/16 77/7 77/23
ill [5]  124/13 141/4 147/4 186/5 195/4
image [3]  130/23 199/21 199/24
images [1]  200/1
imagine [1]  82/9
imagined [1]  135/24
imitation [1]  98/15
immediate [1]  119/18
immediately [7]  175/2 180/4 180/22 181/14 189/4 201/12 201/13
immense [1]  164/9
important [6]  122/17 123/1 135/19 145/5

## I

important... [2]  145/5 180/18
improved [2]  79/12 177/18
improving [1]  177/12
Inc [10]  64/24 67/11 67/19 67/22 67/25 68/3 68/10 198/11 201/23 201/23
incentive [1]  133/25
inch [21]  14/4 14/14 19/12 20/5 20/6 20/7 20/9 22/3 25/10 28/12 28/15 28/16 29/16 29/20 32/6 40/5 41/22 42/21 94/23 99/23 100/3
inches [4]  28/17 57/12 57/12 100/13
incident [1]  185/4
incidents [1]  159/13
include [2]  48/9 48/16
included [1]  63/5
includes [5]  50/9 50/20 74/9 74/14 84/4
including [3]  37/24 71/5 218/4
income [1]  206/1
Incorporated [5]  64/1 65/22 66/15 66/18 71/16
incorrect [1]  108/9
independent [1]  195/16
indicated [2]  9/25 218/6
indicating [2]  7/10 212/18
individual [3]  84/23 92/22 144/8
induced [2]  4/14 208/16
Info [1]  72/23
information [28]  62/19 66/5 69/19 71/6 71/7 71/8 71/13 72/17 77/8 77/24 81/13 84/22 84/24 86/18 87/7 97/1 107/14 121/24 122/18 124/17 141/23 156/11 156/12 186/16 186/22 186/23 218/4 219/2
inherited [4]  3/1 4/22 4/25 88/18
initial [3]  21/13 21/25 148/22
initially [1]  152/1
initials [2]  98/23 212/5
initiated [1]  56/18
inlaid [2]  23/3 214/16
inlay [1]  42/5
inner [1]  140/8
inner-most [1]  140/8
inquiries [1]  219/16
inquiring [1]  155/16
inside [88]
inside/out [1]  23/6
inside/outside [1]  40/3
inspect [3]  60/25 61/4 61/5
instance [3]  132/24 151/25 207/9
instead [4]  44/2 62/6 79/4 160/10
instructed [1]  152/19
instrument [4]  125/4 128/8 145/6 166/17
instrumental [1]  148/7
insured [1]  183/23
intend [1]  2/13
intending [2]  63/8 216/25
intends [1]  2/10
intense [2]  30/2 30/4
intention [1]  213/4
Intercoastal [8]  33/8 33/9 34/9 54/8 54/23 108/7 108/11 108/13
interest [5]  82/6 150/7 150/8 150/11 150/11
interested [2]  114/13 190/20
interesting [2]  135/18 148/8
interference [4]  142/13 163/22 193/15 196/18
interferences [1]  157/12 167/7 176/18 193/8
Internet [1]  132/17
interviewed [1]  219/10

intrigued [1]  82/8
introduce [4]  2/11 2/13 62/5 160/14
introduced [15]  32/21 53/22 56/6 70/16 70/18 79/3 92/14 105/5 106/18 106/22 144/14 154/7 214/8 214/19 215/6
inventoried [1]  55/6
inventories [1]  85/15
inventory [11]  31/19 61/13 85/14 93/21 94/1 94/4 94/20 95/7 95/14 99/2 100/9
investigating [1]  219/13
investigation [2]  216/9 219/16
investigative [1]  219/13
investigators [1]  86/15
invisibly [1]  41/8
involved [4]  155/19 155/19 164/18 219/16
iron [1]  148/9
irrational [1]  165/6
IRS [1]  79/19
isn't [4]  43/13 86/1 86/14 98/18
issue [3]  159/25 160/12 217/19
issues [5]  5/23 53/11 121/21 124/21 199/9
it's [107]
Italian [8]  19/1 26/16 28/14 99/15 110/18 119/12 119/13 119/14
Italian-made [1]  26/16
Italy [3]  214/24 214/25 215/1
item [117]
item 13 [1]  94/25
Item 504 [1]  66/13
Item 712 [1]  40/16
item 717 [1]  29/1
Item 721 [1]  45/5
Item 725 [1]  16/13
item 733 [1]  24/9
item 734 [1]  46/23
item 737 [1]  47/12
item 739 [1]  27/4
item 740 [2]  20/19 59/8
item 742 [2]  48/8 48/12
item 744 [1]  25/8
item 746 [1]  30/20
item 752 [2]  32/12 32/13
item 762 [1]  24/23
Item 763 [1]  50/17
item 768 [1]  26/14
Item 804 [1]  51/6
items [144]
itinerary [1]  82/11
itself [2]  4/6 7/20

## J

J-shaped [1]  19/13
J-u-d-e [2]  81/8 81/9
J.M [1]  72/23
jade [1]  29/7
January [1]  205/25
Japan [1]  210/5
jealous [2]  117/7 117/12
Jeep [1]  38/11
Jeez [1]  209/15
Jefferson [2]  24/1 212/12
jeopardy [2]  184/2 184/2
Jersey [1]  202/18
jeweler [2]  97/25 101/20
Jewelers [2]  56/18 87/21
jewelery [1]  4/8
jewelry [144]
job [21]  102/24 164/2 165/17 175/13 175/20 179/5 183/10 194/11 194/15 195/5 195/6 197/18 197/20 203/4 203/9 205/17 205/25

206/1 206/5 206/6 210/9
John [1]  79/16
Joyce [91]
Jude [15]  2/23 65/24 66/7 68/1 68/16 68/23 71/19 73/2 81/6 81/8 81/9 84/18 85/3 86/21 86/21
judemontassir [2]  69/4 69/8
JUDGE [13]  1/13 22/14 51/12 60/16 60/21 64/10 78/22 88/3 160/9 160/13 218/1 219/5 220/3
judged [1]  163/7
judgment [1]  200/23
July [9]  55/20 55/21 183/16 185/4 185/13 185/23 205/22 205/23 206/12
July 15th [1]  55/21
jump [1]  101/7
jumped [1]  207/15
June [4]  85/3 85/12 165/14 194/12
jurors [5]  5/16 52/9 60/18 60/25 97/14
jury [26]  1/11 3/13 5/10 5/17 9/10 17/5 21/7 36/14 51/22 53/3 53/5 60/18 60/21 60/22 88/6 88/25 90/7 96/23 97/11 97/17 101/22 159/3 160/16 160/22 160/24 216/12
just [110]

## K

Kangaroo [1]  176/15
karat [122]
Karla [1]  29/13
Keechl [1]  1/20
keep [10]  3/15 11/17 68/20 99/4 135/8 135/9 164/14 179/14 181/11 181/12
keeping [6]  11/16 140/17 140/20 159/8 171/14 194/22
KENNETH [1]  1/12
kept [7]  113/20 135/4 151/19 158/14 169/25 170/4 213/7
key [3]  19/2 38/8 41/23
keys [2]  38/8 38/9
kidding [1]  183/20
kidney [1]  26/16
kids [2]  143/24 183/10
kind [24]  10/13 37/3 38/9 38/10 116/5 116/7 116/9 117/20 122/3 125/10 127/22 128/24 138/1 153/14 156/12 161/13 161/19 162/12 163/10 166/12 176/13 181/20 196/21 208/22
kinda [2]  147/22 210/9
kinds [1]  113/10
king [1]  113/1
kissing [1]  32/10
kit [2]  15/3 57/11
kitty [1]  193/2
knew [19]  110/6 112/3 112/9 120/15 130/7 132/5 134/4 134/12 140/3 145/18 147/1 147/14 170/9 176/4 180/13 181/19 181/21 189/3 207/18
knock [1]  137/22
knot [1]  31/10
know [164]
knowing [1]  128/17
knowledge [6]  106/21 189/12 218/25 219/8 219/9 219/10
known [1]  189/9
knows [6]  86/25 90/4 119/15 125/22 147/10 167/6
Kopelowitz [1]  1/20
Krugerrand [1]  132/25
Krugerrands [1]  176/14
Kwik [2]  76/23 77/6

## L

label [3]  9/18 83/12 84/1
labeled [3]  9/20 40/23 54/18
lack [1]  193/23
ladies [40]  5/20 14/2 14/3 14/3 14/5 14/14
  14/15 14/18 14/21 14/23 14/25 15/1 15/2
  17/14 17/17 18/13 21/11 21/24 22/1 22/3
  22/4 22/6 24/21 25/9 29/10 41/10 41/16
  41/19 41/21 42/1 51/18 53/8 53/9 59/5 96/19
  97/20 100/12 158/24 161/1 216/7
ladies' [74]  14/16 19/4 19/7 19/8 19/13 19/15
  19/23 20/2 20/6 20/7 20/9 20/11 21/10 23/25
  24/20 25/11 26/15 27/5 27/17 29/2 29/5 29/7
  29/11 29/12 29/13 29/16 29/17 29/18 29/21
  30/4 32/3 32/4 32/5 32/7 32/9 32/10 39/24
  39/25 40/1 40/2 40/5 40/9 40/11 41/7 41/9
  41/18 41/22 41/24 41/25 42/3 42/4 42/13
  42/14 42/21 51/6 57/10 57/21 58/24 93/4
  93/11 93/15 94/10 94/22 95/16 95/21 96/1
  96/6 96/11 98/8 98/14 99/6 99/10 99/15
  100/3
lady [2]  170/1 196/23
lady's [1]  177/13
laid [3]  88/11 88/23 113/13
Langhorn [1]  186/16
lapsed [1]  142/22
large [11]  19/11 23/4 104/9 104/15 105/15
  105/19 108/14 129/2 129/14 129/15 202/10
largely [1]  119/12
largest [1]  127/10
Larry [3]  66/25 86/10 127/10
last [14]  4/20 6/9 34/24 51/8 74/14 82/20
  108/6 109/9 153/12 162/5 179/2 205/22
  207/1 207/19
lasted [1]  130/6
late [5]  120/21 139/6 196/12 196/14 207/4
later [7]  36/6 36/15 122/16 127/17 139/7
  200/20 203/2
Lauderdale [6]  1/18 6/22 7/18 33/7 183/2
  183/3
Lauren [8]  78/3 78/5 78/13 78/16 79/7 107/3
  107/6 107/9
Laurence [1]  1/16
law [10]  37/21 55/9 84/22 86/4 86/5 86/14
  87/2 138/14 138/18 138/19
lay [3]  88/24 155/21 155/21
laying [3]  112/15 112/19 112/22
layoff [1]  170/25
lead [2]  122/18 152/24
leading [1]  178/12
leads [4]  108/11 198/19 198/21 203/3
Leaf [1]  133/1
leash [1]  93/12
least [8]  2/25 4/10 101/24 107/25 136/11
  143/7 144/12 175/3
leather [1]  21/11
leave [9]  51/20 80/9 96/21 137/18 139/24
  159/1 187/24 216/5 216/10
leaving [2]  149/18 174/2
ledger [1]  85/15
left [17]  38/12 45/23 56/8 76/7 114/18 114/24
  122/20 122/20 122/23 147/16 147/18 147/18
  149/16 174/3 179/4 179/4 185/20
legitimate [2]  3/3 159/19
lender [1]  74/18
length [5]  28/17 29/16 40/5 41/22 100/13
less [3]  79/10 101/1 106/16
let [26]  3/11 7/11 17/5 36/14 50/25 63/18
  64/3 66/21 78/19 87/17 87/22 101/4 107/17

112/7 115/19 132/11 162/18 174/9 174/11
  189/13 190/12 190/16 192/12 194/8 194/9
  203/23
let's [56]  5/16 12/10 12/24 13/16 13/18 14/9
  15/16 17/3 17/12 22/14 23/19 24/16 26/11
  39/12 44/2 44/3 44/19 44/25 51/17 51/18
  66/3 66/11 73/18 86/1 87/10 93/3 95/24
  96/19 97/14 98/6 98/12 98/18 99/8 99/9
  99/19 100/14 100/21 101/7 103/11 105/20
  106/13 115/7 116/6 130/4 138/10 143/17
  150/1 150/10 158/24 160/21 165/12 167/22
  168/23 172/13 195/19 205/1
letter [19]  9/19 16/1 21/12 21/24 24/8 27/23
  27/24 73/22 75/3 75/17 78/4 78/6 78/13
  78/18 79/2 81/12 98/24 107/2 107/12
letters [1]  10/18
liability [1]  150/16
liar [1]  80/7
liars [1]  80/12
Liberty [2]  50/24 76/24
licenses [1]  102/15
life [37]  79/11 79/21 80/3 113/5 113/14
  114/23 116/2 116/2 116/2 117/4 119/9
  122/21 128/20 130/2 132/1 148/8 156/17
  163/1 165/16 165/20 165/21 165/23 165/24
  166/1 171/4 171/5 171/10 171/12 172/14
  177/12 187/8 191/3 193/9 193/10 193/12
  199/11 207/13
lifetime [1]  130/4
light [1]  41/17
lighter [2]  19/17 29/17
lighters [1]  46/14
liked [6]  140/1 140/1 141/6 141/11 206/2
  206/3
limited [1]  172/13
lines [2]  65/2 65/2
link [2]  20/10 93/16
links [8]  17/18 17/19 21/10 21/17 21/19
  42/13 57/23 57/23
list [18]  13/12 43/1 63/5 91/8 102/17 167/2
  210/10 210/15 210/17 211/18 211/20 211/20
  212/18 213/2 213/3 213/7 213/7 213/14
listed [16]  25/19 45/3 70/3 76/23 93/10 94/15
  94/21 95/1 95/2 107/10
listen [2]  117/14 168/1
listening [1]  131/1
lists [1]  101/25
lit [1]  149/22
literally [2]  150/8 162/9
little [36]  3/11 21/1 52/12 99/8 101/23 117/1
  129/21 130/22 131/4 134/18 135/5 135/12
  136/24 142/25 146/25 179/4 181/9 181/17
  185/23 185/25 186/14 186/18 192/14 193/1
  195/13 195/22 196/2 197/4 199/11 199/12
  200/1 200/4 205/20 206/9 206/10 209/15
live [3]  114/1 188/21 189/25
lived [6]  10/20 80/3 89/19 89/23 90/14
  107/23
lives [1]  145/3
living [3]  54/4 105/12 107/21
loan [6]  134/5 150/6 150/7 150/10 150/11
  150/12
located [14]  8/4 10/24 13/1 13/23 16/3 16/14
  18/19 20/20 28/8 33/6 33/7 33/8 50/4 51/7
location [10]  2/12 10/3 10/16 15/14 39/5 51/1
  51/4 51/5 51/9 52/19
locked [1]  11/18
locket [1]  14/6
Lodderhouse [5]  6/3 6/6 6/10 53/16 221/3
logo [1]  41/9

lonely [1]  140/4
long [17]  6/17 14/14 57/12 79/8 85/14 91/8
  137/21 149/14 149/20 149/24 167/6 182/11
  202/20 205/21 206/23 206/24 209/12
longer [5]  167/10 192/15 192/16 193/9
  196/20
looked [16]  15/7 15/17 32/24 57/20 62/24
  67/9 113/17 131/25 132/5 132/17 132/21
  135/3 135/4 135/19 138/4 189/4
looking [6]  34/22 54/8 54/23 144/5 168/17
  203/8
looks [8]  34/22 38/11 38/21 50/15 69/14
  69/14 101/5 214/14
Lookup [2]  68/13 68/22
loose [2]  21/19 42/12
lose [3]  80/13 184/1 217/6
lost [2]  122/22 175/13
lot [33]  2/13 3/3 4/21 5/1 10/15 10/17 11/1
  53/16 89/12 100/24 100/25 105/18 116/1
  117/4 118/5 125/13 127/22 130/5 130/19
  134/15 140/9 142/7 142/24 161/15 178/10
  179/4 187/14 189/24 192/15 200/16 208/25
  209/7 209/7
love [12]  29/13 31/10 42/16 116/2 130/2
  130/3 165/23 165/24 166/1 171/5 171/9
  193/12
loved [1]  187/21
low [1]  195/6
luck [1]  135/8
lucrative [1]  173/25
lunch [6]  52/12 52/18 52/19 53/10 96/17
  96/20

