```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                       Case No. 11-80072-CR-MARRA
 3
     UNITED STATES OF AMERICA,     )
 4                                 )
          GOVERNMENT,              )
 5                                 )
          -v-                      )
 6                                 )
     ROSE MARKS,                   )
 7                                 )
          DEFENDANT.               )    West Palm Beach, Florida
 8                                 )    August 30, 2013
     _____)
 9

10                    Volume 5, Pages 1 - 256

11             TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12          BEFORE THE HONORABLE KENNETH A. MARRA

13                UNITED STATES DISTRICT JUDGE

14

15   Appearances:

16   FOR THE GOVERNMENT          Laurence M. Bardfeld, AUSA, and
                                 Roger H. Stefin, AUSA
17                               United States Attorney's Office
                                 500 East Broward Boulevard
18                               7th Floor
                                 Fort Lauderdale, FL 33301
19
     FOR THE DEFENDANT           Fred A. Schwartz, ESQ.
20                               Kopelowitz, Ostrow, Ferguson
                                 Weiselberg, Keechl
21                               700 South Federal Highway,
                                 Suite 200
22                               Boca Raton, FL 33432

23   Reporter                    Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768               Official Court Reporter
24                               701 Clematis Street
                                 West Palm Beach, Florida  33401
25                               E-mail:  SFranklinUSDC@aol.com
```

```
 1            (Call to the order of the Court.)

 2            THE COURT:  Good morning, everyone.  Please be

 3    seated.

 4            We're back on the record.  Defendant's present with

 5    counsel.

 6            Are we ready to proceed?

 7            MR. BARDFELD:  Yes, we are, Your Honor.

 8            MR. SCHWARTZ:  We are, Your Honor.  I just want to

 9    report to you that Mr. Stefin and I went through that

10    transcript of the -- I believe we've worked everything out

11    without a need for you to intervene.

12            THE COURT:  Okay.  Great.  Thank you.

13            So the redactions are being made to the video?

14            MR. STEFIN:  There really aren't any.

15            MR. SCHWARTZ:  There's just one section where I'm

16    objecting regarding failure to turn over nonexistent reports

17    that may have to be not played, but that can be done by just

18    turning off the volume, I think.

19            THE COURT:  All right.  So otherwise, are we ready?

20            MR. STEFIN:  I think so.

21            THE COURT:  Can we bring the jury in?

22            MR. BARDFELD:  Yes, Your Honor.

23            MR. SCHWARTZ:  Yes, Your Honor.

24            THE COURT:  Is our witness here?

25            Ma'am, you're still under oath.  Thank you.
```

```
 1        (The jury enters the courtroom, after which the following

 2   proceedings were had:)

 3             THE COURT:  Good morning, everyone.  Please be

 4   seated, ladies and gentlemen.  Welcome back.

 5             Before we begin, has anyone read or heard anything

 6   about the case or done any investigation since we were last

 7   together?  No.  Great.

 8             Mr. Bardfeld, you may continue.

 9        Sylvia Roma, Government witness, resumed the stand.

10                  Direct Examination (Cont.'d)

11   BY MR. BARDFELD:

12   Q    Good morning.

13   A    Good morning.

14   Q    Ms. Roma, you testified for a while yesterday, and

15   during your relationship with Joyce Michael, did you ever

16   send her gift cards?

17   A    Yes.

18   Q    And what were the circumstances under which you sent her

19   gift cards?

20   A    I believe it was in December of 2010, and she called me

21   and said that she needed me to go to The Galleria in Houston

22   to Neiman's and Saks and some other store to get gift cards,

23   and I told her that I -- Nordstrom, I think.  And I told her

24   that I believed I had closed up those accounts or that they

25   were no longer active because I just hadn't used them in a
```

1    long time, but that I would call and see what I could do.  So

2    I asked her what she needed them for, and she said because

3    the gift cards will give her additional energy.  This was

4    around Christmas, I think it was.  And I said, okay.

5              So I called and called those stores, but my

6    accounts had been closed because they had been inactive for

7    quite a while.  So she asked me to get gift cards that are

8    like a Visa card or a bank card that you could go to the

9    grocery store.  I had never done that, so I was unfamiliar

10   with it.

11             So I went to my local grocery store and purchased

12   six $500 gift cards and mailed them to her.

13   Q    Okay.  And where did you mail them, do you recall?

14   A    To the -- her office on Federal Highway.

15   Q    Okay.  And that would be in Fort Lauderdale, Florida?

16   A    Yes.

17   Q    Was it your understanding that those gift cards would be

18   returned?

19   A    Yes.

20   Q    You've also testified previously that you've had the

21   opportunity to go through a number of jewelry items that were

22   seized by the Secret Service at the search warrant, and you

23   were able to identify various pieces of your jewelry that

24   were seized; is that correct?

25   A    Yes.

```
 1              MR. BARDFELD:  May I approach, Your Honor?

 2              THE COURT:  Yes.

 3  BY MR. BARDFELD:

 4  Q    I show you now what's been marked as composite

 5  exhibit 107B for identification.  Can you take a look at

 6  those pictures.  Can you identify those photographs?

 7  A    Yes, they were all pieces of jewelry that were mine.

 8  Q    Can you speak up a little?

 9  A    They were all pieces of jewelry that were mine.

10  Q    And that's jewelry that you sent to Joyce Michaels?

11  A    Yes.

12              MR. BARDFELD:  I move for the admission of

13  Government's composite 107B into evidence.

14              MR. SCHWARTZ:  These are pictures of items that are

15  already in evidence, I believe, Judge.

16              MR. BARDFELD:  That's correct.

17              MR. SCHWARTZ:  Therefore, I have no objections.

18              THE COURT:  Admitted without objection.

19      (Government's Exhibit No. 107B entered into evidence.)

20  BY MR. BARDFELD:

21  Q    You want to just briefly count how many items are there?

22  Sorry about that.  Or do you recall how many items you were

23  able to locate when you went to the Secret Service?

24  A    Yes, I was able to identify 33 pieces.

25  Q    Okay.  Out of how many pieces do you believe you sent
```

1   her?

2   A     Fifty-five.

3   Q     So 33 out of 55?

4   A     Yes.

5   Q     Ms. Roma, during your relationship with Joyce Michaels,

6   did you ever discuss her financial situation?

7   A     Not specifically her financial situation.  There were

8   times that she would tell me she didn't have money.  For

9   instance, she had to go to the hospital one time where she

10  was sick, and I said, you need to get to the hospital, you

11  don't feel well.  She had some type -- sounded to me like she

12  had some type of respiratory infection.  And I said you need

13  to get to the hospital, and she said she can't go to the

14  hospital because she doesn't have money.  It's too expensive.

15  And I said, you need to figure a way to get to the hospital.

16         So in that regard, that's the only way.  I never

17  asked her about her bank accounts or financial situation.

18  Q     Do you know where she lived?

19  A     Yes.

20  Q     Did you ever see her house?

21  A     Online.

22  Q     Okay.  During your relationship with her, how would you

23  describe your mental condition?

24  A     At times very good and at times very bad.

25  Q     And when you say very bad, what are you referring to?

1    A    I was emotionally distraught many, many times when I was

2    communicating with her.

3    Q    When was the last time you talked to Joyce Michael?

4    A    August, probably the second week of August 2011.

5    Q    And when did you talk -- or how did you talk to her at

6    that time?

7    A    On the phone, and she sent me a couple of text messages.

8    Q    And did you talk to her again after that?

9    A    No.

10   Q    Why not?

11   A    I was -- she was supposed to call me on, I believe it

12   was August the 16th, and she never called.  So I texted her a

13   couple of times and I called her many times and never heard

14   from her, and I texted her and asked if she was okay, because

15   I was concerned.  I didn't hear from her for a couple days.

16   And so, I never heard from her after that again.

17   Q    Okay.  And did you learn anything after that as to why

18   you didn't hear from her?

19   A    Yes.

20   Q    What did you learn?

21   A    After I couldn't reach her for a couple of days I don't

22   know what made me do this, but I decided to Google her.  And

23   I Googled Joyce Michael, and it came up Rose Marks, Operation

24   Crystal Ball, and I about had a heart attack.

25   Q    And why did you about have a heart attack?

1   A    Because I didn't know that Joyce Michael was Rose Marks,

2   and everything just flooded in, and I just felt like a big

3   fool at that time.

4   Q    A big what?

5   A    Fool.

6   Q    After that what did you do?

7   A    I contacted my local authorities in Houston, who put me

8   in touch with the U.S. Attorney's Office in Fort Lauderdale,

9   Florida.

10  Q    And what was the purpose of your getting touch with the

11  U.S. Attorney's Office in Fort Lauderdale?

12  A    I wanted the attorneys and -- or the law enforcement

13  people to understand that I was a victim of Joyce Michael.

14  Q    Okay.  So you approached the Government rather than the

15  Government approaching you; is that correct?

16  A    That's correct.

17  Q    You said you went online and found out that Joyce

18  Michael/Rose Marks -- is that the first time that you learned

19  that Joyce Michael was actually Rose~-- the person you knew

20  as Joyce Michael was Rose Marks?

21  A    Yes.

22  Q    We've gone through Government's exhibit number 107,

23  which has already been introduced into evidence.  These are

24  your financial documents.  Those are very detailed financial

25  documents.  Why did you keep such financial detailed

 1    documents?

 2    A    I just document all of my -- as a matter of record, all

 3    of my financial transactions, banking information, credit

 4    card information.  I keep it all in Excel spreadsheets

 5    primarily for IRS purposes.  So I needed to know how much

 6    money, if I was taking any type of stock transaction, I

 7    documented what the price of the stock was when I bought it,

 8    when I sold it, any capital gains, what my potential

 9    liability was taxwise.

10         And so I just kept all of these spreadsheets, and

11    that's the reason why.

12    Q    Was there any other reason?

13         MR. SCHWARTZ:  Objection, leading, Your Honor.

14         THE COURT:  Overruled.

15         THE WITNESS:  Well, I had been sending so much

16    money and gold, I needed to keep track of it so that I was

17    able to account for what I had sent her and what was expected

18    to be returned.  So I created a spreadsheet from the very

19    beginning indicating how much money I paid for the initial

20    reading, how much money I paid for the astrology chart to be

21    created, how much money I paid for the work to be done, the

22    $3200.  And so those were what I considered my expenses, and

23    then the rest I put in on the other side of the spreadsheet

24    and said this is what I had provided, and it's supposed to

25    come back to me, so that I was able to account if I put this

```
1    money out, this money's coming back to me.  That's what I

2    did.

3    BY MR. BARDFELD:

4    Q    And how much money did you expect to be returned once

5    the work was completed?

6    A    Everything except the $3200, the $75 and the hundred

7    dollars.

8    Q    And do you know the total amount, or approximately how

9    much that was?

10   A    It was close to $800,000 in gold and cash.

11   Q    Okay.  Would you have sent that close to $800,000 in

12   gold and cash if you knew that Rose Marks was using it for

13   her personal use?

14   A    Not at all.

15   Q    And would you have sent that $800,000 in gold and cash

16   if you knew that Rose Marks was not going to return the

17   money?

18   A    No.

19            MR. BARDFELD:  No further questions.

20            THE COURT:  All right.  Thank you.

21            Cross-examination.

22                    Cross-examination

23   BY MR. SCHWARTZ:

24   Q    Good morning, Ms. Roma.

25   A    Good morning.
```

1    Q    Have you discussed your testimony with anyone before you

2    came to court yesterday and today?

3    A    No.  I discussed it with the lawyers.

4    Q    Anyone else?

5    A    No.

6    Q    You said that you met -- withdrawn.

7         In order just to keep our records clear, because

8    the shop in New York is named Joyce Michaels, et cetera, I'm

9    going to refer to the person you knew as Joyce as Rose.  Is

10   that okay with you?

11   A    Sure.

12   Q    Okay.  So you'll know who I'm talking about, this lady

13   here, Rose Marks?

14   A    Yes.

15   Q    You mentioned that the first time you met Rose it was at

16   the 58th Street address.

17   A    That's correct.

18   Q    And I know you're positive of all your facts, and you're

19   a nice person.  I don't want to look like I'm attacking you,

20   but is it possible that the first time you met her with her

21   mother it was at a location on 60th Street between Madison

22   and Park?

23   A    That may be.  I know it was -- I know I walked right

24   around the corner to a big hotel.

25   Q    Uh-huh.

```
 1   A    It may be possible.  I thought it was West 58th, because
 2   many of the things that I would send ended up being West 58th
 3   Street.
 4   Q    And you went at least once, maybe twice to West 58th
 5   Street?
 6   A    Yes, I believe so.
 7   Q    Right.
 8        But it's possible that it was at 60th, between
 9   Madison and Park?
10   A    It may be.
11   Q    Okay.
12   A    I would have to go back.  I have a business card at
13   home.  I believe I still have her original business card.
14   But when I started putting everything in my -- in my
15   spreadsheets, the address that I had was West 58th Street.
16   Q    Okay.  And let me show you what's been marked for
17   identification as Defendant's exhibit 7 and ask you if you
18   recognize this lady as Rose Marks' mother that you met.
19   A    It could be her.  I just saw her briefly one time.  I
20   remember she was an attractive elderly woman in nice -- in a
21   nice attire, and she was very small framed.
22        MR. SCHWARTZ:  Okay.  I'd offer Defendant's
23   exhibit 7 into evidence.
24        MR. BARDFELD:  Objection, Your Honor.  She said it
25   could be.
```

```
 1              THE COURT:  I'll admit it over objection.

 2         (Defendant's Exhibit No. 7 entered into evidence.)

 3    BY MR. SCHWARTZ:

 4    Q    Now, when you met Mrs. Marks' mother, was she wearing

 5    jewelry like she is in this picture?

 6    A    I don't remember.

 7    Q    Okay.  Was she carrying a gold purse like she is in this

 8    picture?

 9    A    No, it was in the evening.  She was not standing there

10    carrying a gold purse.

11    Q    Or wearing the gold coins around her neck?

12    A    I don't recall seeing any gold coins around her neck.

13    Q    Okay.  Let's go to some of your other testimony.  And,

14    again, if I'm challenging some of your recollections, it's

15    not because we think you're a bad person or anything like

16    that.  I just need to see if you're remembering things

17    correctly and telling this jury things correctly.  Okay?

18    A    Sure.

19              MR. BARDFELD:  Are you asking her any more

20    questions about the photograph?  If not --

21              MR. SCHWARTZ:  No, we can take it down.

22    BY MR. SCHWARTZ:

23    Q    You stated that the reason you started what you called

24    or what she called the work was to help your sister and

25    nephew, I believe, and your family; is that right?
```

1    A    That was part of the reason.

2    Q    Uh-huh.

3         And the other part of the reason you said had to do

4    with your love life?

5    A    I mentioned yesterday that there were three primary

6    reasons.  My family, my work, and my personal life.  It was

7    not specifically my love life.

8    Q    Okay.  There was a gentleman by the name of Randy,

9    wasn't there?

10    A    Yes.

11    Q    And he was the one who you considered part of your

12    personal life when you talked to Rose; is that right?

13    A    Not in the very beginning.

14    Q    When did he become part of your personal life?

15    A    She mentioned to me the first time I met her that there

16    was who was interested in me.  I had just moved to Houston in

17    August, and I met this person in September.  And when I met

18    her, when I met Joyce, and had this initial reading, she told

19    me that there was someone who was interested in me.  And I

20    said, really?  And she said, yes.

21         And little by little it came out that it could be

22    this person.  I did not seek her attention because of this

23    person.  I knew nothing of this man's interest in me at the

24    time.

25    Q    Was this man ever interested in you?

```
 1    A     I believe he was.

 2    Q     Did you ever have a relationship with him?

 3    A     Describe relationship.

 4    Q     Were you anything more than friends with him?

 5              MR. BARDFELD:  Objection, relevance.

 6              THE COURT:  Overruled.

 7              THE WITNESS:  We were good friends.

 8  BY MR. SCHWARTZ:

 9    Q     Did he -- let me show you a piece of paper and ask you

10  if you recognize it.  Let me show you what's been marked as

11  Defendant's exhibit 8 and ask you if you recognize it.

12    A     Yes, I recognize this.

13    Q     What is that?  What do you recognize it as?

14    A     It's a thank you note from Randy to me.

15    Q     Uh-huh.  And Randy's telling you that like all his

16  friends, you're a good friend, too, right?

17    A     Yes, it says it on the back of this card.

18    Q     Uh-huh.  Doesn't say anything about a relationship or

19  anything like that?

20    A     No, it says thanks for being such a good friend, and

21  thanks again for all your kindness.

22              MR. SCHWARTZ:  I'd move that into evidence, Judge.

23              THE COURT:  Any objection?

24              MR. BARDFELD:  Relevance.

25              THE COURT:  Overruled.  Admitted over objection.
```

```
1          (Defendant's Exhibit No. 8 entered into evidence.)

2              MR. SCHWARTZ:  Thank you, Your Honor.

3   BY MR. SCHWARTZ:

4   Q    The other -- another reason that you were talking to

5   Rose was because you had a drinking problem, didn't you?

6   A    Not at all.

7   Q    Do you have a drinking problem?

8   A    No, I do not have a drinking problem.

9   Q    Do you -- did you often call Rose drunk on wine?

10  A    No, I did not often call Rose drunk on wine.

11  Q    Did you -- do you drink a lot of wine?

12  A    I drink wine.  I do not drink a lot of wine.

13  Q    Well, definitions sometimes are different.  About how

14  many bottles of wine do you drink a week?

15  A    I may drink one bottle of wine a week.

16  Q    And you've never called Rose drunk on wine?

17  A    I don't believe I've ever called Rose drunk on wine, no.

18  Q    And you didn't try to work with her to help solve your

19  drinking problem, did you?

20  A    Absolutely not.

21  Q    Let's talk a little bit more about Randy and your

22  problems that you discussed with Rose about Randy.  Randy got

23  married, didn't he?

24  A    Yes, he did.

25  Q    Married somebody else, right?
```

1    A    Well, he didn't marry me.

2    Q    That's part of the point.

3         After he got married, did you frequently drive to

4    and around his house?

5    A    No, I did not frequently drive to and around his house.

6    Q    Did you drive around his house?

7    A    I drove to his house one time.

8    Q    Is that the time that you knocked on the door, went in

9    and demanded to talk to him?

10   A    Absolutely not.

11   Q    What did you do?

12   A    I went in the morning to see him.  It was on a Saturday.

13   And I went to the house and I rang the doorbell and nobody

14   answered.  And I looked down on the -- in front of the door,

15   and there was a box, and the box said Mr. and Mrs.~Randy.

16   And I thought, well, that's interesting.  I didn't know he

17   was married.

18        So I contemplated leaving, and I thought, well, I'm

19   here.  It's Saturday morning.  What's the worst thing that

20   can happen?  He can come out, tell me to go away, he could

21   come out and invite me in.  So I run around to the back

22   because I thought no one was answering the door.  I went

23   around to the back.  On his lanai, next to the swimming pool,

24   he happened to be walking from one room to the other.  He saw

25   me, he immediately opened the sliding doors.  He said, oh, my

```
 1    goodness, Sylvia, how nice to see you.  And he invited me in.
 2    Q    And did you have a confrontation with him in front of
 3    his wife?
 4    A    Absolutely not, never.
 5    Q    Did you ever tell Rose that you did?
 6    A    Absolutely not, never.
 7    Q    Did you ask Rose advice on how to handle the problem
 8    with Randy?
 9    A    What's the problem with Randy?
10    Q    I'm asking you.
11    A    No.
12    Q    You never asked her advice on how to deal with the
13    problem you had with Randy?
14    A    I didn't have a problem with Randy.  I was friends with
15    Randy, and I discussed my friendship with Randy with Joyce on
16    many occasions.
17    Q    And when was the time that you didn't barge into his
18    house but you walked around the back and found -- and he saw
19    you from inside?
20    A    I just explained that situation to you.
21    Q    When was it?
22    A    October of 1999.  No, it was November of 1999.
23    Q    Did you send Randy a letter in November of 1999?
24    A    No.
25    Q    Well, let me show you what's been marked for
```

```
 1   identification --
 2               MR. BARDFELD:  May I see it, Fred?
 3               MR. SCHWARTZ:  Sure.
 4   BY MR. SCHWARTZ:
 5    Q    -- as Defendant's exhibit 9.?
 6               MR. SCHWARTZ:  May I approach?
 7               THE COURT:  Yes.
 8   BY MR. SCHWARTZ:
 9    Q    Let me show you this and ask you, is this the letter you
10   didn't send to Randy in November of 1999?
11    A    This is not a letter.  This was a card that I sent to
12   him.  I enclosed this in a card.
13    Q    You enclosed this -- a copy of this piece of paper in a
14   card, and it's not a letter?
15    A    I guess it is a letter, yes.
16               MR. SCHWARTZ:  I'd offer this into evidence as
17   Defendant's exhibit 9.
18               THE WITNESS:  May I add something else to this?
19   BY MR. SCHWARTZ:
20    Q    Well, let me just ask the judge if --
21               THE COURT:  Any objection?
22               MR. BARDFELD:  No, Your Honor.
23               THE COURT:  Admitted without objection.
24        (Defendant's Exhibit No. 9 entered into evidence.)
25
```

```
 1   BY MR. SCHWARTZ:

 2   Q    You wanted to add something else?

 3   A    Yes, this was put in a card that was returned to me.  I

 4   had sent it, and it ended up being returned address unknown

 5   or something like that.

 6   Q    So you sent it but you (sic) didn't get it?  That's why

 7   you said you didn't send it?

 8   A    Yes.

 9   Q    This was a letter you sent him on his birthday, right?

10   With a birthday card?

11   A    Yes.

12   Q    And you said:  "I've missed your friendship during this

13   period of silence"?

14   A    Yes, that's what the letter says.

15   Q    "I'm not exactly sure why you decided to cut off

16   communication with me, but I'm hoping you may reconsider

17   someday."

18   A    Yes.

19   Q    Okay.  And then you talk about your life and how you

20   lost your cat and how your cats know everything about you,

21   could write a tell-all book, and things like that, right?

22   A    Say that again?

23   Q    I'll withdraw that.

24        Now, you had a period of -- you say in this letter

25   that you didn't want to invade his privacy.  It's been a long
```

| | |
|---|---|
| 1 | time since he heard from you, and you've been on my mind, |
| 2 | right? |
| 3 | A    That's what it says in the first paragraph, yes. |
| 4 | Q    And yet, this is the same month that you invaded his |
| 5 | privacy by going to his house and walking around into his |
| 6 | backyard; is that right? |
| 7 | A    I didn't see it as invading his privacy. |
| 8 | Q    What did you see it as? |
| 9 | A    Paying a visit to a long, long ago friend. |
| 10 | Q    With whom you were having a period of silence and who |
| 11 | had cut off communication with you; is that right? |
| 12 | A    That's right. |
| 13 | Q    And you walked around to the back of his house? |
| 14 | A    You've asked that and I've answered it twice now. |
| 15 | Q    Could you answer it again? |
| 16 | A    Yes. |
| 17 | MR. BARDFELD:  Objection, asked and answered. |
| 18 | THE COURT:  Overruled. |
| 19 | You can answer. |
| 20 | BY MR. SCHWARTZ: |
| 21 | Q    Did you -- you say you didn't know he was married? |
| 22 | A    That's correct. |
| 23 | Q    When did he get married? |
| 24 | A    October of 1999. |
| 25 | Q    Were you invited to the wedding? |

1    A    No.

2    Q    Because it was a period of silence, so to speak, right?

3    A    That could be one of the reasons.

4    Q    And this is the gentleman who you wanted Rose to help

5    you with a relationship with?

6    A    Yes.

7    Q    And are you sticking to your statement that you didn't

8    stalk him?

9    A    Yes, I did not --

10           MR. BARDFELD:  Objection, I don't think she ever

11   said that.

12           MR. SCHWARTZ:  Okay.  Withdrawn.

13   BY MR. SCHWARTZ:

14   Q    Did you stalk him?

15   A    No.

16   Q    Did you drive around his house frequently?

17   A    No.

18   Q    Let me jump ahead.

19           When did you contact the U.S. Attorney's Office in

20   this case?

21   A    In August of 2011.

22   Q    Do you remember when in August?

23   A    It was toward the latter part of August.  I remember

24   reading the article on the Internet that she had been

25   arrested, that Joyce had been arrested.  I believe it was the

```
 1    16th or 17th of August.  And I waited a couple of days.  It

 2    wasn't a long period of time, and then I contacted law

 3    enforcement.

 4    Q    And who did you talk to?

 5    A    I don't remember the name of the person in Houston.  I

 6    contacted someone in Houston first.

 7    Q    I'm not concerned about Houston.  Who did you talk to in

 8    South Florida?

 9    A    I -- when I called the number in South Florida, I

10    explained to the person who answered the phone, I don't know

11    that person, the situation, that I was a victim of this

12    person.  And they said, hold on, let me put you in touch with

13    the right person.  And I believe -- I believe Mr. Bardfeld

14    may have been one of the people.  I don't remember if he was

15    the first person with whom I spoke.

16    Q    Did you talk to a detective or former detective named

17    Stack?

18    A    At some point.

19    Q    And did you talk to a special agent of the Internal

20    Revenue Service named Beth Watts?

21    A    Yes.

22    Q    Did you talk to a special agent of the Secret Service

23    named Kelly Cook?

24    A    Yes.

25    Q    And how many times did you talk to them in August or
```

1    September of 2011?

2    A    I would say maybe three or four times total.

3    Q    In August or September?

4    A    Correct.

5    Q    I'm not saying the exact month, but one of those months,

6    right?

7    A    Between August and September there may have been a total

8    of three or four phone calls.

9    Q    And about how long were those calls?

10   A    Maybe half hour, 40 minutes.

11   Q    Okay.  And did you talk to them again in October of

12   2011?

13   A    I believe so.

14   Q    Who did you talk to then, do you remember?

15   A    Mr. Bardfeld, Ms. Cook, Ms. Watts, and I believe

16   Ms. Janet Kenny may have been on the call at some point.

17   Q    And did you tell them -- each time, were you talking

18   about and telling them what happened between you and Rose?

19   A    Yes, they asked me specific questions, and I provided

20   the answers.

21   Q    And how about in November or December of 2011?

22   A    I don't remember speaking to them in November or

23   December of 2011.  It's possible, but I don't remember.

24   Q    And how about in early 2012?

25   A    I think in early 2012 I may have had one conversation as

```
1    a follow-up.

2    Q    Do you remember with whom?

3    A    I believe it was always with Mr. Bardfeld's office.

4    Q    And the people who you've mentioned are the ones you've

5    spoke, Ms. Cook, Ms. Watts, Detective Stack, Mr. Bardfeld,

6    and sometimes Ms. Kenny; is that right?

7    A    That's correct.

8         Detective Stack was routinely not on these calls.

9    Q    Okay.  The early ones perhaps, but after that, no?

10   A    That's correct.

11   Q    And about how long did these calls take?

12   A    They were interview calls, just asking me questions for

13   clarification to follow up on things that I had --

14   information that I had provided before.  The calls may have

15   been, again, anywhere from a half hour to 40 minutes.  Not

16   very long.

17   Q    Okay.  And did these calls continue past January or

18   February of 2012?

19   A    Sporadically.

20   Q    About how many times between January and October of

21   2012?

22   A    Between January and October 2012, I'm guessing at this,

23   I don't know the exact number, maybe three, four times.

24   Q    And each of them were not more than the 30- or 40-minute

25   range?
```

```
 1    A    Some of them were very short.  Some of them were just

 2    five minutes, asking if I could be available for a call at

 3    another time.

 4    Q    And the calls that you were asked to be available for

 5    were about 30 or 40 minutes or were some longer?

 6    A    I think there was one call that was about an hour and a

 7    half, maybe two hours.

 8    Q    And do you remember about when that was?

 9    A    I believe it was sometime in 2012.

10    Q    Was it before or after October of 2012?

11    A    I believe it was after October of 2012.

12    Q    So probably before October of 2012 you had maybe 10 or

13    12 real calls, not the five-minute calls saying when can we

14    have a call?

15    A    I'm guessing that that was about right, 10 or 12.  It

16    wasn't more than that.

17    Q    Okay.?

18          MR. SCHWARTZ:  May we approach for a moment, Your

19    Honor?

20          THE COURT:  Yes.

21       (The following proceedings were held at sidebar:)

22          MR. SCHWARTZ:  Your Honor, I've received last week

23    the Jencks material in this case, and I received one report.

24    I received a lot of e-mails with documents from early October

25    with identification of jewelry and things like that, early
```

```
 1   October 2012, one memorandum of conversation done by Special
 2   Agent Watts for October 19th, 2012.  I've received no reports
 3   of interviews or memorandum of conversation, rough notes or
 4   anything else as Jencks material regarding these 10 or so
 5   calls from October of 2011 until October 2012.
 6             THE COURT:  Okay.  Your point?
 7             MR. SCHWARTZ:  Yes.  My point, Judge, is that the
 8   Government has an obligation under Jencks to make reports of
 9   these memorandum.
10             THE COURT:  They're not obligated to make reports.
11   They're obligated to provide you with the reports that are
12   made.  Are you telling me they're obligated to make reports?
13             MR. SCHWARTZ:  Yes, Your Honor.
14             THE COURT:  Well, what's the authority for that?
15             MR. SCHWARTZ:  I'll do a memorandum of law over the
16   weekend and give it to you Tuesday.
17             MR. STEFIN:  That would be news to us, because I
18   talk to people all the time and I don't have notes and I
19   don't have reports, if there's nothing that was material.
20   And especially in this instance there could have -- I came
21   into the case late, but Mr. Bardfeld could speak better about
22   it.  But the cases were set for trial, there were contacts
23   with the witness, the case was coming for trial.
24             THE COURT:  All right.  Get to the bottom line.
25             Are there any reports that haven't been turned
```

```
 1   over?

 2           MR. BARDFELD:  No, Your Honor.

 3           MR. SCHWARTZ:  May I ask if there are any notes of

 4   these interviews?

 5           MR. STEFIN:  I've asked them for notes, but -- and

 6   I'm saying I don't believe there are, but even if they were,

 7   they would only be discoverable if they contain some type of

 8   Brady material in them.

 9           THE COURT:  I understand.

10           Just as far as you know, are there any notes that

11   haven't been turned over?

12           MR. BARDFELD:  Notes that haven't been turned over?

13           THE COURT:  Yes, notes.

14           MR. STEFIN:  There may be notes that were generated

15   of the reports that have been turned over.

16           THE COURT:  I'm talking about for conversations or

17   interviews for which there are no reports.

18           MR. BARDFELD:  I don't believe so.

19           MR. STEFIN:  I don't believe so, and I will check

20   one more time, but I don't believe there are any notes.

21           MR. SCHWARTZ:  And I understand Your Honor's

22   position, and not to be argumentative, just for making the

23   record.  There's no way I can know if her story changed

24   between October of 2011 and October 2012 and whether there

25   was Jencks -- Brady material in these conversations or Giglio
```

```
 1    material as to promising to get her items back unless I can

 2    at least see reports of notes of these conversations or

 3    reports of the interview.

 4              I'm going to get a copy of the Fifth Circuit

 5    Skilling case which talks somewhat about this and provide it

 6    to Your Honor.

 7              THE COURT:  All right.  Well, at this point --

 8              MR. SCHWARTZ:  I'll give you the copy of the case,

 9    Judge.

10              THE COURT:  Okay.

11              MR. STEFIN:  Thank you, Judge.

12         (Sidebar conference concluded.)

13    BY MR. SCHWARTZ:

14    Q    Ms. Roma, did you keep notes of the conversations you

15    had with Mr. Bardfeld and the various agents or detectives?

16    A    Sometimes.

17    Q    Do you have them with you?

18    A    No.

19    Q    Did you retain them?

20    A    I may have some of them.

21    Q    If you have them are they at your home?

22    A    Yes.

23              MR. SCHWARTZ:  One moment, Judge.

24              THE COURT:  Yes.

25
```

```
1    BY MR. SCHWARTZ:

2    Q     Now, you mentioned in your direct testimony that you

3    borrowed money from your brokerage account; is that correct?

4    Or did I misunderstand that?

5    A     That's correct.  I borrowed money against my account in

6    order for them to send the money to me.

7    Q     And you said something about having to -- you kept some

8    records because -- and you were concerned about the money you

9    borrowed because you would have had to pay taxes on it; is

10   that correct?

11   A     That's correct.

12   Q     You took a loan, I guess it's called a margin loan?

13   A     That's correct.

14   Q     Against your brokerage account.  So you got money out.

15   Did you ever sell any of those stocks?

16   A     Sometimes I sold the stock in order to pay the margin

17   loan.

18   Q     And when was that?

19   A     Well, when I took the loan, it was 1997.

20   Q     Correct.

21   A     So I would have paid taxes in 1998.

22   Q     But did you sell the stock to pay the margin loan?

23   Because your testimony yesterday seemed to say, and I could

24   misunderstand you, that you were concerned because the

25   interest kept building up every month on the margin loan, and
```

```
 1   at least in '97 you didn't indicate that you sold any of that
 2   stuff; is that right?
 3   A    I don't believe I did sell any stock in '97.
 4   Q    So how would you have a tax obligation on money you
 5   borrowed secured by your assets?
 6   A    That's a good question.
 7   Q    Thank you.
 8   A    I'll have to think that through a little bit.
 9         I don't believe I sold stock in '97.  It's entirely
10   possible I may have, and I -- on one of the spreadsheets that
11   I kept, I don't know if it's in this book, on one of the
12   spreadsheets that I kept at home, when I sold stock I
13   indicated what the stock price was when I sold it and what
14   the profit was, if any, or what the loss was.  It's entirely
15   possible I sold stock in '97.  I don't remember.
16   Q    But if you didn't sell the stock, you wouldn't have a
17   tax obligation, would you?
18   A    I don't think I would, on the loan.
19   Q    You want to correct your testimony from yesterday?
20   A    Yes.
21         MR. BARDFELD:  Objection.
22         THE COURT:  Overruled.
23         THE WITNESS:  I may not have had a tax liability in
24   '98.  I may not.  I could have.  I may not have.
25
```

```
 1   BY MR. SCHWARTZ:

 2   Q    You testified yesterday that when you met Rose the first

 3   time or the second time, she told you that people in your

 4   family were jealous of you; is that right?

 5   A    That's right.

 6   Q    And you testified that you got along perfectly with your

 7   family.

 8   A    That's right.

 9   Q    Isn't it a fact that you only talk to one of your

10   sisters?

11   A    No, that is not a fact.

12   Q    Did you tell Rose that you only talked to one of your

13   sisters and you had problems with the rest of your family?

14   A    Not when I initially had my first conversation with

15   Rose.

16   Q    When did you stop talking to your other sisters?

17   A    Let me clarify.  I'm speaking with all members of my

18   family today.  I get along with all of them very, very well.

19            After my mother died, my father had to -- we kept

20   my father -- or my father stayed in his home, in our family

21   home.  In -- several years ago, my father decided to sell his

22   home and move in with one of my sisters.  There was -- there

23   were -- these were very tense times in my family, and some of

24   my siblings did not agree with decisions that were being

25   made.  I was not privy to some of these conversations.
```

```
 1              There was a situation in my family when all of my
 2   siblings got together in Pennsylvania, had a conversation.  I
 3   was on the phone in Houston listening in.  My siblings
 4   started to, in my opinion, berate and attack one of my
 5   siblings, and I came to her defense, and they hung the phone
 6   up on me.  And after that, I didn't talk to several members
 7   of my family for a long time.
 8              There were two camps, my sister and I, and my other
 9   five siblings.
10   Q    And you told this to Rose?
11   A    Yes.
12   Q    And she worked with you on this a little bit?
13   A    No, she didn't do anything with me about that.
14   Q    Let's go to the trip you said Rose wanted you to make to
15   New York where she supposedly told you that your money was
16   destroyed in the World Trade Center.  Do you remember telling
17   the jury that?
18   A    No, I did not tell the jury that.  I did not go to New
19   York.  I came to Florida.
20   Q    Forgive me.  The trip she wanted you to make to Florida
21   to -- where she told you the money was destroyed in the World
22   Trade Center.  Do you remember telling the jury that?
23   A    Yes, I do.
24   Q    Isn't it a fact that she never told you that?
25   A    No, that is not a fact.  That's an absolute true
```

```
 1    statement.
 2    Q    Well, you went back and started working with her again
 3    around 2010; is that right?
 4    A    It was actually 2009.
 5    Q    Okay.  You had contact with her in 2009; is that right?
 6    A    Correct.
 7    Q    When did you send her money again?
 8    A    In 2009.
 9    Q    And 2010?
10    A    And 2010.
11    Q    And 2011?
12    A    2011.
13    Q    Did you ask her where is she going to keep this money?
14    A    No, I don't remember -- I don't believe I did ask her
15    where she was keeping the money.
16    Q    Is that because you were never told you were getting the
17    money back?
18    A    That is absolutely not true.  I was told many times that
19    I was getting the money back, all of the money, all of the
20    gold.
21    Q    If the money was supposedly and the gold was supposedly
22    destroyed in the World Trade Center, why would you trust her
23    to give her more money and not even ask her where she was
24    keeping it?
25    A    She was very good at convincing me that I could trust
```

1    her.

2    Q    So after she told you that your money was destroyed, you

3    started giving her money again, and you never asked her, are

4    you keeping it in a safe deposit box, are you keeping it in a

5    bank, is it in a trust account?  You never asked her anything

6    about that.

7    A    The money was going to a Bank of America most of the

8    times.  I guess I just assumed the money was in a bank.

9    Q    But the money went to banks and other places before

10    also, didn't it?

11    A    Yes, it did.

12    Q    And so you just assumed it was staying in the bank, when

13    before, if we believe you, she told you it was in a vault in

14    the World Trade Center.

15    A    That's what she told me.

16    Q    And you never asked her where she was keeping the money

17    this time?

18    A    No.

19    Q    You're a bright woman, aren't you?

20    A    I think I am.

21    Q    You keep good records; is that right?

22    A    That's right.

23    Q    You stay on top of things?

24    A    I try to stay on top of most things.

25    Q    And you never asked her, after this disappointment of

```
 1    the money you saying you were told was destroyed, where she

 2    was keeping the money this time?

 3    A    That's right.

 4    Q    Now, you believed -- you said you were a very spiritual

 5    person, correct?

 6    A    I consider myself to be a very spiritual person, yes.

 7    Q    And even though you're Roman Catholic, your spirituality

 8    reaches out to people of other faiths and religion; is that

 9    right?

10    A    I don't practice any other religion.  My personal

11    beliefs are that anyone has a right to practice their own

12    religion, and I respect others.  And I'm friends with people

13    of many different faiths.  I do not practice any other

14    religion.

15    Q    And you're even -- you even have taken an interest in

16    the Holocaust, haven't you?

17    A    Yes, I'm a docent at the Holocaust Museum of Houston.

18    Q    And you've been active in the Holocaust Museum and

19    helping people regarding the Holocaust, right?

20    A    I help people understand what the Holocaust was about.

21    Q    And the Holocaust wasn't only Jews, was it?

22    A    No, it wasn't.

23    Q    Were other people persecuted in the Holocaust?

24    A    Yes.

25    Q    Were Gypsies persecuted in the Holocaust?
```

```
 1    A     Some of them.

 2    Q     Were there a large number of Gypsies killed, probably a

 3    larger percentage of their population than Jews?

 4              MR. BARDFELD:  Objection, relevance.

 5              THE COURT:  Overruled.

 6              THE WITNESS:  I don't know what the percentage of

 7    Gypsies killed was as a ratio to the percentage of Jews

 8    killed based on their population.

 9    BY MR. SCHWARTZ:

10    Q     And perhaps because of your interest in the Holocaust,

11    you owned a Jewish star, a six-sided Star of David; is that

12    correct?

13    A     No, that's not correct.  That Jewish Star was given to

14    me as a gift when I was living in Philadelphia many years ago

15    before I became interested in the Holocaust.

16    Q     And that's part of the jewelry that you put in a box and

17    sent to Rose; is that right?

18    A     That's correct.

19    Q     Now, you talked about during the time that you were

20    estranged from Rose you saw another -- forgive me.

21              MR. SCHWARTZ:  I guess it's too early, Judge.

22    BY MR. SCHWARTZ:

23    Q     You saw another psychic; is that right?

24    A     No, I was not estranged from Rose during the time I saw

25    the other psychic.
```

```
 1    Q     You were still in contact with her?

 2    A     Yes.

 3    Q     Even though she told you all your money was burnt up or

 4    destroyed in the World Trade Center bombing?

 5    A     When I started seeing the other psychic I had not

 6    learned that my money had been destroyed.

 7    Q     Well, didn't you go to this other psychic around

 8    2002-2003?

 9    A     I believe it was 2002.

10    Q     What was her name?

11    A     Lisa.

12    Q     And where was her location?

13    A     In West University in Houston.

14    Q     And you paid her about $200,000?

15    A     No, it was less than that.

16    Q     About how much did you pay her?

17    A     I think the total of gift cards and money that I had

18    provided was about 140 to 150,000.

19    Q     But didn't you also give her something else?

20    A     Yes, I gave her -- I didn't give her.  I loaned her two

21    pieces of art that I had.

22    Q     And they were etchings of John Lennon?

23    A     No, they were artwork that John Lennon had done.  They

24    weren't etchings of John Lennon.

25    Q     And they had some value, didn't they?
```

```
 1    A    They still do.

 2    Q    Do you have them back?

 3    A    No, I don't.

 4    Q    What's their value?

 5    A    Their value today, each one of them is worth probably

 6    seven to $8000.

 7    Q    And did you ever get those back?

 8    A    No.

 9    Q    Did you ever see this lady to ask for them back?

10    A    Yes, many times.

11    Q    Okay.  And did she close her shop?

12    A    She left the place of business that I used to go to.  I

13    don't know where she is now.

14    Q    In contrast, Rose has kept the same phone number as you

15    first knew her, right, since you first met her?

16    A    No, her phone number has changed several times.

17    Q    Did she ever try to be out of contact with you?

18    A    I don't know that she tried to be out of contact with

19    me.  She was out of contact with me.  We were out of contact

20    with each other for quite a while.

21    Q    And that was not because she was hiding from you, was

22    it?

23    A    Not that I'm aware of.

24    Q    It was because you either didn't try to get in touch

25    with her, or when you did she was having some problems and
```

1    told you that, right?

2    A    She just went underground many times.  Sometimes she

3    told me why, sometimes she didn't.

4    Q    She told you that she was having problems because her

5    grandson was very ill and then died; is that right?

6    A    We were in contact when her grandson was very ill and

7    when he subsequently passed away.

8    Q    Right.  And she told you she was at one point separated

9    from her husband?

10   A    She told me she was divorcing her husband, not that she

11   was separated from him.

12   Q    I'm sorry, but not divorced from, divorcing.

13   A    She told me she was getting a divorce from her husband.

14   Q    And did she then in 2005 or 2006 tell you they got back

15   together, and he was -- he had a health problem?

16   A    She told me he had a health problem.  I never inquired

17   whether or not they divorced, whether they were back

18   together.  I know they were together at some point because

19   she was taking him to the hospital.

20   Q    And you offered to let her stay at your house?

21   A    Yes.

22   Q    And weren't you angry with her at that time?

23   A    I don't recall.

24   Q    Wasn't it a fact that during '95-'96 she wasn't in

25   frequent contact with you because she was traveling to

```
 1   hospitals trying to get her husband treatment?

 2   A    I didn't know her in 1995 and '96.

 3   Q    I'm sorry, 2005 and 2006.  I'm not as detail oriented.

 4   I apologize.  2005-2006.

 5   A    I don't know how often she was having to take her

 6   husband to the hospital.

 7   Q    Okay.  And then who initiated the contact in 2009?

 8   A    I did.

 9   Q    You wanted to try to get her help again; is that right?

10   A    I actually called her more just out of a longtime

11   friendship.  I was thinking about her, I was concerned about

12   her.  Yes, I was having some work difficulties, and I

13   thought, let me call her and see how she's doing.

14   Q    And some of the work difficulties that you had was

15   because you originally didn't want to move to Seattle when

16   your company was sold; is that right?

17   A    That's not the reason I contacted her in 2009.

18   Q    No, I'm talking about earlier.

19   A    Yes, that was one reason.

20   Q    And it would have been difficult for you to easily move

21   quickly, right?

22   A    Yes, I explained that yesterday.

23   Q    And is part of that because you keep a lot of pets?

24   A    No.  The reason I couldn't move was because I had a

25   home, and I couldn't sell my home quickly in order to move to
```

```
 1   Seattle.

 2   Q    Uh-huh.

 3        But you do keep a lot of pets?

 4   A    I have a lot now.  I didn't at the time.

 5   Q    How many pets do you have?

 6   A    I have seven cats indoors.  They're all rescue, and I

 7   take care of two cats outside.  And, no, I am not a crazy cat

 8   person, I just love animals.

 9   Q    I wasn't suggesting you were a crazy cat person.  I was

10   going to get into the area of part of the work problem was

11   that you wanted to work from home if you could, telecommute?

12   A    No, that wasn't part of any problem.  Several of my jobs

13   afforded me the opportunity to work from home.  That's not

14   why I chose not to move to Seattle.

15   Q    Okay.  Was that -- did that become more and more of a

16   desire of yours, to work from home rather than to have to go

17   into the office every day?

18   A    It's always been a desire of mine.

19        Well, let me clarify that.  For the past several

20   years -- I had the opportunity to work at home in 2001 and

21   2002 part-time.  I was able to telecommute, and then

22   sometimes I went into the office.

23        Then in 2007 and through 2009, I was able to work

24   from home, and it was very convenient.  I didn't work from

25   home all the time because there were many times when I had to
```

```
 1    go to clients.  But most of the travel was air travel.  So I
 2    would travel to clients when I had to.  Other times I came
 3    home and I worked in my office on my third floor.
 4    Q    Now, let me ask, have you been involved in any lawsuits?
 5    A    Personal lawsuits?
 6    Q    Yes.
 7    A    No.
 8    Q    Did you get some sort of settlement from the your
 9    company in Seattle when you left?
10    A    Yes, but it never was a lawsuit.  It never went to
11    court.  It was a contract between me and the company, and it
12    never needed to reach the courts.
13    Q    Okay.  There were lawyers involved?
14    A    There was an employment lawyer involved.
15    Q    And you got a large settlement from your -- a nice size
16    settlement from the your company?
17    A    It was a decent size settlement at that time.
18    Q    And that's what you invested in your stock account?
19    A    Some of it was invested in my stock account and some of
20    it was to purchase my new home in Houston.
21           MR. SCHWARTZ:  May I have a moment, Judge?
22           THE COURT:  Yes.
23    BY MR. SCHWARTZ:
24    Q    Now, when you were interviewed by the Government in
25    October of 2012, you told them that in December of 2001, you
```

1    questioned Rose Marks as to when the money would be returned;

2    is that right?

3    A    In December 2001 I questioned her?

4    Q    That's what you told the Government.

5    A    I was questioning her all the time.

6    Q    Well, did you tell the Government that?

7    A    I may have.

8    Q    If the Government in their report says that you told

9    them in December of 2001, 9/11 had occurred, Randy had left,

10   the curse remained, your mother passed away, you were

11   devastated in your mother's passing, and you questioned Rose

12   Marks, or Marks, as to when the money would be returned, and

13   she said the work was almost complete.

14   A    My mother passed away on December the 18th, 2001.  From

15   December the 18th until the end of the year --

16   Q    That's not what I asked you.  I asked you, did you tell

17   the Government that in December of 2001 you questioned Rose

18   about when the money would be returned?

19   A    I may have told the Government in 2001 that I questioned

20   Rose when the money was going to be returned.

21   Q    Okay.  And did you also tell them that Rose told you in

22   the summer of 2002 that the money had been destroyed in the

23   vault?

24   A    Yes, I did.

25   Q    And did you tell them also that between 2002 and 2009,

```
 1    you would sometimes speak with Rose and ask her when the

 2    coins and money would be returned?

 3    A    Yes, I did.

 4    Q    You told them that in October of 2012.  When you first

 5    talked to them in August or September of 2011 did you tell

 6    them any of that?

 7    A    I don't recall when we got into the specifics of my

 8    story.

 9    Q    How about in October of 2011?  Did you tell them that

10    you demanded your money back?

11    A    I may have in one of the initial calls, one of the

12    earlier calls with the Government after I first talked to

13    them in August.  It may have been October when they were

14    questioning me about specifics, that I told them about the

15    money.

16    Q    Are you certain?

17              MR. BARDFELD:  She said "may."

18              Objection.

19              THE COURT:  Overruled.

20              THE WITNESS:  No, I said "may."

21    BY MR. SCHWARTZ:

22    Q    Would your notes that you have at home of these

23    conversations indicate when the subject of returning the

24    money came up?

25    A    No.
```

```
 1    Q    Isn't it a fact that it was the Government, or one of
 2    the agents of the Government, who said to you -- don't look
 3    at the Government.  Look at me.  One of them said to you,
 4    didn't Rose promise to return your money?
 5    A    No, that's not true.
 6    Q    Who said -- who first asked you did Rose promise to
 7    return your money?
 8    A    I told the Government Rose promised to return all of the
 9    money except the $3200, the hundred dollars, and the $75.
10    Q    And when did you tell then that?
11    A    I may have told them in October, I may have told them in
12    September of 2001.  I don't recall the specific date in which
13    I told the Government Rose promised to return everything to
14    me.
15    Q    Would it be helpful to read a report of the -- of those
16    meetings or conversations to let you know when and if you
17    first said Rose promised to return the money?
18    A    If that's helpful to you, share it with me.
19    Q    Would it be helpful to you?
20    A    Yes.
21    Q    What if there were no report?
22    A    There may not have been a report in September or October
23    of 2011.  I don't know.  You're asking me.  I didn't see a
24    report.
25    Q    Let's talk a little bit about the jewelry.
```

```
 1              The diamond earrings that you claim are yours, when
 2    did you buy them?
 3    A    I bought the earrings in, I believe it was 2000 --
 4    either 2001 or -- let me see.  Either 2000 or 2001.
 5    Q    And where did you buy them?
 6    A    I bought them from a broker in Houston.
 7    Q    A jewelry broker?
 8    A    Yes, a jewelry broker.
 9    Q    And can you tell us the name of that broker?
10    A    I don't remember.
11    Q    Does that broker have a store?
12    A    I don't believe so.  I met the broker through a friend
13    of mine who had purchased jewelry from her multiple times.
14    Q    And do you -- can you tell us how to get in touch with
15    that broker to verify that you bought this jewelry?
16    A    No, I can tell you how to get in touch with my friend
17    who would be able to reach her.  I only met her one time.
18    Q    And how much did you pay for those earrings?
19    A    About $3800, maybe $3900.  It was under $4000.
20    Q    And where did you give this broker the money and get the
21    earrings?
22    A    At work.  She came to my work.
23    Q    So she came to your work with these earrings, and you
24    gave her money, and she gave you the earrings?
25    A    Yes.
```

```
 1    Q    Isn't it a fact that these aren't your earrings?

 2    A    No.

 3    Q    That you never bought these earrings?

 4    A    I bought a pair of diamond earrings that I gave -- that

 5    I sent with all of my jewelry to Joyce Michael.

 6    Q    Isn't it a fact that you're claiming these earrings now

 7    because you want to get some money returned?

 8    A    No, it's not.  I purchased a pair of diamond earrings.

 9    My friend was even with me when I purchased the earrings.

10    And they were in a box, the original box that she gave to me,

11    and I sent them in the whole box of jewelry to Rose Marks.

12    Q    Now, the other jewelry is all yours, right, that you've

13    identified?

14    A    There are 33 pieces that I was able to identify.

15    Q    Uh-huh.  And what's the value of the other pieces other

16    than the diamond earrings?

17    A    Well, some of the pieces were very valuable, some of the

18    pieces were more than a thousand dollars, some of the pieces

19    were less than $500.  The total value of the 22 items that I

20    haven't seen I'm guessing, because I haven't tallied

21    everything up, I don't have original receipts anymore, I'm

22    guessing 15 to $20,000.

23    Q    Do you have an original receipt from this broker for the

24    diamond studs?

25    A    I had, and I haven't been able to locate the appraisal
```

1    value, and I believe the receipt was in the document of the

2    appraisal that she gave me.  I have not been able to locate

3    that.

4    Q    Are the pearl earrings real?

5    A    All of the pearls are real except one strand of pearls

6    that are simulated.

7    Q    When did you identify the diamond studs?

8    A    I was sent a picture online, and I said these could be

9    mine, and then I saw a picture in -- a couple weeks ago I

10   think I saw diamond earrings, and I said these could be mine.

11   Q    Let me show you a batch of documents that we received

12   from the Government which contained e-mails between you and

13   Special Agent Kelly Cook from October 4th, 2012 through one

14   as late as October -- I'm sorry, March 12th, 2013, and ask

15   you if you see any picture sent to you by the Government of

16   the diamond studs.

17   A    No, I don't see anything referring to diamond studs in

18   these e-mails.

19   Q    Now, isn't it a fact that you did have diamond studs,

20   but they were very, very small diamonds surrounded by a large

21   gold bezel?

22   A    I don't know what a gold bezel is.

23   Q    A large circle of gold.

24   A    No, that's not true.  My earrings were at least one

25   karat.  The total karat was over two for both earrings.  They

```
 1   were diamond ear studs that were just post earrings.  They
 2   weren't surrounded.  There was no gold casing around them.
 3   Q    Didn't you tell the jury you don't wear a lot of
 4   jewelry?
 5   A    That's correct.  I don't wear a lot of jewelry today
 6   except for earrings.
 7   Q    But you wore a lot of jewelry before?
 8   A    As a matter of routine course, no.  When I go out to
 9   clients or if I have an affair to go to, I'll wear earrings,
10   a necklace, maybe a bracelet or two.
11   Q    And you didn't inherit your jewelry from your family,
12   right?  That's what you told us before.
13   A    I didn't inherit any jewelry from my grandmother's.  I
14   have a piece of jewelry in this list that my mother gave to
15   me that my father gave to my mother as a gift.
16   Q    I'm not questioning that.  I was talking about your
17   testimony earlier.
18        And those are certainly your school rings, right?
19   A    They're not anyone else's.
20   Q    No question about that.
21   A    They're not anyone else's.
22   Q    I agree.
23        Ms. Roma, isn't it a fact that Rose never told you
24   you would get your money back?
25   A    No, that is not a fact at all.
```

```
1    Q    Isn't it a fact that you never had a love or personal
2    relationship other than friendship with Randy?
3    A    I went out with him a few times.
4    Q    Isn't it a fact that when you learned he got married,
5    you got drunk, you got upset, you drove around his house a
6    number of times, and then you barged in on his house?
7    A    No, that's not true.  I was at his house one time, and
8    that's the time that I learned he was married.
9    Q    Isn't it a fact that when you talked to the Government,
10   they told you if you expected to get your money back, then
11   you would be a victim of fraud, and you could put in a claim
12   for some of the money or assets seized from Rose and her
13   family?
14   A    No, the Government did not tell me that.
15   Q    The Government didn't tell you you could -- I'm cutting
16   this in half now, but did the Government tell you if you were
17   a victim you could put in a claim for the money that you
18   lost?
19   A    I don't recall exactly if the Government told me that.
20   Q    What did they tell you about getting money back?
21   A    That there may be nothing left, that her assets were
22   seized, and that there were a lot of victims, and there may
23   be no money left.
24   Q    And did they tell you there may be some money left?
25   A    They may have said there may be some money left.
```

1    Q    And did they tell you that if you were a victim you were

2    entitled to get some of that money back?

3    A    Yes, I believe I was told that I could place a claim for

4    it, although it was -- no one told me that I would be able to

5    get all or a substantial part of my money back.

6    Q    Okay.  But I didn't say all or substantial.  I said you

7    could get money back.

8    A    Okay.

9    Q    Did they tell you that?

10   A    Someone may have along the way, or I may have asked.

11   Q    And when along the way did they tell you or did you ask?

12   A    I honestly do not remember if they told me or if I

13   asked.

14   Q    But when did you first discuss with some representative

15   of the Government that if you are a victim here, if you had

16   been promised your money back and didn't get it back, you

17   could put in a claim and may get some of your money back?

18   A    I don't recall speaking to anyone actually saying I

19   could put in a claim.  I learned I could put in a claim when

20   I received some paperwork from the Government.  I probably

21   asked the Government on one of my calls, am I going to get

22   any of this back.  If they seized all of her assets, I may

23   have asked the question.

24            I don't recall that the Government volunteered that

25   information to me.  And I didn't know anything about a claim,

```
 1    that I actually could put a claim in, until I received

 2    paperwork from the Government telling me that I could fill

 3    this out if I was a victim.

 4    Q    And when did you have the conversation and with who from

 5    the Government regarding can you get your money back?

 6              MR. BARDFELD:  Objection, Your Honor.  She already

 7    said she doesn't know.

 8              THE COURT:  Overruled.

 9              THE WITNESS:  I don't recall when I had that

10    conversation with the Government, and I don't recall who it

11    was, if anyone, who told me I could put in a claim.

12    BY MR. SCHWARTZ:

13    Q    We're talking about two different things now.  I'll get

14    to the claim in a minute.

15              When did the Government tell you, either

16    voluntarily or in response to your question, that you could

17    get some money back from the assets seized from Rose and her

18    family?

19    A    I do not know the date in which the Government may have

20    told me that or in which I would have asked.

21    Q    Can you tell us what month?

22    A    No.

23    Q    Can you tell us what year?

24    A    No.

25    Q    You've been very precise about everything else.  You
```

```
 1    don't remember this?
 2              MR. BARDFELD:  Objection, argumentative.
 3              THE COURT:  Sustained.
 4    BY MR. SCHWARTZ:
 5    Q    Now let's talk about the claim.  Who sent you a form for
 6    a claim?
 7    A    It came -- I believe it came with a subpoena.
 8    Q    And do you remember when that was?
 9    A    It was earlier in 2013.
10    Q    Was that just reimbursement for travel here, or was that
11    a claim for money you allegedly lost as a victim?
12    A    It was not a claim for travel.  It came with a subpoena,
13    and it said as a victim -- I believe there was a form that
14    was called Victim's Rights, and there was some form attached
15    to it that I could complete at some point and send back to
16    the Government.
17    Q    And did you get that from Ms. Watts?  Do you remember if
18    she was the one to contact regarding the subpoena?
19    A    Her name was on the subpoena, but she didn't contact me.
20    It was a document that came to me via Federal Express.
21    Q    And do you know who from the Government sent you that
22    document?
23    A    No, I don't.
24    Q    Did you fill out the claim form?
25    A    No, I haven't.
```

```
 1   Q     You still have it?

 2   A     At home.

 3   Q     I'll just ask you this one more time, and maybe it's

 4   been asked and answered, and if it is it will be objected to.

 5             Did you change your story and become a victim

 6   requesting -- saying that Rose always promised you your money

 7   back when you learned that you may be able to get money from

 8   her assets?

 9             MR. BARDFELD:  Objection.

10             THE COURT:  Overruled.

11             THE WITNESS:  Absolutely not.

12             MR. SCHWARTZ:  No further questions.

13             THE COURT:  Thank you.

14             Any redirect?  How much do you think you have?

15             MR. BARDFELD:  Just a few minutes, but actually I'm

16   looking for something, so if you want to take a break now,

17   that would be great.

18             THE COURT:  Ladies and gentlemen, let's take a

19   15-minute recess.  Don't discuss the case or form any

20   opinions.  Leave everything at your seat.

21      (The jury exits the courtroom.)

22      (A recess was taken from 10:28 a.m. to 10:47 a.m., after

23   which the following proceedings were had:)

24             THE COURT:  Please be seated, everyone.

25             Back on the record.  Ms. Marks is present with
```

```
 1    counsel.
 2            We ready?
 3            MR. BARDFELD:  Yes, we are, Your Honor.
 4            THE COURT:  Ma'am, you're still under oath.
 5            Let's bring the jury in.
 6            Does anyone object if we try to go to 12:15 before
 7    we break for lunch?  Because I have a 1:00 o'clock matter in
 8    another case.
 9            MR. SCHWARTZ:  No, Your Honor.
10            THE COURT:  Is that all right?
11            MR. BARDFELD:  That's fine, Your Honor.
12            MR. SCHWARTZ:  This might sound strange, but I
13    think we're moving faster than I thought we would.
14            THE COURT:  I'm glad to hear that.
15       (The jury enters the courtroom, after which the following
16    proceedings were had:)
17            THE COURT:  Welcome back, everyone.  Please be
18    seated, ladies and gentlemen.
19            Before we begin again, could I impose on you to go
20    through lunch to 12:15 before we break?  Anyone have a
21    problem with that if we went 'til 12:15 before we took a
22    lunch break?
23            Great.  Thank you.
24            Mr. Bardfeld.
25                      Redirect Examination
```

```
 1   BY MR. BARDFELD:

 2   Q    Good morning again, Ms. Roma.

 3              On cross-examination, Mr. Schwartz asked you about

 4   some diamond earrings.  Do you recall that?

 5   A    Yes.

 6              MR. BARDFELD:  May I approach, Your Honor?

 7              THE COURT:  Yes.

 8   BY MR. BARDFELD:

 9   Q    I show you what's been introduced into evidence as

10   Government's exhibit 107A.  And that is an inventory that I

11   believe you prepared that indicates the jewelry that you sent

12   to Joyce Michael or Rose Marks; is that right?

13   A    Yes.

14   Q    Can you read -- and did you prepare that, or did the

15   United States Secret Service prepare that?

16   A    I prepared it.

17   Q    Okay.  Can you read item number 4 on that particular

18   document?

19   A    "Diamond stud earrings set in 14 karat gold.  Diamonds

20   are approximately one karat each.  One diamond is slightly

21   larger than one karat, purchased in Houston, Texas."

22   Q    Okay.  And did you have an opportunity -- in addition to

23   reviewing pictures, did you have an opportunity to go to

24   Secret Service to look at the actual jewelry?

25   A    Yes.
```

```
 1    Q    And when you went to Secret Service to look at the

 2    actual jewelry, were you able to identify what you believed

 3    to be your diamond earrings at that time?

 4    A    Yes.

 5              MR. BARDFELD:  May I approach, Your Honor?

 6              THE COURT:  Yes.

 7    BY MR. BARDFELD:

 8    Q    I show you now what's already been introduced into

 9    evidence as Government's exhibit 531771-1.  Can you take a

10    look at that?  You can take it out of the bag if you want.

11              Do those appear to be your diamond earrings?

12    A    No, they're not.

13    Q    Those are not your diamond earrings?

14    A    They are not.

15    Q    Okay.  Did you see any other diamond earrings down there

16    when you went to United States Secret Service?

17    A    I think there were a couple different pair.

18    Q    Okay.  But these were not them?

19    A    No.

20              I mean, I saw those, but those were not mine.

21              MR. BARDFELD:  I have no further questions, Your

22    Honor.

23              THE COURT:  Thank you, ma'am.  Watch your step.

24              Next witness.

25              MR. STEFIN:  Our next witness will be Paul Hughes.
```

```
 1                    THE COURT:  Sir, would you please raise your right
 2     hand for me.
 3              Paul Andrew Hughes, Government witness, sworn.
 4                    THE COURT:  Thank you, sir.
 5                    Try and~-- the chair doesn't move, so if you could
 6     get comfortable and pull that microphone towards you so we
 7     can hear you, and please tell us your name and spell your
 8     last name for us.
 9                    THE WITNESS:  My name is Paul Andrew Hughes,
10     H-u-g-h-e-s.
11                    THE COURT:  Thank you, sir.
12                         Direct Examination
13     BY MR. STEFIN:
14     Q    Good morning, Mr. Hughes.
15     A    Good morning.
16     Q    Can you tell us where you're from?
17     A    I'm from Rockville, Maryland.
18     Q    And is that -- how long have you lived in Maryland?
19     A    I've lived in Maryland all my life.
20     Q    And can I ask how old you are?
21     A    I'm 48 years old.
22     Q    And are you married, sir?
23     A    No, I'm single.
24     Q    Any children?
25     A    No children.
```

1    Q    And what type of work do you do?

2    A    I'm a travel agent.  I do patient travel for the

3    National Institute of Health.

4    Q    Patient travel meaning what, arranging travel for

5    patients?

6    A    Arranging travel for patients.

7    Q    How long have you been working for the National

8    Institute of Health?

9    A    About 10 years.

10   Q    How long have you been involved in the travel-related

11   business?

12   A    Since 1987.

13   Q    And in terms of your educational background, Mr. Hughes?

14   A    I have one year of college.

15   Q    So back in the late 1990s you were living in Maryland at

16   that time?

17   A    Yes, I was.

18   Q    And around approximately in 1996, did you happen to go

19   to a place that offered psychic services, fortune-telling

20   services?

21   A    I did, sir.

22   Q    And is that the correct year, 1996?

23   A    1996.

24   Q    And where was that located, that shop?

25   A    It was located in Springfield, Virginia, on Franconia

```
 1    Road.
 2    Q    And how far away was that location from where you either
 3    lived or worked?
 4    A    About an hour drive.
 5    Q    Did you happen to go -- what was your purpose of being
 6    in the vicinity of that place?
 7    A    I happened to be in that area, doing some shopping.
 8    Q    Did you go to that area specifically to get a
 9    psychological -- psychic reading?  I'm sorry.
10    A    No, I did not, sir.
11    Q    So what brought you to that particular establishment on
12    that day?
13    A    Really, just the crossroads of my life.  I was in a very
14    sad time for me, and I saw the sign, and I turned back around
15    and went in.
16    Q    And what kind of sign did you see?
17    A    Said psychic readings.
18    Q    Had you ever done something like that before?
19    A    No, I had not.
20    Q    And what kind of establishment was it?  Was it a house
21    or what?
22    A    It was two businesses connected together in one
23    building.  I believe it was a hot tub place on one side and
24    the psychic shop on the other.
25    Q    So you pulled in.  Tell us what happened when you went
```

1   inside?

2   A    I went inside and I met a woman named Cynthia.  She was

3   a young woman, and she gave me a psychic reading.

4   Q    She identified herself as Cynthia?

5   A    Cynthia, correct.

6   Q    When you say she gave you a psychic reading, tell us as

7   best you can recall what she did.

8   A    Well, she told me that I would live near the coast, and

9   that I'd have a fairly decent income and money, and that I'd

10  find my true love in life.

11  Q    Now, was the issue of love a particular issue for you at

12  that time?

13  A    Yes, it was.

14  Q    Did you tell her about some of your problems --

15  A    Yes, I --

16  Q    Mr. Hughes, let me just ask you to let me finish my

17  question completely before you start answering so the court

18  reporter can take both of our conversation down.  Okay?

19           So when she started telling you these things -- let

20  me just back up a little bit.

21           When she started telling you these things, how --

22  what was the technique?  Was it a palm reading, crystal ball

23  or what?

24  A    She pulled out a few tarot cards, but she really didn't

25  use them much.  She just pulled out a few and turned them

```
 1    over.  But mostly it was just looking at me and talking to

 2    me.

 3    Q     And I started to ask you about your personal love or

 4    social life situation.  What do you recall the conversation

 5    about that?

 6    A     Well, I told her that I was just in a short fling with a

 7    young woman, and that she broke it off really quickly, and

 8    that had saddened me because I hadn't been with anybody

 9    really in a long time.  So then she informed me that she was

10    my soulmate and that --

11    Q     She being who?

12    A     The young woman I had the fling with, Julie Dunn.

13    Q     So she told you right then and there that this woman was

14    your soulmate?

15    A     She said that we should be together and that I needed to

16    work with her and her family to resolve that issue.

17    Q     And was that something you were willing to do at that

18    time?

19    A     I didn't think about it going in there, but I was really

20    desperate in that point in my life, so I went ahead and did

21    it, because I was told by Cynthia that it had great urgency.

22    Q     Why did she tell you it had great urgency?  What did she

23    say about that?

24    A     She said that if I didn't do things rapidly, that I

25    would just be caught in a cycle that wouldn't be -- wouldn't
```

1    lead me in the right directions in life.

2    Q    You mentioned you were sad.  Were there any other

3    emotional feelings that you were going through at that time?

4    A    Basically, just loneliness.

5    Q    Did she tell you whether she would be able to help you,

6    or her family?

7    A    Yes, she did.  She said she'd be able to help me.

8    Q    Now, at some point was there any conversation about

9    spirituality?

10   A    Yes.  She said that the spirits could help her guide me

11   in the right direction to find true love.

12   Q    Now, did you have particular religious or spiritual

13   beliefs in which you believed that there were spirits that

14   helped guide you through life?

15   A    I'm a Roman Catholic, so I believe in most of the

16   Catholic things and ideas.  And this was a little bit out of

17   my spectrum, but under the circumstances, I went ahead and

18   let those thoughts in and tried to embrace them.

19   Q    So what did she tell you you could do with her in order

20   to move forward and resolve the issues that you were having

21   with your personal life?

22   A    She said that she could break down the wall that was

23   between me and true love and shatter the cycle of negativity

24   surrounding me.

25   Q    And at that time did she tell you how she would

```
 1   accomplish that?

 2   A    No, she did not.

 3   Q    Did she charge you for her time that day?

 4   A    Yes, she did, $45 for the reading and then $1800 to

 5   start work in accomplishing my goals of being with somebody.

 6   In her words, I had to be with that soulmate, which was the

 7   woman that I had the fling with.

 8   Q    So for $1800 what would happen?  Or what did you believe

 9   would happen based on what she told you?

10   A    She told me that she would be able to get those goals

11   accomplished.

12   Q    Did you actually pay $1800 that day or --

13   A    I wrote a check for her for $1800 that day, plus it

14   would be $45 for the reading.

15   Q    Was it indicated whether that was money you would get

16   back or that this is what you were paying for the services?

17   A    That was money that I was paying for the services.

18   Q    So did you then -- what was the next -- did she give you

19   further instructions or advice on that day?

20   A    Yes, she did.  She said I had to meet with her sister.

21   She said her sister, Vivian Marks, was more experienced in

22   such -- such that I needed her help.  So a few days later I

23   was to meet her at another location on Little River Turnpike

24   in Falls Church, Virginia.

25   Q    And you said you went to that second location a few days
```

```
 1   later?

 2   A    I did.

 3   Q    And you were instructed to meet someone that she called

 4   Vivian?

 5   A    I was instructed to meet her sister Vivian, yes.

 6   Q    Did she say it was her sister or some other description?

 7   A    Yes, she did.  She said it was her sister.

 8   Q    And Falls -- Little River Turnpike, you said.

 9   A    Yes, I did.

10   Q    In Virginia.  How far away was that from the first

11   location, Springfield?

12   A    About the same distance depending on which way you

13   drove.

14   Q    When you said about the same distance, about the same

15   distance from where?

16   A    About 45 miles from where I lived at the time.

17   Q    So on this occasion did you make a specific trip?

18   A    I did.

19   Q    Again, you got to let me finish my questions.  Okay?

20        When you arrived there, who did you see and what

21   happened?

22   A    When I arrived, I was met by Vivian, and she told me to

23   wait for a little while, and then I went in to see her.

24   Q    All right.  And would you be able to identify photos of

25   both Cynthia and the person you described as Vivian?
```

```
 1    A    Yes, I could.

 2              MR. STEFIN:  May I approach, Your Honor?

 3              THE COURT:  Yes.

 4    BY MR. STEFIN:

 5    Q    I'm going to show you what's been marked.  I don't

 6    believe it's in evidence yet.  And I apologize if I'm

 7    mistaken, Government's exhibit 32 composite and Government's

 8    exhibit 33.  I'm just going to ask you to look at these

 9    photos and tell me if you recognize them.

10              Let me start with 33.

11    A    Yes, 33 is Cynthia, Cynthia Michaels.

12    Q    Is that the name you knew her as?

13    A    Yes, I did.

14    Q    And look at the sheet underneath that, Government's

15    exhibit composite 32.  Do you recognize that photograph?

16    A    I do recognize it.

17    Q    Who do you recognize that to be?

18    A    As Vivian Marks.

19    Q    And did you later come to know her under a different

20    name?

21    A    Yes, I did.

22    Q    And what was that?

23    A    Nancy Marks.

24              MR. STEFIN:  Your Honor, at this time we would

25    offer Government's exhibits 32 and 33 composite into
```

```
 1    evidence.

 2              MR. SCHWARTZ:  No objection.

 3              THE COURT:  Both admitted without objection 32 and

 4    33.

 5         (Government's Exhibit No. 32 and 33 entered into

 6    evidence.)

 7    BY MR. STEFIN:

 8    Q    I'm showing you on the screen Government's exhibit 33,

 9    and that is the person you've identified as whom?

10    A    Cynthia Michael.

11    Q    And did she look pretty much like this at that time

12    or . . .

13    A    No, she was younger.  She looked to be about 22 or '3,

14    but she was dressed in a mature way, not sleazy, just, you

15    know, nice dress, necklace, hair up in a bun.

16              MR. STEFIN:  Let me publish Government's

17    exhibit 32.

18    BY MR. STEFIN:

19    Q    And that is who?

20    A    That is Vivian or Nancy Marks.

21    Q    How long did you know her before you found out that her

22    name wasn't Vivian but it was Nancy Marks?

23    A    I would say quite a few years, maybe three years she

24    went by Vivian, and then one day she just told me to start

25    calling her Nancy.
```

1    Q    So at this stage you knew her as Vivian?

2    A    Correct.

3    Q    So tell us what happened when you saw or met with Vivian

4    slash Nancy?

5    A    She told me that I had a curse upon myself that started

6    out with my parents and lodged into me, and that she could

7    remove it, but it would take a sacrifice.  And she also said

8    that she could get me with my soulmate, as well.

9    Q    Now, did she already have any -- did you tell her about

10   yourself, or did she indicate whether or not she already knew

11   about you?

12   A    She said that she had talked to Cynthia, but she asked

13   me questions, as well.

14   Q    Now, was all this information imparted to you on the

15   first meeting with -- and let's just call her Nancy to make

16   it easy.

17   A    Yes, sir.

18   Q    Nancy Marks.

19        Was this all imparted to you on your first visit

20   with Nancy Marks, or was this over a period of more than one

21   meeting?

22   A    Most of it on the first visit, but then more details in

23   the next couple times I saw her.

24   Q    And over several visits with her she told you about a

25   curse?  Did she say where this curse supposedly originated?

```
 1   A     It originated with my parents, and she said they fought

 2   over money.  She also said that because I'm one of seven

 3   children, that it got passed into one of us, which was me.

 4   Q     And you said that she told you that the curse could be

 5   lifted.

 6   A     Yes, she did.

 7   Q     And it would require a sacrifice?

 8   A     That's what she told me.

 9   Q     And what did she describe as what the sacrifice would

10   be?

11   A     She said I had to be willing to give money up, because

12   it was the root of all evil.

13   Q     And you had mentioned she said that the curse originated

14   because of family fighting over money?

15   A     That's correct.

16   Q     And when she said you had to give up money, did she mean

17   you had to sacrifice this money on a permanent basis?

18   A     No, she told me that she would be holding it to cleanse

19   my spirit and then returning it after the work was completed

20   in three months.

21   Q     In how long?

22   A     Three months' time.

23   Q     And how much was she telling you she would need as a

24   sacrifice to cleanse the spirit?

25   A     That first day, $3000.
```

1    Q    Now, when you paid that initial fee, that $1800, was

2    that a lot of money to you at the time?

3    A    Yes, it was.  It cleaned out my bank account.

4    Q    And when she told you you now needed an additional

5    $3000, how were you going to get that money if you had

6    already cleaned out your bank account?

7    A    I didn't have it, and then --

8    Q    Did she give you advice as to how to get that money?

9    A    She asked me how could I get it.  And the only way I

10   knew was to take out a cash advance on my credit card.  So

11   she instructed me to go to a bank that was nearby and get

12   that cash.

13   Q    And did you do that?

14   A    I did.

15   Q    And did -- so you left the establishment and went to

16   that bank?

17   A    And then returned, correct.

18   Q    Did you ask for a receipt or anything when you gave her

19   the money?

20   A    She offered a receipt and gave it to me.  She didn't

21   know exactly how long it was going to take, but she thought

22   three months' time, and she said -- she wrote a receipt up

23   that said the money would be returned to me, and signed it.

24   Q    And what did she say was going to take place once you

25   gave her this -- let me just back up.

```
 1                Did you have any conversation about the fact that,
 2     hey, I've already given you $1800, why do you need an
 3     additional $3000?
 4     A    Yes, I did.  And she just told me that money was the
 5     root of all evil, and I needed to sacrifice that money and
 6     trust her.
 7     Q    And were you willing to trust her, or did you trust her?
 8     A    I really was in a sad time, and I was very vulnerable.
 9     Q    What did she say she would do with -- you've already
10     mentioned what she's going to -- cleanse the money, but what
11     else was she going to do?  What exactly was going to be
12     accomplished with this money or for you?
13     A    She said she was going to lift the curse that was on me.
14     Q    Did she explain how she would go about doing that?
15     A    She said that she would use higher spirits and have them
16     guide her to lifting that curse on me.
17     Q    Did she make any representations about whether or not
18     she communicated with higher spirits?
19     A    Yes, she said the Archangel Michael and other high
20     spirits.
21     Q    From your Catholicism, were you familiar with Michael
22     the Archangel?
23     A    Yes.  She mostly just called them her sources.
24     Q    And did she indicate how she communicated with her
25     sources?
```

1   A    She just said that she did that when she meditated.

2   Q    So you returned from the bank with the $3000, and then

3   what happened after that?

4   A    I just went home, but she asked me to come back again in

5   a few days to see her.

6   Q    And did you do that?

7   A    I did.

8   Q    In fact, did you see her on multiple occasions after

9   that?

10  A    Yes, I did.  And on those occasions she asked for more

11  money, such as gift certificates and items, such as vacuum

12  cleaners and had me buy maternity clothes, different things,

13  all of which I couldn't afford.

14  Q    Well, how did she present it that you should buy her all

15  of these different things, you know, maternity clothes and a

16  vacuum cleaner?  What was the representation that made you go

17  out and do that?

18  A    She said she was building a new image for me, that she

19  had a closet that she kept things in, and that all these

20  things would be returned to me after the work was completed.

21  Q    And you said gift cards.  What kind of gift cards did

22  she instruct you to purchase?

23  A    Gift certificates from different stores, like Neiman

24  Marcus and Banana Republic, all stores that I never shopped

25  at.

1  Q    And gift certificates in what amounts?

2  A    Hundreds of dollars, $200, $300.  It varied from time to

3  time.  And she would always be insistent that she needed

4  those things or money.  A lot of times it was cash, and she

5  needed it right away.

6  Q    And what was her explanation or excuse for telling you

7  that she needed this right away?

8  A    She just said that she needed them for the work to lift

9  the curse, that I had to be willing to make those sacrifices,

10 and that her higher sources instructed her.

11 Q    Did the higher sources designate which style vacuum

12 cleaner they were looking for?

13 A    She didn't explain that part.

14 Q    Okay.  But did you believe this at the time?

15 A    I was in a lonely desperate place and very vulnerable,

16 and I was willing to do anything.

17 Q    Did you feel like she was helping you?  Did you believe

18 that she was helping you?

19 A    I believed that she was trying to help me.

20 Q    Did she seem sincere to you?

21 A    She told me things, made a lot of promises.

22 Q    Did she seem like she cared about you?

23 A    Yes, she did.

24 Q    How would she do that?  What kinds of things would she

25 say to you that made you think that she cared about you?

```
 1   A    Just trying to tell me that things were going to be
 2   better, that my life was going to be on track after she
 3   lifted this curse.
 4   Q    And how often -- this started in 1996, and how often --
 5   well, let's take it all the way to the end.  How long did you
 6   have some type of contact or relationship with either Nancy
 7   Marks or Cynthia Marks or any of the other members of this --
 8   A    'Til 2004.  It was slightly for about a year and a half.
 9   I didn't see them from '99 'til 2001.
10   Q    So from 1996 to 2004, with the exception of that gap,
11   how often were you communicating with Nancy Marks?
12   A    Once a week at least, but over the phone.  I would see
13   her every couple weeks at least just briefly.  I probably
14   would only see her for 10 minutes at a time, but she would
15   always instruct me that she worked hours and hours meditating
16   for me at nighttime, acting like she stayed up all night
17   doing these things.
18   Q    And how often would she ask you or tell you that she
19   needed more money?
20   A    Almost every time.  Sometimes she wouldn't, but almost
21   every time.
22   Q    And, again, was it the same representation, that it was
23   needed for sacrifice or for some other purpose?
24   A    She needed it because money was the root of all evil,
25   and to lift that curse she needed these monetary sacrifices.
```

```
 1    And she always told me that I would get them back after the
 2    work was completed.
 3    Q    Well, at some point very shortly after you began, you
 4    realized -- when the three months expired, did you get your
 5    money back at that time?
 6    A    No, I asked her for it, and she became angry, and she
 7    manipulated me, and I was vulnerable.
 8              MR. SCHWARTZ:  Objection.
 9    BY MR. STEFIN:
10    Q    All right, but --
11              THE COURT:  Ask another question.
12    BY MR. STEFIN:
13    Q    When you say she became angry, what kinds of things
14    would she say?
15    A    She would say that I didn't trust her, how dare me, as
16    far as all the work that she had been doing for me, to doubt
17    her in any way, and that if she didn't continue this work, my
18    life was just going to spiral downhill.
19    Q    How did that make you feel?
20    A    Made me feel a little scared, to be honest.
21    Q    So what would happen when she would make these
22    statements to you?
23    A    Usually I just would go along with it, and she would
24    always tell me that, you know, further down the road, once we
25    get this completed, that these sacrifices that I was making
```

```
1    would come back to me.

2    Q    Again, where were you getting additional funds to

3    respond to her request for money?

4    A    Most of it was going on my credit card.

5    Q    Was there any point during this time that you just tried

6    to separate yourself from her?

7    A    Yes, in 1999.

8    Q    And what did you do to separate yourself?

9    A    We had an argument over the results that I wasn't

10   seeing, and I just got fed up and just stopped going to see

11   her.

12            She had moved, as well, to New York, so I wasn't

13   seeing her much at that time anyway.  She would come down by

14   train to see her clients in the Washington area.

15   Q    And so after this argument you broke it off for a while?

16   A    I did.

17   Q    And was this the break that you were talking about a few

18   minutes ago?

19   A    It was the break.

20   Q    But it wasn't a permanent break?

21   A    No.

22            Later in 2001, I had feelings for another woman,

23   and I gave Nancy a call, and she instructed me that she was

24   now in Gaithersburg, Maryland, had an office there.  That was

25   pretty close to where I lived at the time, so I went to see
```

```
 1   her, and she instructed me that this second woman, Amber
 2   Goreman, was now my soulmate that had moved into her body,
 3   and that she needed to continue the work to get us together.
 4   Q    Explain a little bit the concept of something moving
 5   into somebody's body.
 6   A    I didn't understand it myself.
 7   Q    But you had soulmate number 1, and she was out of the
 8   picture at this point?
 9   A    Yes, she had no numbers to reach me by.
10   Q    She being who?
11   A    Julie Dunn.
12   Q    The soulmate number 1?
13   A    That's right.
14        Nancy had always instructed me don't contact her,
15   let me get you to receive a call from her, which never came.
16        And I changed jobs.  I moved.  All the phone
17   numbers that Julie Dunn had for me had all changed at that
18   point, so she had no way of contacting me other than --
19   Q    Telepathically?
20   A    No, maybe she could have got a private detective or
21   looked me up somehow.  The Internet wasn't around then.
22   Q    So did you -- what did that -- what realization did you
23   come to based on the work she was supposedly doing to have
24   this woman, Julie, reach out and call you?
25   A    I knew it wasn't happening.
```

1    Q    But now you had another relationship issue?

2    A    I did.  I was still single, and I had feelings for

3    another lady.  Which, you know, she seemed to kinda like me

4    back.  So Nancy told me that she could bring me to that woman

5    now that -- in past lives, that the soul had left Julie and

6    merged into this other lady, and she acted like I didn't even

7    know that it could happen, but her higher sources told her

8    that it was so.

9    Q    And that this required you to do what for all of this to

10   happen with the second lady?

11   A    There was more sacrifices to be made.  She needed more

12   money.  Usually always urged me to get it, and if I didn't

13   have it, how was I going to get it.

14   Q    Were there similar statements of urgency?

15   A    Yes.  And always with the same type of pressure, that

16   this needs to be done right away.

17   Q    Now, during this period of time, at least up to this

18   point where you've now gone back to seeing Nancy Marks, did

19   you have any further contact with Cynthia?

20   A    No, I did not at that time.

21   Q    Was there a later point in time that you had more

22   contacts with Cynthia?

23   A    No, I did not after that point, other than she would

24   talk about her from time to time.

25   Q    Well, from the very beginning, you mentioned you had

```
 1    seen Cynthia that first time.
 2    A    I did, and I also met with Rose Marks there in Little
 3    River Turnpike.  Nancy couldn't be there for one of our
 4    meetings.
 5    Q    So let me just go back a little bit.
 6              So going back to Cynthia, and we may have skipped
 7    over this, you met Cynthia that first time, and she directed
 8    you to see her quote-unquote sister, Vivian, who turned out
 9    to be Nancy, correct?
10    A    Yes.
11    Q    In the early stages did you ever go back and see
12    Cynthia?
13    A    I did a few times when Nancy couldn't meet me at her
14    little shop she had in Springfield.
15    Q    And did you have similar communications with Cynthia for
16    that period of time as you were having with Nancy?
17    A    Similar, yeah.
18    Q    Was there any indication by either of them that they
19    were working together in some way?
20    A    No.
21    Q    Did you ever see one or the other in each other's
22    presence when they were both there?
23    A    Yes, I did.
24    Q    And tell us about that.
25    A    Several times at the house in Falls Church, Virginia.
```

 1    And it wasn't that they weren't working together so much.

 2    Nancy was handling my case, as they called it, and Cynthia

 3    would just be, you know, just on a couple occasions that I

 4    met with her when Nancy couldn't be available.

 5    Q    And this was in person or on the telephone?

 6    A    In person.

 7    Q    And you said something about meeting at the house.  Was

 8    there an actual residence that you went to?

 9    A    That was in Falls Church, Virginia.  They had a psychic

10    reading shop there.  It was in a house.  They appeared to own

11    it and ran the -- ran a shop from a little bedroom upstairs.

12    Q    And you started to say that you also met someone named

13    Rose Marks?

14    A    Yes.  One time Nancy couldn't be there, and I sat in

15    with Rose Marks, who she told me was her mother.  And Rose

16    didn't say too much, but she said that I needed to stick with

17    the work that was going on, and she was instructing Nancy

18    when she ran into any difficulties in completing what we

19    needed to do to free me of this curse.

20    Q    Had Nancy made any representations about what Rose does

21    or what type of clients that she has?

22    A    Yes, she told me that she handled the more serious

23    cases, and she had more vast knowledge, and that she also

24    instructed them with their cases, kinda like, she said that

25    she ran basically the operation.

```
 1              MR. SCHWARTZ:  Your Honor, I'm going to object.

 2    It's clearly hearsay.

 3              THE COURT:  Overruled.

 4  BY MR. STEFIN:

 5    Q    By the way, would you recognize Rose Marks if you saw

 6    her again?

 7    A    I would.

 8    Q    And have you seen her here today?

 9    A    I may recognize a photograph or something.  I don't.

10    Q    Take your time.

11              MR. SCHWARTZ:  Objection.

12              THE COURT:  Sustained.

13              THE WITNESS:  Yes, I do recognize her now.

14  BY MR. STEFIN:

15    Q    And who do you recognize?  Indicate who you're referring

16    to.

17    A    The lady with the gray hair at this table here.

18    Q    Would you describe what she's wearing?

19    A    White shirt and a tie.

20              MR. STEFIN:  Indicating the Defendant.

21              THE COURT:  Can you tell us --

22              THE WITNESS:  Second one from the end.

23              THE COURT:  Second one from which side of the

24    table?

25              THE WITNESS:  From the right side of the table.
```

```
 1            MR. STEFIN:  May the record reflect he's referred
 2   to the Defendant, Rose Marks?
 3            THE COURT:  Yes.
 4   BY MR. STEFIN:
 5   Q    You said you saw her just the one time, or did you see
 6   her --
 7   A    She would answer the door on some occasions, and --
 8   Q    But actually having a session . . .
 9   A    Only one time.
10   Q    Did you also meet other members of the family or people
11   that were identified as members of the family?
12   A    Yes, I met Nancy's daughter and son.  They were young at
13   the time, not even teenagers yet.  I met her husband, Ricky.
14   Q    How many times did you meet Ricky?
15   A    At least 10 or 11 times.
16   Q    And what do you remember about Rickey?
17   A    He was very suave and dressed in fancy clothes, drove
18   fancy cars.
19   Q    What kind of cars when you mean fancy cars?
20   A    Jaguars, Mercedes.  And he had several of them.
21   Q    Did you actually talk cars with him on one occasion?
22   A    Yes, I had a classic car.  He remarked about my Rambler,
23   that I had a convertible that was from the '60s.  He said
24   that was nice, and we talked a little bit about his cars very
25   briefly.
```

```
 1    Q    I'm going to show you what's been marked as Government's

 2    exhibit 37 composite.

 3              MR. STEFIN:  May I approach?

 4              THE COURT:  Yes.

 5    BY MR. STEFIN:

 6    Q    Do you recognize that photograph?

 7    A    Yes, I do.

 8    Q    And who do you recognize that to be?

 9    A    That's Nancy's husband, Ricky.

10              MR. STEFIN:  We would move 37 into evidence at this

11    time.

12              MR. SCHWARTZ:  No objection.

13              THE COURT:  Admitted without objection.

14         (Government's Exhibit No. 37 entered into evidence.)

15              MR. STEFIN:  May I publish it, Your Honor?

16              THE COURT:  Yes, you may.

17    BY MR. STEFIN:

18    Q    That's Ricky?

19    A    Yes, it is.

20    Q    Did you ever meet someone identified as Michael, or

21    Michael Marks?

22    A    No, I never met Michael.  I might have saw him in their

23    house that -- they always had family members there, so.

24    Q    Okay.  Never introduced to him?

25    A    I was never introduced to Michael.
```

1    Q    So you're back with Nancy.  You mentioned the one

2    session with Rose.  Tell us what's going on over the periods

3    of time.

4    A    Nancy's telling me that she's doing all this spiritual

5    work, as she called it, and that she's meditating for me and

6    trying to set things right, and occasionally something would

7    go good.  Like I'd get a new job.

8    Q    Did you have some positive developments in terms of at

9    least your work situation?

10   A    I did.  I moved up in my work a little bit, but I was so

11   far behind, it was just something that was just due after I

12   changed positions a few times.

13   Q    Was the work that she was doing, was that supposedly to

14   help you in your job?

15   A    All aspects.

16   Q    And what was happening as time went on with respect to

17   your relationship or attempts at a relationship with the

18   second lady?

19   A    I wrote her a letter.

20   Q    You wrote who a letter?  I'm sorry.

21   A    Amber Goreman, a letter.  And after that she didn't seem

22   upset about it, but then I --

23   Q    Why did you write her a letter?

24   A    Because I was frustrated.  Nancy would ask me, oh, wait,

25   you gotta -- you know, this has gotta be done with my say-so,

1    and I just kinda thought, well, the lady's right there, let

2    me try to talk to her or write her a letter or something.

3    Q    When you say she was right there, what do you mean by

4    that?

5    A    I work in the same office.

6    Q    So after you wrote a letter to this woman, did that help

7    matters?

8    A    It didn't seem to hurt them crazily.  I mean, she said

9    hi to me and didn't seem to be in the slightest upset about

10   it.

11   Q    So at this stage when you wrote her the letter, you said

12   she was now saying hi to you, was that kinda the extent of

13   your social interaction?

14   A    No, we talked occasionally.

15   Q    But any dating or anything?

16   A    No.

17   Q    So initially, there was no problem with you writing the

18   letter, but then what happened?

19   A    Then I left a voicemail on her answering machine just

20   stating that I thought we should go out on a date; and that

21   did not go over well.

22   Q    And how did that -- how did that lead to -- or what

23   further happened with respect to a potential relationship

24   with this woman after that?

25   A    Nancy still shrugged me along saying, oh, no, you just

```
 1   messed things up by acting on your own, and that I still have
 2   to help you with this, and you're still going to be together.
 3   Q    Did you still believe it?
 4   A    At that point things were getting pretty thin, and I
 5   was -- I knew I was being manipulated, and I was vulnerable.
 6   Q    Did you put an end to it?
 7   A    Well, I did.  That was after I changed jobs again, and I
 8   just realized that I -- after asking her for my sacrifices
 9   back, and she would refuse to give them to me, that this was
10   going nowhere.  I was shamed into thinking what am I going to
11   do, am I going to go to the authorities and tell them I've
12   been working with this psychic.  I was -- kind of a shameful
13   thing.
14   Q    Did you do anything, or just --
15   A    No, I did not.  I broke it off.
16   Q    Before you broke it off and during the time period of
17   your relationship with Nancy, did she have you doing any
18   types of rituals, prayers or other things?
19   A    Yes, she did.
20   Q    Like what, for example?
21   A    She had me buy objects and sleep on them, like crystals
22   or bedsheets that were new, and then I would bring them to
23   her.  She also had me spit in a jar, and it like turned red,
24   and she said that was the curse getting removed.  She also
25   laid her hands on me and said that she was healing me.
```

```
 1    Q    Okay.  Prayers, meditations, anything of that nature?

 2    A    Not praying together, no.  Maybe once or twice when we

 3    were in the middle of -- and it was only a few of these types

 4    of, I'll call them rituals that we did, not that many.  Most

 5    of it was just short meetings with her that lasted, like, 10,

 6    15 minutes.

 7    Q    So when you finally broke it off, you said -- what year

 8    was it when you broke it off?

 9    A    2004.

10    Q    And then after 2004, did you have any further contact

11    with her to the present day?

12    A    She called me once.  It wasn't that long after that,

13    maybe six months, and I didn't say much to her.  I just acted

14    as if everything was fine, and she said call me if you need

15    me, which I never did.

16    Q    And you said you didn't contact the police or anything

17    at that time?

18    A    No, I did not.

19    Q    Did there come a point later on, years later, that you

20    did contact the police?

21    A    Yes, I did.

22    Q    And what precipitated that?  What caused you to do that?

23    A    Well, I looked on the Internet and Googled Nancy Marks.

24    Q    What year are we talking about?

25    A    We're talking about 2012.
```

```
 1   Q    And when you Googled her name and looked on the Internet
 2   you saw some information about her?
 3   A    I did.  I --
 4   Q    Okay.
 5   A    I saw that there was an arrest made in both Florida and
 6   New York with the Marks family, and all the names looked
 7   familiar and looked exactly in the ages.  So then I searched
 8   further 'til I saw a picture, and then I knew it was them.
 9   Q    And what did you do when you saw that?
10   A    I had paperwork that linked me to Nancy and Rose and
11   Cynthia, and I looked for that paperwork.  I'm a bachelor.
12   I've never been married.  So my paperwork system is not all
13   the best.  I had a week off scheduled, and I searched that
14   house 'til I found documents, some of which were 17, 16 years
15   old.
16         And then I went to the police in Montgomery County,
17   and they said they couldn't help me, which then I went back
18   to the Internet, got a name of a private detective, contacted
19   him, which then, in turn, he gave my number to the IRS.
20   Q    And then you were contacted by the -- by an investigator
21   or an agent from the Internal --
22   A    A special agent, yes.
23   Q    So why did you decide to come forward so many years
24   later when you wouldn't go -- come forward back in 2004 when
25   you broke it off with Nancy?
```

```
 1   A     In 2004 I always wondered, you know, when this was going

 2   to spill over, when the bottom was going to come out of it.

 3   I was shocked that it -- because I knew that they had other

 4   clients that they were doing this to.  They must have been.

 5   So when I came forward, I realized that these things that I

 6   was saving, also the bad feelings that I had of being

 7   manipulated, and also the sense of other people that might be

 8   targeted by them.

 9   Q     But you didn't do it in 2004.  Why not?

10   A     I didn't feel like there was a leg to stand on.

11   Q     What do you mean?

12   A     I just didn't -- it was mostly shame mostly because I

13   still felt vulnerable.  But I don't feel that intimidation

14   now.

15   Q     Let me show you what's been marked for identification as

16   Government's exhibit 105 composite.

17         You said you were able to gather together some of

18   the documents that related to your interactions?

19   A     Yes.

20   Q     Government's exhibit 105 composite, do you recognize

21   that, what's contained within that binder?  I'm just

22   asking --

23   A     Yes, I do.

24   Q     And are those records that you were able to locate

25   related to your interactions with Nancy Marks?
```

```
 1    A    Yes, they were in my possession, which I turned over to

 2    the IRS.

 3              MR. STEFIN:  We would offer 105 composite into

 4    evidence at this time.

 5              MR. SCHWARTZ:  No objection.

 6              THE COURT:  Admitted without objection.

 7       (Government's Exhibit No. 105 entered into evidence.)

 8    BY MR. STEFIN:

 9    Q    I'm going to show you one of the documents from your

10    binder.  The Bates label is PH01.

11              Is that the $1800 check that you testified about

12    earlier?

13    A    That is, from 1996, written out to Cynthia Michaels.

14    Q    And at that time you knew her last name to be Michaels?

15    A    That's correct.

16    Q    And did you notice who ultimately endorsed the check on

17    the back side?

18    A    Yes, I did.  It was Rose Marks.

19    Q    But had you met Rose Marks at that time?

20    A    No, I did not.

21    Q    Let me display to you the document number is PH03 under

22    the same exhibit number.

23              And what is that?

24    A    That's the receipt for the $3000 that I was given to by

25    Nancy, Nancy Marks.
```

```
 1    Q    The receipt was given to you by Nancy, not the money?

 2    A    Correct.  I gave her the money, and she gave me this

 3    little note that she wrote on, that said that when all the

 4    work's finished, that she was going to return this money.

 5    Q    And the date listed, it says 'til October 25th.

 6    A    That's correct.

 7    Q    And this was written when?

 8    A    1996.

 9    Q    The date of that note, can you see that on the upper

10    right hand?

11    A    7/24/1996.

12    Q    And that was signed by, looks like Nancy Vivian Marks?

13    A    That's right.

14    Q    I forgot to ask you, were you able to tally up the exact

15    number or the exact amount of money that you spent over all

16    these years?

17    A    Yes, it was approximately $20,000, a little over.

18    Q    And was that a significant amount of money in your

19    economic circumstance?

20    A    Yes, it was.  I was only making about 25,000 a year when

21    I first started.  Then I jumped up a little bit, but I've

22    never really made that much money.  Travel agent, it's not a

23    really high paying job, but I am physically (sic)

24    responsible.  I live within my means.

25    Q    All right.  Let me just show you these documents.
```

```
 1   Document PH04, what is that?  Do you recognize that?

 2   A    Yes, that's a credit card advance, cash advance that I

 3   got.  Nancy had instructed me to go to a bank to get that..

 4   Q    PH05, what is that?

 5   A    That's another credit card advance, the one for the

 6   $3000 that she needed as -- to cleanse my spirit.

 7   Q    How did you normally deliver the money?  Was it in

 8   person or were there other methods?

 9   A    Usually, it was in person in cash.  Sometimes I wired

10   her money, when she was in New York.

11   Q    Showing you document PH07.  This may be hard to see.  Do

12   you recognize what that is?

13   A    Yes, that's a wire transfer that I sent to Nancy in New

14   York.

15   Q    Well, it says on the top Western Union.

16   A    Western Union.

17   Q    And that was for the $300 in that particular date?

18   A    Yes.  She would call me on occasion and say that she

19   needed money for my work and for me to send it to her

20   immediately.

21   Q    Moving forward a few years, PH09, another check to Nancy

22   Marks.

23   A    That's correct.

24        Nancy really didn't like me to give her checks, but

25   on occasion when I didn't have any cash, she would take them.
```

1    Only on a rare occasion.

2    Q    Back side of that endorsed Nancy Marks?

3    A    It is.

4    Q    And you got some -- and you were able to find the actual

5    business cards for the business?

6    A    Correct.  On Cherokee Little River Turnpike.  And they

7    had a sign, it said:  "Astrology by Vivian, Psychic

8    Readings."

9    Q    Let me just move quickly here.

10        Another PH13.  Little wrinkled.

11        Able to see what that is?

12   A    That's a Western Union money that was sent to Nancy

13   Marks in New York.

14   Q    The last one, PH14.

15        Another Western Union?

16   A    Yes, that is.  And she would generally, when I asked

17   about these funds that I was sending her, she would reassure

18   me that they couldn't be collected for her gain, and that

19   they would be returned to me when the work was completed.

20   Q    Did she ever make any comments to you about discussing

21   this with other people or not discussing this with other

22   people?

23   A    Yes, she did.  She said for the work to succeed that I

24   had to keep this completely secret and not tell anybody.

25   Q    Did you obey that?

```
 1   A     I did until 2012.  Right before I sent the IRS the

 2   information, I told my roommate who I live with about the

 3   situation, and that was the first person I had told since

 4   1996.

 5             MR. STEFIN:  That's all I have on direct, Your

 6   Honor.

 7             THE COURT:  Thank you.

 8             Cross-examination.

 9                     Cross-examination

10   BY MR. SCHWARTZ:

11   Q     I guess it's still morning.  So good morning,

12   Mr. Hughes.

13   A     Good morning.

14   Q     If I mumble and you can't understand me, just interrupt.

15   But not while I'm talking, because the court reporter will

16   get upset.

17             Couple of things, just to correct a few things that

18   I think you're mistaken about.

19             First, you said you met Cynthia for the first time

20   at a storefront location with a big sign on Franconia, in

21   Springfield, Virginia.

22   A     That's correct.

23   Q     And it was a double storefront.  One side had a hot tub

24   place and she had the other place, right?  Something like

25   that.
```

1    A    From what I can remember, they might have sold beds over

2    there.  But that whole place, that area, that whole land mass

3    has been gobbled up by what is now called the Mixing Bowl.

4    It was a huge billion-dollar project connecting Interstate 95

5    with the Washington Beltway, which is 495.  So that structure

6    is no longer there.

7    Q    That property was -- at that location -- was taken by

8    eminent domain by the State of Virginia or the federal

9    Government; is that right?

10   A    As far as I know, yes.

11   Q    But the property on Franconia where -- was a residence

12   where Rose Marks lived, wasn't it?

13   A    No, it was not.

14   Q    So you didn't meet anybody at Rose Marks' house on

15   Franconia; is that correct?

16   A    Her house isn't in Franconia, it's in Falls Church,

17   Virginia.

18   Q    You're talking about Nancy Marks?  I'm talking about

19   Rose.

20   A    Rose is -- only time I saw her was at that same location

21   in Falls Church, Virginia.  It's close to Alexandria.

22   Q    Are you talking about the house or the location on

23   Cherokee?

24   A    That is a house that they ran the business out of.

25   Q    So you're suggesting -- you never went to a home

1  belonging to Rose Marks on Franconia in Virginia, in

2  Springfield, Virginia, did you?

3  A    I'm glad you're mentioning that, because I never saw a

4  deed to a house, so I don't know who owned that house.  I

5  just know they ran a business out of that.

6  Q    Okay.  But the business that you're talking about run

7  out of a house was by -- primarily, you met with Nancy Marks

8  on Cherokee in Falls Church, Virginia?

9  A    It did say Psychic Readings by Vivian there.

10  Q    And there's a sign there, right?

11  A    There was at that time.

12  Q    A relatively large sign.

13  A    Large sign.

14  Q    Okay.  And another thing that just struck me as curious.

15  And I'm not suggesting you're saying anything that's not a

16  fact, but what were you going to do if she returned the

17  maternity clothes to you?

18  A    Take them back maybe to the store.  It was probably too

19  late to return them.  I did buy them, so Nancy would instruct

20  me that some of these things would be for my future wife,

21  which I was misled and manipulated into believing these

22  things.

23  Q    Thank you.  But may I ask you a favor?  It's getting

24  close to lunchtime.  If I ask you a question, could you

25  answer it and not add, you know, additional commentary?

1   A      Sure.

2   Q      Do you mind?

3          Thanks.

4          Let's go -- so you met Rose one time at the house

5   that you normally met Nancy at, which was a home plus a

6   psychic reading place in Falls Church, Virginia; is that

7   right?

8   A      That's correct.

9   Q      And that's the same time you met Rose's granddaughter,

10  Nancy's daughter Vivian?

11  A      Yes, that's correct.  I saw them all on several

12  occasions.

13  Q      And that was really social occasions, correct?

14  A      No, that was just when I was waiting to be seen by

15  Nancy.

16  Q      Okay.  But you also sort of connected with the family,

17  didn't you?

18  A      More later, but just on a few occasions.

19  Q      Uh-huh.  When they were out of town you sometimes met

20  Cynthia?

21  A      I only met with Cynthia a few times, but, yes, when

22  Nancy couldn't be seen.  And it was just a handful, maybe

23  five.

24  Q      And sometimes you would take Nancy's children to the

25  mall?

```
 1    A     On one occasion I took her children to the mall to get a
 2    scale and to buy something for their son, as well.
 3    Q     And you also have taken care of Nancy's dog while she
 4    was out of town?
 5    A     I did take care of Skippy.
 6    Q     Right.
 7          So it was not just a business relationship.  You
 8    went over there to talk to her, but you also had social
 9    interaction with the family?
10    A     I did.  And they led me to believe that they were trying
11    to help me.
12    Q     Well, when you say "they," Nancy was the one you saw
13    virtually all the time.  You say you saw Rose once for a few
14    minutes and you saw Cynthia a few times; is that right?
15    A     I did, but they all told me this.
16    Q     And you were shown by the Government a check.  I think
17    they called it PH1 and the back was PH2.  That was a check
18    you gave to Cynthia; is that right?
19    A     That's correct, in 1996.
20    Q     And apparently for some reason when Cynthia deposited
21    it, it was endorsed by Rose so it could be deposited in some
22    account; is that right?
23    A     Rose did sign the check.  I didn't know why.
24    Q     Okay.  And all of them, Rose, Cynthia, and Nancy at that
25    time lived in Virginia; is that correct?
```

```
 1    A    I didn't really know where they lived.  They had several

 2   residences.  I knew they -- at that time in the early '90s

 3   she traveled to New York and Florida quite a bit.

 4    Q    When you say she, you're talking about Nancy?

 5    A    I'm talking -- really, the whole family, as far as I

 6   know.

 7    Q    Okay.  There was one other thing that I found somewhat

 8   strange.  I don't know if we have this in our system, the

 9   statement.  And, again, this isn't Rose, but talking about

10   Nancy.  You say that Nancy promised that your money would be

11   returned; is that correct?

12    A    She did.

13    Q    But I'm looking at the -- and, again, forgive me~-- the

14   receipt that you got.  And can you just read to us maybe on

15   your screen there what it says?

16    A    It says:  "I, Paul Hughes, has given Nancy Marks

17   $3000 --"

18    Q    Nancy Vivian.

19         THE COURT:  Nancy Vivian Marks.

20         THE WITNESS:  "Nancy Vivian Marks, to hold for

21   spiritual reasons 'til October 25th upon this date, the money

22   may be returned," and it's got her signature.

23   BY MR. SCHWARTZ:

24    Q    Did you notice when you got it that it said the money

25   may be returned?
```

```
 1   A    I asked her about that, and she said she didn't know

 2   exactly when we were going to finish.  She hoped that it

 3   would just be three months, but she said once the spiritual

 4   work was done, that it was going to be returned.

 5   Q    Just one other question.

 6        Does Nancy spell very well?

 7   A    That's my handwriting.

 8   Q    It is?  I didn't mean to insult you.  I'm sorry.

 9   A    And I'm a terrible speller.  I could not spell cheese if

10   I were a mouse.

11   Q    You should do what I do, get spell check.

12        MR. SCHWARTZ:  May I have a moment, Judge?

13        THE COURT:  Yes.

14   BY MR. SCHWARTZ:

15   Q    And I just had one other -- I'm sure there's an

16   explanation for it.  I'm not being critical.  One other

17   anomaly.  Again, referring to the receipt -- and maybe your

18   sense of time is the same as my spelling -- is dated 7/24/96;

19   is that right?

20   A    That's correct.  I don't think that's actually the

21   correct date.  I think --

22   Q    7/25?

23   A    7/25 or 24.  I think maybe I saw her two days in a row.

24   You're talking about something that happened 16 years ago, 17

25   years ago that I've been trying to put out of my mind, not
```

1    keep it in there.

2    Q    And I only raise that because when I looked at --

3    actually, when my paralegal looked at the cash -- the cash

4    advance form, it was for 7/25.

5    A    Right.

6          I think I just didn't know the date or something.

7    She instructed me what to write.

8    Q    Okay.  I'm not -- again, I'm not challenging really --

9          MR. STEFIN:  I'll object to the question.

10          THE COURT:  Sustained.

11          MR. SCHWARTZ:  I have no other questions.

12          THE COURT:  All right.  Thank you.

13          Any redirect?

14          MR. STEFIN:  I do not, Your Honor.

15          THE COURT:  Thank you, sir.  Thank you.  Watch your

16    step getting down.

17          All right.  Ladies and gentlemen, let's take our

18    lunch break at this time.  Again, do not discuss the case,

19    don't form any opinions, don't do any research, leave your

20    notes, and we'll see you at 1:30, 1:30, please.  Thank you.

21      (The jury exits the courtroom.)

22          THE COURT:  All right.  I've got a 1:00 o'clock

23    matter, so could I just ask you to just make some room on

24    your counsel table so the attorneys can have some room to

25    work with during our 1:00 o'clock matter?  Appreciate it.

1    You don't have to move everything, just leave some room for

2    them so they can work.  Just a change of plea, so it's not

3    going to take too much time.

4            So we'll see you at 1:30.  Thank you.

5        (A recess was taken from 12:11 p.m. to 1:37 p.m., after

6    which the following proceedings were had:)

7            THE COURT:  All right.  We're back on the record.

8    Defendant's present with counsel.

9            Are we ready to proceed?

10           MR. STEFIN:  I believe so, Your Honor.  I'm just

11   showing Mr. Schwartz the exhibits that are coming in next.

12           MR. SCHWARTZ:  Yes, Your Honor.

13           THE COURT:  You might want to move that lectern

14   back.

15           MR. SCHWARTZ:  I guess there is one issue, Judge.

16   I just looked at the documents Mr. Stefin gave me.  In a

17   warehouse that was searched, they found a carton, a plastic

18   carton of my client's records.  Amongst them are old tax

19   returns.

20           Mr. Stefin has notified me that under 404(b) he's

21   intending to use as other bad acts tax returns, I think, from

22   the 1990s.  I'm going to object to any documents or any tax

23   returns being offered for 404(b) purposes.  I have no

24   objection to them being offered at this time as being found

25   in the warehouse if that's what he's doing, but if he's going

1    to use them for 404(b) or if the fact that they're in

2    evidence after being identified is going to be -- foreclose

3    me from later making a 404(b) argument, then I object.

4             THE COURT:  What are the tax years in question

5    here?

6             MR. STEFIN:  She's charged in two tax years, I

7    believe it's 2006 and 2007.

8             THE COURT:  And these tax returns are from when?

9             MR. STEFIN:  Well, they're from the 1990s, but the

10   evidence will show that the Defendant was obviously operating

11   her business in the 1990s, and, in fact, had one of the main

12   victims on the hook from 1990 on.  The evidence will show

13   that that victim was giving the Defendant more than a million

14   dollars a year, more or less, in those early years, and the

15   tax return copies that were found in the warehouse belonging

16   to the Defendant will indicate that she was not reporting or

17   declaring any of that income on her tax returns.

18            But that's not the only purpose for those

19   particular returns.  Those tax returns also show high -- I

20   believe a high amount of gambling winnings which were offset

21   by high level of gambling losses.  So it all fits into our --

22   the evidence that shows that this Defendant for many years

23   was spending a lot of the victim money in gambling.

24            There's also other documents related to the taxes,

25   such as correspondence with a tax attorney that represented

 1    her at that time in which she was reporting that the money

 2    that was being received from some of these victims were

 3    gifts.  The letter actually references that.  And that would

 4    show that -- well, that's contrary to representations that

 5    are being made at this trial, that these were legitimately

 6    earned fees for services being rendered.

 7           So there's multiple purposes for the admissibility

 8    of these tax returns, but I will say that I don't intend to

 9    publish these with this particular witness.  He's an agent

10    who just seized all of these documents from the warehouse.  I

11    want to be able to at least move them into evidence with him,

12    and if there's some issue with them before we publish them,

13    we could hash it out further if it becomes necessary.

14           THE COURT:  Is there any need to refer to them

15    either now or during the course of the trial maybe up 'til

16    closing for purposes of arguing, well, she didn't report the

17    income then, she didn't -- it now shows that she had intended

18    not to report it on the two years in question?  Is there any

19    reason to actually refer to them in that context at this

20    point?

21           MR. STEFIN:  No, I won't.

22           THE COURT:  And so we can preserve the objection

23    for use of 404(b) evidence.

24           MR. STEFIN:  Right.

25           But I was going to have him -- because he seized a

1  large number of records, you know, boxes full of records,

2  we've picked out, I believe it's 25 or 30 pieces of evidence

3  that have been put into the books that Mr. Schwartz has.  I

4  was just going to quickly go through the nature of the

5  documents that were seized.

6          THE COURT:  Right.  But you're not going to say,

7  oh, and did she report this as income --

8          MR. STEFIN:  No, this is not a witness for that.

9          MR. SCHWARTZ:  That's fine, Your Honor.  And thank

10 you.  I just wanted to raise it now so I didn't waive it.

11         THE COURT:  Okay.  We'll deal with whether the

12 Government can use it for 404(b) purposes at a later time.

13 So don't refer to anything in that context at this point.

14         All right.  Anything else at this point before we

15 bring the jury in?

16         MR. STEFIN:  I don't believe so.

17         THE COURT:  Mr. Schwartz?

18         MR. SCHWARTZ:  No, Your Honor.

19         THE COURT:  Okay.  Let's bring the jurors in,

20 please.

21     (The jury enters the courtroom, after which the following

22 proceedings were had:)

23         THE COURT:  Welcome back, everyone.  Please be

24 seated, ladies and gentlemen.

25         Sorry for the delay in getting started, ladies and

```
 1   gentlemen, but I had another matter in another case that --

 2   at 1:00 o'clock that caused us to get a little late start

 3   here this afternoon.  I apologize.

 4          Mr. Stefin, your next witness.

 5          MR. STEFIN:  Thank you, Your Honor.  At this time,

 6   the United States would call Special Agent Anthony Delpozzo.

 7          Anthony Delpozzo, Government witness, sworn.

 8          THE COURT:  Please be seated.

 9          Sir, if you could try and pull that microphone

10   towards you.  The chair doesn't move.  And tell us your name

11   and spell your last name for us.

12          THE WITNESS:  Sure.  It's Anthony Delpozzo,

13   D-e-l-p-o-z-z-o.

14          THE COURT:  Thank you.

15          You may proceed.

16                     Direct Examination

17   BY MR. STEFIN:

18   Q    Mr. Delpozzo, what do you do for a living?

19   A    I'm a special agent with the United States Secret

20   Service.

21   Q    And how long have you been with the Secret Service?

22   A    Just over seven years.

23   Q    And are you currently assigned to a particular field

24   office?

25   A    Yes, the Miami field office.
```

1   Q     And you have been working in the Miami office for how

2   long?

3   A     Just over seven years.

4   Q     Directing your attention to August 16th, 2011.  Were you

5   involved in the execution of a search warrant at a location,

6   4052 Oakland Park Boulevard, in Fort Lauderdale, Florida?

7   A     Yes.

8   Q     And what type of location or facility is that?

9   A     It's just like a warehouse storage facility district.

10  Q     And were you alone or were you with other agents that

11  day?

12  A     Other agents.

13  Q     And what were you sent there to do?

14  A     Recover a Ferrari.

15  Q     And was there a Ferrari -- a particular Ferrari located

16  in one of the storage bays, rental units, in that location?

17  A     Yes.

18  Q     And in the course of executing the search warrant for

19  the Ferrari, did you locate or notice other items that were

20  located in the storage bay?

21  A     I did.

22  Q     And do you know who the storage bay was rented or leased

23  to?

24  A     Marks -- I don't recall the first name.  I apologize.

25  Q     When you -- so when you entered the bay, what was seized

1    from the storage facility?

2    A    There was a Ferrari, Bentley, motorcycle, and boxes of

3    documents.

4    Q    Let's talk about the documents.  Okay?

5         How were they arranged inside that warehouse bay?

6    Were they loose?  Were they in file cabinets?  How were they

7    seen?

8    A    Just like a Office Depot box that like paper would come

9    in.  So just a cardboard box, and also, that's how they were

10   contained.

11   Q    And what did you do with -- what happened to the boxes

12   of documents?

13   A    We recovered those documents and brought them back to

14   the Miami field office.

15   Q    Were there photographs taken of the warehouse storage

16   unit on that particular day?

17   A    There was.

18   Q    I want to show you what's been marked as Government's

19   composite exhibit 28, ask you if you could look at these

20   photographs and identify them?

21        MR. STEFIN:  May I approach, Your Honor?

22        THE COURT:  Yes.

23        THE WITNESS:  Yes, sir.

24   BY MR. STEFIN:

25   Q    Are those pictures that were taken that particular day,

 1    on August 16th?

 2    A    Yes, it was.

 3    Q    Do they accurately depict the location and the scene as

 4    it appeared on that day?

 5    A    Yes.

 6         MR. STEFIN:  We would offer Government's exhibit 28

 7    composite into evidence at this time.

 8         THE COURT:  Any objection, Mr. Schwartz?

 9         MR. SCHWARTZ:  No objection other than what I

10    mentioned earlier, Your Honor.

11         THE COURT:  Well, this is just photographs.

12         MR. SCHWARTZ:  Oh, I'm sorry.  I thought the

13    documents also.

14         THE COURT:  Is there any objection to the

15    photographs?

16         MR. SCHWARTZ:  No objection to the photographs,

17    Judge.

18         THE COURT:  Admitted without objection.

19      (Government's Exhibit No. 28 entered into evidence.)

20    BY MR. STEFIN:

21    Q    Showing you one of the photographs which has a Bates

22    label of -- says warehouse 01.  How large a warehouse bay was

23    this, would you say?

24    A    I don't have the dimensions offhand, but --

25         THE COURT:  Sir -- Agent, you can look right in

```
 1   front of you.
 2           THE WITNESS:  Large enough for at least two
 3   vehicles and to be in there comfortably, so . . .
 4   BY MR. STEFIN:
 5   Q    Enough to fit in two cars basically is what you're
 6   saying?
 7   A    Yes, sir.
 8   Q    On the left-hand side I see some, what appears to be
 9   cardboard boxes; is that correct?
10   A    Correct.
11   Q    And do you remember what was contained in those boxes?
12   A    Inside some of the boxes were documents, bank records,
13   tax records.
14   Q    Let me show you another angle of that warehouse,
15   photograph warehouse 04.  Looks like the picture was taken
16   somewhat of an angle.
17           Is that another view of the -- that same warehouse?
18   A    Correct.
19   Q    Looks like on the -- way in the upper right-hand corner
20   there looks like a box on a shelf or piece of furniture?
21   A    Correct, on top of -- I don't recall what that is, but
22   it looks like an Office Depot box, and that's a box that had
23   some writing on the outside with different documents that we
24   recovered.
25   Q    And showing you warehouse 06 photograph.  What is that?
```

```
 1    A    I believe those were just boxes, and there was some rims

 2    inside those.

 3    Q    Okay.  Photograph 09.  Are you able to see what that is?

 4    A    Inside it's just bank documents, looks like bank

 5    deposits and other miscellaneous documents.

 6    Q    And what did you do with all the documentary evidence

 7    that was seized there?

 8    A    They were collected and brought back to the Miami field

 9    office of the Secret Service.

10    Q    Was there an inventory prepared depicting the particular

11    items that were seized that day?

12    A    Yes.

13    Q    Actually, how many boxes of documents do you recall

14    being seized?

15    A    There was a couple of boxes of documents.

16    Q    And have those documents been maintained by the Secret

17    Service except for the purpose of the trial here today?

18    A    Yes.

19    Q    I'm going to show you what's been marked as Government's

20    exhibits 401 through 415.  Some of them are composite

21    exhibits, and ask you to take a look at these.

22    A    Okay.  Yes, sir.

23    Q    Were these some of the documents that was seized on

24    August 16th from the warehouse at 4052 Oakland Park

25    Boulevard?
```

1    A    Yes, they were.

2          MR. STEFIN:  Your Honor, at this time the United

3    States would offer into evidence Government's exhibits 401

4    through 406.   407 and 408 are blank.   And then we would offer

5    409 through 415 into evidence at this time.

6          MR. SCHWARTZ:  Again, no objection other than that

7    previously posed.

8          THE COURT:  They'll be admitted without objection

9    subject to Mr. -- or the Defendant's objection to certain

10   uses of those documents.

11     (Government's Exhibit No. 401 through 406 and 409 through

12   415 entered into evidence.)

13         MR. STEFIN:  If I could just have a moment, please,

14   Your Honor.

15   BY MR. STEFIN:

16   Q    Showing you what's part of composite exhibit -- I'm not

17   going to go through all these documents at this point, but

18   there's just a couple of things I wanted to point out.

19         Do you recall seeing that there was some invoices

20   from a company called Fort Lauderdale Rare Coin?

21   A    I do.

22   Q    Showing you what's part of composite exhibit 401.

23         Are you able to read that, Agent?

24   A    Yes, sir.

25   Q    And what does that appear to be?

1    A    It's a purchase invoice from Fort Lauderdale Rare Coins.

2    It was purchased from Rose Marks, and there were 60 coins, I

3    believe.  The A/E is American Eagle.

4    Q    All right.  It actually says Rose Marks, looks like the

5    number 9600.

6    A    Correct.

7    Q    And then below that, Donnie Eli, 8160, quantity 60, A/E,

8    looks like 102, there's a number 296, and under price,

9    17,760?

10   A    Sixty.

11   Q    And there were a stack of these type invoices?

12   A    Yes, sir.

13   Q    Let me just show you one more, then I'll stop.  This is

14   a document Bates number ending in 1710.

15           What's the date on that particular invoice?

16   A    5/21 of '02.

17   Q    And what is that to be an invoice for?

18   A    The same thing, coins, as well.  Looks like there's 20

19   American Eagles with the sale price of $6160.

20   Q    And it indicates purchased from Rose Marks at 1319

21   Seminole Drive, Fort Lauderdale, Florida?

22   A    Correct.

23   Q    And the date being 5/21/02?

24   A    Yes, sir.

25   Q    And all these documents were found in a box in that

```
 1    storage warehouse?

 2    A    Yes, sir.

 3    Q    Possibly one or two more items.

 4              And, again, you didn't go through in great detail

 5    all of these particular documents, or did you?

 6    A    I did not.

 7    Q    Were you the case agent involved in this case --

 8    A    I was not --

 9    Q    -- for the United States Secret Service?

10    A    I was not the case agent.

11    Q    Showing you what's been marked as 409-1.  What is that,

12    sir?  Can you tell?

13    A    Just an official check paid to the order of, looks like

14    Rose Marks for $50,000.

15    Q    And the remitter indicates?

16    A    The remitter is Victoria Eli.

17    Q    And the date, looks likes January 23 of '04?

18    A    2004, correct.

19    Q    In addition to executing a search warrant on

20    August 16th, 2011, were you also involved in executing a

21    search warrant on August 18th, 2011, at a different location?

22    A    I was.

23    Q    And was that a -- that was a pawnshop?

24    A    Yes, sir.

25    Q    And do you remember where that was located?
```

```
 1   A      3553 State Road 7, in Hollywood.

 2   Q      And what's that located close to or nearby?

 3   A      It's across right from the old Seminole casino.

 4   Q      And do you remember the name of the facility, the shop?

 5   A      I think it was Kwik Pawn, Kwik Cash, something along

 6   that -- I know Kwik something.

 7   Q      Again, this was executed pursuant to a search warrant

 8   that your office had obtained?

 9   A      Correct.

10   Q      On that date what type of items were seized or taken

11   possession of?

12   A      Four gold coins.

13   Q      What happened?  What did you do with those coins

14   afterwards?

15   A      Once they were recovered, they were brought back into

16   the Miami field office and placed into our evidence.

17   Q      I want to show you what's been marked as Government

18   exhibits 12-1 and 12-2 and ask if you can identify those.

19          And do you recall the name of the proprietor of

20   Kwik Cash Pawn, or would it be on the inventory receipt?

21   A      He was on the inventory.  First name is Pietro, and

22   that's like -- I think Macchiano is the last name.

23          MR. STEFIN:  May I approach, Your Honor?

24          THE COURT:  Yes.

25
```

1    BY MR. STEFIN:

2    Q    Showing you Government's exhibits 12-1 and 12-2, what do

3    you recognize those to be?

4    A    These are four gold U.S. Liberty coins.

5    Q    Are those the Liberty coins that were seized on August

6    the 18th, as you just testified about?

7    A    Yes, sir.

8    Q    And what's 12-2, just so I understand?

9    A    It's just a container that the coins were kept in, just

10   a plastic container that they were kept in.

11            MR. STEFIN:  At this time, the United States would

12   offer 12-1 and 12-2.

13            MR. SCHWARTZ:  No objection.

14            THE COURT:  Admitted without objection.

15        (Government's Exhibit No. 12-1 and 12-2 entered into

16   evidence.)

17            MR. STEFIN:  May I publish?

18            THE COURT:  Yes.

19            MR. STEFIN:  I don't have any further questions on

20   direct.

21            THE COURT:  Thank you.

22            Cross-examination.

23                        Cross-examination

24   BY MR. SCHWARTZ:

25   Q    Special Agent Delpozzo.

1    A     Yes, sir.

2    Q     Were you one of the first people on the scene in the

3    garage when people went in?

4    A     I was there pretty quick, yes, sir.

5    Q     And it was your job to photograph what the scene looked

6    like when people got there in order to document it in case it

7    went to court like this, right?

8    A     Yes.  I did not take the photos.

9    Q     Who took the photos?

10   A     I don't recall.

11   Q     But can you testify that these are true and accurate

12   pictures of what the garage looked like when you went in?

13   A     Yes, they are.

14   Q     And look in the back corner of that back, as we face it,

15   the right-hand corner.

16   A     Yes, sir.

17   Q     There's a -- like a paper box, and is that where the

18   documents you're talking about were?

19   A     That was one of the boxes.

20   Q     And where were the others?

21   A     I believe over there by that other square, which is the

22   bathroom.  You see behind the red canvas against the wall

23   there, underneath that motorcycle.

24   Q     There were other boxes piled up?

25   A     Correct.

```
 1   Q     And we can see them a little better here, I think.

 2            Is that the other boxes you're talking about?

 3   A     Correct.

 4   Q     Now, those other boxes are stacked up against each other

 5   or on top of each other; is that correct?

 6   A     Correct.

 7   Q     None of them are tipped over on the floor or anything

 8   like that, right?

 9   A     No, sir.

10   Q     After you people went in initially to this garage, did

11   you secure the premises and have somebody go and get a search

12   warrant?

13   A     Yes.

14   Q     And I'd ask you to take a look at a document which the

15   Government provided to us.  It's Bates stamp number 517, and

16   I refer you to page 520 just for the purpose at this point of

17   refreshing your memory as to a couple of things.

18            Referring you to paragraph 11, does this remind you

19   as to the name of the person who rented or leased that

20   warehouse?

21   A     Yes.

22   Q     And can you, now that your memory's refreshed, tell us

23   the name of the person who rented or leased that warehouse?

24   A     Ricky Marks.

25   Q     Now, next, I'd ask you to read to yourself paragraph 12.
```

```
 1   A     Yes, sir.

 2   Q     Was there a box tipped over with documents spewing out

 3   in plain view?

 4   A     I'm not going to say that it was tipped over spilling

 5   out, if you're referring to something just like splashed all

 6   over the floor.  No, there was not.

 7   Q     Oh, and were you part of the -- withdrawn.

 8         Did you ever ascertain whether these vehicles were

 9   owned by Ricky or somebody in the Marks family or leased by

10   them?

11   A     No, I did not.

12         MR. SCHWARTZ:  No further questions, Judge.

13         THE COURT:  Thank you.

14         Any redirect?

15         MR. STEFIN:  No questions, Your Honor.

16         THE COURT:  Thank you, sir.

17         THE WITNESS:  Thank you.

18         MR. STEFIN:  Our next witness would be Special

19   Agent Dwight Gray.

20         MR. SCHWARTZ:  May we approach for a moment while

21   Mr. Gray's coming in, Your Honor?

22         THE COURT:  Yes.

23      (The following proceedings were held at sidebar:)

24         MR. SCHWARTZ:  Maybe I'm being hypercritical,

25   Judge.  I've been accused of that in the past.  But this
```

```
 1    search warrant, we've moved -- a number of people moved to
 2    suppress the evidence seized from this garage, and the
 3    magistrate upheld the search predicated primarily on the
 4    fact -- well, in part, that there was consent by the lessor
 5    of the garage to search.  But more important than that, he
 6    said that since documents were in plain view and relying on
 7    the fact that the box had already been tipped open and inside
 8    the box in plain view were certain documents, he allowed for
 9    the documents not to be suppressed.
10           I hadn't seen a picture like this until today.  I
11    guess I saw it in black and white, but I would suggest to the
12    Court that the box is not tipped over and the documents in
13    plain view.  If they wanted to go in and rummage around and
14    peer down into the box, they might see documents.
15           So I would suggest that the documents from this
16    search should have been suppressed.
17           THE COURT:  I don't remember a motion to suppress
18    coming to me.  Was there a motion to suppress that came to
19    me?
20           MR. STEFIN:  No, it was referred to the magistrate
21    judge, but I just want to point out --
22           THE COURT:  So did the magistrate judge make a
23    ruling?
24           MR. STEFIN:  He made a ruling.
25           THE COURT:  Was there an objection to his ruling?
```

```
1              MR. STEFIN:  I don't believe so.

2              MR. SCHWARTZ:  No.

3              MR. STEFIN:  But I just want to point out there was

4    no standing with respect to Defendant Rose Marks because she

5    didn't have any proprietary interest in that warehouse.  So

6    any issues relate to the other defendants, not to Rose Marks.

7    So --

8              MR. SCHWARTZ:  But it's her documents that were

9    seized, Judge, and I agree, the suppression motion was made

10   by attorney for Ricky Marks.  They then went ahead and the

11   magistrate allowed the search, and Ricky Marks' attorney

12   didn't object to the report and recommendations.  But at this

13   time, I think all of this evidence should be stricken as to

14   Rose Marks because there's a, what I suggest may be splitting

15   hairs, is a misrepresentation of the search warrant.

16             THE COURT:  I don't even know what box you're

17   talking about.

18             MR. STEFIN:  The boxes in the back of the --

19             MR. SCHWARTZ:  I believe it's the boxes in the back

20   of the warehouse on the left as you face it, Judge.

21             THE COURT:  The boxes in the warehouse on the left

22   side, over there on the side of the building there?

23             MR. SCHWARTZ:  If you see, there's a black Bentley

24   there.

25             THE COURT:  So you're talking about to the left of
```

```
 1   the black Bentley.  It says blue Bentley there in the

 2   affidavit.

 3          So what this says is that -- it says the affiant,

 4   Kelly Cook, observed the left of the front door -- to the

 5   left of the front door a white banker's box.  I don't even

 6   see a white --

 7          MR. BARDFELD:  That's in the other picture.

 8          MR. SCHWARTZ:  Okay.

 9          MR. STEFIN:  No, it isn't.

10          MR. BARDFELD:  In the other picture that --

11          MR. SCHWARTZ:  Yeah, there is.

12          THE COURT:  That's not on the left.  The white box

13   that I saw was on a shelf of some kind or on the right-hand

14   side of the door, not the left.

15          MR. SCHWARTZ:  Uh-huh.

16          THE COURT:  So I don't even see a white banker's

17   box.  I don't see any box that -- and it just says the box

18   had already been tipped open.

19          MR. SCHWARTZ:  I'll --

20          THE COURT:  Now, I see nothing there that either

21   supports the fact that there was a box, a white box on the

22   left side of the door, or that whatever box was there was

23   tipped open.  That photograph that I've seen doesn't suggest

24   anything about, that this is either valid or invalid.

25          MR. SCHWARTZ:  May I put up the other picture,
```

1     Judge, for a moment?

2             THE COURT:  Just bring it over here.

3             MR. SCHWARTZ:  Okay.

4             THE COURT:  So where -- that's not to the left of

5     the door.

6             MR. SCHWARTZ:  Well, there is no white banker's box

7     to the left of the door.  And the only white banker's box is

8     to the right of the door, and it's clearly not tipped open

9     or -- open.

10            THE COURT:  But I don't know that there's no white

11    banker's box that was there.  It may not be captured in this

12    picture, but based on a description that's in the affidavit,

13    the box that you're referring to and you're using as a basis

14    for saying it wasn't tipped over is not -- couldn't possibly

15    be the box that they're being referred to.  And I don't know

16    whether that box has Rose Marks written on it, labeled on it.

17            Does anybody have this box to show that this is the

18    box that they're talking about?

19            But I don't have sufficient evidence, looking at

20    this picture, that doesn't show a white banker's box on the

21    left -- to the left of the front door.  I can't say that it's

22    a misrepresentation.

23            MR. SCHWARTZ:  If I could perhaps ask the witness a

24    couple of more questions whether there were any other white

25    banker's boxes there, I can do that now.  I assumed he was

```
 1    referring to this box.

 2              THE COURT:  You had the affidavit.

 3              If you want call him back I'm going to send the

 4    jury out.  We're not going to do it in front of the jury.

 5              MR. SCHWARTZ:  Okay.  Thank you, Your Honor.

 6         (Sidebar conference concluded.)

 7              THE COURT:  Ladies and gentlemen, I'm going to ask

 8    you to step in the jury room for a few minutes while we

 9    resolve an issue that's come up.  So if you could please just

10    step in the jury room.  Hopefully, it won't take too long.

11    Don't discuss the case or form any opinions, and we'll be

12    back to you shortly.

13         (The jury exits the courtroom.)

14              THE COURT:  Could you get the agent back in here?

15    You can all be seated.

16              Agent, if you could just get back on the stand.

17    You're still under oath, sir.  We just have a couple of

18    additional questions for you.

19              THE WITNESS:  Yes, sir.

20                        Proffer Examination

21    BY MR. SCHWARTZ:

22    Q    Agent, just so you can see it easily, I'm going to again

23    post the picture of the warehouse that you put into evidence.

24    Do you see it?

25    A    Yes, sir.
```

1   Q    There's a white banker's box on the right-hand side of

2   the car; is that correct?

3   A    Correct.

4   Q    Is there any -- was there any white banker's box, to

5   your knowledge, on the left-hand side of the car?

6   A    I'm not sure if there was any back in that area there

7   where the -- on the left side.

8   Q    Uh-huh.

9   A    Because there again, there was additional boxes over

10  there.  There may have been, but the one that had writing on

11  it, I believe is the one that is up there on top of the -- I

12  think those are tires there.

13  Q    All right.  With the name Rose Marks on it?

14  A    Correct.

15  Q    That's the white banker's box with the name Rose Marks

16  on it?

17  A    That's one of -- yes.

18          MR. SCHWARTZ:  Thank you.

19          I have no other questions, Judge.

20                    Proffer Examination

21  BY MR. STEFIN:

22  Q    Do you recall if there was more than one box that had

23  Rose Marks' name on it?

24  A    The only one I saw with the writing with the dates on it

25  was that one.

```
 1                    MR. STEFIN:  Okay.

 2                    THE COURT:  Anything else?

 3                    MR. SCHWARTZ:  No other questions, Your Honor.

 4                    THE COURT:  Anything else, Mr. Stefin?

 5                    MR. STEFIN:  No, Your Honor.

 6                    THE COURT:  Thank you, sir.

 7                    THE WITNESS:  You're welcome.

 8                    THE COURT:  Can I see the affidavit again?

 9                    All right.  I don't recall whether the agent --

10     maybe we should get him back in here.  Could we get the agent

11     back in here?  I want to ask him some questions.

12                    MR. SCHWARTZ:  Your Honor, I don't want to

13     represent to you that it's his affidavit.

14                    THE COURT:  It's not his affidavit.

15                    MR. SCHWARTZ:  I thought maybe you might have

16     thought that.  I know it's not.

17                    THE COURT:  No, I want to know, because the affiant

18     is the one who says she observed this box on the left side.

19     So I want to know who was where when.

20                    Sir, can you come back up?

21                    THE WITNESS:  Yes, sir.

22                    THE COURT:  And I'm sorry to get you back and

23     forth.  You're still under oath.

24                              Examination

25     BY THE COURT:
```

```
1    Q    Sir, when you went to this location, who were you with,
2    if you remember?
3    A    I was with another agent, Richard Fischer, who's up in
4    Washington at this time, and there were a couple other.
5    There were two or three other agents that were there, as
6    well.
7    Q    Do you remember their names?
8    A    Your Honor, I don't, off the top of my head.
9    Q    What was the name of the agent who was up in Washington?
10   A    Special Agent Richard Fischer.
11   Q    Do you remember, did you deal with an agent named Kelly
12   Cook?
13   A    Yes, sir, Your Honor.
14   Q    Is that a male or female?
15   A    It's a female.
16   Q    Was she there originally when you were there?
17   A    She did come there, Your Honor.
18   Q    Was she there when you first got there?
19   A    No, sir.
20   Q    What happened after you first got there in terms of what
21   did people do once you first got there?
22   A    Usually, just make sure the scene's secure, and then
23   once everything was secure there, waited for the search
24   warrant, and once the search warrant we had, then we started
25   collecting the items to bring back to the field office.
```

1   Q     Did you leave the scene before you got the search

2   warrant?

3   A     No, sir, Your Honor, we stayed there.

4   Q     All of you?

5   A     Yes, sir.

6   Q     Okay.  When did -- did Ms. Cook ever show up?

7   A     Yes, Your Honor.

8   Q     What point?

9   A     Shortly thereafter.  Within the hour, if not sooner.

10  Q     And who got the search warrant?

11  A     I believe it was Special Agent Cook.

12  Q     When you say you secured the scene, what was done in

13  terms of securing the scene?

14  A     Just, nobody was allowed in other than us as the agents.

15  Q     Was anything moved around?

16  A     No, sir, Your Honor.

17  Q     Was that box that's up there on the right-hand side that

18  has a red -- looks like it has a red top and -- white box

19  with a red top, where was that located up to the time the

20  search warrant was obtained?

21  A     Everything was still there.  That's the original -- what

22  you see in the picture is the original photo of where

23  everything was at at the time.

24  Q     Did anything move, as far as you know, before the search

25  warrant was obtained?

```
1    A     No, sir, Your Honor.

2    Q     So that box didn't move anywhere?

3    A     No, sir.

4    Q     Did anyone open it or look into it?

5    A     No, sir, Your Honor.

6    Q     Did the top get knocked off by any chance?

7    A     Not that one, sir.

8    Q     Did the top get knocked off any box?

9    A     Your Honor, not to my knowledge.

10   Q     And --

11   A     There were other boxes that did not have covers on them

12   that were open with documents there.

13   Q     Okay.  And where were they located?

14   A     On the side over here, Your Honor.

15   Q     On the side to the left?

16   A     To the left, yes, sir, Your Honor.

17   Q     So you were able to -- if someone was to walk by the

18   box, you would be able to see what was in it?

19   A     Yes, sir, Your Honor, plain view.

20   Q     And based on your best recollection, the boxes that were

21   to the left that were open and you could see in them in plain

22   view, did any of those boxes have any writing on them?

23   A     On the outside I don't recall.  There may have been like

24   a drawing on one.  But as far as a document, you could see

25   like miscellaneous bank documents and stuff, just different
```

1    types of papers inside there, as well.

2    Q    Were you able to read any of the names on them, if you

3    recall?

4    A    At the time I don't, Your Honor.

5    Q    Okay.

6    A    I mean, I don't.

7    Q    Okay.  That's fine.  I just wanted to know if you were

8    able to recall.

9    A    But you could see stuff.  I just don't recall, Your

10   Honor.

11            THE COURT:  Any questions based on my questions?

12            MR. SCHWARTZ:  No, Your Honor.

13            THE COURT:  Mr. Stefin?

14            MR. STEFIN:  No, Your Honor.

15            THE COURT:  Thank you again, sir.  I'm sorry to

16   keep calling you back and forth.

17            MR. STEFIN:  Should we keep him for a few more?

18            THE COURT:  I don't know.

19            Are there any other photographs of the scene?

20            I thought I saw a box at some point where it was

21   looking down into a box, and you could see bank documents

22   inside the box.  I thought I saw a box like that.

23            MR. SCHWARTZ:  May we approach with the book?

24            THE COURT:  Yes, please.

25            MR. SCHWARTZ:  These are better pictures, I think.

```
 1                    THE COURT:  Thank you.
 2                    All right.  Was there anything else that we needed
 3         to do with that witness or these documents?  Was there
 4         anything else you intended to do with these documents at this
 5         time?
 6                    MR. STEFIN:  No.
 7                    THE COURT:  All right.  Can we proceed with the
 8         next witness and we kinda sort this out later?
 9                    MR. SCHWARTZ:  Certainly.  No problem, Your Honor.
10                    THE COURT:  May I hold on to these for now?
11                    MR. STEFIN:  Sure.
12                    THE COURT:  And the affidavit, as well?
13                    MR. SCHWARTZ:  Yes, Your Honor.  I have another
14         copy.
15                    THE COURT:  All right.  Why don't we take a break
16         for the reporter since he's been going since 1:00 o'clock.
17         Let's take 10 more minutes, and then we'll get back together.
18            (A recess was taken from 2:31 p.m. to 2:45 p.m., after
19         which the following proceedings were had:)
20                    THE COURT:  Please be seated, everyone.
21                    Back on the record.  Ms. Marks is present.
22                    We ready for the jurors?
23                    MR. STEFIN:  Yes, we are.
24                    MR. SCHWARTZ:  Yes, Your Honor.
25                    THE COURT:  Let's bring the jury in, please.
```

```
 1        (The jury enters the courtroom, after which the following
 2   proceedings were had:)
 3             THE COURT:  Welcome back, everyone.  Please be
 4   seated, ladies and gentlemen.  Sorry for that interruption,
 5   ladies and gentlemen.  We're ready to proceed.
 6             Sir, would you raise your right hand for me,
 7   please.
 8             Dwight Gray, Government's witness, sworn.
 9             THE COURT:  Please be seated.
10             Sir, if you could pull that microphone towards you
11   because the chair doesn't move, and tell us your name and
12   spell your last name for us.
13             THE WITNESS:  My name is Dwight Gray, last name's
14   spelled G-r-a-y.
15             THE COURT:  Thank you, sir.
16                         Direct Examination
17   BY MR. STEFIN:
18   Q    What is your occupation, sir?
19   A    I'm a special agent with the United States Secret
20   Service.
21   Q    And how long have you been with the United States Secret
22   Service?
23   A    Nine years.
24   Q    And you're assigned to the Miami field office?
25   A    Yes.
```

1    Q    And directing your attention to August -- I believe it

2    was August 16th of 2011, did you participate in a -- the

3    execution of a search warrant at a particular Bank of America

4    location in Fort Lauderdale?

5    A    Yes, I did.

6    Q    Where was that location?

7    A    2300 East Sunrise Boulevard in Fort Lauderdale, Florida.

8    Q    And what type of -- when you are executing a search at a

9    bank, what exactly were you looking to accomplish?

10   A    We were looking to obtain the contents of a safety

11   deposit box.

12   Q    And do you recall the description of that box?  Meaning

13   not the size of the box, but did it have a number assigned to

14   it?

15   A    2052.

16   Q    And who was that box subscribed to by?

17   A    Michael Marks.

18   Q    And was that box entered on that particular date by

19   yourself and other agents?

20   A    Yes, it was.

21   Q    And what did you find inside?

22   A    It was assorted jewelry and gold coins, gold one ounce

23   coins.

24   Q    And what did you do with the contents of that box?

25   A    We transported them back to the Miami field office where

1    they were inventoried.

2    Q    All right.  And then you fill out paperwork, an

3    inventory sheet when you seize items?

4    A    Yes.

5    Q    I want to show you what's been marked as 29-1 and 29-2

6    and ask you if you can identify this.

7    A    Yes, I can identify them.

8    Q    Those are the items that were seized on August 16, 2011?

9    A    Yes, they were.

10          MR. STEFIN:  Your Honor, at this time we would

11   offer into evidence Government's exhibits 29-1 and 29-2.

12          MR. SCHWARTZ:  Without objection.

13          THE COURT:  Admitted without objection.

14      (Government's Exhibit No. 29-1 and 29-2 entered into

15   evidence.)

16   BY MR. STEFIN:

17   Q    With respect to the heavy one, is that 29-1?

18   A    29-1, yes.

19   Q    And what does that contain?

20   A    It contains gold coins, 46 one ounce U.S. Liberty coins,

21   and 39 one ounce Canadian coins, gold coins.

22   Q    You said 41 and 39?

23   A    Forty-six and 39.

24   Q    So 85 coins?

25   A    Eighty-five total.

```
1    Q    If my math is correct.

2         And those coins were ultimately appraised, were

3    they not?

4    A    Yes, they were.

5    Q    What was the appraised value of those coins?

6    A    Totaling $156,999.57.

7    Q    And with respect to 29-2, that's -- what is inside

8    there?

9    A    Okay.

10        THE COURT:  I don't think he knows you asked a

11   question.

12   BY MR. STEFIN:

13   Q    What else did you find?

14   A    In 29-2, you have stainless steel Cartier watch, a

15   yellow metal Cartier watch with leather strap, yellow

16   earrings, and a yellow gold bracelet.

17   Q    And what was the appraised value of those items,

18   approximately?

19   A    Totaling $4,350.02.

20   Q    Let me show you what's been marked as Government's

21   exhibit 29.  It's a photograph.

22        Is that a picture of the same coins outside the

23   bag?

24   A    Yes.

25        MR. STEFIN:  We would offer 29 into evidence at
```

```
1    this time.

2              THE COURT:  Any objection?

3              MR. SCHWARTZ:  No objection.

4              THE COURT:  Admitted without objection.

5         (Government's Exhibit No. 29 entered into evidence.)

6              MR. STEFIN:  May I publish these to the jury?

7              THE COURT:  Yes.

8              MR. STEFIN:  I have no further questions on direct.

9              THE COURT:  Thank you.

10             Any cross-examination?

11             MR. SCHWARTZ:  Yes, Your Honor.

12                       Cross-examination

13   BY MR. SCHWARTZ:

14   Q    I'm sorry, who owned that safe -- who leased that safe

15   deposit box?

16   A    The safety~-- the name on the deposit box was Michael

17   Marks.

18   Q    Okay.  Was there any papers or documents in there that

19   identified the box or any item in there as being owned by

20   Rose Marks?

21   A    No, not that I recall.

22   Q    And from your knowledge of the investigation, is Michael

23   Marks a son of Rose Marks and married to a woman named

24   Cynthia Miller?

25   A    The only knowledge of the investigation I have is
```

```
1    executing the search warrant.

2    Q    So you had the search warrant with you, or your team

3    did, when you went to the bank; is that right?

4    A    Yes.

5    Q    Just out of curiosity, how did the Government know that

6    there were valuable items in this safe deposit box?

7    A    Again, the only knowledge that I have is the execution

8    of the search warrant.

9    Q    Well, let me show you the application and affidavit for

10   that search warrant, Government's documents 531 through 540.

11   And ask you to take a look at it, and is this the application

12   that you had when you executed the warrant?

13   A    Okay.  Yes, this looks like a copy of the warrant that I

14   have.

15   Q    Thank you.

16         MR. SCHWARTZ:  May I approach the witness again?

17         THE COURT:  Yes.

18   BY MR. SCHWARTZ:

19   Q    And just for purposes of keeping track of it, we'll mark

20   it as Defendant's exhibit 10 for identification.

21   A    Okay.

22         MR. SCHWARTZ:  I'd like to offer this in evidence,

23   Judge.

24         MR. STEFIN:  Objection.

25         THE COURT:  Sustained.
```

```
 1              Did you sign the affidavit?  Did you swear to that
 2    affidavit?
 3              MR. SCHWARTZ:  No, Your Honor.
 4              THE WITNESS:  Me?  No.
 5              THE COURT:  No?
 6              Sustained.
 7    BY MR. SCHWARTZ:
 8    Q    Would you look at paragraph 14.  Don't read it out loud,
 9    because it's not in evidence.  But take a look at it to
10    refresh your memory.
11    A    Okay.
12    Q    To your knowledge, was any search warrant executed on
13    any safe deposit box belonging to Rose Marks?
14    A    I don't have that knowledge, no.
15    Q    To your knowledge, how was the Government aware of a
16    safe deposit box -- that a safe deposit box belonging to
17    Michael Marks had valuable property in it?
18    A    I did not swear to this search warrant.  My role in this
19    case was to execute the search warrant that was already
20    signed.
21    Q    And just for the record, who swore to that search
22    warrant?
23    A    It should have been Kelly Cook.
24              MR. SCHWARTZ:  No further questions.
25              THE COURT:  Any redirect?
```

```
 1              MR. STEFIN:  No redirect, Your Honor.

 2              THE COURT:  Thank you, sir.  Thank you.

 3              MR. BARDFELD:  The United States would call Andrea

 4   Walker.

 5              THE COURT:  Ma'am, would you please raise your

 6   right hand for me.

 7              Andrea Walker, Government witness, sworn.

 8              THE COURT:  Please be seated.

 9              Ma'am, I'm going to ask you to try and pull that

10   microphone towards you, because the chair doesn't move.  So

11   you'll have to pull it towards you and speak into it and tell

12   us your name and spell your last name for us, please.

13              THE WITNESS:  My name's Andrea Walker, and my

14   spelling is W-a-l-k-e-r.

15              THE COURT:  I'm going to ask you to try and speak

16   up a little louder or pull that a little closer to you.

17              Mr. Bardfeld, go ahead.

18                        Direct Examination

19   BY MR. BARDFELD:

20   Q    How are you employed?

21   A    I'm sorry, in what way?

22   Q    Can you speak up a little bit?

23              Are you currently employed?

24   A    No, I'm retired, semiretired.  I look after properties.

25   Q    You need to speak up.  We can't hear you.  I'm sorry.
```

```
 1    A    I look after some properties.

 2    Q    Where are you from?

 3    A    England.

 4    Q    And where in England are you from?

 5    A    Yorkshire.

 6    Q    Yorkshire?

 7    A    Yes.

 8    Q    Before you retired what did you do?

 9    A    We owned a hotel and used to --

10    Q    Can you speak up a little bit?  I know you're a little

11    nervous, but if you wouldn't mind.

12    A    My husband and I owned a hotel called Hazlewood Castle,

13    which we converted from -- it's a castle which was converted

14    into a country house hotel.

15    Q    And where is that located?

16    A    In Yorkshire.

17    Q    And that's Yorkshire, England?

18    A    England.

19    Q    And do you currently own that hotel?

20    A    No.

21    Q    What happened?

22    A    We sold it in June 2008.

23    Q    Who did you own the hotel with?

24    A    My husband, Brian.

25    Q    Do you still own it with your -- I'm sorry.
```

```
 1   A      My husband is not alive now.  He died.

 2   Q      Do you know the Defendant, Rose Marks?

 3   A      Yes.

 4   Q      And what name did you know her as?

 5   A      Joyce Michaels.

 6   Q      And how did you come to meet Joyce Michaels?

 7   A      I met her actually in February 2011 when I came over to

 8   Florida to see her.

 9   Q      Is that the first time you met her?

10   A      That's the first time I met her, but I had paid money

11   into an account in the name of Joyce Michaels since, oh,

12   March 2009.

13   Q      Did you happen to travel to the United States in 2009?

14   A      I did.

15   Q      And what was the purpose of your travel to the United

16   States?

17   A      I had been invited to a wedding in New York which was a

18   good friend of mine's daughter was getting married, and at

19   the time we had had some troubles, Brian and I.  He had

20   actually moved, after we sold our business, out of the house.

21   Q      Let's talk a little bit about that before we get into

22   this.

23          Okay.  Brian and you were having problems.  Brian

24   was your late husband?

25   A      Brian was my late husband, and in 2005 he was diagnosed
```

1   with Parkinson's disease, and he became a bit, I don't know,

2   confused and a bit distant.  And in 2008, after we sold the

3   business, he, the 11th of November, 2008, he moved from the

4   castle where we were still staying, into a place that he

5   rented.

6   Q    Okay.  We're getting a little ahead of ourselves.

7        Let's go back to your relationship with Brian.

8   When did you marry Brian?

9   A    I lived with Brian from 1994 and married him in 2000,

10  12th of February, 2000.

11  Q    Is Brian's last name Walker?

12  A    It is.

13  Q    Is that why your last name is Walker, because that's

14  your married name?

15  A    Yes.

16  Q    What's your maiden name?

17  A    My maiden name is Shah.

18  Q    How do you spell that?

19  A    S-h-a-h.

20  Q    And where does Razia come in?

21  A    Razia's my middle name.

22  Q    Okay.  So you married Brian in what year?  I'm sorry.

23  A    Twelfth of February, 2000.

24  Q    Okay.  But before that, you were with him from 1994 on?

25  A    We were living together.

```
 1    Q    Were you married before you met Brian?

 2    A    I was, yes.

 3    Q    And to whom were you married?

 4    A    Reg.  Our name was then Shah Taylor.

 5    Q    And that gentleman, did you have children with that

 6    gentleman?

 7    A    I have two children.

 8    Q    And they were with Rich?

 9    A    With Reg.  One was --

10    Q    Is it Rich or Reg?

11    A    Reg.

12    Q    R-e-g?

13    A    R-e-g.

14    Q    Okay.  I'm sorry.

15    A    I have one child that he adopted and one child that's

16    his.

17    Q    Okay.  So you have two children now.  And who are

18    your -- what are your children's names?

19    A    My son who's the oldest is Julian, and my daughter is

20    called Miranda.

21    Q    Brandy?

22    A    Miranda.

23    Q    Oh, Miranda, I'm sorry.  Either I can't hear or you're

24    not speaking loud enough.

25              So how old is your son?
```

```
 1    A     Thirty-nine years old.

 2    Q     And where does he currently reside?

 3    A     He lives in Pasadena, near LA.

 4    Q     Pasadena, California?

 5    A     Yes.

 6    Q     How about your daughter?  Where does she reside?

 7    A     She lives with me.

 8    Q     She lives with you in England?

 9    A     (Nods head.)

10          THE COURT:  Is that a "yes," ma'am?

11          THE WITNESS:  Yes, she lives with me.

12 BY MR. BARDFELD:

13    Q     Okay.  So you have two children.  When did you get

14 divorced from Reg?

15    A     I would think it was middle of '96, 1996.

16    Q     And when did you marry Brian?

17    A     On the 12th of February, 2000.

18    Q     2000?

19    A     Yes.

20    Q     Okay.  Now, besides being your husband, was he also your

21 business partner?

22    A     Yes.

23    Q     And how did that come about?

24    A     We actually -- my husband was a builder and I was a

25 lawyer.
```

```
 1    Q    You were a lawyer?

 2    A    I was.  Well, solicitor.  In England, there's two types

 3   of lawyers, the solicitor and the barrister.

 4    Q    What are the two types, solicitor and barrister?

 5    A    Yes.

 6    Q    Okay.

 7    A    Solicitor is more office-bound and deals with the office

 8   work.  And at first, we were just looking for a house

 9   together, and we drove up through Yorkshire.  We were

10   actually living in Darbyshire, which is a different county.

11    Q    When you're saying you're looking for a house together,

12   this is with Brian; is that right?

13    A    Yes.  And we saw this castle, a big notice outside

14   saying "Castle for Sale."

15    Q    Are there lots of castles for sale in England?

16    A    There are castles and stately homes, but I don't know

17   how many are for sale.

18    Q    Okay.  So you were driving around looking for a house?

19    A    Yes.

20    Q    And as you're looking for the house, you see a castle

21   that's for sale?

22    A    Yes.

23    Q    So what, if anything, do you do?

24    A    Well, I suggested to Brian we went to have a look at the

25   place, because at the time we weren't absolutely sure what we
```

```
 1   wanted to do, because I was based in Darbyshire and he had

 2   his base in Yorkshire.

 3   Q    I'm confused now.  When you say you weren't sure what

 4   you wanted to do, in what sense?  What you were going to do

 5   with your personal life, what you were going to do with your

 6   business life?

 7   A    No, Brian and I were together.  It's just whether we

 8   moved up to the Yorkshire area or, you know, whether I left

 9   my -- well, I'd have to leave my business, which I did.

10   Q    And when you say your business, you're talking about

11   being a solicitor as a lawyer in England; is that right?

12   A    Yes.

13   Q    So you decided to leave your business?

14   A    My husband -- when we found the castle, my husband

15   offered to refurbish offices for me, to make a solicitor's

16   office and so that I could move up to Yorkshire and live

17   there, and he would -- because he was the builder, he would

18   help to convert the castle into the hotel with all the

19   building works.  And because I did legal work, he wanted me

20   to help to do all the licenses and, you know, the purchase of

21   the place and that type of thing.

22   Q    Okay.  So when you were looking at this hotel, you were

23   looking for it as a business venture as opposed to a place to

24   live; is that right?

25   A    It was both, but, yes.
```

```
 1   Q    So you were going to live on the premises of your
 2   business, which was going to be a hotel; is that right?
 3   A    Yes.
 4   Q    So what happens?
 5   A    Well, we purchase the castle the 11th of October, 1996.
 6   Q    I'm sorry, November 11th, 1996?
 7        MR. SCHWARTZ:  October 11th.
 8   BY MR. BARDFELD:
 9   Q    October the 11th.
10   A    October the 11th.  I reverse my dates, because England
11   does that.
12   Q    That's okay.
13   A    So we bought it in October 1996, and we moved in --
14   well, he moved in immediately for security reasons, and I
15   followed a week later with my daughter after I found somebody
16   to help, help with her, because I was setting up my business
17   at the time.
18   Q    Okay.  When you say you were setting up your business,
19   you were going to continue practicing as a solicitor; is that
20   right?
21   A    Yes.
22        THE COURT:  Was that a "yes"?
23        THE WITNESS:  Yes.
24   BY MR. BARDFELD:
25   Q    Please speak up and answer the question.
```

```
1                  Okay.  How big is this castle?

2     A     It was 21 rooms when we had it, 77 acres of land.

3     Q     77 acres?

4     A     Yes.

5     Q     Okay.  And from the moment you purchased it, it was your

6     and Brian's intention to make that particular castle a hotel;

7     is that right?

8     A     Yes.

9     Q     Had it been a hotel before that?

10    A     No, it had been a Carmelite friar retreat.

11    Q     Okay, I'm sorry; it had been a what?

12    A     Carmelite friar retreat, a sort of monastery.  But it

13    was a retreat where the Catholic people came to stay, I don't

14    know, have retreats.

15    Q     And did you purchase it from them?

16    A     Yes.

17    Q     From the monastery?

18    A     From the Catholic.

19    Q     So you purchased the castle, and how long does it take

20    to refurbish it into a hotel?

21    A     It took from -- we bought it in October '96 and it was

22    opened in August '97.

23    Q     How were you paying the bills from -- during that time

24    that you did not have the hotel up and running?

25    A     Brian had a trust fund which had the money to purchase
```

1    the building, and then we had to find investors and the bank

2    to help to refurbish it.

3    Q    What was the total price of this hotel, or this castle

4    that became a hotel?

5    A    The purchase price was 950,000 pounds.

6    Q    950,000 pounds, which is equivalent to what in dollars,

7    do you know?

8    A    One and a half million, I suppose, or just under.

9    Q    Okay.

10   A    It took another probably, I don't know, two and a half

11   million, 3 million to refurbish it.

12   Q    And you received that money either through loans or

13   through investors?

14   A    Investors, the bank, and loan stock.

15   Q    And how long do you and Brian own the Hazlewood Hotel

16   for?

17   A    We sold in June 2008.

18   Q    June of 2008.  So from 1996, I believe you said you

19   purchased it, until 2008 you were running the hotel and

20   living at the hotel; is that right?

21   A    Well, we started to run the hotel as a hotel in '97,

22   yes.

23   Q    Why'd you sell the hotel in 2008?

24   A    Well, Brian was diagnosed with Parkinson's disease in

25   2005.  He was finding it very difficult with his short-term

1    memory.  So he was finding it difficult running -- you know,

2    being involved, and he was the one that wanted to sell.  I

3    didn't really want to sell, but he wanted to sell.

4    Q    Okay.  But did he explain why he wanted to sell?  Just

5    because he had Parkinson's disease?

6    A    Yeah, because he said that he couldn't work anymore.  He

7    was wanting to retire.

8    Q    He wanted to retire?

9    A    Yes.

10   Q    Okay.  So then you go ahead and sell the hotel in 2008?

11   A    Yes.

12   Q    Okay.  Were you with Brian at this time when you sold

13   the hotel?  And I mean were you married to him and still

14   living with him.

15   A    We were together until the end of November, 2008.

16   Q    And what happened at the end of November, 2008, when you

17   were no longer with Brian?

18   A    I stayed at the castle because it was part of the

19   contract that we could stay 'til January 2009, and Brian

20   moved out to . . .

21   Q    What caused him to move out?

22   A    To this day I don't really know.

23   Q    Okay.  So it was his choice and not your choice?

24   A    It was his choice.

25   Q    And I see you're getting a little upset by that.  I

```
 1   assume that was upsetting that he moved out.

 2   A    It was very upsetting when he moved out, yes.

 3   Q    After he moved out, what did you do?

 4   A    I used to sing in the Christmas concert, and that's one

 5   of the things that I used to deal with.  So I threw myself

 6   into that, and then eventually I said to Brian, look, if

 7   you're not going to come back to be with me and buy a house

 8   with me, then I have to go away and, you know, try and sort

 9   myself out, because I was -- you know, it was a very sad time

10   for me.

11   Q    I'm sorry, very what?

12   A    Sad time for me.

13   Q    Hard time for you.

14        Okay.  Does there come a time when you leave --

15   well, did you stay in the castle as long as the contract said

16   you could stay in the castle?

17   A    Yes, I did.

18   Q    And Brian had moved out this point, right?

19   A    Yes.

20   Q    Were you seeing anyone else?

21   A    In what way?

22   Q    Romantically?  Were you interested in anyone else after

23   Brian left?

24   A    No.

25   Q    Did he leave you for another woman?  Was he -- do you
```

```
 1   know?

 2   A    Well, I didn't know at the time.  I did ask him, and he

 3   said no.  After he died, I found out that there was another

 4   woman involved in --

 5   Q    We don't need to get into that.  We're jumping way

 6   ahead.

 7            So you're now upset.  I'm sorry, I'm messing up the

 8   timeframe again.  This is late 2008?

 9   A    Well, he moved November 2008.

10   Q    And how far away did he move from you?

11   A    Quarter of an hour drive.

12   Q    Quarter of an hour, like 15 minutes away?

13   A    It was very close.

14            THE COURT:  Is that a "yes"?

15            THE WITNESS:  Yes, 15 minutes.

16   BY MR. BARDFELD:

17   Q    And you stayed in the castle?

18   A    I stayed in the castle.

19   Q    Does there come a time that you traveled to the United

20   States?

21   A    I did move out of the castle in January 2009 to my

22   mother's, and then I traveled to the States in February, I

23   think it was, 2009.

24   Q    Okay.  Tell us a little bit about that.  You moved out

25   in January to live with your mother.  Where'd your mother
```

1    live?

2    A    She lives just around the corner from where I'm living

3    now.

4    Q    From where you're living now?  How about in relation to

5    the castle?  Is it the same city?  Is it the same county?

6    A    It's the same county.  It's not the same city.  It's

7    about 20 minutes on the road.

8    Q    Why did you move in with your mother?

9    A    Well, because Brian was buying a house with me, and then

10   he left me and there wasn't enough time for me to do anything

11   else about buying a house, and I really didn't know what I

12   wanted to do.  I was completely confused at the time.

13   Q    Okay.  Tell us a little bit about when you and Brian

14   were buying a house and then you weren't.

15   A    When we were selling the castle --

16         MR. SCHWARTZ:  I'm going to object for relevancy

17   purposes.

18         THE COURT:  Can I see counsel, please?

19    (The following proceedings were held at sidebar:)

20         THE COURT:  What in the world are we talking about?

21         MR. BARDFELD:  I can move on.  She's very nervous

22   right now.

23         THE COURT:  What does that have to do -- why do we

24   need to know how far away she lives from her mother and her

25   father and her husband?  What does that have to do with

```
 1    anything?
 2              MR. STEFIN:  It all goes to her state of mind and
 3    what mental state she was in.
 4              THE COURT:  I think we know what mental state she
 5    was in.  Can we figure out when she's going to meet the
 6    Defendant?
 7              MR. BARDFELD:  I will get to that right now.
 8              THE COURT:  Thank you.
 9         (Sidebar conference concluded.)
10    BY MR. BARDFELD:
11    Q    You traveled to New York in the beginning of 2009; is
12    that correct?
13    A    Yes.
14    Q    What was your mental state at that time?
15    A    Well, pretty distressed, but when I got to New York I
16    was telephoned by my mother, and my mother told me actually
17    that Brian had been diagnosed with pancreatic cancer, and
18    that my brother, who's a doctor, had told her that he was
19    going to die.
20    Q    And you received that information after you had traveled
21    to the United States?
22    A    Yeah.  I just arrived in New York.  Maybe the day after
23    I arrived in New York.
24    Q    And this was for the friend's wedding that you had
25    discussed earlier?
```

```
1    A     Yes, that's right.

2    Q     After you hear from your mother that Brian was diagnosed

3    with pancreatic cancer, what did you do?

4    A     Cried.  I mean, the whole night I was up and down, up

5    and down.  I just couldn't believe it, you know.  He was

6    going to die, you know.

7    Q     Did you do something the next morning?

8    A     Yeah.  I wanted to clear my head.

9    Q     And how did you go to clear your head?

10   A     I walked out of the back of The Plaza Hotel where I was

11   staying in New York, and I saw this sign called

12   "Clairvoyant."  And I thought, well, I'll go in there, and I

13   just wanted to hear something, good news.  I didn't want to

14   hear any more bad news.  So I went for a reading.

15   Q     And do you recall who you met at that reading?

16   A     I met somebody who introduced herself as Kate Michaels.

17             MR. BARDFELD:  May I approach, Your Honor?

18             THE COURT:  Yes.

19   BY MR. BARDFELD:

20   Q     I show you what's already been introduced into evidence

21   as Government's composite exhibit 32.  Can you identify that

22   person?

23   A     Yes, she's Kate Michaels.

24   Q     Is that the person that you know as Kate Michaels that

25   you met?
```

1    A     Yes.

2    Q     At the clairvoyant?

3          Okay.  What was your purpose in going to the

4    clairvoyant in New York?

5    A     I don't -- I suppose I had been hit with this terrible

6    news, and I just wanted to know that things were going to be

7    okay, or I don't know.  I just -- I don't know.  I really

8    don't know why I went in.

9    Q     What was your understanding of what a clairvoyant did?

10   A     Did readings and told you the future, I suppose.

11   Q     And did you have a reading with the person you knew as

12   Kate Michaels on that particular day?

13   A     I did.

14   Q     And what did the reading consist of?

15   A     Well, all I remember -- I don't remember a lot about it.

16   All I remember was that she told me that Brian was my twin

17   flame.

18   Q     Brian was your what?  I'm sorry.

19   A     Twin flame.

20   Q     Okay.

21   A     I had never heard of that.  She didn't say soulmate, she

22   said twin flame.

23   Q     And did she tell you anything else during that first

24   reading?

25   A     I presume she must have told me lots, because I was

```
1    there for a while, but I can't remember what -- you know,

2    what was said.

3    Q    How much did you pay for that first reading?

4    A    At the end of the reading I asked her how much I would

5    have to pay her, and I think she said something around about

6    $40, but she said that I didn't -- would I want her to help

7    me.  Because I must have started to talk about him leaving

8    me, because she asked me if I wanted her to help me, you

9    know, heal and bring him back to me.

10           I know she said that he should survive for two

11    years.  That stuck in my mind.

12   Q    And did you tell her that you did want her to help you?

13   A    Yes.

14   Q    Okay.  And did she tell you what she needed in order to

15   help you?

16   A    Well, she asked for some money.

17   Q    Okay.  How much money did she ask for at that time?

18   A    I don't know.  It was probably hundreds, a few hundred,

19   maybe 200.

20   Q    I'm sorry, you need to speak up.

21   A    Sorry.  It was only the matter of a few hundred.

22   Q    Okay.  And did you give it to her?

23   A    Yes.

24   Q    And what happened at that meeting?

25   A    Well, she said that she'd need to see me each day until
```

```
1    I left.

2    Q    And how long were you going to be in New York?

3    A    Well, I was actually supposed to travel on to LA to see

4    my son, but I had to arrange -- to cancel everything and to

5    get myself a flight back to England.

6    Q    And why did you have to do that?

7    A    Because of my husband's condition.

8    Q    Okay.

9    A    So I -- I think I stayed for six days.  24th of

10   February, 25th of February I think I got back.

11   Q    You got back.

12        And during those six days, did you see Kate Michael

13   each day?

14   A    Yes.

15   Q    And what was the purpose of your seeing her each day?

16   A    She would take me into her little area, and she would do

17   prayers and things, and we'd talk.  She'd ask me about, you

18   know, things, and about the castle, and I think she was just

19   saying that she was sort of healing and helping.

20        And then the last day she took me out for something

21   to eat.

22   Q    Okay.  And did there come a time -- well, what was she

23   going to do?  How was she going to assist you?

24   A    Well, she said to me that the problems all came from the

25   castle monies, that they were tainted.
```

```
 1   Q    And you're talking about problems.  What problems was
 2   she referring to that came from the castle?
 3   A    Well, it was Brian's leaving me and subsequent illness.
 4   Q    I'm sorry, Brian's leaving you and what?
 5   A    Subsequent illness.
 6   Q    Oh, subsequent illness, okay.
 7   A    These sort of things.
 8        So she said that the castle had some evil people.
 9   And I said, well, you know, it was a monastery.  But anyway,
10   that's what she said.
11   Q    Besides -- well, you said that she made some comment
12   about him being your twin flame, right?
13   A    Yes.
14   Q    Anything else?  Did she talk about how long he was going
15   to survive?
16   A    She said two years.  She told me two years.
17   Q    And you said that you had met with her on four or five
18   occasions.  Did you pay her on each of those occasions?
19   A    I can't, to be quite honest, recall.  I know I paid her
20   something when I first saw her, and then I paid her about
21   $4000.  Just before I left, she asked for a payment saying
22   that she had to get started, and she said that this work will
23   take her a year, and that she'd have to dedicate her time to
24   me, and that she'd have to do lots of prayers and, you know
25   help to get rid of the taint on the money that would be
```

1    sacrifice money that I would have to pay her.

2    Q    Let's break that down a little bit.

3         She said she needed $4000 in order to start

4    beginning the work, is that what she said?

5    A    Yes.

6    Q    Is that what she referred to, the expression "the work?"

7    A    Yes.  She said that she would get my husband back to me.

8    Q    And I was going to say, what did the work consist of?

9    A    That she would get my husband back to me, and she would

10   help, you know, to make his life easier.

11   Q    You need to speak up.

12   A    Well, she sent me things to help heal him, to help him.

13   Q    Okay.  So what did the work consist of that you were

14   paying her $4000 for?

15   A    That was it as far as I know, and prayer.

16   Q    Please speak up.  Can you --

17   A    I don't know what the work -- I don't know what they

18   did.  I really don't.  I don't know what the work was, but I

19   know that it was supposed to involve prayers and calling to

20   higher -- higher beings for help and protection and things

21   like that, and to get rid of the taint on the money.

22   Q    Okay.  Let's go through that.

23        She told you that the money from the castle was

24   tainted; is that right?

25   A    Yes.

1    Q    And you had already sold the castle at that point,

2    right?

3    A    Yes.

4    Q    Did you receive the proceeds from the sale of the castle

5    at that point?

6    A    Yes.

7    Q    And did she know how much you sold the castle for?

8    A    I told her that I had 1.3 million to --

9    Q    $1.3 million or 1.3 million pounds?

10   A    Pounds.

11   Q    Okay.  Which would, again, be close to about $2 million;

12   is that right?

13   A    Yeah, probably.  Yes.

14   Q    And is that 1.3 million pounds, was that your share of

15   the purchase of the castle?

16   A    No, that was for us to purchase a house.  And because I

17   was dealing with the legal work, I got the money into my

18   account.

19   Q    Purchase of which house, though?  That's where I'm

20   confused.

21   A    This was the house that Brian and I were supposed to be

22   buying, which he pulled out of.

23   Q    You mean when he left you?

24   A    Well, we were buying it just after we sold, and then he

25   pulled out of it in November.  So June to November we were

```
 1    negotiating purchasing it.

 2    Q    Okay.

 3    A    It never took place.

 4    Q    I'm sorry?

 5    A    We didn't buy it.

 6    Q    You did not buy that house?

 7    A    No.

 8    Q    Okay.  Did there come a time -- well, the last payment

 9    that you made to Kate Michael at that time while you were

10    still in New York was $4000; is that right?

11    A    Yes.

12    Q    Okay.  Did there come a time when you returned to

13    England?

14    A    Yes.

15    Q    Okay.  And when you returned to England, did you

16    continue to work with Kate Michael?

17              MR. SCHWARTZ:  Objection, leading.

18              THE COURT:  Overruled.

19              THE WITNESS:  I phoned her.  She asked me to phone

20    her pretty much every day.  She told me that she had this

21    thing on her phone that said that she could ring for free to

22    England, and so she said she'd ring me.  And we used to talk

23    around about 10:00 o'clock my time, 5:00 o'clock your time

24    most days.

25    BY MR. BARDFELD:
```

```
 1    Q     And what kind of things did you talk about?

 2    A     What was happening.

 3    Q     And what was happening in your life at that time?

 4    A     Well, when I went back, from the time I went back,

 5    actually, Brian and I were seeing each other every day,

 6    pretty much.  And I was going and seeing him at his place,

 7    and he wanted me to.  He wanted me to be with him.  He showed

 8    me the doctor's letter which actually told him that he'd only

 9    got six months to live.

10    Q     And did that bother you, that you had learned that Brian

11    only had six months to live?

12    A     Well, I thought that, you know, maybe Kate was right.

13    Well, hoped Kate was right, that he'd have two years, but of

14    course, it bothered me because he was dying, yeah.

15    Q     Did she tell you how she was going to do the work that

16    she was going to do?

17    A     She used to do prayers over the phone.  She used to tell

18    me to get candles and light candles.  She would -- she told

19    me to get a sheet and lie on the sheet and send her the

20    sheet.

21    Q     And did you do all of these things?

22    A     I did everything religiously because --

23    Q     Why?  Because why?

24    A     I wanted to be back with my husband, and I wanted him to

25    have life.
```

1    Q     What other kind of things did she tell you to do?  What

2    other kind of rituals?

3    A     She sent me a whole lot of little sort of charm things

4    that one was to hang on his bed, which was supposed -- the

5    healing hand.  There was one that I was supposed to have for

6    my heart so I could wear it around my neck.  She gave me a

7    singing bowl, which I was supposed to play in front of him to

8    help heal him; and she sent me a big amethyst thing.

9    Q     Amethyst rock?

10   A     Yes.

11   Q     Crystal?

12   A     Yes.

13          MR. BARDFELD:  May I approach, Your Honor?

14          THE COURT:  Yes.

15   BY MR. BARDFELD:

16   Q     Okay.  So you're talking to her on the phone.

17          By the way -- well, after you returned to England,

18   does she ask for any more money?

19   A     She keeps asking for money maybe once or twice a month.

20   Q     Okay.  Well, let's talk about that.

21          When you left New York you had paid approximately

22   $4000 that first time, right?

23   A     Yes.

24   Q     Okay.  When is the next time that you send money to Kate

25   Michaels?

1    A    I can't remember.  I have a list of --

2    Q    Did you do a spreadsheet that indicates when your

3    payments were made?

4    A    I did, yes.

5    Q    You did?

6    A    Yes.

7          MR. BARDFELD:  May I approach, Your Honor?

8          THE COURT:  Yes.

9    BY MR. BARDFELD:

10   Q    I show you what's been marked as Government's composite

11   exhibit 111.  Are these documents that you provided to the

12   Government relating to your financial transactions with Kate

13   Michael and Joyce Michael?

14   A    Yeah, this has got my writing.  And, yes, I prepared

15   these.

16   Q    And those are documents that you prepared and that you

17   acquired during the course of your financial transactions

18   with Kate Michael and Joyce Michael?

19   A    I prepared all these things after --

20   Q    Go ahead.

21   A    -- after I had been contacted by a Mr. Stack.

22   Q    Okay.  But you prepared all those documents yourself; is

23   that correct?

24   A    I did.

25          MR. BARDFELD:  I move for the admission of

1    Government's composite exhibit 111 into evidence.

2              MR. SCHWARTZ:  I have no objection, Judge.

3              THE COURT:  Admitted without objection.

4         (Government's Exhibit No. 111 entered into evidence.)

5    BY MR. BARDFELD:

6    Q    Now, there is a spreadsheet in there, is there not?

7    A    There's a list of payments.

8    Q    Okay.  That's fine.  I was calling it a spreadsheet.

9              And that would be Government's composite

10   exhibit 111, numbers AW013 and 014; is that correct?

11   A    I don't know.  It's got AW006 on the bottom of it.

12             MR. BARDFELD:  One moment, Your Honor.

13             I'm sorry.  I wrote it wrong.

14   BY MR. BARDFELD:

15   Q    It's AW06 and AW07; is that correct?  This is what I'm

16   referring to.  Is that the same thing?

17   A    Oh, yes, that's the same, yeah.

18   Q    So it would be AW013, AW014, AW015.

19             Okay.  And that was a document that you prepared

20   that indicates when payments were made to Kate Michael and

21   Joyce Michael; is that correct?

22   A    Yes, but there's some inaccuracies in there.  The 27th

23   of February payment wasn't actually to her, so that was

24   actually another payment, I think, in America.  And then

25   there was one payment on the 18th of March to Nancy Marks

```
 1   which came back to my bank with a note saying that the
 2   account had closed.  But otherwise, they --
 3   Q    Okay.  Except for those two discrepancies, the rest of
 4   them are payments that you made?
 5   A    Yes.
 6   Q    Okay.  So referring you to AW013.  When was the first
 7   time you made a payment to Kate Michael?
 8   A    To Kate Michael, it would be 9th of March.  There was a
 9   payment just before that which was made to somebody called
10   Nancy Marks.
11   Q    Let's go back.
12        Did you make any cash payments to Kate Michael?
13   A    Only the one just before I left and the ones as she was
14   seeing me.
15   Q    And those would have been cash payments that you made
16   while you were in New York; is that right?
17   A    Yes.
18   Q    So you returned to England, and after you return to
19   England then you start making other payments?
20   A    They were all paid through the bank.
21   Q    I'm sorry?
22   A    They were all paid through the bank.
23   Q    They were all paid through the bank.
24        Okay.  So when is the first payment that you made
25   to either Nancy Marks or Kate Michaels?
```

1    A    The first payment appears to be 2nd of June -- 2nd of

2   March, sorry.

3    Q    Second of March.  And that's in 2009; is that correct?

4    A    2009, sorry.

5    Q    And who was that -- how much was that payment for?

6    A    It says $9000 to Nancy Marks.

7    Q    And why did you send $9000 to Nancy Marks on March 2nd,

8   2009?

9    A    I rang Kate Michaels and asked her why it was to be paid

10  to Nancy Marks, and she told me that it was just a friend and

11  that she could access the monies from there.

12   Q    Why were you instructed -- well, were you instructed by

13  Kate Michael to send $9000 to Nancy Marks?

14   A    Yes.

15   Q    And what was the purpose of that $9000 payment?

16   A    To continue with her work.

17   Q    Okay.  To continue with her work.  Let's go through

18  that.

19           Continue with what work?

20   A    Well, she said that I would have to make payments,

21  sacrifice payments to cleanse the money that had come from

22  the castle.

23   Q    You need into speak up.  Your voice keeps trailing off

24  towards the end of your sentence.

25           Okay.  What was the purpose of the sacrifice money?

1    A     To -- I don't know, to cleanse the money that was

2    tainted that had come from the castle that was causing the

3    problems.

4    Q     Did she tell you why she needed money in order to do the

5    work?

6    A     She said that it was to do with money, because it was

7    the money that was tainted, and therefore, she needed to have

8    money to work with money sort of thing.

9    Q     Okay.  So because money was tainted, she needed money to

10   cleanse in order to --

11   A     So I would have to sacrifice the money, yeah.

12   Q     At this point was it your understanding that that

13   sacrifice money was going to come back to you, or did you

14   think that was just money that you were going to provide to

15   Kate Michael?

16   A     Well, I understood it to be sacrifice money that

17   wouldn't come back to me actually at that time.

18   Q     Okay.  At that time you do not think that money was

19   coming back.

20          Okay.  But nevertheless, you still gave her $9000?

21   A     Yes.

22   Q     And why did you give her $9000 if you thought that that

23   money was not coming back?

24          MR. SCHWARTZ:  Objection, asked and answered.

25          THE COURT:  Overruled.

```
 1                THE WITNESS:  I sent the money because I wanted my

 2     husband back, and I wanted -- I wanted the best for him.  I

 3     wasn't worried about money at that time.  My husband was more

 4     important, and I knew -- well, my husband was more important

 5     to me, and I wanted to do everything in my power to bring him

 6     back to me because he was living away from me, and he was

 7     seeing me every day, and I wanted him to have more life.

 8     BY MR. BARDFELD:

 9     Q     So you gave her $9000?

10     A     Yes.

11     Q     With no expectation that it was going to be returned?

12     A     No.

13                MR. SCHWARTZ:  Objection, asked and answered.

14                THE COURT:  Sustained.

15     BY MR. BARDFELD:

16     Q     Okay.  When is the next time -- well, after you give

17     that money, do you contact Kate Michaels?

18     A     Yes.

19                MR. SCHWARTZ:  Objection, leading.

20                THE COURT:  Overruled.

21                THE WITNESS:  I do contact her every day.

22     BY MR. BARDFELD:

23     Q     And what do you talk about, the next conversation?

24     A     She -- she -- I mean, she asked me to do lots of

25     different things.  She prayed over the telephone with me.
```

```
 1    She asked me about, you know, what was happening between my
 2    husband and I.  At one time she asked me to put my telephone
 3    on the counter so that she could hear my husband talking to
 4    me so that she could get his energy, so she said.
 5    Q    And did you do that?
 6    A    I did everything she asked me to do.
 7    Q    Okay.  Does there come a time when you send her more
 8    money?
 9    A    I did.
10    Q    And when was that?
11    A    Well, 9th of March she asked me to put some money into
12    Joyce Michaels' account.  That was another 9000.
13    Q    Okay.  That money was going to Joyce Michael?
14    A    Yes.
15    Q    And how did you do that particular transaction?
16    A    Well, she gave me the details of the bank, and I put it
17    through the bank.
18    Q    When you say you put it through the bank, what do you
19    mean you put it through the bank?
20    A    Well, I just went into -- I don't know what -- Royal
21    Bank of Scotland and asked them to do an international
22    transfer.
23    Q    Okay.  You just transferred the money to her?
24    A    Yes.
25    Q    Did she tell you who Joyce Michael was?
```

```
 1    A    Well, I picked up a card when I was in the office
 2    initially, and it had Joyce Michaels' name on it, and I
 3    actually asked Kate Michaels who Joyce Michaels was, because
 4    I thought maybe she was a better clairvoyant.
 5    Q    Is there a reason why you thought Joyce Michael might be
 6    a better clairvoyant than Kate Michael?
 7    A    It was just that her card was there.  And so she said it
 8    was her mother, and her mother had retired and gone to
 9    Florida, or semi-retired, I can't remember which.  And she
10    was not living there, in New York.
11    Q    Did Kate Michael explain to you why, on March 9th, 2009,
12    you were supposed to send $9000 to Joyce Michael?
13    A    It was sacrifice money, to continue with the work.
14    Q    Again, when you send the money, continue to do the work,
15    what is your understanding that's being done for the work?
16    A    Bringing my husband back and giving him more life,
17    hopefully.
18    Q    Does there come a time when you send another -- and, by
19    the way, as you're sending her money, are you continually in
20    contact with Kate Michaels?
21    A    I'm continually in contact with Kate Michaels, and at
22    this time my husband was taken to hospital.  He was very ill.
23    Q    I assume that means he's getting worse?
24    A    We thought he was getting worse, yeah.  He was supposed
25    to start chemotherapy, and they wouldn't allow him to have
```

```
 1    chemotherapy because he was too ill.  They said that it
 2    would, you know, make him worse.  And there came a time when
 3    he actually asked me to take him to hospital because he was
 4    just really, really feeling so ill and sick.
 5              And so I rushed him into hospital in the morning,
 6    stayed with him all day, and they kept him in hospital for
 7    three weeks nil by mouth, because the pancreas had expanded.
 8    Q    That's from the cancer?
 9    A    From the cancer.  And his stomach was being squeezed,
10    so, you know, the food wasn't going into his stomach.  And
11    eventually, at the end they put a stent into his stomach,
12    which is like a tube, I think, that opens up the --
13              MR. SCHWARTZ:  Objection, relevance.
14              THE COURT:  Sustained.
15    BY MR. BARDFELD:
16    Q    Did that seem to help?
17    A    It did.  He was then released, and then they started his
18    chemotherapy.
19    Q    Okay.  And are you telling Kate -- are you advising Kate
20    Michael at this time, the progress of Brian's condition?
21              MR. SCHWARTZ:  Objection, leading.
22              THE COURT:  Overruled.
23              THE WITNESS:  Yes, I did talk to her each day, and
24    I would tell her what was happening.
25
```

```
 1   BY MR. BARDFELD:

 2   Q     And what was she doing for you each day?

 3   A     While he was in hospital she told me to get a healer.

 4   Q     A what?  I'm sorry.

 5   A     A healer.

 6   Q     Healer, h-e-a-l-e-r?  Okay.

 7   A     To come and do healing on him.  And she told me that I

 8   should go into the room, and she'd be with me in the room,

 9   and we would do some healing on him.

10   Q     And did you do that?  Did you hire a healer?

11   A     Yes.

12   Q     Now, do you continue to give her money?

13   A     Yes.

14   Q     When's the next occasion that you send her money?

15   A     I sent two payments in the 18th of March, but one of

16   them failed to go through, the one to Nancy Marks, because

17   they said that the account had closed, I believe.  And I sent

18   a 24,000-pound payment to Joyce Michaels on the 18th of

19   March.

20   Q     And, again, why were you sending $24,000 to the Joyce

21   Michael account?

22   A     For her to do her work, continue her work.

23   Q     Okay.  But when you say for her to do her work, you were

24   talking about Kate Michaels doing her work, not Joyce

25   Michael, right?
```

1    A     Yes, Kate Michaels.

2    Q     At this point as you're sending $24,000 to a Joyce

3    Michael account, had you met Joyce Michael?

4    A     No, I hadn't.

5    Q     And you did send that $24,000?

6    A     Yes.

7    Q     Did you think that money was going to be returned?

8    A     No, I didn't, actually.

9    Q     Okay.  Do you again send more money at a later date to

10   Kate Michael?

11   A     I do.

12   Q     And when is the next time that you send money?

13   A     The 15th of May, I think, I sent some payments.  No,

14   it's April.  It was sort of every month I was sending

15   payments.  I had, by the looks of it, three payments in

16   April, two to Nancy Marks and one to Joyce Michaels.  And in

17   my own mind I was sort of thinking that maybe the Nancy Marks

18   money was like their payment for doing the work, and the

19   other was the sacrifice money to pray over or whatever it was

20   that they did to try and un-taint it.

21   Q     As far as the sacrifice, did Kate say anything about

22   whether or not she was spending that money?

23   A     She told me that she wouldn't be spending the money.

24   Q     She told you she would not be spending that money?

25   A     No.

1    Q    If she had told you that she was spending that money

2    instead of praying over it or doing it for the work, would

3    you have sent it to her?

4    A    No, I -- it was to help with my husband.

5    Q    Okay.  And you thought it was going to help with your

6    husband because of the work?

7    A    Yes.

8    Q    You continue to talk to Kate on the telephone daily?

9    A    Daily.

10   Q    Or nightly?

11   A    Yeah, nightly.

12   Q    Are they similar conversations all of the time?

13   A    There were conversations when I'd tell her what was

14   going on, and she'd do her prayers.  Sometimes she would get

15   me to repeat things after her.  Then she'd tell me that I

16   should do something, some sort of ritual.

17            One time she asked me to get a rose and dry the

18   petals and put it into a bath to try and, I don't know, bring

19   him back, bring his love back, or something.  I don't know

20   exactly what was said, but there were a lot of conversations,

21   lots of things said.

22   Q    And, again, were you following her instructions

23   religiously?

24   A    I was.

25   Q    And why is that?

```
 1    A     Because I wanted so much to have him back, and I wanted

 2    him to have some life.

 3    Q     And was he coming back to you at that point?

 4    A     Well, he saw me every day pretty much.  I think I was

 5    ill one day and I had to take my mother, who is also ill, to

 6    an operation down in London.  She was diagnosed with kidney

 7    cancer at the time.

 8    Q     So wait a minute.  Your husband has pancreatic cancer,

 9    now your mother's diagnosed with kidney cancer?

10    A     Yes.

11    Q     Where is your father during all of this?

12    A     My father's died.  My father died 15 years ago.

13    Q     Okay.  I'm sorry.

14    A     And so -- I sort of lost my train of thought.

15          THE COURT:  What's the question?

16    BY MR. BARDFELD:

17    Q     Well, when is the next time that you contact Kate

18    Michaels?

19    A     I contact her each day.  I was just saying that I've

20    seen my husband each day, and the only time I didn't, I

21    wasn't with him was when I was ill for one night, and then I

22    had to take my mother to hospital for an operation in London.

23    Q     Okay.  Does there come a time when you send another

24    payment to Kate Michael?

25    A     There were payments regularly sent.
```

```
 1   Q    Okay.  When's the next payment that you sent?

 2   A    Well, there were three payments in April, and then there

 3   was one in May.

 4   Q    Okay.  Well, let's go through the April payments.

 5        Who were the payments made to, and how much were

 6   they?

 7   A    On the 17th of April there was a payment to Nancy Marks

 8   of 2700.  This is one thing that she kept saying, that the

 9   figure 9, number 9 meant something, and that everything would

10   have to be revolving around the figure 9, the number 9,

11   sorry.  So that was probably why she asked for 9000 and 2700.

12   I don't know why the other amounts.

13   Q    Okay.  So in April of 2009, on the 17th she asked for

14   $2700; is that right?

15   A    Yes.

16   Q    And then on April 27th, approximately 10 days later, she

17   asks for 9000?

18   A    Well, she asked for $24,300 on the 24th of April, and

19   then on the 27th of April -- it went to Joyce Michaels.  And

20   then on the 27th of April she asked for 9000 to go to Nancy

21   Marks again.

22   Q    Okay.  Let's go through that a little bit.

23        One of the payments was made, you said, on

24   April 24th, 2009?

25   A    Yes.
```

```
 1    Q    And how much was that for?

 2    A    24,300.

 3    Q    And who was that sent to?

 4    A    Joyce Michaels, Incorporated.

 5    Q    Do you know why you were sending it?  Did Kate Michaels

 6    tell you why you were sending $24,300 to Joyce Michael?

 7              MR. SCHWARTZ:  Objection, Your Honor.  Question

 8    misstates the testimony.  She said it went to Joyce Michael,

 9    Incorporated.

10              THE COURT:  Rephrase the question.  I think she

11    said it was pounds, not dollars.

12              THE WITNESS:  Those were $24,300.

13              THE COURT:  Okay.

14              THE WITNESS:  It was 16,991 pounds.

15              THE COURT:  Thank you.  I'm sorry.

16    BY MR. BARDFELD:

17    Q    Why did you send $24,300 to Joyce Michael, Incorporated?

18    A    Sacrifice money.  I think she said there was something

19    that had to do with tax or something, that it had to go into

20    this account.  I can't remember exactly, but it's something

21    like that.

22    Q    And then three days later you send another $9000, and

23    who is that payment to?

24    A    That was payment to Nancy Marks.

25    Q    Okay.  Again, why did you make that payment?
```

```
 1   A     She asked me.

 2   Q     Okay.  Very briefly, I'm going through it.  We're

 3   talking tens of thousands, if not close to a hundred thousand

 4   dollars.  Well, tens of thousands of dollars that you sent to

 5   Kate Michael or Joyce Michael over this time period.  Are you

 6   getting anything in return for that money?

 7   A     It can't be measured in physical things.  My husband

 8   was -- had been in hospital at that stage, and he did

 9   survive.

10   Q     He did survive?

11   A     Yeah.

12   Q     At that point.

13   A     He came out, yes.

14         And my mother survived her operation.  And he

15   started to come see me more and more.  So I suppose I was

16   happy that that was happening.

17   Q     So things were moving in the right direction?

18   A     For me.

19   Q     Okay.  Do you continue your communication with Kate

20   Michael?

21   A     I do.

22   Q     And when's the next time that you send money?

23   A     The 15th of May.

24         Now, this is something to do with the house.

25   Q     Whose house?
```

```
 1    A    Because we hadn't bought the house that we were supposed

 2    to buy, I had to find somewhere to live.  And I have a little

 3    dog, and I walk the dog around where my mother was living,

 4    because I was living with her, and there were houses nearby

 5    that were up for sale.  So I went to see a number of those

 6    houses, and I found a house that I wanted to -- well, I found

 7    a house actually that Brian really liked, and I thought it

 8    was a really lovely house.

 9              So I put an offer in, and Kate was very supportive

10    of saying, oh, yes, you ought to buy this house, it's a very

11    good thing to do, a base, and he'll come back to you and all

12    this.

13    Q    And did it appear that Brian was coming back to you?

14    A    Well, he didn't say that he was coming back to me, but

15    he was spending more time with me.  I was cooking his meals,

16    I was shopping for him, I was there for him.  I was sorting

17    out his home, basically looking after him all the time, and I

18    was with him every day in the hospital.

19    Q    So your relationship with Brian was improving?

20    A    Yes, I suppose.

21    Q    And how about his health?  How was his health

22    progressing at that point?

23    A    Well, after he came out of hospital he seemed to be a

24    lot better.  He was eating again.  Because he had lost a lot

25    of weight being in hospital.  And he was getting, I don't
```

 1   know, more like Brian.  His Parkinson's obviously was still

 2   there, but it wasn't -- he just said to me that Parkinson's

 3   was nothing compared with the fact that he was going to die.

 4   Q    Okay.  So this $21,310, that was a payment made relating

 5   to the house?

 6   A    When I was buying the house, she wanted to know how much

 7   the property was worth.

 8   Q    And did you tell -- and when we're talking about "she,"

 9   again, we're talking about Kate Michaels, also known as Nancy

10   Marks, right?

11   A    Yeah, I told her the price of the house, which is

12   850,000 pounds.

13   Q    I'm sorry.  850,000 pounds?

14   A    Yes.

15   Q    And you were going to purchase that house for

16   850,000 pounds?

17   A    Yes.

18   Q    So what --

19   A    Well, she wanted 5 percent of the value of the house to

20   be put to her so that she could make sure that the negative

21   forces wouldn't follow me to the house.

22   Q    And what negative forces was she referring to?

23   A    The ones that had come from the castle money.

24   Q    And the cost of that was going to be 5 percent of the

25   value of the house, which would be --

1    A    Well, she talked in dollars as if they were pounds.  So

2    5 percent of the house would be what?  I can't.

3    Q    850?

4    A    Yeah, 42 and a half, is it?  Forty-two and a half

5    thousand.

6    Q    Somewhere around 42,500.  Okay.

7    A    And I said I couldn't pay it, because all I had was

8    enough money to buy my house and to pay the taxes that the

9    Government in England, which is four percent of the value of

10   the house, I'd have to pay.  So I had that in my account, and

11   I actually fought with Kate about that.

12   Q    Okay.  When you say you fought with Kate, what are you

13   referring to?  How did you fight with her?

14   A    Well, I said I couldn't afford to do that.  And she

15   said, well, if you don't, then the negative forces will

16   follow you into the house.

17   Q    I'm sorry, I missed that.  If you don't?

18   A    Pay the money, then, you know, it's likely the negative

19   forces would follow me to the house.

20   Q    Okay.  You said negative forces would follow you.

21        Okay.  And those were the negative forces from the

22   castle?

23   A    From the castle money, I suppose, yeah.

24   Q    Did you -- so you sent her -- well, it's not 5 percent,

25   but --

```
 1   A      She rang me back, and she said, oh, she's spoken to
 2   Joyce Michaels, her mother as I understood it, and she said,
 3   well, if you can't afford five percent, send half of that.
 4   Q      So you're sending 2.5 percent of the value of your
 5   house; is that right?
 6   A      Yeah, I think that's what it -- I think it's actually
 7   21,250, so slightly -- I added in the costs.
 8   Q      You add in the cost of what?
 9   A      The banking costs.
10   Q      The banking costs?  Okay.
11   A      Some banking costs for sending these transactions.
12   Q      Again, at this point, this $21,000, which represents
13   half of five percent of the value of the house that you were
14   going to purchase, did you think that money was coming back
15   to you?
16   A      To be quite honest, I didn't think about it, but I
17   didn't think -- I wouldn't have asked for that money, no.
18   Q      You would not have asked for that money back?
19   A      No.
20   Q      Did there come a point when you started thinking that
21   money was going to be returned?
22   A      The 24th of July payment of 24,000, Kate categorically
23   stated sacrifice money is now finished, you don't need to
24   send any more sacrifice money, that's over with, and this
25   money will come back to you, and any money paid from then on
```

```
 1   would come back to me.

 2   Q    Okay.  So up until that point, up until, you said it was

 3   July 24th, 2009; is that correct?

 4   A    Yes, it was.

 5   Q    And we had gotten through the last payment, which would

 6   have been May 15th, 2009, which was 5 percent of the value

 7   of --

 8   A    It was two and a half percent.

 9           THE COURT:  Ma'am, would you wait for him to finish

10   speaking before you start answering, please?  Okay?

11           THE WITNESS:  Okay.  Sorry.

12   BY MR. BARDFELD:

13   Q    It would be one-half of the 5 percent of the value of

14   the house that you were going to pay, right?

15   A    Yes.

16   Q    So that's $21,250.

17   A    Yes.

18   Q    After that, in July of 2009, July 24th, another payment

19   was made, right?

20   A    Yes.

21   Q    What were the circumstances under which that $24,000

22   payment was made?

23   A    Every time there was a payment to be made, Kate would

24   say something along the lines of, do you believe in our work,

25   and, you know, this is -- this money is for, you know, the
```

```
 1    progression of her work.

 2    Q    And what did you say?  Did you believe in the work?

 3    A    At the time I wanted to, yes.  I wanted him back.

 4    Q    Well, what changed in July that made her say that the

 5    money was coming back?

 6    A    Not the faintest idea.  She just told me that.

 7    Q    Okay.  She just told you that as of July --

 8    A    That payment was to come back to me, and all the other

 9    monies were to come back to me.

10    Q    By the way, that July 24th, 2009, payment of $24,000,

11    where was that payment made?

12    A    Into Joyce Michaels' account.

13    Q    That would be Joyce Michael, Incorporated?

14    A    I don't know whether it was incorporated or not.  Some

15    of them I put through Incorporated, some of them I didn't.  I

16    didn't know what the true title was, but I was told at one

17    time, I think, Joyce Michaels, Incorporated, and another time

18    Joyce Michaels, so I just did what they told me to do.

19    Q    Okay.  So you pay her the $24,000, and starting now with

20    this $24,000 payment, it is your understanding that the money

21    is coming back?

22    A    Yes.

23    Q    Okay.  Did that change your attitude about anything?

24    A    To be quite honest, at that time I wasn't thinking of

25    much because --
```

```
1    Q    Why weren't you thinking of much?

2    A    Brian was taking up all my time.  I was full-time caring

3    for him at this time, because he moved into my house.

4    Q    Why did he move into your house?

5    A    He just wanted to come back.

6    Q    Okay.  And this is the house that you had purchased for

7    850,000 pounds?

8    A    Yes.

9    Q    So Brian is now living in your house, and you were

10   happy.

11   A    I was very happy, apart from my mother being in

12   hospital.  And I had a dichotomy.  I didn't know who to be

13   with.  I wanted to be with my husband, so I resented my

14   mother a bit, but I couldn't leave my mother, because I was

15   the only carer for my mother.  So I was back and forth, but I

16   was happy because Brian could be with me, and we could eat

17   together, we could go and do things together, and I was happy

18   with him.

19   Q    Okay.

20   A    Discovered our love again.

21   Q    Okay.  And does there come a time when Brian passes

22   away?

23   A    Ninth of August, 2009.

24   Q    By the way, before that, was there another payment made

25   before Brian passes away?
```

```
 1   A    Sixth of August she asked for another payment, which was
 2   a really difficult payment to get together because of him
 3   being ill and Mummy being in hospital.  Anyway, I made it.
 4   Q    How were you able to come up with that money?
 5   A    I received that money from my husband, and I had some
 6   monies from the sale of my shares that I had in the castle,
 7   and it was just, I invested some of them, and it was as money
 8   came free, then I'd use that money to pay them.
 9   Q    And, again, that August 6th, 2009 payment, how much was
10   that for?
11   A    $24,000.
12   Q    $24,000?
13   A    Yeah.
14   Q    And how did -- did you wire-transfer that money?
15   A    I did.
16   Q    And to what account did you wire it?
17   A    Joyce Michaels.
18   Q    You need to speak up.
19   A    Joyce Michaels.
20   Q    Did Kate tell you at that time why she needed another
21   $24,000?
22   A    I can't remember what was said about it.  I told her
23   that it was very, very difficult, but she said I had to put
24   it through.  I said, well, you know, you say that the money's
25   going to be coming back, not putting any more money.  But she
```

```
 1   said to, you know, to carry on with the work, I would have to

 2   pay it.  I mean Brian died three days later, so, you know, he

 3   was getting weaker, and he lost so much weight.  He wasn't

 4   hardly eating.  I couldn't get him to eat.  And at that time

 5   I had to take him back into hospital to have another

 6   operation on his stomach, because he had so much pain that

 7   they had to freeze his stomach so that he wouldn't be

 8   troubled by the pain.  And then a few days after he died.

 9   Q    Okay.  So was that before or after you made the $24,000

10   payment?

11   A    It was around about the same time.

12   Q    Okay.  And then Brian dies on August 9th, 2009?

13   A    Yeah.

14   Q    When Brian dies, what do you do?

15   A    I -- well, when Brian dies, his brother -- his half

16   brother was there.  The ambulance comes.

17   Q    By the way, where was he at the time of his death?  Was

18   he in the hospital?

19   A    At home.  He was in my home.

20   Q    Okay.

21   A    He didn't want to go to hospital.

22   Q    How old was Brian when he died?

23   A    Sixty-four.

24   Q    So he's at your home, he passes away.  Who else was

25   there?
```

```
 1    A     His half brother.  My daughter had gone out to get some

 2    medicine, because we had called the doctor in the morning,

 3    and that was the first time I realized that actually he was

 4    going to die, because the doctor said he's in the last stages

 5    of cancer.  He was going to pass away.  Six months almost to

 6    the day the doctor said he'd have six months.

 7    Q     So that would have been six months from February when

 8    you first met Kate Michael?

 9    A     Yeah, 13th of February 2009 was a letter from the

10    doctor, and the doctor said he'd have six months, as a time

11    estimate.

12    Q     And it was almost six months to the day?

13    A     It was.

14    Q     After he dies, do you contact anyone?

15    A     I would say the hospital~--- the ambulance was there, the

16    doctor was there, the undertaker came.

17    Q     Okay.

18    A     I contacted Kate and told her, and she couldn't believe

19    it.  And it was only when I said, look, he's stopped

20    breathing, that she actually put the phone down and said, you

21    know, she'd have to ring me back, we'd have to talk later.

22    Q     Was she the first person you contacted after Brian died?

23    A     By telephone.

24    Q     By telephone.

25    A     Yeah.
```

```
 1    Q    And why is it that Kate was the first person you talked

 2    to after Brian died?

 3    A    I suppose I just wanted to tell her that he had died.

 4    She said he'd have two years to live, and I just couldn't

 5    understand it.  I couldn't understand why nothing had worked.

 6    Q    And did she explain to you what happened?

 7    A    She didn't --

 8    Q    Take a moment.

 9    A    She can't believe it.  Sorry.

10    Q    Hold on a second.  Hold on a second.

11         THE COURT:  All right.  Why don't we take a short

12    recess.  Ladies and gentlemen, let's take about a 10-minute

13    recess.  Please don't discuss the case or form any opinions.

14    Leave your notes, and we'll see you in about 10 minutes.

15    Thank you.

16      (The jury exits the courtroom.)

17         THE COURT:  All right, ma'am.  Why don't you take a

18    few minutes and try and gather yourself.  All right?  And

19    we'll be back after about 10 minutes.  All right?  You can

20    step down, go to the restroom, whatever makes you feel

21    comfortable.  Okay?

22         Would you like some water?

23         THE WITNESS:  I'm okay.

24         THE COURT:  All right.  Thank you.

25         THE WITNESS:  Thank you.
```

```
 1              (A recess was taken from 4:05 p.m. to 4:18 p.m., after
 2      which the following proceedings were had:)
 3              THE COURT:  Is your witness ready?
 4              MR. STEFIN:  I'll go get her.
 5              THE COURT:  Let's bring her in.
 6              Ms. Marks is present with counsel.
 7              So as soon as the witness gets back we'll bring the
 8      jurors back in.
 9              Do you think you're going to finish with your
10      direct today?
11              MR. STEFIN:  It will be close.  I'm playing a
12      number of tapes.
13              THE COURT:  Tapes of what?
14              MR. BARDFELD:  Of conversations she has.
15              THE COURT:  Undercover tapes?
16              MR. BARDFELD:  Yeah, that she makes with both Kate
17      and Joyce Michaels.
18              Are we just going to go 'til 5:00?
19              THE COURT:  We're not going past 5:00.  I've gotten
20      my orders.  At a convenient time, since we're not going to
21      finish with her today, you know, and whatever makes sense in
22      terms of a point where you think you're going into a new area
23      or if you're going to start with the calls at close to 5:00,
24      it doesn't make sense to start with the calls that close.
25              How are you doing, ma'am?
```

```
 1                    THE WITNESS:  I'm okay.  Thank you.

 2                    THE COURT:  You better?

 3                    THE WITNESS:  Yes, thank you very much.

 4                    THE COURT:  If you can try and pull that microphone

 5     in front of you so we can hear you better.  Let's bring the

 6     jurors in.

 7                    MR. STEFIN:  Judge, you know what it is, when we

 8     stand here the way, the acoustics are -- because I was having

 9     the same problem.  There's just certain spots in the room.  I

10     could hear better back there, and Mr. Bardfeld is having

11     trouble hearing it from here.  So it seems strange that he

12     can't hear but other people in other locations are hearing.

13                    Nothing we can do about it, I'm just telling you.

14                    THE COURT:  Neither of you speak into that

15     microphone very often.  Really.  I mean, you very rarely

16     speak into the microphone.  Neither of you speak near the

17     microphone.  You're close to the microphone, but you don't

18     speak into it at all.

19                    MR. STEFIN:  I wasn't aware.

20                    THE COURT:  I've asked you numerous times, but

21     nobody seems to pay attention.

22        (The jury enters the courtroom, after which the following

23     proceedings were had:)

24                    THE COURT:  Welcome back, everyone.  Please be

25     seated, ladies and gentlemen.
```

```
 1              Mr. Bardfeld, you may continue.

 2   BY MR. BARDFELD:

 3   Q    I'm going to back up a little bit instead of going to

 4   the part that's difficult, your husband's death.  Have you

 5   told anyone, when you're dealing with Kate Michael, have you

 6   told anyone that you're paying money to a clairvoyant?

 7   A    No.

 8   Q    And why is that?

 9   A    I suppose because I thought people would be thinking I'm

10   crazy.

11   Q    Were you told not to tell anyone?

12              MR. SCHWARTZ:  Objection, leading.

13              THE COURT:  Overruled.

14              THE WITNESS:  I was told not to tell people by

15   Joyce one time I remember.  I can't recall Kate actually

16   saying that specifically to me.

17   BY MR. BARDFELD:

18   Q    But you just weren't telling people because you thought

19   it was strange?

20   A    I was embarrassed, I suppose, because it was a lot of

21   money.

22   Q    Because it was what?

23   A    A lot of money.

24   Q    Okay.  At any point -- at this point your husband has

25   just died, but you still have not met Joyce Michaels; is that
```

1    correct?

2    A    I haven't met her.

3    Q    You sent money there but haven't met her?

4    A    No.

5    Q    At any point in your conversations with Kate Michael,

6    does she discuss higher beings or spirits or spirit guides?

7    A    Yes, constantly.

8    Q    Okay.  And what kind of discussions does she have about

9    the spirits and spirit guides?  I know we've talked about

10   cleansing and money being the root of all evil, things like

11   that, but what kind of spirit representations does she make?

12   A    Well, she said that she was guided by God.  She used to

13   go to church each Sunday.  She said that the spirits would

14   give her messages, and she would try and send messages to me,

15   which I never really got, I don't think.  I didn't.  So she

16   was constantly talking about higher beings and God and . . .

17   Q    When you say constantly, you mean from the first time

18   that you met with her until at least to this point in August

19   of 2009 when Brian has died; is that right?

20   A    Yes.

21   Q    And you said -- you had just said that the first person

22   you called on the telephone was Kate Michaels?

23   A    It was, and then I went to see my mother in hospital.

24   Q    Oh, your mother was in the hospital at the time?

25   A    Yeah.

```
1    Q     And that was for her cancer?

2    A     She -- she had a -- various things wrong with her at the

3    time, but principally it was kidney cancer, and then it had

4    gone into the bladder and ureta (phonetic) or something.

5    Q     Urethra?

6    A     Urethra.  So she had to go into hospital back and forth.

7    Q     And, again, briefly describe your conversation with Kate

8    after Brian dies.

9    A     Well, as I say, she couldn't believe me that he was

10   dead, and I suppose I must have been crying and probably not

11   very comprehensible.

12   Q     I'm sorry, not very what?

13   A     She probably couldn't hear quite what I was saying.

14   Anyway, eventually I just said he's not breathing, and she

15   just said I have to ring you back, and put the phone down.

16   Q     Did you talk to her again?

17   A     I talked to her later in the day.

18   Q     And what did you discuss at that point?

19   A     Well, she told me that he would be passing over, and

20   they would be able to help him, and that he would go on

21   trial, or something, I don't know, and that if I wanted, I

22   could talk to him through her.

23   Q     Okay.  So you were going to communicate to Brian through

24   Kate?

25   A     Yes.  I don't know whether that was all talked about on
```

```
1    that particular day, but that was talked about at that time.

2    Q    Okay.  And what else did you talk about with her after

3    Brian's death?

4    A    Well, after Brian's death, the next day I contacted the

5    solicitors because Brian had been very concerned.  There was

6    a bit of money that hadn't come through on the sale of the

7    castle.

8    Q    Okay.  And when you say a bit of money, how much money

9    are you referring to at this point?

10   A    Quarter of a million pounds.

11   Q    A quarter of a million pounds?

12   A    Roughly, yeah.  About 230, something like that.

13   Q    Okay.  Continue, please.

14   A    And they told me that they had made a Will in the

15   office, which gobsmacked me, because I didn't know anything

16   about it, and that the trust that had purchased the castle

17   and where the money had gone to had been what they call

18   busted, and the money had been taken out and put into Brian's

19   name, which would mean that I wouldn't have any income coming

20   from there, and it would all go into his estate.

21   Q    Go ahead.  Continue.

22   A    And that the executors, the people who were going to

23   deal with it, was his half brother and the accountant.

24   Q    Did it surprise you that that was happening with Brian's

25   Will?
```

```
 1    A     Totally.  I had no idea.

 2    Q     Why did it surprise you?

 3    A     Well, he had made a Will leaving everything to me

 4    before, and I didn't realize that it had changed in any way.

 5    I suppose I should have thought.  I don't know.  But I found

 6    a file of papers in his office which was downstairs in the

 7    basement.  He had asked me to make it into an office for him,

 8    which I did.  And he had left a file on the desk, and I took

 9    that up, and I read it, and I was absolutely gobsmacked.

10            He had made a new will, he busted the trust, and

11    there's this woman who had entered into a contract with him

12    to have an IVF baby, and that he was allowed to do this up to

13    10 years after his death, she was allowed to do that.

14            And all my thought was, I can't have that.  You

15    can't have a baby with another woman.  And it took my mind

16    over.  I became absolutely devastated from his death to

17    feeling like I had been betrayed, and he broke my heart

18    again.

19    Q     Okay.  So when you say again, you mean first by dying,

20    and then by --

21    A     Yeah.

22    Q     -- having this contract with another person?

23    A     Yeah, and every time I woke up every morning it was like

24    a pain right inside.

25    Q     It was like a pain?  I'm sorry.
```

```
 1   A      Yeah, pain right here.  I just couldn't get rid of it.

 2   Q      So what did you find out about this IVF?  And IVF being

 3   in vitro fertilization, right?

 4   A      That's right, yeah.

 5   Q      When did you find out about it?  I think you said the

 6   day after his death?

 7   A      The day after his death I found the file, and it was the

 8   day after that, I believe, I read it.

 9   Q      And when you read it, what did you do?

10   A      It was late at night.  My brother had come up to be with

11   me, a friend had come over to be with me, and my daughter was

12   there.  And my brother's a doctor.  So he said -- I said,

13   God, I can't believe what Brian's done.  He's contracted to

14   have a baby with this woman who used to live -- work at our

15   castle, and there's all these papers from the hospital.  And

16   he said, oh, she can't -- you must go and you must ask them

17   to destroy the sperm.  It's not for her to have this baby,

18   you know.  The sperm shouldn't be, you know, put for her.

19   Write to the hospital and, you know, stop this.

20          So I went to a solicitor and got a letter written

21   to the hospital.

22   Q      Okay.  And the purpose of your letter to the hospital

23   was what?

24   A      To try -- to tell them to destroy the sperm and to not

25   go ahead with the IVF.
```

1    Q    Okay.  And as his wife, did you have a right to do that?

2    A    No, I was told I didn't have any rights whatsoever.  I

3    had no rights to even know about it.  It was just that Brian

4    had left the papers, so I knew, and I knew all the papers

5    were there.  I saw them all.

6    Q    Oh, so these were papers that just happened to be there?

7    He didn't send them to you or leave them for you?

8    A    He left them for me in the file.  Well, whether they

9    were left for me or not I don't know.  He left them in his

10   office.

11   Q    Okay.  And tell us a little bit about that.  What did

12   the contract say?  What was going to happen?

13   A    Well, there were signed forms saying that the sperm that

14   had been frozen in 2007 could be frozen for 10 years, and she

15   had the right to go ahead with his child for that period.

16   Q    And she --

17   A    Whether he died or not.

18   Q    Okay.  And she being the person who worked at the castle

19   with you and Brian?

20   A    Yes.  And actually, I was told by Kate about a

21   dark-haired woman at some point in time.

22   Q    And was this woman a dark-haired woman?

23   A    Yes.

24   Q    So your husband's died.  You just found out that he's

25   frozen his sperm for some other woman.  What is your mental

1   condition at this point?

2   A    I was devastated, absolutely devastated.  Felt so

3   betrayed, and I just couldn't believe that he could do

4   something like this.  But it made sense in a way that it all

5   happened around the 18th of May, 2009, he had signed the

6   Will, and he had signed papers saying that this woman should

7   get money for this baby, so . . .

8   Q    You said it all made sense?

9   A    Well, he'd left me, hadn't he.  And I didn't know why.

10  He said before he left me he said, I have never loved anybody

11  as much as I've loved you, and I still love you very dearly,

12  but I have to go and sort myself out.  You know, I couldn't

13  understand why.  Now, I presume it must have been all to do

14  with this intrigue.

15  Q    And when did he do this?  What was the date of that?

16  A    Eighteenth of May was the date of the Will, but 2007, in

17  January, he had frozen the sperm.

18  Q    2007, January.  So even a year and a half before you

19  were separated from him; is that right?

20  A    Yes.

21  Q    Okay.  After you find out that this woman, that there is

22  a contract so that this woman that you worked with at the

23  castle could have a baby by in vitro, did you contact anyone?

24  A    I contacted the solicitor; my brother, I told my

25  brother.

```
1    Q    Did you contact Kate Michael about that?

2    A    Yes.  Of course, yeah, I was speaking to her every day

3    still, and I was so gobsmacked.  I just needed to talk to

4    some people about this.  It was all that was on my mind.  I

5    woke up with it and I went to bed with it.

6    Q    So at this point, the betrayal by your husband was worse

7    than his death?

8    A    No, I can't say it was worse than his death, but it was

9    devastating.

10   Q    Okay.  What are you discussing with Kate Michael at this

11   time about the in vitro?

12   A    Well, she was just saying, oh, they can't do that.

13   You're the wife.  You should be able to, you know, have

14   everything.  And, you know, there's no reason why anybody

15   should get anything else, you know, anybody else should get

16   anything out of it.  And so she said that, you know, she'd do

17   work and, you know, help me to stop this woman having the

18   baby and to make sure I got the money from the -- from my

19   husband's estate.

20   Q    Okay.  So was the work changing at this point, the goals

21   of the work?

22   A    Yeah, yeah.

23   Q    Okay.  Because originally, what were the goals?

24   A    Well, to help my husband and bring him back to me.

25   Q    Okay.  And that happened in a way, but then he died,
```

```
 1   right?

 2   A    Yes.

 3   Q    Okay.  What are the new goals of the work?

 4   A    To stop this woman having the baby, first and foremost,

 5   and to sort out the estate and make it so that I got my --

 6   what I was entitled to, or what she said I was entitled to.

 7            The Will was written in a really peculiar way,

 8   partly for tax reasons, that they said I had a life interest

 9   which was to be terminated after six months to a year, and

10   then all the money would go into a discretionary trust which

11   was being monitored by the half brother and the accountant,

12   and they had complete carte blanche to do whatever they

13   wanted with the money.

14   Q    Okay.  So I'm a little confused.  I don't know trusts

15   and estates or wills or anything like that.

16            Basically, the end result is they had carte blanche

17   to do what they wanted with the money from the estate?

18   A    Yes.

19   Q    And you told Kate that?

20   A    I did.

21   Q    And what did she say about that?

22   A    She said, don't worry, we've done lots of work with

23   legal matters, and we'll help you to sort it out.  You should

24   be entitled to all the money.  She was quite sort of, oh,

25   you're the wife, you know, the wife.  You should be entitled
```

```
 1    to everything.  And I'm saying, well, it's not written like

 2    that.  And she said, oh, you don't need to spend money on

 3    solicitors.  We'll do the work and we'll sort it out for you.

 4    Q    Okay.  When you're talking about "we," she's saying we,

 5    who is she referring to?

 6    A    I suppose she said I.  It's probably me misinterpreting.

 7    Q    So she's going to do the work for you instead of the

 8    solicitors, the lawyers, right?

 9    A    Well, I understood her and the spirits and the higher

10    guides.

11    Q    Okay.  Did she tell you how she was going to do this

12    work?

13    A    She needed more money to do it.

14    Q    Okay.  Did she ask you for more money to do this work?

15    A    She did.  She kept asking for money all the time.

16    Q    And --

17    A    She wouldn't give back the money that had been sent

18    saying that it was needed to help with work.

19    Q    I'm sorry.  I just missed that whole thing.  I can't

20    hear very well.

21    A    Sorry.  She wouldn't return the two 24,000s, because she

22    said it was needed, you know, to go on with the work because

23    of what had happened.

24    Q    And those would be the two $24,000 payments that were

25    made in July and August of 2009 --
```

```
 1    A      Yeah.

 2    Q      -- that she had indicated from that point forward, that

 3    money was going to be returned?

 4    A      Yes.

 5    Q      Did you specifically ask for that money to be returned?

 6    A      I did.

 7    Q      At that point shortly after Brian's death?

 8    A      Yes.

 9    Q      And what did she say to you at that point?

10    A      Well, she said that the money had to be kept because of

11    the work that needed now to be done.

12    Q      Okay.  So she did not return that money?

13    A      She didn't return anything, no.

14    Q      Okay.  Did -- and you said she continued to ask for

15    money.  When's the next time she asks for money?

16    A      The tenth of September.

17    Q      The tenth of September.  And that would in 2009, about a

18    month after Brian died?

19    A      Yes.

20    Q      And did she ask you for a certain amount of money at

21    that point?

22    A      I always sent what she asked me for and argued about it

23    on the house, because I hadn't got the money.  But I sent

24    $11,600.

25    Q      I am sorry.  I can't hear.  How much?
```

```
1    A     $11,600.

2    Q     And do you have any idea where the amount of money,

3    $11,600, came from?

4    A     It would probably have been some bond or something that

5    had matured, or it might even have been an ISA that I cashed

6    in.

7    Q     Now, I guess you misunderstood my question.  My question

8    was, do you have any idea where the figure of the amount that

9    she asked for came from?

10   A     No.

11   Q     And she just asked for 11,600?

12   A     (Nods head.)

13   Q     And did you send the money at that time?

14   A     Yes.

15   Q     Why did you send the money at that time?  She had

16   already -- you had already given her two separate $24,000

17   transactions that she said was going to be returned.  She had

18   not returned that, and you still sent another $11,600; is

19   that right?

20   A     I did.

21   Q     Why did you do that?

22   A     I suppose because I wanted to sort this problem out.  I

23   had been to the lawyers, and they said that they'd have to

24   issue proceedings to protect my position, because, you know,

25   I didn't have much of a position, actually.  And I had been
```

1   to the hospital -- not to the hospital, but to the solicitors

2   to try and stop the hospital from allowing this woman to go

3   ahead, and they agreed that after six months after somebody's

4   died, they wouldn't do IVF with somebody.  They had to have a

5   six-month space.

6   Q    They have to have a -- until six months after the death

7   or only up until -- I mean or after six months?

8   A    Six months after the death.

9   Q    So you sent her another $11,600.  Does she tell you what

10  she's going to do with that additional money?

11  A    The money was to continue with the work, to continue to

12  try and stop this woman having the baby, and get me what I

13  deserved from the estate, I suppose.

14  Q    Okay.  And while you are paying her this money and she's

15  helping with the work, you're also dealing with lawyers; is

16  that right?

17  A    I am.

18  Q    Okay.  And does she ask for more money from you?

19  A    She does.  The 15th of September she asked me to put

20  some money through to her, 4000.

21  Q    How much?  4000?

22  A    Yeah.

23  Q    When you say to her, to Kate Michaels?

24  A    To Nancy Marks.  I know that Kate Michaels is now called

25  Nancy Marks.

1    Q    Okay.  At that time --

2    A    I didn't know at that time.

3    Q    You did not know it at that time?

4    A    No.

5    Q    When did you first learn that Kate Michaels was Nancy

6    Marks?

7    A    When I was contacted after I came back after seeing

8    Joyce Michaels, I was told by -- the police from England

9    contacted me, and I sent -- I mean, it's a bit complicated.

10        I had sent an e-mail to INTERPOL, to the

11   international policing place, telling them I thought that,

12   you know, I had been sending all this money and I had been

13   scammed, actually.  And then after I had visited Joyce

14   Michaels, I was contacted by the British police, which I

15   thought had come from my e-mail; and the British police had

16   put me in touch with somebody called Mr. Stack.

17   Q    Okay.  I'm getting a little confused.  I think we're

18   getting a little ahead of ourselves.

19   A    That's way ahead of --

20   Q    Right.  That's way ahead of that.

21        Okay.  So we're now in September.  You've given

22   $11,000, and that 11,000 -- what was it, $11,600?  Who was

23   that transfer made to?

24   A    Joyce Michaels.

25   Q    Okay.  And, again, anytime you're making a transfer, the

```
1    amount comes from Kate Michaels and who it's going to comes

2    from Kate Michaels; is that right?  She's giving you the

3    instructions on how --

4    A    She's giving me all the instructions and the banking

5    details.

6    Q    At this point that $11,600, did you think that money was

7    going to be returned?

8    A    Yes.

9    Q    Why did you think that money was going to be returned?

10   A    Because she had said to me specifically on the first --

11   the July 24,000 pounds, that anything after that time would

12   be coming back to me, would be returned back to me.

13   Q    Did she reiterate that during subsequent conversations

14   with her, that the money was going to be returned?

15   A    Only if I argued against sending it.

16   Q    I'm sorry?

17   A    Only if I argued against sending it.

18   Q    Meaning if you said I'm not going to send the money,

19   what would her response be?

20   A    Well, I'd usually say I can't afford this, I haven't got

21   the money available.

22   Q    And how would she respond to that if you told her that

23   the money was not available?

24   A    She'd tell me that, you know, it was needed for the

25   work, and occasionally she'd say, well, I'll put some of my
```

```
 1    money in to help with the work, and then that wouldn't work.

 2    So I'd have to pay her more money.  It just went on like

 3    that.

 4    Q    Does there come a point when you start communicating

 5    with a person that you know as Joyce Michaels?

 6    A    Yes.

 7    Q    And when does that communicating with Joyce Michaels

 8    begin?

 9    A    There was a payment of a hundred thousand dollars around

10    about that time, which was the 21st of October, October time,

11    2009.

12    Q    Okay.

13    A    Up until then, Kate had been speaking to me over the

14    telephone on quite long conversations.  Supposedly Brian

15    coming through her to tell me that he was sorry that he had

16    done this, and he hadn't really meant to do it, and, you

17    know, things that I wanted to hear, I suppose.

18    Q    I was going to say, are you believing this?

19    A    Yeah, at the time I was -- yeah, I was hoping it was

20    true.

21    Q    Okay.  You were hoping it was true?

22    A    Uh-huh.

23             THE COURT:  Is that a "yes"?

24             THE WITNESS:  Yes, I was hoping it was true, yes.

25             THE COURT:  Thank you.
```

```
 1   BY MR. BARDFELD:

 2   Q    How does it come for you to start discussing -- or how

 3   do you start talking with Joyce Michaels?

 4   A    Kate said to me that this sort of work wasn't really her

 5   thing, wasn't her sort of type of work, I suppose.

 6   Q    And when you say this type of work, what are we

 7   referring to at that point, meaning this type of work?

 8   A    Stopping this IVF situation and getting involved in

 9   legal matters.

10   Q    Okay.  Did she tell you whose type of work this was?

11   A    Her mother, Joyce.

12   Q    And she told you that Joyce Michaels was her mother?

13   A    She did, yes.

14   Q    And did she give you any other names besides Joyce

15   Michael, or it was just Joyce Michael that you knew her as?

16   A    Joyce Michael.

17   Q    And --

18   A    I had already been told about her because I had picked

19   up her card.

20   Q    Okay.  That's right.

21        Okay.  So we're now at the point where you start

22   communicating with Joyce Michael.  Tell us about the first

23   time you spoke with her.

24   A    I can't remember the exact time when I first spoke with

25   her, but it was definitely before the hundred thousand,
```

1    because I was talking to her, and she said that she needed a

2    big amount of money because the estate was a big amount of

3    money, and she asked for things, like she wanted the Will,

4    and she wanted the estate accounts, she wanted the letters of

5    wishes.  I sent her lots of documents.

6    Q    Okay.  You sent Joyce Michael lots of documents relating

7    to your husband's death?

8    A    Yes.

9    Q    Okay.  And tell us how she asked for or you sent a

10   hundred thousand dollars to her on October 21st, 2009.

11   A    As far as I remember, she just asked for the hundred

12   thousand dollars to do the work, and it was, you know, it was

13   to do with money, because it was all involved with money, and

14   she said that this -- she called her the witch.

15   Q    She called who the witch?

16   A    This other woman who was contracted to have this IVF

17   baby.  And she said that, you know, she had done it for

18   money.  She had contracted to have the baby so that she could

19   take the estate monies, which was in the region of, I don't

20   know, two and a half million.

21   Q    And this was Joyce Michael telling you this as opposed

22   to Kate Michael?

23   A    Joyce Michaels.

24   Q    Okay.  How did the transition occur between your dealing

25   with Kate Michael and your subsequent dealing with Joyce

1   Michael?

2   A    Kate just said that I should contact Joyce.  I believe

3   that I had to contact her, because Joyce would never ring me

4   back.  I would always have to ring her.  And so I was given

5   the number, and I rang her, and from then on I didn't really

6   speak to Kate.  I was speaking to Joyce.

7   Q    Do you recall where you called her, where she was

8   located at the time you called her?

9   A    As far as I remember, she was in Florida, Fort

10  Lauderdale.  That's where she gave me an address on Seminole

11  Drive or something, 13 something Seminole Drive, 1361 or

12  something.

13  Q    And after you started calling Joyce Michael?

14  A    Yes.

15  Q    What do you discuss with Joyce Michael?

16  A    Joyce was completely different to Kate.  All she would

17  do is say, you know, how are you, what's been going on, and

18  then, you know, I'd tell her what the lawyers were saying,

19  and she'd want to know what -- you know, what they were

20  saying.  Actually wanted the barrister's opinion on the IVF.

21  She wanted all the papers that I said that I was sending, and

22  she wanted letters sending on.  So I was e-mailing,

23  forwarding -- I e-mailed all the letters and things.

24  Q    When you first started -- well, had you met Joyce before

25  this particular conversation?

```
 1    A     No.

 2    Q     Had you ever spoken with her before this conversation?

 3    A     I had spoken to her once.

 4    Q     And what was the circumstances under that -- under which

 5    that call happened or that conversation happened?

 6    A     Kate just said that she was around, and she put her on

 7    the phone.

 8    Q     Okay.  And did she give you any advice or counsel at

 9    that point?

10    A     The only thing that I had got from Joyce as far as I

11    remember that Kate gave me, was the fact that this woman,

12    this dark-haired woman was somewhere around, and that I think

13    that -- I can't remember.  She said something along the lines

14    that I should tell my husband that this woman, you know, was

15    just after his money and that I should warn him.

16    Q     Who told you that, Kate or Joyce?  I'm getting confused

17    now.  Do you recall?

18    A     I can't really recall which one.  I think it was -- I

19    don't know actually.  I can't -- to be honest, I couldn't

20    say.

21          I mean, there was an e-mail from Joyce just after I

22    sent the hundred thousand, saying that all the work was going

23    fine, and I didn't have to worry about the money, and that

24    everything was, you know, fine, everything was going to work

25    out.
```

```
 1   Q     Okay.  Did she refer to the same -- or did she use the

 2   same expression "the work" that her -- the person who you

 3   understood as her daughter to be, use "the work?"

 4   A     Yes, she used "the work."

 5         It was always -- she didn't sort of -- she wouldn't

 6   work in the same way.  She wouldn't talk about sending me

 7   messages or talk about God so much.

 8   Q     What did she talk to you about?

 9   A     Hers was very practical.  She just said send me the

10   documents, let me see -- I'll work on the papers.  I need to

11   have the vibe of people to be able to move this woman away, I

12   need to have details.

13   Q     Did she ever talk about negative energy or anything like

14   that?

15         MR. SCHWARTZ:  Objection, leading.

16         THE COURT:  Sustained.

17   BY MR. BARDFELD:

18   Q     So this conversation that you have, the first time --

19   well, the first time you start sending a hundred thousand

20   dollars, did she ask you for anything else besides the

21   hundred thousand dollars?

22         MR. SCHWARTZ:  Objection, asked and answered.

23         THE COURT:  Overruled.

24         THE WITNESS:  She at that particular time would

25   have asked for all the documents to do with the case.
```

 1    BY MR. BARDFELD:

 2    Q    You're talking about the estate documents?

 3    A    Yes.

 4    Q    And did you do as she requested and send her the

 5    documents?

 6    A    I did exactly what she asked me.

 7    Q    Okay.  And you also sent her the hundred thousand

 8    dollars; is that right?

 9    A    Yes.

10    Q    And where did you second that hundred thousand dollars?

11    A    To Joyce Michaels' account, same Bank of America

12    account.

13    Q    And that's the same account that you sent money to at

14    Kate Michaels' direction; is that correct?

15         MR. SCHWARTZ:  Objection, asked and answered.

16         THE COURT:  Sustained.

17         THE WITNESS:  Always the same, yes.

18    BY MR. BARDFELD:

19    Q    Did Joyce Michael tell you what she was going to do in

20    exchange for that hundred thousand dollars?

21    A    Well, the main thing on my mind was, I said all I could

22    think about was to stop this woman having an IVF babe to my

23    husband who was dead.

24    Q    And did she tell you she would stop the woman from

25    having the baby?

```
 1                    MR. SCHWARTZ:  Objection, leading.

 2                    THE WITNESS:  That was part of the work.

 3                    THE COURT:  Overruled.

 4                    THE WITNESS:  She said --

 5     BY MR. BARDFELD:

 6     Q     Go ahead, you can answer.

 7     A     She said that she would -- yes, she would stop this

 8     woman having -- the witch having the baby, yeah.

 9     Q     Did she explain how she was going to do it?

10     A     No, not really.

11                    MR. BARDFELD:  Your Honor, this might be a good

12     place to stop, if that's okay.

13                    THE COURT:  Ladies and gentlemen, let's recess for

14     the week.  Again, I remind you, please don't discuss the case

15     with anyone, don't form any opinions, stay away from news

16     articles and reports about the case, please, don't do any

17     research.  We're off on Monday.  It's Labor Day.  So if you

18     can be back on Tuesday at 9:00 o'clock, and we'll continue

19     with the case.

20                    Remember, we'll only be in session next week

21     Tuesday, Wednesday, and Friday.  Thursday, we'll be off.

22     Okay?  So have a nice weekend.  Enjoy your holiday.

23        (The jury exits the courtroom.)

24                    THE COURT:  All right.  Ma'am, sorry you're going

25     to have to stick around for a few more days.  I don't know
```

```
 1   if -- I guess you still live in England.

 2              THE WITNESS:  I do.

 3              THE COURT:  I guess you'll be able to spend a few

 4   more days here.  I don't know if that's good or bad for you,

 5   but hopefully, you'll be able to relax for a few days, and

 6   we'll see you Tuesday morning.

 7              Don't talk about your testimony with anyone over

 8   the break.  All right?

 9              All right.  Thank you.  Have a nice weekend.

10              You can all be seated.

11              What issues do we need to talk about, if any?

12              MR. SCHWARTZ:  At some point, Judge, I'd like to

13   talk about the search warrant.

14              THE COURT:  All right.  What I would like -- I

15   think might maybe resolve the issue -- and I don't know the

16   answer to the question, and I'm sure the answer is out there,

17   and I just don't know for sure what the answer is.  I guess

18   this would eliminate anything having to do with whether this

19   is accurate or inaccurate, whether there was some

20   misrepresentations made in the affidavit for the search

21   warrant.  I don't think there's any dispute as far as I know

22   that Mr. Ricky Marks consented to the search of the warehouse

23   space.

24              MR. SCHWARTZ:  Absolutely a dispute, Your Honor.

25              THE COURT:  Well, we're not going to resolve that
```

1    dispute now.  Okay.  That's long past.

2              MR. SCHWARTZ:  But he didn't consent.

3              THE COURT:  Well, as far as I'm concerned, that's

4    already been resolved.  It was raised in the -- before the

5    magistrate judge.  He ruled that there was consent.  Didn't

6    the magistrate judge rule there was consent?

7              MR. STEFIN:  I don't think it was based on consent.

8    I have to go back and see the order.

9              I think there was a concession that Rose Marks had

10   no standing with respect to the motion.  That was one thing.

11   But with respect to the other party, Ricky Marks, he ruled in

12   the Government's favor, but I would have to see the order.

13             MR. SCHWARTZ:  Your Honor, I can tell you that what

14   he ruled was that the landlord who rented one of the multiple

15   warehouses to Ricky Marks consented, and that that consent

16   was good.

17             THE COURT:  All right.  Well, there you go.

18             So then, assuming that's true -- and, again, there

19   was no objection to that, apparently, and that was not --

20             MR. STEFIN:  Litigated.

21             THE COURT:  -- that's never been raised before me.

22   So, as far as I'm concerned, that was a finding that was

23   accepted by the magistrate judge and has never been

24   challenged before.  We're not going to challenge that again.

25             So the legal question is if a third party who has

```
 1    control over a space gives consent to the search and somebody

 2    else's property is in there, does that -- does that consent

 3    by the person who has control allow an inspection or seizure

 4    of someone else's property who happens to be in there?  I

 5    don't know the answer.  I think I know what the answer is,

 6    but I'm not sure what the answer is.

 7            So if the answer is that his consent allowed the

 8    seizure of Ms. Marks' items in there, it doesn't matter

 9    whether or not this affidavit is accurate or not.  If it

10    doesn't allow the seizure of someone else's property who

11    happens to be in that space that the person who had control

12    authorized the search, then maybe we have to go further.

13            So let's just resolve that issue first, and then we

14    can figure out where to go after that.  So I don't know if

15    you can both agree what the answer to that question is or

16    you're going to dispute what the answer to that question is.

17    If you both can agree now what the answer is, I guess we can

18    go to the next step.

19            MR. SCHWARTZ:  I think you anticipated that there

20    might be some disagreement, Judge.

21            THE COURT:  All right.  So why don't we address

22    that issue first, and then we can go from there, because at

23    this point we can take care of these as we go through the

24    trial, if necessary.

25            MR. SCHWARTZ:  Thank you.
```

```
 1              THE COURT:  All right.  Is there any other issue
 2     that you're aware of that we need to talk about?
 3              MR. STEFIN:  No.
 4              With respect to the deposition, are we still
 5     waiting for a Court ruling on that?
 6              THE COURT:  What kind of a Court ruling?  I thought
 7     there were no -- the objections I already -- that were
 8     raised, I've already dealt with.  I don't know of any other
 9     objections that I need to deal with.
10              MR. STEFIN:  No.  And we've -- well, with respect
11     to the deposition itself, the language of the deposition,
12     there's no dispute between the lawyers as to having to excise
13     any part of the deposition.
14              THE COURT:  Okay.
15              MR. STEFIN:  I just didn't remember if the Court
16     was permitting us -- it sounds like the Court is permitting
17     us to use that deposition.
18              THE COURT:  Again, the only objections than raised
19     to it I overruled.
20              MR. STEFIN:  All right.
21              THE COURT:  So if there are other objections that I
22     don't know about, I guess I have to deal with them.  But I
23     thought I asked Mr. Schwartz yesterday were there any other
24     objections other than the ones that were raised, and those
25     two about having to do with the failure to produce the
```

```
 1    nonexistent exculpatory -- allegedly nonexistent exculpatory

 2    materials and then the nonavailability issue.

 3              MR. STEFIN:  Thank you, Judge.

 4              MR. SCHWARTZ:  Your Honor, when the deposition is

 5    played, I would just ask you at that time to listen to her

 6    testimony about her conversations with Stack, et cetera, and

 7    I will renew my objection at that time.  Your Honor will rule

 8    as you rule, of course.

 9              THE COURT:  Well, if you think there's something in

10    the transcript that's going to change my mind, you should

11    show me what that is now.  I wasn't aware that -- or not

12    necessarily right now, but give it to me before the

13    deposition is played.

14              MR. SCHWARTZ:  I will do that, Your Honor.

15              THE COURT:  So I wasn't aware that there was

16    something in the transcript that you thought might affect my

17    ruling.

18              MR. SCHWARTZ:  I asked her questions and she gives

19    me answers about her contacts with Mr. Stack prior to the

20    time that the report is made.

21              THE COURT:  All right.  Well, again, if there's

22    something in the transcript that you think might change my

23    ruling, then I need to see it before the deposition's played.

24              MR. SCHWARTZ:  I'll pass it up to you and I'll

25    write -- I can either give it now or we can --
```

1          THE COURT:  I'd rather you give it to me now so I

2     can look at it over the weekend rather than -- I don't want

3     to do it right in the middle of showing the deposition or

4     right before.  But you can do that in a minute.

5          MR. SCHWARTZ:  Yes, sir.

6          THE COURT:  I'd like to see counsel sidebar for a

7     moment.

8       (The following proceedings were held at sidebar:)

9          THE COURT:  This is about one of the strangest

10    things that I've ever encountered, but I need to raise it,

11    and then we have to decide how to go about dealing with it.

12          And I want this kept just among the attorneys and

13    Ms. Marks, because you're going to have to discuss this with

14    Ms. Marks, but I don't want it going beyond her.  I don't

15    want this getting out to the press or anything until this

16    matter is resolved one way or the other.

17          It was reported to me during the last break by the

18    marshals that they believe that juror number 1 went into the

19    bathroom on the second floor and stuffed up the sinks and

20    caused them to overflow.  Now, the way they believe that

21    they've come to this conclusion is one of the marshals went

22    into the bathroom, used the facilities, washed her hands, and

23    left the bathroom, and there were no issues.  The sink that

24    she used was working perfectly, and she did not -- there was

25    no indication from her that any of the other sinks were

1   having problems.

2          Shortly after -- and she's in the courtroom now,

3   sitting in the back in the pink shirt.

4          MR. STEFIN:  The marshal?

5          THE COURT:  The marshal who --

6          MR. STEFIN:  Not juror number 1.

7          MR. BARDFELD:  That's what I was thinking.

8          THE COURT:  No, the marshal who went in.

9          After she left -- and they've seen this on video.

10  Okay.  So it's on video.

11         After she left the bathroom, shortly thereafter,

12  juror number 1 goes into the bathroom.  No one can see what's

13  going on in the bathroom, obviously.  And then juror number 1

14  leaves the bathroom.

15         Shortly after that, an intern who's now working

16  with the marshal goes into the bathroom and discovers that

17  the sinks are stuffed up and overflowing.

18         MR. STEFIN:  All of them?

19         THE COURT:  Two of the three.  Two of the three,

20  including one that the first marshal used with no difficulty

21  before juror number 1 walked in.

22         So they concluded -- and they didn't realize who it

23  was.  They came up here -- you didn't see because I'm looking

24  at who's coming in and out of the courtroom.  They came into

25  the courtroom before the last break, looking around the

 1    courtroom, thinking it probably would be somebody else and

 2    noticed juror number 1 and couldn't believe that it was juror

 3    number 1.

 4            So that is what I've been advised.

 5            Now, this is -- this is -- you need to think about

 6    how you want to handle this, but I think there are only two

 7    things we can do.  We either can call -- investigate this

 8    with juror number 1 and ask her if this is true now or at

 9    some point like on Tuesday and find out if she's going to

10    admit to it or not, or find out her version of what happened,

11    if anything, which may in all likelihood alienate her

12    significantly for purposes of being a fair and impartial

13    juror, having been accused by the marshals of --

14            MR. STEFIN:  A crime.

15            MR. SCHWARTZ:  Vandalism.

16            THE COURT:  -- vandalism.

17            Or we can just let things go, have her deliberate,

18    and after the verdict is rendered, then I can deal with the

19    issue with her and decide what, if anything, to do with it.

20            So -- but --

21            MR. STEFIN:  Is it conclusive?  I mean, as far

22    as --

23            THE COURT:  If you want to look -- I mean, those

24    are the circumstantial facts.

25            MR. STEFIN:  I know.

```
 1                THE COURT:  Okay.  I think you can go down and look
 2   at the video and see if it -- we all agree that it's juror
 3   number 1.  They believe it is.  I haven't seen the video yet.
 4                MR. SCHWARTZ:  I know that marshal for 20 years or
 5   more, and she's a very conscientious lady.
 6                MR. STEFIN:  That's not the question.
 7                THE COURT:  So I think, though, if we're going to
 8   raise this now during the course of the trial, I think it
 9   means we're going to basically --
10                MR. STEFIN:  Lose her.
11                THE COURT:  -- lose her as a juror.
12                MR. BARDFELD:  I agree.
13                THE COURT:  Because I don't think she's going to be
14   able to put aside the accusation, true or not true.  Even if
15   it's not true, the mere accusation of it I think is going to
16   taint her.  I'm not sure which way, but I don't think either
17   party should bear the risk of that.
18                Or we just leave it and she doesn't know anything
19   about it, that we know about it, let her deliberate, reach
20   her verdict, and then we can deal with it after the fact.
21                MR. STEFIN:  Are these the kind of faucets you turn
22   them and they just stay on, as opposed to like everywhere I
23   go you press the thing and after five seconds, it shuts off?
24                THE COURT:  I don't know.  I've never been in the
25   bathroom, but in any event, they were stuffed with paper.
```

```
1              MR. STEFIN:  That part I understand.

2              THE COURT:  I don't know.

3              MR. BARDFELD:  But why?

4              MR. STEFIN:  Yeah, that's bizarre.  Okay.

5              THE COURT:  So I'm raising it for your

6    consideration.  You can have the weekend to think about how

7    you want to deal with it.  You don't have to tell me now, but

8    I also don't want -- because there's a reporter in here, and

9    she's going to be wondering what the heck we're talking

10   about, and I don't want anything to be reported about this

11   that she might read or any other jurors might read, and

12   certainly, it's going to create an issue.

13             MR. SCHWARTZ:  Your Honor, just to be careful, I

14   know I have to confer with my client about this, but if the

15   Court doesn't object, I'll wait 'til Tuesday morning to talk

16   to my client.

17             THE COURT:  Well, I'm not going to make that

18   decision for you, okay.  You have to decide when and how to

19   communicate with your client.

20             MR. STEFIN:  That would be judicious.

21             THE COURT:  But a decision -- your client has to be

22   advised of this because a decision has to be made that could

23   affect the jury makeup and who's going to decide this case,

24   and she has to be involved in that.

25             MR. SCHWARTZ:  I'm not disagreeing, and I will
```

```
 1    confer with her.  I just thought for judicial purposes, I
 2    should wait 'til Tuesday.
 3              THE COURT:  Again, that's up to you.
 4              MR. STEFIN:  I really thought it was going to be at
 5    least the Defendant or her family, you know.
 6              MR. SCHWARTZ:  I thought it was the court reporter.
 7              MR. BARDFELD:  Just when you think it can't get any
 8    stranger.
 9              MR. STEFIN:  The case is pretty strange to begin
10    with.
11              MR. SCHWARTZ:  Off the record, I thought it was the
12    spirits, but . . .
13              THE COURT:  Do we need to talk about anything else?
14              MR. STEFIN:  No, I don't think so.
15              THE COURT:  Do you want to look at the video?
16              MR. STEFIN:  I would.
17              THE COURT:  All right.
18              MR. STEFIN:  In case it turns out to be something
19    else.
20              THE COURT:  But we're going to have to do it in a
21    way that's not obvious to anyone.
22              MR. SCHWARTZ:  Maybe we could get in here a little
23    early Tuesday morning.
24              THE COURT:  No, I'd like to do it now if we could.
25    We don't need to do it on the record, do we?  We can put
```

```
 1    whatever we decide we see or don't see on the record Tuesday.

 2    Okay?

 3              MR. SCHWARTZ:  Where is -- do we have to go to the

 4    marshal's?

 5              THE COURT:  I think so, yeah.  So let's confer in a

 6    couple minutes.  Let's everybody kind of dissipate from the

 7    courtroom.  Let everybody leave, and then we can, maybe in 10

 8    or 15 minutes.  All right?

 9              MR. SCHWARTZ:  I'm going to just say if anybody

10    asks me, we were talking about planning for the next few

11    weeks.

12              THE COURT:  Well, that's true.

13         (Sidebar conference concluded.)

14              THE COURT:  All right.  We're off the record.  Have

15    a good weekend.

16         (The evening recess was taken at 5:07 p.m.)

17                           *  *  *  *  *

18

19

20

21

22

23

24

25
```

```
1                          *  *  *  *  *

2                          I N D E X

3    Testimony of Sylvia Roma (Continued)

4          Direct by Mr. Bardfeld (Cont.'d)        3

5          Cross by Mr. Schwartz                   10

6          Redirect by Mr. Bardfeld               56

7    Testimony of Paul Andrew Hughes

8          Direct by Mr. Stefin                   59

9          Cross by Mr. Schwartz                  95

10   Testimony of Anthony Delpozzo

11         Direct by Mr. Stefin                  107

12         Cross by Mr. Schwartz                 117

13         Proffer by Mr. Schwartz               125

14         Proffer by Mr. Stefin                 126

15         Examination by the Court              127

16   Testimony of Dwight Gray

17         Direct by Mr. Stefin                  133

18         Cross by Mr. Schwartz                 137

19   Testimony of Andrea Walker

20         Direct by Mr. Bardfeld                140

21                          *  *  *  *  *

22

23

24

25
```

```
 1                        *  *  *  *  *

 2                     E  X  H  I  B  I  T  S

 3   Government's Exhibits in Evidence:

 4           Government's 107B                      5

 5           Government's 32 and 33                68

 6           Government's 37                       84

 7           Government's 105                      91

 8           Government's 28                      110

 9           Government's 401-406 and 409-415     113

10           Government's 12-1 and 12-2           117

11           Government's 29-1 and 29-2           135

12           Government's 29                      137

13           Government's 111                     167

14                        *  *  *  *  *

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         *  *  *  *  *

 2                   E X H I B I T S (Cont.'d)

 3    Defendant's Exhibits in Evidence:

 4               Defendant's 7                        13

 5               Defendant's 8                        16

 6               Defendant's 9                        19

 7                         *  *  *  *  *

 8                         CERTIFICATE

 9        I, Stephen W. Franklin, Registered Merit Reporter, and

10    Certified Realtime Reporter, certify that the foregoing is a

11    correct transcript from the record of proceedings in the

12    above-entitled matter.

13        Dated this 10th day of NOVEMBER, 2013.

14

15        /s/Stephen W. Franklin
          _____
16        Stephen W. Franklin, RMR, CRR

17

18

19

20

21

22

23

24

25
```

**$**

$1.3 [1]  162/9
$1.3 million [1]  162/9
$11,000 [1]  209/22
$11,600 [7]  206/24 207/1 207/3 207/18 208/9
 209/22 210/6
$156,999.57 [1]  136/6
$1800 [7]  65/4 65/8 65/12 65/13 71/1 72/2
 91/11
$2 [1]  162/11
$2 million [1]  162/11
$20,000 [2]  48/22 92/17
$200 [1]  74/2
$200,000 [1]  38/14
$21,000 [1]  185/12
$21,250 [1]  186/16
$21,310 [1]  183/4
$24,000 [13]  175/20 176/2 176/5 186/21
 187/10 187/19 187/20 189/11 189/12 189/21
 190/9 205/24 207/16
$24,300 [4]  179/18 180/6 180/12 180/17
$2700 [1]  179/14
$300 [2]  74/2 93/17
$3000 [7]  70/25 71/5 72/3 73/2 91/24 93/6
 100/17
$3200 [3]  9/22 10/6 46/9
$3800 [1]  47/19
$3900 [1]  47/19
$4,350.02 [1]  136/19
$40 [1]  158/6
$4000 [6]  47/19 160/21 161/3 161/14 163/10
 165/22
$45 [2]  65/4 65/14
$50,000 [1]  115/14
$500 [2]  4/12 48/19
$6160 [1]  114/19
$75 [2]  10/6 46/9
$800,000 [3]  10/10 10/11 10/15
$8000 [1]  39/6
$9000 [9]  169/6 169/7 169/13 169/15 170/20
 170/22 171/9 173/12 180/22

**'**

'02 [1]  114/16
'04 [1]  115/17
'3 [1]  68/13
'60s [1]  83/23
'90s [1]  100/2
'95 [1]  40/24
'95-'96 [1]  40/24
'96 [4]  40/24 41/2 145/15 149/21
'97 [6]  31/1 31/3 31/9 31/15 149/22 150/21
'98 [1]  31/24
'99 [1]  75/9
'til [12]  56/21 75/8 75/9 89/8 89/14 92/5
 100/21 105/15 151/19 193/18 228/15 229/2

**-**

-v [1]  1/5

**/**

/s/Stephen [1]  233/15

**0**

01 [1]  110/22
014 [1]  167/10
02 [1]  114/23
04 [1]  111/15
06 [1]  111/25

09 [1]  112/3

**1**

1.3 million [1]  162/8
1.3 million pounds [2]  162/9 162/14
10 [16]  26/12 26/15 27/4 60/9 75/14 83/15
 88/5 132/17 138/20 179/16 192/14 192/19
 199/13 201/14 230/7 231/5
10-minute [1]  192/12
102 [1]  114/8
105 [5]  90/16 90/20 91/3 91/7 232/7
107 [2]  8/22 231/11
107A [1]  57/10
107B [4]  5/5 5/13 5/19 232/4
10:00 o'clock [1]  163/23
10:28 [1]  55/22
10:47 [1]  55/22
10th [1]  233/13
11 [3]  44/9 83/15 119/18
11,000 [1]  209/22
11,600 [1]  207/11
11-80072-CR-MARRA [1]  1/2
110 [1]  232/8
111 [5]  166/11 167/1 167/4 167/10 232/13
113 [1]  232/9
117 [2]  231/12 232/10
11th [6]  143/3 148/5 148/6 148/7 148/9
 148/10
12 [3]  26/13 26/15 119/25
12-1 [3]  117/12 117/15 232/10
12-2 [6]  116/18 117/2 117/8 117/12 117/15
 232/10
125 [1]  231/13
126 [1]  231/14
127 [1]  231/15
12:11 [1]  103/5
12:15 [3]  56/6 56/20 56/21
12th [3]  49/14 143/10 145/17
13 [2]  214/11 233/4
1319 [1]  114/20
133 [1]  231/17
135 [1]  232/11
1361 [1]  214/11
137 [2]  231/18 232/12
13th [1]  191/9
14 [2]  57/19 139/8
140 [2]  38/18 231/20
15 [6]  48/22 88/6 153/12 153/15 178/12
 230/8
15-minute [1]  55/19
150,000 [1]  38/18
15th [4]  176/13 181/23 186/6 208/19
16 [4]  89/14 101/24 135/8 233/5
16,991 pounds [1]  180/14
167 [1]  232/13
16th [7]  7/12 23/1 108/4 110/1 112/24
 115/20 134/2
17 [2]  89/14 101/24
17,760 [1]  114/9
1710 [1]  114/14
17th [3]  23/1 179/7 179/13
18th [8]  44/14 44/15 115/21 117/6 167/25
 175/15 175/18 202/5
19 [1]  233/6
1987 [1]  60/12
1990 [1]  104/12
1990s [4]  60/15 103/22 104/9 104/11
1994 [2]  143/9 143/24
1995 [1]  41/2
1996 [15]  60/18 60/22 60/23 75/4 75/10

91/13 92/8 92/11 95/4 99/19 145/15 148/5
 148/6 148/13 150/18
1997 [1]  30/19
1998 [1]  30/21
1999 [6]  18/22 18/23 18/23 19/10 21/24 77/7
19th [1]  27/2
1:00 o'clock [5]  56/7 102/22 102/25 107/2
 132/16
1:30 [3]  102/20 102/20 103/4
1:37 [1]  103/5

**2**

2.5 percent [1]  185/4
20 [3]  114/18 154/7 227/4
200 [2]  1/21 158/19
2000 [7]  47/3 47/4 143/9 143/10 143/23
 145/17 145/18
2001 [12]  42/20 43/25 44/3 44/9 44/14 44/17
 44/19 46/12 47/4 47/4 75/9 77/22
2002 [4]  38/9 42/21 44/22 44/25
2002-2003 [1]  38/8
2003 [1]  38/8
2004 [8]  75/8 75/10 88/9 88/10 89/24 90/1
 90/9 115/18
2005 [4]  40/14 41/3 142/25 150/25
2005-2006 [1]  41/4
2006 [4]  40/14 41/3 41/4 104/7
2007 [5]  42/23 104/7 201/14 202/16 202/18
2008 [12]  141/22 143/2 143/3 150/17 150/18
 150/19 150/23 151/10 151/15 151/16 153/8
 153/9
2009 [33]  34/4 34/5 34/8 41/7 41/17 42/23
 44/25 142/12 142/13 151/19 153/21 153/23
 155/11 169/3 169/4 169/8 173/11 179/13
 179/24 186/3 186/6 186/18 187/10 188/23
 189/9 190/12 191/9 196/19 202/5 205/25
 206/17 211/11 213/10
2010 [4]  3/20 34/3 34/9 34/10
2011 [19]  7/4 22/21 24/1 24/12 24/21 24/23
 27/5 28/24 34/11 34/12 45/5 45/9 46/23
 108/4 115/20 115/21 134/2 135/8 142/7
2012 [18]  24/24 24/25 25/18 25/21 25/22
 26/9 26/10 26/11 26/12 27/1 27/2 27/5 28/24
 43/25 45/4 49/13 88/25 95/1
2013 [4]  1/8 49/14 54/9 233/13
2052 [1]  134/15
21 [2]  114/16 149/2
21,250 [1]  185/7
21st [2]  211/10 213/10
22 [2]  48/19 68/13
23 [1]  115/17
230 [1]  198/12
2300 [1]  134/7
24 [1]  101/23
24,000 [1]  185/22
24,000-pound [1]  175/18
24,000s [1]  205/21
24,300 [1]  180/2
24th [7]  159/9 179/18 179/24 185/22 186/3
 186/18 187/10
25 [4]  101/22 101/23 102/4 106/2
25,000 [1]  92/20
256 [1]  1/10
25th [3]  92/5 100/21 159/10
2700 [2]  179/8 179/11
27th [4]  167/22 179/16 179/19 179/20
28 [4]  109/19 110/6 110/19 232/8
29 [4]  136/21 136/25 137/5 232/12
29-1 [6]  135/5 135/11 135/14 135/17 135/18
 232/11

**2**

29-2 [6]  135/5 135/11 135/14 136/7 136/14
232/11
296 [1]  114/8
2:31 [1]  132/18
2:45 [1]  132/18
2nd [3]  169/1 169/1 169/7

**3**

3 million [1]  150/11
30 [4]  1/8 25/24 26/5 106/2
32 [8]  67/7 67/15 67/25 68/3 68/5 68/17
156/21 232/5
33 [11]  5/24 6/3 48/14 67/8 67/10 67/11
67/25 68/4 68/5 68/8 232/5
33301 [1]  1/18
33401 [1]  1/24
33432 [1]  1/22
3553 [1]  116/1
37 [4]  84/2 84/10 84/14 232/6
3768 [1]  1/23
39 [3]  135/21 135/22 135/23

**4**

40 [3]  24/10 25/15 26/5
40-minute [1]  25/24
4000 [2]  208/20 208/21
401 [4]  112/20 113/3 113/11 113/22
401-406 [1]  232/9
404 [6]  103/20 103/23 104/1 104/3 105/23
106/12
4052 [2]  108/6 112/24
406 [3]  113/4 113/11 232/9
407 [1]  113/4
408 [1]  113/4
409 [2]  113/5 113/11
409-1 [1]  115/11
409-415 [1]  232/9
41 [1]  135/22
415 [4]  112/20 113/5 113/12 232/9
42 [1]  184/4
42,500 [1]  184/6
45 miles [1]  66/16
46 [1]  135/20
48 [1]  59/21
495 [1]  96/5
4:05 [1]  193/1
4:18 [1]  193/1
4th [1]  49/13

**5**

5 percent [6]  183/19 183/24 184/2 184/24
186/6 186/13
5/21 [1]  114/16
5/21/02 [1]  114/23
500 [1]  1/17
514-3768 [1]  1/23
517 [1]  119/15
520 [1]  119/16
531 [1]  138/10
540 [1]  138/10
55 [1]  6/3
56 [1]  231/6
561 [1]  1/23
58th [5]  11/16 12/1 12/2 12/4 12/15
59 [1]  231/8
5:00 [3]  193/18 193/19 193/23
5:00 o'clock [1]  163/23
5:07 [1]  230/16

**6**

60 [2]  114/2 114/7
60th [2]  11/21 12/8
68 [1]  232/5
6th [1]  189/9

**7**

7/24/1996 [1]  92/11
7/24/96 [1]  101/18
7/25 [3]  101/22 101/23 102/4
700 [1]  1/21
701 [1]  1/24
77 acres [2]  149/2 149/3
7th [1]  1/18

**8**

8160 [1]  114/7
84 [1]  232/6
85 [1]  135/24
850 [1]  184/3
850,000 pounds [4]  183/12 183/13 183/16
188/7

**9**

9/11 [1]  44/9
9000 [4]  172/12 179/11 179/17 179/20
91 [1]  232/7
95 [2]  96/4 231/9
950,000 pounds [2]  150/5 150/6
96 [1]  101/18
9600 [1]  114/5
9:00 o'clock [1]  218/18
9th [4]  168/8 172/11 173/11 190/12

**A**

a.m [2]  55/22 55/22
A/E [2]  114/3 114/7
able [37]  4/23 5/23 5/24 9/17 9/25 42/21
42/23 47/17 48/14 48/25 49/2 52/4 55/7 58/2
64/5 64/7 65/10 66/24 90/17 90/24 92/14
94/4 94/11 105/11 112/3 113/23 130/17
130/18 131/2 131/8 189/4 197/20 203/13
216/11 219/3 219/5 227/14
above [1]  233/12
above-entitled [1]  233/12
absolute [1]  33/25
absolutely [11]  16/20 17/10 18/4 18/6 34/18
55/11 146/25 199/9 199/16 202/2 219/24
accepted [1]  220/23
access [1]  169/11
accomplish [2]  65/1 134/9
accomplished [2]  65/11 72/12
accomplishing [1]  65/5
account [25]  9/17 9/25 30/3 30/5 30/14 35/5
43/18 43/19 71/3 71/6 99/22 142/11 162/18
168/2 172/12 175/17 175/21 176/3 180/20
184/10 187/12 189/16 217/11 217/12 217/13
accountant [2]  198/23 204/11
accounts [4]  3/24 4/6 6/17 213/4
accurate [3]  118/11 219/19 221/9
accurately [1]  110/3
accusation [2]  227/14 227/15
accused [2]  120/25 226/13
acoustics [1]  194/8
acquired [1]  166/17
acres [2]  149/2 149/3
across [1]  116/3
acted [2]  79/6 88/13
acting [2]  75/16 87/1

active [2]  3/25 36/18
acts [1]  103/21
actual [4]  57/24 58/2 81/8 94/4
actually [40]  8/19 34/4 41/10 52/18 53/1
55/15 65/12 83/8 83/21 101/20 102/3 105/3
105/19 112/13 114/4 142/7 142/20 145/24
146/10 155/16 159/3 164/5 164/8 167/23
167/24 170/17 173/3 174/3 176/8 182/7
184/11 185/6 191/3 191/20 195/15 201/20
207/25 209/13 214/20 215/19
add [4]  19/18 20/2 97/25 185/8
added [1]  185/7
addition [2]  57/22 115/19
additional [8]  4/3 71/4 72/3 77/2 97/25
125/18 126/9 208/10
address [5]  11/16 12/15 20/4 214/10 221/21
admissibility [1]  105/7
admission [2]  5/12 166/25
admit [2]  13/1 226/10
admitted [12]  5/18 15/25 19/23 68/3 84/13
91/6 110/18 113/8 117/14 135/13 137/4
167/3
adopted [1]  144/15
advance [5]  71/10 93/2 93/2 93/5 102/4
advice [5]  18/7 18/12 65/19 71/8 215/8
advised [2]  226/4 228/22
advising [1]  174/19
affair [1]  50/9
affect [2]  223/16 228/23
affiant [2]  123/3 127/17
affidavit [12]  123/2 124/12 125/2 127/8
127/13 127/14 132/12 138/9 139/1 139/2
219/20 221/9
afford [4]  73/13 184/14 185/3 210/20
afforded [1]  42/13
after [101]
afternoon [1]  107/3
afterwards [1]  116/14
again [58]  7/8 7/16 13/14 15/21 20/22 21/15
24/11 25/15 34/2 34/7 35/3 41/9 56/19 57/2
66/19 73/4 75/22 77/2 82/6 87/7 100/9
100/13 101/17 102/8 102/18 113/6 115/4
116/7 125/22 126/9 127/8 131/15 138/7
138/16 153/8 162/11 173/14 175/20 176/9
177/22 179/21 180/25 182/24 183/9 185/12
188/20 189/9 197/7 197/16 199/18 199/19
209/25 218/14 220/18 220/24 222/18 223/21
229/3
against [6]  30/5 30/14 118/22 119/4 210/15
210/17
agent [28]  23/19 23/22 27/2 49/13 60/2 89/21
89/22 92/22 105/9 107/6 107/19 110/25
113/23 115/7 115/10 117/25 120/19 125/14
125/16 125/22 127/9 127/10 128/3 128/9
128/10 128/11 129/11 133/19
agents [7]  29/15 46/2 108/10 108/12 128/5
129/14 134/19
ages [1]  89/7
ago [8]  21/9 32/21 37/14 49/9 77/18 101/24
101/25 178/12
agree [7]  32/24 50/22 122/9 221/15 221/17
227/2 227/12
agreed [1]  208/3
ahead [17]  22/18 63/20 64/17 122/10 140/17
143/6 151/10 153/6 166/20 198/21 200/25
201/15 208/3 209/18 209/19 209/20 218/6
air [1]  43/1
Alexandria [1]  96/21
alienate [1]  226/11
alive [1]  142/1

## A

allegedly [2] 54/11 223/1
allow [3] 173/25 221/3 221/10
allowed [6] 121/8 122/11 129/14 199/12 199/13 221/7
allowing [1] 208/2
almost [5] 44/13 75/20 75/20 191/5 191/12
alone [1] 108/10
along [9] 32/6 32/18 52/10 52/11 76/23 86/25 116/5 186/24 215/13
already [20] 5/15 8/23 53/6 58/8 69/9 69/10 71/6 72/2 72/9 121/7 123/18 139/19 156/20 162/1 207/16 207/16 212/18 220/4 222/7 222/8
also [29] 4/20 35/10 38/19 44/21 44/25 69/7 70/2 80/2 81/12 81/23 83/10 87/23 87/24 90/6 90/7 98/16 99/3 99/8 104/19 104/24 109/9 110/13 115/20 145/20 178/5 183/9 208/15 217/7 228/8
although [1] 52/4
always [16] 25/3 42/18 55/6 74/3 75/15 76/1 76/24 78/14 79/12 79/15 84/23 90/1 206/22 214/4 216/5 217/17
am [8] 35/20 42/7 52/21 87/10 87/11 92/23 206/25 208/17
Amber [2] 78/1 85/21
ambulance [2] 190/16 191/15
AMERICA [5] 1/3 35/7 134/3 167/24 217/11
American [2] 114/3 114/19
amethyst [2] 165/8 165/9
among [1] 224/12
Amongst [1] 103/18
amount [10] 10/8 92/15 92/18 104/20 206/20 207/2 207/8 210/1 213/2 213/2
amounts [2] 74/1 179/12
Andrea [4] 140/3 140/7 140/13 231/19
Andrew [3] 59/3 59/9 231/7
angle [2] 111/14 111/16
angry [3] 40/22 76/6 76/13
animals [1] 42/8
anomaly [1] 101/17
another [39] 16/4 26/3 37/20 37/23 56/8 65/23 76/11 77/22 79/1 79/3 93/5 93/21 94/10 94/15 97/14 107/1 107/1 111/14 111/17 128/3 132/13 150/10 152/25 153/3 167/24 172/12 173/18 178/23 180/22 186/18 187/17 188/24 189/1 189/20 190/5 199/15 199/22 207/18 208/9
answer [16] 21/15 21/19 83/7 97/25 148/25 218/6 219/16 219/16 219/17 221/5 221/5 221/6 221/7 221/15 221/16 221/17
answered [9] 17/14 21/14 21/17 23/10 55/4 170/24 171/13 216/22 217/15
answering [4] 17/22 62/17 86/19 186/10
answers [2] 24/20 223/19
Anthony [4] 107/6 107/7 107/12 231/10
anticipated [1] 221/19
any [108]
anybody [8] 63/8 94/24 96/14 124/17 202/10 203/14 203/15 230/9
anymore [2] 48/21 151/6
anyone [21] 3/5 11/1 11/4 36/11 50/19 50/21 52/18 53/11 56/6 56/20 130/4 152/20 152/22 191/14 195/5 195/6 195/11 202/23 218/15 219/7 229/21
anything [51] 3/5 7/17 13/15 15/4 15/18 15/19 27/4 33/13 35/5 49/17 52/25 71/18 74/16 86/15 87/14 88/1 88/16 97/15 106/13 106/14 119/7 123/24 127/2 127/4 129/15

129/24 132/2 132/4 146/23 154/10 155/1 157/23 160/14 176/21 181/6 187/23 198/15 203/15 203/16 204/15 206/13 210/11 216/13 216/20 219/18 224/15 226/11 226/19 227/18 228/10 229/13
anytime [1] 209/25
anyway [4] 77/13 160/9 189/3 197/14
anywhere [2] 25/15 130/2
aol.com [1] 1/25
apart [1] 188/11
apologize [4] 41/4 67/6 107/3 108/24
apparently [2] 99/20 220/19
appear [3] 58/11 113/25 182/13
Appearances [1] 1/15
appeared [2] 81/10 110/4
appears [2] 111/8 169/1
application [2] 138/9 138/11
appraisal [2] 48/25 49/2
appraised [3] 126/2 136/5 136/17
Appreciate [1] 102/25
approach [15] 5/1 19/6 26/18 57/6 58/5 67/2 84/3 109/21 116/23 120/20 131/23 138/16 156/17 165/13 166/7
approached [1] 8/14
approaching [1] 8/15
approximately [7] 10/8 57/20 60/18 92/17 136/18 165/21 179/16
April [11] 176/14 176/16 179/2 179/4 179/7 179/13 179/16 179/18 179/19 179/20 179/24
April 24th [1] 179/24
April 27th [1] 179/16
Archangel [2] 72/19 72/22
area [9] 42/10 61/7 61/8 77/14 96/2 126/6 147/8 159/16 193/22
aren't [3] 2/14 35/19 48/1
argued [3] 206/22 210/15 210/17
arguing [1] 105/16
argument [3] 77/9 77/15 104/3
argumentative [2] 28/22 54/2
around [37] 4/4 11/24 13/11 13/12 17/4 17/5 17/6 17/21 17/23 18/18 21/5 21/13 22/16 34/3 38/7 50/2 51/5 60/18 61/14 78/21 121/13 129/15 146/18 154/2 158/5 163/23 165/6 179/10 182/3 184/6 190/11 202/5 211/9 215/6 215/12 218/25 225/25
arrange [1] 179/6
arranged [1] 109/5
arranging [2] 60/4 60/6
arrest [1] 89/5
arrested [2] 22/25 22/25
arrived [4] 66/20 66/22 155/22 155/23
art [1] 38/21
article [1] 22/24
articles [1] 218/16
artwork [1] 38/23
ascertain [1] 120/8
aside [1] 227/14
ask [53] 12/17 15/9 15/11 18/7 19/9 19/20 28/3 34/13 34/14 34/23 39/9 43/4 45/1 49/14 52/11 55/3 59/20 62/16 63/3 67/8 71/18 75/18 76/11 85/24 92/14 97/23 97/24 102/23 109/19 112/21 116/18 119/14 119/25 124/23 125/7 127/11 135/6 138/11 140/9 140/15 153/2 158/17 159/17 165/18 200/16 205/14 206/5 206/14 206/20 208/18 216/20 223/5 226/8
asked [72] 4/2 4/7 6/17 7/14 18/12 21/14 21/17 24/19 26/4 28/5 35/3 35/5 35/16 35/25 44/16 44/16 46/6 52/10 52/13 52/21 52/23 53/20 55/4 57/3 69/12 71/9 73/4 73/10 76/6

94/16 101/1 136/10 158/4 158/8 158/16 160/21 163/19 169/9 170/24 171/13 171/24 172/1 172/2 172/11 172/21 172/3 174/3 177/17 179/11 179/13 179/18 179/20 181/1 185/17 185/18 189/1 194/20 199/7 206/22 207/9 207/11 208/19 213/3 213/9 213/11 216/22 216/25 217/6 217/15 222/23 223/18
asking [9] 13/19 18/10 25/12 26/2 46/23 87/8 90/22 165/19 205/15
asks [3] 179/17 206/15 230/10
aspects [1] 85/15
assets [6] 31/5 51/12 51/21 52/22 53/17 55/8
assigned [3] 107/23 133/24 134/13
assist [1] 159/23
assorted [1] 134/22
assume [2] 152/1 173/23
assumed [3] 35/8 35/12 124/25
assuming [1] 220/18
astrology [2] 9/20 94/7
attached [1] 54/14
attack [3] 7/24 7/25 33/4
attacking [1] 11/19
attempts [1] 85/17
attention [4] 14/22 108/4 134/1 194/21
attire [1] 12/21
attitude [1] 187/23
attorney [3] 104/25 122/10 122/11
Attorney's [4] 1/17 8/8 8/11 22/19
attorneys [3] 8/12 102/24 224/12
attractive [1] 12/20
August [30] 1/8 7/4 7/4 7/12 14/17 22/21 22/22 22/23 23/1 23/25 24/3 24/7 45/5 45/13 108/4 110/1 112/24 115/20 115/21 117/5 134/1 134/2 135/8 149/22 188/23 189/1 189/9 190/12 196/18 205/25
August 16 [1] 135/8
August 16th [5] 108/4 110/1 112/24 115/20 134/2
August 18th [1] 115/21
August 2011 [1] 7/4
August 6th [1] 189/9
August 9th [1] 190/12
AUSA [2] 1/16 1/16
authorities [2] 8/7 87/11
authority [1] 27/14
authorized [1] 221/12
available [5] 26/2 26/4 81/4 210/21 210/23
AW006 [1] 167/11
AW013 [3] 167/10 167/18 168/6
AW014 [1] 167/18
AW015 [1] 167/18
AW06 [1] 167/15
AW07 [1] 167/15
aware [6] 39/23 139/15 194/19 222/2 223/11 223/15
away [20] 17/20 40/7 44/10 44/14 61/2 66/10 74/5 74/7 79/16 152/8 153/10 153/12 154/24 171/6 188/22 188/25 190/24 191/5 216/11 218/15

## B

babe [1] 217/22
baby [13] 199/12 199/15 200/14 200/17 202/7 202/23 203/18 204/4 208/12 213/17 213/18 217/25 218/8
bachelor [1] 89/11
back [143]
background [1] 60/13
backyard [1] 21/6

**B**

bad [7]  6/24 6/25 13/15 90/6 103/21 156/14 219/4
bag [2]  58/10 136/23
ball [2]  7/24 62/22
Banana [1]  73/24
bank [32]  4/8 6/17 35/5 35/7 35/8 35/12 71/3 71/6 71/11 71/16 73/2 93/3 111/12 112/4 112/4 130/25 131/21 134/3 134/9 138/3 150/1 150/14 168/1 168/20 168/22 168/23 172/16 172/17 172/18 172/19 172/21 217/11
banker's [10]  123/5 123/16 124/6 124/7 124/11 124/20 124/25 126/1 126/4 126/15
banking [5]  9/3 185/9 185/10 185/11 210/4
banks [1]  35/9
Bardfeld [14]  1/16 3/8 23/13 24/15 25/5 27/21 29/15 56/24 140/17 194/10 195/1 231/4 231/6 231/20
Bardfeld's [1]  25/3
barge [1]  18/17
barged [1]  51/6
barrister [2]  146/3 146/4
barrister's [1]  214/20
base [2]  147/2 182/11
based [8]  37/8 65/9 78/23 124/12 130/20 131/11 147/1 220/7
basement [1]  199/7
basically [6]  64/4 81/25 111/5 182/17 204/16 227/9
basis [2]  70/17 124/13
batch [1]  49/11
Bates [4]  91/10 110/21 114/14 119/15
bath [1]  177/18
bathroom [10]  118/22 224/19 224/22 224/23 225/11 225/12 225/13 225/14 225/16 227/25
bay [5]  108/20 108/22 108/25 109/5 110/22
bays [1]  108/16
Beach [2]  1/7 1/24
bear [1]  227/17
became [6]  37/15 76/6 76/13 143/1 150/4 199/16
because [121]
become [3]  14/14 42/15 55/5
becomes [1]  105/13
bed [2]  165/4 203/5
bedroom [1]  81/11
beds [1]  91/4
bedsheets [1]  87/22
before [50]  1/12 3/5 11/1 25/14 26/10 26/12 35/9 35/13 37/15 50/7 50/12 56/6 56/19 56/20 56/21 61/18 62/17 68/21 87/16 95/1 105/12 106/14 129/1 129/24 141/8 142/21 143/24 144/1 149/9 160/21 168/9 168/13 186/10 188/24 188/25 190/9 199/4 202/10 202/18 212/25 214/24 215/2 220/4 220/21 220/24 223/12 223/23 224/4 225/21 225/25
began [1]  76/3
begin [4]  3/5 56/19 211/8 229/9
beginning [5]  9/19 14/13 79/25 155/11 161/4
behind [2]  85/11 118/22
being [39]  2/13 12/2 15/20 20/4 32/24 61/5 63/11 65/5 78/10 87/5 90/6 101/16 103/23 103/24 103/24 104/2 105/2 105/5 105/6 112/14 114/23 120/24 124/15 137/19 145/20 147/11 151/2 160/12 173/15 174/9 182/25 188/11 189/3 189/3 196/10 200/2 201/18 204/11 226/12
beings [3]  161/20 196/6 196/16
beliefs [2]  36/11 64/13

believe [71]  2/10 3/20 5/15 5/25 7/11 12/6 12/13 13/25 15/1 16/17 22/25 23/13 23/13 24/13 24/15 25/3 26/9 26/11 28/6 28/18 28/19 28/20 31/3 31/9 34/14 35/13 38/9 47/3 47/12 49/1 52/3 54/7 54/13 57/11 61/23 64/15 65/8 67/6 74/14 74/17 87/3 99/10 103/10 104/7 104/20 106/2 106/16 112/1 114/3 118/21 122/1 122/19 126/11 129/11 134/1 150/18 156/5 175/17 186/24 187/2 191/18 192/9 197/9 200/8 200/13 202/3 214/2 224/18 224/20 226/2 227/3
believed [5]  32/4 36/4 58/2 64/13 74/19
believing [2]  97/21 211/18
belonging [4]  97/1 104/15 139/13 139/16
below [1]  114/7
Beltway [1]  96/5
Bentley [3]  109/2 122/23 123/1 123/1
berate [1]  33/4
besides [4]  145/20 160/11 212/14 216/20
best [4]  62/7 89/13 130/20 171/2
Beth [1]  23/20
betrayal [1]  203/6
betrayed [2]  196/3 197/2 202/3
better [10]  27/21 75/2 119/1 131/25 173/4 173/6 182/24 194/2 194/5 194/10
between [14]  11/21 12/8 24/7 24/18 25/20 25/22 28/24 43/11 44/25 49/12 64/23 172/1 213/24 222/12
beyond [1]  224/14
bezel [2]  49/21 49/22
big [9]  8/2 8/4 11/24 95/20 146/13 149/1 165/8 213/2 213/2
billion [1]  96/4
billion-dollar [1]  96/4
bills [1]  149/23
binder [2]  90/21 91/10
birthday [2]  20/9 20/10
bit [27]  16/21 31/8 33/12 46/25 62/20 64/16 78/4 80/5 83/24 85/10 92/21 100/3 140/22 141/10 142/21 143/1 143/2 153/24 154/13 161/2 179/22 188/14 195/3 198/6 198/8 201/11 209/9
bizarre [1]  228/4
black [3]  121/11 122/23 123/1
bladder [1]  197/4
blanche [2]  204/12 204/16
blank [1]  113/4
blue [1]  123/1
Boca [1]  1/22
body [2]  78/2 78/5
bombing [1]  38/4
bond [1]  207/4
book [3]  20/21 31/11 131/23
books [1]  106/3
borrowed [4]  30/3 30/5 30/9 31/5
both [10]  49/25 62/18 66/25 68/3 80/22 89/5 147/25 193/16 221/15 221/17
bother [1]  164/10
bothered [1]  164/14
bottle [1]  16/15
bottles [1]  16/15
bottom [3]  27/24 90/2 167/11
bought [9]  9/7 47/3 47/6 47/15 48/3 48/4 148/13 149/21 182/1
Boulevard [4]  1/17 108/6 112/25 134/7
bound [1]  146/7
bowl [2]  96/3 165/7
box [65]  17/15 17/15 35/4 37/16 48/10 48/10 48/11 109/8 109/9 111/20 111/22 111/22 114/25 118/17 120/2 121/7 121/8 121/12

121/14 122/16 123/5 123/12 123/17 123/17 123/17 123/21 123/21 123/22 124/6 124/7 124/11 124/13 124/15 124/16 124/17 124/18 124/20 125/1 126/1 126/4 126/15 126/22 127/18 129/17 129/18 130/2 130/8 130/18 131/20 131/21 131/22 131/22 134/11 134/12 134/13 134/16 134/18 134/24 137/15 137/16 137/19 138/6 139/13 139/16 139/16
boxes [21]  106/1 109/2 109/11 111/9 111/11 111/12 112/1 112/13 112/15 118/19 118/24 119/2 119/4 122/18 122/19 122/21 124/25 126/9 130/11 130/20 130/22
bracelet [2]  50/10 136/16
Brady [2]  28/8 28/25
Brandy [1]  144/21
break [14]  55/16 56/7 56/20 56/22 64/22 77/17 77/19 77/20 102/18 132/15 161/2 219/8 224/17 225/25
breathing [2]  191/20 197/14
Brian [56]  141/24 142/19 142/23 142/23 142/25 143/7 143/8 143/9 143/22 144/1 145/16 146/12 146/24 147/7 149/25 150/15 150/24 151/12 151/17 151/19 152/6 152/18 152/23 154/9 154/13 155/17 156/2 157/16 157/18 162/21 164/5 164/10 182/7 182/13 182/19 183/1 188/2 188/9 188/16 188/21 188/25 190/2 190/12 190/14 190/15 190/22 191/22 192/2 196/19 197/8 197/23 198/5 201/3 201/19 206/18 211/14
Brian's [11]  143/11 149/6 160/3 160/4 174/20 198/3 198/4 198/18 198/24 200/13 206/7
briefly [6]  5/21 12/19 75/13 83/25 181/2 197/7
bright [1]  35/19
bring [17]  2/21 56/5 79/4 87/22 106/15 106/19 124/2 128/25 132/25 158/9 171/5 177/18 177/19 193/5 193/7 194/5 203/24
Bringing [1]  173/16
British [2]  209/14 209/15
broke [8]  63/7 77/15 87/15 87/16 88/7 88/8 89/25 199/17
broker [9]  47/6 47/7 47/8 47/9 47/11 47/12 47/15 47/20 48/23
brokerage [2]  30/3 30/14
brother [9]  155/18 190/15 190/16 191/1 198/23 200/10 202/24 202/25 204/11
brother's [1]  200/12
brought [4]  61/11 109/13 112/8 116/15
Broward [1]  1/17
builder [2]  145/24 147/17
building [6]  30/25 61/23 73/18 122/22 147/19 150/1
bun [1]  68/15
burnt [1]  38/3
business [22]  12/12 12/13 39/12 60/11 94/5 94/5 94/24 97/5 97/6 99/7 104/11 142/20 143/3 145/21 147/6 147/9 147/10 147/13 147/23 148/2 148/16 148/18
businesses [1]  61/22
busted [2]  198/18 199/10
buy [13]  47/2 47/5 73/12 73/14 87/21 97/19 99/2 152/7 163/5 163/6 182/2 182/10 184/8
buying [6]  154/9 154/11 154/14 162/22 162/24 183/6

**C**

cabinets [1]  109/6
California [1]  145/4
called [33]  3/20 4/5 4/5 7/12 7/13 13/23

# C

called... [27]  13/24 16/16 16/17 23/9 30/12 41/10 54/14 66/3 72/23 81/2 85/5 88/12 96/3 99/17 113/20 141/12 144/20 156/11 168/9 191/2 196/22 208/24 209/16 213/14 213/15 214/7 214/8
calling [5]  68/25 131/16 161/19 167/8 214/13
calls [16]  24/8 24/9 25/8 25/11 25/12 25/14 25/17 26/4 26/13 26/13 27/5 45/11 45/12 52/21 193/23 193/24
came [32]  7/23 11/2 14/21 27/20 33/5 33/19 43/2 45/24 47/22 47/23 54/7 54/7 54/12 54/20 78/15 90/5 121/18 142/7 149/13 159/24 160/2 168/1 174/2 181/13 182/23 189/8 191/16 207/3 207/9 209/7 225/23 225/24
came -- I [1]  54/7
camps [1]  33/8
can't [31]  6/13 95/14 124/21 140/25 144/23 158/1 160/19 166/1 173/9 180/20 181/7 184/2 185/3 189/22 192/9 194/12 195/15 199/14 199/15 200/13 200/16 203/8 203/12 205/19 206/25 210/20 212/24 215/13 215/18 215/19 229/7
Canadian [1]  135/21
cancel [1]  159/4
cancer [10]  155/17 156/3 174/8 174/9 178/7 178/8 178/9 191/5 197/1 197/3
candles [2]  164/18 164/18
canvas [1]  118/22
capital [1]  9/8
captured [1]  124/11
car [3]  83/22 126/2 126/5
card [18]  4/8 4/8 9/4 12/12 12/13 15/17 19/11 19/12 19/14 20/3 20/10 71/10 77/4 93/2 93/5 173/1 173/7 212/19
cardboard [2]  109/9 111/9
cards [12]  3/16 3/19 3/22 4/3 4/7 4/12 4/17 38/17 62/24 73/21 73/21 94/5
care [4]  42/7 99/3 99/5 221/23
cared [2]  74/22 74/25
careful [1]  228/13
carer [1]  188/15
caring [1]  188/2
Carmelite [2]  149/10 149/12
carry [1]  190/1
carrying [2]  13/7 13/10
cars [6]  83/18 83/19 83/19 83/21 83/24 111/5
carte [2]  204/12 204/16
Cartier [2]  136/14 136/15
carton [2]  103/17 103/18
case [27]  1/2 3/6 22/20 26/23 27/21 27/23 29/5 29/8 55/19 56/8 81/2 102/18 107/1 115/7 115/7 115/10 118/6 125/11 139/19 192/13 216/25 218/14 218/16 218/19 228/23 229/9 229/18
cases [3]  27/22 81/23 81/24
cash [15]  10/10 10/12 10/15 71/10 71/12 74/4 93/2 93/9 93/25 102/3 102/3 116/5 116/20 168/12 168/15
cashed [1]  207/5
casing [1]  50/2
casino [1]  116/3
castle [41]  141/12 141/13 143/4 146/13 146/14 146/20 147/14 147/18 148/5 149/1 149/6 149/19 150/3 151/18 152/15 152/16 153/17 153/18 153/21 154/5 154/15 159/18 159/25 160/2 160/8 161/23 162/1 162/4 162/7 162/15 169/22 170/2 183/23 184/22

castles [2]  146/15 146/16
cat [3]  20/20 42/7 42/9
categorically [1]  185/22
Catholic [5]  36/7 64/15 64/16 149/13 149/18
Catholicism [1]  72/21
cats [3]  20/20 42/6 42/7
caught [1]  63/25
caused [4]  88/22 107/2 151/21 224/20
causing [1]  170/2
Center [5]  33/16 33/22 34/22 35/14 38/4
certain [5]  45/16 113/9 121/8 194/9 206/20
certainly [3]  50/18 132/9 228/12
CERTIFICATE [1]  233/8
certificates [3]  73/11 73/23 74/1
Certified [1]  233/10
certify [1]  233/10
cetera [2]  11/8 223/6
chair [4]  59/5 107/10 133/11 140/10
challenge [1]  220/24
challenged [1]  220/24
challenging [2]  13/14 102/8
chance [1]  130/6
change [5]  55/5 103/2 187/23 223/10 223/22
changed [8]  28/23 39/16 78/16 78/17 85/12 87/7 187/4 199/4
changing [1]  203/20
charge [1]  65/3
charged [1]  104/6
charm [1]  165/3
chart [1]  9/20
check [10]  28/19 65/13 91/11 91/16 93/21 99/16 99/17 99/23 101/11 115/13
checks [1]  93/24
cheese [1]  101/9
chemotherapy [3]  173/25 174/1 174/18
Cherokee [3]  94/6 96/23 97/8
child [3]  144/15 144/15 201/15
children [9]  59/24 59/25 70/3 98/24 99/1 144/5 144/7 144/17 145/13
children's [1]  144/18
choice [3]  151/23 151/23 151/24
chose [1]  42/14
Christmas [2]  4/4 152/4
church [8]  65/24 80/25 81/9 96/16 96/21 97/8 98/6 196/13
circle [1]  49/23
Circuit [1]  29/4
circumstance [1]  92/19
circumstances [4]  3/18 64/17 186/21 215/4
circumstantial [1]  226/24
city [2]  154/5 154/6
claim [16]  47/1 51/11 51/17 52/3 52/17 52/19 52/19 52/25 53/1 53/11 53/14 54/5 54/6 54/11 54/12 54/24
claiming [1]  48/6
clairvoyant [7]  156/12 157/2 157/4 157/9 173/4 173/6 195/6
clarification [1]  25/13
clarify [2]  32/17 42/19
classic [1]  83/22
cleaned [2]  71/3 71/6
cleaner [2]  73/16 74/12
cleaners [1]  73/12
cleanse [7]  70/18 70/24 72/10 93/6 169/21 170/1 170/10
cleansing [1]  196/10
clear [3]  11/7 156/8 156/9
clearly [2]  82/2 124/8

Clematis [1]  1/24
client [4]  228/14 228/16 228/19 228/21
client's [1]  103/18
clients [6]  43/1 43/2 50/9 77/14 81/21 90/4
close [14]  10/10 10/11 39/11 77/25 96/21 97/24 116/2 153/13 162/11 181/3 193/11 193/23 193/24 194/17
closed [4]  3/24 4/6 168/2 175/17
closer [1]  140/16
closet [1]  73/19
closing [1]  105/16
clothes [4]  73/12 73/15 83/17 97/17
coast [1]  62/8
Coin [1]  113/20
coins [21]  13/11 13/12 45/2 114/1 114/2 114/18 116/12 116/13 117/4 117/5 117/9 134/2 134/23 135/20 135/20 135/21 135/21 135/24 136/2 136/5 136/22
collected [2]  94/18 112/8
collecting [1]  128/25
college [1]  60/14
comes [3]  190/16 210/1 210/1
comfortable [2]  59/6 192/21
comfortably [1]  111/3
coming [18]  10/1 27/23 103/11 120/21 121/18 170/19 170/23 178/3 182/13 182/14 185/14 187/5 187/21 189/25 198/19 210/12 211/15 225/24
comment [1]  160/11
commentary [1]  97/25
comments [1]  94/20
communicate [2]  197/23 228/19
communicated [2]  72/18 72/24
communicating [5]  7/2 75/11 211/4 211/7 212/22
communication [3]  20/16 21/11 181/19
communications [1]  80/15
company [5]  41/16 43/9 43/11 43/16 113/20
compared [1]  183/3
complete [3]  44/13 54/15 204/12
completed [6]  10/5 70/19 73/20 76/2 76/25 94/19
completely [4]  62/17 94/24 154/12 214/16
completing [1]  81/18
complicated [1]  209/9
composite [18]  5/4 5/13 67/7 67/15 67/25 84/2 90/16 90/20 91/3 109/19 110/7 112/20 113/16 113/22 156/21 166/10 167/1 167/9
comprehensible [1]  197/11
concept [1]  78/4
concerned [8]  7/15 23/7 30/8 30/24 41/11 198/5 220/3 220/22
concert [1]  152/4
concession [1]  220/9
concluded [5]  29/12 125/6 155/9 225/22 230/13
conclusion [1]  224/21
conclusive [1]  226/21
condition [4]  6/23 159/7 174/20 202/1
confer [3]  228/14 229/1 230/5
conference [4]  29/12 125/6 155/9 230/13
confrontation [1]  18/2
confused [7]  143/2 147/3 154/12 162/20 204/14 209/17 215/16
connected [2]  61/22 98/16
connecting [1]  96/4
conscientious [1]  227/5
consent [9]  121/4 220/2 220/5 220/6 220/7 220/15 221/1 221/2 221/7
consented [2]  219/22 220/15

**C**

consider [1] 36/6
consideration [1] 228/6
considered [2] 9/22 14/11
consist [3] 157/14 161/8 161/13
constantly [3] 196/7 196/16 196/17
Cont.'d [3] 3/10 231/4 233/2
contact [29] 22/19 34/5 38/1 39/17 39/18 39/19 39/19 40/6 40/25 41/7 54/18 54/19 75/6 78/14 79/19 88/10 88/16 88/20 171/17 171/21 173/20 173/21 178/17 178/19 191/14 202/23 203/1 214/2 214/3
contacted [14] 8/7 23/2 23/6 41/17 89/18 89/20 166/21 191/18 191/22 198/4 202/24 209/7 209/9 209/14
contacting [1] 78/18
contacts [3] 27/22 79/22 223/19
contain [2] 28/7 135/19
contained [4] 49/12 90/21 109/10 111/11
container [2] 117/9 117/10
contains [1] 135/20
contemplated [1] 17/18
contents [2] 134/10 134/24
context [2] 105/19 106/13
continually [2] 173/19 173/21
continue [21] 3/8 25/17 76/17 78/3 148/19 163/16 169/16 169/17 169/19 173/13 173/14 175/12 175/22 177/8 181/19 195/1 198/13 198/21 208/11 208/11 218/18
continued [2] 206/14 231/3
contract [7] 43/11 151/19 152/15 199/11 199/22 201/12 202/22
contracted [3] 200/13 213/16 213/18
contrary [1] 105/4
contrast [1] 39/14
control [3] 221/1 221/3 221/11
convenient [2] 42/24 193/20
conversation [17] 24/25 27/1 27/3 32/14 33/2 53/4 53/10 62/18 63/4 64/8 72/1 171/23 197/7 214/25 215/2 215/5 216/18
conversations [15] 28/16 28/25 29/2 29/14 32/25 45/23 46/16 177/12 177/13 177/20 193/14 196/5 210/13 211/14 223/6
convert [1] 147/18
converted [2] 141/13 141/13
convertible [1] 83/23
convincing [1] 34/25
Cook [9] 23/23 24/15 25/5 49/13 123/4 128/12 129/6 129/11 139/23
cooking [1] 182/15
copies [1] 104/15
copy [5] 19/13 29/4 29/8 132/14 138/13
corner [5] 11/24 111/19 118/14 118/15 154/2
correct [70] 4/24 5/16 8/15 8/16 11/17 21/22 24/4 25/7 25/10 30/3 30/5 30/10 30/11 30/13 30/20 31/19 34/6 36/5 37/12 37/13 37/18 50/5 60/22 62/5 69/2 70/15 71/17 80/9 91/15 92/2 92/6 93/23 94/6 95/17 95/22 96/15 98/8 98/11 98/13 99/19 99/25 100/11 101/20 101/21 111/9 111/10 111/18 111/21 114/6 114/22 115/18 116/9 118/25 119/3 119/5 119/6 126/2 126/3 126/14 136/1 155/12 166/23 167/10 167/15 167/21 169/3 186/3 196/1 217/14 233/11
correctly [2] 13/17 13/17
correspondence [1] 104/25
cost [2] 183/24 185/8
costs [4] 185/7 185/9 185/10 185/11
couldn't [28] 7/21 41/24 41/25 73/13 80/3 80/13 81/4 81/14 89/17 94/18 98/22 124/14 151/6 156/5 184/7 184/14 188/14 190/4 191/18 192/4 192/5 197/9 197/13 200/1 202/3 202/12 215/19 226/2
counsel [8] 2/5 56/1 102/24 103/8 154/18 193/6 215/8 224/6
count [1] 5/21
counter [1] 172/3
country [1] 141/14
county [4] 89/16 146/10 154/5 154/6
couple [18] 7/7 7/13 7/15 7/21 23/1 49/9 58/17 69/23 75/13 81/3 95/17 112/15 113/18 119/17 124/24 125/17 128/4 230/6
course [8] 50/8 105/15 108/18 164/14 166/17 203/2 223/8 227/8
court [16] 1/1 1/23 2/1 11/2 43/11 62/17 95/15 118/7 121/12 222/5 222/6 222/15 222/16 228/15 229/6 231/15
courtroom [15] 3/1 55/21 56/15 102/21 106/21 125/13 133/1 192/16 194/22 218/23 225/2 225/24 225/25 226/1 230/7
courts [1] 43/12
covers [1] 130/11
CPE [1] 1/23
CR [1] 1/2
crazily [1] 86/8
crazy [3] 42/7 42/9 195/10
create [1] 228/12
created [2] 9/18 9/21
credit [5] 9/3 71/10 77/4 93/2 93/5
Cried [1] 156/4
crime [1] 226/14
critical [1] 101/16
cross [13] 10/21 10/22 57/3 95/8 95/9 117/22 117/23 137/10 137/12 231/5 231/9 231/12 231/18
cross-examination [9] 10/21 10/22 57/3 95/8 95/9 117/22 117/23 137/10 137/12
crossroads [1] 61/13
CRR [2] 1/23 233/16
crying [1] 197/10
crystal [3] 7/24 62/22 165/11
crystals [1] 87/21
curiosity [1] 138/5
curious [1] 97/14
currently [4] 107/23 140/23 141/19 145/2
curse [13] 44/10 69/5 69/25 69/25 70/4 70/13 72/13 72/16 74/9 75/3 75/25 81/19 87/24
cut [2] 20/15 21/11
cutting [1] 51/15
cycle [2] 63/25 64/23
Cynthia [28] 62/2 62/4 62/5 63/21 66/25 67/11 67/11 68/10 69/12 75/7 79/19 79/22 80/1 80/6 80/7 80/12 80/15 81/2 89/11 91/13 95/19 98/20 98/21 99/14 99/18 99/20 99/24 137/24

**D**

D-e-l-p-o-z-z-o [1] 107/13
daily [2] 177/8 177/9
Darbyshire [2] 146/10 147/1
dare [1] 76/15
dark [3] 201/21 201/22 215/12
dark-haired [3] 201/21 201/22 215/12
date [17] 46/12 53/19 86/20 92/5 92/9 93/17 100/21 101/21 102/6 114/15 114/23 115/17 116/10 134/18 176/9 202/15 202/16
dated [2] 101/18 233/13
dates [2] 126/24 148/10
dating [1] 86/15

daughter [9] 83/12 98/10 142/18 144/19 145/6 148/15 191/1 200/11 216/3
David [1] 37/11
days [17] 7/15 7/21 23/1 65/22 65/25 73/5 101/23 159/9 159/12 163/24 179/16 180/22 190/2 190/8 218/25 219/4 219/5
dead [2] 197/10 217/23
deal [10] 18/12 106/11 128/11 152/5 198/23 222/9 222/22 226/18 227/20 228/7
dealing [6] 162/17 195/5 208/15 213/24 213/25 224/11
deals [1] 146/7
dealt [1] 222/8
dearly [1] 202/11
death [14] 190/17 195/4 198/3 198/4 199/13 199/16 200/6 200/7 203/7 203/8 206/7 208/6 208/8 213/7
December [9] 3/20 24/21 24/23 43/25 44/3 44/9 44/14 44/15 44/17
December 2001 [1] 44/3
decent [2] 43/17 62/9
decide [6] 89/23 224/11 226/19 228/18 228/23 230/1
decided [4] 7/22 20/15 32/21 147/13
decision [3] 228/18 228/21 228/22
decisions [1] 32/24
declaring [1] 104/17
dedicate [1] 160/23
deed [1] 97/4
DEFENDANT [12] 1/7 1/19 82/20 83/2 104/10 104/13 104/16 104/22 122/4 142/2 155/6 229/5
Defendant's [16] 2/4 12/17 12/22 13/2 15/11 16/1 19/5 19/17 19/24 103/8 113/9 138/20 233/3 233/4 233/5 233/6
defendants [1] 122/6
defense [1] 33/5
definitely [1] 212/25
definitions [1] 16/13
delay [1] 106/25
deliberate [3] 226/17 227/19
deliver [1] 93/7
Delpozzo [6] 107/6 107/7 107/12 107/18 117/25 231/10
demanded [2] 17/9 45/10
depending [1] 66/12
depict [1] 110/3
depicting [1] 112/10
deposit [8] 35/4 134/11 137/15 137/16 138/6 139/13 139/16 139/16
deposited [2] 99/20 99/21
deposition [23] 222/4 222/11 222/11 222/13 222/17 223/4 223/13 224/3
deposition's [1] 223/23
deposits [1] 112/5
Depot [2] 109/8 111/22
describe [5] 6/23 15/3 70/9 82/18 197/7
described [1] 66/25
description [3] 66/6 124/12 134/12
deserved [1] 208/13
designate [1] 74/11
desire [2] 42/16 42/18
desk [1] 199/8
desperate [2] 63/20 74/15
destroy [2] 200/17 200/24
destroyed [8] 33/16 33/21 34/22 35/2 36/1 38/4 38/6 44/22
detail [2] 41/3 115/4
detailed [2] 8/24 8/25
details [4] 69/22 172/16 210/5 216/12

**D**

detective [6]  23/16 23/16 25/5 25/8 78/20 89/18
detectives [1]  29/15
devastated [4]  44/11 199/16 202/2 202/2
devastating [1]  203/9
developments [1]  85/8
diagnosed [6]  142/25 150/24 155/17 156/2 178/6 178/9
diamond [18]  47/1 48/4 48/8 48/16 48/24 49/7 49/10 49/16 49/17 49/19 50/1 57/4 57/19 57/20 58/3 58/11 58/13 58/15
diamonds [2]  49/20 57/19
dichotomy [1]  188/12
didn't [114]
die [4]  155/19 156/6 183/3 191/4
died [19]  32/19 40/5 142/1 153/3 178/12 178/12 190/2 190/8 190/22 191/22 192/2 192/3 195/25 196/19 201/17 201/24 203/25 206/18 208/4
different [14]  16/13 36/13 53/13 58/17 67/19 73/12 73/15 73/23 111/23 115/21 130/25 146/10 171/25 214/16
difficult [6]  41/20 150/25 151/1 189/2 189/23 195/4
difficulties [3]  41/12 41/14 81/18
difficulty [1]  225/20
dimensions [1]  110/24
direct [15]  3/10 30/2 59/12 95/5 107/16 117/20 133/16 137/8 140/18 193/10 231/4 231/8 231/11 231/17 231/20
directed [1]  80/7
directing [2]  108/4 134/1
direction [3]  64/11 181/17 217/14
directions [1]  64/1
disagreeing [1]  228/25
disagreement [1]  221/20
disappointment [1]  35/25
discoverable [1]  28/7
Discovered [1]  188/20
discovers [1]  225/16
discrepancies [1]  168/3
discretionary [1]  204/10
discuss [11]  6/6 52/14 55/19 102/18 125/11 192/13 196/6 197/18 214/15 218/14 224/13
discussed [5]  11/1 11/3 16/22 18/15 155/25
discussing [4]  94/20 94/21 203/10 212/2
discussions [1]  196/8
disease [3]  143/1 150/24 151/5
display [1]  91/21
dispute [5]  219/21 219/24 220/1 221/16 222/12
dissipate [1]  230/6
distance [3]  66/12 66/14 66/15
distant [1]  143/2
distraught [1]  7/1
distressed [1]  155/15
district [4]  1/1 1/1 1/13 108/9
divorce [1]  40/13
divorced [2]  40/12 40/17 145/14
divorcing [2]  40/10 40/12
docent [1]  36/17
doctor [8]  155/18 191/2 191/4 191/6 191/10 191/10 191/16 200/12
doctor's [1]  164/8
document [13]  9/2 49/1 54/20 54/22 57/18 91/21 93/1 93/11 114/14 118/6 119/14 130/24 167/19

documentary [1]  112/6
documented [1]  9/7
documents [56]  8/24 8/25 9/1 26/24 49/11 89/14 90/18 91/9 92/25 103/16 103/22 104/24 105/10 106/5 109/3 109/4 109/12 109/13 110/13 111/12 111/23 112/4 112/5 112/13 112/15 112/16 112/23 113/10 113/17 114/25 115/5 118/18 120/2 121/6 121/8 121/9 121/12 121/14 121/15 122/8 130/12 130/25 131/21 132/3 132/4 137/18 138/10 166/11 166/16 166/22 213/5 213/6 216/10 216/25 217/2 217/5
does [33]  47/11 56/6 81/20 101/6 113/25 119/18 124/17 135/19 143/20 145/2 145/6 148/11 149/19 152/14 153/19 154/23 154/25 165/18 172/7 173/18 178/23 188/21 196/6 196/8 196/11 208/9 208/18 208/19 211/4 211/7 212/2 221/2 221/2
doesn't [14]  6/14 15/18 53/7 59/5 107/10 123/23 124/20 133/11 140/10 193/24 221/8 221/10 227/18 228/15
dog [3]  99/3 182/3 182/3
doing [16]  41/13 61/7 72/14 75/17 76/16 78/23 85/4 85/13 87/17 90/4 103/25 175/2 175/24 176/18 177/2 193/25
dollar [1]  96/4
dollars [18]  10/7 46/9 48/18 74/2 104/14 150/6 180/11 181/4 181/4 184/1 211/9 213/10 213/12 216/20 216/21 217/8 217/10 217/20
domain [1]  96/8
don't [161]
done [17]  2/17 3/6 4/9 9/21 27/1 38/23 61/18 79/16 85/25 101/4 129/12 173/15 200/13 204/22 206/11 211/16 213/17
Donnie [1]  114/7
door [12]  17/8 17/14 17/22 83/7 123/4 123/5 123/14 123/22 124/5 124/7 124/8 124/21
doorbell [1]  17/13
doors [1]  17/25
double [1]  95/23
doubt [1]  76/16
down [18]  13/21 17/14 58/15 62/18 64/22 76/24 77/13 102/16 121/14 131/21 156/4 156/5 161/2 178/6 191/20 192/20 197/15 227/1
downhill [1]  76/18
downstairs [1]  199/6
drawing [1]  130/24
dress [1]  68/15
dressed [2]  68/14 83/17
drink [5]  16/11 16/12 16/12 16/14 16/15
drinking [4]  16/5 16/7 16/8 16/19
drive [9]  17/3 17/5 17/6 22/16 61/4 114/21 153/11 214/11 214/11
driving [1]  146/18
drove [5]  17/7 51/5 66/13 83/17 146/9
drunk [5]  16/9 16/10 16/16 16/17 51/5
dry [1]  177/17
due [1]  85/11
Dunn [3]  63/12 78/11 78/17
during [20]  3/15 6/5 6/22 20/12 37/19 37/24 40/24 77/5 79/17 87/16 102/25 105/15 149/23 157/23 159/12 166/17 178/11 210/13 224/17 227/8
Dwight [4]  120/19 133/8 133/13 231/16
dying [2]  164/14 199/19

**E**

e-mail [4]  1/25 209/10 209/15 215/21

e-mailed [1]  214/23
e-mailing [1]  214/22
e-mails [3]  26/24 49/12 49/18
each [18]  24/17 25/24 39/5 39/20 57/20 80/21 119/4 119/5 158/25 159/13 159/15 160/18 164/5 174/23 175/2 178/19 178/20 196/13
Eagle [1]  114/3
Eagles [1]  114/19
ear [1]  50/1
earlier [7]  41/18 45/12 50/17 54/9 91/12 110/10 155/25
early [10]  24/24 24/25 25/9 26/24 26/25 37/21 80/11 100/2 104/14 229/23
earned [1]  105/6
earrings [27]  47/1 47/3 47/18 47/21 47/23 47/24 48/1 48/3 48/4 48/6 48/8 48/9 48/16 49/4 49/10 49/24 49/25 50/1 50/6 50/9 57/4 57/19 58/3 58/11 58/13 58/15 136/16
easier [1]  161/10
easily [2]  41/20 125/22
East [2]  1/17 134/7
easy [1]  69/6
eat [3]  159/21 188/16 190/4
eating [2]  182/24 190/4
economic [1]  92/19
educational [1]  60/13
Eighteenth [1]  202/16
Eighty [1]  135/25
Eighty-five [1]  135/25
either [16]  39/24 47/4 47/4 53/15 61/2 75/6 80/18 105/15 123/20 123/24 144/23 150/12 168/25 223/25 226/7 227/16
elderly [1]  12/20
Eli [2]  114/7 115/16
eliminate [1]  219/18
else [27]  11/4 16/25 19/18 20/2 27/4 38/19 53/25 72/11 106/14 127/2 127/4 132/2 132/4 136/13 152/20 152/22 154/11 157/23 160/14 190/24 198/2 203/15 203/15 216/20 226/1 229/13 229/19
else's [5]  50/19 50/21 221/2 221/4 221/10
embarrassed [1]  195/20
embrace [1]  64/18
eminent [1]  96/8
emotional [1]  64/3
emotionally [1]  7/1
employed [2]  100/20 140/23
employment [1]  43/14
enclosed [2]  19/12 19/13
encountered [1]  224/10
end [10]  44/15 75/5 82/22 87/6 151/15 151/16 158/4 169/24 174/11 204/16
ended [2]  12/2 20/4
ending [1]  114/14
endorsed [3]  91/16 94/2 99/21
energy [3]  4/3 172/4 216/13
enforcement [2]  8/12 23/3
England [19]  141/3 141/4 141/17 141/18 145/8 146/2 146/15 147/11 148/10 159/5 163/13 163/15 163/22 165/17 168/18 168/19 184/9 209/8 219/1
Enjoy [1]  218/22
enough [5]  111/2 111/5 144/24 154/10 184/8
entered [6]  5/19 13/2 16/1 19/24 68/5 84/14 91/7 108/25 110/19 113/12 117/15 134/18 135/14 137/5 167/4 199/11
enters [5]  3/1 56/15 106/21 133/1 194/22
entirely [2]  31/9 31/14
entitled [6]  52/2 204/6 204/6 204/24 204/25

**E**

entitled... [1] 233/12
equivalent [1] 150/6
especially [1] 27/20
ESQ [1] 1/19
establishment [3] 61/11 61/20 71/15
estate [9] 198/20 203/19 204/5 204/17
208/13 213/2 213/4 213/19 217/2
estates [1] 204/15
estimate [1] 191/11
estranged [2] 37/20 37/24
et [2] 11/8 223/6
et cetera [2] 11/8 223/6
etchings [2] 38/22 38/24
even [16] 28/6 34/23 36/7 36/15 36/15 38/3
48/9 79/6 83/13 122/16 123/5 123/16 201/3
202/18 207/5 227/14
evening [2] 13/9 230/16
event [1] 227/25
eventually [3] 152/6 174/11 197/14
ever [22] 3/15 6/6 6/20 14/25 15/2 16/17 18/5
22/10 30/15 39/7 39/9 39/17 61/18 80/11
80/21 84/20 94/20 120/8 129/6 215/2 216/13
224/10
every [16] 30/25 42/17 75/13 75/20 75/21
163/20 164/5 171/7 171/21 176/14 178/4
182/18 186/23 199/23 199/23 203/2
everybody [2] 230/6 230/7
everyone [8] 2/2 3/3 55/24 56/17 106/23
132/20 133/3 194/24
everything [24] 2/10 8/2 10/6 12/14 20/20
46/13 48/21 53/25 55/20 88/14 103/1 128/23
129/21 129/23 159/4 164/22 171/5 172/6
179/9 199/3 203/14 205/1 215/24 215/24
everywhere [1] 227/22
evidence [49] 5/13 5/15 5/19 8/23 12/23 13/2
15/22 16/1 19/16 19/24 57/9 58/9 67/6 68/1
68/6 84/10 84/14 91/4 91/7 104/2 104/10
104/12 104/22 105/11 105/23 106/2 110/7
110/19 112/6 113/3 113/5 113/12 116/16
117/16 121/2 122/13 124/19 125/23 135/11
135/15 136/25 137/5 138/22 139/9 156/20
167/1 167/4 232/3 233/3
evil [5] 70/12 72/5 75/24 160/8 196/10
exact [5] 24/5 25/23 92/14 92/15 212/24
exactly [10] 20/15 51/19 71/21 72/11 89/7
101/2 134/9 177/20 180/20 217/6
examination [19] 3/10 10/21 10/22 56/25
57/3 59/12 95/8 95/9 107/16 117/22 117/23
125/20 126/20 127/24 133/16 137/10 137/12
140/18 231/15
example [1] 87/20
Excel [1] 9/4
except [6] 10/6 46/9 49/5 50/6 112/17 168/3
exception [1] 75/10
exchange [1] 217/20
excise [1] 222/12
exculpatory [2] 223/1 223/1
excuse [1] 74/6
execute [1] 139/19
executed [3] 116/7 138/12 139/12
executing [5] 108/18 115/19 115/20 134/8
138/1
execution [3] 108/5 134/3 138/7
executors [1] 198/22
exhibit [41] 5/5 5/19 8/22 12/17 12/23 13/2
15/11 16/1 19/5 19/17 19/24 57/10 58/9 67/7
67/8 67/15 68/5 68/8 68/17 84/2 84/14 90/16
90/20 91/7 91/22 109/19 110/6 110/19

**F**

113/11 113/16 113/22 117/15 135/14 136/21
137/5 138/20 156/21 166/11 167/1 167/4
167/10
exhibit 10 [1] 138/20
exhibit 105 [2] 90/16 90/20
exhibit 107A [1] 57/10
exhibit 107B [1] 5/5
exhibit 111 [3] 166/11 167/1 167/10
exhibit 28 [2] 109/19 110/6
exhibit 29 [1] 136/21
exhibit 32 [3] 67/7 68/17 156/21
exhibit 33 [2] 67/8 68/8
exhibit 37 [1] 84/2
exhibit 401 [1] 113/22
exhibit 531771-1 [1] 58/9
exhibit 7 [2] 12/17 12/23
exhibit 8 [1] 15/11
exhibit 9 [2] 19/5 19/17
exhibits [10] 67/25 103/11 112/20 112/21
113/3 116/18 117/2 135/11 232/3 233/3
exhibits 12-1 [2] 116/18 117/2
exhibits 32 [1] 67/25
exhibits 401 [2] 112/20 113/3
exits [5] 55/21 102/21 125/13 192/16 218/23
expanded [1] 174/7
expect [1] 10/4
expectation [1] 171/11
expected [2] 91/17 51/10
expenses [1] 9/22
expensive [1] 6/14
experienced [1] 65/21
expired [1] 76/4
explain [7] 72/14 74/13 78/4 151/4 173/11
192/6 218/9
explained [3] 18/20 23/10 41/22
explanation [2] 74/6 101/16
Express [1] 54/20
expression [2] 161/6 216/2
extent [1] 86/12

**F**

face [2] 118/14 122/20
facilities [1] 224/22
facility [4] 108/8 108/9 109/1 116/4
fact [25] 32/9 32/11 33/24 33/25 40/24 46/1
48/1 48/6 49/19 50/23 50/25 51/1 51/4 51/9
72/1 73/8 97/16 104/1 104/11 121/4 121/7
123/21 183/3 215/11 227/20
facts [2] 11/18 226/24
failed [1] 175/16
failure [2] 2/16 222/25
faintest [1] 187/6
fair [1] 226/12
fairly [1] 62/9
faiths [2] 36/8 36/13
Falls [8] 65/24 66/8 80/25 81/9 96/16 96/21
97/8 98/6
familiar [2] 72/21 89/7
family [25] 13/25 14/6 32/4 32/7 32/13 32/18
32/20 32/23 33/1 33/7 50/11 51/13 53/18
63/16 64/6 76/14 83/10 83/11 84/23 89/6
98/16 99/9 100/5 120/9 229/5
fancy [3] 83/17 83/18 83/19
far [20] 28/10 61/2 66/10 76/16 85/11 96/10
100/5 129/24 130/24 153/10 154/24 161/15
176/21 213/11 214/9 215/10 219/21 220/3
220/22 226/21
faster [1] 56/13
father [8] 32/19 32/20 32/20 32/21 50/15
154/25 178/11 178/12

**F**

father's [1] 178/12
faucets [1] 227/21
favor [2] 97/23 220/12
February [11] 25/18 142/7 143/10 143/23
145/17 153/22 159/10 159/10 167/23 191/7
191/9
February 2009 [1] 191/9
February 2011 [1] 142/7
fed [1] 77/10
federal [4] 1/21 4/14 54/20 96/8
fee [1] 71/1
feel [7] 6/11 74/17 76/19 76/20 90/10 90/13
192/20
feeling [2] 174/4 199/17
feelings [4] 64/3 77/22 79/2 90/6
fees [1] 105/6
felt [3] 8/2 90/13 202/2
female [2] 128/14 128/15
Ferguson [1] 1/20
Ferrari [5] 108/14 108/15 108/15 108/19
109/2
fertilization [1] 200/3
few [28] 51/3 55/15 62/24 62/25 65/22 65/25
68/23 73/5 77/17 80/13 85/12 88/3 93/21
95/17 98/18 98/21 99/13 99/14 125/8 131/17
158/18 158/21 190/8 192/18 218/25 219/3
219/5 230/10
field [8] 107/23 107/25 109/14 112/8 116/16
128/25 133/24 134/25
Fifth [1] 29/4
Fifty [1] 6/2
Fifty-five [1] 6/2
fight [1] 184/13
fighting [1] 70/14
figure [6] 6/15 155/5 179/9 179/10 207/8
221/14
file [5] 109/6 199/6 199/8 200/7 201/8
fill [3] 53/2 54/24 135/2
finally [1] 88/7
financial [9] 6/6 6/7 6/17 8/24 8/24 8/25 9/3
166/12 166/17
finding [3] 150/25 151/1 220/22
fine [7] 56/11 88/14 106/9 131/7 167/8
215/23 215/24
finish [6] 62/16 66/19 101/2 186/9 193/9
193/21
finished [2] 92/4 185/23
first [61] 8/18 11/15 11/20 14/15 21/3 23/6
23/15 32/2 32/14 39/15 39/15 45/4 45/12
46/6 46/17 52/14 66/10 69/15 69/19 69/22
70/25 80/1 80/7 92/21 95/3 95/19 95/19
108/24 116/21 118/2 128/18 128/20 128/21
142/9 142/10 146/8 157/23 158/3 160/20
165/22 168/6 168/24 169/1 191/3 191/8
191/22 192/1 196/17 196/21 199/19 204/4
209/5 210/10 212/22 212/24 214/24 216/18
216/19 221/13 221/22 225/20
Fischer [2] 128/3 128/10
fit [1] 111/5
fits [1] 104/21
five [10] 6/2 26/2 26/13 33/9 98/23 135/25
160/17 185/3 185/13 227/23
five-minute [1] 26/13
FL [2] 1/18 1/22
flame [4] 157/17 157/19 157/22 160/12
flight [1] 159/5
fling [3] 63/6 63/12 65/7
flooded [1] 8/2
floor [5] 1/18 43/3 119/7 120/6 224/19
FLORIDA [17] 1/1 1/7 1/24 4/15 8/9 23/8

**F**

FLORIDA... [11]  23/9 33/19 33/20 89/5 100/3 108/6 114/21 134/7 142/8 173/9 214/9
follow [6]  25/1 25/13 183/21 184/16 184/19 184/20
follow-up [1]  25/1
followed [1]  148/15
following [14]  3/1 26/21 55/23 56/15 103/6 106/21 120/23 132/19 133/1 154/19 177/22 193/2 194/22 224/8
food [1]  174/10
fool [2]  8/3 8/5
forces [6]  183/21 183/22 184/15 184/19 184/20 184/21
foreclose [1]  104/2
foregoing [1]  233/10
foremost [1]  204/4
forgive [3]  33/20 37/20 100/13
forgot [1]  92/14
form [10]  54/5 54/13 54/14 54/24 55/19 102/4 102/19 125/11 192/13 218/15
former [1]  23/16
forms [1]  201/13
Fort [11]  1/18 4/15 8/8 8/11 108/6 113/20 114/1 114/21 134/4 134/7 214/9
forth [4]  127/23 131/16 188/15 197/6
fortune [1]  60/19
fortune-telling [1]  60/19
Forty [2]  135/23 184/4
Forty-six [1]  135/23
Forty-two [1]  184/4
forward [6]  64/20 89/23 89/24 90/5 93/21 206/2
forwarding [1]  214/23
fought [3]  70/1 184/11 184/12
found [17]  8/17 18/18 68/21 89/14 100/7 103/17 103/24 104/15 114/25 147/14 148/15 153/3 182/6 182/6 199/5 200/7 201/24
four [8]  24/2 24/8 25/23 116/12 117/4 160/17 184/9 190/23
framed [1]  12/21
Franconia [6]  60/25 95/20 96/11 96/15 96/16 97/1
Franklin [4]  1/23 233/9 233/15 233/16
fraud [1]  51/11
Fred [2]  1/19 19/2
free [3]  81/19 163/21 189/8
freeze [1]  190/7
frequent [1]  40/25
frequently [3]  17/3 17/5 22/16
friar [2]  149/10 149/12
Friday [1]  218/21
friend [9]  15/16 15/20 21/9 47/12 47/16 48/9 142/18 169/10 200/11
friend's [1]  155/24
friends [5]  15/4 15/7 15/16 18/14 36/12
friendship [4]  18/15 20/12 41/11 51/2
front [9]  17/14 18/2 111/1 123/4 123/5 124/21 125/4 165/7 194/5
frozen [4]  201/14 201/14 201/25 202/17
frustrated [1]  85/24
full [2]  106/1 188/2
full-time [1]  188/2
fund [1]  149/25
funds [2]  77/2 94/17
furniture [1]  111/20
further [15]  10/19 55/12 58/21 65/19 76/24 79/19 86/23 88/10 89/8 105/13 117/19 120/12 137/8 139/24 221/12

**G**

future [2]  97/20 157/10

G-r-a-y [1]  133/14
gain [1]  94/18
gains [1]  9/8
Gaithersburg [1]  77/24
Galleria [1]  3/21
gambling [3]  104/20 104/21 104/23
gap [1]  75/10
garage [5]  118/3 118/12 119/10 121/2 121/5
gather [2]  90/17 192/18
gave [25]  38/20 47/24 47/24 48/4 48/10 49/2 50/14 50/15 62/3 62/6 71/18 71/20 71/25 77/23 89/19 92/2 92/2 99/18 103/16 165/6 170/20 171/9 172/16 214/10 215/11
generally [1]  94/16
generated [1]  28/14
gentleman [4]  14/8 22/4 144/5 144/6
gentlemen [12]  3/4 55/18 56/18 102/17 106/24 107/1 125/7 133/4 133/5 192/12 194/25 218/13
gets [1]  193/7
getting [24]  8/10 34/16 34/19 40/13 51/20 77/2 87/4 87/24 97/23 102/16 106/25 142/18 143/6 151/25 173/23 173/24 181/6 182/25 190/3 209/17 209/18 212/8 215/16 224/15
gift [15]  3/16 3/19 3/22 4/3 4/7 4/12 4/17 37/14 38/17 50/15 73/11 73/21 73/21 73/23 74/1
gifts [1]  105/3
Giglio [1]  28/25
give [24]  4/3 27/16 29/8 34/23 38/19 38/20 47/20 65/18 70/11 70/16 71/8 87/9 93/24 158/22 170/22 171/16 175/12 196/14 205/17 212/14 215/8 223/12 223/25 224/1
given [8]  37/13 72/2 91/24 92/1 100/16 207/16 209/21 214/4
gives [2]  221/1 221/18
giving [5]  35/3 104/13 173/16 210/2 210/4
glad [2]  56/14 97/3
goals [6]  65/5 65/10 203/20 203/23 204/3
gobbled [1]  96/3
gobsmacked [3]  198/15 199/9 203/3
God [4]  196/12 196/16 200/13 216/7
goes [3]  155/2 225/12 225/16
going [144]
gold [22]  8/19 16/10 10/12 10/15 13/7 13/10 13/11 13/12 34/20 34/21 49/21 49/22 49/23 50/2 57/19 116/12 117/4 134/22 134/22 135/20 135/21 136/16
gone [6]  8/22 79/18 173/8 191/1 197/4 198/17
good [26]  2/2 3/3 3/12 3/13 6/24 10/24 10/25 15/7 15/16 15/20 31/6 34/25 35/21 57/2 59/14 59/15 85/7 95/11 95/13 142/18 156/13 182/11 218/11 219/4 220/16 230/15
goodness [1]  18/1
Google [1]  7/22
Googled [3]  7/23 88/23 89/1
Goreman [2]  78/2 85/21
got [42]  16/22 17/3 30/14 32/6 33/2 40/14 43/15 45/7 51/4 51/5 51/5 66/19 70/3 77/10 78/20 89/18 93/3 94/4 100/14 100/22 102/22 102/22 118/6 128/18 128/20 128/21 129/1 129/10 155/15 159/10 159/11 162/17 164/9 166/14 167/11 196/15 200/20 203/18 204/5 206/23 210/20 215/10
gotta [2]  85/25 85/25
gotten [2]  186/5 193/19

GOVERNMENT [48]  1/4 1/16 3/9 8/14 8/15 27/8 43/24 44/4 44/6 44/8 44/17 44/19 45/12 46/1 46/2 46/3 46/8 46/13 49/12 49/15 51/9 51/14 51/15 51/16 51/19 52/15 52/20 52/21 52/24 53/2 53/5 53/10 53/15 53/19 54/16 54/21 59/3 96/9 99/16 106/12 107/7 116/17 119/15 138/5 139/15 140/7 166/12 184/9
Government's [48]  5/13 5/19 8/22 57/10 58/9 67/7 67/7 67/14 67/25 68/5 68/8 68/16 84/1 84/14 90/16 90/20 91/7 109/18 110/6 110/19 112/19 113/3 113/11 117/2 117/15 133/8 135/11 135/14 136/20 137/5 138/10 156/21 166/10 167/1 167/4 167/9 220/12 232/3 232/4 232/5 232/6 232/7 232/8 232/9 232/10 232/11 232/12 232/13
granddaughter [1]  98/9
grandmother's [1]  50/13
grandson [2]  40/5 40/6
gray [5]  82/17 120/19 133/8 133/13 231/16
Gray's [1]  120/21
great [7]  2/12 3/7 55/17 56/23 63/21 63/22 115/4
grocery [2]  4/9 4/11
guess [13]  19/15 30/12 35/8 37/21 95/11 103/15 121/11 207/7 219/1 219/3 219/17 221/17 222/22
guessing [4]  25/22 26/15 48/20 48/22
guide [3]  64/10 64/14 72/16
guided [1]  196/12
guides [3]  196/6 196/9 205/10
Gypsies [3]  36/25 37/2 37/7

**H**

h-e-a-l-e-r [1]  175/6
H-u-g-h-e-s [1]  59/10
hadn't [9]  3/25 63/8 121/10 176/4 182/1 198/6 202/9 206/23 211/16
hair [2]  68/15 82/17
haired [3]  201/21 201/22 215/12
hairs [1]  122/15
half [19]  24/10 25/15 26/7 51/16 75/8 150/8 150/10 184/4 184/4 185/3 185/13 186/8 186/13 190/15 191/1 198/23 202/18 204/11 213/20
hand [12]  59/2 92/10 111/8 111/19 118/15 123/13 126/1 126/5 129/17 133/6 140/6 165/5
handful [1]  98/22
handle [2]  18/7 226/6
handled [1]  81/22
handling [1]  81/2
hands [2]  87/25 224/22
handwriting [1]  101/7
hang [1]  165/4
happen [10]  17/20 60/18 61/5 65/8 65/9 76/21 79/7 79/10 142/13 201/12
happened [24]  17/24 24/18 61/7 61/25 66/21 69/3 73/3 86/18 86/23 101/24 109/11 116/13 128/20 141/21 151/16 158/24 192/6 201/6 202/5 203/25 205/23 215/5 215/5 226/10
happening [8]  78/25 85/16 164/2 164/3 172/1 174/24 181/16 198/24
happens [3]  148/4 221/4 221/11
happy [5]  181/16 188/10 188/11 188/16 188/17
hard [2]  93/11 152/13
hardly [1]  190/4
hash [1]  105/13
haven't [12]  27/25 28/11 28/12 36/16 48/20 48/20 48/25 54/25 196/2 196/3 210/20 227/3

**H**

having [25]  21/10 30/7 39/25 40/4 41/5 41/12 64/20 80/16 83/8 142/23 194/8 194/10 199/22 203/17 204/4 208/12 217/22 217/25 218/8 218/8 219/18 222/12 222/25 225/1 226/13
Hazlewood [2]  141/12 150/15
he'd [6]  164/8 164/13 191/6 191/10 192/4 202/9
he'll [1]  182/11
he's [13]  83/1 103/20 103/25 103/25 105/9 132/16 173/23 190/24 191/4 191/19 197/14 200/13 201/24
head [5]  128/8 145/9 156/8 156/9 207/12
heal [3]  158/9 161/12 165/8
healer [4]  175/3 175/5 175/6 175/10
healing [5]  87/25 159/19 165/5 175/7 175/9
health [6]  40/15 40/16 60/3 60/8 182/21 182/21
hear [17]  7/15 7/18 56/14 59/7 105/25 144/23 156/2 156/13 156/14 172/3 194/5 194/10 194/12 197/13 205/20 206/25 211/17
heard [5]  3/5 7/13 7/16 21/1 157/21
hearing [2]  194/11 194/12
hearsay [1]  82/2
heart [4]  7/24 7/25 165/6 199/17
heavy [1]  135/17
heck [1]  228/9
held [4]  26/21 120/23 154/19 224/8
help [39]  13/24 16/18 22/4 36/20 41/9 64/5 64/7 64/10 65/22 74/19 85/14 86/6 87/2 89/17 99/11 147/18 147/20 148/16 148/16 150/2 158/6 158/8 158/12 158/15 160/25 161/10 161/12 161/12 161/20 165/8 174/16 177/4 177/5 197/20 203/17 203/24 204/23 205/18 211/1
helped [1]  64/14
helpful [3]  46/15 46/18 46/19
helping [5]  36/19 74/17 74/18 159/19 208/15
here [24]  2/24 11/13 17/19 52/15 54/10 82/8 82/17 94/9 104/5 107/3 112/17 119/1 124/2 125/14 127/10 127/11 130/14 194/8 194/11 200/1 219/4 225/23 228/8 229/22
Hers [1]  216/9
herself [2]  62/4 156/16
hey [1]  72/2
hi [2]  86/9 86/12
hiding [1]  39/21
high [5]  72/19 92/23 104/19 104/20 104/21
higher [10]  72/15 72/18 74/10 74/11 79/7 161/20 161/20 196/6 196/16 205/9
Highway [2]  1/21 4/14
hire [1]  175/10
hit [1]  157/5
hold [5]  23/12 100/20 132/10 192/10 192/10
holding [1]  70/18
holiday [1]  218/22
Hollywood [1]  116/1
Holocaust [10]  36/16 36/17 36/18 36/19 36/20 36/21 36/23 36/25 37/10 37/15
home [25]  12/13 29/21 31/12 32/20 32/21 32/22 41/25 41/25 42/11 42/13 42/16 42/20 42/24 42/25 43/3 43/20 45/22 55/2 73/4 96/25 98/5 182/17 190/19 190/19 190/24
homes [1]  146/16
honest [5]  76/20 160/19 185/16 187/24 215/19
honestly [1]  52/12
Honor [78]

Honor's [1]  28/21
HONORABLE [1]  1/12
hook [1]  104/12
hoped [2]  101/2 164/13
hopefully [3]  125/10 173/17 219/5
hoping [4]  20/16 211/19 211/21 211/24
hospital [33]  6/9 6/10 6/13 6/14 6/15 40/19 41/6 173/22 174/3 174/5 174/6 175/3 178/22 181/8 182/18 182/23 182/25 188/12 189/3 190/5 190/18 190/21 191/15 196/23 196/24 197/6 200/15 200/19 200/21 200/22 208/1 208/1 208/2
hospitals [1]  41/1
hot [2]  61/23 95/23
hotel [24]  11/24 141/9 141/12 141/14 141/19 141/23 147/18 147/22 148/2 149/6 149/9 149/20 149/24 150/3 150/4 150/15 150/19 150/20 150/21 150/21 150/23 151/10 151/13 156/10
hour [7]  24/10 25/15 26/6 61/4 129/9 153/11 153/12
hours [3]  26/7 75/15 75/15
house [69]  6/20 17/4 17/5 17/6 17/7 17/13 18/18 21/5 21/13 22/16 40/20 51/5 51/6 51/7 61/20 80/25 81/7 81/10 84/23 89/14 96/14 96/16 96/22 96/24 97/4 97/4 97/7 98/4 141/14 142/20 146/8 146/11 146/18 146/20 152/7 154/9 154/11 154/14 162/16 162/19 162/21 163/6 181/24 181/25 182/1 182/6 182/7 182/8 182/10 183/5 183/6 183/11 183/15 183/19 183/21 183/25 184/2 184/8 184/10 184/16 184/19 185/5 185/13 186/14 188/3 188/4 188/6 188/9 206/23
houses [2]  182/4 182/6
Houston [12]  3/21 8/7 14/16 23/5 23/6 23/7 33/3 36/17 38/13 43/20 47/6 57/21
huge [1]  96/4
Hughes [9]  58/25 59/3 59/9 59/14 60/13 62/16 95/12 100/16 231/7
huh [10]  11/25 14/2 15/15 15/18 42/2 48/15 98/19 123/15 126/8 211/22
hundred [15]  10/6 46/9 158/18 158/21 181/3 211/9 212/25 213/10 213/11 215/22 216/19 216/21 217/7 217/10 217/20
hundreds [2]  74/2 158/18
hung [1]  33/5
hurt [1]  86/8
husband [39]  40/9 40/10 40/13 41/1 41/6 83/13 84/9 141/12 141/24 142/1 142/24 142/25 145/20 145/24 147/14 147/14 154/25 161/7 161/9 164/24 171/2 171/3 171/4 172/2 172/3 173/16 173/22 177/4 177/6 178/8 178/20 181/7 188/13 189/5 195/24 203/6 203/24 215/14 217/23
husband's [5]  159/7 195/4 201/24 203/19 213/7
hypercritical [1]  120/24

**I**

I'd [20]  12/22 15/22 19/16 62/9 62/9 85/7 119/14 119/25 138/22 147/9 177/13 184/10 189/8 210/20 211/2 214/18 219/12 224/1 224/6 229/24
I'll [19]  13/1 20/23 27/15 29/8 31/8 50/9 53/13 55/3 88/4 102/9 114/13 123/19 156/12 193/4 210/25 216/10 223/24 223/24 228/15
I'm [133]
I've [24]  16/17 20/12 21/14 26/22 27/2 28/5 59/19 72/2 87/11 89/12 92/21 101/25 102/22 120/25 123/23 178/19 193/19 194/20 202/11

222/8 224/10 226/4 227/24
idea [4]  187/6 199/1 207/2 207/8
ideas [1]  130/14
identification [6]  5/5 12/17 19/1 26/25 90/15 138/20
identified [7]  48/13 62/4 68/9 83/11 84/20 104/2 137/19
identify [12]  4/23 5/6 5/24 48/14 49/7 58/2 66/24 109/20 116/18 135/6 135/7 156/21
ill [9]  40/5 40/6 173/22 174/1 174/4 178/5 178/5 178/21 189/3
illness [3]  160/3 160/5 160/6
image [1]  73/18
immediately [3]  17/25 93/20 148/14
imparted [2]  69/14 69/19
impartial [1]  226/12
important [3]  121/5 171/4 171/4
impose [1]  56/19
improving [1]  182/19
in 2009 [1]  206/17
inaccuracies [1]  167/22
inaccurate [1]  219/19
inactive [1]  4/6
including [1]  225/20
income [5]  62/9 104/17 105/17 106/7 198/19
incorporated [7]  180/4 180/9 180/17 187/13 187/14 187/15 187/17
indicate [6]  31/1 45/23 69/10 72/24 82/15 104/16
indicated [3]  31/13 65/15 206/2
indicates [5]  57/11 114/20 115/15 166/2 167/20
indicating [2]  9/19 82/20
indication [2]  80/18 224/25
indoors [1]  42/6
infection [1]  6/12
information [8]  9/3 9/4 25/14 52/25 69/14 89/2 95/2 155/20
informed [1]  63/9
inherit [2]  50/11 50/13
initial [4]  9/19 14/18 45/11 71/1
initially [4]  32/14 86/17 119/10 173/2
initiated [1]  41/7
inquired [1]  40/16
inside [13]  18/19 62/1 62/2 109/5 111/12 112/2 112/4 121/7 131/1 131/22 134/21 136/7 199/24
insistent [1]  74/3
inspection [1]  221/3
instance [2]  6/9 27/20
instead [3]  177/2 195/3 205/7
Institute [2]  60/3 60/8
instruct [3]  73/22 75/15 97/19
instructed [12]  66/3 66/5 71/11 74/10 77/23 78/1 78/14 81/24 93/3 102/7 169/12 169/12
instructing [1]  81/17
instructions [4]  65/19 177/22 210/3 210/4
insult [1]  101/8
intend [1]  105/8
intended [2]  105/17 132/4
intending [1]  103/21
intention [1]  149/6
interaction [2]  86/13 99/9
interactions [2]  90/18 90/25
interest [6]  14/23 30/25 36/15 37/10 122/5 204/8
interested [5]  14/16 14/19 14/25 37/15 152/22
interesting [1]  17/16
intern [1]  225/15

**I**

Internal [2]  23/19 89/21
international [2]  172/21 209/11
Internet [5]  22/24 78/21 88/23 89/1 89/18
INTERPOL [1]  209/10
interrupt [1]  95/14
interruption [1]  133/4
Interstate [1]  96/4
intervene [1]  2/11
interview [2]  25/12 29/3
interviewed [1]  43/24
interviews [3]  27/3 28/4 28/17
intimidation [1]  90/13
intrigue [1]  202/14
introduced [7]  8/23 57/9 58/8 84/24 84/25
 156/16 156/20
invade [1]  20/25
invaded [1]  21/4
invading [1]  21/7
invalid [1]  229/24
inventoried [1]  135/1
inventory [5]  57/10 112/10 116/20 116/21
 135/3
invested [3]  43/18 43/19 189/7
investigate [1]  226/7
investigation [3]  3/6 137/22 137/25
investigator [1]  89/20
investors [3]  150/1 150/13 150/14
invite [1]  17/21
invited [3]  18/1 21/25 142/17
invoice [3]  114/1 114/15 114/17
invoices [2]  113/19 114/11
involve [1]  161/19
involved [12]  43/4 43/13 43/14 60/10 108/5
 115/7 115/20 151/2 153/4 212/8 213/13
 228/24
IRS [4]  9/5 89/19 91/2 95/1
ISA [1]  207/5
isn't [13]  32/9 33/24 46/1 48/1 48/6 49/19
 50/23 51/1 51/4 51/9 96/16 100/9 123/9
issue [15]  62/1 62/11 63/16 79/1 103/15
 105/12 125/9 207/24 219/15 221/13 221/22
 222/1 223/2 226/19 228/12
issues [4]  64/20 122/6 219/11 224/23
it's [68]  6/14 9/24 12/8 13/14 15/14 17/19
 19/14 20/25 24/23 30/12 31/9 31/11 31/14
 37/21 42/18 48/8 55/3 67/6 82/2 92/22 95/11
 96/16 96/21 97/23 100/22 103/2 104/7 106/2
 107/12 108/9 112/4 114/1 116/3 117/9
 119/15 122/8 122/19 124/8 124/21 127/13
 127/14 127/16 128/15 136/21 139/9 141/13
 147/7 154/6 154/6 154/6 167/11 167/15
 200/17 205/1 205/6 209/9 210/1 218/17
 225/10 227/2 227/15 228/12
item [2]  57/17 137/19
items [17]  4/21 5/14 5/21 5/22 29/1 48/19
 73/11 108/19 112/11 115/3 116/10 128/25
 135/3 135/8 136/17 138/6 221/8
itself [1]  222/11
IVF [9]  199/12 200/2 200/2 200/25 208/4
 212/8 213/16 214/20 217/22

**J**

Jaguars [1]  83/20
Janet [1]  24/16
January [9]  25/17 25/20 25/22 115/17
 151/19 153/21 153/25 202/17 202/18
January 2009 [2]  151/19 153/21

January 23 [1]  115/17
jar [1]  87/23
jealous [1]  32/4
Jencks [4]  26/23 27/4 27/8 28/25
jewelry [26]  4/21 4/23 5/7 5/9 5/10 13/5
 26/25 37/16 46/25 47/7 47/8 47/13 47/15
 48/5 48/11 48/12 50/4 50/5 50/7 50/11 50/13
 50/14 57/11 57/24 58/2 134/22
Jewish [2]  37/11 37/13
Jews [3]  36/21 37/3 37/7
job [4]  85/7 85/14 92/23 118/5
jobs [3]  42/12 78/16 87/7
John [3]  38/22 38/23 38/24
Joyce [80]
judge [30]  1/13 5/15 15/22 19/20 27/7 29/9
 29/11 29/23 37/21 43/21 101/12 103/15
 110/17 120/12 120/25 121/11 121/22 122/9
 122/20 124/1 126/19 138/23 167/2 194/7
 219/12 220/5 220/6 220/23 221/20 223/3
judicial [1]  229/1
judicious [1]  228/20
Julian [1]  144/19
Julie [5]  63/12 78/11 78/17 78/24 79/5
July [9]  185/22 186/3 186/18 186/18 187/4
 187/7 187/10 205/25 210/11
July 24,000 pounds [1]  210/11
July 24th [3]  186/3 186/18 187/10
jump [1]  22/18
jumped [1]  92/21
jumping [1]  153/5
June [5]  141/22 150/17 150/18 162/25 169/1
June 2008 [2]  141/22 150/17
juror [11]  224/18 225/6 225/12 225/13
 225/21 226/2 226/2 226/8 226/13 227/2
 227/11
jurors [5]  106/19 132/22 193/8 194/6 228/11
jury [26]  1/11 2/21 3/1 13/17 33/17 33/18
 33/22 50/3 55/21 56/5 56/15 102/21 106/15
 106/21 125/4 125/4 125/8 125/10 125/13
 132/25 133/1 137/6 192/16 194/22 218/23
 228/23
just [193]

**K**

karat [5]  49/25 49/25 57/19 57/20 57/21
Kate [75]  156/16 156/23 156/24 157/12
 159/12 163/9 163/16 164/12 164/13 165/24
 166/12 166/18 167/20 168/7 168/8 168/12
 168/25 169/9 169/13 170/15 171/17 173/3
 173/6 173/11 173/20 173/21 174/19 174/19
 175/24 176/1 176/10 176/21 177/8 178/17
 178/24 180/5 181/5 181/19 182/9 183/9
 184/11 184/12 185/22 186/23 189/20 191/8
 191/18 192/1 193/16 195/5 195/15 196/5
 196/22 197/7 197/24 201/20 203/1 203/10
 204/19 208/23 208/24 209/5 210/1 210/2
 211/13 212/4 213/22 213/25 214/2 214/6
 214/16 215/6 215/11 215/16 217/14
Keechl [1]  1/20
keep [13]  8/25 9/4 9/16 11/7 29/14 34/13
 35/21 41/23 42/3 94/24 102/1 131/16 131/17
keeping [7]  34/15 34/24 35/4 35/4 35/16 36/2
 138/19
keeps [2]  165/19 169/23
Kelly [5]  23/23 49/13 123/4 128/11 139/23
KENNETH [1]  1/12
Kenny [2]  24/16 25/6
kept [15]  9/10 30/7 30/25 31/11 31/12 32/19
 39/14 73/19 117/9 117/10 174/6 179/8
 205/15 206/10 224/12

kidney [3]  178/6 178/9 197/3
killed [3]  37/2 37/7 37/8
kind [14]  61/16 61/20 73/21 83/19 87/12
 123/13 164/1 165/1 165/2 196/8 196/11
 222/6 227/21 230/6
kinda [5]  79/3 81/24 86/1 86/12 132/8
kindness [1]  15/21
kinds [2]  74/24 76/13
knew [21]  8/19 10/12 10/16 11/9 14/23 39/15
 67/12 69/1 69/10 71/10 78/25 87/5 89/8 90/3
 91/14 100/2 157/11 171/4 201/4 201/4
 212/15
knocked [3]  17/8 130/6 130/8
know [186]
knowledge [9]  81/23 126/5 130/9 137/22
 137/25 138/7 139/12 139/14 139/15
known [1]  183/9
knows [1]  136/10
Kopelowitz [1]  1/20
Kwik [4]  116/5 116/5 116/6 116/20

**L**

LA [2]  145/3 159/3
label [2]  91/10 110/22
labeled [1]  124/16
Labor [1]  218/17
ladies [12]  3/4 55/18 56/18 102/17 106/24
 106/25 125/7 133/4 133/5 192/12 194/25
 218/13
lady [9]  11/12 12/18 39/9 79/3 79/6 79/10
 82/17 85/18 227/5
lady's [1]  86/1
laid [1]  87/25
lanai [1]  17/23
land [2]  96/2 149/2
landlord [1]  220/14
language [1]  222/11
large [9]  37/2 43/15 49/20 49/23 97/12 97/13
 106/1 110/22 111/2
larger [2]  37/3 57/21
last [19]  3/6 7/3 26/22 59/8 91/14 94/14
 107/11 116/22 133/12 133/13 140/12 143/11
 143/13 159/20 163/8 186/5 191/4 224/17
 225/25
lasted [1]  88/5
late [9]  27/21 49/14 60/15 97/19 107/2
 142/24 142/25 153/8 200/10
later [19]  65/22 66/1 67/19 77/22 79/21
 88/19 88/19 89/24 98/18 104/3 106/12 132/8
 148/15 176/9 179/16 180/22 190/2 191/21
 197/17
latter [1]  22/23
Lauderdale [11]  1/18 4/15 8/8 8/11 108/6
 113/20 114/1 114/21 134/4 134/7 214/10
Laurence [1]  1/16
law [3]  8/12 23/2 27/15
lawsuit [1]  43/10
lawsuits [2]  43/4 43/5
lawyer [4]  43/14 145/25 146/1 147/11
lawyers [8]  11/3 43/13 146/3 205/8 207/23
 208/15 214/18 222/12
lead [2]  64/1 86/22
leading [7]  9/13 163/17 171/19 174/21
 195/12 216/15 218/1
learn [3]  7/17 7/20 209/5
learned [7]  8/18 38/6 51/4 51/8 52/19 55/7
 164/10
leased [5]  108/22 119/19 119/23 120/9
 137/14
least [13]  12/4 29/2 31/1 49/24 75/12 75/13

**L**

least... [7]  79/17 83/15 85/9 105/11 111/2
  196/18 229/5
leather [1]  136/15
leave [13]  55/20 102/19 103/1 129/1 147/9
  147/13 152/14 152/25 188/14 192/14 201/7
  227/18 230/7
leaves [1]  225/14
leaving [5]  17/18 158/7 160/3 160/4 199/3
lecturn [1]  103/13
led [1]  99/10
left [47]  39/12 43/9 44/9 51/21 51/23 51/24
  51/25 71/15 79/5 86/19 111/8 122/20 122/21
  122/25 123/4 123/5 123/12 123/14 123/22
  124/4 124/7 124/21 124/21 126/5 126/7
  127/18 130/15 130/16 130/21 147/8 152/23
  154/10 159/1 160/21 162/23 165/21 168/13
  199/8 201/4 201/8 201/9 201/9 202/9 202/10
  224/23 225/9 225/11
left-hand [2]  111/8 126/5
leg [1]  90/10
legal [5]  147/19 162/17 204/23 212/9 220/25
legitimately [1]  105/5
Lennon [3]  38/22 38/23 38/24
less [3]  38/15 48/19 104/14
lessor [1]  121/4
let [39]  12/16 15/9 15/10 18/25 19/9 19/20
  22/18 23/12 32/17 40/20 41/13 42/19 43/4
  46/16 47/4 49/11 62/16 62/16 62/19 64/18
  66/19 67/10 68/16 71/25 78/15 80/5 86/1
  90/15 91/21 92/25 94/9 111/14 114/13
  136/20 138/9 216/10 226/17 227/19 230/7
let's [31]  13/13 16/21 33/14 46/25 54/5 55/18
  56/5 69/15 75/5 98/4 102/17 106/19 109/4
  132/17 132/25 142/21 143/7 161/2 161/22
  165/20 168/11 169/17 179/4 179/22 192/12
  193/5 194/5 218/13 221/13 230/5 230/6
letter [21]  18/23 19/9 19/11 19/14 19/15 20/9
  20/14 20/24 85/19 85/20 85/21 85/23 86/2
  86/6 86/11 86/18 105/3 164/8 191/9 200/20
  200/22
letters [3]  213/4 214/22 214/23
level [1]  104/21
liability [2]  9/9 31/23
Liberty [3]  117/4 117/5 135/20
licenses [1]  147/20
lie [1]  164/19
life [25]  14/4 14/6 14/7 14/12 14/14 20/19
  59/19 61/13 62/10 63/4 63/20 64/1 64/14
  64/21 75/2 76/18 147/5 147/6 161/10 164/3
  164/25 171/7 173/16 178/2 204/8
lift [3]  72/13 74/8 75/25
lifted [2]  70/5 75/3
lifting [1]  72/16
light [1]  164/18
liked [1]  182/7
likelihood [1]  226/11
likely [1]  184/18
likes [1]  115/17
line [1]  27/24
lines [2]  186/24 215/13
linked [1]  89/10
Lisa [1]  38/11
list [3]  50/14 166/1 167/7
listed [1]  92/5
listen [1]  223/5
listening [1]  33/3
Litigated [1]  220/20
little [48]  5/8 14/21 14/21 16/21 31/8 33/12

46/25 62/20 64/16 65/23 66/8 66/23 76/20
  78/4 80/2 80/5 80/14 81/11 83/24 85/10 92/3
  92/17 92/21 94/6 94/10 107/2 119/1 140/16
  140/16 140/22 141/10 141/10 142/21 143/6
  151/25 153/24 153/13 159/16 161/2 165/3
  179/22 182/2 195/3 201/11 204/14 209/17
  209/18 229/22
live [14]  62/8 92/24 95/2 147/16 147/24
  148/1 153/25 154/1 164/9 164/11 182/2
  192/4 200/14 219/1
lived [10]  6/18 59/18 59/19 61/3 66/16 77/25
  96/12 99/25 100/1 143/9
lives [7]  79/5 145/3 145/7 145/8 145/11 154/2
  154/24
living [14]  37/14 60/15 107/18 143/25 146/10
  150/20 151/14 154/2 154/4 171/6 173/10
  182/3 182/4 188/9
loan [8]  30/12 30/12 30/17 30/19 30/22 30/25
  31/18 150/14
loaned [1]  38/20
loans [1]  150/12
local [2]  4/11 8/7
locate [5]  5/23 48/25 49/2 90/24 108/19
located [10]  60/24 60/25 108/15 108/20
  115/25 116/2 129/19 130/13 141/15 214/8
location [18]  11/21 38/12 61/2 65/23 65/25
  66/11 95/20 96/7 96/20 96/22 108/5 108/8
  108/16 110/3 115/21 128/1 134/4 134/6
locations [1]  194/12
lodged [1]  69/6
London [2]  178/6 178/22
loneliness [1]  64/4
lonely [1]  74/15
long [29]  4/1 20/25 21/9 21/9 23/2 24/9 25/11
  25/16 33/7 59/18 60/7 60/10 63/9 68/21
  70/21 71/21 75/5 88/12 107/21 108/2 125/10
  133/21 149/19 150/15 152/15 159/2 160/14
  211/14 220/1
longer [4]  3/25 26/5 96/6 151/17
longtime [1]  41/10
looked [13]  17/14 68/13 78/21 88/23 89/1
  89/6 89/7 89/11 102/2 102/3 103/16 118/5
  118/12
looking [17]  55/16 63/1 74/12 100/13 124/19
  131/21 134/9 134/10 146/8 146/11 146/18
  146/20 147/22 147/23 182/17 225/23 225/25
looks [14]  92/12 111/15 111/19 111/20
  111/22 112/4 114/4 114/8 114/18 115/13
  115/17 129/18 138/13 176/15
loose [1]  109/6
lose [2]  227/10 227/11
loss [1]  31/14
losses [1]  104/21
lost [6]  20/20 51/18 54/11 178/14 182/24
  190/3
lot [21]  16/11 16/12 26/24 41/23 42/3 42/4
  50/3 50/5 50/7 51/22 71/2 74/4 74/21 104/23
  157/15 165/3 177/20 182/24 182/24 195/20
  195/23
lots [8]  146/15 157/25 160/24 171/24 177/21
  204/22 213/5 213/6
loud [2]  139/8 144/24
louder [1]  140/16
love [12]  14/4 14/7 42/8 51/1 62/10 62/11
  63/3 64/11 64/23 177/19 188/20 202/11
loved [2]  202/10 202/11
lovely [1]  182/8
lunch [4]  56/7 56/20 56/22 102/18
lunchtime [1]  97/24

**M**

ma'am [10]  2/25 56/4 58/23 140/5 140/9
  145/10 186/9 192/17 193/25 218/24
Macchiano [1]  116/22
machine [1]  86/19
Madison [2]  11/21 12/9
magistrate [7]  121/3 121/20 121/22 122/11
  220/5 220/6 220/23
maiden [2]  143/16 143/17
mail [5]  1/25 4/13 209/10 209/15 215/21
mailed [2]  4/12 214/23
mailing [1]  214/22
mails [3]  26/24 49/12 49/18
main [2]  104/11 217/21
maintained [1]  112/16
makes [3]  192/20 193/16 193/21
makeup [1]  228/23
making [6]  28/22 76/25 92/20 104/3 168/19
  209/25
male [1]  128/14
mall [2]  98/25 99/1
man [1]  14/23
man's [1]  14/23
manipulated [4]  76/7 87/5 90/7 97/21
March [11]  49/14 142/12 167/25 168/8 169/2
  169/3 169/7 172/11 173/11 175/15 175/19
March 12th [1]  49/14
March 2009 [1]  142/12
March 2nd [1]  169/7
March 9th [1]  173/11
Marcus [1]  73/24
margin [4]  30/12 30/16 30/22 30/25
mark [1]  138/19
marked [14]  5/4 12/16 15/10 18/25 67/5 84/1
  90/15 109/18 112/19 115/11 116/17 135/5
  136/20 166/10
MARKS [95]
Marks' [6]  12/18 13/4 96/14 122/11 126/23
  221/8
MARRA [2]  1/2 1/12
married [18]  16/23 16/25 17/3 17/17 21/21
  21/23 51/4 51/8 59/22 89/12 137/23 142/18
  143/9 143/14 143/22 144/1 144/3 151/13
marry [3]  17/1 143/8 145/16
marshal [6]  225/4 225/5 225/8 225/16
  225/20 227/4
marshal's [1]  230/4
marshals [3]  224/18 224/21 226/13
Maryland [5]  59/17 59/18 59/19 60/15 77/24
mass [1]  96/2
material [6]  26/23 27/4 27/19 28/8 28/25
  29/1
materials [1]  223/2
maternity [3]  73/12 73/15 97/17
math [1]  136/1
matter [10]  9/2 50/8 56/7 102/23 102/25
  107/1 158/21 221/8 224/16 233/12
matters [3]  86/7 204/23 212/9
mature [1]  68/14
matured [1]  207/5
May 15th [1]  186/6
maybe [32]  12/4 24/2 24/10 25/23 26/7 26/12
  47/19 50/10 55/3 68/23 78/20 88/2 88/13
  97/18 98/22 100/14 101/17 101/23 105/15
  120/24 127/10 127/15 155/22 158/19 164/12
  165/19 173/4 176/17 219/15 221/12 229/22
  230/7
me [321]
meals [1]  182/15

## M

**mean [23]**  58/20 70/16 83/19 86/3 86/8 90/11
101/8 131/6 151/13 156/4 162/23 171/24
172/19 190/2 194/15 196/17 198/19 199/19
208/7 209/9 215/21 226/21 226/23
**meaning [4]**  60/4 134/12 210/18 212/7
**means [3]**  92/24 173/23 227/9
**meant [2]**  179/9 211/16
**measured [1]**  181/7
**medicine [1]**  191/2
**meditated [1]**  73/1
**meditating [2]**  75/15 85/5
**meditations [1]**  88/1
**meet [11]**  65/20 65/23 66/3 66/5 80/13 83/10
83/14 84/20 96/14 142/6 155/5
**meeting [4]**  69/15 69/21 81/7 158/24
**meetings [3]**  46/16 80/4 88/5
**members [6]**  32/17 33/6 75/7 83/10 83/11
84/23
**memorandum [4]**  27/1 27/3 27/9 27/15
**memory [3]**  119/17 139/10 151/1
**memory's [1]**  119/22
**mental [5]**  6/23 155/3 155/4 155/14 201/25
**mentioned [11]**  11/15 14/5 14/15 25/4 30/2
64/2 70/13 72/10 79/25 85/11 110/10
**mentioning [1]**  97/3
**Mercedes [1]**  83/20
**mere [1]**  227/15
**merged [1]**  79/6
**Merit [1]**  233/9
**messages [4]**  7/7 196/14 196/14 216/7
**messed [1]**  87/1
**messing [1]**  153/7
**met [46]**  11/6 11/15 11/20 12/18 13/4 14/15
14/17 14/17 14/18 32/2 39/15 47/12 47/17
62/2 66/22 69/3 80/2 80/7 81/4 81/12 83/12
83/13 84/22 91/19 95/19 97/7 98/4 98/5 98/9
98/19 98/21 142/7 142/9 142/10 144/1
156/15 156/16 156/25 160/17 176/3 191/8
195/25 196/2 196/3 196/18 214/24
**metal [1]**  136/15
**methods [1]**  93/8
**Miami [7]**  107/25 108/1 109/14 112/8 116/16
133/24 134/25
**Michael [72]**  3/15 7/3 7/23 8/1 8/13 8/18
8/19 8/20 48/5 57/12 68/10 72/19 72/21
84/20 84/21 84/22 84/25 134/17 137/16
137/22 139/17 159/12 163/9 163/16 166/13
166/13 166/18 166/18 167/20 167/21 168/7
168/8 168/12 169/13 170/15 172/13 172/25
173/5 173/6 173/11 173/12 174/20 175/21
175/25 176/3 176/3 176/10 178/24 180/6
180/8 180/17 181/5 181/5 181/20 187/13
191/8 195/5 196/5 203/1 203/10 212/15
212/15 212/16 212/22 213/6 213/21 213/22
213/25 214/1 214/13 214/15 217/19
**Michael/Rose [1]**  8/18
**Michaels [51]**  5/10 6/5 11/8 67/11 91/13
91/14 142/5 142/6 142/11 156/16 156/23
156/24 157/12 165/25 168/25 169/9 171/17
173/3 173/3 173/20 173/21 175/18 175/24
176/1 176/16 178/18 179/19 180/4 180/5
183/9 185/2 187/17 187/18 189/17 189/19
193/17 195/25 196/2 208/23 208/24 209/5
209/8 209/14 209/24 210/1 210/2 211/5
211/7 212/3 212/12 213/23
**Michaels' [5]**  172/12 173/2 187/12 217/11
217/14
**microphone [9]**  59/6 107/9 133/10 140/10

**194/4 194/15 194/16 194/17 194/17
middle [4]**  88/3 143/21 145/15 224/3
**might [16]**  56/12 84/22 90/7 96/1 103/13
121/14 127/15 173/5 207/5 218/11 219/15
221/20 223/16 223/22 228/11 228/11
**miles [1]**  66/16
**Miller [1]**  137/24
**million [12]**  104/13 150/8 150/11 150/11
162/8 162/9 162/9 162/11 162/14 198/10
198/11 213/20
**mind [11]**  21/1 98/2 101/25 141/11 155/2
158/11 176/17 199/15 203/4 217/21 223/10
**mine [7]**  5/7 5/9 42/18 47/13 49/9 49/10
58/20
**mine's [1]**  142/18
**minute [7]**  25/24 26/13 53/14 55/19 178/8
192/12 224/4
**minutes [19]**  24/10 25/15 26/2 26/5 55/15
75/14 77/18 88/6 99/14 125/8 132/17 153/12
153/15 154/7 192/14 192/18 192/19 230/6
230/8
**Miranda [3]**  144/20 144/22 144/23
**miscellaneous [2]**  112/5 130/25
**misinterpreting [1]**  205/6
**misled [1]**  97/21
**misrepresentation [2]**  122/15 124/22
**misrepresentations [1]**  219/20
**missed [3]**  20/12 184/17 205/19
**misstates [1]**  180/8
**mistaken [2]**  67/7 95/18
**misunderstand [2]**  30/4 30/24
**misunderstood [1]**  207/7
**Mixing [1]**  96/3
**moment [11]**  26/18 29/23 43/21 101/12
113/13 120/20 124/1 149/5 167/12 192/8
224/7
**monastery [3]**  149/12 149/17 160/9
**Monday [1]**  218/17
**monetary [1]**  75/25
**money [238]**
**money's [2]**  10/1 189/24
**monies [5]**  159/25 169/11 187/9 189/6
213/19
**monitored [1]**  204/11
**Montgomery [1]**  89/16
**month [8]**  21/4 24/5 30/25 53/21 165/19
176/14 206/18 208/5
**months [17]**  24/5 70/20 76/4 88/13 101/3
164/9 164/11 191/5 191/6 191/7 191/10
191/12 204/9 208/3 208/6 208/7 208/8
**months' [2]**  70/22 71/22
**morning [21]**  2/2 3/3 3/12 3/13 10/24 10/25
17/12 17/19 57/2 59/14 59/15 95/11 95/11
95/13 156/7 174/5 191/2 199/23 219/6
228/15 229/23
**most [8]**  35/7 35/24 43/1 64/15 69/22 77/4
88/4 163/24
**mostly [4]**  63/1 72/23 90/12 90/12
**mother [15]**  11/21 12/18 13/4 32/19 44/10
44/14 50/14 50/15 81/15 153/25 153/25
154/8 154/24 155/16 155/16 156/2 173/8
173/8 178/5 178/22 181/14 182/3 185/2
188/11 188/14 188/14 188/15 196/23 196/24
212/11 212/12
**mother's [3]**  44/11 153/22 178/9
**motion [4]**  121/17 121/18 122/9 220/10
**motorcycle [2]**  109/2 118/23
**mouse [1]**  191/10
**mouth [1]**  174/7
**move [29]**  5/12 15/22 32/22 41/15 41/20

**41/24 41/25 42/14 59/5 64/20 84/10 94/9
103/1 103/13 105/11 107/10 129/24 130/2
133/11 140/10 147/16 151/21 153/10 153/21
154/8 154/21 166/25 188/4 216/11
**moved [21]**  14/16 77/12 78/2 78/16 85/10
121/1 121/1 129/15 142/20 143/3 147/8
148/13 148/14 151/20 152/1 152/2 152/3
152/18 153/9 153/24 188/3
**moving [4]**  56/13 78/4 93/21 181/17
**Mr [13]**  113/9 231/4 231/5 231/6 231/8 231/9
231/11 231/12 231/13 231/14 231/17 231/18
231/20
**Mr. [34]**  2/9 3/8 17/15 23/13 24/15 25/3 25/5
27/21 29/15 56/24 57/3 59/14 60/13 62/16
95/12 103/11 103/16 103/20 106/3 106/17
107/4 107/18 110/8 120/21 127/4 131/13
140/17 166/21 194/10 195/1 209/16 219/22
222/23 223/19
**Mr. and [1]**  17/15
**Mr. Bardfeld [10]**  3/8 23/13 24/15 25/5
27/21 29/15 56/24 140/17 194/10 195/1
**Mr. Bardfeld's [1]**  25/3
**Mr. Delpozzo [1]**  107/18
**Mr. Gray's [1]**  120/21
**Mr. Hughes [4]**  59/14 60/13 62/16 95/12
**Mr. Ricky [1]**  219/22
**Mr. Schwartz [6]**  57/3 103/11 106/3 106/17
110/8 222/23
**Mr. Stack [3]**  166/21 209/16 223/19
**Mr. Stefin [6]**  2/9 103/16 103/20 107/4 127/4
131/13
**Mrs [1]**  17/15
**Mrs. [1]**  13/4
**Mrs. Marks' [1]**  13/4
**Ms. [20]**  3/14 6/5 10/24 24/15 24/15 24/16
25/5 25/5 25/6 29/14 50/23 54/17 55/25 57/2
129/6 132/21 193/6 221/8 224/13 224/14
**Ms. Cook [3]**  24/15 25/5 129/6
**Ms. Janet [1]**  24/16
**Ms. Kenny [1]**  25/6
**Ms. Marks [5]**  55/25 132/21 193/6 224/13
224/14
**Ms. Marks' [1]**  221/8
**Ms. Roma [6]**  3/14 6/5 10/24 29/14 50/23
57/2
**Ms. Watts [3]**  24/15 25/5 54/17
**much [43]**  9/5 9/15 9/19 9/20 9/21 10/4 10/9
38/16 47/18 55/14 62/25 68/11 70/23 77/13
81/1 81/16 88/13 92/22 103/3 158/3 158/4
158/17 162/7 163/20 164/6 169/5 178/1
178/4 179/5 180/1 183/6 187/25 188/1 189/9
190/3 190/6 194/3 198/8 202/11 206/25
207/25 208/21 216/7
**multiple [4]**  47/13 73/8 105/7 220/14
**mumble [1]**  95/14
**Mummy [1]**  189/3
**Museum [2]**  36/17 36/18
**must [7]**  90/4 157/25 158/7 197/10 200/16
200/16 202/13
**myself [7]**  36/6 69/5 78/6 152/5 152/9 159/5
202/12

## N

**name [44]**  14/8 23/5 38/10 47/9 54/19 59/7
59/8 59/9 67/12 67/20 68/22 89/1 89/18
91/14 107/10 107/11 108/24 116/4 116/19
116/21 116/22 119/19 119/23 126/13 126/15
126/23 128/9 133/11 133/12 133/13 137/16
140/12 140/12 142/4 142/11 143/11 143/13
143/14 143/16 143/17 143/21 144/4 173/2

# N

name... [1] 198/19
name's [2] 133/13 140/13
named [8] 11/8 23/16 23/20 23/23 62/2 81/12
 128/11 137/23
names [5] 89/6 128/7 131/2 144/18 212/14
Nancy [74] 67/23 68/20 68/22 68/25 69/4
 69/15 69/18 69/20 75/6 75/11 77/23 78/14
 79/4 79/18 80/3 80/9 80/13 80/16 81/2 81/4
 81/14 81/17 81/20 85/1 85/24 86/25 87/17
 88/23 89/10 89/25 90/25 91/25 91/25 92/1
 92/12 93/3 93/13 93/21 93/24 94/2 94/12
 96/18 97/7 97/19 98/5 98/15 98/22 99/12
 99/24 100/4 100/10 100/10 100/16 100/18
 100/19 100/20 101/6 167/25 168/10 168/25
 169/6 169/7 169/10 169/13 175/16 176/16
 176/17 179/7 179/20 180/24 183/9 208/24
 208/25 209/5
Nancy's [6] 83/12 84/9 85/4 98/10 98/24 99/3
National [2] 60/3 60/7
nature [2] 88/1 106/4
near [3] 62/8 145/3 194/16
nearby [3] 71/11 116/2 182/4
necessarily [1] 223/12
necessary [2] 105/13 221/24
neck [3] 13/11 13/12 165/6
necklace [2] 50/10 68/15
need [29] 2/11 6/10 6/12 6/15 13/16 70/23
 72/2 88/14 105/14 140/25 153/5 154/24
 158/20 158/25 161/11 169/23 185/23 189/18
 205/2 216/10 216/12 219/11 222/2 222/9
 223/23 224/10 226/5 229/13 229/25
needed [37] 3/21 4/2 9/5 9/16 43/12 63/15
 65/22 71/4 72/5 74/3 74/5 74/7 74/8 75/19
 75/23 75/24 75/25 78/3 79/11 81/16 81/19
 93/6 93/19 132/2 158/14 161/3 170/4 170/7
 170/9 189/20 203/3 205/13 205/18 205/22
 206/11 210/24 213/1
needs [1] 79/16
negative [7] 183/20 183/22 184/15 184/18
 184/20 184/21 216/13
negativity [1] 64/23
negotiating [1] 163/1
Neiman [1] 73/23
Neiman's [1] 3/22
Neither [2] 194/14 194/16
nephew [1] 13/25
nervous [2] 141/11 154/21
never [40] 4/9 6/16 7/12 7/13 7/16 16/16 18/4
 18/6 18/12 33/24 34/16 35/3 35/5 35/16
 35/25 40/16 43/10 43/10 43/12 48/3 50/23
 51/1 73/24 78/15 84/22 84/24 84/25 88/15
 89/12 92/22 96/25 97/3 157/21 163/3 196/15
 202/10 214/3 220/21 220/23 227/24
nevertheless [1] 170/20
new [28] 11/8 33/15 33/18 43/20 73/18 77/12
 85/7 87/22 89/6 93/10 93/13 94/13 100/3
 142/17 155/11 155/15 155/22 155/23 156/11
 157/4 159/2 163/10 165/21 168/16 173/10
 193/22 199/10 204/3
news [5] 27/17 156/13 156/14 157/6 218/15
next [24] 17/23 58/24 58/25 65/18 69/23
 103/11 107/4 119/25 120/18 132/8 156/7
 165/24 171/16 171/23 175/14 176/12 178/17
 179/1 181/22 198/4 206/15 218/20 221/18
 230/10
nice [9] 11/9 12/20 12/21 18/1 43/15 68/15
 83/24 218/22 219/9
night [4] 75/16 156/4 178/21 200/10

nightly [2] 177/10 177/11
nighttime [1] 75/16
nil [1] 174/7
nine [2] 133/23 145/1
Ninth [1] 188/23
no [205]
nobody [3] 17/13 129/14 194/21
Nods [2] 145/9 207/12
nonavailability [1] 223/2
None [1] 119/7
nonexistent [3] 2/16 223/1 223/1
Nordstrom [1] 3/23
normally [2] 93/7 98/5
note [4] 15/14 92/3 92/9 168/1
notes [14] 27/3 27/18 28/3 28/5 28/10 28/12
 28/13 28/14 28/20 29/2 29/14 45/22 102/20
 192/14
nothing [7] 14/23 27/19 51/21 123/20 183/3
 192/5 194/13
notice [4] 91/16 100/24 108/19 146/13
noticed [1] 226/2
notified [1] 103/20
November [13] 18/22 18/23 19/10 24/21
 24/22 143/3 148/6 151/15 151/16 153/9
 162/25 162/25 233/13
November 11th [1] 148/6
November 2008 [1] 153/9
nowhere [1] 87/10
number [36] 4/21 8/22 23/9 25/23 37/2 39/14
 39/16 51/6 57/17 78/7 78/12 89/19 91/21
 91/22 92/15 106/1 114/5 114/8 114/14
 119/15 121/1 134/13 179/9 179/10 182/5
 193/12 214/5 224/18 225/6 225/12 225/13
 225/21 226/2 226/3 226/8 227/3
number 1 [11] 78/7 78/12 224/18 225/6
 225/12 225/13 225/21 226/2 226/3 226/8
 227/3
number 107 [1] 8/22
number 296 [1] 114/8
number 4 [1] 57/17
number 517 [1] 179/10
number 9 [2] 179/9 179/10
number 9600 [1] 114/5
numbers [3] 78/9 78/17 167/10
numerous [1] 194/20

# O

o'clock [8] 56/7 102/22 102/25 107/2 132/16
 163/23 163/23 218/18
Oakland [2] 108/6 112/24
oath [4] 2/25 56/4 125/17 127/23
obey [1] 94/25
object [8] 56/6 82/1 102/9 103/22 104/3
 122/12 154/16 228/15
objected [1] 55/4
objecting [1] 2/16
objection [60] 5/18 9/13 12/24 13/1 15/5
 15/23 15/25 19/21 19/23 21/17 22/10 31/21
 37/4 45/18 53/6 54/2 55/9 68/2 68/3 76/8
 82/11 84/12 84/13 91/5 91/6 103/24 105/22
 110/8 110/9 110/14 110/16 110/18 113/6
 113/8 113/9 117/13 117/14 121/25 135/12
 135/13 137/2 137/3 137/4 138/24 163/17
 167/2 167/3 170/24 171/13 171/19 174/13
 174/21 180/7 195/12 216/15 216/22 217/15
 218/1 220/19 223/7
objections [6] 5/17 222/7 222/9 222/18
 222/21 222/24
objects [1] 87/21
obligated [3] 27/10 27/11 27/12

obligation [3] 27/8 31/4 31/17
observed [2] 123/4 127/18
obtain [1] 134/10
obtained [3] 116/8 129/20 129/25
obvious [1] 229/21
obviously [3] 104/10 183/1 225/13
occasion [7] 66/17 83/21 93/18 93/25 94/1
 99/1 175/14
occasionally [3] 85/6 86/14 210/25
occasions [10] 18/16 73/8 73/10 81/3 83/7
 98/12 98/13 98/18 160/18 160/18
occupation [1] 133/18
occur [1] 213/24
occurred [1] 44/9
October [34] 18/22 21/24 24/11 15/20 25/22
 26/10 26/11 26/12 26/24 27/1 27/2 27/5 27/5
 28/24 28/24 43/25 45/4 45/9 45/13 46/11
 46/22 49/13 49/14 92/5 100/21 148/5 148/7
 148/9 148/10 148/13 149/21 211/10 211/10
 213/10
October 11th [1] 148/7
October 1996 [1] 148/13
October 19th [1] 27/2
October 2012 [4] 25/22 27/1 27/5 28/24
October 21st [1] 213/10
October 25th [2] 92/5 100/21
October 4th [1] 49/13
off [20] 2/18 20/15 21/11 63/7 77/15 87/15
 87/16 88/7 88/8 89/13 89/25 128/8 130/6
 130/8 169/23 218/17 218/21 227/23 229/11
 230/14
offer [12] 12/22 19/16 67/25 91/3 110/6
 113/3 113/4 117/12 135/11 136/25 138/22
 182/9
offered [6] 40/20 60/19 71/20 103/23 103/24
 147/15
offhand [1] 110/24
office [31] 1/17 4/14 8/8 8/11 22/19 25/3
 42/17 42/22 43/3 77/24 86/5 107/24 107/25
 108/1 109/8 109/14 111/22 112/9 116/8
 116/16 128/25 133/24 134/25 146/7 146/7
 147/16 173/1 198/15 199/6 199/7 201/10
office-bound [1] 146/7
offices [1] 147/15
official [2] 1/23 115/13
offset [1] 104/20
often [8] 16/9 16/10 41/5 75/4 75/4 75/11
 75/18 194/15
oh [18] 17/25 85/24 86/25 106/7 110/12
 120/7 142/11 144/23 160/6 167/17 182/10
 185/1 196/24 200/16 201/6 203/12 204/24
 205/2
okay [213]
old [8] 59/20 59/21 89/15 103/18 116/3
 144/25 145/1 190/22
oldest [1] 144/19
once [15] 10/4 12/4 71/24 75/12 76/24 88/2
 88/12 99/13 101/3 116/15 128/21 128/23
 128/24 165/19 215/3
one [122]
one-half [1] 186/13
ones [5] 25/4 25/9 168/13 183/23 222/24
online [3] 6/21 8/17 49/8
only [34] 6/16 28/7 32/9 32/12 36/21 47/17
 71/9 75/14 83/9 88/3 92/20 94/1 96/20 98/21
 102/2 104/18 124/7 126/24 137/25 138/7
 158/21 164/8 164/11 168/13 178/20 188/15
 191/19 208/7 210/15 210/17 215/10 218/20
 222/18 226/6
open [8] 121/7 123/18 123/23 124/8 124/9

**O**

open... [3]  130/4 130/12 130/21
opened [2]  17/25 149/22
opens [1]  174/12
operating [1]  104/10
operation [6]  7/23 81/25 178/6 178/22
 181/14 190/6
opinion [2]  33/4 214/20
opinions [5]  55/20 102/19 125/11 192/13
 218/15
opportunity [5]  4/21 42/13 42/20 57/22
 57/23
opposed [3]  147/23 213/21 227/22
order [14]  2/1 11/7 30/6 30/16 41/25 64/19
 115/13 118/6 158/14 161/3 170/4 170/10
 220/8 220/12
orders [1]  193/20
oriented [1]  41/3
original [6]  12/13 48/10 48/21 48/23 129/21
 129/22
originally [3]  41/15 128/16 203/23
originated [3]  69/25 70/1 70/13
Ostrow [1]  1/20
other's [1]  80/21
others [2]  36/12 118/20
otherwise [2]  2/19 168/2
ought [1]  182/10
ounce [3]  134/22 135/20 135/21
our [17]  2/24 11/7 32/20 58/25 62/18 80/3
 100/8 102/17 102/25 104/21 116/16 120/18
 142/20 144/4 186/24 188/20 200/14
ourselves [2]  143/6 209/18
outside [5]  42/7 111/23 130/23 136/22
 146/13
over [52]  2/16 13/1 15/25 27/15 28/1 28/11
 28/12 28/15 49/25 63/1 69/20 69/24 70/2
 70/14 75/12 77/9 80/7 85/2 86/21 90/2 91/1
 92/15 92/17 96/1 99/8 107/22 108/3 118/21
 119/7 120/2 120/4 120/6 121/12 122/22
 124/2 124/14 126/9 130/14 142/7 164/17
 171/25 176/19 177/2 181/5 185/24 197/19
 199/16 200/11 211/13 219/7 221/1 224/2
overflow [1]  224/20
overflowing [1]  225/17
overruled [18]  9/14 15/6 15/25 21/18 31/22
 37/5 45/19 53/8 55/10 82/3 163/18 170/25
 171/20 174/22 195/13 216/23 218/3 222/19
own [8]  36/11 81/10 87/1 141/19 141/23
 141/25 150/15 176/17
owned [7]  37/11 97/4 120/9 137/14 137/19
 141/9 141/12

**P**

p.m [7]  103/5 103/5 132/18 132/18 193/1
 193/1 230/16
page [1]  119/16
page 520 [1]  119/16
Pages [1]  1/10
paid [16]  9/19 9/20 9/21 30/21 38/14 71/1
 115/13 142/10 160/19 160/20 165/21 168/20
 168/22 168/23 169/9 185/25
pain [5]  196/9 190/8 199/24 199/25 200/1
pair [3]  48/4 48/8 58/17
palm [3]  1/7 1/24 62/22
pancreas [1]  174/7
pancreatic [3]  155/17 156/3 178/8
paper [5]  35/9 19/13 109/8 118/17 227/25
papers [10]  131/1 137/18 199/6 200/15 201/4
 201/4 201/6 202/6 214/21 216/10

paperwork [6]  52/20 53/2 89/10 89/11 89/12
 135/2
paragraph [4]  21/3 119/18 119/25 139/8
paragraph 11 [1]  119/18
paragraph 12 [1]  119/25
paragraph 14 [1]  139/8
paralegal [1]  102/3
parents [2]  69/6 70/1
Park [4]  11/22 12/9 108/6 112/24
Parkinson's [5]  143/1 150/24 151/5 183/1
 183/2
part-time [1]  42/21
participate [1]  134/2
particular [22]  57/17 61/11 62/11 64/12
 93/17 104/19 105/9 107/23 108/15 109/16
 109/25 112/10 114/15 115/5 134/3 134/18
 149/6 157/12 172/15 198/1 214/25 216/24
partly [1]  204/8
partner [1]  145/21
party [3]  220/11 220/25 227/17
Pasadena [2]  145/3 145/4
pass [2]  191/5 223/24
passed [4]  40/7 44/10 44/14 70/3
passes [3]  188/21 188/25 190/24
passing [2]  44/11 197/19
past [6]  25/17 42/19 79/5 120/25 193/19
 220/1
patient [2]  60/2 60/4
patients [2]  60/5 60/6
Paul [5]  58/25 59/3 59/9 100/16 231/7
Pawn [2]  116/5 116/20
pawnshop [1]  115/23
pay [20]  30/9 30/16 30/22 38/16 47/18 65/12
 158/3 158/5 160/18 161/1 184/7 184/8
 184/10 184/18 186/14 187/19 189/8 190/2
 194/21 211/2
paying [8]  21/9 65/16 65/17 92/23 149/23
 161/14 195/6 208/14
payment [35]  160/21 163/8 167/23 167/24
 167/25 168/7 168/9 168/24 169/1 169/5
 169/15 175/18 176/18 178/24 179/1 179/7
 180/23 180/24 180/25 183/4 185/22 186/5
 186/18 186/22 186/23 187/8 187/10 187/11
 187/20 188/24 189/1 189/2 189/9 190/10
 211/9
payments [19]  166/3 167/7 167/20 168/4
 168/12 168/15 168/19 169/20 169/21 175/15
 176/13 176/15 176/15 178/25 179/2 179/4
 179/5 179/23 205/24
pearl [1]  49/4
pearls [2]  49/5 49/5
peculiar [1]  204/7
peer [1]  121/14
Pennsylvania [1]  33/2
people [29]  8/13 23/14 25/4 27/18 32/3 36/8
 36/12 36/19 36/20 36/23 83/10 90/7 94/21
 94/22 118/2 118/3 118/6 119/10 121/1
 128/21 149/13 160/8 194/12 195/9 195/14
 195/18 198/22 203/4 216/11
percent [11]  183/19 183/24 184/2 184/9
 184/24 185/3 185/4 185/13 186/6 186/8
 186/13
percentage [3]  37/3 37/6 37/7
perfectly [2]  32/6 224/24
perhaps [3]  25/9 37/10 124/23
period [11]  21/3 120/24 21/10 22/2 23/2
 69/20 79/17 80/16 87/16 181/5 201/15
periods [1]  85/2
permanent [2]  70/17 77/20
permitting [2]  222/16 222/16

persecuted [2]  36/23 36/25
person [38]  8/19 11/9 11/19 13/15 14/17
 14/22 14/23 23/5 23/10 23/11 23/12 23/13
 23/15 36/5 36/6 42/8 42/9 66/25 68/9 81/5
 81/6 93/8 93/9 95/3 119/19 119/23 156/22
 156/24 157/11 191/22 192/1 196/21 199/22
 201/18 211/5 216/2 221/3 221/11
personal [10]  10/13 14/6 14/12 14/14 36/10
 43/5 51/1 63/3 64/21 147/5
petals [1]  177/18
pets [3]  41/23 42/3 42/5
PH01 [1]  91/10
PH03 [1]  91/21
PH04 [1]  93/1
PH05 [1]  93/4
PH07 [1]  93/11
PH09 [1]  93/21
PH1 [1]  99/17
PH13 [1]  94/10
PH14 [1]  94/14
PH2 [1]  99/17
Philadelphia [1]  37/14
phone [16]  7/7 23/10 24/8 33/3 33/5 39/14
 39/16 75/12 78/16 163/19 163/21 164/17
 165/16 191/20 197/15 215/7
phoned [1]  163/19
phonetic [1]  197/4
photo [1]  129/22
photograph [10]  13/20 67/15 82/9 84/6
 111/15 111/25 112/3 118/5 123/23 136/21
photographs [8]  5/6 109/15 109/20 110/11
 110/15 110/16 110/21 131/19
photos [4]  66/24 67/9 118/8 118/9
physical [1]  181/7
physically [1]  92/23
picked [3]  106/2 173/1 212/18
picture [17]  13/5 13/8 49/8 49/9 49/15 78/8
 89/8 111/15 121/10 123/7 123/10 123/25
 124/12 124/20 125/23 129/22 136/22
pictures [6]  5/6 5/14 57/23 109/25 118/12
 131/25
piece [4]  15/9 19/13 50/14 111/20
pieces [12]  4/23 5/7 5/9 5/24 5/25 38/21
 48/14 48/15 48/17 48/18 48/18 106/2
Pietro [1]  116/21
piled [1]  118/24
pink [1]  225/3
place [19]  39/12 52/3 60/19 61/6 61/23 71/24
 74/15 95/24 95/24 96/2 98/6 143/4 146/25
 147/21 147/23 163/3 164/6 209/11 218/12
placed [1]  116/16
places [1]  35/9
plain [6]  120/3 121/6 121/8 121/13 130/19
 130/21
planning [1]  230/10
plastic [2]  103/17 117/10
play [1]  165/7
played [4]  2/17 223/5 223/13 223/23
playing [1]  193/11
Plaza [1]  156/10
plea [1]  103/2
please [30]  2/2 3/3 55/24 56/17 59/1 59/7
 102/20 106/20 106/23 107/8 113/13 125/9
 131/24 132/20 132/25 133/3 133/7 133/9
 140/5 140/8 140/12 148/25 154/18 161/16
 186/10 192/13 194/24 198/13 218/14 218/16
plus [2]  65/13 98/5
point [64]  17/2 23/18 24/16 27/6 27/7 29/7
 40/8 40/18 54/15 63/20 64/8 76/3 77/5 78/8
 78/18 79/18 79/21 79/23 87/4 88/19 105/20

**P**

point... [43]  106/13 106/14 113/17 113/18
119/16 121/21 122/3 129/8 131/20 152/18
162/1 162/5 170/12 176/2 178/3 181/12
182/22 185/12 185/20 186/2 193/22 195/24
195/24 196/5 196/18 197/18 198/9 201/21
202/1 203/6 203/20 206/2 206/7 206/9
206/21 210/6 211/4 212/7 212/21 215/9
219/12 221/23 226/9
police [6]  88/16 88/20 89/16 209/8 209/14
209/15
policing [1]  209/11
pool [1]  17/23
population [2]  37/3 37/8
posed [1]  113/7
position [3]  28/22 207/24 207/25
positions [1]  85/12
positive [2]  11/18 85/8
possession [2]  91/1 116/11
possible [6]  11/20 12/1 12/8 24/23 31/10
31/15
possibly [2]  115/3 124/14
post [2]  50/1 125/23
potential [2]  9/8 86/23
pound [1]  175/18
pounds [15]  150/5 150/6 162/9 162/10
162/14 180/11 180/14 183/12 183/13 183/16
184/1 188/7 198/10 198/11 210/11
power [1]  171/5
practical [1]  216/9
practice [3]  36/10 36/11 36/13
practicing [1]  148/19
pray [1]  176/19
prayed [1]  171/25
prayer [1]  161/15
prayers [7]  87/18 88/1 159/17 160/24 161/19
164/17 177/14
praying [2]  88/2 177/2
precipitated [1]  88/22
precise [1]  53/25
predicated [1]  121/3
premises [2]  119/11 148/1
prepare [2]  57/14 57/15
prepared [8]  57/11 57/16 112/10 166/14
166/16 166/19 166/22 167/19
presence [1]  80/22
present [7]  2/4 55/25 73/14 88/11 103/8
132/21 193/6
preserve [1]  105/22
press [2]  224/15 227/23
pressure [1]  79/15
presume [2]  157/25 202/13
pretty [9]  68/11 77/25 87/4 118/4 155/15
163/20 164/6 178/4 229/9
previously [2]  4/20 113/7
price [7]  9/7 31/13 114/8 114/19 150/3 150/5
183/11
primarily [3]  9/5 97/7 121/3
primary [1]  14/5
principally [1]  197/3
prior [1]  223/19
privacy [3]  20/25 21/5 21/7
private [2]  78/20 89/18
privy [1]  32/25
probably [16]  7/4 26/12 37/2 39/5 52/20
75/13 97/18 150/10 158/18 162/13 179/11
197/10 197/13 205/6 207/4 226/1
problem [17]  16/5 16/7 16/8 16/19 18/7 18/9
18/13 18/14 40/15 40/16 42/10 42/12 56/21

86/17 132/9 194/9 207/22
problems [11]  16/22 32/13 39/25 40/4 62/14
142/23 159/24 160/1 160/1 170/3 225/1
proceed [5]  2/6 103/9 107/15 132/7 133/5
proceedings [16]  1/11 3/2 26/21 55/23 56/16
103/6 106/22 120/23 132/19 133/2 154/19
193/2 194/23 207/24 224/8 233/11
proceeds [1]  162/4
produce [1]  222/25
Proffer [6]  125/20 126/20 231/13 231/14
profit [1]  31/14
progress [1]  174/20
progressing [1]  182/22
progression [1]  187/1
project [1]  96/4
promise [2]  46/4 46/6
promised [6]  46/8 46/13 46/17 52/16 55/6
100/10
promises [1]  74/21
promising [1]  29/1
properties [2]  140/24 141/1
property [7]  96/7 96/11 139/17 183/7 221/2
221/4 221/10
proprietary [1]  122/5
proprietor [1]  116/19
protect [1]  207/24
protection [1]  161/20
provide [3]  27/11 29/5 170/14
provided [6]  9/24 24/19 25/14 38/18 119/15
166/11
psychic [15]  37/23 37/25 38/5 38/7 60/19
61/9 61/17 61/24 62/3 62/6 81/9 87/12 94/7
97/9 98/6
psychological [1]  61/9
publish [6]  68/16 84/15 105/9 105/12 117/17
137/6
pull [7]  59/6 107/9 133/10 140/9 140/11
140/16 194/4
pulled [5]  61/25 62/24 62/25 162/22 162/25
purchase [13]  43/20 73/22 114/1 147/20
148/5 149/15 149/25 150/5 162/15 162/16
162/19 183/15 185/14
purchased [12]  4/11 47/13 48/8 48/9 57/21
114/2 114/20 149/5 149/19 150/19 188/6
198/16
purchasing [1]  163/1
purpose [12]  8/10 61/5 75/23 104/18 112/17
119/16 142/15 157/3 159/15 169/15 169/25
200/22
purposes [9]  9/5 103/23 105/7 105/16 106/12
138/19 154/17 226/12 229/1
purse [2]  13/7 13/10
pursuant [1]  116/7
put [39]  8/7 9/23 9/25 20/3 23/12 37/16
51/11 51/17 52/17 52/19 52/19 53/1 53/11
87/6 101/25 106/3 123/25 125/23 172/2
172/11 172/16 172/18 172/19 174/11 177/18
182/9 183/20 187/15 189/23 191/20 197/15
198/18 200/18 208/19 209/16 210/25 215/6
227/14 229/25
putting [2]  12/14 189/25

**Q**

quantity [1]  114/7
quarter [4]  153/11 153/12 198/10 198/11
question [23]  31/6 50/20 52/23 53/6 62/17
76/11 97/24 101/5 102/9 104/4 105/18
136/11 148/25 178/15 180/7 180/10 207/7
207/7 219/16 220/25 221/15 221/16 226/6
questioned [5]  44/1 44/3 44/11 44/17 44/19

questioning [3]  44/5 45/14 50/16
questions [22]  10/19 13/20 24/19 25/12
55/12 58/21 66/19 69/13 102/11 117/19
120/12 120/15 124/24 125/18 126/19 127/3
127/11 131/11 131/11 137/8 139/24 223/18
quick [1]  118/4
quickly [5]  41/21 41/25 63/7 94/9 106/4
quite [10]  4/7 39/20 68/23 100/3 160/19
185/16 187/24 197/13 204/24 211/14
quote [1]  80/8
quote-unquote [1]  80/8

**R**

R-e-g [2]  144/12 144/13
raise [7]  59/1 102/2 106/10 133/6 140/5
224/10 227/8
raised [5]  220/4 220/21 222/8 222/18 222/24
raising [1]  228/5
Rambler [1]  83/22
ran [6]  81/11 81/11 81/18 81/25 96/24 97/5
Randy [16]  14/8 15/14 16/21 16/22 16/22
17/15 18/8 18/9 18/13 18/14 18/15 18/15
18/23 19/10 44/9 51/2
Randy's [1]  15/15
rang [4]  17/13 169/9 185/1 214/5
range [1]  25/25
rapidly [1]  63/24
rare [3]  94/1 113/20 114/1
rarely [1]  194/15
rather [4]  8/14 42/16 224/1 224/2
ratio [1]  37/7
Raton [1]  1/22
Razia [1]  143/20
Razia's [1]  143/21
reach [6]  7/21 43/12 47/17 78/9 78/24 227/19
reaches [1]  36/8
read [14]  3/5 46/15 57/14 57/17 100/14
113/23 119/25 131/2 139/8 199/9 200/8
200/9 228/11 228/11
reading [18]  9/20 14/18 22/24 61/9 62/3 62/6
62/22 65/4 65/14 81/10 98/6 156/14 156/15
157/11 157/14 157/24 158/3 158/4
readings [4]  61/17 94/8 97/9 157/10
ready [7]  2/6 2/19 56/2 103/9 132/22 133/5
193/3
real [3]  26/13 49/4 49/5
realization [1]  78/22
realize [2]  199/4 225/22
realized [4]  76/4 87/8 90/5 191/3
really [34]  2/14 14/20 61/13 62/24 63/7 63/9
63/19 72/8 92/22 92/23 93/24 98/13 100/1
100/5 102/8 151/3 151/22 154/11 157/7
161/18 174/4 174/4 182/7 182/8 189/2
194/15 196/15 204/7 211/16 212/4 214/5
215/18 218/10 229/4
Realtime [1]  233/10
reason [13]  9/11 9/12 13/23 14/1 14/3 16/4
41/17 41/19 41/24 99/20 105/19 173/5
203/14
reasons [5]  14/6 22/3 100/21 148/14 204/8
reassure [1]  94/17
recall [34]  4/13 5/22 13/12 40/23 45/7 46/12
51/19 52/18 52/24 53/9 53/10 57/4 62/7 63/4
108/24 111/21 112/13 113/19 116/19 118/10
126/22 127/9 130/23 131/3 131/8 131/9
134/12 137/21 156/15 160/19 195/15 214/7
215/17 215/18
receipt [10]  48/23 49/1 71/18 71/20 71/22
91/24 92/1 100/14 101/17 116/20
receipts [1]  48/21

**R**

receive [2] 78/15 162/4
received [11] 26/22 26/23 26/24 27/2 49/11 52/20 53/1 105/2 150/12 155/20 189/5
recess [9] 55/19 55/22 103/5 132/18 192/12 192/13 193/1 218/13 230/16
recognize [19] 12/18 15/10 15/11 15/12 15/13 67/9 67/15 67/16 67/17 82/5 82/9 82/13 82/15 84/6 84/8 90/20 93/1 93/12 117/3
recollection [1] 130/20
recollections [1] 13/14
recommendations [1] 122/12
reconsider [1] 20/16
record [13] 2/4 9/2 28/23 55/25 83/1 103/7 132/21 139/21 229/11 229/25 230/1 230/14 233/11
records [9] 11/7 30/8 35/21 90/24 103/18 106/1 106/1 111/12 111/13
Recover [1] 108/14
recovered [3] 109/13 111/24 116/15
red [5] 87/23 118/22 129/18 129/18 129/19
redactions [1] 2/13
redirect [7] 55/14 56/25 102/13 120/14 139/25 140/1 231/6
refer [6] 11/9 105/14 105/19 106/13 119/16 216/1
references [1] 105/3
referred [4] 83/1 121/20 124/15 161/6
referring [16] 6/25 49/17 82/15 101/17 119/18 120/5 124/13 125/1 160/2 167/16 168/6 183/22 184/13 198/9 205/5 212/7
reflect [1] 83/1
refresh [1] 139/10
refreshed [1] 119/22
refreshing [1] 119/17
refurbish [4] 147/15 149/20 150/2 150/11
refuse [1] 87/9
Reg [5] 144/4 144/9 144/10 144/11 145/14
regard [1] 6/16
regarding [5] 2/16 27/4 36/19 53/5 54/18
region [1] 213/19
Registered [1] 233/9
regularly [1] 178/25
reimbursement [1] 54/10
reiterate [1] 210/13
relate [1] 122/6
related [4] 60/10 90/18 90/25 104/24
relating [3] 166/12 183/4 213/6
relation [1] 154/4
relationship [17] 3/15 6/5 6/22 15/2 15/3 15/18 22/5 51/2 75/6 79/1 85/17 85/17 86/23 87/17 99/7 143/7 182/19
relatively [1] 97/12
relax [1] 219/5
released [1] 174/17
relevance [4] 15/5 15/24 37/4 174/13
relevancy [1] 154/16
religion [4] 36/8 36/10 36/12 36/14
religious [1] 64/12
religiously [2] 164/22 177/23
relying [1] 121/6
remained [1] 44/10
remarked [1] 83/22
remember [45] 12/20 13/6 22/22 22/23 23/5 23/14 24/14 24/22 24/23 25/2 26/8 31/15 33/16 33/22 34/14 47/10 52/12 54/1 54/8 54/17 83/16 96/1 111/11 115/25 116/4 121/17 128/2 128/7 128/11 157/15 157/15

157/16 158/1 166/1 173/9 180/20 189/22 195/15 212/24 213/11 214/9 215/11 215/13 218/20 222/15
remembering [1] 13/16
remind [2] 119/18 218/14
remitter [2] 115/15 115/16
remove [1] 69/7
removed [1] 87/24
rendered [2] 105/6 226/18
renew [1] 223/7
rental [1] 108/16
rented [5] 108/22 119/19 119/23 143/5 220/14
repeat [1] 177/15
Rephrase [1] 180/10
report [12] 2/9 26/23 44/8 46/15 46/21 46/22 46/24 105/16 105/18 106/7 122/12 223/20
reported [2] 224/17 228/10
reporter [9] 1/23 1/23 62/18 95/15 132/16 228/8 229/6 233/9 233/10
reporting [2] 104/16 105/1
reports [13] 2/16 27/2 27/8 27/10 27/11 27/12 27/19 27/25 28/15 28/17 29/2 29/3 218/16
represent [1] 127/13
representation [2] 73/16 75/22
representations [4] 72/17 81/20 105/4 196/11
representative [1] 52/14
represented [1] 104/25
represents [1] 185/12
Republic [1] 73/24
request [1] 77/3
requested [1] 217/4
requesting [1] 55/6
require [1] 70/7
required [1] 79/9
rescue [1] 42/6
research [2] 102/19 218/17
resented [1] 188/13
reside [2] 145/2 145/6
residence [2] 81/8 96/11
residences [1] 100/2
resolve [6] 63/16 64/20 125/9 219/15 219/25 221/13
resolved [2] 220/4 224/16
respect [10] 36/12 85/16 86/23 122/4 135/17 136/7 220/10 220/11 222/4 222/10
respiratory [1] 6/12
respond [2] 77/3 210/22
response [2] 53/16 210/19
responsible [1] 92/24
rest [3] 9/23 32/13 168/3
restroom [1] 192/20
result [1] 204/16
results [1] 77/9
resumed [1] 3/9
retain [1] 29/19
retire [2] 151/7 151/8
retired [4] 140/24 141/8 173/8 173/9
retreat [3] 149/10 149/12 149/13
retreats [1] 149/14
return [14] 10/16 46/4 46/7 46/8 46/13 46/17 92/4 97/19 104/15 168/18 181/6 205/21 206/12 206/13
returned [36] 4/18 9/18 10/4 20/3 20/4 44/1 44/12 44/18 44/20 45/2 48/7 71/17 71/23 73/2 73/20 94/19 97/16 100/11 100/22 100/25 101/4 163/12 163/15 165/17 168/18 171/11 176/7 185/21 206/3 206/5 207/17

207/18 210/7 210/9 210/12 210/14
returning [2] 45/23 70/19
returns [8] 103/19 103/21 103/23 104/8 104/17 104/19 104/19 105/8
Revenue [2] 23/20
reverse [1] 148/10
reviewing [1] 57/23
revolving [1] 179/10
Rich [2] 144/8 144/10
Richard [2] 128/3 128/10
Rickey [1] 83/16
Ricky [11] 83/13 83/14 84/9 84/18 119/24 120/9 122/10 122/11 219/22 220/11 220/15
rid [3] 160/25 161/21 200/1
right [166]
right-hand [5] 111/19 118/15 123/13 126/1 129/17
rights [3] 54/14 201/2 201/3
rims [1] 112/1
ring [6] 163/21 163/22 191/21 197/15 214/3 214/4
rings [1] 50/18
risk [1] 227/17
ritual [1] 177/16
rituals [3] 87/18 88/4 165/2
River [4] 65/23 66/8 80/3 94/6
RMR [1] 1/23 233/16
road [4] 61/1 76/24 116/1 154/7
Road 7 [1] 116/1
rock [1] 165/9
Rockville [1] 59/17
Roger [1] 1/16
role [1] 139/18
Roma [8] 3/9 3/14 6/5 10/24 29/14 50/23 57/2 231/3
Roman [2] 36/7 64/15
Romantically [1] 152/22
room [9] 17/24 102/23 102/24 103/1 125/8 125/10 175/8 175/8 194/9
roommate [1] 95/2
rooms [1] 149/2
root [4] 70/12 72/5 75/24 196/10
rose [88]
Rose's [1] 98/9
rough [2] 27/3
Roughly [1] 198/12
routine [1] 50/8
routinely [1] 25/8
row [1] 101/23
Royal [1] 172/20
rule [3] 220/6 223/7 223/8
ruled [3] 220/5 220/11 220/14
ruling [7] 121/23 121/24 121/25 222/5 222/6 223/17 223/23
rummage [1] 121/13
run [3] 17/21 97/6 150/21
running [3] 149/24 150/19 151/1
rushed [1] 174/5

**S**

S-h-a-h [1] 143/19
sacrifice [19] 69/7 70/7 70/9 70/17 70/24 72/5 75/23 161/1 169/21 169/25 170/11 170/13 170/16 173/13 176/19 176/21 180/18 185/23 185/24
sacrifices [5] 74/9 75/25 76/25 79/1 87/8
sad [5] 61/14 64/2 72/8 152/9 152/12
saddened [1] 63/8
safe [7] 35/4 137/14 137/14 138/6 139/13 139/16 139/16

**S**

safety [2] 134/10 137/16
Saks [1] 3/22
sale [9] 141/19 146/14 146/15 146/17 146/21
162/4 182/5 189/6 198/6
same [29] 21/4 39/14 66/12 66/14 66/14
75/22 79/15 86/5 91/22 96/20 98/9 101/18
111/17 114/18 136/22 154/5 154/5 154/6
154/6 167/16 167/17 190/11 194/9 216/1
216/2 216/6 217/11 217/13 217/17
sat [1] 81/14
Saturday [2] 17/12 17/19
saving [1] 90/6
saw [36] 12/19 17/24 18/18 37/20 37/23
37/24 49/9 49/10 58/20 61/14 69/3 69/23
82/5 83/5 84/22 89/2 89/5 89/8 89/9 96/20
97/3 98/11 99/12 99/13 99/14 101/23 121/11
123/13 126/24 131/20 131/22 146/13 156/11
160/20 178/4 201/5
say [67] 6/25 15/18 20/22 20/24 21/21 24/2
30/23 52/6 62/6 63/23 66/6 68/23 69/25
71/24 72/9 74/25 76/13 76/14 76/15 81/12
81/16 85/25 86/3 88/13 93/18 97/9 99/12
99/13 100/4 100/10 105/8 106/6 110/23
120/4 124/21 129/12 147/3 147/10 148/18
157/21 161/8 172/18 175/23 176/21 182/14
184/12 186/24 187/2 187/4 189/24 191/15
196/17 197/9 198/8 199/19 201/12 203/8
204/21 206/9 208/23 210/20 210/25 211/18
212/6 214/17 215/20 230/9
say-so [1] 85/25
saying [30] 24/5 26/13 28/6 36/1 52/18 55/6
86/12 86/25 97/15 111/6 124/14 146/11
146/14 159/19 160/21 168/1 178/19 179/8
182/10 195/16 197/13 201/13 202/6 203/12
205/1 205/4 205/18 214/18 214/20 215/22
says [17] 15/17 15/20 20/14 21/3 44/8 92/5
93/15 100/15 100/16 110/22 114/4 123/1
123/3 123/3 123/17 127/18 169/6
scale [1] 99/2
scammed [1] 209/13
scared [1] 76/20
scene [7] 110/3 118/2 118/5 129/1 129/12
129/13 131/19
scene's [1] 128/22
scheduled [1] 89/13
school [1] 50/18
Schwartz [12] 1/19 57/3 103/11 106/3
106/17 110/8 222/23 231/5 231/9 231/12
231/13 231/18
Scotland [1] 172/21
screen [2] 68/8 100/15
search [34] 4/22 108/5 108/18 115/19 115/21
116/7 119/11 121/1 121/3 121/5 121/16
122/11 122/15 128/23 128/24 129/1 129/10
129/20 129/24 134/3 134/8 138/1 138/2
138/8 138/10 139/12 139/18 139/19 139/21
219/13 219/20 219/22 221/1 221/12
searched [3] 89/7 89/13 103/17
seat [1] 55/20
seated [53] 2/3 3/4 55/24 56/18 106/24 107/8
125/15 132/20 133/4 133/9 140/8 194/25
219/10
Seattle [4] 41/15 42/1 42/14 43/9
second [13] 7/4 32/3 65/25 78/1 79/10 82/22
82/23 85/18 169/3 192/10 192/10 217/10
224/19
seconds [1] 227/23
secret [15] 4/22 5/23 23/22 57/15 57/24 58/1

58/16 94/24 107/19 107/21 112/9 112/16
115/9 133/19 133/21
section [1] 2/15
secure [3] 119/11 128/22 128/23
secured [2] 31/5 129/12
securing [1] 129/13
security [1] 148/14
seeing [13] 13/12 38/5 77/10 77/13 79/18
113/19 152/20 159/15 164/5 164/6 168/14
171/7 209/7
seek [1] 14/22
seem [6] 74/20 74/22 85/21 86/8 86/9 174/16
seemed [3] 30/23 79/3 182/23
seems [2] 194/11 194/21
seen [11] 48/20 80/1 82/8 98/14 98/22 109/7
121/10 123/23 178/20 225/9 227/3
seize [1] 135/3
seized [19] 4/22 4/24 51/12 51/22 52/22
53/17 105/10 105/25 106/5 108/25 112/7
112/11 112/14 112/23 116/10 117/5 121/2
122/9 135/8
seizure [3] 221/3 221/8 221/10
sell [12] 30/15 30/22 31/3 31/16 32/21 41/25
150/23 151/2 151/3 151/3 151/4 151/10
selling [1] 154/15
semi [1] 173/9
semi-retired [1] 173/9
Seminole [4] 114/21 116/3 214/10 214/11
semiretired [1] 140/24
send [35] 3/16 12/2 18/23 19/10 20/7 30/6
34/7 54/15 93/19 125/3 164/19 165/24 169/7
169/13 172/7 173/12 173/14 173/18 175/14
176/5 176/9 176/12 178/23 180/17 180/22
181/22 185/3 185/24 196/14 201/7 207/13
207/15 210/18 216/9 217/4
sending [17] 9/15 94/17 173/19 175/20 176/2
176/14 180/5 185/8 185/11 209/12
210/15 210/17 214/21 214/22 216/6 216/19
sense [7] 90/7 101/18 147/4 193/21 193/24
202/4 202/8
sent [50] 3/18 5/10 5/25 7/7 9/17 10/11 10/15
19/11 20/4 20/6 20/9 37/17 48/5 48/11 49/8
49/15 54/5 54/21 57/11 93/13 94/12 95/1
108/13 161/12 165/3 165/8 171/1 175/15
175/17 176/13 177/3 178/25 179/1 180/3
181/4 184/24 196/3 205/17 206/22 206/23
207/18 208/9 209/9 209/10 213/5 213/6
213/9 215/22 217/7 217/13
sentence [1] 169/24
separate [3] 77/6 77/8 207/16
separated [3] 40/8 40/11 202/19
September [11] 14/17 24/1 24/3 24/7 45/5
46/12 46/22 206/16 206/17 208/19 209/21
serious [1] 81/22
Service [15] 4/22 5/23 23/20 23/22 57/15
57/24 58/1 58/16 107/20 107/21 112/9
112/17 115/9 133/20 133/22
services [5] 60/19 60/20 65/16 65/17 105/6
session [3] 83/8 85/2 218/20
set [3] 27/22 57/19 85/6
setting [2] 148/16 148/18
settlement [4] 43/8 43/15 43/16 43/17
seven [5] 39/6 42/6 70/2 107/22 108/3
several [10] 32/21 33/6 39/16 42/12 42/19
69/24 80/25 83/20 98/11 100/1
SFranklinUSDC [1] 1/25
Shah [2] 143/17 144/4
shame [1] 90/12
shamed [1] 87/10
shameful [1] 87/12

share [2] 46/18 162/14
shares [1] 189/6
shatter [1] 64/23
she'd [14] 64/7 158/25 159/17 160/23 160/24
163/22 175/8 177/14 177/15 191/21 203/16
210/24 210/25 214/19
she's [21] 41/13 72/10 82/18 85/4 85/5 104/6
154/21 155/5 156/23 185/1 205/4 205/7
208/10 208/14 210/2 210/4 225/2 226/9
227/5 227/13 228/9
sheet [5] 67/14 135/3 164/19 164/19 164/20
shelf [2] 111/20 123/13
shirt [2] 82/19 225/3
shocked [1] 90/3
shop [8] 11/8 39/11 60/24 61/24 80/14 81/10
81/11 116/4
shopped [1] 73/24
shopping [2] 61/7 182/16
short [5] 26/1 63/6 88/5 150/25 192/11
short-term [1] 150/25
shortly [7] 76/3 125/12 129/9 206/7 225/2
225/11 225/15
should [25] 63/15 73/14 86/20 101/11 121/16
122/13 127/10 131/17 139/23 158/10 175/8
177/16 199/5 202/6 203/13 203/15 203/15
204/23 204/25 214/2 215/14 215/15 223/10
227/17 229/2
shouldn't [1] 200/18
show [32] 5/4 12/16 15/9 15/10 18/25 19/9
49/11 57/9 58/8 67/5 84/1 90/15 91/9 92/25
104/10 104/12 104/19 105/4 109/18 111/14
112/19 114/13 116/17 124/17 124/20 129/6
135/5 136/20 138/9 156/20 166/10 223/11
showed [1] 164/7
showing [10] 68/8 93/11 103/11 110/21
111/25 113/16 113/22 115/11 117/2 224/3
shown [1] 99/16
shows [2] 104/22 105/17
shrugged [1] 86/25
shuts [1] 227/23
siblings [5] 32/24 33/2 33/3 33/5 33/9
sic [2] 20/6 92/23
sick [2] 6/10 174/4
side [19] 9/23 61/23 82/23 82/25 91/17 94/2
95/23 111/8 122/22 122/22 123/14 123/22
126/1 126/5 126/7 127/18 129/17 130/14
130/15
sidebar [9] 26/21 29/12 120/23 125/6 154/19
155/9 224/6 224/8 230/13
sided [1] 37/11
sign [10] 61/14 61/16 94/7 95/20 97/10 97/12
97/13 99/23 139/1 156/11
signature [1] 100/22
signed [6] 71/23 92/12 139/20 201/13 202/5
202/6
significant [1] 92/18
significantly [1] 226/12
silence [3] 20/13 21/10 22/2
similar [4] 79/14 80/15 80/17 177/12
simulated [1] 49/6
since [10] 3/6 21/1 39/15 60/12 95/3 121/6
132/16 132/16 142/11 193/20
sincere [1] 74/20
sing [1] 152/4
singing [1] 165/7
single [2] 59/23 79/2
sink [1] 224/23
sinks [3] 224/19 224/25 225/17
sir [51] 59/1 59/4 59/11 59/22 60/21 61/9
69/17 102/15 107/9 109/23 110/25 111/7

**S**

**sir...** [39]  112/22 113/24 114/12 114/24 115/2 115/12 115/24 117/7 118/1 118/4 118/16 119/9 120/1 120/16 125/17 125/19 125/25 127/6 127/20 127/21 128/1 128/13 128/19 129/3 129/5 129/16 130/1 130/3 130/5 130/7 130/16 130/19 131/15 133/6 133/10 133/15 133/18 140/2 224/5
**sister** [8]  13/24 33/8 65/20 65/21 66/5 66/6 66/7 80/8
**sisters** [4]  32/10 32/13 32/16 32/22
**sitting** [1]  225/3
**situation** [10]  6/6 6/7 6/17 18/20 23/11 33/1 63/4 85/9 95/3 212/8
**six** [19]  4/12 37/11 88/13 135/23 159/9 159/12 164/9 164/11 191/5 191/6 191/7 191/10 191/12 204/9 208/3 208/5 208/6 208/7 208/8
**six-month** [1]  208/5
**six-sided** [1]  37/11
**Sixth** [1]  189/1
**Sixty** [2]  114/10 190/23
**Sixty-four** [1]  190/23
**size** [3]  43/15 43/17 134/13
**Skilling** [1]  29/5
**skipped** [1]  80/6
**Skippy** [1]  99/5
**slash** [1]  69/4
**sleazy** [1]  68/14
**sleep** [1]  87/21
**sliding** [1]  17/25
**slightest** [1]  86/9
**slightly** [3]  57/20 75/8 185/7
**small** [2]  12/21 49/20
**social** [4]  63/4 86/13 98/13 99/8
**sold** [17]  9/8 30/16 31/1 31/9 31/12 31/13 31/15 41/16 96/1 141/22 142/20 143/2 150/17 151/12 162/1 162/7 162/24
**solicitor** [8]  146/2 146/3 146/4 146/7 147/11 148/19 200/20 202/24
**solicitor's** [1]  147/15
**solicitors** [4]  198/5 205/3 205/8 208/1
**solve** [1]  16/18
**somebody** [11]  16/25 65/5 119/11 120/9 148/15 156/16 168/9 208/4 209/16 221/1 226/1
**somebody's** [2]  78/5 208/3
**someday** [1]  20/17
**somehow** [1]  78/21
**someone** [9]  14/19 23/6 52/10 66/3 81/12 84/20 130/17 221/4 221/10
**something** [47]  19/18 20/2 20/5 30/7 38/19 55/16 61/18 63/17 78/4 81/7 82/9 85/6 85/11 86/2 95/24 99/2 101/24 102/6 116/5 116/6 120/5 156/7 156/13 158/5 159/20 160/20 177/16 177/19 179/9 180/18 180/19 180/20 181/24 186/24 197/4 197/21 198/12 202/4 207/4 214/11 214/11 214/12 215/13 223/9 223/16 223/22 229/18
**sometime** [1]  26/9
**sometimes** [13]  16/13 25/6 29/16 30/16 40/2 40/3 42/22 45/1 75/20 93/9 98/19 98/24 177/14
**somewhat** [3]  29/5 100/7 111/16
**somewhere** [3]  182/2 184/6 215/12
**son** [6]  83/12 99/2 137/23 144/19 144/25 159/4
**soon** [1]  193/7
**sooner** [1]  129/9

**sorry** [48]  5/22 40/12 41/3 49/14 61/9 85/20 101/8 106/25 110/12 127/22 131/15 133/4 137/14 140/21 140/25 141/25 143/22 144/14 144/23 148/6 149/11 152/11 153/7 157/18 158/20 158/21 160/4 163/4 167/13 168/21 169/2 169/4 175/4 178/13 179/11 180/15 183/13 184/17 186/11 192/9 197/12 199/25 205/19 205/21 206/25 210/16 211/15 218/24 205/25 207/22 212/4 212/5 216/5
**sort** [22]  43/8 98/16 132/8 149/12 152/8 159/19 160/7 165/3 170/8 176/14 176/17 177/16 178/14 202/12 204/5 204/23 204/24 205/3 207/22 212/4 212/5 216/5
**sorting** [1]  182/16
**soul** [1]  79/5
**soulmate** [8]  63/10 63/14 65/6 69/8 78/2 78/7 78/12 157/21
**sound** [1]  56/12
**sounded** [1]  6/11
**sounds** [1]  222/16
**sources** [5]  72/23 72/25 74/10 74/11 79/7
**South** [3]  1/21 23/8 23/9
**SOUTHERN** [1]  1/1
**space** [4]  208/5 219/23 221/1 221/11
**speak** [20]  5/8 22/2 27/21 45/1 140/11 140/15 140/22 140/25 141/10 148/25 158/20 161/11 161/16 169/23 189/18 194/14 194/16 194/16 194/18 214/6
**speaking** [8]  24/22 32/17 52/18 144/24 186/10 203/2 211/13 214/6
**special** [12]  23/19 23/22 27/1 49/13 89/22 107/6 107/19 117/25 120/18 128/10 129/11 133/19
**specific** [3]  24/19 46/12 66/17
**specifically** [6]  6/7 14/7 61/8 195/16 206/5 210/10
**specifics** [2]  45/7 45/14
**spectrum** [1]  64/17
**spell** [8]  59/7 101/6 101/9 101/11 107/11 133/12 140/12 143/18
**spelled** [1]  133/14
**speller** [1]  101/9
**spelling** [2]  101/18 140/14
**spend** [2]  205/2 219/3
**spending** [6]  104/23 176/22 176/23 176/24 177/1 182/15
**spent** [1]  92/15
**sperm** [6]  200/17 200/18 200/24 201/13 201/25 202/17
**spewing** [1]  120/2
**spill** [1]  90/2
**spilling** [1]  120/4
**spiral** [1]  76/18
**spirit** [6]  70/19 70/24 93/6 196/6 196/9 196/11
**spirits** [10]  64/10 64/13 72/15 72/18 72/20 196/6 196/9 196/13 205/9 229/12
**spiritual** [6]  36/4 36/6 64/12 85/4 100/21 101/3
**spirituality** [2]  36/7 64/9
**spit** [1]  87/23
**splashed** [1]  120/5
**splitting** [1]  122/14
**spoke** [4]  23/15 25/5 212/23 212/24
**spoken** [3]  185/1 215/2 215/3
**Sporadically** [1]  25/19
**spots** [1]  194/9
**spreadsheet** [5]  9/18 9/23 166/2 167/6 167/8
**spreadsheets** [5]  9/19 12/10 12/15 31/10 31/12
**Springfield** [5]  60/25 66/11 80/14 95/21 97/2
**square** [1]  118/21

**squeezed** [1]  174/9
**stack** [8]  23/17 25/5 25/8 114/11 166/21 209/16 223/6 223/19
**stacked** [1]  119/4
**stage** [3]  69/1 86/11 181/8
**stages** [2]  80/11 191/4
**stainless** [1]  136/14
**stalk** [2]  22/8 22/14
**stamp** [1]  119/15
**stand** [4]  3/9 90/10 125/16 194/8
**standing** [3]  13/9 122/4 220/10
**star** [3]  37/11 37/11 37/13
**start** [16]  62/17 65/5 67/10 68/24 107/2 161/3 168/19 173/25 186/10 193/23 193/24 211/4 212/2 212/3 212/21 216/19
**started** [23]  12/14 13/23 33/4 34/2 35/3 38/5 62/19 62/21 63/3 69/5 75/4 81/12 92/21 106/25 128/24 150/21 158/7 160/22 174/17 181/15 185/20 214/13 214/24
**starting** [1]  187/19
**state** [6]  96/8 116/1 155/2 155/3 155/4 155/14
**stated** [2]  13/23 185/23
**stately** [1]  146/16
**statement** [3]  22/7 34/1 100/9
**statements** [2]  76/22 79/14
**STATES** [19]  1/1 1/3 1/13 1/17 57/15 58/16 107/6 107/19 113/3 115/9 117/11 133/19 133/21 140/3 142/13 142/16 153/20 153/22 155/21
**stating** [1]  86/20
**stay** [9]  35/23 35/24 40/20 149/13 151/19 152/15 152/16 218/15 227/22
**stayed** [8]  32/20 75/16 129/3 151/18 153/17 153/18 159/9 174/6
**staying** [3]  35/12 143/4 156/11
**steel** [1]  136/14
**Stefin** [11]  1/16 2/9 103/16 103/20 107/4 127/4 131/13 231/8 231/11 231/14 231/17
**stent** [1]  174/11
**step** [6]  58/23 102/16 125/8 125/10 192/20 221/18
**Stephen** [4]  1/23 233/9 233/15 233/16
**stick** [2]  81/16 218/25
**sticking** [1]  22/7
**still** [28]  2/25 12/13 38/1 39/1 55/1 56/4 79/2 86/25 87/1 87/2 87/3 90/13 95/11 125/17 127/23 129/21 141/25 143/4 151/13 163/10 170/20 183/1 195/25 202/11 203/3 207/18 219/1 222/4
**stock** [13]  9/6 9/7 30/16 30/22 31/3 31/9 31/12 31/13 31/15 31/16 43/18 43/19 150/14
**stocks** [1]  30/15
**stomach** [5]  174/9 174/10 174/11 190/6 190/7
**stop** [11]  32/16 114/13 200/19 203/17 204/4 208/2 208/12 217/22 217/24 218/7 218/12
**stopped** [2]  77/10 191/19
**Stopping** [1]  212/8
**storage** [7]  108/9 108/16 108/20 108/22 109/1 109/15 115/1
**store** [5]  3/22 4/9 4/11 47/11 97/18
**storefront** [2]  95/20 95/23
**stores** [3]  4/5 73/23 73/24
**story** [3]  28/23 45/8 55/5
**strand** [1]  49/5
**strange** [5]  56/12 100/8 194/11 195/19 229/9
**stranger** [1]  229/8
**strangest** [1]  224/9
**strap** [1]  136/15

**S**

Street [1]  1/24 11/16 11/21 12/3 12/5 12/15
stricken [1]  122/13
struck [1]  97/14
structure [1]  96/5
stuck [1]  158/11
stud [1]  57/19
studs [6]  48/24 49/7 49/16 49/17 49/19 50/1
stuff [3]  31/2 130/25 131/9
stuffed [3]  224/19 225/17 227/25
style [1]  74/11
suave [1]  83/17
subject [2]  45/23 113/9
subpoena [4]  54/7 54/12 54/18 54/19
subscribed [1]  134/16
subsequent [5]  160/3 160/5 160/6 210/13
 213/25
subsequently [1]  40/7
substantial [2]  52/5 52/6
succeed [1]  94/23
such [7]  8/25 15/20 65/22 65/22 73/11 73/11
 104/25
sufficient [1]  124/19
suggest [4]  121/11 121/15 122/14 123/23
suggested [1]  146/24
suggesting [3]  42/9 96/25 97/15
Suite [1]  1/21
summer [1]  44/22
Sunday [1]  196/13
Sunrise [1]  134/7
supportive [1]  182/9
supports [1]  123/21
suppose [16]  150/8 157/5 157/10 181/15
 182/20 184/23 192/3 195/9 195/20 197/10
 199/5 205/6 207/22 208/13 211/17 212/5
supposed [11]  7/11 9/24 159/3 161/19
 162/21 165/4 165/5 165/7 173/12 173/24
 182/1
supposedly [7]  33/15 34/21 34/21 69/25
 78/23 85/13 211/14
suppress [3]  121/2 121/17 121/18
suppressed [2]  121/9 121/16
suppression [1]  122/9
sure [18]  11/11 13/18 19/3 20/15 98/1 101/15
 107/12 126/6 128/22 132/11 146/25 147/3
 183/20 203/18 219/16 219/17 221/6 227/16
surprise [2]  198/24 199/2
surrounded [2]  49/20 50/2
surrounding [1]  64/24
survive [4]  158/10 160/15 181/9 181/10
survived [1]  181/14
Sustained [9]  54/3 82/12 102/10 138/25
 139/6 171/14 174/14 216/16 217/16
swear [2]  139/1 139/18
swimming [1]  17/23
swore [1]  139/21
sworn [4]  59/3 107/7 133/8 140/7
Sylvia [3]  3/9 18/1 231/3
system [2]  89/12 100/8

**T**

table [4]  82/17 82/24 82/25 102/24
taint [4]  160/25 161/21 176/20 227/16
tainted [5]  159/25 161/24 170/2 170/7 170/9
take [43]  5/5 13/21 25/11 41/5 42/7 55/16
 55/18 58/9 58/10 62/18 69/7 71/10 71/21
 71/24 75/5 82/10 93/25 97/18 98/24 99/5
 102/17 103/3 112/21 118/8 119/14 125/10
 132/15 132/17 138/11 139/9 149/19 159/16

160/23 174/3 178/5 178/22 190/5 192/8
 192/11 192/12 192/17 213/19 221/23
taken [14]  36/15 55/22 96/7 99/3 103/5
 109/15 109/25 111/15 116/10 132/18 173/22
 193/1 198/18 230/16
taking [3]  9/6 40/19 188/2
talk [49]  7/5 7/5 7/8 16/21 17/9 20/19 23/4
 23/7 23/16 23/19 23/22 23/25 24/11 24/14
 27/18 32/9 33/6 46/25 54/5 79/24 83/21 86/2
 99/8 109/4 142/21 158/7 159/17 160/14
 163/22 164/1 165/20 171/23 174/23 177/8
 191/21 197/16 197/22 198/2 203/3 216/6
 216/7 216/8 216/13 219/7 219/11 219/13
 222/2 228/15 229/13
talked [16]  7/3 14/12 32/12 37/19 45/5 45/12
 51/9 69/12 83/24 86/14 184/1 192/1 196/9
 197/17 197/25 198/1
talking [42]  11/12 16/4 24/7 28/16 32/16
 41/18 50/16 53/13 63/1 77/17 88/24 88/25
 95/15 96/18 96/18 96/22 97/6 100/4 100/5
 100/9 101/24 118/18 119/2 122/17 122/25
 124/18 147/10 154/20 160/1 165/16 172/3
 175/24 181/3 183/8 183/9 196/16 205/4
 212/3 213/1 217/2 228/9 230/10
talks [1]  29/5
tallied [1]  48/20
tally [1]  92/14
tapes [3]  193/12 193/13 193/15
targeted [1]  90/8
tarot [1]  62/24
tax [17]  31/4 31/17 31/23 103/18 103/21
 103/22 104/4 104/6 104/8 104/15 104/17
 104/19 104/25 105/8 111/13 180/19 204/8
taxes [4]  30/9 30/21 104/24 184/8
taxwise [1]  9/9
Taylor [1]  144/4
team [1]  138/2
technique [1]  62/22
teenagers [1]  83/13
telecommute [2]  42/11 42/21
Telepathically [1]  78/19
telephone [8]  81/5 171/25 172/2 177/8
 191/23 191/24 196/22 211/14
telephoned [1]  155/16
tell [89]
tell-all [1]  20/21
telling [18]  13/17 15/15 24/18 27/12 33/16
 33/22 53/2 60/19 62/19 62/21 70/23 74/6
 85/4 174/19 194/13 195/18 209/11 213/21
tens [2]  181/3 181/4
tense [1]  32/23
tenth [2]  206/16 206/17
term [1]  150/25
terminated [1]  204/9
terms [5]  60/13 85/8 128/20 129/13 193/22
terrible [2]  101/9 157/5
testified [6]  3/14 4/20 32/2 32/6 91/11 117/6
testify [1]  118/11
testimony [14]  11/1 13/13 30/2 30/23 31/19
 50/17 180/8 219/7 223/6 231/3 231/7 231/10
 231/16 231/19
Texas [1]  57/21
text [1]  7/7
texted [2]  7/12 7/14
thank [47]  2/12 2/25 10/20 15/14 16/2 29/11
 31/7 53/13 56/23 58/23 59/4 59/11 95/7
 97/23 102/12 102/15 102/15 102/20 103/4
 106/9 107/5 107/14 117/21 120/13 120/16
 120/17 125/5 126/18 127/6 131/15 132/1
 133/15 137/9 138/15 140/2 140/2 155/8

180/15 192/15 192/24 192/25 194/1 194/3
 211/25 219/9 221/25 223/3
thanks [3]  15/20 15/21 98/3
that's [122]
the 11th [2]  148/9 148/10
the 16th [1]  7/12
the 18th [3]  44/14 44/15 117/6
there's [28]  2/15 27/19 28/23 97/10 101/15
 104/24 105/7 105/12 113/18 114/8 114/18
 118/17 122/14 122/23 124/10 126/1 146/2
 167/7 167/22 194/9 199/11 200/15 203/14
 219/21 222/12 223/9 223/21 228/8
thereafter [2]  129/9 225/11
therefore [2]  5/17 170/7
they'd [1]  207/23
They'll [1]  113/8
they're [11]  27/10 27/11 27/12 42/6 50/19
 50/21 58/12 104/1 104/9 124/15 124/18
they've [2]  224/21 225/9
thin [1]  87/4
thing [18]  17/19 87/13 97/14 100/7 114/18
 147/21 163/21 165/8 167/16 170/8 179/8
 182/11 205/19 212/5 215/10 217/21 220/10
 227/23
things [60]  12/2 13/16 13/17 20/21 25/13
 26/25 35/23 35/24 53/13 62/19 62/21 63/24
 64/16 73/12 73/15 73/19 73/20 74/4 74/21
 74/24 75/1 75/17 76/13 85/6 87/1 87/4 87/18
 90/5 95/17 95/17 97/20 97/22 113/18 119/17
 152/5 157/6 159/17 159/18 160/7 161/12
 161/20 164/1 164/21 165/1 165/3 166/19
 171/25 177/15 177/21 181/7 181/17 188/17
 196/10 197/2 211/17 213/3 214/23 224/10
 226/7 226/17
think [84]
thinking [9]  41/11 87/10 176/17 185/20
 187/24 188/1 195/9 225/7 226/1
third [2]  43/3 220/25
Thirty [1]  145/1
Thirty-nine [1]  145/1
those [57]  3/24 4/5 4/17 5/6 5/6 8/24 9/22
 24/5 24/9 30/15 39/7 46/15 47/18 50/18
 58/11 58/13 58/20 58/20 64/18 65/10 73/10
 74/4 74/9 90/24 104/14 104/18 104/19
 109/13 109/25 111/11 112/1 112/2 112/16
 113/10 116/13 116/18 117/3 117/5 119/4
 126/12 130/22 135/8 136/2 136/5 136/17
 159/12 160/18 166/16 166/22 168/3 168/15
 180/12 182/5 184/21 205/24 222/24 226/23
though [4]  36/7 38/3 162/19 227/7
thought [36]  12/1 17/16 17/18 17/22 41/13
 56/13 71/21 86/1 86/20 110/12 127/15
 127/16 131/20 131/22 156/12 164/12 170/22
 173/4 173/5 173/24 177/5 178/14 182/7
 195/9 195/18 199/5 199/14 209/11 209/15
 222/6 222/23 223/16 229/1 229/4 229/6
 229/11
thoughts [1]  64/18
thousand [13]  48/18 181/3 184/5 211/9
 212/25 213/10 213/12 215/22 216/19 216/21
 217/7 217/10 217/20
thousands [2]  181/3 181/4
three [18]  14/5 24/2 24/8 25/23 68/23 70/20
 70/22 71/22 76/4 101/3 128/5 174/7 176/15
 179/2 180/22 190/2 225/19 225/19
threw [1]  152/5
through [43]  2/9 4/21 8/22 31/8 42/23 47/12
 49/13 56/20 64/3 64/14 106/4 112/20 113/4
 113/5 113/11 113/11 113/17 115/4 138/10
 146/9 150/12 150/13 161/22 168/20 168/22

## T

through... [18]  168/23 169/17 172/17 172/18 172/19 175/16 179/4 179/22 181/2 186/5 187/15 189/24 197/22 197/23 198/6 208/20 211/15 221/23
Thursday [1] 218/21
tie [1] 82/19
timeframe [1] 153/8
times [31]  6/8 6/24 6/24 7/1 7/13 7/13 23/25 24/2 25/20 25/23 32/23 34/18 35/8 39/10 39/16 40/2 42/25 43/2 47/13 51/3 51/6 69/23 74/4 80/13 80/25 83/14 83/15 85/12 98/21 99/14 194/20
tipped [9]  119/7 120/2 120/4 121/7 121/12 123/18 123/23 124/8 124/14
tires [1] 126/12
title [1] 187/16
today [9]  11/2 32/18 39/5 50/5 82/8 112/17 121/10 193/10 193/21
together [22]  3/7 33/2 40/15 40/18 40/18 61/22 63/15 78/3 80/19 81/1 87/2 88/2 90/17 132/17 143/25 146/9 146/11 147/7 151/15 188/17 188/17 189/2
told [105]
too [8]  6/14 15/16 37/21 81/16 97/18 103/3 125/10 174/1
took [11]  30/12 30/19 56/21 99/1 118/9 149/21 150/10 159/20 163/3 199/8 199/15
top [11]  35/23 35/24 93/15 111/21 119/5 126/11 128/8 129/18 129/19 130/6 130/8
total [8]  10/8 24/2 24/7 38/17 48/19 49/25 135/25 150/3
Totaling [2]  136/6 136/19
Totally [1]  199/1
touch [7]  8/8 8/10 23/12 39/24 47/14 47/16 209/16
toward [1]  22/23
towards [6]  59/6 107/10 133/10 140/10 140/11 169/24
town [2]  98/19 99/4
track [3]  9/16 75/2 138/19
Trade [5]  33/16 33/22 34/22 35/14 38/4
trailing [1]  169/23
train [2]  77/14 178/14
transaction [2]  9/6 172/15
transactions [5]  9/3 166/12 166/17 185/11 207/17
transcript [6]  1/11 2/10 223/10 223/16 223/22 233/11
transfer [5]  93/13 172/22 189/14 209/23 209/25
transferred [1]  172/23
transition [1]  213/24
transported [1]  134/25
travel [15]  43/1 43/1 43/2 54/10 54/12 60/2 60/2 60/4 60/4 60/6 60/10 92/22 142/13 142/15 159/3
travel-related [1]  60/10
traveled [5]  100/3 153/19 153/22 155/11 155/20
traveling [1]  40/25
treatment [1]  41/1
trial [9]  1/11 27/22 27/23 105/5 105/15 112/17 197/21 221/24 227/8
tried [3]  39/18 64/18 77/5
trip [3]  33/14 33/20 66/17
trouble [1]  194/11
troubled [1]  190/8
troubles [1]  142/19

true [19]  33/25 34/18 46/5 49/24 51/7 62/10 64/11 64/23 118/11 187/16 211/20 211/21 211/24 220/18 226/8 227/14 227/14 227/15 230/12
trust [11]  34/22 34/25 35/5 72/6 72/7 72/7 76/15 149/25 198/16 199/10 204/10
trusts [1] 204/14
try [20]  16/18 35/24 39/17 39/24 41/9 56/6 59/5 86/2 107/9 140/9 140/15 152/8 176/20 177/18 192/18 194/4 196/14 200/24 208/2 208/12
trying [6]  41/1 74/19 75/1 85/6 99/10 101/25
tub [2]  61/23 95/23
tube [1]  174/12
Tuesday [9]  27/16 218/18 218/21 219/6 226/9 228/15 229/2 229/23 230/1
turn [3]  2/16 89/19 227/21
turned [9]  27/25 28/11 28/12 28/15 61/14 62/25 80/8 87/23 91/1
turning [1]  2/18
Turnpike [4]  65/23 66/8 80/3 94/6
turns [1]  229/18
Twelfth [1]  143/23
twice [4]  12/4 21/14 88/2 165/19
twin [4]  157/16 157/19 157/22 160/12
two [39]  26/7 33/8 38/20 42/7 49/25 50/10 53/13 61/22 101/23 104/6 105/18 111/2 111/5 115/3 128/5 144/7 144/17 145/13 146/2 146/4 150/10 158/10 160/16 160/16 164/13 168/3 175/15 176/16 184/4 186/8 192/4 205/21 205/24 207/16 213/20 222/25 225/19 225/19 226/6
type [17]  6/11 6/12 9/6 28/7 60/1 75/6 79/15 81/21 108/8 114/11 116/10 134/8 147/21 212/5 212/6 212/7 212/10
types [5]  87/18 88/3 131/1 146/2 146/4

## U

U.S [5]  8/8 8/11 22/19 117/4 135/20
Uh [10]  11/25 14/2 15/15 15/18 42/2 48/15 98/19 123/15 126/8 211/22
Uh-huh [10]  11/25 14/2 15/15 15/18 42/2 48/15 98/19 123/15 126/8 211/22
ultimately [2]  91/16 136/2
un [1]  176/20
un-taint [1]  176/20
under [16]  2/25 3/18 27/8 47/19 56/4 64/17 67/19 91/21 103/20 114/8 125/17 127/23 150/8 186/21 215/4 215/4
Undercover [1]  193/15
underground [1]  40/2
underneath [2]  67/14 118/23
understand [11]  8/13 28/9 28/21 36/20 78/6 95/14 117/8 192/5 192/5 202/13 228/1
understanding [5]  4/17 157/9 170/12 173/15 187/20
understood [4]  170/16 185/2 205/9 216/3
undertaker [1]  191/16
unfamiliar [1]  4/9
Union [4]  93/15 93/16 94/12 94/15
unit [1]  109/16
UNITED [18]  1/1 1/3 1/13 1/17 57/15 58/16 107/6 107/19 113/2 115/9 117/11 133/19 133/21 140/3 142/13 142/15 153/19 155/21
units [1]  108/16
University [1]  38/13
unknown [1]  20/4
unless [1]  29/1
unquote [1]  80/8
until [15]  27/5 44/15 53/1 95/1 121/10

150/19 151/15 158/25 186/2 186/2 196/18 208/6 208/7 211/13 224/15
upheld [1]  121/3
upon [2]  69/5 100/21
upper [2]  92/9 111/19
upset [6]  51/5 85/22 86/9 95/16 151/25 153/7
upsetting [2]  152/1 152/2
upstairs [1]  81/11
ureta [1]  197/4
Urethra [2]  197/5 197/6
urged [1]  79/12
urgency [3]  63/21 63/22 79/14
us [36]  27/17 47/9 47/14 50/12 53/21 53/23 59/7 59/8 59/16 61/25 62/6 69/3 70/3 78/3 80/24 82/21 85/2 100/14 107/2 107/10 107/11 119/15 119/22 129/14 133/11 133/12 140/12 140/12 153/24 154/13 162/16 201/11 212/22 213/9 222/16 222/17
used [14]  3/25 39/12 141/9 152/4 152/5 163/22 164/17 164/17 196/12 200/14 216/4 224/22 224/24 225/20
uses [1]  113/10
using [2]  10/12 124/13
usually [5]  76/23 79/12 93/9 128/22 210/20

## V

vacuum [3]  73/11 73/16 74/11
valid [1]  123/24
valuable [3]  48/17 138/6 139/17
value [15]  38/25 39/4 39/5 48/15 48/19 49/1 136/5 136/17 183/19 183/25 184/9 185/4 185/13 186/6 186/13
vandalism [2]  226/15 226/16
varied [1]  74/2
various [3]  4/23 29/15 197/2
vast [1]  81/23
vault [2]  35/13 44/23
vehicles [2]  111/3 120/8
venture [1]  147/23
verdict [2]  226/18 227/20
verify [1]  47/15
version [1]  226/10
very [53]  6/24 6/24 6/25 8/24 9/18 12/21 14/13 25/16 26/1 32/18 32/18 32/23 34/25 36/4 36/6 40/5 40/6 42/24 48/17 49/20 49/20 53/25 61/13 72/8 74/15 76/3 79/25 83/17 83/24 101/6 150/25 152/2 152/9 152/11 153/13 154/21 173/22 181/2 182/9 182/10 188/11 189/23 189/23 194/3 194/15 194/15 197/11 197/12 198/5 202/11 205/20 216/9 227/5
via [1]  54/20
vibe [1]  216/11
vicinity [1]  61/6
victim [12]  8/13 23/11 51/11 51/17 52/1 52/15 53/3 54/11 54/13 55/5 104/13 104/23
Victim's [1]  54/14
victims [3]  51/22 104/12 105/2
Victoria [1]  115/16
video [6]  2/13 225/9 225/10 227/2 227/3 229/15
view [7]  111/17 120/3 121/6 121/8 121/13 130/19 130/22
Virginia [14]  60/25 65/24 66/10 80/25 81/9 95/21 96/8 96/17 96/21 97/1 97/2 97/8 98/6 99/25
virtually [1]  99/13
Visa [1]  4/8
visit [3]  21/9 69/19 69/22
visited [1]  209/13

**V**

visits [1] 69/24
vitro [3] 200/3 202/23 203/11
Vivian [19] 65/21 66/4 66/6 66/22 66/25
67/18 68/20 68/22 68/24 69/1 69/3 80/8
92/12 94/7 97/9 98/10 100/18 100/19 100/20
voice [1] 169/23
voicemail [1] 86/19
volume [2] 1/10 2/18
voluntarily [1] 53/16
volunteered [1] 52/24
vulnerable [5] 72/8 74/15 76/7 87/5 90/13

**W**

W-a-l-k-e-r [1] 140/14
wait [6] 66/23 85/24 178/8 186/9 228/15
229/2
waited [2] 23/1 128/23
waiting [2] 98/14 222/5
waive [1] 106/10
walk [2] 130/17 182/3
walked [5] 11/23 18/18 21/13 156/10 225/21
Walker [6] 140/4 140/7 140/13 143/11
143/13 231/19
walking [2] 17/24 21/5
wall [2] 64/22 118/22
want [37] 2/8 5/21 11/19 20/25 31/19 41/15
48/7 55/16 58/10 103/13 105/11 109/18
116/17 121/21 122/3 125/3 127/11 127/12
127/17 127/19 135/5 151/3 156/13 158/6
158/12 190/21 214/19 224/2 224/12 224/14
224/15 226/6 226/23 228/7 228/8 228/10
229/15
wanted [53] 8/12 20/2 22/4 33/14 33/20 41/9
42/11 106/10 113/18 121/13 131/7 147/1
147/4 147/19 151/2 151/3 151/4 151/8
154/12 156/8 156/13 157/6 158/8 164/7
164/7 164/24 164/24 171/1 171/2 171/2
171/5 171/7 178/1 178/1 182/6 183/6 183/19
187/3 187/3 188/5 188/13 192/3 197/21
204/13 204/17 207/22 211/17 213/3 213/4
213/4 214/20 214/21 214/22
wanting [1] 151/7
warehouse [22] 103/17 103/25 104/15
105/10 108/9 109/5 109/15 110/22 110/22
111/14 111/15 111/17 111/25 112/24 115/1
119/20 119/23 122/5 122/20 122/21 125/23
219/22
warehouses [1] 220/15
warn [1] 215/15
warrant [28] 4/22 108/5 108/18 115/19
115/21 116/7 119/12 121/1 122/15 128/24
128/24 129/2 129/10 129/20 129/25 134/3
138/1 138/2 138/8 138/10 138/12 138/13
139/12 139/18 139/19 139/22 219/13 219/21
washed [1] 224/22
Washington [4] 77/14 96/5 128/4 128/9
wasn't [32] 14/9 23/2 26/16 36/21 36/22
40/24 40/24 42/9 42/12 68/22 77/9 77/12
77/20 78/21 78/25 81/1 88/12 96/12 124/14
154/10 167/23 171/3 174/10 178/21 183/2
187/24 190/3 194/19 212/4 212/5 223/11
223/15
watch [4] 58/23 102/15 136/14 136/15
water [1] 192/22
Watts [5] 23/20 24/15 25/5 27/2 54/17
we'd [2] 159/17 191/21
we'll [16] 102/20 103/4 106/11 125/11
132/17 138/19 192/14 192/19 193/7 204/23

205/3 205/3 218/18 218/20 218/21 219/6
we're [25] 2/4 53/13 56/13 88/25 103/7 125/4
133/5 143/6 153/5 181/2 183/8 183/9 193/19
193/20 209/17 209/21 212/21 218/17 219/25
220/24 227/7 227/9 228/9 229/20 230/14
we've [7] 2/10 8/22 106/2 121/1 196/9 204/22
222/10
weaker [1] 190/3
wear [4] 50/3 50/5 50/9 165/6
wearing [3] 13/4 13/11 82/18
wedding [3] 21/25 142/17 155/24
Wednesday [1] 218/21
week [9] 7/4 16/14 16/15 26/22 75/12 89/13
148/15 218/14 218/20
weekend [6] 27/16 218/22 219/9 224/2 228/6
230/15
weeks [4] 49/9 75/13 174/7 230/11
weight [2] 182/25 190/3
Weiselberg [1] 1/20
welcome [6] 3/4 56/17 106/23 127/7 133/3
194/24
well [129]
went [58] 2/9 4/11 5/23 8/17 12/4 17/8 17/12
17/13 17/22 34/2 35/9 40/2 42/22 43/10 51/3
56/21 58/1 58/16 61/15 61/25 62/2 63/20
64/17 65/25 66/23 68/24 71/15 73/4 77/25
81/8 85/16 89/16 89/17 96/25 99/8 118/3
118/7 118/12 119/10 122/10 128/1 138/3
146/24 156/14 157/8 164/4 164/4 172/20
179/19 180/8 182/5 196/23 200/20 203/5
211/2 224/18 224/21 225/8
weren't [9] 38/24 40/22 50/2 81/1 146/25
147/3 154/14 188/1 195/18
West [7] 1/7 1/24 12/1 12/2 12/4 12/15 38/13
Western [4] 93/15 93/16 94/12 94/15
what's [33] 5/4 12/16 15/10 17/19 18/9 18/25
27/14 39/4 48/15 57/9 58/8 67/5 84/1 85/2
90/15 90/21 109/18 112/19 113/16 113/22
114/15 115/11 116/2 116/17 117/8 135/5
136/20 143/16 156/20 166/10 178/15 214/17
225/12
whatever [6] 123/22 176/19 192/20 193/21
204/12 230/1
whatsoever [1] 201/2
when's [4] 175/14 179/1 181/22 206/15
where [66] 2/15 4/13 6/9 6/18 33/15 33/21
34/13 34/15 34/23 35/16 36/1 38/12 39/13
47/5 47/20 59/16 60/24 61/2 66/15 66/16
69/25 77/2 77/25 79/18 96/11 96/12 100/1
115/25 118/17 118/20 124/4 126/7 127/19
129/19 129/22 130/13 131/20 134/6 134/25
141/2 141/4 141/15 143/4 143/20 145/2
145/6 149/13 154/2 154/4 156/10 162/19
178/11 182/3 187/11 190/17 193/22 198/17
207/2 207/8 212/21 214/7 214/7 214/10
217/10 221/14 230/3
Where'd [1] 153/25
whether [22] 28/24 40/17 40/17 64/5 65/15
69/10 72/17 106/11 120/8 124/16 124/24
127/9 147/7 147/8 176/22 187/14 197/25
201/8 201/17 219/18 219/19 221/9
while [14] 3/14 4/7 39/20 66/23 77/15 95/15
99/3 120/20 125/8 158/1 163/9 168/16 175/3
208/14
white [16] 82/19 121/11 123/5 123/6 123/12
123/16 123/21 124/6 124/7 124/10 124/20
124/24 126/1 126/4 126/15 129/18
who's [6] 128/3 144/19 155/18 225/15
225/24 228/23
whole [7] 48/11 96/2 96/2 100/5 156/4 165/3

205/19
whom [5] 21/10 23/15 25/2 68/9 144/13
whose [2] 181/25 212/10
why [57] 7/10 7/17 7/25 8/25 9/11 20/6 20/15
34/22 40/3 42/14 63/22 72/2 85/23 89/23
90/9 99/23 132/15 143/13 151/4 154/8
154/23 157/8 159/6 164/23 164/23 169/7
169/9 169/12 170/4 170/12 173/5 173/11
175/20 177/25 179/11 179/12 180/5 180/6
180/17 180/25 188/1 188/4 189/20 192/1
192/5 192/11 192/17 195/8 199/2 202/9
202/13 203/14 207/15 207/21 210/9 221/21
228/3
Why'd [1] 150/23
wife [6] 18/3 97/20 201/1 203/13 204/25
204/25
willing [5] 63/17 70/11 72/7 74/9 74/16
wills [1] 204/15
wine [9] 16/9 16/10 16/11 16/12 16/12 16/14
16/15 16/16 16/17
winnings [1] 104/20
wire [3] 93/13 189/14 189/16
wire-transfer [1] 189/14
wired [1] 93/9
wishes [1] 213/5
witch [3] 213/14 213/15 218/8
withdraw [1] 20/23
withdrawn [3] 11/6 22/12 120/7
within [3] 90/21 92/24 129/9
without [13] 2/11 5/18 19/23 68/3 84/13 91/6
110/18 113/8 117/14 135/12 135/13 137/4
167/3
witness [19] 2/24 3/9 27/23 58/24 58/25 59/3
105/9 106/8 107/4 107/7 120/18 124/23
132/3 132/8 133/8 138/16 140/7 193/3 193/7
woke [2] 199/23 203/5
woman [39] 12/20 35/19 62/2 62/3 63/7
63/12 63/13 65/7 77/22 78/1 78/24 79/4 86/6
86/24 137/23 152/25 153/4 199/11 199/15
200/14 201/21 201/22 201/22 201/25 202/6
202/21 202/22 203/17 204/4 208/2 208/12
213/16 215/11 215/12 215/14 216/11 217/22
217/24 218/8
won't [2] 105/21 125/10
wondered [1] 90/1
wondering [1] 228/9
words [1] 65/6
wore [1] 50/7
work [105]
work's [1] 92/4
worked [8] 2/10 33/12 43/3 61/3 75/15 192/5
201/18 202/22
working [8] 34/2 60/7 80/19 81/1 87/12
108/1 224/24 225/15
works [1] 147/19
world [6] 33/16 33/21 34/22 35/14 38/4
154/20
worried [1] 171/3
worry [2] 204/22 215/23
worse [5] 173/23 173/24 174/2 203/6 203/8
worst [1] 177/19
worth [2] 39/5 183/7
wouldn't [19] 31/16 63/25 63/25 75/20 89/24
141/11 170/17 173/25 176/23 183/21 185/17
190/7 198/19 205/17 205/21 208/4 211/1
216/5 216/6
wrinkled [1] 94/10
writing [6] 86/17 111/23 126/10 126/24
130/22 166/14
written [6] 91/13 92/7 124/16 200/20 204/7

## W

written... [1]  205/1
wrong [2]  167/13 197/2
wrote [8]  65/13 71/22 85/19 85/20 86/6
86/11 92/3 167/13

## Y

yeah [38]  80/17 123/11 151/6 155/22 156/8
162/13 164/14 166/14 167/17 170/11 173/24
177/11 181/11 183/11 184/4 184/23 185/6
189/13 190/13 191/9 191/25 193/16 196/25
198/12 199/21 199/23 200/1 200/4 203/2
203/22 203/22 206/1 208/22 211/19 211/19
218/8 228/4 230/5
year [13]  44/15 53/23 60/14 60/22 75/8 88/7
88/24 92/20 104/14 143/22 160/23 202/18
204/9
years [32]  32/21 37/14 42/20 59/21 60/9
68/23 68/23 88/19 89/14 89/23 92/16 93/21
101/24 101/25 104/4 104/6 104/14 104/22
105/18 107/22 108/3 133/23 145/1 158/11
160/16 160/16 164/13 178/12 192/4 199/13
201/14 227/4
yellow [3]  136/15 136/15 136/16
yes [299]
yesterday [8]  3/14 11/2 14/5 30/23 31/19
32/2 41/22 222/23
yet [4]  21/4 67/6 83/13 227/3
York [21]  11/8 33/15 33/19 77/12 89/6 93/10
93/14 94/13 100/3 142/17 155/11 155/15
155/22 155/23 156/11 157/4 159/2 163/10
165/21 168/16 173/10
Yorkshire [8]  141/5 141/6 141/16 141/17
146/9 147/2 147/8 147/16
you'll [4]  11/12 140/11 219/3 219/5
you're [68]  2/25 11/18 11/18 13/15 13/16
15/16 35/19 36/7 36/15 46/23 48/6 56/4
59/16 82/15 85/1 87/2 95/18 96/18 96/25
97/3 97/6 97/15 100/4 101/24 106/6 111/5
118/18 119/2 120/5 122/16 122/25 124/13
124/13 125/17 127/7 127/23 133/24 141/10
144/23 146/11 146/11 146/20 147/10 151/25
152/7 153/7 154/4 160/1 165/16 173/19
176/2 185/4 193/9 193/22 193/23 194/17
195/5 195/6 203/13 204/25 205/4 208/15
209/25 217/2 218/24 221/16 222/2 224/13
you've [14]  4/20 4/20 16/16 21/1 21/14 25/4
25/4 36/18 48/12 53/25 68/9 72/9 79/18
209/21
young [4]  62/3 63/7 63/12 83/12
younger [1]  68/13
yours [3]  42/16 47/1 48/12
yourself [7]  69/10 77/6 77/8 119/25 134/19
166/22 192/18