```
1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
2
                   Case No. 11-80072-CR-MARRA
3
   UNITED STATES OF AMERICA,      )
4                                 )
        GOVERNMENT,               )
5                                 )
        -v-                       )
6                                 )
   ROSE MARKS,                    )
7                                 )
        DEFENDANT.                )   West Palm Beach, Florida
8                                 )   September 3, 2013
   _____)
9

10                  Volume 6, Pages 1 - 200

11             TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12          BEFORE THE HONORABLE KENNETH A. MARRA

13               UNITED STATES DISTRICT JUDGE

14

15 Appearances:

16 FOR THE GOVERNMENT          Laurence M. Bardfeld, AUSA, and
                               Roger H. Stefin, AUSA
17                             United States Attorney's Office
                               500 East Broward Boulevard
18                             7th Floor
                               Fort Lauderdale, FL 33301
19
   FOR THE DEFENDANT           Fred A. Schwartz, ESQ.
20                             Kopelowitz, Ostrow, Ferguson
                               Weiselberg, Keechl
21                             700 South Federal Highway,
                               Suite 200
22                             Boca Raton, FL 33432

23 Reporter                    Stephen W. Franklin, RMR, CRR, CPE
   (561)514-3768               Official Court Reporter
24                             701 Clematis Street
                               West Palm Beach, Florida  33401
25                             E-mail:  SFranklinUSDC@aol.com
```

```
 1          (Call to the order of the Court.)

 2              THE COURT:  Good morning, everyone.  Please be

 3     seated.

 4              We're back on the record.  Ms. Marks is present

 5     with counsel.

 6              Are we ready to proceed?

 7              MR. BARDFELD:  We need a minute, Your Honor.  We're

 8     trying to hook up.  We're going to play some tapes, or CDs.

 9     We just want to make sure it's working.

10              THE COURT:  All right.

11              MR. SCHWARTZ:  And, Your Honor, I promised you two

12     memoranda of law, one on Jencks-Brady and the other on the

13     search warrant.  They're just attaching some exhibits right

14     now, and I'll hand them up to you, and they'll also be filed

15     on PACER.

16              THE COURT:  All right.  Thank you.

17              MR. SCHWARTZ:  May I approach, Your Honor?  This is

18     the one on the search warrant.

19              THE COURT:  Does the Government have anything for

20     me on that issue?

21              MR. STEFIN:  No, not at this time.

22              MR. BARDFELD:  Your Honor, just so that the Court

23     is aware, in Judge Hopkins' report and recommendation, which

24     is document number 799, the basis of his allowing, or not

25     suppressing the evidence was that the Government was lawfully
```

1    in the premises based on the fact that they were executing a

2    seizure warrant.  Once they were lawfully in the premises to

3    execute the seizure warrant on the vehicles, they saw in

4    plain view the documents.  So that was his basis.

5              THE COURT:  So it wasn't consent from --

6              MR. BARDFELD:  No, he did not find in favor of

7    consent.  What happened was, the landlord gave consent, and

8    he did not think that was sufficient.  But I'll bring a copy

9    to Your Honor.

10             THE COURT:  Okay.  So what -- on what basis did he

11   conclude that it was in plain view?

12             MR. BARDFELD:  I don't even know that that was an

13   issue at the hearing.

14             THE COURT:  You said he made the finding that it

15   was in plain view.

16             MR. BARDFELD:  May I have that back, Your Honor?

17             MR. SCHWARTZ:  Your Honor, I believe that the

18   magistrate relied on the search warrant, which was sworn to

19   by the agent, to make the finding that this was in plain

20   view.  There wasn't a hearing.  He didn't hear evidence.  He

21   relied on the Government's -- I believe he says he relied on

22   the Government's response and the reply by Mr. Marks, Ricky

23   Marks' attorney, and the search warrant.

24             And, again, we conceded that we didn't have

25   standing because we relied on what was said in the search

1    warrant; if the box was open and it was in plain view, then

2    we wouldn't have standing to challenge it.

3              THE COURT:  I don't understand the standing issue.

4    I mean, standing is different from it being in plain view.

5    The fact that it's in plain view doesn't mean you don't have

6    standing.  I don't understand that.

7              MR. SCHWARTZ:  Well, we would have standing to

8    challenge the search of the box, the search of the box, if we

9    had an expectation of privacy -- if we had an expectation of

10   privacy in the box we would have standing, and that's what I

11   say in the memorandum, that we need to have an expectation of

12   privacy in the box.

13             In this case, we relied on the agent also who said

14   the box was open and they saw Rose Marks' bank documents in

15   view, and therefore, we felt we didn't have a right to

16   challenge the search.

17             THE COURT:  Okay.  We'll deal with it down the

18   road.

19             MR. SCHWARTZ:  It's not imperative right now.

20             THE COURT:  Are we ready for the jurors yet or not?

21             MR. STEFIN:  One moment, Your Honor.  I think we're

22   almost ready.

23             THE COURT:  Are we ready?

24             MR. BARDFELD:  Yes, Your Honor.

25             THE COURT:  Where's our witness?

```
1            MR. BARDFELD:  She's right outside.

2            THE COURT:  Bring the jurors in.

3       (The jury enters the courtroom, after which the following

4   proceedings were had:)

5            THE COURT:  Good morning, everyone.  Please be

6   seated, ladies and gentlemen.

7            Welcome back, everyone.  Sorry for keeping you

8   waiting back there.  We had some technical issues, and we

9   were trying to correct them before we began this morning.  So

10  we apologize for the delay.  Hope you had a pleasant weekend.

11  Thank you for being back bright and early; and we're ready to

12  continue.

13           Ma'am, you're still under oath.

14           And Mr. Bardfeld, you may continue with your direct

15  examination.

16     Andrea Walker, Government's witness, resumed the stand.

17                 Direct Examination (Cont.'d)

18  BY MR. BARDFELD:

19  Q    Good morning, Ms. Walker.  We're going to cover a few

20  things that we didn't cover on Friday.

21           Let's go back to Kate Michaels.  Besides asking for

22  money, did Kate Michaels ask you for anything else?

23  A    She asked me to send her some jewelry.

24  Q    And what kind of jewelry did she ask you to send?

25  A    One time when I said I didn't have any ready cash --
```

1    Q    I'm sorry, when you didn't have any?

2    A    Ready cash, cash to be able to send to her, she said,

3    well, have you got some jewelry that you could send.  And I

4    said, well, I've got my watch and my wedding ring and my

5    engagement ring.  And she says, oh, no, no.  What about the

6    rings you were wearing when you came in to see me?

7    Q    And what kind of rings were you wearing?

8    A    I was wearing a 14 karat ruby channel ring and an

9    18-karat ruby and two diamonds, and they were worn on the one

10   finger, and she must have noticed them.  She said send those

11   over, so I did.

12   Q    And did you send those over to her?

13   A    Yes, I did.

14   Q    Was it your understanding that you were going to get

15   those rings back?

16   A    Yes, she said she would send them back.

17   Q    You had also previously indicated that there were times

18   that you were hesitant about sending money to Kate Michaels,

19   right?

20   A    Yes.

21   Q    Did you ever tell her that you were hesitant?

22   A    Well, I told her that I couldn't afford to send money,

23   that sometimes the amounts she was asking for, and I didn't

24   have the money available.

25   Q    And how did she respond when you told her that the money

```
 1   wasn't available?

 2   A    She got quite nasty over the telephone and she said she

 3   had to have the money now, it had to be immediately.

 4   Sometimes it wasn't available immediately, and so we would

 5   have an argument occasionally on the phone about it.

 6   Q    And was it always your understanding that she needed the

 7   money right then and there?

 8   A    Yes.

 9   Q    Were there any times that you were unable to do that?

10   A    One of the times is when I sent the jewelry instead.

11   The other time is when the house, 5 percent of the house, I

12   said I couldn't send it.

13   Q    Do you remember any other particular incidents in which

14   you couldn't come up with the money right away?

15   A    Well, she asked for the hundred thousand, and that

16   absolutely flabbergasted me.

17   Q    Who asked for the hundred thousand?

18   A    Kate asked for it initially, and I said I couldn't do

19   it.  And then I spoke to Joyce, and Joyce was saying, oh, why

20   don't you ask -- I think it was at that time she asked me to

21   ask my mother to help me.  But that was a bit difficult

22   because my mother was quite ill, and, you know, I felt very

23   bad.  I did actually ask my mother to help me with some

24   monies, to lend me some monies, because she said it would all

25   come back to me, and my mother did actually give me some.
```

1    Q     How much money did your mother give you to provide?

2    A     Around about 20,000.

3    Q     20,000 dollars or 20,000 pounds?

4    A     Pounds.

5    Q     And did you send that money?

6    A     That was one of the payments that was made over to Joyce

7    Michaels, yes.

8    Q     That was made to Joyce Michaels.

9          Okay.  At any time when you were dealing with

10   Kate -- we're just going back to Kate now, not Joyce -- did

11   she ever tell you that one of your payments would be the last

12   payment you would have to make?

13   A     I don't think Kate did.  It was -- I was thinking about

14   it, actually, and when the hundred thousand was paid over, I

15   think I was still in touch with Kate, and there was an e-mail

16   sent to me by Joyce saying, Andrea, everything's going great.

17   The work, God willing, the work is doing well, and, you know,

18   everything should be finished soon, and she said just do

19   exactly what Kate tells you to do.

20         And that was in February of 2010.  So I thought

21   then, you know, that we were pretty much at the end of

22   everything.

23   Q     There comes a time when Joyce Michaels takes over for

24   Kate; is that right?

25   A     Yes.

1   Q    Well, you start dealing with Joyce more than you're

2   dealing with Kate, right?

3   A    Yeah.  And Kate, she started with, you know, talking --

4   Brian talking through her, and it was more, you know, helping

5   Brian on his way wherever he was going after he died.  So she

6   was doing that sort of thing.

7            And then when the -- all the money thing came up

8   and this woman came up, then that was when she was sort of

9   saying, well, you know, that's more something that my mother

10  can deal with.

11  Q    Did she tell you why her mother could deal with that

12  better?

13  A    She said that she was more used to dealing with things

14  that involved legal matters.  And, in fact, you know, at

15  first, Kate was saying to me that I should -- you know,

16  because I was the wife, I should be entitled to the whole

17  estate.  I shouldn't have to fight for it.  That, I mean,

18  after going to the lawyers and, you know, seeing really what

19  my position was, she then told me to go and talk to the half

20  brother and get an agreement, you know, to sort of split it,

21  to split the estate.

22            So she sort of went from saying I could get

23  everything to, you know, going and negotiate.

24            MR. SCHWARTZ:  Your Honor, can we be clear who the

25  "she" is she's talking about?

```
 1              THE COURT:  Yes.  Who was -- who are you referring
 2   to?
 3              THE WITNESS:  Kate, Kate Michael.  Is that Nancy
 4   Marks, I think?
 5   BY MR. BARDFELD:
 6   Q     Kate Michaels?
 7   A     Kate Michaels.
 8   Q     The person you knew as Kate Michaels, right?
 9   A     The person I knew as Kate Michaels.
10   Q     So there comes a time when you start dealing with Joyce
11   Michaels, right?
12   A     Yes.
13   Q     How does your relationship with her begin?
14   A     The first time I recall really speaking to her was over
15   this hundred thousand dollars and when she told me I should
16   get some money from my mother to help.
17   Q     And what did she say the hundred thousand dollars was
18   for?
19   A     She said that the woman who was going to have, you know,
20   the IVF done, was -- I was just trying to think.  I'm losing
21   my thoughts here.  She said that the woman that was going to
22   do the IVF thing was doing it all for money.  It wasn't
23   anything to do with relationship with Brian, it was money,
24   and therefore she would have to have money to work -- have to
25   have money to work with, you know, to stop this woman from
```

```
 1    taking the money and having the baby.

 2    Q    Now, we're talking about Joyce Michaels, right?

 3    A    Yes.

 4    Q    She asked for a hundred thousand dollars at that point?

 5    A    Yes.

 6    Q    Did you send her that hundred thousand dollars?

 7    A    I did.

 8    Q    Do you recall the date that you sent her the hundred

 9    thousand dollars?

10    A    Not exactly.  I think it might have been October.

11    Q    I'll show you what's already been introduced into

12    evidence as Government's composite exhibit 111.

13              MR. BARDFELD:  May I approach, Your Honor?

14              THE COURT:  Yes.

15              THE WITNESS:  It says the 21st of October, 2009.

16              In fact, there was -- around about that time, just

17    before that time, my daughter was contacted by this woman,

18    Natalie Sykes (phonetic), the woman who was going to do the

19    IVF, and it frightened me.  And, you know, my husband had

20    just died, my mother was ill.  I didn't want my daughter

21    getting sick, and Joyce was calling this woman a witch.

22    BY MR. BARDFELD:

23    Q    You're talking about this woman, you're talking about

24    this Sykes woman, right?

25    A    Natalie Sykes, yeah.  So it made me a bit nervous.
```

1   Q    Okay.  So you sent her a hundred thousand dollars on

2   October 21st, 2009?

3   A    Yes.

4   Q    And when you sent her this hundred thousand dollars, was

5   it your understanding that that money would be returned?

6   A    Yes.

7   Q    And why was it your understanding that that money would

8   be returned?

9   A    Because she said it was my money, and it will always be

10  my money and I said to her, well, whether it's my money or

11  not, I'm not getting any use out of it.  But she said it was

12  mine.

13  Q    And what was the hundred thousand dollars that you sent

14  to Joyce Michael on October 21st, 2009, for?

15  A    The work to stop this woman having the baby and to sort

16  out -- well, destroy my husband's sperm and to sort out the

17  estate.

18  Q    Did Joyce Michaels say anything or do anything to assure

19  you that the money would be returned?

20  A    Well, shortly after that, because I was saying, you

21  know, I don't want to be doing this, it's getting too

22  difficult -- because, you know, the money was disappearing

23  fast -- she said, well, you know this is -- it's your money.

24  You don't have to worry about the money.  And she said that

25  in that e-mail that she sent, as well.

```
 1              And then she said, oh, look, you know, to show my
 2   good will to you, I'll, you know, do an agreement.  We can do
 3   an agreement and promise that I'll return the money, so I'll
 4   sign an agreement, notarize an agreement for you.
 5   Q    And what kind of agreement was that?
 6   A    Well, it was an agreement to return a hundred thousand
 7   pounds and any money that I sent to the Bank of America
 8   thereafter by the end of that year, 2010.  So it was the next
 9   year, 30th of December, 2010.
10   Q    Okay.  Why was it a hundred thousand pounds if you had
11   sent her a hundred thousand dollars?
12   A    Well, because it was more than a hundred thousand
13   dollars.  I had been sending her, you know -- since they said
14   that they would return the money, it was -- there was quite a
15   lot more than just the hundred thousand.  I think there was
16   those two 24,000-pound -- $24,000, and then there was the
17   $30,000.
18              So the hundred thousand was like a sort of figure
19   that I put, you know, because I drew the agreement up.  I
20   sort of did a -- an agreement because she said that she would
21   sign it and notarize it.
22   Q    And what was the purpose of her signing the agreement?
23   A    To give me, I suppose, comfort that the money would be
24   returned.
25   Q    And did she sign that agreement?
```

```
1    A    She did.

2    Q    May I --

3    A    Yes.

4    Q    Go ahead.

5    A    As Joyce Michaels.

6              MR. BARDFELD:  May I approach, Your Honor?

7              THE COURT:  Yes.

8   BY MR. BARDFELD:

9    Q    I show you what's already been introduced into evidence

10   as Government's composite exhibit 111, and this is document

11   AW011.

12   A    Yes.

13   Q    Is that a copy of the agreement that you signed with

14   Joyce Michael relating to the return of the money?

15   A    Yes, I signed it first on the 23rd of March, and then

16   she had it signed and notarized on the 20th of April.

17             MR. BARDFELD:  May I publish that, Your Honor?

18             THE COURT:  Yes.

19   BY MR. BARDFELD:

20   Q    Can you read this agreement?  Do you have a screen right

21   there?

22   A    Yes.

23   Q    Can you read the agreement, please.

24   A    "This is an agreement made on the blank day of March,

25   2010, between Andrea Razia Walker of Bramalea, Drury Lane,
```

1   Pannal, Harrogate --

2   Q    That's you?

3   A    Yes.

4          And Joyce Michael of 1319 Seminole Drive, Fort

5   Lauderdale, Florida.

6          Sorry.  "1319 Seminole Drive, Fort Lauderdale,

7   Florida, 33304, USA, the borrower.

8          "One, the lender has given to the borrower the sum

9   of 100,000 pounds in English currency, the receipt of which

10  is hereby acknowledged."

11  Q    Stop for a second.  That first paragraph refers to the

12  fact that you've given her more than the hundred thousand

13  dollars, right?

14  A    Yes.

15  Q    And that would refer to what other money?

16  A    The other monies that I had been sending to her that she

17  said would come back to me, the 24,000's and the 30,000.

18  Q    Okay.  Paragraph 2.

19  A    "This agreement" -- because she said that there may be

20  other monies that would be needed and that she was trying to

21  say, you know, look, we're going to pay it back, I put:

22  "This agreement is also to include any further sums of money

23  sent by the International Transfer by the lender to the

24  borrower's bank account with the Bank of America after the

25  date of this agreement upon production of the receipt from

```
 1   the transferring bank."

 2   Q    Okay.  Stop for a second.

 3              Why was that paragraph included in the document?

 4   A    To give me comfort that any further sums would be

 5   included.

 6   Q    So if she had asked for more money in addition to the

 7   hundred thousand pounds that had already been provided, what

 8   was your understanding?

 9   A    That it would be included in this agreement.

10   Q    Okay.

11   A    And then:  "These sums of money are to be given by way

12   of an interest-free loan to be repaid on or before the 30th

13   of December, 2010."

14   Q    What was the significance of that particular paragraph?

15   A    Because at first I said, look, I don't really want to

16   continue this, you know, forever.  There must be a date when

17   it all finishes.  And she had said in her e-mail in February

18   that everything was going fine and everything would be sorted

19   out, and so I wanted a date.  I first proposed August and she

20   said, oh, August is far too early, far too early.  We can't

21   get your money by then.  So then she suggested the end of the

22   year, so I put 30th of December.

23   Q    Why did you originally request August?

24   A    Well, that gave them five, six months to get the money

25   back to me.
```

1   Q    Why did you agree to do it as an interest-free loan?

2   A    To be fair to her, so that she could continue doing the

3   work, and I thought that this -- she kept calling this woman

4   a witch, and at that time I thought, God, you know, I didn't

5   want anything to happen to my family and to me.

6   Q    How about the fourth paragraph?

7   A    Well, that was to -- that was just basically putting --

8   it says:  "If the repayment has not been made by the above

9   date" -- that's 30th of December -- "then interest is to be

10  charged at the rate of 4 percent above base rate of the Bank

11  of England."

12       It was trying to make sure that she would pay back.

13  Q    You signed that agreement, right?

14  A    I signed that agreement.

15  Q    And she signed that agreement also, correct?

16  A    She signed it.  It's not showing the signature, but it's

17  underneath.

18  Q    Does that show her signature now?

19  A    Yes.

20  Q    When you gave her -- well, when you gave her the hundred

21  thousand pounds, was it ever your intention for that to be a

22  loan for her own personal use?

23  A    No.

24  Q    Was it ever your intention to just loan the money and

25  let her do whatever she wanted with it?

```
1    A     No, it was for the work.

2    Q     And, again, as we had discussed, what's the work?

3    A     The work was to stop this woman from having my husband's

4    IVF child and destroy his sperm and to give me my share of

5    the estate.

6    Q     The fact that it was going to be repaid by

7    December 30th, 2010, was that of significance to you?

8    A     It was just I wanted to end this, and it was sort of

9    giving, in my own mind at that time, the time to sort of --

10   she should have plenty of time to have resolved everything by

11   then.

12   Q     Did she give you a timeframe as to how long it would

13   take for her to complete the work?

14         MR. SCHWARTZ:  Objection, asked and answered.

15         THE COURT:  Sustained.

16   BY MR. BARDFELD:

17   Q     Did there come a time after this contract was signed

18   that you received another large distribution of money?

19   A     I kept Joyce up to date with everything that was going

20   on.  I sent -- she asked always for letters from solicitors

21   and barristers' opinions and things like that, and she knew

22   that there was going to be -- well, she knew that there was

23   an interim distribution that came to me.

24   Q     And what is an interim distribution?

25   A     The estate, you know, the lawyers were dealing with it,
```

```
1    and they decided that his half brother -- because his half

2    brother and I had come together and made a sort of an

3    agreement, on Kate's suggestion, actually, that we were to

4    split it.  I wasn't too happy that it was split directly

5    50/50.  Anyway, that was agreed, and after that agreement,

6    although it didn't get put into legalese, after that

7    agreement, they did give us distribution.

8    Q    And how much was the distribution?

9    A    500,000.

10   Q    500,000 dollars or pounds?

11   A    Pounds.

12   Q    Okay.  And did you tell Joyce about the distribution of

13   the 500,000 pounds that you received?

14   A    Yes.

15   Q    And after you told her that, did she respond to you in

16   any way?

17   A    Well, she was very quick to get this agreement, kept

18   pushing for the agreement to be done and notarized.

19   Q    Which agreement are you referring to now?

20   A    The one that we've just seen.

21   Q    Okay.

22   A    Because it was roundabout that time that the money was

23   coming in.

24          I didn't expect her to ask for such a large amount,

25   but she said to me, oh, everything seems to be divided down
```

```
 1   the middle, so give me half of that to do my work, and I'll

 2   complete my work, and send me 250,000.  So I did.

 3   Q    So she asked you to send you (sic) 250,000 pounds?

 4   A    Yes.

 5            MR. SCHWARTZ:  Pounds or dollars?

 6            THE WITNESS:  It was pounds.  If you'd let me have

 7   a look at that, I know how many dollars it would be.

 8            MR. BARDFELD:  May I approach, Your Honor?

 9            THE COURT:  Yes.

10   BY MR. BARDFELD:

11   Q    I show you what's already been introduced into evidence

12   as Government's composite exhibit 111.  This is document

13   AW038.

14   A    Oh, yes.  This is the bank document.  The Clerk who did

15   the release of the payment signed it for me.

16   Q    But it was done at your direction?

17   A    At my direction, yes.

18            It was $373,750.

19            MR. BARDFELD:  May I publish it, Your Honor?

20            THE COURT:  Yes.

21   BY MR. BARDFELD:

22   Q    Can you read that?  Who is it sent from and who is it

23   sent to?

24   A    It was sent from my bank account with the HSBC to Joyce

25   Michaels, and they wrote Inc.  I wasn't sure.  It was always
```

```
 1    the same bank account, but I didn't know whether it was Joyce
 2    Michaels or Joyce Michaels, Incorporated.
 3    Q    And how much was the payment amount?
 4    A    $373,750.
 5    Q    Which is how many pounds?
 6    A    250,000 pounds, which was half of what I received from
 7    my husband's estate.
 8    Q    And you said it was sent to Joyce Michaels, Inc.?
 9    A    Yeah, I must have put that.
10    Q    Was it your understanding that that 250,000 pounds or
11    $373,000 was going to be returned?
12    A    Yes.
13    Q    Why was that your understanding?
14    A    Because it was contained within the agreement, and she
15    said it.
16    Q    Again, did she say why she needed that money?
17    A    To do the work that I had spoken about.  She said that
18    the woman was coming back, and she was -- you know, she was
19    an evil woman.  She was very difficult to deal with and said
20    how difficult it had been for her.
21    Q    Did there come a time when you sent her another
22    significant amount of money?
23    A    Pretty much straight away after that she asked for a
24    figure.  Now, my husband had given to this woman, Natalie
25    Sykes, a payment, two payments, actually, which were just
```

```
 1    short of 85,000 pounds, and she asked me in order to work --
 2    sorry.
 3    Q    Who asked you, when you said "she"?
 4    A    Joyce Michaels asked me, in order to work on this woman,
 5    to pay her the exact figure sum that my husband had given to
 6    this woman.
 7    Q    And why had your husband given this money to the woman?
 8    A    I have no idea.  It must have been -- it was around
 9    about the time the documents were signed for the IVF.  So I
10    presume it must have been --
11    Q    How do you know that was the amount of money he gave to
12    her?
13    A    Because there had been two payments made out of a bank
14    account, and they -- it wasn't shown because the bank book
15    didn't have those payments in, but the executors, solicitors
16    had made inquiries, and the bank had come back saying that
17    the payments had both gone to Natalie Sykes.
18    Q    And did you send this approximately 84,000-pounds to
19    Joyce Michael?
20    A    Yes.
21    Q    And why is that?
22    A    Because she asked me to, saying that it was needed to do
23    the work.
24            MR. BARDFELD:  May I approach, Your Honor?
25            THE COURT:  Yes.
```

```
 1   BY MR. BARDFELD:

 2   Q    I show you what's already been introduced into evidence

 3   as Government's composite exhibit 111.  This is document

 4   AW039.  Can you take a look at this?

 5   A    Yes, this is the document.

 6   Q    What is that?

 7   A    It's the payment from the HSBC again for 84,568 pounds,

 8   which was the sum, and it's $119,215.51, I suppose.

 9           MR. BARDFELD:  May I publish this, Your Honor?

10           THE COURT:  Yes.

11   BY MR. BARDFELD:

12   Q    And, again, this payment was made by you to whom?

13   A    Joyce Michael, Incorporated it says there.

14   Q    And it was your understanding -- was it your

15   understanding that this money was going to be returned?

16   A    Yes.

17   Q    Why?

18   A    Because it said so in the agreement, and she told me

19   that it would.  She kept on saying it was all my money.  She

20   referred to it as my money.

21   Q    Did you ever tell Joyce Michael that you were going to

22   refuse to give any more money for the work?

23   A    Yes.

24   Q    And when did you do that?

25   A    She asked for another payment, although she said there
```

1    wasn't going to be any other payment after that one.

2    Q    After that one, being the $84,000?

3    A    Yes.

4    Q    Okay.  Or 84,000 pounds, I'm sorry.

5    A    Yes.  She asked for $27,000.  It had gone back to

6    dollars rather than pounds by that time, and I wrote her an

7    e-mail saying, you know, this has got to be it.  You can't

8    have any more.  I just can't pay anymore.

9            I was getting to the stage where it was just like,

10   you know, it wasn't working.  The estate was in the throes

11   of -- there was a lot of legal work going on.  I was paying

12   solicitors' fees.  It was getting more and more difficult to

13   get any money from anywhere because it was all being used up,

14   so . . .

15   Q    When you told her you weren't going to send her any more

16   money, how did she respond?

17   A    I think that eventually she wrote me an e-mail accepting

18   that, you know.  I told her to stop the work if -- you know,

19   if she was going to need any more money.  I just didn't want

20   it continuing.

21   Q    Did she ever tell you what would happen if the work

22   stopped?

23   A    Well, every time I would argue about money and not

24   paying the money, they would always say, you know, if I

25   didn't give the money, then there would be bad consequences.

```
 1   Q    And what were those bad consequences if you didn't give

 2   the money?

 3   A    Well, the negative things would start happening, and

 4   this woman would have the baby, and, you know, the things

 5   that I didn't want to happen would happen.  And I was afraid

 6   also for my family at that time.

 7   Q    Is that why you continued giving the money?

 8   A    Yeah.

 9   Q    During the time you were dealing with the evil woman I

10   think you've referred to her as, did you have lawyers

11   assisting in your legal matters relating to your late

12   husband's estate?

13   A    I did.

14   Q    Did you tell any of those lawyers about Joyce Michael?

15   A    No.

16   Q    Why not?

17   A    I didn't think it was relevant.

18   Q    What happened on September 3rd, 2010?

19   A    Oh, my mother died.

20   Q    Was there any significance to that for Joyce Michaels?

21   A    Well, I had said I wouldn't pay any more money, but she

22   said, you know, if I wanted them to help my mother pass over,

23   then I should pay them some more money.  So they asked for

24   $18,000.

25   Q    And did you give her that $18,000?
```

1    A    Yeah.

2    Q    Why?

3    A    Well, I thought my mother was worth it.  I mean, if

4    there was anything that they could do for her, then I would

5    want it done.  I mean, at this time it was very difficult,

6    because my mother didn't want to -- well, I didn't want to

7    talk about all of this with my mother because she was getting

8    iller and iller.  She had had to have her kidney out.  She

9    had two strokes, and eventually she died of pneumonia, and

10   she was in and out of hospital, and so all this time this was

11   going on, as well.

12   Q    Was there anybody you were talking to, a friend, a

13   relative, anyone, that knew that you were sending significant

14   amounts of money to Kate Michael or Joyce Michael?

15   A    The only person who knew anything about this was my

16   daughter.

17   Q    And what did you tell her?

18   A    I told her that I was talking to these people.  I told

19   her about Kate, and I told her about Joyce, but I didn't tell

20   her about the money until later.

21   Q    What do you mean later?

22   A    Well, at the end of the year, after the money wasn't

23   paid back.

24   Q    You're talking about the end of 2010, which, by

25   agreement, it was supposed to be paid back, right?

1    A     Yes, yeah.

2    Q     Okay.

3    A     There didn't seem to be any -- you know, any joy about

4    getting it paid back.  I decided to go and visit, visit Joyce

5    Michaels and confront her about this.  Well, sort of confront

6    her, yes.

7    Q     Okay.  Well, let's talk about that.  Where did you visit

8    Joyce Michael?

9    A     At Fort Lauderdale.

10   Q     Okay.  You came to the United States?

11   A     I did.

12   Q     And when did you do that?

13   A     The date was shortly after my birthday.  I was 60 on

14   that --

15   Q     Sixty?

16   A     Yes.

17   Q     Okay.

18   A     So I booked myself a cruise, which was going from Fort

19   Lauderdale, and I just -- I wanted to get away, but also I

20   wanted to come and see her.  And I was a little bit afraid of

21   coming to see her, because, you know, it's a lot of money,

22   and I didn't know whether something might happen to me.

23   Q     And how much money at this point had you provided to

24   Joyce Michael?

25   A     Oh, it was around about $865,000.

```
 1    Q    $865,000?

 2    A    Yes.

 3    Q    Okay.

 4    A    So I sent an e-mail to INTERPOL saying that --

 5    Q    What is INTERPOL?

 6    A    It's international police.  Well, it does have a site.

 7    And I sent an e-mail through them saying that, you know, I

 8    was going to see this woman who had been taking money off me

 9    under the pretense of, you know, fortune telling, and that I

10    thought that it was a scam, and I gave her name and address.

11    Q    You gave Joyce Michaels' name and address to?

12    A    INTERPOL.  I didn't get a response back.

13         I also then gave my daughter -- and it was very

14    difficult to do this.  I gave my daughter all the documents,

15    which were the bank statements and the agreement to hold and

16    told her that if I didn't phone in each day, that she was to

17    call the FBI.

18    Q    Did you come to the United States?

19    A    I flew to the United States.  I flew to Fort Lauderdale.

20    Q    And what happened when you came here in February of --

21    what year is this?

22    A    Actually, I flew to Miami.

23    Q    Okay.

24    A    Sorry.

25    Q    Okay.  What happened when you came to South Florida in
```

```
 1   February of 2011?

 2   A    I phoned Joyce Michaels.  She had actually said to me I

 3   could stay with her.  But anyway, I didn't.  I stayed at a

 4   local resort.  And she said that she would come and come by

 5   and take me out.

 6   Q    And did she come by?

 7   A    She did.  She came in a white Mercedes, I remember, and

 8   took me to this home, Seminole Drive, which is a beautiful

 9   big house.

10         MR. BARDFELD:  I believe Government's composite

11   exhibit number 25 has already been introduced into evidence.

12         THE COURT:  Those were pictures of the house?

13         MR. BARDFELD:  Yes.

14         May I approach, Your Honor?

15         THE COURT:  Yes.

16   BY MR. BARDFELD:

17   Q    Take a look at that.

18         Is this the house she took you to?

19   A    Yes.  Looks like it, yeah.

20   Q    And when you got to the house, what did you discuss?

21   A    Well, she took me upstairs and sat me down in the

22   upstairs sort of sitting area with a sort of fairground horse

23   or some sort of horse behind her, and lots of photographs

24   around, and we sat down and talked about returning the money

25   and asking -- she asked me what I wanted to know.
```

1    Q     And what did you tell her you wanted to know?

2    A     Well, I wanted to know when my money would be returned,

3    and I also wanted to know what she did to justify this, and

4    what was her work, and what did she do for this work that she

5    was doing.

6    Q     And what was her response to your questioning?

7    A     She said, oh, well, maybe the money will come back.  It

8    could come back in a day, it could come back in a week, it

9    could come back in a year, it could come back in 10 years,

10   when I get a message.  And then she said -- oh, I'm losing

11   track of things.

12        She said she couldn't tell me what her work was all

13   about, and I'll never know.

14   Q     What kind of message did she say she was waiting for?

15   A     Well, she talked about messages from higher beings, you

16   know, through the time that I was talking to her.

17   Q     When you met her in February of 2011, was that the first

18   time you had ever met Joyce Michaels?

19   A     It was.

20   Q     Is the person you know as Joyce Michaels sitting in the

21   courtroom today?

22   A     Yes.

23   Q     Can you identify her?

24   A     Yes, it's the lady, yeah.

25   Q     Which one is she?

```
 1    A    It's the one that's standing up.

 2    Q    The one standing up wearing a blue top and a black

 3   sweater?

 4    A    Yes.

 5              MR. BARDFELD:  Let the record reflect the witness

 6   has identified the Defendant.

 7              THE COURT:  Yes.

 8   BY MR. BARDFELD:

 9    Q    That's the first time you ever saw her face to face?

10    A    Yes.

11    Q    Did you know what her name was at the time?

12    A    Joyce Michaels.

13              I took a photograph of her at the time, as well.

14              MR. BARDFELD:  May I approach, Your Honor?

15              THE COURT:  Yes.

16   BY MR. BARDFELD:

17    Q    I show you what's been marked as Government's

18   exhibit 32-2.  What is that?

19    A    That's the photograph I took of Joyce Michaels.

20              MR. BARDFELD:  May I publish that, Your Honor?

21              THE COURT:  Is it in evidence?

22              MR. SCHWARTZ:  No objection.

23              MR. BARDFELD:  I don't think this one -- oh, I'd

24   move to admit Government's exhibit 32-2 into evidence.

25              MR. SCHWARTZ:  Without objection.
```

```
 1                    THE COURT:  Admitted.

 2                    Actually, it's already in evidence.

 3                    MR. BARDFELD:  It is in evidence?

 4                    THE COURT:  Yes.

 5    BY MR. BARDFELD:

 6     Q    And that's a picture of the person you knew as Joyce

 7    Michaels?

 8     A    Yes.

 9     Q    Okay.  When you were in South Florida and you met Joyce

10    Michaels, what else did you discuss?

11                    THE COURT:  I'm sorry, what was that exhibit you

12    just showed?

13                    MR. BARDFELD:  32-2.

14                    THE COURT:  Oh, that's -- that was not in evidence.

15    I had 32-1 in evidence.

16                    So 32-2 is now in evidence without objection?

17                    MR. SCHWARTZ:  Without objection.

18                    THE COURT:  All right.  I apologize.

19        (Government's Exhibit No. 32-2 entered into evidence.)

20                    THE WITNESS:  I think it was just a general

21    discussion.  She took me out to lunch in the Capital Grille

22    in a mall and then took me back to the hotel.  So it was

23    general chat then about my journey and, you know, just . . .

24    BY MR. BARDFELD:

25     Q    Did you request your money back again?
```

1    A    I asked her for my money back a few times, but I didn't

2    want to upset her because I was a little bit nervous, as

3    well, about, you know, what would happen to me.  I don't

4    know.

5    Q    When she told you that she was waiting for a message,

6    did you say anything to her about that?

7    A    I was very angry, actually.  Ten years?  I have to wait

8    10 years for my money, that's crazy.  And I said, you know,

9    you look, the agreement says that you've got to pay interest.

10   Q    And did she respond when you told her she would have to

11   pay interest on that money?

12   A    She said she doesn't pay interest.

13   Q    She said she didn't pay interest?

14   A    She doesn't pay interest, yeah.

15   Q    How long did you stay in South Florida before you went

16   on your cruise?

17   A    She picked me up for another day, and we had lunch out.

18   Q    Did you discuss your case with her at all or did you

19   discuss your dealings or was it more -- well . . .

20   A    I think it was a mix of just general chitchat and asking

21   about money and when it was going to come back.

22   Q    And every time when you asked her when the money was

23   coming back, how did she respond?

24   A    She would be evasive.

25   Q    In what way?

1    A    Well, she wouldn't give me any time, wouldn't give me

2    any comfort to know when it would come.

3    Q    Did you end up going on your cruise?

4    A    I did.

5    Q    When you returned from your cruise, was it your

6    intention to return to South Florida?

7    A    I returned back to Fort Lauderdale, of course, because

8    the cruise went down on to the Caribbean and then back to

9    Fort Lauderdale.  And I had friends in Miami.  I have some

10   friends in Aventura, and so I said I'd meet up with Joyce

11   again.  So when I rang her when I got back in, she said she

12   wasn't -- well, she wasn't there.  She was in New York, I

13   think.  But her daughter Kate, or she didn't call her her

14   daughter, I think she just said Kate was there, and Kate

15   would come and see me.

16   Q    And that was the other person you had been dealing with,

17   right?

18   A    Yes.

19   Q    And when you came back and saw her, what did you discuss

20   with her?

21   A    Well, you know, I said that I wanted to have the money

22   back.  She actually asked me for $300, and I said there's no

23   way you're going to get any more money off me now.

24   Q    Why did you say that?

25   A    Well, because I had made up my mind that I couldn't care

 1    less what was going to happen.  The estate hadn't worked out.

 2    I didn't know whether the woman would ever have the baby.

 3    Nobody would tell me because the hospital said it wasn't my

 4    business, and I was fed up with the whole thing, to be quite

 5    honest.  My mother had died.  You know, what was it I had to

 6    lose now, really?

 7    Q    And so you didn't give her the money.  Did you see her

 8    though?

 9    A    I saw Kate.

10    Q    And where did you see her?

11    A    She met me in a coffee bar close to Seminole Drive, at a

12    Starbucks.  No, it wasn't a Starbucks, it was a coffee bar.

13    Q    I show you what I believe has been introduced into

14    evidence as Government's composite exhibit 32-1.

15              THE COURT:  32-1, yes, is in evidence.

16              MR. BARDFELD:  May I publish this, Your Honor?

17              THE COURT:  Yes.

18    BY MR. BARDFELD:

19    Q    Who is that a picture of?

20    A    That's a picture of Kate and myself.

21    Q    That's the two of you?

22    A    Yes.  I had -- yes, I had arranged for these pictures to

23    be taken because I was considering suing Joyce for the money,

24    and I thought that the inquiry agent would need to have

25    pictures.

```
 1    Q    On that particular day do you remember Kate wearing any

 2    particular jewelry?

 3    A    She wore a very pretty ring that she said had been given

 4    to her by a client.  It was like a big blue stone, very large

 5    blue stone.  It was very pretty.

 6    Q    Did Joyce ever tell you she received gifts?

 7    A    Joyce constantly told me she received gifts and she

 8    received large amounts from people who were grateful for the

 9    work.

10    Q    Let's talk about that lawsuit you were considering.  Did

11    there come a time when you considered filing a lawsuit?

12    A    Yes.

13    Q    And what did you do?

14    A    Well, I was staying with some friends in Aventura just

15    around about that time because there was a golfing tournament

16    I had been invited to, and I was just talking to the guy,

17    said, oh, I'm thinking -- I need to get -- sue somebody, and

18    he told me a solicitor's name.

19              MR. SCHWARTZ:  Objection, hearsay.

20              THE COURT:  Sustained.

21    BY MR. BARDFELD:

22    Q    So did you contact a lawyer?

23    A    I found a lawyer.

24    Q    And when you phoned the lawyer, did you discuss with him

25    or her a potential lawsuit?
```

```
 1    A      Yeah.
 2                MR. SCHWARTZ:  Objection, hearsay.
 3                THE COURT:  Overruled.  You can say yes whether you
 4    discussed yes or no.
 5                THE WITNESS:  Yes, I did discuss.
 6    BY MR. BARDFELD:
 7    Q    And did the lawyer do anything in furtherance of a
 8    potential suit?
 9    A      He sent me an article in the newspaper about Joyce
10    Michaels, who had done exactly the same thing to a lady
11    before, and she had sued through the courts.
12    Q    Did you end up filing a lawsuit against Joyce Michael or
13    Kate Michael?
14    A      No.
15    Q    Why not?
16    A      I found out that although the -- Joyce Michaels said
17    that the house was in her name, that the house was actually
18    registered in the name of Rose Marks, and I didn't know her
19    as Rose Marks at that time, so I didn't think that there was
20    anything I could go after.  So I had to think very seriously
21    about, you know, starting off paying money when I didn't know
22    how I was going to enforce it.
23    Q    Did you ever -- had you ever heard the name Rose Marks
24    before that time?
25    A      No.
```

```
 1    Q     Do you know who Rose Marks is?

 2    A     I had been told that Rose Marks is Joyce Michaels.

 3    Q     And when did you first learn that the person you knew as

 4    Joyce Michaels was Rose Marks?

 5    A     Well, after the solicitor, the lawyer had sent me that

 6    document and I went back to England, I was contacted by the

 7    police, the English police, and they said to me that I

 8    should -- asked me if I was happy to speak to the American

 9    police because the American police were wanting to talk to

10    me.  I don't know whether they said police.  I think they did

11    actually.  And so I said, yes, I'll speak to them.

12          And then I spoke to this gentleman called

13    Mr. Stack, and he told me that they were actually called

14    Marks, not Michaels.  So that's when I first heard.

15    Q     Well, did you know what Detective Stack was calling you

16    about?

17    A     He told me that he had seen a large amount of money from

18    me coming into her account and asked me about it, and I said,

19    yes, I've been sending money to her.

20    Q     Did you have to be convinced in any way that you were a

21    victim?

22    A     I already knew that I was a victim at that time.  She

23    wasn't paying the money back.  There was no comfort from her

24    at all, and I just felt that this was a big scam, and I was

25    involved in it.
```

```
1    Q    Did there come a time when Detective Stack asked you to

2    make recordings of conversations you had with Joyce Michaels

3    and Kate Michaels?

4    A    Yes.

5    Q    And did you make those recordings?

6    A    I did.

7    Q    And were those recordings all telephone conversations?

8    A    They were.

9    Q    Where were you at the time the recordings were made?

10   A    At my home.

11   Q    Your home in England?

12   A    Yes.

13   Q    And where was Joyce Michaels, to the extent that you

14   knew?

15   A    As far as I know, she was in Fort Lauderdale.

16   Q    And you also spoke with Kate Michaels on the telephone?

17   A    I spoke with Kate, yes.

18   Q    When you were making -- when you were working with law

19   enforcement, did you have occasion to record your phone

20   calls --

21   A    I did.

22   Q    -- with Joyce Michaels?

23        And did you turn over those recordings to law

24   enforcement officials?

25   A    I did.
```

```
 1    Q    Have you recently reviewed those recordings to determine

 2    if they were true and accurate depictions of the

 3    conversations as you remember them?

 4    A    Yes, I have.

 5              MR. BARDFELD:  Your Honor, at this time I would

 6    offer Government's exhibit 111-1A, which is a CD on June 2nd,

 7    2011, into evidence.

 8              THE COURT:  Any objection?

 9              MR. SCHWARTZ:  No, Your Honor.

10              THE COURT:  Admitted without objection.

11       (Government's Exhibit No. 111-1A entered into evidence.)

12    BY MR. BARDFELD:

13    Q    And you previously you said had had an opportunity to

14    listen to the recordings, right?

15    A    Yes.

16    Q    Have you had an opportunity to review transcripts of

17    those recordings?

18    A    Yes.

19    Q    Is that your voice on each of the recordings?

20    A    It is.

21    Q    And is that Joyce Michaels' voice on each of the

22    recordings, or Kate Michaels?

23    A    Joyce or Kate, yes.

24    Q    And did those recordings accurately depict the

25    conversations as you remember them?
```

1    A    Yes.

2    Q    Do the transcripts accurately depict the conversations

3    as you remember them?

4    A    Yes.

5          MR. BARDFELD:  At this time I'd move to introduce

6    Government's exhibit 111-1A into evidence, which is a

7    recording on June 2nd, 2011.

8          THE COURT:  You already admitted it into evidence.

9          MR. BARDFELD:  May I publish it, Your Honor?

10         THE COURT:  Yes.

11         MR. BARDFELD:  Your Honor, can I also admit

12   Government's exhibit 1B, which is the transcript of that

13   tape?

14         MR. SCHWARTZ:  No objection.

15         THE COURT:  Admitted without objection.

16      (Government's Exhibit No. 111-1B entered into evidence.)

17         Do you want me to read the cautionary instruction

18   or not?

19         MR. SCHWARTZ:  Yes, please, Your Honor.

20         THE COURT:  All right.  Ladies and gentlemen, I'm

21   going to ask you to follow this instruction with respect to

22   the transcript that's going to be provided to you to review

23   relative to this recording.

24         Exhibit 11 -- 111-1B has been identified as a

25   typewritten transcript of the oral conversation heard on the

1    tape-recording received in evidence as 111-1A.  The

2    transcript also purports to identify the speakers engaged in

3    the conversation.

4         I've admitted the transcript for the limited and

5    secondary purpose of helping you follow the content of the

6    conversation as you listen to the tape-recording and also

7    help you to identify the speakers, but you're specifically

8    instructed that whether the transcript correctly reflects the

9    content of the conversation or the identity of the speakers

10   is entirely for you to decide based on your own evaluation of

11   the testimony you've heard about the preparation of the

12   transcript and from your own examination of the transcript in

13   relation to your hearing of the tape-recording itself as the

14   primary evidence of its contents.

15        And if you determine that the transcript is in any

16   respect incorrect or unreliable, you should disregard it to

17   that extent.

18        All right.  You may proceed.

19        I'm sorry, real quickly, can I see counsel sidebar?

20        Sorry, ladies and gentlemen.

21   (The following proceedings were held at sidebar:)

22        THE COURT:  Does anyone object -- let me ask you

23   this way.

24        Is anyone requesting or requiring the court

25   reporter to actually transcribe what he hears from the oral

1  conversation that's being played, or can the transcript stand

2  as the record of what was played to the jury?

3          MR. BARDFELD:  I have no objection.

4          MR. SCHWARTZ:  I have no objection to the

5  transcript being -- standing as the record of what was played

6  to the jury unless at some point somebody objects to what's

7  in the transcript, but I don't think -- I've looked at them

8  and heard them.

9          THE COURT:  Okay.  You agree?

10          MR. BARDFELD:  Yes.

11          THE COURT:  Thank you.

12      (Sidebar conference concluded.)

13          THE COURT:  Sorry for that interruption.

14          MR. BARDFELD:  Your Honor, may I give a copy to the

15  witness?

16          THE COURT:  Yes.

17          (Audio played.)

18  BY MR. BARDFELD:

19  Q    Okay.  And that was a conversation between you and Joyce

20  Michaels, the person you knew as Joyce Michaels?

21  A    Yes.

22  Q    Okay.

23          MR. BARDFELD:  I now move to introduce Government's

24  exhibit 111-2A into evidence, which is a recording on

25  June 13th, 2011.

```
 1              MR. SCHWARTZ:  No objection, Your Honor.

 2              THE COURT:  Which is this exhibit?

 3              MR. SCHWARTZ:  111-2A.

 4              MR. BARDFELD:  111-2A, which is June 13th, 2011.

 5              THE COURT:  Admit without objection.

 6         (Government's Exhibit No. 111-2A entered into evidence.)

 7              MR. BARDFELD:  Your Honor, I also have transcripts.

 8    BY MR. BARDFELD:

 9    Q    Have you had an opportunity to review the -- well, have

10    you had an opportunity to review transcripts of all these

11    recordings?

12    A    Yes.

13    Q    And all the transcripts accurately depict the

14    conversations as you remember them?

15    A    Yes, more or less, yes.

16              MR. BARDFELD:  I would move to introduce 111-2B to

17    aid the jury.

18              MR. SCHWARTZ:  No objection with the same

19    instruction.

20              THE COURT:  Admitted without objection.

21         (Government's Exhibit No. 111-2B entered into evidence.)

22              THE COURT:  Again, ladies and gentlemen, as to this

23    transcript, please follow the same instruction I just read to

24    you regarding determining whether you believe it's accurate

25    or not based upon what you hear on the recording itself.
```

```
 1              MR. BARDFELD:  And may I approach the witness and

 2    the court reporter?

 3              THE COURT:  Yes.

 4    BY MR. BARDFELD:

 5    Q    Before we start with the recording, Ms. Walker, what was

 6    the purpose of your making these recordings?

 7    A    I was just asked to record my telephone conversations

 8    for Mr. Stack.

 9              (Audio played.)

10    BY MR. BARDFELD:

11    Q    The next week, did she give you exact dates and times

12    when she was going to return the money?

13    A    No.

14    Q    I'm sorry?

15    A    No.

16    Q    You also recorded a conversation on June 27th, 2011.  Do

17    you recall that?

18    A    I don't recall dates, but I know I was recording quite

19    regularly.

20              MR. BARDFELD:  May I approach, Your Honor?

21              THE COURT:  Yes.

22    BY MR. BARDFELD:

23    Q    I show you what's been marked as Government's

24    exhibit 111-3A.  Can you look at that?

25    A    Yes.  Twenty-seventh of June, 2011.
```

```
 1    Q    Okay.  So you did have a conversation on June 27th,
 2    2011?
 3    A    Yes.
 4    Q    And you've listened to that?
 5    A    Yes.
 6    Q    And it accurately depicts the conversation as you
 7    remember it?
 8    A    Yes, I think there was one --
 9              THE COURT:  I'm sorry.  Hold on.
10              MR. SCHWARTZ:  Your Honor, I have two conversations
11    on June 27th.  I just don't know which one he's referring to.
12              MR. BARDFELD:  This is going to be CD number 134.
13              MR. SCHWARTZ:  Okay.  Thank you.
14              MR. BARDFELD:  At this time, I would move for the
15    introduction of Government's exhibit 111-3A into evidence and
16    a transcript of that, 111-3B as an aid to the jury.
17              THE COURT:  Any objection to either of those?
18              MR. SCHWARTZ:  No, Your Honor.  Just so the jury
19    understands, it's the same provision as to the transcript.
20              THE COURT:  Both admitted without objection.
21      (Government's Exhibit No. 111-3A and 111-3B entered into
22    evidence.)
23              THE COURT:  Again, ladies and gentlemen, please
24    again bear in mind the instruction I gave you regarding
25    determining the accuracy of the transcript in relation to
```

 1    your hearing of the actual recording.

 2              MR. BARDFELD:  May we publish this, Your Honor?

 3              THE COURT:  Yes, you may.

 4         (Audio played.)

 5              THE COURT:  All right.  Let's take our 15-minute

 6    recess, ladies and gentlemen, before we go to the next tape.

 7    And please don't discuss the case, form any opinions.  Leave

 8    everything at your seats including the transcripts, and we'll

 9    see you in about 15 minutes.  Thank you.

10         (The jury exits the courtroom.)

11              THE COURT:  All right.  Ma'am, if you can, again,

12    step down for a few minutes, take a break, don't discuss your

13    testimony.  We'll see you in about 15 minutes.  Thank you.

14              May I see counsel up here for a minute, please?

15         (The following proceedings were held at sidebar:)

16              THE COURT:  I just want to put on the record what

17    we discussed this morning off the record.

18              Friday evening after -- well, it's not on the

19    record, but Friday evening after we recessed, we all went

20    into the marshal's office to look at the video recordings to

21    see what had been reported to me about flooding in the

22    bathroom.  After we left, I -- it occurred to me that before

23    we made any accusations or made any decisions about what to

24    do with juror number 1, I wanted to make sure that this could

25    not have just been an accidental thing as opposed to an

```
 1    intentional thing.

 2           So I spoke to the marshal, asked him to check with

 3    the maintenance person who went into the bathroom after the

 4    flooding was found and find out from him whether or not he

 5    thought that this could have been accidental rather than

 6    intentional.

 7           The marshal reported to me that he did speak with

 8    the maintenance person, and he thought it is possible that it

 9    could have been accidental.  And I reported that to counsel

10    this morning before we started court, and correct me if I'm

11    wrong, but everyone decided that we were not going to do

12    anything at this point, we were going to wait and do further

13    investigation before we made any decisions; is that correct?

14           MR. STEFIN:  That's correct, Your Honor.

15           MR. SCHWARTZ:  Correct, Your Honor.

16           THE COURT:  Okay.  So we'll -- I guess we'll decide

17    do we want to talk to the maintenance person at some point on

18    the record?  How do you want to proceed?

19           MR. SCHWARTZ:  Your Honor, may I suggest that the

20    marshals communicate perhaps with the maintenance person,

21    report back to you, and if you feel it's worth -- it's

22    necessary to talk to the maintenance person on the record, we

23    do so.

24           THE COURT:  I just want to know if you feel the

25    need to investigate this further and make a more definitive
```

```
 1    determination as to whether this was accidental or

 2    intentional.

 3              MR. SCHWARTZ:  I don't, Judge.

 4              MR. STEFIN:  Not at this time.

 5              MR. BARDFELD:  No, Your Honor.

 6              THE COURT:  All right.  Thank you.

 7         (Sidebar conference concluded.)

 8         (A recess was taken from 10:38 a.m. to 10:54 a.m., after

 9    which the following proceedings were had:)

10              THE COURT:  All right.  Please be seated, everyone.

11              We're back on the record.  Ms. Marks is present

12    with counsel.

13              We ready to bring the jury back in?

14              MR. STEFIN:  Yes, Your Honor.

15              THE COURT:  If we can have our witness, and let's

16    bring the jurors in, please.

17              MR. SCHWARTZ:  Your Honor, may I just hand up that

18    other memorandum I mentioned on the Jencks-Brady Act?

19              THE COURT:  Yes, thank you.

20              You're still under oath, ma'am.

21         (The jury enters the courtroom, after which the following

22    proceedings were had:)

23              THE COURT:  Welcome back, everyone.

24              Please be seated, ladies and gentlemen.

25              Mr. Bardfeld, you may proceed.
```

```
 1              MR. BARDFELD:  Your Honor, at this time --

 2    BY MR. BARDFELD:

 3    Q    Well, did you also make a recording on July 2nd, 2011?

 4    A    If that's the one that's being handed in.

 5    Q    And you listened to that recording before you came here

 6    today?

 7    A    Yes.

 8    Q    And the recording accurately depicts the conversation as

 9    you remember it?

10    A    As I remember it, yes.

11              MR. BARDFELD:  At this time, I would move to

12    introduce Government's exhibit 111-4A into evidence.

13              MR. SCHWARTZ:  No objection, Your Honor.

14              MR. BARDFELD:  And also introduce 111-4B, which are

15    transcripts to aid the jurors.

16              THE COURT:  Any objection?

17              MR. SCHWARTZ:  No, Your Honor.

18              THE COURT:  Admitted without objection both

19    exhibits.

20       (Government's Exhibit No. 111-4A and 111-4B entered into

21    evidence.)

22              And, again, ladies and gentlemen, as to the

23    transcript, you're to consider it in view of what you hear on

24    the recording and determine whether it's accurate.

25              (Audio played.)
```

```
 1    BY MR. BARDFELD:

 2    Q    That was a different voice on the recording.  Who was

 3    that conversation with?

 4    A    Kate Michaels.

 5    Q    Kate Michaels?

 6         Okay.  Did you have occasion to have another

 7    conversation July 9th, 2011, identified as Government's

 8    exhibit 111-7A?

 9    A    If that's the date, yes, it was.

10    Q    And, again, did you review that recording before you

11    came to court today?

12    A    I've reviewed all the recordings that I was shown, yes.

13    Q    And does that recording accurately depict the

14    conversation as you remember it?

15    A    Yes.

16    Q    And you also reviewed transcripts?

17    A    Yes.

18    Q    And the transcripts accurately depicts the conversation

19    as you remember?

20    A    Mostly, yes.

21         MR. BARDFELD:  I'd move for the admission of

22    Government's exhibit 111-7A, which is a CD on July 9th, 2011,

23    into evidence.

24         MR. SCHWARTZ:  Your Honor, no objection.

25         And I would just remind the Court of the continuing
```

```
 1    objection I had at the beginning of the case as to certain

 2    other people's conversations.

 3              THE COURT:  Yes, I'm overruling that objection.

 4              MR. BARDFELD:  May I approach, Your Honor?

 5              THE COURT:  Yes, you may.

 6              So is there any other objection to --

 7              MR. SCHWARTZ:  No, that was as to the last one.

 8    This one I have no objection.

 9              THE COURT:  Admitted without objection.

10              Again, ladies and gentlemen, as to the transcript,

11    you were to consider it in relation to your hearing of the

12    tape or the audio recording and make a determination as to

13    whether it's accurate.

14              Are you offering the transcript, Mr. Bardfeld?

15              MR. BARDFELD:  Yes, Your Honor, I'd also move to

16    admit Government's exhibit 111-7B to aid the jury.

17              MR. SCHWARTZ:  No objection, Your Honor.

18              THE COURT:  Admitted without objection with that

19    same cautioning instruction.

20        (Government's Exhibit Nos. 111-7A and 111-7B entered into

21    evidence.)

22        (Audio played.)

23    BY MR. BARDFELD:

24    Q    In that conversation, you refer to a proper payment.

25    What did you mean when you said proper payment to her?
```

```
 1    A    Well, a lump sum of some of the money, the 600 and
 2    whatever it was, 675,000 back.
 3    Q    Do you have another conversation with Joyce Michael?
 4    A    I believe that there was another conversation a couple
 5    of days later.
 6    Q    Okay.  And have you had an opportunity to review a
 7    recording of that conversation?
 8    A    Yes.
 9    Q    And did the conversation accurately depict the
10    conversation as you remember it?
11    A    Yes.
12              MR. BARDFELD:  At this time I'd move to admit
13    Government's exhibit 111-5A into evidence.
14    BY MR. BARDFELD:
15    Q    And did you have an opportunity -- and this would be a
16    conversation on July 11th, 2011, with Joyce Michaels?
17    A    Yes.
18              MR. BARDFELD:  At this time, I move to introduce
19    Government's exhibit 111-5A and the transcript, 111-5B, into
20    evidence.
21              MR. SCHWARTZ:  No objection.
22              THE COURT:  Admitted without objection.
23       (Government's Exhibit No. 111-5A and 111-5B entered into
24    evidence.)
25              And, again, ladies and gentlemen, with respect to
```

```
 1    the transcript, you're to review it in conjunction with the
 2    hearing of the tape and determine whether it's accurate.
 3              MR. BARDFELD:  May I approach, Your Honor?
 4              THE COURT:  Yes.
 5              (Audio played.)
 6   BY MR. BARDFELD:
 7    Q    And, finally, as far as recordings, on July 11th, 2011,
 8    did you have a conversation with Kate Michael?
 9    A    After she put the phone down, Joyce Michaels, she sent
10    me an e-mail to contact Kate.  That was the last time I spoke
11    to Joyce.
12    Q    And did you contact Kate after that?
13    A    I think I phoned her and she phoned me back, but there
14    was a conversation with Kate.
15    Q    I'll show you -- well, did you have an opportunity to
16    review a recording of that conversation?
17    A    Yes.
18    Q    And did the recording accurately depict the conversation
19    as you remember it?
20    A    Yes.
21    Q    Did you also have an opportunity to review a transcript
22    of that conversation?
23    A    Yes.
24    Q    And did the transcript accurately depict the
25    conversation as you remember it?
```

```
 1   A     Yes.
 2            MR. BARDFELD:  I now move for the admission of
 3   Government's exhibit 111-6A and the accompanying transcript,
 4   111-6B, into evidence.
 5            MR. SCHWARTZ:  No objection other than the
 6   continuing 801(d)(2)(E) objection.
 7            THE COURT:  I'm overruling that objection.  I'm
 8   admitting it over objection, as well as the transcript.
 9            Any objection to the transcript?
10            MR. SCHWARTZ:  No, Your Honor.
11            THE COURT:  Okay.  They'll both be admitted without
12   objection, with the same instruction to consider the
13   transcript in relation to hearing of the recording.
14       (Government's Exhibit No. 111-6A and 111-6B entered into
15   evidence.)
16            MR. BARDFELD:  May I approach?
17            THE COURT:  You may.
18            (Audio played.)
19   BY MR. BARDFELD:
20   Q     Okay.  That's it for the tapes.
21            Now, you had mentioned sometime during your direct
22   examination that you had gone to Joyce's house?
23   A     Yes.
24   Q     And you said something about seeing a carousel horse in
25   the house?
```

```
 1    A     Yes.

 2              MR. BARDFELD:  May I approach, Your Honor?

 3              THE COURT:  Yes.

 4    BY MR. BARDFELD:

 5    Q     This is composite exhibit 26, which has already been

 6    introduced into evidence.

 7              MR. SCHWARTZ:  Objection, relevance, Judge.

 8              THE COURT:  It's already been in evidence.

 9              MR. SCHWARTZ:  I don't know why we're riding

10    carousel horses right now.

11              THE COURT:  He's identifying that that is the place

12    where she was.

13              MR. SCHWARTZ:  We will stipulate that she was at

14    Rose Marks' house, Judge.

15              MR. BARDFELD:  May I publish it, Your Honor?

16              THE COURT:  I guess, if you want.

17    BY MR. BARDFELD:

18    Q     And that's the carousel horse that you saw when you went

19    to her house?

20    A     Yes.

21    Q     Now, you also discussed various e-mail communication

22    that you had.

23    A     Yes.

24    Q     Government composite exhibit 111AW073 has already been

25    introduced.  Can you take a look at this e-mail?
```

```
 1                 Or has already been admitted into evidence.
 2                 Can you see that?
 3   A    Yes.
 4   Q    And what is that?
 5   A    It's an e-mail from me to Joyce.
 6   Q    And can you read the first paragraph of that e-mail?
 7   A    "When I sent 84,568-pounds to you, I stated that I would
 8   not send you any more money, and you did not tell me at that
 9   time that I would have to send any more money for this work.
10   You have had in excess of 750,000 to date, and now you're
11   asking for another payment of $27,000."
12   Q    Okay.  Can you continue?
13   A    "You say that this is the last payment that you will ask
14   for to:
15                 "Destroy the sperm of my late husband, to discredit
16   and move away the evil Sykes woman's influence from me and
17   all of my family and to prevent her from ever being able to
18   practice any evil magic again.
19                 "To have paid to me the money paid into this work,
20   which includes the 100,000, 250,000, 84,568, along with the
21   27,000 and the 18,000 paid before the document was signed and
22   to have another payment of a substantial amount from my late
23   husband, Brian Walker's estate."
24                 THE COURT:  Ma'am, can you read a little more
25   slowly, please?
```

```
 1              THE WITNESS:  Sorry.
 2              THE COURT:  Thank you.
 3   BY MR. BARDFELD:
 4   Q    Can you explain what paragraph 3 meant in that e-mail?
 5   A    Well, the third thing was that they were saying that I
 6   would get a decent payment from my husband's estate and that
 7   I was also talking about the monies that I had sent to her
 8   coming back to me.
 9   Q    Okay.  So paragraph 3 is referring to the money coming
10   back to you?
11   A    Yes.
12   Q    I have another e-mail that's already been admitted into
13   evidence that's composite exhibit 111AW086.
14              Can you read that e-mail?
15   A    Yes.  This was when I was considering going out to see
16   her, I think.
17              "Dear Joyce:  I have tried to ring on a number of
18   occasions and have not been able to speak to you.  I did try
19   to ring you when you suggested on your e-mail, but still no
20   answer.  I have told you that I wish to return the loan --
21   wish you to return the loan monies but you have not given me
22   any comfort as to when you will return them, although they
23   were to be returned by the 30th of December, 2010.  I feel
24   that when you return these it will help the matter come to an
25   end.
```

1        "The amounts were:  A hundred thousand as agreed

2   from the previous payments made" -- that's pounds --

3   "$373,750 paid to you on the 4th of May, 2010; $119,215.51

4   paid to you on the 25th of May, 2010; and $27,000 paid to you

5   on the 6th of July, 2010.

6        "Please can you return them to the account for

7   which I gave you details some time back when the payments

8   were being made.  I will be coming to Florida as stated by

9   you in February and so I hope that this matter can have been

10  resolved by that date.  The amount given to you over time has

11  been more than the payment from Brian's estate to me.  Please

12  respond as soon as you read this e-mail."

13  Q    Okay.  Did you also write other e-mails?

14  A    I did.

15  Q    Okay.  I show you what's been admitted into evidence

16  Government's composite exhibit 111AW087.  Can you review

17  that?

18       First off, when was that e-mail sent, who sent it,

19  and to whom was it sent?

20  A    I sent it on the 12th of March to Joyce Michaels.

21  Q    Can you read that?

22  A    "Joyce, I need to write this e-mail to confirm to you my

23  instruction of January this year asking you to return the

24  loan money, as was agreed by you to me and placed in an

25  agreement dated 20th of April, 2010, and signed before a

```
 1    notary of public.  This instruction has not changed from my
 2    point of view, as anything you do now is not instructed by
 3    me.
 4              "I have sent you the details of my account, but I
 5    shall reiterate these again and the money required to be
 6    returned is as follows:
 7              "A hundred thousand pounds, which will be around
 8    $155,000 as per the agreement; 250,000 pounds, which was sent
 9    on the 4th of May, 2010, as dollars, $373,750 as per the
10    agreement; 84,568 pounds, which was sent in dollars of
11    $119,215.51 on the 25th of May, 2010 as per the agreement;
12    18,181 pounds and 82 Pence, which was sent on the 6th of
13    July, 2010, as $27,000 as per the agreement.
14              "This makes a total of $674,965.51, which is a very
15    large amount of money, and I need this to take me through my
16    retirement.  I have made it very clear that you were to
17    return this money to me as promised by the end of last year.
18              "My banking details are the Royal Bank of Scotland,
19    account number 2029-56354561 (sic), IBAN number" -- which is
20    a long one -- "GB10RBOS16202956354562, BIC code RBOSGGSP.
21    These details will allow you to place the money in dollars
22    into my account, and this account has only been set up to
23    receive these monies."
24    Q    Okay.  I now show you what's been introduced into
25    evidence as Government's composite exhibit 111AW096.  This is
```

```
 1   another e-mail.
 2            And when was that e-mail sent, and to who was it
 3   sent?
 4   A    This was sent the 28th of June.  This is after the time
 5   I knew the police were involved -- the authorities were
 6   involved.
 7            "Joyce:  I enclose all the payments that I can
 8   trace so far made to you and Nancy Marks.  As you can see,
 9   this is just short of $900,000.  I have the proof of all
10   these payments.
11            "The agreement that you signed referred to the last
12   payments made to you from September 2010.  You tell me that
13   you cannot afford to pay interest as per the agreement if you
14   failed to return the $675,000 by the end of last year, but
15   you gave me no comfort when I told you I could not afford the
16   money you kept asking me for to protect me from negative
17   forces and make sacrifice money.
18            "All my money has been sent to you as requested,
19   and you have put me in a financially insecure position when I
20   was going through the worst time of my life, losing my
21   husband, who I loved with all my heart, and then my mother,
22   who I also loved, and even now I miss them both very much.
23   Also, at the time I had not only heard my husband was dying,
24   I had also lost my home and job.
25            "The money you have had would have taken me 20
```

1  years to earn.  You are full I aware that I am retired with a

2  small pension and all my savings have been taken by you,

3  including the money so far released from my husband's estate,

4  and you know the problems that I have had with the Will, et

5  cetera, and that his half brother has taken half of the

6  estate, even though you said that would not happen.

7          "I trust that you will address your mind to

8  returning the money that you said you would in the agreement,

9  or as I said, I would have to ask my lawyer to pursue this."

10  Q     Couple more e-mails.

11          This has already been admitted into evidence as

12  Government's exhibit 111AW097.

13          Can you read that?

14  A     "Joyce:  I have checked each day and no money has been

15  put into my account.  Let me know why not and when you are

16  going to place the funds in.  I am losing patience with this,

17  as all you do is make promises which you do not keep.  This

18  is not the way to do business of any sort.  The article in

19  the paper shows that you have done this before to another.  I

20  am beyond discussing this with you.

21          "You made an agreement to pay the $675,000 plus by

22  the end of last year.  It is now July 2011, seven months

23  later, and no money has been paid except two payments of

24  interest of $5000.  You owe not only the $675,000 plus, but

25  five months of interest of 12,500, making a total of

1    approximately $700,000 at the moment with the conversion

2    rate.  That is what I will claim from you, and it increases

3    every month.  You have had over 900,000 sent to you and Nancy

4    Marks, and so you have had 200,000 for anything that you have

5    done.

6             "Please respond to this e-mail immediately so we

7    know where we stand.  You have had all the details of

8    payments, a copy of the agreement and bank payments made.  We

9    are ready to proceed if you do not respond by return."

10   Q    And, finally, you did receive some e-mail communication

11   from Joyce Michael; is that correct?

12   A    I did receive, yes.

13   Q    I show you what's been admitted into evidence as

14   Government's exhibit 111AW099.  And can you just read that

15   e-mail.

16   A    That was sent on the 5th of February, 2010.

17   Q    Yes.

18   A    Joyce wrote to me saying:  "Andrea, I hope you

19   understand how well everything is going.  We thank God for

20   the progress that we made up to now.  Very, very soon

21   everything will be resolved.  Money issues is not a problem.

22   I'm just finishing the work with the witch.  You need to

23   follow Kate's instructions and have no doubts or fears.

24   Love, Joyce."

25   Q    And who is the witch?  What is your understanding of who

```
 1   the witch is?

 2   A    Natalie Sykes, the lady who promised to -- well, who

 3   agreed to have an IVF baby with my husband.

 4   Q    You had indicated in those e-mails that you had given

 5   close to $900,000 to Nancy Marks and -- I'm sorry, Joyce

 6   Michaels and Kate Michaels, and 700,000 was supposed to be

 7   returned.

 8        How much of that money was returned to you?

 9   A    $5000.

10   Q    5000?

11   A    Yes.

12   Q    Out of the 700,000?

13   A    Out of all the money, yes.

14        MR. BARDFELD:  I have no further questions.

15        THE COURT:  All right.  Why don't we recess for

16   lunch before we begin the cross-examination, ladies and

17   gentlemen.  Let's take a lunch break.  Don't discuss the

18   case, don't form any opinions, leave everything in your

19   seats, and we'll see you at 1:15.

20        Thank you very much.

21   (The jury exits the courtroom.)

22        THE COURT:  Okay.  Ma'am, if you would not discuss

23   your testimony during the recess, and we'll see you back here

24   at 1:15.  Thank you.

25        Anything else?  No?
```

```
 1                    All right.  We'll see you at 1:15.  Thanks.

 2           (A recess was taken from 11:59 a.m. to 1:16 p.m., after

 3      which the following proceedings were had:)

 4                    THE COURT:  All right.  We're back on the record.

 5      Ms. Marks is present with counsel.

 6                    Are we ready?

 7                    MR. SCHWARTZ:  Ready.

 8                    MR. BARDFELD:  Yes, Your Honor.

 9                    THE COURT:  Before we bring the jury in, I've got

10      this motion.  Is that something we need to deal with now?

11      When is this witness --

12                    MR. STEFIN:  No, it can wait 'til the end of the

13      day.

14                    THE COURT:  Has the defense --

15                    MR. STEFIN:  I haven't furnished a copy.  It's ex

16      parte, but I can.  It's not --

17                    THE COURT:  Is there any reason why they can't know

18      about it?

19                    MR. STEFIN:  Not particularly.

20                    THE COURT:  All right.  Well, why don't you let

21      them have a copy of it, because I don't see why it needs to

22      be a secret to them, and then we can deal with it later.

23      When did you intend to call this witness?

24                    MR. STEFIN:  Later this week.

25                    THE COURT:  Okay.  So we can deal with it later.
```

```
 1                  All right.  Let's bring the jurors in.
 2        (The jury enters the courtroom, after which the following
 3   proceedings were had:)
 4                  THE COURT:  Welcome back.  Please be seated, ladies
 5   and gentlemen.
 6                  You're still under oath, Ms. Walker.
 7                  Mr. Schwartz, you may cross-examine.
 8                  MR. SCHWARTZ:  Thank you, Your Honor.
 9                            Cross-examination
10   BY MR. SCHWARTZ:
11   Q    Is it okay if I call you Mrs. Walker, or is there some
12   other way you'd like to be addressed?
13   A    Mrs. Walker is fine.
14   Q    Thank you.
15                  You mentioned before you got into the depth of your
16   testimony that your occupation before you retired or before
17   you started to work at the hotel was as a solicitor; is that
18   correct?
19   A    That's correct.
20   Q    And correct me if I'm wrong, because I'm not that
21   familiar with the British system, but lawyers in Great
22   Britain are divided into two categories; is that right?
23   A    Yes.
24   Q    One is the category of solicitor, who basically we would
25   call a transactional attorney.  They do all the paperwork for
```

```
 1    various business deals.  They do other type of, let's say

 2    real estate transactions or contracts of various kinds, and

 3    they also, if there are litigation cases, they do the

 4    preparation work for the litigation case.  Is that all right?

 5    A    Yes.

 6    Q    And then they retain or hire, or I guess it's called

 7    brief a barrister, who's the one who actually goes into court

 8    and tries the case?

 9    A    Mostly, yes.

10    Q    Is that correct so far?

11    A    Yes.

12    Q    And your job was as a solicitor; is that correct?

13    A    That's correct.

14    Q    You didn't get to wear those fancy silk robes and the --

15    A    No.

16    Q    -- Wigs in court, things like that, right?

17    A    No.

18    Q    Did you ever go into court?

19    A    Yes.

20    Q    So if you had briefed or hired a barrister to represent

21    one of your clients, you might sit in with them the way our

22    two paralegals are doing here, and assist the barrister with

23    the documents and the paperwork and things like that?

24    A    That's correct, yes.

25    Q    So -- but although you can't appear in court, you're a
```

```
 1   full-fledged attorney for everything other than appearing in
 2   court, is that fair?
 3   A    Well, there are different rules.  You can appear in
 4   certain courts even as a solicitor.  I did immigration, and
 5   in the tribunals you can appear.
 6   Q    Correct.
 7        But you wouldn't try a case, for instance, at Old
 8   Bailey?
 9   A    I wasn't too involved in that area.
10   Q    That's the criminal courts in London, right?
11   A    Yes.
12   Q    Now, you talked about an agreement, and the Government
13   offered into evidence an agreement.  I believe I have a copy
14   here.  And the Government posted that agreement on the
15   screen; is that correct?
16   A    Is that the one --
17   Q    That you entered into with Joyce Michaels.
18   A    Between myself and Joyce Michaels?
19        Yes.
20   Q    Let me approach with the Government's evidence and see
21   if I can pull out the one that's in evidence so we're not
22   using a different copy.  You'll have to forgive me.  I don't
23   have my 16-year-old daughter to help me.
24        Is this what's been posted on the screen, the
25   agreement that you testified about earlier today?
```

1    A    Yes.

2    Q    Okay.  And who was the one who drafted or wrote this

3    agreement?

4    A    I did.

5    Q    Okay.  So you, as an attorney, drafted this agreement to

6    memorialize the deal that you made with the lady who you knew

7    as Joyce Michael, correct?

8    A    It wasn't my area of expertise, but I thought it was the

9    best way of trying to resolve what was happening, yes.

10   Q    Okay.  Well -- and just for the sake of continuity,

11   because there are a lot of people who have used the name

12   Joyce Michael, do you mind if I refer to her as Rose?

13   A    No, that's -- I know she's now called Rose Marks, yes.

14   Q    And you'll understand who I'm talking about if I say

15   Rose, right?

16   A    I hope so, yes.

17   Q    If you get confused, just stop me.  Okay?

18   A    Okay.

19   Q    You say it's not your area of expertise, but -- and I'm

20   not sure what type of training British solicitors get, but

21   you had to go to university; is that right?

22   A    Correct, yes.

23   Q    And you went to a university in Yorkshire?

24   A    Yes.

25   Q    Which university is that?

```
 1    A     Sheffield.

 2    Q     Sheffield University.  A very good school, right?

 3    A     Yes, it was.

 4    Q     And then after university, do you also have to have some

 5    sort of continuing education to become a solicitor?

 6    A     You have solicitor's exams, yes.  They've changed from

 7    when I qualified.  I was qualified a while back.

 8    Q     And as part of that schooling, you learn about various

 9    areas of the law, right?

10    A     Yes.

11    Q     You learn about contracts?

12    A     Yes.

13    Q     Torts?

14    A     Yes.

15    Q     I never quite knew what a tort was before I went to law

16    school.  I thought it was something you ate.

17          And you learn about what we in America called

18    secured transactions, mortgages or liens?

19    A     Yeah.  Well, yes, I suppose it was part of some of the

20    subjects.  The main subjects were criminal and tort --

21    Q     Contracts.

22    A     Contracts, yes, tort.

23    Q     But within contracts, you learned about liening property

24    or getting a security interest in property or a mortgage on

25    property?
```

1    A    That would be in the conveyancing area.

2    Q    And deeds of trust?

3    A    I didn't really do trusts.  I didn't elect for that.

4    Q    And as a solicitor, did you have a trust or escrow

5    account that you kept if you had to hold clients' monies?

6    A    It was called a clients account, yes.

7    Q    A clients account.

8         And that wasn't your money, that was somebody

9    else's money that you put in the clients account because that

10   was part of your agreement with the client; is that right?

11   A    Yes, anything that was held on behalf of the client you

12   would put into your clients account, and it would only be

13   used for that client, and you had to keep very exacting

14   records to make sure that the money didn't get mixed up with

15   anybody else's money.

16   Q    Right.

17   A    Yes, you had very stringent rules about that.

18   Q    Right.

19        Now, you reached this agreement with Rose, or Joyce

20   Michaels, under the name Joyce Michaels, and you put in

21   certain terms in this agreement, right?

22   A    Yes.

23   Q    One, you put in a term saying how much she was initially

24   borrowing from you; is that correct?

25   A    Yes.

1    Q    And the second was that if she borrowed any more money,

2    any more money was sent by you to the borrower's bank

3    account, that it would be included in this note.  The note

4    would be enhanced or brought up to that amount; is that

5    right?

6    A    Yes.

7    Q    And the third said that she could hold the monies

8    interest free until the 30th of December, 2010, when it was

9    supposed to be repaid?

10   A    Yes.

11   Q    And then there was sort of a default or penalty

12   provision in paragraph 4 if she didn't repay it by

13   December 30th, she would pay 4 percent above the base lending

14   rate of the bank of England?

15   A    Yes.

16   Q    Was that -- we call that sometimes the prime rate.  Is

17   that called -- was that the Libor rate that was -- that's

18   been talked about a lot lately, or was that some different

19   lending rate from the Bank of England?

20   A    As far as I understand it, the Bank of England sets

21   rates, which are quite low now.

22   Q    But back at the time you made this agreement --

23   A    Nothing to do with Libor, I don't think.

24   Q    Nothing to do with Libor.

25        And you need to speak into the mike, because the

1    gentleman in the funny-colored shirt has to be able to hear

2    you.

3           And do you remember back in March of 2010, or

4    really, the end of 2010, what the lending rate or the bank

5    rate for the Bank of England was?

6    A    Not offhand.

7    Q    Was it about five and a half percent at that time?

8    A    No, I don't think so, no.  It was going down quite a lot

9    after 2008.

10   Q    Is there a provision in here that says Rose Marks had to

11   hold the money in trust or in a client's account?

12   A    There's no provision, no.

13   Q    And as an attorney, could you have placed such a

14   provision in there if you wanted to?

15   A    As I said, it's not my area of expertise.  I did this

16   the best way I could.

17   Q    But if part of your agreement with Rose is that she was

18   to hold your money, not spend it, not use it for whatever she

19   used it for, wouldn't you have memorialized that as part of

20   this very important agreement?

21   A    I trusted that she had said to me that she would return

22   it.

23   Q    And she says in this note that she will return it,

24   right?  And you put that in there, correct?

25   A    Uh-huh.

```
1              THE COURT:  Is that a yes?

2              THE WITNESS:  Yes.

3    BY MR. SCHWARTZ:

4    Q    Okay.  But you didn't put in any provision restricting

5    her use of the money, because that wasn't part of the deal,

6    was it?

7    A    Part of the deal was, I suppose, for her to use this

8    money for the work that she was doing that she kept on

9    talking about.

10   Q    But if that were part of the deal, wouldn't you have put

11   it in the agreement?

12   A    As I say, this is the best I could do.

13   Q    And I'm not faulting your skills as a solicitor.  I'm

14   just trying to point out that you had the knowledge, you had

15   the legal training, you had the ability, you drafted the

16   note, and yet, it's a fact that you didn't put in any

17   provision that restricted how Rose used this money; is that

18   right?

19   A    Yes.

20   Q    Now, originally you dealt with a lady who we now know is

21   Nancy Marks; is that right?

22   A    Yes.

23   Q    And let me back up.

24         In the '80s, into the early '90s, you were married,

25   right?
```

1    A    Yes.

2    Q    And what was your husband's name?

3    A    Reg.

4    Q    Reg, R-e-g?

5    A    Yes.

6    Q    And you and Reg had a couple of children, if I'm not

7    mistaken?

8    A    Yes.

9    Q    A boy and a girl?

10   A    Yes.

11   Q    The boy now lives in California?

12   A    Yes.

13   Q    And the girl lives in England, right?

14   A    Yes.

15   Q    And at about the same time, Brian Walker was married; is

16   that right?

17   A    Yes.

18   Q    Did he have any children?

19   A    He had a stepson.

20   Q    That was his then wife's son, correct?

21   A    Yeah.

22   Q    And Brian never adopted that young man to be his son; is

23   that correct?

24   A    Not as far as I'm aware.

25   Q    Okay.  So you and Brian met, fell in love, you both got

1   divorced, and you started to live together in the early '90s;

2   is that right?

3   A    Yes.

4   Q    About when in the early '90s was that, do you remember?

5   A    In '94 we met.

6   Q    When did you both leave your spouses and get together?

7   A    July '94.

8   Q    Okay.  And at that time, you were talking to him about

9   going into a business venture together; is that right?

10  A    No, we weren't.

11  Q    You were just looking for a place to live?

12  A    Yes.

13  Q    And as you were driving around looking for a place to

14  live or visiting, I forget what they're called in England,

15  but we call them real estate brokers, you happened upon a

16  castle?

17  A    Yes.  It wasn't through a real estate person.

18  Q    It was on your own?

19  A    Yes.

20  Q    And this is a very ancient castle, isn't it?

21  A    Is.

22  Q    It's even written about, and I'm going to get this

23  wrong, I know, in the Doomsday Book from the 11th century.

24  A    1086, yes, it was first mentioned.

25  Q    And that was shortly after the Norman invasion, right?

1    A    I guess, I suppose.

2    Q    So that castle's been there a long time.

3    A    It has.

4    Q    And it even had indoor plumbing, right?

5    A    (Laughter.)

6    Q    And you and Brian thought that it would be a very nice

7    place to convert into a hotel.  It had been a monastery, and

8    then it was empty, and you took a chance, and you pooled

9    your -- I'm sorry.  He had about a million and a half dollars

10   available, and he used it to buy the castle, and then you and

11   he pooled some money, borrowed some money, got some investors

12   and redid it as a hotel.

13   A    Yes.

14   Q    And at that time where were you practicing?

15   A    At that time I'd left my -- you know, the place I was

16   working in, and I -- Brian refurbished an office in the area

17   near the castle so that I could do work from there.

18   Q    And you continued to work both as a solicitor for other

19   clients and do the legal work and some management work for

20   the hotel; is that right?

21   A    I did the licenses.  I liaised with solicitors in other

22   matters, and then I also had some immigration clients that

23   wanted to follow me, so they came with me.

24   Q    But you dealt regularly with legal matters for the

25   hotel.  Sometimes you -- primarily using outside counsel?

```
 1    A    Yes.

 2    Q    Okay.  And then there came a time when this young lady

 3    who -- by the way, did you first call her a witch, or did

 4    Rose first call her a witch?

 5    A    Rose first called her a witch.

 6    Q    Okay.  And was that in the pejorative sense?

 7    A    Sorry, I don't know what you mean.

 8    Q    I'm sorry, was that -- did you actually mean that she

 9    practiced witchcraft, or did you mean that she was a

10    witchy-type person?

11    A    I knew her.

12    Q    Okay.

13    A    Because she lived -- she worked at the castle.

14    Q    And what's her name?

15    A    Natalie Sykes.

16    Q    Natalie Sykes?

17    A    Yes.

18    Q    And when did she start working at the castle?

19    A    2005, I believe.

20    Q    And sometime between 2005 and 2007, we can -- you can

21    surmise, or you surmise now, that she and your husband

22    started to have an affair, is that fair?

23    A    Actually, he left a message through his solicitor saying

24    that there was no affair.  It was a contract between them to

25    have the IVF baby and that there was no sexual relationship.
```

```
 1                  In fact, after 2007, he was impotent.
 2    Q     Okay.  So in 2007, wanting to have his own child as
 3    opposed to stepchildren, knowing that his Parkinson's might
 4    make him impotent -- is that how he became impotent?
 5    A     He had prostate problems.
 6    Q     Okay.
 7    A     So actually the sperm wasn't being ejected.
 8    Q     He entered into an agreement with Leeds Teaching
 9    Hospitals for an annual frozen sperm storage; is that
10    correct?
11    A     He had to go, apparently, to have an operation for that.
12    But, yes, that is correct.
13    Q     And they extracted sperm and stored it.
14    A     Yes.
15    Q     So you didn't find out about this until after he passed
16    away?
17    A     That's right.
18    Q     Was there ever an in vitro fertilization with this
19    sperm?
20    A     All I know is that they were starting -- she was
21    starting to take fertility drugs before he passed.
22    Q     Uh-huh.
23    A     I immediately contacted the hospital and told them to
24    destroy his sperm, and I believe that the procedure was
25    stopped, but I don't know.
```

```
 1   Q    Okay.  And then you brought a lawsuit, I believe, to try
 2   to prevent this from happening?
 3   A    I never brought a lawsuit, no.  I had some -- quite a
 4   lot of correspondence between my solicitors and the hospital,
 5   but a lawsuit wasn't actually instigated.  It's very
 6   difficult.  I didn't really have the money to keep paying
 7   everybody.
 8   Q    Let's talk about money for a moment, if it's all right
 9   with you.  And, again, forgive me for invading private areas,
10   and I apologize.
11          But about the time the hotel was sold, you and
12   Brian split the, or were to split the proceeds of the sale;
13   is that right?
14   A    No.
15   Q    Well, you and Brian separated at about the time the
16   hotel was sold, is that fair?
17   A    He left in November.  We sold in June.
18   Q    Okay.  So you sold the hotel in June of 2009; is that
19   right?  And --
20          THE COURT:  I'm sorry, was that a "yes"?
21          THE WITNESS:  It was 2008.
22   BY MR. SCHWARTZ:
23   Q    Okay.  Thank you.
24          June of 2008.
25   A    Yes.
```

```
1    Q      And he left you in or around November of 2008?

2    A      November 2008.

3    Q      Had all the money been paid from the sale of the hotel?

4    A      No.

5    Q      Some of it was still owing; is that right?

6    A      Yes.

7    Q      And did you get anything when Brian left you from the

8    proceeds of the sale of the hotel?

9    A      I had some proceeds myself and from shares that I had

10   invested in.  I put some money into the castle myself.  I got

11   that money, and then he gave me 1.3 million to buy a house

12   for the two of us, which was started -- you know, I had

13   started to negotiate purchasing that, and then he left and

14   said he wasn't going to.

15   Q      So how much did you get from the proceeds from your

16   return on investment you had originally made?

17   A      300 and something.

18   Q      And you had another -- and we're talking about pounds

19   now, right?

20   A      Yes.

21   Q      And you had, in addition to the 300 and something

22   pounds, you got another roughly million 200 and something

23   pounds to find the house?

24   A      Yes.

25   Q      So you had at that point about a million and a half
```

1   pounds.  And just figuring three to two rough -- well, a

2   million and a half pounds at that time would be what, about

3   two and a quarter million dollars?

4   A    Yes, I suppose, roughly.

5   Q    I apologize for my math.

6        And in addition to that, from Brian's estate you

7   got an additional close to $2 million; is that right?

8   2 million pounds, forgive me.

9   A    No, I got 500,000, which was about $750,000.

10  Q    That was the first payment.  Didn't you get some more

11  after that?

12  A    I've never had any more since.

13  Q    Are you still dealing with Brian's half brother Stuart

14  regarding the money from the estate?

15  A    Yes, sort of.  Not with him, but the solicitors are

16  dealing with things.  I had to change solicitors because the

17  solicitor that was dealing with the matter left, and the

18  person that was supposed to take over didn't do anything, any

19  work, and it was about a year passed, and so eventually I

20  went to another solicitor.

21  Q    And about how much more money are you seeking from the

22  estate?

23  A    I don't know.  I really don't know how much is left.

24  It's gradually going down.

25  Q    Have you ever asked for an accounting of it?

1   A     My solicitors, I think, had an account, but not for

2   quite some time.  I think from memory there was left about

3   700,000.

4   Q     Pounds?

5   A     No, actually, there's still 250,000 pounds that haven't

6   been recovered from the sale yet.  So that's less, less that.

7   Q     Okay.  So is it 500 or a million pounds?  You said there

8   was 750, but 250 hasn't been recovered from the sale.

9   A     So there's about 500,000 left.

10  Q     Okay.  And you're supposed to get about half of that; is

11  that right?

12  A     Yes, plus some costs.

13  Q     So within the time beginning in 2009 'til sometime in

14  2011, from the sale of the hotel from Brian and from the

15  estate, you got about 2 million pounds, is that fair?

16  A     Around that.  I suppose just short of that.

17  Q     Okay.  And that's something in the vicinity of about

18  $3 million?

19  A     Yes.

20  Q     Okay.  You gave -- by your accounting, you gave Rose and

21  previously you gave separately to Nancy Marks what seems to

22  be a total of around $900,000, is that about right?

23  A     Yes, just under that, yes.

24  Q     And you had certainly other expenses.  You paid about

25  half a million dollars for the house, is that fair?

```
 1    A    850,000.

 2    Q    I'm sorry?

 3    A    850,000.

 4    Q    850,000.  Roughly 500 pounds?

 5    A    Sorry?

 6    Q    How many pounds did you pay for the house?

 7    A    850,000 pounds.

 8    Q    Now, did there come a time when you were contacted by

 9    this Florida detective you mentioned?

10    A    Yes.

11    Q    And his name was Stack?

12    A    Mr. Stack, yes.

13    Q    Is it Mr. Stack or Detective Stack?  Do we know?

14    A    I addressed him as Mr. Stack.

15    Q    I'm sure he wasn't insulted.

16         And do you remember when he first called you?

17    A    All I can recall is when I came back after having seen

18    Joyce, Rose Marks, it was pretty much shortly after I came

19    back to England.

20    Q    And that was around February of 2011; is that correct?

21    A    In March probably, yes.

22    Q    March of 2011?

23    A    Yeah, I can't remember the exact time.

24    Q    And about how many conversations did you have with

25    Mr. Stack?
```

```
 1    A     I don't know.  A number, I suppose.

 2    Q     More than two?

 3    A     Yes.

 4    Q     More than four?

 5    A     Yes, I think so.

 6    Q     And did he ask you questions about your relationship

 7    with the person you knew as Kate and the person you knew as

 8    Joyce?

 9              THE COURT:  Mr. Schwartz, I'm sorry.  The jurors

10    need a break.  All right?

11              MR. SCHWARTZ:  I'm sorry.

12              THE COURT:  Let's take a 10-minute recess, ladies

13    and gentlemen.  Please don't discuss the case or form any

14    opinions.  Leave everything at your seat, and we'll see you

15    in about 10 minutes.  Thank you.

16         (The jury exits the courtroom.)

17              THE COURT:  Sorry, ma'am.  One of the jurors needed

18    to use the restroom.  So please be seated, everyone.

19              You can step down if you'd like.

20              MR. STEFIN:  Judge, could she practice using the

21    microphone?  I feel like I want to walk up there and just put

22    the microphone into her face, but I guess that would -- I

23    can't hear her from here, and it's been ongoing since --

24              THE COURT:  I mean, I don't know how many times I

25    have to tell somebody to speak into the microphone.  So, you
```

1    know, it's your witness.  So you need to get your witness to

2    speak into the microphone.  Okay?  I've done my part.  And

3    I've tried to get you guys to speak into the microphone, and

4    that hasn't worked either.  So I'm giving up.

5                    MR. SCHWARTZ:  I'm trying, Judge.

6                    MR. BARDFELD:  You're doing a good job.

7                    THE COURT:  You're doing better, yeah.

8        (A recess was taken from 1:47 p.m. to 1:57 p.m., after

9    which the following proceedings were had:)

10                   THE COURT:  Please be seated, everyone.

11                   Let's bring our witness back, please.

12                   We're back on the record.  Ms. Marks is present

13   with counsel.

14                   Bring the jurors in.

15                   MR. SCHWARTZ:  Your Honor, before the jury, I got

16   from Mr. Stefin the ex parte motion that he filed with you,

17   and certainly I have no objection to it, but I would just

18   tell the Court that this lady who they have subpoenaed and

19   who they're compelling is still a friend of Ms. Marks and has

20   asked Ms. Marks about staying at her house while she's here.

21   And I put that to the Court.  If the Court doesn't want that

22   or if you feel that that's improper, then we'll tell her she

23   can't do that.  She's made that request.

24                   THE COURT:  I mean, I'm not getting involved in

25   telling this lady where she can stay or who she can stay

1    with, other than she can't talk -- discuss her testimony.

2              MR. SCHWARTZ:  Obviously.

3              THE COURT:  But this may be part of the problem

4    that we're confronting why she may have an order compelling

5    her to testify.

6              MR. SCHWARTZ:  I understand.

7              THE COURT:  And might find herself in a contempt

8    situation if she doesn't.

9              MR. SCHWARTZ:  No, she has indicated she's coming

10   and she's going to testify.  She's also indicated her

11   willingness to discuss her testimony in advance with me.  And

12   I know there's nothing wrong with that.

13             THE COURT:  Okay.  So you have contrary information

14   to what the Government is suggesting in its motion, that

15   she's not going to assert the Fifth Amendment when she

16   testifies?

17             MR. SCHWARTZ:  No, I understood from her, and we

18   haven't told -- I certainly haven't given her legal advice

19   and haven't talked to her directly, but she has told

20   Mrs. Marks that she intends to assert her Fifth Amendment

21   privilege, but if ordered to testify she would certainly do

22   so.

23             THE COURT:  All right.  Well, I guess we'll -- so

24   you have no objection to me issuing the order?

25             MR. SCHWARTZ:  No, Your Honor.

```
 1              THE COURT:  Okay.  And you're representing to me
 2    that you have a good-faith belief that she's intending to
 3    assert her Fifth Amendment privilege against
 4    self-incrimination?
 5              MR. STEFIN:  Yes, she's told me that directly.
 6              THE COURT:  All right.  And you also are
 7    representing to me that you believe she has material
 8    information that, in the public interest, should be presented
 9    during the course of this trial?
10              MR. STEFIN:  Yes, Your Honor.
11              THE COURT:  Then I'll issue the order pursuant to
12    18 U.S.C., Section 6002, and we'll see where that leads us.
13              MR. STEFIN:  Thank you, Your Honor.
14              THE COURT:  I've signed the order.  We'll have to
15    get you a copy, I guess.
16              MR. STEFIN:  Will that be on ECF?
17              THE COURT:  At some point.  I have to get --
18    Irene's not here this week, so I have a skeleton staff.
19              All right.  So let's bring the jurors in.
20         (The jury enters the courtroom, after which the following
21    proceedings were had:)
22              THE COURT:  Welcome back, everyone.  Please be
23    seated, ladies and gentlemen.  Sorry for that interruption,
24    ladies and gentlemen.
25              Mr. Schwartz, you may continue.
```

```
 1              MR. SCHWARTZ:  Thank you.
 2   BY MR. SCHWARTZ:
 3   Q     We were talking about your contacts with this Detective
 4   Stack; is that correct?
 5   A     Correct.
 6   Q     And I asked you about how many times you spoke with him
 7   before the Defendants were arrested in this case, do you
 8   remember that?
 9   A     Yes.
10   Q     And I think I said, was it more than four, and you said,
11   yes?
12   A     I can't remember how many times.
13   Q     It could be as many as 10?
14   A     I really can't remember.
15   Q     Could we try to get some parameters?  Was it more than
16   five?
17   A     I really can't remember.
18   Q     Okay.  But we know it's at least more than four?
19   A     It would be a number of times.
20   Q     And during those times he was interviewing you about
21   your relationship with Nancy Marks who he called Kate
22   Michaels, and Rose Marks who he called Joyce Michaels; is
23   that right?
24   A     Yes.
25   Q     And you were giving him answers.  You were telling him
```

1    the story about what happened here.  You were providing him

2    with information; is that right?

3    A    Yes.

4    Q    And he was also -- he also authorized you to make and

5    record telephone conversations with Rose and Nancy; is that

6    right?

7    A    Yes.

8    Q    And you did, in fact, make and record telephone

9    conversations with them?

10   A    Yes, I did.

11   Q    On his authority?

12   A    Yes.

13   Q    And before those conversations, did he talk to you about

14   what to say and how to say it?

15   A    No.

16   Q    Did he say, ask for your money back?

17   A    No, I was asking for my money back myself.

18   Q    Okay.  And did he listen to the conversations, and

19   afterwards, would he comment to you and discuss what was

20   said?

21   A    No.

22   Q    So you -- after your initial talks with him and your

23   other interviews by him, and you made these conversations,

24   did you continue to have talks with him during the time you

25   were making these conversations?

1    A    I did see him.  I met him.

2    Q    And did you meet him whether you went to Florida for

3    your cruise in or around February or March --

4    A    No.

5    Q    So you didn't meet him in Florida that time?

6    A    I didn't know about him.

7    Q    Okay.  That's right.  I'm sorry, forgive me.  I wasn't

8    trying to trap you or anything.

9            You didn't learn about him until you came back and

10   you spoke to the British police, who said that he was trying

11   to get in touch with you?

12   A    Yes.

13   Q    And then he got in touch with you, and that's when you

14   started talking to him?

15   A    I was told the American police wanted to speak to me.  I

16   didn't know who it was until he contacted me.

17   Q    Okay.  And then when did you see him?

18   A    I can't remember.  One time when I came over.

19   Q    Can you try to pin that time down for us?

20   A    In April.  Just now I came over because there was going

21   to be the trial.

22   Q    Right.

23   A    And I met him for a cup of coffee.

24   Q    Okay.  And had you met him before that?

25   A    I met him once before, but I can't remember when that

1    was.

2    Q    Was it before or after Rose was arrested?

3    A    I would imagine it was probably after.  I'm not sure,

4    because I come to see my son.  So, I also have friends in

5    Miami.

6    Q    Okay.  You mentioned in Aventura?

7    A    Yes.

8    Q    But do you remember approximately when the first time

9    you met Mr. Stack was?

10   A    I can't remember exactly, no.

11   Q    Can we, again, try to pin down a parameter?

12        Rose was arrested in the middle of August two years

13   ago, 2011.  Was it before that or after that?

14   A    I think I must have come in 2012, because I see my son

15   pretty much every year.

16   Q    And do you think it was early or late 2012?

17   A    Probably early.

18   Q    I'm sorry, I was talking to my paralegal, and I was

19   being rude, and I apologize.

20        Did you say it was early or late in 2012?

21   A    Most likely be early.

22   Q    Okay.  And there was a time also that you met with the

23   prosecutors, Mr. Bardfeld and Mr. Stefin, and I think Beth

24   Watts from the Secret Service; is that correct?  From the

25   IRS?  This nice lady over here?

```
 1    A    I met with one~--- the gentleman who's been asking me
 2    questions, and there's another lady here that --
 3    Q    Shorter lady with dark hair?
 4    A    Yes.
 5    Q    Kelly Cook?
 6    A    I can't remember her name.
 7              There were about three of them.
 8    Q    Okay.  But that was a different time than when you met
 9    with Mr. Stack, right?
10    A    No, it was the same time.
11    Q    So the time you met with them was also the time you met
12    with Mr. Stack for the first time?
13    A    He showed me where to go.
14    Q    Okay.
15              MR. SCHWARTZ:  May we approach for a moment, Judge?
16              THE COURT:  Yes.
17              MR. SCHWARTZ:  Thank you.
18         (The following proceedings were held at sidebar:)
19              MR. SCHWARTZ:  I just wanted to note to the record
20    and to tell Your Honor that I've received one report of
21    interview of this witness, and that was the interview by, I
22    believe Mr. Bardfeld and I think it was Kelly Cook, if I'm
23    not mistaken, but only one toward the mid, I think, August of
24    2012.  I have a copy of that report.  But all of the
25    interviews she says she had with Mr. Stack, I've gotten no
```

```
 1    reports of interviews for.
 2            For whatever that's worth, if we have to have an
 3    appellate record, I wanted to make the record.
 4            THE COURT:  Okay.  Any response from the
 5    Government?
 6            MR. BARDFELD:  I don't think --
 7            MR. STEFIN:  Do you have notes that --
 8            MR. BARDFELD:  I have notes of a meeting with
 9    Detective Stack and Beth Watts and myself in January of 2012.
10            MR. SCHWARTZ:  I think that's the meeting I have a
11    report of, but I have no other -- she's mentioned at least
12    four interviews telephonically with Stack that I have no
13    reports and no notes or nothing else from.
14            MR. STEFIN:  Don't you have a -- what purports to
15    look like an affidavit?
16            THE COURT:  I have an affidavit from her, yes.
17            MR. STEFIN:  Well, that's Detective Stack's report.
18    He writes those things up, and then he gets them to sign it.
19            MR. SCHWARTZ:  So he did one summary report of all
20    of the interviews?
21            MR. STEFIN:  Based on my numerous conversations
22    with him, that's what he indicated he would do.  He would put
23    together -- if he talked to somebody multiple times, he would
24    put together, you know, a comprehensive report and then send
25    it to them, and if they thought it was accurate they would
```

```
1    sign it.
2              MR. SCHWARTZ:  And, Judge, I would just -- again,
3    I'm not doing legal argument, but I would just tell Your
4    Honor that if Your Honor were to read the Fifth Circuit
5    Skilling case, the Fifth Circuit was critical of that
6    procedure, said it wasn't proper, that you can't do a summary
7    report of numerous interviews.  You have to have an
8    individual report of each interview.  So if he has rough
9    notes of those interviews which he then made a summary report
10   after that, I would ask for those rough notes.
11             THE COURT:  Are there any?
12             MR. STEFIN:  I'm not aware of any.  I've asked him
13   numerous times.  My understanding is there aren't, but I'll
14   ask him, just to make sure, one more time.
15             MR. SCHWARTZ:  Thank you, Your Honor.
16             THE COURT:  All right.  Was Mr. Stack at this time
17   when he prepared this summary affidavit that he's describing,
18   was he working with the federal government or was he working
19   with the Fort Lauderdale police?
20             MR. BARDFELD:  He was working both, but he was a
21   deputized task force agent working with Secret Service on the
22   case at the time he would have done that.
23             MR. SCHWARTZ:  I believe he testified he was
24   deputized to the Secret Service or something like that.
25             MR. BARDFELD:  Yes.
```

```
 1              THE COURT:  Thank you.
 2         (Sidebar conference concluded.)
 3   BY MR. SCHWARTZ:
 4   Q    Now, you were working initially with Nancy Marks.
 5   A    Correct.
 6   Q    Would it help if I called her Kate?  Would that make it
 7   easier for you?
 8   A    As you wish.
 9   Q    Okay.  I'll just do Nancy so we don't get confused.
10         With Nancy Marks, you met her at the shop just next
11   door to the Plaza Hotel; is that right?
12   A    That's correct.
13   Q    You were staying at The Plaza?
14   A    I was.
15   Q    And that's between 58th and 59th Street on Fifth Avenue
16   in Manhattan?
17   A    It's near Central Park.
18   Q    Right next to where all those horse-drawn cabs are?
19   A    Yeah, close.
20   Q    When you came out of The Plaza you went to the south
21   side of The Plaza, which is on 58th Street, and walked to the
22   next building, and the shop was right there?
23   A    You just went out the back of The Plaza Hotel and it was
24   pretty much there.
25   Q    Green awning?
```

```
 1    A     I can't remember.

 2    Q     And you went in and you met Nancy Marks?

 3    A     I did.

 4    Q     And you developed -- you had problems at that time; am I

 5    right?

 6    A     Yes.

 7    Q     I mean, terrible problems.

 8    A     Yes.

 9    Q     You loved your husband, but you were separated, you were

10    living with your mother I think at the time.

11    A     Yes.

12    Q     And you just learned that he was deathly ill.

13    A     Yes.

14    Q     Okay.  And you wanted to talk to somebody, and you went

15    in and you talked to her?

16    A     Yes.

17    Q     And did you find any comfort in talking with her?

18    A     Yes.

19    Q     And you continued to talk with her about your problems

20    for the next numbers of months, right?

21    A     Yes.

22    Q     So -- and you paid her money.

23    A     Yes.

24    Q     And the money you paid to her, at least until that

25    $24,300 payment, you knew you weren't getting back?
```

```
 1   A    Until the 24,000 pounds, yes.

 2   Q    Pounds?  Was it pounds or dollars?

 3   A    Sorry, $24,000 in July.

 4   Q    Right.

 5   A    Just before he died.

 6   Q    Right.

 7        And at that point she said any money you pay me

 8   after that you'll get back?

 9   A    Yes.

10   Q    And then he died?

11   A    Yes.

12   Q    And then not only were you devastated by his death, but

13   you were doubly hurt, weren't you?

14   A    Yes.

15   Q    You found that red file on his desk.  And you didn't

16   know what it was about, but you saw that -- a contract with

17   this lady regarding in vitro fertilization, right?

18   A    Yeah.

19   Q    And you called your mom, and then after that you called

20   Nancy and talked with her about it?

21   A    I called Nancy first whilst the ambulance was there and

22   my mother was in hospital.  So after the undertaker had taken

23   the body, my husband's body, then I went to see my mother.

24   Q    And the two things you were working on primarily with

25   Nancy were trying to get Brian to come back to you and trying
```

```
 1    to let him live as long as he could, right?
 2    A     Yes.
 3    Q     And he did come back to you?
 4    A     Yes.
 5    Q     And you had, from the way you testified, I believe,
 6    although it was stressful because of his illness, you had a
 7    time together where you connected and you and he got along as
 8    husband and wife, is that fair to say?
 9    A     Yes.  Mostly, yes.  He couldn't do anything.
10    Q     Well, I'm not talking about physically, I'm talking
11    about emotionally.
12    A     Emotionally, yes, we did connect.  Very much so.
13    Q     Then you got hit with this double blow after his death
14    of being written out of his Will and also the in vitro.
15    A     I wasn't entirely written out of his Will, but he had
16    changed everything.
17    Q     Originally, he -- for tax purposes he had a trust, and
18    that money in the trust, you were the -- I think, the trustee
19    of the trust, weren't you?
20    A     No.
21    Q     Who was the trustee?
22    A     His half brother and the accountant.
23    Q     But the trust was to be for your benefit?
24    A     Which trust are you talking about?
25    Q     The original trust -- originally, there was -- in his
```

```
 1    Will there was a trust, and then he changed it; is that
 2    right?
 3    A    Originally, there was a trust when I was a potential
 4    beneficiary of that trust, and Charter Trust & Guernsey were
 5    the trustees.
 6    Q    In the new Will he created a different trust, made his
 7    half brother Stewart the trustee, and you weren't the
 8    beneficiary of that trust, were you?
 9    A    There were no named beneficiaries.  Well, that's not
10    true.  In the Will there were four named beneficiaries, but
11    it's a bit complicated.
12    Q    We don't need to go into the trust and estate matters.
13    It wasn't the way you envisioned it would be?
14    A    No, it wasn't.
15    Q    Okay.  And then you wanted to have help and advice and
16    assistance in dealing with these new problems, the problem of
17    the estate and the problem of the in vitro fertilization?
18    A    Yes.
19    Q    And Nancy Marks said I can't -- that's not really what I
20    do, it's too complicated for me.  I'll let you talk to Joyce
21    Michaels.  She's better at this than I am.  Is that fair?
22    A    Eventually, yes, she said that.
23    Q    Have you ever done something like that with your clients
24    where they come to you for immigration and they have another
25    problem that's not within your area of expertise and you
```

```
 1    refer them to a different solicitor?

 2    A    Yes.

 3    Q    So you're familiar with that type of procedure?

 4    A    Yes.

 5    Q    So Nancy referred you to Joyce, whose name you knew

 6    because it was on the sign at the original shop you went

 7    into, and it was on a bank account that you had sent money

 8    to, right?

 9    A    I picked up her card off the table in the office when I

10    first went there, yes.

11    Q    And Joyce, you said, had a different approach than

12    Nancy, is that fair?

13    A    Yes, definitely.

14    Q    Joyce -- Nancy was at that point very spiritual, or even

15    the whole time, with a lot of praying and rituals and candles

16    and, oh, I guess rose petal baths and things of that sort,

17    and crystals.  And Joyce was, let me see a copy of the will,

18    let me see a copy of the solicitor's papers, a copy of the

19    contract for in vitro; and you sent that all to her?

20    A    I did.

21    Q    And in your conversations with her, did it appear that

22    she had familiarized herself with all of that information?

23    A    She said she had read through the Will.

24    Q    Right.

25    A    She made comment that it was terrible, that because I
```

```
 1   was the wife I should be entitled to the money, and she made

 2   comment, so she must have read it, yes.

 3   Q    She wasn't practicing law, was she?

 4   A    Not as far as I'm aware.  I don't know.

 5   Q    And you had solicitors that were practicing law for you

 6   and telling you what, if anything, a wife was entitled to

 7   under British law, right?

 8   A    Yes.

 9        They changed their mind, actually.

10   Q    Lawyers are apt to do that.

11        But you and Rose talked a lot, didn't you?

12   A    Yes.

13   Q    About how often?

14   A    Sorry?

15   Q    About how often did you talk?

16   A    I can't remember.  Probably every other day or every day

17   for a while, and then maybe two, three times a week.  Not so

18   much as with Kate -- as with Nancy.

19   Q    And were the conversations long or short?

20   A    Short, compared with ones with Nancy.

21   Q    Well, Nancy's would run an hour or two sometimes, right?

22        THE COURT:  Is that a "yes"?

23        THE WITNESS:  Yes, sorry.

24   BY MR. SCHWARTZ:

25   Q    And you have to speak up, and you have to -- you know,
```

```
 1   we're all used to nodding or making uh-huh, things like that.

 2   We need to annunciate.

 3   A    Okay.

 4   Q    So your conversations with Rose might be a half hour, 40

 5   minutes, something of that nature?

 6   A    I wouldn't say that.

 7   Q    Little shorter?

 8   A    Shorter.

 9   Q    Okay.  Did you feel confident when you talked to Rose?

10   A    I suppose I wanted to believe what they were saying that

11   they were going to do was going to work.

12   Q    And they were trying to use psychic powers and other

13   means to try to influence the outcome?

14   A    Yes.

15   Q    But also they were trying to if -- what I heard Nancy

16   saying on one of the tapes, they were trying to motivate you

17   to do things within yourself to help influence the outcome

18   also, weren't they?

19   A    Well, they were wanting me to do things like burn

20   incense and candles and, you know, do things like that, and

21   pray and.

22   Q    That was mostly Nancy, right?  A little bit Rose?

23   A    Rose, as well, yes.

24   Q    Okay.  But also we heard Nancy talking about how you

25   have to have a positive attitude, and you have to want to go
```

```
 1   forward and things like that.  You have to --
 2   A    That was never really mentioned to me during the
 3   conversations.
 4   Q    Okay.  Now, there came a point where you decided you had
 5   had enough, you wanted your money back, it was past the end
 6   of 2010, and you went to see Rose in Florida, correct?
 7   A    Yes.
 8   Q    You didn't stay at her house, although she offered?
 9   A    Yes.
10   Q    You stayed at, I forgot which hotel it was, but the
11   Marriott Harbor Hotel maybe?
12   A    Yes.
13   Q    And you went to Rose's house, you talked for a while,
14   you then went with her to the Capital Grille; is that
15   correct?
16   A    Yes.
17   Q    You also went to the Galleria Mall with her?
18   A    Yes.
19   Q    Did you also meet Nancy for a little while?
20   A    Not at that time.  A bit later after the cruise I met
21   Nancy, yes.
22   Q    And you had seen Nancy, of course, before?
23   A    Yes.
24   Q    And at this point you were interested in getting your
25   money back?
```

```
1    A     Yes.

2    Q     Now, you said originally Rose said, I don't pay

3    interest, but after meeting with her she agreed to pay you

4    interest, right?

5    A     I think she made two payments in April and May.

6    Q     Okay.  And she met with you in, I think, we said March?

7    A     February.

8    Q     February?

9    A     I believe it was February, yes.

10   Q     Okay.  So she paid April and May, and then she was

11   having trouble making additional interest payments; is that

12   right?

13   A     Yes.

14   Q     And at this point you were already together with

15   Detective Stack.

16   A     Not until I came back to England after --

17   Q     I'm talking about April and May.

18   A     Yeah, probably March, April, something.

19   Q     And you were recording your conversations with her?

20   A     I think they started to be recorded May time, I don't

21   know.  Sometime around there.

22   Q     And we've all heard those conversations in court today,

23   right?

24   A     Some of those conversations, yes.

25   Q     Have you ever been in a situation where you owed
```

1    somebody money?

2    A     Not in this way, no.

3    Q     I'm not saying in this way, but maybe you owed a loan to

4    a bank or somebody you were indebted to and you didn't pay

5    them?

6    A     I've never been in that situation, no.

7    Q     Have you ever represented any clients who maybe fell

8    behind on their bank overdraft or fell behind on mortgage

9    payments or anything of that sort?

10   A     I don't think I dealt with that type of work, but I'm

11   sure there must have been people who had debt, yes.

12   Q     And do they regularly get calls from what we, if we're

13   not using profane language, call bill collectors?

14   A     I don't know.

15   Q     People who are charged with trying to collect bills from

16   people who owe money?

17   A     I don't know.  I suppose so.  I don't know.

18   Q     I don't know if it works that way in England, where if

19   you owe money on a credit card or to a shop or something like

20   that, that they'll write you letters and call you and demand

21   payment of money?

22   A     I would imagine they'll write letters, yes.  I don't

23   know about calling you.

24   Q     Weren't you in that type of situation with Rose during

25   the time of these phone calls?

1   A      I was calling her asking for money, yes.

2   Q      And apparently, she at least said she didn't have the

3   ability to pay you the money at that time, is that a fair

4   statement?

5   A      Yes, I couldn't understand it because I paid her all

6   that money, and I thought she should have it.

7   Q      And you were demanding the money?

8   A      Yes, she said it was all -- she always said it was my

9   money.

10  Q      And she admitted she owed it to you; is that right?

11  A      Yes, yes.

12  Q      And she admitted that she intended to pay it back to

13  you; is that right?

14  A      She admitted that she intended to pay it back.

15  Q      You might not have believed her.

16  A      Well, not after the last conversation where she put the

17  phone down and said you'll not get your money back.

18  Q      And that was after like the seventh or eighth or ninth

19  call where you were demanding your money back, and she was

20  telling you I don't have it now, I'm going to try to pay you,

21  I'm going to try to pay you, maybe I can pay you next week,

22  I'll give you the interest, I'll give you $5000, and you were

23  demanding all the money back, right?

24  A      Sounds a bit like the check's in the post.

25  Q      We say the check's in the mail, but I think it's the

1    same idea.

2           But she never -- she said she would try to pay it.

3    She said she would get it to you.  She never said the check's

4    in the mail, did she?

5    A    She said she would pay but she didn't, yes.

6    Q    And eventually, because of her inability to pay you

7    back, you and she -- we would say got at loggerheads, but you

8    had a bit of an altercation?

9    A    Yes.

10   Q    You were angry?

11   A    I was.

12   Q    She was angry?

13   A    Yes.

14   Q    You weren't acting, were you?  You were really angry.

15   A    I was angry.

16   Q    And you say I'm going to lawyers, and she said, well,

17   sue me and hung up.

18   A    Yes.

19   Q    Other than the last conversation where she said I'm not

20   going to pay you, it appears from -- would you say it's a

21   fair reading from those conversations that she intended or

22   wanted to pay you, but at least at that point didn't have the

23   money or didn't have the ability or wasn't liquid enough to

24   pay you or had other debts?

25   A    I really felt that she had no intention of paying me

1    back.

2    Q    But that's your subjective opinion, right?

3    A    That's my subjective opinion, yes.

4    Q    At least she said she -- until that last conversation,

5    she said she intended to pay you back?

6    A    She offered payments, but they were always very elusive.

7    Q    She made a few but couldn't make others, is that fair?

8    Or didn't make others?

9    A    She made two payments, $5000 in total.

10    Q    And then at the end of these conversations, there

11    appeared to be a call from her daughter-in-law Nancy?

12    A    Yes.  It was Kate, yes.

13    Q    And Kate or Nancy said to you that Rose wasn't herself

14    around this time, she was negative, she was upset, and tried

15    to explain her attitude to you, is that fair?

16    A    Yes.

17    Q    And Nancy said, I'll try to work it out for you, I'll

18    try to help you get the money, I referred you to Rose and

19    I'll try to help you?

20    A    Yes, but she never did.

21    Q    When was that conversation?

22    A    Eleventh of July, I believe.

23    Q    And within a month she was in jail; is that right?

24    A    She was arrested in August, yes.

25              MR. SCHWARTZ:  May I have a moment, Your Honor?

```
 1   BY MR. SCHWARTZ:

 2   Q    Let me show you what's been marked for identification as

 3   Defendant's exhibit 11 and ask you if you recognize it.

 4   A    Yes.

 5   Q    Without reading it to us, tell us what you recognize it

 6   as.

 7   A    It was sending the agreement to Joyce for her signature

 8   and to have it notarized.

 9           MR. SCHWARTZ:  At this time, Your Honor, I would

10   offer this into evidence as Defendant's exhibit 11.

11           MR. BARDFELD:  No objection, Your Honor.

12           THE COURT:  Admitted without objection.

13       (Defendant's Exhibit No. 11 entered into evidence.)

14   BY MR. SCHWARTZ:

15   Q    And is this a card, a greeing card type of card?

16   A    Yeah.

17   Q    I don't read Latin.  Maybe it's Latin.  But let me show

18   you what's written on it and then ask you a couple of

19   questions about it.

20           Could you read it to us?

21   A    "Dear Joyce, as agreed, I have prepared an agreement,

22   simple, to have returned so I can explain the loss of this

23   sum if necessary.  I hope and pray this is not needed, but

24   please sign and notarize and return it to me as soon as

25   possible.  Thank you for your help, Andrea."
```

```
1    Q    And this was in March of 2010; is that correct?

2    A    I think so.

3    Q    Let me show it to you again.

4    A    Yes, I signed it and sent it.

5    Q    And you sent it with the agreement?

6    A    Yes.

7    Q    So as early as March 2010, although you weren't looking

8    forward to it, you were anticipating the possibility that you

9    wouldn't get your money back?

10   A    No, she offered the agreement as a sort of help to me.

11   I would never have paid her the rest of that money if I

12   hadn't have had some sort of --

13   Q    Agreement.

14   A    Well, some hope of getting it back.

15   Q    Okay.  But because you're a careful person and

16   because -- maybe because you're an attorney, you had this

17   agreement.  You hoped you didn't need it, but this would help

18   you explain, if necessary, what you did with the funds you

19   gave her?

20   A    I would have never have given her any more funds if she

21   hadn't have suggested having an agreement.

22   Q    And who did you have to explain it to?

23   A    I presume I would, if I had to sue.

24   Q    Well, you say:  "So I can explain the loss of this sum,

25   if necessary."  Who would you have to explain it to?
```

```
 1    A    I presume I meant lawyers.

 2    Q    Was Stewart --

 3    A    No, Stewart didn't know anything about this.

 4    Q    Let me show you another piece of paper and ask you if

 5    you recognize it.  It's been marked Defendant's exhibit 12

 6    for identification.

 7    A    This is the article that I was sent about Joyce Michaels

 8    doing something similar to this, similar to somebody else.

 9              MR. SCHWARTZ:  I'd move this into evidence, Your

10    Honor.

11              MR. BARDFELD:  No objection, Your Honor.

12              THE COURT:  Admitted without objection.

13        (Defendant's Exhibit No. 12 entered into evidence.)

14    BY MR. SCHWARTZ:

15    Q    And this is an article from the New York Daily News from

16    November 28th, 1998; is that right?

17    A    Yes.

18    Q    Okay.  And it talks about a lady -- a Canadian business

19    woman suing an astrologist named Joyce Michaels for about

20    $125,000 that was taken from her; is that correct?

21    A    Yes.

22    Q    And you talked to Joyce -- Rose about this, right?

23    A    I did.

24    Q    And Rose said it's not her; is that correct?

25    A    No, she didn't.  She accepted it was her.
```

```
 1   Q    Didn't she say -- didn't you testify that she said it's
 2   not me?
 3   A    No.
 4   Q    Okay.  Would it surprise you to know that this was Nancy
 5   Marks using the name Joyce Michaels, not Rose Marks?
 6   A    It would surprise me.  I thought it was her.
 7   Q    Okay.  And are you -- were you aware or told by
 8   Detective Stack when he gave you this article that Nancy
 9   Marks periodically used the name Joyce Michael?
10        MR. BARDFELD:  Objection.  I don't think -- that
11   assumes facts not in evidence.
12        THE COURT:  Sustained.
13        MR. SCHWARTZ:  Withdrawn.
14   BY MR. SCHWARTZ:
15   Q    You said this article was given to you?
16   A    By my lawyer.
17   Q    By your lawyer.  I'm sorry.  I apologize.
18   A    It was sent through e-mail to me.  But I don't know if
19   it was that particular article.
20   Q    A similar article?
21   A    A similar article.
22   Q    Okay.  I'll leave this for later in the trial, but I
23   just wondered.  You say she said it was her?
24   A    She never denied it.
25   Q    Okay.  But she didn't say it was her, did she?
```

```
 1   A    She knew all about the article and said it was, the

 2   client of hers didn't give her enough time to sort things

 3   out.

 4   Q    Now, did Rose say that or did Nancy say that?

 5   A    Rose said it.

 6   Q    When did Rose say that to you?

 7   A    I had a telephone conversation with her after I spoke to

 8   the lawyer, and I asked her about this article, and I also

 9   told her that the house wasn't in her name, it was in the

10   name of a Rose Marks.

11   Q    And do you have that recording of that conversation?

12   A    This was before I met Mr. Stack, so, no.

13   Q    Did you discuss your testimony with anyone before you

14   came to court today?

15   A    No.

16   Q    How about on Friday?

17   A    No.

18   Q    Ever?

19   A    In what way?

20   Q    What you were going to say, what you were going to be

21   asked?

22   A    No, not with anybody.

23   Q    With Mr. Bardfeld certainly, right?

24   A    Sorry?

25   Q    You discussed it with Mr. Bardfeld.
```

```
 1    A      On Friday --

 2    Q      Or Thursday, or this week, last week.

 3    A      I saw him on Saturday when I went through the

 4    recording -- Friday when I went through the recordings, and

 5    we had -- yeah, we did have a sitdown.

 6    Q      Was that after court on Friday?

 7    A      No, it was the Friday before.  I flew in on the

 8    Thursday.

 9    Q      It wasn't this past Friday?

10    A      No, it was the Friday before.

11    Q      Okay.  So before you got on the witness stand or

12    anything like that, you had conversations about what you were

13    going to say?

14    A      They showed me various things and showed me, you know,

15    they have pictures of some of the things, to see if I

16    recognize them.

17    Q      And I'm not suggesting there's anything wrong with that,

18    but did you have any conversations with Detective Stack while

19    you've been here?

20    A      I've not seen Detective Stack since I've been here.

21           MR. SCHWARTZ:  Your Honor, I have no further

22    questions.

23           THE COURT:  Thank you.

24           Any redirect?

25           MR. BARDFELD:  Yes, Your Honor.
```

```
 1                        Redirect Examination

 2   BY MR. BARDFELD:

 3   Q    Ms. Walker, you had just testified that you had asked

 4   Joyce Michaels and Rose Marks about the house being in the

 5   name, in the name Rose Marks.  What did he tell you about

 6   that?

 7   A    She didn't say anything.  She just sort of made a grunt

 8   sound.

 9   Q    So when you asked her, she had no response?

10   A    Well, I didn't really ask her.  I just told her that the

11   house is not in your name, it's in a name of a person called

12   Rose Marks.

13   Q    And did she ever tell you who Rose Marks was?

14   A    No.

15   Q    Did you know she was Rose Marks at the time?

16   A    No.

17            MR. BARDFELD:  No further questions.

18            THE COURT:  All right.  Thank you, ma'am.  Watch

19   your step.

20            MR. STEFIN:  The United States would call Jacob

21   Soendergaard.

22            THE COURT:  Sir, would you please raise your right

23   hand.

24       Jacob Soendergaard, Government's witness, sworn.

25            THE COURT:  Would you please tell us your name, try
```

```
 1   and speak into that microphone, and spell your last name for
 2   us.
 3              THE WITNESS:  My name is Jacob Soendergaard,
 4   S-o-e-n-d-e-r-g-a-a-r-d.
 5              THE COURT:  Thank you, sir.  You may proceed.
 6                     Direct Examination
 7   BY MR. STEFIN:
 8   Q    Good afternoon, Mr. Soendergaard.
 9   A    Good afternoon.
10   Q    Would you tell the members of the jury where you are
11   from?
12   A    Yes, I come from Denmark.  I live in Denmark.
13   Q    And were you born and raised in Denmark?
14   A    Yes, I was.
15   Q    What is your marital status?
16   A    I'm married with my second wife.
17   Q    And do you have children?
18   A    Yes, one children with my wife now and three children
19   with my ex-wife.
20   Q    And how long have you been married to your present wife?
21   A    It was like 15 years.
22   Q    No, your current, the wife you were married now, how
23   long have you been married to her?
24   A    One year.  Sorry.  One year.
25   Q    And so I think the answer to my next question, how long
```

```
 1    were you married to your first wife?

 2    A    I think it was 15 years.

 3    Q    What kind of work do you do, sir?

 4    A    I work as a project manager in my own company as a

 5    consultancy.

 6    Q    And in what field or profession are you doing project

 7    management and consultancy?

 8    A    Two fields.  I'm a mechanical engineer, so something to

 9    do with mechanical engineering, and the second field is

10    computering.

11    Q    Do you have your own business or do you work for

12    somebody?

13    A    I have my own business.

14    Q    And what is the name of your business?

15    A    It's -- I should translate it.  It's the Leadership

16    House.

17    Q    Leadership House?

18    A    Yes.

19    Q    Before that, did you have a different business name?

20    A    Yes, early on, I have a business name called Fullcon.

21    Q    And how would you spell that in English, if you can?

22    A    F-u-l-l-c-o-n.

23    Q    And one last personal question.  How old are you,

24    Mr. Soendergaard?

25    A    I'm 46 years old.
```

```
1    Q    Mr. Soendergaard, directing your attention to July of

2    2008.

3    A    Yes.

4    Q    Did you happen to go into a business or shop that does

5    fortune telling?

6    A    Yes, I was on a holiday at New York, and next to the

7    hotel where I lived I saw this fortune-telling shop.

8    Q    And who were you on vacation with, sir?

9    A    With my wife and three children.

10   Q    And just to make it clear, was this the wife that you're

11   now divorced from?

12   A    Yes.  It was my ex-wife.

13   Q    And you said you were on vacation, in holiday in New

14   York?

15   A    Yes, for about one week.  Before that we had been two

16   weeks around Denver and Grand Canyon, and that area.

17   Q    And what caused you or inspired you to go into this

18   particular business?

19   A    It was my life situation.

20        Actually, two things.  My work situation, I felt

21   that I was on like a crossroad.  I would like to do something

22   new, and also, the situation with my wife.  She and I had

23   been arguing a lot during many years, and especially on that

24   holiday.  So I was seeking some advice for getting a better

25   personal situation.
```

1    Q     And where approximately do you remember the -- this

2    place being, this fortune-telling place?

3    A     Yes, it was -- it was like -- it was very close to the

4    Central Park in New York, and it was very next to the hotel,

5    the back entrance of the hotel where we stayed.

6    Q     Do you remember the name of the hotel you were staying

7    at?

8    A     I think it was Plaza Hotel.  I'm not quite sure about

9    that.

10   Q     And did you go in by yourself, or was your family with

11   you, into this shop?

12   A     No, only by myself.

13   Q     Did you step out of your hotel that day planning to go

14   into this shop, or was this something you just kind of

15   stumbled across or came across?

16   A     No, I saw that shop a couple of days earlier, and so I

17   kind of planned to go there then and see if I could get a

18   time for reading.

19   Q     Get a time for a reading, did you say?

20   A     Yes.  A reading, yes.

21   Q     Had you ever been to a similar type shop in the past?

22   A     Oh, yes, in Denmark I've been going for similar type of

23   readings like four times before.

24   Q     And were you satisfied with the type of services you had

25   received in the past going into one of these type shops?

1    A    Oh, yes.  I found it helpful.  So that was why I was

2    trying this type again.

3    Q    On the occasions that you went someplace like this in

4    Denmark, what kind of fees or money did you pay for the

5    services that you got?

6    A    Oh, that was around hundred dollars for one hour.

7    Q    And does going to fortune tellers or psychics, how does

8    that fit in with your personal religious or spiritual

9    beliefs?

10   A    It fits very well, because I do believe in spiritual

11   stuff.  So to me, it's getting natural.

12   Q    When you say you believe in the spiritual stuff, can you

13   explain what some of your belief systems are that would cause

14   you to perhaps go to a fortune teller?

15   A    It's just that, well, I believe in reincarnation, and

16   hence, a lot of spiritual people believe in that.  And, yeah.

17   And then I've had some experiences myself, so that's why I'm

18   into that area.

19   Q    Was this a topic that you were interested in from a

20   personal perspective?

21   A    Yes, it is.

22   Q    Had you read books about reincarnation or other

23   spiritual matters?

24   A    Yes, I had read books and heard people telling about it,

25   yes.  So it interested me for many years.

```
1    Q    Were you or are you someone that does meditation or

2    similar type?

3    A    Yes, I do meditations and I've (sic) also been healing

4    people and stuff like that.

5    Q    So do you believe, and at the time you went into this

6    shop in New York, did you believe that there are people who

7    have special abilities to communicate with higher beings or

8    higher spirits?

9    A    Oh, yes, yes.

10   Q    And do you still believe that?

11   A    Yes, I do.

12   Q    Let me just show you what has been received in evidence

13   Government's exhibit 30 composite.

14        I'm displaying the outside of a building.  Does

15   that look familiar to you?

16   A    Yes, that is the shop from New York.

17   Q    I'm sorry, I'm having trouble hearing you.

18   A    Yes, it is the shop from New York.

19   Q    This is the shop we're talking about?

20   A    Yes.

21   Q    So tell us what happened.  You walk up to the door.

22   Tell us what happens from that point on as best as you can

23   recall.

24   A    Yeah.  I walked up to the door, and the person who

25   opened the door was Nancy Marks, she said, and I was asking
```

```
 1    for an appointment, and she told me that it would be with her
 2    spiritual sister, and we arrange -- I arrange for an
 3    appointment the day after.
 4    Q    So you met someone who identified herself as Nancy
 5    Marks?
 6    A    Yes.
 7    Q    Let me show you what has been received in evidence as
 8    Government's exhibit 32 composite.  Showing you just one of
 9    the photographs, 32-C.
10         Do you recognize that photograph?
11    A    Yes, I recognize her as Nancy Marks.
12    Q    So was Ms. Marks available to give you a reading, or
13    what did she exactly -- what did she tell you?
14    A    No, she told me that it would be her spiritual sister,
15    Joyce Michaels, who would be doing the reading for me.
16    Q    And she suggested you coming back, that you would come
17    back for that, or she could do it that day?
18    A    No, it was the day after.
19    Q    So she -- what did Nancy Marks then tell you?  She told
20    you to do what?
21    A    We just -- she told me to come back at, I can't remember
22    what time, but a certain time, and then I would meet Joyce
23    Michaels.
24    Q    Did you actually have any conversation about your
25    personal situation with Nancy Marks that you recall, or was
```

```
 1    it just --

 2    A    No, not that I recall.  I may have said just a few words

 3    what I was interested hearing about, but I can't remember.

 4    Q    So did you come back the next day as planned?

 5    A    Yes, I did.

 6    Q    And tell us what happened when you returned back to that

 7    same location the next day.

 8    A    It was Joyce Michaels who opened the door, and --

 9    Q    Well, when you say Joyce Michaels, someone who

10    identified themself as Joyce Michaels?

11    A    Yes.  And later on, I got her business card.

12          And then we went into this very small room with two

13    chairs where we sat in front of each other and with a little

14    table between, and she asked if I were interested in a

15    reading or some cards, some hand reading, and I told her just

16    an ordinary reading.

17    Q    Let me just stop you for one second.  Can you describe

18    the woman that was in front of you that was -- that had

19    portrayed herself as Joyce Michael?

20    A    Yes, she was -- she had her hair backwards, and she was

21    very business dressed.  She was not that tall, and, yeah,

22    that's about it.

23    Q    Let me show you what's been marked as Government's

24    exhibit 36.

25          MR. STEFIN:  Is 36 in evidence, Your Honor?
```

```
1                    Marked 36 for identification.

2                    MR. SCHWARTZ:  No objection to it being received in

3     evidence.

4                    MR. STEFIN:  I would offer 36 into evidence at this

5     time.

6                    THE COURT:  Admitted without objection.

7          (Government's Exhibit No. 36 entered into evidence.)

8     BY MR. STEFIN:

9     Q    Do you recognize that photograph?

10    A    Yes, that is Joyce Michaels.

11    Q    The person who identified herself as Joyce Michaels that

12    day?

13    A    Yes.

14                   MR. SCHWARTZ:  Your Honor --

15                   MR. STEFIN:  The United States and defense will

16    stipulate that this is the photograph of Vivian Marks.

17                   THE COURT:  Is that correct?

18                   MR. SCHWARTZ:  Yes, Your Honor.

19                   THE COURT:  All right.

20    BY MR. STEFIN:

21    Q    And you mentioned you sat down by a table.  Let me show

22    you what's been marked as Government's exhibit 30-2.

23                   MR. SCHWARTZ:  No objection.

24                   MR. STEFIN:  The United States would offer 30-2

25    into evidence.
```

```
 1              THE COURT:  Any objection?
 2              MR. SCHWARTZ:  No objection.
 3              THE COURT:  Admitted without objection.
 4         (Government's Exhibit No. 30-2 entered into evidence.)
 5    BY MR. STEFIN:
 6    Q    Does that look familiar?
 7    A    Yes, it looks like the room I was sitting in, and I was
 8    sitting on the right-hand side.
 9    Q    Looks like there's a price list up on the -- it's kinda
10    hard to read.
11    A    Yeah, that's right.
12    Q    Are you able to read it from the screen?
13    A    Yes, I can, yeah.
14    Q    What does that say?
15    A    It say -- line number 3, that's what I remembered.  I
16    think it says something reading.
17    Q    Psychic reading?
18    A    Psychic reading, yes, $60.
19    Q    And above that does it say astrology charts, $200, tarot
20    card $75?
21    A    Seventy-five, yeah, that's right.
22    Q    And down below I think it says palm reading?
23    A    Yeah, palm reading, $80.
24    Q    A price I can't make out.
25    A    Eighty dollars, I guess.
```

```
 1    Q     So you said this individual who identified herself as

 2    Joyce Michaels, she asked you what kind of service you were

 3    looking for?

 4    A     Yes.

 5    Q     And what did you tell her?

 6    A     Just, I told her an ordinary reading, which in my terms

 7    means no palm, no cards, no astrology or whatever.

 8    Q     And so tell us what happened.

 9    A     Then she -- we just had -- she needed a few words just

10    to try into my situation, what I was interested in hearing

11    about.  So I just told her very briefly about a situation

12    with my wife and my job situation, and then she meditated

13    with her eyes closed for some time and then began telling

14    things.

15    Q     What kinds of things did she start to tell you?

16    A     She told me things like my wife was taking a lot of

17    energy out of me, and she also told me some -- at that time I

18    thought it was very precise things about my children and

19    about my life and my life situation.  So at that time I

20    thought it was okay good.

21    Q     You thought it was what?

22    A     Okay good.

23    Q     Okay.  So she was telling you things that seemed to ring

24    true?

25    A     Yes.
```

```
1    Q    What else do you remember her telling -- what were you

2    telling her about yourself during this meeting?

3    A    I was -- when she said something, I agreed on it and

4    perhaps added a little bit.  I can't remember the details

5    exactly.

6    Q    Okay.  How long did your session last with her this

7    first time?

8    A    I think it was three quarters of an hour or an hour.

9    Not more than an hour.

10   Q    Did she tell you anything about herself at this meeting

11   or subsequently?

12   A    Only a little bit that she was working in the shop

13   together with her spiritual sister, Nancy Marks, and she

14   was -- this was her professional way of living, doing these

15   psychic things.  I think that's about it.

16   Q    At some point, whether it was this first time or in a

17   subsequent conversation, did she tell you or ask -- did she

18   tell you how old she was or have a conversation about how old

19   she was?

20   A    No, not at this time.

21   Q    But in a later conversation did she claim that she was a

22   certain age?

23   A    Yes, later on when we spoke by telephone, she asked me

24   how old I thought she were, or was, and I said around 25 or

25   late twenties, and she told me she was 33 at that time.
```

```
 1   Q    And did she say how long she had been doing psychic
 2   readings?
 3   A    Yes.  She told me she's been doing this for more than 20
 4   years, since she was 13.
 5              I have a comment.  Okay.
 6              MR. STEFIN:  Your Honor, at this time we would
 7   offer Government's exhibit 40, which is a -- we're adding to
 8   the exhibit list here.  It's a certified copy from the
 9   Florida Department of Motor Vehicles driver's license
10   transcript page for Vivian Julianne (phonetic) Marks.
11              THE COURT:  Any objection?
12              MR. SCHWARTZ:  No objection, Your Honor.  It's a
13   certified copy.
14              THE COURT:  All right.  Admitted without objection.
15       (Government's Exhibit No. 40 entered into evidence.)
16   BY MR. STEFIN:
17   Q    Mr. Soendergaard, you've never seen this particular
18   exhibit before, have you?
19   A    No, not that -- I've seen the picture, but not the other
20   stuff.
21   Q    And that's the same photograph, the picture that you
22   identified a few minutes ago?
23   A    Yeah.
24   Q    This is a driver's license record.
25              Would you note the date of birth on the driver's
```

```
 1    license record?

 2    A    The date of what, you said?

 3    Q    Her date of birth.

 4    A    Where is it?  Oh, yeah, '89.

 5    Q    Does that say December 4th of '89?

 6    A    Yeah.

 7    Q    So would it surprise you to know that she was 19 years

 8    old when she was -- at the time she was telling you she was

 9    33?

10    A    Yes, absolutely.

11    Q    Did she seem a little older to you than that?

12    A    She seemed a little older, and it was not very -- it was

13    quite a dark room, and she was dressed up businesslike.  But,

14    yes, I'm surprised she was 19.

15    Q    So if she had been doing this work for 20 years, we get

16    into negative numbers; is that correct?

17    A    Yeah.

18    Q    Let's get back to that room and that particular date in

19    July.

20         Did she make any comments about you in terms of a

21    premonition that you were going to show up at her place?

22    A    Yes.  She told me that she had been waiting for me to

23    come for about nine month.  Not me by name, but, because she

24    didn't know my name, but she could feel when I came that I

25    was the one she's been waiting for because I was special to
```

```
 1    her, like -- what can I say?  I was like a main task in her
 2    spiritual development.  So I was very special to her.
 3    Q     What, if anything, did she tell you about her ability to
 4    communicate with higher beings or higher spirits?
 5    A     She told me that she had some spiritual guidance that
 6    were helping her when she was meditating.  She would get some
 7    information from her guides to assist her in finding the
 8    right directions for her clients.
 9    Q     And you mentioned that she told you things about your
10    wife, and you found those things to be credible, accurate?
11    A     Yes, I did.
12    Q     So what was your initial impression of her?
13    A     I felt that she was doing very well, and she was -- she
14    was there to -- she could help me.  I felt she could really
15    help me.
16    Q     So how did you -- how did you end it with her?
17          Well, first of all, let me ask you, did you pay her
18    a fee for that session?
19    A     As I remember it, she asked me if I would come the day
20    after, because then she could give me some more information
21    and then she could meditate during the night or during the
22    evening, and then I could pay the day after, and I thought
23    that was really good, and that was also where I felt she
24    could really help me, because she -- yeah, she could get some
25    more information, and she could get some -- it was not just
```

```
 1    some information, it was some valuable information for me and

 2    my future.

 3    Q     And did you return the next day back to that shop?

 4    A     Yes, I did.

 5    Q     And did you meet with the same individual?

 6    A     Yes, it was the same.

 7    Q     And tell us about that second visit.  What further

 8    information or communication do you recall having with her

 9    that day?

10    A     It was only about half an hour I was going to the

11    airport that day, and I'm leaving back to Denmark, and she

12    was having very important information for me, she said.  She

13    was continuing about telling about my wife, and my wife was

14    putting some heavy negative energy on me, and that she could

15    also see that it -- that negative energy prevented me from

16    getting to my spiritual path, and my spiritual path was a

17    very, very unique path where I could stop doing the project

18    management things I was doing.  I could, you know, start a

19    new life.

20    Q     Was that something that you were actually interested in

21    doing?

22    A     Oh, yes.  At that time it was what I was seeking, so

23    that was wonderful, that I finally found a person who could

24    help me.

25                THE COURT:  Mr. Stefin, why don't we take a break
```

```
 1    now.  All right?

 2            MR. STEFIN:  That would be great.  Thank you.

 3            THE COURT:  Ladies and gentlemen, let's take a

 4    15-minute recess.  Don't, again, discuss the case or form any

 5    opinions.  Leave everything at your seat, and we'll see you

 6    in about 15 minutes.  Thank you.

 7        (The jury exits the courtroom.)

 8            THE COURT:  All right.  See you in about 15

 9    minutes.  Thank you.

10            MR. STEFIN:  Thank you.

11        (A recess was taken from 3:15 p.m. to 3:29 p.m., after

12    which the following proceedings were had:)

13            THE COURT:  Please be seated.

14            You're still under oath, sir.

15            MR. BARDFELD:  We're waiting for Mr. Stefin.

16            THE COURT:  All right.  Defendant's present with

17    counsel.  Let's bring the jurors in.

18        (The jury enters the courtroom, after which the following

19    proceedings were had:)

20            THE COURT:  Welcome back, everyone.  Please be

21    seated, ladies and gentlemen.

22            Mr. Stefin, you may continue.

23            MR. STEFIN:  Thank you, Your Honor.

24    BY MR. STEFIN:

25    Q    Mr. Soendergaard, you indicated that at the second
```

```
 1   meeting you spent about 30 minutes with this woman?

 2   A    Yes.

 3   Q    And how did you leave it with her?  What was -- was

 4   there an agreement or understanding about something?

 5   A    Yes, during the meeting, she offered me that she could

 6   help me even more when I got back home to Denmark, and we

 7   agreed on that I would call her.  She said it was very

 8   important that I call her during my flight back home so she

 9   could check on me, because it was a lot of heavy negative

10   energy coming towards me, and that's why she was going to

11   check on me.

12          So I was supposed to call her when I landed in

13   Sweden on my way back to Denmark.

14   Q    But before you left that day, was there any conversation

15   about money, a fee or whatever?

16   A    Yes, she said that she wanted this fee.  It was $700,

17   between seven and $900.  I can't exactly remember.  But there

18   was a fee, and I thought it was once and for all.

19   Q    You thought it was what?

20   A    Once and for all, so that was it.  So I agreed on paying

21   her that fee.

22   Q    Did you have that amount of money in your possession at

23   that time?

24   A    No, I didn't.  So I needed to go to a bank to get the

25   money.
```

1    Q    And did you do that?

2    A    Yes.  Right away when I left her I went to the bank, you

3    know, not inside a bank but outside.  I don't know what you

4    call them.

5    Q    An ATM, automatic teller machine?

6    A    Yes, automatic teller machine, and I got the money and

7    got back to her and paid her.

8    Q    So did you actually leave, you and your family leave

9    back to Denmark that day?

10   A    Yes, we did.

11   Q    And did you actually call her during your trip back?

12   A    Yes, I called her from the Stockholm airport.

13   Q    From the Stockholm airport, is that what you said?

14   A    Yes.

15   Q    Now, did your wife know that you were having this

16   communication with this woman?

17   A    No, because she strictly advised me not to tell anyone,

18   and especially not my wife, because she was the one that was

19   putting a lot of negative energy on me.  So my wife didn't

20   know about it.

21   Q    So you made it back to Denmark, and then how soon after

22   your return did you initiate communication with the person

23   that identified herself as Joyce Michael?

24   A    It was the day after, because she wanted me to get in

25   touch with her very soon after we got home to Denmark.  So I

```
 1   did.

 2   Q     And how did you reach her?  What method did you use?

 3   A     I used my cellphone to call her.

 4   Q     And what did you discuss with her in your conversation?

 5   A     It was a lot about she was meditating during nighttime

 6   because of the time delay, and then she was telling me about

 7   how she saw the negative energy surrounding me, and she was

 8   trying to clean it off, but it was coming very heavily, she

 9   told me.

10   Q     And at some point -- well, for the first week or two how

11   often would you communicate with her?

12   A     The first week was like every second or third day.  In

13   the beginning was, yeah, like every third day.

14   Q     And did you call her or did she call you?

15   A     No, I always called her.

16   Q     And was this -- you would call her -- was this

17   prearranged with her that you would call her at a certain

18   time, or would you just call her when you felt it was

19   important for you to talk to her?

20   A     No, it was usually prearranged.  We talked about what

21   time would suit me and if it suited her, so, yeah.

22   Q     And during these conversations, at some point did she

23   express a need for more than the $700?

24   A     Yes.  Quite soon she told me that the energy was so

25   heavy and negative that she needed to buy some crystals, two
```

1   crystals, and to do some work with the crystals together with

2   her spiritual sister and some other spiritual persons, and

3   they would work very hard for a couple of weeks to get the

4   energy in these crystals so they could help me, and --

5   Q     How much money did she say she needed to buy the

6   crystals and to do this additional spiritual work?

7   A     $7000.

8   Q     Was that a significant amount of money to you at that

9   time?

10  A     Absolutely.  It was just so much that I couldn't believe

11  it, so we had a lot of discussions over the phone about,

12  because I didn't want to pay that amount of money.  Yeah.

13  Q     And when you had these discussions and expressed this

14  concern about paying this amount of money, what did she say

15  to you?

16  A     She said that then I could decide to stop this spiritual

17  work together with her, but that she wouldn't advise it, but

18  that would be the result of it, and --

19  Q     And what would happen if you stopped, did she say?

20  A     Yes, then it -- then my possibility of following my

21  spiritual path would end.  So that was the reason why I

22  didn't want to stop, because at the end I thought, hmm, I

23  wouldn't risk or stop what I had been dreaming for many

24  years.

25  Q     You said she mentioned that she would do some type of

```
 1   ritual or ceremony with her spiritual sister?

 2   A    Yes.

 3   Q    And you said she mentioned another woman.  Do you

 4   remember the other woman's name?

 5   A    Yes, she mentioned another woman called Rose, and she

 6   was an old woman, very --

 7                MR. SCHWARTZ:  Objection, hearsay, Judge.

 8                THE COURT:  I'm sorry?

 9                MR. SCHWARTZ:  Objection, hearsay.

10                THE COURT:  Overruled.

11   BY MR. STEFIN:

12   Q    What did she tell you about this woman Rose?  What did

13   she tell you about her?

14   A    She was a very experienced and spiritual woman, and that

15   Rose and I had been connected in previous lives, and we were

16   kind of soulmates, and someday I would speak with her over

17   the phone, as well.

18   Q    She's telling you that you are connected to Rose from a

19   previous life or that she was connected to Rose in a previous

20   life?

21   A    No, that I was.

22   Q    So you indicated that you were resistant to spending

23   this $7000, but what did you ultimately decide?

24   A    Well, I decided to pay the money, because I didn't want

25   to risk -- you know, at that time she was my -- I thought she
```

```
1    was a kind of lifeline to me, if you can say that in English,

2    I don't know.  But she was my -- she was the only person that

3    could help me out of my situation and help me get in closer

4    to my dream, which was getting an okay life with my wife and

5    then working in the spiritual way.

6    Q    So at this stage were you still wanting to restore your

7    relationship with your wife?

8    A    Yes.

9    Q    Did she make any representations as to whether or not

10   she could help you achieve that goal?

11   A    Oh, yes.  She said that she could clean all this

12   negative energy and she would see what she could do about it.

13   Q    So once you decided to send the $7000, where did you get

14   that money from?

15   A    From the beginning, I decided not to -- I decided to get

16   the money myself, not to bring in the money that was my wife

17   and I and my money.  It was -- so I decided to go to a bank,

18   a new bank, and borrow the money.

19   Q    So you had a joint bank account with your wife at that

20   time?

21   A    Yes.

22   Q    So you decided not to use the money from the joint bank

23   account?

24   A    Yes.  I didn't want to, you know, use any of the money

25   that was also my wife's.
```

```
1    Q    So you went to another bank.  Do you remember the name
2    of the bank that you went to to open a new account?
3    A    Yes.  I have to pronounce in Danish.  It's called Spar
4    Nord.
5    Q    Spar Nord?
6    A    Yes.
7    Q    How would you spell that in English?
8    A    S-p-a-r N-o-r-d.
9         Actually, that's the name now.  At that time it was
10   called Roskilde Bank, R-o-s-k-i-l-d-e, and then bank.  But
11   that bank is closed now, and so the bank now is Spar Nord.
12   Q    You opened an account there, is that what you did?
13   A    Yes, I did.
14   Q    And then did you put money into that account, or how did
15   you get money?
16   A    No, I could get a -- what do you call that, permission
17   to draw.  It's not a loan, but it's a credit you call it.
18   Q    A line of credit?
19   A    Yeah, line of credit.
20   Q    And how much money was on the line of credit that you
21   were able to obtain?
22   A    It was almost $10,000.
23   Q    And, again, in all of our conversations so far is in
24   United States currency, correct?  Are we talking about U.S.
25   dollars?
```

```
 1    A     U.S. dollars, yes.

 2    Q     What's the Danish currency called?

 3    A     Krone.

 4    Q     Krone?

 5    A     Yes.

 6    Q     So once you obtained that line of credit, what did you

 7   do with respect to paying for the crystals and the other work

 8   that had been represented to you would be done?

 9    A     I sent the $7000.

10    Q     How did you do that?  How did you send the money?

11    A     By bank transfer.  Joyce, over the phone, she told me

12   the account number, and I think it's called a SWIFT code and

13   all that, so I could send the money.  And all the time it was

14   going to be in a very hurry because it was --

15    Q     It was going to be a very what?  I'm sorry.

16    A     It was going to be in a hurry all the time.  Every time

17   I should send the money she would have to have the money in

18   two days' time, and it takes a while for the banks to

19   transfer the money.  So it was always express transfers.

20    Q     What was her explanation as to why it was always a rush

21   or hurry?

22    A     Well, when I look back, I'm quite sure that she didn't

23   want me have any --

24              MR. SCHWARTZ:  Objection, speculation.

25              THE COURT:  Sustained.
```

```
 1   BY MR. STEFIN:

 2   Q    No, but did she give a reason why she needed it right

 3   away?

 4   A    It was~-- the reason was because the energy of a certain

 5   date was correct to receive the money.

 6   Q    And do you remember in the early period of time when you

 7   were making money transfers, to whom you were sending the

 8   money?  Who was the recipient of that money?

 9   A    Oh, yes, there was different recipients.  Nancy Marks

10   was the main person, and then it was Joyce Michaels and

11   Vivian Marks.  I think that's about it, yeah.

12   Q    All right.  We'll get to those other transfers in a few

13   minutes.

14   A    Uh-huh.

15   Q    When you sent this money or when you sent other sums of

16   money, were there any representations made to you by this

17   woman, Joyce, about what the money~-- the purpose of the

18   money, what the money was for?

19   A    Yes.  The first 7000 was for the crystals and all the

20   work that we're going to do with the crystals, and after that

21   it was -- a lot of the money was to be sacrificed, and the

22   sacrifices was to be to help removing all this negative

23   energy, and, yeah.

24   Q    Did you ask her or did -- whether this was for her own

25   use, or did she make any comments about whether this money
```

1  was for her own use?

2  A    Yes.  Because we talked a lot about it, because it was

3  very, very difficult for me to send all this money, and she

4  told me many, many times that she could -- she never spent

5  money on herself or from a family.  The money was sent to

6  charity to help poor people in Africa and around the world,

7  and it was Nancy Marks who took care of that, because for

8  her, it was, the amount of money was only a number to her.

9          So it was not like $9000, it was just a number,

10  9000.  So she didn't care about the money.

11  Q    So at this point, though, we've only talked about the

12  initial $700, or possibly $900, and now you've sent another

13  $7000.

14  A    Yes.

15  Q    And after you sent that money, she said she needed to

16  purchase these items.  Were these items that they were going

17  to keep and use in their own rituals in the United States, or

18  was there any representation about sending those items to

19  you?

20  A    No, they were going to send the items to me, and I ask

21  for the items lots of times, and -- but it took like three

22  months before I got the first smaller crystal, and --

23  Q    So what did you actually get for your $7000?

24          MR. SCHWARTZ:  Objection, Your Honor.  He wasn't

25  finished.

```
 1                  THE COURT:  Sustained.  Let him finish the answer.
 2   BY MR. STEFIN:
 3   Q     Please finish your answer.
 4   A     Excuse me?
 5                  THE COURT:  Go ahead and finish your answer.
 6                  THE WITNESS:  Yeah.  And then the last crystal I
 7   never got.
 8   BY MR. STEFIN:
 9   Q     So what -- and I did interrupt you.  You did receive in
10   the mail a crystal?
11   A     Yes, I did.
12   Q     Can you describe what it looked like?
13   A     Yeah, it was a crystal like this size (indicating)with
14   like a rocky surface.  On the inside there was a lot of
15   purple crystals inside.
16                  MR. SCHWARTZ:  Your Honor, could the record
17   indicate that he said about 7 or 8 inches high and probably
18   about 5 inches wide, if I'm not mistaken?
19                  MR. STEFIN:  If I could just ask the questions.
20                  THE COURT:  Why don't you ask him to describe the
21   size of it?
22                  MR. STEFIN:  Sure.
23   BY MR. STEFIN:
24   Q     Approximately -- do you use inches?  Approximately how
25   tall was it would you say?
```

1    A    Well, I use centimeters, like 40 centimeters.  That's

2    15 inches, I think.

3    Q    We can all convert quickly centimeters.

4    A    And then about 10, 15 centimeters, 20 centimeters wide.

5    Q    Okay.  So -- and, again, after you sent the $7000 that

6    you -- did you continue to communicate with Joyce?

7    A    Yes, it was increasing, so --

8    Q    It was what?

9    A    Increasing, I think you can say.  My English now and

10   then.  It became more and more often.  So not during the

11   weekends when I was at home, but during daytime almost every

12   day.

13   Q    And, again, you were still married and still living with

14   your wife?

15   A    Yes.

16   Q    And how did you -- what would you do to avoid her

17   finding out that you were having this relationship?

18   A    Well, I was having these conversations at my work during

19   daytime.

20   Q    And after some point in time, did she give you advice,

21   or did you discuss the relationship with your wife, and did

22   that lead you to some decision?

23   A    Yes, it lead me to the decision that I was going to

24   divorce my wife, and, yeah.

25   Q    And was that something you discussed with Joyce?

```
 1    A    Oh, yes, a lot, because she was getting a kind of friend

 2    to me, and she was actually the only one that I spoke with it

 3    about.  So I didn't speak with anyone else about this.  So we

 4    talked, and she also told about the bad energies and the

 5    negative energies, and, yeah.  But it was my decision.

 6    Q    It was what?

 7    A    It was my decision to be divorced.

 8    Q    And once you made the decision to get divorced, did you

 9    share that with Joyce?

10    A    Yes.  And --

11    Q    And what did she tell you to do, or what, if anything,

12    did she tell you to do?

13    A    She -- well, it was -- she also -- before that, she told

14    me that it would -- she kept saying that my wife was putting

15    a heavy lot of negative energy on me, and it -- yeah, I just

16    missed your question now.  Sorry.

17    Q    All right.  But -- so she told you your wife was putting

18    a lot of heavy negative energy on you.

19    A    Yeah.

20    Q    Did she tell you whether she needed something to fight

21    that, to counter that?

22    A    Oh, yeah.  It was in the sacrifices started, and the

23    sacrifices was -- to her, it was always about some numbers.

24    So we ended up she wanted $18,000 sent, but I was arguing a

25    lot about it, and we ended up at 9000, and it fitted well in
```

1    her numbers, because that was something to do with the nines.

2    She's got lots of things with nine, and 18 is one and an

3    eight, and that makes nine, and then 9000 was okay.

4         If you got that.

5    Q    Yeah, so you're saying that she said the number 9 was

6    significant?

7    A    Yes.  So --

8    Q    So 18 added up to nine and nine added up to nine?

9    A    Yes.  So then I was going to send two times $9000, and I

10   had a very hard time finding that kind of money, but then

11   I --

12   Q    Let me just stop you for a second and ask the next

13   question.

14        You said she started talking about it as a

15   sacrifice.

16   A    Yes, she needed these sacrifices to clean out the very

17   bad negative energy, and the negative energy was preventing

18   me going my spiritual path.

19   Q    So by sacrifice, did you understand that to mean that

20   you would never see this money again, or what did she tell

21   you about that?

22   A    No, she told me that I should remember that every time I

23   sacrificed the money, it will come back to me 10 times later

24   on, and she kept telling me that it would be very soon it

25   would come back 10 times.

1   Q     Now, and, again, by telling you that it would come back

2   10 times, did she mean that she, herself, was going to give

3   you, you know, 10 times that amount of money, or it was

4   coming back to you some other way?

5   A     Some other way.

6   Q     In what way did she tell you that money was coming back

7   to you?

8   A     At some point she told me that I could get a really big

9   business contract, and -- or I could win in the lottery.  She

10  couldn't quite see how it should come back to me.

11  Q     And you earlier mentioned something about charity.  What

12  did she tell you your money was going to be used for

13  ultimately?

14  A     They were going to be used for helping poor people.  I

15  remember her telling me, for example, in Africa and other

16  places around the world.

17  Q     So how did you -- you said 7000 was difficult.  How were

18  you going to come up with $18,000 without your wife finding

19  out?

20  A     I was -- I found out that I could get some quick loans,

21  they call them in Denmark, where you -- over the Internet you

22  can get a loan very, very quickly.

23  Q     Is this through a financial institution or what kind

24  of --

25  A     Yes.  Yes, through that.

```
1    Q     Did you have good credit at this time that would allow

2    you to get --

3    A     Yes, because I should show my paychecks, and, yeah.  So

4    I could easily -- not easily, but I could get these loans,

5    yes.

6    Q     And did you, in fact, apply for a loan over the Internet

7    through -- with the --

8    A     Yes, I did that twice.

9    Q     Mr. Soendergaard, one thing, you have to try to let me

10   finish my question completely before you start, otherwise we

11   start crossing over each other.  Okay?

12   A     Yeah.

13   Q     So how did you go about getting this loan?

14   A     A quick loan over the Internet.

15   Q     Yes, how did you do that?

16   A     It was just on the Internet, e-mailing my paychecks and

17   then they could open an account.  Or, no, they could send the

18   money to the account in the bank where I just opened another

19   account.

20   Q     And how much money did -- were you able to get as a

21   loan?

22   A     The $9000 for the first time, and then the second time,

23   another 9000.

24   Q     And do you remember where you got that from?  What bank

25   or what business?
```

```
 1    A     Yes, it was -- one of them was called Selena.

 2    Q     How do you spell that?

 3    A     S-e-l-e-n-a.

 4    Q     Okay.  And did you then send that 9000 -- that initial

 5    $9000 on to the person you knew as Joyce Michael?

 6    A     Not to Joyce.  It was -- I can't remember the exactly.

 7    I think the first three times was for Nancy Marks, and then

 8    later on Joyce Michaels came, but I'm not quite sure about

 9    the -- now.

10    Q     Did Joyce explain why the money was being sent to Nancy

11    as opposed to herself?

12    A     Yes, in the beginning she explained that Nancy took care

13    of all the money things and all the charity things.  She

14    arranged that.

15    Q     Now, this started in the summer.  Did something happen

16    between you and your wife, say, in the fall of 2008?

17    A     Yes.  In October we got separated, and in Denmark it is

18    like you get separated, and automatically after six months

19    you get divorced.  So you can also say we -- no.  Yeah, we

20    got separated.

21    Q     And just to jump slightly ahead, did you ultimately get

22    divorced from your first wife six months after your

23    separation in October 2008?

24    A     Yes.

25    Q     So that was about March of 2009?
```

A I think it was in April, actually, but, yeah. Yeah, March or April. I can't remember.
Q And then were you communicating with Joyce during this time, telling her what you were planning to do and then telling her what you had just done?
A Yes.
Q And after you got separated, did Joyce discuss with you the need for more money?
A Yes, she did.
Q Now, at this point by October, had you already sent the additional 18,000, you know, in two sums of 9000?
A Yes.
Q And what did she tell you about the need for more money and for what purpose?
A She told me the need for more money for my spiritual path, and, yeah, that's -- yeah, that's it.
Q And how much more money did she say she needed after that?
A It was -- it was two times -- as I remember, $33,000.
Q And how were you able to come up with an additional $33,000?
A It was -- I was having my own company, and I was~-- the way it works is that I collect the money for the tax system, and then I should pay by the end of the year. But then instead of paying the tax system, I sent the money to Joyce

1    or to the accounts that she told me to, and --

2    Q    Was that something you did completely on your own, or

3    did you have any conversations with Joyce about doing it that

4    way?

5    A    Oh, no.  No, I was having a lot of conversation because

6    I just didn't send her money, it was very stressful for me

7    every time.

8    Q    Well, whose idea was it to take the money that was

9    supposed to go to your taxes and send it to her?

10   A    It was my own idea, because I couldn't -- I couldn't

11   loan any more money by the quick loan thing.

12   Q    You couldn't borrow any more money?

13   A    I couldn't borrow any more money, and I didn't want to

14   use money from my privacy together with my wife, so I wanted

15   to keep it only like my money.  And then she kept saying that

16   it would come back very soon 10 times.  So I thought by the

17   end of the year when I was supposed to pay the tax, that it

18   would probably come back and so I could pay the tax system.

19   Q    So when she told you it was going -- it would come back

20   to you very soon, you thought it would come back to you by

21   the end of the year?

22   A    Yes.

23   Q    Did she tell you that, or you just thought it?

24   A    No, I just thought so.

25   Q    Did Joyce Michael know how much money you earned and how

1    much money you had in the bank, your personal financial

2    information?

3    A    Yes.  At some point quite early she asked me -- she told

4    me that she hate to ask this question, but she asked me how

5    much I earned, and I was -- I trusted her very much, so I

6    just told her everything.

7    Q    Did you think she was your friend?

8    A    Yeah.  At that time she was the only one that I spoke

9    with all these very personal things about.  So, yes, to me

10   she was my friend, or like a friend.

11   Q    Did she seem like she cared about you?

12   A    Yes.

13   Q    Was there a point in time, as this is going on, that

14   there's another request this time for a very large amount of

15   money?

16   A    Yes.  By the end of the year.

17   Q    What year?  This is the end of 2000 . . .

18   A    2008.

19   Q    Okay.

20   A    And she told me that we were getting very close to

21   this -- my spiritual path, where it could really start, but

22   there was this very big negative energy connected to my

23   family, and which means my parents and my sisters, and so I

24   should ask if I can borrow some money from my parents and so

25   she could -- then she would clean the money and prevent them

1    from getting ill or getting into any trouble or accidents.

2    Q    Were you concerned about this claim that there was this

3    negativity surrounding your family?

4    A    Yes, because I was getting used to all this talk about

5    negative energies, so, yes, I was concerned about my family.

6    Q    And was she aware of the fact that you had no other

7    outlet to borrow money from at that point?

8    A    Yes, I've made it very clear to her that I have used all

9    my possibilities.  I actually also tried another bank and see

10   if I could -- they could loan me money, but they refused

11   because of my situation, because in Denmark they can see how

12   much loans you got.  So I was, you know, out of possibility

13   of getting any more loans.

14   Q    And when she suggested that you try to borrow money from

15   your parents, how much money was she talking about that she

16   needed?

17   A    She was talking about $90,000.

18   Q    90,000 U.S. dollars?

19   A    Yes.

20   Q    And when she first came up with that number, again, is

21   that -- is the number 9 significant to that, or . . .

22   A    Yes, always.

23   Q    And when she first brought up that number with you, what

24   was your reaction?  How did you respond?

25   A    Well, as usual, we had a long discussions about the

1    money, but at that time I was getting kind of rolled into it

2    or more used to it than in the beginning.  But it was quite a

3    lot of money, but the thing here was that she said that there

4    was a great possibility that she could clean the money and so

5    I could get the money back.  So that helped me a lot in --

6    yeah.

7    Q    What did she suggest you tell your parents in order to

8    get this amount of money?

9    A    She told them that --

10   Q    Told them or told you?

11   A    Sorry, told me that I suggested -- actually, I didn't

12   think she suggested, but she just told me to borrow money

13   from my parents because it was connected to my parents, all

14   this bad energy.  So, yeah.

15           And then I found a way to do it myself.

16   Q    And did you ask your parents for the money, for $90,000?

17   A    Yes.

18           No, actually, I asked my father.  I was just moving

19   away from my ex-wife to an apartment, and I asked him if it

20   was possible to borrow some money to buy an apartment, and he

21   said, yes, and he said, you can, for example, borrow $90,000.

22   And that was one of the points where that was the amount she

23   has been mentioning.  So I thought, hmm, this is a sign.  So

24   it made me more, what do you say, confident to continue.

25   Q    So you asked your father about money, and he brought up

```
1    that $90,000 himself?

2    A    Yes.

3    Q    And just out of -- did your parents have -- were your

4    parents wealthy people, that they had that kind of money that

5    they could --

6    A    They had that kind of money, yes.  So he was saying up

7    to $90,000.  So . . .

8    Q    He what?

9    A    He said I could borrow up to 90,000, not more.  That

10   was -- he was kind of telling me how much money I could

11   borrow from them.

12   Q    And how much -- so how much did you get from your

13   parents?

14   A    90,000.

15   Q    And how long did you think it would take before that

16   money would be cleansed and returned back to you so that you

17   could repay your parents?

18   A    A couple of weeks.

19   Q    Is that what Joyce told you, or is that just something

20   you thought on your own?

21   A    No, we discussed it, and she said it -- I think she

22   actually said one week, that she would try to clean them in

23   one week.

24   Q    And how did you send that 90,000 over to the States?

25   A    I split them up into two, yeah.
```

```
 1   Q     Several wire transactions?

 2   A     Yes.

 3             And actually, it was -- one of the wires was sent

 4   to Vivian Marks.

 5   Q     You recall that you sent a wire to somebody by the name

 6   of Vivian Marks?

 7   A     Yes.

 8   Q     At the time, did you know that Vivian Marks was, in

 9   fact, the person that was telling you was Joyce Marks?

10   A     No, she told me Vivian Marks was her cousin -- or I

11   think it was cousin, it was family, yeah.

12   Q     Did she indicate whether that person had any connection

13   to the work that was being done?

14   A     Yes, she told me that she was also very spiritually

15   gifted, and she's done some of the work on the crystals, as

16   well.

17   Q     And after you sent that money -- and do you remember

18   when that was, approximately, that you sent that last total

19   $90,000?

20   A     Yeah, it was in January 2009.

21   Q     So at this point you were moved out of your house --

22   A     Yes.

23   Q     -- into your own place?

24   A     Yes.

25   Q     So after you sent that last $90,000 -- and, again, were
```

```
 1   your parents expecting this money to -- for them to get it

 2   back?  In other words, was it a gift to you or was it a loan?

 3   A    No.  That was also a long discussion with Joyce, because

 4   I never -- I'm sorry.  I was going to tell a lie to my

 5   parents, because otherwise I couldn't tell them to send them

 6   to some person in the U.S. to cleanse the money.  So I told

 7   them that -- or I spoke very long with Joyce about because I

 8   didn't want to lie to my parents, but she said it's only a

 9   little lie, and it will help them to not to get sick and to

10   avoid accidents.

11          So at the end I told them that I was going to buy

12   an apartment.  I was not.  I was only going to rent the

13   apartment, but that was what I told them.

14   Q    You told your parents you were -- that you needed the

15   money to buy an apartment?

16   A    Yes.

17          And I was thinking that, well, I'll probably get

18   them back during a couple of weeks, and then I can pay them

19   back and said that I found another apartment just for rent,

20   and then it was all done.

21   Q    And Joyce said it was okay to tell your parents that

22   because it was for their protection?

23   A    Yeah.

24   Q    So after you sent that $90,000, what happened after

25   that?
```

```
 1    A    Then I couldn't get in touch with Joyce, so I called the

 2    office, this landline, and I spoke with Nancy Marks, and she

 3    told me that Joyce had had a major blackout in her job

 4    cleaning the money, and it was the first wire, because we

 5    split the wires into $45,000, and she talked about that it

 6    would probably be best to send the money back to me.

 7              And then --

 8    Q    All right.  So you called and you had a -- did you

 9    testify earlier that you had a business card that you had

10    received when you were first in the States?

11    A    Yes.

12    Q    So you had the phone number for the business?

13    A    Yeah.  From the business card, yes.

14    Q    Is this the first time you had talked to Nancy since you

15    had been in the United States?

16    A    Yes.

17    Q    So when she told you that Joyce had had a blackout, did

18    she explain what that meant, or what did you understand that

19    to mean?

20    A    I can't remember exactly.  I think she explained that it

21    was very -- she was -- you know, she had to -- she was

22    very -- she was very weak and had to lie down for some days

23    to get to herself again.

24    Q    And did she say what the cause of this blackout was?

25    A    Yeah, it was because of the money was -- it was such a
```

```
 1   bad negative energy connected to the money, and that was what
 2   she said.  And then Joyce explained it further on later.
 3   Q    So after this conversation where Nancy says that maybe
 4   they need to send the money back to you, what happened?  What
 5   was the next thing that happened?
 6   A    Then I spoke with Joyce.  She called me, and she told me
 7   not to listen to Nancy, because she should not stop work,
 8   because it was very important both to her because I was her
 9   main spiritual job, and to me especially because to receive
10   my spiritual -- get into my spiritual track, it was very
11   important that we continue the job.  But unfortunately, she
12   had to sacrifice the money.
13   Q    Unfortunately, she had to sacrifice the money?  Is that
14   what you said?
15   A    Yes.
16   Q    So Nancy said that the money might come back, and Joyce
17   is giving you a different set of information?
18   A    Yes.  She said it was so heavily loaded with the
19   negative energy, that she couldn't clean the money.  So she
20   had to sacrifice them.
21   Q    And when you heard that, what was your reaction?
22   A    I was kind of getting used to it, so -- so, yeah.  I was
23   disappointed, but -- yeah, I was getting used to it.
24   Q    Were you -- strike that.
25        What about these loans that you were taking out?
```

```
 1    Not just the money you borrowed from your parents, but all
 2    these bank loans.  What was your situation with respect to
 3    those loans?
 4    A    Well, at that time?
 5    Q    Yes.
 6    A    Well, I was not able to loan any more money, and the tax
 7    system that we were expecting to getting money, because we
 8    passed -- yeah, we passed the 1st of January.
 9    Q    Is that when you have tax years from January to
10    December?
11    A    Yes.
12    Q    Did you explain that you needed the money back in order
13    to pay your taxes?
14    A    No, actually, I have to get this right.  It goes to
15    January, but the tax system, it's only a half year later.  So
16    it wasn't a problem yet, but I could see -- I could just see
17    the problem coming in, but I still believed in getting some
18    money back 10 times.
19    Q    After you had wired that $90,000, though, were there any
20    further conversations about Joyce telling you that she needed
21    more money?
22    A    Yes, I thought that must be it, because now my situation
23    was cleaned and my family was cleansed, and then she began
24    talking about she needed some more money to finish the job
25    to, like, bind all things together.  And at that time I was
```

```
 1   just -- I was just getting -- well, I didn't have any more

 2   money to borrow, so --

 3   Q    What was your reaction to, when she said she needed even

 4   more money?

 5   A    Then I began -- I began doubting, because I could see

 6   there was absolutely no possibility for me to get any more

 7   money, and I told her from the beginning, the very beginning,

 8   that I would never do anything illegal like rob a bank or

 9   something to get the money, and I told her that the only way

10   I can get the money now is to rob a bank.  That was just an

11   example.  And I said I'm not doing anything like that.  And

12   so I just couldn't see it, and then I began to think, what is

13   this?  Yeah.

14   Q    You began to think what?  At some point in time did you

15   start to wonder whether this was real?

16   A    Yeah, I felt I start to wake up.  I was -- in the

17   beginning, I was in this situation where everything was just

18   kind of messed me in my feelings, but at that time I -- you

19   know, I got out of -- got away from my ex-wife, so I in a way

20   got stronger so I -- my feelings was cleared out.  And so I

21   think I began to be more clear about things.

22   Q    So when she asked for this -- and how much money did she

23   want, was she telling you she needed after this $90,000 had

24   left?

25   A    As I remember, it was $9000 again.
```

1    Q    And when you told her that you didn't have that money,

2    what was the reaction?

3    A    She got very upset, and we had a kind of argument.  Not

4    a kind.  We had an argument, not only one phone call, but

5    several phone calls, because --

6    Q    And what was she saying to you in these conversations?

7    A    She was saying that there was all things we've been

8    doing together was a waste of time, and that this spiritual

9    work, she couldn't finish her main job.  So she wouldn't know

10   what was going to happen to her because she didn't succeed in

11   doing her spiritual job well enough, and --

12   Q    Did she say she was going to get fired from her job?

13   A    No, not -- not like that, but in the spiritual sense she

14   could -- she would -- it would kind of block her from getting

15   on with her spiritual job.

16   Q    And how did you -- at this point what was your response

17   to that?

18   A    Well, my response was that, you know, I couldn't get the

19   money, so I just couldn't see what to do.  So, yeah.  So I

20   just couldn't do it.

21   Q    Did you ask her for your money back at that point?

22   A    Yes, at that point, I said that I would like to get all

23   my money back, because I didn't believe in it anymore.

24   Q    And what was her response?

25   A    She said it was absolutely not possible, because they

```
 1    sacrificed the money.  They sent the money to Africa, and

 2    they couldn't go back to these organizations and get the

 3    money back.

 4    Q    Did you believe that?

 5    A    Some part of me still believed it, but another part, the

 6    waking up part, didn't.

 7    Q    If you know that she and her family were keeping this

 8    money and spending it on themselves, would you have sent this

 9    money to her?

10    A    Never.

11    Q    So after these arguments you had with her where she said

12    the money had been sent away to Africa, did you have any

13    further conversations with her after that?

14    A    No, for a long period of time I didn't, but, yeah.

15    Q    Do you recall, did you have a conversation with her --

16    do you recall any conversation which she claimed that she,

17    herself, had borrowed money?

18    A    Yes.

19    Q    When was that, though?

20    A    That was -- as far as I remember, it was in April 2009,

21    where she called me and told me that she had actually

22    finished the job, and that she, herself, had borrowed money

23    from some friends so she could pay the $9000 to finish the

24    job, and that I should be very thankful to her and that I

25    should -- actually owed her the money.
```

```
 1   Q    Did you -- how did you respond to that?

 2   A    I said that I didn't ask her at all to do that, so I

 3   refused to pay her the money, and, again, I told her that I

 4   actually thought that she should send me -- give me the money

 5   back that I sent her.

 6   Q    And how did that conversation end?

 7   A    Well, it was, again, like an argument.  She got very

 8   aggressive and said a lot of bad things, and we ended like

 9   not being friends.

10   Q    Did you break all contact with her or . . .

11   A    Yes, then we didn't -- I think that was a long time.

12   That was kind of the last time I spoke with her.

13   Q    And that was approximately when that you recall?

14   A    I think it was in April 2009.

15   Q    Did you then after that time learn something about Joyce

16   Michael, or did you get some information that caused you to

17   take further action?

18   A    Yes, after that time I checked the Internet and searched

19   for Joyce Michaels, and I found out that her name appeared in

20   a previous case in New York where Joyce Michaels had the same

21   kind of situation with a Canadian woman, and that in the

22   court -- the Canadian woman -- the Court decided that she

23   should pay all the money back to that Canadian woman.

24            And I searched more, and I found out that Nancy

25   Marks was just arrested, but that was in -- I think that was
```

```
1    a couple of years later, actually.  Nancy Marks in Colorado.

2    Q    Now, did you -- when you saw there was an article about

3    a Nancy Marks being arrested in Colorado, did you think that

4    was the same person at that time?

5    A    Yes, I thought that was Nancy Marks that I have met.

6              MR. STEFIN:  May I approach, Your Honor?

7              THE COURT:  Yes.

8    BY MR. STEFIN:

9    Q    Let me show what has been received in evidence as

10   Defendant's exhibit 12 and ask you if this looks familiar to

11   you.

12   A    Yes, it looks familiar, yes.

13   Q    Is that the article or something very similar to that

14   article that you read --

15   A    Yes.

16   Q    -- about a Joyce Michaels?

17   A    Yes.

18   Q    What caused you to go on the Internet and start looking

19   up, you know, doing research on Joyce Michaels?

20   A    It was -- it was because the tax system were coming

21   after me because the money I was kind of loaning from the tax

22   system, they wanted it back, and I couldn't pay them back.

23   So I had to make several meetings with the tax system, and

24   they wanted me to pay, get a kind of deal where I had to pay

25   the money back, but at that time was very difficult for me
```

1    because the financial situation affected Denmark very much,

2    and so I didn't have a job at that time.  So, yeah, it was

3    very bad time.

4    Q    So approximately when was it, to the best of your

5    memory, that you found this news article about Joyce

6    Michaels?

7    A    As I remember, it was around the time where I was going

8    to pay the tax back, and that was in July 2009.

9    Q    All right.  This article was actually something that

10   occurred back in 1998?

11   A    Yes.

12        So at that time, well, I could see that the same

13   had happened to me.

14   Q    And it mentions a woman by the name of Janice Florendine

15   as the person who filed the lawsuit against Joyce Michaels;

16   is that correct?

17   A    Yes.

18   Q    And the second paragraph mentions that the office was a

19   storefront office near The Plaza Hotel?

20   A    Yes.

21   Q    So you thought this was the same person?

22   A    I thought it was the same person, yes.

23   Q    After you read an article about a Nancy Marks being

24   arrested, did you take any action at that time?

25   A    Oh yes, that was a couple of years later in 2011,

```
 1    springtime.
 2    Q    At this point two years have now gone by.  Had you
 3    basically given up on the idea that you would ever see your
 4    money again?
 5    A    Yes, I did.  Because even though I saw this article, I
 6    was not -- I had no money at all, so I -- the idea of hiring
 7    a lawyer in New York, it's -- it was not possible for me.
 8    Q    Did you think you were going to accomplish anything if
 9    you filed a lawsuit against Joyce Michael like this lady in
10    1998 had done?
11    A    Well, it was -- to me, it seemed too complicated, being
12    in Denmark and then having this case in the U.S., and, yeah.
13    So I didn't -- with no money, I just couldn't do it.
14    Q    Did you have any feelings about publicly disclosing the
15    fact that you had sent --
16              MR. SCHWARTZ:  Objection, leading.
17              THE COURT:  Sustained.
18    BY MR. STEFIN:
19    Q    What feelings, if any, did you have about publicly
20    coming out with the fact that you had sent this money?
21              MR. SCHWARTZ:  Still leading, objection.
22              THE COURT:  Sustained.
23              Rephrase the question.
24    BY MR. STEFIN:
25    Q    Did your decision not to file a lawsuit or seek legal
```

```
 1    action at that time, was it at all related to your personal
 2    situation?
 3    A    Yes.
 4    Q    In what way?
 5    A    I didn't have money at all to do it.
 6    Q    Okay.  So after you saw that article about Nancy Marks,
 7    I think I asked you, what did you then decide to do?  And
 8    this is now 2011.
 9    A    Then I called -- there was in this article, there was a
10    detective name and also a phone number.  So I call him or try
11    to call him because there was his voicemail machine, and I
12    put in a voicemail that he could contact me.
13    Q    This is now, just so we're clear, was this the detective
14    in Colorado?
15    A    Yes.
16    Q    Okay.  And did that person ever call you back?
17    A    No, he didn't.
18    Q    All right.  And then, was there a point in time that you
19    received -- well, what did you do after you made that call?
20    Did you have any further contact with Joyce Michael?
21    A    Yes.  Then after I did that call I thought I would give
22    her like a last chance.  So I called her.
23    Q    Called her, being who?
24    A    Joyce Michaels.  And, again, I used this landline
25    because the cellphone she used was not working anymore.
```

```
 1   Q    Uh-huh.

 2   A    And I told her that I still think she should pay back

 3   all the money, and I told her that a detective may call me.

 4   Q    And who were you thinking of when you were talking about

 5   a detective?

 6   A    The detective from Colorado.  And I told her that if he

 7   called me, I would tell him everything.  So I thought she

 8   would be better off if she paid me back, because then at that

 9   time I thought it was her spiritual sister, Nancy Marks, who

10   was arrested.

11   Q    And what was her response to you in this call?

12   A    She refused absolutely, and, yeah.  And she also talked

13   about that if I should call again, I should call and speak

14   with her lawyer.

15   Q    Did you hear anybody in the background?

16   A    Yes, I heard -- it was -- talked with her two times, and

17   the second time, because we -- it didn't really -- she was

18   not able to talk that long the first time, and the second

19   time when I rang her, it -- I heard a voice in the background

20   telling her everything she then told on the phone.  It was a

21   very low voice, and it was a very low voice, and I was

22   probably not supposed to hear that voice, but somebody was

23   telling her exactly what to say, every word.

24   Q    Could you recognize the voice, or no?

25   A    No, I couldn't.
```

```
1   Q    Again, the result was with regard to the money that you

2   had sent her, what did she tell you was going to happen with

3   that?

4   A    That she refused completely to give me some money back.

5   Q    Even though you said you might be talking to a police?

6   A    Yes.  At that point she said then I should speak with a

7   lawyer or her lawyer or something, and then we ended the

8   conversation.

9   Q    At a later time you did actually -- were you actually

10  contacted by law enforcement?

11  A    No, not from Colorado.

12  Q    But were you contacted by law enforcement from somewhere

13  else?

14  A    Yes, sometime later, it was during the summer, 2011, all

15  of a sudden I was contacted by the U.S. Government, a guy

16  called Charlie Stack.

17  Q    All right.  And did you relay information to him about

18  what had happened to you regarding Joyce Michael and Nancy

19  Marks?

20  A    Yes, of course, he told me how they found me, and

21  then -- so he kind of knew my situation, some of my

22  situation.  And then I told him my story.

23  Q    And had you -- were you able to collect documents or

24  records that pertain to your -- some of the documents and

25  records that pertain to the monies that you had sent to the
```

1   person you understood to be Joyce Michael?

2   A    Yes, I had some documentation from my bank, and I sent

3   them to the police.

4   Q    And did you also try to add up on your own the

5   approximate amount of money that you sent to Joyce Michael

6   and Nancy Marks or any of the other parties?

7   A    Yes, I did.

8            MR. STEFIN:  May I approach?

9            THE COURT:  Yes.

10  BY MR. STEFIN:

11  Q    I want to show you what's been marked as Government's

12  composite exhibit 108 and ask you if you recognize these

13  documents.

14  A    Yes, I do.

15  Q    Are these documents that you provided to law enforcement

16  or to the United States Attorney's Office?

17  A    Yes, yes.

18  Q    These were your personal records?

19  A    Yes.

20           MR. STEFIN:  We would offer Government's composite

21  exhibit 108 at this time.

22           THE COURT:  Any objection?

23           MR. SCHWARTZ:  No objection, Your Honor.

24           THE COURT:  Admitted without objection.

25       (Government's Exhibit No. 108 entered into evidence.)

```
 1   BY MR. STEFIN:

 2   Q    You mentioned receiving a business card, showing you in

 3   108, the document, JS07.

 4           When did you -- is that the business card that you

 5   received?

 6   A    Yes.

 7   Q    And you got that on~-- was it your first visit or the

 8   second visit?

 9   A    No, my first visit.

10   Q    And was actually a cellphone number provided to you, as

11   well?

12   A    Yes, it's on the back.

13   Q    Is that the number you would call in order to speak to

14   the person you knew to be Joyce Michael?

15   A    Yes, in the beginning, because she changed her number

16   several times.

17   Q    And did you actually -- you prepared your own

18   spreadsheet to try to figure out how much money you sent all

19   together?

20   A    Yes, I did.

21   Q    Showing you document JS06.

22           Let's just very quickly go through that document.

23   Your total amount you came up with, and I think you were

24   adding interest payments, is that why your number comes up to

25   over $250,000?
```

```
 1   A     Yes.

 2   Q     Were you, in fact, paying interest on any of the monies

 3   that you borrowed?

 4   A     Oh, yes, and I still am, because I still owe all the

 5   money.  So that's the interest.  You can't see the way it's

 6   there, but that's interest during the last four-and-a-half

 7   years.

 8   Q     And how much interest -- and a couple of these are

 9   interest to your parents.  Have you actually paid those

10   amounts to your parents?

11   A     No, not yet because they just put on top of the loan.

12   Q     And that's the one, two, three, four -- is that the

13   sixth column over on the right-hand side?  Those are your

14   interest calculations?

15   A     Yes, over here.

16   Q     On the right-hand side?

17   A     Yes.

18   Q     It's on your screen, as well.

19   A     Yes.

20   Q     So forgetting about -- putting aside the interest at the

21   present time, your column added up to $180,881.99?

22   A     Yes.

23   Q     And it also -- and again, I'm just looking at the second

24   column from the left.  You indicated the paid in cash, but

25   the next three payments were made to Nancy Marks.  The next
```

1    four payments, I'm sorry; is that correct?

2    A    Yes.

3    Q    7/23/08, 8/11/08, 9/29/08, and 10/15/08, payments to

4    Nancy Marks?

5    A    Yes.

6    Q    Then on 10/29/08 there was a payment made to Joyce

7    Michaels.

8    A    Yes.

9    Q    And, again, you thought Joyce Michaels was who?

10   A    That it was the woman I was speaking and seeing -- that

11   I saw and I was speaking to.

12   Q    Then two payments after that to Nancy Marks.

13   A    Yes.

14   Q    And then a payment to Vivian Marks, who she told you

15   was, you said, a cousin?

16   A    Yes.

17   Q    And then in that final payment to Nancy Marks, totaling

18   $180,881.

19   A    Yes.

20   Q    I just want to show you one of the wire transfers,

21   transactions.

22        Let me show you a document, JS01, the same exhibit

23   number, 108 composite.  And I'll make it bigger in a second.

24   But this is a bank statement from, what bank is that?

25   A    That's Danske Bank.

```
 1   Q     D-a-n-s-k-e Bank?

 2   A     Yes.

 3   Q     Was that your bank -- one of your banks at that time?

 4   A     Yes.

 5   Q     Little bit of Danish in there, but on the left-hand side

 6   it looks like, if I pronounce it right, order giver?

 7   A     Yes.

 8   Q     And it says Fullcon V slash Jacob Soendergaard, with an

 9   address.

10         An order giver means what in Danish?

11   A     That's the one who is transferring the money.

12   Q     All right.  And then right across on the right-hand

13   side, it's a word M-o-d-t-a-g-e-r, Modtager.

14   A     Yes, that's the same as receiver.

15   Q     The receiver.  And in this instance it's indicated as

16   Joyce Michael.

17   A     Yes.

18   Q     There's a number down below that.  It says, Kontour,

19   K-o-n-t-o-u-r.  Then below that, Bankkode, B-a-n-k-k-o-d-e,

20   means bank code?

21   A     Yes, that's bank code and the account number.

22   Q     And it looks like Bank Atlantic.  And then it says, via

23   bank, and then it says Bank of America, NA.  You see that?

24   A     Yes.

25   Q     And the date of this transaction?  Was when?
```

```
 1    A    The 29th of October, 2008.

 2    Q    And that was in the amount of how much money in U.S.

 3    dollars?

 4    A    It says 23,535.

 5    Q    I'm sorry?

 6    A    23,535 and --

 7    Q    Which in Danish krones is the equivalent of 138,477?

 8    A    Yes, it's actually equivalent to 137,500, and the two

 9    lower is some, what do you call that, some transfer rates.

10    Q    It says transfer fees for transfer?

11    A    Fee, yeah, transfer fee.

12              MR. STEFIN:  If I could just have a moment?

13              That's all I have on direct.

14              THE COURT:  Thank you.

15              How much do you think you have, Mr. Schwartz?

16              MR. SCHWARTZ:  It's going to be about an hour and a

17    half, Judge.

18              THE COURT:  Let's wait until tomorrow to start.

19              MR. SCHWARTZ:  Very good.

20              THE COURT:  Ladies and gentlemen, let's take a

21    break a little early this evening.  Again, thank you for your

22    cooperation.  Please don't discuss the case, form any

23    opinions.  Leave everything at your seat, don't do any

24    research or read any report, and we'll see you tomorrow at

25    9:00.  Thank you.
```

```
 1          (The jury exits the courtroom.)

 2             THE COURT:  All right.  Sir, I'm sorry you're going

 3     to have to come back tomorrow.  So don't discuss your

 4     testimony with anyone during the break, and we'll see you

 5     tomorrow at 9:00 o'clock.  All right?

 6             THE WITNESS:  Okay.

 7             THE COURT:  Thank you.  Have a nice evening.

 8             Anything we need to talk about?

 9             MR. SCHWARTZ:  Nothing, Your Honor.

10             THE COURT:  Are you going to be responding to

11     either of these memos?

12             MR. STEFIN:  I haven't had a chance to actually

13     look at them.

14             THE COURT:  I know, but should I expect a written

15     response, or are we going to argue about them at some point?

16             MR. STEFIN:  The memo on the search, is that mostly

17     what we're talking about, or the Brady?  Because I know --

18             THE COURT:  Both of them.  The Brady and the Giglio

19     and Jencks have been a constant theme throughout the trial,

20     so at some point we're going to have to deal with them.  And

21     then we've got the search issue that's come up.

22             MR. STEFIN:  I'd like the night to look at it and

23     have a response, whether it's -- if I can put something

24     together in writing.

25             THE COURT:  I'm not asking you to have to have it
```

```
 1   tomorrow, I just want to know should I expect something.

 2               MR. STEFIN:  Yes.

 3               THE COURT:  Okay.  All right.

 4               MR. STEFIN:  You can expect it.  I don't know if

 5   it's going to happen.

 6               THE COURT:  So why don't we -- let's assume we're

 7   not going to see anything tomorrow on it.  Maybe on Friday.

 8               MR. STEFIN:  Okay.

 9               THE COURT:  All right.  For purposes of the hearsay

10   objection on the coconspirator statements, as far as I'm

11   concerned at this point in the trial there is more than

12   sufficient evidence to establish a conspiracy which would

13   permit -- and that the Defendant was a member of the

14   conspiracy, to permit the admission of coconspirator

15   statements.  So just for the record, for you to know why I'm

16   overruling your objections.

17               MR. SCHWARTZ:  I understand, Judge.  Of course, you

18   won't tell that to the jury.

19               THE COURT:  No.  That's why I'm doing it now.

20               So anyway, anything else?

21               Can we talk about scheduling issues?

22               MR. SCHWARTZ:  I think Mr. Stefin and I spoke

23   briefly about --

24               THE COURT:  Can we go off the record on that?

25               MR. SCHWARTZ:  Sure.
```

1                    MR. STEFIN:  Sure.

2          (Discussion held off the record.)

3                    THE COURT:  All right.  I guess we'll see you

4     tomorrow at 9:00.  Have a good evening.

5          (The evening recess was taken at 4:53 p.m.)

6                         *  *  *  *  *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          *  *  *  *  *

 2                        I N D E X

 3  Testimony of Andrea Walker (Continued)

 4          Direct by Mr. Bardfeld (Cont.'d)       5

 5          Cross by Mr. Schwartz                 66

 6          Redirect by Mr. Bardfeld             116

 7  Testimony of Jacob Soendergaard

 8          Direct by Mr. Stefin                 117

 9                          *  *  *  *  *

10                      E X H I B I T S

11  Government's Exhibits in Evidence:

12          Government's 32-2                     32

13          Government's 111-1A                   40

14          Government's 111-1B                   41

15          Government's 111-2A and 111-2B        44

16          Government's 111-3A and 111-3B        46

17          Government's 111-4A and 111-4B        50

18          Government's 111-7A and 111-7B        52

19          Government's 111-5A and 111-5B        53

20          Government's 111-6A and 111-6B        55

21          Government's 36                      125

22          Government's 30-2                    126

23          Government's 40                      129

24          Government's 108                     172

25                          *  *  *  *  *
```

```
1                            *  *  *  *  *

2                      E X H I B I T S  (Cont'd)

3    Defendant's Exhibits in Evidence:

4            Defendant's 11                           110

5            Defendant's 12                           112

6                            *  *  *  *  *

7                           CERTIFICATE

8        I, Stephen W. Franklin, Registered Merit Reporter, and

9    Certified Realtime Reporter, certify that the foregoing is a

10   correct transcript from the record of proceedings in the

11   above-entitled matter.

12       Dated this 10th day of NOVEMBER, 2013.

13

14       /s/Stephen W. Franklin
         _____
15       Stephen W. Franklin, RMR, CRR

16

17

18

19

20

21

22

23

24

25
```

## $

$10,000 [1]  140/22
$119,215.51 [3]  23/8 59/3 60/11
$125,000 [1]  112/20
$155,000 [1]  60/8
$18,000 [4]  25/24 25/25 146/24 148/18
$180,881 [1]  175/18
$180,881.99 [1]  174/21
$2 [1]  82/7
$2 million [1]  82/7
$200 [1]  126/19
$24,000 [2]  13/16 98/3
$24,300 [1]  97/25
$250,000 [1]  173/25
$27,000 [4]  24/5 57/11 59/4 60/13
$3 [1]  83/18
$3 million [1]  83/18
$30,000 [1]  13/17
$300 [1]  34/22
$33,000 [2]  151/19 151/21
$373,000 [1]  21/11
$373,750 [4]  20/18 21/4 59/3 60/9
$45,000 [1]  159/5
$5000 [4]  62/24 64/9 107/22 109/9
$60 [1]  126/18
$674,965.51 [1]  60/14
$675,000 [3]  61/14 62/21 62/24
$700 [3]  134/16 136/23 143/12
$700,000 [1]  63/1
$7000 [7]  137/7 138/23 139/13 141/9 143/13
 143/23 145/5
$75 [1]  126/20
$750,000 [1]  82/9
$80 [1]  126/23
$84,000 [1]  24/2
$865,000 [2]  27/25 28/1
$90,000 [10]  154/17 155/16 155/21 156/1
 156/7 157/19 157/25 158/24 161/19 162/23
$900 [2]  134/17 143/12
$900,000 [3]  61/9 64/5 83/22
$9000 [6]  143/9 147/9 149/22 150/5 162/25
 164/23

## '

'80s [1]  74/24
'89 [2]  130/4 130/5
'90s [3]  74/24 76/1 76/4
'94 [2]  76/5 76/7
'til [2]  65/12 83/13

## -

-v [1]  1/5

## /

/s/Stephen [1]  182/14

## 0

08 [5]  175/3 175/3 175/3 175/3 175/6

## 1

1.3 million [1]  81/11
10 [11]  30/9 33/8 85/15 89/13 145/4 147/23
 147/25 148/2 148/3 152/16 161/18
10-minute [1]  85/12
10/15/08 [1]  175/3
10/29/08 [1]  175/6
100,000 [1]  57/20
100,000 pounds [1]  15/9
108 [6]  172/12 172/21 172/25 173/3 175/23

181/24
1086 [1]  76/24
10:38 [1]  49/8
10:54 [1]  49/8
10th [1]  182/12
11 [5]  41/24 110/3 110/10 110/3 182/4
11-80072-CR-MARRA [1]  1/2
110 [1]  182/4
111 [4]  11/12 14/10 20/12 23/3
111-1A [3]  40/11 42/1 181/13
111-1B [3]  41/16 41/24 181/14
111-2A [4]  44/3 44/4 44/6 181/15
111-2B [3]  44/16 44/21 181/15
111-3A [2]  46/21 181/16
111-3B [3]  46/16 46/21 181/16
111-4A [2]  50/20 181/17
111-4B [3]  50/14 50/20 181/17
111-5A [2]  52/23 181/19
111-5B [3]  53/19 53/23 181/19
111-6A [2]  55/14 181/20
111-6B [3]  55/4 55/14 181/20
111-7A [2]  52/20 181/18
111-7B [2]  52/20 181/18
111AW073 [1]  56/24
111AW086 [1]  58/13
111AW087 [1]  59/16
111AW096 [1]  60/25
111AW097 [1]  62/12
111AW099 [1]  63/14
112 [1]  182/5
116 [1]  181/6
117 [1]  181/8
11:59 [1]  65/2
11th [3]  53/16 54/7 76/23
12 [4]  112/5 112/13 166/10 182/5
12,500 [1]  62/25
125 [1]  181/21
126 [1]  181/22
129 [1]  181/23
12th [1]  59/20
13 [1]  129/4
1319 [2]  15/4 15/6
134 [1]  46/12
137,500 [1]  177/8
138,477 [1]  177/7
13th [2]  43/25 44/4
14 [1]  6/8
15 [6]  47/9 47/13 117/21 118/2 133/6 133/8
15 centimeters [1]  145/4
15 inches [1]  145/2
15-minute [2]  47/5 133/4
16-year-old [1]  68/23
172 [1]  181/24
18 [3]  88/12 147/2 147/8
18,000 [2]  57/21 151/11
18,181 [1]  60/12
18-karat [1]  6/9
19 [2]  130/7 130/14
1998 [3]  112/16 167/10 168/10
1:15 [3]  64/19 64/24 65/1
1:16 [1]  65/2
1:47 [1]  86/8
1:57 [1]  86/8
1A [5]  40/6 40/11 41/6 42/1 181/13
1B [4]  41/12 41/16 41/24 181/14
1st [1]  161/8

## 2

2 million pounds [2]  82/8 83/15
20 [3]  61/25 129/3 130/15

20 centimeters [1]  145/4
20,000 [2]  8/2 8/3
20,000 pounds [1]  8/3
200 [3]  1/10 1/21 81/22
200,000 [1]  63/4
2000 [1]  153/17
2005 [2]  78/19 78/20
2007 [3]  78/20 79/1 79/2
2008 [10]  73/9 80/21 80/24 81/1 81/2 119/2
 150/16 150/23 153/18 177/1
2009 [10]  11/15 12/2 12/14 80/18 83/13
 150/25 157/20 164/20 165/14 167/8
2010 [24]  8/20 13/8 13/9 14/25 16/13 18/7
 25/18 26/24 58/23 59/3 59/4 59/5 59/25 60/9
 60/11 60/13 61/12 63/16 72/8 73/3 73/4
 104/6 111/1 111/7
2011 [22]  29/1 30/17 40/7 41/7 43/25 44/4
 45/16 45/25 46/2 50/3 51/7 51/22 53/16 54/7
 62/22 83/14 84/20 84/22 92/13 167/25 169/8
 171/14
2012 [5]  92/14 92/16 92/20 93/24 94/9
2013 [2]  1/8 182/12
20th [2]  14/16 59/25
21st [3]  11/15 12/2 12/14
23,535 [2]  177/4 177/6
23rd [1]  14/15
24,000 pounds [1]  98/1
24,000's [1]  15/17
24,000-pound [1]  13/16
25 [2]  29/11 128/24
250 [1]  83/8
250,000 [2]  20/2 57/20
250,000 pounds [5]  20/3 21/6 21/10 60/8
 83/5
25th [2]  59/4 60/11
26 [1]  56/5
27,000 [1]  57/21
27th [3]  45/16 46/1 46/11
28th [2]  61/4 112/16
29th [1]  177/1
2A [5]  43/24 44/3 44/4 44/6 181/15
2B [3]  44/16 44/21 181/15
2nd [3]  40/6 41/7 50/3

## 3

30 [2]  122/13 134/1
30,000 [1]  15/17
30-2 [3]  125/24 126/4 181/22
300 [2]  81/17 81/21
30th [8]  13/9 16/12 16/22 17/9 18/7 58/23
 72/8 72/13
32 [2]  123/8 181/12
32-1 [3]  32/15 35/14 35/15
32-2 [4]  32/13 32/16 32/19 181/12
32-C [1]  123/9
33 [2]  128/25 130/9
33301 [1]  1/18
33304 [1]  15/7
33401 [1]  1/24
33432 [1]  1/22
36 [6]  124/24 124/25 125/1 125/4 125/7
 181/21
3768 [1]  1/23
3:15 [1]  133/11
3:29 [1]  133/11
3A [4]  45/24 46/15 46/21 181/16
3B [3]  46/16 46/21 181/16
3rd [1]  25/18

## 4

4 percent [2]  17/10 72/13

**4**

40 [5] 103/4 129/7 129/15 181/13 181/23
40 centimeters [1] 145/1
41 [1] 181/14
44 [1] 181/15
46 [2] 118/25 181/16
4:53 [1] 180/5
4A [3] 50/12 50/20 181/17
4B [3] 50/14 50/20 181/17
4th [3] 59/3 60/9 130/5

**5**

5 inches [1] 144/18
5 percent [1] 7/11
50 [2] 19/5 181/17
50/50 [1] 19/5
500 [2] 1/17 83/7
500 pounds [1] 84/4
500,000 [4] 19/9 19/10 82/9 83/9
500,000 pounds [1] 19/13
5000 [1] 64/10
514-3768 [1] 1/23
52 [1] 181/18
53 [1] 181/19
55 [1] 181/20
561 [1] 1/23
56354561 [1] 60/19
58th [2] 96/15 96/21
59th [1] 96/15
5A [4] 53/13 53/19 53/23 181/19
5B [3] 53/19 53/23 181/19
5th [1] 63/16

**6**

60 [1] 27/13
600 [1] 53/1
6002 [1] 88/12
66 [1] 181/5
675,000 [1] 53/2
6A [3] 55/3 55/14 181/20
6B [3] 55/4 55/14 181/20
6th [2] 59/5 60/12

**7**

7/23/08 [1] 175/3
700 [1] 1/21
700,000 [3] 64/6 64/12 83/3
7000 [2] 142/19 148/17
701 [1] 1/24
750 [1] 83/8
750,000 [1] 57/10
799 [1] 2/24
7A [4] 51/8 51/22 52/20 181/18
7B [3] 52/16 52/20 181/18
7th [1] 1/18

**8**

8 inches [1] 144/17
8/11/08 [1] 175/3
801 [1] 55/6
82 [1] 60/12
84,000 pounds [1] 24/4
84,000-pounds [1] 22/18
84,568 [1] 57/20
84,568 pounds [2] 23/7 60/10
84,568-pounds [1] 57/7
85,000 pounds [1] 22/1
850,000 [3] 84/1 84/3 84/4
850,000 pounds [1] 84/7

**9**

9/29/08 [1] 175/3
90,000 [4] 154/18 156/9 156/14 156/24
900,000 [1] 63/3
9000 [6] 143/10 146/25 147/3 149/23 150/4 151/11
9:00 [2] 177/25 180/4
9:00 o'clock [1] 178/5
9th [2] 51/7 51/22

**A**

a.m [3] 49/8 49/8 65/2
abilities [1] 122/7
ability [4] 74/15 107/3 108/23 131/3
able [11] 6/2 57/17 58/18 73/1 126/12 140/21 149/20 151/20 161/6 170/18 171/23
above [5] 17/8 17/10 72/13 126/19 182/11
above-entitled [1] 182/11
absolutely [6] 7/16 130/10 137/10 162/6 163/25 170/12
accepted [1] 112/25
accepting [1] 24/17
accidental [4] 47/25 48/5 48/9 49/1
accidents [2] 154/1 158/10
accompanying [1] 55/3
accomplish [1] 168/8
account [30] 15/24 20/24 21/1 22/14 38/18 59/6 60/4 60/19 60/22 60/22 62/15 71/5 71/6 71/7 71/9 71/12 72/3 73/11 83/1 101/7 139/19 139/23 140/2 140/12 140/14 141/12 149/17 149/18 149/19 176/21
accountant [1] 99/22
accounting [2] 82/25 83/20
accounts [1] 152/1
accuracy [1] 46/25
accurate [7] 40/2 44/24 50/24 52/13 54/2 94/25 131/10
accurately [10] 40/24 41/2 44/13 46/6 50/8 51/13 51/18 53/9 54/18 54/24
accusations [1] 47/23
achieve [1] 139/10
acknowledged [1] 15/10
across [3] 120/15 120/15 176/12
Act [1] 49/18
acting [1] 108/14
action [3] 165/17 167/24 169/1
actual [1] 47/1
actually [48] 7/23 7/25 8/14 19/3 21/25 28/22 29/2 32/2 33/7 34/22 37/17 38/11 38/13 42/25 67/7 78/8 78/23 79/7 80/5 83/5 102/9 119/20 123/24 132/20 135/8 135/11 140/9 143/23 146/2 151/1 154/9 155/11 155/18 156/22 157/3 161/14 164/21 164/25 165/4 166/1 167/9 171/9 171/9 173/10 173/17 174/9 177/8 178/12
add [1] 172/4
added [4] 128/4 147/8 147/8 174/21
adding [2] 129/7 173/24
addition [3] 16/6 81/21 82/6
additional [5] 82/7 105/11 137/6 151/11 151/20
address [4] 28/10 28/11 62/7 176/9
addressed [2] 66/12 84/14
admission [3] 51/21 55/2 179/14
admit [5] 31/24 41/11 44/5 52/16 53/2
admitted [26] 32/1 40/10 41/8 41/15 42/4 44/20 46/20 50/18 52/9 52/18 53/22 55/11 57/1 58/12 59/15 62/11 63/13 107/10 107/12 107/14 110/12 112/12 125/6 126/3 129/14

172/24
admitting [1] 55/8
adopted [1] 75/22
advance [1] 87/11
advice [4] 87/18 100/15 119/24 145/20
advise [1] 137/17
advised [1] 135/17
affair [2] 78/22 78/24
affected [1] 167/1
affidavit [3] 94/15 94/16 95/17
afford [3] 6/22 61/13 61/15
afraid [2] 25/5 27/20
Africa [4] 143/6 148/15 164/1 164/12
after [87]
afternoon [2] 117/8 117/9
afterwards [1] 90/19
again [41] 3/24 18/2 21/16 23/7 23/12 32/25 34/11 44/22 46/23 46/24 47/11 50/22 51/10 52/10 53/25 57/18 60/5 80/9 92/11 95/2 111/3 121/2 133/4 140/23 145/5 145/13 147/20 148/1 154/20 157/25 159/23 162/25 165/3 165/7 168/4 169/24 170/13 171/1 174/23 175/9 177/21
against [4] 37/12 88/3 167/15 168/9
age [1] 128/22
agent [4] 3/19 4/13 35/24 95/21
aggressive [1] 165/8
ago [2] 92/13 129/22
agree [2] 17/1 43/9
agreed [9] 19/5 59/1 59/24 64/3 105/3 110/21 128/3 134/7 134/20
agreement [65]
ahead [3] 14/4 144/5 150/21
aid [4] 44/17 46/16 50/15 52/16
airport [3] 132/11 132/12 135/13
allow [2] 60/21 149/1
allowing [1] 2/24
almost [3] 4/22 140/22 145/11
along [2] 57/20 99/7
already [17] 11/11 14/9 16/7 20/11 23/2 29/11 32/2 38/22 41/8 56/5 56/8 56/24 57/1 58/12 62/11 105/14 151/10
also [59] 2/14 4/13 6/17 15/22 17/15 25/6 27/19 28/13 30/3 39/16 41/11 42/2 42/6 44/7 45/16 50/3 50/14 51/16 52/15 54/21 56/21 58/7 59/13 61/22 61/23 61/24 67/3 70/4 77/22 87/10 88/6 90/4 90/4 92/4 92/22 93/11 99/14 103/15 103/18 103/24 104/17 104/19 114/8 119/22 122/3 127/17 131/23 132/15 139/25 146/4 146/13 150/19 154/9 157/14 158/3 169/10 170/12 172/4 174/23
altercation [1] 108/8
although [8] 19/6 23/25 37/16 58/22 67/25 99/6 104/8 111/7
always [12] 7/6 12/9 18/20 20/25 24/24 107/8 109/6 136/15 141/19 141/20 146/23 154/22
am [6] 62/1 62/16 62/20 97/4 100/21 174/4
ambulance [1] 98/21
Amendment [3] 87/15 87/20 88/3
AMERICA [5] 1/3 13/7 15/24 70/17 176/23
American [3] 38/8 38/9 91/15
amount [21] 19/24 21/3 21/22 22/11 38/17 57/22 59/10 60/15 72/4 134/22 137/8 137/12 137/14 143/8 148/3 153/14 155/8 155/22 172/5 173/23 177/2
amounts [5] 6/23 26/14 36/8 59/1 174/10
ancient [1] 76/20
Andrea [5] 5/16 8/16 14/25 63/18 110/25 181/3

**A**

angry [5]  33/7 108/10 108/12 108/14 108/15
annual [1]  79/9
annunciate [1]  103/2
another [28]  18/18 21/21 23/25 33/17 51/6
 53/3 53/4 57/11 57/22 58/12 61/1 62/19
 81/18 81/22 82/20 93/2 100/24 112/4 138/3
 138/5 140/1 143/12 149/18 149/23 153/14
 154/9 158/19 164/5
answer [5]  58/20 117/25 144/1 144/3 144/5
answered [1]  18/14
answers [1]  89/25
anticipating [1]  111/8
any [95]
anybody [4]  26/12 71/15 114/22 170/15
anymore [3]  24/8 163/23 169/25
anyone [7]  26/13 42/22 42/24 114/13 135/17
 146/3 178/4
anything [35]  2/19 5/22 10/23 12/18 12/18
 17/5 26/4 26/15 33/6 37/7 37/20 48/12 60/2
 63/4 64/25 71/11 81/7 82/18 91/8 99/9 102/6
 106/9 112/3 115/12 115/17 116/7 128/10
 131/3 146/11 162/8 162/11 168/8 178/8
 179/7 179/20
anyway [3]  19/5 29/3 179/20
anywhere [1]  24/13
aol.com [1]  1/25
apartment [6]  155/19 155/20 158/12 158/13
 158/15 158/19
apologize [6]  5/10 32/18 80/10 82/5 92/19
 113/17
apparently [2]  79/11 107/2
appear [4]  67/25 68/3 68/5 101/21
Appearances [1]  1/15
appeared [2]  109/11 165/19
appearing [1]  68/1
appears [1]  108/20
appellate [1]  94/3
apply [1]  149/6
appointment [2]  123/1 123/3
approach [18]  2/17 11/13 14/6 20/8 22/24
 29/14 31/14 45/1 45/20 52/4 54/3 55/16 56/2
 68/20 93/15 101/11 166/6 172/8
approximate [1]  172/5
approximately [9]  22/18 63/1 92/8 120/1
 144/24 144/24 157/18 165/13 167/4
April [11]  14/16 59/25 91/20 105/5 105/10
 105/17 105/18 151/1 151/2 164/20 165/14
April 2009 [2]  164/20 165/14
apt [1]  102/10
area [10]  29/22 68/9 69/8 69/19 71/1 73/15
 77/16 100/25 119/16 121/18
areas [2]  70/9 80/9
aren't [1]  95/13
argue [2]  24/23 178/15
arguing [2]  119/23 146/24
argument [5]  7/5 95/3 163/3 163/4 165/7
arguments [1]  164/11
around [21]  8/2 11/16 22/8 27/25 29/24
 36/15 60/7 76/13 81/1 83/16 83/22 84/20
 91/3 105/21 109/14 119/16 121/6 128/24
 143/6 148/16 167/7
arrange [2]  123/2 123/2
arranged [2]  35/22 150/14
arrested [8]  89/7 92/2 92/12 109/24 165/25
 166/3 167/24 170/10
article [20]  37/9 62/18 112/7 112/15 113/8
 113/15 113/19 113/20 113/21 114/1 114/8
 166/2 166/13 166/14 167/5 167/9 167/23

**B**

B-a-n-k-k-o-d-e [1]  176/19
baby [6]  11/1 12/15 25/4 35/2 64/3 78/25
back [135]
background [2]  170/15 170/19
backwards [1]  124/20
bad [9]  7/23 24/25 25/1 146/4 147/17 155/14
 160/1 165/8 167/3
Bailey [1]  68/8
bank [56]  4/14 13/7 15/24 15/24 16/1 17/10
 20/14 20/24 21/1 22/13 22/14 22/16 28/15

168/5 169/6 169/9
aside [1]  174/20
ask [32]  5/22 5/24 7/20 7/21 7/23 19/24
 41/21 42/22 57/13 62/9 85/6 90/16 95/10
 95/14 110/3 110/18 112/4 116/10 128/17
 131/17 142/24 143/20 144/19 144/20 147/12
 153/4 153/24 155/16 163/21 165/2 166/10
 172/12
asked [46]  5/23 7/15 7/17 7/18 7/20 11/4
 16/6 18/14 18/20 20/3 21/23 22/1 22/3 22/4
 22/22 23/25 24/5 25/23 29/25 33/1 33/22
 34/22 38/8 38/18 39/1 45/7 48/2 82/25 86/20
 89/6 95/12 114/8 114/21 116/3 116/9 124/14
 127/2 128/23 131/19 153/3 153/4 155/18
 155/19 155/25 162/22 169/7
asking [12]  5/21 6/23 29/25 33/20 57/11
 59/23 61/16 90/17 93/1 107/1 122/25 178/25
assert [3]  87/15 87/20 88/3
assist [2]  67/22 131/7
assistance [1]  100/16
assisting [1]  25/11
assume [1]  179/6
assumes [1]  173/12
assure [1]  12/18
astrologist [1]  112/19
astrology [2]  126/19 127/7
ate [1]  70/16
Atlantic [1]  174/20
ATM [1]  135/5
attaching [1]  2/13
attention [1]  119/1
attitude [2]  103/25 109/15
attorney [6]  3/23 66/25 68/1 69/5 73/13
 111/16
Attorney's [2]  1/17 172/16
audio [8]  43/17 45/9 47/4 50/25 52/12 52/22
 54/5 55/18
August [6]  16/19 16/20 16/23 92/12 93/23
 109/24
August two [1]  92/12
AUSA [2]  1/16 1/16
authorities [1]  61/5
authority [1]  90/11
authorized [1]  90/4
automatic [2]  135/5 135/6
automatically [1]  150/18
available [5]  6/24 7/1 7/4 77/10 123/12
Aventura [3]  34/10 36/14 92/6
Avenue [1]  96/15
avoid [2]  145/16 158/10
AW011 [1]  14/11
AW038 [1]  20/13
AW039 [1]  23/4
aware [7]  2/23 62/1 75/24 95/12 102/4 113/7
 154/6
away [10]  7/14 21/23 27/19 57/16 79/16
 135/2 142/3 155/19 162/19 164/12
awning [1]  96/25

60/18 63/8 72/2 72/14 72/19 72/20 73/4 73/5
 101/7 106/4 106/8 134/24 135/2 135/3
 139/17 139/18 139/19 139/22 140/1 140/2
 140/10 140/10 140/11 140/11 141/11 149/18
 149/24 153/1 154/9 161/2 162/8 162/10
 172/2 175/24 175/24 175/25 176/1 176/3
 176/20 176/21 176/22 176/23 176/23
banking [1]  60/18
Bankkode [1]  176/19
banks [2]  141/18 176/3
bar [2]  35/11 35/12
Bardfeld [10]  1/16 5/14 49/25 52/14 92/3
 93/22 114/23 114/25 181/4 181/6
barrister [3]  67/7 67/20 67/22
barristers' [1]  18/21
base [2]  17/10 72/13
based [4]  3/1 42/10 44/25 94/21
basically [3]  17/7 66/24 168/3
basis [3]  2/24 3/4 3/10
bathroom [2]  47/22 48/3
baths [1]  101/16
Beach [2]  1/7 1/24
bear [1]  46/24
beautiful [1]  29/8
became [2]  79/4 145/10
because [105]
become [1]  70/5
before [47]  1/12 5/9 11/17 16/12 33/15 37/11
 37/24 45/5 47/6 47/22 48/10 48/13 50/5
 51/10 57/21 59/25 62/19 64/16 65/9 66/15
 66/16 66/16 70/15 79/21 86/15 89/7 90/13
 91/24 91/25 92/2 92/13 98/5 104/22 114/12
 114/13 115/7 115/10 115/11 118/19 119/15
 120/23 129/18 134/14 143/22 146/13 149/10
 156/15
began [8]  5/9 127/13 161/23 162/5 162/5
 162/12 162/14 162/21
begin [2]  10/13 64/16
beginning [10]  52/1 83/13 136/13 139/15
 150/12 155/2 162/7 162/7 162/17 173/15
behalf [1]  71/11
behind [3]  29/23 106/8 106/8
being [22]  4/4 5/11 24/2 24/13 43/1 43/5 50/4
 57/17 59/8 79/7 92/19 99/14 116/4 120/2
 125/2 150/10 157/13 165/9 166/3 167/23
 168/11 169/23
beings [3]  30/15 122/7 131/4
belief [2]  88/2 121/13
beliefs [1]  121/9
believe [27]  3/17 3/21 29/10 35/13 44/24
 53/4 68/13 78/19 79/24 80/1 88/7 93/22
 95/23 99/5 103/10 105/9 109/22 121/10
 121/12 121/15 121/16 122/5 122/6 122/10
 137/10 163/23 164/4
believed [3]  107/15 161/17 164/5
below [3]  126/22 176/18 176/19
beneficiaries [2]  100/9 100/10
beneficiary [2]  100/4 100/8
benefit [1]  99/23
Besides [1]  5/21
best [6]  69/9 73/16 74/12 122/22 159/6 167/4
Beth [2]  92/23 94/9
better [5]  9/12 86/7 100/21 119/24 170/8
between [10]  14/25 43/19 68/18 78/20 78/24
 80/4 96/15 124/14 134/17 150/16
beyond [1]  62/20
BIC [1]  60/20
big [5]  29/9 36/4 38/24 148/8 153/22
bigger [1]  175/23
bill [1]  106/13

**B**

bills [1] 106/15
bind [1] 161/25
birth [2] 129/25 130/3
birthday [1] 27/13
bit [12] 7/21 11/25 27/20 33/2 100/11 103/22
104/20 107/24 108/8 128/4 128/12 176/5
black [1] 31/2
blackout [3] 159/3 159/17 159/24
blank [1] 14/24
block [1] 163/14
blow [1] 99/13
blue [3] 31/2 36/4 36/5
Boca [1] 1/22
body [2] 98/23 98/23
book [2] 22/14 76/23
booked [1] 27/18
books [2] 121/22 121/24
born [1] 117/13
borrow [12] 139/18 152/12 152/13 153/24
154/7 154/14 155/12 155/20 155/21 156/9
156/11 162/2
borrowed [6] 72/1 77/11 161/1 164/17
164/22 174/3
borrower [2] 15/7 15/8
borrower's [2] 15/24 72/2
borrowing [1] 71/24
both [11] 22/17 46/20 50/18 55/11 61/22
75/25 76/6 77/18 95/20 160/8 178/18
Boulevard [1] 1/17
box [6] 4/1 4/8 4/8 4/10 4/12 4/14
boy [2] 75/9 75/11
Brady [4] 2/12 49/18 178/17 178/18
Bramalea [1] 14/25
break [7] 47/12 64/17 85/10 132/25 165/10
177/21 178/4
Brian [14] 9/4 9/5 10/23 57/23 75/15 75/22
75/25 77/6 77/16 80/12 80/15 81/7 83/14
98/25
Brian's [3] 59/11 82/6 82/13
brief [1] 67/7
briefed [1] 67/20
briefly [2] 127/11 179/23
bright [1] 5/11
bring [11] 3/8 5/2 49/13 49/16 65/9 66/1
86/11 86/14 88/19 133/17 139/16
Britain [1] 66/22
British [4] 66/21 69/20 91/10 102/7
brokers [1] 76/15
brother [7] 9/20 19/1 19/2 62/5 82/13 99/22
100/7
brought [5] 72/4 80/1 80/3 154/23 155/25
Broward [1] 1/17
building [2] 96/22 122/14
burn [1] 103/19
business [21] 35/4 62/18 67/1 76/9 112/18
118/11 118/13 118/14 118/19 118/20 119/4
119/18 124/11 124/21 148/9 149/25 159/9
159/12 159/13 173/2 173/4
businesslike [1] 130/13
buy [7] 77/10 81/11 136/25 137/5 155/20
158/11 158/15

**C**

cabs [1] 96/18
calculations [1] 174/14
California [1] 75/11
called [35] 38/12 38/13 67/6 69/13 70/17
71/6 72/17 76/14 78/5 84/16 89/21 89/22

96/6 98/19 98/19 98/21 116/11 118/20
135/12 136/15 138/5 140/3 140/10 141/2
141/12 150/1 159/1 159/8 160/6 164/21
169/9 169/22 169/23 170/7 171/16
calling [5] 11/21 17/3 38/15 106/23 107/1
calls [4] 39/20 106/12 106/25 163/5
came [27] 6/6 9/7 9/8 18/23 27/10 28/20
28/25 29/7 34/19 50/5 51/11 77/23 78/2
84/17 84/18 91/9 91/18 91/20 96/20 104/4
105/16 114/14 120/15 130/24 150/8 154/20
173/23
can't [29] 16/20 24/7 24/8 65/17 67/25 84/23
85/23 86/23 87/1 89/12 89/14 89/17 91/18
91/25 92/10 93/6 95/6 97/1 100/19 102/16
123/21 124/3 126/24 128/4 134/17 150/6
151/2 159/20 174/5
Canadian [4] 112/18 165/21 165/22 165/23
candles [2] 101/15 103/20
cannot [1] 61/13
Canyon [1] 119/16
Capital [2] 32/21 104/14
card [11] 101/9 106/19 110/15 110/15
110/15 124/11 126/20 159/9 159/13 173/2
173/4
cards [2] 124/15 127/7
care [4] 34/25 143/7 143/10 150/12
cared [1] 153/11
careful [1] 111/15
Caribbean [1] 34/8
carousel [3] 55/24 56/10 56/18
case [17] 1/2 4/13 33/18 47/7 52/1 64/18 67/4
67/8 68/7 85/13 89/7 95/5 95/22 133/4
165/20 168/12 177/22
cases [1] 67/3
cash [4] 5/25 6/2 6/2 174/24
castle [7] 76/16 76/20 77/10 77/17 78/13
78/18 81/10
castle's [1] 77/2
categories [1] 66/22
category [1] 66/24
cause [2] 121/13 159/24
caused [3] 119/17 165/16 166/18
cautionary [1] 41/17
cautioning [1] 52/19
CD [3] 40/6 46/12 51/22
CDs [1] 2/8
cellphone [3] 136/3 169/25 173/10
centimeters [5] 145/1 145/1 145/3 145/4
145/4
Central [2] 96/17 120/4
century [1] 76/23
ceremony [1] 138/1
certain [7] 52/1 68/4 71/21 123/22 128/22
136/17 142/4
certainly [5] 83/24 86/17 87/18 87/21 114/23
CERTIFICATE [1] 182/7
certified [3] 129/8 129/13 182/9
certify [1] 182/9
cetera [1] 62/5
chairs [1] 124/13
challenge [3] 4/2 4/8 4/16
chance [3] 77/8 169/22 178/12
change [1] 82/16
changed [6] 60/1 70/6 99/16 100/1 102/9
173/15
channel [1] 6/8
charged [2] 17/10 106/15
charity [3] 143/6 148/11 150/13
Charlie [1] 171/16
Charter [1] 100/4

charts [1] 126/19
chat [1] 32/23
check [3] 48/2 134/9 134/11
check's [3] 107/24 107/25 108/3
checked [2] 62/14 165/18
child [2] 18/4 79/2
children [7] 75/6 75/18 117/17 117/18
117/18 119/9 127/18
chitchat [1] 33/20
Circuit [2] 95/4 95/5
claim [3] 63/2 128/21 154/2
claimed [1] 164/16
clean [7] 136/8 139/11 147/16 153/25 155/4
156/22 160/19
cleaned [1] 161/23
cleaning [1] 159/4
cleanse [1] 158/6
cleansed [2] 156/16 161/23
clear [6] 9/24 60/16 119/10 154/8 162/21
169/13
cleared [1] 162/20
Clematis [1] 1/24
Clerk [1] 20/14
client [5] 36/4 71/10 71/11 71/13 114/2
client's [1] 73/11
clients [10] 67/21 71/6 71/7 71/9 71/12 77/19
77/22 100/23 106/7 131/8
clients' [1] 71/5
close [6] 35/11 64/5 82/7 96/19 120/3 153/20
closed [2] 127/13 140/11
closer [1] 139/3
coconspirator [2] 179/10 179/14
code [4] 60/20 141/12 176/20 176/21
coffee [3] 35/11 35/12 91/23
collect [3] 106/15 151/23 171/23
collectors [1] 106/13
Colorado [5] 166/1 166/3 169/14 170/6
171/11
colored [1] 73/1
column [3] 174/13 174/21 174/24
comes [3] 8/23 10/10 173/24
comfort [7] 13/23 16/4 34/2 38/23 58/2
61/15 97/17
coming [17] 19/23 21/18 27/21 33/23 38/18
58/8 58/9 59/8 87/9 123/16 134/10 136/8
148/4 148/6 161/17 166/20 168/20
comment [4] 90/19 101/25 102/2 129/5
comments [2] 130/20 142/25
communicate [5] 48/20 122/7 131/4 136/11
145/6
communicating [1] 151/3
communication [5] 56/21 63/10 132/8
135/16 135/22
company [2] 118/4 151/22
compared [1] 102/20
compelling [2] 86/19 87/4
complete [2] 18/13 20/2
completely [3] 149/10 152/2 171/4
complicated [3] 100/11 100/20 168/11
composite [16] 11/12 14/10 20/12 23/3 29/10
35/14 56/5 56/24 58/13 59/16 60/25 122/13
123/8 172/12 172/20 175/23
comprehensive [1] 94/24
computering [1] 118/10
conceded [1] 3/24
concern [1] 137/14
concerned [3] 154/2 154/5 179/11
conclude [1] 3/11
concluded [3] 43/12 49/7 96/2
conference [3] 43/12 49/7 96/2

# C

confident [2]  103/9 155/24
confirm [1]  59/22
confront [2]  27/5 27/5
confronting [1]  87/4
confused [2]  69/17 96/9
conjunction [1]  54/1
connect [1]  99/12
connected [7]  99/7 138/15 138/18 138/19
 153/22 155/13 160/1
connection [1]  157/12
consent [3]  3/5 3/7 3/7
consequences [2]  24/25 25/1
consider [3]  50/23 52/11 55/12
considered [1]  36/11
considering [3]  35/23 36/10 58/15
conspiracy [2]  179/12 179/14
constant [1]  178/19
constantly [1]  36/7
consultancy [2]  118/5 118/7
Cont'd [1]  182/2
Cont.'d [2]  5/17 181/4
contact [6]  36/22 54/10 54/12 165/10 169/12
 169/20
contacted [8]  11/17 38/6 79/23 84/8 91/16
 171/10 171/12 171/15
contacts [1]  89/3
contained [1]  21/14
contempt [1]  87/7
content [2]  42/5 42/9
contents [1]  42/14
continue [11]  5/12 5/14 16/16 17/2 57/12
 88/25 90/24 133/22 145/6 155/24 160/11
continued [4]  25/7 77/18 97/19 181/3
continuing [5]  24/20 51/25 55/6 70/5 132/13
continuity [1]  69/10
contract [5]  18/17 78/24 98/16 101/19 148/9
contracts [5]  67/2 70/11 70/21 70/22 70/23
contrary [1]  87/13
conversation [45]  41/25 42/3 42/6 42/9 43/1
 43/19 45/16 46/1 46/6 50/8 51/3 51/7 51/14
 51/18 52/24 53/3 53/4 53/7 53/9 53/10 53/16
 54/8 54/14 54/16 54/18 54/22 54/25 107/16
 108/19 109/4 109/21 114/7 114/11 123/24
 128/17 128/18 128/21 134/14 136/4 152/5
 160/3 164/15 164/16 165/6 171/8
conversations [35]  39/2 39/7 40/3 40/25 41/2
 44/14 45/7 46/10 52/2 84/24 90/5 90/9 90/13
 90/18 90/23 90/25 94/21 101/21 102/19
 103/4 104/3 105/19 105/22 105/24 108/21
 109/10 115/12 115/18 136/22 140/23 145/18
 152/3 161/20 163/6 164/13
conversion [1]  63/1
convert [2]  77/7 145/3
conveyancing [1]  71/1
convinced [1]  38/20
Cook [2]  93/5 93/22
cooperation [1]  177/22
copy [15]  3/8 14/13 43/14 63/8 65/15 65/21
 68/13 68/22 88/15 93/24 101/17 101/18
 101/18 129/8 129/13
correct [42]  5/9 17/15 48/10 48/13 48/14
 48/15 63/11 66/18 66/19 66/20 67/10 67/12
 67/13 67/24 68/6 68/15 69/7 69/22 71/24
 73/24 75/20 75/23 79/10 79/12 84/20 89/4
 89/5 92/24 96/5 96/12 104/6 104/15 111/1
 112/20 112/24 125/17 130/16 140/24 142/5
 167/16 175/1 182/10
correctly [1]  42/8

correspondence [1]  80/4
costs [1]  83/12
couldn't [27]  6/22 7/12 7/14 7/18 30/12
 34/25 99/9 107/5 109/7 137/10 148/10
 152/10 152/10 152/12 152/13 158/5 159/1
 160/19 162/12 163/9 163/18 163/19 163/20
 164/2 166/22 168/13 170/25
counsel [9]  2/5 42/19 47/14 48/9 49/12 65/5
 77/25 86/13 133/17
counter [1]  146/21
couple [11]  53/4 62/10 75/6 110/18 120/16
 137/3 156/18 158/18 166/1 167/25 174/8
course [5]  34/7 88/9 104/22 171/20 179/17
court [22]  1/1 1/23 2/1 2/22 42/24 45/2 48/10
 51/11 51/25 67/7 67/16 67/18 67/25 68/2
 86/18 86/21 86/21 105/22 114/14 115/6
 165/22 165/22
courtroom [11]  5/3 30/21 47/10 49/21 64/21
 66/2 85/16 88/20 133/7 133/18 178/1
courts [3]  37/11 68/4 68/10
cousin [3]  157/10 157/11 175/15
cover [2]  5/19 5/20
CPE [1]  1/23
CR [1]  1/2
crazy [1]  33/8
created [1]  100/6
credible [1]  131/10
credit [7]  106/19 140/17 140/18 140/19
 140/20 141/6 149/1
criminal [2]  68/10 70/20
critical [1]  95/5
cross [4]  64/16 66/7 66/9 181/5
cross-examination [2]  64/16 66/9
cross-examine [1]  66/7
crossing [1]  149/11
crossroad [1]  119/21
CRR [2]  1/23 182/15
cruise [7]  27/18 33/16 34/3 34/5 34/8 91/3
 104/20
crystal [4]  143/22 144/6 144/10 144/13
crystals [11]  101/17 136/25 137/1 137/1
 137/4 137/6 141/7 142/19 142/20 144/15
 157/15
cup [1]  91/23
currency [3]  15/9 140/24 141/2
current [1]  117/22

# D

D-a-n-s-k-e [1]  176/1
Daily [1]  112/15
Danish [5]  140/3 141/2 176/5 176/10 177/7
Danske [1]  175/25
dark [2]  93/3 130/13
date [16]  11/8 15/25 16/16 16/19 17/9 18/19
 27/13 51/9 57/10 59/10 129/25 130/2 130/3
 130/18 142/5 176/25
dated [2]  59/25 182/12
dates [2]  45/11 45/18
daughter [9]  11/17 11/20 26/16 28/13 28/14
 34/13 34/14 68/23 109/11
daughter-in-law [1]  68/23
days [3]  53/5 120/16 159/22
days' [1]  141/18
daytime [2]  145/11 145/19
deal [13]  4/17 9/10 9/11 21/19 65/10 65/22
 65/25 69/6 74/5 74/7 74/10 166/24 178/20
dealing [12]  8/9 9/1 9/2 9/13 10/10 18/25
 25/9 34/16 82/13 82/16 82/17 100/16
dealings [1]  33/19
deals [1]  67/1

dealt [3]  74/20 77/24 106/10
Dear [2]  58/17 110/21
death [2]  98/12 99/13
deathly [1]  97/12
debt [1]  106/11
debts [1]  108/24
December [10]  13/9 16/13 16/22 17/9 18/7
 58/23 72/8 72/13 130/5 161/10
December 30th [2]  18/7 72/13
December 4th [1]  130/5
decent [1]  58/6
decide [5]  42/10 48/16 137/16 138/23 169/7
decided [11]  19/1 27/4 48/11 104/4 138/24
 139/13 139/15 139/15 139/17 139/22 165/22
decision [6]  145/22 145/23 146/5 146/7
 146/8 168/25
decisions [2]  47/23 48/13
deeds [1]  71/2
default [1]  72/11
DEFENDANT [4]  1/7 1/19 31/6 179/13
Defendant's [10]  110/3 110/10 110/13 112/5
 112/13 133/16 166/10 182/3 182/4 182/5
Defendants [1]  89/7
defense [2]  65/14 125/15
definitely [1]  101/13
definitive [1]  48/25
delay [2]  5/10 136/6
demand [1]  106/20
demanding [3]  107/7 107/19 107/23
denied [1]  113/24
Denmark [16]  117/12 117/12 117/13 120/22
 121/4 132/11 134/6 134/13 135/9 135/21
 135/25 148/21 150/17 154/11 167/1 168/12
Denver [1]  119/16
Department [1]  129/9
depict [7]  40/24 41/2 44/13 51/13 53/9 54/18
 54/24
depictions [1]  40/2
depicts [3]  46/6 50/8 51/18
depth [1]  66/15
deputized [2]  95/21 95/24
describe [3]  124/17 144/12 144/20
describing [1]  95/17
desk [1]  98/15
destroy [4]  12/16 18/4 57/15 79/24
details [6]  59/7 60/4 60/18 60/21 63/7 128/4
detective [16]  38/15 39/1 84/9 84/13 89/3
 94/9 94/17 105/15 113/8 115/18 115/20
 169/10 169/13 170/3 170/5 170/6
determination [2]  49/1 52/12
determine [4]  40/1 42/15 50/24 54/2
determining [2]  44/24 46/25
devastated [1]  98/12
developed [1]  97/4
development [1]  131/2
diamonds [1]  6/9
didn't [94]
died [7]  9/5 11/20 25/19 26/9 35/5 98/5 98/10
different [12]  4/4 51/2 68/3 68/22 72/18 93/8
 100/6 101/1 101/11 118/19 142/9 160/17
difficult [17]  7/21 12/22 21/19 21/20 24/12
 26/5 28/14 80/6 143/3 148/17 166/25
direct [7]  5/14 5/17 55/21 117/6 177/13
 181/4 181/8
directing [1]  119/1
direction [2]  20/16 20/17
directions [1]  131/8
directly [3]  19/4 87/19 88/5
disappearing [1]  12/22
disappointed [1]  160/23

**D**

disclosing [1] 168/14
discredit [1] 57/15
discuss [22] 29/20 32/10 33/18 33/19 34/19
36/24 37/5 47/7 47/12 64/17 64/22 85/13
87/1 87/11 90/19 114/13 133/4 136/4 145/21
151/7 177/22 178/3
discussed [7] 18/2 37/4 47/17 56/21 114/25
145/25 156/21
discussing [1] 62/20
discussion [3] 32/21 158/3 180/2
discussions [3] 137/11 137/13 154/25
displaying [1] 122/14
disregard [1] 42/16
distribution [6] 18/18 18/23 18/24 19/7 19/8
19/12
DISTRICT [3] 1/1 1/1 1/13
divided [2] 19/25 66/22
divorce [1] 145/24
divorced [6] 76/1 119/11 146/7 146/8 150/19
150/22
document [13] 2/24 14/10 16/3 20/12 20/14
23/3 23/5 38/6 57/21 173/3 173/21 173/22
175/22
documentation [1] 172/2
documents [9] 3/4 4/14 22/9 28/14 67/23
171/23 171/24 172/13 172/15
does [15] 2/19 10/13 17/18 28/6 42/22 51/13
119/4 121/7 121/7 122/1 122/14 126/6
126/14 126/19 130/5
doesn't [5] 4/5 33/12 33/14 86/21 87/8
doing [28] 8/17 9/6 10/22 12/21 17/2 30/5
67/22 74/8 86/6 86/7 95/3 112/8 118/6
123/15 128/14 129/1 129/3 130/15 131/13
132/17 132/18 132/21 152/3 162/11 163/8
163/11 166/19 179/19
dollars [29] 8/3 10/15 10/17 11/4 11/6 11/9
12/1 12/4 12/13 13/11 13/13 15/13 19/10
20/5 20/7 24/6 60/9 60/10 60/21 77/9 82/3
83/25 98/2 121/6 126/25 140/25 141/1
154/18 177/3
don't [61]
done [16] 10/20 19/18 20/16 26/5 37/10
62/19 63/5 86/2 95/22 100/23 141/8 151/5
157/13 157/15 158/20 168/10
Doomsday [1] 76/23
door [5] 96/11 122/21 122/24 122/25 124/8
double [1] 99/13
doubly [1] 98/13
doubting [1] 162/5
doubts [1] 63/23
down [17] 4/17 19/25 29/21 29/24 34/8 47/12
54/9 73/8 82/24 85/19 91/19 92/11 107/17
125/21 126/22 159/22 176/18
drafted [3] 69/2 69/5 74/15
draw [1] 140/17
drawn [1] 96/18
dream [1] 139/4
dreaming [1] 137/23
dressed [2] 124/21 130/13
drew [1] 13/19
Drive [4] 15/4 15/6 29/8 35/11
driver's [1] 129/9 129/24 129/25
driving [1] 76/13
drugs [1] 79/21
Drury [1] 14/25
during [25] 25/9 55/21 64/23 88/9 89/20
90/24 104/2 106/24 119/23 128/2 131/21
131/21 134/5 134/8 135/11 136/5 136/22

dying [1] 61/23

**E**

e-mail [26] 1/25 8/15 12/25 16/17 24/7 24/17
28/4 28/7 54/10 56/21 56/25 57/5 57/6 58/4
58/12 58/14 58/19 59/12 59/18 59/22 61/1
61/2 63/6 63/10 63/15 113/18
e-mailing [1] 149/16
e-mails [3] 59/13 62/10 64/4
each [7] 28/16 40/19 40/21 62/14 95/8
124/13 149/11
earlier [4] 68/25 120/16 148/11 159/9
early [15] 5/11 16/20 16/20 74/24 76/1 76/4
92/16 92/17 92/20 92/21 111/7 118/20 142/6
153/3 177/21
earn [1] 62/1
earned [2] 52/25 153/5
easier [1] 96/7
easily [2] 149/4 149/4
East [1] 1/17
ECF [1] 88/16
education [1] 70/5
eight [1] 147/3
eighth [1] 107/18
Eighty [1] 126/25
either [4] 46/17 86/4 178/11
ejected [1] 79/7
elect [1] 71/3
Eleventh [1] 109/22
else [9] 5/22 32/10 64/25 94/13 112/8 128/1
146/3 171/13 179/20
else's [2] 71/9 71/15
elusive [1] 109/6
emotionally [2] 99/11 99/12
empty [1] 77/8
enclose [1] 61/7
end [26] 8/21 13/8 16/21 18/8 26/22 26/24
34/3 37/12 58/25 60/17 61/14 62/22 65/12
73/4 104/5 109/10 131/16 137/21 137/22
151/24 152/17 152/21 153/16 153/17 158/11
165/6
ended [4] 146/24 146/25 165/8 171/7
energies [3] 146/4 146/5 154/5
energy [19] 127/17 132/14 132/15 134/10
135/19 136/7 136/24 137/4 139/12 142/4
142/23 146/15 146/18 147/17 147/17 153/22
155/14 160/1 160/19
enforce [1] 72/4
enforcement [5] 39/19 39/24 171/10 171/12
172/15
engaged [1] 42/2
engagement [1] 6/5
engineer [1] 118/8
engineering [1] 118/9
England [12] 17/11 38/6 39/11 72/14 72/19
72/20 73/5 75/13 76/14 84/19 105/16 106/18
English [6] 15/9 38/7 118/21 139/1 140/7
145/9
enhanced [1] 72/4
enough [4] 104/5 108/23 114/2 163/11
entered [18] 32/19 40/11 41/16 44/6 44/21
46/21 50/20 52/20 53/23 55/14 68/17 79/8
110/13 112/13 125/7 126/4 129/15 172/25
enters [5] 5/3 49/21 66/2 88/20 133/18
entirely [2] 42/10 99/15
entitled [4] 49/16 102/1 102/6 182/11
entrance [1] 120/5
envisioned [1] 100/13

equivalent [2] 177/7 177/8
escrow [1] 71/4
especially [3] 119/23 135/18 160/9
ESQ [1] 1/19
establish [1] 179/12
estate [23] 9/17 9/21 12/17 18/5 18/25 21/7
24/10 25/12 35/1 57/23 58/6 59/11 62/3 62/6
67/2 76/15 76/17 82/6 82/14 82/22 83/15
100/12 100/17
et [1] 62/4
evaluation [1] 42/10
evasive [1] 33/24
even [11] 3/12 61/22 62/6 68/4 76/22 77/4
101/14 134/6 162/3 168/5 171/5
evening [7] 47/18 47/19 131/22 177/21 178/7
180/4 180/5
eventually [5] 24/17 26/9 82/19 100/22 108/6
ever [24] 6/21 8/11 17/21 17/24 23/21 24/21
30/18 31/9 35/2 36/6 37/23 37/23 57/17
67/18 79/18 82/25 100/23 105/25 106/7
114/18 116/13 120/21 168/3 169/16
every [13] 24/23 33/22 63/3 92/15 102/16
102/16 136/12 136/13 141/16 145/11 147/22
152/7 170/23
everybody [1] 80/7
everyone [10] 2/2 5/5 5/7 48/11 49/10 49/23
85/18 86/10 88/22 133/20
everything [21] 8/18 8/22 9/23 16/18 16/18
18/10 18/19 19/25 47/8 63/19 63/21 64/18
68/1 85/14 99/16 133/5 153/6 162/17 170/7
170/20 177/23
everything's [1] 8/16
evidence [68]
evil [4] 21/19 25/9 57/16 57/18
ex [6] 65/15 86/16 117/19 119/12 155/19
162/19
ex-wife [4] 117/19 119/12 155/19 162/19
exact [3] 22/5 45/11 84/23
exacting [1] 71/13
exactly [10] 8/19 11/10 37/10 92/10 123/13
128/5 134/17 150/6 159/20 170/23
examination [8] 5/15 5/17 42/12 55/22 64/16
66/9 116/1 117/6
examine [1] 66/7
example [3] 148/15 155/21 162/11
exams [1] 70/6
except [1] 62/23
excess [1] 57/10
Excuse [1] 144/4
execute [1] 3/3
executing [1] 3/1
executors [1] 22/15
exhibit [61]
exhibit 108 [2] 172/12 172/21
exhibit 11 [3] 41/24 110/3 110/10
exhibit 111 [3] 14/10 20/12 23/3
exhibit 111-1A [2] 40/6 41/6
exhibit 111-2A [1] 43/24
exhibit 111-3A [2] 45/24 46/15
exhibit 111-4A [1] 50/12
exhibit 111-5A [2] 53/13 53/19
exhibit 111-6A [1] 55/3
exhibit 111-7A [2] 51/8 51/22
exhibit 111-7B [1] 52/16
exhibit 111AW073 [1] 56/24
exhibit 111AW086 [1] 58/13
exhibit 111AW087 [1] 59/16
exhibit 111AW096 [1] 60/25
exhibit 111AW097 [1] 62/12
exhibit 111AW099 [1] 63/14

**E**

exhibit 12 [2]  112/5 166/10
exhibit 1B [1]  41/12
exhibit 26 [1]  56/5
exhibit 30 [1]  122/13
exhibit 30-2 [1]  125/22
exhibit 32 [1]  123/8
exhibit 32-2 [2]  31/18 31/24
exhibit 36 [1]  124/24
exhibit 40 [1]  129/7
exhibits [4]  2/13 50/19 181/11 182/3
exits [5]  47/10 64/21 85/16 133/7 178/1
expect [4]  19/24 178/14 179/1 179/4
expectation [3]  4/9 4/9 4/11
expecting [2]  158/1 161/7
expenses [1]  83/24
experienced [1]  138/14
experiences [1]  121/17
expertise [4]  69/8 69/19 73/15 100/25
explain [11]  58/4 109/15 110/22 111/18
  111/22 111/24 111/25 121/13 150/10 159/18
  161/12
explained [3]  150/12 159/20 160/2
explanation [1]  141/20
express [2]  136/23 141/19
expressed [1]  137/13
extent [2]  39/13 42/17
extracted [1]  79/13
eyes [1]  127/13

**F**

F-u-l-l-c-o-n [1]  118/22
face [3]  31/9 31/9 85/22
fact [15]  3/1 4/5 9/14 11/16 15/12 18/6 74/16
  79/1 90/8 149/6 154/6 157/9 168/15 168/20
  174/2
facts [1]  113/11
failed [1]  61/14
fair [13]  17/2 68/2 78/22 80/16 83/15 83/25
  99/8 100/21 101/12 107/3 108/21 109/7
  109/15
fairground [1]  29/22
faith [1]  88/2
fall [1]  150/16
familiar [6]  66/21 101/3 122/15 126/6
  166/10 166/12
familiarized [1]  101/22
family [12]  17/5 25/6 57/17 120/10 135/8
  143/5 153/23 154/3 154/5 157/11 161/23
  164/7
fancy [1]  67/14
far [13]  16/20 16/20 39/15 54/7 61/8 62/3
  67/10 72/20 75/24 102/4 140/23 164/20
  179/10
fast [1]  12/23
father [2]  155/18 155/25
faulting [1]  74/13
favor [1]  3/6
FBI [1]  28/17
fears [1]  63/23
February [12]  8/20 16/17 28/20 29/1 30/17
  59/9 63/16 84/20 91/3 105/7 105/8 105/9
fed [1]  35/4
federal [2]  1/21 95/18
fee [7]  131/18 134/15 134/16 134/18 134/21
  177/11 177/11
feel [7]  48/21 48/24 58/23 85/21 86/22 103/9
  130/24
feelings [4]  162/18 162/20 168/14 168/19

fees [3]  24/12 121/4 177/10
fell [3]  75/25 106/7 106/8
felt [10]  4/15 7/22 38/24 108/25 119/20
  131/13 131/14 131/23 136/18 162/16
Ferguson [1]  1/20
fertility [1]  79/21
fertilization [3]  79/18 98/17 100/17
few [8]  5/19 33/1 47/12 109/7 124/2 127/9
  129/22 142/12
field [2]  118/6 118/9
fields [1]  118/8
Fifth [6]  87/15 87/20 88/3 95/4 95/5 96/15
fight [2]  9/17 146/20
figure [4]  13/18 21/24 22/5 173/18
figuring [1]  82/1
file [2]  98/15 168/25
filed [4]  2/14 86/16 167/15 168/9
filing [2]  36/11 37/12
final [1]  175/17
finally [3]  54/7 63/10 132/23
financial [3]  148/23 153/1 167/1
financially [1]  61/19
finding [6]  3/14 3/19 131/7 145/17 147/10
  148/18
fine [2]  16/18 66/13
finger [1]  6/10
finish [7]  144/1 144/3 144/5 149/10 161/24
  163/9 164/23
finished [3]  8/18 143/25 164/22
finishes [1]  16/17
finishing [1]  63/22
fired [1]  163/12
first [41]  9/15 10/14 14/15 15/11 16/15 16/19
  30/17 31/9 38/3 38/14 57/6 59/18 76/24 78/3
  78/4 78/5 82/10 84/16 92/8 93/12 98/21
  101/10 118/1 128/7 128/16 131/17 136/10
  136/12 142/19 143/22 149/22 150/7 150/22
  154/20 154/23 159/4 159/10 159/14 170/18
  173/7 173/9
fit [1]  121/8
fits [1]  121/10
fitted [1]  146/25
five [5]  16/24 62/25 73/7 89/16 126/21
FL [2]  1/18 1/22
flabbergasted [1]  7/16
fledged [1]  68/1
flew [4]  28/19 28/19 28/22 115/7
flight [1]  134/8
flooding [2]  47/21 48/4
Floor [1]  1/18
Florendine [1]  167/14
FLORIDA [15]  1/1 1/7 1/24 15/5 15/7 28/25
  32/9 33/15 34/6 59/8 84/9 91/2 91/5 104/6
  129/9
follow [5]  41/21 42/5 44/23 63/23 77/23
following [13]  5/3 42/21 47/15 49/9 49/21
  65/3 66/2 86/9 88/20 93/18 133/12 133/18
  137/20
follows [1]  60/6
force [1]  95/21
forces [1]  61/17
foregoing [1]  182/9
forever [1]  16/16
forget [1]  76/14
forgetting [1]  174/20
forgive [4]  68/22 80/9 82/8 91/7
forgot [1]  104/10
form [5]  47/7 64/18 85/13 133/4 177/22
Fort [10]  1/18 15/4 15/6 27/9 27/18 28/19
  34/7 34/9 39/15 95/19

fortune [6]  28/9 119/5 119/7 120/2 121/7
  121/14
fortune-telling [2]  119/7 120/2
forward [2]  104/1 111/8
found [14]  36/23 37/16 48/4 98/15 121/1
  131/10 132/23 148/20 155/15 158/19 165/19
  165/24 167/5 171/20
four [9]  85/4 89/10 89/18 94/12 100/10
  120/23 174/6 174/12 175/1
four-and-a-half [1]  174/6
fourth [1]  17/6
Franklin [4]  1/23 182/8 182/14 182/15
Fred [1]  1/19
free [3]  16/12 17/1 72/8
Friday [11]  5/20 47/18 47/19 114/16 115/1
  115/4 115/6 115/7 115/9 115/10 179/7
friend [6]  26/12 86/19 146/1 153/7 153/10
  153/10
friends [6]  34/9 34/10 36/14 92/4 164/23
  165/9
frightened [1]  11/19
front [2]  124/13 124/18
frozen [1]  79/9
full [2]  62/1 68/1
full-fledged [1]  68/1
Fullcon [2]  118/20 176/8
funds [3]  62/16 111/18 111/20
funny [1]  73/1
funny-colored [1]  73/1
furnished [1]  65/15
further [13]  15/22 16/4 48/12 48/25 64/14
  115/21 116/17 132/7 160/2 161/20 164/13
  165/17 169/20
furtherance [1]  37/7
future [1]  132/2

**G**

Galleria [1]  104/17
gave [18]  3/7 16/24 17/20 17/20 22/11 28/10
  28/11 28/13 28/14 46/24 59/7 61/15 81/11
  83/20 83/20 83/21 111/19 113/8
GB10RBOS16202956354562 [1]  60/20
general [3]  32/20 32/23 33/20
gentleman [3]  38/12 73/1 93/1
gentlemen [18]  5/6 41/20 42/20 44/22 46/23
  47/6 49/24 50/22 52/10 53/25 64/17 66/5
  85/13 88/23 88/24 133/3 133/21 177/20
gets [1]  94/18
getting [30]  11/21 12/11 12/21 24/9 24/12
  26/7 27/4 70/24 86/24 97/25 104/24 111/14
  119/24 121/11 132/16 139/4 146/1 149/13
  153/20 154/1 154/4 154/13 155/1
  160/22 160/23 161/7 161/17 162/1 163/14
gift [1]  158/2
gifted [1]  157/15
gifts [2]  36/6 36/7
Giglio [1]  178/18
girl [2]  75/9 75/13
give [28]  7/25 8/1 13/23 16/4 18/4 18/12 19/7
  20/1 23/22 24/25 25/1 25/25 34/1 34/1 35/7
  43/14 45/11 107/22 107/22 114/2 123/12
  131/20 142/2 145/20 148/2 165/4 169/21
  171/4
given [14]  15/8 15/12 16/11 21/24 22/5 22/7
  36/3 58/21 59/10 64/4 87/18 111/20 113/15
  168/3
giver [2]  176/6 176/10
giving [5]  18/9 25/7 86/4 89/25 160/17
goal [1]  139/10
God [3]  8/17 17/4 63/19

**190**

## G

goes [2]  67/7 161/14
going [94]
golfing [1]  36/15
gone [4]  22/17 24/5 55/22 168/2
good [15]  2/2 5/5 5/19 13/2 70/2 86/6 88/2
  117/8 117/9 127/20 127/22 131/23 149/1
  177/19 180/4
good-faith [1]  88/2
got [44]  6/3 6/4 7/2 24/7 29/20 33/9 34/11
  65/9 66/15 75/25 77/11 81/10 81/22 82/7
  82/9 83/15 86/15 91/13 99/7 99/13 108/7
  115/11 121/5 124/11 134/6 135/6 135/7
  135/25 143/22 144/7 147/2 147/4 149/24
  150/17 150/20 151/7 154/12 162/19 162/19
  162/20 163/3 165/7 173/7 178/21
gotten [1]  93/25
government [11]  1/4 1/16 2/19 2/25 56/24
  68/12 68/14 87/14 94/5 95/18 171/15
Government's [65]
Government's -- I [1]  3/21
gradually [1]  82/24
Grand [1]  119/16
grateful [1]  36/8
great [4]  8/16 66/21 133/2 155/4
greeing [1]  110/15
Green [1]  96/25
Grille [2]  32/21 104/14
grunt [1]  116/7
Guernsey [1]  100/4
guess [10]  48/16 56/16 67/6 77/1 85/22 87/23
  88/15 101/16 126/25 180/3
guidance [1]  131/5
guides [1]  131/7
guy [2]  36/16 171/15
guys [1]  86/3

## H

hadn't [3]  35/1 111/12 111/21
hair [2]  93/3 124/20
half [21]  9/19 19/1 19/1 20/1 21/6 62/5 62/5
  73/7 77/9 81/25 82/2 82/13 83/10 83/25
  99/22 100/7 103/4 132/10 161/15 174/6
  177/17
hand [9]  2/14 49/17 116/23 124/15 126/8
  174/13 174/16 176/5 176/12
handed [1]  50/4
happen [14]  17/5 24/21 25/5 25/5 27/22 33/3
  35/1 62/6 119/4 137/19 150/15 163/10 171/2
  179/5
happened [14]  3/7 25/18 28/20 28/25 76/15
  90/1 122/21 124/6 127/8 158/24 160/4 160/5
  167/13 171/18
happening [3]  25/3 69/9 80/2
happens [1]  122/22
happy [2]  19/4 38/8
Harbor [1]  104/11
hard [23]  126/10 137/3 147/10
Harrogate [1]  15/1
hasn't [2]  83/8 86/4
hate [1]  153/4
haven't [6]  65/15 83/5 87/18 87/18 87/19
  178/12
having [15]  11/1 12/15 18/3 84/17 105/11
  111/21 122/17 132/8 132/12 135/15 145/17
  145/18 151/22 152/5 168/12
he's [3]  46/11 56/11 95/17
healing [1]  122/3
hear [7]  3/20 44/25 50/23 73/1 85/23 170/15

170/22
heard [13]  37/23 38/14 41/25 42/11 43/8
  61/23 103/15 103/24 105/22 121/24 160/21
  170/16 170/19
hearing [10]  3/13 3/20 42/13 47/1 52/11 54/2
  55/13 122/17 124/3 127/10
hears [1]  42/25
hearsay [5]  36/19 37/2 138/7 138/9 179/9
heart [1]  61/21
heavily [2]  136/8 160/18
heavy [5]  132/14 134/9 136/25 146/15
  146/18
held [5]  42/21 47/15 71/11 93/18 180/2
help [27]  7/21 7/23 10/16 25/22 42/7 58/24
  68/23 96/6 100/15 103/17 109/18 109/19
  110/25 111/10 111/17 131/14 131/15 131/24
  132/24 134/6 137/4 139/3 139/3 139/10
  142/22 143/6 158/9
helped [1]  155/5
helpful [1]  121/1
helping [4]  9/4 42/5 131/6 148/14
hence [1]  121/16
her -- was [1]  136/16
here [19]  10/21 28/20 47/14 50/5 64/23 67/22
  68/14 73/10 85/23 86/20 88/18 90/1 92/25
  93/2 115/19 115/20 129/8 155/3 174/15
hereby [1]  15/10
hers [1]  114/2
herself [15]  87/7 101/22 109/13 123/4 124/19
  125/11 127/1 128/10 135/23 143/5 148/2
  150/11 159/23 164/17 164/22
hesitant [2]  6/18 6/21
high [1]  144/17
higher [5]  30/15 122/7 122/8 131/4 131/4
Highway [1]  1/21
himself [1]  156/1
hire [1]  67/6
hired [1]  67/20
hiring [1]  168/6
hit [1]  99/13
hmm [2]  137/22 155/23
hold [6]  28/15 46/9 71/5 72/7 73/11 73/18
holiday [3]  119/16 119/13 119/24
home [8]  29/8 39/10 39/11 61/24 134/6 134/8
  135/25 145/11
honest [1]  35/5
Honor [78]
HONORABLE [1]  1/12
hook [1]  2/8
hope [6]  51/0 59/9 63/18 69/16 110/23
  111/14
hoped [1]  111/17
Hopkins' [1]  2/23
horse [5]  29/22 29/23 55/24 56/18 96/18
horse-drawn [1]  96/18
horses [1]  56/10
hospital [5]  26/10 35/3 79/23 80/4 98/22
Hospitals [1]  79/9
hotel [23]  32/22 66/17 77/7 77/12 77/20
  77/25 80/11 80/16 80/18 81/3 81/8 83/14
  96/11 96/23 104/10 104/11 119/7 120/4
  120/5 120/6 120/8 120/13 167/19
hour [8]  102/21 103/4 121/6 128/8 128/8
  128/9 132/10 177/16
house [25]  7/11 7/11 29/9 29/12 29/18 29/20
  37/17 37/17 55/22 55/25 56/14 56/19 81/11
  81/23 83/25 84/6 86/20 104/8 104/13 114/9
  116/4 116/11 118/16 118/17 157/21
HSBC [2]  20/24 23/7
huh [5]  73/25 79/22 103/1 142/14 170/1

hundred [23]  7/15 7/17 8/14 10/15 10/17
  11/4 11/6 11/8 12/1 12/4 12/13 13/6 13/10
  13/11 13/12 13/15 13/18 15/12 16/7 17/20
  59/1 60/7 121/6
hung [1]  108/17
hurry [3]  141/14 141/16 141/21
hurt [1]  98/13
husband [12]  11/19 21/24 22/5 22/7 57/15
  57/23 61/21 61/23 64/3 78/21 97/9 99/8
husband's [8]  12/16 18/3 21/7 25/12 58/6
  62/3 75/2 98/23

## I

I'd [9]  31/23 34/10 41/5 51/21 52/15 53/12
  77/15 112/9 178/22
I'll [22]  2/14 3/8 11/11 13/2 13/3 13/3 20/1
  30/13 38/11 54/15 88/11 95/13 96/9 100/20
  107/22 107/22 109/17 109/17 109/19 113/22
  158/17 175/23
I'm [79]
I've [21]  6/4 38/19 42/4 43/7 51/12 65/9
  82/12 86/2 86/3 88/14 93/20 93/25 95/12
  106/6 115/20 115/20 120/22 121/17 122/3
  129/19 154/8
IBAN [1]  60/19
idea [6]  22/8 108/1 152/8 152/10 168/3 168/6
identification [3]  110/2 112/6 125/1
identified [9]  31/6 41/24 51/7 123/4 124/10
  125/11 127/1 129/22 135/23
identify [3]  30/23 42/2 42/7
identifying [1]  56/11
identity [1]  42/9
ill [4]  7/22 11/20 97/12 154/1
illegal [1]  162/8
iller [2]  26/8 26/8
illness [1]  99/6
imagine [2]  92/3 106/22
immediately [4]  7/3 7/4 63/6 79/23
immigration [3]  68/4 77/22 100/24
imperative [1]  4/19
important [6]  73/20 132/12 134/8 136/19
  160/8 160/11
impotent [3]  79/1 79/4 79/4
impression [1]  131/12
improper [1]  86/22
inability [1]  108/6
Inc [2]  20/25 21/8
incense [1]  103/20
inches [4]  144/17 144/18 144/24 145/2
incidents [1]  7/13
include [1]  15/22
included [4]  16/3 16/5 16/9 72/3
includes [1]  57/20
including [2]  47/8 62/3
Incorporated [2]  21/2 23/13
incorrect [1]  42/16
increases [1]  63/2
increasing [2]  145/7 145/9
incrimination [1]  88/4
indebted [1]  106/4
indicate [2]  144/17 157/12
indicated [9]  6/17 64/4 87/9 87/10 94/22
  133/25 138/22 174/24 176/15
indicating [1]  144/13
individual [3]  95/8 127/1 132/5
indoor [1]  77/4
influence [3]  57/16 103/13 103/17
information [15]  87/13 88/8 90/2 101/22
  131/7 131/20 131/25 132/1 132/1 132/8
  132/12 153/2 160/17 165/16 171/17

**I**

initial [4]  90/22 131/12 143/12 150/4
initially [5]  7/18 71/23 96/4
initiate [1]  135/22
inquiries [1]  22/16
inquiry [1]  35/24
insecure [1]  61/19
inside [3]  135/3 144/14 144/15
inspired [1]  119/17
instance [2]  68/7 176/15
instead [2]  7/10 151/25
instigated [1]  80/5
institution [1]  148/23
instructed [2]  42/8 60/2
instruction [9]  41/17 41/21 44/19 44/23
 46/24 52/19 55/12 59/23 60/1
instructions [1]  63/23
insulted [1]  84/15
intend [1]  65/23
intended [4]  107/12 107/14 108/21 109/5
intending [1]  88/2
intends [1]  87/20
intention [4]  17/21 17/24 34/6 108/25
intentional [3]  48/1 48/6 49/2
interest [26]  16/12 17/1 17/9 33/9 33/11
 33/12 33/13 33/14 61/13 62/24 62/25 70/24
 72/8 88/8 105/3 105/4 105/11 107/22 173/24
 174/2 174/5 174/6 174/8 174/9 174/14
 174/20
interest-free [2]  16/12 17/1
interested [7]  104/24 121/19 121/25 124/3
 124/14 127/10 132/20
interim [2]  18/23 18/24
international [2]  15/23 28/6
Internet [6]  148/21 149/6 149/14 149/16
 165/18 166/18
INTERPOL [3]  28/4 28/5 28/12
interrupt [1]  144/9
interruption [2]  43/13 88/23
interview [3]  93/21 93/21 95/8
interviewing [1]  89/20
interviews [7]  90/23 93/25 94/1 94/12 94/20
 95/7 95/9
introduce [6]  41/5 43/23 44/16 50/12 50/14
 53/18
introduced [9]  11/11 14/9 20/11 23/2 29/11
 35/13 56/6 56/25 60/24
introduction [1]  46/15
invading [1]  80/9
invasion [1]  76/25
invested [1]  81/10
investigate [1]  48/25
investigation [1]  48/13
investment [1]  81/16
investors [1]  77/11
invited [1]  36/16
involved [6]  9/14 38/25 61/5 61/6 68/9 86/24
Irene's [1]  88/18
IRS [1]  92/25
isn't [1]  76/20
issue [5]  2/20 3/13 4/3 88/11 178/21
issues [3]  5/8 63/21 179/21
issuing [1]  87/24
it's [71]
items [3]  143/16 143/16 143/18 143/20
 143/21
itself [2]  42/13 44/25
IVF [7]  10/20 10/22 11/19 18/4 22/9 64/3
 78/25

**J**

Jacob [5]  116/20 116/24 117/3 176/8 181/7
jail [1]  109/23
Janice [1]  167/14
January [6]  59/23 94/9 157/20 161/8 161/9
 161/15
January 2009 [1]  157/20
Jencks [3]  2/12 49/18 178/19
Jencks-Brady [2]  2/12 49/18
jewelry [5]  5/23 5/24 6/3 7/10 36/2
job [15]  61/24 67/12 86/6 127/12 159/3
 160/9 160/11 161/24 163/9 163/11 163/12
 163/15 164/22 164/24 167/2
joint [2]  139/19 139/22
journey [1]  32/23
joy [1]  27/3
Joyce [147]
Joyce's [1]  55/22
JS01 [1]  175/22
JS06 [1]  173/21
JS07 [1]  173/3
JUDGE [12]  1/13 2/23 49/3 56/7 56/14 85/20
 86/5 93/15 95/2 138/7 177/17 179/17
Julianne [1]  129/10
July [14]  50/3 51/7 51/22 53/16 54/7 59/5
 60/13 62/22 76/7 98/3 109/22 119/1 130/19
 167/8
July 11th [2]  53/16 54/7
July 2009 [1]  167/8
July 2011 [1]  62/22
July 2nd [1]  50/3
July 9th [2]  51/7 51/22
jump [1]  150/21
June [12]  40/6 41/7 43/25 44/4 45/16 45/25
 46/1 46/11 61/4 80/17 80/18 80/24
June 13th [2]  43/25 44/4
June 27th [3]  45/16 46/1 46/11
June 2nd [2]  40/6 41/7
juror [1]  47/24
jurors [10]  5/2 45/2 49/16 50/15 66/1 85/9
 85/17 86/14 88/19 133/17
jury [22]  1/11 5/3 43/2 43/6 44/17 46/16
 46/18 47/10 49/13 49/21 52/16 64/21 65/9
 66/2 85/16 86/15 88/20 117/10 133/7 133/18
 178/1 179/18
just [114]
justify [1]  30/3

**K**

K-o-n-t-o-u-r [1]  176/19
karat [2]  6/8 6/9
Kate [46]  5/21 5/22 6/18 7/18 8/10 8/10 8/13
 8/15 8/19 8/24 9/2 9/3 9/15 10/3 10/3 10/6
 10/7 10/8 10/9 26/14 26/19 34/13 34/14
 34/14 35/9 35/20 36/1 37/13 39/3 39/6
 39/17 40/22 40/23 51/4 51/5 54/8 54/10
 54/12 54/14 64/6 85/7 89/21 96/6 102/18
 109/12 109/13
Kate's [2]  19/3 63/23
Keechl [1]  1/20
keep [5]  62/17 71/13 80/6 143/17 152/13
keeping [2]  5/7 164/7
Kelly [2]  93/5 93/22
KENNETH [1]  1/12
kept [10]  17/3 18/19 19/17 23/19 61/16 71/5
 74/8 146/14 147/24 152/15
kidney [1]  26/8
kind [28]  5/24 6/7 13/5 30/14 118/3 120/14
 120/17 121/4 127/2 138/16 139/1 146/1

147/10 148/23 155/1 156/4 156/6 156/10
 160/22 162/18 163/3 163/4 163/14 165/12
 165/21 166/21 166/24 171/21
kinda [1]  126/9
kinds [2]  67/2 127/15
knew [23]  10/8 10/9 18/21 18/22 26/13 26/15
 32/6 38/3 38/22 39/14 43/20 61/5 69/6 70/15
 78/11 85/7 85/7 97/25 101/5 114/1 150/5
 171/21 173/14
know [133]
knowing [1]  79/3
knowledge [1]  74/14
Kontour [1]  176/18
Kopelowitz [1]  1/20
Krone [2]  141/3 141/4
krones [1]  177/7

**L**

ladies [18]  5/6 41/20 42/20 44/22 46/23 47/6
 49/24 50/22 52/10 53/25 64/16 66/4 85/12
 88/23 88/24 133/3 133/21 177/20
lady [14]  30/24 37/10 64/2 69/6 74/20 78/2
 86/18 86/25 92/25 93/2 93/3 98/17 112/18
 168/9
landed [1]  134/12
landline [2]  159/2 169/24
landlord [1]  3/7
Lane [1]  14/25
language [1]  106/13
large [7]  18/18 19/24 36/4 36/8 38/17 60/15
 153/14
last [21]  8/11 52/7 54/10 57/13 60/17 61/11
 61/14 62/22 107/16 108/19 109/4 115/2
 117/1 118/23 128/6 144/6 157/18 157/25
 165/12 169/22 174/6
late [6]  25/11 57/15 57/22 92/16 92/20
 128/25
lately [1]  72/18
later [11]  26/20 26/21 53/5 62/23 65/22
 65/24 65/25 104/20 113/22 124/11 128/21
 128/23 147/23 150/8 160/2 161/15 166/1
 167/25 171/9 171/14
Latin [2]  110/17 110/17
Lauderdale [10]  1/18 15/5 15/6 27/9 27/19
 28/19 34/7 34/9 39/15 95/19
Laughter [1]  77/5
Laurence [1]  1/16
law [12]  2/12 39/18 39/23 70/9 70/15 102/3
 102/5 102/7 109/11 171/10 171/12 172/15
lawfully [2]  2/25 3/2
lawsuit [10]  36/10 36/11 36/25 37/12 80/1
 80/3 80/5 167/15 168/9 168/25
lawyer [13]  36/22 36/23 36/24 37/7 38/5 62/9
 113/16 113/17 114/8 168/7 170/14 171/7
 171/7
lawyers [8]  9/18 18/25 25/10 25/14 66/21
 102/10 108/16 112/1
lead [2]  145/22 145/23
Leadership [2]  118/15 118/17
leading [2]  168/16 168/21
leads [1]  88/12
learn [6]  38/3 70/8 70/11 70/17 91/9 165/15
learned [2]  70/23 97/12
least [6]  89/18 94/11 97/24 107/2 108/22
 109/4
leave [10]  47/7 64/18 76/6 85/14 113/22
 133/5 134/3 135/8 135/8 177/23
leaving [1]  132/11
Leeds [1]  79/8
left [16]  47/22 77/15 78/23 80/17 81/1 81/7

# L

**left...** [10] 81/13 82/17 82/23 83/2 83/9 134/14 135/2 162/24 174/24 176/5
**left-hand** [1] 176/5
**legal** [9] 9/14 24/11 25/11 74/15 77/19 77/24 87/18 95/3 168/25
**legalese** [1] 19/6
**lend** [1] 7/24
**lender** [2] 15/8 15/23
**lending** [3] 72/13 72/19 73/4
**less** [4] 35/1 44/15 83/6 83/6
**let** [27] 17/25 20/6 31/5 42/22 62/15 65/20 68/20 74/23 99/1 100/20 101/17 101/18 110/2 110/17 111/3 112/4 122/12 123/7 149/9 166/9 175/22
**let's** [19] 5/21 27/7 36/10 47/5 49/15 64/17 66/1 67/1 80/8 85/12 86/11 88/19 130/18 133/3 133/17 173/22 177/18 177/20 179/6
**letters** [3] 18/20 106/20 106/22
**liaised** [1] 77/21
**Libor** [3] 72/17 72/23 72/24
**license** [3] 129/9 129/24 130/1
**licenses** [1] 77/21
**lie** [4] 158/4 158/8 158/9 159/22
**liening** [1] 70/23
**liens** [1] 70/18
**life** [8] 61/20 119/19 127/19 127/19 132/19 138/19 138/20 139/4
**lifeline** [1] 139/1
**likely** [1] 92/21
**limited** [1] 42/4
**line** [5] 126/15 140/18 140/19 140/20 141/6
**liquid** [1] 108/23
**list** [2] 126/9 129/8
**listen** [4] 40/14 42/6 90/18 160/7
**listened** [2] 46/4 50/5
**litigation** [2] 67/3 67/4
**little** [14] 27/20 33/2 57/24 103/7 103/22 104/19 124/13 128/4 128/12 130/11 130/12 158/9 176/5 177/21
**live** [5] 76/1 76/11 76/14 99/1 117/12
**lived** [2] 78/13 119/7
**lives** [3] 75/11 75/13 138/15
**living** [3] 97/10 128/14 145/13
**loaded** [1] 160/18
**loan** [20] 16/12 17/1 17/22 17/24 58/20 58/21 59/24 106/3 140/17 148/22 149/6 149/13 149/14 149/21 152/11 152/11 154/10 158/2 161/6 174/11
**loaning** [1] 166/21
**loans** [7] 148/20 149/4 154/12 154/13 160/25 161/2 161/3
**local** [1] 29/4
**location** [1] 124/7
**loggerheads** [1] 108/7
**London** [1] 68/10
**long** [18] 18/12 33/15 60/20 77/2 99/1 102/19 117/20 117/23 117/25 128/6 129/1 154/25 156/15 158/3 158/7 164/14 165/11 170/18
**looked** [2] 43/7 144/12
**looking** [6] 76/11 76/13 111/7 127/3 166/18 174/23
**looks** [7] 29/19 126/7 126/9 166/10 166/12 176/6 176/22
**lose** [1] 35/6
**losing** [4] 10/20 30/10 61/20 62/16
**loss** [2] 110/22 111/24
**lost** [1] 61/24

**lot** [27] 13/15 24/11 27/21 69/11 72/18 73/8 80/4 101/15 102/11 119/23 121/16 127/16 134/9 135/19 136/15 137/11 142/21 143/2 144/14 146/1 146/15 146/18 146/25 152/5 155/3 155/5 165/8
**lots** [3] 29/23 143/21 147/2
**lottery** [1] 148/9
**love** [2] 63/24 75/25
**loved** [3] 61/21 61/22 97/9
**low** [3] 72/21 170/21 170/21
**lower** [1] 177/9
**lump** [1] 53/1
**lunch** [4] 32/21 33/17 64/16 64/17

# M

**M-o-d-t-a-g-e-r** [1] 176/13
**ma'am** [7] 5/13 47/11 49/20 57/24 64/22 85/17 116/18
**machine** [3] 135/5 135/6 169/11
**magic** [1] 57/18
**magistrate** [1] 3/18
**mail** [29] 1/25 8/15 12/25 16/17 24/7 24/17 28/4 28/7 54/10 56/21 56/25 57/5 57/6 58/4 58/12 58/14 58/19 59/12 59/18 59/22 61/1 61/2 63/6 63/10 63/15 107/25 108/4 113/18 144/10
**mailing** [1] 149/16
**mails** [3] 59/13 62/10 64/4
**main** [5] 70/20 131/1 142/10 160/9 163/9
**maintenance** [5] 48/3 48/8 48/17 48/20 48/22
**major** [1] 159/3
**makes** [2] 60/14 147/3
**making** [7] 39/18 45/6 62/25 90/25 103/1 105/11 142/7
**mall** [2] 32/22 104/17
**man** [1] 75/22
**management** [2] 77/19 118/7 132/18
**manager** [1] 118/4
**Manhattan** [1] 96/16
**March** [13] 14/15 14/24 59/20 73/3 84/21 84/22 91/3 105/6 105/18 111/1 111/7 150/25 151/2
**March 2010** [1] 111/7
**marital** [1] 117/15
**marked** [8] 31/17 45/23 110/2 112/5 124/23 125/1 125/22 172/11
**MARKS** [73]
**Marks'** [3] 3/23 4/14 56/14
**MARRA** [2] 1/2 1/12
**married** [8] 74/24 75/15 117/16 117/20 117/22 117/23 118/1 145/13
**Marriott** [1] 104/11
**marshal** [2] 48/2 48/7
**marshal's** [1] 47/20
**marshals** [1] 48/20
**material** [1] 88/7
**math** [1] 82/5
**matter** [4] 58/24 59/9 82/17 182/11
**matters** [6] 9/14 25/11 77/22 77/24 100/12 121/23
**maybe** [10] 30/7 102/17 104/11 106/3 106/7 107/21 110/17 111/16 160/3 179/7
**me** [243]
**mean** [16] 4/4 4/5 9/17 26/3 26/5 26/21 52/25 78/7 78/8 78/9 85/24 86/24 97/7 147/19 148/2 159/19
**means** [5] 103/13 127/7 153/23 176/10 176/20
**meant** [3] 58/4 112/1 159/18
**mechanical** [2] 118/8 118/9

**meditate** [1] 131/21
**meditated** [1] 127/12
**meditating** [2] 131/6 136/5
**meditation** [1] 122/1
**meditations** [1] 122/3
**meet** [6] 34/10 91/2 91/5 104/19 123/22 132/5
**meeting** [7] 94/8 94/10 105/3 128/2 128/10 134/1 134/5
**meetings** [1] 166/23
**member** [1] 179/13
**members** [1] 117/10
**memo** [1] 178/16
**memoranda** [1] 2/12
**memorandum** [2] 4/11 49/18
**memorialize** [1] 69/6
**memorialized** [1] 73/19
**memory** [2] 83/2 167/5
**memos** [1] 178/11
**mentioned** [15] 49/18 55/21 66/15 76/24 84/9 92/6 94/11 104/2 125/21 131/9 137/25 138/3 138/5 148/11 173/2
**mentioning** [1] 155/23
**mentions** [2] 167/14 167/18
**Mercedes** [1] 29/7
**Merit** [1] 182/8
**message** [4] 30/10 30/14 33/5 78/23
**messages** [1] 30/15
**messed** [1] 162/18
**met** [23] 30/17 30/18 32/9 35/11 75/25 76/5 91/1 91/23 91/24 91/25 92/9 92/22 93/1 93/8 93/11 93/11 96/10 97/2 104/20 105/6 114/12 123/4 166/5
**method** [1] 136/2
**Miami** [3] 28/22 34/9 92/5
**Michael** [32] 10/3 12/14 14/14 15/4 22/19 23/13 23/21 25/14 26/14 26/14 27/8 27/24 37/12 37/13 53/3 54/8 63/11 69/7 69/12 113/9 124/19 135/23 150/5 152/25 165/16 168/9 169/20 171/18 172/1 172/5 173/14 176/16
**Michaels** [78]
**Michaels'** [2] 28/11 40/21
**microphone** [6] 85/21 85/22 85/25 86/2 86/3 117/1
**mid** [1] 93/23
**middle** [2] 20/1 92/12
**might** [9] 11/10 27/22 67/21 79/3 87/7 103/4 107/15 160/16 171/5
**mike** [1] 72/25
**million** [12] 77/9 81/11 81/22 81/25 82/2 82/3 82/7 82/8 83/7 83/15 83/18 83/25
**mind** [6] 18/9 34/25 46/24 62/7 69/12 102/9
**mine** [1] 12/12
**minute** [5] 2/7 47/5 47/14 85/12 133/4
**minutes** [10] 47/9 47/12 47/13 85/15 103/5 129/22 133/6 133/9 133/9 134/1 142/13
**miss** [1] 61/22
**missed** [1] 146/16
**mistaken** [3] 75/7 93/23 144/18
**mix** [1] 33/20
**mixed** [1] 71/14
**Modtager** [1] 176/13
**mom** [1] 98/19
**moment** [6] 4/21 63/1 80/8 93/15 109/25 177/12
**monastery** [1] 77/7
**money** [293]
**monies** [11] 7/24 7/24 15/16 15/20 58/7 58/21 60/23 71/5 72/7 171/25 174/2

# M

month [3]  63/3 109/23 130/23
months [7]  16/24 62/22 62/25 97/20 143/22 150/18 150/22
morning [6]  2/2 5/5 5/9 5/19 47/17 48/10
mortgage [2]  70/24 106/8
mortgages [1]  70/18
Most [1]  92/21
mostly [5]  5/20 67/9 99/9 103/22 178/16
mother [19]  7/21 7/22 7/23 7/25 8/1 9/9 9/11 10/16 11/20 25/19 25/22 26/3 26/6 26/7 35/5 61/21 97/10 98/22 98/23
motion [2]  65/10 86/16 87/14
motivate [1]  103/16
Motor [1]  129/9
move [13]  31/24 41/5 43/23 44/16 46/14 50/11 51/21 52/15 53/12 53/18 55/2 57/16 112/9
moved [1]  157/21
moving [1]  155/18
Mr [4]  181/4 181/5 181/6 181/8
Mr. [36]  3/22 5/14 38/13 45/8 49/25 52/14 66/7 84/12 84/13 84/14 84/25 85/9 86/16 88/25 92/9 92/23 92/23 93/9 93/12 93/22 93/25 95/16 114/12 114/23 114/25 117/8 118/24 119/1 129/17 132/25 133/15 133/22 133/25 149/9 177/15 179/22
Mr. Bardfeld [7]  5/14 49/25 52/14 92/23 93/22 114/23 114/25
Mr. Marks [1]  3/22
Mr. Schwartz [4]  66/7 85/9 88/25 177/15
Mr. Soendergaard [6]  117/8 118/24 119/1 129/17 133/25 149/9
Mr. Stack [12]  38/13 45/8 84/12 84/13 84/14 84/25 92/9 93/9 93/12 93/25 95/16 114/12
Mr. Stefin [6]  86/16 92/23 132/25 133/15 133/22 179/22
Mrs. [3]  66/11 66/13 87/20
Mrs. Marks [1]  87/20
Mrs. Walker [2]  66/11 66/13
Ms. [11]  2/4 5/19 45/5 49/11 65/5 66/6 86/12 86/19 86/20 116/3 123/12
Ms. Marks [7]  2/4 49/11 65/5 86/12 86/19 86/20 123/12
Ms. Walker [4]  5/19 45/5 66/6 116/3
much [38]  8/1 8/21 19/8 21/3 21/23 27/23 61/22 64/8 64/20 71/23 81/15 82/21 82/23 84/18 92/15 96/24 99/12 102/18 137/5 137/10 140/20 149/20 151/17 152/25 153/1 153/5 153/5 154/12 154/15 156/10 156/12 156/12 162/22 167/1 173/18 174/8 177/2 177/15
multiple [1]  94/23
must [9]  6/10 16/16 21/9 22/8 22/10 92/14 102/2 106/11 161/22
myself [11]  27/18 35/20 68/18 81/9 81/10 90/17 94/9 120/12 121/17 139/16 155/15

# N

N-o-r-d [1]  140/8
NA [1]  176/23
name [38]  28/10 28/11 31/11 36/18 37/17 37/18 37/23 69/11 71/20 75/2 78/14 84/11 93/6 101/5 113/5 113/9 114/9 114/10 116/5 116/5 116/11 116/11 116/25 117/1 117/3 118/14 118/19 118/20 120/6 130/23 130/24 138/4 140/1 140/9 157/5 165/19 167/14 169/10
named [3]  100/9 100/10 112/19

Nancy [62]
Nancy's [1]  102/21
nasty [1]  7/2
Natalie [7]  11/18 11/25 21/24 22/17 64/2 78/15 78/16
natural [1]  121/11
nature [1]  103/5
near [3]  77/17 96/17 167/19
necessary [4]  48/22 110/23 111/18 111/25
need [22]  2/7 4/11 24/19 35/24 36/17 48/25 59/22 60/15 63/22 65/10 72/25 85/10 86/1 100/12 103/2 111/17 136/23 151/8 151/13 151/15 160/4 178/8
needed [22]  7/6 15/20 21/16 22/22 85/17 110/23 127/9 134/24 136/25 137/5 142/2 143/15 146/20 147/16 151/17 154/16 158/14 161/12 161/20 161/24 162/3 162/23
needs [1]  65/21
negative [21]  25/3 61/16 109/14 130/16 132/14 132/15 134/9 135/19 136/7 136/25 139/12 142/22 146/5 146/15 146/18 147/17 147/17 153/22 154/5 160/1 160/19
negativity [1]  154/3
negotiate [2]  9/23 81/13
nervous [2]  11/25 33/2
never [20]  30/13 70/15 75/22 80/3 82/12 104/2 106/6 108/2 108/3 109/20 111/11 111/20 113/24 129/17 143/4 144/7 147/20 158/4 162/8 164/10
new [36]  34/12 100/6 100/16 112/15 119/6 119/13 119/22 120/4 122/6 122/16 122/18 132/19 139/18 140/2 165/20 168/7
news [2]  112/15 167/5
newspaper [1]  37/9
next [18]  13/8 45/11 47/6 96/10 96/18 96/22 97/20 107/21 117/25 119/6 120/4 124/4 124/7 132/3 147/12 160/5 174/25 174/25
nice [3]  77/6 92/25 178/7
night [2]  131/21 178/22
nighttime [1]  136/5
nine [6]  130/23 147/2 147/3 147/8 147/8 147/8
nines [1]  147/1
ninth [1]  107/18
no [159]
Nobody [1]  35/3
nodding [1]  103/1
Nord [3]  140/4 140/5 140/11
Norman [1]  76/25
Nos [1]  52/20
notarize [3]  13/4 13/21 110/24
notarized [3]  14/16 19/18 110/8
notary [1]  60/1
note [6]  72/3 72/3 73/23 74/16 93/19 129/25
notes [5]  94/7 94/8 94/13 95/9 95/10
nothing [5]  72/23 72/24 87/12 94/13 178/9
noticed [1]  6/10
November [5]  80/17 81/1 81/2 112/16 182/12
November 2008 [1]  81/2
November 28th [1]  112/16
number [26]  2/24 29/11 46/12 47/24 58/17 60/19 60/19 85/1 89/19 126/15 141/12 143/8 143/9 147/5 154/20 154/21 154/23 159/12 169/10 173/10 173/13 173/15 173/24 175/23 176/18 176/21
number 1 [1]  47/24
number 134 [1]  46/12
number 2029-56354561 [1]  60/19
number 25 [1]  29/11
number 3 [1]  126/15

number 799 [1]  2/24
number 9 [2]  147/5 154/21
numbers [4]  97/20 130/16 146/23 147/1
numerous [3]  94/21 95/7 95/13

# O

o'clock [1]  178/5
oath [4]  5/13 49/20 66/6 133/14
object [1]  42/22
objection [65]
objections [1]  179/16
objects [1]  43/6
obtain [1]  140/21
obtained [1]  141/6
Obviously [1]  87/2
occasion [2]  39/19 51/6
occasionally [1]  7/5
occasions [2]  58/18 121/3
occupation [1]  66/16
occurred [2]  47/22 167/10
October [8]  11/10 11/15 12/2 12/14 150/17 150/23 151/10 177/1
October 2008 [1]  150/23
October 21st [2]  12/2 12/14
off [10]  28/8 34/23 37/21 47/17 59/18 101/9 136/8 170/8 179/24 180/2
offer [6]  40/6 110/10 125/4 125/24 129/7 172/20
offered [5]  68/13 104/8 109/6 111/10 134/5
offering [1]  52/14
offhand [1]  73/6
office [8]  1/17 47/20 77/16 101/9 159/2 167/18 167/19 172/16
Official [1]  1/23
officials [1]  39/24
often [4]  102/13 102/15 136/11 145/10
oh [27]  6/5 7/19 13/1 16/20 19/25 20/14 25/19 27/25 30/7 30/10 31/23 32/14 36/17 101/16 120/22 121/1 121/6 122/9 130/4 132/22 139/11 142/9 146/1 146/22 152/5 167/25 174/4
okay [103]
old [9]  68/7 68/23 118/23 118/25 128/18 128/18 128/24 130/8 138/6
older [2]  130/11 130/12
once [7]  3/2 91/25 134/18 134/20 139/13 141/6 146/8
one [62]
ones [1]  102/20
ongoing [1]  85/23
only [21]  26/15 60/22 61/23 62/24 71/12 93/23 98/12 120/12 128/12 132/10 139/2 143/8 143/11 146/2 152/15 153/8 158/8 158/12 161/15 162/9 163/4
open [4]  4/1 4/14 140/2 149/17
opened [4]  122/25 124/8 140/12 149/18
operation [1]  79/11
opinion [2]  109/2 109/3
opinions [6]  18/21 47/7 64/18 85/14 133/5 177/23
opportunity [8]  40/13 40/16 44/9 44/10 53/6 53/15 54/15 54/21
opposed [3]  47/25 79/3 150/11
oral [2]  41/25 42/25
order [12]  2/1 22/1 22/4 87/4 87/24 88/11 88/14 155/7 161/12 173/13 176/6 176/10
ordered [1]  87/21
ordinary [2]  124/16 127/6
organizations [1]  164/2
original [2]  99/25 101/6

**O**

originally [7] 16/23 74/20 81/16 99/17 99/25 100/3 105/2
Ostrow [1] 1/20
others [2] 109/7 109/8
otherwise [2] 149/10 158/5
our [6] 4/25 47/5 49/15 67/21 86/11 140/23
outcome [2] 103/13 103/17
outlet [1] 154/7
outside [4] 5/1 77/25 122/14 135/3
over [27] 6/11 6/12 7/2 8/6 8/14 8/23 10/14 25/22 39/23 55/8 59/10 63/3 82/18 91/18 91/20 92/25 137/11 138/16 141/11 148/21 149/6 149/11 149/14 156/24 173/25 174/13 174/15
overdraft [1] 106/8
Overruled [2] 37/3 138/10
overruling [3] 52/3 55/7 179/16
owe [4] 62/24 106/16 106/19 174/4
owed [4] 105/25 106/3 107/10 164/25
owing [1] 81/5
own [19] 17/22 18/9 42/10 42/12 76/18 79/2 118/4 118/11 118/13 142/24 143/1 143/17 151/22 152/2 152/10 156/20 157/23 172/4 173/17

**P**

p.m [6] 65/2 86/8 86/8 133/11 133/11 180/5
PACER [1] 2/15
page [1] 129/10
Pages [1] 1/10
paid [22] 8/14 26/23 26/25 27/4 57/19 57/19 57/21 59/3 59/4 59/4 62/23 81/3 83/24 97/22 97/24 105/10 107/5 111/11 135/7 170/8 174/9 174/24
palm [5] 1/7 1/24 126/22 126/23 127/7
Pannal [1] 15/1
paper [2] 62/19 112/4
papers [1] 101/18
paperwork [2] 66/25 67/23
paragraph [10] 15/11 15/18 16/3 16/14 17/6 57/6 58/4 58/9 72/12 167/18
Paragraph 2 [1] 15/18
paragraph 3 [1] 58/4 58/9
paragraph 4 [1] 72/12
paralegal [1] 92/18
paralegals [1] 67/22
parameter [1] 92/11
parameters [1] 89/15
parents [19] 153/23 153/24 154/15 155/7 155/13 155/13 155/16 156/3 156/4 156/13 156/17 158/1 158/5 158/8 158/14 158/21 161/1 174/9 174/10
Park [2] 96/17 120/4
Parkinson's [1] 79/3
parte [2] 65/16 86/16
particular [8] 7/13 16/14 36/1 36/2 113/19 119/18 129/17 130/18
particularly [1] 65/19
parties [1] 172/6
pass [1] 25/22
passed [5] 79/15 79/21 82/19 161/8 161/8
past [4] 104/5 115/9 120/21 120/25
path [7] 132/16 132/16 132/17 137/21 147/18 151/16 153/21
patience [1] 62/16
pay [50] 15/21 17/12 22/5 24/8 25/21 25/23 33/9 33/11 33/12 33/13 33/14 61/13 62/21 72/13 84/6 98/7 105/2 105/3 106/4 107/3

107/12 107/14 107/20 107/21 107/21 108/2 108/5 108/6 108/20 108/22 108/24 109/5 121/4 131/17 131/22 137/12 138/24 151/24 152/17 152/18 158/18 161/13 164/23 165/3 165/23 166/22 166/24 166/24 167/8 170/2
paychecks [2] 149/3 149/16
paying [11] 24/11 24/24 37/21 38/23 80/6 108/25 134/20 137/14 141/7 151/25 174/2
payment [2] 8/12 20/15 21/3 21/25 23/7 23/12 23/25 24/1 52/24 52/25 57/11 57/13 57/22 58/6 59/11 82/10 97/25 106/21 175/6 175/14 175/17
payments [24] 8/6 8/11 21/25 22/13 22/15 22/17 59/2 59/7 61/7 61/10 61/12 62/23 63/8 63/8 105/5 105/11 106/9 109/6 109/9 173/24 174/25 175/1 175/3 175/12
pejorative [1] 78/6
penalty [1] 72/11
Pence [1] 60/12
pension [1] 62/2
people [13] 26/18 36/8 69/11 106/11 106/15 106/16 121/16 121/24 122/4 122/6 143/6 148/14 156/4
people's [1] 52/2
per [5] 60/8 60/9 60/11 60/13 61/13
percent [4] 7/11 17/10 72/13 73/7
perhaps [3] 48/20 121/14 128/4
period [2] 142/6 164/14
periodically [1] 113/9
permission [1] 140/16
permit [2] 179/13 179/14
person [7] 10/8 10/9 26/15 30/20 32/6 34/16 38/3 43/20 48/3 48/8 48/17 48/20 48/22 76/17 78/10 82/18 85/7 85/7 111/15 116/11 122/24 125/11 132/23 135/22 139/2 142/10 150/5 157/9 157/12 158/6 166/4 167/15 167/21 167/22 169/16 172/1 173/14
personal [10] 17/22 118/23 119/25 121/8 121/20 123/25 153/1 153/9 169/1 172/18
persons [1] 137/2
perspective [1] 121/20
pertain [2] 171/24 171/25
petal [1] 101/16
phone [14] 7/5 28/16 39/19 54/9 106/25 107/17 137/11 138/17 141/11 159/12 163/4 163/5 169/10 170/20
phoned [4] 29/2 36/24 54/13 54/13
phonetic [2] 11/18 129/10
photograph [6] 31/13 31/19 123/10 125/9 125/16 129/21
photographs [2] 29/23 123/9
physically [1] 99/10
picked [2] 33/17 101/9
picture [5] 32/6 35/19 35/20 129/19 129/21
pictures [4] 29/12 35/22 35/25 115/15
piece [1] 112/4
pin [2] 91/19 92/11
place [11] 56/11 60/21 62/16 76/11 76/13 77/7 77/15 120/2 120/2 130/21 157/23
placed [2] 59/24 73/13
places [1] 148/16
plain [7] 3/4 3/11 3/15 3/19 4/1 4/4 4/5
planned [2] 120/17 124/4
planning [2] 120/13 151/4
play [1] 2/8
played [10] 43/1 43/2 43/5 43/17 45/9 47/4 50/25 52/22 54/5 55/18
Plaza [7] 96/11 96/13 96/20 96/21 96/23 120/8 167/19
pleasant [1] 5/10

please [28] 2/2 5/5 14/23 41/19 44/23 46/23 47/7 47/14 49/10 49/16 49/24 57/25 59/6 59/11 63/6 66/4 85/13 85/18 86/10 86/11 88/22 110/24 116/22 116/25 133/13 133/20 144/3 177/22
plenty [1] 18/10
plumbing [1] 77/4
plus [3] 62/21 62/24 83/12
pneumonia [1] 26/9
point [37] 11/4 27/23 43/6 48/12 48/17 60/2 74/14 81/25 88/17 98/7 101/14 104/4 104/24 105/14 108/22 122/22 128/16 136/10 136/22 143/11 145/20 148/8 151/10 153/3 153/13 154/7 157/21 162/14 163/16 163/21 163/22 168/2 169/18 171/6 178/15 178/20 179/11
points [1] 155/22
police [12] 28/6 38/7 38/7 38/9 38/9 38/10 61/5 91/10 91/15 95/19 171/5 172/3
pooled [2] 77/8 77/11
poor [2] 143/6 148/14
portrayed [1] 124/19
position [2] 9/19 61/19
positive [1] 103/25
possession [1] 134/22
possibilities [1] 154/9
possibility [5] 111/8 137/20 154/12 155/4 162/6
possible [5] 48/8 110/25 155/20 163/25 168/7
possibly [1] 143/12
post [1] 107/24
posted [2] 68/14 68/24
potential [3] 36/25 37/8 100/3
pound [1] 13/16
pounds [43] 8/3 8/4 13/7 13/10 15/9 16/7 17/21 19/10 19/11 19/13 20/3 20/5 20/6 21/5 21/6 21/10 22/1 22/18 23/7 24/4 24/6 57/7 59/2 60/7 60/8 60/10 60/12 81/8 81/22 81/23 82/1 82/2 82/8 83/4 83/5 83/7 83/15 84/4 84/6 84/7 98/1 98/2 98/2
powers [1] 103/12
practice [2] 57/18 85/20
practiced [1] 78/9
practicing [3] 77/14 102/3 102/5
pray [2] 103/21 110/23
praying [1] 101/15
prearranged [2] 136/17 136/20
precise [1] 127/18
premises [2] 3/1 3/2
premonition [1] 130/21
preparation [2] 42/11 67/4
prepared [3] 95/17 110/21 173/17
present [7] 2/4 49/11 65/5 86/12 117/20 133/16 174/21
presented [1] 88/8
presume [3] 22/10 111/23 112/1
pretense [1] 78/9
pretty [7] 8/21 21/23 36/3 36/5 84/18 92/15 96/24
prevent [3] 57/17 80/2 153/25
prevented [1] 132/15
preventing [1] 147/17
previous [5] 59/2 138/15 138/19 138/19 165/20
previously [3] 6/17 40/13 83/21
price [2] 126/9 126/24
primarily [2] 77/25 98/24
primary [1] 42/14
prime [1] 72/16
privacy [4] 4/9 4/10 4/12 152/14
private [1] 80/9

**P**

privilege [2]  87/21 88/3
probably [10]  84/21 92/3 92/17 102/16
 105/18 144/17 152/18 158/17 159/6 170/22
problem [7]  63/21 87/3 100/16 100/17
 100/25 161/16 161/17
problems [6]  62/4 79/5 97/4 97/7 97/19
 100/16
procedure [3]  79/24 95/6 101/3
proceed [6]  2/6 42/18 48/18 49/25 63/9 117/5
proceedings [14]  1/11 5/4 42/21 47/15 49/9
 49/22 65/3 66/3 86/9 88/21 93/18 133/12
 133/19 182/10
proceeds [4]  80/12 81/8 81/9 81/15
production [1]  15/25
profane [2]  106/13
profession [1]  118/6
professional [1]  128/14
progress [1]  63/20
project [3]  118/4 118/6 132/17
promise [1]  13/3
promised [3]  2/11 60/17 64/2
promises [1]  62/17
pronounce [2]  140/3 176/6
proof [1]  61/9
proper [3]  52/24 52/25 95/6
property [3]  70/23 70/24 70/25
proposed [1]  16/19
prosecutors [1]  92/23
prostate [1]  79/5
protect [1]  61/16
protection [1]  158/22
provide [1]  8/1
provided [5]  16/7 27/23 41/22 172/15 173/10
providing [1]  90/1
provision [7]  46/19 72/12 73/10 73/12 73/14
 74/4 74/17
psychic [5]  103/12 126/17 126/18 128/15
 129/1
psychics [1]  121/7
public [2]  60/1 88/8
publicly [2]  168/14 168/19
publish [8]  14/17 20/19 23/9 31/20 35/16
 41/9 47/2 56/15
pull [1]  68/21
purchase [1]  143/16
purchasing [1]  81/13
purple [1]  144/15
purports [2]  42/2 94/14
purpose [5]  13/22 42/5 45/6 142/17 151/14
purposes [2]  99/17 179/9
pursuant [1]  88/11
pursue [1]  62/9
pushing [1]  19/18
put [27]  13/19 15/21 16/22 19/6 21/9 47/16
 54/9 61/19 62/15 71/9 71/12 71/20 71/23
 73/24 74/4 74/10 74/16 81/10 85/21 86/21
 94/22 94/24 107/16 140/14 169/12 174/11
 178/23
putting [6]  17/7 132/14 135/19 146/14
 146/17 174/20

**Q**

qualified [2]  70/7 70/7
quarter [1]  82/3
quarters [1]  128/8
question [7]  117/25 118/23 146/16 147/13
 149/10 153/4 168/23
questioning [1]  30/6

questions [7]  64/14 85/6 93/2 110/19 115/22
 116/17 144/19
quick [1]  19/17 148/20 149/14 152/11
quickly [4]  42/19 145/3 148/22 173/22
quite [12]  7/2 7/22 13/14 35/4 45/18 70/15
 72/21 73/8 80/3 83/2 120/8 130/13 136/24
 141/22 148/10 150/8 153/3 155/2

**R**

R-e-g [1]  75/4
R-o-s-k-i-l-d-e [1]  140/10
raise [1]  116/21
raised [1]  117/13
rang [2]  34/11 170/19
rate [9]  17/10 17/10 63/2 72/14 72/16 72/17
 72/19 73/4 73/5
rates [2]  72/21 177/9
rather [2]  24/6 48/5
Raton [1]  1/22
Razia [1]  14/25
RBOSGGSP [1]  60/20
reach [1]  136/2
reached [1]  71/19
reaction [4]  154/24 160/21 162/3 163/2
read [24]  14/20 14/23 20/22 41/17 44/23
 57/6 57/24 58/14 59/12 59/21 62/13 63/14
 95/4 101/23 102/2 110/17 110/20 121/22
 121/24 126/14 166/14 167/23 177/24
reading [16]  108/21 110/5 120/18 120/19
 120/20 123/12 123/15 124/15 124/15 124/16
 126/16 126/17 126/18 126/22 126/23 127/6
readings [2]  120/23 129/2
ready [11]  2/6 4/20 4/22 4/23 5/11 5/25 6/2
 49/13 63/9 65/6 65/7
real [5]  42/19 67/2 76/15 76/17 162/15
really [21]  9/18 10/14 16/15 35/6 71/3 73/4
 80/6 82/23 89/14 89/17 100/19 104/2 108/14
 108/25 116/10 131/14 131/23 131/24 148/8
 153/21 170/17
Realtime [1]  182/9
reason [4]  65/17 137/21 142/2 142/4
recall [13]  10/14 11/8 45/17 45/18 84/17
 122/23 123/25 124/2 132/8 157/5 164/15
 164/16 165/13
receipt [2]  15/9 15/25
receive [6]  60/23 63/10 63/12 142/5 144/9
 160/9
received [16]  18/18 19/13 21/6 36/6 36/7
 36/8 42/1 93/20 120/25 122/12 123/7 125/2
 159/10 166/9 169/19 173/5
receiver [2]  176/14 176/15
receiving [1]  173/2
recently [1]  40/1
recess [10]  47/6 49/8 64/15 64/23 65/2 85/12
 86/8 133/4 133/11 180/5
recessed [1]  47/19
recipient [1]  142/8
recipients [1]  142/9
recognize [9]  110/3 110/5 112/5 115/16
 123/10 123/11 125/9 170/24 172/12
recommendation [1]  2/23
record [26]  2/4 31/5 39/19 43/2 43/5 45/7
 47/16 47/17 47/19 48/18 48/22 49/11 65/4
 86/12 90/5 90/8 93/19 94/3 94/3 129/24
 130/1 144/16 179/15 179/24 180/2 182/10
recorded [2]  45/16 105/20
recording [25]  41/7 41/23 42/1 42/6 42/13
 43/24 44/25 45/5 45/18 47/1 50/3 50/5 50/8
 50/24 51/2 51/10 51/13 52/12 53/7 54/16
 54/18 55/13 105/19 114/11 115/4

recordings [17]  39/2 39/5 39/7 39/9 39/23
 40/1 40/14 40/17 40/19 40/22 40/24 44/11
 45/6 47/20 51/12 54/7 115/4
records [4]  71/14 171/24 171/25 172/18
recovered [2]  83/6 83/8
red [1]  98/15
redid [1]  77/12
redirect [3]  115/24 116/1 181/6
refer [4]  15/15 52/24 69/12 101/1
referred [5]  23/20 25/10 61/11 101/5 109/18
referring [4]  10/1 19/19 46/11 58/9
refers [1]  15/21
reflect [1]  31/5
reflects [1]  42/8
refurbished [1]  77/16
refuse [1]  23/22
refused [4]  154/10 165/3 170/12 171/4
Reg [3]  75/3 75/4 75/6
regard [1]  171/1
regarding [5]  44/24 46/24 82/14 98/17
 171/18
registered [2]  37/18 182/8
regularly [3]  45/19 77/24 106/12
reincarnation [2]  121/15 121/22
reiterate [1]  60/5
related [1]  169/1
relating [2]  14/14 25/11
relation [4]  42/13 46/25 52/11 55/13
relationship [8]  10/13 10/23 78/25 85/6
 89/21 139/7 145/17 145/21
relative [2]  26/13 41/23
relay [1]  171/17
release [1]  20/15
released [1]  62/3
relevance [1]  56/7
relevant [1]  25/17
relied [5]  3/18 3/21 3/21 3/25 4/13
religious [1]  121/8
remember [52]  7/13 29/7 36/1 40/3 40/25
 41/3 44/14 46/7 50/9 50/10 51/14 51/19
 53/10 54/19 54/25 73/3 76/4 84/16 84/23
 89/8 89/12 89/14 89/17 91/18 91/25 92/8
 92/10 93/6 97/1 102/16 120/1 120/6 123/21
 124/3 128/1 128/4 131/19 134/17 138/4
 140/1 142/6 147/22 148/15 149/24 150/6
 151/2 151/19 157/17 159/20 162/25 164/20
 167/7
remembered [1]  126/15
remind [1]  51/25
removing [1]  142/22
rent [2]  158/12 158/19
repaid [3]  16/12 18/6 72/9
repay [2]  72/12 156/17
repayment [1]  17/8
Rephrase [1]  168/23
reply [1]  3/22
report [12]  2/23 48/21 93/20 93/24 94/11
 94/17 94/19 94/24 95/7 95/8 95/9 177/24
reported [3]  47/21 48/7 48/9
reporter [6]  1/23 1/23 42/25 45/2 182/8
 182/9
reports [2]  94/1 94/13
represent [1]  67/20
representation [1]  143/18
representations [2]  139/9 142/16
represented [2]  106/7 141/8
representing [2]  88/1 88/7
request [4]  16/23 32/25 86/23 153/14
requested [1]  61/18
requesting [1]  42/24

**R**

required [1] 60/5
requiring [1] 42/24
research [2] 166/19 177/24
resistant [1] 138/22
resolve [1] 69/9
resolved [3] 18/10 59/10 63/21
resort [1] 29/4
respect [5] 41/21 42/16 53/25 141/7 161/2
respond [10] 6/25 19/15 24/16 33/10 33/23
  59/12 63/6 63/9 154/24 165/1
responding [1] 178/10
response [11] 3/22 28/12 30/6 94/4 116/9
  163/16 163/18 163/24 170/11 178/15 178/23
rest [1] 111/11
restore [1] 139/6
restricted [1] 74/17
restricting [1] 74/4
restroom [1] 85/18
result [2] 137/18 171/1
resumed [1] 5/16
retain [1] 67/6
retired [2] 62/1 66/16
retirement [1] 60/16
return [21] 13/3 13/6 13/14 14/14 34/6 45/12
  58/20 58/21 58/22 58/24 59/6 59/23 60/17
  61/14 63/9 73/21 73/23 81/16 110/24 132/3
  135/22
returned [16] 12/5 12/8 12/19 13/24 21/11
  23/15 30/2 34/5 34/7 58/23 60/6 64/7 64/8
  110/22 124/6 156/16
returning [2] 29/4 62/8
review [10] 40/16 41/22 44/9 44/10 51/10
  53/6 54/1 54/16 54/21 59/16
reviewed [3] 40/1 51/12 51/16
Ricky [1] 3/22
riding [1] 56/9
right [135]
right-hand [4] 126/8 174/13 174/16 176/12
ring [7] 6/4 6/5 6/8 36/3 58/17 58/19 127/23
rings [3] 6/6 6/7 6/15
risk [2] 137/23 138/25
ritual [1] 138/1
rituals [2] 101/15 143/17
RMR [1] 1/23 182/15
road [1] 4/18
rob [2] 162/8 162/10
robes [1] 67/14
rocky [1] 144/14
Roger [1] 1/16
rolled [1] 155/1
room [4] 124/12 126/7 130/13 130/18
rose [52] 1/6 4/14 37/18 37/19 37/23 38/1
  38/2 38/4 56/14 69/12 69/13 69/15 71/19
  73/10 73/17 74/17 78/4 78/5 83/20 84/18
  89/22 90/5 92/2 92/12 101/16 102/11 103/4
  103/9 103/22 103/23 104/6 105/2 106/24
  109/13 109/18 112/22 112/24 113/5 114/4
  114/5 114/6 114/10 116/4 116/5 116/12
  116/13 116/15 138/5 138/12 138/15 138/18
  138/19
Rose's [1] 104/13
Roskilde [1] 140/10
rough [3] 82/1 95/8 95/10
roughly [3] 81/22 82/4 84/4
roundabout [1] 19/22
Royal [1] 60/18
ruby [2] 6/8 6/9
rude [1] 92/19

rules [2] 68/3 71/17
run [1] 102/21
rush [1] 141/20

**S**

S-e-l-e-n-a [1] 150/3
S-o-e-n-d-e-r-g-a-a-r-d [1] 117/4
S-p-a-r [1] 140/8
sacrifice [6] 61/17 147/15 147/19 160/12
  160/13 160/20
sacrificed [3] 142/21 147/23 164/1
sacrifices [4] 142/22 146/22 146/23 147/16
sake [1] 69/10
sale [6] 80/12 81/3 81/8 83/6 83/8 83/14
same [21] 21/1 37/10 44/18 44/23 46/19
  52/19 55/12 75/15 93/10 108/1 124/7 129/21
  132/5 132/6 165/20 166/4 167/12 167/21
  167/22 175/22 176/14
sat [4] 29/21 29/24 124/13 125/21
satisfied [1] 120/24
Saturday [1] 11/8
savings [1] 62/2
saw [15] 3/3 4/14 31/9 34/19 35/9 56/18
  98/16 115/3 119/7 120/16 136/7 166/2 168/5
  169/6 175/11
say [57] 4/11 10/17 12/18 15/21 21/16 24/24
  30/14 33/6 34/24 37/3 57/13 67/1 69/14
  69/19 74/12 90/14 90/14 90/16 92/20 99/8
  103/6 107/25 108/7 108/16 108/20 111/24
  113/1 113/23 113/25 114/4 114/4 114/6
  114/20 115/13 116/7 120/19 121/12 124/9
  126/14 126/15 126/19 129/1 130/5 131/1
  137/5 137/14 137/19 139/1 144/25 145/9
  150/16 150/19 151/17 155/24 159/24 163/12
  170/23
saying [25] 7/19 8/16 9/9 9/15 9/22 12/20
  22/16 22/22 23/19 24/7 28/4 28/7 58/5 63/18
  71/23 78/23 103/10 103/16 106/3 146/14
  147/5 152/15 156/6 163/6 163/7
says [18] 3/21 6/5 11/15 17/8 23/13 33/9
  73/10 73/23 93/25 126/16 126/22 160/3
  176/8 176/18 176/22 176/23 177/4 177/10
scam [2] 28/10 38/24
scheduling [1] 179/21
school [2] 70/2 70/16
schooling [1] 70/8
Schwartz [6] 1/19 66/7 85/9 88/25 177/15
  181/5
Scotland [1] 60/18
screen [5] 14/20 68/15 68/24 126/12 174/18
search [10] 2/13 2/18 3/18 3/23 3/25 4/8 4/8
  4/16 178/16 178/21
searched [2] 165/18 165/24
seat [3] 85/14 133/5 177/23
seated [10] 2/3 5/6 49/10 49/24 66/4 85/18
  86/10 88/23 133/13 133/21
seats [2] 47/8 64/19
second [17] 15/11 16/2 72/1 117/16 118/9
  124/17 132/7 133/25 136/12 147/12 149/22
  167/18 170/17 170/18 173/8 174/23 175/23
secondary [1] 42/5
secret [4] 65/22 92/24 95/21 95/24
Section [1] 88/12
secured [1] 70/18
security [1] 70/24
seeing [3] 9/18 55/24 175/10
seek [1] 168/25
seeking [3] 82/21 119/24 132/22
seem [3] 27/3 130/11 153/11
seemed [3] 127/23 130/12 168/11

seems [2] 19/25 83/21
seen [7] 19/20 38/17 84/17 104/22 115/20
  129/17 129/19
seizure [2] 3/2 3/3
Selena [1] 150/1
self [1] 88/4
self-incrimination [1] 88/4
Seminole [4] 15/4 15/6 29/8 35/11
send [34] 5/23 5/24 6/2 6/3 6/10 6/12 6/16
  6/22 7/12 8/5 11/6 20/2 20/3 22/18 24/15
  57/8 57/9 94/24 139/13 141/10 141/13
  141/17 143/3 143/20 147/9 149/17 150/4
  152/6 152/9 156/24 158/5 159/6 160/4 165/4
sending [8] 6/18 13/13 15/16 26/13 38/19
  110/7 142/7 143/18
sense [2] 78/6 163/13
sent [72]
separated [6] 80/15 97/9 150/17 150/18
  150/20 151/7
separately [1] 83/21
separation [1] 150/23
September [3] 1/8 25/18 61/12
September 2010 [1] 61/12
September 3rd [1] 25/18
seriously [1] 37/20
service [4] 92/24 95/21 95/24 127/2
services [2] 120/24 121/5
session [2] 128/6 131/18
set [2] 60/22 160/17
sets [1] 72/20
seven [2] 62/22 134/17
seventh [2] 45/25 107/18
Seventy [1] 126/21
Seventy-five [1] 126/21
several [4] 157/1 163/5 166/23 173/16
sexual [1] 78/25
SFranklinUSDC [1] 1/25
shall [1] 60/5
share [2] 18/4 146/9
shares [1] 81/9
she's [18] 5/1 9/25 69/13 86/20 86/23 87/9
  87/10 87/10 87/15 88/2 88/5 94/11 100/21
  129/3 130/25 138/18 147/2 157/15
Sheffield [2] 70/1 70/2
shirt [1] 73/1
shop [16] 96/10 96/22 101/6 106/19 119/4
  119/7 120/11 120/14 120/16 120/21 122/6
  122/16 122/18 122/19 128/12 132/3
shops [1] 120/25
short [5] 22/1 61/9 83/16 102/19 102/20
shorter [3] 93/3 103/7 103/8
shortly [4] 12/20 27/13 76/25 84/18
should [29] 8/18 9/15 9/16 10/15 18/10 25/23
  38/8 42/16 88/8 102/1 107/6 118/15 141/17
  147/22 148/10 149/3 151/24 153/24 160/7
  164/24 164/25 165/4 165/23 170/2 170/13
  170/13 171/6 178/14 179/1
shouldn't [1] 9/17
show [27] 11/11 13/1 14/9 17/18 20/11 23/2
  31/17 35/13 45/23 54/15 59/15 60/24 63/13
  110/2 110/17 111/3 112/4 122/12 123/7
  124/23 125/21 130/21 149/3 166/9 172/11
  175/20 175/22
showed [4] 32/12 93/13 115/14 115/14
showing [4] 17/16 123/8 173/2 173/21
shown [2] 22/14 51/12
shows [1] 62/19
sic [3] 20/3 60/19 122/3
sick [2] 11/21 158/9
side [6] 96/21 126/8 174/13 174/16 176/5

**S**

side... [1] 176/13
sidebar [7] 42/19 42/21 43/12 47/15 49/7 93/18 96/2
sign [8] 13/4 13/21 13/25 94/18 95/1 101/6 110/24 155/23
signature [3] 17/16 17/18 110/7
signed [15] 14/13 14/15 14/16 17/13 17/14 17/15 17/16 18/17 20/15 22/9 57/21 59/25 61/11 88/14 111/4
significance [3] 16/14 18/7 25/20
significant [5] 21/22 26/13 137/8 147/6 154/21
signing [1] 13/22
silk [1] 67/14
similar [8] 112/8 112/8 113/20 113/21 120/21 120/22 122/2 166/13
simple [1] 110/22
since [6] 13/13 82/12 85/23 115/20 129/4 159/14
sir [6] 116/22 117/5 118/3 119/8 133/14 178/2
sister [6] 123/2 123/14 128/13 137/2 138/1 170/9
sisters [1] 153/23
sit [1] 67/21
sitdown [1] 115/5
site [1] 28/6
sitting [4] 29/22 30/20 126/7 126/8
situation [23] 87/8 105/25 106/6 106/24 119/19 119/20 119/22 119/25 123/25 127/10 127/11 127/12 127/19 139/3 154/11 161/2 161/22 162/17 165/21 167/1 169/2 171/21 171/22
six [3] 16/24 150/18 150/22
sixth [1] 174/13
Sixty [1] 27/15
size [2] 144/13 144/21
skeleton [1] 88/18
Skilling [1] 95/5
skills [1] 74/13
slash [1] 176/8
slightly [1] 150/21
slowly [1] 57/25
small [2] 62/2 124/12
smaller [1] 143/22
Soendergaard [11] 116/21 116/24 117/3 117/8 118/24 119/1 129/17 133/25 149/9 176/8 181/7
sold [4] 80/11 80/16 80/17 80/18
solicitor [13] 38/5 66/17 66/24 67/12 68/4 70/5 71/4 74/13 77/18 78/23 82/17 82/20 101/1
solicitor's [3] 36/18 70/6 101/18
solicitors [9] 18/20 22/15 69/20 77/21 80/4 82/15 82/16 83/1 102/5
solicitors' [1] 24/12
somebody [12] 36/17 43/6 71/8 85/25 94/23 97/14 106/1 106/4 112/8 118/12 157/5 170/22
someday [1] 138/16
someone [3] 122/1 123/4 124/9
someplace [1] 121/3
something [36] 9/9 27/22 55/24 65/10 70/16 81/17 81/21 81/22 83/17 95/24 100/23 103/5 105/18 106/19 112/8 118/8 119/21 120/14 126/16 128/3 132/20 134/4 145/25 146/20 147/1 148/11 150/15 152/2 156/19 162/9 165/15 166/13 167/9 171/7 178/23 179/1

sometime [5] 55/21 78/20 83/13 105/21 171/14
sometimes [5] 6/23 7/4 72/16 77/25 102/21
somewhere [1] 171/12
son [4] 75/20 75/22 92/4 92/14
soon [10] 8/18 59/12 63/20 110/24 135/21 135/25 136/24 147/24 152/16 152/20
sorry [41] 5/7 6/1 15/6 22/2 24/4 28/24 32/11 42/19 42/20 43/13 45/14 46/9 58/1 64/5 77/9 78/7 78/8 80/20 84/2 84/5 85/9 85/11 85/17 88/23 91/7 92/18 98/3 102/14 102/23 113/17 114/24 117/24 122/17 138/8 141/15 146/16 155/11 158/4 175/1 177/5 178/2
sort [25] 9/6 9/8 9/20 9/22 12/15 12/16 13/18 13/20 18/8 18/9 19/2 27/5 29/22 29/22 29/23 62/18 70/5 72/11 82/15 101/16 106/9 111/10 111/12 114/2 116/7
sorted [1] 16/18
soulmates [1] 138/16
sound [1] 116/8
Sounds [1] 107/24
south [6] 1/21 28/25 32/9 33/15 34/6 96/20
SOUTHERN [1] 1/1
Spar [3] 140/3 140/5 140/11
speak [16] 38/8 38/11 48/7 58/18 72/25 85/25 86/2 86/3 91/15 102/25 117/1 138/16 146/3 170/13 171/6 173/13
speakers [3] 42/2 42/7 42/9
speaking [3] 10/14 175/10 175/11
special [3] 122/7 130/25 131/2
specifically [1] 42/7
speculation [1] 141/24
spell [4] 117/1 118/21 140/7 150/2
spend [1] 73/18
spending [2] 138/22 164/8
spent [2] 134/1 143/4
sperm [12] 12/16 18/4 57/15 79/7 79/9 79/13 79/19 79/24
spirits [2] 122/8 131/4
spiritual [32] 101/14 121/8 121/10 121/12 121/16 121/23 123/2 123/14 128/13 131/2 131/5 132/16 132/16 137/2 137/2 137/6 137/16 137/21 138/1 138/14 139/5 147/18 151/15 153/21 160/9 160/10 160/10 163/8 163/11 163/13 163/15 170/9
spiritually [1] 157/14
split [8] 9/20 9/21 19/4 19/4 80/12 80/12 156/25 159/5
spoke [17] 7/19 38/12 39/16 39/17 48/2 54/10 89/6 91/10 114/7 128/23 146/2 153/8 158/7 159/2 160/6 165/12 179/22
spoken [1] 221/17
spouses [1] 76/6
spreadsheet [1] 173/18
springtime [1] 168/1
Stack [24] 38/13 38/15 39/1 45/8 84/11 84/12 84/13 84/13 84/14 84/25 89/4 92/9 93/9 93/12 93/25 94/9 94/12 95/16 105/15 113/8 114/12 115/18 115/20 171/16
Stack's [1] 94/17
staff [1] 88/18
stage [2] 24/9 139/6
stand [4] 5/16 43/1 63/7 115/11
standing [10] 3/25 4/2 4/3 4/4 4/6 4/7 4/10 31/1 31/2 43/5
Starbucks [2] 35/12 35/13
start [14] 9/1 10/10 25/3 45/5 78/18 127/15 132/18 149/10 149/11 153/21 162/15 162/16 166/18 177/18
started [12] 9/3 48/10 66/17 76/1 78/22

81/12 81/13 91/14 105/20 146/22 147/14 150/15
starting [3] 37/21 79/20 79/21
stated [2] 57/7 59/8
statement [2] 107/4 175/24
statements [3] 28/15 179/10 179/15
STATES [16] 1/1 1/3 1/13 1/17 27/10 28/18 28/19 116/20 125/15 125/24 140/24 143/17 156/24 159/10 159/15 172/16
status [1] 117/15
stay [5] 29/3 33/15 86/25 86/25 104/8
stayed [3] 29/3 104/10 120/5
staying [4] 36/14 86/20 96/13 120/6
Stefin [8] 1/16 86/16 92/23 132/25 133/15 133/22 179/22 181/8
step [4] 47/12 85/19 116/19 120/13
stepchildren [1] 79/3
Stephen [4] 1/23 182/8 182/14 182/15
stepson [1] 75/19
Stewart [3] 100/7 112/2 112/3
still [20] 5/13 8/15 49/20 58/19 66/6 81/5 82/13 83/5 86/19 122/10 133/14 139/6 145/13 145/13 161/17 164/5 168/21 170/2 174/4 174/4
stipulate [2] 56/13 125/16
Stockholm [2] 135/12 135/13
stone [2] 36/4 36/5
stop [14] 10/25 12/15 15/11 16/2 18/3 24/18 69/17 124/17 132/17 137/16 137/22 137/23 147/12 160/7
stopped [3] 24/22 79/25 137/19
storage [1] 79/9
stored [1] 79/13
storefront [1] 167/19
story [2] 90/1 171/22
straight [1] 21/23
Street [3] 1/24 96/15 96/21
stressful [2] 99/6 152/6
strictly [1] 135/17
strike [1] 160/24
stringent [1] 71/17
strokes [1] 26/9
stronger [1] 162/20
Stuart [1] 82/13
stuff [4] 121/11 121/12 122/4 129/20
stumbled [1] 120/15
subjective [2] 109/2 109/3
subjects [2] 70/20 70/20
subpoenaed [1] 86/18
subsequent [1] 128/17
subsequently [1] 128/11
substantial [1] 57/22
succeed [1] 163/10
such [3] 19/24 73/13 159/25
sudden [1] 171/15
sue [3] 36/17 108/17 111/23
sued [1] 37/11
sufficient [2] 3/8 179/12
suggest [2] 48/19 155/7
suggested [7] 16/21 58/19 111/21 123/16 154/14 155/11 155/12
suggesting [2] 87/14 115/17
suggestion [1] 19/3
suing [2] 35/23 112/19
suit [2] 37/8 136/21
Suite [1] 1/21
suited [1] 136/21
sum [6] 15/8 22/5 23/8 53/1 110/23 111/24
summary [4] 94/19 95/6 95/9 95/17
summer [2] 150/15 171/14

**S**

sums [5]  15/22 16/4 16/11 142/15 151/11
suppose [10]  13/23 23/8 70/19 74/7 77/1 82/4
83/16 85/1 103/10 106/17
supposed [9]  26/25 64/6 72/9 82/18 83/10
134/12 152/9 152/17 170/22
suppressing [1]  2/25
sure [16]  2/9 17/12 20/25 47/24 69/20 71/14
84/15 92/3 95/14 106/11 120/8 141/22
144/22 150/8 179/25 180/1
surface [1]  144/14
surmise [2]  78/21 78/21
surprise [3]  113/4 113/6 130/7
surprised [1]  130/14
surrounding [2]  136/7 154/3
Sustained [7]  18/15 36/20 113/12 141/25
144/1 168/17 168/22
sweater [1]  31/3
Sweden [1]  134/13
SWIFT [1]  141/12
sworn [2]  3/18 116/24
Sykes [9]  11/18 11/24 11/25 21/25 22/17
57/16 64/2 78/15 78/16
system [9]  66/21 151/23 151/25 152/18 161/7
161/15 166/20 166/22 166/23
systems [1]  121/13

**T**

table [3]  101/9 124/14 125/21
take [19]  18/13 23/4 29/5 29/17 47/5 47/12
56/25 60/15 64/17 79/21 82/18 85/12 132/25
133/3 152/8 156/15 165/17 167/24 177/20
taken [11]  35/23 49/8 61/25 62/2 62/5 65/2
86/8 98/22 112/20 133/11 180/5
takes [2]  8/23 141/18
taking [4]  11/1 28/8 127/16 160/25
talk [19]  9/19 26/7 27/7 36/10 38/9 48/17
48/22 80/8 87/1 90/13 97/14 97/19 100/20
102/15 136/19 154/4 170/18 178/8 179/21
talked [20]  29/24 30/15 68/12 72/18 87/19
94/23 97/15 98/20 102/11 103/9 104/13
112/22 136/20 143/2 143/11 146/4 159/5
159/14 170/12 170/16
talking [34]  9/3 9/4 9/25 11/2 11/23 11/23
26/12 26/18 26/24 30/16 36/16 58/7 69/14
74/9 76/8 81/18 89/3 91/14 92/18 97/17
99/10 99/10 99/24 103/24 105/17 122/19
140/24 147/14 154/15 154/17 161/24 170/4
171/5 178/17
talks [3]  90/22 90/24 112/18
tall [2]  124/21 144/25
tape [7]  41/13 42/1 42/6 42/13 47/6 52/12
54/2
tape-recording [3]  42/1 42/6 42/13
tapes [3]  2/8 55/20 103/16
tarot [1]  126/19
task [2]  95/21 131/1
tax [12]  99/17 151/23 151/25 152/17 152/18
161/6 161/9 161/15 166/20 166/21 166/23
167/8
taxes [2]  152/9 161/13
Teaching [1]  79/8
technical [1]  5/8
telephone [8]  7/2 39/7 39/16 45/7 90/5 90/8
114/7 128/23
telephonically [1]  94/12
tell [56]  6/21 8/11 9/11 19/12 23/21 24/21
25/14 26/17 26/19 30/1 30/12 35/3 36/6 57/8
61/12 85/25 86/18 86/22 93/20 95/3 110/5

116/5 116/13 116/25 117/10 122/21 122/22
123/13 123/19 124/6 127/5 127/8 127/15
128/10 128/17 128/18 131/3 132/7 135/17
138/12 138/13 146/11 146/12 146/20 147/20
148/6 148/12 151/13 152/23 155/7 158/4
158/5 158/21 170/7 171/2 179/18
teller [3]  121/14 135/5 135/6
tellers [1]  121/7
telling [28]  28/9 86/25 89/25 102/6 107/20
119/5 119/17 122/8 122/21 127/23 127/23
128/1 128/2 130/8 132/13 136/6 138/18
147/24 148/1 148/15 151/4 151/5 156/10
157/9 161/20 162/23 170/20 170/23
tells [1]  8/19
Ten [1]  33/7
term [1]  71/23
terms [3]  71/21 127/6 130/20
terrible [2]  97/7 101/25
testified [4]  82/25 95/23 99/5 116/3
testifies [1]  87/16
testify [5]  87/5 87/10 87/21 113/1 159/9
testimony [10]  42/11 47/13 64/23 66/16 87/1
87/11 114/13 178/4 181/3 181/7
thank [34]  2/16 5/11 43/11 46/13 47/9 47/13
49/6 49/19 58/2 63/19 64/20 64/24 66/8
66/14 80/23 85/15 88/13 89/1 93/17 95/15
96/1 110/25 115/23 116/18 117/5 133/2
133/6 133/9 133/10 133/23 177/14 177/21
177/25 178/7
thankful [1]  164/24
Thanks [1]  65/1
that's [71]
theme [1]  178/19
themself [1]  124/10
themselves [1]  164/8
there's [10]  34/22 73/12 83/5 83/9 87/12 93/2
115/17 126/9 153/14 176/18
thereafter [1]  13/8
therefore [2]  4/15 10/24
they'll [4]  2/14 55/11 106/20 106/22
they're [3]  2/13 76/14 86/19
They've [1]  70/6
thing [12]  9/6 9/7 10/22 35/4 37/10 47/25
48/1 58/5 149/9 152/11 155/3 160/5
things [38]  5/20 9/13 18/21 25/3 25/4 30/11
67/16 67/23 82/16 94/18 98/24 101/16 103/1
103/17 103/19 103/20 104/1 114/2 115/14
115/15 119/20 127/14 127/15 127/16 127/18
127/23 128/15 131/9 131/10 132/18 147/2
150/13 150/13 153/9 161/25 162/21 163/7
165/8
think [78]
thinking [4]  8/13 36/17 158/17 170/4
third [4]  58/5 72/7 136/12 136/13
those [32]  6/10 6/12 6/15 13/16 22/15 25/1
25/14 29/12 39/5 39/7 39/23 40/1 40/17
40/24 46/17 64/4 67/14 89/20 90/13 94/18
95/9 95/10 96/18 105/22 105/24 108/21
131/10 142/12 143/18 161/3 174/9 174/13
though [7]  35/8 62/6 143/11 161/19 164/19
168/5 171/5
thought [38]  8/20 17/3 17/4 26/3 28/10 35/24
48/5 48/8 69/8 70/16 77/6 94/25 107/6 113/6
127/18 127/20 127/21 128/24 131/22 134/18
134/19 137/22 138/25 152/16 152/20 152/23
152/24 155/23 156/20 161/22 165/4 166/5
167/21 167/22 169/21 170/7 170/9 175/9
thoughts [1]  10/21
thousand [22]  7/15 7/17 8/14 10/15 10/17
11/4 11/6 11/9 12/1 12/4 12/13 13/6 13/10

13/11 13/12 13/15 13/18 15/12 16/7 17/21
59/1 60/7
three [10]  82/1 93/7 102/17 117/18 119/9
128/8 143/21 150/7 174/12 174/25
throes [1]  24/10
through [16]  9/4 28/7 30/16 37/11 60/15
61/20 76/17 78/23 101/23 113/18 115/3
115/4 148/23 148/25 149/7 173/22
throughout [1]  178/19
Thursday [2]  115/2 115/8
timeframe [1]  18/12
times [27]  6/17 7/9 7/10 33/1 45/11 85/24
89/6 89/12 89/19 89/20 94/23 95/13 102/17
120/23 143/4 143/21 147/9 147/23 147/25
148/2 148/3 150/7 151/19 152/16 161/18
170/16 173/16
today [6]  30/21 50/6 51/11 68/25 105/22
114/14
together [16]  19/2 76/1 76/6 76/9 94/23
94/24 99/7 105/14 128/13 137/1 137/17
152/14 161/25 163/8 173/19 178/24
told [85]
told -- 1 [1]  87/18
tomorrow [7]  177/18 177/24 178/3 178/5
179/1 179/7 180/4
too [7]  12/21 16/20 16/20 19/4 68/9 100/20
168/11
took [12]  29/8 29/18 29/21 31/13 31/19 32/21
32/22 77/8 143/7 143/21 150/12
top [2]  31/2 174/11
topic [1]  121/19
tort [3]  70/15 70/20 70/22
Torts [1]  70/13
total [6]  60/14 62/25 83/22 109/9 157/18
173/23
totaling [1]  175/17
touch [5]  8/15 91/11 91/13 135/25 159/1
tournament [1]  36/15
toward [1]  93/23
towards [1]  134/10
trace [1]  61/8
track [2]  30/11 160/10
training [2]  69/20 74/15
transaction [1]  176/25
transactional [1]  66/25
transactions [4]  67/2 70/18 157/1 175/21
transcribe [1]  42/25
transcript [30]  1/11 41/12 41/22 41/25 42/2
42/4 42/8 42/12 42/12 42/15 43/1 43/5 43/7
44/23 46/16 46/19 46/25 50/23 52/10 52/14
53/19 54/1 54/21 54/24 55/3 55/8 55/9 55/13
129/10 182/10
transcripts [9]  40/16 41/2 44/7 44/10 44/13
47/8 50/15 51/16 51/18
transfer [7]  15/23 141/11 141/19 177/9
177/10 177/10 177/11
transferring [2]  16/1 176/11
transfers [4]  141/19 142/7 142/12 175/20
translate [1]  118/15
trap [1]  91/8
trial [6]  1/11 88/9 91/21 113/22 178/19
179/11
tribunals [1]  68/5
tried [4]  58/17 86/3 109/14 154/9
tries [1]  67/8
trip [1]  135/11
trouble [3]  105/11 122/17 154/1
true [3]  40/2 100/10 127/24
trust [17]  62/7 71/2 71/4 73/11 99/17 99/18
99/19 99/23 99/24 99/25 100/1 100/3 100/4

# T

trust... [4] 100/4 100/6 100/8 100/12
trusted [2] 73/21 153/5
trustee [3] 99/18 99/21 100/7
trustees [1] 100/5
trusts [1] 71/3
try [21] 58/18 68/7 80/1 89/15 91/19 92/11
103/13 107/20 107/21 108/2 109/17 109/18
109/19 116/25 127/10 149/9 154/14 156/22
169/10 172/4 173/18
trying [18] 2/8 5/9 10/20 15/20 17/12 69/9
74/14 86/5 91/8 91/10 98/25 98/25 103/12
103/15 103/16 106/15 121/2 136/8
turn [1] 39/23
twenties [1] 128/25
Twenty [1] 45/25
Twenty-seventh [1] 45/25
twice [1] 149/8
two [37] 2/11 6/9 13/16 21/25 22/13 26/9
35/21 46/10 62/23 66/22 67/22 81/12 82/1
82/3 85/2 92/12 98/24 102/17 102/21 105/5
109/9 118/8 119/15 119/20 124/12 136/10
136/25 141/18 147/9 151/11 151/19 156/25
168/2 170/16 174/12 175/12 177/8
type [14] 67/1 69/20 78/10 101/3 106/10
106/24 110/15 120/21 120/22 120/24 120/25
121/2 122/2 137/25
typewritten [1] 41/25

# U

U.S [7] 140/24 141/1 154/18 158/6 168/12
171/15 177/2
U.S.C [1] 88/12
uh [5] 73/25 79/22 103/1 142/14 170/1
uh-huh [5] 73/25 79/22 103/1 142/14 170/1
ultimately [3] 138/23 148/13 150/21
unable [1] 7/9
under [8] 5/13 28/9 49/20 66/6 71/20 83/23
102/7 133/14
underneath [1] 17/7
understand [10] 4/3 4/6 63/19 69/14 72/20
87/6 107/5 147/19 159/18 179/17
understanding [12] 6/14 7/6 12/5 12/7 16/8
21/10 21/13 23/14 23/15 63/25 95/13 134/4
understands [1] 46/19
understood [2] 87/17 172/1
undertaker [1] 98/22
unfortunately [2] 160/11 160/13
unique [1] 123/17
UNITED [14] 1/1 1/3 1/13 1/17 27/10 28/18
28/19 116/20 125/15 125/24 140/24 143/17
159/15 172/16
university [5] 69/21 69/23 69/25 70/2 70/4
unless [1] 43/6
unreliable [1] 42/16
until [10] 26/20 72/8 79/15 91/9 91/16 97/24
98/1 105/16 109/4 177/18
upon [3] 15/25 44/25 76/15
upset [3] 33/2 109/14 163/3
upstairs [2] 29/21 29/22
us [14] 19/7 81/12 88/12 91/19 110/5 110/5
110/20 116/25 117/2 122/21 122/22 124/6
127/8 132/7
USA [1] 15/7
used [19] 9/13 24/13 69/11 71/13 73/19
74/17 77/10 103/1 113/9 136/3 148/12
148/14 154/4 154/8 155/2 160/22 160/23
169/24 169/25
using [5] 68/22 77/25 85/20 106/13 113/5

---

usual [1] 154/25
usually [1] 136/20

# V

vacation [2] 119/8 119/13
valuable [1] 132/1
various [5] 56/21 67/1 67/2 70/8 115/14
vehicles [2] 3/3 129/9
venture [1] 76/9
very [82]
via [1] 176/22
vicinity [1] 83/17
victim [2] 38/21 38/22
video [1] 47/20
view [10] 3/4 3/11 3/15 3/20 4/1 4/4 4/5 4/15
50/23 60/2
visit [7] 27/4 27/4 27/7 132/7 173/7 173/8
173/9
visiting [1] 76/14
vitro [5] 79/18 98/17 99/14 100/17 101/19
Vivian [15] 12/16 129/10 142/11 157/4 157/6
157/8 157/10 175/14
voice [8] 40/19 40/21 51/2 170/19 170/21
170/21 170/22 170/24
voicemail [2] 169/11 169/12
Volume [1] 1/10

# W

wait [4] 33/7 48/12 65/12 177/18
waiting [6] 5/8 30/14 33/5 130/22 130/25
133/15
wake [1] 162/16
waking [1] 164/6
walk [2] 85/21 122/21
walked [2] 96/21 122/24
Walker [10] 5/16 5/19 14/25 45/5 66/6 66/11
66/13 75/15 116/3 181/3
Walker's [1] 57/23
want [31] 2/9 11/20 12/21 16/15 17/5 24/19
25/5 26/5 26/6 26/6 33/2 41/17 47/16 48/17
48/18 48/24 56/16 85/21 86/21 103/25
137/12 137/22 138/24 139/24 141/23 152/13
158/8 162/23 147/11 175/20 179/1
wanted [28] 16/19 17/25 18/8 25/22 27/19
27/20 29/25 30/1 30/2 30/3 34/21 47/24
73/14 77/23 91/15 93/19 94/3 97/14 100/15
103/10 104/5 108/22 134/16 135/24 146/24
152/14 166/22 166/24
wanting [4] 38/9 79/2 103/19 139/6
warrant [7] 2/13 2/18 3/2 3/3 3/18 3/23 4/1
wasn't [37] 3/5 3/20 7/1 7/4 10/22 19/4 20/25
22/14 24/1 24/10 26/22 34/12 34/12 35/3
35/12 38/23 68/9 69/8 71/8 74/5 76/17 79/7
80/5 81/14 84/15 91/7 95/6 99/15 100/13
100/14 102/3 108/23 109/13 114/9 115/9
143/24 161/16
waste [1] 163/8
watch [2] 6/4 116/18
Watts [2] 92/24 94/9
we'll [18] 4/17 47/8 47/13 48/16 48/16 64/19
64/23 65/1 85/14 86/22 87/23 88/12 88/14
133/5 142/12 177/24 178/4 180/3
we'll -- I [1] 48/16
we're [26] 2/4 2/7 2/8 4/21 5/11 5/19 8/10
11/2 15/21 49/11 56/9 65/4 68/21 81/18
86/12 87/4 103/1 106/12 122/19 129/7
133/15 142/20 169/13 178/17 178/20 179/6
we've [5] 19/20 105/22 143/11 163/7 178/21
weak [1] 159/22
wealthy [1] 156/4

---

wear [1] 67/14
wearing [5] 6/6 6/7 6/8 31/2 36/1
wedding [1] 6/4
week [13] 30/8 45/11 65/24 88/18 102/17
107/21 115/2 115/2 119/15 136/10 136/12
156/22 156/23
weekend [1] 5/10
weekends [1] 145/11
weeks [4] 119/16 137/3 156/18 158/18
Weiselberg [1] 1/20
Welcome [5] 5/7 49/23 66/4 88/22 133/20
well [99]
went [30] 9/22 33/15 34/8 38/6 47/19 48/3
56/18 69/23 70/15 82/20 91/2 96/20 96/23
97/2 97/14 98/23 101/6 101/10 104/6 104/13
104/14 104/17 115/3 115/4 121/3 122/5
124/12 135/2 140/1 140/2
weren't [10] 24/15 76/10 97/25 98/13 99/19
100/7 103/18 106/24 108/14 111/7
West [2] 1/7 1/24
what's [19] 11/11 14/9 18/2 20/11 23/2 31/17
43/6 45/23 59/15 60/24 63/13 68/24 78/14
110/2 110/18 124/23 125/22 141/2 172/11
whatever [6] 17/25 53/2 73/18 94/2 127/7
134/15
where [41] 24/9 27/7 35/10 39/9 39/13 56/12
63/7 77/14 86/25 88/12 93/13 96/18 99/7
100/24 104/4 105/25 106/18 107/16 107/19
108/19 117/10 119/7 120/1 120/5 124/13
130/4 131/23 132/17 139/13 148/21 149/18
149/24 153/21 155/22 160/3 162/17 164/11
164/21 165/20 166/24 167/7
Where's [1] 4/25
wherever [1] 9/5
whether [22] 12/10 21/1 27/22 35/2 37/3
38/10 42/8 44/24 48/4 49/1 50/24 52/13 54/2
91/2 128/16 139/9 142/24 142/25 146/20
157/12 162/15 178/23
while [7] 70/7 86/20 102/17 104/13 104/19
115/18 141/18
whilst [1] 98/21
white [1] 29/7
who's [2] 67/7 93/1
whole [3] 9/16 35/4 101/15
whom [3] 23/12 59/19 142/7
whose [2] 101/5 152/8
why [37] 7/19 9/11 12/7 13/10 16/3 16/23
17/1 21/13 21/16 22/7 22/21 23/17 25/7
25/16 26/2 34/24 37/15 56/9 62/15 64/15
65/17 65/20 65/21 87/4 121/1 121/17 132/25
134/10 137/21 141/20 142/2 144/20 150/10
173/24 179/16 179/15 179/19
wide [2] 144/18 145/4
wife [37] 9/16 99/8 102/1 102/6 117/16
117/18 117/19 117/20 117/22 118/1 119/9
119/10 119/12 119/22 127/12 127/16 131/10
132/13 132/13 135/15 135/18 135/19 139/4
139/7 139/16 139/19 145/14 145/21 145/24
146/14 146/17 148/18 150/16 150/22 152/14
155/19 162/19
wife's [2] 75/20 139/25
Wigs [1] 67/16
willing [1] 8/17
willingness [1] 87/11
win [1] 148/9
wire [4] 157/1 157/5 159/4 175/20
wired [1] 161/19
wires [2] 157/3 159/5
wish [3] 58/20 58/21 96/8
witch [8] 11/21 17/4 63/22 63/25 64/1 78/3

## W

witch... [2]  78/4 78/5
witchcraft [1]  78/9
witchy [1]  78/10
witchy-type [1]  78/10
Withdrawn [1]  113/13
within [6]  21/14 70/23 83/13 100/25 103/17 109/23
without [21]  31/25 32/16 32/17 40/10 41/15 44/5 44/20 46/20 50/18 52/9 52/18 53/22 55/11 110/5 110/12 112/12 125/6 126/3 129/14 148/18 172/24
witness [14]  4/25 5/16 31/5 43/15 45/1 49/15 65/11 65/23 86/1 86/1 86/11 93/21 115/11 116/24
woman [37]  9/8 10/19 10/21 10/25 11/17 11/18 11/21 11/23 11/24 12/15 17/3 18/3 21/18 21/19 21/24 22/4 22/6 22/7 25/4 25/9 28/8 35/2 112/19 124/18 134/1 135/16 138/3 138/5 138/6 138/12 138/14 142/17 165/21 165/22 165/23 167/14 175/10
woman's [2]  57/16 138/4
won't [1]  179/18
wonder [1]  162/15
wondered [1]  113/23
wonderful [1]  132/23
words [3]  124/2 127/9 158/2
wore [1]  36/3
work [54]  8/17 8/17 10/24 10/25 12/15 17/3 18/1 18/2 18/3 18/13 20/1 20/2 21/17 22/1 22/4 22/23 23/22 24/11 24/18 24/21 30/4 30/4 30/12 36/9 57/9 57/19 63/22 66/17 67/4 74/8 77/17 77/18 77/19 77/19 82/19 103/11 106/10 109/17 118/3 118/4 118/11 119/20 130/15 137/1 137/3 137/6 137/17 141/7 142/20 145/18 157/13 157/15 160/7 163/9
worked [3]  35/1 78/13 86/4
working [14]  2/9 24/10 39/18 77/16 78/18 95/18 95/18 95/20 95/21 96/4 98/24 128/12 139/5 169/25
works [2]  106/18 151/23
world [2]  143/6 148/16
worn [1]  6/9
worry [1]  12/24
worst [1]  61/20
worth [3]  26/3 48/21 94/2
wouldn't [12]  4/2 25/21 34/1 34/1 68/7 73/19 74/10 103/6 111/9 137/17 137/23 163/9
writes [1]  94/18
writing [1]  178/24
written [5]  76/22 99/14 99/15 110/18 178/14
wrong [5]  48/11 66/20 76/23 87/12 115/17
wrote [5]  20/25 24/6 24/17 63/18 69/2

## Y

yeah [72]
year [21]  13/8 13/9 16/22 26/22 28/21 30/9 59/23 60/17 61/14 62/22 68/23 82/19 92/15 117/24 117/24 151/24 152/17 152/21 153/16 153/17 161/15
years [19]  30/9 33/7 33/8 62/1 92/12 117/21 118/2 118/25 119/23 121/25 129/4 130/7 130/15 137/24 161/9 166/1 167/25 168/2 174/7
yes [442]
yet [5]  4/20 74/16 83/6 161/16 174/11
York [10]  34/12 112/15 119/6 119/14 120/4 122/6 122/16 122/18 165/20 168/7
Yorkshire [1]  69/23

you'd [3]  20/6 66/12 85/19
you'll [4]  68/22 69/14 98/8 107/17
you're [24]  5/13 9/1 11/23 11/23 26/24 34/23 42/7 49/20 50/23 54/1 57/10 66/6 67/25 83/10 86/6 86/7 88/1 101/3 111/15 111/16 119/10 133/14 147/5 178/2
you've [8]  15/12 25/10 33/9 42/11 46/4 115/19 129/17 143/12
young [2]  75/22 78/2
yourself [3]  103/17 120/10 128/2