```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                       Case No. 11-80072-CR-MARRA
 3
     UNITED STATES OF AMERICA,     )
 4                                 )
          GOVERNMENT,              )
 5                                 )
          -v-                      )
 6                                 )
     ROSE MARKS,                   )
 7                                 )
          DEFENDANT.               )   West Palm Beach, Florida
 8                                 )   September 4, 2013
     _____)
 9

10                    Volume 7, Pages 1 - 219

11             TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12          BEFORE THE HONORABLE KENNETH A. MARRA

13                UNITED STATES DISTRICT JUDGE

14

15   Appearances:

16   FOR THE GOVERNMENT          Laurence M. Bardfeld, AUSA, and
                                 Roger H. Stefin, AUSA
17                               United States Attorney's Office
                                 500 East Broward Boulevard
18                               7th Floor
                                 Fort Lauderdale, FL 33301
19
     FOR THE DEFENDANT           Fred A. Schwartz, ESQ.
20                               Kopelowitz, Ostrow, Ferguson
                                 Weiselberg, Keechl
21                               700 South Federal Highway,
                                 Suite 200
22                               Boca Raton, FL 33432

23   Reporter                    Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768               Official Court Reporter
24                               701 Clematis Street
                                 West Palm Beach, Florida  33401
25                               E-mail:  SFranklinUSDC@aol.com
```

```
 1        (Call to the order of the Court.)

 2             THE COURT:  Good morning, everyone.  Please be

 3   seated.

 4             We're back on the record.  Ms. Marks is present

 5   with counsel.

 6             We ready to bring the jurors in?

 7             MR. SCHWARTZ:  Yes, Your Honor.

 8             MR. STEFIN:  Yes, Your Honor.

 9             THE COURT:  All right.  Let's bring the jurors in.

10             If we could have our witness come back up.

11             Good morning, sir.  You're still under oath.  Thank

12   you.

13        (The jury enters the courtroom, after which the following

14   proceedings were had:)

15             THE COURT:  Good morning, everyone.  Welcome back.

16   Please be seated, ladies and gentlemen.

17             Before we begin, has anyone read or heard anything

18   about the case since we were last together?

19             Okay.  All right.  Mr. Schwartz, you may

20   cross-examine.

21             MR. SCHWARTZ:  Thank you, Your Honor.

22   Jacob Soendergaard, Government's witness, resumed the stand.

23                        Cross-examination

24   BY MR. SCHWARTZ:

25   Q    Good morning.
```

1    A    Good morning.

2    Q    Did you have a good evening?

3    A    Yes.

4    Q    What did you talk about with witness Nana Adae when you

5    had dinner last night with her?

6    A    We didn't discuss the case at all.  We just --

7    Q    Nothing about what happened in the courtroom or anything

8    like that?

9    A    No, nothing.

10   Q    And we're not following you around.  Just, my paralegal

11   is staying there also.

12   A    Yeah, that's fine.

13   Q    You testified on your direct examination that you're a

14   spiritual person?

15   A    Yes.

16   Q    And, as a matter of fact, when you were dealing with the

17   lady I'm going to call Vivian so that the jury's not

18   confused --

19   A    Okay.

20   Q    When you were dealing with Vivian, at one point you

21   talked about opening some sort of spiritual business in

22   Denmark, didn't you?

23   A    Yes.

24   Q    And you wanted her to come there and, at least

25   part-time, and help you with it; is that right?

```
 1    A    Not as far as I remember, but I talk with her about she
 2    could come and visit me and see the things.
 3    Q    Okay.  And what type of business were you going to open?
 4    A    It was going to be a healing business.
 5    Q    Okay.  And I have to ask you to try to speak loud so
 6    everybody in the courtroom can hear you.  The acoustics are
 7    bad, and right here I have a problem hearing.  Might be old
 8    age, but . . .
 9         It was a healing business?  I'm sorry, I don't know
10    what that is.
11    A    That is where people come in and you heal people.
12    Q    Is it sort of like laying hands on people?
13    A    Yes.
14    Q    A number of religions do that also, right?
15    A    Maybe.
16    Q    Okay.
17    A    I'm not religious, so I don't know.
18    Q    Okay.  But you believe in higher beings, right?
19    A    Yes, I do.
20    Q    You just don't believe in organized religion?
21    A    Well, it's fine that there are organized religions, I --
22    it just does not fit for me.
23    Q    I understand.
24    A    Yeah.
25    Q    And you believe in communicating with higher beings,
```

```
 1   right?

 2   A    Yes.

 3   Q    And without getting into any religion or particular

 4   religion, religions also are about communicating with a

 5   higher being.

 6   A    Yes.

 7   Q    And did you talk with Vivian about that?

 8   A    About religion?

 9   Q    About communicating with spirits or higher beings.

10   A    Yes.

11   Q    And did she seem to be able to do that?

12   A    Yes, in the beginning I thought so.  The way I see it

13   now is that she lied about a lot of things, so now I'm not

14   quite sure about it, because she lied about her name and her

15   age and her relationship with her spiritual mother, and that

16   she had been married, and that she had had a child.  So I

17   can't say yes anymore, but in the beginning I thought yes.

18   Q    Well, she lied about her age.  She told you her age was

19   33.

20   A    Yes.

21   Q    Is that a significant number or age in spiritualism?

22   A    Not of my knowledge.

23   Q    Isn't that supposed to be the age that Christ was when

24   he passed away, when he was crucified?

25   A    Perhaps.  Yeah, probably.  I don't know, actually.
```

1    Q    Okay.  Now, when you were meeting or talking with Vivian

2    when you first met her and subsequent to that, you were

3    seeking her help with certain things; is that right?

4    A    Yes.

5    Q    Primarily, you felt you were in a bad marriage, and you

6    almost were seeking counseling as to what to do or how to get

7    out of that marriage; is that right?

8    A    No, not how to get out of it at that point.  Just to

9    see -- actually, when I met her, when I came to her the first

10   time, I wanted to save my marriage, and seeking help in that

11   direction.

12   Q    Okay.  And when did you meet your current wife?

13   A    I met her two years earlier in some spiritual healing

14   courses.

15   Q    Okay.  And were you seeing her already when you went to

16   New York and met Vivian?

17   A    Only at this spiritual courses.

18   Q    So you had an emotional relationship with her but not a

19   physical relationship at that time?

20   A    It just depends what you mean by emotional.  We saw her

21   at the courses, but nothing else.

22   Q    Okay.  And then you met with Vivian, you talked to her

23   about your marriage and other things, and there came a point

24   where you felt you should get a divorce?

25   A    Yes.

```
 1   Q    At that time, did you have a more advanced relationship
 2   with your current wife?
 3   A    No, we only had the relationship that we shared this
 4   spiritual interest very much, and nothing else.
 5   Q    Okay.  At what point did you send Vivian the card with
 6   the picture of you and your current wife thanking her for the
 7   work that she has done or was doing for you?
 8   A    You mean what time it was or --
 9   Q    About what date or what period?
10   A    I think it was -- it was autumn 2008.  I can't remember
11   the date.
12   Q    And you met Vivian when?
13   A    I met her in summer, in July 2008.
14   Q    So maybe it was October of 2008 or November?
15   A    Yeah, it could have been like that, yes.
16   Q    So by that time, at least, you were taking a picture
17   with the lady who's now your wife; is that right?
18   A    Yes, that's right.
19   Q    And during the time that you were with Vivian before you
20   got upset about the money, you were happy with the services
21   she was providing you, weren't you?
22   A    Yes.  She was getting like a friend to me, and she
23   helped me, because she was the only one I felt I could speak
24   about my marriage situation and also my spiritual path, yes.
25   Q    Maybe you can explain to me -- withdrawn.
```

1            Vivian told you you would get your money back that

2    you were giving her; is that correct?

3    A     Yes.

4    Q     But not from her.  You would get it back 10 times over

5    from some other source; is that correct?

6    A     Yes, except from the part where my parents' money.  But,

7    yes, the other parts, yes.

8    Q     And the other source that you would get the money back

9    10 times over from was either being successful in the

10   business you were in or the new business you were going to

11   open?

12   A     Yes.

13   Q     Or maybe winning the lottery or --

14   A     Yes, that was -- yes, like that.  She wasn't that

15   specific about it.

16   Q     But as to that money, she wasn't promising to return it

17   to you?

18   A     No.  Not the sacrifices, no.

19   Q     And the money from your parents, at some point she told

20   you she couldn't return it to you; is that right?

21   A     Yes, in the beginning she said that she could clean them

22   and at the end she said she couldn't, so, yes.

23   Q     You talked about a lady named Nancy Marks who had a

24   criminal case in Colorado.

25   A     Yes.

1   Q    Did you later determine that that was not the Nancy

2   Marks you knew?

3   A    Yes, I did.  I can't remember exactly when, but it -- it

4   was maybe when I was called by Charlie when I realized that

5   Nancy Marks was not the Nancy Marks in Colorado.

6   Q    Okay.  So we can sort of strike the Colorado thing from

7   our minds and forget about it, because it had nothing to do

8   with the case; is that right?

9   A    Yes, you can say that, but it's still connected, but,

10  yeah.

11  Q    Connected only because that eventually brought you to

12  Charlie Stack?

13  A    No, connected in the way that I made this phone call

14  to -- now I call her Vivian -- to, in my way, giving her a

15  chance to pay the money back, because then I knew or thought

16  a Colorado officer may be calling me, but . . .

17  Q    So you were saying give me the money back or you may get

18  in trouble criminally?

19  A    Well, I didn't put it that way, but, yeah, I --

20  Q    You did it in a nicer way.

21  A    I did, yes.  I gave her this chance to -- it would be a

22  better case for her if, you know, if she got involved with

23  the police.

24  Q    Now, let's talk about this fellow who you called

25  Charlie.

```
 1   A     Yes.

 2   Q     What's his name?

 3   A     Charlie Stack.

 4   Q     And he was at that time a Fort Lauderdale detective?

 5   A     Yes.

 6   Q     And he was also deputized and working on a task force

 7   regarding this case with the Secret Service?

 8   A     Yes, probably.  He was working on the case.  He didn't

 9   say task force or something, but, yes, he was working on the

10   case.

11   Q     And he was sort of deputized to the federal government

12   for the case?

13   A     Yes.

14   Q     He told you that, right?

15   A     Yes, he would -- the part I'm not clear about you said

16   the federal government.  But, yes, he told me he was from the

17   government, and they were working on the case, yes.

18   Q     Now, when did you first speak to Mr. Stack?

19   A     As far as I remember, it was summer 2011.

20   Q     Okay.

21   A     I cannot remember the exact month, but perhaps May or

22   June or something.

23   Q     And did you only have one conversation with him?

24   A     No, I had some conversations, because the first one he

25   rang me when I was in my car with my kids, so I couldn't
```

1    really -- you know, I could just listen.  So -- and then

2    afterwards we talked several times, couple of times, but,

3    yeah.

4    Q    Would it be fair to say that you spoke to him at least

5    six or seven times?

6    A    Yeah, I would say between four and seven times.

7    Q    And did you -- in your first conversation, did he say,

8    Jacob or called you Mr. Soendergaard?  How do I pronounce

9    your last name?

10   A    Yeah, Soendergaard.

11   Q    Soendergaard?

12        Did he say you're a victim of a scam?

13   A    No, he -- at first, he asked me if I had been doing some

14   money transfer, because that's how they got on track on me,

15   and then I told him yes, and then the next day or something I

16   told him in more details what happened.

17   Q    Okay.  Did he ever tell you that you were a victim?

18   A    I can't remember if he said I was a victim.  He said

19   that -- he explained to me that they were on this case, and

20   they could see that I have transferred this money, and I

21   can't remember if he said I was a victim, but . . .

22   Q    Did he tell you that they intended to seize all of the

23   assets they could find from these people, and that you could

24   get some of your money back from those assets?

25   A    No, he didn't -- he didn't promise me any money back, he

1    just said they were on this case, and they want to get in

2    touch with the people who was involved in it, and he also --

3    at one point he asked me if I was able to testify, if

4    necessary, in this case.

5    Q    Okay.  And did you review your story with him a couple

6    of times?

7    A    Yes, because in the beginning it was -- I put it away,

8    so I just gave him a short briefing, and later on I went into

9    more details.

10   Q    Okay.  Over two or -- over the series of conversations?

11   A    Yes.

12   Q    And you exchanged e-mails with him also, didn't you?

13   A    Yes.

14   Q    And did there come a time when the Government sent you a

15   form telling you that if you were a victim, you might be

16   entitled to compensation?

17   A    No, not as far as I remember.

18   Q    You didn't get that form with a subpoena to appear?

19   A    No, not as far as I remember.

20   Q    Okay.  Now, when you met in person with Vivian and --

21   first, you met Nancy Marks; is that right?

22   A    Yes.

23   Q    And what name did she tell you?

24   A    She told me her name, Nancy Marks.

25   Q    Okay.  And then she introduced you to Vivian Marks, and

```
 1    Vivian told you her name was Joyce Michael?

 2    A    Yes.

 3    Q    And that made sense to you, didn't it, because outside

 4    on the shop, the name Joyce Michael appeared, right?  On the

 5    sign?

 6    A    Actually, I do not remember the sign in details, but she

 7    gave me her business card, and so it made sense to me.

 8    Q    Okay.  And the business card had a phone number on the

 9    front, (212)750-4334 -- I'm sorry, 4634; is that right?

10    A    I can't remember, but it's probably right.

11    Q    Let me help.

12              And this is a copy, this is not the original.  But

13    is that referring to what the Government has marked JS07, is

14    that the business card?  A copy of the business card?

15    A    Yes.

16    Q    And on the back of the card, somebody wrote a cellphone

17    number; is that correct?

18    A    Yes.

19    Q    That's JS08; is that right?

20    A    Yes.

21    Q    And that is the number plus one, which is for

22    international calling to the U.S.?

23    A    Yes.

24    Q    And (818)430-9299?

25    A    Yes.
```

1    Q    And those were the two numbers that you got from Nancy

2    or Vivian; is that right?

3    A    Yes, from Vivian.

4    Q    Okay.  Did they ever give you any other numbers?

5    A    Yes.  During the time when I spoke with Vivian she

6    changed her cellphone number a couple of times, so she gave

7    me a new number.

8    Q    Do you remember that number?

9    A    Not right here.  I think I have it back in Denmark, and

10   perhaps I e-mailed them to Charlie or something.

11   Q    Was it -- do you remember the area code?

12   A    No, sorry, I don't.

13   Q    Okay.  Did anybody give you any other numbers relative

14   to this case?

15   A    No.

16   Q    Charlie didn't give you a number and said try to call

17   this and see what you get?

18   A    No.

19   Q    Okay.  At any time did you call Rose Marks?

20   A    No, never.

21   Q    Did you ever meet Rose Marks?

22   A    No, I didn't.

23   Q    Okay.  Never had any conversations with her?

24   A    No.  Vivian, she told me at one point that I was going

25   to have a conversation with a Rose.  She didn't mention

```
 1   Marks, but Rose; and but it never happened.
 2   Q    And did you ever give any money to Rose Marks?
 3   A    No, not -- only the names that we go through yesterday.
 4   Q    So you had nothing to do with Rose Marks?
 5   A    Only that the name Rose was mentioned a couple of times.
 6   But, no, not like Rose Marks.
 7   Q    Now, when you called Vivian that time to sort of induce
 8   her to pay you your money back, did you mention anything
 9   about a spiritual tree or something of that sort?
10   A    No, not as far as I remember.
11   Q    Did you make references in your conversation with her to
12   some sort of spiritual tree?
13   A    Earlier on I had mentioned about a spiritual tree, but I
14   do not recall it was in that conversation.
15   Q    Nancy -- I'm sorry, Nancy Marks referred to Vivian or
16   Joyce Michaels as her spiritual sister.  Is that a term often
17   that you've encountered before?
18   A    No, actually not.
19   Q    Okay.  In religious orders do you know if nuns refer to
20   other nuns as their spiritual sisters?
21   A    Oh, yes, yes.  I've heard that, yes.
22   Q    And are you aware that, in fact, Nancy Marks is Vivian
23   Marks' mother?
24   A    Yes, I've been aware of that since, you know, later on.
25   Q    Now, Mr. Stack eventually, after many conversations with
```

```
 1    him that we've talked about, did a affidavit that he sent to
 2    you to review and check; is that right?
 3    A    Yes, that's right.
 4    Q    And that was basically a summary of your conversations
 5    with him?
 6    A    Yes, but I made some corrections in it and mailed it
 7    back to him.
 8    Q    And you signed that on or about May 1st, 2011; is that
 9    correct?
10    A    Yeah, that's correct.
11    Q    And it was witnessed by Dina Kristina -- I'm going to
12    pronounce it wrong -- Kesic.
13    A    Yes.
14    Q    Could you spell her name for the court reporter?
15    Because he's going to ask me and I can't do it.
16    A    Yes, Dina is D-i-n-a, Kristina is K-r-i-s-t-i-n-a, and
17    her surname is Kesic, K-e-s-i-c.
18    Q    I would have said that was an "L," but okay.
19              And that was in May.  You had been talking to
20    Charlie Stack since what, March?
21    A    Yeah, it must have been like in April, perhaps March.  I
22    thought it was May or June, but, yeah, a couple months
23    earlier.
24    Q    When you signed this affidavit?
25    A    Yeah.
```

1  Q    You also had a meeting in 2012 with some of the agents

2  in the case; is that right?  Telephone meeting.

3  A    Yes, yes.

4  Q    Do you remember who you spoke with then?  Let me refresh

5  your memory, make it easier.

6  A    Yeah.

7  Q    On or about November 19th, 2012, did you have a

8  conversation with Beth Watts, this lady right here;

9  Mr. Stefin; and Mr. Bardfeld?

10 A    Yes.  Actually, I cannot remember the names at that

11 time, but of course I know them now, but it seems right, yes.

12 Q    And did they again interview you regarding what happened

13 in this case?

14 A    Yes.

15 Q    Did you have any other conversations or interviews with

16 any of them before that conversation on November 19th, 2012?

17 A    Not as far as I remember.

18 Q    Okay.  And afterwards?

19 A    I've been talking to them afterwards, but I think that

20 was the meeting where we went through the details, yes.

21 Q    Other conversations after that involved coming in to

22 testify, airfare, hotel, things like that?

23 A    Yes, mainly that, yes.

24         MR. SCHWARTZ:  May we approach for a moment, Judge?

25         THE COURT:  Yes.

```
 1          (The following proceedings were held at sidebar:)
 2          MR. SCHWARTZ:  Forgive me for being repetitious.  I
 3   would note that the only reports of interview that I got
 4   regarding this witness was a summary affidavit that I
 5   referenced that was signed on or about May 1st, 2011, and the
 6   report of interview with Mr. Stefin, Mr. Bardfeld, and
 7   Ms. Watts in November of 2012.  There were obviously
 8   another -- a number of other interviews.
 9          I am not able to cross-examine him effectively as
10   to what, if anything, he said to Mr. Stack during all of
11   those other interviews because I've gotten no reports of
12   those interviews and the notes of those interviews, which is
13   a -- virtually the same thing that was criticized in the
14   Skilling case at 554 F.3d 529, Fifth Circuit, 2009.
15          I've asked for notes or other documents regarding
16   those interviews, and they haven't been turned over to me.
17   They perhaps do not exist.
18          MR. STEFIN:  We've turned over everything that we
19   have in terms of interviews with this witness.  If Mr. Stack
20   was questioned, he would explain that his technique was to
21   talk to witnesses, and over -- if it took multiple times,
22   he'd gather information, put it into a summary, what he
23   called an affidavit, which he would then send over to the
24   witness, they would go through it to see if it was accurate.
25   So that may take multiple conversations.
```

```
 1            And then ultimately when it was to the witness'
 2    satisfaction, the witness would sign it.  So he wasn't
 3    keeping a log or diary of every contact with witnesses.
 4    Neither was Ms. Watts, and neither was I or Mr. Bardfeld, but
 5    our communications with this witness have been, to my
 6    knowledge, accurately portrayed by this particular witness,
 7    other than the fact that I spoke to him a day or two before
 8    his testimony.
 9            MR. SCHWARTZ:  I'm not criticizing Mr. Stack or
10    Mr. Bardfeld.
11            MR. STEFIN:  I don't feel you are.  I just want the
12    Court to know that I've checked.  I doublechecked again with
13    Detective Stack last night.  He didn't keep notes of these
14    contacts, so that's all I can represent at this point.
15            THE COURT:  All right.
16            MR. SCHWARTZ:  Okay.  And I would just for the
17    record note that unfortunately, or whatever, testimonies of
18    witnesses can evolve during courses of interviews, and I am
19    not now, because of the procedure followed by Mr. Stack, able
20    to have those earlier interviews to perhaps impeach him as to
21    whether he was told about Rose or not or anything like that
22    because I'm stuck with Mr. Stack's final summary after at
23    least between four and seven interviews.
24            Thank you, Your Honor.
25            THE COURT:  Thank you.
```

```
 1          (Sidebar conference concluded.)

 2              MR. SCHWARTZ:  May I have one moment, Your Honor?

 3              THE COURT:  Yes.

 4   BY MR. SCHWARTZ:

 5   Q    Just one last area.

 6          You've done spiritual healing; is that right?

 7   A    Yes, I did it for a short while.

 8   Q    And did you get paid for it?

 9   A    Yes, I got paid for it, but I couldn't make a living out

10   of it.

11   Q    And have you ever visited spiritual healers other than

12   yourself?

13   A    Yes, I have.

14   Q    And have they helped heal you in various ways?

15   A    Yes.

16   Q    How does that work?

17   A    It's different from person to person, but they can, for

18   example, put a hand on you and give you some energy helping

19   you clear out some certain areas, for example, on your body

20   or, yeah.

21   Q    Is that energy channeled from somewhere?

22   A    Yes, it's channeled from -- it depends again who is

23   healing you, but I usually say it's channeled from the

24   universe.

25   Q    So there's energy existing in the universe all around
```

1    us, and some people have the ability to channel that energy

2    and use it to help heal other people?

3    A    Yes.

4    Q    Okay.  And you also believe in psychic powers, right?

5    A    Yes.

6    Q    Do you also believe in -- I think you told us in

7    reincarnation?

8    A    Yes.

9    Q    Past lives?

10   A    Yes.

11   Q    And, again, let me go back to religion a minute.  There

12   are a few major religions in the world that are predicated or

13   based on past lives; is that right?

14   A    Yes.

15   Q    Which ones?

16   A    I think that -- I think Buddhism is -- I'm not quite

17   sure because I'm not much into religion, but Buddhism and --

18   Q    Hinduism?

19   A    Yes, like that, in India, yes.

20   Q    And the Hindus believe that you are born in some form,

21   even as an ant, perhaps, or cow, and your spirit progresses

22   each time you're reborn to a higher level; is that right?

23   A    Yes.

24   Q    Until you reach the highest spiritual stage.

25   A    Yes.

```
 1   Q     And that's why they don't step on ants or kill cows, and

 2   let them wander around, et cetera?

 3   A     Yes, yeah.

 4   Q     And have you read books about reincarnation?

 5   A     Only a few.  I don't read much anymore about this.

 6   Q     Did you close your spiritual healing business?

 7   A     Yes, I did.

 8   Q     And did you close the business that you originally had

 9   when you met Vivian?

10   A     Yes, I had to close it.

11   Q     For tax problems?

12   A     Yes.

13   Q     And now you have a new business; is that right?

14   A     Yes.

15   Q     What type of business is that?

16   A     It's the same type of business.  I reopened but in a new

17   company name.

18   Q     All right.  And you do mechanical engineering and work

19   with computers?

20   A     Yes.  And project management, yes.

21         MR. SCHWARTZ:  I have no other questions.  Thank

22   you very much.

23         THE WITNESS:  Thank you.

24         THE COURT:  Thank you.

25         Redirect.
```

```
 1                       Redirect Examination
 2  BY MR. STEFIN:
 3  Q    Mr. Soendergaard, are you familiar with Reiki?
 4  A    Yes.
 5  Q    Is that the type of spiritual healing that you were
 6  talking about?
 7  A    Yes, it actually is.
 8  Q    And you took a course on Reiki and how to do it with
 9  other people?
10  A    Yes.
11  Q    Now, you mentioned during cross-examination that you
12  realized that Vivian had lied to you about a number of
13  things?
14  A    Yes.
15  Q    And you indicated that one of the things she had lied
16  about was that she had told you she was married and had a
17  child?
18  A    Yes.
19  Q    What was the context in which she told you that story?
20  A    It was -- she brought it up in the context when I was
21  going to pay a sacrifice, the first sacrifice, because that
22  was, yeah, every time was very hard for me.  And then she
23  brought it up that she had once been married and had a child,
24  and she had to give up her child, so she only saw it once or
25  twice a year.  So -- and she said that was her sacrifice for
```

```
 1    working a hundred percent with spiritual guides.  And in that

 2    context, she said to me that the money is actually a very

 3    easy sacrifice compared to almost losing your own child.

 4          And she actually also mentioned early on in past

 5    lives a sacrifice could be losing an arm or something.  So

 6    the money, which she meant was only a number, was a very easy

 7    sacrifice.

 8    Q    So your sacrifice of money was minor compared to the

 9    sacrifice that she has made?

10    A    Yes.

11    Q    And that she gave up the child because of her work?  Is

12    that what she said?

13    A    Yes, because of her spiritual work.

14    Q    And you know now that all of that is a lie?

15    A    Yes.

16    Q    And she also told you with respect to the money you

17    borrowed from your parents that you would receive it back in

18    how long a period of time?

19    A    I don't think she mentioned like a month, but it was my

20    impression that --

21          MR. SCHWARTZ:  Objection.

22          THE COURT:  Sustained.  Just tell us what she told

23    you.

24          THE WITNESS:  Okay.

25
```

```
 1   BY MR. STEFIN:

 2   Q    Based on your conversations with her, what was your

 3   belief or understanding as to when you could expect to

 4   receive that money back that you had given her from your

 5   parents?

 6   A    She told me that she would try to clean the money, and

 7   then I would get them back right away.

 8   Q    And by right away, what did you understand that to mean?

 9   A    Like a couple of days later after she had cleaned the

10   money.

11   Q    And then when she told you she couldn't return the

12   money, what excuse did she give you for her inability to

13   return that money back to you?

14   A    Because there was so -- she was not able to clean the

15   money because they were so heavily loaded with negative

16   energy.  So she had to sacrifice them.

17   Q    She didn't tell you she spent the money, did she?

18   A    No, never.

19   Q    Now, you were also asked whether you ever gave money to

20   Rose Marks, and to your knowledge -- do you have any

21   knowledge that you actually gave money to Rose Marks?

22   A    No.  The only persons was Vivian and Nancy Marks and

23   Joyce Michaels.

24   Q    And when you sent money to a bank account in the name of

25   Joyce Michaels --
```

```
 1   A     Yes.

 2   Q     -- did you know whether or not that was actually a bank

 3   account that was owned by Rose Marks?

 4   A     No, I didn't.

 5   Q     Who did you think you were sending that money to?

 6   A     I was thinking I was sending them directly to the Joyce

 7   I was speaking with.

 8   Q     The person we now know as Vivian?

 9   A     Yes.

10   Q     Showing you a document, JS01 in Government's

11   exhibit 108.  We saw that yesterday.  That was -- you sent

12   that money to Joyce Michael, to a bank account at Bank

13   Atlantic, correct?

14   A     Yes, correct.

15   Q     And this was for $23,535.25 plus fees, correct?

16   A     Correct.

17   Q     And you don't know whose bank account that is actually,

18   do you?

19   A     No, I don't.

20             MR. STEFIN:  That's all I have on redirect.

21             MR. SCHWARTZ:  May I ask one or two questions on

22   something I believe is new on recross, Your Honor?

23             THE COURT:  All right.

24             MR. SCHWARTZ:  I'll be very brief.

25                       Recross-examination
```

```
 1   BY MR. SCHWARTZ:

 2   Q     Mr. Stefin asked you about Vivian lying about being

 3   married and losing her child, correct?

 4   A     Correct.

 5   Q     Are you aware that Vivian was, in fact, married at one

 6   time and had had a miscarriage?

 7   A     No, I'm not aware of that.

 8   Q     The Government never told you about that?

 9   A     No.

10   Q     Can you lose a child through a miscarriage?

11   A     Yes, but --

12   Q     She said she could only see her child once or twice a

13   year, right?

14   A     Yes.

15   Q     And was she speaking in the physical sense or the

16   spiritual sense?

17   A     No, in the physical sense.

18   Q     And Mr. Stefin asked you, you weren't aware that she

19   spent this money on herself.  Do you remember him asking you

20   that?

21   A     Yeah.

22   Q     Do you know that she spent it on herself?

23   A     Only what I've been told afterwards.

24   Q     By whom?

25   A     By Charlie.
```

```
 1   Q    So you're relying on what Charlie told you, that Vivian
 2   spent money on~-- your money on herself?
 3   A    Yes.
 4   Q    And Charlie is the Detective Stack who you had all these
 5   conversations with?
 6   A    Uh-huh, yes.
 7   Q    And at what point in these conversations did Mr. Stack
 8   tell you Vivian spent all this money on herself?
 9   A    It was -- I can't remember.  At one point he told me
10   that, because I was curious about the money was really
11   sacrificed, and he said, no, that it was spent on herself,
12   and also, Nancy Marks spent the money.
13   Q    And that's what you're relying on?
14   A    Yes.
15             MR. SCHWARTZ:  No other questions.
16             THE COURT:  Thank you, sir.  Thank you.
17             MR. STEFIN:  That's it.
18             THE COURT:  Sir, you're excused.  Thank you.
19             THE WITNESS:  Yes, sir.
20             THE COURT:  Next witness.
21             MR. BARDFELD:  The United States would call Nana
22   Adae.
23             THE COURT:  Ma'am, would you raise your right hand,
24   please.
25             Nana Adae, Government's witness, sworn.
```

```
 1                THE COURT:  Please be seated.

 2                If you could tell us your name, please.  Try and

 3      lean forward and speak into that microphone, spell both your

 4      first and last names for us.

 5                THE WITNESS:  Nana Adae, N-a-n-a A-d-a-e.

 6                THE COURT:  Thank you.

 7                You can try and pull that a little closer to you,

 8      please.

 9                         Direct Examination

10      BY MR. BARDFELD:

11      Q    Ms. Adae, some personal questions.  How old are you?

12      A    Forty-three.

13      Q    And where are you from?

14      A    New York.

15      Q    And where did you grow up?

16      A    New York.

17      Q    How far did you go in school?

18      A    Graduate degree.

19      Q    And where did you go to school?

20      A    I went to undergrad at the Naval Academy and graduate at

21      Columbia Business School.

22      Q    At where?

23      A    Columbia Business School.

24      Q    And after you graduated from the Naval Academy what did

25      you do?
```

```
 1    A    I was a cryptologic officer.  I worked in communications

 2    intelligence.  So languages, signals, things of that nature.

 3    Q    And how long did you do that?

 4    A    I served for seven years.

 5    Q    And did you go to Columbia after that?

 6    A    I did.

 7    Q    And where did you -- what did you do at Columbia?

 8    A    I studied entrepreneurship and finance.  I got a MBA,

 9    master's of business administration.

10    Q    And how are you currently employed?

11    A    I work at a financial services firm.

12    Q    Are you married?

13    A    I am not.

14    Q    Do you have any children?

15    A    I do not.

16    Q    Can you tell us a little bit about your belief system?

17    What about your religion?

18    A    I went to Catholic school, baptized, probably more

19    practicing Protestant, but not really religious, much more

20    kind of spiritual and kind of open.  I've studied Buddhism,

21    you know, much more open, I guess.

22    Q    When you say spiritual but not religious, what do you

23    mean by that?

24    A    You know, I definitely have a value system, right and

25    wrong, and -- but I don't go to church every Sunday.  I don't
```

```
 1   feel like I sort of live in a structured religious framework.

 2   Q    Do you have any previous experience with fortune tellers

 3   or psychics or clairvoyants?

 4   A    Sure.  I've gone to, you know, just sort of walking down

 5   the street, pay 20 bucks and kind of get your palm read or

 6   something like that.  I've done that a few times.

 7   Q    What was the purpose of your doing that?

 8   A    You know, partly because I'm kind of open to those sorts

 9   of things, just curiosity, really more than anything, and

10   seeing if there was anything that this person said that

11   actually sounded plausible.

12   Q    Did you ever go back to the same clairvoyant or fortune

13   teller?

14   A    No.

15   Q    Did there come a time when you met a person you knew as

16   Kate Michael?

17   A    Yes.

18   Q    And when was that?

19   A    That was in July of 2009.

20   Q    And what was going on in your life in July of 2009 that

21   prompted you to go see Joyce Michael?

22   A    So I had just switched jobs.  So there was a bit of

23   uncertainty there.  I was thinking of moving.  At the time I

24   lived in Connecticut, and I was thinking of moving to New

25   York.  As most single women in New York struggle with, was
```

1    not in a relationship.  So just, you know, kind of a lot of

2    flux and uncertainty.  So just thought I'd pop in and see

3    what was up.

4    Q    How would you describe your mental condition at the time

5    that you first saw Kate Michaels?

6    A    Pretty even keeled.  I mean, I don't tend to have lots

7    of ups and downs, just pretty even keeled.

8    Q    Without getting too personal, how was your personal life

9    at the time?

10   A    You know, I mean, I had a strong family network and a

11   lot of good friends.  No personal relationship, though.  No

12   intimate relationship.

13   Q    Tell us about when you first met Kate Michaels.  How'd

14   that happen?

15   A    I had just finished having dinner with some friends on a

16   restaurant on 58th Street, and I just happened to be walking

17   down the street and saw the sort of -- it's not really a

18   store.  It was in an apartment, but, you know, the window

19   kind of lit up, and there was a little green sign that said

20   Laws of Attraction or something like that.  So I just decided

21   to walk in.

22           MR. BARDFELD:  May I approach, Your Honor?

23           THE COURT:  Yes.

24           THE WITNESS:  Yeah, that's it.

25

```
 1   BY MR. BARDFELD:

 2   Q    I show you what's already been introduced into evidence

 3   as Government's exhibit number 30.  Is that the boutique or

 4   is that the store that you went into?

 5   A    Right.  Yes, it is.

 6   Q    Okay.  That's the facility that you went into on that

 7   July night in 2009?

 8   A    Correct.

 9   Q    And what happened when you walked into that

10   establishment?

11   A    A woman greeted me and invited me into an inner area in

12   the establishment, with two chairs and a table and a flip

13   chart that had some sort of like astrological chart on it and

14   a rate schedule.

15   Q    Let me show you something.

16        I'm going to show you what's been introduced into

17   evidence as Government's exhibit 30-2.

18   A    Yeah.

19   Q    Is that what the facility looked like?

20   A    Yep, that's it.

21   Q    And where would you sit and where would she sit when you

22   went in for that first meeting?

23   A    So I would sit -- I sat to the right and would

24   subsequently, and she sat to the left of the table.

25   Q    You were talking about a she being -- did she introduce
```

1    herself?

2    A    Yes, she told me her name was Kate Michaels.

3    Q    Was there anyone else in the store when you went in

4    there?  Any other customers?

5    A    Huh-uh.  No, it was late.  It was after dinner.  So I'm

6    not sure I expected anybody else to be in there, but nobody

7    was.

8    Q    I show you what's already been introduced into evidence

9    as Government's exhibit 32-A.  Is that the person that you

10   were introduced to as Joyce Michaels?  I mean Kate Michaels?

11   A    Correct.

12   Q    Let's talk a little bit about that first meeting.

13   Again, why did you go in there?

14   A    Just on a lark.  I -- as I said before, from time to

15   time, not often, but I've kind of walked into these places

16   and just gotten a fortune told, and it was just a lark.

17   Q    And did you talk to her at that particular time about

18   what you wanted out of a reading or . . .

19   A    You know, I walked in and just said, oh, you know, I'm

20   curious, you know.  You know, done this a few times before,

21   but just curious.  I didn't elaborate on anything that was

22   going on in my life, and nothing like that.

23   Q    Did you ask her how much it was going to cost?

24   A    I did.  I did.

25   Q    And what did she say?

```
1    A      She pretty much went through the rate schedule that I
2    could see, that we showed in that picture before.
3    Q      Which would be tarot card reading was a certain amount?
4    A      Right.
5    Q      And psychic reading was something else?
6    A      Right.
7    Q      Did you ask for one of those readings at the time?
8    A      You know, I think I asked for the cheapest one, whatever
9    was kind of most simple, because I think something there was
10   like $200, and I was like, well, I don't necessarily need any
11   of that, so . . .
12   Q      And did she give you a reading at that time?
13   A      She did.
14   Q      And what happened during that reading?
15   A      During that reading, she told me that I would move,
16   which was something that I actually was contemplating.  But,
17   of course, she asked me a little about myself, you know,
18   where I lived and what I did.
19   Q      And did you answer those questions?
20   A      I did.  I didn't really think much of it.  So, sure, I
21   live in Connecticut and I work here in the city, and so she
22   said, you know, I think you might be moving, which is
23   something that I had been contemplating.  So I was like, oh,
24   that's interesting, you know.
25          Knew that I was single, so --
```

1    Q    And how did she know you were single?

2    A    Because she asked me and I told her.

3    Q    Okay.

4    A    And mentioned that she really knew that there was

5    somebody out there for me, and that I was -- I was unique in

6    that there was this concept called a twin flame soulmate, and

7    that I happened to be one of these people kind of seeking my

8    other half.  Not an individual, but another half-type thing.

9    And that was very rare and whatnot, so.

10   Q    And she told you that that was very rare?

11   A    Yes.

12   Q    Had you ever heard the expression twin flame soulmate?

13   A    Never had.

14   Q    Was there anything about that that resonated with you,

15   that made you think twice?

16   A    I mean, the way she described it sounded, you know,

17   pretty amazing and really interesting.  It was more

18   intriguing than anything, right?  It wasn't sort of the

19   usual, oh, you know, you'll find a man soon kinda thing.

20   This was -- she almost -- almost like she had some sort of

21   credibility in sort of talking about this concept that I had

22   never really heard about.

23   Q    Let's talk a little bit about, what did she say about

24   her abilities during that first meeting, what she could do

25   for you?

```
 1   A     She said that she had guides.

 2   Q     She had guides?

 3   A     Guides.  So --

 4   Q     Did she say what the guides did for her?

 5   A     The guides spoke to her.  They delivered messages to her

 6   that she was then delivering to me, to her clients.

 7   Q     And what did you think of that?

 8   A     You know, I've heard lots of people say lots of things

 9   over the years, and some people, you know, may have the

10   ability to kind of communicate with people that I can't see.

11   She's a fortune teller, right?  That's the whole point.  So I

12   was like, all right, interesting.

13   Q     Did she tell you how the guides worked for her?

14   A     They come intermittently.  Sometimes she would say

15   things that she really didn't know she was saying.

16   Q     That's what she told you?

17   A     That's what she told me.  That, you know, they just sort

18   of worked through her and would speak, and, you know, if you

19   wanted her necessarily to repeat something it wasn't

20   necessarily like she always could, right?  Because her thing

21   was that they came right through her, and it wasn't that she

22   was even that conscious of it.

23   Q     Did any of that happen during the first meeting you had

24   with her?

25   A     Yes, the guides told her, right, the guides told her
```

1    that I had a twin flame soulmate, and that, you know, there

2    were some blockages that would have to be cleared in order

3    for me to find this person, and that's -- yeah, the guides

4    had told her that.

5    Q    Did she say how she could work with the guides to help

6    you?

7    A    Yes, that she could -- you know, she could help work

8    through these blockages.  She didn't tell me specifically how

9    she worked with guides to do that, but clearly they would

10   kind of help her help me.  That was what she -- that's what

11   she said.

12   Q    And did she say anything about the blockages?  What --

13   how would they help with the blockages?

14   A    She didn't say.  She wasn't -- she wasn't specific.  She

15   said -- but it was about clearing blockages.

16   Q    Did she tell you what it would require to clear those

17   blockages at the first meeting?

18   A    No.

19   Q    And what did you think about that?

20   A    You know, I was just intrigued.  It was a very different

21   type of reading than I had been to, probably more involved

22   than some of the other readings, and I thought, well, that's

23   interesting.

24   Q    And what was it that was so interesting about this

25   reading as compared to others?

1  A     I think partly because it was a concept that I had never

2  heard of before.

3  Q     And which concept that was?

4  A     That whole twin flame soulmate thing, and that she had

5  identified an obstacle to that.

6  Q     Obstacle being the blockages?

7  A     Right.

8         And then I think very -- you know, and then said

9  there's ways that, you know, the guides can kind of work

10  through that, and I'd, you know, love to work on this,

11  because this is a rare case that you don't normally see, that

12  type of thing.

13         So it sort of quickly went from a lark kind of

14  walking in and just being like, ah, I wonder what this person

15  would tell me, to somebody kind of laying out something as

16  this interesting and very unique goal-type thing, laying out

17  the obstacle to getting to that, but then also laying out or

18  implying that there was a solution that she could work

19  through with me.  Not being very specific, all very high

20  level, but trying to see if that was the thing, you know,

21  potentially that would interest me.

22  Q     And she had mentioned something about this being very

23  rare?

24  A     Yes.

25  Q     What did she indicate was rare about it?

1    A     That, you know, normally people come together,

2    individuals trying to find each other, but this was really

3    just trying to find your other half, which was sort of a

4    distinction that she made that was very rare.

5    Q     Was there anything about the concept of a twin flame

6    soulmate that resonated with you?  Anything from your past or

7    anything like that?

8    A     I mean, I had had a relationship probably 10 years

9    before that was, you know, very intense and --

10   Q     Can you tell us a little bit about that?  I know you

11   don't want to get too much into your personal life, but can

12   you tell us about that?

13   A     Sure.

14          So I had dated somebody for about two years, and

15   very close, you know, really deep relationship that we

16   shared, and unfortunately, this person passed away.

17   Q     And how did this person pass away?

18   A     So this person was a pilot, fighter pilot, actually.

19   Q     With the Navy?

20   A     With the Navy.  And was a -- very, very, very good at

21   when he did, wanted to do this ever since he was a little

22   kid, and was actually known as being very safe and just a

23   really, really good pilot.  And one night on a training

24   mission on a night flight, unfortunately, you know, flew into

25   the water, you know, where horizon disappears, so . . .

```
 1   Q    And it's a stupid question, but how did you feel after

 2   he was killed?

 3   A    Well, it's been a while.  It's been a number of years,

 4   but --

 5   Q    Take your time.

 6   A    Terrible, yeah.

 7   Q    You're still not over it years later, right?

 8   A    Yeah.

 9   Q    Did you tell the person that you knew as Kate Michaels

10   at that time about this individual?

11   A    No.

12   Q    But you knew in the back of your mind that --

13   A    Correct.

14   Q    -- that this person existed?

15   A    Correct.

16   Q    So how do you leave that first meeting with Kate

17   Michaels?

18   A    Kinda uplifted.

19   Q    Why?

20   A    It just seemed really interesting, and, you know, almost

21   like -- like I said before, right?  I had just changed jobs.

22   I was thinking of kind of uprooting where I lived and moving

23   to a new place, and was single, you know, and here was

24   someone who had -- seemingly had some insight on the being

25   single part.  And I was like, oh, well, this is kind of
```

```
 1    interesting, right?  So I was like, okay, well, that was
 2    good.  And didn't charge me for it, right?  Which was very
 3    odd, but . . .
 4    Q    What about that struck you?
 5    A    Well, it was odd, right?  Because this is this woman's
 6    job.  You understand that this is what people do for a
 7    living.  So, you know, and there was a fee chart.
 8    Q    Did you ask her about why she didn't charge you?
 9    A    I did.  I did.  I was like --
10    Q    And what did she say when you asked her why she didn't
11    charge you for that first meeting?
12    A    She just went back to how unique this was, and she just
13    wanted me to come back and, you know, we could work on~-- we
14    could work on clearing these blockages, because I seemed like
15    such a nice person, and this would be -- this was work that
16    she was really interested in doing because it was just so
17    rare and so unique.
18            And I was like, all right.  I mean, it struck me as
19    odd only because you go to these things, people don't ask you
20    to come back, and people charge you.  So odd, but I didn't
21    know.  I didn't think of anything at the time.
22    Q    Okay.  So did you leave that night?
23    A    I did.
24    Q    And what did you do after you left?
25    A    I went home.
```

1    Q    Did there come a time when you went and saw her again?

2    A    I did.

3    Q    And how long after that first meeting did you meet with

4    Kate Michaels again?

5    A    Within the week I went back.

6    Q    And what was your purpose in going to her the next time?

7    A    To continue our conversation that she had started about,

8    you know, the twin flame and relationships, and just continue

9    that conversation.

10   Q    So this was only a week later, so you weren't involved

11   with anyone yet, right?

12   A    Correct.

13   Q    Okay.

14   A    Correct.  And it is New York, so it's a very, very tough

15   dating scene.  I don't know what it's like down here,

16   but . . .

17   Q    What happened in the next meeting with Kate Michaels?

18        By the way, where did that next meeting take place?

19   A    Oh, all of our meetings, except for one, all happened in

20   that same space that we saw earlier.

21        We talked more about this whole concept of the twin

22   flame soulmate, and --

23   Q    By the way, before you start getting into that.

24   A    Yeah.

25   Q    After the first meeting, did you leave anything behind?

```
 1   A     Not after the first meeting, no.

 2   Q     Okay.  But later you --

 3   A     Yes.

 4   Q     Okay.

 5   A     Yes.

 6   Q     Go ahead.  I'm sorry.  The second meeting.

 7   A     She talked more about the concept of the twin flame

 8   soulmate and sort of what her guides were telling her about

 9   me and about this person.

10   Q     Well, let's talk about that a little.  What did she say

11   her guides were telling her about you?

12   A     You know, just describing me.  Nothing -- nothing super

13   specific, you know, but that I was a good person, I had a

14   good heart, you know, maybe I had been hurt before.  You

15   know, some of the more kind of general things that you can

16   say.

17   Q     And you agreed with all that, right?  That was accurate?

18   A     Because I think almost anybody could agree with all of

19   that.

20          And that this person was out there, that they were

21   close, that they were trying to get close to me.  That is

22   something that we had known each other in past lives, you

23   know, that kind of a connection, and sort of led me through

24   this meditation of something like in medieval times, and she

25   asked me to sort of, like in a forest, and someone was being,
```

1  you know, sort of tortured in a way, and it was a guy, and

2  there was a woman who was in love with this person who was

3  like distraught at the whole scene, and she was trying to

4  guide me through this meditation.

5  Q    Was this a meditation that she was doing at the time

6  that you are with her?

7  A    Yes, yes, yes.

8        And I was supposed to be picturing these things and

9  feeling the real connection.

10       And I didn't really feel anything.  I was sort of

11  like, well, I don't know if I feel anything.  And then she

12  went on to explain, well, that was -- I was the guy in that

13  situation, and my twin flame was the girl, and, you know,

14  even in past lives you don't have to look the way you are

15  now.  And just trying to build this whole thing that it's

16  from this long time ago-type thing.

17  Q    What'd you think of that?

18  A    It didn't really -- I mean, she was much more invested

19  in whatever she was telling me than I was, because I was

20  like, well, I don't -- I can picture it in my head, but

21  that's just because you described the scene to me.  It didn't

22  seem like anything.

23       But then, you know, wrote down some numbers about

24  like what time -- you know, what years that happened.

25  Q    And do you remember what year it happened?

```
 1   A     It was like 18 something or other, or I don't remember

 2   the exact numbers, but I remember there were like four

 3   numbers, which is like a year, and then another two numbers,

 4   which were like three numbers apiece.

 5   Q     And what do those other numbers, the three numbers

 6   represent, do you know?

 7   A     I don't remember.

 8   Q     And what was the significance of those numbers at the

 9   time?

10   A     So those numbers would then lead to, like, dollar

11   figures, right?  Like those were -- that was part of sort of

12   the message that that type of meditation would lead to.

13   Q     Okay.  Well, you're now at the second meeting, right?

14   A     Yes.

15   Q     Was she charging you for that second meeting?

16   A     Huh-uh.

17              THE COURT:  Is that a "no"?

18              THE WITNESS:  That's no.  No.  Because there was

19   this ongoing type process, right, of trying to work through

20   past lives, blockages, that type of thing.

21   BY MR. BARDFELD:

22   Q     So did the -- when the numbers that she had mentioned

23   being the 1800s and then some other numbers, she came up with

24   some dollar amount somehow?

25   A     Yeah.
```

1    Q    And what was the significance of the dollar amount?

2    A    It was just some combination that came out of the

3    numbers.

4    Q    But what did she say about the dollar amount?

5    A    That that dollar amount was an amount that would have to

6    be, you know, given, sacrificed, that type of thing.

7    Q    Okay.  And did she say who was going to give that dollar

8    amount and who it was going to be sacrificed to?

9    A    It was something that had to come from me, and not to

10   whom it would go.

11   Q    And did she tell you what she was going to do with that

12   sacrifice amount?

13   A    It was prayer and clearing of the blockages.  There was

14   nothing ever that was specific as to, like, these are the

15   steps or this is why this has to happen, but . . .

16   Q    Okay.  At that particular meeting did she ask for a

17   specific amount of money to clear the blockages?

18   A    So at our second meeting she didn't ask for a specific

19   amount of money.  I mean, she led me through all of that, but

20   I didn't give her any money based on that.

21   Q    Do you recall what the number was at that time?  I mean,

22   are we talking hundreds of dollars?  Thousands of dollars?

23   Do you recall?

24   A    No, it was like thousands of dollars, thousands.

25   Q    And what did you think of that when she had indicated

```
 1    that it might cost thousands of dollars to clear the

 2    blockages?

 3    A     It seemed ludicrous.  I was like, well, that seems like

 4    a lot of money.

 5    Q     Did you tell her that?

 6    A     Yes.

 7    Q     And what was her response when you told her that it was

 8    ludicrous to come up with that kind of money?

 9    A     That this concept of the twin flame was so unique and so

10    rare and kind of the prize of it was so dear, that the person

11    seeking it had to give something that was sort of dear and

12    precious to them, right?  That and it couldn't -- you

13    couldn't just, you know, fork over 50 bucks and think that

14    this was going to kind of be yours.

15    Q     So did you give -- well, did you continue on with that

16    meeting?

17    A     We did, but I think the sort of the bulk of it had

18    happened, right, so there was probably not much more to do

19    after that.  She, you know, typically did some sort of like

20    closing prayer-type thing, and you're kind of on your way.

21    Q     And did you pay her anything on that second occasion?

22    A     Huh-uh.

23              THE COURT:  Is that a "no"?

24              THE WITNESS:  No.  Sorry, no.

25
```

```
 1    BY MR. BARDFELD:

 2    Q     So you left?

 3    A     I did.

 4    Q     When you left, did you think about the amount of money

 5    that she had asked for in order to clear the blockages?

 6    A     I did.

 7    Q     And what did you think of that?

 8    A     It didn't really make sense, you know.  But, you know,

 9    it didn't really make sense to me, but it was, you know,

10    presented in such a way, and clearly a relationship thing was

11    something that was in the back of my mind.  So I'm sure I --

12    as much as I thought it was a little -- that didn't make

13    sense, I kind of -- you know, I probably was starting to kind

14    of warm myself up to it, trying to noodle out like why -- why

15    I would do it, why I would actually give her this money.

16    Q     On that second occasion did you leave anything with her?

17    A     No, not on the second occasion.

18    Q     Okay.  Did there come a time when you left something

19    with her?

20    A     Yes, at some point she said -- you know, and this kind

21    of goes with that giving of precious things, right, to get

22    this --

23    Q     Let's talk about that.  Was it early in the relationship

24    or when?

25    A     It was early.
```

1          So she had asked me to give her something that

2    meant something to me.  So when I was --

3    Q     Did she tell you why she wanted something that meant

4    something to you?

5    A     Because she wanted something that sort of I held dear,

6    something that she could put as part of the work to pray over

7    and help, you know, with this whole process of clearing these

8    blockages.

9    Q     By the way, did she ever describe to you what the work

10   actually was?

11   A     No.  Besides meditating and praying, there was nothing

12   ever specific other than that.

13   Q     What did you end up leaving with her on that --

14   A     I left with her a card that my father had sent me in

15   college.  And my dad doesn't really mail a lot of things.

16   He's a great guy, but -- and it was just -- it just meant a

17   lot, because it was -- you know, it was one of those kind of

18   good luck, hang in there cards.  So I brought that in and

19   gave that to her.

20   Q     Was that returned to you?

21   A     Only after I asked a number of times, because it had

22   been a while, it seemed like, and I thought, okay, well, this

23   had a specific purpose you told me, and then you told me you

24   would return it to me.  So I'd like it back.  And at first

25   she was like, oh, no, no, I already gave that back to you.

```
 1              And, you know, I know for a fact that she hadn't
 2    given it back to me.  I said, no, I'm pretty sure you didn't.
 3    So we went back and forth a little bit.  And she goes, okay,
 4    well, I thought I had, but let me go back and look.  And sure
 5    enough, she hadn't returned it, so she brought it back.
 6    Q    So I skipped around a little bit.
 7              We finished the second meeting.  You went home
 8    after that, thinking about the amount of money that she had
 9    asked for.
10    A    Yes.
11    Q    Did you go back another time?
12    A    I did.
13    Q    And how soon after that second meeting did you return?
14    A    Yeah, I would say it would be within the week again.
15    We -- if I could, we essentially got on a weekly schedule.
16    Q    Would you see her about the same time every day?  Would
17    you see her the same day every week?  Those kind of things?
18    A    Yes.
19    Q    And what -- I mean, do you recall what day it was?
20    A    It would either be a Wednesday.  I think our day was
21    Wednesday, or Wednesday or Thursday, and it would be 6:30.
22    Q    And was there a reason?  Is that just a convenient time
23    for you?
24    A    It worked better for my work schedule.
25    Q    So you go back a third time.  Do you recall what
```

```
 1    happened at that third meeting?

 2    A    More of the same.  We probably, if not the third, then

 3    it's probably the third or fourth-type meeting is, you know,

 4    when I share with her that, you know, I had been in a pretty

 5    intense relationship, and this person had passed away.

 6    Q    Did you go into details about your relationship with

 7    this old boyfriend?

 8    A    Yeah.

 9    Q    So she knew all your intimate details as to, well, who

10    he was, how he died?

11    A    Uh-huh.

12    Q    When he died?

13    A    Uh-huh.

14              THE COURT:  Is that a "yes"?

15              THE WITNESS:  Yes.  Sorry.  Yes.

16    BY MR. STEFIN:

17    Q    And when you discussed it with her what was her

18    response?

19    A    That that made perfect sense, you know, and that he was

20    there.  She, you know, said that he was actually -- it was

21    weird, because he was part of the blockage, right, like he

22    sort of wasn't letting people get close to me, which didn't

23    really any sense to me, but I thought, okay.  But that his

24    spirit was also looking for this other body to go into, which

25    was the twin flame, because he had been my twin flame, right.
```

1    So it all sort of wrapped into her story.

2    Q    Was he the one for you?

3    A    Yeah, yeah.

4    Q    So you were looking for someone else like that?

5    A    Yes.

6    Q    So you discuss the love of your life in that third or

7    fourth meeting.  Had she asked for any money at this time?

8    Well, she had asked for it at the second time, right?

9    A    Correct.

10   Q    Does she ask for money again?

11   A    No, no, not until -- it's probably a couple -- it's a

12   couple meetings after that where I actually give her the

13   money.

14   Q    Did she ask for money on occasions before that?

15   A    No, no, it wasn't ever like we had a session, and she's

16   like, okay, it's $75.  It's not anything like that.

17   Q    There was never a fee for her services?

18   A    Huh-uh.

19              THE COURT:  Is that a "no?"

20              THE WITNESS:  That is a "no."  Gosh, sorry.  No.

21   BY MR. STEFIN:

22   Q    So tell us about the first time you give her money.

23              Wait, before we get that, did she make any other

24   predictions about your life in those early meetings about

25   what was going to happen in your life?

1   A    She -- in that first -- in the first stages it was, you

2   know, like I said, she had said that I was going to move,

3   which I did.  I was already thinking about that.  But -- and

4   then about the love thing.  But she also said that the work

5   was something that could be finished by December, right, so

6   there appeared to be a finite amount of time to work through

7   this.

8   Q    Was that something that was important to you?

9   A    Yes.

10  Q    Why?

11       We're in July or August or September at this point,

12  right?

13  A    Yes, we're in probably August, August-September.

14  Q    And this is 2009, correct?

15  A    2009.

16       It is important, because I've never had this type

17  of a relationship.  I mean, I never had a relationship with a

18  clairvoyant, right, not someone I checked in with on a

19  regular basis, right.  I wasn't -- so to know that this had

20  an ending point was -- made sense to me.  I was like, great,

21  that's what I would want, if I'm, in fact, going through with

22  this, which I did find myself going kind of on a weekly basis

23  at this point.

24  Q    Did you talk to her on the phone at all?

25  A    No.  I mean, she would call me every once in a while

```
 1    just if we were setting up a meeting time or if I didn't show
 2    up or something like that, but . . .
 3    Q    Let's talk about the first time that you end up giving
 4    her money.  How did that occur?
 5    A    So essentially, the guides again come back and say -- I
 6    mean, they're always sort of speaking to her, but now they
 7    narrow in on the money, and we're at this pivotal point, and
 8    she talks about dates, you know.  On the 21st this will
 9    happen, and the money has to be in by a certain time, because
10    whatever's happening in the universe happens at different
11    times, and, you know, you gotta get the money before that
12    certain point.
13    Q    Was there a sense of urgency?
14    A    Yes, yes, yes.
15    Q    And was that something that was significant to you?
16    A    So at this point, I feel invested in this, and --
17    Q    But you haven't given any money yet, right?
18    A    No, but I've -- once you start doing the consistency of
19    it, it's like going to the gym, right?  You know, you go and
20    you go, and then you're invested in it.  So I was invested in
21    it at this point, even though I hadn't given any money, and
22    it seemed like -- I mean, she was like, you know, this is it,
23    I understand this is dear to you, this is precious, you know.
24    So it seemed like a one-time thing.  And it was a lot of
25    money for me, but I said --
```

```
 1   Q    Do you recall how much it was that first occasion?

 2   A    $6800.  So it's not an insignificant sum, which I think

 3   is why when she first mentioned it I didn't just show up the

 4   next day with the money, right?  I mean, we're talking a

 5   period of time.  A few weeks had passed by before I could

 6   sort of mentally get to some point where it seemed to make

 7   sense.  So, yeah.

 8            So there was a sense of urgency because it was

 9   around some dates that things were happening.  So it forced

10   the issue of having to actually give her money.

11   Q    And how did you give her that money?

12   A    I wrote her a check.

13   Q    And who was the check written out to, do you recall?

14   A    I think I wrote the first one out to Kate Michaels, but

15   I'd have to . . .

16   Q    And do you recall how much the first check was for?

17   A    $6800.

18   Q    And how did that happen?

19   A    I'm sorry, I don't understand.  How did --

20   Q    How did you write the check?

21   A    Oh, I wrote it out in front of her and gave her the

22   money.

23   Q    And did she tell you who to make it out to?

24   A    She did, she did.

25   Q    By the way, did you provide documents to the United
```

```
 1    States in response to a request for financial records?

 2    A    I did.

 3    Q    And are these documents that you accumulated during the

 4    course of your financial relationship with Kate Michaels?

 5    A    I did, yes.

 6    Q    And have you had an opportunity to review them?

 7    A    Yes.

 8          MR. BARDFELD:  At this point may I approach, Your

 9    Honor?

10          THE COURT:  Yes.

11          MR. BARDFELD:  May I approach?

12    BY MR. BARDFELD:

13    Q    I show you what's been -- I show you what has been

14    marked as Government's composite exhibit 102.  Are those the

15    documents you provided?

16    A    Yes, they are.

17          MR. BARDFELD:  At this point I would move to

18    introduce Government's exhibit 102 into evidence.

19          MR. SCHWARTZ:  I have no objection.  There are some

20    redacted checks.  I assume they have nothing to do with this

21    case?

22          MR. BARDFELD:  That is correct.

23          MR. SCHWARTZ:  Then I have no objection.

24          THE COURT:  All right.  Admitted without objection.

25          (Government's Exhibit No. 102 entered into evidence.)
```

```
 1                THE WITNESS:  Got it.  Okay.
 2   BY MR. BARDFELD:
 3   Q    Do you have the checks that you wrote?
 4   A    I do.
 5   Q    And can you refer to, there's a number down at the
 6   bottom.  I believe it says NA --
 7   A    NA26.
 8   Q    And NA26 is a series of checks?
 9   A    Correct.
10           So I see in this that, probably not surprisingly,
11   my brain went to the bigger number, but the first check it
12   looks like I wrote to her, which is on the 18th, was for
13   $1700.
14   Q    The 18th of what month?
15   A    Of August.
16   Q    And that was written to?
17   A    That was actually written to Nancy Marks.
18   Q    And do you know why you wrote a $1700 check to her at
19   that time?
20   A    So I had asked -- I was about to make it out to her, and
21   she gave me some answer about her bank accounts or something
22   like that, and so that it actually just needed to go into
23   this particular bank account.  So I just needed to write it
24   to Nancy Marks.  And I didn't know who that was, but . . .
25   Q    Did it make sense to you that you would be writing a
```

1    check to someone that you didn't know?

2    A    No.

3    Q    Then why'd you do it?

4    A    Kinda go back to that point of it being committed.  It's

5    almost like you make a decision to do something, and then you

6    do it.  Even if you're presented with a couple of curve

7    balls, you just kinda do it.  And there was a sense of

8    urgency, too, right?  It was, here's the payoff, but here's

9    the timeline of when it has to be done.  And so I kind of

10   suspended the disbelief and I wrote the check out to Nancy

11   Marks.

12   Q    And what was the date on that again?

13   A    It's August 18th.

14   Q    2009?

15   A    2009.

16   Q    Is there another check that you wrote to her later in

17   the month?

18   A    So three days later I write another check, but this

19   one's to Joyce Michael.

20   Q    Did you know who Joyce Michael was?

21   A    No.

22   Q    Did Kate Michaels tell you who Joyce Michael was?

23   A    The same sort of explanation about weird bank accounts,

24   and it needed to go to this.

25   Q    And how much was that next check written for?

```
 1    A     It was 6800.

 2    Q     $6800?

 3    A     Uh-huh.

 4    Q     What was the date on that?

 5    A     Twenty-first of August, 2009.

 6              MR. BARDFELD:  May I approach, Your Honor?

 7              THE COURT:  Yes.

 8              Why don't we take a recess.

 9              Ladies and gentlemen, we're going to take a

10    15-minute recess.  Don't discuss the case or form any

11    opinions.  Leave everything in your seats.  We'll see you in

12    about 15 minutes.  Thank you.

13        (The jury exits the courtroom.)

14              THE COURT:  All right.  Ma'am, if you would please

15    not discuss your testimony during the recess, and we'll see

16    you in 15 minutes.  Thank you.

17        (A recess was taken from 10:35 a.m. to 10:50 a.m., after

18    which the following proceedings were had:)

19              THE COURT:  You're still under oath, ma'am.  Thank

20    you.

21              We're back on the record.  The Defendant's present

22    with counsel.

23              Let's bring the jurors in.

24        (The jury enters the courtroom, after which the following

25    proceedings were had:)
```

```
 1              THE COURT:  Welcome back, everyone.  Please be
 2   seated, ladies and gentlemen.
 3              All right.  Mr. Bardfeld, you may continue.
 4   BY MR. BARDFELD:
 5   Q    Ms. Adae, did you ever provide cash to Kate Michaels?
 6   A    Yes.
 7   Q    And what were the circumstances under which you did
 8   that?
 9   A    Similar situation about clearing blockages.  You know, I
10   also -- she also told me I had a curse on me, so there was
11   work that needed to be done around that.  So sometimes it was
12   cash, sometimes it was check.  I think checks took too long
13   to clear, so sometimes there were wires so that it was
14   instant, it was quicker.
15   Q    Do you think the first amount of money that you provided
16   to her was cash or check?
17   A    Check.
18   Q    Okay.  And that would have been the --
19   A    Yes.
20   Q    -- $1700 check on August 18th, 2009, to Nancy Marks?
21   A    Yes.
22   Q    Then three days later you wrote a check for $6800?
23   A    Yes.
24   Q    Why did you write that check for $6800, the amount of
25   money that was on the check?
```

1    A    This was part of the number sequence that she talked

2    about, and that's the number that came up that her guides

3    told her that that's the amount of money that I needed to

4    give her.

5    Q    Ms. Adae, did Kate Michaels ever perform any rituals

6    while you were at her shop?

7    A    Yes.

8    Q    Can you briefly describe what kind of rituals she

9    performed?

10   A    Sure.

11            She would stand near me and sort of put her hands

12   over and say she was doing healing, while she would be

13   praying or murmuring.  In relation to the clearing of the

14   curse, she asked me to bring in a bottle of water, and she

15   covered it in like a cloth, and she said some things and

16   whatnot, and then she opened it and asked me to blow on the

17   water three times, and then she closed it and did some more

18   stuff and turned it this way and that, and then had a very

19   dramatic, very dramatic episode of seeing some horrible thing

20   that had manifested in this water bottle.

21   Q    Did you see anything in the water bottle?

22   A    I didn't.  I didn't.

23   Q    Why not?

24   A    I didn't -- I wanted to kind of reach out and pull away

25   the cloth and just be like, oh, my God, because she was so

1   affected by it, that I was like, wow, what's in there?  And

2   it was just so horrible, and she sort of was like sick to her

3   stomach and couldn't believe that someone would do something

4   so horrible to me.  It was supposedly the curse kind of

5   coming out.

6   Q    Okay.  You're talking about a curse now.  We had

7   previously been talking about blockages.

8   A    Oh, yes.

9   Q    Are those two separate things?

10  A    They are two separate things.

11  Q    Okay.  So this would be later on in the process?

12  A    Yes, yes.  But that's more the ritual piece.

13  Q    Okay.  Let's go a little bit more about clearing the

14  blockages.  You give the $6800, you write a check to Joyce

15  Michael.  What do you do next?

16  A    Then she gives me, you know, dates that I should be

17  aware of, things that will happen at work, situations where

18  I'll meet, where I will run into that twin flame.  And so I'm

19  supposed to be kind of heightened and ready for that type of

20  thing.

21  Q    And were you?

22  A    Very aware and looking around, but, you know, always

23  coming back and being like, well, that didn't happen, right?

24  Or she would say, you know, in the mornings you have a

25  meeting.  Lo and behold, we did have a meeting at work every

1    morning, and --

2    Q    That wasn't anything surprising?

3    A    Not so much.  But I was like, okay.  And, you know, it's

4    a large table, and there's a lot of people, and that's where

5    she got it wrong, right?  We -- it was more auditorium style.

6    There were a lot of people.  And I said, no, that doesn't

7    sound right because that's not sort of the way our morning

8    meetings work.  And she's like, oh, well, hmm, you know,

9    maybe you'll travel for work, and then you'll be in a big

10   conference room, right.  So it was -- I said, okay, well,

11   maybe.  You know, I don't know, you know.  But --

12        And then it moved out of the work realm because she

13   couldn't come up with any details that sort of made sense.

14   And it would be like if you go here, you'll run into this

15   person.  She just made it more general.  So it would be this

16   day, right, on the 27th.  This is a day that I'm getting

17   really strong messages from my guides about this will be the

18   day.  And, you know, I would come back and I would just be

19   really disappointed because I would be like, well, that

20   didn't really happen.

21        And then she was at the point where she said, you

22   know what, I'm not going to give specific dates because it's

23   too much, you know, for you.  So we're just going to continue

24   with the process of me clearing the blockages and, you know,

25   when your twin flame reveals himself, then that will be that.

```
 1    Q     Did you continue to have meetings with Kate Michaels?

 2    A     I did.

 3    Q     And those would be the weekly meetings?

 4    A     Correct.

 5    Q     Did you -- did she continuously ask for money?

 6    A     She did not always ask for money.

 7    Q     Okay.  When was the next time she asked for money, do

 8    you recall?

 9    A     So that was August.  I mean, it probably would be

10    another four to six weeks.  I mean, it didn't happen all the

11    time, but it would -- she'd sort of space it out.

12    Q     And how did that happen?  How would she ask for money on

13    the next occasion?

14    A     Anytime there was money, it was about the guides, right?

15    Like the sessions where we talked about the twin flame and,

16    you know, my deceased.  You know, the previous relationship

17    that I had had and all of that sort of stuff was just

18    informational to get to that next point.  And then all of a

19    sudden there would be, oh, you know, something's happening.

20    The guides tell me this.  On this date I'm seeing a really

21    pivotal time.  And then that's where the money discussion

22    would come.

23            And, you know, I had already given her a lot of

24    money at this point and had, you know, told her that I

25    just -- this was a lot of money, and it wasn't something that
```

```
 1    I wanted to do.  And so that next time it was sort of like,

 2    no, this is the last time, you know, our work is almost over,

 3    right.  So you kind of think to yourself, or at least I

 4    thought to myself, yes, I've given this woman what I consider

 5    a lot of money, but we're almost done, right.

 6    Q    Are we still in the fall of 2009?

 7    A    Correct.  Correct.

 8    Q    And you believe, because you had been told that this

 9    would be over by the end of the year?

10    A    Correct.

11    Q    So you've given her a significant amount of money.  What

12    do you do when she asks for money the next time?

13    A    I am distressed, and I'm like, I thought this was the

14    last time, and --

15    Q    What did she say when you told her that you thought it

16    was the last time?

17    A    Right, because she had told me.

18         She said that her guides were just now telling her

19    this, that she didn't know the amount of money, and that it

20    was almost like the guides had kept it from her because they

21    knew that she knew that I was going to be distressed about

22    it.  And so they only told her at the last minute, but it

23    really needed to be done, and she was very sorry, and, you

24    know, she looked really upset, you know, the whole nine, that

25    type of thing.
```

1    Q    She looked upset when she was asking you for money?

2    A    Right.  Like I don't know how you're going to take this,

3    I'm feeling really nervous about asking you.  I know how

4    much, you know, how you feel about this, and I know that I

5    said last time was the last time, but I just got this

6    message, and I don't know what to say, you know, that -- so I

7    guess it was supposed to elicit some sort of empathy for her

8    situation.  That it wasn't her, but it was the guides, and it

9    was what was required for the work.

10   Q    Did she ever tell you anything about her own financial

11   situation when you were having meetings with her?

12   A    There were a couple of times, a few references to her

13   situation.

14         So, one, she had mentioned that her husband's

15   business was not doing, you know, well, had kind of been on

16   tough times.  At another point she mentioned that she needed

17   to get some dental work done, but it was difficult for her to

18   come up with the funds for that.  But then at another point I

19   remember her mentioning to me that someone in her building

20   was giving her a hard time about her business, and I just

21   remember her saying, you know, well, my business is going

22   great, you know.  In tough times people need me and come to

23   me for guidance.

24         So, you know, yes, my business is going great.

25   Those are the only three times that I remember her saying

```
 1    anything about her own money.
 2    Q    When you were giving her these significant sums of
 3    money, did she tell you what she was doing with that money?
 4    A    She never did.  It was all for the work.  It was all
 5    around praying on the money.
 6              Clearly after a while I was like, what do you do
 7    with this money?
 8    Q    And what did she say when you asked her what she did
 9    with the money?
10    A    Her first response was, well, you don't really want to
11    know what I do with the money.  That's what she said to me.
12    I thought, well, that's odd.  But then she then said, well,
13    it's not like I burn it or bury it or desecrate it in any
14    way.  There's nothing weird that happens, you know, I just
15    use it for our work.  But was never -- and I think I sort of
16    pressed it, but she kind of danced around whatever it was,
17    because I don't -- I didn't really know.  But she said I
18    don't use it.
19    Q    She said she didn't use it?
20    A    Yes, she said I don't use it.
21    Q    If she had told you that she was using the money that
22    you were sending to her for the work, would you have given it
23    to her?
24    A    No.
25    Q    Why not?
```

```
 1   A    That's not how she represented it, right.  It'd be one

 2   thing if she said $6800 is my fee, $1700 is my fee.  Then in

 3   my mind I would have said, all right, that's a really high

 4   fee.  I don't necessarily want to pay that fee.  But she

 5   represented it with an urgency to relieve an obstacle, right,

 6   that she had set out in the beginning towards a goal that I

 7   wanted.

 8            So in that respect I said, okay this is different,

 9   right.  And in my head I didn't really think of it as a fee,

10   because I honestly thought that, well, clearly people come in

11   here.  Because there are times I would see people waiting if

12   I came by for our appointments.  And I knew there was that

13   chart, right, where she was charging some people 200 bucks a

14   pop, 75 bucks for a tarot reading, like whatever.  So I

15   thought that that was the vast majority of how she made her

16   money, right.

17            And so, you know, believed that this was something

18   that was different.  That's just the way I thought through

19   it, so . . .

20   Q    So when was the next time that you provided money to

21   her, do you recall?

22   A    I'd have to look at the notes that I gave you

23   specifically, but . . .

24            MR. BARDFELD:  May I approach, Your Honor?

25            THE COURT:  Yes.
```

```
 1              THE WITNESS:  So according to these records,
 2    September 11th.
 3    BY MR. BARDFELD:
 4    Q     And what happened on September 11th?  What did you do?
 5    A     She had me go to -- she had me go to Duane Reade, which
 6    is a drug store up in New York and buy gift cards.
 7    Q     What kind of gift cards?
 8    A     Know how you can buy just American Express, just where
 9    you put money on them.  And for some reason, and I don't know
10    why, she said that that was, she said that that was
11    necessary.  It wasn't just to go and get like $800 of cash,
12    you had to get, like, $800 of gift cards.
13    Q     And did you do that?
14    A     I did.
15    Q     Why did you do that?
16    A     It was part of the work.  For whatever reason, it was
17    important to give this money but like in the form of a gift
18    to help clear these blockages and to kind of move the process
19    forward.
20              And like I said, she would tell me that her guides
21    would tell her things that didn't always make sense to her,
22    right.  I mean she was like I don't really know why I'm
23    saying this, this is just what they're telling me that needs
24    to be done.  So I could ask lots of questions, like, well,
25    why would I do it that way, and it always fell back on, well,
```

1    this is the process to remove the blockages, and you're

2    getting that much closer, right.  So it was always that we're

3    getting closer to the end.

4    Q    Okay.  Was the fact that you were getting closer

5    significant to you?

6    A    To me it was.

7    Q    Why?

8    A    Well, I wanted the goal at the end, right.  If this

9    woman who had represented herself as a person who could help

10   me find this twin flame was, in fact -- could do that, then,

11   great, let's like, just do the process.  It was making me

12   uneasy, and it was -- but I had moved down the process,

13   right, at that point I was committed to it.  I had gone a far

14   way into it, because at this point I had given her a

15   significant amount of money.

16   Q    And you've also given her a significant amount of time,

17   right?

18   A    Correct, I've given her time.

19   Q    During the time that you're meeting with her, do you

20   tell anyone else that you're going to see a clairvoyant or

21   psychic?

22   A    So I mentioned it to my parents, actually, that this

23   woman said, oh, I went to this woman, blah, blah, blah, blah,

24   blah, and they -- oh, sorry.  No blah, blah, blah, just what

25   did I say?  Okay.  Sorry.  I'm not good at this court thing.

```
 1              So I had told my parents that this woman, I had

 2     gone to see a fortune teller.  And they know me for being

 3     open to this kind of stuff, right.  Like I feng shui my

 4     house, and, you know, I do all that kind of stuff, and I've

 5     meditated with a Buddhist monk.  Like I'm a curious

 6     interesting -- I'm interesting -- but interested in things,

 7     right?  So they're always like, okay, whatever, whatever.

 8              So I told them that I went to go see this

 9     clairvoyant, and she told me that I had a curse and some

10     auntie had put it on me, and they just were like, oh, my

11     gosh, you know, this is nuts, but whatever.

12              So I was recounting to her that I had told my

13     parents.  And she sort of nodded, but then she said, you

14     know, you really shouldn't tell anybody about our work.

15     Q    Did she tell you why you shouldn't tell anyone about

16     your work?

17     A    Yes.  Because even though people don't mean -- they

18     don't mean harm, they don't mean harm to the work, the fact

19     that they're thinking about the things that we've been

20     talking about interferes with our work, right?  So if you

21     start -- if you go to a therapist, if you -- you know, don't

22     tell anybody about what we're doing.

23     Q    Did you go to a therapist at the time?

24     A    No.

25     Q    When's the next time you give money?
```

```
 1   A     The following month.

 2   Q     The following what?

 3   A     The following month.  So October 23rd.

 4   Q     And how much did you give on October 23rd?

 5   A     $3000.

 6   Q     Again, why did you give $3000?

 7   A     So the numbers she comes up with are numbers that, you

 8   know, don't have sort of a rhyme or a reason to them.  They

 9   are just numbers that come to her.  And then there is usually

10   an urgency about a date, right, because it's not a -- it's

11   not a every three weeks you're going to give me this.  That

12   starts feeling like a fee.  It becomes -- it's random, right,

13   of what the reason is this time.

14   Q     And how did you give her that $3000?

15   A     So that I had to -- I withdrew that.  So I had to do

16   something special and go to a bank, because it's a lot of

17   money.  So you can't get that out of an ATM.  So cash.

18   Q     Okay.  You gave her cash.

19   A     Cash.

20   Q     Was there some significance to the cash?  Did she tell

21   you she needed cash as opposed to a check or a wire-transfer?

22   A     Yes.  So my checks are an out-of-state bank, right?  So

23   that's going to take a while.  And maybe that's why --

24   Q     A while to clear?

25   A     A while to clear, yes, it's going to take a while to
```

 1   clear.  So maybe that's actually why after the checks we went

 2   to, like, cash cards, and then we went to cash, right.

 3   Because if I remember correctly, I don't think I wrote her

 4   any more checks.  Maybe I did at the end, but I don't think

 5   so.

 6   Q    Did you send her wire-transfers?

 7   A    I did.

 8   Q    Do you recall when you sent her wire-transfers?

 9   A    So this is in April and May of the following year.

10   Q    So April and May of 2010 you're sending her

11   wire-transfers?

12   A    Yes.

13   Q    Well, wasn't the work supposed to be finished, at least

14   according to her, in December of 2009?

15   A    Yes.

16   Q    Why did you send her a wire-transfer in 2010?

17   A    So come December of 2009, I actually meet somebody at a

18   party, some guy at a party.  Oh, interesting.  Nice guy.  And

19   she hears this and listens to this, and she's like, oh,

20   that's interesting.

21        And then says, you know, maybe a few days later or

22   something like that, she calls me on the phone and says, this

23   is the guy, right?  Like you're done.  This is your twin

24   flame.

25   Q    What do you think about that?  Do you think that this

```
 1    could be your twin flame?

 2    A    I guess so, right, because I don't know what a twin

 3    flame is, right, I'm only going on what she told me.  So if

 4    this is the spirit that this body -- you know, this body

 5    found, then okay.  I don't really feel any -- I like him.

 6    He's a nice guy.  He's cute and all, and we have a good time

 7    on the few occasions that we've met, but it doesn't quite

 8    seem like this is the embodiment of what she had described.

 9    Q    Well, let's go back to that.  What had she described

10    about the twin flame?  How was it going to work in relation

11    to your deceased significant other?

12    A    So that this spirit of this deceased person finds itself

13    into somebody else's body, and that person then is drawn to

14    you, right.  So, anyway.

15    Q    So let's talk about the guy that you meet at the party.

16    A    Uh-huh.  So very -- yeah, go ahead.

17    Q    Any connection with him?

18    A    I have a great conversation, really nice guy, enough to

19    want to meet up again.  And when we meet up again, we meet up

20    with a group of people, right, it's not like a date.  I'm

21    like, all right, okay.

22    Q    Your idea or his?

23    A    His.

24    Q    Okay.

25    A    Yes.  Yes.  He does not think I'm his twin flame.
```

```
1              And then she, sometime after that, you know, calls

2    me and says, you know, I hope you're sitting down, I hope

3    you're ready, you know, because he's your twin flame.

4              Okay.  Doesn't really seem like it goes anywhere.

5    Doesn't really seem like this is the relationship to end all

6    relationships, and that -- you know, it's sort of the end of

7    the year, and it hasn't happened.  And so there's a bit of an

8    extension, right.  The guides let her know that there's

9    actually a bit of an extension.

10   Q    She told you that?

11   A    Yes, right.

12   Q    So the work wasn't going to be finished in December of

13   2009, it was going to take sometime --

14   A    A little bit longer.

15             So the work was not going to be finished in

16   December 2009.  It was going to take a little bit longer.

17   Q    And did you accept that from her?

18   A    You know, somewhat grudgingly.  I was like, well that,

19   you know, doesn't -- I guess.  I did, right, because I

20   continued to see her.  And part of it -- the sort of the

21   moving of the goalpost, I mean, when you feel like you're on

22   the 10-yard line and then someone says, oh, you actually got

23   to go a little bit further, you're already there.  So I felt

24   like, okay, I'm already almost at the end.

25             If this wasn't the person but we're close to the
```

1    actual person, then it would be foolish for me to stop now

2    and just say, you know what, I'm done.

3    Q    So you continued?

4    A    I did.

5    Q    And you continued giving her money also?

6    A    I do.

7    Q    And how many more times do you give her money?  Doesn't

8    need to be an exact number.

9    A    I would say probably six or eight more times.

10   Q    Again, what are the circumstances under which you're

11   giving her more money?

12   A    So part of it is, of course, the twin flame work.  Part

13   of it's clearing the curse.  Again, there is a finite amount

14   of time, right?  This should only go 'til June or so.  My

15   guides are telling me, you know, this isn't going to last

16   much longer kinda thing.

17   Q    And you believe her?

18   A    And I believe her.

19   Q    Why?

20   A    You know, partly, I think you go down a road to a

21   certain point and you don't want to admit to yourself that,

22   you know, maybe this has all been a lie, but, you know,

23   belief isn't rational.  It's a question of -- it's a 20-20

24   hindsight question, right.  Like I know now the truth, but at

25   the time -- you know, ask an optimist why do they believe

 1    things will get better.  They don't have a rational reason

 2    for it, they just believe, right?  Or a pessimist doesn't

 3    believe it.

 4          It's not a rational thing, and in 20-20 it makes --

 5    it's clear, but at the time when you -- if I think about what

 6    I was thinking at the time, I may not have been happy about

 7    continuing to give the money, but I was already so far down

 8    the road, that stopping seemed less rational at the time.

 9    Q    Well, if you had stopped, did Kate tell you what would

10    happen if you stopped?

11    A    Absolutely.

12    Q    And what did Kate tell you would happen if you stopped

13    providing the money?

14    A    I mean, all would be lost, right?  Like any chance of

15    this actually happening, that I would just kind of continue

16    to carry these blockages around for the rest of my life and I

17    would never find anybody, right?  I mean, that's the other

18    side of it.  That this -- you know, she was doing the work

19    the way that she could.  This was actually more complicated.

20    It was a unique thing, but it was complicated, and it just

21    required more work.  And if I stopped, you know, I'd be stuck

22    with what I had now.

23    Q    Did there come a time when the work changed that she was

24    doing for you or that she was focusing on different issues in

25    your life?

1    A    It -- no, it really -- it centered around the

2    relationship thing, which is -- and I don't mean to be glib,

3    but for a single woman in Manhattan, you can get a lot of

4    legs out of the relationship thing.  So that was definitely

5    like a piece of it.  And then releasing this curse.  I mean,

6    I had mentioned to her that I always thought that, you know,

7    maybe I'd start a business, so there was, you know, work

8    around having that come to fruition, having kids.

9            So those were probably the topics, but the two

10   biggest were going to be~-- the biggest was going to be the

11   relationship, next coming kind of the clearing of the curse,

12   and then a few things here and there where I would give money

13   or buy things in the furthering of starting a business or

14   having kids.

15   Q    Okay.  Let's talk about the curse.  When does that story

16   come up from Kate?

17   A    I would say that the work -- right, like when you said

18   earlier that we kind of jumped ahead when you asked me about

19   rituals, that's more like a 2010 thing.

20   Q    Okay.

21   A    Much more than like a 2009 thing.

22   Q    Okay.  So sometime in 2010 --

23   A    Yeah.

24   Q    -- you start talking about a curse with her?

25   A    Yeah.

```
 1    Q     What does she tell you about the curse?

 2    A     She says that there's -- you know, there's some --

 3    there's an auntie, right, you know, on my father's side or --

 4    Q     Your father's sister -- no, your father's aunt, I'm

 5    sorry.

 6    A     Yeah.  Who's put a curse on me specifically, and that

 7    that's contributed to my situation, right, not married, no

 8    kids.  And it's a terrible, horrible one.

 9    Q     Is there something she can do to help with the curse?

10    A     Yes.  Right.  She's going to pray and meditate and all

11    of that sort of stuff, but there will be money involved, as

12    well.  I don't remember the specific amounts for the curse,

13    but it's -- that became part of our focus.  So any amounts of

14    money are really about blockages in love and then clearing

15    the curse.

16    Q     Okay.  So there are two separate --

17    A     Uh-huh.

18    Q     -- sort of issues that she's dealing with with you; is

19    that correct?

20    A     That's correct.

21    Q     Okay.  So did you tell anyone in your family about the

22    curse?

23    A     That's what I had, like, mentioned to my parents, yes.

24    Q     Did you tell anyone else, any of your friends, any of

25    your coworkers?
```

```
 1    A     No.

 2    Q     Did anyone else besides your parents know that you were

 3    going to see a psychic?

 4    A     I mentioned it to my brother.

 5    Q     What did he say about that?

 6    A     He's like, oh, cool, whatever.  Didn't have a feeling

 7    really one way or the other.

 8    Q     So as we -- I guess we're in 2010.  Your twin flame

 9    soulmate hasn't come up.  So now they're trying to clear the

10    curse.

11    A     Yes.

12    Q     Do you have to start giving money to clear the curse?

13    A     Yes.

14    Q     And how does that happen?  How does she broach that

15    subject with you?

16    A     Well, the -- it's all through the guides, and it's at

17    sort of random times, and there will be, again, some sort of

18    pivotal date or message that's come through that creates the

19    urgency that says this is sort of the perfect timing to do

20    what we need to do.

21    Q     Is it fair to say that when she asks for money, there's

22    generally an -- in an urgent manner?

23    A     Yes.

24    Q     Was that significant to you?

25              MR. SCHWARTZ:  Objection, asked and answered.
```

```
 1                    THE COURT:  Overruled.

 2                    THE WITNESS:  Yes.

 3   BY MR. BARDFELD:

 4    Q    Why was that significant to you?

 5    A    Because it eliminated the ability to really think about

 6   it.  It was, there's a deadline, right, it has to happen at

 7   this point other otherwise we're going to miss something,

 8   miss me being able to help you.  So, yes, there was

 9   significance to the urgency.

10                    MR. BARDFELD:  May I approach, Your Honor?

11                    THE COURT:  Yes.

12   BY MR. BARDFELD:

13    Q    I show you what's already been introduced into evidence

14   as Government's composite exhibit 102, and this is document

15   NA02.

16                    What is this document?

17    A    So this is something that I prepared.  I pulled my

18   records on different transactions, interestingly, that I had

19   actually coded to Kate.

20    Q    That you what?

21    A    I coded in my -- in my system.

22    Q    Okay.  Well, let's go through it.

23                    The first, 8/20 and 8/24, check 1661 and 1663,

24   those are the checks that you referred to earlier on in your

25   testimony, right?
```

1    A    Correct.

2    Q    The Duane Reade later in 2009 was the drug store?

3    A    Correct.

4    Q    What about the withdrawal in 2009, October 23rd, 2009?

5    What kind of withdrawal that was?

6    A    Cash.

7    Q    And what did you do with that cash?

8    A    I gave it to her.

9    Q    To her being Kate?

10   A    To Kate.

11   Q    How about the next one on January 13th, 2010, there's a

12   $3000 withdrawal.

13   A    Another withdrawal that I gave to Kate.

14   Q    And, again, when you give her this money, what's the

15   purpose of giving her this money?

16   A    It's for the work.

17   Q    Did you think you were going to get it back?

18   A    I did think I was going to get some of it back, yeah.

19   Q    And why did you think you were going to get it back?

20   A    Because she told me I would.

21   Q    On 4/30/2010, are we now at the point where we're no

22   longer dealing with the twin flame soulmate and we're more

23   dealing with the curse?

24   A    Yeah.  We're starting to transition, yeah.

25   Q    And there's a wire of $4000 on April 30th, 2010.

```
 1    A     Yeah, again.

 2    Q     And who did that wire go to?

 3    A     That -- I think it went to like a bank in Florida,

 4    right, like Bank of America, and it might have been Joyce

 5    Michaels that was the person, but it was for her.  She asked

 6    me to do that.

 7    Q     How about the next one on 5/5/2010?  That's another

 8    wire-transfer.

 9    A     Same, yep.

10    Q     And you would have done all of these at Kate Michaels'

11    direction, correct?

12    A     Correct.

13    Q     Let's go to September of 2010.  Bra Tenders.  What is

14    that?

15    A     Bra Tenders is a -- it's undergarment, lingerie shop.

16    Q     And why would you give -- why would you pay $180 at Bra

17    Tenders?

18    A     So the next -- those two transactions, there's that one

19    and then the Best Buy.  So these were gift certificates.

20    Q     Gift cards?

21    A     Give cards.  And she had actually suggested I go to

22    Victoria Secrets, and she gave me the amounts, right.  You

23    notice the 18 and the 18, 1800 and $180.  There was some

24    method to the madness of why that was the number.  And she

25    had said, you know, go to Victoria Secrets and get a gift
```

1   card for $180 because that -- this is all in preparation for

2   your marriage and all that kind of stuff.

3   Q    Okay.  We're talking about your marriage.  Is there any

4   potential mates for you to marry at this time?

5   A    Not that I know, not that I've met, not that I'm in

6   contact, with but apparently they're coming.

7   Q    Well, whatever happened with the guy that you had met

8   the December before?

9   A    So, you know, we -- it wasn't that kind of a match, and

10  so then she said that he was gay.

11  Q    He was gay?

12  A    That's what she told me.

13  Q    Okay.

14  A    He doesn't know it, but he's gay.  And I thought, all

15  right, which is odd, because the following year he married a

16  woman.

17  Q    Okay.

18  A    So that was his twin flame.  I was not.

19  Q    So you spend the $180 at Bra Tenders, which is

20  comparable to a Victoria Secret?

21  A    Correct.

22  Q    How about the Best Buy $1800?

23  A    So this one, she said that because I was going to be

24  starting a business, this was important to get because she

25  would, you know, meditate and pray, and this was to signify,

1    you know, buying electronic equipment and, I don't know, file

2    cabinets, something like that.  And I just -- I was like,

3    $1800 at Best Buy in a gift card?  Like this doesn't make any

4    sense to me.  And she kept on the same thing about starting a

5    business.

6    Q    Were you thinking about starting a business?

7    A    Yeah, but, I mean, I'm always thinking about starting a

8    business.  I've been thinking about starting a business for

9    years.

10         And, you know, we had had conversations about money

11   coming back and money coming back, and she -- as you can tell

12   by this timeline, right, like this is over a year after we've

13   started, and I'm agitated, right.  I'm asking questions like,

14   okay, well, when is this coming back, you said this was

15   coming back.  And so she assures me that this -- the Best Buy

16   money is coming back and the Bra Tenders gift certificate,

17   and she also had me get a -- I think it was a 450-dollar gift

18   certificate from Babies R Us, right?  That's another

19   signifying what was going to happen in the future.

20         So there were these three gift cards of, you know,

21   lingerie, baby stuff, and then this Best Buy for my business.

22   And she assured me all of that was coming back.

23   Q    And how did she assure you that?

24   A    She told me, right.  She told me.

25         I was so agitated about all of this, that she's

```
 1   like -- at one point I said, well, I thought you said that

 2   money was coming back?  Like, how much of it was supposed to

 3   be coming back?  And she said to me, well, you're supposed to

 4   be keeping track of that, like I don't keep track of that.

 5   Q    Why were you supposed to be keeping track of the amount

 6   of money coming back?

 7   A    Well, that was news to me, right.  I didn't know.  I

 8   thought to myself, well, if there's a method and a plan

 9   behind how you're doing this and what money I give you and

10   what money comes back, surely you're in control of that.  But

11   she said you're supposed to be keeping track of that.

12            And so that's when I started to track things, and

13   that's why when I pulled up these transactions I literally

14   sorted by Kate.  Seems crazy to track it, but I did.

15   Q    But these aren't the only transactions that you had with

16   her, are they?

17   A    No, no.  These are only the ones that come out as cash.

18            And then because I was getting so agitated about

19   this and I had gone back and tracked it, even she was the one

20   who was like, well, you know, I can -- you know, we can show

21   up a contract just so that you know that I'm serious, like

22   you're supposed to get this money back, and I agree to that.

23   And I was like, all right, I mean, fine.  So I wrote up a

24   contract, like it's in my handwriting, and we both signed it

25   at the bottom.
```

 1    Q     I show you what's already been admitted into evidence as

 2    Government's exhibit composite 102, document NA01.

 3              Okay.  Can you read that?

 4    A     Uh-huh.

 5              THE COURT:  Is that a "yes"?

 6              THE WITNESS:  Yes.  Sorry.

 7    BY MR. BARDFELD:

 8    Q     What does that say?

 9    A     "In addition to the $10,100 currently owed, Kate

10    Michaels agrees to pay the following sums in installments by

11    15 December, 2010:

12              "$180 for purchases at Bra Tenders, $450 for

13    purchases at Babies R Us, $1800 for purchases at Best Buy.

14    This is agreed to by the undersigned today, three September

15    '10, Nana Adae and Kate Michael."

16    Q     Was this the only money that you anticipated would be

17    returned to you?

18    A     No.

19    Q     Why is that?

20    A     Because she told me other amounts would be coming back.

21    Q     And when would she tell you that the other amounts were

22    coming back?

23    A     She would tell me at the time that she asked for the

24    money.

25    Q     Did Kate Michaels ever tell you that she was going to

```
 1    purchase gold coins --

 2    A    Yes.

 3    Q    -- with the money that you provided to her?

 4    A    Yes.

 5    Q    Did she explain what the significance of the gold coins

 6    was?

 7    A    I only remember it now in relation to my marriage,

 8    something for me to have, and, oh, it's turned out to be a

 9    good investment, because gold has gone up, you know, that

10    kind of thing.

11    Q    And did she ever return gold coins to you?

12    A    No.

13    Q    Did she ever return anything to you?

14    A    She gave me back the $1800 for the Best Buy gift

15    certificate.

16    Q    And how'd she give that money back to you?

17    A    In installments, but in cash.  Like she never gave me

18    $1800 all at once, but it would be like 400 bucks here, like

19    whatever.

20    Q    You had already discussed -- do you know how much money

21    in total you provided to Kate Michaels over the, I think it's

22    a two-year period?

23    A    I gave her about $50,000.

24    Q    $50,000?

25    A    (Nods head.)
```

1    Q     So we had already talked about approximately $28,000 in

2    cash transactions.

3    A     Uh-huh.

4    Q     And you also had wire transactions; is that right?

5    A     Correct.

6    Q     Okay.  I show you what's already been admitted into

7    evidence as Government's composite exhibit 102, document

8    NA27.  And this would be on September 2nd of -- can you read

9    the date?

10   A     September 2nd, and this would be 2009.

11   Q     And what does that show?

12   A     A $7000 wire to Nancy Marks.

13   Q     I now show you what's been already introduced as

14   composite exhibit 102, document NH28.  What is that?

15   A     Another $7000 wire to Nancy Marks, September 21st, 2009.

16   Q     I now show you what's already been admitted into

17   evidence composite exhibit 102, NA29.  What does this

18   particular document show?

19   A     Two wires in the amount of $4000, one on April 30th, the

20   other May 5th of 2009.

21            THE COURT:  2009?

22            THE WITNESS:  Correct.

23            Oh, that can't be right, right?  2010.

24   BY MR. BARDFELD:

25   Q     Do you want me to put that back up?

```
 1   A     Let me just look.
 2         2010.  Sorry, I was looking at the "as of" number
 3   up there.
 4   Q     Okay.
 5   A     And then these are two checks.
 6   Q     Those are the two checks we already talked about?
 7   A     Correct.
 8   Q     1700 and 6800?
 9   A     Correct.
10   Q     And what is this from Government's exhibit NA32?  Oh,
11   I'm sorry.
12   A     That's okay.
13         So that's $8200, and that would be July.  It'd have
14   to be July of '10.
15   Q     And is -- what kind of withdrawal is that?
16   A     So that's cash.
17   Q     And what did you do with that cash?
18   A     I gave 8000 -- or actually, let me look at the date of
19   that again, because that actually could be '11.  Just double
20   check.  At the top it will show.  Yeah, that makes more
21   sense.
22         So $8200.  Two hundred I kept as cash for myself,
23   and 8000 in cash I gave to Kate.
24   Q     Did Kate ever tell you about the abilities of any of her
25   family members?
```

```
 1    A    Yes.

 2    Q    And did she say any of her family members had any

 3    psychic ability?

 4    A    Yes.

 5    Q    What did she tell you?

 6    A    She told me that her son did and that quite

 7    coincidentally, he had married a woman that also did, but she

 8    was, you know, unsure if she was going to kind of go into the

 9    business is how she said it.  Her mother-in-law had these

10    psychic abilities, and her husband, to some extent, but, you

11    know.  And so that it was sort of uncanny that people like

12    this kind of all find each other and marry one another.

13    Q    Did you ever meet any of her family members during her

14    visits to 21 West 58th Street?

15    A    Yes.

16    Q    Who did you meet?

17    A    I met her daughter.

18    Q    Do you know what her daughter's name was?

19    A    Vivian.

20         That woman, yes.

21    Q    You met her?  Okay.

22    A    Yes.

23         And her daughter-in-law.  Or, yeah, Fatima.

24    Q    Okay.

25    A    I had met her husband, Ricky.  Yeah.
```

```
 1    Q     Is this her husband?

 2    A     Yep.

 3    Q     Okay.

 4    A     And then I had also met her son on one occasion, but I

 5    wouldn't recognize him.  And then I saw her mother-in-law

 6    there once.

 7    Q     Have you seen this person at 21 West 58th Street?

 8    A     Yes, I have.

 9    Q     And what were the circumstances under which you saw her?

10    A     I didn't speak to her.  She was going from sort of the

11    front room to the back room, so I just happened to see her.

12    Q     Did there ever come a time when Kate Michaels called you

13    and asked you to leave work, or did you ever leave work on a

14    moment's notice to see her?

15    A     Hmm, that's interesting.  Infrequently, but she may have

16    asked me a couple of times if I could do that.

17    Q     Well, you had testified earlier that almost all of your

18    meetings were at 21 West 58th Street.

19    A     Yes.

20    Q     The astrology shop.

21    A     Yep.

22    Q     Where else did you meet her?

23    A     I only met her one other time in the hotel nextdoor to

24    where she -- where we normally met.

25    Q     What was the purpose of that meeting?
```

```
 1   A    She told me the guides had told her that I needed to
 2   give her $400.
 3   Q    The guides needed --
 4            Okay.  And what did you say at that point?
 5   A    I said, no, that didn't make any sense to me.
 6   Q    And did you give her $400?
 7   A    I did not.
 8   Q    And how did she respond?
 9   A    She was a bit, you know, taken aback, but she approached
10   it in a very tentative way.  You know, I'm not sure, I'm
11   getting these messages, and, you know, this is what the
12   guides are telling me.  And I just said, you know, that just
13   doesn't -- yeah, I don't -- I'm not doing that.  And then
14   later told me, oh, you know what, it was a false alarm.  It
15   was a different client.  That's not -- it wasn't for you.
16   Q    How did your relation -- well, I think you said as late
17   as -- hold on one second.  As late as July or August of 2011,
18   you provided $8000 to Kate Michaels.
19   A    July.
20   Q    July.
21            Okay.  And you said you provided it in cash?
22   A    I did.
23   Q    Was that money supposed to be returned to you?
24   A    Yes.
25   Q    And how do you know that money was supposed to be
```

1    returned to you?

2    A    Because she told me it was.  Because by the end I was

3    just getting so agitated about having to give these sums of

4    money because, I mean, this was like my savings.  It was

5    ludicrous.  And so I was very specific.  I was like, is this

6    amount coming back?  Because I don't -- I don't want to give

7    any more money if this stuff isn't coming back.  Like you

8    know I don't have any more -- I don't really have that much

9    money.

10           And she assured me that it was, that it was

11    something that needed to happen temporarily and that I would

12    be getting this money back.

13           And the reason I'm so sure of that is because --

14    and it was only going to be like she just needed to hold it

15    for a week, you know, something like that.  Because I kept

16    calling, and otherwise I would have just come to see her at

17    her regular time, but I kept calling her, and she wouldn't

18    call back.

19    Q    Was this specifically for the $8000 that you provided

20    her?

21    A    Yes.  I mean, she owed me other money, right.  From that

22    document, she didn't really pay anything else either.  But

23    very specifically, I was like, but I know you said I'm

24    supposed to be getting this back like within a week.  This

25    doesn't make any sense to me.

```
 1              So I would call, and I called on successive days, I
 2   called multiple times, and it just kept going to voicemail.
 3   And I remember just being so angry because I was like, this
 4   is ridiculous, you know.  I mean, not that it all hadn't been
 5   ridiculous, but like this -- you know, she said.
 6              And so then I went to her -- to the place, to 21,
 7   you know, East 58th Street, and that's when I saw that the
 8   door had been, you know, rammed.
 9   Q    Do you recall when that was?
10   A    It probably was like the third week of July or something
11   like that.  But I'd have to think about it.  I don't know for
12   sure.
13   Q    Okay.  And did you ever talk to Kate Michaels again?
14   A    No.
15   Q    At any time did Kate Michaels ever tell you that her
16   true name was Nancy Marks?
17   A    No.
18   Q    And who did you understand Nancy Marks to be?
19   A    At what point?
20   Q    Now.
21   A    Oh, I understand that Nancy Marks was the woman who told
22   me her name was Kate Michaels.
23              MR. BARDFELD:  One moment, Your Honor.
24   BY MR. BARDFELD:
25   Q    Ms. Adae, did you have to be persuaded that you were a
```

```
 1    victim in this case?

 2    A    No, no.  When I went to -- can I --

 3    Q    Please.

 4    A    Yeah.  So when I went to her apartment and I saw that

 5    the door had been rammed in, I was like, oh, my God, what

 6    happened?  And she lived in a doorman building, and there

 7    also happened to be a neighbor there, and I was like, oh, my

 8    God, what happened here?  And the neighbor just sort of

 9    looked at me.  You know, who knows who she was.  I don't know

10    who she was.

11    Q    The neighbor, you mean?

12    A    Yes, but she seemed to take a little bit of delight in

13    telling me, in saying --

14              MR. SCHWARTZ:  Objection, hearsay.

15              THE COURT:  Sustained.  Don't tell us what the

16    neighbor said.

17              THE WITNESS:  The woman said --

18              THE COURT:  Don't tell us what the neighbor said.

19              THE WITNESS:  Oh, sorry, sorry.

20              So I just -- I couldn't understand like what had

21    happened.  And so then I went to Google and started to

22    Google, like, Kate Michaels and, you know, what had -- what

23    was going on, if I could figure out.  Because clearly it

24    wasn't -- immediately, I thought that, like, police, and I

25    thought, like, battering the door, because of the way it
```

1    looked.  And then with a little bit of digging, I realized

2    that she was linked to some big criminal investigation.

3    BY MR. BARDFELD:

4    Q    Were you then contacted by law enforcement officials?

5    A    It was -- it was a little while before I actually got a

6    letter in the mail that said that, you know, we think that

7    you might have been involved in a case that we're

8    investigating.

9    Q    And did you contact them, or did they contact you?

10   A    After I received the letter?

11   Q    Yes.

12   A    I contacted them.

13   Q    And you told them your story?

14   A    I did.  I was very apprehensive, but . . .

15   Q    Why?

16   A    It just -- once I realized how much I had been scammed,

17   to be completely honest, even though it was law enforcement,

18   it almost seemed like the second wave of the scam.  You know,

19   I just didn't -- I wasn't sure.

20            So I researched all the names that were on the

21   letter that was sent to me, all of that kind of stuff, and

22   then called in to just figure out why they had contacted me

23   and what they knew and what the deal was, so . . .

24            MR. BARDFELD:  I have no further questions.

25            THE COURT:  All right.  Thank you.

```
 1                         Cross-examination
 2    BY MR. SCHWARTZ:
 3     Q     Good morning.
 4     A     Good morning.
 5     Q     You're very bright, aren't you?
 6     A     I like to think that I'm intelligent.
 7     Q     Not anybody can get into Annapolis, can they?
 8     A     I'm sorry?
 9     Q     You have to be a special person to get into Annapolis,
10    don't you?
11     A     It's a rigorous process, as with most schools.
12     Q     And you completed it?
13     A     I did.
14     Q     And you went and fulfilled your military obligation
15    after graduating from Annapolis, right?
16     A     I did.
17     Q     And you started out as an ensign?
18     A     Correct.
19     Q     And then you went to Lieutenant JG?
20     A     Correct.
21     Q     Did you advance past JG?
22     A     I was a lieutenant.
23     Q     A lieutenant.  You got out before lieutenant commander?
24     A     Correct.
25     Q     And then you went to Columbia graduate school and got an
```

```
 1   MBA?

 2   A    Correct.

 3   Q    And you've been successful in the financial fields where

 4   you work now?

 5   A    Correct.

 6   Q    You own a lot of property?

 7   A    I own a condo.

 8   Q    In Connecticut?

 9   A    Correct.

10   Q    You own anything in Manhattan?

11   A    No.

12   Q    You rent there?

13   A    Oh, yeah.

14   Q    I could understand.

15   A    Very expensive, yeah.

16   Q    And your family is originally from out of the country,

17   right?

18   A    Correct.

19   Q    And did you tell this lady, Nancy Marks/Kate Michaels,

20   that your grandmother used to practice rituals?

21   A    No.

22   Q    You never mentioned anything about your grandmother and

23   being involved in rituals?

24   A    No.

25   Q    Okay.  When you first met Nancy, it was at this location
```

1   on 58th Street, right?

2   A    Correct.

3   Q    And that's right next door to The Plaza Hotel?

4   A    Correct.

5   Q    And outside there was a sign with a name on it, wasn't

6   there?

7   A    All I remember it saying was Law of Attractions.

8   Q    Okay.

9   A    Yeah.

10   Q    Was there also the name Joyce Michaels outside?

11   A    It could have been.

12   Q    Right.  And then there was a sign, sort of a standup

13   sign in the lobby that also said Joyce Michaels?

14   A    So there was no standup sign when I was there.

15   Q    Okay.  Now, you mentioned you got a letter from law

16   enforcement.

17   A    Correct.

18   Q    Do you remember who it was from?

19   A    Detective Anthony Windis (phonetic).

20   Q    And he was with the Fort Lauderdale Police Department?

21   A    Correct.

22   Q    And he was deputized to work with the Secret Service?

23   A    That I do not know.

24   Q    And did you meet with him?

25   A    I did not.

```
 1    Q    Did you talk to him?

 2    A    I spoke to him on the phone.

 3    Q    About how many times?

 4    A    Maybe twice.

 5    Q    And each time did you tell him a bit about your

 6    situation with Nancy Marks?

 7    A    Correct.  Yes, I did.

 8    Q    Do you mind if I refer to her as Nancy Marks so we're

 9    not confused about names?

10    A    That's fine.

11    Q    Okay.  And did you speak with anybody else?

12    A    I just spoke -- I spoke with Detective Charlie Stack.

13    He's retired.

14    Q    About how many times did you speak with him?

15    A    I probably spoke to him more like four or five times.

16    Q    So between these six or seven conversations --

17    A    Half a dozen, maybe.

18    Q    Yeah, you told various parts or all of the story about

19    what happened with Nancy to these two detectives?

20    A    Correct.

21    Q    And eventually, did one of them put that into a form

22    that he called an affidavit?

23    A    As far as I know.

24    Q    And did they ever ask you to sign that affidavit?

25    A    I don't believe so, but I don't remember.  I'll be
```

```
 1    honest.

 2    Q     Did they show it to you or send it to you by e-mail?

 3    A     They asked me to reread, yes.

 4    Q     Do you remember --

 5    A     To make sure, to make sure like what I had said was what

 6    was on the paper, yes.

 7    Q     And periodically, did you remember different or new

 8    things and tell them, and eventually all of that got put into

 9    the affidavit?

10    A     Yes.

11    Q     So without saying that you lied or said anything wrong,

12    the story -- the -- I don't want to say story in a negative

13    connotation, but the story got augmented and changed a bit

14    from the first conversation to the subsequent conversations

15    as you remembered different things?

16    A     I don't think anything was changed, I think more detail

17    was added.

18    Q     That's what I meant.

19    A     Okay.

20    Q     I'm not as articulate.  I apologize.

21          So then subsequent to that, in November of last

22    year, November 7th, did you have a conversation with Beth

23    Watts from the IRS and Roger Stefin, the Assistant U.S.

24    Attorney?

25    A     Yes.
```

```
1    Q     Was that in person or telephonically?

2    A     Everything telephone.

3    Q     And you met with them, and they spent some time with

4    you, and they compiled a memorandum of that conversation?

5    A     Correct.

6    Q     And did you get a chance to read or review that

7    memorandum?

8    A     Yes.

9    Q     And was it correct, to the best of your knowledge?

10   A     Correct, yes.

11         MR. SCHWARTZ:  Your Honor, I would offer that same

12   objection that I've offered before.

13         THE COURT:  All right.  You've made your objection.

14         MR. SCHWARTZ:  Okay.  You want me to do it at

15   sidebar?

16         THE COURT:  No, I think we know what it's about.

17         MR. SCHWARTZ:  Thank you.

18   BY MR. SCHWARTZ:

19   Q     And when you started your testimony, you said basically

20   you went in almost as a lark to the office just to chat with

21   a psychic, see what she had to say, is that fair?

22   A     Correct.

23   Q     When you made your affidavit, you said you went into

24   that office for -- because you had relationship issues.  Am I

25   saying the same thing now, or was that different then?
```

```
 1    A     Yeah, it's -- no, no, it's essentially the same thing,

 2    right?  I had said I went in as a lark because I had just

 3    moved, got a new job, was single, I was searching.  So that's

 4    completely consistent.

 5    Q     But you told the detectives that it was because of

 6    relationship issues, is that fair to say?

 7    A     Sure.

 8    Q     And that you hoped that the psychic would be able to see

 9    into your future and guide you and help you make the right

10    choice?

11    A     Fair.

12    Q     Okay.  You mentioned -- and this is a little point.  You

13    mentioned you gave something to Nancy Marks?

14    A     Uh-huh.

15              THE COURT:  Is that a "yes"?

16              THE WITNESS:  Yes.

17   BY MR. SCHWARTZ:

18    Q     Did you also give her an umbrella?

19    A     I did.

20    Q     And that was from Lehman Brothers?

21    A     Correct.

22    Q     Were you working for Lehman Brothers at the time?

23    A     No.

24    Q     Now, some of the money you were told wouldn't come back

25    and some of the money you were told would come back to you?
```

```
 1    A     Correct.

 2    Q     We've had other witnesses who said money that would come

 3    back to them would come back maybe from earning from

 4    businesses --

 5              MR. BARDFELD:  Objection.

 6              THE COURT:  Sustained.  Don't tell her what other

 7    witnesses said.

 8    BY MR. SCHWARTZ:

 9    Q     Did she tell you how it would come back?

10    A     She said she would give it to me back.

11    Q     Okay.  So it wasn't coming back from some other -- from

12    a lottery or from a business.  She was going to give you

13    money back.

14    A     Correct.

15    Q     And was she Rose Marks?

16    A     No.

17    Q     You see Rose Marks in the courtroom?

18    A     Yes, the Defendant.

19    Q     And this is a lady --

20    A     Yes.

21    Q     -- who you once saw walking from the front of the --

22    back of the apartment?

23    A     Correct.

24    Q     And just so we're clear, we're talked about the front

25    area where there's a table and some chairs and where you met
```

1   with Nancy Marks, right?

2   A    Correct.

3   Q    But behind -- there's a door from that area, isn't

4   there?

5   A    Correct.

6   Q    And to your knowledge, is there an apartment behind that

7   door?

8   A    Yes.

9   Q    Have you been in the apartment?

10  A    No.  I asked to use the bathroom once but was told I

11  couldn't, so, no.

12  Q    You didn't have a hall pass?

13  A    I was not provided one.

14  Q    Did you -- did Rose Marks come in from the front, go to

15  the back, into apartment area?

16  A    Correct.

17  Q    Did she say, give Nancy all your money?

18  A    No.

19  Q    Did she say, if you give her your money it's going to

20  come back to you?

21  A    No.

22  Q    Did she say anything to you?

23  A    As I stated before, we never spoke.  I just happened to

24  see her.

25  Q    Okay.  And that's your only contact you've ever had in

```
 1   your life other than being in the same courtroom today with

 2   Rose Marks; is that right?

 3   A    Correct.

 4   Q    You talked about your beliefs a little bit, I believe,

 5   right?

 6   A    Uh-huh.  Yes.

 7   Q    Okay.  And you were brought up Catholic.  You're

 8   probably now a Protestant, if you're categorized at all, but

 9   you have strong spiritual beliefs, is that fair?

10   A    Correct.

11   Q    And you mentioned that you had had some contact with

12   Buddhism?

13   A    Correct.

14   Q    What was that contact?

15   A    I meditated with a Buddhist monk before in a monastery.

16   Pretty cool.  Pretty interesting.

17   Q    Is that in New York or Connecticut?

18   A    No.

19   Q    Where was that?

20   A    That was in the UK.

21   Q    Did you learn or study anything about the precepts of

22   Buddhism?

23   A    Yeah, I mean I read some kind of interesting books or

24   articles.  I mean, I haven't read the Dalai Lama, but I know

25   lots of people do that.  Yeah.
```

```
 1    Q     Have you -- did you learn that a lot of -- at least a

 2    good portion of Buddhism is predicated, based upon

 3    reincarnation?

 4    A     That is some -- that is one point, yeah, one point of

 5    Buddhism.

 6    Q     Progressing through past lives?

 7    A     Uh-huh.

 8          THE COURT:  Yes?

 9          THE WITNESS:  Yes.

10  BY MR. SCHWARTZ:

11    Q     It's hard for all of us.

12    A     All right.  Yeah.

13    Q     Do you believe in reincarnation?

14    A     Yes.

15    Q     So when Nancy Marks, not Rose Marks, Nancy Marks talked

16    to you about having lived in past lives, was that a concept

17    that you just couldn't fathom at all, or was that something

18    that you could accept a bit?

19    A     Yeah, I could accept that.

20    Q     Have you done any reading or studying about psychic

21    ability?

22    A     I have.

23    Q     What type of books or articles have you read, if you

24    remember?  If you don't, that's fine.

25    A     Yeah, a number of years ago, probably when I was in my
```

```
 1    twenties, just reading about, you know, there are a lot of
 2    books popularized at the time about, you know, walking
 3    towards the light and, you know, that type of thing.
 4    Q    Do you believe that some people could have psychic
 5    ability?
 6    A    Yeah, I mean, I believe that some people are able to do
 7    that.  I don't know to what extent, but it's their stories,
 8    right?  So I believe to some degree.
 9    Q    And when Nancy Marks was telling you that she had the
10    ability to communicate with higher beings or guides or people
11    like that, that didn't seem terribly unreasonable to you, did
12    it?
13    A    No, no.  She talked about her guides, she talked about
14    God.  I mean, we even went to St. Patrick's Cathedral before.
15    So she wasn't this -- she also communicated that she was sort
16    of on the right side of all of that, you know.
17    Q    She wasn't a kook.
18    A    Praying, you know, and in church, and we should go to
19    church together and that kind of thing.
20    Q    And The Plaza's about eight blocks north of
21    St. Patrick's Cathedral, right?
22    A    Yes.
23    Q    And that's where her place was, next to The Plaza?
24    A    Correct.
25    Q    And did she also say that she spent some of this money
```

1    lighting candles at St. Patrick's?

2    A    She didn't say she spent my money doing that, no.

3    Q    But did she say she lit candles at St. Patrick's?

4    A    Yes.

5    Q    And you know that you make a small donation to the

6    church to do that, right?

7    A    Correct.  I don't --

8    Q    You don't have to, but most people do?

9    A    Yep.  I don't -- I -- she didn't tell me that it was my

10   money that she was using that for, but.

11   Q    But did she also say that she contributed money to the

12   church?

13   A    I don't remember.

14         MR. SCHWARTZ:  Your Honor, I don't know when you

15   want to take your break.  I'm going to be another half hour,

16   more or less.

17         THE COURT:  Then we'll take a recess, lunch recess.

18   All right?

19         MR. SCHWARTZ:  Thank you.

20         THE COURT:  Ladies and gentlemen, let's take our

21   lunch recess.  Please don't discuss the case or form any

22   opinions.  Leave your notes, and we'll try and start at 1:15.

23   I have a matter at 1:00 o'clock, and I hopefully will be

24   finished by then.  If we are running a little late, I

25   apologize.  But thank you.  We'll see you at 1:15, or so.

```
 1        (The jury exits the courtroom.)

 2            THE COURT:  All right.  Ma'am, if you would not

 3   discuss your testimony during the recess.  We'll see you at

 4   1:15.  Thank you.

 5            If I could ask counsel, again, to just clear the

 6   table, because I have a matter at 1:00 o'clock.  And you

 7   don't have to move everything.  Just make a little room,

 8   please.  See you after lunch.

 9        (A recess was taken from 12:05 p.m. to 1:18 p.m., after

10   which the following proceedings were had:)

11            THE COURT:  Please be seated, everyone.

12            We're back on the record.  Ms. Marks is present

13   with counsel.

14            We ready to bring the jury back in?

15            MR. BARDFELD:  Yes, Your Honor.

16            MR. SCHWARTZ:  Yes, sir.

17            THE COURT:  Let's bring the jurors in, please.

18            THE COURTROOM SECURITY OFFICER:  Yes, Your Honor.

19            THE COURT:  You're still under oath, ma'am.

20            THE WITNESS:  Yes.

21            THE COURT:  Thank you.

22        (The jury enters the courtroom, after which the following

23   proceedings were had:)

24            THE COURT:  Welcome back, everyone.  Please be

25   seated, ladies and gentlemen.
```

```
 1              Mr. Schwartz, you may continue.

 2              MR. SCHWARTZ:  Thank you.

 3  BY MR. SCHWARTZ:

 4   Q    You mentioned that you had told your brother that you

 5   were seeing Nancy; is that right?

 6   A    That I had gone to see her, yes.

 7   Q    And isn't it a fact that at one point he even met Nancy?

 8   A    He did.

 9   Q    He came to the store or the office and he picked up a

10   large crystal because you needed help carrying it?

11   A    Correct.

12   Q    How big was that crystal?

13   A    It was probably a good two and a half feet high,

14   probably a foot across, very heavy.

15   Q    Amethyst color?

16   A    Yeah, that purple color.  Yeah.

17   Q    And was that included in the payments that you made to

18   her?

19   A    I guess so.

20   Q    You didn't make a separate payment for that?

21   A    (Shakes head.)

22              THE COURT:  Is that a "no"?

23              THE WITNESS:  No.

24  BY MR. SCHWARTZ:

25   Q    I'm sorry.  I didn't try to lead you into that.
```

```
 1   A      No, no, no, no, I forgot.  Sorry.

 2   Q      Now, let's talk about repayment of money.  Let me see if

 3   I can refresh your memory on a couple of things.

 4          Do you remember on or around New Year's Eve Nancy

 5   came to your apartment on~-- near Houston Street in Greenwich

 6   Village and gave you a thousand dollars?  Returned a thousand

 7   dollars to you?

 8   A      No.

 9   Q      You don't remember that at all?

10   A      No.

11   Q      Is your apartment near Houston Street?

12   A      It was.

13   Q      In February or March of 2011, did she give you back

14   $4000?

15   A      I don't remember that.

16   Q      Okay.  Is it possible and you don't remember it or it

17   just didn't happen?

18   A      I don't remember, so I don't know.

19   Q      She did give you back the $1800 from Best Buy?

20   A      That I absolutely remember.

21   Q      Did your brother criticize you for going to see Nancy?

22   A      No.

23   Q      You talked a little bit about the curse and how at one

24   point the curse from a previous life became involved in what

25   Nancy was doing for you, remember?
```

1    A    The whole blockage thing, the whole previous life thing

2    was just part of the whole twin flame conversation.

3    Q    Okay.  So it really morphed together or was part of the

4    same conversation?

5    A    Yeah, the previous life thing was always just the twin

6    flame thing.  The curse was something that had happened to me

7    now.

8    Q    Okay.  So if Ms. Watts in a report said that you stated

9    to her Nancy Marks told Adae -- am I pronouncing your name

10   right?  Is it Adae?

11   A    Adae.

12   Q    Adae.  Nancy Marks told Adae that she was cursed.  The

13   curse had occurred in a past life during medieval times, and

14   that it was the reason Adae couldn't find her twin flame

15   soulmate.  Would that be incorrect?

16   A    I don't remember it like that, but . . .

17   Q    Well, it's your situation.

18   A    Correct.

19   Q    Did you tell that to Ms. Watts?

20   A    I could have.  I could have said that the curse was part

21   of the medieval times.  I was closer to it at the time.  But

22   now I remember it as kind of two paths that we were going

23   down.  One being sort of the romance piece and the other

24   piece issue being the curse.  So they could have been

25   combined in my accounting of it before.

1   Q    Because the judge gave me more time I was able to

2   consolidate, so I'm going to be briefer than I thought I

3   would be.

4   A    Okay.

5   Q    But you said that it was always a crisis when you had to

6   pay money, and you really didn't have time to think and make

7   a -- I guess these are my words, not yours, a rational

8   decision because you were under pressure.  Is that a fair

9   characterization?

10  A    Yes.

11  Q    But you spent four years in Annapolis and another batch

12  of years in really significant positions with our -- one of

13  our Armed Forces branch, and you were trained to think in

14  crises, weren't you?

15  A    Uh-huh, yes.

16  Q    And you were trained to make rational decisions in times

17  of stress and crisis.  That's one of the big things they

18  teach you at Annapolis, isn't it?

19  A    Yes.

20  Q    And then, again, you're rated on that in your

21  performance ratings as an officer in the Navy.

22  A    Yes.

23  Q    And you have that ability.

24  A    Yes.

25  Q    So that's not the real reason you paid the money, is it,

```
 1   because it was a crisis?

 2   A    Yeah.  I mean, in those situations that you refer to in

 3   the military or anytime that I have to do things in a high

 4   pressure situation, I'm aware and I'm fully informed of the

 5   consequences, I understand unequivocally what's at stake, and

 6   I'm very clear.

 7   Q    Okay.

 8   A    This situation was not like that.  Everything was cloudy

 9   and nebulous, and the consequences to me personally were very

10   far reaching, and it was irrational, right.  Like I can do

11   that in a rational situation.  None of this was rational.

12   And I realize that 20-20.

13   Q    That's looking back.

14   A    Yeah.  But in the time it felt very high pressured, and

15   it felt very much about, you know, my future security,

16   safety, happiness, all of that.  And that's not something

17   that you necessarily think through in a logical steely way.

18   Q    That's a very good explanation, and I thank you.

19           So Nancy Marks put you in a pressure situation

20   and --

21   A    Yes.

22   Q    -- because of that and because of your feelings and your

23   desires to change your life in this one area, you made what

24   you now think of as an irrational decision?

25   A    Yes.
```

```
1    Q    And some of this money you expected to get back?

2    A    Correct.

3    Q    Okay.  And just one last question, and I probably asked

4    it before, none of this money -- Rose Marks never asked you

5    for any of this money?

6    A    I never spoke to Rose Marks.

7    Q    And she never made any promises to you about any of this

8    money?

9    A    Never spoken to Rose Marks.

10             MR. SCHWARTZ:  No further questions.

11             THE COURT:  Thank you.

12             Any redirect?

13             MR. BARDFELD:  No, Your Honor.

14             THE COURT:  Thank you, ma'am.  Watch your step.

15             MR. STEFIN:  Our next witness is Janice Florendine.

16             THE COURT:  Ma'am, would you raise your right hand,

17    please.

18         Janice Florendine, Government's witness, sworn.

19             THE COURT:  Please be seated.

20             If you could try and have that microphone pulled

21    towards you, because the chair doesn't move.

22             THE WITNESS:  Okay.

23             THE COURT:  The chair doesn't, but that microphone

24    does.

25             If you could tell us your name and spell your last
```

```
 1    name for us, please.

 2              THE WITNESS:  Janice Florendine,

 3    F-l-o-r-e-n-d-i-n-e.

 4              THE COURT:  Thank you, ma'am.

 5                        Direct Examination

 6    BY MR. STEFIN:

 7    Q    Good afternoon, Ms. Florendine.

 8    A    Hi.

 9    Q    Where are you from?

10    A    I'm from High River, Alberta, and Calgary, Alberta

11    before that.

12    Q    That's in Canada, correct?

13    A    Right.

14    Q    Have you lived in Canada most of your life?

15    A    All my life.

16    Q    And let me just direct you back to 1993.  What kind of

17    work were you doing at that time?

18    A    I had a -- I just started a clothing store in Kelowna,

19    BC.

20    Q    BC, British Columbia?

21    A    Right.

22    Q    How far is that from Calgary?

23    A    It's about an eight-hour car ride.  I had moved there in

24    1991.

25    Q    So this is in the western Canadian area?
```

1    A    Yes.

2    Q    Is that right?

3         What was the name of your clothing store?

4    A    Scalas (phonetic) Fashions Limited.

5    Q    What kind of clothing store was it?  What were you

6    specializing in?

7    A    Women's clothing, mainly high end.

8    Q    Now, in 1993 were you already in operation, or were you

9    still in the process of making the store?

10   A    I was setting it up.  I had rented space in Kelowna and

11   I was designing the building, designing the store, and hiring

12   a consultant to help me.

13   Q    And in that year, did your business take you to New York

14   City?

15   A    Yes, it did.

16   Q    And what was the purpose of your trip to New York City

17   in 1993?

18   A    To buy -- to look around and see what was going on in

19   New York and to also buy merchandise.

20   Q    For your store?

21   A    Yes.

22   Q    Did you happen to -- while you were in New York on that

23   trip, did you happen to go into a shop or a business that

24   offered fortune telling-type services?

25   A    I did.

```
1    Q    How did that happen?  How did that come about?

2    A    It was close to the end of the day, and we were walking

3    from our hotel towards Fifth Avenue to have dinner.

4    Q    You said "we."  Were you with someone else?

5    A    With my consultant, Deb Nichols.

6    Q    Deb Nichols?

7    A    Yes.

8    Q    Coming from dinner.  I'm sorry to interrupt.

9    A    We were going to dinner, and I noticed just behind The

10   Plaza Hotel, we walked by it, I saw a sign that said psychic.

11   So I said to Deb, why don't we go in and have a reading done.

12   Q    Had you ever had a psychic reading before?

13   A    Maybe one or two before that.

14   Q    What happened after you made that comment?

15   A    We went in and asked if we could see somebody, and a

16   girl came out, said, yes, she would have time to see us.  So

17   we both wanted to read.  I think I let Deb go first, and the

18   girl -- the woman's name that we saw was Joyce Michael.

19   Q    She introduced herself as Joyce Michael, or that's how

20   you came to know her as?

21   A    Yes.

22   Q    All right.  You said Deb went first.  Were you there in

23   the room while she did the reading?

24   A    No, I sat outside.

25   Q    And then it was your turn?
```

1    A    Yes.

2    Q    So tell us what happened.

3    A    I went in and had a reading, and she -- I can't remember

4    the exact wording.  She just said that I had problems in my

5    life, and if I could came back the next day she would give me

6    more information.

7    Q    Now, at this time did you believe in the possibility

8    that people had psychic -- there were people on earth that

9    had psychic abilities?

10   A    I guess now I look at it more we use our intuition, we

11   all do.

12   Q    But at the time did you believe that this person --

13   A    I did believe -- I do believe -- at the time I did

14   believe people had psychic ability.

15   Q    Just one caution.  Try to let me finish my question

16   before you start to answer so we don't both talk at the same

17   time.  Okay?

18            In your previous experiences going -- having a

19   reading, was there anything remarkable about those

20   experiences?

21   A    No, not really at all.

22   Q    Do you remember how much you had paid on previous

23   occasions to have a reading?

24   A    About $75 a reading.

25   Q    And before you had your readings on this particular day,

```
 1   was there any discussion about how much you and Deb were

 2   going to be charged for the service?

 3   A    We were charged probably, I'm thinking around $75 that

 4   day each.

 5   Q    So you began to say that this woman told you that she

 6   wanted to do something further with you?

 7   A    Yes, she did.

 8   Q    And did that seem agreeable to you at the time?

 9   A    I was interested in proceeding with something further.

10   Q    So did you then go back, return the next day?

11   A    The next day I did.

12   Q    Was -- the other person, was she with you or were you by

13   yourself?

14   A    I was by myself.

15   Q    And what happened when you came back?

16   A    She wanted a larger sum of money on the second day.  She

17   wanted -- I can't remember the discussion, but I know she

18   wanted a larger sum of money, and I think it was about $1500.

19   Q    And what did she say she was going to do for the $1500

20   or why she needed the $1500?

21   A    She spent some more time with me, and she said she

22   needed to do some clearing of my energy field, that a lot of

23   my troubles were caused because of that.

24   Q    And did you agree to pay her $1500?

25   A    Yes, I did.
```

1   Q     Do you remember how you paid her?

2   A     Cash.

3   Q     Did you have that much money in your possession, or did

4   you need to do something first?

5   A     I -- she told me on the first day when I came back that

6   I would have to bring more money.  So I had gone to the ATM.

7   Q     And how did you conclude with her on that particular

8   day?

9   A     She said she would spend time in prayer, and she would

10   see what else needed to be done to help me, and she would be

11   in touch with me when I went back to Canada.

12   Q     Did she provide you her phone number, or did you provide

13   her phone number, or what?

14   A     I had given her my number.  I don't recall if I had her

15   number or not then.

16   Q     What was your understanding as to what the $1500 was

17   going to generate for you?

18   A     My thought was that she would have the answers, and I

19   would hear from her, and she would say if you did this, or

20   these are some of the causes of the problems, and that it

21   would be over.

22   Q     But did you understand that the work that she was going

23   to do for you would be encompassed in the $1500 that you had

24   paid?

25   A     Yes.

1    Q    Did she make any representations of when she meditates

2    or how hard she meditates or anything to that effect?

3    A    She said that it would take a lot of time to do her

4    work.

5    Q    So when you -- did you go back to Canada at some point

6    shortly after this visit?

7    A    Yes, I did.

8    Q    And once you returned back to Canada, did you have

9    additional contact with the person who identified herself as

10   Joyce Michael?

11   A    I did.  Probably within a two-week period I heard from

12   her by phone.  She phoned me and she said that she needed to

13   do many more hours of work on me, and that I needed to make a

14   large sacrifice, that it would cost~-- the large sacrifice

15   would mean that she could spend more time working on my

16   energy.  The sacrifice had to be a substantial amount of

17   money.

18   Q    And what kind of number was she talking about at that

19   point?

20   A    She said it had to be a number -- it had to be nine, it

21   had to have nine in it, and --

22   Q    Did she explain why it had to have nine in it?

23   A    No.

24   Q    Could it be a multiple of nine, or did it have to

25   actually have the number 9 in it?

```
 1   A     No, could be a multiple of nine.

 2   Q     And what number do you recall at this point it being,

 3   the amount of money she said she would need to do for the

 4   work?

 5   A     At that time I -- I think I threw out an amount of

 6   money, and she kept telling me it had to be more money.  So

 7   90,000 was the first amount.

 8   Q     Now, you said she talked about it as being a sacrifice.

 9   A     Yes.

10   Q     What did she explain that meant in terms of whether you

11   would ever see that money again or not?

12   A     What she explained was that this money was going into a

13   black box, and that it would stay in the black box until her

14   work had been completed.  When her work had been completed, I

15   would get the money back.

16   Q     Was there any conversation about whether money would be

17   cleansed or anything to that effect?

18   A     The conversation just was, it was going in the black

19   box, and when her work was completed she would give it back.

20   Q     Did you ask her further details about what that meant,

21   money going into a black box, or what was your concept of

22   what she was saying to you?

23   A     Well, to me, the concept was it was like a security box

24   or a safety deposit box, and that my money would be secured.

25   Q     Did you trust her at that time?
```

```
 1   A     At that time I did.

 2   Q     What was your mental or emotional state during these --

 3   this early period where you were having contacts with this

 4   woman?

 5   A     I was -- I had a lot on the go with my store, I had just

 6   built a house, and I guess I was nervous.  There was some

 7   aura about this woman that made you feel like if you didn't

 8   do what she told you, that some evil would befall you, and I

 9   had a three-year-old daughter at the time, as well.

10   Q     And were you married or divorced at this time?

11   A     Divorced.

12   Q     And you said your business was just getting underway at

13   this time?

14   A     I just opened the store.

15   Q     To what extent did that cause any pressure to you?

16   A     Well, there was a lot of pressure.  I had staff I had to

17   hire.  And this was not a field that I was familiar with, so

18   it was a whole new venture for me.  So I was stressed.

19   Q     So were you able to pull together $90,000 to send to

20   this woman?

21   A     I had to put a line of credit on my house.

22   Q     And once you got the line of credit, did you take out

23   $90,000 from the line of credit?

24   A     Yes, I did.  But not just 90.  Then I took out another

25   90,000, because 90 she told me was not enough.
```

1    Q    So how much actually did it turn out to be?

2    A    180,000.

3    Q    And, again, all this was supposed to go into this black

4    box?

5    A    That's what I understood.

6    Q    Now, 180,000 U.S. dollars or 180,000 Canadian dollars;

7    do you recall?

8    A    180,000 Canadian.

9    Q    I don't know if you remember, but what -- do you

10   remember what the approximate conversion would have been in

11   U.S. dollars?

12   A    It was -- there was quite a difference then.  I think it

13   was about 145 U.S.

14   Q    145 U.S. dollars?

15   A    Around there.

16   Q    Approximately?

17        How -- do you recall how you were able to transfer

18   this money to her?

19   A    A wire transfer.

20   Q    And how did you get the banking information to know

21   where the money should go?

22   A    I don't know.  I don't remember that.

23   Q    Once you sent the money -- you said it was in more than

24   one transfer?

25   A    Two transfers.

1    Q    Once you sent the money, what did you expect to happen?

2    A    I expected her to, in a short period of time, I'm

3    thinking within a year she would get back to me with news

4    that the work had been completed, her prayer work had been

5    completed, and that my life would -- she would have removed

6    all this negative energy.

7    Q    Do you recall, during the coming months did you maintain

8    contact with her?

9    A    Yes.

10    Q    How often did you communicate with her, say, in the

11    month or two after you had sent this amount of money?

12    A    I would think once a week, once every two weeks.

13    Q    And during this time, how was the -- how was it going

14    with your business and setting it up?

15    A    The business was a new business.  It was going well, but

16    there were trials and tribulations.

17    Q    Would you discuss those problems with her, or was that

18    part of the --

19    A    No.

20    Q    -- conversations?

21    A    Never discussed business with her.

22    Q    Was there a point in time after you gave her the

23    $180,000 that she asked you for more money?

24    A    No, she did not.

25    Q    Was there a point in time that you contacted her about

```
 1    getting the money returned to you?

 2    A    The -- I think what we're missing here is the fact that

 3    she was concerned with my love life.  This was her area of

 4    expertise in my life, and she was always trying to find me a

 5    soulmate.  So after 10 months and nothing had happened or

 6    what had happened definitely did not -- was not what I was

 7    looking for, I asked her for the money back.

 8    Q    So was this finding you a soulmate, was that an

 9    important aspect of the work that she was to be doing for

10    you?

11    A    That was her main focus with me, was finding me a

12    soulmate.

13    Q    Did she make any representations as to whether your

14    soulmate was nearby or existed or anything to that effect?

15    A    Men that would come into my life, I would talk to her

16    about certain of them, and she would say, yes, he's the one,

17    or he's not the one.  So there was one in particular that I

18    dated, and she said definitely he was the one.

19    Q    And how did that turn out?

20    A    Not good.

21    Q    Did you tell her that, hey, this ain't the one?

22    A    Well, I had a large party at my house, and the one that

23    she thought was the one for me I found in bed with another

24    woman in my own home.

25    Q    That's a deal breaker?
```

1    A    That was a deal breaker.

2    Q    Did you relate that information to Joyce?

3    A    Yes, I did.  Actually, it happened New Year's Eve now

4    when I think about it.  So New Year's Day I phoned,

5    devastated, to let her know.

6    Q    This was devastating to you?

7    A    Yes, it was.

8    Q    Because what did you think based on your conversations

9    with this woman?

10    A    Well, when you put $180,000 into something like this,

11    which to me in this day and age would be like going to a --

12    what do they call the dating -- not a dating service, but

13    there are services now that --

14    Q    EHarmony?

15    A    No, where you pay to have -- for somebody to match you

16    up with somebody.  180,000, I thought I needed to have found

17    somebody.

18    Q    So after this New Year's Eve fiasco, did you continue on

19    with her trying to find you a new soulmate?

20    A    Well, by then I thought this is not working, there's

21    something wrong with what she's saying she's going to do and

22    what she's doing.  So after the 10-month period was up I

23    started demanding that I get my money back.

24    Q    And how did she respond to that?

25    A    Work is not done, the work is not done, I can't do it

```
 1    yet, I can't do it yet.
 2    Q    And how many times did you have that conversation or a
 3    similar conversation?
 4    A    That was on my mind.  By now I knew -- by now I knew
 5    something was wrong.
 6    Q    And when you say "by now," I mean, how far into the
 7    situation are you since you first met her?
 8    A    Ten months.
 9    Q    Did you have any concerns about whether or not you had
10    been defrauded?
11    A    Yes.
12    Q    Did you pass that along to that person?
13    A    I never --
14          MR. SCHWARTZ:  Objection, leading.
15          THE COURT:  Overruled.
16          THE WITNESS:  I don't know that I even knew that
17    term then.
18    BY MR. STEFIN:
19    Q    All right.  A scam, or ripped off?
20    A    I was being -- yeah, I was being ripped off.
21    Q    And so did you make any additional efforts to get your
22    money back other than talk to her on the telephone?
23    A    Talked to her on the telephone, and I made a trip or two
24    to New York, and she said she would --
25    Q    Hold on one second.
```

```
 1              How long after all of this did you make the trip
 2   to --
 3   A    Over the next two or three years.
 4   Q    And, again, did you go specifically to meet with her, or
 5   was it for other reasons, as well?
 6   A    When she knew I wanted the money back, I never did see
 7   her again.  I went once.  She agreed to pay me some money and
 8   that I would meet with somebody at her office behind The
 9   Plaza Hotel.
10   Q    And, again, did you go to New York specifically to meet
11   with her, or were there other reasons that you were in New
12   York at that time?
13   A    I was there on business for the store.
14   Q    But you arranged to meet with somebody that -- to try to
15   get some money back?
16   A    Yes, I did.
17   Q    And what do you recall happening when you showed up at
18   the arranged time?
19   A    I thought I would see Joyce there, that she would be
20   able to see me face to face, but the first time was a woman
21   who handed me an envelope.
22   Q    And what do you recall being in the envelope?
23   A    I don't remember the sum of money, but it was cash.
24   Q    Are we talking -- do you have a ballpark number, to the
25   best of your memory?
```

```
 1    A     Over the two visits that I went where I got cash, the

 2    total was $11,000.

 3    Q     So you came back a second time?

 4    A     I did.

 5    Q     Same trip or a different trip?

 6    A     Different trip.

 7    Q     And do you remember who -- what person or the

 8    description of the person that handed you money the second

 9    time?

10    A     The second time was a man.

11    Q     Where did that meeting take place?

12    A     Same at the -- same place where I first met Joyce

13    Michael.

14    Q     Did you go inside, or was this done outside?

15    A     It was done inside the vestibule.

16    Q     Did you ask to speak to Joyce when you were there on

17    either of those occasions?

18    A     I did, and I was always told she was not around.

19    Q     And this all started in 1993, so your best recollection

20    of when you received these amounts of money?  About what year

21    was that?

22    A     It would be over the next two years.

23    Q     And did you make any additional efforts at that time to

24    recover your money?

25    A     I am sure I probably called her every six months to find
```

 1    out when I would get the rest of my money.

 2    Q    Was there a point in which you contacted the police?

 3    A    Yes, there was.

 4    Q    How many years now have gone by when you made a call to

 5    the police?

 6    A    Now it's 1998.

 7    Q    So it's been about five years since you gave the money?

 8    A    Yes.

 9    Q    And what made you -- caused you to call the police now

10    five years later?

11    A    I did not know what else to do.  I was so frustrated

12    having somebody lie to me, that I -- I didn't -- and I didn't

13    know any -- I didn't want to have to go through the legal

14    recourse.

15    Q    And when you called the police, what police agencies did

16    you contact?

17    A    The New York City police department.

18    Q    Was this done over the phone, or did you actually go in

19    in person on one of your trips?

20    A    No, this was done on the phone.  I didn't go back to New

21    York after about 1996.

22    Q    So this is like two years after your last trip to New

23    York?

24    A    Yes, because I had closed my store by 1998.

25    Q    And how helpful were the police when you told them what

1    had happened to you?

2    A     Not helpful at all.

3    Q     So then did you take any further steps to try to recover

4    your money?

5    A     I~-- the New York police would not do anything, but they

6    gave me the name of some kind of an agency that would refer

7    me to a lawyer.  So I got the name of a lawyer and I talked

8    to a lawyer.

9    Q     This was a lawyer in New York or a lawyer in Canada?

10   A     A lawyer in New York City, and this was all done by

11   phone.

12   Q     And did you ultimately hire that lawyer?

13   A     Yes, I did.

14   Q     What was his name?

15   A     Sanford Greenberg.

16   Q     And he worked out of New York?

17   A     He worked about three blocks from her office, which is I

18   think why I got his name, because they asked me the address

19   of where my money was.

20   Q     And ultimately, what did Mr. Greenberg do on your

21   behalf?

22   A     He filed a judgment.

23   Q     Well, the Court does the judgments.  Do you mean a

24   lawsuit?

25   A     A lawsuit, sorry.

```
 1   Q     And where did -- where was your lawsuit filed?

 2   A     In New York City.

 3   Q     And were you the plaintiff, the named plaintiff in

 4   the . . .

 5   A     I was.

 6   Q     And who was named as the Defendant?

 7   A     Joyce Michael.

 8   Q     And did you know her by any other name?

 9   A     No, I did not.

10   Q     And ultimately, what was the outcome of your case?

11   A     The outcome was that I won the judgment, I won the

12   lawsuit, and it was -- she was to pay me back my money.

13   Q     Did you actually go to court?  In other words, was there

14   a trial or a hearing, or was this something called a summary

15   judgment?

16   A     Would be done as a summary judgment was done, but just

17   with the lawyer.

18   Q     And once you received the judgment, do you recall

19   approximately how much the judgment was for?

20   A     The judgment, I think with everything, with interest and

21   what it came to just over $180,000.

22   Q     And that's Canadian or U.S. at this point?

23   A     At this point it's U.S.

24   Q     Do you recall when it was that the Court entered a

25   judgment for you in the amount of close to $180,000?
```

```
 1    A     Pardon me?

 2    Q     Do you recall what year it was at this point when you

 3    got the judgment?

 4    A     1999.

 5    Q     Were you able to collect on this judgment?

 6    A     No, I was not.

 7    Q     I want to show you what's been marked and received into

 8    evidence, a couple of exhibits here.  Showing you on the

 9    screen -- and you have a monitor right in front of you, and

10    you can move that, adjust it.  Part of composite exhibit 30.

11    Does that look familiar to you?

12    A     This is not turned on here.

13    Q     Well, then it can't be familiar.

14          THE COURT:  There should be a button, ma'am, on the

15    bottom right.

16          THE WITNESS:  Got it.  Thank you.

17          That's where I first met Joyce Michael.

18    BY MR. STEFIN:

19    Q     Let me direct you to somebody in the courtroom.  This --

20    A     No, it is not.

21    Q     Well, let me ask the question.  You've given the answer,

22    but I'm still going to ask the question.  Okay?

23          Is this the woman that you dealt with at that shop

24    on West 58th Street, in New York?

25    A     No, it is not.
```

```
 1   Q    And did you ever see her there or recall seeing her at

 2   any time?

 3   A    No, I did not.

 4   Q    Let me show you what's been marked, which has been

 5   received in evidence as part of composite exhibit 32.  This

 6   is 32B.  Does that look familiar?

 7   A    Yes, it does.

 8   Q    Is that the person you believe you dealt with?

 9   A    Yes, it is..

10   Q    And it's now 2013.  Your judgment was in 1999, I believe

11   you said?

12   A    Yes.

13   Q    Have you seen any of this money besides the $11,000 in

14   cash that you got in two envelopes?

15   A    No, I have not.

16   Q    By the way, did your case make the newspapers in New

17   York?

18   A    Yes, it did.

19        MR. STEFIN:  Your Honor, at this time the United

20   States would offer Government's composite exhibit 16, which

21   are court records from the Supreme Court of the State of New

22   York regarding the lawsuit of Janice Florendine versus Joyce

23   Michael.

24        MR. SCHWARTZ:  No objection.

25        THE COURT:  Admitted without objection.
```

```
 1          (Government's Exhibit No. 16 entered into evidence.)

 2   BY MR. STEFIN:

 3   Q    I just want to -- now, you were not in possession of

 4   these particular court documents, were you?

 5   A    No.

 6   Q    So let me just show a couple of them on the screen.

 7          Now, your lawyer filed what's called a complaint, a

 8   civil complaint?

 9   A    Yes.

10   Q    And was that based on the allegations, the information

11   you had furnished to him about what had happened to you?

12   A    Yes, it was.

13   Q    And showing you and showing the Jury Document Number

14   County Clerk NYC-09, which is part of composite exhibit 16.

15   There was an actual answer to the complaint.  So someone

16   purporting to be Joyce Michael at 21 West 58th Street,

17   Apartment 1A, New York, New York, responded to the complaint;

18   is that right?

19   A    Yes.

20   Q    And let me show you what's been received as County Clerk

21   NYC-0-11, the first page of the judgment in the case.

22          "Plaintiff, Janice Florendine, having moved this

23   Court for an order granting a judgment by default in favor of

24   Plaintiff, Janice Florendine.

25          Goes on to say that:  "And Defendant, Joyce
```

```
 1    Michael, having consented to entry of judgment in the amount

 2    of 125,054, the Court then enters an order of judgment."

 3              Is that correct?

 4    A    Yes.

 5    Q    And showing you the second page, Document County Clerk

 6    NYC-12, the Court entered a judgment in the amount of

 7    125,054, with interest from 1995 in the amount of $55,842.60,

 8    with $495 in court costs, for a total of $181,391.60.

 9              Is that correct?

10    A    Yes.

11    Q    Entered, looks like the 30th day of December, 1999.

12    A    Yes.

13    Q    Did you or your lawyer make any efforts to try to locate

14    any assets of Joyce Michael?

15    A    Yes, I left this in Sanford's hands, and he could not

16    locate any funds nor could he locate Joyce Michael.

17              MR. STEFIN:  That's all I have on direct.

18              THE COURT:  Thank you.

19              Cross-examination.

20                        Cross-examination

21    BY MR. SCHWARTZ:

22    Q    Also as part of that state court proceeding, there was a

23    motion by your attorney for fees and costs, if I'm not

24    mistaken.  Do you remember that?

25    A    No, I don't.
```

1    Q    Okay.  Well, let me show you what's in evidence, which

2    is an order by the judge in, I believe it's September,

3    September 27th, 1999, and direct you to the second full

4    paragraph.  Apparently, this lady who used the name Joyce

5    Michael put an affidavit in response to the motion, or at

6    least that's what it says, and she says two things in that

7    affidavit.

8             The first thing is, it was a motion for summary

9    judgment based on a loan memorialized by a promissory note in

10   the amount of $136,054.  Do you remember, first of all, that

11   the conversion rate was not 145 but $136,000 roughly?

12   A    That would be probably right.

13   Q    Okay.  And you were clear on your direct examination

14   that you weren't sure of the exact amount.  It was somewhere

15   around there.

16   A    Yes.

17   Q    Okay.  And then do you remember also that at some time

18   during your conversation with her, she gave you a promissory

19   note for that amount?

20   A    Yes, she did.

21   Q    Do you remember when that was?

22   A    No, I don't.

23   Q    Was it before you sued her or after you sued her?

24   A    It could have been in between.

25   Q    Okay.  And then she admits in her answer to the motion

1    or her affidavit that she paid you 11,000, which you agree

2    she paid you about 11,000, right?

3    A    Yes.

4    Q    And that she owed you, absent interest and other costs,

5    $125,000?

6    A    Right.

7    Q    Okay.  And this lady who did this is not this lady here

8    in the courtroom, Rose Marks, right?

9    A    No.

10          MR. SCHWARTZ:  No other questions.

11          THE COURT:  Thank you.

12          Any redirect?

13          MR. STEFIN:  Very briefly.

14                     Redirect Examination

15   BY MR. STEFIN:

16   Q    This promissory note, were you ever able to -- well, did

17   you retain it or do you have a copy of it?

18   A    What my recollection is is that when she gave me money,

19   we would have done a promissory note.  No, I don't have a

20   copy of it.  Over the phone she would have said that she

21   would -- I was trying to get something in writing from her --

22   she would give me something.  So when I would pick up cash,

23   there would be some kind of a note there.

24   Q    And do you recall when you picked up the cash did

25   anybody deliver to you any kind of written --

```
 1    A     It would have been with the cash.

 2    Q     And was there just the one promise to repay your money,

 3    or were there more than one promise to repay you?

 4    A     There was more than one.

 5    Q     And how did she do on the promises?

 6    A     She never -- she never -- she reneged on all of them.  I

 7    never saw any more money than the $11,000.

 8              MR. STEFIN:  Thank you.

 9              THE COURT:  Thank you, ma'am.  Watch your step.

10              MR. STEFIN:  The United States would call Luke

11    Devlin.

12              MR. SCHWARTZ:  Your Honor, may the Defendant be

13    excused for a few moments?

14              THE COURT:  You need a recess?

15              MR. SCHWARTZ:  Just for a few moments.

16              THE COURT:  All right.  Let's take a short recess,

17    ladies and gentlemen.  Please don't discuss the case, form

18    any opinions.  Leave everything at your seat.  Take a

19    10-minute recess.

20         (The jury exits the courtroom.)

21         (A recess was taken from 2:06 p.m. to 2:17 p.m., after

22    which the following proceedings were had:)

23              MR. SCHWARTZ:  Thank you, Your Honor.  The

24    Defendant wanted to apologize.

25              THE COURT:  There's no need to apologize.  No
```

 1    problem.

 2              All right.  We ready to proceed?

 3              MR. SCHWARTZ:  Yes, Your Honor.

 4              MR. STEFIN:  Yes, Your Honor.

 5              THE COURT:  Ms. Marks is present with counsel.

 6              Let's bring the jury in.

 7              Our next witness.  Sir, just stand right there for

 8    a minute.

 9        (The jury enters the courtroom, after which the following

10    proceedings were had:)

11              THE COURT:  Welcome back, everyone.  Please be

12    seated, ladies and gentlemen.

13              Sir, would you please raise your right hand.

14              Luke Devlin, Government's witness, sworn.

15              THE COURT:  Sir, if you could tell us your name and

16    spell your last name for us, please.

17              THE WITNESS:  Luke Devlin.  Devlin, D-e-v-l-i-n.

18                       Direct Examination

19    BY MR. BARDFELD:

20    Q    How are you employed?

21    A    I'm employed with the United States Secret Service.

22    Q    How long have you been employed with the United States

23    Secret Service?

24    A    Almost four years.

25    Q    Directing your attention to on or about August 16th,

1   2011, did you do anything in regards to this case relating to

2   a search warrant?

3   A    Yes, I did.

4   Q    And what did you do?

5   A    I executed two arrest warrants and one search warrant.

6   Q    Okay.  And who were the -- where was the search warrant

7   executed?

8   A    The search warrant was executed at 21 West 58th Street,

9   New York, New York.

10  Q    Do you work out of New York?

11  A    I am.  I'm out of the New York field office.

12  Q    The arrest warrants were for whom?

13  A    Ricky Marks and Nancy Marks.

14  Q    I'm showing what's been previously introduced as

15  Government's exhibit 32A.  Is that one of the individuals you

16  executed an arrest warrant on?

17  A    Yes.

18  Q    And that would be Nancy Marks?

19  A    That's correct.

20  Q    And the second one would be what's previously been

21  introduced as Government's exhibit number 37.  And who is

22  that?

23  A    That's Ricky Marks.

24  Q    Finally, the -- you said you executed a search warrant,

25  too, at 21 West 58th Street?

1    A     Yes.

2    Q     I'm showing you what's previously introduced as

3    Government's composite exhibit 30.  Is that the establishment

4    where you executed the search warrant?

5    A     Yes.

6    Q     Okay.  Can you briefly tell us what you did when you

7    executed the search warrant?

8    A     Well, when we executed the search warrant, we came to

9    the door.  We knocked unannounced.  There was initially no

10   answer to the door, so which we had a battering ram.  We hit

11   the door, and then the door opened.  The individual inside at

12   the door, Ricky Marks, pushed the door shut in our face.  We

13   had our markings on and we were announcing ourselves.

14         At which point we thought we were dealing with some

15   hostile individuals, so he was taken down to the ground.  The

16   other suspect that we were there to arrest ran towards the

17   rear of the apartment, and she was chased down by an agent,

18   and then they were both taken into custody.

19   Q     Okay.  And then you started executing the search

20   warrant?

21   A     That is correct.

22   Q     What kind of items did you find upon executing the

23   search warrant?

24   A     Executing the search warrant, we found items, a lot of

25   jewelry that was found inside the safe located at that

1    address.

2    Q    What kind of jewelry?  Can you briefly describe the

3    kinds of jewelry?

4    A    Sure.  There were hairpins, there were pendants, there

5    was -- I believe there was a watch, or if not more.  There

6    was also like a bunch of -- I'm drawing a blank here on what

7    you would wear, cufflinks, that kind of stuff, a lot of

8    diamonds encrusted in the jewelry.

9    Q    Would it be fair to characterize it as high end jewelry?

10   A    Absolutely.

11   Q    Did you seize some of that jewelry?

12   A    Yes.

13   Q    Before we get to that, were photographs taken of the

14   search warrant site and upon execution of the search warrant?

15   A    Yes.

16          MR. BARDFELD:  May I approach, Your Honor?

17          THE COURT:  Yes.

18   BY MR. BARDFELD:

19   Q    You have in front of you Government's composite

20   exhibit 30-3.  Can you briefly review the photographs in that

21   notebook.

22          Do those photographs accurately depict the scene as

23   you remember it on August 16th, 2011?

24   A    Yes.

25          MR. BARDFELD:  At this point I would move for the

```
1    introduction of Government's exhibit 30-3 into evidence.
2              MR. SCHWARTZ:  No objection.
3              THE COURT:  Admitted without objection.
4         (Government's Exhibit No. 30-3 entered into evidence.)
5    BY MR. BARDFELD:
6    Q    You had indicated that you seized jewelry at the
7    residence; is that correct?
8    A    Yes.
9    Q    Was it a residence?  Was it a business?  How would you
10   describe it?
11   A    I would describe it as a residence and place of
12   business.
13   Q    Okay.  And what areas did you search?
14   A    The entire premises.
15             MR. BARDFELD:  May I approach again, Your Honor?
16             THE COURT:  Yes.
17   BY MR. BARDFELD:
18   Q    I show you a box containing composite exhibit 42.  Can
19   you identify what's in that box?
20   A    Yes, these are the sealed evidence that we took from
21   that residence, place of business.
22   Q    When you say the sealed evidence, what are you referring
23   to?
24   A    Mostly jewelry.
25   Q    Take a look at this -- well, are those documents that
```

```
 1   you obtained pursuant to the search warrant?

 2   A    Are they --

 3   Q    Not documents.  Is that jewelry you obtained?

 4   A    Yes.

 5   Q    Look at the first bag that you have in front of you,

 6   composite exhibit 42-1, I believe.

 7   A    Okay.

 8   Q    And where did you obtain that?

 9   A    This came from a safe located in the front area of the

10   premises.

11           MR. BARDFELD:  At this time, the United States

12   would move for the introduction of Government's composite 42

13   into evidence.

14           MR. SCHWARTZ:  I'm going to object as to the

15   connection to the Defendant, Rose Marks, Your Honor.

16           THE COURT:  Overruled.  Admitted over objection.

17     (Government's Exhibit No. 42 entered into evidence.)

18   BY MR. BARDFELD:

19   Q    In order to see what's been -- what's contained in

20   composite exhibit 42, specifically 42-1, do you need to open

21   it up?

22   A    For confirmation, yes.

23           MR. BARDFELD:  May I approach, Your Honor, with

24   scissors?

25           THE COURT:  Yes.
```

```
 1   BY MR. BARDFELD:

 2   Q    Can you show the members of the jury what you have in

 3   front of you?  Can you describe that?

 4   A    I describe this as a pearl necklace.

 5   Q    Okay.  The next item?

 6   A    These are two hairpins.

 7   Q    What's the next item that you have in front of you?

 8        By the way, does it say who makes any of that

 9   jewelry?

10   A    They were appraised, and the appraisal value is located

11   here with the evidence.  So I can tell you that the pearl

12   necklace -- if you're interested in that?

13   Q    Sure.

14   A    Is appraised at 2000, $2000.

15   Q    Okay.

16   A    The hairpins, lady.

17   Q    You need to slow down if you're going to read it.

18   A    Sorry.

19   Q    Let's start again.

20   A    Okay.  The hairpin, hand-made ladies early art deco 14

21   karat yellow gold diamond garnet, prisol phrase (phonetic)

22   hairpin.  And the other is a ladies' sterling silver Tiffany

23   & Co. English hairpin, and that is valued at $250.

24   Q    What other items were seized in Government's exhibit

25   42-1?
```

1   A    I have a pair of, looks like -- these items here.

2   Q    Can you show us what they are?

3   A    Yes.

4   Q    And what are those?

5   A    They are a gentlemen's diamond pink sapphire 14 karat

6   white gold and platinum art deco cufflinks, and these are

7   valued at $2125.

8   Q    Okay.  What other items were found in Government's

9   exhibit 32-1?

10        MR. SCHWARTZ:  Your Honor, may we approach for a

11   moment?

12        THE COURT:  Yes.

13     (The following proceedings were held at sidebar:)

14        MR. SCHWARTZ:  Your Honor, I don't have an exact

15   number because we got the appraisals just after lunch, but I

16   would be willing to stipulate that this is all jewelry, that

17   the male jewelry is worth, appraised at approximately

18   $48,000, and the female jewelry is appraised at approximately

19   $29,000.  I don't know that it's -- my time isn't worth

20   anything, but your time is, and, you know, we need to go

21   through and identify every piece of jewelry or many of the

22   pieces of jewelry.  I just suggest that as a stipulation.

23        THE COURT:  Thank you.

24        MR. SCHWARTZ:  You're welcome, Judge.

25        MR. BARDFELD:  I wasn't planning on going through

```
 1   everything.  I was just going to go through the first bag,

 2   and then I was going to say -- I was hoping to ask him what

 3   the total amount of jewelry was.

 4           THE COURT:  Why don't you just give them an idea of

 5   what items are in there so they have an idea.  You can hold

 6   all the bags up and wave them at the jury.

 7           MR. STEFIN:  The problem is the bags aren't

 8   see-through like they were.

 9           THE COURT:  What difference does it make?

10           MR. BARDFELD:  Okay.

11           THE COURT:  I mean they already got it the first

12   time around.  It's going to be like close to 65,

13   $70,000-worth of jewelry.  So I think they get the idea.

14   Save some time.

15           MR. BARDFELD:  Okay.

16           THE COURT:  Thank you.

17           MR. STEFIN:  Judge, while we're here, I have a

18   witness.  She should maybe take 30 minutes or less, and after

19   that I'm going to ask for a few minutes to set up the video.

20   We may get us to the break, but if we don't get us to the

21   break, I'm going to need like five or 10 minutes to get the

22   computer working for the deposition.

23           THE COURT:  So you want to start the video and not

24   finish it tonight?

25           MR. STEFIN:  Well, if we have two hours --
```

```
1              THE COURT:  You told me it was over three hours.

2              MR. STEFIN:  No, the video was about three and a

3     half hours in total.  I don't have any problem starting it

4     this afternoon.

5              THE COURT:  Okay.

6              MR. STEFIN:  But then again, this is the Jewish

7     holiday evening.  So do you think we should break early

8     today?

9              MR. SCHWARTZ:  I never mind breaking early, Judge,

10    but that's --

11             THE COURT:  Ms. Resk is the only -- apparently, the

12    only Jewish member of the jury panel, and she said she was

13    willing to work tomorrow, except Mr. Schwartz decided even

14    though he told my courtroom deputy that he wasn't going to

15    take off Thursday, he decided that he wanted to take Thursday

16    off.

17             MR. SCHWARTZ:  Sometimes men are not independent,

18    Judge.  There are others.

19             THE COURT:  Okay.  But anyway, that's besides the

20    point.

21             MR. STEFIN:  I'm willing to break it up because

22    it's so long that if they hear it for an hour and then we

23    break, at least that's less that will kill them tomorrow.

24             THE COURT:  That's fine.  It's up to you.  We're

25    not going to be here today.
```

```
 1              MR. STEFIN:  Or Friday.

 2              I just need five or 10 minutes.

 3              THE COURT:  That's not a problem.  I just wanted to

 4   make sure you understood we're not going to finish it today.

 5              MR. STEFIN:  I wasn't planning on finishing it

 6   today.

 7              THE COURT:  What time is an appropriate time for

 8   Jewish members of the Jewish faith to --

 9              MR. SCHWARTZ:  The holiday starts at sundown.

10   Sundown is late this time of year.  So if we quit at our

11   normal five o'clock time, that's not unreasonable.

12              THE COURT:  All right.  Well, I mean, I'm willing

13   to leave early if you want.

14              MR. STEFIN:  Sure.  Even 4:30 I think would be --

15   people would be thrilled.

16              THE COURT:  You can decide when in the transcript

17   you think it's a good place to break.

18              MR. STEFIN:  Okay.  Thank you, Judge.

19        (Sidebar conference concluded.)

20   BY MR. BARDFELD:

21   Q    Special Agent Devlin, can you just briefly, instead of

22   going through all the items of jewelry that were found, can

23   you go to the next bag and just briefly describe what kind of

24   items were found in Government's composite exhibit 32-2?

25   A    I have 42-2.
```

```
1    Q    42-2, I'm sorry.

2    A    You have one ladies' 14 karat yellow gold chain charm

3    bracelet appraised at $3200; one ladies' Cartier stainless

4    steel and 18 karat yellow gold tank bracelet wristwatch

5    appraised at $5500; you have one ladies' 14 karat yellow gold

6    charm or bracelet appraised at $1100; one ladies' 15 karat

7    yellow gold vintage opera length English chain appraised at

8    $3500; and you have one ladies' synthetic sapphire genuine

9    diamond and 10 karat yellow gold ring appraised at $200.

10   Q    Let's look at the next bag, if you would.  Briefly

11   describe the contents of that.

12   A    You have one ladies' round brilliant cut diamond 18

13   karat yellow gold ring appraised at $1700.  You have one 14

14   karat yellow gold and single cut diamond ring appraised at

15   $650.

16   Q    You don't need to go through the appraisals, just

17   describe --

18   A    Just the items?

19   Q    Yes, please.

20   A    One ladies' baguette and round diamond and 10 karat gold

21   slide pendant; one 14 karat yellow gold carved pendant; one

22   14 karat yellow gold baby bangle bracelet; and another 14

23   karat yellow gold baby bangle bracelet.

24   Q    Can you briefly describe the contents of the next bag,

25   which is 42-4?
```

```
1    A     Correct; 42-4.

2          Four ladies' square cut ruby round brilliant

3    diamond and 18 karat gold earrings pendant and stick pin set.

4    Q     The next one, Government's exhibit 42-5?

5    A     Forty-two-five, one gents round diamond 14 -- I'm sorry,

6    ruby and 14 karat yellow gold ring; a gentlemen's diamond

7    ruby and 18 karat yellow gold cufflinks; two of those.  Two

8    gents princess and round diamond 18 karat yellow gold

9    cufflinks; two gents princess cut pink sapphire diamond and

10   gold cufflinks; two gentlemen's French baguette blue sapphire

11   princess diamond, and 18 karat white gold cufflinks.

12   Q     And is there another?

13   A     There is.

14   Q     This is the final bag?

15   A     This is the final bag.

16   Q     42-6?

17   A     Forty-two-six.

18          One ladies' interlocking three circles sterling

19   silver baby bracelet; one white base metal and blue and blue

20   and black imitation stone bracelet; five ladies' 14 karat

21   yellow gold ruby silk cord pendant necklace; one 23.5 karat

22   yellow gold Egyptian coin; one Chinese 24 karat gold

23   1/20-ounce panda coin and 14 karat gold pendant; one South

24   African 24 karat gold 1/tenth Krugerrand coin, year, 1983;

25   one 22 karat yellow gold Austro-Hungarian coin; one ladies 14
```

```
 1    karat yellow gold sculpted link Italian necklace; one ladies'

 2    yellow base mental skeletonized Chinese pocket watch; one

 3    ladies' 14 karat yellow gold sculpted link Italian bracelet;

 4    one 14 karat yellow gold Batman pendant; one 14 karat yellow

 5    gold star pendant; one 14 karat yellow gold Mercedes-Benz

 6    pin; one ladies' 18 karat yellow gold Gucci nameplate chain

 7    bracelet; one ladies' French and American 22 karat yellow

 8    gold coins and base mental (sic) chain sterling silver clasp;

 9    14 karat yellow gold letter N pendant; one Canadian 24 karat

10    yellow gold ten-dollar coin; one 18 karat yellow gold Cartier

11    disc and chain baby bracelet; one gentlemen's 14 karat yellow

12    gold Rolls Royce grill stick pin.

13              And that completes the contents of that bag.

14    Q    And that was all the jewelry seized at 21 West 58th

15    Street, right?

16    A    Yes.

17    Q    Did you have an opportunity to have that jewelry

18    appraised?

19    A    I did.

20              MR. BARDFELD:  May I approach, Your Honor?

21              THE COURT:  Yes.

22    BY MR. BARDFELD:

23    Q    I show you what's been marked as Government's composite

24    exhibit 41.  What is that?

25    A    These are the appraisal certifications.
```

```
 1                    MR. BARDFELD:  At this time I'd move for the

 2      admission of Government's exhibit composite 41 into evidence.

 3                    MR. SCHWARTZ:  No objection.

 4                    THE COURT:  Admitted without objection.

 5           (Government's Exhibit No. 41 entered into evidence.)

 6      BY MR. BARDFELD:

 7       Q    Have you had an opportunity to review the appraisals?

 8       A    Yes.

 9       Q    Do you know the total amount or the total of jewelry

10      items seized upon execution of a search warrant at 21 West

11      58th Street?

12       A    Approximately $70,000.

13                    MR. BARDFELD:  I have no further questions, Your

14      Honor.

15                    THE COURT:  Thank you.

16                    Cross-examination.

17                              Cross-examination

18      BY MR. SCHWARTZ:

19       Q    What was the Batman pendant worth?

20       A    You want me to --

21       Q    Never mind.  I'll withdraw it.  I'll withdraw the

22      question.

23                    You were present at the search, weren't you?

24       A    Yes.

25       Q    You met Ricky and Nancy Marks there?
```

1   A      Yes.

2   Q      Did they tell you that they had made a number of

3   complaints against some other members of the Gypsy culture,

4   Roseanne and Seeny (phonetic) Stanley, and that they had

5   protective orders, and the Stanleys had broken one of their

6   windows a day or two before?

7   A      Yes, they did tell me that.

8   Q      And did they tell you that that's the reason that when

9   somebody was pounding on the door and breaking the door open

10  at 5:30 or so in the morning, that that's the reason they

11  reacted the way they did?

12  A      Yes.

13  Q      Did you have to break open the safe or did they open the

14  safe for you?

15  A      Nancy Marks consensually provided the combination to the

16  safe.

17  Q      And when you opened the safe, did Ricky Marks tell you

18  that the expensive jewelry was jewelry he had inherited from

19  his grandfather or Nancy had received from her mother?

20  A      I don't recall.

21  Q      Okay.  Could he have told it to somebody else other

22  than --

23  A      He may have.

24  Q      Was he talking to other people besides you?

25  A      There were other agents present, yes.

```
 1   Q    Okay.  Were there any guns in the apartment?

 2   A    We did not find any firearms.

 3   Q    Okay.  Other than that initial problem you had when you

 4   came in, did they give you any problems?

 5   A    No.

 6   Q    Did it appear that they were living there?

 7   A    Yes.  At least -- I mean, it was a very small apartment.

 8   Q    About how many rooms was it?

 9   A    It was -- I would describe it as one large room with a

10   divider kind of in the middle separating the place of

11   residence and the place of business.

12   Q    Okay.  So it was actually a very large one-room

13   apartment with a bathroom, right?

14   A    There was a bathroom, yes, in the back.

15   Q    And part of it had been partitioned off in front, and

16   there was a door, and the front portion was used as a place

17   of business for fortune telling?

18   A    That's what it appeared.

19   Q    And the back part of it, about how many square feet

20   would you say it was?

21   A    Honest -- I wouldn't even know how to venture a guess

22   here.  It's somewhere between, if I can give you a range.

23   Q    Was it maybe 20 feet by 15 feet or something that size?

24   A    Perhaps.

25   Q    Smaller, bigger?
```

1    A     Maybe slightly larger.

2    Q     Okay.

3    A     Maybe slightly longer.  If you say 15, I would say maybe

4    15 is correct.  Maybe a little longer than 20.

5    Q     Twenty-five by 15 maybe?

6    A     That would probably be my guesstimate, yeah.

7    Q     And was there a kitchen?

8    A     There was a very small kitchen area, if I recall.

9    Q     Stove, sink?

10   A     I can't recall if there's a stove.  I believe there's a

11   sink.

12   Q     Okay.  So it wasn't a large place where four, five, six

13   people could live at a time, was it?

14   A     I don't think so.

15   Q     Even by New York standards.

16   A     Even by New York standards.

17   Q     The -- were there large amounts of cash found in the

18   apartment?

19   A     No.

20   Q     Okay.  Was there a watch and a couple of items on the

21   table out in the front?

22   A     I can't recall if there was a watch in the front.  I

23   know the jewelry, when they were taking it into custody, they

24   left their jewelry there and we did not take that.

25   Q     So they left their personal --

1    A     Correct.

2    Q     -- watch and bracelet, maybe wedding rings or things --

3    A     Correct.

4    Q     -- on the table there?

5    A     Correct.

6    Q     Do you know whatever happened to them?  Did anybody

7    safeguard them?

8    A     We informed Nancy Marks that that's where the jewelry

9    was going to be left, and when we left we had one of my

10   colleagues and the superintendent secured the door.

11   Q     Okay.  But you don't know whatever happened to that

12   personal jewelry?

13   A     I do not.

14             MR. SCHWARTZ:  May I have a moment, Judge?

15             Nothing else, Your Honor.

16             THE COURT:  Any redirect?

17             MR. BARDFELD:  No questions, Your Honor.

18             THE COURT:  Thank you, sir.

19             MR. STEFIN:  Our next witness would be Tracy White.

20             THE COURT:  Ma'am, would you raise your right hand,

21   please.

22        Tracy White Almeida, Government's witness, sworn.

23             THE COURT:  Please be seated.

24             If you would please tell us your name and spell

25   your last name for us, please.

```
 1                    THE WITNESS:  My name is Tracy White Almeida.
 2       That's White, W-h-i-t-e, Almeida, A-l-m-e-i-d-a.
 3                    MR. STEFIN:  May I?
 4                    THE COURT:  Yes, you may.
 5                         Direct Examination
 6       BY MR. STEFIN:
 7       Q     Good afternoon, Ms. White Almeida.
 8       A     Good afternoon.
 9       Q     Can you tell us what you do for a living?
10       A     I'm the director of casino finance for the Seminole
11       Tribe of Florida.
12       Q     Would you tell us what the Seminole Tribe of Florida is?
13       Is that an entity, a corporation or a sovereignty?
14       A     The Seminole Tribe of Florida is a sovereignty.  It's a
15       sovereign nation.
16       Q     And where is the Seminole Tribe located in Florida?
17       A     The main headquarters are in Hollywood, Florida.  It's
18       on Stirling Road.
19       Q     And there are other locations, tribal lands in Florida?
20       A     There are other tribal lands.  They have other
21       reservation lands.  They have reservation Big Cypress, they
22       have a reservation in Immokalee, Florida, and also, I believe
23       there's a reservation in Fort Pierce.
24       Q     And where is the largest reservation?
25       A     The largest reservation is Big Cypress.
```

1    Q     And how about in Hollywood?  What type of land is

2    occupied or owned there?

3    A     That is actually a reservation, and there's also two

4    casinos located there on that reservation.

5    Q     How many casinos does the Seminole Tribe of Florida

6    operate all together?

7    A     Seven.

8    Q     And, again, they are scattered throughout --

9    A     They are scattered throughout Florida.  There's one in

10   Tampa; there's one in Immokalee, Florida; there's one in

11   Brighton, Florida; there's one in Big Cypress; there's two in

12   Hollywood; and there's one in Coconut Creek.

13   Q     And what are the names of the Hollywood operations?

14   A     There's Seminole Hollywood Hard Rock Hotel and Casino,

15   and then there's Seminole Indian Casino Hollywood.

16   Q     Are they next to each other?

17   A     They're right next to each other.

18   Q     What's the difference in terms of the gambling

19   opportunities for patrons?

20   A     There's really no difference.  It's just one is more

21   upscale.  Seminole Hard Rock Hotel and Casino is more

22   branded.  It carries the Hard Rock brand.  And Seminole

23   Indian Casino Hollywood is the original casino operations

24   that the Seminoles had, and it's a smaller, more locals

25   casino.

```
1    Q    And what type of gaming is offered at the Seminole Hard

2    Rock Casino?

3    A    Seminole Hard Rock Casino offers table games, slot --

4    Q    Meaning?

5    A    Meaning we call -- actually in the state of Florida we

6    have a compact to operate banked card games, which means any

7    card game where the house is the banker.  So it's blackjack,

8    baccarat, three-card let it ride.

9    Q    Are there any dollar limits to these games here with the

10   Seminoles?

11   A    Well, it's whatever dollar limits they establish per

12   table.

13   Q    They could range from?

14   A    From five-dollar minimum bet to 2500-dollar max bet.  It

15   also depends on the demand.  And also, they'll make special

16   arrangements for special customers.

17   Q    And as the director of casino finance, what do you do?

18   A    My job is sort of a combination of compliance.  So one

19   of my responsibilities is to oversee all the -- make sure

20   that we're compliant with National Indian Gaming Commission

21   rules, make sure we're compliant with IRS rules as it

22   pertains to reporting winnings, make sure we're compliant

23   with anti-money laundering rules.

24            I also am in charge of all the cash areas, the

25   areas, we call it casino cashiers that handle the cash and
```

1   the payments, and revenue audit, which audits all the casino

2   gaming revenues and compliance.

3   Q    And how long have you been in your present position?

4   A    Five years.

5   Q    Did you have a gaming background before that?

6   A    That's the only job I've done my whole life.

7   Q    Gaming?

8   A    Gaming.

9   Q    Five years with Seminoles.

10  A    Five years with Seminoles.  Actually, it will be 32

11  years that I've been doing this now.

12  Q    And you worked for other casinos and other outfits in 32

13  years?

14  A    I've worked --

15  Q    And I have to remind you to try to let me finish the

16  question before you start answering because we can't both

17  talk at the same time.

18        So tell us a little bit about your gaming

19  background before the Seminole Tribe?

20  A    Before the Seminole Tribe I worked in New York.  I

21  worked at Empire City at Yonkers Raceway, which has 5500

22  video lottery terminals.  I worked there for two years.

23  Before that I worked for the Borgata Hotel and Casino in

24  Atlantic City.  I worked for the Taj Mahal in Atlantic City.

25  I worked for Trump Plaza, Atlantic City.  I worked for

1    Playboy.  I worked for -- in Louisiana, I worked for Bally's.

2    I worked for a casino called River City, worked for

3    Tropicana, so . . .

4    Q    Okay.  Enough.  That's great.

5         Does the Seminole casino maintain records of the

6    transactions engaged in by its clientele?

7    A    Yes.

8    Q    And what kind of records does the Seminole operation

9    maintain?

10   A    We maintain tax forms.  If the customer has a taxable

11   winning, we maintain tax forms.  We maintain records.  If the

12   customer uses a player's card, we maintain records of their

13   win and loss.  We maintain ratings for table games.

14   Q    Anything else before I hone in on some of these areas

15   you're talking about?

16   A    And other records that are required to be maintained by

17   federal law.

18   Q    You mentioned maintaining records -- for tax purposes,

19   you maintain certain records.

20   A    Correct.

21   Q    Is the casino obligated by law to report a client's

22   winnings over a certain amount of money?

23   A    Yes, we're required to report any taxable winnings, and

24   it's usually for slot machines.  That's any taxable winning

25   of $1200 or more.

1    Q    So if somebody plays a particular slot machine and they

2    come ahead 500, 600, $700, does that generate any kind of

3    taxable report?

4    A    No.

5    Q    But if they hit big, if they hit over $1200, what

6    happens?

7    A    It has to be a single -- what we call a single win of

8    $1200 or more.  So what happens is the machine will~-- the

9    machines are programmed that if it's a single win of $1200 or

10   more, the machine will actually lock up and you can't

11   continue playing.  So somebody has to physically come to that

12   machine and pay that winning, and we have to fill out a tax

13   form for that.

14   Q    Back in the old days when somebody played a slot machine

15   and they won, there would be like a whole pile of coins

16   coming out of the machines.  Does that still happen or am I

17   like too many decades?

18   A    Yeah, most of the casinos are now coinless now.  There's

19   no coins anymore.  But even in the old days when they had

20   coins, the machine would still lock up at $1200, and you

21   would have to pay it by hand.

22   Q    But if somebody wins 12 or $1500, somebody will come

23   over and hand them that amount of money?

24   A    Yes.

25   Q    Is there some limitation that they won't hand them over

```
 1   a certain amount, they'll have to go to the finance
 2   department or window and get a check or anything like that?
 3   A    No, they'll hand them -- they pay it right at the
 4   machine.  Even if it's a check, they have to give them a
 5   check, they'll pay the check at machine.
 6   Q    So if it's a large amount of money they'll issue checks,
 7   though?
 8   A    Yes.
 9   Q    You're not handing somebody bags of money?
10   A    No.
11   Q    What fun is that?
12          And what are these tax forms called?  Does it have
13   a certain form name?
14   A    For U.S. residents it's called a W-2 G.
15   Q    And what information is furnished on the W-2 G?
16   A    W2G would be the customer's name, address,
17   identification, the identification that we would take, the
18   amount of the gross winnings, the date that it was won, the
19   type of winnings.
20   Q    When you ask for ID, are you talking about a
21   Government-issued ID?
22   A    Government-issued ID.
23   Q    What happens if a customer -- because you can come into
24   the casino without any identification; is that correct?
25   A    Yes, you can.
```

1   Q     Do you ever have any occasion when somebody wins and

2   they don't have sufficient ID to claim their winnings?

3   A     Yes, then we would receipt the win, and they couldn't

4   claim it until they brought us in the correct identification

5   or the proper identification.

6   Q     And once a W-2 G is prepared for a particular win, what

7   is done with that form?

8   A     Well, obviously the customer gets a copy of the form, we

9   retain copies, and then at the end of the year we file all of

10  those forms.  We file them electronically with the IRS.

11  Q     And they're filed just on an annual basis?

12  A     Yes.

13  Q     So there would be many thousands of forms you might file

14  in a calendar year?

15  A     Yes, probably hundreds, hundreds of thousands.

16  Q     Now, you also mentioned in terms of records that are

17  kept, you mentioned something to do with a players card.

18  Would you explain to the members of the jury what a player

19  card is and how that might track winnings and losses?

20  A     A players club card is similar to any type of rewards

21  card, like you could get like for a hotel would be a good

22  example.  So you would get -- you would go to a players club

23  and you would sign up, you would show your identification,

24  and they would establish an account for you within the

25  computer system, and you would get a card.

```
 1              That card has a mag stripe on the back which
 2     contains your information, and then you can use that card to
 3     put in the slot machine.  It goes into the slot machine, and
 4     you use that card to basically earn points or comps that
 5     reward you for your gaming at the casino.
 6     Q    So, again, when somebody signs up for one of these
 7     player cards, you said they have to provide the legal ID as
 8     well at the time?
 9     A    They have to provide legal ID at that time.
10     Q    So is it like a credit card?  Can somebody play on the
11     card and, you know, accumulate a debt or a debit?
12     A    No, it's not like a credit card.  It's more just like a
13     rewards card similar to something that you would have like
14     for hotel rewards or even like, you know, like a grocery card
15     where you're just -- you're earning points or you're earning
16     comps to use.
17     Q    And how does one accumulate points that can be used for
18     comps?  And by comp you mean freebies?
19     A    Freebies, yeah, you know, food, beverage, hotel rooms,
20     additional monies to game.  We have something that we call
21     free play, so you can earn --
22     Q    Credits?
23     A    Credits to gamble with.
24     Q    And how does one -- what's the fastest way to accumulate
25     points that you can use for comps?
```

1    A    To use your card and to game with it.

2    Q    To game or to lose?

3    A    Well, depends on how you look at it.

4    Q    To game and hopefully win, but . . .

5    A    To game and hopefully win.

6    Q    So it's based on the amount of money you gamble and not

7    on the amount of money you've lost?

8    A    It's based on the amount of money you gamble and win or

9    lose.

10   Q    Again, the slot machines I think most people are

11   familiar with.  But again in the old days you pulled the

12   lever and you saw the apple and the orange and if they lined

13   up, you possibly won.  Is that still like that, or how does

14   that work?

15   A    Well, I mean, the slot machine, it's still, you know

16   most of them don't have levers now, it's a button that you

17   push.  And they don't take coins.  The slot machines take

18   cash.  The slot machines take cash and also a ticket or a

19   voucher.

20   Q    All right.  So we're talking bills when you say cash,

21   not coins?

22   A    Not coins, bills.

23   Q    And the machine will take up to how much at a time?  In

24   credits to then play with?

25   A    It will take up to -- it will take up to 10,000 at a

1   time.

2   Q    And you have to feed it?

3   A    You have to feed it into the machine.  And it will take

4   up to hundred dollar bills.

5   Q    If someone plays the machines with cash and doesn't use

6   their player card, is there any way to track their winnings

7   and losses?

8   A    No.  I mean, they would basically be anonymous.

9   Q    Now, if they use their player card what happens?

10  A    If they use their player card, then you can track their

11  play.  You can track their gaming activity.  So you would

12  know how much money that they won or lost.

13  Q    And if someone has a -- an account, a players card

14  account, do they need to use their player card, or is it

15  optional when they use the gaming machines?

16  A    It's optional.  It's up to them.

17  Q    Was the Seminole Tribe of Florida requested to produce

18  certain records pursuant to a subpoena?

19  A    Yes, we were.

20  Q    And did you participate in gathering those records or

21  making sure that it was an accurate compliance with the

22  subpoena?

23  A    I made sure that the records were in compliance, but I

24  didn't actually participate in gathering the records.

25  Q    But have you had an opportunity to review the records

```
 1    that were supplied to the United States --
 2    A    Yes.
 3    Q    -- in response to that subpoena?
 4         MR. STEFIN:  May I approach the witness, Your
 5    Honor?
 6         THE COURT:  Yes.
 7         MR. BARDFELD:
 8    BY MR. STEFIN:
 9    Q    I have put in front of you what's been marked as
10    Government's composite exhibit 9.  And you've had a chance to
11    look at this before you stepped in here?
12    A    Yes, I have.
13    Q    Are those records that were maintained and kept in the
14    ordinary course of business of the Seminole Tribe of Florida?
15    A    Yes.
16    Q    And in compliance with the subpoena, as well?
17    A    Yes.
18    Q    And are you familiar with what these records -- what was
19    requested and essentially what these records consist of?
20    A    Yes, I am.
21         MR. STEFIN:  Your Honor, at this time we would move
22    into evidence Government composite number 9.
23         MR. SCHWARTZ:  Your Honor, I'm not going to object,
24    but I think for relevancy purposes we should know at least
25    that they're related to the Defendant.
```

```
 1                 THE COURT:  You want to tell me whose records they

 2   are?

 3                 MR. STEFIN:  Well, I didn't want to get into the

 4   details, but I'm happy to ask.

 5   BY MR. STEFIN:

 6   Q    Do you recall what these records are, to what players or

 7   clients of the Seminole Tribe these records pertain to?

 8   A    They pertain to Rose Marks, Rosie Marks, and various

 9   other members of the Marks family.

10   Q    Michael Marks?

11   A    Michael Marks.

12   Q    Ricky Marks?

13   A    Ricky Marks.

14   Q    Nancy Marks?

15   A    Nancy Marks.

16                 There's a few other names in there, as well, that I

17   don't recall off the top of my head.

18   Q    Okay.  We can go through them if we need to.

19                 MR. SCHWARTZ:  Your Honor, I have no objection to

20   Rose Marks' records.

21                 THE COURT:  All right.

22                 MR. STEFIN:  I would move them all in at this time.

23   Obviously if --

24                 THE COURT:  What other individuals?  Let's be clear

25   whose individual records are in there.
```

```
 1              MR. STEFIN:  I would just need to go through.

 2   BY MR. STEFIN:

 3    Q    Vivian Marks?

 4    A    Yes.

 5    Q    Donnie Eli?

 6    A    Yes.

 7              MR. STEFIN:  I think I hit them all.

 8   BY MR. STEFIN:

 9    Q    Oh, Cynthia Miller?

10    A    Yes.

11              THE COURT:  I'll admit them over objection.  I'll

12   admit Rose Marks' without objection and the others over

13   objection.

14       (Government's Exhibit No. 9 entered into evidence.)

15   BY MR. STEFIN:

16    Q    Did Rose Marks have a players card --

17    A    Yes.

18    Q    -- with the Seminoles?

19    A    Yes.

20    Q    And there was a request for records regarding that

21   players card, and according to exhibit Seminole 000710, it

22   looks like the records started basically in 2007, although

23   there's one transaction in 2004.  Did the Seminole Tribe, or

24   does the Seminole Hard Rock Casino maintain records for only

25   a certain period of time?
```

```
 1   A    Yes, we only maintain records according to our record

 2   retention policy.

 3   Q    So if we were seeking records earlier than 2007 what

 4   happens to records that are beyond the retention period?

 5   A    Well, they would be destroyed.

 6   Q    And you've already said Rose Marks maintained a players

 7   card, and the players card can be used for what types of

 8   gaming, the slot machines?

 9   A    Can be used for the slot machines.  You actually

10   physically insert the card into the slot machines.  You can

11   also use it for table games.  In that case you would just

12   present your card to someone at the table game, and they

13   would just use it to rate you.  And you can also use it in

14   poker.  We have poker games, and you can use it in that area,

15   as well.

16   Q    All right.  I'm going to concentrate most of my

17   questions on the slot machine, because do the records, in

18   fact, show that Rose Marks engaged in a particular form of

19   gaming more than anything else?

20   A    Yes, I would say that would -- that's slot machines.

21   Q    And let me just present to you what's -- documents

22   starting with 709 through 725, and I would ask you to explain

23   what this package of records are.

24   A    This is a report for Rose Marks, and this is called a

25   slot win/loss total.  That's the name of the report.  And
```

1    this report shows how much money was wagered and ultimately

2    won or lost at the shot machines by Rose Marks.

3    Q    All right.  And what's the date of the first -- I know

4    there's one transaction in 2004, but after that, what is the

5    first transaction, so we see what the scope of the records

6    are?

7    A    The first transaction is March 24th, 2007, and the last

8    transaction is May 23rd, 2011.

9    Q    So it's four years and two months?

10   A    Yes.

11   Q    And, again, I don't, hopefully, want to be too

12   repetitive, but this is only gaming with this player's card,

13   correct?

14   A    Correct.

15   Q    So if Ms. Marks came on other occasions and played cash

16   without her players card being inserted into the slot, what

17   record, if any, would be maintained for that?

18   A    We wouldn't have any record.  The only record we would

19   have if they didn't use the card would be if they won a

20   jackpot.  If they won a jackpot, we would then have records,

21   tax records.

22   Q    And how about if the person -- what access does an

23   individual have to cash if they come to the casino without

24   cash already in their pocket?

25   A    Well, we have ATM machines, which they can get money

1    from the ATM machine.  We also have a service where you can

2    get a cash advance off your credit card.  We call it credit

3    card cash advance.  And then you can also cash a check

4    through that same service.

5    Q    And if somebody does any of those three things, using

6    the ATM machines on the premises or getting cash advances or

7    cashing checks, would that generate some form of records that

8    would be maintained by the casino, as well?

9    A    It generates a record for the credit card cash advances

10   and the ATM machines that are~-- the ATM machines that are

11   owned by the casino.

12   Q    Does the casino have vendors or outside third parties

13   that also maintained ATM machines or cash machines on the

14   premises of the Seminole Hard Rock Casino?

15   A    No.

16   Q    What is GCA?

17   A    GCA is -- stands for Global Cash Access.  It's a company

18   that provides credit card cash advance services, check

19   cashing services, and ATM services to casinos.

20   Q    All right.  And did GCA operate on the premises of the

21   Seminole Hard Rock Casino?

22   A    Yes.

23   Q    So are they an independent outside party, or are they

24   affiliated actually with the operation of the casino?

25   A    Well, the company itself is an outside party, but we --

```
 1    and at one time they actually had a booth at the casino where
 2    they would handle the transactions.  And then in about 2010
 3    we actually took those services in-house, and we actually --
 4    the casinos themselves process all the transactions, but
 5    using their software.
 6    Q    And you said the casino took that operation over when?
 7    I'm sorry.
 8    A    In 2010.
 9    Q    So prior to 2010, then, did GCA operate these cash
10    machines and provide these cash services as an independent
11    agency, independent party on the premises?
12    A    Yes.
13    Q    And approximately how many cash machines or ATM machines
14    would be on the premises at any given time?
15    A    Well, to give you an idea, Seminole Hard Rock Hollywood
16    casino now has about 50 machines on the premises.
17    Q    And was that true prior to 2010, as well?
18    A    I would say prior to 2010 they probably had closer to
19    30.  They've increased the amount of machines that they have.
20    Q    And how about a company called CSI?  What relationship
21    do they have with the casino?
22    A    CSI is another credit card processing service.
23    Q    Credit card processing service that operated on the
24    premises of the casino?
25    A    Yes.
```

1  Q    Yes?

2  A    Yes.

3  Q    And are they still there, as well?

4  A    No.

5  Q    Approximately what years was CSI, that business

6  operating on the premises, do you know?

7  A    I am really not sure what years it started, but it

8  stopped in 2010.

9  Q    And to the best of your knowledge, was it prior to 2007,

10 at least prior to 2007 that they were in operating on the

11 premises?

12 A    Yes, to the best of my knowledge.

13 Q    So getting back to the documents you have in front of

14 you, documents marked 00710 through 725, I believe, and you

15 started to tell us that the opening date of those records was

16 March 24th of 2007.

17 A    Yes.

18 Q    And you said the last date that you have a record for

19 was May 23 of 2011.

20 A    Yes.

21 Q    What was the total amount of wagering that was done over

22 those four years by Rose Marks, just the wagering now?  I'm

23 not getting into wins and losses here.

24 A    Well, approximately, the gross amount in was

25 $9,653,911.31.  That was the gross amount that was in, and

1    the amount paid out was $9,039,651.64.

2    Q    So there's wins, there's losses.  What was the total

3    amount, then, of the losses for those four years?

4    A    $614,259.69.

5    Q    And that's just for the player card activity?

6    A    That's just based on the -- having the players card in

7    the slot machine.

8    Q    And those transactions that you have before you, would

9    they be or not be the complete history of times that

10   Ms. Marks may have been at the casino?

11   A    They may not -- they may not be.  This is only based --

12           MR. SCHWARTZ:  Objection, speculative, Judge.

13           THE COURT:  Overruled.

14           THE WITNESS:  This is only based on the use of the

15   players club card.  So if there was gambling taking place

16   without the card, we wouldn't -- we wouldn't know and we

17   wouldn't have those records.

18   BY MR. STEFIN:

19   Q    In your experience, how often does it happen that

20   someone who has a player card chooses not to use the player

21   card?

22   A    In my experience, you know, it depends on the player.

23   But some players will purposely, you know, remove the card

24   from the machine, especially when they hit a jackpot.  So --

25   and there's various reasons why they do that, but some

```
1    players will use the card sometimes and then not all the

2    time.

3    Q    So how -- well, how would a player know when to pull the

4    card so not to report a jackpot?

5    A    Well, some players right before the jackpot hits,

6    they'll pull that card.  There's a slight timing difference

7    on the slot machine.  So the jackpot will hit.  It takes a

8    few seconds for the system to record it.  So some players

9    that are very savvy and they know that there's a few second

10   delay there, they'll remove the card so that that jackpot

11   doesn't get recorded against their total win/loss.  And it

12   makes their -- you know, it makes their losses seem more.

13          Or sometimes there's other reasons why they do it.

14   Sometimes they'll do it because they don't want to claim the

15   jackpot, and they might want to get somebody else to claim it

16   for them.

17          MR. STEFIN:  If I could just have a moment, please,

18   Your Honor.

19   BY MR. STEFIN:

20   Q    Some of the documents reference a game called bingo,

21   that Rose Marks was engaged in a game called bingo, was that

22   an actual game bingo, or is that actually wording for

23   something else?

24   A    That's a wording for a class two slot machines that the

25   Seminole Tribe of Florida had in place at that time.
```

1    Q    And just so it's clear, but when you talk about a class

2    two slot machine, what does that mean?

3    A    A class two slot machine, basically, it looks the same

4    as a class three slot machine, but in class two slot

5    machines, the players are playing against each other.  So

6    it's like a pool.  So they're playing against each other,

7    when in a class three slot machine they are wagering against

8    the house.

9    Q    So the slot machines, the rows of slot machines are

10   linked up in some fashion in a electronic way so

11   probabilities are geared towards the types of wagers that are

12   taking place?

13   A    It's the types of wagers that are taking place, and it's

14   literally really just the difference is that in a class three

15   slot machine you wager against the house, and in a class two

16   slot machine you're wagering against other players playing.

17   So it's more like a prize pool.  Like think of it like a

18   virtual lottery ticket.

19           The more people that are playing, the more money

20   that's going into the pool, and you're wagering against those

21   other players.

22   Q    So when you're wagering against the other players with

23   class two, the house is not at risk at all, is that accurate?

24   A    I mean, the house will always make money if it's a class

25   two or class three slot machine.

```
 1   Q    That's why it's called gambling.

 2         But will the amount of possible payout depend on

 3   how many people are playing the slots at that time?  It's

 4   sort of like poker, for example?  It's players against each

 5   other, and the house is just kind of taking the loot.

 6   A    Sort of like that.

 7   Q    What is Game Cash?

 8   A    Game Cash is another type of credit card service

 9   provider software.  So they do similar -- does credit card

10   cash advance.  They were eventually taken over by GCA.

11   Q    So Game Cash was another outfit that provided credit

12   card services?

13   A    Another outfit that -- yes.

14         MR. STEFIN:  That's all I have on direct

15   examination at this time.

16         THE COURT:  Thank you.

17         Cross-examination.

18         MR. SCHWARTZ:  Thank you, Your Honor.

19                        Cross-examination

20   BY MR. SCHWARTZ:

21   Q    I think we all know by now my math's not very good, but

22   let me ask you this.  Those sounded like very big numbers,

23   $9 million-plus lost, $9 million-plus won.

24         Let's say I'm a relatively well off person and I

25   bring $5000 to the casino, and one night with my 5000 a
```

```
 1   miracle happens and I win 50, and the next night I lose 49,
 2   and the next night I win 60, and the next night I lose 62.
 3   On those two nights you would have me losing -- playing with
 4   $110,000 roughly for the total two of nights, right?
 5   A     Yes.
 6   Q     So here, the $9 million you talk about could be
 7   basically money that was continually recycled over a period
 8   of four years, is that a fair characterization, or am I just
 9   making sense to me?
10   A     Well, no, that's true for the gross amount in or the
11   amount wagered, but that's not true of the win/loss.  I mean,
12   ultimately what you have to look at is that win -- that
13   player's win or loss.
14   Q     The net amount?
15   A     The net amount.
16   Q     And in this case I may have my figures wrong, but it
17   seemed to me that you said over a four-year period, Rose lost
18   about $614,000?
19   A     Correct.
20   Q     Which would average about 153, $154,000 a year she lost?
21   A     Yeah, that we can -- that we can track on the players
22   club card.
23   Q     Right.
24         And what you're saying about the sophisticated
25   players who take advantage of the few-second lapse to pull
```

1    their card out of the machine, do they normally do that for

2    winnings or losings?

3    A    It depends.  Some of them, they'll do it because they

4    don't want the jackpot to show up in the win/loss.  Some of

5    them have other reasons why they do it.

6    Q    Okay.  But most of them would do it because they

7    didn't -- they don't want to show the significant winnings,

8    they want to try to somehow avoid taxes by maybe having

9    somebody in a lesser bracket collect the money or something

10   of that sort?

11   A    It could be.  It could be.  But we don't let anybody

12   else collect the winnings.  We actually -- even if they do

13   that, we have surveillance verify the person who actually was

14   playing the machine.

15   Q    So the sophisticated people aren't as sophisticated as

16   you?

17   A    No.

18   Q    But would it be fair to say that at least based on the

19   records you have -- well, withdrawn.  Let me get to something

20   else.

21              Players like to show a lot of activity on their

22   cards, don't they?

23   A    I guess it depends on the player.  Some do, some don't.

24   Q    Well, cheap players like me who want to get free hotel

25   rooms or free meals or maybe script to gamble with or drinks

```
 1    or whatever, would want to show as much activity as possible

 2    in order to get more comps, more what Mr. Stefin calls

 3    freebies from the tribe, is that fair?

 4    A    That's fair, yes.

 5    Q    Okay.  So somebody who, over a four-year period gambles

 6    nine or $18 million, I'm not sure how you would total the

 7    number for Mrs. Marks, would get a lot of comps, wouldn't

 8    she?

 9    A    Yes.

10    Q    She could stay at the hotel for free on occasion?

11    A    Probably, yes.

12    Q    Her friends could stay if she asked?

13    A    I guess it depends on what, you know, her comp worth

14    would be.

15    Q    Would that be a large comp?

16    A    If -- how many friends would she have staying there?

17    Q    Not the whole Romani community.

18            So it would be worth it from a comp or freebie

19    point of view for Ms. Marks, for Rose, to have all or as much

20    of her gambling as possible registered on your system; is

21    that right?

22    A    I guess it would be worth it from a comp point of view,

23    but there might be other reasons why they don't want to use

24    their card.

25    Q    And neither you or I are psychic, so we don't know those
```

```
1    other reasons, I assume.

2    A    No.

3    Q    The -- I didn't quite understand about the class two

4    machines.  Would the best analogy to that be a lottery?

5    A    Yes.

6    Q    You don't have to have all the players playing at the

7    same time, but if over a week or two weeks a whole lot of

8    players are playing the class two machines without a jackpot

9    being hit, that jackpot would mount up, wouldn't it?

10   A    Yes.

11   Q    And then at the end of that two-week period if somebody

12   is playing let's say ten dollars, they could hit a jackpot

13   for 150 or $250,000?

14   A    Yes, they could.

15   Q    Is that fair?

16   A    Uh-huh.

17   Q    And then you'd put it in the newspapers to get more

18   customers.

19   A    They'd have to give permission, but, yes.

20   Q    Do you know Ms. Marks?

21   A    No.

22   Q    Have never met her?

23   A    No.

24   Q    Don't know what might have motivated her to spend a lot

25   of time at your casino?
```

```
 1   A     No.

 2            MR. SCHWARTZ:  I have no other questions, Judge.

 3            THE COURT:  Thank you.

 4            Any redirect?

 5            MR. STEFIN:  Just one.

 6                      Redirect Examination

 7   BY MR. STEFIN:

 8   Q     With respect to the comps, in addition to drinks or

 9   hotel stays, somebody could use that to play more games,

10   correct?

11   A     Correct.

12   Q     Player credits?

13   A     It's something that we call free play.  So they would

14   get, either in the form of a voucher that they could insert

15   into the slot machine to play more slots, or they could

16   actually -- they could download it onto their card.

17            MR. STEFIN:  Thank you.

18            THE COURT:  Thank you, ma'am.

19            You want to take that break?

20            All right.  Ladies and gentlemen, we're going to

21   take a 15-minute break.  Don't discuss the case or form any

22   opinion.  Leave everything in your seat, and we'll see you in

23   about 15 minutes.  Thank you.

24        (The jury exits the courtroom.)

25            THE COURT:  Is the next witness going to be the
```

1    depo?

2              MR. STEFIN:  Yes, if I can get it to work.

3    Otherwise, we will get to break a little early.

4              THE COURT:  All right.  Thank you.

5       (A recess was taken from 3:31 p.m. to 3:49 p.m., after

6    which the following proceedings were had:)

7              THE COURT:  Please be seated, everyone.

8              All right.  We're back on the record.  Ms. Marks is

9    present with counsel.

10              We ready to proceed?

11              MR. STEFIN:  Yes, Your Honor.

12              I'm going to be offering into evidence the

13    deposition of Atsuko Ueda, which is Government's

14    exhibit 110-1A and the transcript is 110-1B, and I have it

15    cued up.  So I just want the Court to be aware.

16              MR. SCHWARTZ:  And, Your Honor, I'm not sure,

17    because I haven't timed it, but I think at roughly two hours,

18    Mr. Stefin rests and we start the cross-examination.

19              MR. STEFIN:  We're not going to get there today.

20              MR. SCHWARTZ:  Okay.

21              THE COURT:  Again, there are no other objections

22    other than what we've already discussed, correct?

23              MR. SCHWARTZ:  No.  There are a number of

24    objections within the text of it that are hearsay or leading,

25    objections as to form, and they answer it.  We don't need

```
 1    rulings on it.  We can just go forward.  I'm not concerned
 2    about those.
 3           The one objection during the cross-examination,
 4    after I ask the questions about number of reports, number of
 5    meetings with Stack, I would ask Your Honor, I think that at
 6    some point you need to either rule on that or just consider
 7    that along with the other objections I've made as to the same
 8    thing.  It's as to the reports.
 9           THE COURT:  All right.  I guess when we get to --
10    that's in the cross-examination you said?
11           MR. SCHWARTZ:  Yes, Your Honor.
12           THE COURT:  And does everyone agree that the
13    reporter need not transcribe the deposition as it's being
14    played for the jury, and that the transcript will stand as
15    the deposition testimony for appellate purposes?
16           MR. SCHWARTZ:  Yes, Your Honor, unless there's some
17    interruption of some sort.
18           MR. STEFIN:  I agree.
19           THE COURT:  All right.  Let's bring the jurors in.
20        (The jury enters the courtroom, after which the following
21    proceedings were had:)
22           THE COURT:  Welcome back, everyone.  Please be
23    seated, ladies and gentlemen.
24           All right.  Ladies and gentlemen, the Government's
25    next witness is going to be an individual named Atsuko Ueda.
```

```
 1    This individual is not testifying in person.  This person is
 2    testifying by way of a videotaped deposition, which means
 3    this testimony was taken before the trial.  This person is in
 4    Japan, and the parties were here in the United States and
 5    they were questioning her via video conferencing, and the
 6    deposition, we're not going to be able to finish it this
 7    afternoon.
 8              We're going to play it 'til an appropriate time to
 9    recess for the day, and it will be completed Friday.
10              So you should consider the testimony as if the
11    witness were testifying here in person.
12              All right.
13              MR. STEFIN:  Yes, Your Honor.  We would offer in
14    addition to 110-1A, which is the video deposition, we would
15    offer into evidence 110-1B, which is a transcript of the
16    testimony to aid the jury in listening to the transcript.
17    And I would ask that that be distributed.
18              MR. SCHWARTZ:  I think it's pretty clear.  I don't
19    know that we need the transcript.  If Your Honor feels that,
20    I don't object.
21              THE COURT:  I haven't heard it so I don't know
22    whether I -- why do you feel they need to have the transcript
23    following it?  They're not going to be able to hear it and
24    understand it?
25              MR. STEFIN:  You're asking me?
```

```
 1                  THE COURT:  Yes.
 2                  MR. STEFIN:  I just think she has an accent, and I
 3       think it's a little difficult at times.  We can start it
 4       without it and see how it goes along.
 5                  THE COURT:  Let's start without it and see.
 6                  MR. STEFIN:  And if anybody indicates some
 7       trouble --
 8                  THE COURT:  If they're having trouble following it,
 9       then we'll reconsider.
10            Let us know if you feel you're not able to
11       understand the witness' testimony.
12                  MR. STEFIN:  May I proceed?
13                  THE COURT:  Yes.
14            (Videotape played.)
15                  THE COURT:  All right.  Hold on, Mr. Stefin.  One
16       of the jurors is indicating he would like to have the
17       transcript.  All right.  So why don't we hand them out for
18       everyone?
19                  MR. SCHWARTZ:  No objection, Judge.
20                  THE COURT:  Okay.  Why don't we let them know where
21       we are in the transcript.
22                  MR. STEFIN:  We're at page 5, Your Honor, line 21.
23            (Videotape playing.)
24                  THE COURT:  Ladies and gentlemen, we're going to
25       recess again.  Tomorrow, remember we're not going to be in
```

```
 1    session.  We will have a day off for the Jewish holiday, and

 2    then Friday we'll be back in session at 9:00 o'clock.  All

 3    right?  So don't discuss the case, don't form any opinions,

 4    don't do any research, and we'll see you on Friday.  And

 5    those of you who are Jewish, have a happy holiday.

 6        (The jury exits the courtroom.)

 7            THE COURT:  All right.  Anything we need to talk

 8    about?

 9            MR. STEFIN:  No, Your Honor.

10            THE COURT:  All right.  Well, have a nice holiday.

11            MR. SCHWARTZ:  Thank you, Your Honor.

12            THE COURT:  See you on Friday.

13        (The evening recess was taken at 4:55 p.m.)

14                       * * * * *

15

16

17

18

19

20

21

22

23

24

25
```

```
1                         * * * * *

2                        I N D E X

3    Testimony of Jacob Soendergaard (Continued)

4            Cross by Mr. Schwartz              2

5            Redirect by Mr. Stefin            23

6            Redirect by Mr. Schwartz          26

7    Testimony of Nana Adae

8            Direct by Mr. Bardfeld            29

9            Cross by Mr. Schwartz             99

10   Testimony of Janice Florendine

11           Direct by Mr. Stefin             119

12           Cross by Mr. Schwartz            141

13           Redirect by Mr. Stefin           143

14   Testimony of Luke Devlin

15           Direct by Mr. Bardfeld           145

16           Cross by Mr. Schwartz            159

17   Testimony of Tracy White Almeida

18           Direct by Mr. Stefin             164

19           Cross by Mr. Schwartz            186

20           Redirect by Mr. Stefin           191

21                       * * * * *

22

23

24

25
```

```
 1                          * * * * *

 2                       E X H I B I T S

 3   Government's Exhibits in Evidence:

 4          Government's 102                    57

 5          Government's 16                    140

 6          Government's 30-3                  149

 7          Government's 42                    150

 8          Government's 41                    159

 9          Government's 9                     177

10                          * * * * *

11                        CERTIFICATE

12       I, Stephen W. Franklin, Registered Merit Reporter, and

13   Certified Realtime Reporter, certify that the foregoing is a

14   correct transcript from the record of proceedings in the

15   above-entitled matter.

16       Dated this 10th day of NOVEMBER, 2013.

17

18       /s/Stephen W. Franklin
         _____
19       Stephen W. Franklin, RMR, CRR

20

21

22

23

24

25
```

## $

$10,100 [1]  88/9
$11,000 [3]  134/2 139/13 144/7
$110,000 [1]  187/4
$1100 [1]  156/6
$1200 [5]  168/25 169/5 169/8 169/9 169/20
$125,000 [1]  143/5
$136,000 [1]  142/11
$136,054 [1]  142/10
$1500 [7]  123/18 123/19 123/20 123/24
 124/16 124/23 169/22
$154,000 [1]  187/20
$1700 [5]  58/13 58/18 61/20 69/2 156/13
$18 [1]  189/6
$18 million [1]  189/6
$180 [5]  84/16 84/23 85/1 85/19 88/12
$180,000 [4]  129/23 131/10 137/21 137/25
$1800 [6]  85/22 86/3 88/13 89/14 89/18
 114/19
$181,391.60 [1]  141/8
$200 [2]  35/10 156/9
$2000 [1]  151/14
$2125 [1]  152/7
$23,535.25 [1]  26/15
$250 [1]  151/23
$250,000 [1]  190/13
$28,000 [1]  90/1
$29,000 [1]  152/19
$3000 [4]  73/5 73/6 73/14 83/12
$3200 [1]  156/3
$3500 [1]  156/8
$400 [2]  94/2 94/6
$4000 [3]  83/25 90/19 114/14
$450 [1]  88/12
$48,000 [1]  152/18
$495 [1]  141/8
$50,000 [2]  89/23 89/24
$5000 [1]  186/25
$55,842.60 [1]  141/7
$5500 [1]  156/5
$614,000 [1]  187/18
$614,259.69 [1]  183/4
$650 [1]  156/15
$6800 [7]  56/2 56/17 60/2 61/22 61/24 63/14
 69/2
$70,000 [2]  153/13 159/12
$70,000-worth [1]  153/13
$700 [1]  169/2
$7000 [2]  90/12 90/15
$75 [3]  53/16 122/24 123/3
$800 [2]  70/11 70/12
$8000 [2]  94/18 95/19
$8200 [2]  91/13 91/22
$9 [3]  186/23 186/23 187/6
$9 million [1]  187/6
$9 million-plus [2]  186/23 186/23
$9,039,651.64 [1]  183/1
$9,653,911.31 [1]  182/25
$90,000 [2]  127/19 127/23

## '

'10 [2]  88/15 91/14
'11 [1]  91/19
'til [2]  77/14 194/8

## -

-v [1]  1/5

## /

/s/Stephen [1]  198/18

## 0

000710 [1]  177/21
00710 [1]  182/14
09 [1]  140/14

## 1

1/20-ounce [1]  157/23
1/tenth [1]  157/24
10 [8]  8/4 8/9 40/8 130/5 153/21 155/2 156/9
 156/20
10,000 [1]  173/25
10-minute [1]  144/19
10-month [1]  131/22
10-yard [1]  76/22
102 [9]  57/14 57/18 57/25 82/14 88/2 90/7
 90/14 90/17 198/4
108 [1]  26/11
10:35 [1]  60/17
10:50 [1]  60/17
10th [1]  198/16
11 [1]  140/21
11,000 [2]  143/1 143/2
11-80072-CR-MARRA [1]  1/2
110-1A [1]  194/14
110-1B [2]  192/14 194/15
119 [1]  197/11
11th [2]  70/2 70/4
12 [2]  141/6 169/22
125,054 [2]  141/2 141/7
12:05 [1]  112/9
13th [1]  83/11
14 [19]  151/20 152/5 156/2 156/5 156/13
 156/21 156/22 156/22 157/5 157/6 157/20
 157/23 157/25 158/3 158/4 158/4 158/5
 158/9 158/11
140 [1]  198/5
141 [1]  197/12
143 [1]  197/13
145 [4]  128/13 128/14 142/11 197/15
149 [1]  198/6
15 [8]  60/12 60/16 88/11 156/6 162/3 162/4
 162/5 191/23
15 feet [1]  161/23
15-minute [2]  60/10 191/21
150 [2]  190/13 198/7
153 [1]  187/20
159 [2]  197/16 198/8
16 [4]  139/20 140/1 140/14 198/5
164 [1]  197/18
1661 [1]  82/23
1663 [1]  82/23
16th [2]  145/25 148/23
1700 [1]  91/8
177 [1]  198/9
18 [11]  46/1 84/23 84/23 156/4 156/12 157/3
 157/7 157/8 157/11 158/6 158/10
180,000 [5]  128/2 128/6 128/6 128/8 131/16
1800 [1]  84/23
1800s [1]  46/23
186 [1]  197/19
18th [4]  58/12 58/14 59/13 61/20
191 [1]  197/20
1983 [1]  157/24
1991 [1]  119/24
1993 [4]  119/16 120/8 120/17 134/19
1995 [1]  141/7
1996 [1]  135/21
1998 [2]  135/6 135/24
1999 [4]  138/4 139/10 141/11 142/3

## 19th [2]  17/7 17/16

1:00 o'clock [2]  111/23 112/6
1:15 [3]  111/22 111/25 112/4
1:18 [1]  112/9
1A [3]  140/17 192/14 194/14
1B [2]  192/14 194/15
1st [2]  16/8 18/5

## 2

20 [6]  31/5 77/23 78/4 82/23 117/12 162/4
20 feet [1]  161/23
20-20 [3]  77/23 78/4 117/12
200 [2]  1/21 69/13
2000 [1]  151/14
2004 [2]  177/23 179/4
2007 [6]  177/22 178/3 179/7 182/9 182/10
 182/16
2008 [3]  7/10 7/13 7/14
2009 [23]  18/14 31/19 31/20 33/7 54/14
 54/15 59/14 59/15 60/5 61/20 66/6 74/14
 74/17 76/13 76/16 79/21 83/2 83/4 83/4
 90/10 90/15 90/20 90/21
2010 [19]  74/10 74/16 79/19 79/22 81/8
 83/11 83/21 83/25 84/7 84/13 88/11 90/23
 91/2 181/2 181/8 181/9 181/17 181/18 182/8
2011 [9]  10/19 16/8 18/5 94/17 114/13 146/1
 148/23 179/8 182/19
2012 [4]  17/1 17/7 17/16 18/7
2013 [3]  1/8 139/10 198/16
21 [10]  92/14 93/7 93/18 96/6 140/16 146/8
 146/25 158/14 159/10 195/22
212 [1]  13/9
219 [1]  1/10
21st [2]  55/8 90/15
22 [2]  157/25 158/7
23 [2]  182/19 197/5
23.5 [1]  157/21
23rd [4]  73/3 73/4 83/4 179/8
24 [4]  82/23 157/22 157/24 158/9
24th [2]  179/7 182/16
2500-dollar [1]  166/14
26 [1]  197/6
27th [2]  64/16 142/3
29 [1]  197/8
2:06 [1]  144/21
2:17 [1]  144/21
2nd [2]  90/8 90/10

## 3

30 [5]  33/3 138/10 147/3 153/18 181/19
30-2 [1]  33/17
30-3 [3]  149/1 149/4 198/6
30th [3]  83/25 90/19 141/11
32 [3]  139/5 167/10 167/12
32-1 [1]  152/9
32-2 [1]  155/24
32A [1]  146/15
32B [1]  139/6
33 [1]  5/19
33301 [1]  1/18
33401 [1]  1/24
33432 [1]  1/22
37 [1]  146/21
3768 [1]  1/23
3:31 [1]  192/5
3:49 [1]  192/5

## 4

4/30/2010 [1]  83/21
400 [1]  89/18

**4**

41 [4]  158/24 159/2 159/5 198/8
42 [5]  149/18 150/12 150/17 150/20 198/7
42-1 [2]  150/20 151/25
42-2 [2]  155/25 156/1
42-4 [2]  156/25 157/1
42-6 [1]  157/16
430-9299 [1]  13/24
4334 [1]  13/9
450-dollar [1]  86/17
4634 [1]  13/9
49 [1]  187/1
4:30 [1]  155/14
4:55 [1]  196/13

**5**

5/5/2010 [1]  84/7
50 [3]  48/13 181/16 187/1
500 [2]  1/17 169/2
5000 [1]  186/25
514-3768 [1]  1/23
529 [1]  18/14
5500 [1]  167/21
554 [1]  18/14
561 [1]  1/23
57 [1]  198/4
58th [12]  32/16 92/14 93/7 93/18 96/7 101/1
  138/24 140/16 146/8 146/25 158/14 159/11
5:30 [1]  160/10
5th [1]  90/20

**6**

60 [1]  187/2
600 [1]  169/2
62 [1]  187/2
65 [1]  153/12
6800 [2]  60/1 91/8
6:30 [1]  51/21

**7**

700 [1]  1/21
701 [1]  1/24
709 [1]  178/22
725 [2]  178/22 182/14
75 [1]  69/14
750-4334 [1]  13/9
7th [2]  1/18 103/22

**8**

8/20 [1]  82/23
8/24 [1]  82/23
8000 [2]  91/18 91/23
818 [1]  13/24

**9**

90 [2]  127/24 127/25
90,000 [2]  126/7 127/25
9299 [1]  13/24
99 [1]  197/9
9:00 o'clock [1]  196/2

**A**

a -- I [1]  86/17
A-d-a-e [1]  29/5
A-l-m-e-i-d-a [1]  164/2
a.m [2]  60/17 60/17
aback [1]  94/9
abilities [4]  36/24 91/24 92/10 122/9
ability [9]  21/1 37/10 82/5 92/3 109/21 110/5

110/10 116/23 122/14
able [17]  5/11 12/3 18/9 19/19 25/14 82/8
  105/8 110/6 116/1 127/19 128/17 133/20
  138/5 143/16 194/6 194/23 195/10
above [1]  198/15
above-entitled [1]  198/15
absent [1]  143/4
absolutely [3]  78/11 114/20 148/10
Academy [2]  29/20 29/24
accent [1]  143/12
accept [3]  76/17 109/18 109/19
access [2]  179/22 180/17
according [4]  70/1 74/14 177/21 178/1
account [8]  25/24 26/3 26/12 26/17 58/23
  171/24 174/13 174/14
accounting [1]  115/25
accounts [2]  58/21 59/23
accumulate [3]  172/11 172/17 172/24
accumulated [1]  57/3
accurate [4]  18/24 44/17 174/21 185/23
accurately [2]  19/6 148/22
acoustics [1]  4/6
across [1]  113/14
activity [4]  174/11 183/5 188/21 189/1
actual [3]  77/1 140/15 184/22
actually [54]  5/25 6/9 13/6 15/18 17/10 23/7
  24/2 24/4 25/21 26/2 26/17 31/11 35/16
  40/18 40/22 49/15 50/10 52/20 53/12 56/10
  58/17 58/22 71/22 74/1 74/17 76/9 76/22
  78/15 78/19 82/19 84/21 91/18 91/19 98/5
  125/25 128/1 131/3 135/18 137/13 161/12
  165/3 166/5 167/10 169/10 174/24 178/9
  180/24 181/1 181/3 181/3 184/22 188/12
  188/13 191/16
Adae [16]  3/4 28/22 28/25 29/5 29/11 61/5
  62/5 88/15 96/25 115/9 115/10 115/11
  115/12 115/12 115/14 197/7
added [1]  103/17
addition [3]  88/9 191/8 194/14
additional [4]  125/9 132/21 134/23 172/20
address [3]  136/18 148/1 170/16
adjust [1]  138/10
administration [1]  30/9
admission [1]  159/2
admit [3]  77/21 177/11 177/12
admits [1]  142/25
admitted [8]  57/24 88/1 90/6 90/16 139/25
  149/3 150/16 159/4
advance [5]  99/21 180/2 180/3 180/18
  186/10
advanced [1]  7/1
advances [2]  180/6 180/9
advantage [1]  187/25
affected [1]  63/1
affidavit [11]  16/1 16/24 18/4 18/23 102/22
  102/24 103/9 104/23 142/5 142/7 143/1
affiliated [1]  180/24
African [1]  157/24
after [48]  2/13 15/25 17/21 19/22 25/9 29/24
  30/5 34/5 41/1 42/24 43/3 43/25 44/1 48/19
  50/21 51/8 51/13 53/12 60/17 60/24 68/6
  74/1 76/1 86/12 98/10 99/15 112/8 112/9
  112/22 121/14 125/6 129/11 129/22 130/5
  131/18 131/22 133/1 135/21 135/22 142/23
  144/21 145/9 152/15 153/18 179/4 192/5
  193/4 193/20
afternoon [5]  119/7 154/4 164/7 164/8 194/7
afterwards [4]  11/2 17/18 17/19 27/23
again [38]  17/12 19/12 20/22 21/11 34/13
  43/1 43/4 51/14 53/10 55/5 59/12 73/6 75/19

75/19 77/10 77/13 81/17 83/14 84/1 91/19
  96/13 112/5 116/20 126/11 128/3 133/4
  133/7 133/10 149/15 151/19 154/6 165/8
  172/6 173/10 173/11 179/11 192/21 195/25
against [10]  160/3 184/11 185/5 185/6 185/7
  185/15 185/16 185/20 185/22 186/4
age [7]  4/8 5/15 5/18 5/18 5/21 5/23 131/11
agencies [1]  135/15
agency [2]  136/6 181/11
agent [2]  147/17 155/21
agents [2]  17/1 160/25
agitated [4]  86/13 86/25 87/18 95/3
ago [2]  45/16 109/25
ago-type [1]  45/16
agree [6]  44/18 87/22 123/24 143/1 193/1
  193/18
agreeable [1]  123/8
agreed [3]  44/17 88/14 133/7
agrees [1]  88/10
ah [1]  39/14
ahead [4]  44/6 75/16 79/18 169/2
aid [1]  194/16
ain't [1]  130/21
airfare [1]  17/22
alarm [1]  94/14
Alberta [2]  119/10 119/10
allegations [1]  140/10
Almeida [5]  163/22 164/1 164/2 164/7
  197/17
almost [19]  6/6 24/3 36/20 36/20 41/20 44/18
  59/5 66/2 66/5 66/20 76/24 93/17 98/18
  104/20 145/24
along [3]  132/12 193/7 195/4
already [22]  6/15 33/2 34/8 50/25 54/3 65/23
  76/23 76/24 78/7 82/13 88/1 89/20 90/1 90/6
  90/13 90/16 91/6 120/8 153/11 178/6 179/24
  192/22
also [48]  3/11 4/14 5/4 7/24 10/6 12/2 12/12
  17/1 21/4 21/6 24/4 24/16 25/19 28/12 39/17
  52/24 54/4 61/10 61/10 71/16 77/5 86/17
  90/4 92/7 93/4 97/7 101/10 101/13 105/18
  110/15 110/25 111/11 120/19 141/22 142/17
  148/6 164/22 165/3 166/15 166/15 166/24
  171/16 173/18 178/11 178/13 180/1 180/3
  180/13
although [1]  177/22
always [15]  37/20 55/6 63/22 65/6 70/21
  70/25 71/2 72/7 79/6 86/7 115/5 116/5 130/4
  134/18 185/24
am [13]  18/9 19/18 30/13 66/13 104/24 115/9
  134/25 146/11 166/24 169/16 175/20 182/7
  187/8
amazing [1]  36/17
AMERICA [2]  1/3 84/4
American [2]  70/8 158/7
Amethyst [1]  113/15
amount [57]  35/3 46/24 47/1 47/4 47/5 47/5
  47/8 47/12 47/17 47/19 49/4 51/8 54/6 61/15
  61/24 62/3 66/11 66/19 71/15 71/16 77/13
  87/5 90/19 95/6 125/16 126/3 126/5 126/7
  129/11 137/25 141/1 141/6 141/7 142/10
  142/14 142/19 153/3 159/9 168/22 169/23
  170/1 170/6 170/18 173/6 173/7 173/8
  181/19 182/21 182/24 182/25 183/1 183/3
  186/2 187/10 187/11 187/14 187/15
amounts [7]  80/12 80/13 84/22 88/20 88/21
  134/20 162/17
analogy [1]  190/4
angry [1]  96/3
Annapolis [5]  99/7 99/9 99/15 116/11 116/18

**A**

announcing [1]  147/13
annual [1]  171/11
anonymous [1]  174/8
another [24]  18/8 36/8 46/3 51/11 59/16
 59/18 65/10 67/16 67/18 83/13 84/7 86/18
 90/15 92/12 111/15 116/11 127/24 130/23
 156/22 157/12 181/22 186/8 186/11 186/13
answer [8]  35/19 58/21 122/16 138/21
 140/15 142/25 147/10 192/25
answered [1]  81/25
answering [1]  167/16
answers [1]  124/18
ant [1]  21/21
Anthony [1]  101/19
anti [1]  166/23
anti-money [1]  166/23
anticipated [1]  88/16
ants [1]  22/1
any [92]
anybody [12]  14/13 34/6 44/18 72/14 72/22
 78/17 99/7 102/11 143/25 163/6 188/11
 195/6
anymore [3]  5/17 22/5 169/19
anyone [8]  2/17 34/3 43/11 71/20 72/15
 80/21 80/24 81/2
anything [45]  2/17 3/7 15/8 18/10 19/21 31/9
 31/10 34/21 36/14 36/18 38/12 40/5 40/6
 40/7 42/21 43/25 45/10 45/11 45/22 48/21
 49/16 53/16 62/21 64/2 67/10 68/1 89/13
 95/22 100/10 100/22 103/11 103/16 107/22
 108/21 122/19 125/2 126/17 130/14 136/5
 146/1 152/20 168/14 170/2 178/19 196/7
anytime [2]  65/14 117/3
anyway [2]  75/14 154/19
anywhere [1]  76/4
aol.com [1]  1/25
apartment [14]  32/18 97/4 106/22 107/6
 107/9 107/15 114/5 114/11 140/17 147/17
 161/1 161/7 161/13 162/18
apiece [1]  46/4
apologize [4]  103/20 111/25 144/24 144/25
apparently [3]  85/6 142/4 154/11
appear [2]  12/18 161/6
Appearances [1]  1/15
appeared [3]  13/4 54/6 161/18
appellate [1]  193/15
apple [1]  173/12
appointments [1]  69/12
appraisal [2]  151/10 158/25
appraisals [3]  152/15 156/16 159/7
appraised [12]  151/10 151/14 152/17 152/18
 156/3 156/5 156/6 156/7 156/9 156/13
 156/14 158/18
apprehensive [1]  98/14
approach [13]  17/24 32/22 57/8 57/11 60/6
 69/24 82/10 148/16 149/15 150/23 152/10
 158/20 175/4
approached [1]  94/9
appropriate [2]  155/7 194/8
approximate [1]  128/10
approximately [9]  90/1 128/16 137/19
 152/17 152/18 159/12 181/13 182/5 182/24
April [5]  16/21 74/9 74/10 83/25 90/19
April 30th [2]  83/25 90/19
area [12]  14/11 20/5 33/11 106/25 107/3
 107/15 117/23 119/25 130/3 150/9 162/8
 178/14
areas [5]  20/19 149/13 166/24 166/25 168/14

aren't [4]  87/15 99/5 153/7 188/15
arm [1]  24/5
Armed [1]  116/13
around [19]  3/10 20/25 22/2 51/6 56/9 61/11
 63/22 68/5 68/16 78/16 79/1 79/8 114/4
 120/18 123/3 128/15 134/18 142/15 153/12
arranged [2]  133/14 133/18
arrangements [1]  166/16
arrest [4]  146/5 146/12 146/16 147/16
art [2]  151/20 152/6
articles [2]  108/24 109/23
articulate [1]  130/9
ask [31]  4/5 16/15 26/21 34/23 35/7 42/8
 42/19 47/14 47/18 53/10 53/14 65/5 65/6
 65/12 70/24 77/25 102/24 112/5 126/20
 134/16 138/21 138/22 153/2 153/19 170/20
 176/4 178/22 186/22 193/4 193/5 194/17
asked [37]  11/13 12/3 18/15 25/19 27/2
 27/18 35/8 35/17 36/2 42/10 44/25 49/5 50/1
 50/21 51/9 53/7 53/8 58/20 62/14 62/16 65/7
 68/8 79/18 81/25 84/5 88/23 93/13 93/16
 103/3 107/10 118/3 118/4 121/15 129/23
 130/7 136/18 189/12
asking [5]  27/19 67/1 67/3 86/13 194/25
asks [2]  66/12 81/21
aspect [1]  130/9
assets [3]  11/23 11/24 141/14
Assistant [1]  103/23
assume [2]  57/20 190/1
assure [1]  86/23
assured [2]  86/22 95/10
assures [1]  86/15
astrological [1]  33/13
astrology [1]  93/20
Atlantic [4]  26/13 167/24 167/24 167/25
ATM [10]  73/17 124/6 179/25 180/1 180/6
 180/10 180/10 180/13 180/19 181/13
Atsuko [2]  192/13 193/25
attention [1]  145/25
attorney [2]  103/24 141/23
Attorney's [1]  1/17
Attraction [1]  32/20
Attractions [1]  101/7
audit [1]  167/1
auditorium [1]  64/5
audits [1]  167/1
augmented [1]  103/13
August [11]  54/11 54/13 54/13 58/15 59/13
 60/5 61/20 65/9 94/17 145/25 148/23
August 16th [2]  145/25 148/23
August 18th [2]  59/13 61/20
August-September [1]  54/13
aunt [1]  80/4
auntie [2]  72/10 80/3
aura [1]  127/7
AUSA [2]  1/16 1/16
Austro [1]  157/25
Austro-Hungarian [1]  157/25
autumn [1]  7/10
Avenue [1]  121/3
average [1]  187/20
avoid [1]  188/8
aware [9]  15/22 15/24 27/5 27/7 27/18 63/17
 63/22 117/4 192/15
away [8]  5/24 12/7 25/7 25/8 40/16 40/17
 52/5 62/24

**B**

Babies [2]  86/18 88/13
baby [5]  86/21 156/22 156/23 157/19 158/11

baccarat [1]  166/8
back [114]
background [2]  167/5 167/19
bad [2]  4/7 6/5
bag [8]  150/5 153/1 155/23 156/10 156/24
 157/14 157/15 158/13
bags [3]  153/6 153/7 170/9
baguette [2]  156/20 157/10
ballpark [1]  133/24
balls [1]  59/7
Bally's [1]  168/1
bangle [2]  156/22 156/23
bank [12]  25/24 26/2 26/12 26/12 26/17
 58/21 58/23 59/23 73/16 73/22 84/3 84/4
banked [1]  166/6
banker [1]  166/7
banking [1]  128/20
baptized [1]  30/18
Bardfeld [8]  1/16 17/9 18/6 19/4 19/10 61/3
 197/8 197/15
base [3]  157/19 158/2 158/8
based [13]  21/13 25/2 47/20 109/2 131/8
 140/10 142/9 173/6 173/8 183/6 183/11
 183/14 188/18
basically [7]  16/4 104/19 172/4 174/8 177/22
 185/3 187/7
basis [3]  54/19 54/22 171/11
batch [1]  116/11
bathroom [3]  107/10 161/13 161/14
Batman [2]  158/4 159/19
battering [2]  97/25 147/10
BC [2]  119/19 119/20
Beach [2]  1/7 1/24
became [2]  80/13 114/24
because [105]
becomes [1]  73/12
bed [1]  130/23
befall [1]  127/8
before [45]  1/12 2/17 7/19 15/17 17/16 19/7
 34/14 34/20 35/2 39/2 40/9 41/21 43/23
 44/14 53/14 53/23 55/11 56/5 85/8 98/5
 99/23 104/12 107/23 108/15 110/14 115/25
 118/4 119/11 121/12 121/13 122/16 122/25
 142/23 148/13 160/6 167/5 167/16 167/19
 167/20 167/23 168/14 175/11 183/8 184/5
 194/3
began [1]  123/5
begin [1]  2/17
beginning [5]  5/12 5/17 8/21 12/7 69/6
behalf [1]  136/21
behind [6]  43/25 87/9 107/3 107/6 121/9
 133/8
behold [1]  63/25
being [31]  5/5 8/9 18/2 27/2 33/25 39/6 39/14
 39/19 39/22 40/22 41/24 44/25 46/23 59/4
 63/23 72/2 82/8 83/9 96/3 100/23 108/1
 115/23 115/24 126/2 126/8 132/20 132/20
 133/22 179/16 190/9 193/13
beings [4]  4/18 4/25 5/9 110/10
belief [3]  25/3 30/16 77/23
beliefs [2]  108/4 108/9
believe [34]  4/18 4/20 4/25 21/4 21/6 21/20
 26/22 58/6 63/3 66/8 77/17 77/18 77/25 78/2
 78/3 102/25 108/4 109/13 110/4 110/6 110/8
 122/7 122/12 122/13 122/13 122/14 139/8
 139/10 142/2 148/5 150/6 162/10 164/22
 182/14
believed [1]  69/17
Benz [1]  158/5
besides [5]  50/11 81/2 139/13 154/19 160/24

**B**

best [14]  84/19 85/22 86/3 86/15 86/21 88/13 89/14 104/9 114/19 133/25 134/19 182/9 182/12 190/4
bet [2]  166/14 166/14
Beth [2]  17/8 103/22
better [3]  9/22 51/24 78/1
between [5]  11/6 19/23 102/16 142/24 161/22
beverage [1]  172/19
beyond [1]  178/4
big [9]  64/9 98/2 113/12 116/17 164/21 164/25 165/11 169/5 186/22
bigger [2]  58/11 161/25
biggest [2]  79/10 79/10
bills [3]  173/20 173/22 174/4
bingo [3]  184/20 184/21 184/22
bit [22]  30/16 31/22 34/12 36/23 40/10 51/3 51/6 63/13 76/7 76/9 76/14 76/16 76/23 94/9 97/12 98/1 102/5 103/13 108/4 109/18 114/23 167/18
black [6]  126/13 126/13 126/18 126/21 128/3 157/20
blackjack [1]  166/7
blah [8]  71/23 71/23 71/23 71/23 71/24 71/24 71/24 71/24
blank [1]  148/6
blockage [2]  52/21 115/1
blockages [22]  38/2 38/8 38/12 38/13 38/15 38/17 39/6 42/14 46/20 47/13 47/17 48/2 49/5 50/8 61/9 63/7 63/14 64/24 70/18 71/1 78/16 80/14
blocks [2]  110/20 136/17
blow [1]  62/16
blue [3]  157/10 157/19 157/19
Boca [1]  1/22
body [5]  20/19 52/24 75/4 75/4 75/13
books [4]  22/4 108/23 109/23 110/2
booth [1]  181/1
Borgata [1]  167/23
born [1]  21/20
borrowed [1]  24/17
both [6]  29/3 87/24 121/17 122/16 147/18 167/16
bottle [3]  62/14 62/20 62/21
bottom [3]  58/6 87/25 138/15
Boulevard [1]  1/17
boutique [1]  33/3
box [9]  126/13 126/15 126/19 126/21 126/23 126/24 128/4 149/18 149/19
boyfriend [1]  52/7
Bra [6]  84/13 84/15 84/16 85/19 86/16 88/12
bracelet [11]  156/3 156/4 156/6 156/22 156/23 157/19 157/20 158/3 158/7 158/11 163/2
bracket [1]  188/9
brain [1]  58/11
branch [1]  116/13
brand [1]  165/22
branded [1]  165/22
break [11]  111/15 153/20 153/21 154/7 154/21 154/23 155/17 160/13 191/19 191/21 192/3
breaker [2]  130/25 131/1
breaking [2]  154/9 160/9
brief [1]  26/24
briefer [1]  116/2
briefing [1]  12/8
briefly [9]  62/8 143/13 147/6 148/2 148/20

155/21 155/23 156/10 156/24
bright [1]  99/5
Brighton [1]  165/11
brilliant [2]  156/12 157/2
bring [10]  2/6 2/9 60/23 62/14 112/14 112/17 124/6 145/6 186/25 193/19
British [1]  119/20
broach [1]  81/4
broken [1]  160/5
brother [3]  81/4 113/4 114/21
Brothers [2]  105/20 105/22
brought [7]  9/11 23/20 23/23 50/18 51/5 108/7 171/4
Broward [1]  1/17
bucks [5]  31/5 48/13 69/13 69/14 89/18
Buddhism [7]  21/16 21/17 30/20 108/12 108/22 109/2 109/5
Buddhist [2]  72/5 108/15
build [1]  45/15
building [3]  67/19 97/6 120/11
built [1]  127/6
bulk [1]  48/17
bunch [1]  148/6
burn [1]  68/13
bury [1]  68/13
business [47]  3/21 4/3 4/4 4/9 8/10 8/10 13/7 13/8 13/14 13/14 22/6 22/8 22/13 22/15 22/16 29/21 29/23 30/9 67/15 67/20 67/21 67/24 79/7 79/13 85/24 86/5 86/6 86/8 86/8 86/21 92/9 106/12 120/13 120/23 127/12 129/14 129/15 129/15 129/21 133/13 149/9 149/12 149/21 161/11 161/17 175/14 182/5
businesses [1]  106/4
button [2]  138/14 173/16
buy [13]  70/6 70/8 79/13 84/19 85/22 86/3 86/15 86/21 88/13 89/14 114/19 120/18 120/19
buying [1]  86/1

**C**

cabinets [1]  86/2
calendar [1]  171/14
Calgary [2]  119/10 119/22
called [23]  9/4 9/24 11/8 15/7 18/23 36/6 93/12 96/1 96/2 98/22 102/22 134/25 135/15 137/14 140/7 168/2 170/12 170/14 178/24 181/20 184/20 184/21 186/1
called the [1]  135/15
calling [4]  9/16 13/22 95/16 95/17
calls [3]  74/22 76/1 189/2
came [20]  6/9 6/23 37/21 46/23 47/2 62/2 69/12 113/9 114/5 121/16 121/20 122/5 123/15 124/5 134/3 137/21 147/8 150/9 161/4 179/15
can't [20]  5/17 7/10 9/3 11/18 11/21 13/10 16/15 28/9 37/10 73/17 90/23 122/3 123/17 131/25 132/1 138/13 162/10 162/22 167/16 169/10
Canada [6]  119/12 119/14 124/11 125/5 125/8 136/9
Canadian [5]  119/25 128/6 128/8 137/22 158/9
candles [2]  111/1 111/3
cannot [2]  10/21 17/10
car [2]  10/25 119/23
card [66]  7/5 13/7 13/8 13/14 13/14 13/16 35/3 50/14 85/1 86/3 166/6 166/7 166/8 168/12 171/17 171/19 171/20 171/21 171/25 172/1 172/2 172/4 172/10 172/11 172/12 172/13 172/14 173/1 174/6 174/9 174/10

174/13 174/14 177/16 177/21 178/7 178/7 178/10 178/12 179/12 179/16 179/19 180/2 180/3 180/9 180/18 181/22 181/23 183/5 183/6 183/15 183/16 183/20 183/21 183/23 184/1 184/4 184/6 184/10 186/8 186/9 186/12 187/22 188/1 189/24 191/16
cards [10]  50/18 70/6 70/7 70/12 74/2 84/20 84/21 86/20 172/7 188/22
carries [1]  165/22
carry [1]  78/16
carrying [1]  113/10
Cartier [2]  156/3 158/10
carved [1]  156/21
case [33]  1/2 2/18 3/6 8/24 9/8 9/22 10/7 10/8 10/10 10/12 10/17 11/19 12/1 12/4 14/14 17/2 17/13 18/14 39/11 57/21 60/10 97/1 98/7 111/21 137/10 139/16 140/21 144/17 146/1 178/11 187/16 191/21 196/3
cash [53]  61/5 61/12 61/16 70/11 73/17 73/18 73/19 73/20 73/21 74/2 74/2 83/6 83/7 87/17 89/17 90/2 91/16 91/17 91/22 91/23 94/21 124/2 133/23 134/1 139/14 143/22 143/24 144/1 162/17 166/24 166/25 173/18 173/18 173/20 174/5 179/15 179/23 179/24 180/2 180/3 180/3 180/6 180/9 180/13 180/17 180/18 181/9 181/10 181/13 186/7 186/8 186/10 186/11
cashiers [1]  166/25
cashing [2]  180/7 180/19
casino [34]  164/10 165/14 165/15 165/21 165/23 165/23 165/25 166/2 166/3 166/17 166/25 167/1 167/23 168/2 168/5 168/21 170/24 172/5 177/24 179/23 180/8 180/11 180/12 180/14 180/21 180/24 181/1 181/6 181/16 181/21 181/24 183/10 186/25 190/25
casinos [6]  165/4 165/5 167/12 169/18 180/19 181/4
categorized [1]  108/8
Cathedral [2]  110/14 110/21
Catholic [2]  30/18 108/7
cause [1]  127/15
caused [2]  123/23 135/9
causes [1]  124/20
caution [1]  122/15
cellphone [2]  13/16 14/6
centered [1]  79/1
certain [13]  6/3 20/19 35/3 55/9 55/12 77/21 130/16 168/19 168/22 170/1 170/13 174/18 177/25
certificate [1]  66/16 86/18 89/15 198/11
certificates [1]  84/19
certifications [1]  158/25
Certified [1]  198/13
certify [1]  198/13
cetera [1]  22/2
chain [5]  156/2 156/7 158/6 158/8 158/11
chair [2]  118/21 118/23
chairs [2]  33/12 106/25
chance [5]  9/15 9/21 78/14 104/6 175/10
change [1]  117/23
changed [5]  14/6 41/21 78/23 103/13 103/16
channel [1]  21/1
channeled [3]  20/21 20/22 20/23
characterization [2]  116/9 187/8
characterize [1]  148/9
charge [5]  42/2 42/8 42/11 42/20 166/24
charged [2]  123/2 123/3
charging [2]  46/15 69/13
Charlie [11]  9/4 9/12 9/25 10/3 14/10 14/16 16/20 27/25 28/1 28/4 102/12

**C**

charm [2] 156/2 156/6
chart [4] 33/13 33/13 42/7 69/13
chased [1] 147/17
chat [1] 104/20
cheap [1] 188/24
cheapest [1] 35/8
check [29] 16/2 56/12 56/13 56/16 56/20 58/11 58/18 59/1 59/10 59/16 59/18 59/25 61/12 61/16 61/17 61/20 61/22 61/24 61/25 63/14 73/21 82/23 91/20 170/2 170/4 170/5 170/5 180/3 180/18
checked [2] 19/12 54/18
checks [12] 57/20 58/3 58/8 61/12 73/22 74/1 74/4 82/24 91/5 91/6 170/6 180/7
child [9] 5/16 23/17 23/23 23/24 24/3 24/11 27/3 27/10 27/12
children [1] 30/14
Chinese [2] 157/22 158/2
choice [1] 105/10
chooses [1] 183/20
Christ [1] 5/23
church [5] 30/25 110/18 110/19 111/6 111/12
circles [1] 157/18
Circuit [1] 18/14
circumstances [3] 61/7 77/10 93/9
city [11] 35/21 120/14 120/16 135/17 136/10 137/2 167/21 167/24 167/24 167/25 168/2
civil [1] 140/8
claim [4] 171/2 171/4 184/14 184/15
clairvoyant [4] 31/12 54/18 71/20 72/9
clairvoyants [1] 31/3
clasp [1] 158/8
class [13] 184/24 185/1 185/3 185/4 185/4 185/7 185/14 185/15 185/23 185/24 185/25 190/3 190/8
clean [3] 8/21 25/6 25/14
cleaned [1] 25/9
cleansed [1] 126/17
clear [21] 10/15 20/19 38/16 47/17 48/1 49/5 61/13 70/18 73/24 73/25 74/1 78/5 81/9 81/12 106/24 112/5 117/6 142/13 176/24 185/1 194/18
cleared [1] 38/2
clearing [12] 38/15 42/14 47/13 50/7 61/9 62/13 63/13 64/24 77/13 79/11 80/14 123/22
clearly [5] 38/9 49/10 68/6 69/10 97/23
Clematis [1] 1/24
Clerk [3] 140/14 140/20 141/5
client [1] 94/15
client's [1] 168/21
clientele [1] 168/6
clients [2] 37/6 176/7
close [11] 22/6 22/8 22/10 40/15 44/21 44/21 52/22 76/25 121/2 137/25 153/12
closed [2] 62/17 135/24
closer [6] 29/7 71/2 71/3 71/4 115/21 181/18
closing [1] 48/20
cloth [2] 62/15 62/25
clothing [4] 119/18 120/3 120/5 120/7
cloudy [1] 117/8
club [4] 171/20 171/22 183/15 187/22
Co [1] 151/23
Coconut [1] 165/12
code [1] 14/11
coded [2] 82/19 82/21
coin [5] 157/22 157/23 157/24 157/25 158/10
coincidentally [1] 92/7

coinless [1] 169/18
coins [10] 89/1 89/5 89/11 158/8 169/15 169/19 169/20 173/17 173/21 173/22
colleagues [1] 163/10
collect [3] 138/5 188/9 188/12
college [1] 50/15
color [2] 113/15 113/16
Colorado [4] 8/24 9/5 9/6 9/16
Columbia [6] 29/21 29/23 30/5 30/7 99/25 119/20
combination [3] 47/2 160/15 166/18
combined [1] 115/25
comes [2] 73/7 87/10
coming [22] 72/21 63/5 63/23 79/11 85/6 86/11 86/11 86/14 86/15 86/16 86/22 87/2 87/3 87/6 88/20 88/22 95/6 95/7 106/11 121/8 129/17 169/16
commander [1] 99/23
comment [1] 121/14
Commission [1] 166/20
committed [2] 59/4 71/13
communicate [3] 37/10 110/10 129/10
communicated [1] 110/15
communicating [4] 4/25 5/4 5/9
communications [2] 19/5 30/1
community [1] 189/17
comp [5] 172/18 189/13 189/15 189/18 189/22
compact [1] 166/6
company [4] 22/17 180/17 180/25 181/20
comparable [1] 85/20
compared [3] 24/3 24/8 38/25
compensation [1] 12/16
compiled [1] 104/4
complaint [4] 140/7 140/8 140/15 140/17
complaints [1] 160/3
complete [1] 183/9
completed [7] 99/12 126/14 126/14 126/19 129/4 129/5 194/9
completely [2] 98/17 105/4
completes [1] 158/13
compliance [5] 166/18 167/2 174/21 174/23 175/16
compliant [3] 166/20 166/21 166/22
complicated [2] 78/19 78/20
composite [21] 57/14 82/14 88/2 90/7 90/14 90/17 138/10 139/5 139/20 140/14 147/3 148/19 149/18 150/6 150/12 150/20 155/24 158/23 159/2 175/10 175/22
comps [7] 172/4 172/16 172/18 172/25 189/2 189/7 191/8
computer [2] 153/22 171/25
computers [1] 22/19
concentrate [1] 178/16
concept [11] 36/6 36/21 39/1 39/3 40/5 43/21 44/7 48/9 109/16 126/21 126/23
concerned [2] 130/3 193/1
concerns [1] 132/9
conclude [1] 124/7
concluded [2] 20/1 155/19
condition [1] 32/4
condo [1] 100/7
conference [3] 20/1 64/10 155/19
conferencing [1] 194/5
confirmation [1] 150/22
confused [2] 3/18 102/9
connected [3] 9/9 9/11 9/13
Connecticut [4] 31/24 35/21 100/8 108/17
connection [4] 44/23 45/9 75/17 150/15
connotation [1] 103/13

conscious [1] 37/22
consensually [1] 160/15
consented [1] 141/1
consequences [2] 117/5 117/9
consider [3] 66/4 193/6 194/10
consist [1] 175/19
consistency [1] 55/18
consistent [1] 105/4
consolidate [1] 116/2
consultant [2] 120/12 121/5
contact [10] 19/3 85/6 98/9 98/9 107/25 108/11 108/14 125/9 129/8 135/5
contacted [5] 98/4 98/12 98/22 129/25 135/2
contacts [2] 19/14 127/3
contained [1] 150/19
containing [1] 149/18
contains [1] 172/2
contemplating [2] 35/16 35/23
contents [3] 156/11 156/24 158/13
context [3] 23/19 23/20 24/2
continually [1] 187/7
continue [10] 43/7 43/8 48/15 61/3 64/23 65/1 78/15 113/1 131/18 169/11
continued [4] 76/20 77/3 77/5 197/3
continuing [1] 78/7
continuously [1] 65/5
contract [2] 87/21 87/24
contributed [2] 80/7 111/11
control [1] 87/10
convenient [1] 51/22
conversation [20] 10/23 11/7 14/25 15/11 15/14 17/8 17/16 43/7 43/9 75/18 103/14 103/22 104/4 115/2 115/4 126/16 126/18 132/2 132/3 142/18
conversations [16] 10/24 12/10 14/23 15/25 16/4 17/15 17/21 18/25 25/2 28/5 28/7 86/10 102/16 103/14 129/20 131/8
conversion [2] 128/10 142/11
cool [2] 81/6 108/16
copies [1] 171/9
copy [5] 13/12 13/14 143/17 143/20 171/8
cord [1] 157/21
corporation [1] 164/13
correct [90]
corrections [1] 16/6
correctly [1] 74/3
cost [3] 34/23 48/1 125/14
costs [3] 141/8 141/23 143/4
couldn't [14] 8/20 8/22 10/25 20/9 25/11 48/12 48/13 63/3 64/13 97/20 107/11 109/17 115/14 171/3
counsel [6] 2/5 60/22 112/5 112/13 145/5 192/9
counseling [1] 6/6
country [1] 100/16
County [3] 140/14 140/20 141/5
couple [15] 11/2 12/5 14/6 15/5 16/22 25/9 53/11 53/12 59/6 67/12 93/16 114/3 138/8 140/6 162/20
course [6] 17/11 23/8 35/17 57/4 77/12 175/14
courses [4] 6/14 6/17 6/21 19/18
court [18] 1/1 1/23 2/1 16/14 19/12 71/25 136/23 137/13 137/24 139/21 139/21 140/4 140/23 141/2 141/6 141/8 141/22 192/15
courtroom [17] 2/13 3/7 4/6 60/13 60/24 106/17 108/1 112/1 112/22 138/19 143/8 144/20 145/9 154/14 191/24 193/20 196/6
covered [1] 62/15
cow [1] 21/21

# C

coworkers [1]  80/25
cows [1]  22/1
CPE [1]  1/23
CR [1]  1/2
crazy [1]  87/14
creates [1]  81/18
credibility [1]  36/21
credit [14]  127/21 127/22 127/23 172/10
  172/12 180/2 180/2 180/9 180/18 181/22
  181/23 186/8 186/9 186/11
credits [4]  172/22 172/23 173/24 191/12
Creek [1]  165/12
criminal [2]  8/24 98/2
criminally [1]  9/18
crises [1]  116/14
crisis [3]  116/5 116/17 117/1
criticize [1]  114/21
criticized [1]  18/13
criticizing [1]  19/9
cross [19]  2/20 2/23 18/9 23/11 99/1 141/19
  141/20 159/16 159/17 186/17 186/19 192/18
  193/3 193/10 197/4 197/9 197/12 197/16
  197/19
cross-examination [12]  2/23 23/11 99/1
  141/19 141/20 159/16 159/17 186/17 186/19
  192/18 193/3 193/10
cross-examine [2]  2/20 18/9
CRR [2]  1/23 198/19
crucified [1]  5/24
cryptologic [1]  30/1
crystal [2]  113/10 113/12
CSI [3]  181/20 181/22 182/5
cued [1]  192/15
cufflinks [6]  148/7 152/6 157/7 157/9 157/10
  157/11
culture [1]  160/3
curiosity [1]  31/9
curious [4]  28/10 34/20 34/21 72/5
current [3]  6/12 7/2 7/6
currently [2]  30/10 88/9
curse [25]  61/10 62/14 63/4 63/6 72/9 77/13
  79/5 79/11 79/15 79/24 80/1 80/6 80/9 80/12
  80/15 80/22 81/10 81/12 83/23 114/23
  114/24 115/6 115/13 115/20 115/24
cursed [1]  115/12
curve [1]  59/6
custody [2]  147/18 162/23
customer [4]  168/10 168/12 170/23 171/8
customer's [1]  170/16
customers [3]  34/4 166/16 190/18
cut [4]  156/12 156/14 157/2 157/9
cute [1]  75/6
Cynthia [1]  177/9
Cypress [3]  164/21 164/25 165/11

# D

D-e-v-l-i-n [1]  145/17
D-i-n-a [1]  16/16
dad [1]  50/15
Dalai [1]  108/24
danced [1]  68/16
date [14]  7/9 7/11 59/12 60/4 65/20 73/10
  75/20 81/18 90/9 91/18 170/18 179/3 182/15
  182/18
dated [3]  40/14 130/18 198/16
dates [4]  55/8 56/9 63/16 64/22
dating [3]  43/15 131/12 131/12
daughter [3]  92/17 92/23 127/9

daughter's [1]  92/18
daughter-in-law [1]  92/23
days [8]  25/9 59/18 61/22 74/21 96/1 169/14
  169/19 173/11
deadline [1]  82/6
deal [3]  98/23 130/25 131/1
dealing [6]  3/16 3/20 80/18 83/22 83/23
  147/14
dealt [2]  138/23 139/8
dear [4]  48/10 48/11 50/5 55/23
Deb [6]  121/5 121/6 121/11 121/17 121/22
  123/1
debit [1]  172/11
debt [1]  172/11
decades [1]  169/17
deceased [3]  65/16 75/11 75/12
December [8]  54/5 74/14 74/17 76/12 76/16
  85/8 88/11 141/11
December 2009 [1]  76/16
decide [1]  155/16
decided [3]  32/20 154/13 154/15
decision [3]  59/5 116/8 117/24
decisions [1]  116/16
deco [2]  151/20 152/6
deep [1]  40/15
default [1]  140/23
DEFENDANT [9]  1/7 1/19 106/18 137/6
  140/25 144/12 144/24 150/15 175/25
Defendant's [1]  60/21
definitely [4]  30/24 79/4 130/6 130/18
defrauded [1]  132/10
degree [2]  29/18 110/8
delay [1]  184/10
delight [1]  97/12
deliver [1]  143/25
delivered [1]  37/5
delivering [1]  37/6
demand [1]  166/15
demanding [1]  131/23
Denmark [2]  3/22 14/9
dental [1]  67/17
department [3]  101/20 135/17 170/2
depend [1]  186/2
depends [8]  6/20 20/22 166/15 173/3 183/22
  188/3 188/23 189/13
depict [1]  148/22
depo [1]  192/1
deposit [1]  126/24
deposition [7]  153/22 192/13 193/13 193/15
  194/2 194/6 194/14
deputized [3]  10/6 10/11 101/22
deputy [1]  154/14
describe [13]  32/4 50/9 62/8 148/2 149/10
  149/11 151/3 151/4 155/23 156/11 156/17
  156/24 161/9
described [4]  36/16 45/21 75/8 75/9
describing [1]  44/12
description [1]  134/8
desecrate [1]  68/13
designing [2]  120/11 120/11
desires [1]  117/23
destroyed [1]  178/5
detail [1]  103/16
details [9]  11/16 12/9 13/6 17/20 52/6 52/9
  64/13 126/20 176/4
detective [5]  10/4 19/13 28/4 101/19 102/12
detectives [2]  102/19 105/5
determine [1]  9/1
devastated [1]  131/5
devastating [1]  131/6

Devlin [6]  144/11 145/14 145/17 145/17
  155/21 197/14
diamond [12]  151/21 152/5 156/9 156/12
  156/14 156/20 157/3 157/5 157/6 157/8
  157/9 157/11
diamonds [1]  148/8
diary [1]  19/3
didn't [74]
died [2]  52/10 52/12
difference [6]  128/12 153/9 165/18 165/20
  184/6 185/14
different [13]  20/17 38/20 55/10 69/8 69/18
  78/24 82/18 94/15 103/7 103/15 104/25
  134/5 134/6
difficult [2]  67/17 195/3
digging [1]  98/1
Dina [2]  16/11 16/16
dinner [6]  3/5 32/15 34/5 121/3 121/8 121/9
direct [15]  3/13 29/9 119/5 119/16 138/19
  141/17 142/3 142/13 145/18 164/5 186/14
  197/8 197/11 197/15 197/18
Directing [1]  145/25
direction [2]  6/11 84/11
directly [1]  26/6
director [2]  164/10 166/17
disappears [1]  40/25
disappointed [1]  64/19
disbelief [1]  59/10
disc [1]  158/11
discuss [10]  3/6 53/6 60/10 60/15 111/21
  112/3 129/17 144/17 191/21 196/3
discussed [4]  52/17 89/20 129/21 192/22
discussion [3]  65/21 123/1 123/17
distinction [1]  40/4
distraught [1]  45/3
distressed [2]  66/13 66/21
distributed [1]  194/17
DISTRICT [3]  1/1 1/1 1/13
divider [1]  161/10
divorce [1]  6/24
divorced [2]  127/10 127/11
document [10]  26/10 82/14 82/16 88/2 90/7
  90/14 90/18 95/22 140/13 141/5
documents [11]  18/15 56/25 57/3 57/15
  140/4 149/25 150/3 178/21 182/13 182/14
  184/20
does [35]  4/22 20/16 53/10 75/25 79/15 80/1
  81/14 81/14 88/8 90/11 90/17 118/24 136/23
  138/11 139/6 139/7 151/8 153/9 165/5 168/5
  168/8 169/2 169/16 170/12 172/17 172/24
  173/13 177/24 179/22 180/5 180/12 183/19
  185/2 186/9 193/12
doesn't [16]  50/15 64/6 75/7 76/4 76/5 76/19
  77/7 78/2 85/14 86/3 94/13 95/25 118/21
  118/23 174/5 184/11
doing [20]  7/7 11/13 31/7 42/16 45/5 55/18
  62/12 67/15 68/3 72/22 78/18 78/2 84/10
  94/13 111/2 114/25 119/17 130/9 131/22
  167/11
dollar [13]  46/10 46/24 47/1 47/4 47/5 47/7
  86/17 158/10 166/9 166/11 166/14 166/14
  174/4
dollars [11]  47/22 47/22 47/24 48/1 114/6
  114/7 128/6 128/6 128/11 128/14 190/12
don't [128]
donation [1]  111/5
done [29]  7/7 20/6 31/6 34/20 59/9 61/11
  66/5 66/23 67/17 70/24 74/23 77/2 84/10
  109/20 121/11 124/10 131/25 131/25 134/14
  134/15 135/18 135/20 136/10 137/16 137/16

## D

done... [4] 143/19 167/6 171/7 182/21
Donnie [1] 177/5
door [16] 96/8 97/5 97/25 101/3 107/3 107/7 147/9 147/10 147/11 147/11 147/12 147/12 160/9 160/9 161/16 163/10
doorman [1] 97/6
double [1] 91/19
doublechecked [1] 19/12
down [13] 31/4 32/17 43/15 45/23 58/5 71/12 76/2 77/20 78/7 115/23 147/15 147/17 151/17
download [1] 191/16
downs [1] 32/7
dozen [1] 102/17
dramatic [2] 62/19 62/19
drawing [1] 148/6
drawn [1] 75/13
drinks [2] 188/25 191/8
drug [2] 70/6 83/2
Duane [2] 70/5 83/2
during [20] 7/19 14/5 18/10 19/18 23/11 35/14 35/15 36/24 37/23 57/3 60/15 71/19 92/13 112/3 115/13 127/2 129/7 129/13 142/18 193/3

## E

e-mail [2] 1/25 103/2
e-mailed [1] 14/10
e-mails [1] 12/12
each [11] 21/22 40/2 44/22 92/12 102/5 123/4 165/16 165/17 185/5 185/6 186/4
earlier [6] 6/13 15/13 16/23 19/20 43/20 79/18 82/24 93/17 178/3
early [10] 24/4 49/23 49/25 53/24 127/3 151/20 154/7 154/9 155/13 192/3
earn [2] 172/4 172/21
earning [3] 106/3 172/15 172/15
earrings [1] 157/3
earth [1] 122/8
easier [1] 17/5
East [2] 1/17 96/7
easy [2] 24/3 24/6
effect [3] 125/2 126/17 130/14
effectively [1] 18/9
efforts [3] 132/21 134/23 141/13
Egyptian [1] 157/22
EHarmony [1] 131/14
eight [3] 77/9 110/20 119/23
eight-hour [1] 119/23
either [6] 8/9 51/20 95/22 134/17 191/14 193/6
elaborate [1] 34/21
electronic [2] 86/1 185/10
electronically [1] 171/10
Eli [1] 177/5
elicit [1] 67/7
eliminated [1] 82/5
else [23] 6/21 7/4 34/3 34/6 35/5 53/4 71/20 80/24 81/2 93/22 95/22 102/11 121/4 124/10 135/11 160/21 163/15 168/14 178/19 184/15 184/23 188/12 188/20
else's [1] 75/13
embodiment [1] 75/8
emotional [3] 6/18 6/20 127/2
empathy [1] 67/7
Empire [1] 167/21
employed [4] 30/10 145/20 145/21 145/22
encompassed [1] 124/23

encountered [1] 15/17
encrusted [1] 148/8
end [16] 8/22 50/13 55/3 66/9 71/3 71/8 74/4 76/5 76/6 76/24 95/2 120/7 121/2 148/9 171/9 190/11
ending [1] 54/20
energy [8] 20/18 20/21 20/25 25/1 25/16 123/22 125/16 129/6
enforcement [3] 98/4 98/17 101/16
engaged [3] 168/6 178/18 184/21
engineering [1] 22/18
English [2] 151/23 156/7
enough [4] 51/5 75/18 127/25 168/4
ensign [1] 99/17
entered [9] 57/25 137/24 140/1 141/6 141/11 149/4 150/17 159/5 177/14
enters [6] 2/13 60/24 112/22 141/2 145/9 193/20
entire [1] 149/14
entitled [2] 12/16 198/15
entity [1] 164/13
entrepreneurship [1] 30/8
entry [1] 141/1
envelope [2] 133/21 133/22
envelopes [1] 139/14
episode [2] 62/19
equipment [1] 86/1
especially [1] 183/24
ESQ [1] 1/19
essentially [4] 51/15 55/5 105/1 175/19
establish [2] 166/11 171/24
establishment [3] 33/10 33/12 147/3
et [1] 22/2
Eve [3] 114/4 131/3 131/18
even [22] 21/21 32/6 32/7 37/22 45/14 55/21 59/6 72/17 87/19 98/17 110/14 113/7 132/16 154/13 155/14 161/21 162/15 162/16 169/19 170/4 172/14 188/12
evening [3] 3/2 154/7 196/13
eventually [5] 9/11 15/25 102/21 103/8 186/10
ever [32] 11/17 14/4 14/21 15/2 20/11 25/19 31/12 36/12 40/21 47/14 50/9 50/12 53/15 61/5 62/5 67/10 88/25 89/11 89/13 91/24 92/13 93/12 93/13 96/3 96/15 102/24 107/25 121/12 126/11 139/1 143/16 171/1
every [11] 19/3 23/22 30/25 51/16 51/17 54/25 63/25 73/11 129/12 134/25 152/21
everybody [1] 4/6
everyone [10] 2/2 2/15 61/1 112/11 112/24 145/11 192/7 193/12 193/22 195/18
everything [9] 18/18 60/11 104/2 112/7 117/8 137/20 144/18 153/1 191/22
evidence [27] 33/2 33/17 34/8 57/18 57/25 82/13 88/1 90/7 90/17 138/8 139/5 140/1 142/1 149/1 149/4 149/20 149/22 150/13 150/17 151/11 159/2 159/5 175/22 177/14 192/12 194/15 198/3
evil [1] 127/8
evolve [1] 19/18
exact [6] 10/21 46/2 77/8 122/4 142/14 152/14
exactly [1] 9/3
examination [23] 2/23 3/13 23/1 23/11 26/25 29/9 99/1 119/5 141/19 141/20 142/13 143/14 145/18 159/16 159/17 164/5 186/15 186/17 186/19 191/6 192/18 193/3 193/10
examine [2] 2/20 18/9
example [4] 20/18 20/19 171/22 186/4
except [3] 8/6 43/19 154/13

exchanged [1] 12/12
excuse [1] 25/12
excused [2] 28/18 144/13
executed [8] 146/5 146/7 146/8 146/16 146/24 147/4 147/7 147/8
executing [3] 147/19 147/22 147/24
execution [2] 148/14 159/10
exhibit [39] 26/11 33/3 33/17 34/9 57/14 57/18 57/25 82/14 88/2 90/7 90/14 90/17 91/10 138/10 139/5 139/20 140/1 140/14 146/15 146/21 147/3 148/20 149/1 149/4 149/18 150/6 150/17 150/20 151/24 152/9 155/24 157/4 158/24 159/2 159/5 175/10 177/14 177/21 192/14
exhibit 102 [6] 57/14 57/18 82/14 90/7 90/14 90/17
exhibit 108 [1] 26/11
exhibit 110-1A [1] 192/14
exhibit 16 [2] 139/20 140/14
exhibit 30 [2] 138/10 147/3
exhibit 30-3 [1] 148/20
exhibit 32 [1] 139/5
exhibit 32-A [1] 34/9
exhibit 32A [1] 146/15
exhibit 41 [1] 158/24
exhibit 42 [2] 149/18 150/20
exhibit 42-1 [1] 150/6
exhibit 42-5 [1] 157/4
exhibit 9 [1] 175/10
exhibits [2] 138/8 198/3
exist [1] 18/17
existed [2] 41/14 130/14
existing [1] 20/25
exits [5] 60/13 112/1 144/20 191/24 196/6
expect [2] 25/3 129/1
expected [3] 34/6 118/1 129/2
expensive [2] 100/15 160/18
experience [3] 31/2 183/19 183/22
experiences [2] 122/18 122/20
expertise [1] 130/4
explain [8] 7/25 18/20 45/12 89/5 125/22 126/10 171/18 178/22
explained [2] 11/19 126/12
explanation [2] 59/23 117/18
Express [1] 70/8
expression [1] 36/12
extension [2] 76/8 76/9
extent [3] 92/10 110/7 127/15

## F

F-l-o-r-e-n-d-i-n-e [1] 119/3
F.3d [1] 18/14
face [3] 133/20 133/20 147/12
facility [2] 33/6 33/19
fact [12] 3/16 15/22 19/7 27/5 51/1 54/21 71/4 71/10 72/18 113/7 130/2 178/18
fair [13] 11/4 81/21 104/21 105/6 105/11 108/9 116/8 148/9 187/8 188/18 189/3 189/4 190/15
faith [1] 155/8
fall [1] 66/6
false [1] 94/14
familiar [7] 23/3 127/17 138/11 138/13 139/6 173/11 175/18
family [7] 32/10 80/21 91/25 92/2 92/13 100/16 176/9
far [13] 4/1 10/19 12/17 12/19 15/10 17/17 29/17 71/13 78/7 102/23 117/10 119/22 132/6
fashion [1] 185/10

# F

Fashions [1]  120/4
fastest [1]  172/24
father [1]  50/14
father's [3]  80/3 80/4 80/4
fathom [1]  109/17
Fatima [1]  92/23
favor [1]  140/23
February [1]  114/13
federal [4]  1/21 10/11 10/16 168/17
fee [8]  42/7 53/17 69/2 69/2 69/4 69/4 69/9
73/12
feed [2]  174/2 174/3
feel [12]  19/11 31/1 41/1 45/10 45/11 55/16
67/4 75/5 76/21 127/7 194/22 195/10
feeling [4]  45/9 67/3 73/12 81/6
feelings [1]  117/22
feels [1]  194/19
fees [2]  26/15 141/23
feet [4]  113/13 161/19 161/23 161/23
fell [1]  70/25
fellow [1]  9/24
felt [6]  6/5 6/24 7/23 76/23 117/14 117/15
female [1]  152/18
feng [1]  72/3
Ferguson [1]  1/20
few [16]  21/12 22/5 31/6 34/20 56/5 67/12
74/21 75/7 79/12 144/13 144/15 153/19
176/16 184/8 184/9 187/25
few-second [1]  187/25
fiasco [1]  131/18
field [3]  123/22 127/17 146/11
fields [1]  100/3
Fifth [2]  18/14 121/3
fighter [1]  40/18
figure [2]  97/23 98/22
figures [2]  46/11 187/16
file [4]  86/1 171/9 171/10 171/13
filed [4]  136/22 137/1 140/7 171/11
fill [1]  169/12
final [3]  19/22 157/14 157/15
Finally [1]  146/24
finance [4]  30/8 164/10 166/17 170/1
financial [5]  30/11 57/1 57/4 67/10 100/3
finding [2]  130/8 130/11
finds [1]  75/12
fine [6]  3/12 4/21 87/23 102/10 109/24
154/24
finish [5]  122/15 153/24 155/4 167/15 194/6
finished [7]  32/15 51/7 54/5 74/13 76/12
76/15 111/24
finishing [1]  155/5
finite [2]  54/6 77/13
firearms [1]  161/2
firm [1]  30/11
first [55]  6/2 6/9 10/18 10/24 11/7 11/13
12/21 23/21 29/4 32/5 32/13 33/22 34/12
36/24 37/23 38/17 41/16 42/11 43/3 43/25
44/1 50/24 53/22 54/1 54/1 55/3 56/1 56/3
56/14 56/16 58/11 60/5 61/15 68/10 82/23
100/25 103/14 121/17 121/22 124/4 124/5
126/7 132/7 133/20 134/12 138/17 140/21
142/8 142/10 150/5 153/1 153/11 179/3
179/5 179/7
first -- I [1]  179/3
fit [1]  4/22
five [14]  102/15 135/7 135/10 153/21 155/2
155/11 157/5 157/20 162/5 162/12 166/14
167/4 167/9 167/10

five-dollar [1]  166/14
FL [2]  1/18 1/22
flame [29]  36/6 36/12 38/1 39/4 40/5 43/8
43/22 44/7 45/13 48/9 52/25 52/25 63/18
64/25 65/15 71/10 74/24 75/1 75/3 75/10
75/25 76/3 77/12 81/8 83/22 85/18 115/2
115/6 115/14
flew [1]  40/24
flight [1]  40/24
flip [1]  33/12
Floor [1]  1/18
Florendine [8]  118/15 118/18 119/2 119/7
139/22 140/22 140/24 197/10
FLORIDA [19]  1/1 1/7 1/24 84/3 164/11
164/12 164/14 164/16 164/17 164/19 164/22
165/5 165/9 165/10 165/11 166/5 174/17
175/14 184/25
flux [1]  32/2
focus [2]  80/13 130/11
focusing [1]  78/24
followed [1]  19/19
following [20]  2/13 3/10 18/1 60/18 60/24
73/1 73/2 73/3 74/9 85/15 88/10 112/10
112/22 144/22 145/9 152/13 192/6 193/20
194/23 195/8
food [1]  172/19
foolish [1]  77/1
foot [1]  113/14
force [2]  10/6 10/9
forced [1]  56/9
Forces [1]  116/13
foregoing [1]  198/13
forest [1]  44/25
forget [1]  9/7
Forgive [1]  18/2
forgot [1]  114/1
fork [1]  48/13
form [18]  12/15 12/18 21/20 60/10 70/17
102/21 111/21 144/17 169/13 170/13 171/7
171/8 178/18 180/7 191/14 191/21 192/25
196/3
forms [5]  168/10 168/11 170/12 171/10
171/13
Fort [4]  1/18 10/4 101/20 164/23
forth [1]  51/3
fortune [7]  31/2 31/12 34/16 37/11 72/2
120/24 161/17
Forty [3]  29/12 157/5 157/17
Forty-three [1]  29/12
Forty-two-five [1]  157/5
Forty-two-six [1]  157/17
forward [3]  29/3 70/19 193/1
found [9]  75/5 130/23 131/16 147/24 147/25
152/8 155/22 155/24 162/17
four [15]  11/6 19/23 46/2 65/10 102/15
116/11 145/24 157/2 162/12 179/9 182/22
183/3 187/8 187/17 189/5
four-year [2]  187/17 189/5
fourth [2]  52/3 53/7
fourth-type [1]  52/3
framework [1]  31/1
Franklin [4]  1/23 198/12 198/18 198/19
Fred [1]  1/19
free [5]  172/21 188/24 188/25 189/10 191/13
freebie [1]  189/18
freebies [3]  172/18 172/19 189/3
French [1]  157/10 158/7
Friday [5]  195/1 194/9 196/2 196/4 196/12
friend [1]  7/22
friends [5]  32/11 32/15 80/24 189/12 189/16

front [18]  13/9 56/21 93/11 106/21 106/24
107/14 138/9 148/19 150/5 150/9 151/3
151/7 161/15 161/16 162/21 162/22 175/9
182/13
fruition [1]  79/8
frustrated [1]  135/11
fulfilled [1]  99/14
full [1]  142/3
fully [1]  117/4
fun [1]  170/11
funds [2]  67/18 141/16
furnished [2]  140/11 170/15
further [8]  76/23 98/24 118/10 123/6 123/9
126/20 136/3 159/13
furthering [1]  79/13
future [3]  86/19 105/9 117/15

# G

gamble [4]  172/23 173/6 173/8 188/25
gambles [1]  189/5
gambling [4]  165/18 183/15 186/1 189/20
game [13]  166/7 172/20 173/1 173/2 173/4
173/5 178/12 184/20 184/21 184/22 186/7
186/8 186/11
games [7]  166/3 166/6 166/9 168/13 178/11
178/14 191/9
gaming [13]  166/1 166/20 167/2 167/5 167/7
167/8 167/18 172/5 174/11 174/15 178/8
178/19 179/12
garnet [1]  151/21
gather [1]  18/22
gathering [2]  174/20 174/24
gave [29]  9/21 12/8 13/7 14/6 24/11 25/19
25/21 50/19 50/25 56/21 58/21 69/22 73/18
83/8 83/13 84/22 89/14 89/17 89/23 91/18
91/23 105/13 114/6 116/1 129/22 135/7
136/6 142/18 143/18
gay [3]  85/10 85/11 85/14
GCA [5]  180/16 180/17 180/20 181/9 186/10
geared [1]  185/11
general [2]  44/15 64/15
generally [1]  81/22
generate [3]  124/17 169/2 180/7
generates [1]  180/9
gentlemen [11]  2/16 60/9 61/2 111/20 112/25
144/17 145/12 191/20 193/23 193/24 195/24
gentlemen's [4]  152/5 157/6 157/10 158/11
gents [3]  157/5 157/8 157/9
genuine [1]  156/8
gets [1]  171/8
getting [19]  5/3 7/22 32/8 39/17 43/23 64/16
71/2 71/3 71/4 87/18 94/11 95/3 95/12 95/24
127/12 130/1 180/6 182/13 182/23
gift [12]  70/6 70/7 70/12 70/17 84/19 84/20
84/25 86/3 86/16 86/17 86/20 89/14
girl [3]  45/13 121/16 121/18
give [56]  9/17 14/4 14/13 14/16 15/2 20/18
23/24 25/12 35/12 47/7 47/20 48/11 48/15
49/15 50/1 53/12 53/22 56/10 56/11 62/4
63/14 64/22 70/17 72/25 73/4 73/6 73/11
73/14 77/7 78/7 79/12 83/14 84/16 84/21
87/9 89/16 94/2 94/6 95/3 95/6 105/18
106/10 106/12 107/17 107/19 114/13 114/19
122/5 126/19 143/22 153/4 161/4 161/22
170/4 181/15 190/19
given [15]  25/4 47/6 51/2 55/17 55/21 65/23
66/4 66/11 68/22 71/14 71/16 71/18 124/14
138/21 181/14
gives [1]  63/16
giving [10]  8/2 9/14 49/21 55/3 67/20 68/2

**G**

giving... [4]  77/5 77/11 81/12 83/15
glib [1]  79/2
Global [1]  180/17
goal [3]  39/16 69/6 71/8
goal-type [1]  39/16
goalpost [1]  76/21
God [4]  62/25 97/5 97/8 110/14
goes [6]  49/21 51/3 76/4 140/25 172/3 195/4
going [103]
gold [40]  89/1 89/5 89/9 89/11 151/21 152/6
156/2 156/4 156/5 156/7 156/9 156/13
156/14 156/20 156/21 156/22 156/23 157/3
157/6 157/7 157/8 157/10 157/11 157/21
157/22 157/23 157/24 157/25 158/1
158/3 158/4 158/5 158/5 158/6 158/8 158/9
158/10 158/10 158/12
gone [8]  31/4 71/13 72/2 87/19 89/9 113/6
124/6 135/4
good [28]  2/2 2/11 2/15 2/25 3/1 3/2 32/11
40/20 40/23 42/2 44/13 44/14 50/18 71/25
75/6 89/9 99/3 99/4 109/2 113/13 117/18
119/7 130/20 155/17 164/7 164/8 171/21
186/21
Google [2]  97/21 97/22
gosh [2]  53/20 72/11
got [28]  7/20 9/22 11/14 14/1 18/3 20/9 30/8
51/15 58/1 64/5 67/5 76/2 98/5 99/23 99/25
101/15 103/8 103/13 105/3 127/22 134/1
136/7 136/18 138/3 138/16 139/14 152/15
153/11
gotta [1]  55/11
gotten [2]  18/11 34/16
government [11]  1/4 1/16 10/11 10/16 10/17
12/14 13/13 27/8 170/21 170/22 175/22
Government's [44]  2/22 26/10 28/25 33/3
33/17 34/9 57/14 57/18 57/25 82/14 88/2
90/7 91/10 118/18 139/20 140/1 145/14
146/15 146/21 147/3 148/19 149/1 149/4
150/12 150/17 151/24 152/8 155/24 157/4
158/23 159/2 159/5 163/22 175/10 177/14
192/13 193/24 198/3 198/4 198/5 198/6
198/7 198/8 198/9
Government-issued [2]  170/21 170/22
graduate [3]  29/18 29/20 99/25
graduated [1]  29/24
graduating [1]  99/15
grandfather [1]  160/19
grandmother [2]  100/20 100/22
granting [1]  140/23
great [7]  50/16 54/20 67/22 67/24 71/11
75/18 168/4
green [1]  32/19
Greenberg [2]  136/15 136/20
Greenwich [1]  114/5
greeted [1]  33/11
grill [1]  158/12
grocery [1]  172/14
gross [4]  170/18 182/24 182/25 187/10
ground [1]  147/15
group [1]  75/20
grow [1]  29/15
grudgingly [1]  76/18
Gucci [1]  158/6
guess [14]  30/21 67/7 75/2 76/19 81/8 113/19
116/7 122/10 127/6 161/21 188/23 189/13
189/22 193/9
guesstimate [1]  162/6
guidance [1]  67/23

guide [2]  45/4 105/9
guides [32]  24/1 37/1 37/2 37/3 37/4 37/5
37/13 37/25 37/25 38/3 38/5 38/9 39/9 44/8
44/11 55/5 62/2 64/17 65/14 65/20 66/18
66/20 67/8 70/20 76/8 77/15 81/16 94/1 94/3
94/12 110/10 110/13
guns [1]  161/1
guy [10]  45/1 45/12 50/16 74/18 74/18 74/23
75/6 75/15 75/18 85/7
gym [1]  55/9
Gypsy [1]  160/3

**H**

hadn't [4]  51/1 51/5 55/21 96/4
hairpin [3]  151/20 151/22 151/23
hairpins [3]  148/4 151/6 151/16
half [7]  36/8 36/8 40/3 102/17 111/15 113/13
154/3
half-type [1]  36/8
hall [1]  107/12
hand [11]  20/18 28/23 118/16 145/13 151/20
163/20 169/21 169/23 169/25 170/3 195/17
hand-made [1]  151/20
handed [2]  133/21 134/8
handing [1]  170/9
handle [2]  166/25 181/2
hands [3]  4/12 62/11 141/15
handwriting [1]  87/24
hang [1]  50/18
happen [24]  32/14 37/23 47/15 53/25 55/9
56/18 63/17 63/23 64/20 65/10 65/12 78/10
78/12 81/14 82/6 86/19 95/11 114/17 120/22
120/23 121/1 129/1 169/16 183/19
happened [35]  3/7 11/16 15/1 17/12 32/16
33/9 35/14 36/7 43/17 43/19 45/24 45/25
48/18 52/1 70/4 76/7 85/7 93/11 97/6 97/7
97/8 97/21 102/19 107/23 115/6 121/14
122/2 123/15 130/5 130/6 131/3 136/1
140/11 163/6 163/11
happening [5]  55/10 56/9 65/19 78/15
133/17
happens [8]  55/10 68/14 169/6 169/8 170/23
174/9 178/4 187/1
happiness [1]  117/16
happy [4]  7/20 78/6 176/4 196/5
hard [13]  23/22 67/20 109/11 125/2 165/14
165/21 165/22 166/1 166/3 177/24 180/14
180/21 181/15
harm [2]  72/18 72/18
hasn't [2]  76/7 81/9
haven't [5]  18/16 55/17 108/24 192/17
194/21
having [16]  32/15 56/10 67/11 79/8 79/8
79/14 95/3 109/16 122/18 127/3 135/12
140/22 141/1 183/6 188/8 195/8
he'd [1]  18/22
he's [10]  16/15 50/16 75/6 75/6 76/3 81/6
85/14 102/13 130/16 130/17
head [5]  45/20 69/9 89/25 113/21 176/17
headquarters [1]  164/17
heal [3]  4/11 20/14 21/2
healers [1]  20/11
healing [8]  4/4 4/9 6/13 20/6 20/23 22/6 23/5
62/12
hear [4]  4/6 124/19 154/22 194/23
heard [8]  2/17 15/21 36/12 36/22 37/8 39/2
125/11 194/21
hearing [2]  4/7 137/14
hears [1]  74/19
hearsay [2]  97/14 192/24

heart [1]  44/14
heavily [1]  25/15
heavy [1]  113/14
heightened [1]  63/19
held [3]  18/1 50/5 152/13
help [19]  3/25 6/3 6/10 13/11 21/2 38/5 38/7
38/10 38/10 38/13 50/7 70/18 71/9 80/9 82/8
105/9 113/10 120/12 124/10
helped [2]  7/23 20/14
helpful [2]  135/25 136/2
helping [1]  20/18
here [27]  4/7 14/9 17/8 35/21 41/23 43/15
64/14 69/11 79/12 89/18 97/8 130/2 138/8
138/12 143/7 148/6 151/11 152/1 153/17
154/25 161/22 166/9 175/11 182/23 187/6
194/4 194/11
here's [2]  59/8 59/8
herself [9]  27/19 27/22 28/2 28/8 28/11 34/1
71/9 121/19 125/9
hey [1]  130/21
Hi [1]  119/8
high [8]  39/19 69/3 113/13 117/3 117/14
119/10 120/7 148/9
higher [6]  4/18 4/25 5/5 5/9 21/22 110/10
highest [1]  21/24
Highway [1]  1/21
himself [1]  64/25
hindsight [1]  77/24
Hinduism [1]  21/18
Hindus [1]  21/20
hire [2]  127/17 136/12
hiring [1]  120/11
history [1]  183/9
hit [8]  147/10 169/5 169/5 177/7 183/24
184/7 190/9 190/12
hits [1]  184/5
hmm [2]  64/8 93/15
hold [5]  94/17 95/14 132/25 153/5 195/15
holiday [5]  154/7 155/9 196/1 196/5 196/10
Hollywood [8]  164/17 165/1 165/12 165/13
165/14 165/15 165/23 181/15
home [3]  42/25 51/7 130/24
hone [1]  168/14
honest [3]  98/17 103/1 161/21
honestly [1]  69/10
Honor [48]  2/7 2/8 2/21 19/24 20/2 26/22
32/22 57/9 60/6 69/24 82/10 96/23 104/11
111/14 112/15 112/18 118/13 139/19 144/12
144/23 145/3 145/4 148/16 149/15 150/15
150/23 152/10 152/14 158/20 159/14 163/15
163/17 175/5 175/21 175/23 176/19 184/18
186/18 192/11 192/16 193/5 193/11 193/16
194/13 194/19 195/22 196/9 196/11
HONORABLE [1]  1/12
hope [2]  76/2 76/2
hoped [1]  105/8
hopefully [4]  111/23 173/4 173/5 179/11
hoping [1]  153/2
horizon [1]  40/25
horrible [4]  62/19 63/2 63/4 80/8
hostile [1]  147/15
hotel [15]  17/22 93/23 101/3 121/3 121/10
133/9 165/14 165/21 167/23 171/21 172/14
172/19 188/24 189/10 191/9
hour [3]  111/15 119/23 154/22
hours [5]  125/13 153/25 154/1 154/3 192/17
house [11]  72/4 127/6 127/21 130/22 166/7
181/3 185/8 185/15 185/23 185/24 186/5
Houston [2]  114/5 114/11
how'd [2]  32/13 89/16

## H

huh [17] 28/6 34/5 46/16 48/22 52/11 52/13 53/18 60/3 75/16 80/17 88/4 90/3 105/14 108/6 109/7 116/15 190/16
Huh-uh [4] 34/5 46/16 48/22 53/18
hundred [3] 24/1 91/22 174/4
hundreds [3] 47/22 171/15 171/15
Hungarian [1] 157/25
hurt [1] 44/14
husband [3] 92/10 92/25 93/1
husband's [1] 67/14

## I

I'd [9] 32/2 39/10 50/24 56/15 69/22 78/21 79/7 96/11 159/1
I'll [7] 26/24 63/18 102/25 159/21 159/21 177/11 177/11
I'm [87]
I've [24] 15/21 15/24 17/19 18/11 18/15 19/12 27/23 30/20 31/4 31/6 34/15 37/8 54/16 55/18 66/4 71/18 72/4 85/5 86/8 104/12 167/6 167/11 167/14 193/7
ID [6] 170/20 170/21 170/22 171/2 172/7 172/9
idea [5] 75/22 153/4 153/5 153/13 181/15
identification [6] 170/17 170/17 170/24 171/4 171/5 171/23
identified [2] 39/5 125/9
identify [2] 149/19 152/21
imitation [1] 157/20
immediately [1] 97/24
Immokalee [2] 164/22 165/10
impeach [1] 170/9
implying [1] 39/18
important [5] 54/8 54/16 70/17 85/24 130/9
impression [2] 24/20
in -- I [1] 21/6
in-house [1] 181/3
inability [1] 25/12
included [1] 113/17
incorrect [1] 115/15
increased [1] 181/19
independent [4] 154/17 180/23 181/10 181/11
India [1] 21/19
Indian [3] 165/15 165/23 166/20
indicate [1] 39/25
indicated [3] 23/15 47/25 149/6
indicates [1] 195/6
indicating [1] 195/16
individual [7] 36/8 41/10 147/11 176/25 179/23 193/25 194/1
individuals [4] 40/2 146/15 147/15 176/24
induce [1] 15/7
information [7] 18/22 122/6 128/20 131/2 140/10 170/15 172/2
informational [1] 65/18
informed [2] 117/4 163/8
Infrequently [1] 93/15
inherited [1] 160/18
initial [1] 161/3
initially [1] 147/9
inner [1] 33/11
insert [2] 178/10 191/14
inserted [1] 179/16
inside [4] 134/14 134/15 147/11 147/25
insight [1] 41/24
insignificant [1] 56/2
installments [2] 88/10 89/17

instant [1] 61/14
instead [1] 155/21
intelligence [1] 30/2
intelligent [1] 99/6
intended [1] 11/22
intense [2] 40/9 52/5
interest [5] 7/4 39/21 137/20 141/7 143/4
interested [4] 42/16 72/6 123/9 151/12
interesting [15] 35/24 36/17 37/12 38/23 38/24 39/16 41/20 42/1 72/6 72/6 74/18 74/20 93/15 108/16 108/23
interestingly [1] 82/18
interferes [1] 72/20
interlocking [1] 157/18
intermittently [1] 37/14
international [1] 13/22
interrupt [1] 121/8
interruption [1] 193/17
interview [3] 17/12 18/3 18/6
interviews [10] 17/15 18/8 18/11 18/12 18/12 18/16 18/19 19/18 19/20 19/23
intimate [2] 32/12 52/9
intrigued [1] 38/20
intriguing [1] 36/18
introduce [2] 33/25 57/18
introduced [11] 12/25 33/2 33/16 34/8 34/10 82/13 90/13 121/19 146/14 146/21 147/2
introduction [2] 149/1 150/12
intuition [1] 122/10
invested [4] 45/18 55/16 55/20 55/20
investigating [1] 98/8
investigation [1] 98/2
investment [1] 89/9
invited [1] 33/11
involved [9] 9/22 12/2 17/21 38/21 43/10 80/11 98/7 100/23 114/24
irrational [2] 117/10 117/24
IRS [3] 103/23 166/21 171/10
isn't [8] 5/23 77/15 77/23 95/7 107/3 113/7 116/18 152/19
issue [3] 56/10 115/24 170/6
issued [2] 170/21 170/22
issues [4] 78/24 80/18 104/24 105/6
It'd [2] 69/1 91/13
it's [102]
Italian [2] 158/1 158/3
item [2] 151/5 151/7
items [11] 147/22 147/24 151/24 152/1 152/8 153/5 155/22 155/24 156/18 159/10 162/20
itself [2] 75/12 180/25

## J

jackpot [12] 179/20 179/20 183/24 184/4 184/5 184/7 184/10 184/15 188/4 190/8 190/9 190/12
Jacob [3] 2/22 11/8 197/3
Janice [7] 118/15 118/18 119/2 139/22 140/22 140/24 197/10
January [1] 83/11
January 13th [1] 83/11
Japan [1] 194/4
jewelry [27] 147/25 148/2 148/3 148/8 148/9 148/11 149/6 149/24 150/3 151/9 152/16 152/17 152/18 152/21 152/22 153/3 153/13 155/22 158/14 158/17 159/9 160/18 160/18 162/23 162/24 163/8 163/12
Jewish [6] 154/6 154/12 155/8 155/8 196/1 196/5
JG [2] 99/19 99/21
job [4] 42/6 105/3 166/18 167/6

jobs [2] 31/22 41/21
Joyce [31] 13/1 13/4 15/16 25/23 25/25 26/6 26/12 31/21 34/10 59/19 59/20 59/22 63/14 84/4 101/10 101/13 121/18 121/19 125/10 131/2 133/19 134/12 134/16 137/7 138/17 139/22 140/16 140/25 141/14 141/16 142/4
JS01 [1] 26/10
JS07 [1] 13/13
JS08 [1] 13/19
judge [13] 1/13 17/24 116/1 142/2 152/24 153/17 154/9 154/18 155/18 163/14 183/12 191/2 195/19
judgment [17] 136/22 137/11 137/15 137/16 137/18 137/19 137/20 137/25 138/3 138/5 139/10 140/21 140/23 141/1 141/2 141/6 142/9
judgments [1] 136/23
July [11] 7/13 31/19 31/20 33/7 54/11 91/13 91/14 94/17 94/19 94/20 96/10
July 2008 [1] 7/13
July [1] 79/18
jumped [1] 79/18
June [3] 10/22 16/22 77/14
jurors [6] 2/6 2/9 60/23 112/17 193/19 195/16
jury [20] 1/11 2/13 60/13 60/24 112/1 112/14 112/22 140/13 144/20 145/6 145/9 151/2 153/6 154/12 171/18 191/24 193/14 193/20 194/16 196/6
jury's [1] 3/17
just [153]
just -- I [1] 97/20

## K

K-e-s-i-c [1] 16/17
K-r-i-s-t-i-n-a [1] 16/16
karat [35] 151/21 152/5 156/2 156/4 156/5 156/6 156/9 156/13 156/14 156/20 156/21 156/22 156/23 157/3 157/6 157/7 157/8 157/11 157/20 157/21 157/22 157/23 157/24 157/25 158/1 158/3 158/4 158/4 158/5 158/6 158/7 158/9 158/9 158/10 158/11
Kate [37] 31/16 32/5 32/13 34/2 34/10 41/9 41/16 43/4 43/14 57/4 57/4 59/22 61/5 62/5 65/1 78/9 78/12 79/16 82/19 83/9 83/10 83/13 84/10 87/14 88/9 88/15 88/25 89/21 91/23 91/24 93/12 94/18 96/13 96/15 96/2 97/22 100/19
Keechl [1] 1/20
keeled [2] 32/6 32/7
keep [2] 19/13 87/4
keeping [4] 19/3 87/4 87/5 87/11
Kelowna [2] 119/18 120/10
KENNETH [1] 1/12
kept [9] 66/20 86/4 91/22 95/15 95/17 96/2 126/6 171/17 175/13
Kesic [2] 16/12 16/17
kid [1] 40/22
kids [4] 10/25 79/8 79/14 80/8
kill [2] 22/1 154/23
killed [1] 41/2
kind [68]
kinda [5] 36/19 41/18 59/4 59/7 77/16
kinds [1] 148/3
kitchen [2] 162/7 162/8
knew [16] 9/2 9/15 31/15 35/25 36/4 41/9 41/12 52/9 66/21 66/21 69/12 98/23 132/4 132/14 132/16 133/6
knocked [1] 147/9
know [255]
knowledge [8] 5/22 19/6 25/20 25/21 104/9

## K

knowledge... [3]  107/6 182/9 182/12
known [2]  40/22 44/22
knows [1]  97/9
kook [1]  110/17
Kopelowitz [1]  1/20
Kristina [2]  16/11 16/16
Krugerrand [1]  157/24

## L

ladies [13]  2/16 60/9 61/2 111/20 112/25
 144/17 145/12 151/20 157/25 191/20 193/23
 193/24 195/24
ladies' [15]  151/22 156/2 156/3 156/5 156/6
 156/8 156/12 156/20 157/2 157/18 157/20
 158/1 158/3 158/6 158/7
lady [10]  3/17 7/17 8/23 17/8 100/19 106/19
 142/4 143/7 143/7 151/16
Lama [1]  108/24
land [1]  165/1
lands [3]  164/19 164/20 164/21
languages [1]  30/2
lapse [1]  187/25
large [11]  64/4 113/10 125/14 125/14 130/22
 161/9 161/12 162/12 162/17 170/6 189/15
larger [3]  123/16 123/18 162/1
largest [2]  164/24 164/25
lark [5]  34/14 34/16 39/13 104/20 105/2
last [21]  2/18 3/5 11/9 19/13 20/5 29/4 66/2
 66/14 66/16 66/22 67/5 67/5 77/15 103/21
 118/3 118/25 135/22 145/16 163/25 179/7
 182/18
late [5]  34/5 94/16 94/17 111/24 155/10
later [15]  9/1 12/8 15/24 25/9 41/7 43/10
 44/2 59/16 59/18 61/22 63/11 74/21 83/2
 94/14 135/10
Lauderdale [3]  1/18 10/4 101/20
laundering [1]  166/23
Laurence [1]  1/16
law [9]  92/9 92/23 93/5 98/4 98/17 101/7
 101/15 168/17 168/21
Laws [1]  32/20
lawsuit [5]  136/24 136/25 137/1 137/12
 139/22
lawyer [10]  136/7 136/7 136/8 136/9 136/9
 136/10 136/12 137/17 140/7 141/13
laying [4]  4/12 39/15 39/16 39/17
lead [3]  46/10 46/12 113/25
leading [2]  132/14 192/24
lean [1]  29/3
learn [2]  108/21 109/1
least [13]  3/24 7/16 11/4 19/23 66/3 74/13
 109/1 142/6 154/23 161/7 175/24 182/10
 188/18
leave [11]  41/16 42/22 43/25 49/16 60/11
 93/13 93/13 111/22 144/18 155/13 191/22
leaving [1]  50/13
led [2]  44/23 47/19
left [11]  33/24 42/24 49/2 49/4 49/18 50/14
 141/15 162/24 162/25 163/9 163/9
legal [3]  135/13 172/7 172/9
legs [1]  79/4
Lehman [2]  105/20 105/22
length [1]  156/7
less [4]  78/8 111/16 153/18 154/23
lesser [1]  188/9
let [28]  13/11 17/4 21/11 22/2 33/15 51/4
 76/8 91/1 91/18 114/2 119/16 121/17 122/15
 131/5 138/19 138/21 139/4 140/6 140/20

let's [27]  2/9 9/24 34/12 36/23 44/10 49/23
 55/3 60/23 63/13 71/11 75/9 75/15 79/15
 82/22 84/13 111/20 112/17 114/2 144/16
 145/6 151/19 156/10 176/24 186/24 190/12
 193/19 195/5
letter [5]  98/6 98/10 98/21 101/15 158/9
letting [1]  52/22
level [2]  21/22 39/20
lever [1]  173/12
levers [1]  173/16
lie [3]  24/14 77/22 135/12
lied [6]  5/13 5/14 5/18 23/12 23/15 103/11
lieutenant [4]  99/19 99/22 99/23 99/23
life [23]  31/20 32/8 34/22 40/11 53/6 53/24
 53/25 78/16 78/25 108/1 114/24 115/1 115/5
 115/13 117/23 119/14 119/15 122/5 129/5
 130/3 130/4 130/15 167/6
light [1]  110/3
lighting [1]  111/1
limitation [1]  169/25
Limited [1]  120/4
limits [2]  166/9 166/11
line [5]  76/22 127/21 127/22 127/23 195/22
line 21 [1]  195/22
lined [1]  173/12
lingerie [2]  84/15 86/21
link [2]  158/1 158/3
linked [2]  98/2 185/10
listen [1]  1/1
listening [1]  194/16
listens [1]  74/19
lit [2]  32/19 111/3
literally [2]  87/13 185/14
little [28]  29/7 30/16 32/19 34/12 35/17
 36/23 40/10 40/21 44/10 49/12 51/3 51/6
 63/13 76/14 76/16 76/23 97/12 98/1 98/5
 105/12 108/4 111/24 112/7 114/23 162/4
 167/18 192/3 195/3
live [3]  31/1 35/21 162/13
lived [6]  31/24 35/18 41/22 97/6 109/16
 119/14
lives [8]  21/9 21/13 24/5 44/22 45/14 46/20
 109/6 109/16
living [4]  20/9 42/7 161/6 164/9
Lo [1]  63/25
loaded [1]  25/15
loan [1]  142/9
lobby [1]  101/13
locals [1]  165/24
locate [3]  141/13 141/16 141/16
located [5]  147/25 150/9 151/10 164/10
 165/4
location [1]  100/25
locations [1]  164/19
lock [2]  169/10 169/20
log [1]  19/3
logical [1]  117/14
long [9]  24/18 30/3 43/3 45/16 61/12 133/1
 145/22 154/22 167/3
longer [6]  76/14 76/16 77/16 83/22 162/3
 162/4
looked [5]  33/19 66/24 67/1 97/9 98/1
looking [6]  52/24 53/4 63/22 91/2 117/13
 130/7
looks [5]  58/12 141/11 152/1 177/22 185/3
lose [5]  27/10 173/2 173/9 187/1 187/2
losing [4]  24/3 24/5 27/3 187/3

losings [1]  188/2
loss [6]  168/13 178/25 184/11 187/11 187/13
 188/4
losses [6]  171/19 174/7 182/23 183/2 183/3
 184/12
lost [7]  78/14 173/7 174/12 179/2 186/23
 187/17 187/20
lot [27]  5/13 32/1 32/11 48/4 50/15 50/17
 55/24 64/4 64/6 65/23 65/25 66/5 73/16 79/3
 100/6 109/1 110/1 123/22 125/3 127/5
 127/16 147/24 148/7 188/21 189/7 190/7
 190/24
lots [5]  32/6 37/8 37/8 70/24 108/25
lottery [5]  8/13 106/12 167/22 185/18 190/4
loud [1]  4/5
Louisiana [1]  168/1
love [6]  39/10 45/2 53/6 54/4 80/14 130/3
luck [1]  50/18
ludicrous [3]  48/3 48/8 95/5
Luke [4]  144/10 145/14 145/17 197/14
lunch [4]  111/17 111/21 112/8 152/15
lying [1]  27/2

## M

ma'am [12]  28/23 60/14 60/19 112/2 112/19
 118/14 118/16 119/4 138/14 144/9 163/20
 191/18
machine [28]  169/1 169/8 169/10 169/12
 169/14 169/20 170/4 170/5 172/3 172/3
 173/15 173/23 174/3 178/17 180/1 183/7
 183/24 184/7 185/2 185/3 185/4 185/7
 185/15 185/16 185/25 188/1 188/14 191/15
machines [30]  168/24 169/9 169/16 173/10
 173/17 173/18 174/15 174/15 178/8 178/9
 178/10 178/20 179/2 179/25 180/6 180/10
 180/10 180/13 180/13 181/10 181/13 181/13
 181/16 181/19 184/24 185/5 185/9 185/9
 190/4 190/8
madness [1]  84/24
mag [1]  172/1
Mahal [1]  167/24
mail [4]  1/25 50/15 98/6 103/2
mailed [2]  14/10 16/6
mails [1]  12/12
main [2]  130/11 164/17
mainly [2]  17/23 120/7
Manhattan [2]  79/3 100/10
manifested [1]  62/20
manner [1]  81/22
March [5]  16/20 16/21 114/13 179/7 182/16
March 24th [2]  179/7 182/16
marked [7]  13/13 57/14 138/7 139/4 158/23
 175/9 182/14
markings [1]  147/13
MARKS [86]
Marks' [3]  15/23 176/20 177/12
Marks/Kate [1]  100/19

# M

MARRA [2]  1/2 1/12
marriage [8]  6/5 6/7 6/10 6/23 7/24 85/2
85/3 89/7
married [10]  5/16 23/16 23/23 27/3 27/5
30/12 80/7 85/15 92/7 127/10
marry [2]  85/4 92/12
master's [1]  30/9
match [2]  85/9 131/15
mates [1]  85/4
math's [1]  186/21
matter [4]  3/16 111/23 112/6 198/15
max [1]  166/14
May 1st [2]  16/8 18/5
May 23 [1]  182/19
May 23rd [1]  179/8
May 5th [1]  90/20
maybe [28]  4/15 7/14 7/25 8/13 9/4 44/14
64/9 64/11 73/23 74/1 74/4 74/21 77/22 79/7
102/4 102/17 106/3 121/13 153/18 161/23
162/1 162/3 162/3 162/4 162/5 163/2 188/8
188/25
MBA [2]  30/8 100/1
me [199]
meals [1]  188/25
mean [53]  6/20 7/8 25/8 30/23 32/6 32/10
34/10 36/16 40/8 42/18 45/18 47/19 47/21
51/19 54/17 54/25 55/6 55/22 56/4 65/9
65/10 70/22 72/17 72/18 72/18 76/21 78/14
78/17 79/2 79/5 86/7 87/23 95/4 95/21 96/4
97/11 108/23 108/24 110/6 110/14 117/2
125/15 132/6 136/23 153/11 155/12 161/7
172/18 173/15 174/8 185/2 185/24 187/11
Meaning [2]  166/4 166/5
means [2]  166/6 194/2
meant [7]  24/6 50/2 50/3 50/16 103/18
126/10 126/20
mechanical [1]  22/18
medieval [3]  44/24 115/13 115/21
meditate [2]  80/10 85/25
meditated [2]  72/5 108/15
meditates [2]  125/1 125/2
meditating [1]  50/11
meditation [4]  44/24 45/4 45/5 46/12
meet [17]  6/12 14/21 43/3 63/18 74/17 75/15
75/19 75/19 75/19 92/13 92/16 93/22 101/24
133/4 133/8 133/10 133/14
meeting [33]  6/1 17/1 17/2 17/20 33/22 34/12
36/24 37/23 38/17 41/16 42/11 43/3 43/17
43/18 43/25 44/1 44/6 46/13 46/15 47/16
47/18 48/16 51/7 51/13 52/1 52/3 53/7 55/1
63/25 63/25 71/19 93/25 134/11
meetings [9]  43/19 53/12 53/24 64/8 65/1
65/3 67/11 93/18 193/5
member [1]  154/12
members [8]  91/25 92/2 92/13 151/2 155/8
160/3 171/18 176/9
memorandum [2]  104/4 104/7
memorialized [1]  142/9
memory [3]  17/5 114/3 133/25
men [2]  130/15 154/17
mental [4]  32/4 127/2 158/2 158/8
mentally [1]  56/6
mention [2]  14/25 15/8
mentioned [24]  15/5 15/13 23/11 24/4 24/19
36/4 39/22 46/22 56/3 67/14 67/16 71/22
79/6 80/23 81/4 100/22 101/15 105/12
105/13 108/11 113/4 168/18 171/16 171/17
mentioning [1]  67/19

Mercedes [1]  158/5
Mercedes-Benz [1]  158/5
merchandise [1]  120/19
Merit [1]  198/12
message [3]  46/12 67/6 81/18
messages [3]  37/5 64/17 94/11
met [30]  6/2 6/9 6/13 6/16 6/22 7/12 7/13
12/20 12/21 22/9 31/15 32/13 75/7 85/5 85/7
92/17 92/21 92/25 93/4 93/23 93/24 100/25
104/3 106/25 113/7 132/7 134/12 138/17
159/25 190/22
metal [1]  177/19
method [2]  84/24 87/8
Michael [24]  13/1 13/4 26/12 31/16 31/21
59/19 59/20 59/22 63/15 88/15 121/18
121/19 125/10 134/13 137/7 138/17 139/23
140/16 141/1 141/14 141/16 142/5 176/10
176/11
Michaels [31]  15/16 25/23 25/25 32/5 32/13
34/2 34/10 34/10 41/9 41/17 43/4 43/17
56/14 57/4 59/22 61/5 62/5 65/1 84/5 88/10
88/25 89/21 93/12 94/18 96/13 96/15 96/2
97/22 100/19 101/10 101/13
Michaels' [1]  84/10
microphone [3]  29/3 118/20 118/23
middle [1]  161/10
might [11]  4/7 12/15 35/22 48/1 84/4 98/7
171/13 171/19 184/15 189/23 190/24
military [2]  99/14 117/3
Miller [1]  177/9
million [4]  186/23 186/23 187/6 189/6
mind [7]  41/12 49/11 69/3 102/8 132/4 154/9
159/21
minds [1]  9/7
minimum [1]  166/14
minor [1]  24/8
minute [6]  21/11 60/10 66/22 144/19 145/8
191/21
minutes [7]  60/12 60/16 153/18 153/19
153/21 155/2 191/23
miracle [1]  187/1
miscarriage [2]  27/6 27/10
miss [2]  82/7 82/8
missing [1]  130/2
mission [1]  40/24
mistaken [1]  141/8
moment [6]  17/24 20/2 96/23 152/11 163/14
184/17
moment's [1]  93/14
moments [2]  144/13 144/15
monastery [1]  108/15
money [195]
monies [1]  172/20
monitor [1]  138/9
monk [2]  72/5 108/15
month [8]  10/21 24/19 58/14 59/17 73/1 73/3
129/11 131/22
months [6]  16/22 129/7 130/5 132/8 134/25
179/9
morning [10]  2/2 2/11 2/15 2/25 3/1 64/1
64/7 99/3 99/4 160/4
mornings [1]  63/24
morphed [1]  115/3
most [10]  31/25 35/9 99/11 111/8 119/14
169/18 173/10 173/16 178/16 188/6
Mostly [1]  149/24
mother [5]  5/15 15/23 92/9 93/5 160/19
mother-in-law [1]  92/9 93/5
motion [4]  141/23 142/5 142/8 142/25
motivated [1]  190/24

mount [1]  190/9
move [12]  35/15 54/2 57/17 70/18 112/7
118/21 138/10 148/25 150/12 159/1 175/21
176/22
moved [5]  64/12 71/12 105/3 119/23 140/22
moving [5]  31/23 31/24 35/22 41/22 76/21
Mr [13]  197/4 197/5 197/6 197/8 197/9
197/11 197/12 197/13 197/15 197/16 197/18
197/19 197/20
Mr. [26]  2/19 10/18 11/8 15/25 17/9 17/9
18/6 18/6 18/10 18/19 19/4 19/9 19/10 19/19
19/22 23/3 27/2 27/18 28/7 61/3 113/1
136/20 154/13 189/2 192/18 195/15
Mr. Bardfeld [5]  17/9 18/6 19/4 19/10 61/3
Mr. Greenberg [1]  136/20
Mr. Schwartz [3]  2/19 113/1 154/13
Mr. Soendergaard [2]  11/8 23/3
Mr. Stack [7]  10/18 15/25 18/10 18/19 19/9
19/19 28/7
Mr. Stack's [1]  19/22
Mr. Stefin [7]  17/9 18/6 27/2 27/18 189/2
192/18 195/15
Mrs. [1]  189/7
Mrs. Marks [1]  189/7
Ms [1]  190/20
Ms. [18]  2/4 18/7 19/4 29/11 61/5 62/5 96/25
112/12 115/8 115/19 119/7 145/5 154/11
164/7 179/15 183/10 189/19 192/8
Ms. Adae [4]  29/11 61/5 62/5 96/25
Ms. Florendine [1]  119/7
Ms. Marks [7]  2/4 112/12 145/5 179/15
183/10 189/19 192/8
Ms. Resk [1]  154/11
Ms. Watts [4]  18/7 19/4 115/8 115/19
Ms. White [1]  164/7
much [38]  7/4 21/17 22/5 22/22 30/19 30/21
34/23 35/1 35/20 40/11 45/18 48/18 49/12
56/1 56/16 59/25 64/3 64/23 67/4 71/2 73/4
77/16 79/21 87/2 89/20 95/8 98/16 117/15
122/22 123/1 124/3 128/1 137/19 173/23
174/12 179/1 189/1 189/19
multiple [5]  18/21 18/25 96/2 125/24 126/1
murmuring [1]  62/13
must [1]  16/21
myself [7]  35/17 49/14 54/22 66/4 87/8 91/22
123/14

# N

N-a-n-a [1]  29/5
NA [1]  58/6
NA01 [1]  88/2
NA02 [1]  82/15
NA26 [2]  58/7 58/8
NA27 [1]  90/8
NA29 [1]  90/17
NA32 [1]  91/10
name [37]  5/14 10/2 11/9 12/23 12/24 13/1
13/4 15/5 16/14 22/17 25/24 29/2 34/2 92/18
96/16 96/22 101/5 101/10 115/9 118/25
119/1 120/3 121/18 136/6 136/7 136/14
136/18 137/8 142/4 145/15 145/16 163/24
163/25 164/1 170/13 170/16 178/25
named [4]  8/23 137/3 137/6 193/25
nameplate [1]  158/6
names [7]  15/3 17/10 29/4 98/20 102/9
165/13 176/16
Nana [6]  3/4 28/21 28/25 29/5 88/15 197/7
Nancy [48]  8/23 9/1 9/5 9/5 12/21 12/24 14/1
15/15 15/15 15/22 25/22 28/12 58/17 58/24
59/10 61/20 90/12 90/15 96/16 96/18 96/21

# N

Nancy... [27]  100/19 100/25 102/6 102/8
 102/19 105/13 107/1 107/17 109/15 109/15
 110/9 113/5 113/7 114/4 114/21 114/25
 115/9 115/12 117/19 146/13 146/18 159/25
 160/15 160/19 163/8 176/14 176/15
narrow [1]  55/7
nation [1]  164/15
National [1]  166/20
nature [1]  30/2
Naval [2]  29/20 29/24
Navy [3]  40/19 40/20 116/21
near [3]  62/11 114/5 114/11
nearby [1]  130/14
nebulous [1]  117/9
necessarily [5]  35/10 37/19 37/20 69/4
 117/17
necessary [2]  12/4 70/11
necklace [4]  151/4 151/12 157/21 158/1
need [23]  35/10 67/22 77/8 81/20 124/4
 126/3 144/14 144/25 150/20 151/17 152/20
 153/21 155/2 156/16 174/14 176/18 177/1
 192/25 193/6 193/13 194/19 194/22 196/7
needed [19]  58/22 58/23 59/24 61/11 62/3
 66/23 67/16 73/21 94/1 94/3 95/11 95/14
 113/10 123/20 123/22 124/10 125/12 125/13
 131/16
needs [1]  70/23
negative [3]  25/15 103/12 129/6
neighbor [5]  97/7 97/8 97/11 97/16 97/18
neither [3]  19/4 19/4 189/25
nervous [2]  67/3 127/6
net [2]  187/14 187/15
network [1]  32/10
never [30]  14/20 14/23 15/1 25/18 27/8 36/13
 36/22 39/1 53/17 54/16 54/17 68/4 68/15
 78/17 89/17 100/22 107/23 118/4 118/6
 118/7 118/9 129/21 132/13 133/6 144/6
 144/6 144/7 154/9 159/21 190/22
new [50]  6/16 8/10 14/7 22/13 22/16 26/22
 29/14 29/16 31/24 31/25 41/23 43/14 70/6
 103/7 105/3 108/17 114/4 120/13 120/16
 120/19 120/22 127/18 129/15 131/3 131/4
 131/18 131/19 132/24 133/10 133/11 135/17
 135/20 135/22 136/5 136/9 136/10 136/16
 137/2 138/24 139/16 139/21 140/17 140/17
 146/9 146/9 146/10 146/11 162/15 162/16
 167/20
news [2]  87/7 129/3
newspapers [2]  139/16 190/17
next [42]  11/15 28/20 43/6 43/17 43/18 56/4
 59/25 63/15 65/7 65/13 65/18 66/1 66/12
 69/20 72/25 79/11 83/11 84/7 84/18 101/3
 110/23 118/15 122/5 123/10 123/11 133/3
 134/22 145/7 151/5 151/7 155/23 156/10
 156/24 157/4 163/19 165/16 165/17 187/1
 187/2 187/2 191/25 193/25
nextdoor [1]  93/23
NH28 [1]  90/14
nice [5]  42/15 74/18 75/6 75/18 196/10
nicer [1]  9/20
Nichols [2]  121/5 121/6
night [10]  3/5 19/13 33/7 40/23 40/24 42/22
 186/25 187/1 187/2 187/2
nights [2]  187/3 187/4
nine [7]  66/24 125/20 125/21 125/22 125/24
 126/1 189/6
no [171]
nobody [1]  34/6

nodded [1]  72/13
Nods [1]  89/25
none [2]  117/11 118/4
noodle [1]  49/14
normal [1]  155/11
normally [4]  39/11 40/1 93/24 188/1
north [1]  110/20
note [7]  18/3 19/17 142/9 142/19 143/16
 143/19 143/23
notebook [1]  148/21
notes [5]  18/12 18/15 19/13 69/22 111/22
nothing [5]  23/7 3/9 6/21 7/4 9/7 15/4 34/22
 44/12 44/12 47/14 50/11 57/20 68/14 130/5
 163/15
notice [2]  84/23 93/14
noticed [1]  121/9
November [7]  7/14 17/7 17/16 18/7 103/21
 103/22 198/16
November 19th [2]  17/7 17/16
November 7th [1]  103/22
number [42]  4/14 5/21 13/8 13/17 13/21 14/6
 14/7 14/8 14/16 18/8 23/12 24/6 33/3 41/3
 47/21 50/21 58/5 58/11 62/1 62/2 77/8 84/24
 91/2 109/25 124/12 124/13 124/14 124/15
 125/18 125/20 125/25 126/2 133/24 140/13
 146/21 152/15 160/2 175/22 189/7 192/23
 193/4 193/4
number 30 [1]  33/3
number 37 [1]  146/21
number 9 [2]  125/25 175/22
numbers [19]  14/1 14/4 14/13 45/23 46/2
 46/3 46/3 46/4 46/5 46/5 46/8 46/10 46/22
 46/23 47/3 73/7 73/7 73/9 186/22
nuns [2]  15/19 15/20
nuts [1]  72/11
NYC [3]  140/14 140/21 141/6
NYC-0-11 [2]  140/21
NYC-09 [1]  140/14
NYC-12 [1]  141/6

# O

o'clock [4]  111/23 112/6 155/11 196/2
oath [3]  2/11 60/19 112/19
object [3]  150/14 175/23 194/20
objection [24]  24/21 57/19 57/23 57/24
 81/25 97/14 104/12 104/13 106/5 132/14
 139/24 139/25 149/2 149/3 150/16 159/3
 159/4 176/19 177/11 177/12 177/13 183/12
 193/3 195/19
objections [4]  192/21 192/24 192/25 193/7
obligated [1]  168/21
obligation [1]  99/14
obstacle [4]  39/5 39/6 39/17 69/5
obtain [1]  150/8
obtained [2]  150/1 150/3
obviously [3]  18/7 171/8 176/23
occasion [8]  48/21 49/16 49/17 56/1 65/13
 93/4 171/1 189/10
occasions [5]  53/14 75/7 122/23 134/17
 179/15
occupied [1]  165/2
occur [1]  55/4
occurred [1]  115/13
October [4]  7/14 73/3 73/4 83/4
October 23rd [3]  73/3 73/4 83/4
odd [6]  42/3 42/5 42/19 42/20 68/12 85/15
 of -- you [1]  49/13
off [9]  132/19 132/20 154/15 154/16 161/15
 176/17 180/2 186/24 196/1
offer [4]  104/11 139/20 194/13 194/15

offered [3]  104/12 120/24 166/1
offering [1]  192/12
offers [1]  166/3
office [7]  1/17 104/20 104/24 113/9 133/8
 136/17 146/11
officer [3]  9/16 30/1 116/21
Official [1]  1/23
officials [1]  98/4
often [4]  15/16 34/15 129/10 183/19
oh [29]  15/21 34/19 35/23 36/19 41/25 43/19
 50/25 56/21 62/25 63/8 64/8 65/19 71/23
 71/24 72/10 74/18 74/19 76/22 81/6 89/8
 90/23 91/10 94/14 96/21 97/5 97/7 97/19
 100/13 177/9
okay [134]
old [7]  4/7 29/11 52/7 127/9 169/14 169/19
 173/11
once [19]  23/23 23/24 27/12 54/25 55/18
 89/18 93/6 98/16 106/21 107/10 125/8
 127/22 128/23 129/1 129/12 129/12 133/7
 137/18 171/6
one [117]
one's [1]  59/19
one-room [1]  161/12
one-time [1]  55/24
ones [2]  21/15 87/17
ongoing [1]  46/19
only [37]  6/17 7/3 7/23 9/11 10/23 15/3 15/5
 18/3 22/5 23/24 24/6 25/22 27/12 27/23
 42/19 43/10 50/21 66/22 67/25 75/3 77/14
 87/15 87/17 88/16 89/7 93/23 95/14 107/25
 154/11 154/12 167/6 177/24 178/1 179/12
 179/18 183/11 183/14
open [10]  4/3 8/11 30/20 30/21 31/8 72/3
 150/20 160/9 160/13 160/13
opened [4]  62/16 127/14 147/11 160/17
opening [2]  3/21 182/15
opera [1]  156/7
operate [4]  165/6 166/6 180/20 181/9
operated [2]  181/23
operating [2]  182/6 182/10
operation [4]  120/8 168/8 180/24 181/6
operations [2]  165/13 165/23
opinion [1]  191/22
opinions [4]  60/11 111/22 144/18 196/3
opportunities [1]  165/19
opportunity [4]  57/6 158/17 159/7 174/25
opposed [1]  73/21
optimist [1]  77/25
optional [2]  174/15 174/16
orange [1]  173/12
order [8]  2/1 38/2 49/5 140/23 141/2 142/2
 150/19 189/2
orders [2]  15/19 160/5
ordinary [1]  175/14
organized [2]  4/20 4/21
original [2]  13/12 165/23
originally [2]  22/8 100/16
Ostrow [1]  1/20
others [3]  38/25 154/18 177/12
otherwise [3]  82/7 95/16 192/3
ounce [1]  157/23
our [26]  2/10 9/7 19/5 43/7 43/19 47/18
 51/20 64/7 66/2 68/15 69/12 72/14 72/20
 80/13 111/20 116/12 116/13 118/15 121/3
 122/10 145/7 147/12 147/13 155/10 163/19
 178/1
ourselves [1]  147/13
out-of-state [1]  73/22
outcome [2]  137/10 137/11

# O

outfit [2]  186/11 186/13
outfits [1]  167/12
outside [8]  13/3 101/5 101/10 121/24 134/14
180/12 180/23 180/25
over [39]  8/4 8/9 12/10 12/10 18/16 18/18
18/21 18/23 37/9 41/7 48/13 50/6 62/12 66/2
66/9 86/12 89/21 124/21 133/3 134/1 134/22
135/18 137/21 143/20 150/16 154/1 168/22
169/5 169/23 169/25 177/11 177/12 181/6
182/21 186/10 187/7 187/17 189/5 190/7
Overruled [4]  82/1 132/15 150/16 183/13
oversee [1]  166/19
owed [3]  88/9 95/21 143/4
own [7]  24/3 67/10 68/1 100/6 100/7 100/10
130/24
owned [3]  26/3 165/2 180/11

# P

p.m [7]  112/9 112/9 144/21 144/21 192/5
192/5 196/13
package [1]  178/23
page [3]  140/21 141/5 195/22
page 5 [1]  195/22
Pages [1]  1/10
paid [9]  20/8 20/9 116/25 122/22 124/1
124/24 143/1 143/2 183/1
pair [1]  152/1
palm [3]  1/7 1/24 31/5
panda [1]  157/23
panel [1]  154/12
paper [1]  103/6
paragraph [1]  142/4
paralegal [1]  3/10
Pardon [1]  138/1
parents [8]  8/19 24/17 25/5 71/22 72/1 72/13
80/23 81/2
parents' [1]  8/6
part-time [1]  3/25
participate [2]  174/20 174/24
particular [13]  5/3 19/6 34/17 47/16 58/23
90/18 122/25 124/7 130/17 140/4 169/1
171/6 178/18
parties [2]  180/12 194/4
partitioned [1]  161/15
partly [3]  31/8 39/1 77/20
parts [2]  8/7 102/18
party [7]  74/18 74/18 75/15 130/22 180/23
180/25 181/11
pass [3]  40/17 107/12 132/12
passed [4]  5/24 40/16 52/5 56/5
past [11]  21/9 21/13 24/4 40/6 44/22 45/14
46/20 99/21 109/6 109/16 115/13
path [1]  7/24
paths [1]  115/22
Patrick's [4]  110/14 110/21 111/1 111/3
patrons [1]  165/19
pay [18]  9/15 15/8 23/21 31/5 48/21 69/4
84/16 88/10 95/22 116/6 123/24 131/15
133/7 137/12 169/12 169/21 170/3 170/5
payment [1]  113/20
payments [2]  113/17 167/1
payoff [1]  59/8
payout [1]  186/2
pearl [2]  15/4 151/11
pendant [9]  156/21 156/21 157/3 157/21
157/23 158/4 158/5 158/9 159/19
pendants [1]  148/4
people [41]  4/11 4/11 4/12 11/23 12/2 21/1

21/2 23/9 36/7 37/8 37/9 37/10 40/1 42/6
42/19 42/20 52/22 64/4 64/6 67/22 69/10
69/11 69/13 72/17 75/20 92/11 108/25 110/4
110/6 110/10 111/8 122/8 122/8 122/14
155/15 160/24 162/13 173/10 185/19 186/3
188/15
per [1]  166/11
percent [1]  24/1
perfect [2]  52/19 81/19
perform [1]  62/5
performance [1]  116/21
performed [1]  62/2
perhaps [8]  5/25 10/21 14/10 16/21 18/17
19/20 21/21 161/24
period [14]  7/9 24/18 56/5 89/22 125/11
127/3 129/2 131/22 177/25 178/4 187/7
187/17 189/5 190/11
periodically [1]  103/7
permission [1]  190/19
person [47]  3/14 12/20 20/17 20/17 26/8
31/10 31/15 34/9 38/3 39/14 40/16 40/17
40/18 41/9 41/14 42/15 44/9 44/13 44/20
45/2 48/10 52/5 64/15 71/9 75/12 75/13
76/25 77/1 84/5 93/7 99/9 104/1 122/12
123/12 125/9 132/12 134/7 134/8 135/19
139/8 179/22 186/24 188/13 194/1 194/1
194/3 194/11
personal [7]  29/11 32/8 32/8 32/11 40/11
162/25 163/12
personally [1]  117/9
persons [1]  25/22
persuaded [1]  96/25
pertain [2]  176/7 176/8
pertains [1]  166/22
pessimist [1]  78/2
phone [12]  9/13 13/8 54/24 74/22 102/2
124/12 124/13 125/12 135/18 135/20 136/11
143/20
phoned [2]  125/12 131/4
phonetic [4]  101/19 120/4 151/21 160/4
photographs [3]  148/13 148/20 148/22
phrase [1]  151/21
physical [3]  6/19 27/15 27/17
physically [2]  169/11 178/10
pick [1]  143/22
picked [2]  113/9 143/24
picture [4]  7/6 7/16 35/2 45/20
picturing [1]  45/8
piece [5]  63/12 79/5 115/23 115/24 152/21
pieces [1]  152/22
Pierce [1]  164/23
pile [1]  169/15
pilot [3]  40/18 40/18 40/23
pin [3]  157/3 158/6 158/12
pink [2]  152/5 157/9
pivotal [3]  55/7 65/21 81/18
place [17]  41/23 43/18 96/6 110/23 134/11
134/12 149/11 149/21 155/17 161/10 161/11
161/16 162/12 183/15 184/25 185/12 185/13
places [1]  34/15
plaintiff [4]  137/3 137/3 140/22 140/24
plan [1]  87/8
planning [2]  152/25 155/5
platinum [1]  152/6
plausible [1]  31/11
play [8]  172/10 172/21 173/24 174/11 191/9
191/13 191/15 194/8
Playboy [1]  168/1
played [4]  169/14 179/15 193/14 195/14
player [13]  171/18 172/7 174/6 174/9 174/10

174/14 183/5 183/20 183/20 183/22 184/3
188/23 191/12
player's [3]  168/12 179/12 187/13
players [27]  171/17 171/20 171/22 174/13
176/6 177/16 177/21 178/6 178/7 179/16
183/6 183/15 183/23 184/1 184/5 184/8
185/5 185/16 185/21 185/22 186/4 187/21
187/25 188/21 188/24 190/6 190/8
playing [12]  169/11 185/5 185/6 185/16
185/19 186/3 187/3 188/14 190/6 190/8
190/12 195/23
plays [2]  169/1 174/5
Plaza [5]  101/3 110/23 121/10 133/9 167/25
Plaza's [1]  110/20
please [29]  2/2 2/16 28/24 29/1 29/2 29/8
60/14 61/1 97/3 111/21 112/8 112/11 112/17
112/24 118/17 118/19 119/1 144/17 145/11
145/13 145/16 156/19 163/21 163/23 163/24
163/25 184/17 192/7 193/22
plus [4]  13/21 26/15 186/23 186/23
pocket [2]  158/2 179/24
point [56]  3/20 6/8 6/23 7/5 8/19 12/3 14/24
19/14 28/7 28/9 37/11 49/20 54/11 54/20
54/23 55/7 55/12 55/16 55/21 56/6 57/8
57/17 59/4 64/21 65/18 65/24 67/16 67/18
71/13 71/14 77/21 82/7 83/21 87/1 94/4
96/19 105/12 109/4 109/4 113/7 114/24
125/5 125/19 126/2 129/22 129/25 135/2
137/22 137/23 138/2 147/14 148/25 154/20
189/19 189/22 193/6
points [4]  172/4 172/15 172/17 172/25
poker [3]  178/14 178/14 186/4
police [11]  9/23 97/24 101/20 135/2 135/5
135/9 135/15 135/15 135/17 135/25 136/5
policy [1]  178/2
pool [3]  185/6 185/17 185/20
pop [2]  32/2 69/14
popularized [1]  110/2
portion [2]  109/2 161/16
portrayed [1]  19/6
position [1]  167/3
positions [1]  116/12
possession [2]  124/3 140/3
possibility [1]  122/7
possible [4]  114/16 186/2 189/1 189/20
possibly [1]  173/13
potential [1]  85/4
potentially [1]  39/21
pounding [1]  160/9
powers [1]  21/4
practice [1]  100/20
practicing [1]  30/19
pray [3]  50/6 80/10 85/25
prayer [4]  47/13 48/20 124/9 129/4
prayer-type [1]  48/20
praying [4]  50/11 62/13 68/5 110/18
precepts [1]  108/21
precious [3]  48/12 49/21 55/23
predicated [2]  21/12 109/2
predictions [1]  53/24
premises [11]  149/14 150/10 180/6 180/14
180/20 181/11 181/14 181/16 181/24 182/6
182/11
preparation [1]  85/1
prepared [2]  82/17 171/6
present [10]  2/4 60/21 112/12 145/5 159/23
160/25 167/3 178/12 178/21 192/9
presented [2]  49/10 59/6
pressed [1]  68/16
pressure [5]  116/8 117/4 117/19 127/15

**P**

pressure... [1] 127/16
pressured [1] 117/14
pretty [9] 32/6 32/7 35/1 36/17 51/2 52/4
108/16 108/16 194/18
previous [7] 31/2 65/16 114/24 115/1 115/5
122/18 122/22
previously [4] 63/7 146/14 146/20 147/2
Primarily [1] 6/5
princess [3] 157/8 157/9 157/11
prior [5] 181/9 181/17 181/18 182/9 182/10
prisol [1] 151/21
prize [2] 48/10 185/17
probabilities [1] 185/11
probably [31] 5/25 10/8 13/10 30/18 38/21
40/8 48/18 49/13 52/2 52/3 53/11 54/13
58/10 65/9 77/9 79/9 96/10 102/15 108/8
109/25 113/13 113/14 118/3 123/3 125/11
134/25 142/12 162/6 171/15 181/18 189/11
problem [6] 4/7 145/1 153/7 154/3 155/3
161/3
problems [5] 22/11 122/4 124/20 129/17
161/4
procedure [1] 19/19
proceed [3] 145/2 192/10 195/12
proceeding [2] 123/9 141/22
proceedings [13] 1/11 2/14 18/1 60/18 60/25
112/10 112/23 144/22 145/10 152/13 192/6
193/21 198/14
process [11] 46/19 50/7 63/11 64/24 70/18
71/1 71/11 71/12 99/11 120/9 181/4
processing [2] 181/22 181/23
produce [1] 174/17
programmed [1] 169/9
progresses [1] 21/21
Progressing [1] 109/6
project [1] 22/20
promise [3] 11/25 144/2 144/3
promises [2] 118/7 144/5
promising [1] 8/16
promissory [4] 142/9 142/18 143/16 143/19
prompted [1] 31/21
pronounce [2] 11/8 16/12
pronouncing [1] 115/9
proper [1] 171/5
property [1] 100/6
protective [1] 160/5
Protestant [2] 30/19 108/8
provide [7] 56/25 61/5 124/12 124/12 172/7
172/9 181/10
provided [11] 57/15 61/15 69/20 89/3 89/21
94/18 94/21 95/19 107/13 160/15 186/11
provider [1] 186/9
provides [1] 180/18
providing [2] 7/21 78/13
psychic [16] 21/4 35/5 71/21 81/3 92/3 92/10
104/21 105/8 109/20 110/4 121/10 121/12
122/8 122/9 122/14 189/25
psychics [1] 31/3
pull [6] 29/7 62/24 127/19 184/3 184/6
187/25
pulled [4] 82/17 87/13 118/20 173/11
purchase [1] 89/1
purchases [3] 88/12 88/13 88/13
purple [1] 113/16
purporting [1] 140/16
purpose [6] 31/7 43/6 50/23 83/15 93/25
120/16
purposely [1] 183/23

**Q**

purposes [3] 168/18 175/24 193/15
pursuant [2] 150/1 174/18
push [1] 173/17
pushed [1] 147/12
put [19] 9/19 12/7 18/22 20/18 50/6 62/11
70/9 72/10 80/6 90/25 102/21 103/8 117/19
127/21 131/10 142/5 172/3 175/9 190/17

**Q**

question [9] 41/1 77/23 77/24 118/3 122/15
138/21 138/22 159/22 167/16
questioned [1] 18/20
questioning [1] 194/5
questions [15] 22/21 26/21 28/15 29/11
35/19 70/24 86/13 98/24 118/10 143/10
159/13 163/17 178/17 191/2 193/4
quicker [1] 61/14
quickly [1] 39/13
quit [1] 155/10
quite [6] 5/14 21/16 75/7 92/6 128/12 190/3

**R**

Raceway [1] 167/21
raise [4] 28/23 118/16 145/13 163/20
ram [1] 147/10
rammed [2] 96/8 97/5
ran [1] 147/16
random [2] 73/12 81/17
rang [1] 10/25
range [2] 161/22 166/13
rare [8] 36/9 36/10 39/11 39/23 39/25 40/4
42/17 48/10
rate [4] 33/14 35/1 142/11 178/13
rated [1] 116/20
ratings [2] 116/21 168/13
rational [8] 77/23 78/1 78/4 78/8 116/7
116/16 117/11 117/11
Raton [1] 1/22
reach [2] 21/24 62/24
reaching [1] 117/10
reacted [1] 160/11
read [12] 2/17 22/4 22/5 31/5 88/3 90/8
104/6 108/23 108/24 109/23 121/17 151/17
Reade [2] 70/5 83/2
reading [18] 34/18 35/3 35/5 35/12 35/14
35/15 38/21 38/25 69/14 109/20 110/1
121/11 121/12 121/23 122/3 122/19 122/23
122/24
readings [3] 35/7 38/22 122/25
ready [6] 2/6 63/19 76/3 112/14 145/2
192/10
real [2] 45/9 116/25
realize [1] 117/12
realized [4] 9/4 23/12 98/1 98/16
really [52] 11/1 28/10 30/19 31/9 32/17
35/20 36/4 36/17 36/22 37/15 40/2 40/15
40/23 40/23 41/20 42/16 45/10 45/18 49/8
49/9 50/15 52/23 64/17 64/19 64/20 65/20
66/23 66/24 67/3 68/10 68/17 69/3 69/9
70/22 72/14 75/5 75/18 76/4 76/5 79/1 80/14
81/7 82/5 95/8 95/22 115/3 116/6 116/12
122/21 165/20 182/7 185/14
realm [1] 64/12
Realtime [1] 198/13
rear [1] 147/17
reason [11] 51/22 70/9 70/16 73/8 73/13 78/1
95/13 115/14 116/25 160/8 160/10
reasons [3] 135/5 133/11 183/25 184/13
188/5 189/23 190/1
reborn [1] 21/22

**R**

recall [30] 15/14 47/21 47/23 51/19 51/25
56/1 56/13 56/16 65/8 69/21 74/8 96/9
124/14 126/2 128/7 128/17 129/7 133/17
133/22 137/18 137/24 138/2 139/1 143/24
160/20 162/8 162/10 162/22 176/6 176/17
receipt [1] 171/3
receive [2] 24/17 25/4
received [7] 98/10 134/20 137/18 138/7
139/5 140/20 160/19
recess [17] 60/8 60/10 60/15 60/17 111/17
111/17 111/21 112/3 112/9 144/14 144/16
144/19 144/21 192/5 194/9 195/25 196/13
recognize [1] 93/5
recollection [2] 134/19 143/18
reconsider [1] 195/9
record [13] 2/4 19/17 60/21 112/12 178/1
179/17 179/18 179/18 180/9 182/18 184/8
192/8 198/14
recorded [1] 184/11
records [40] 57/1 70/1 82/18 139/21 168/5
168/8 168/11 168/12 168/16 168/18 168/19
171/16 174/18 174/20 174/23 174/24 174/25
175/13 175/18 175/19 176/1 176/6 176/7
176/20 176/25 177/20 177/22 177/24 178/1
178/3 178/4 178/17 178/23 179/5 179/20
179/21 180/7 182/15 183/17 188/19
recounting [1] 72/12
recourse [1] 135/14
recover [2] 134/24 136/3
recross [2] 26/22 26/25
Recross-examination [1] 26/25
recycled [1] 187/7
redacted [1] 57/20
redirect [13] 22/25 23/1 26/20 118/12 143/12
143/14 163/16 191/4 191/6 197/5 197/6
197/13 197/20
refer [5] 15/19 58/5 102/8 117/2 136/6
reference [1] 184/20
referenced [1] 18/5
references [2] 15/11 67/12
referred [2] 15/15 82/24
referring [2] 13/13 149/22
refresh [2] 17/4 114/3
regarding [6] 10/7 17/12 18/4 18/15 139/22
177/20
regards [1] 146/1
registered [2] 189/20 198/12
regular [2] 54/19 95/17
Reiki [2] 23/3 23/8
reincarnation [1] 21/7 22/4 109/3 109/13
relate [1] 131/2
related [1] 175/25
relating [1] 146/1
relation [4] 62/13 75/10 89/7 94/16
relationship [25] 5/15 6/18 6/19 7/1 7/3 32/1
32/11 32/12 40/8 40/15 49/10 49/23 52/5
52/6 54/17 54/17 57/4 65/16 76/5 79/2 79/4
79/11 104/24 105/6 181/20
relationships [2] 43/8 76/6
relative [1] 14/13
relatively [1] 186/24
releasing [1] 79/5
relevancy [1] 175/24
relieve [1] 69/5
religion [7] 4/20 5/3 5/4 5/8 21/11 21/17
30/17
religions [4] 4/14 4/21 5/4 21/12
religious [5] 4/17 15/19 30/19 30/22 31/1
relying [2] 28/1 28/13
remarkable [1] 122/19

# R

remember [61]  4/1 7/10 9/3 10/19 10/21 11/18 11/21 12/17 12/19 13/6 13/10 14/8 14/11 15/10 17/4 17/10 17/17 27/19 28/9 45/25 46/1 46/2 46/7 67/19 67/21 67/25 74/3 80/12 89/7 96/3 101/7 101/18 102/25 103/4 103/7 109/24 111/13 114/4 114/9 114/15 114/16 114/18 114/20 114/25 115/16 115/22 122/3 122/22 123/17 124/1 128/9 128/10 128/22 133/23 134/7 141/24 142/10 142/17 142/21 148/23 195/25
remembered [1]  103/15
remind [1]  167/15
remove [3]  71/1 183/23 184/10
removed [1]  129/5
reneged [1]  144/6
rent [1]  100/12
rented [1]  120/10
reopened [1]  22/16
repay [2]  144/2 144/3
repayment [1]  114/2
repeat [1]  37/19
repetitious [1]  18/2
repetitive [1]  179/12
report [9]  18/6 115/8 168/21 168/23 169/3 178/24 178/25 179/1 184/4
reporter [6]  1/23 1/23 16/14 193/13 198/12 198/13
reporting [1]  166/22
reports [4]  18/3 18/11 193/4 193/8
represent [2]  19/14 46/6
representations [2]  125/1 130/13
represented [3]  69/1 69/5 71/9
request [2]  57/1 177/20
requested [2]  174/17 175/19
require [1]  38/16
required [4]  67/9 78/21 168/16 168/23
reread [1]  103/3
research [1]  196/4
researched [1]  98/20
reservation [8]  164/21 164/21 164/22 164/23 164/24 164/25 165/3 165/4
residence [5]  149/7 149/9 149/11 149/21 161/11
residents [1]  170/14
Resk [1]  154/11
resonated [2]  36/14 40/6
respect [2]  24/16 69/8 191/8
respond [2]  94/8 131/24
responded [1]  140/17
response [6]  48/7 52/18 57/1 68/10 142/5 175/3
responsibilities [1]  166/19
rest [2]  78/16 135/1
restaurant [1]  32/16
rests [1]  192/18
resumed [1]  2/22
retain [2]  143/17 171/9
retention [2]  178/2 178/4
retired [1]  102/13
return [9]  8/16 8/20 25/11 25/13 50/24 51/13 89/11 89/13 123/10
returned [8]  50/20 51/5 88/17 94/23 95/1 114/6 125/8 130/1
reveals [1]  64/25
revenue [1]  167/1
revenues [1]  167/2
review [7]  12/5 16/2 57/6 104/6 148/20 159/7 174/25

reward [1]  172/5
rewards [3]  171/20 172/13 172/14
rhyme [1]  73/8
Ricky [8]  92/25 146/13 146/23 147/12 159/25 160/17 176/12 176/13
ride [2]  119/23 166/8
ridiculous [2]  96/4 96/5
right [205]
rigorous [1]  99/11
ring [4]  156/9 156/13 156/14 157/6
rings [1]  163/2
ripped [2]  132/19 132/20
risk [1]  185/23
ritual [1]  63/12
rituals [5]  62/5 62/8 79/19 100/20 100/23
River [2]  119/10 168/2
RMR [2]  1/23 198/19
road [3]  77/20 78/8 164/18
Rock [9]  165/14 165/21 165/22 166/2 166/3 177/24 180/14 180/21 181/15
Roger [1]  1/16 103/23
Rolls [1]  158/12
romance [1]  115/23
Romani [1]  189/17
room [7]  64/10 93/11 93/11 112/7 121/23 161/9 161/12
rooms [3]  161/8 172/19 188/25
ROSE [35]  1/6 14/19 14/21 14/25 15/1 15/2 106/15 106/17 107/14 108/2 109/15 118/4 118/6 118/9 143/8 150/15 176/8 176/20 177/12 177/16 178/6 178/18 178/24 179/2 182/22 184/21 187/17 189/19
Roseanne [1]  160/4
Rosie [1]  176/8
roughly [3]  142/11 187/4 192/17
round [5]  156/12 156/20 157/2 157/5 157/8
rows [1]  185/9
Royce [1]  158/12
ruby [4]  157/2 157/6 157/7 157/21
rule [1]  193/6
rules [3]  166/21 166/21 166/23
rulings [1]  193/1
run [2]  63/18 64/14
running [1]  111/24

# S

sacrifice [14]  23/21 23/21 23/25 24/3 24/5 24/7 24/8 24/9 25/16 47/12 125/14 125/14 125/16 126/8
sacrificed [3]  28/11 47/6 47/8
sacrifices [1]  8/18
safe [7]  40/22 147/25 150/9 160/13 160/14 160/16 160/17
safeguard [1]  163/7
safety [2]  117/16 126/24
same [24]  18/13 22/16 31/12 43/20 51/16 51/17 52/2 59/23 84/9 86/4 104/11 104/25 105/1 108/1 115/4 122/16 134/5 134/12 134/12 167/17 180/4 185/3 190/7 193/7
Sanford [1]  136/15
Sanford's [1]  141/15
sapphire [4]  152/5 156/8 157/9 157/10
sat [3]  33/23 33/24 121/24
satisfaction [1]  19/2
save [2]  6/10 153/14
savings [1]  95/4
savvy [1]  184/9
saw [16]  6/20 23/24 26/11 32/5 32/17 43/1 43/20 93/5 93/9 96/7 97/4 106/21 121/10

121/18 144/7 173/12
say [67]
saying [12]  9/17 37/15 67/21 67/25 70/23 97/13 101/7 103/11 104/25 126/22 131/21 187/24
says [9]  58/6 74/21 74/22 76/2 76/22 80/2 81/19 142/6 142/6
Scalas [1]  120/4
scam [3]  11/12 98/18 132/19
scammed [1]  98/16
scattered [2]  165/8 165/9
scene [4]  43/15 45/3 45/21 148/22
schedule [4]  33/14 35/1 51/15 51/24
school [6]  29/17 29/19 29/21 29/23 30/18 99/25
schools [1]  99/11
Schwartz [10]  1/19 2/19 113/1 154/13 197/4 197/6 197/9 197/12 197/16 197/19
scissors [1]  150/24
scope [1]  179/5
screen [2]  138/9 140/6
script [1]  188/25
sculpted [2]  158/1 158/3
sealed [2]  149/20 149/22
search [17]  146/2 146/5 146/6 146/8 146/24 147/4 147/7 147/8 147/19 147/23 147/24 148/14 148/14 149/13 150/1 159/10 159/23
searching [1]  105/3
seat [2]  144/18 191/22
seated [11]  2/3 2/16 29/1 61/2 112/11 112/25 118/19 145/12 163/23 192/7 193/23
seats [1]  60/11
second [22]  44/6 46/13 46/15 47/18 48/21 49/16 49/17 51/7 51/13 53/8 94/17 98/18 123/16 132/25 134/3 134/8 134/10 141/5 142/3 146/20 184/9 187/25
seconds [1]  184/8
Secret [5]  10/7 85/20 101/22 145/21 145/23
Secrets [2]  84/22 84/25
secured [2]  126/24 163/10
security [2]  117/15 126/23
see-through [1]  153/8
seeing [6]  6/15 31/10 62/19 65/20 113/5 139/1
seeking [6]  6/3 6/6 6/10 36/7 48/11 178/3
seem [8]  5/11 45/22 75/8 76/4 76/5 110/11 123/8 184/12
seemed [11]  41/20 42/14 48/3 50/22 55/22 55/24 56/6 78/8 97/12 98/18 187/17
seemingly [1]  41/24
seems [3]  17/11 48/3 87/14
seen [2]  93/7 139/13
Seeny [1]  160/4
seize [2]  11/22 148/11
seized [4]  149/6 151/24 158/14 159/10
Seminole [25]  164/10 164/12 164/14 164/16 165/5 165/14 165/15 165/21 165/22 166/1 166/3 167/19 167/20 168/5 168/8 174/17 175/14 176/7 177/21 177/23 177/24 180/14 180/21 181/15 184/25
Seminoles [5]  165/24 166/10 167/9 167/10 177/18
send [6]  7/5 18/23 74/6 74/16 103/2 127/19
sending [4]  26/5 26/6 68/22 74/10
sense [23]  13/3 13/7 27/15 27/16 27/17 49/8 49/9 49/13 52/19 52/23 54/20 55/13 56/7 56/8 58/25 59/7 64/13 70/21 86/4 91/21 94/5 95/25 187/9
sent [10]  12/14 16/1 15/24 26/11 50/14 74/8 98/21 128/23 129/1 129/11

**S**

separate [4]  63/9 63/10 80/16 113/20
separating [1]  161/10
September [12]  1/8 54/11 54/13 70/2 70/4
 84/13 88/14 90/8 90/10 90/15 142/2 142/3
September 11th [2]  70/2 70/4
September 21st [1]  90/15
September 27th [1]  142/3
September 2nd [2]  90/8 90/10
sequence [1]  62/1
series [2]  12/10 58/8
serious [1]  87/21
served [1]  30/4
service [11]  10/7 101/22 123/2 131/12 145/21
 145/23 180/1 180/4 181/22 181/23 186/8
services [11]  7/20 30/11 53/17 120/24 131/13
 180/18 180/19 180/19 181/3 181/10 186/12
session [3]  53/15 196/1 196/2
sessions [1]  65/15
set [3]  69/6 153/19 157/3
setting [1]  55/1 120/10 129/14
seven [6]  11/5 11/6 19/23 30/4 102/16 165/7
several [1]  11/2
SFranklinUSDC [1]  1/25
Shakes [1]  11/7
share [1]  52/4
shared [2]  7/3 40/16
she'd [1]  65/11
she's [10]  37/11 53/15 64/8 74/19 80/10
 80/18 86/25 131/21 131/21 131/22
shop [6]  13/4 62/6 84/15 93/20 120/23
 138/23
short [4]  12/8 20/7 129/2 144/16
shortly [1]  125/6
shot [1]  179/2
should [10]  6/24 63/16 77/14 110/18 128/21
 138/14 153/18 154/7 175/24 194/10
shouldn't [2]  72/14 72/15
show [33]  33/2 33/15 33/16 34/8 55/1 56/3
 57/13 57/13 82/13 87/20 88/1 90/6 90/11
 90/13 90/16 90/18 91/20 103/2 138/7 139/4
 140/6 140/20 142/1 149/18 151/2 152/2
 158/23 171/23 178/18 188/4 188/7 188/21
 189/1
showed [2]  35/2 133/17
showing [7]  26/10 138/8 140/13 140/13
 141/5 146/14 147/2
shows [1]  179/1
shui [1]  72/3
shut [1]  147/12
sic [1]  158/8
sick [1]  63/2
side [3]  78/18 80/3 110/16
sidebar [5]  18/1 20/1 104/15 152/13 155/19
sign [11]  13/5 13/6 19/2 32/19 101/5 101/12
 101/13 101/14 102/24 121/10 171/23
signals [1]  30/2
signed [1]  16/8 16/24 18/5 87/24
significance [5]  46/8 47/1 73/20 82/9 89/5
significant [12]  5/21 55/15 66/11 68/2 71/5
 71/15 71/16 75/11 81/24 82/4 116/12 188/7
signify [1]  85/25
signifying [1]  86/19
signs [1]  172/6
silk [1]  157/21
silver [3]  151/22 157/19 158/8
similar [5]  61/9 132/3 171/20 172/13 186/9
simple [1]  35/9
since [6]  2/18 15/24 16/20 40/21 132/7 135/7

single [11]  31/25 35/25 36/1 41/23 41/25
 79/3 105/3 156/14 169/7 169/7 169/9
sink [2]  162/9 162/11
sir [9]  2/11 28/16 28/18 28/19 112/16 145/7
 145/13 145/15 163/18
sister [2]  15/16 80/4
sisters [1]  15/20
sit [3]  33/21 33/21 33/23
site [1]  148/14
sitting [1]  76/2
situation [14]  7/24 45/13 61/9 67/8 67/11
 67/13 80/7 102/6 115/17 117/4 117/8 117/11
 117/19 132/7
situations [2]  63/17 117/2
six [7]  11/5 65/10 77/9 102/16 134/25 157/17
 162/12
size [1]  161/23
skeletonized [1]  158/2
Skilling [1]  18/14
skipped [1]  51/6
slide [1]  156/21
slight [1]  184/6
slightly [2]  162/1 162/3
slot [31]  166/3 168/24 169/1 169/14 172/3
 172/3 173/10 173/15 173/17 173/18 178/8
 178/9 178/10 178/17 178/20 178/25 179/16
 183/7 184/7 184/24 185/2 185/3 185/4 185/4
 185/7 185/9 185/9 185/15 185/16 185/25
 191/15
slots [3] 185/3 191/15
slow [2]  151/17
small [3]  111/5 161/7 162/8
smaller [2]  161/25 165/24
Soendergaard [6]  2/22 11/8 11/10 11/11
 11/12 11/16
software [2]  181/5 186/9
solution [1]  39/18
somebody [3]  13/16 36/5 39/15 40/14 74/17
 75/13 121/15 131/15 131/16 131/17 133/8
 133/14 135/12 138/19 160/9 160/21 169/1
 169/11 169/14 169/22 169/22 170/9 171/1
 172/6 172/10 180/5 184/15 188/9 189/5
 190/11 191/9
somehow [2]  46/24 188/8
someone [14]  41/24 44/25 53/4 54/18 59/1
 63/3 67/19 76/22 121/4 140/15 174/5 174/13
 178/12 183/20
something [70]
something's [1]  65/19
sometime [3]  76/1 76/13 79/22
sometimes [8]  37/14 61/11 61/12 61/13
 154/17 184/1 184/13 184/14
somewhat [1]  76/18
somewhere [3]  20/21 142/14 161/22
son [2]  92/6 93/4
soon [2]  36/19 51/13
sophisticated [3]  187/24 188/15 188/15
sorry [27]  4/9 13/9 14/12 15/15 44/6 48/24
 52/15 53/20 56/19 66/23 71/24 71/25 80/5
 88/6 91/2 91/11 97/19 97/19 99/8 113/25
 114/1 121/8 136/25 151/18 156/1 157/5
 181/7
sort [61]  3/21 4/12 9/6 10/11 15/7 15/9 15/12
 31/1 31/4 32/17 33/3 36/18 36/20 36/21
 37/17 39/13 40/3 44/8 44/23 44/25 45/1
 45/10 46/11 48/11 48/17 48/19 50/5 52/22
 53/1 55/6 56/6 59/23 62/11 63/2 64/7 64/13
 65/11 65/17 66/1 67/7 68/15 72/13 73/8 76/6
 76/20 80/11 80/18 81/17 81/17 81/19 92/11
 93/10 97/8 101/12 110/15 115/23 166/18

186/4 186/6 188/10 193/17
sorted [1]  87/14
sorts [1]  31/8
soulmate [15]  36/6 36/12 38/1 39/4 40/6
 43/22 44/8 81/9 83/22 115/15 130/5 130/8
 130/12 130/14 131/19
sound [1]  64/7
sounded [3]  31/11 36/16 186/22
source [2]  8/5 8/8
South [2]  1/21 157/23
SOUTHERN [1]  1/1
sovereign [1]  164/15
sovereignty [2]  164/13 164/14
space [3]  43/20 65/11 120/10
speak [9]  4/5 7/23 10/18 29/3 37/18 93/10
 102/11 102/14 134/16
speaking [3]  26/7 27/15 55/6
special [5]  73/16 99/9 155/21 166/15 166/16
specializing [1]  120/6
specific [12]  8/15 38/14 39/19 44/13 47/14
 47/17 47/18 50/12 50/23 64/22 80/12 95/5
specifically [8]  38/8 69/23 80/6 95/19 95/23
 133/4 133/10 150/20
speculative [1]  183/12
spell [5]  16/14 29/3 118/25 145/16 163/24
spend [4]  85/19 124/9 125/15 190/24
spent [2]  25/17 27/19 27/22 28/2 28/8 28/11
 28/12 104/3 110/25 111/2 116/11 123/21
spirit [4]  21/21 52/24 75/4 75/12
spirits [1]  5/9
spiritual [23]  3/14 3/21 5/15 6/13 6/17 7/4
 7/24 15/9 15/12 15/13 15/16 15/20 20/6
 20/11 21/24 22/6 23/5 24/1 24/13 27/16
 30/20 30/22 108/9
spiritualism [1]  5/21
spoke [11]  11/4 14/5 17/4 19/7 37/5 102/2
 102/12 102/12 102/15 107/23 118/6
spoken [1]  118/9
square [2]  157/2 161/19
St. [4]  110/14 110/21 111/1 111/3
St. Patrick's [4]  110/14 110/21 111/1 111/3
Stack [14]  9/12 10/3 10/18 15/25 16/20 18/10
 18/19 19/9 19/13 19/19 28/4 28/7 102/12
 193/5
Stack's [1]  19/22
staff [1]  127/16
stage [1]  21/24
stages [1]  54/1
stainless [1]  156/3
stake [1]  117/5
stand [4]  2/22 62/11 145/7 193/14
standards [2]  162/15 162/16
stands [1]  180/17
standup [2]  101/12 101/14
Stanley [1]  160/4
Stanleys [1]  160/5
star [1]  158/5
start [14]  43/23 55/18 72/21 79/7 79/24
 81/12 111/22 122/16 151/19 153/23 167/16
 192/18 195/3 195/5
started [13]  43/7 86/13 87/12 97/21 99/17
 104/19 119/18 131/23 134/19 147/19 177/22
 182/7 182/15
starting [10]  49/13 79/13 83/24 85/24 86/4
 86/6 86/7 86/8 154/3 178/22
starts [2]  73/12 155/9
state [5]  73/22 127/2 139/21 141/22 166/5
stated [2]  107/23 115/8
STATES [13]  1/1 1/3 1/13 1/17 28/21 57/1
 139/20 144/10 145/21 145/22 150/11 175/1

**S**

STATES... [1] 194/4
stay [3] 126/13 189/10 189/12
staying [2] 3/11 189/16
stays [1] 191/9
steel [1] 156/4
steely [1] 117/17
Stefin [14] 1/16 17/9 18/6 27/2 27/18 103/23
189/2 192/18 195/15 197/5 197/11 197/13
197/18 197/20
step [3] 22/1 118/14 144/9
Stephen [4] 1/23 198/12 198/18 198/19
stepped [1] 175/11
steps [2] 47/15 136/3
sterling [3] 151/22 157/18 158/8
stick [2] 157/3 158/12
still [13] 2/11 9/9 41/7 60/19 66/6 112/19
120/9 138/22 169/16 169/20 173/13 173/15
182/3
stipulate [1] 152/16
stipulation [1] 152/22
Stirling [1] 164/18
stomach [1] 63/3
stone [1] 157/20
stop [1] 77/1
stopped [5] 78/9 78/10 78/12 78/21 182/8
stopping [1] 78/8
store [16] 32/18 33/4 34/3 70/6 83/2 113/9
119/18 120/3 120/5 120/9 120/11 120/20
127/5 127/14 133/13 135/24
stories [1] 110/7
story [9] 12/5 23/19 53/1 79/15 98/13 102/18
103/12 103/12 103/13
stove [2] 162/9 162/10
street [17] 1/24 31/5 32/16 32/17 92/14 93/7
93/18 96/7 101/1 114/5 114/11 138/24
140/16 146/8 146/25 158/15 159/11
stress [1] 116/17
stressed [1] 127/18
strike [1] 9/6
stripe [1] 172/1
strong [3] 32/10 64/17 108/9
struck [2] 42/4 42/18
structured [1] 31/1
struggle [1] 31/25
stuck [2] 19/22 78/21
studied [2] 30/8 30/20
study [1] 108/21
studying [1] 109/20
stuff [10] 62/18 65/17 72/3 72/4 80/11 85/2
86/21 95/7 98/21 148/7
stupid [1] 41/1
style [1] 64/5
subject [1] 81/15
subpoena [5] 12/18 174/18 174/22 175/3
175/16
subsequent [3] 6/2 103/14 103/21
subsequently [1] 33/24
substantial [1] 125/16
successful [2] 8/9 100/3
successive [1] 96/1
such [2] 42/15 49/10
sudden [1] 65/19
sued [2] 142/23 142/23
sufficient [1] 171/2
suggest [1] 152/22
suggested [1] 84/21
Suite [1] 1/21
sum [4] 56/2 123/16 123/18 133/23

**summary** [7] 16/4 18/4 18/22 19/22 137/14
137/16 142/8
summer [2] 7/13 10/19
sums [3] 68/2 88/10 95/3
Sunday [1] 30/25
sundown [2] 155/9 155/10
super [1] 44/12
superintendent [1] 163/10
supplied [1] 175/1
supposed [14] 5/23 45/8 63/19 67/7 74/13
87/2 87/3 87/5 87/11 87/22 94/23 94/25
95/24 128/3
supposedly [1] 63/4
Supreme [1] 139/21
sure [31] 5/14 21/17 31/4 34/6 35/20 40/13
49/11 51/2 51/4 62/10 94/10 95/13 96/12
98/19 103/5 103/5 105/7 134/25 142/14
148/4 151/13 155/4 155/14 166/19 166/21
166/22 174/21 174/23 182/7 189/6 192/16
surely [1] 87/10
surname [1] 167/2
surprising [1] 64/2
surprisingly [1] 58/10
surveillance [1] 188/13
suspect [1] 147/16
suspended [1] 59/10
Sustained [3] 24/22 97/15 106/6
switched [1] 78/8
sworn [4] 28/25 118/18 145/14 163/22
synthetic [1] 156/8
system [6] 30/16 30/24 82/21 171/25 184/8
189/20

**T**

table [12] 33/12 33/24 64/4 106/25 112/6
162/21 163/4 166/3 166/12 168/13 178/11
178/12
Taj [1] 167/24
take [37] 18/25 41/5 43/18 60/8 60/9 67/2
73/23 73/25 76/13 76/16 97/12 111/15
111/17 111/20 120/13 125/3 127/22 134/11
136/3 144/16 144/18 149/25 153/18 154/15
154/15 162/24 170/17 173/17 173/17 173/18
173/23 173/25 173/25 174/3 187/25 191/19
191/21
taken [11] 60/17 94/9 112/9 144/21 147/15
147/18 148/13 186/10 192/5 194/3 196/13
takes [1] 184/7
taking [6] 7/16 162/23 183/15 185/12 185/13
186/5
talk [24] 3/4 4/1 5/7 9/24 18/21 34/12 34/17
36/23 44/10 49/23 54/24 55/3 75/15 79/15
96/13 102/1 114/2 122/16 130/15 132/22
167/17 185/1 187/6 196/7
talked [20] 3/21 6/22 8/23 11/2 16/1 43/21
44/7 62/1 65/15 90/1 91/6 106/24 108/4
109/15 110/13 110/13 114/23 126/8 132/23
136/7
talking [19] 6/1 16/19 17/19 23/6 33/25
36/21 47/22 56/4 63/6 63/7 72/20 79/24 85/3
125/18 133/24 160/24 168/15 170/20 173/20
talks [1] 55/8
Tampa [1] 165/10
tank [1] 156/4
tarot [2] 35/3 69/14
task [2] 10/6 10/9
tax [7] 22/11 168/10 168/11 168/18 169/12
170/12 179/21
taxable [4] 168/10 168/23 168/24 169/3
taxes [1] 188/8

**teach** [1] 116/18
technique [1] 18/20
telephone [4] 17/2 104/2 132/22 132/23
telephonically [1] 104/1
tell [70]
teller [3] 31/13 37/11 72/2
tellers [1] 31/2
telling [13] 12/15 44/8 44/11 45/19 66/18
70/23 77/15 94/12 97/13 110/9 120/24 126/6
161/17
telling-type [1] 120/24
temporarily [1] 95/11
ten [3] 132/8 158/10 190/12
ten-dollar [1] 158/10
tend [1] 32/6
Tenders [6] 84/13 84/15 84/17 85/19 86/16
88/12
tentative [1] 94/10
tenth [1] 157/24
term [2] 15/16 132/17
terminals [1] 19/17
terms [4] 18/19 126/10 165/18 171/16
terrible [2] 41/6 80/8
terribly [1] 110/11
testified [2] 3/13 93/17
testify [2] 12/3 17/22
testifying [3] 194/1 194/2 194/11
testimonies [1] 19/17
testimony [15] 19/8 60/15 82/25 104/19
112/3 193/15 194/3 194/10 194/16 195/11
197/3 197/7 197/10 197/14 197/17
text [1] 192/24
thank [44] 2/11 2/21 19/24 19/25 22/21
22/23 22/24 28/16 28/16 28/18 29/6 60/17
60/16 60/19 98/25 104/17 111/19 111/25
112/4 112/21 113/2 117/18 118/11 118/14
119/4 138/16 141/18 143/11 144/8 144/9
144/23 152/23 153/16 155/18 159/15 163/18
186/16 186/18 191/3 191/17 191/18 191/23
192/4 196/11
thanking [1] 7/6
that's [104]
themselves [2] 181/4
therapist [2] 72/21 72/23
there's [44] 20/25 39/9 58/5 64/4 68/14 76/7
76/8 80/2 80/2 80/3 81/21 82/6 83/11 83/25
84/18 87/8 106/25 107/3 131/20 144/25
162/10 162/10 164/23 165/3 165/9 165/10
165/10 165/11 165/11 165/12 165/14 165/15
165/20 169/18 176/16 177/23 179/4 183/2
183/2 183/25 184/6 184/9 184/13 193/16
They'd [1] 190/19
they'll [9] 166/15 170/1 170/3 170/5 170/6
184/6 184/10 184/14 188/3
they're [12] 55/6 70/23 72/7 72/19 81/9 85/6
165/17 171/11 175/25 185/6 194/23 195/8
They've [1] 181/19
thing [41] 9/6 18/13 36/8 36/19 37/20 39/4
39/12 39/16 39/20 45/15 45/16 46/20 47/6
48/20 49/10 54/4 55/24 62/19 63/20 66/25
69/2 71/25 77/16 78/4 78/20 79/2 79/4 79/19
79/21 86/4 89/10 104/25 105/1 110/3 110/19
115/1 115/1 115/5 115/6 142/8 193/8
things [37] 4/2 5/13 6/3 6/23 17/22 23/13
23/15 30/2 31/9 37/8 37/15 42/19 44/15 45/8
49/21 50/15 51/17 56/9 62/15 63/9 63/10
63/17 70/21 72/6 72/19 78/1 79/12 79/13
87/12 103/8 103/15 114/3 116/17 117/3
142/6 163/2 180/5
think [83]

# T

**thinking [13]**  26/6 31/23 31/24 41/22 51/8 54/3 72/19 78/6 86/6 86/7 86/8 123/3 129/3 180/12
**third [7]**  51/25 52/1 52/2 52/3 53/6 96/10 180/12
**those [50]**  11/24 14/1 18/11 18/12 18/12 18/16 19/20 31/8 35/7 35/19 38/16 46/5 46/8 46/10 46/11 50/17 51/17 53/24 57/14 63/9 65/3 67/25 79/9 82/24 84/18 91/6 117/2 122/19 129/17 134/17 148/22 149/25 152/4 157/7 171/10 174/20 175/13 180/5 181/3 182/15 182/22 183/3 183/8 183/17 185/20 186/22 187/3 189/25 193/2 196/5
**though [6]**  32/11 55/21 72/17 98/17 154/14 170/7
**thought [30]**  5/12 5/17 9/15 16/22 32/2 38/22 49/12 50/22 51/4 52/23 66/4 66/13 66/15 68/12 69/10 69/15 69/18 79/6 85/14 87/1 87/8 97/24 97/25 116/2 124/18 130/23 131/16 131/20 133/19 147/14
**thousand [2]**  114/6 114/6
**thousands [6]**  47/22 47/24 47/24 48/1 171/13 171/15
**three [22]**  29/12 46/4 46/5 59/18 61/22 62/17 67/25 73/11 86/20 88/14 127/9 133/3 136/17 154/1 154/2 157/18 166/8 180/5 185/4 185/7 185/14 185/25
**three-card [1]**  166/8
**three-year-old [1]**  127/9
**threw [1]**  126/5
**thrilled [1]**  155/15
**through [34]**  15/3 17/20 18/24 27/10 35/1 37/18 37/21 38/8 39/10 39/19 44/23 45/4 46/19 47/19 54/6 54/21 69/18 81/16 81/18 82/22 109/6 117/17 135/13 152/21 152/25 153/1 153/8 155/22 156/16 176/18 177/1 178/22 180/4 182/14
**throughout [2]**  165/8 165/9
**Thursday [3]**  51/21 154/15 154/15
**ticket [2]**  173/18 185/18
**Tiffany [1]**  151/22
**time -- you [1]**  77/25
**timed [1]**  192/17
**timeline [2]**  59/9 86/12
**times [35]**  8/4 8/9 11/2 11/2 11/5 11/6 12/6 14/6 15/5 18/21 31/6 34/20 44/24 50/21 55/11 62/17 67/12 67/16 67/22 67/25 69/11 77/7 77/9 81/17 93/16 96/2 102/3 102/14 102/15 115/13 115/21 116/16 132/2 183/9 195/3
**timing [2]**  81/19 184/6
**today [7]**  88/14 108/1 154/8 154/25 155/4 155/6 192/19
**together [6]**  2/18 40/1 110/19 115/3 127/19 165/6
**told [78]**
**tomorrow [3]**  154/13 154/23 195/25
**tonight [1]**  153/24
**too [8]**  32/8 40/11 59/8 61/12 64/23 146/25 169/17 179/11
**took [7]**  18/21 23/8 61/12 127/24 149/20 181/3 181/6
**top [2]**  91/20 176/17
**topics [1]**  79/9
**tortured [1]**  45/1
**total [13]**  89/21 134/2 141/8 153/3 154/3 159/9 159/9 178/25 182/21 183/2 184/11 187/4 189/6
**touch [2]**  12/2 124/11

**tough [3]**  43/14 67/16 67/22
**towards [6]**  69/6 110/3 118/21 121/3 147/16 185/11
**track [12]**  11/14 87/4 87/4 87/5 87/11 87/12 87/14 171/19 174/6 174/10 174/11 187/21
**tracked [1]**  87/19
**Tracy [4]**  163/19 163/22 164/1 197/17
**trained [2]**  116/13 116/16
**training [1]**  40/23
**transaction [5]**  177/23 179/4 179/5 179/7 179/8
**transactions [10]**  82/18 84/18 87/13 87/15 90/2 90/4 168/6 181/2 181/4 183/8
**transcribe [1]**  193/13
**transcript [11]**  1/11 155/16 192/14 193/14 194/15 194/16 194/19 194/22 195/17 195/21 198/14
**transfer [7]**  11/14 73/21 74/16 84/8 128/17 128/19 128/24
**transferred [1]**  11/20
**transfers [4]**  74/6 74/8 74/11 128/25
**transition [1]**  83/24
**travel [1]**  64/9
**tree [3]**  15/9 15/12 15/13
**trial [3]**  1/11 137/14 194/3
**trials [1]**  129/16
**tribal [2]**  164/19 164/20
**tribe [13]**  164/11 164/12 164/14 164/16 165/5 167/19 167/20 174/17 175/14 176/7 177/23 184/25 189/3
**tribulations [1]**  129/16
**trip [8]**  120/16 120/23 132/23 133/1 134/5 134/5 134/6 135/22
**trips [1]**  135/19
**Tropicana [1]**  168/3
**trouble [3]**  9/18 195/7 195/8
**troubles [1]**  123/23
**true [4]**  96/16 181/17 187/10 187/11
**Trump [1]**  167/25
**trust [1]**  126/25
**truth [1]**  77/24
**try [14]**  4/5 14/16 25/6 29/2 29/7 111/22 113/25 118/20 122/15 133/14 136/3 141/13 167/15 188/8
**trying [12]**  39/20 40/2 40/3 44/21 45/3 45/15 46/19 49/14 81/9 130/4 131/19 143/21
**turn [3]**  121/25 128/1 130/19
**turned [5]**  18/16 18/18 62/18 89/8 138/12
**twenties [1]**  110/1
**Twenty [2]**  60/5 162/5
**Twenty-first [1]**  60/5
**Twenty-five [1]**  162/5
**twice [4]**  23/25 27/12 36/15 102/4
**twin [29]**  36/6 36/12 38/1 39/4 40/5 43/8 43/21 44/7 45/13 48/9 52/25 52/25 63/18 64/25 65/15 71/10 74/23 75/1 75/2 75/10 75/25 76/3 77/12 81/8 83/22 85/18 115/2 115/5 115/14
**two [61]**  6/13 12/10 14/1 19/7 26/21 33/12 40/14 46/3 63/9 63/10 79/9 80/16 84/18 89/22 90/19 91/5 91/6 91/22 102/19 113/13 115/22 121/13 125/11 128/25 129/11 129/12 132/23 133/3 134/1 134/22 135/22 139/14 142/6 146/5 151/6 153/25 157/5 157/7 157/7 157/9 157/10 157/17 160/6 165/3 165/11 167/22 179/9 184/24 185/2 185/3 185/4 185/15 185/23 185/25 187/3 187/4 190/3 190/7 190/8 190/11 192/17
**two-week [2]**  125/11 190/11
**two-year [1]**  89/22

# U

**U.S [9]**  13/22 103/23 128/6 128/11 128/13 128/14 137/22 137/23 170/14
**Ueda [2]**  192/13 193/25
**uh [17]**  28/6 34/5 46/16 48/22 52/11 52/13 53/18 60/3 75/16 80/17 88/4 90/3 105/14 108/6 109/7 116/15 190/16
**Uh-huh [13]**  28/6 52/11 52/13 60/3 75/16 80/17 88/4 90/3 105/14 108/6 109/7 116/15 190/16
**UK [1]**  108/20
**ultimately [6]**  9/11 136/12 136/20 137/10 179/1 187/12
**umbrella [1]**  105/18
**unannounced [1]**  147/9
**uncanny [1]**  92/11
**uncertainty [2]**  31/23 32/2
**under [7]**  2/11 60/19 61/7 77/10 93/9 112/19 116/8
**undergarment [1]**  84/15
**undergrad [1]**  29/20
**undersigned [1]**  88/14
**understand [14]**  4/23 25/8 42/6 55/23 56/19 96/18 96/21 97/20 100/14 117/5 124/22 190/3 194/24 195/11
**understanding [2]**  25/3 124/16
**understood [2]**  128/5 155/4
**underway [1]**  127/12
**uneasy [1]**  71/12
**unequivocally [1]**  117/5
**unfortunately [3]**  19/17 40/16 40/24
**unique [6]**  36/5 39/16 42/12 42/17 48/9 78/20
**UNITED [13]**  1/1 1/3 1/13 1/17 28/21 56/25 139/19 144/10 145/21 145/22 150/11 175/1 194/4
**universe [3]**  20/24 20/25 55/10
**unless [1]**  193/16
**unreasonable [2]**  110/11 155/11
**unsure [1]**  92/8
**until [4]**  21/24 53/11 126/13 171/4
**uplifted [1]**  41/18
**upon [4]**  109/2 147/22 148/14 159/10
**uprooting [1]**  41/22
**ups [1]**  81/2
**upscale [1]**  165/21
**upset [3]**  7/20 66/24 67/1
**urgency [7]**  55/13 56/8 59/8 69/5 73/10 81/19 82/9
**urgent [1]**  81/22
**us [33]**  21/1 21/6 24/22 29/2 29/4 30/16 32/13 40/10 40/12 53/22 86/18 88/13 97/15 97/18 109/11 118/25 119/1 121/16 122/2 145/15 145/16 147/6 152/2 153/20 153/20 163/24 163/25 164/9 164/12 167/18 171/4 182/15 195/10
**used [6]**  100/20 142/4 161/16 172/17 178/7 178/9
**uses [1]**  168/12
**using [4]**  68/21 111/10 180/5 181/5
**usual [1]**  36/19
**usually [3]**  20/23 73/9 168/24

**V**

valued [2]  151/23 152/7
various [4]  20/14 102/18 176/8 183/25
vast [1]  69/15
vendors [1]  180/12
venture [2]  127/18 161/21
verify [1]  188/13
versus [1]  139/22
very [48]  7/4 22/22 23/22 24/2 24/6 26/24
36/9 36/10 38/20 39/8 39/16 39/19 39/19
39/22 40/4 40/9 40/15 40/20 40/20 40/20
40/22 42/2 43/14 43/14 62/18 62/19 63/22
66/23 75/16 94/10 95/5 95/23 98/14 99/5
100/15 113/14 117/6 117/9 117/14 117/15
117/18 143/13 161/7 161/12 162/8 184/9
186/21 186/22
vestibule [1]  134/15
via [1]  194/5
victim [6]  11/12 11/17 11/18 11/21 12/15
97/1
Victoria [3]  84/22 84/25 85/20
video [6]  153/19 153/23 154/2 167/22 194/5
194/14
Videotape [2]  195/14 195/23
videotaped [1]  194/2
view [2]  189/19 189/22
Village [1]  114/6
vintage [1]  156/7
virtual [1]  185/18
virtually [1]  18/13
visit [2]  4/2 125/6
visited [1]  20/11
visits [2]  92/14 134/1
Vivian [31]  3/17 3/20 5/7 6/1 6/16 6/22 7/5
7/12 7/19 8/1 9/14 12/20 12/25 13/1 14/2
14/3 14/5 14/24 15/7 15/15 15/22 22/9 23/12
25/22 26/8 27/2 27/5 28/1 28/8 92/19 177/3
voicemail [1]  96/2
Volume [1]  1/10
voucher [2]  173/19 191/14

**W**

W-2 [3]  170/14 170/15 171/6
W-h-i-t-e [1]  164/2
W2G [1]  170/16
wager [1]  185/15
wagered [2]  179/1 187/11
wagering [6]  182/21 182/22 185/7 185/16
185/20 185/22
wagers [2]  185/11 185/13
Wait [1]  53/23
waiting [1]  69/11
walk [1]  32/21
walked [4]  33/9 34/15 34/19 121/10
walking [6]  31/4 32/16 39/14 106/21 110/2
121/2
wander [1]  22/2
want [32]  12/1 19/11 40/11 54/21 68/10 69/4
75/19 77/21 90/25 95/6 103/12 104/14
111/15 135/13 138/7 140/3 153/23 155/13
159/20 176/1 176/3 179/11 184/14 184/15
188/4 188/7 188/8 188/24 189/1 189/23
191/19 192/15
wanted [21]  3/24 6/10 34/18 37/19 40/21
42/13 50/3 50/5 62/24 66/1 69/7 71/8 121/17
123/6 123/16 123/17 123/18 133/6 144/24
154/15 155/3
warm [1]  49/14
warrant [16]  146/2 146/5 146/6 146/8

146/16 146/24 147/4 147/7 147/8 147/20
147/23 147/24 148/14 148/14 150/1 159/10
warrants [2]  146/5 146/12
was -- I [1]  148/5
wasn't [30]  8/14 8/16 19/2 36/18 37/19 37/21
38/14 38/14 52/22 53/15 54/19 64/2 65/25
67/8 70/11 74/13 76/12 76/25 85/9 94/15
97/24 98/19 101/5 106/11 110/15 110/17
152/25 154/14 155/5 162/12
watch [7]  118/14 144/9 148/5 158/2 162/20
162/22 163/2
water [5]  62/15 62/14 62/17 62/20 62/21
Watts [6]  17/8 18/7 19/4 103/23 115/8
115/19
wave [2]  98/18 153/6
ways [2]  20/14 39/9
we -- I [1]  81/8
we'll [10]  60/11 60/15 111/17 111/22 111/25
112/3 191/22 195/9 196/2 196/4
we're [41]  2/4 3/10 54/11 54/13 55/7 56/4
60/9 60/21 64/23 66/5 71/2 72/22 76/25 81/8
82/7 83/21 83/22 83/24 85/3 98/7 102/8
106/24 106/24 112/12 130/2 153/17 154/24
155/4 166/20 166/21 166/22 168/23 173/20
191/20 192/8 192/19 194/6 194/8 195/22
195/24 195/25
we've [7]  16/1 18/18 72/19 75/7 86/12 106/2
192/22
wear [1]  148/7
wedding [1]  163/2
Wednesday [3]  51/20 51/21 51/21
week [11]  43/5 43/10 51/14 51/17 95/15
95/24 96/10 125/11 129/12 190/7 190/11
weekly [3]  51/15 54/22 65/3
weeks [5]  56/5 65/10 73/11 129/12 190/7
weird [3]  52/21 59/23 68/14
Weiselberg [1]  1/20
welcome [6]  2/15 61/1 112/24 145/11 152/24
193/22
well [91]
went [41]  6/15 12/8 17/20 29/20 30/18 33/4
33/6 33/22 34/3 35/1 39/13 42/12 42/25 43/1
43/5 45/12 51/3 51/7 58/11 71/23 72/8 74/1
74/2 84/3 96/6 97/2 97/4 97/21 99/14 99/19
99/25 104/20 104/23 105/2 110/14 121/15
121/22 122/3 124/11 133/7 134/1
weren't [6]  7/21 27/18 43/10 116/14 142/14
159/23
West [11]  1/7 1/24 92/14 93/7 93/18 138/24
140/16 146/8 146/25 158/14 159/10
western [1]  119/25
what -- I [1]  51/19
what the [1]  97/15
What'd [1]  45/17
what's [31]  10/2 33/2 33/16 34/8 57/13 63/1
82/13 83/14 88/1 90/6 90/13 90/16 117/5
138/7 139/4 140/7 140/20 142/1 146/14
146/20 147/2 149/19 150/19 150/19 151/7
158/23 165/18 172/24 175/9 178/21 179/3
whatever [16]  19/17 35/8 45/19 68/16 69/14
70/16 72/7 72/7 72/11 81/6 85/7 89/19 163/6
163/11 166/11 189/1
whatever's [1]  55/10
whatnot [2]  36/9 62/16
When's [1]  72/25
where [58]  4/11 6/24 8/6 17/20 29/13 29/15
29/19 29/22 30/7 33/21 33/21 35/18 40/25
41/22 43/18 53/12 56/6 63/17 63/18 64/4
64/21 65/15 65/21 69/13 70/8 79/12 83/21
93/22 93/24 93/24 100/3 106/25 106/25

108/19 110/23 119/9 127/3 128/21 131/15
134/1 134/11 134/12 136/19 137/1 137/1
138/17 146/6 147/4 150/8 162/12 163/8
164/16 164/24 166/7 172/15 180/1 181/1
195/20
whether [8]  19/21 25/19 26/2 126/10 126/16
130/13 132/9 194/22
while [15]  20/7 41/3 50/22 54/25 62/6 62/12
68/6 73/23 73/24 73/25 73/25 98/5 120/22
121/23 153/17
white [9]  152/6 157/11 157/19 163/19 163/22
164/1 164/2 164/7 197/17
who's [2]  7/17 80/6
whole [15]  37/11 39/4 43/21 45/3 45/15 50/7
66/24 115/1 115/1 115/2 127/18 167/6
169/15 189/17 190/7
whom [3]  27/24 47/10 146/12
whose [3]  26/17 176/1 176/25
why [52]  22/1 34/13 41/19 42/8 42/10 47/15
49/14 49/14 49/15 50/3 54/10 56/3 58/18
60/8 61/24 62/23 68/25 70/10 70/15 70/22
70/25 71/7 72/15 73/6 73/23 74/1 74/16
77/19 77/25 82/4 83/19 84/16 84/16 84/24
87/5 87/13 88/19 98/15 98/22 121/11 123/20
125/22 136/18 153/4 183/25 184/13 186/1
188/5 189/23 194/22 195/17 195/20
why'd [1]  59/3
wife [4]  6/12 7/2 7/6 7/17
willing [4]  152/16 154/13 154/21 155/12
win [16]  168/13 169/7 169/9 171/3 171/6
173/4 173/5 173/8 178/25 184/11 187/1
187/2 187/11 187/12 187/13 188/4
win/loss [4]  178/25 184/11 187/11 188/4
Windis [1]  101/19
window [2]  32/18 170/2
windows [1]  160/6
winning [4]  8/13 168/11 168/24 169/12
winnings [11]  166/22 168/22 168/23 170/18
170/19 171/2 171/19 174/6 188/2 188/7
188/12
wins [4]  169/22 171/1 182/23 183/2
wire [12]  73/21 74/6 74/8 74/11 74/16 83/25
84/2 84/8 90/4 90/12 90/15 128/19
wire-transfer [3]  73/21 74/16 84/8
wire-transfers [3]  74/6 74/8 74/11
wires [2]  61/13 90/19
withdraw [2]  159/21 159/21
withdrawal [5]  83/4 83/5 83/12 83/13 91/15
withdrawn [2]  7/25 188/19
withdrew [1]  73/15
within [7]  43/5 51/14 95/24 125/11 129/3
171/24 192/24
without [15]  5/3 32/8 57/24 103/11 139/25
149/3 159/4 170/24 177/12 179/16 179/23
183/16 190/8 195/4 195/5
witness [22]  2/10 2/22 3/4 18/4 18/19 18/24
19/2 19/5 19/6 28/20 28/25 118/15 118/18
145/7 145/14 153/18 163/19 163/22 175/4
191/25 193/25 194/11
witness' [2]  19/1 195/11
witnessed [1]  16/11
witnesses [5]  18/21 19/3 19/18 106/2 106/7
woman [21]  33/11 45/2 66/4 71/9 71/23
71/23 72/1 79/3 85/16 92/7 92/20 96/21
97/17 123/5 127/4 127/7 127/20 130/24
131/9 133/20 138/23
woman's [2]  42/5 121/18
women [1]  31/25
Women's [1]  120/7
won [10]  137/11 137/11 169/15 170/18

**W**

won... [6]  173/13 174/12 179/2 179/19
179/20 186/23
won't [1]  169/25
wonder [1]  39/14
wording [3]  122/4 184/22 184/24
words [2]  116/7 137/13
work [70]
worked [20]  30/1 37/13 37/18 38/9 51/24
136/16 136/17 167/12 167/14 167/20 167/21
167/22 167/23 167/24 167/25 167/25 168/1
168/1 168/2 168/2
working [9]  10/6 10/8 10/9 10/17 24/1
105/22 125/15 131/20 153/22
world [1]  21/12
worth [7]  152/17 152/19 153/13 159/19
189/13 189/18 189/22
wouldn't [10]  93/5 95/17 105/24 161/21
179/18 183/16 183/16 183/17 189/7 190/9
wow [1]  63/1
wrapped [1]  53/1
wristwatch [1]  58/25 143/21
writing [2]  58/25 143/21
written [5]  56/13 58/16 58/17 59/25 143/25
wrong [7]  16/12 30/25 64/5 103/11 131/21
132/5 187/16
wrote [13]  13/16 45/23 56/12 56/14 56/21
58/3 58/12 58/18 59/10 59/16 61/22 74/3
87/23

**Y**

yard [1]  76/22
yeah [66]  3/12 4/24 5/25 7/15 9/10 9/19 11/3
11/6 11/10 16/10 16/21 16/22 16/25 17/6
20/20 22/3 23/22 27/21 32/24 33/18 38/3
41/6 41/8 43/24 46/25 51/14 52/8 53/3 53/3
56/7 75/16 79/23 79/25 80/6 83/18 83/24
83/24 84/1 86/7 91/20 92/23 92/25 94/13
97/4 100/13 100/15 101/9 102/18 105/1
108/23 108/25 109/4 109/12 109/19 109/25
110/6 113/16 113/16 115/5 117/2 117/14
132/20 162/6 169/18 172/19 187/21
year [23]  23/25 27/13 45/25 46/3 66/9 74/9
76/7 85/15 86/12 89/22 103/22 120/13 127/9
129/3 134/20 138/2 155/10 157/24 171/9
171/14 187/17 187/20 189/5
Year's [4]  114/4 131/3 131/4 131/18
years [31]  6/13 30/4 37/9 40/8 40/14 41/3
41/7 45/24 86/9 109/25 116/11 116/12 133/3
134/22 135/4 135/7 135/10 135/22 145/24
167/4 167/9 167/10 167/11 167/13 167/22
179/9 182/5 182/7 182/22 183/3 187/8
yellow [29]  151/21 156/2 156/4 156/5 156/7
156/9 156/13 156/14 156/21 156/22 156/23
157/6 157/7 157/8 157/21 157/22 157/25
158/1 158/2 158/3 158/4 158/4 158/5 158/6
158/7 158/9 158/10 158/10 158/11
yep [5]  33/20 84/9 93/2 93/21 111/9
yes [329]
yesterday [2]  15/3 26/11
yet [4]  43/11 55/17 132/1 132/1
Yonkers [1]  167/21
York [35]  6/16 29/14 29/16 31/25 31/25
43/14 70/6 108/17 120/13 120/16 120/19
120/22 132/24 133/10 133/12 135/17 135/21
135/23 136/5 136/9 136/10 136/16 137/2
138/24 139/17 139/22 140/17 140/17 146/9
146/9 146/10 146/11 162/15 162/16 167/20
you'd [1]  190/17

you'll [4]  36/19 64/9 64/9 64/14
you're [50]  2/11 3/13 11/12 21/22 28/1 28/13
28/18 41/7 46/13 48/20 55/20 59/6 60/19
63/6 67/2 71/1 71/19 71/20 73/11 74/10
74/23 76/2 76/3 76/21 76/23 77/10 87/3 87/9
87/10 87/11 87/22 99/5 108/7 108/8 112/19
116/20 151/12 151/17 152/24 168/15 170/9
172/15 172/15 172/15 185/16 185/20 185/22
187/24 194/25 195/10
you've [11]  15/17 20/6 66/11 71/16 100/3
104/13 107/25 138/21 173/7 175/10 178/6
yours [2]  48/14 116/7
yourself [4]  20/12 66/3 77/21 123/13