## M

ma'am [9]  6/4 6/8 51/24 89/10 109/3 109/6
  160/23 216/13 216/17
mabe [5]  27/6 27/6 30/24 30/25 214/5
magistrate [1]  219/8
maiden [1]  72/2
mail [18]  1/25 69/3 69/7 69/7 69/13 70/2
  70/21 70/25 72/5 72/8 73/9 73/12 73/20 74/6
  75/2 75/15 125/19 209/17
mailed [4]  119/2 146/14 177/8 209/22
main [28]  16/4 16/5 16/7 16/16 20/22 40/19
  40/24 40/25 44/18 44/24 45/4 45/10 45/15
  45/20 46/4 46/11 48/14 49/1 49/13 49/15
  50/5 50/7 50/14 55/5 56/4 103/23 103/25
  104/2
major [1]  3/14
Majorca [2]  28/16 100/3
majority [4]  101/5 102/1 157/21 170/20
makes [2]  52/13 164/1
makeup [6]  15/3 50/21 57/11 87/12 88/14
  103/13 105/1 105/20
making [4]  38/24 148/15 169/6 206/1
male [15]  24/4 24/6 24/7 25/1 25/14 26/4
  26/20 27/8 31/12 47/13 47/15 47/19 51/7
  54/16 98/21
Malook [2]  119/13 123/17
man [5]  79/18 121/14 121/15 122/5 129/22
man's [1]  90/21
management [3]  79/17 173/2 173/22
Manhattan [1]  132/11
manila [2]  70/21 81/5
manipulator [1]  80/8
Maple [1]  133/1
Marcus [2]  75/25 76/4
mark [1]  47/21
marked [59]  8/9 11/7 12/4 14/11 16/1 18/20
  20/21 23/2 23/24 24/1 24/7 25/2 25/14 26/4

# M

**marked...** [45]  27/23 27/24 30/8 35/6 44/18 44/23 45/4 45/10 45/15 45/20 46/4 46/11 47/19 47/19 47/21 47/22 47/23 48/13 49/13 50/5 50/7 50/13 50/19 50/21 50/23 54/18 56/15 61/12 63/2 63/22 70/13 73/21 84/2 84/14 87/22 102/8 103/23 104/2 104/16 105/3 158/7 210/9 212/16 212/25 214/19
**markers** [4]  18/2 18/3 58/6 58/6
**market** [5]  150/13 165/18 195/10 195/10 195/12
**MARKS** [56]  1/6 2/4 2/21 7/6 7/7 7/12 10/3 10/23 37/24 49/7 52/7 55/20 55/22 61/18 65/14 65/23 68/4 70/22 70/23 72/6 72/9 75/25 76/4 76/6 76/12 76/16 76/25 77/8 77/9 77/13 77/17 80/25 81/11 82/24 84/9 88/18 89/23 97/9 102/4 112/8 158/2 160/7 168/21 168/24 168/24 169/2 169/3 169/7 169/8 169/10 169/13 169/13 169/24 169/25 170/6 177/9
**Marks'** [14]  2/12 30/11 34/4 56/11 85/9 85/10 85/17 88/13 90/8 93/5 99/1 106/4 107/12 169/4
**MARRA** [2]  1/2 1/12
**married** [4]  113/18 113/19 114/5 114/6
**Marriott** [2]  110/11 182/25
**martini** [2]  19/7 58/24
**master** [70]  10/24 22/22 22/25 23/12 24/5 24/6 25/2 25/15 26/5 26/21 27/9 28/9 28/18 30/10 31/3 31/13 31/14 32/14 39/22 43/18 45/22 46/6 46/14 46/19 46/24 47/2 47/6 47/9 47/14 47/17 48/5 48/20 49/16 50/10 51/7 54/12 54/22 55/3 56/9 64/15 65/10 66/2 66/10 67/6 67/8 68/6 68/18 69/6 69/22 70/8 72/20 72/21 73/16 73/25 74/8 75/6 75/10 75/12 75/20 76/7 76/13 76/20 77/20 78/7 80/17 81/3 81/19 83/23 85/7 94/11
**MasterCard** [1]  76/16
**match** [1]  93/25
**matches** [1]  211/16
**matching** [2]  211/15 214/17
**material** [1]  141/25
**maternal** [6]  123/5 123/9 124/14 124/15 146/15 148/2
**math** [2]  104/17 104/20
**matter** [4]  39/2 175/7 188/13 222/19
**matters** [1]  177/15
**maudlin** [1]  190/10
**May 18th** [1]  73/22
**May 19th** [2]  168/20 170/13
**maybe** [40]  3/11 4/4 52/11 52/12 52/21 98/4 105/24 106/15 108/3 114/2 119/11 119/15 119/19 119/20 121/10 122/13 122/25 123/18 123/24 125/20 125/21 147/13 147/17 157/12 162/9 169/24 169/25 170/3 170/4 186/20 190/13 190/13 192/15 192/15 193/5 193/5 193/6 193/6 204/22 219/7
**MD** [1]  188/23
**me** [286]
**me -- I** [2]  188/9 190/17
**mean** [29]  10/10 11/11 16/8 16/25 93/22 122/3 122/8 122/8 122/20 123/19 135/5 135/12 135/24 139/3 142/16 147/9 151/4 165/21 173/10 181/2 181/20 185/19 191/12 194/7 200/19 206/23 207/6 209/16 215/22
**meaning** [2]  106/21 207/7
**means** [1]  113/2
**meant** [3]  171/12 174/21 181/3
**measuring** [1]  57/11

**medal** [1]  214/25
**median** [1]  79/23
**medical** [5]  186/8 188/22 188/22 217/20 217/20
**meditate** [4]  126/5 126/6 151/23 156/10
**meditating** [1]  141/18
**meditations** [2]  155/17 155/18
**medium** [2]  41/17 42/12
**meet** [9]  82/13 109/17 109/19 112/13 115/7 154/23 183/4 183/6 189/20
**meeting** [8]  82/7 110/2 112/12 112/14 144/9 154/25 173/8 174/23
**meets** [1]  112/13
**member** [4]  91/24 117/6 141/3 156/14
**members** [10]  3/23 9/10 21/7 35/10 36/14 116/10 117/7 117/11 142/10 144/3
**memory** [1]  165/13
**men** [4]  123/7 123/9 124/18 130/3
**men's** [1]  105/13
**mention** [1]  152/3
**mentioned** [3]  100/7 122/8 122/17
**Mercedes** [3]  37/4 37/5 37/12
**Merit** [1]  222/16
**merry** [1]  164/19
**merry-go-round** [1]  164/19
**met** [14]  79/12 109/21 109/24 110/25 115/5 120/9 137/7 141/10 141/16 144/9 149/19 170/1 182/23 189/23
**metal** [21]  14/22 21/10 21/11 21/15 21/16 21/16 21/20 21/24 93/4 93/11 95/3 95/6 95/9 95/16 95/21 96/1 96/6 96/11 98/8 98/14 99/6
**methodically** [1]  9/21
**Mexican** [1]  14/24
**Mexico** [5]  21/19 66/15 67/17 68/13 68/22
**Michael** [37]  68/2 74/17 76/13 110/2 121/20 126/2 126/14 134/8 136/14 143/5 143/16 146/13 148/17 153/4 154/20 156/22 158/12 170/8 170/9 177/4 177/12 177/14 178/4 179/11 181/15 182/4 188/4 192/1 198/11 201/23 201/23 202/3 207/18 208/6 208/16 211/8 211/19
**Michaels** [26]  63/25 64/24 73/6 73/19 74/5 75/1 75/14 80/25 109/17 109/19 109/22 111/1 112/4 112/8 112/9 116/18 117/25 125/1 139/13 171/9 179/25 185/22 191/13 196/22 197/12 212/19
**Michaels'** [1]  213/10
**microphone** [1]  116/21 109/7 109/8
**middle** [2]  186/4 186/5
**midnight** [4]  120/21 120/21 120/22 196/13
**midsize** [1]  39/23
**might** [8]  43/14 78/8 112/25 113/6 124/22 125/24 186/13 193/6
**Mikado** [1]  30/22
**millimeter** [7]  21/13 24/21 24/22 28/12 28/13 98/15 99/11
**million** [4]  2/23 3/20 144/24 208/3
**mine** [12]  80/13 136/2 169/14 174/10 177/18 181/24 186/19 187/3 211/24 214/6 215/3 215/5
**minerals** [2]  130/18 132/20
**minimum** [1]  185/14
**minute** [4]  51/18 82/20 179/19 179/21
**minutes** [7]  51/21 52/13 52/18 91/15 158/25 159/2 160/3
**miscarried** [2]  122/9 122/11
**misrepresentations** [1]  3/14
**missed** [2]  78/8 182/11
**missing** [2]  86/21 138/11
**mix** [1]  102/5

**mixed** [1]  101/8
**mom** [2]  79/20 183/9
**moment** [2]  106/2 212/21
**Monday** [4]  80/9 120/12 182/2 182/3
**money** [180]
**Montassir** [11]  2/23 65/24 66/7 68/2 71/19 73/2 84/19 85/4 85/5 85/12 86/21
**month** [7]  77/16 77/17 77/10 79/10 79/14 82/3 150/12 204/24
**months** [6]  79/17 79/21 122/16 175/8 179/14 195/4
**moonlight** [1]  155/24
**morning** [17]  2/2 2/8 5/19 6/2 10/9 37/19 162/6 162/7 162/8 162/9 167/21 167/22 167/23 180/3 180/11 201/9 201/10
**Mortese** [2]  13/7 58/14
**mortgage** [4]  61/21 65/17 77/16 77/17
**most** [8]  10/22 80/4 80/5 100/23 105/6 126/8 140/8 165/6
**mostly** [2]  43/13 193/23
**mother** [50]  3/1 4/23 39/24 88/13 88/19 106/4 111/25 111/25 112/13 116/8 116/15 122/9 122/11 123/14 123/20 124/5 124/13 138/6 141/4 141/5 143/23 144/6 144/8 144/13 144/14 146/15 146/16 146/18 146/24 146/25 147/8 147/16 147/17 147/18 152/1 152/2 152/5 165/22 169/16 169/25 170/1 179/16 179/24 180/2 180/18 180/23 181/5 181/7 181/21 191/22
**mother's** [9]  72/2 146/15 146/16 169/25 170/3 180/16 180/22 181/11 181/16
**motif** [1]  21/18
**move** [24]  8/23 12/16 35/19 56/21 60/11 61/23 63/8 63/15 64/6 88/7 109/8 139/25 158/17 158/17 172/23 173/12 173/13 173/15 173/16 174/14 175/6 213/19 217/3 217/6
**moved** [7]  39/2 114/10 114/11 134/16 139/24 175/7 175/8
**moving** [3]  39/2 166/4 217/3
**Mr** [3]  221/4 221/5 221/7
**Mr.** [19]  2/19 3/9 7/22 16/20 35/25 52/6 53/14 62/5 62/23 64/8 85/23 86/6 87/5 96/16 97/1 97/21 217/25 219/6 219/10
**Mr. Bardfeld** [5]  7/22 16/20 53/14 86/6 87/5
**Mr. Schwartz** [9]  35/25 52/6 62/23 64/8 85/23 96/16 97/1 97/21 217/25
**Mr. Stefin** [3]  2/19 3/9 62/5
**Mr. Stefin's** [2]  219/6 219/10
**Mrs.** [4]  2/21 65/3 77/13 107/12
**Mrs. Marks** [1]  2/21
**Mrs. Marks'** [1]  107/12
**Mrs. Rose** [1]  77/13
**Mrs. S.L** [1]  65/3
**Ms.** [18]  2/4 7/7 7/12 10/3 10/23 52/7 73/6 73/11 73/14 73/19 97/9 109/17 110/2 112/8 112/8 121/20 160/7 215/12
**Ms. Andrea** [2]  73/11 73/14
**Ms. Joyce** [5]  73/6 73/19 109/17 110/2 112/8
**Ms. Marks** [8]  2/4 7/7 7/12 10/3 10/23 52/7 97/9 160/7
**Ms. Michael** [1]  121/20
**Ms. Roma's** [1]  215/12
**Ms. Rose** [1]  112/8
**MTG** [1]  65/17
**much** [37]  2/25 51/14 81/24 87/7 92/13 101/6 102/3 116/23 117/24 126/24 134/4 135/6 140/24 149/21 151/17 157/21 164/9 171/20 175/19 175/19 176/21 176/22 178/23 184/14 186/1 187/7 187/21 203/5 206/3 206/4 207/17 207/21 207/23 215/23 216/11 217/3

## M

much... [1] 220/3
multiple [10] 4/14 95/17 95/22 96/2 96/12
98/9 99/7 163/21 214/23 219/1
multiplied [1] 130/12
must [1] 82/7
mutual [1] 81/25
myself [6] 82/5 116/2 140/2 140/3 209/1
213/7

## N

N-u-i [1] 133/9
N-u-i-m-a-t-i-c [1] 133/11
N-u-i-s-e-m-a-t-i-c [1] 133/8
name [43] 6/8 6/9 61/18 65/1 66/14 66/15
67/16 68/14 68/23 68/24 69/20 71/19 72/2
73/1 75/25 75/25 76/4 76/4 76/6 76/12 76/16
76/18 77/4 78/3 80/25 83/12 83/16 83/17
83/20 84/6 84/18 85/3 102/13 109/9 109/9
109/10 155/4 158/2 168/24 170/3 170/8
177/14 189/8
name's [1] 68/15
named [3] 66/7 107/2 107/6
names [6] 73/2 84/10 107/7 107/8 112/24
113/9
Nancy [2] 177/9 177/14
NationsBank [2] 158/1 169/5
natural [10] 19/10 21/13 30/2 30/3 30/5
40/10 41/12 41/17 42/12 59/7
near [2] 82/21 114/1
necessarily [4] 55/17 55/18 113/16 142/24
neck [1] 4/24
necklace [17] 14/4 14/15 20/7 23/3 25/10
26/1 29/17 30/22 30/23 40/6 42/14 42/21
93/16 94/23 98/9 210/16 214/15
necklaces [1] 9/21
necks [1] 79/21
need [37] 17/23 42/7 51/23 52/18 59/15
68/20 70/12 75/5 79/9 97/3 109/8 126/7
126/19 127/25 128/2 129/20 129/20 129/24
130/14 131/9 144/19 156/12 166/24 168/7
172/6 173/17 174/20 175/2 184/5 184/6
195/22 203/7 209/14 213/21 216/6 216/19
217/13
needed [57] 59/19 125/18 125/19 126/21
126/23 128/5 128/8 129/18 131/15 131/17
131/21 132/2 133/16 144/22 145/13 145/18
151/11 151/13 151/17 153/15 153/18 156/11
162/15 174/21 176/4 176/16 177/20 181/1
181/2 181/3 181/5 181/5 181/7 182/6 182/9
184/4 187/22 188/21 191/2 194/3 194/8
194/9 197/6 197/8 197/14 197/17 197/19
198/22 198/23 200/20 201/11 201/12 201/13
202/4 202/17 206/9 210/4
needs [2] 159/25 182/14
negative [13] 117/4 119/4 123/3 123/4 128/8
131/10 151/24 152/9 152/10 152/21 163/25
207/8 207/13
negativity [9] 118/5 118/6 118/8 119/8 119/9
151/16 151/22 152/16 157/11
Neiman [2] 75/25 76/4
nephew [1] 121/10 124/22 141/24
nephews [1] 116/16
Netherlands [1] 171/15
never [19] 80/10 112/21 114/6 118/2 132/1
132/6 132/7 134/3 135/6 135/12 138/24
147/24 152/12 165/11 170/7 171/11 197/1
199/20 200/1
new [36] 66/14 67/17 68/13 68/22 109/23

109/25 110/1 110/5 111/8 118/15 126/7
126/10 128/3 128/5 129/18 136/6 136/15
137/13 140/2 144/9 149/17 149/18 151/12
153/16 169/17 172/18 172/19 177/6 179/14
186/16 187/12 187/16 187/16 187/17 187/24
202/18
next [84]
nice [7] 105/20 117/18 147/2 208/24 209/2
216/11 220/10
nickels [1] 49/25
nicknames [1] 107/8
niece [3] 113/22 161/19 161/24
nieces [3] 116/16 141/24 161/15
night [10] 120/16 120/17 136/16 139/6 162/5
162/10 162/11 167/24 167/25 196/12
nine [2] 21/13 104/11
no [115]
Nobody [1] 142/12
non [29] 21/15 21/16 21/17 21/21 21/24
28/16 93/4 93/12 94/18 95/2 95/3 95/9 95/10
95/16 95/17 95/21 95/23 96/1 96/2 96/6 96/7
96/12 96/13 98/8 98/15 99/7 99/7 100/4
101/24
non-genuine [2] 28/16 100/4
non-precious [27] 21/15 21/16 21/17 21/21
21/24 93/4 93/12 94/18 95/2 95/3 95/9 95/10
95/16 95/17 95/21 95/23 96/1 96/2 96/6 96/7
96/12 96/13 98/8 98/15 99/7 99/7 101/24
none [2] 143/23 202/12
Nonna [1] 123/18
nonsense [1] 190/17
note [1] 218/23
notebook [3] 62/23 75/22 76/11
notebooks [1] 85/16
notes [3] 51/20 67/13 216/10
nothing [11] 79/11 142/3 166/4 185/20 195/2
195/15 205/15 205/17 208/23 216/21 216/22
nothing's [1] 150/1
November [13] 109/20 115/5 115/8 118/17
118/23 120/10 141/15 144/9 149/25 197/7
200/15 200/20 222/20
nugget [1] 21/22
number [137]
number 1 [5] 17/17 17/22 54/2 57/21 213/6
Number 106 [1] 55/12
number 107 [1] 158/8
Number 108 [1] 55/4
number 11 [3] 56/16 56/22 94/13
number 12 [1] 57/8
number 14 [1] 95/7
number 15 [3] 95/15 95/20 95/21
Number 16 [2] 95/25 96/1
number 18 [1] 96/11
number 19 [3] 98/6 98/7 98/8
number 2 [7] 21/3 21/4 22/15 58/4 58/13
210/17 211/22
Number 20 [1] 98/14
number 205 [1] 54/20
number 223 [1] 54/7
number 24 [1] 54/9
number 25 [2] 8/10 8/24
number 26 [1] 36/21
number 3 [3] 38/17 38/20 77/2
number 32 [1] 55/1
Number 35 [1] 100/12
number 40 [1] 56/2
number 45 [2] 101/7 101/8
number 501 [1] 61/17
number 511 [1] 69/25

number 514 [1] 73/18
number 526 [1] 81/21
number 531 [3] 13/17 38/20 39/9
number 714 [1] 44/10
number 717 [1] 30/14
number 717-5 [1] 211/3
number 718 [1] 45/2
number 722 [1] 45/12
number 725-12 [1] 13/17
number 726 [1] 58/2
Number 727 [1] 45/21
Number 729 [1] 46/5
number 732 [1] 15/23
number 732-2 [1] 13/2
number 733 [1] 23/22
number 740 [2] 18/21 20/16
number 741 [2] 21/8 22/8
number 743 [1] 25/25
number 749 [1] 214/9
Number 764 [1] 50/20
number 770 [1] 31/9
number 771 [1] 27/15
Number 774 [1] 50/24
number 785 [1] 215/7
number 8 [3] 58/18 58/22 93/7
number 9 [1] 59/9
numbers [15] 36/3 44/3 66/16 70/4 70/4 70/5
70/9 70/10 71/7 71/7 72/1 72/4 76/18 76/18
106/13
Numismatic [3] 133/5 133/6 135/16
NYU [1] 186/16

## O

o'clock [9] 120/19 120/20 162/8 162/8
167/23 196/13 196/14 215/23 216/16
oath [3] 53/4 97/15 160/23
object [10] 61/25 64/17 78/9 152/22 159/9
159/15 159/15 178/12 215/11 215/17
objected [2] 63/10 88/22
objection [41] 5/9 5/13 8/25 9/1 12/19 12/20
35/25 35/25 36/1 56/24 56/25 59/20 59/22
60/13 60/14 60/20 60/22 62/1 62/2 62/10
62/18 63/11 64/20 70/18 78/21 78/23 86/11
86/23 88/9 90/3 106/8 158/20 159/5 159/20
160/20 161/4 175/10 205/4 208/17 213/21
213/23
objections [6] 217/9 217/9 217/11 217/18
217/20 217/23
obligated [1] 218/3
obligations [2] 216/5
obtaining [1] 3/3
obviously [1] 159/17
occasion [10] 109/17 114/25 153/19 153/24
154/9 176/11 176/12 200/14 209/24 209/25
Occasionally [1] 156/15
occasions [3] 129/8 163/21 210/1
occupants [1] 89/19
occupied [2] 82/9 93/1
occurred [2] 77/5 159/13
October [1] 195/21
odd [2] 154/18 202/9
off [14] 9/20 43/16 50/25 55/21 125/17
136/16 142/25 145/3 154/6 155/5 180/3
187/6 187/6 196/3
offer [2] 174/19 186/6
offered [6] 2/18 172/17 174/15 174/17 186/7
189/13
offers [1] 4/8
office [6] 1/17 155/1 173/3 173/9 174/10
175/7

# O

officer [1] 219/13
officers [1] 86/14
Official [1] 1/23
offsite [1] 52/19
often [4] 128/4 139/5 143/6 165/6
oh [19] 12/16 17/14 19/21 22/18 29/24 34/8
 60/1 113/5 113/18 114/10 114/12 138/12
 143/25 152/5 168/2 181/5 183/2 187/19
 195/23
okay [324]
old [3] 89/7 148/9 148/9
oldest [2] 116/13 212/13
once [6] 94/6 104/5 120/15 141/13 206/5
 210/2
one [343]
one's [3] 5/23 212/1 212/1
one-dollar [1] 50/2
one-month [1] 77/17
one-ounce [4] 50/2 131/23 131/24 154/14
ones [2] 99/9 100/23
online [5] 84/21 86/2 87/7 137/6 138/5
only [19] 52/18 78/23 79/13 79/20 86/4
 104/24 122/12 124/25 135/17 144/7 147/7
 147/8 147/12 150/15 196/24 210/13 217/20
 219/10 219/12
onyx [5] 18/14 25/10 25/11 29/7 42/5
open [3] 42/6 135/23 207/14
opened [1] 15/6
opening [1] 3/12
operations [1] 175/6
opinions [4] 51/19 96/21 159/1 216/9
opportunity [8] 11/6 11/10 12/2 35/14 56/20
 172/23 208/8 213/9
opposed [5] 79/6 87/2 102/5 102/6 106/5
opposite [1] 156/19
options [1] 133/25
order [8] 21/1 66/19 89/9 112/20 112/20
 118/12 126/23 198/20
ordered [1] 219/20
original [4] 80/1 157/25 158/1 209/21
originally [1] 146/9
Ostrow [1] 1/20
other's [1] 79/21
others [4] 87/2 152/17 153/2 163/20
ounce [6] 50/2 106/5 106/14 131/23 131/24
 154/14
ounces [4] 130/11 135/24 136/21 136/22
our [19] 52/19 53/10 79/20 82/7 82/14 93/25
 96/20 108/25 123/6 123/7 124/2 124/3
 140/24 158/22 158/24 160/21 217/4 218/25
 219/7
ourselves [1] 143/17
out-of-body [2] 166/11 166/13
out-of-state [1] 217/5
outside [15] 40/3 53/21 57/15 70/24 81/5
 125/11 142/13 157/12 163/22 163/25 167/7
 176/18 193/8 193/14 196/18
oval [8] 14/19 15/3 18/14 23/25 25/11 30/3
 40/11 57/12
over [28] 12/20 25/16 113/17 126/8 126/22
 128/1 128/22 133/23 134/21 136/24 154/16
 166/7 166/15 166/16 178/10 185/12 189/25
 191/9 191/10 193/13 200/7 200/8 202/14
 209/13 217/13 219/1 219/2 219/19
overall [2] 40/5 41/22
overnight [1] 139/11
overrule [2] 5/9 5/13
Overruled [4] 78/25 86/25 90/4 106/10

overwhelming [1] 101/25
own [2] 208/13 216/10
owned [2] 88/13 88/16
oyster [2] 18/2 58/5

# P

p.m [4] 97/6 160/4 160/4 220/12
P.O [1] 71/1
package [10] 71/23 72/12 72/15 173/25
 173/25 174/2 174/3 175/1 213/8 214/3
page [10] 41/15 78/4 81/20 82/22 83/6 93/5
 99/19 101/7 101/14 213/22
page 2 [1] 93/5
pages [5] 1/10 83/4 100/19 100/22 212/20
pages 3 [1] 83/4
paid [9] 66/18 73/9 73/20 74/6 75/2 75/15
 118/1 119/22 137/5
pain [1] 125/8
painful [1] 139/25
pair [45] 14/2 14/16 14/18 14/21 14/23 18/25
 19/4 19/7 19/12 20/2 21/9 22/6 23/6 24/20
 24/21 25/11 26/15 27/5 27/17 28/12 29/10
 31/9 32/4 32/8 32/9 40/2 40/3 40/6 41/24
 42/3 42/13 47/11 50/11 50/12 58/24 96/11
 98/14 99/6 99/10 211/9 214/5 214/12 214/13
 214/17 214/23
pairs [1] 47/3
palm [3] 1/7 1/24 110/21
Paniccia [2] 78/5 80/15
panther [2] 14/16 20/8
paper [9] 66/5 66/13 70/1 72/1 73/22 75/16
 76/17 130/13 134/1
papers [2] 91/1 91/3
paperwork [5] 73/11 73/13 73/21 74/9 74/16
parents [1] 123/2
partial [1] 54/12
particular [61] 3/5 5/5 6/25 7/17 10/21 11/12
 11/25 12/11 12/25 13/4 13/24 13/25 15/19
 16/8 16/14 21/6 23/1 23/11 24/3 27/7 30/9
 30/21 33/8 34/19 39/18 44/7 55/16 57/3
 57/16 57/24 58/1 58/7 58/15 59/1 64/13
 64/23 66/1 68/5 68/17 69/5 71/23 72/15 78/6
 117/6 132/13 132/14 143/10 145/1 153/19
 159/22 187/10 198/1 204/14 210/18 211/13
 211/23 214/3 214/10 214/22 215/2 215/8
particularly [5] 114/16 188/23 195/8 209/9
 210/8
parties [1] 88/15
parts [1] 160/15
party [2] 68/23 68/24
Pasha [1] 100/15
pass [2] 5/2 108/5
passed [11] 3/1 79/24 101/21 116/15 147/1
 147/13 148/12 170/2 181/4 190/9 191/22
passwords [1] 70/2
past [6] 134/13 145/18 163/23 190/5 210/1
 216/6
paternal [3] 124/16 124/18 146/18
path [3] 128/20 131/9 149/22
pattern [3] 122/18 155/21 155/23
patterns [1] 113/10
Paula [2] 66/14 67/16
pave [5] 17/19 19/25 20/8 20/9 57/23
Pawn [2] 76/23 77/6
Pawnbroker [2] 76/22 77/23
pawnshop [1] 77/4
pay [3] 55/21 150/7 190/16
paying [2] 150/8 191/5
payment [1] 2/22
peaked [1] 117/22

pear [1] 30/25
pear-shaped [1] 30/25
pearl [12] 14/22 24/21 24/22 26/1 27/6 28/12
 30/22 30/24 30/25 39/25 98/12 214/5
pearl-like [1] 26/1
pearls [6] 27/6 28/16 98/15 100/4 100/7
 210/16
pendant [8] 4/24 21/23 22/4 28/11 28/16
 30/24 41/22 99/24
Pennsylvania [5] 110/17 110/24 212/11
 212/14 212/15
penny [3] 100/20 101/16 101/16
people [49] 2/11 2/21 10/1 37/18 37/22 55/24
 86/17 91/8 105/12 107/5 107/20 107/21
 107/22 107/23 113/2 113/9 118/20 119/13
 119/17 119/20 121/3 121/20 123/13 123/16
 138/8 138/20 138/20 140/1 141/10 152/8
 152/9 163/25 166/25 167/3 167/3 167/4
 173/10 173/10 174/9 174/12 174/15 174/17
 175/9 184/10 184/12 184/12 186/12 206/3
 216/5
per [1] 154/17
percent [4] 106/15 106/17 140/2 204/11
percentages [1] 93/2
Peretti [1] 20/10
perfect [3] 52/24 177/22 180/23
perhaps [6] 82/13 82/16 87/25 159/23
 190/22 215/10
period [8] 65/4 178/10 185/12 185/23 191/9
 191/10 196/20 207/1
periodically [10] 113/3 155/15 167/15
 179/12 181/23 188/8 192/11 196/11 202/15
 207/11
periods [3] 144/19 164/15 186/1
perpetual [2] 18/2 58/5
Perregaux [1] 18/5
person [29] 79/5 79/14 102/20 110/7 110/25
 112/3 113/6 116/11 116/17 116/23 117/18
 122/1 130/8 130/8 130/9 135/17 143/2 147/2
 156/13 166/18 166/19 166/20 171/12 171/14
 190/3 196/24 207/13 208/23 218/17
personal [12] 36/2 62/9 62/18 84/6 84/23
 116/2 128/25 129/9 142/16 163/1 165/16
 171/4
personally [1] 136/18
perspective [5] 37/21 190/21 190/25 193/15
 195/9
pertaining [1] 85/16
pet [1] 190/9
Peter [2] 69/16 67/22
Petitioner [1] 69/1
pets [1] 192/25
phone [16] 52/9 52/14 71/7 72/4 82/4 115/14
 126/5 126/8 129/25 132/17 162/5 165/1
 180/1 180/3 196/15 200/7
phonetic [3] 42/9 78/5 80/5
photo [1] 72/12
photograph [11] 7/20 33/1 37/2 38/1 54/2
 54/3 54/7 54/9 55/10 75/4 210/11
photographed [2] 8/2 55/17
photographing [1] 8/3
photographs [11] 8/17 8/19 9/22 36/9 53/23
 60/17 90/11 90/13 91/22 130/24 210/11
photos [8] 35/8 35/10 35/11 35/14 60/9
 102/20 107/15 141/21
phrase [1] 145/9
physician [1] 186/11
Piaget [2] 172/23 103/17
piajet [1] 17/17
pick [1] 52/18

# P

picked [3]  79/17 105/4 137/7
picking [1]  106/13
picture [31]  4/23 33/11 33/14 33/19 33/20 34/1 34/6 34/8 34/17 36/14 37/8 38/7 54/11 54/21 54/22 54/24 55/2 55/3 55/5 87/24 88/1 88/2 88/7 88/11 88/22 103/5 121/25 122/5 180/17 180/19 193/6
pictures [12]  8/15 32/22 36/18 38/4 61/2 89/22 102/21 102/24 103/7 122/4 132/6 199/25
piece [10]  70/1 122/18 146/17 146/23 180/17 206/9 206/10 210/2 210/4 213/5
pieces [22]  2/14 3/5 3/18 4/5 5/7 144/19 145/8 147/18 208/24 209/9 209/19 210/7 210/8 210/19 210/20 211/23 211/24 213/13 213/16 213/17 213/17 219/2
pile [1]  112/18
piles [4]  112/17 112/19 135/5 135/25
pin [13]  19/24 20/1 29/2 29/4 29/5 29/6 29/7 29/14 29/19 29/22 30/7 30/7 93/5
pink [2]  32/13 29/21
pinky [2]  29/25 40/9
pizzeria [1]  79/19
place [18]  25/17 77/24 82/10 111/12 118/14 132/10 133/5 139/24 140/17 140/18 140/20 169/17 187/23 189/3 189/25 190/2 212/10 212/12
places [5]  25/18 71/8 106/24 188/15 212/6
placing [1]  82/5
plan [3]  82/3 82/11 173/15
plane [1]  136/16
planning [1]  51/12
plans [4]  79/16 82/20 126/22 145/18
plastic [4]  50/25 83/12 84/1 84/3
plated [1]  101/23
platform [1]  57/14
platinum [2]  41/19 57/14
playing [1]  217/11
pleasant [1]  82/15
please [29]  2/2 5/16 5/20 6/5 6/7 6/8 7/23 11/21 16/21 51/19 51/25 52/5 53/3 53/7 70/12 76/2 78/15 97/8 97/19 102/23 103/22 109/3 109/9 118/19 160/6 161/2 168/2 168/3 195/24
pleased [1]  193/16
pleasure [2]  109/23 111/8
plenty [1]  135/10
plus [3]  150/11 196/5 204/1
pocket [1]  39/16
point [40]  21/13 43/24 52/14 88/10 89/1 113/21 114/9 114/24 115/16 115/21 117/24 124/25 139/17 139/21 140/23 141/23 143/25 144/22 145/10 145/25 151/14 153/2 157/8 166/1 166/24 171/4 174/4 176/19 179/1 182/18 184/14 187/13 188/9 193/19 197/7 198/18 199/13 200/11 202/11 219/25
polo [2]  17/18 57/22
polo-style [2]  17/18 57/22
pop [1]  189/25
Porsche [1]  19/2
portfolio [1]  150/16
portion [1]  212/17
position [7]  8/3 107/13 125/7 125/20 125/24 172/18 174/19
positions [2]  174/15 174/18
positive [5]  116/10 126/20 128/1 162/21 166/22
possession [2]  135/13 158/15

possibility [1]  217/3
possible [5]  92/12 94/9 102/2 108/9 108/12
possibly [1]  82/20
postage [5]  73/9 73/20 74/6 75/2 75/15
pot [14]  146/14 148/2 148/3 148/5 148/6 148/8 148/9 148/11 148/14 148/16 148/16 148/18 148/19 148/24
potential [1]  82/10
pouch [1]  28/15
pounds [3]  74/19 136/22 136/24
Powell [4]  81/13 81/16 81/25 83/5
powers [2]  138/5 138/6
practically [1]  180/23
practice [1]  142/19
pray [5]  126/22 128/1 156/10 200/8 209/13
prayed [1]  143/6
prayers [2]  155/18 180/20
precarious [1]  171/3
precious [29]  21/15 21/16 21/17 21/21 21/24 93/4 93/12 94/18 94/19 94/23 95/2 95/3 95/9 95/10 95/16 95/17 95/21 95/23 96/1 96/2 96/6 96/7 96/12 96/13 98/8 98/15 99/7 99/7 101/24
precipitated [1]  192/25
predict [1]  144/2
pregnancy [1]  122/10
pregnant [2]  122/14 122/15
prepare [1]  115/18
prepared [1]  213/2
presence [2]  181/3 181/12
present [6]  2/4 52/7 97/10 160/7 216/25 218/3
presentation [1]  217/11
presented [3]  5/12 217/18 218/2
presenting [1]  214/2
pressure [6]  164/9 164/9 164/10 164/13 164/14 165/19
pretty [10]  85/14 116/23 139/23 140/4 140/24 143/9 165/13 165/21 172/21 199/14
prevent [1]  176/17
previous [4]  79/12 195/25 215/16 215/21
previously [2]  2/24 130/23
price [5]  10/16 105/25 132/18 132/20 154/15
priced [1]  194/9
primarily [2]  150/19 171/19
primary [1]  10/17
princess [2]  20/3 41/8
printout [8]  68/13 69/3 69/12 71/9 71/18 71/24 81/13 84/16
prior [3]  47/24 133/25 203/13
Priority [6]  70/21 70/24 71/3 72/5 72/8 72/15
private [5]  82/4 82/12 82/17 86/14 135/21
probably [15]  65/17 79/4 111/5 120/8 120/9 120/10 120/18 134/9 139/15 142/21 148/9 149/15 165/13 167/1 176/22
probed [1]  167/5
probing [1]  133/21
problem [7]  52/15 53/10 53/11 121/8 121/18 169/22 171/2
problems [16]  119/18 122/19 128/7 149/23 161/16 161/19 163/23 164/16 164/17 166/15 170/21 170/22 170/23 176/8 197/19 206/6
proceed [4]  2/6 5/25 11/17 161/4
proceeded [1]  116/25
proceedings [9]  1/11 5/18 52/4 53/6 97/7 97/18 160/5 160/25 222/18
proceeds [1]  201/14
process [1]  62/5
produced [1]  219/21
profit [1]  134/17

progress [7]  155/16 156/1 156/5 166/4 167/24 167/25 184/5
progressing [2]  156/6 179/3
project [2]  88/2 149/21
promised [2]  136/12 202/12
prong [1]  19/14
propellor [1]  19/1
property [2]  71/18 71/25
prosecutor [3]  105/5 152/23 159/13
protect [4]  82/17 131/18 142/3 162/25
provide [7]  120/3 121/25 127/5 168/10 170/15 200/21 207/17
provided [10]  2/24 4/21 158/10 170/13 171/17 173/21 183/19 212/18 218/13 218/24
providing [1]  159/12
psychic [32]  79/23 110/3 110/4 110/13 110/15 110/16 110/19 110/19 111/9 111/11 123/22 123/23 124/12 138/12 143/21 143/22 144/1 144/7 152/1 157/14 189/19 189/20 189/23 190/1 190/2 190/12 190/21 190/24 191/5 191/9 191/14 196/23
psychics [5]  79/24 110/5 110/7 111/4 189/24
public [5]  82/18 84/25 86/6 86/22 134/1
publish [22]  9/4 17/4 18/9 22/12 24/13 25/3 25/20 26/8 26/22 27/10 28/3 28/20 30/15 31/4 31/21 32/15 36/8 41/3 65/11 66/22 66/24 68/7
pull [7]  86/2 86/9 91/8 91/16 103/21 109/6 135/23
pulled [2]  86/20 174/8
purchase [9]  4/1 133/2 133/4 133/18 133/21 134/5 153/9 154/15 155/17
purchased [13]  3/6 5/3 132/1 132/7 133/12 134/7 134/20 134/23 154/17 208/25 214/24 214/24 215/1
purchaser [1]  84/7
purchases [1]  3/25
purest [1]  130/18
purpose [7]  2/19 110/16 115/16 130/17 131/12 159/12 180/21
purposes [2]  10/1 11/24
purse [7]  4/23 40/13 48/24 87/13 88/14 92/25 103/12
purse-like [1]  40/13
put [34]  11/14 11/15 39/3 88/25 111/24 111/24 112/17 123/6 123/6 123/8 123/16 123/17 123/17 124/2 124/17 125/5 133/15 137/2 137/6 145/12 145/13 146/19 153/15 166/6 166/17 177/6 180/19 191/1 195/11 209/17 209/20 209/21 213/3 213/7
putting [1]  135/5

# Q

quarter [2]  52/22 73/1
quarters [2]  50/1 92/24
queen [1]  112/25
question [13]  2/20 11/22 64/11 89/9 89/11 103/6 108/6 118/19 130/2 166/23 171/13 205/6 208/18
questions [12]  85/20 107/17 108/18 116/3 116/5 130/1 130/1 142/20 152/4 217/10 217/14 217/23
quickly [1]  95/24
quit [6]  173/19 173/20 173/20 207/3 207/5 207/6
quite [10]  10/11 37/20 37/23 82/1 115/4 136/1 166/20 179/6 208/24 208/25
quitting [1]  174/1
quo [1]  194/16

**R**

radar [1]  108/5
raise [2]  6/4 109/3
raised [2]  142/17 142/18
raising [1]  80/4
ram [1]  32/10
ran [1]  194/6
Ranches [3]  71/20 71/22 72/3
range [2]  10/16 36/23
raped [1]  79/15
rather [2]  52/11 81/24
Razia [3]  73/11 73/14 74/17
read [17]  5/21 55/19 65/1 79/2 79/4 79/5
 81/20 93/21 93/23 95/8 95/15 171/23 171/25
 172/1 203/25 217/25 218/1
reading [11]  101/17 101/18 110/21 110/22
 111/21 112/2 112/21 114/8 114/18 115/11
 118/1
readings [1]  113/3
ready [4]  2/6 97/11 162/14 175/1
really [13]  53/20 79/11 117/7 138/4 141/7
 147/9 147/13 175/19 181/20 187/19 189/18
 210/9 210/19
Realtime [1]  222/17
realtor [1]  71/24
rear [1]  34/10
reason [4]  152/15 173/23 174/13 175/3
reasonable [1]  206/1
reasons [4]  3/22 4/17 129/2 143/4
rebuilt [1]  198/24
recall [13]  3/12 7/16 8/20 10/6 46/17 49/14
 154/15 157/3 157/18 157/24 170/19 176/20
 177/16
receipt [8]  61/18 65/14 74/21 74/22 74/23
 76/22 77/12 84/9
receipts [5]  5/4 10/17 77/14 77/15 84/7
received [12]  2/21 2/22 118/2 133/24 140/13
 140/15 141/14 141/22 158/15 180/1 199/1
 209/1 213/5
recently [1]  114/11
recess [10]  51/17 51/19 51/25 52/3 97/6
 158/25 160/4 216/7 216/16 220/12
recessed [1]  5/22
recipient [1]  80/1
recipient's [1]  79/25
recognized [1]  138/7
recollection [3]  127/3 154/8 154/12
record [12]  2/4 7/11 12/18 36/4 52/7 61/2
 97/9 112/7 118/20 160/7 219/15 222/18
recorded [2]  218/23 218/24
records [7]  4/1 5/4 91/9 91/11 91/16 92/2
 92/3
recovered [2]  51/10 76/6
rectangular [2]  19/15 20/12
red [6]  18/5 21/14 30/2 30/6 31/10 41/12
redacted [5]  36/3 62/10 62/19 217/15 217/15
redacting [1]  160/20
redaction [1]  36/6
redirect [1]  108/21
reduction [2]  61/21 65/17
reestablish [2]  188/3 188/7
refer [1]  206/10
reference [2]  99/2 100/9
references [1]  167/1
referred [1]  31/19
referring [5]  72/23 94/13 159/17 159/18
 202/16
refinanced [1]  200/15

refinancing [1]  201/15
reflect [2]  7/11 112/7
refresh [2]  127/3 154/8
refreshes [1]  154/11
regarding [4]  73/11 73/13 74/9 75/17
Registered [1]  222/16
regularly [2]  84/22 86/5
related [4]  141/2 143/4 197/18 219/3
relation [1]  158/11
relationship [6]  114/3 167/14 185/21 187/4
 188/4 191/25
relationships [4]  116/8 116/9 117/10 130/6
release [1]  178/7
released [1]  178/8
relevance [3]  78/9 78/22 78/23
relevancy [1]  175/10
relevant [4]  2/15 2/17 3/21 4/18
religion [1]  142/21
religious [1]  142/17
remember [20]  103/3 103/5 103/9 103/10
 103/18 108/1 111/14 111/15 112/20 130/5
 146/16 147/4 148/13 148/14 151/25 187/10
 192/11 195/8 216/8 216/15
remembered [2]  147/3 147/11
Remotely [1]  124/24
removing [1]  9/23
repeat [2]  11/22 76/2
Rephrase [2]  205/6 208/18
report [15]  84/16 84/17 84/20 84/21 85/3
 85/11 86/2 86/7 86/10 86/19 86/20 86/22
 87/3 87/6 218/23
reporter [5]  1/23 1/23 179/21 222/16 222/17
reporting [1]  207/13
reports [1]  86/16
representations [1]  138/1
represented [1]  218/11
represents [1]  113/2
request [2]  62/9 162/23
requested [1]  153/6
required [2]  156/8 172/14
research [3]  5/23 186/13 216/9
residence [28]  7/1 7/3 7/3 7/5 7/17 7/20 9/7
 9/16 9/24 12/8 32/23 32/24 33/12 33/14
 33/20 35/9 36/16 36/24 37/5 37/9 37/22
 38/13 49/7 49/23 60/10 84/23 85/17 213/10
resident [1]  74/4
residing [1]  37/22
resolve [2]  138/24 167/12
resolved [1]  207/9
respondent [1]  69/1
response [2]  158/10 165/2
responses [1]  165/4
responsibility [4]  7/19 7/20 89/21 92/7
responsible [7]  6/20 6/24 6/25 91/6 91/17
 92/10 102/18
rest [4]  2/18 13/12 128/20 216/1
restricted [1]  82/14
result [9]  121/23 123/12 129/24 152/16
 156/8 157/16 162/20 170/21 175/18
return [5]  3/16 136/12 138/22 155/12 155/14
returned [29]  4/16 127/25 148/19 148/20
 148/22 149/12 178/1 178/2 178/3 178/5
 184/15 191/17 194/17 194/22 194/23 196/2
 196/4 196/6 202/12 202/13 202/15 205/11
 205/13 205/14 206/14 207/21 207/23 208/1
 211/14
reverse [1]  70/3
review [3]  35/14 208/8 213/9
Rickey [1]  3/2
Ricky [2]  81/11 82/23

rid [11]  118/4 125/5 125/8 125/25 126/23
 131/10 136/3 136/5 138/21 167/9 199/20
right [122]
right-hand [2]  198/6 203/25
ring [29]  18/14 19/9 19/22 21/12 21/24 23/23
 24/1 24/2 29/11 29/11 29/13 29/25 30/3 40/9
 40/10 41/10 59/6 93/12 96/6 104/12 104/20
 111/22 113/15 211/15 211/15 212/1 212/2
 212/3 212/3
rings [5]  2/16 3/20 19/23 211/10 212/1
rise [1]  176/22
ritual [2]  181/9 181/13
RMR [2]  1/23 222/23
Road [8]  66/6 67/14 71/19 71/19 71/22 71/25
 72/3 72/13
Rock [2]  75/24 76/3
Roger [1]  1/16
role [1]  91/21
Rolex [7]  18/1 30/8 39/22 39/24 40/1 50/6
 58/5
Rolexes [1]  4/4
Rolls [1]  19/3
Roma [6]  2/15 109/2 109/5 109/10 198/7
 221/6
Roma's [2]  215/12 215/21
Roman [3]  142/18 142/19 142/21
room [43]  22/16 22/20 23/11 27/23 54/4 54/8
 56/4 60/19 66/6 89/22 89/24 90/2 90/12
 90/13 90/14 90/16 90/19 90/22 91/1 91/2
 91/4 91/7 91/10 92/11 94/24 99/1 102/5
 102/6 102/7 102/8 102/18 103/20 104/25
 105/11 105/16 105/17 107/16 111/25 135/21
 147/3 147/6 155/5 183/6
rooms [5]  9/18 9/20 9/21 47/24 54/19
root [3]  128/7 144/23 144/25
rope [4]  19/12 22/3 32/6 42/1
rosary [1]  14/15
rose [57]  1/6 2/12 3/2 4/25 7/6 20/2 29/14
 29/22 30/11 34/3 37/24 56/11 61/18 65/14
 65/23 68/4 70/22 70/23 72/6 72/9 75/25 76/4
 76/6 76/12 76/16 76/25 77/8 77/9 77/13
 77/17 80/25 84/9 85/9 85/10 85/17 88/13
 88/18 90/8 93/5 112/8 158/2 168/21 168/24
 168/24 169/2 169/3 169/4 169/7 169/8
 169/10 169/13 169/13 169/24 169/25 170/6
 172/25 211/15
Rose's [10]  3/1 4/23 94/11 94/17 94/24 95/6
 95/13 102/5 102/6 106/4
Rosie [4]  89/23 99/1 102/4 106/4
Rosie's [1]  102/7
roughly [1]  185/14
round [36]  14/17 15/4 18/3 18/15 19/5 19/11
 19/14 19/16 19/24 20/1 20/8 20/12 22/2 23/7
 25/10 27/6 27/18 28/11 29/3 29/4 29/6 29/8
 29/19 29/22 30/1 30/4 40/7 40/9 40/12 41/11
 41/17 41/20 42/2 42/12 57/13 164/19
routing [4]  70/4 70/5 70/9 70/10
Rover [1]  36/23
row [2]  96/12 100/16
rows [2]  94/23 95/9
Royal [6]  73/9 73/20 74/6 75/2 75/15 76/17
Royce [1]  19/3
rubber [1]  29/20
rubies [5]  14/20 21/14 30/2 30/6 41/12
ruby [3]  14/19 30/6 41/11
rumors [1]  79/15
run [4]  84/21 86/19 86/22 87/2
running [1]  173/3

# S

S.W [1]  65/3
sad [3]  181/18 199/13 199/14
safe [41]  2/12 3/15 9/16 16/16 18/8 20/21
22/23 31/14 31/16 31/18 40/19 44/18 44/23
45/4 45/9 45/15 45/19 46/10 47/7 47/8 48/4
48/19 48/25 50/13 77/20 89/15 90/18 104/6
104/9 104/16 105/2 105/11 105/15 105/18
105/19 135/23 140/15 140/17 140/18 140/20
162/14
safety [3]  10/1 29/5 29/18
salary [3]  203/9 204/10 204/12
same [22]  12/18 16/17 17/1 21/7 39/3 62/8
89/1 118/20 139/10 139/18 139/19 140/24
150/9 151/8 153/12 155/9 155/10 157/9
172/9 183/8 183/10 201/25
sandwich [1]  155/2
Santa [4]  66/14 67/16 214/15 214/18
sapphire [9]  18/2 21/20 29/10 29/21 30/3
40/11 58/6 211/12 211/15
sapphires [7]  14/18 19/10 20/4 20/8 30/4
59/7 211/10
sat [3]  155/5 155/5 155/6
satisfied [2]  167/4 206/22
Saturday [3]  69/10 167/22 201/9
save [2]  89/9 215/10
saved [3]  79/20 133/23 133/24
savings [2]  84/6 134/13
saw [61]  115/4 115/5 117/1 117/2 128/3 182/4
200/1
say [61]  5/6 10/10 19/17 44/4 47/21 55/19
61/20 64/9 66/25 70/24 73/8 77/7 88/17
93/19 100/25 102/3 104/21 105/24 110/11
113/4 120/20 123/16 124/15 130/4 131/21
138/10 140/18 143/21 144/19 145/20 146/4
149/7 150/1 150/10 156/4 163/19 164/15
164/20 164/21 165/4 166/23 167/22 168/2
178/4 180/7 180/20 182/9 183/11 183/14
183/24 185/14 186/2 192/21 196/12 199/17
201/7 202/16 205/1 212/3 217/2 218/2
saying [6]  129/18 131/1 131/3 138/10 148/13
187/11
says [17]  55/20 61/21 65/17 66/6 68/23 73/9
76/17 77/9 77/24 78/14 82/23 84/12 114/12
142/25 198/6 198/11 219/7
scarf [3]  21/12 50/18 112/6
scene [3]  8/20 32/8 91/22
scheduling [1]  53/11
school [11]  2/16 23/24 79/12 121/18 161/20
212/2 212/3 212/6 212/8 212/10 212/11
Schwartz [11]  1/19 35/25 52/6 62/23 64/8
85/23 96/16 97/1 97/21 217/25 221/5
scissors [1]  42/7
Scotland [1]  76/17
Scottsdale [2]  71/1 72/9
screaming [2]  164/25 183/21
screen [1]  88/3
screw [1]  40/4
screw-back [1]  40/4
screwdriver [2]  21/15 21/16
script [1]  21/25
search [49]  2/11 3/10 3/17 6/21 7/19 8/13
8/21 9/11 9/18 10/4 10/6 10/14 16/2 33/4
33/23 34/3 34/23 35/9 35/11 35/17 36/12
36/16 36/24 37/6 37/9 37/19 38/2 47/23
49/22 53/19 53/24 54/18 55/25 56/19 61/10
62/11 85/14 85/15 91/2 91/6 91/18 91/21
92/3 92/8 92/10 94/1 208/9 213/15 215/16
searched [1]  9/7

searching [1]  195/6
season [1]  150/3
seat [3]  51/20 96/21 159/1
seated [9]  2/3 5/20 6/7 52/5 53/8 97/8 97/20
160/6 161/2
Seattle [21]  114/11 134/16 139/24 163/15
172/22 172/24 173/8 173/12 173/13 173/15
173/17 174/14 174/15 174/18 174/19 174/20
174/21 175/2 176/5 210/9 210/20
Seattle-based [1]  172/22
second [33]  4/9 10/25 14/9 14/10 15/6 15/9
16/8 16/10 16/25 23/12 41/15 43/19 46/7
46/15 46/16 50/10 54/22 56/9 81/20 82/12
83/6 85/10 110/25 111/3 116/13 129/14
129/15 149/16 154/9 168/15 168/18 168/23
170/13
secret [8]  6/15 6/18 13/3 41/7 56/18 91/24
92/2 147/7
Secretary [2]  81/12 81/24
secrets [2]  140/8 140/9
section [1]  22/3
sections [1]  57/15
sector [1]  150/18
sectors [1]  150/18
secure [3]  9/15 11/18 137/3
security [4]  36/3 72/1 72/24 137/4
seeing [6]  114/3 129/22 132/5 152/1 184/5
206/7
seek [1]  63/15
seem [4]  101/25 159/19 188/18 218/2
seemed [2]  147/2 185/15
seems [6]  101/7 117/18 117/18 194/7 194/15
214/6
seen [5]  32/23 135/6 159/18 178/11 182/10
Seiko [1]  4/4
Seiko's [1]  4/4
seized [34]  3/4 11/1 12/8 38/25 39/10 59/14
59/24 59/25 60/10 61/8 61/9 85/17 208/9
213/10
seizing [1]  6/25
Seminole [26]  6/21 7/18 12/8 33/4 38/14
38/25 39/10 54/5 59/14 61/21 65/18 65/19
72/10 73/7 73/20 74/6 74/17 75/2 75/15 77/9
85/18 213/11
send [53]  4/14 118/15 118/25 120/4 120/11
120/23 121/2 122/4 126/24 127/15 128/10
128/16 128/21 129/15 130/14 130/16 131/18
135/9 145/8 146/13 148/1 148/2 148/24
153/19 157/20 157/25 164/22 169/12 171/20
178/23 182/18 192/12 196/8 198/18 201/3
201/3 201/7 202/21 202/23 203/15 204/17
204/20 205/19 205/21 205/23 208/16 208/20
209/10 209/17 209/24 210/2 210/22 210/24
sender [1]  83/1
sending [14]  130/17 147/24 157/18 167/18
169/12 184/3 193/24 195/18 195/20 197/4
198/9 198/9 200/14 208/4
sense [10]  142/5 142/6 142/14 162/2 162/4
166/21 191/12 191/16 191/19 191/20
sent [38]  72/5 72/8 73/23 120/9 120/10
120/15 129/11 129/14 132/24 141/20 145/20
148/3 148/17 157/21 157/22 177/6 177/8
177/10 192/10 199/15 200/25 201/6 202/8
203/1 203/2 203/13 204/18 204/24 205/22
206/11 207/19 208/5 208/5 209/25 211/7
211/14 211/19 212/19
separating [1]  11/15
September [4]  106/1 185/13 195/21 197/10
September 11th [1]  185/13
September 2011 [1]  106/1

September 23rd [1]  197/10
series [1]  130/1
Service [6]  6/16 6/18 13/3 56/19 91/25 92/2
services [4]  2/22 120/2 177/20 190/16
set [14]  18/3 19/14 19/25 20/2 20/11 21/13
23/7 29/12 30/5 41/8 41/19 41/21 50/20
57/14
seven [6]  23/25 41/20 45/2 46/5 116/13
122/15
several [3]  3/22 174/9 217/4
severance [6]  173/20 173/21 173/24 173/25
174/2 174/3
SFranklinUSDC [1]  1/25
shape [2]  15/4 57/13
shaped [4]  19/13 19/15 20/12 30/25
she'd [2]  115/19 188/25
she'll [4]  110/21 156/7 192/16 193/7
she's [24]  7/10 77/23 112/5 112/12 112/22
113/25 114/2 117/19 123/15 131/1 131/3
131/4 144/16 144/16 152/5 159/7 161/9
162/16 169/14 184/7 190/3 190/4 192/19
206/7
sheet [11]  25/19 43/8 61/13 66/5 66/13 72/1
76/17 82/23 153/25 154/2 155/23
sheets [2]  99/2 100/10
shield [14]  130/20 130/21 131/5 131/13
131/14 131/18 136/7 142/2 151/18 153/7
157/11 162/25 176/17 203/7
shields [2]  151/22 166/3
shining [1]  155/24
shiny [5]  21/21 22/6 23/3 32/9 93/16
shipped [1]  210/18
shit [2]  79/13 79/16
shop [1]  133/13
shortly [2]  87/11 173/1
shot [1]  34/24
shots [1]  34/11
should [8]  42/25 72/17 117/21 125/6 167/1
171/25 206/8 210/11
shouldn't [6]  3/7 5/6 5/8 42/24 148/10
196/17
show [27]  3/13 8/9 12/11 32/20 35/6 53/22
56/15 61/12 63/2 63/22 64/3 64/5 64/8 70/13
84/14 87/17 87/22 158/7 203/17 210/15
211/2 212/16 212/25 214/8 214/19 215/6
215/18
showed [1]  103/2
showing [3]  2/20 3/4 5/3
shown [1]  88/5
shows [1]  78/18
shuffled [2]  112/16 112/16
sibling [1]  122/22
siblings [3]  117/10 143/24 165/22
sic [6]  13/7 15/10 58/14 133/8 133/11 185/3
sick [4]  188/12 193/1 194/13 202/19
side [9]  34/10 64/2 65/1 70/3 81/19 137/7
155/6 198/6 203/25
sign [1]  177/7
signed [5]  68/1 68/4 76/24 177/9 177/14
signet [1]  21/24
significance [4]  15/13 148/5 165/25 204/3
significant [6]  2/25 88/17 100/25 127/18
191/5 205/14
signify [1]  145/15
silhouette [1]  42/4
silk [2]  14/15 42/2
silver [25]  5/8 14/3 14/25 19/22 21/18 23/3
23/3 23/5 25/25 28/15 40/5 42/3 42/5 42/14
42/22 50/2 56/7 93/16 94/22 99/23 155/19
155/20 155/22 199/25 214/16

**S**

silverware [1]  56/8
similar [1]  204/9
simply [2]  89/21 107/15
since [7]  5/22 16/7 79/12 128/5 131/8 141/15
  158/15
sincerely [1]  219/22
singing [1]  149/22
single [6]  14/20 14/25 20/8 32/3 41/10 93/22
sir [8]  14/8 20/15 43/12 88/16 92/1 102/22
  107/14 159/4
sister [8]  123/25 124/5 147/10 152/5 161/23
  163/15 180/1 197/1
sister's [1]  79/21
sisters [2]  110/18 116/14
sit [1]  191/12
site [1]  53/24
sites [1]  132/19
situation [14]  3/17 82/6 122/2 129/19 129/21
  134/8 134/11 161/11 163/24 170/20 171/2
  179/5 194/11 195/5
situations [1]  171/19
six [4]  35/23 35/24 100/15 108/3
Sixteen [1]  45/12
Sixth [1]  110/11
sizes [1]  20/11
skip [1]  99/8
skipping [1]  99/8
slate [1]  193/5
sleep [1]  180/10
Slept [1]  90/16
slider [4]  19/16 19/18 19/19 20/12
small [7]  23/23 25/9 135/20 168/7 202/15
  202/16 210/2
smart [2]  147/13 166/18
SMR [2]  23/24 24/2
so-and-so [1]  141/1
Social [3]  36/3 72/1 72/24
sold [5]  77/12 165/18 165/19 170/24 172/16
solicit [1]  80/11
solidify [1]  82/19
solve [1]  151/23
somebody [11]  47/23 54/17 86/22 90/14 92/6
  102/14 107/2 119/15 152/9 157/12 170/6
someone [8]  111/22 114/13 117/21 125/18
  125/23 132/11 157/13 177/7
someone's [1]  156/15
someplace [2]  31/19 36/20
something [50]  42/23 42/24 43/1 43/15 58/1
  94/4 94/7 98/18 103/10 104/19 113/1 113/2
  113/7 115/11 117/19 117/21 119/11 119/16
  122/1 123/3 125/18 125/21 127/3 131/6
  133/9 133/11 138/13 141/2 142/9 142/9
  145/4 147/7 147/14 151/23 154/7 154/11
  162/20 164/14 174/23 177/13 180/16 180/17
  183/12 187/8 190/18 193/7 194/3 195/13
  207/11 210/5
sometime [2]  51/13 160/15
sometimes [25]  113/4 120/20 121/25 121/25
  123/16 138/11 141/18 141/19 142/1 156/13
  156/13 156/14 162/17 162/17 162/19 162/21
  164/19 165/4 165/5 165/6 169/21 171/21
  171/22 171/22 209/1
somewhat [1]  131/7
somewhere [2]  87/12 134/21
son [1]  3/2
sorry [33]  7/24 16/22 17/14 18/12 22/18
  22/24 26/18 29/9 29/24 30/13 39/21 40/15
  41/15 41/15 42/20 56/2 59/21 60/1 64/14

67/5 75/11 101/23 102/6 104/24 118/21
  124/15 179/23 184/7 188/12 196/7 197/3
  208/5 211/11
sort [6]  4/25 5/5 10/18 88/15 103/12 108/5
sorts [1]  3/20
sound [1]  103/6
sounded [1]  172/18
sounds [2]  104/23 108/2
South [1]  1/21
SOUTHERN [1]  1/1
Southwest [3]  71/20 71/22 72/3
speak [8]  80/10 92/7 109/7 115/13 137/4
  156/22 192/7 192/9
speaking [3]  118/20 149/1 196/20
speaks [1]  82/8
special [8]  6/3 6/15 6/17 53/16 125/6 125/7
  147/7 166/16
specific [9]  91/9 102/17 103/11 106/24
  158/20 170/20 217/9 217/13 217/23
specifically [4]  17/22 58/3 143/23 157/18
specification [1]  131/24
specifics [1]  17/23
specify [1]  157/23
speculation [1]  106/8
speed [1]  62/4
spell [2]  6/9 109/9
spend [3]  119/7 132/14 182/14
spending [2]  3/23 3/24
spent [2]  117/24 134/3
spirit [3]  180/22 181/11 181/12
spirits [5]  118/5 118/8 143/8 151/16 152/21
spiritual [5]  125/22 142/23 143/2 143/3
  143/9
splitting [1]  219/7
spoke [8]  115/12 120/16 135/7 139/15
  149/16 151/3 185/12 213/4
spoken [4]  79/24 185/3 192/22 219/14
spoon [1]  29/2
spread [1]  79/15
spreading [1]  80/14
spreadsheet [4]  127/10 154/13 157/5 203/21
spreadsheets [1]  159/7
Springfield [2]  158/1 169/5
square [1]  30/5
SR065 [1]  203/19
SR093 [1]  212/17
SR094 [1]  212/17
St [1]  13/7
St. [1]  58/14
St. Mortese [1]  58/14
stack [3]  130/22 219/11 219/12
stacked [1]  112/17
stainless [8]  18/1 18/4 21/17 21/19 39/22
  58/5 100/15 103/24
stamped [5]  20/1 20/10 21/19 32/7
stand [6]  22/23 44/9 47/7 48/4 77/20 97/14
stand-alone [4]  22/23 47/7 48/4 77/20
standing [1]  148/14
stapled [1]  17/8
star [4]  28/15 29/17 40/6 99/24
start [18]  9/12 9/17 12/24 28/7 38/22 62/24
  63/18 86/1 111/3 118/19 120/23 172/11
  174/22 193/24 195/20 195/24 206/8 217/3
started [27]  112/15 112/19 118/13 112
  119/10 119/11 120/12 121/18 123/13 143/12
  150/14 150/17 155/7 164/8 169/24 172/19
  176/6 176/21 193/16 194/2 194/5 195/10
  195/15 195/23 196/3 197/4 197/10
starting [3]  38/21 52/11 178/9
state [8]  71/14 81/12 81/14 81/25 83/6

139/21 139/23 217/5
statement [3]  4/20 84/7 218/1
statements [4]  10/18 218/4 218/19 219/17
states [14]  1/1 1/3 1/13 1/17 6/3 6/15 6/18
  81/12 91/24 109/1 188/23 195/9 212/14
  216/21
stationery [1]  73/12
status [1]  194/16
stay [10]  143/17 163/22 188/2 188/25 189/13
  189/17 195/7 195/12 202/20 216/6
stayed [3]  10/20 139/11 189/15
staying [4]  110/6 110/9 110/10 182/25
stays [1]  144/5
steel [8]  18/1 18/4 21/17 21/19 39/22 58/5
  100/15 103/24
Stefin [4]  1/16 2/19 3/9 62/5
Stefin's [2]  219/6 219/10
stem [1]  19/3
step [1]  156/7
Stephen [4]  1/23 222/16 222/22 222/23
steps [1]  156/7
sterling [16]  14/3 14/24 21/18 23/2 23/3 23/5
  28/15 40/5 42/3 42/4 42/14 42/22 93/15
  99/23 176/14 214/16
stick [9]  29/2 29/4 29/6 29/7 29/14 29/18
  29/22 30/6 93/5
still [35]  8/3 42/19 53/4 61/25 79/18 97/14
  97/25 103/7 103/8 118/16 118/23 122/14
  122/15 124/25 142/20 143/18 160/23 166/5
  166/7 170/17 170/19 175/5 176/22 179/15
  192/13 192/19 194/17 195/15 195/18 195/25
  199/1 199/23 200/12 201/22 217/5
stinks [1]  147/22
stipulate [1]  215/17
stipulated [1]  56/23
Stirling [6]  71/19 71/19 71/22 71/25 72/3
  72/13
stock [5]  133/25 134/4 134/4 150/13 195/10
stockbroker [1]  146/5
stocks [3]  150/14 150/17 150/19
stone [6]  19/9 19/22 23/25 26/1 59/6 99/7
stones [12]  26/1 94/18 94/19 94/24 95/3
  95/10 95/17 95/23 96/2 96/7 96/13 101/24
stop [20]  101/14 107/17 153/2 163/8 163/13
  163/16 164/15 164/15 164/20 164/21 164/23
  165/3 166/8 168/5 168/23 178/17 178/22
  179/1 199/9 199/10
stopped [5]  164/17 178/18 178/20 179/10
  207/8
storage [9]  72/19 73/16 73/25 74/3 74/8 75/6
  75/10 75/12 75/20
store [3]  5/4 77/12 135/14
stove [1]  148/14
strand [3]  28/16 100/3 210/16
strange [4]  131/4 135/1 135/2 178/9
strap [1]  39/23
street [11]  1/24 110/8 111/13 111/16 111/18
  111/19 119/2 136/17 137/15 153/17 177/8
stressful [3]  141/7 165/17 168/7
stricken [2]  159/14 159/25
strong [5]  142/22 142/23 151/16 151/18
  167/7
stronger [3]  151/17 151/18 153/7
struggling [2]  161/20 161/22
stud [8]  14/22 14/22 19/5 19/8 24/21 24/22
  27/17 58/25
student [1]  161/21
stuff [8]  123/24 135/19 148/15 155/9 184/8
  188/18 199/10 199/22
style [13]  14/23 17/18 18/14 20/5 20/7 30/24

**S**

style... [7]  32/5 40/2 41/20 57/22 94/16 95/16 95/22
styles [1]  113/11
subject [4]  36/2 36/5 62/18 160/20
subjects [1]  140/25
submariner [2]  18/1 58/5
substitute [1]  60/17
successful [3]  80/4 80/5 138/23
such [8]  15/11 36/2 55/8 84/23 184/2 184/2 202/10 219/17
sudden [3]  130/9 179/18 194/6
suffice [1]  61/3
sufficient [1]  13/14
suggest [1]  218/19
suggested [2]  62/5 110/3
suicidal [3]  161/16 161/17 161/25
suite [3]  1/21 47/17 111/15
Suites [2]  66/6 67/13
sum [5]  74/18 129/14 129/15 162/6 162/7
summarize [3]  141/23 159/7 159/8
summary [2]  83/14 83/18
Summers [5]  84/2 84/6 84/8 84/11 84/13
summertime [1]  182/5
summing [1]  152/23
sums [1]  161/10
sun [1]  10/11
Sunbiz [2]  71/9 71/11
Sunday [1]  202/17
sunglasses [1]  50/12
Sunrise [1]  198/12
supposed [11]  4/15 119/3 119/4 127/15 148/19 148/20 173/16 184/15 196/6 200/9 203/11
supposedly [2]  141/13 146/19
sure [36]  6/10 8/16 9/16 10/15 13/2 13/20 38/23 38/24 81/23 82/9 86/17 87/6 92/6 94/22 95/9 98/4 103/21 105/13 106/1 106/17 107/19 108/12 110/4 110/12 110/23 111/6 146/24 150/21 163/6 167/9 171/24 174/24 177/22 180/21 203/23 219/24
Surely [2]  103/22 183/23
surreal [1]  135/15
surrounded [2]  18/15 20/4
surrounding [1]  118/9
suspended [1]  19/12
sustained [6]  63/11 63/12 86/12 175/11 178/13 205/6
SUV [1]  37/12
sworn [2]  6/6 109/5
Sylvia [10]  2/15 109/1 109/5 109/10 152/5 168/6 194/21 198/7 215/21 221/6
symbol [2]  42/2 135/8
sympathetic [2]  180/8 188/16
symptoms [1]  186/11
system [1]  9/19
systematic [1]  9/18
systematically [1]  12/10

**T**

table [4]  112/20 112/23 154/1 155/6
take [45]  9/22 14/9 17/5 36/14 36/18 38/17 44/25 50/25 51/2 51/17 51/18 52/17 53/10 56/6 60/5 79/20 96/20 102/23 102/24 130/21 138/21 146/2 146/10 148/15 149/14 149/21 150/9 150/14 156/7 158/22 158/24 159/25 160/16 179/17 179/19 179/21 180/16 199/12 200/10 200/16 206/23 210/10 213/5 214/9 216/6
taken [14]  11/17 33/1 35/8 43/16 52/3 53/24 80/6 87/17 97/6 147/3 147/5 150/4 160/4 220/12
takes [1]  156/7
taking [11]  7/21 51/12 52/11 90/13 91/21 146/7 167/6 167/10 192/15 192/16 204/10
talk [39]  51/23 87/10 93/3 97/4 103/11 105/20 114/22 114/25 120/7 123/22 126/4 126/15 139/2 141/6 143/15 153/4 155/15 158/23 163/2 163/5 163/6 163/17 163/18 163/20 166/24 167/15 174/25 181/15 182/12 183/7 184/25 185/7 195/14 195/19 196/11 200/7 213/6 216/19 219/9
talked [26]  53/19 67/21 93/4 94/10 94/16 94/22 95/5 95/13 98/12 103/12 103/17 141/11 143/7 143/10 155/5 163/1 179/12 179/13 181/17 181/23 181/23 185/24 185/24 186/17 193/4 194/24
talking [32]  4/3 4/4 37/21 37/22 49/25 87/18 117/8 118/3 119/10 121/1 123/15 123/22 124/3 126/24 127/21 128/24 128/24 128/25 130/15 142/6 143/12 144/18 149/18 151/4 151/6 153/2 161/8 166/12 167/17 175/1 195/18 206/5
tank [1]  195/10
tape [1]  217/15
taped [1]  137/3
tapestry [1]  100/16
tarnished [2]  214/14 214/16
tarot [8]  110/22 112/2 112/21 112/25 113/3 113/11 114/8 115/10
tax [3]  71/18 150/3 150/15
taxes [2]  150/5 150/16
taxi [1]  137/15
taxwise [1]  150/4
TD [1]  64/1
tea [1]  160/10
teach [1]  126/6
team [3]  47/23 91/6 219/13
teams [1]  9/21
technology [1]  150/18
telephone [4]  66/8 81/23 83/1 120/5
tell [65]  6/8 9/10 13/18 33/16 34/8 34/19 44/1 44/2 56/6 89/7 89/18 90/7 91/17 91/20 92/10 102/14 103/20 109/9 110/22 113/13 115/19 116/20 116/25 123/24 129/21 131/17 132/13 132/19 135/12 138/13 140/13 141/9 141/17 142/7 142/16 146/24 148/5 149/11 152/6 152/8 152/15 153/18 153/23 155/25 161/19 161/24 162/15 164/24 164/25 166/12 167/21 171/9 175/16 180/5 181/22 182/12 183/13 183/13 186/10 190/3 190/12 196/21 206/13 206/16 207/9
telling [7]  82/1 116/17 117/19 152/17 161/13 176/7 190/22
tells [1]  121/20
temporarily [4]  126/19 128/1 128/17 145/4
temporary [7]  126/21 126/25 127/23 128/14 128/21 149/13 168/6
tend [1]  160/9
tended [1]  138/20
terminate [2]  173/23 173/23
terms [1]  217/19
terrible [3]  188/10 188/11 188/11
Testament [1]  74/14
testified [2]  103/12 108/6
testify [2]  2/16 93/2
testimonial [1]  159/11
testimony [8]  4/13 51/24 96/25 105/12 152/23 216/15 221/3 221/6

Thank [27]  5/25 7/25 16/23 36/6 51/21 52/2 53/13 85/22 89/3 92/13 96/18 96/22 97/5 97/23 98/3 102/19 108/20 108/23 108/24 109/11 159/2 160/1 160/2 216/11 216/17 220/1 220/6
Thanksgiving [3]  120/9 120/14 120/14
that's [120]
the -- I [1]  204/18
the 11th [2]  201/5 201/11
the 18th [1]  180/2
the 5th [1]  192/11
the 8th [3]  120/10 172/16 178/21
theme [1]  150/5
there's [40]  2/20 5/6 16/7 16/8 18/12 36/23 37/2 38/16 41/14 41/15 42/19 54/1 59/3 59/4 62/9 66/7 71/24 72/12 74/21 77/16 84/8 84/12 86/17 88/10 88/23 89/2 91/3 99/19 101/15 110/7 117/3 117/20 117/21 124/3 124/17 125/21 135/17 173/22 193/5 211/15
therefore [1]  128/7
thereof [1]  193/23
they'll [3]  123/16 135/10 174/25
they're [11]  15/11 15/11 66/23 94/21 133/17 137/1 138/12 188/11 212/1 214/14 218/4
they've [1]  43/24
thieves [1]  80/12
thing [14]  4/9 9/15 10/17 10/18 98/5 149/9 160/9 162/5 162/6 162/7 162/24 188/1 193/12 195/2
things [56]  4/24 9/25 38/18 39/2 39/3 61/14 72/24 88/15 99/20 101/24 113/14 113/17 116/21 116/22 116/22 117/1 117/2 122/25 130/23 130/24 139/18 139/19 141/5 141/20 142/10 142/24 144/2 144/3 151/8 151/25 152/11 155/20 157/14 161/13 164/2 166/22 177/12 177/18 177/24 178/7 180/14 183/8 183/10 184/6 184/13 186/8 188/10 191/3 191/23 193/5 195/13 199/8 200/9 200/10 207/4 210/9
think [76]
thinking [11]  82/10 82/16 119/11 124/16 125/23 164/3 164/7 164/7 169/24 191/20 191/21
thinks [1]  119/20
third [2]  17/12 17/13
Thirteen [1]  46/12
Thirty [5]  99/10 99/22 99/23 100/3 100/15
Thirty-four [1]  100/3
Thirty-one [1]  99/10
Thirty-six [1]  100/15
Thirty-three [2]  99/22 99/23
those [64]  4/17 6/24 8/2 8/16 8/19 12/7 12/7 15/10 15/19 15/23 24/3 26/17 27/7 29/24 30/9 35/10 35/14 36/18 36/20 38/13 39/9 40/17 43/21 45/8 47/1 49/5 50/3 56/3 57/7 66/1 68/5 74/25 77/19 91/11 91/16 98/21 99/12 104/24 104/25 105/4 105/6 105/10 133/4 136/3 142/20 151/7 152/9 153/9 154/1 157/14 158/10 158/14 159/14 163/9 168/10 172/1 177/1 185/7 202/1 204/7 208/12 211/22 217/20 218/19
though [6]  40/24 100/23 111/16 117/14 121/13 170/21
thought [55]  82/13 114/2 115/19 117/17 117/19 119/15 119/19 122/11 122/12 122/24 123/1 124/7 124/14 124/22 124/24 125/9 125/20 125/22 125/23 127/20 128/14 129/3 131/7 131/8 135/2 135/18 139/23 142/8 142/13 143/8 147/10 147/11 147/13 148/15 161/16 166/5 166/20 170/2 170/3 170/5

# T

thought... [15]  174/8 174/21 179/6 180/11
186/13 186/20 187/25 189/2 190/2 190/11
192/13 192/15 192/18 193/4 211/11
thousand [3]  130/10 134/22 154/16
thousands [4]  4/7 177/11 209/18 209/18
three [32]  11/6 12/4 19/9 21/19 29/3 29/11
30/3 46/2 47/3 48/22 49/15 50/18 57/12 59/6
65/2 65/2 92/24 95/24 96/7 96/12 99/22
99/23 101/8 104/25 106/15 106/17 112/17
112/18 113/19 130/4 130/9 212/20
three-butterfly [1]  96/7
three-ring [1]  29/11
three-row [1]  96/12
three-stone [2]  19/9 59/6
through [35]  4/25 5/2 9/21 14/12 36/13
38/22 43/20 44/2 51/16 53/16 53/21 57/6
63/3 63/3 70/17 75/8 79/18 79/19 80/13
100/18 101/21 102/10 102/12 105/5 105/11
130/1 137/6 157/22 161/7 167/8 167/15
186/21 188/16 210/12 210/14
throughout [2]  10/18 159/9
Thursday [2]  182/2 182/3
ticket [1]  137/5
tie [1]  30/7
Tiffany [14]  14/3 14/6 14/25 18/25 20/1
20/10 39/16 40/6 41/19 42/4 42/15 42/16
42/16 42/21
tightly [1]  136/25
timeframe [1]  137/21
times [20]  11/18 119/10 120/18 142/2 144/24
151/6 157/5 164/16 166/10 168/10 169/23
185/11 185/12 185/14 204/21 204/22 206/18
206/22 208/3 219/1
Timex [2]  145/14 148/24
timing [1]  177/22
today [7]  2/10 2/15 7/7 12/3 15/7 112/4
191/12
today's [2]  103/15 220/8
together [4]  52/14 82/15 153/15 204/7
told [108]
tomorrow [8]  216/1 216/2 216/4 216/10
216/14 216/16 217/1 220/11
ton [1]  117/9
tone [2]  20/2 30/6
too [15]  51/2 99/20 101/3 105/18 110/8
120/21 121/16 142/16 151/18 163/23 176/22
196/14 207/4 207/4 207/8
took [21]  11/16 35/11 55/9 89/21 90/11
102/20 102/20 102/21 103/7 107/15 125/9
128/18 135/20 136/16 137/15 141/20 146/1
150/5 150/6 153/16 162/12
top [9]  19/24 20/3 21/25 29/17 49/16 68/10
76/7 80/3 112/18
total [5]  77/13 184/17 184/19 191/8 207/17
totaled [1]  3/19
totally [1]  193/12
totals [1]  104/21
touch [4]  9/23 82/21 188/8 192/16
touching [1]  135/4
tough [3]  141/8 141/9 179/17
toward [1]  144/4
towards [1]  109/7
town [1]  217/4
traceable [1]  5/11
track [2]  11/16 159/8
Trade [3]  183/19 185/4 185/9
transaction [7]  76/2 77/5 77/23 159/10
172/20 204/2 204/14

transactions [2]  158/12 168/14 170/21 202/1
transcribed [1]  218/8
transcript [3]  1/11 219/6 222/18
transfer [13]  168/21 169/4 169/12 169/13
169/20 169/24 197/23 197/24 198/2 202/2
202/5 202/22 202/22
transferred [3]  153/13 168/9 172/8
transfers [7]  129/17 144/20 157/22 169/6
169/8 177/11 187/1
transmission [2]  81/7 81/11
travel [3]  177/5 182/2 208/25
treatment [2]  189/9 189/11
trend [1]  194/7
trepidation [1]  104/10
TRIAL [1]  1/11
tried [4]  184/8 186/22 188/15 188/19
trip [3]  109/23 109/24 111/8
trouble [1]  176/6
true [5]  79/23 101/8 113/15 182/11 183/22
trust [5]  60/21 68/1 68/3
trusted [2]  140/7 140/9
truth [1]  80/14
try [8]  88/24 96/25 109/6 187/2 191/23
195/12 198/20 216/23
trying [16]  79/7 142/8 151/23 152/3 165/17
166/10 170/23 186/24 187/11 195/16 195/16
197/20 198/21 203/5 203/6 209/4
tubes [1]  195/11
tunnel [2]  206/8 206/8
turkey [1]  136/25
turn [2]  145/16 148/25
turned [3]  142/25 219/2 219/19
turquoise [2]  23/3 23/5 214/16
TV [1]  138/12
Twenty [5]  35/23 35/24 93/18 99/6 99/13
Twenty-five [2]  99/6 99/13
Twenty-six [2]  35/23 35/24
twin [1]  122/9
two [53]  2/16 14/19 14/24 19/5 19/10 20/2
21/15 21/17 23/3 23/4 23/5 27/6 27/18 30/1
30/6 42/22 46/3 47/3 47/17 48/16 49/11 50/2
50/11 59/7 65/22 67/9 77/2 78/4 79/17 94/10
100/16 104/24 104/25 105/12 106/14 107/20
118/20 124/12 127/2 130/8 141/24 142/20
144/7 146/12 156/7 161/7 163/6 191/10
204/7 209/25 210/1 212/1 212/20
two-page [1]  78/4
two-row [1]  100/16
two-tone [2]  20/2 30/6
type [6]  10/15 54/25 72/2 90/23 132/22 137/1
types [2]  157/14 189/9

# U

U.S [4]  55/13 76/24 81/13 83/5
Uh [2]  174/5 194/25
Uh-huh [2]  174/5 194/25
UK [5]  73/9 73/20 74/6 75/2 75/15
unavailable [1]  187/9
unbelievable [1]  135/15
Uncle [1]  79/19
under [13]  53/4 89/21 97/14 101/4 108/5
109/21 157/7 160/23 162/9 171/17 189/22
198/10 208/15
underneath [1]  50/4
understand [5]  142/8 175/5 179/22 181/20
215/22
understanding [4]  56/23 148/21 169/9
188/15
understands [1]  184/7
understood [2]  194/10 194/10

unemployed [2]  77/9 77/24
unexpected [1]  81/24
unexplained [1]  2/20
unfortunately [3]  82/19 102/17 216/14
Union [4]  84/5 84/12 202/21 202/25
UNITED [13]  1/1 1/3 1/13 1/17 6/3 6/15 6/17
91/24 109/1 188/23 195/9 212/13 216/21
unkind [1]  142/4
unless [2]  159/19 162/10
unlikely [1]  217/2
until [9]  52/13 53/10 82/20 88/6 120/18
149/21 195/4 195/13 207/19
untoward [1]  142/4
upon [4]  5/12 15/14 47/20 208/9
upset [4]  124/6 129/19 190/8 190/13
upsetting [2]  150/23 183/12
upstairs [4]  111/23 155/1 180/18 183/6
urgency [2]  162/3 162/4
urgent [3]  78/4 78/14 162/3
urgently [1]  162/15
us [26]  6/8 6/9 52/24 56/7 80/4 82/17 89/7
91/17 91/20 92/10 102/14 103/2 103/20
109/9 109/9 111/23 111/23 122/3 123/24
135/12 142/16 147/16 147/17 158/10 163/22
166/12
used [21]  58/12 84/22 86/5 110/18 114/1
128/8 130/13 138/7 145/4 145/6 145/9
145/13 145/16 148/11 156/2 182/2 189/25
194/1 200/4 208/25 214/13
using [5]  138/16 148/10 157/14 197/11
201/25
Usually [2]  162/16 162/16
utensils [1]  56/3
utero [1]  122/22

# V

V-necklace [1]  25/10
V-o-n [1]  72/9
vacation [1]  82/12
validity [3]  124/22 124/24 125/24
valuable [9]  4/5 92/25 94/5 99/9 99/20
101/15 102/1 105/4 105/6
value [32]  3/20 57/4 57/7 57/16 57/24 58/7
58/15 59/1 59/8 77/1 92/17 92/21 93/9 93/13
93/17 94/12 94/17 94/20 94/25 95/11 95/18
96/3 96/8 96/14 100/23 103/15 105/9 105/25
111/5 134/4 176/19 184/19
valued [2]  87/20 87/21
vanity [2]  50/23 76/7
variety [7]  25/18 71/5 76/5 77/14 84/4 86/17
86/18
various [8]  6/25 20/11 61/9 66/15 75/24
76/18 186/21 188/14
varying [1]  10/15
vast [1]  157/21
vault [1]  11/18
vehicle [11]  37/2 37/3 37/8 37/9 72/2 125/5
125/25 126/3 126/12 128/6 200/6
vehicles [5]  36/15 36/18 36/24 37/15 84/24
velvet [1]  32/8
version [1]  69/14
versus [1]  68/15
very [102]
vets [1]  193/2
vicious [1]  164/19
victim [3]  5/5 5/6 218/18
victims [15]  3/6 3/6 4/10 4/14 5/4 218/5
218/7 218/15 218/20 218/20 218/21 218/22
218/22 219/11 219/14
victims' [4]  3/13 3/15 3/24 4/13

**V**

Victoria [8]  41/7 84/2 84/5 84/6 84/8 84/11
84/11 84/13
view [2]  54/12 180/24
views [1]  71/5
Virginia [6]  158/2 169/5 169/14 169/15
169/15 169/18
Visa [2]  80/21 80/25
visiting [3]  71/8 110/17 202/19
visually [1]  181/2
Vivian [3]  49/7 55/20 55/22
voided [1]  43/8
Volume [1]  1/10
Von [2]  71/1 72/6
VP [1]  177/20

**W**

wait [1]  118/18
waiting [1]  195/25
walk [4]  47/17 128/20 131/9 149/22
walk-in [1]  47/17
walked [4]  110/8 130/1 135/14 137/5
Walker [8]  73/12 73/14 73/21 74/9 74/11
74/17 75/17 76/18
wallets [1]  102/14
want [27]  3/8 14/11 17/23 36/13 43/9 60/18
60/25 61/4 88/5 110/11 111/6 114/21 124/6
139/24 148/13 154/11 164/20 164/21 164/23
168/1 171/23 176/5 209/13 209/13 209/14
209/17 215/18
wanted [22]  2/7 110/20 115/18 130/20
131/24 146/14 163/9 165/3 165/3 173/2
173/12 174/22 177/13 177/21 182/12 183/8
188/24 199/8 199/10 199/12 203/9 210/8
war [1]  82/10
warrant [27]  8/14 8/21 10/4 10/7 10/14 16/2
33/4 33/23 34/3 34/23 35/9 35/17 36/12
36/16 36/25 37/6 37/9 37/19 47/25 49/23
53/24 54/18 55/25 56/19 61/10 208/10
213/15
was -- I [2]  139/8 205/16
Washington [3]  24/1 212/12 212/14
wasn't [43]  10/11 55/18 113/7 114/15 117/5
129/22 130/5 130/10 130/11 130/11 136/5
137/16 137/16 145/14 150/8 163/18 164/13
166/4 166/7 171/16 172/24 174/7 175/3
175/4 175/19 178/6 178/6 180/24 180/24
181/3 183/25 185/25 185/25 187/24 188/17
191/20 194/10 195/6 195/8 195/11 196/14
196/17 220/2
watch [35]  13/8 13/21 14/2 17/18 18/2 18/5
21/10 21/11 21/17 21/19 39/16 39/23 39/23
39/24 42/13 50/6 50/9 50/22 57/22 58/5
58/14 100/16 103/17 103/23 103/24 104/1
145/13 145/13 145/14 145/14 145/15 145/16
145/20 148/4 148/24
watches [2]  3/20 4/4
water [1]  160/10
waterway [4]  33/8 34/10 34/16 108/14
We -- I [1]  155/1
we'll [14]  51/20 60/24 96/21 97/5 110/4
159/1 160/2 165/5 210/14 216/2 216/4
216/10 220/7 220/10
we're [32]  4/3 4/4 5/25 9/19 21/3 38/21 39/7
50/15 52/7 75/21 76/10 87/11 91/15 97/9
121/3 126/16 143/17 143/18 158/3 160/7
160/13 165/13 167/13 173/8 197/11 206/25
215/22 216/4 216/7 216/23 219/3 219/15
we've [10]  2/24 4/21 15/7 15/16 32/23 53/16

67/9 76/10 161/7 219/2
wealth [1]  2/20
wealthy [4]  138/8 138/20 184/10 184/10
weapons [1]  9/17
wear [1]  208/23
website [4]  71/9 71/10 71/13 81/14
websites [1]  71/8
wedding [3]  29/12 103/8 147/20
week [8]  82/12 115/12 118/2 120/11 120/12
139/16 151/6 174/23
weekend [1]  109/25
weekends [1]  182/3
weekly [1]  151/5
weeks [4]  127/16 203/1 203/13 209/12
weighing [3]  93/17 99/16 100/13
weird [1]  117/20
Weiselberg [1]  1/20
welcome [6]  5/19 53/7 97/19 161/1 188/25
216/18
well [81]
went [37]  3/13 47/22 53/21 101/20 102/12
110/15 110/23 110/24 110/25 110/25 111/12
111/23 112/18 122/14 123/13 134/1 137/6
137/24 139/8 143/6 145/12 153/13 155/1
155/5 172/9 173/8 177/22 180/22 185/19
185/21 186/12 190/7 190/8 190/15 195/10
201/13 207/19
weren't [13]  105/13 106/20 110/8 114/5
116/22 145/3 163/19 170/22 179/6 179/7
191/21 193/2 200/13
West [12]  1/7 1/24 110/7 111/12 111/16
111/18 111/19 119/2 136/17 137/15 153/17
177/8
western [5]  21/18 202/21 202/25 212/11
212/14
what'd [3]  180/15 183/7 199/17
what's [78]
what-have-you [1]  188/20
whatever [6]  103/13 120/13 137/21 177/16
201/10 201/24
when's [4]  120/7 156/25 165/12 201/3
where [125]
Where'd [1]  133/21
whether [10]  5/11 89/1 90/7 102/14 129/14
166/8 166/9 218/8 218/15 218/22
while [14]  8/3 21/1 66/21 82/15 115/4 132/16
158/3 162/12 163/7 183/11 185/23 192/23
193/5 205/20
white [53]  4/23 15/5 19/4 19/8 19/23 21/15
22/6 23/4 23/4 23/6 26/15 27/17 28/17 29/7
29/14 30/24 39/25 40/4 40/7 40/13 41/9
41/18 42/1 59/5 66/5 68/15 68/15 68/16
68/16 68/23 68/23 70/22 73/2 73/6 73/19
75/1 75/14 78/3 93/11 95/2 95/6 95/9 95/9
95/16 95/21 96/1 96/6 96/11 98/14 100/12
155/23 214/12 214/13
who's [4]  114/13 125/11 169/2 218/17
whoa [4]  122/24 135/18 137/18 175/1
whole [4]  62/6 89/12 191/23 210/10
whom [1]  81/15
whose [4]  7/3 7/5 83/16 83/20
why [59]  11/14 15/12 43/2 47/15 96/16
106/21 111/3 113/23 114/2 117/16 119/7
120/1 121/7 125/20 128/13 129/6 130/16
142/10 142/14 144/22 145/6 146/16 151/13
152/6 157/8 158/22 159/24 162/15 163/4
167/5 169/12 169/14 169/17 172/4 175/3
175/5 178/22 179/1 179/1 179/19 182/9
182/20 186/3 187/2 187/14 187/20 190/13
190/19 191/21 194/19 198/18 199/4 199/7

202/10 205/10 205/12 205/23 208/1 208/20
why'd [1]  115/23
wide [2]  41/25 57/12
willing [2]  128/16 191/23
window [1]  155/24
wine [1]  27/22
wire [22]  26/16 129/17 144/20 153/13 157/22
168/9 168/21 169/4 169/6 169/8 169/12
169/13 177/11 187/1 197/23 197/24 198/2
198/6 202/5 202/22 203/24 204/1
wire-transfer [7]  168/21 169/4 197/23
197/24 198/2 202/5 202/22
wire-transferred [2]  153/13 168/9
wire-transfers [7]  129/17 144/20 157/22
169/6 169/8 177/11 187/1
wise [1]  209/4
withdraw [2]  89/9 89/11
withdrawal [1]  202/2
withdrawn [1]  89/5
within [5]  47/17 89/22 207/10 218/12 219/20
without [16]  8/25 9/1 56/25 60/14 62/1 62/18
64/19 100/18 160/14 160/20 161/4 173/24
183/9 187/25 205/17 213/23
witness [12]  2/15 6/1 6/6 7/11 51/15 87/14
108/25 109/5 112/7 152/24 160/21 160/21
215/16 215/21 217/12
witnessed [1]  80/1
witnesses [4]  217/4 217/5 218/16 219/1
Wolfe [8]  69/20 76/1 76/5 76/12 83/13 83/17
83/17 83/21
Wolofsky [2]  66/19 67/22
woman [3]  110/18 112/5 190/15
woman's [1]  90/21
women [1]  194/1
women's [1]  105/13
wonder [5]  117/20 190/2 190/5 192/18 193/4
wonderful [1]  171/1
wondering [1]  51/14
words [2]  114/15 219/6
wore [1]  209/9
work [112]
work's [2]  184/4 192/16
work-wise [1]  209/4
worked [10]  120/18 138/9 138/14 138/18
138/19 140/1 145/2 167/24 174/10 186/19
working [19]  79/10 130/19 139/3 139/6
141/8 167/25 179/15 181/25 182/1 182/1
186/1 193/25 194/5 196/8 196/14 200/12
200/13 206/3 209/5
workinghard [1]  69/8
workinghard02 [1]  69/4
world [7]  151/20 151/21 183/19 185/4 185/9
192/13 208/25
worn [1]  210/8
worried [5]  149/5 149/8 150/2 180/24 193/1
worries [2]  193/9 193/10
worrisome [1]  123/2
worry [3]  162/11 175/21 193/14
worrying [1]  150/19
worse [2]  79/20 156/20
worth [34]  4/6 88/17 98/10 98/16 98/17
98/18 98/20 99/12 99/17 99/25 100/5 100/20
101/1 101/8 103/15 103/18 104/4 104/12
104/22 105/5 105/22 106/5 106/5 106/6
106/14 106/15 106/16 128/16 134/22 136/10
139/1 140/10 141/14 209/18
wouldn't [2]  124/7 147/4
woven [2]  28/17 100/12
wrapped [3]  136/25 137/2 209/21
wreck [1]  149/8

**W**

wrist [1]  50/9
writing [1]  64/1
written [7]  67/19 75/16 78/13 107/2 141/22
 218/23 218/23
wrong [3]  124/16 195/3 195/5

**Y**

Yacht [1]  39/22
Yacht-Master [1]  39/22
yahoo.com [2]  69/4 69/4
yard [1]  41/20
yard-style [1]  41/20
yeah [6]  22/18 59/12 104/8 108/5 133/11
 147/23
year [16]  2/23 10/11 79/11 83/14 83/15 83/18
 105/24 105/24 172/12 173/1 173/16 175/25
 177/23 178/10 195/9 202/1
year-end [2]  83/14 83/18
years [23]  6/19 106/14 119/16 128/22 130/6
 130/8 130/8 130/9 133/23 137/20 138/6
 152/13 174/11 191/10 192/7 192/9 193/13
 194/2 198/25 206/25 207/18 210/1 212/7
yellow [102]
yes [339]
yesterday [7]  5/22 56/6 63/7 63/11 70/16
 217/18 220/2
yet [12]  10/11 62/24 80/18 88/4 88/24 147/17
 154/7 176/21 178/6 187/2 207/9 209/5
York [28]  109/23 109/25 110/1 110/5 111/8
 118/15 126/7 126/10 128/3 128/5 129/18
 136/6 136/15 137/13 144/9 149/17 149/18
 151/12 153/16 169/17 177/6 179/14 186/16
 187/12 187/16 187/16 187/18 187/24
you'll [2]  135/10 138/11
you're [52]  29/9 38/24 42/7 53/4 72/23 94/13
 97/14 101/20 108/9 110/1 111/8 113/5
 113/18 113/21 114/7 116/17 117/14 121/1
 126/12 130/15 138/16 140/22 144/1 144/1
 144/15 144/15 149/11 152/6 160/23 161/9
 161/9 165/5 165/7 166/12 166/14 166/15
 166/16 166/18 166/18 166/19 168/1 169/15
 169/18 170/4 187/9 189/18 191/16 193/18
 198/9 199/1 216/13 216/18
you've [25]  11/10 12/2 16/10 18/19 57/20
 58/2 113/18 114/10 119/14 124/25 158/14
 166/25 166/25 177/10 178/10 183/22 184/11
 185/17 191/13 200/25 202/11 208/12 213/9
 219/15 219/19
young [10]  113/22 116/15 121/10 121/14
 121/15 122/5 123/19 138/7 155/4 194/1
yours [3]  211/7 213/14 214/4
yourself [4]  110/22 116/20 130/3 139/22

**Z**

Zirconia [1]  93/16
zirconias [2]  93/20 94/7