```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                      Case No. 11-80072-CR-MARRA
 3
    UNITED STATES OF AMERICA,      )
 4                                 )
         GOVERNMENT,               )
 5                                 )
         -v-                       )
 6                                 )
    ROSE MARKS,                    )
 7                                 )
         DEFENDANT.                )     West Palm Beach, Florida
 8                                 )     September 6, 2013
    _____)
 9

10                    Volume 8, Pages 1 - 178

11           TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12         BEFORE THE HONORABLE KENNETH A. MARRA

13              UNITED STATES DISTRICT JUDGE

14

15  Appearances:

16  FOR THE GOVERNMENT         Laurence M. Bardfeld, AUSA, and
                               Roger H. Stefin, AUSA
17                             United States Attorney's Office
                               500 East Broward Boulevard
18                             7th Floor
                               Fort Lauderdale, FL 33301
19
    FOR THE DEFENDANT          Fred A. Schwartz, ESQ.
20                             Kopelowitz, Ostrow, Ferguson
                               Weiselberg, Keechl
21                             700 South Federal Highway,
                               Suite 200
22                             Boca Raton, FL 33432

23  Reporter                   Stephen W. Franklin, RMR, CRR, CPE
    (561)514-3768              Official Court Reporter
24                             701 Clematis Street
                               West Palm Beach, Florida  33401
25                             E-mail:  SFranklinUSDC@aol.com
```

```
 1        (Call to the order of the Court.)

 2             THE COURT:  Good morning, everyone.  Please be

 3   seated.

 4             We're back on the record.  Ms. Marks is present

 5   with counsel.

 6             Do we have any issues we need to talk about before

 7   we bring the jurors in?

 8             MR. SCHWARTZ:  No, Your Honor.

 9             MR. STEFIN:  No, Your Honor.

10             THE COURT:  Okay.

11             MR. STEFIN:  In timing the transcript and the tape,

12   rather, I think it's about two or two and a half more hours.

13   I think I go on for approximately one more hour before I

14   finish my direct, and then we took a break on the video, but

15   the video continued to run the entire time because it was a

16   telecommunication hookup, and we couldn't disconnect it.  So

17   I just need a few minutes to be able to cue it to the next

18   location, and that might be a good time to give the jury a

19   10-minute break.

20             THE COURT:  Okay.

21        (The jury enters the courtroom, after which the following

22   proceedings were had:)

23             THE COURT:  Good morning, everyone.  Welcome back.

24   Please be seated.  Hope you enjoyed your day off yesterday,

25   and welcome back to continue with the trial.  We are in the
```

```
 1   middle of the deposition of Ms. Atsuko Ueda, from Japan, and

 2   I think we're going to continue playing that deposition.

 3            MR. STEFIN:  Yes.  We're on page 37, and we're

 4   about halfway down the page on page 37.

 5            (Videotape played.)

 6            MR. STEFIN:  Your Honor, before we take a recess,

 7   at this time, the United States would offer the documents

 8   that were referenced by the witness.  This would be

 9   Government's composite exhibit 110, and we have discussed the

10   documents that were in issue, and the Government has removed

11   some of those documents.

12            MR. SCHWARTZ:  I have no objection, Judge.  We've

13   redacted some of the documents.

14            THE COURT:  All right.  110 will be admitted

15   without objection.

16        (Government's Exhibit No. 110 entered into evidence.)

17            THE COURT:  So are we going to recess now so you

18   can cue up the machine?

19            MR. STEFIN:  Sure, but if I could just take one

20   minute and have permission to publish a couple of the

21   documents that were referenced by the witness.

22            THE COURT:  Sure.

23            MR. STEFIN:  First one is AU-000.

24            The next one is AU-001, a letter referenced by the

25   witness.
```

```
 1                 Moving to the bottom of the page.

 2                 The next one is AU-069.  The top of that page.

 3                 And the next one referenced by the witness, AU-080,

 4       one of the wire-transfer applications.

 5                 That's all I have at this point, Your Honor.

 6                 THE COURT:  Ladies and gentlemen, we're going to

 7       take a 10-minute recess while they get the deposition cued up

 8       for the remainder.  So please, again, don't discuss the case

 9       or form any opinions.  Leave your notes, and we'll see you in

10       about 10 minutes.  Thank you.

11          (The jury exits the courtroom.)

12                 THE COURT:  How much more did you think you have on

13       this, approximately?

14                 MR. BARDFELD:  Another 55 pages.

15                 MR. STEFIN:  I would say approximately 90 minutes,

16       I think.

17                 THE COURT:  All right.  And then your next witness

18       after this is going to be?

19                 MR. STEFIN:  A victim, Gary Tschetter.

20                 THE COURT:  I'm going to again see if the jury

21       doesn't mind and if you don't mind, if we can go a little

22       later into the lunch hour, because I've got a 1:00 o'clock

23       and a 1:30 matter this afternoon that I have to deal with.

24       So need to kind of make the lunch hour a little later, if

25       that's all right with everyone.
```

 1           MR. STEFIN:  Sure.

 2           MR. SCHWARTZ:  Fine with me, Judge.

 3           THE COURT:  The other thing, I was advised by the

 4    courtroom deputy that Mr. Pervenecki, juror number 9,

 5    apparently he has a family member who's very ill and is in

 6    Hospice, and he indicated that if something happens to that

 7    individual he may need some time to deal with those issues.

 8    So we'll have to address that situation if and when it

 9    occurs.

10           MR. SCHWARTZ:  Judge, during the next portion,

11    which is the cross-examination, I think I've given you the

12    section, page 90 to a hundred, where I make that same

13    objection regarding not getting the reports of three or four

14    of her initial interviews with Mr. Stack.  I don't know if

15    you want us just to mute it during that time, because it's

16    discussed for 10 pages on the record.

17           THE COURT:  Is there any reason to have it played

18    to the jury?

19           MR. SCHWARTZ:  No, there isn't.  That's why maybe a

20    short break and Mr. Stefin can fast-forward or something like

21    that.

22           MR. STEFIN:  I don't have any objection to that.

23    It's just the way this was recorded, I don't have the ability

24    to just simply like go from minute 159 to 201 where we can

25    normally do that sometimes when we have these.  So what

```
 1    happens is it jumps sporadically, but I have no control.  I
 2    would be happy to cue it, try to cue it, when we get to that
 3    point but I'll need a minute or two.
 4             THE COURT:  We'll just take another break.
 5             MR. SCHWARTZ:  I don't mind the jury hearing it,
 6    but I didn't think the Court or Mr. Stefin would.
 7             THE COURT:  I don't think we should have the jury
 8    listen to all the legal argument.
 9             MR. SCHWARTZ:  Thank you, Your Honor.
10             THE COURT:  Thank you.
11        (A recess was taken from 10:10 a.m. to 10:29 a.m., after
12    which the following proceedings were had:)
13             THE COURT:  All right.  Let's bring the jury back
14    in, please.
15             THE COURTROOM SECURITY OFFICER:  Yes, Your Honor.
16        (The jury enters the courtroom, after which the following
17    proceedings were had:)
18             THE COURT:  Welcome back, everyone.
19             Please be seated, ladies and gentlemen.  Thank you
20    for your cooperation while we fast-forwarded through the --
21    actually, we didn't fast-forward.  We had to actually do it
22    in real time, so that's what took so long.
23             So we are ready to continue with the deposition.
24             (Videotape played.)
25             MR. STEFIN:  Would this be a good time to stop?
```

```
 1              THE COURT:  If you say so.

 2              MR. STEFIN:  Well, I could finish this last

 3    question.

 4              (Videotape played.)

 5              THE COURT:  All right.  Ladies and gentlemen, we're

 6    going to need to take another short break because there's a

 7    portion of this that we have to go through in realtime.  It

 8    will take a few minutes.  So I apologize for the

 9    interruption.  Please step in the jury room for a few

10    minutes, and we'll be back with you as soon as we can.

11              Thank you.

12         (The jury exits the courtroom.)

13              MR. STEFIN:  This should take only about five

14    minutes.

15              MR. SCHWARTZ:  I would just like to note for the

16    record again, as I've had throughout the trial, that I

17    believe I'm entitled to reports or notes of all of these

18    conversations, and that the procedure that Mr. Stack followed

19    of having many conversations with witnesses and then drafting

20    one summary report is improper and denies me the right to

21    effectively confront the witnesses against my client, as I've

22    also said in my memorandum of law.

23              THE COURT:  All right.  I read the Skilling case,

24    and I didn't see anything in the Skilling case that suggested

25    that the Government is obligated to make a report of every
```

```
 1    interview that they have.  If they have notes that are

 2    exculpatory, they have to turn them over.  But I didn't see

 3    anything in the Skilling case that said that a Government

 4    agent must make a report of every conversation they have with

 5    every witness that they talked to.  Maybe I missed it.

 6         MR. SCHWARTZ:  Your Honor's correct.  The Skilling

 7    case, there were notes that turned out to be exculpatory, and

 8    the Court noted that.  Unfortunately, we don't know what was

 9    said in these conversations because there were no notes.

10         THE COURT:  I understand.  And so I don't know what

11    to tell you.  The Government has represented repeatedly that

12    they have turned over everything that is required under Brady

13    or Giglio.  They've turned over all the notes that they have,

14    and as far as I can tell, unless you have some evidence that

15    exculpatory statements were made and have not been turned

16    over, I don't know that there's any remedy.  You're

17    speculating that because there were conversations and no

18    notes were taken, that something exculpatory must have been

19    said and is being withheld from you, and that's just

20    speculation.

21              That's been the whole theme of the objections that

22    I've heard repeatedly throughout the trial, without any

23    evidence that anything exculpatory's been withheld from you.

24         MR. SCHWARTZ:  And the other half of that, Judge,

25    going away from the Brady objection, is the Jencks objection,
```

1    where we know that there were conversations with the

2    witnesses.  They were interviewed numerous times, and no

3    reports were made, and I believe the Jencks Act requires, and

4    the other cases I cited I believe stand for the fact, that

5    the Jencks Act requires that I get reports when the

6    Government interviews a witness.  But there were no reports

7    made.

8        THE COURT:  Again, I didn't -- I'm not aware that

9    the Jencks Act requires the Government to make a report of

10    every interview of every witness that they speak to.  Maybe

11    I'm missing something, and maybe I didn't read the cases

12    correctly, but that's news to me if that's the law.

13        MR. SCHWARTZ:  Maybe when the Government responds

14    to my memo, Judge.

15        MR. STEFIN:  Well, I think the Court has summed it

16    up correctly.  I'm not certain that I'm going to respond any

17    further.

18        There's only just one thing I want to clarify.

19    With respect to Detective Stack, we have repeatedly told

20    defense counsel that he didn't have notes that we could turn

21    over.  There are other notes that were made by, for example,

22    Agent Watts, that haven't been turned over because they're

23    not Jencks and they're not Brady.  Her notes were converted

24    into reports that have been turned over.  So I just want to

25    make it clear that we haven't turned over all notes from all

1    people who may have talked to any of these victims, but we

2    have I believe complied with Brady by turning over reports

3    that are not Jencks, because they're not the witness'

4    reports, but they're the agent's recollection of what the

5    witness said.

6            But nevertheless, we have turned over any formal

7    report that was prepared with respect to any of our

8    witnesses.  We've turned it over just in an abundance of

9    caution, and I think that's the best we can do.

10           THE COURT:  Thank you.

11      (A recess was taken from 11:13 a.m. to 11:22 a.m., after

12   which the following proceedings were had:)

13           THE COURT:  Please be seated, everyone.

14           We're back on the record.  Ms. Marks is present

15   with counsel.

16           We ready to bring the jury back in?

17           MR. STEFIN:  Yes, Your Honor.

18           MR. SCHWARTZ:  Yes, Your Honor.

19           THE COURT:  Let's bring the jurors in, please.

20      (The jury enters the courtroom, after which the following

21   proceedings were had:)

22           THE COURT:  Welcome back again.  Please be seated,

23   ladies and gentlemen.  Sorry for the interruption, but we're

24   ready to continue with the deposition.

25           MR. STEFIN:  Yes, Your Honor.  We were at the top

```
 1    of page 101.  That's where we pick up.
 2              (Videotape played.)
 3              THE COURT:  All right.  Ladies and gentlemen --
 4              MR. SCHWARTZ:  Your Honor, I think I offered
 5    something in evidence right after that.
 6              THE COURT:  Are you offering it now?
 7              MR. SCHWARTZ:  Yes, I am.
 8              MR. STEFIN:  Objection to relevance.
 9              THE COURT:  Relevance?  What is it?  I don't know
10    what it is.
11              MR. SCHWARTZ:  It's attached to the deposition.
12    It's the --
13              MR. STEFIN:  Well, it's attached -- can we go
14    sidebar?
15              THE COURT:  Yes.
16              It's not attached to mine.
17       (The following proceedings were held at sidebar:)
18              MR. SCHWARTZ:  It's attached to the certified copy
19    of the deposition.
20              MR. STEFIN:  It's not in the original?
21              THE COURT:  No.  If this is the original, it's
22    missing.
23              MR. STEFIN:  And hearsay.
24              MR. SCHWARTZ:  I was testing her memory, and if
25    you'll notice, the time of the interview was from 5:30 p.m.
```

```
 1   to 8:40 p.m., approximately three hours.

 2           THE COURT:  I mean, do you want to just stipulate

 3   that that's --

 4           MR. STEFIN:  Well, Agent Watts is going to testify.

 5   You could bring that out with her.

 6           MR. SCHWARTZ:  But I brought it out with this

 7   witness at the deposition, and that was the reason for my

 8   asking her how long it took.  She couldn't remember, and it

 9   was only 15 days before.

10           THE COURT:  You don't dispute that that's true, do

11   you?

12           MR. STEFIN:  I don't dispute what's on the report.

13   I don't have any independent recollection.

14           THE COURT:  And you don't dispute that that was how

15   long the interview you had with her?

16           MR. STEFIN:  No.

17           THE COURT:  So why shouldn't they be able to get

18   that information in?  I mean, it's certainly relevant to her

19   credibility in terms of her memory.  So, I mean, I don't know

20   how you want to get it in.  You don't need to put the

21   document into evidence.  You can get them to stipulate.

22           Can you stipulate to it or I'll put the document

23   in.

24           MR. STEFIN:  Can I just see the document?

25           I have no objection to this.  I withdraw my
```

```
 1   objection.
 2           MR. SCHWARTZ:  Okay.  It says something you wanted
 3   to say also.
 4           MR. STEFIN:  Yeah, okay.
 5           THE COURT:  What number do you want?
 6           MR. SCHWARTZ:  It would be Defendant's exhibit 13,
 7   Your Honor.
 8           THE COURT:  Okay.  I'll admit it without objection.
 9           MR. SCHWARTZ:  And I'll just publish it.
10       (Sidebar conference concluded.)
11           THE COURT:  I'm going to admit Defendant's
12   exhibit 13 into evidence without objection.
13       (Defendant's Exhibit No. 13 entered into evidence.)
14           Ladies and gentlemen, I think Mr. Schwartz wants to
15   show that to you.
16           MR. SCHWARTZ:  And I would just at this time, Your
17   Honor, publish the memorandum of interview that I was
18   referring to with the witness and note that the time of the
19   interview was 5:30 p.m. to 8:40 p.m., approximately three
20   hours and 10 minutes; and that she did add during the course
21   of that interview that Marks was Miller's mother, Marks was
22   also a psychic and had trained Miller, because Ueda's project
23   or case was very big, and that Miller asked Marks to assist.
24           But I'm introducing it primarily for the fact that
25   it was a three-hour interview.
```

```
 1                THE COURT:  Thank you.

 2           Ladies and gentlemen, it's 10 minutes past 12:00.

 3   Ordinarily we'd break for lunch, and we may still break for

 4   lunch if that's what you want to do.

 5           The issue I'm presenting to you is I have two

 6   matters this afternoon that are scheduled in other cases, one

 7   at 1:00, and one at 1:30.  I expect them to hopefully be over

 8   by a quarter to 2:00.  So my suggestion would be to let's

 9   work at least until 12:30 and then break for lunch so the

10   lunch break isn't so long for you.  But I'll leave it to you

11   if you would rather just break now and come back at quarter

12   to 2:00, that's fine, but I think you would prefer to -- most

13   of you seem like you'd prefer to keep going.  Except

14   Ms. Resk.

15                A JUROR:  I want to keep going, too, but I'm

16   supposed to be meeting someone downtown.  May I text them and

17   tell them I'm going to be late?

18                THE COURT:  Why don't you do that, Ms. Resk.  Okay?

19                Mr. Brown?

20                A JUROR:  I'm just wondering, was that time zone

21   Tokyo time or is that Eastern Standard?

22                THE COURT:  The time on the memo would have been

23   Eastern Standard Time, I presume.

24                MR. SCHWARTZ:  Correct.

25                THE COURT:  Sir, we need to wait for one of the
```

```
 1   jurors to get back.  You can stand right there.
 2             All right.  We're ready to go.
 3             Sir, would you raise your right hand for me,
 4   please.
 5         Gary Gene Tschetter, Government's witness, sworn.
 6             THE COURT:  Please be seated.
 7             All right.  Sir, if you could please tell us your
 8   name and spell your last name for us.
 9             THE WITNESS:  Gary Gene Tschetter,
10   T-s-c-h-e-t-t-e-r.
11             THE COURT:  Thank you, sir.  You may proceed.
12                     Direct Examination
13   BY MR. BARDFELD:
14   Q     Is your last name pronounced like the cheese?
15   A     Yes, it is.
16   Q     How old are you?
17   A     Sixty-one.
18   Q     And where are you from?
19   A     South Dakota, born and raised.
20   Q     Where are you currently residing?
21   A     Naples, Florida.
22   Q     What do you do for a living?
23   A     Self-employed.
24   Q     And what business are you in?
25   A     Road construction.
```

1    Q      What about your educational background?

2    A      High school education.

3    Q      Can you tell us a little bit about your belief system,

4    about your religious upbringing?

5    A      Born and raised Catholic, and Unity Church is my

6    preferred church now.

7    Q      You're currently a member of the Unity Church?

8    A      Yes.

9    Q      Do you have a spiritual belief?

10   A      Absolutely.

11   Q      Are you a religious person?

12   A      Yes.

13   Q      Have you ever been to a fortune teller?

14   A      Yes.

15   Q      When was the first time you went to a fortune teller?

16   A      It would have probably been in the early '90s.

17   Q      What was the purpose of your originally going to a

18   fortune teller?

19   A      Just starting in business, and a friend had went to this

20   lady and was impressed, and I was struggling in my first

21   business as a curb company, and I just went for -- to see

22   what it was like.

23   Q      How'd it turn out?

24   A      Well, it turned out like right on.  She said I was going

25   to make it, and all she saw was money coming my way, which

```
 1    came true in a very short period of time after that.
 2    Q    Did there come a time in your life when you visited a
 3    fortune teller in or around 2009?
 4    A    Yes.
 5    Q    And do you recall where that was?
 6    A    Just on Sunrise, in Fort Lauderdale.
 7              MR. BARDFELD:  May I approach, Your Honor?
 8              THE COURT:  Yes.
 9    BY MR. BARDFELD:
10    Q    I show you what's been marked for identification as
11    Government's composite exhibit 30-1.  What is Government's
12    composite 30-1?
13    A    It's where I went the first time.
14    Q    Okay.  And that's the one on Sunrise Boulevard?
15    A    Yes.
16              MR. BARDFELD:  I move for the admission of
17    Government's exhibit 30-1 into evidence.
18              MR. SCHWARTZ:  No objection.
19              THE COURT:  Admitted without objection.
20       (Government's Exhibit No. 30-1 entered into evidence.)
21    BY MR. BARDFELD:
22    Q    Okay.  Is this the place you went to in 2009 that I was
23    asking you about?
24    A    Yes.
25    Q    Okay.  When you said first time, what were you referring
```

1   to?

2   A    Well, the first time I rang the doorbell at that

3   establishment.

4   Q    Okay.  The first time, though, when we were talking

5   about fortune tellers before, where did that take place?

6   A    Oh, that was in Naples, Florida.

7   Q    Okay.  Just so we're not confused.

8        What was going on in your life when you decided to

9   go to this psychic shop?

10  A    I was in a relationship with a woman over a year and a

11  half, two years.

12  Q    What kind of relationship was it?

13  A    Very serious.  Totally in love with her, and we were

14  going through good and bad times, and it was just one of

15  those days that I drove by and, actually with her, we looked

16  at this a couple times and talked about our beliefs in

17  psychics.  And I was just driving one day and I said --

18  pulled over and I went and rang the doorbell.

19  Q    Were you alone?

20  A    Yes.

21  Q    What was your purpose in going to the psychic at that

22  particular time?

23  A    Just for insight, I guess for insight of my life and if

24  I was going in the right direction by pursuing this

25  relationship.

```
 1    Q    You were just trying to get some answers?

 2    A    Yes, looking where I found answers before.

 3    Q    Well, what was going on in your relationship?

 4    A    Well, I was seeing a woman that we were from the kind of

 5    same background, a farm background, and her children and her

 6    ex-husband through her children believed I was there for her

 7    money.

 8    Q    And were you?

 9    A    Absolutely not.

10    Q    So what'd you do?

11    A    Well, I kept pursuing her before this, and we've been

12    back together a couple times, and the children toe-eed

13    (phonetic) on her, just was keeping us apart.

14    Q    At the time you walked into this psychic shop in 2009,

15    where was your relationship at that point?

16    A    On again, off.  Was not seeing her, I don't think at

17    that moment, if I recall right.

18    Q    So what did you do when you went to the shop?

19    A    I asked for a card reading.

20    Q    Do you recall who you asked for a card reading from?

21    A    It was Cynthia.

22    Q    I show you what's already been marked into evidence,

23    admitted into evidence as Government's exhibit number 33.  Is

24    this the Cynthia you're referring to?

25    A    Yes, it is.
```

```
1    Q    And when you walked into the establishment at that time,
2    what'd you do?
3    A    Well, she came down, and we went up and we went into a
4    little room off to the side and sat down, and, you know -- I
5    mean, it's been years ago.  We talked a little bit, and she,
6    as you do with a psychic, you just sit there and talk.  And,
7    of course, I kinda withheld and don't tell them much.
8    Q    Why did you withhold?
9    A    Well, I like to see what they come with, if they pick up
10   anything of relevance that might -- that I believe they're
11   good at what they do, I guess I would say.
12   Q    What was your emotional state at the time you walked in
13   and saw Cynthia Miller?
14   A    Well, desperately trying to let Mary know that what we
15   have was real, and we were soulmates, and I was in love with
16   her and I wasn't going to let her just slip away because of
17   money, I guess, the children that were older, keeping us
18   apart.
19   Q    Okay.  You've referred to someone as Mary.  Who was
20   Mary?
21   A    Mary Handle.
22   Q    Okay.
23   A    A woman that --
24   Q    She was the woman that you were in love with?
25   A    Yes.
```

```
1    Q    So you meet with Cynthia Miller at that time.  You talk

2    to her.  Did you pay for her?  Did you pay for your initial

3    session?

4    A    Yes, it was -- I think it was four readings for a couple

5    hundred dollars.  She said to do more than one reading, which

6    you normally would do with a psychic, like I did before, and

7    I agreed upon that.

8    Q    And what kind of readings were those?

9    A    Card, tarot card.

10   Q    Had you had tarot card readings before with the other

11   psychic?

12   A    Yes, every time I saw her.  Yes, every time.

13   Q    Okay.  Every time.  You had only seen a psychic one

14   other time, right?

15   A    No, but I -- one psychic, but I saw her over -- I saw

16   her for a year, maybe a year and a half.

17   Q    We're talking about the first psychic now?

18   A    The first psychic.  Yes, I saw her many times.

19   Q    Okay.  So back with Cynthia Miller.  She started giving

20   you readings, correct?

21   A    She gave me one reading.

22   Q    Okay.  And you paid for four sessions, I think?

23   A    Yes.

24   Q    What happened in that first meeting?

25   A    We -- you know, as you normally do, you talk, and then
```

1    we -- she did a card reading.  Of course, I'm a little

2    progressive, so I was going, wow, you do it different than

3    the last one I went to, and she explained this is how she

4    does it.  And she did the reading.

5    Q     Did she say anything interesting or anything that peaked

6    your curiosity during that initial reading?

7    A     If anything sticks out in my mind, that I had a dark

8    cloud over my head on relationships my whole life.

9    Q     What did you think about that?

10   A     Well, I had been married three times, so you would think

11   that, yeah, I haven't picked the right woman in my life.

12   Q     Okay.  But you thought this Mary person was the right

13   woman?

14   A     Without a doubt.

15   Q     So you left that first meeting.  Do you come back and

16   see Cynthia Miller again?

17   A     Yeah, if I remember, I think it was only one reading

18   with Cynthia, almost for sure, and then the second reading

19   was, I went in the room like normal, and she said I have a

20   special treat for you.

21   Q     And what was that special treat that she had for you?

22   A     To meet Joyce Michaels, which is Rose that I didn't

23   know -- I was introduced to as Joyce Michaels.

24   Q     And why was that a special treat?

25   A     Because she was -- she didn't really say a word besides

```
 1   she -- only -- how'd she say it?  She was very -- I don't
 2   remember the exact words, but it was that she was the creme
 3   de creme of psychics.  She was -- only took special people.
 4   She didn't say that, but that's what she referred, that she
 5   was very good at what she did, and I was very fortunate to
 6   have her come and meet with me.
 7   Q    Tell us about your dealings with Joyce Michael.  Did you
 8   start dealing with -- well, what name did she introduce
 9   herself as?
10   A    Joyce.  I don't know if she even told me her last name
11   the first time I met her, but Joyce.
12   Q    Okay.  And was that at the same location that you first
13   met Cynthia?
14   A    Yes.
15   Q    What happens in your first meeting with Joyce Michaels?
16   A    It was -- we sat and visited.  Again, that long ago I
17   can't remember exactly what we talked about, but just really
18   just to get to know each other, I guess, and she had no tarot
19   cards.  And I said, you don't use tarot cards, and she says,
20   no, I don't.  My abilities, I don't need to use -- she didn't
21   say props, but she did not need to us anything like that.
22   Q    Did she tell you anything about her abilities at that
23   time?
24   A    That she -- to the best of my ability, she had the gift
25   her whole life since she was a little girl, the best if I can
```

1    remember.

2    Q    Did she refer to her abilities as a gift?

3    A    Well, I believe so.  I don't know if she used those

4    words.

5    Q    And what kind of representations did Joyce Michaels make

6    to you during that first meeting with her?

7    A    I don't understand what . . .

8    Q    Well, what'd she tell you?  What did she have the

9    ability to do?

10   A    Boy, it's -- that first meeting I think the dark cloud

11   came up, and it's not unusual, and it's not nothing to be

12   worried about.  But I can't remember a lot of details of the

13   first meeting besides that, of the dark cloud and

14   relationships.  And I think she picked up on a serious

15   relationship without me saying that I was in, and I don't

16   remember a lot of detail about the first meeting.

17   Q    Okay.  Did there come a time when you had a second

18   meeting with her?

19   A    Oh, yes.

20   Q    By the way, in that first meeting, did you pay her

21   anything?

22   A    I can't remember if I wrote the check, but she says, I'm

23   very expensive.

24   Q    And how expensive was she?

25   A    And I said, well, how expensive are you?  And she said

```
 1   $1900 one-time fee to take it as far as -- take it all the
 2   way.
 3   Q    And what --
 4   A    Spend as much time with me as she had to for the $1900.
 5   Q    And it was going to be $1900?
 6   A    Yes.
 7   Q    Were there any other fees that she would charge you?
 8   A    No, that was the only fee that I was to be charged.
 9   Q    What was she going to do for you for the $1900?  Did she
10   tell you?
11   A    Well, we were going to work together in a way to connect
12   Mary and I together through her.
13   Q    So your goal -- what was your goal when you went to see
14   Joyce Michaels?
15   A    My goal was to have guidance on how to win Mary back or
16   get Mary back in my life full-time.
17   Q    And did Joyce Michaels tell you how she was going to
18   accomplish that goal?
19   A    In detail probably not, but in her abilities to work
20   energies through me to get the energies from Mary and connect
21   our energies, and she would be able to help guide that.
22   Q    Did she tell you what she was going to need in order to
23   do that?
24   A    The $1900.
25   Q    Okay.  And what was she going to do, though?  She was
```

```
1   going to connect energies, but did you know how she was going
2   to connect energies?
3   A    Well, I'm trying to think how exactly.  Well, through
4   meditation, through her work, through her psychic abilities
5   to channel.
6   Q    Okay.  And the goal of this was to get you and Mary
7   together?
8   A    Yes.
9   Q    When you first paid her the $1900 for the fee, did she
10  tell you how long the work was going to take?
11  A    She said that would -- she would do -- stay with me as
12  long as it took for the $1900.
13  Q    And did you understand that the work would take a week,
14  a month, a year?  Did you have any idea?
15  A    I was hoping it was going to take a couple weeks, but,
16  you know, there was no time limit talked about, no.
17  Q    Did there come a time when she started asking you for
18  more money?
19  A    Yes.
20  Q    Well, let's go back a little bit.
21       After the second meeting you write a check.
22  A    I don't know if I gave her the -- I'm thinking I gave
23  her the $1900 check the first meeting, but it could have been
24  the second.
25       MR. BARDFELD:  May I approach, Your Honor?
```

```
 1                    THE COURT:  Yes.

 2   BY MR. BARDFELD:

 3   Q     Can you take a look at Government's exhibit 109A.

 4   A     Yes.

 5   Q     Can you identify that?

 6   A     Yes.

 7   Q     And what is that?

 8   A     That's my personal checking account for $1900.

 9            MR. BARDFELD:  I move for the admission of

10   Government's exhibit 109A into evidence.

11            MR. SCHWARTZ:  No objection.

12            THE COURT:  Admitted without objection.

13       (Government's Exhibit No. 109A entered into evidence.)

14   BY MR. BARDFELD:

15   Q     And that's a check written on January 15th, 2009, for

16   $1900 to Joyce Michael; is that correct?

17   A     Yes.

18   Q     And that was the fee?

19   A     That was the fee.

20   Q     Was it your understanding at that time that the $1900

21   fee was paid, that you were going to have to pay any more

22   money to accomplish your goal?

23   A     No.

24   Q     And why was that your understanding?

25   A     Because that's what she said.
```

```
 1    Q    So after you paid that first $1900 fee, do you go and

 2   see her again?

 3    A    Yes.

 4    Q    And when was that?

 5    A    It had to be shortly after that.  I mean, I don't

 6   remember the date without --

 7    Q    I'm just saying you don't need dates, but a week

 8   later --

 9    A    Within a week, I'm sure it was.  A short time.

10    Q    And at that next meeting what kind of things did you

11   discuss?

12    A    We started getting deeper into it, and --

13    Q    Well, deeper into what?

14    A    Into our goals.  You know, again, I can't remember word

15   for word what went on in that second meeting.  It's later on

16   that it's more clear, but it was the goal to have Mary and I

17   get together.  It was a relationship thing, and then that was

18   brought up, and it was the relationship, and we talked about,

19   you know -- again, I can't remember that conversation in much

20   detail at the second meeting.

21    Q    Okay.  But the idea of it was to accomplish your goal,

22   which is to get back together with Mary?

23    A    Absolutely.

24    Q    And how was she going to do this?  What was she going to

25   do?
```

```
 1   A     It was for the word "channeling."  She had the psychic
 2   abilities to work through me to get to Mary to start feeling
 3   what was going on in her and my meditations.
 4   Q     Did she tell you how she was going to channel your
 5   energies with Mary?
 6   A     Well, we were going to do it through some contact and
 7   what she felt from Mary.
 8   Q     What kind of contact are you referring to?  Are you
 9   talking about actual contact, direct contact with her?
10   A     Well, I was trying even at that time, and within that
11   time Mary and I -- and, again, I'm not sure of the dates, but
12   Mary and I did see and work together in the time after I
13   started with Joyce.
14   Q     And so as you said, was it an on again/off again
15   relationship?
16   A     Yeah, and we did spend some short periods of time
17   together.
18   Q     Did Joyce Michaels tell you anything about needing money
19   from you besides the $1900 fee?
20   A     Not at that point.
21   Q     Okay.  At what point does she --
22              THE COURT:  Well, Mr. Bardfeld, why don't we take a
23   lunch break now, and we can start on that new area when we
24   get back.
25              All right.  Ladies and gentlemen, let's take our
```

```
 1   lunch recess.  Again, thank you for cooperating in working

 2   into the lunch hour.  Don't discuss the case, don't form any

 3   opinions.  Leave everything, and if we could see you back at

 4   1:45.  Thank you.

 5        (The jury exits the courtroom.)

 6            THE COURT:  Sir, if you could not discuss your

 7   testimony with anyone during the recess, and we'll see you at

 8   1:45.  Thank you.

 9            And, again, if I could ask counsel to just make

10   some room on the tables, because I've got people coming.

11        (A recess was taken from 12:31 p.m. to 1:47 p.m., after

12   which the following proceedings were had:)

13            THE COURT:  Please be seated, everyone.

14            Okay.  We ready to proceed?

15            MR. BARDFELD:  Yes, Your Honor.

16            THE COURT:  All right.  Ms. Marks is present with

17   counsel.

18            Sir, can you please come back up.

19            You're still under oath, sir.

20            THE WITNESS:  Yes.

21        (The jury enters the courtroom, after which the following

22   proceedings were had:)

23            THE COURT:  Welcome back, everyone.  Please be

24   seated, ladies and gentlemen.  Thank you again for

25   cooperating on the scheduling of the lunch.  I appreciate
```

```
 1    your cooperation.
 2              Mr. Bardfeld, you may continue.
 3              MR. BARDFELD:  Thank you, Your Honor.
 4    BY MR. BARDFELD:
 5    Q    Mr. Tschetter, we had talked about your connecting
 6    energies with Mary, right?
 7    A    Yes.
 8    Q    And that was your goal to do that?
 9    A    Yes.
10    Q    And Joyce Michaels was going to help you do that?
11    A    Yes.
12    Q    Did she tell you how she was going to help you do that,
13    what she was going to do, what kind of instruments she was
14    going to use, things like that?
15    A    I think that was a progression.  She's using meditation
16    and her powers to feel Mary's energy and feel what she was, I
17    don't know, thinking, but what her feelings were and the
18    emotional state she was in was -- jumps out at me that, you
19    know, she was distraught about our relationship.  And it just
20    progressed from there over the two years.
21    Q    Let's talk about that.  How did it progress?  How did
22    your relationship with Joyce Michaels progress?
23    A    Well, after the first -- we had that first meeting.
24    Then the second meeting was still at the Sunrise office or
25    their psychic room.  And that was the last time I was there,
```

```
 1    I think.  I remember walking around, looking at all the books

 2    and looking at her establishment that I knew was there for a

 3    long time.  And then we had that meeting, and I think that

 4    was the last meeting we were there.  And then it went to

 5    different places, her house most of the time.

 6    Q    I was going to say, what other places did you go to?

 7    A    Her home, restaurants.

 8    Q    When you went to her home, what kind of things did you

 9    discuss?

10    A    Well, we worked on, you know, the progression of us

11    working with Mary and meditation.

12    Q    And how is that working out?  How were you progressing?

13    A    Not really knowing the timeline exactly, while we were

14    together I did have some contact with Mary, and we did get

15    together just a very few times after that before it started

16    getting more isolated, where I didn't see Mary anymore.

17    Q    And when you stopped seeing Mary, what, if anything, did

18    Joyce Michaels do to help you?

19    A    Well, we worked on communication.  Meaning I wrote, I

20    guess in other words love letters, feelings, letters to her,

21    if I texted them on my phone or lengthy ones I did

22    handwritten, and I did send -- we sent them together that

23    way.

24    Q    When you say you sent them together, who sent them

25    together?
```

```
 1    A    Joyce and I would sit together, and then we would read
 2    it and work with our energies and then we would e-mail it to
 3    her.
 4    Q    Okay.  So Joyce knew your innermost secrets at this
 5    point?
 6    A    By that time probably, yes.
 7    Q    Okay.  Did there come a time when you started providing
 8    her with money?
 9    A    Yes.
10    Q    And when did that happen?  Approximately when did you
11    start providing money to Joyce Michaels?
12    A    I would have to look at the date of the checks, but it
13    was within a month or two, I suppose.  Maybe a little longer.
14    Q    Well, did you provide documents to the United States
15    Government in relation to your financial dealings with Joyce
16    Michael?
17    A    Yes.
18    Q    And have you had an opportunity to review the documents
19    that you provided to the Government?
20    A    Yes.
21         MR. BARDFELD:  May I approach, Your Honor?
22         THE COURT:  Yes.
23 BY MR. BARDFELD:
24    Q    I show you what's been identified as Government's
25    composite exhibit 109.  Can you describe what's in
```

```
 1    Government's composite 109?

 2    A    Yes, it's a yellow notepad with my handwritten notes of

 3    the monies I gave her at that time the best of my knowledge,

 4    because some of it was from memory, because I started doing

 5    it after we met, after the numbers start getting a little

 6    bigger.  And then this is my Wachovia Bank account where it

 7    shows the money leaving the account, which I circled.

 8    Q    Okay.  Those are your financial records, though, that

 9    you provided?

10    A    Yes.

11          MR. BARDFELD:  At this time I'd move to admit

12    Government's composite exhibit 109 into evidence.

13          MR. SCHWARTZ:  No objection.

14          THE COURT:  Admitted without objection.

15       (Government's Exhibit No. 109 entered into evidence.)

16    BY MR. BARDFELD:

17    Q    Okay.  Looking through Government's composite 109, can

18    you tell us the first time you believe you started giving

19    cash to Joyce Michaels?

20    A    5/22.

21    Q    Okay.  And how much did you give at that time?

22    A    $3600.

23    Q    And why did you give her $3600 in cash at that time?

24    A    At that time she said that she had to have a medium to

25    work through.
```

1    Q     I'm sorry, a medium to work through?

2    A     A medium to psychically work through.

3    Q     Okay.

4    A     If that's the word was used.  I'm not sure.  And I don't

5    know if she said it at that point, but she said I can't have

6    one of Mary's fingers or a piece of her to work through, so I

7    have to work through some medium, and the root of all evil,

8    even our relationship, was money keeping us apart.  So, of

9    course, money was going to be the medium.

10   Q     So she told you that money was going to be the medium

11   through which she was going to connect your energies with

12   Mary?

13   A     Yes.

14   Q     And did she tell you how she was going to work with that

15   money?

16   A     She -- you know, no other term, we actually had a little

17   session where a lots of the times where we would actually

18   touch the money, feel the money, transfer it to her, and she

19   would touch the money through my hands to her hands and put

20   it in an envelope and put it there.  And that was going to be

21   my money connecting to Mary because of the money situation,

22   and that was going to be her medium which she was going to

23   gain energy.

24   Q     Did you think that was strange?

25   A     Yeah, I freaked out a little bit even at the $3600, and

```
 1    I questioned her, and she reassured me.

 2    Q    How did she reassure you?

 3    A    That the money was strictly going to be used for the

 4    energy and that she assured me that every -- all the money

 5    would be given back to me when we reached our goal.

 6    Q    All of the money except for the original $1900 fee,

 7    right?

 8    A    Except for the -- yeah, and she made a point in saying,

 9    but the $1900 money is mine.

10    Q    Directing your attention to composite exhibit 109-GT02,

11    does that provide any more information about money that

12    you -- cash that you provided to Joyce Michaels?

13    A    Yeah, I've got totals here.

14    Q    And when's the first date that you have on GT02 as

15    providing money?

16    A    2/9 I have maybe 3000, question mark, 4000, total

17    $227,900.

18    Q    So that's the total amount that you sent?

19    A    To that date, which would -- I don't have a year here.

20    Q    Okay.  So how often were you meeting with Joyce Michaels

21    when you were trying to connect energies with Mary and trying

22    to get her back?

23    A    Often.  I lived in Fort Lauderdale, if I wasn't in the

24    Bahamas.  I would have to say probably weekly, but we talked

25    on the phone very regularly.  I called her quite a bit
```

1    talking to her, but we met very regularly.

2    Q    And, again, most of the time what did you talk about?

3    A    Talked about progression, talked about Mary's emotion

4    and my emotion.  She was letting me know that Mary was very

5    emotional about our relationship, she was crying, she was

6    home, she was very upset about it, she didn't know what to

7    do.  Times she would say, well, she almost called you.  I

8    felt that she had the phone in her hand and then she got

9    scared, things like that.  And we talked a lot about me and

10   where I was at and . . .

11   Q    And where were you at?

12   A    I was --

13   Q    I know this is difficult for you.  Take your time.

14   A    I was trying to hold a relationship together that I

15   thought was my soulmate, and still believe that to this day,

16   believe it or not, but it was -- yeah, it was some hard

17   times.  It was tough.

18   Q    When Joyce Michaels asked you for money for the work,

19   what numbers did she come up with?

20   A    Well, six and nines, you know, because my birthdate's

21   6/6, so you think of the devil, which is -- I don't believe

22   in that part of it.  And she would go, no, it could be nines,

23   it doesn't matter.  So everything seemed to add up to six or

24   nines.

25   Q    And when she asked for money, did you willingly give it

```
 1    to her?

 2    A     Yes.

 3    Q     Why?

 4    A     I believed in her.  I trusted her.  I saw that office

 5    there.  I mean, I've been in Lauderdale quite a few years,

 6    and I don't ever remember not seeing that psychic office

 7    there, 10, 15 years.  Went to her home, two-plus million

 8    dollar home, and people that work for her or may have worked

 9    for her, I think she told me 12 or 15 years.  Just the whole

10    thing was, well, where is she going to go?  She's been here a

11    long, long time.

12    Q     By the way, did she ever use a name other than Joyce

13    Michaels?

14    A     No.

15    Q     Who is the person that you were dealing with trying to

16    connect psychic energies with your soulmate, Mary?

17    A     Who was the person?

18    Q     Yeah.  Is she in the courtroom today?

19    A     Yes.

20    Q     And can you identify her?

21    A     Yes.

22    Q     What's she wearing?

23    A     The white with the tie.

24              MR. STEFIN:  Let the record reflect that the

25    witness has identified the Defendant.
```

```
 1            THE COURT:  Yes.
 2   BY MR. BARDFELD:
 3   Q    Did you -- you did not know her as any name other than
 4   Joyce Michaels?
 5   A    No.
 6   Q    When's the first time you learned her name was Rose
 7   Marks?
 8   A    I was gone for two months, and I came back, and we had
 9   been talking.  I guess it was August, I think.  We had been
10   talking all the way up, and all of a sudden the last week
11   before I came home, which, when I was going to come in to
12   demand all my money, there was no phone call.  I kept
13   calling, calling, calling.  There was no answer.  And as soon
14   as I landed I was driving to her home, and I looked at it --
15   which, I went right by the store off the side street onto
16   Sunrise, and I saw the glass broke.  And first thing popped
17   in my mind is something happened to her, she got robbed
18   because of this cash that was probably laying around for me
19   and all the other clients.
20            Went right to her house and saw that the glass
21   broke out of that.  And it had to be mid morning.  Only
22   reason I remember that because I went next-door to the left
23   of the home and started knocking on her door and nobody came.
24   And I just kept knocking and knocking and knocking because
25   there's dogs there.  And the guy came to the door was kinda
```

```
 1    mad at me.
 2             And I said what happened next-door?  That's when he
 3    said Rose, and I said her name a couple more times.  He
 4    looked at me, said -- like he didn't acknowledge Joyce, and
 5    he said Rose.
 6    Q    Okay.  That's the first time you ever knew her as
 7    anybody other than Joyce Michaels?
 8    A    Yes.
 9    Q    Let's go back to where we were.
10             You were dealing with her.  You start giving her
11    significant amounts of money?
12    A    Yes.
13    Q    Did she tell you to do anything in relation to Mary
14    besides writing letters?
15    A    Oh, we did many things.
16    Q    Like what?
17    A    If I was in Lauderdale, and I had a condo there, and she
18    would say, at this hour I would like to have you go there
19    early, be quiet and start meditating, and, you know,
20    thinking, clearing your head and thinking about Mary.  And
21    then she was going to meditate at the same time and channel
22    through.
23             She had me go down to Coconut Grove where Mary
24    lived.
25    Q    Tell us about that.
```

```
 1    A    Well, she lived at the Ritz Carlton in the condos above
 2    the hotel.  And one particular time I went down there and
 3    there was a fashion show going on downstairs.  I said, well,
 4    she is going to come down for that for sure, and I thought at
 5    least get to see her.  And I got there and I called and said
 6    I was downstairs, if I remember right, and, of course, she
 7    didn't come down.
 8            Then I sat there for many hours, and then I left
 9    and then --
10    Q    Well, where'd you sit while you were there?
11    A    At the bar in the lobby of the Ritz Carlton.
12            And when I left and called Joyce back she goes,
13    well, I'm sorry I had to do that.  I didn't think she was
14    going to come down, but you being there was very important to
15    me to do my work.
16    Q    Why did she say it was very important?
17    A    Because I was that close to Mary.
18    Q    Did you believe that at the time?
19    A    Yeah, because you really feel the energy.
20    Q    And any other things that you did?
21    A    Oh, yes.  I went down there more than once and didn't go
22    in the building, was just in the area.  I stayed down in a
23    different hotel at, you know -- in Coconut Grove area one
24    night, and actually just checked in.  And she says, well,
25    it's not working, you can go ahead and leave.  And I said,
```

```
1    well, I'm checked in, I might as well stay.
2              And then there's times I was just literally down
3    there in the parking lot, right next to her building as -- to
4    have the energies, our energies that close together for her
5    to do her work.
6    Q    Did you do that on your own, or were you directed by
7    Joyce Michaels to do that?
8    A    No, I was directed by Joyce to do that.
9    Q    On most of the occasions that you went down to Coconut
10   Grove to see Mary, were you directed to do that?
11   A    Yes.
12   Q    Let's talk a little bit more about the money.
13             There comes a time when you're dealing with her on
14   a frequent basis, right?
15             How frequently is she asking for money for you for
16   the work?
17   A    I would have to look at that book, but it -- how far
18   apart they were.  June 22nd -- I mean 5/27 -- 5/22, 5/27,
19   6/17, 8/17, 8/19, 8/21 twice, 8/23, 9/2, 10/2.  Then it jumps
20   into 8/13, big ones, 8/13, 8/24.
21   Q    Let's talk about the big one.  You said 8/13, I think?
22   A    Yes.
23   Q    What was that?
24   A    How much?
25   Q    Yes.
```

```
 1    A      $48,000.

 2    Q      48,000?

 3    A      Yes.

 4    Q      How did that particular transaction occur?

 5    A      I --

 6    Q      No, I don't mean was it a wire-transfer, cash or

 7    anything like that.  How did Joyce Michaels -- well, how did

 8    you come to give Joyce Michaels $48,000?

 9    A      That one was tough.  I had really, really drilled her on

10    it, and I think we had quite a discussion, if I remember

11    right.  I know we had several of these.  Every time I gave

12    her money I had a heavy discussion.

13    Q      What kind of discussion did you have every time you gave

14    her money?  Wait until I finish.

15    A      Okay.  Was from the very beginning every single time,

16    this is cash that I don't need now, but we're in a recession,

17    and this is my money from my company if it gets in trouble.

18    Q      Why was that significant to you?

19    A      Because this money was money I got by selling half of my

20    yacht, and it was money I didn't need right then for the

21    company because I was trying to make the company survive on

22    its own, and I did want to get the money out of the eyes of

23    my people running my company, because if it's there they

24    think they should be able to dip into it.

25                So there was a whole bunch of time there that it
```

```
 1   was just, wow, I want to do this anyway, so I started doing

 2   it.

 3           But the 48 was tough.  I went, what?  I said --

 4   yeah, that was tough.  It was really tough.

 5   Q    Okay.  And do you see how you provided that money to

 6   her?

 7   A    I would have to dig in here.  I'm not -- there was two

 8   big ones.  One I wired it to her from the other coast where

 9   my company's at, and I don't see it.  It was out of my

10   checking account at that time.  Here's some wire-transfers.

11           Oh, $45,000, 6/17/2009.  I wired it to the Bank of

12   America.

13   Q    Okay.  But that's different than the $48,000, right?

14   A    Yes.  Yes, it is.  I would have to look back at my

15   scratching.  Yeah, forget that total.  Yes, it would be.  I

16   don't have that total.  That was '09, so that was the first

17   year.

18           That was 6/17/2009.  Wire-transfer.  That was

19   different than the 45 -- than the 48.  Forty-eight would have

20   been cash.

21   Q    Okay.  So how did you give the 45,000?  That was the

22   first --

23   A    Oh, here it is now.  I see the 48 over here.  8/13/09.

24   So later, the 48 was.

25   Q    Let's go back to the first one, which would have been
```

```
 1    June 17th, 2009.

 2    A    Okay.

 3    Q    That's $45,000, right?

 4    A    Yes.

 5    Q    And how did you provide that $45,000 to Joyce Michael?

 6    A    I wire-transferred it.

 7    Q    And from what account did you wire-transfer it?

 8    A    From -- well, I took cash in.  I remember that because

 9    they were giving me a hard time because she needed it

10    immediately.  I do remember that that day, and I'm just

11    recalling this now.  She needed it that day, and I got mad at

12    the Bank of America because I think I had a cashier's check

13    or cash, and they were -- it was a cashier's check, but they

14    weren't going to make it good until the next day and it upset

15    me.  I said what do you mean?  It's just like cash.  I do

16    remember that.

17    Q    Was there some significance to the fact that she needed

18    the money immediately?

19    A    Yeah, for the work she was doing.  It was -- this was --

20    recall, it was pressing that she got that money immediately.

21    Q    And you did as directed, right?

22    A    Yes.

23    Q    Did you question her at all?

24    A    Absolutely.  I questioned Joyce about it.

25    Q    Tell us about questioning her on that.
```

```
 1   A     Joyce, this is -- this money is my money that I have to

 2   have for my company down the road here that I know is coming,

 3   and she just kept assuring me, Gary, I'm not touching this

 4   money, this money is in a safe place, and you will get this

 5   money back.

 6   Q     You said that she had told you that it was in a safe

 7   place.  Did she tell you where that safe place was?

 8   A     No, she didn't ever mention that except at one time when

 9   I was -- I demanded the money.  And she says, well, it's

10   going to take me two or three days to gather it together.

11   It's in different places.  But I thought it was -- I assumed,

12   without ever asking her, that there was a big safe in her

13   bathroom in her master bedroom, and I'm assuming that's where

14   it was going.

15         But at that point when I said that, she says it's

16   in several places, it's going to take me three days or so to

17   gather the money.

18   Q     When you said you assumed, you had been to her house

19   before, right?

20   A     Many times.

21   Q     And you saw a safe in the house?

22   A     Yes.

23   Q     Is that why you assumed it?

24   A     Yes.

25   Q     So you start giving significant amounts of money to
```

```
 1    Joyce Michaels.  What are you doing as you're giving her the
 2    money?
 3    A     Well, we're doing just an array of meditations.  Later
 4    on, we were writing -- I mean, I remember I gave her the
 5    letters.  She requested the letters.
 6    Q     Are these the letters that you had written to Mary?
 7    A     Yes.  There was several.  There were letters that I was
 8    writing, handwriting.  There was a little book about this big
 9    on little notepads that I wrote in.  She had me write in my
10    thoughts and feelings on a daily basis.  I had that full,
11    just whatever came to mind.  But the letters I wrote to Mary
12    were to Mary personally from me, and we never changed them
13    that much.
14             Some of mine were too heavy, and she said, no,
15    that's too heavy to send to Mary right now, Gary, that to be
16    later on.  Things like that.
17    Q     As you were progressing in your relationship with Joyce
18    Michaels, how was your relationship with Mary going?
19    A     Pretty well distant by then.  The time element, I mean I
20    flew to Wisconsin once when she was there.  It wasn't
21    really -- after a few months, it was kinda going cold.  She
22    was being -- she was pushing me away.
23    Q     So how long do you continue to give Joyce Michaels
24    money?
25    A     Over two years, I guess.  You know from 2009, because I
```

```
 1   can look at the bank records, you know, from 3/5/2009, and I
 2   don't know when the last one in this record is.  Well, still
 3   2009, and we'd have to keep looking here.  I mean, all the
 4   way -- I don't know how much I gave her in 2011.
 5   Q    Well, do you know what the total amount that you gave
 6   her --
 7   A    Yeah.
 8   Q    -- from 2009 to 2011 was?
 9   A    Yes.
10   Q    And how much did you give her over that period of time?
11   A    A quarter of a million dollars.  I have 259,000 here
12   with some other pluses underneath it.  So around -- rounded
13   down, $250,000.
14   Q    And of that $250,000, how much of that were you -- was
15   supposed to be returned to you?
16   A    All of it.
17   Q    And why do you say all of it was supposed to be returned
18   to you?
19   A    Because we talked about it every time I gave her money,
20   90 percent of the time I said -- as it went on, I started
21   getting more concerned how important -- that was a lot of
22   money, and that I really had to have it for my company.
23   Because of course at this same time my company's plummeting.
24   Q    Did Joyce Michael ever tell you how hard she was working
25   on your case?
```

```
 1    A    All the time.

 2    Q    And what kind of things would she say about it?

 3    A    She worked all night, and she was exhausted.  She was

 4    getting massages because she was so exhausted working on my

 5    case.  She never -- you know, she would reiterate she hardly

 6    slept at all last night, when we met the next day, she had

 7    worked on it all night long.

 8    Q    At any time during your relationship with her when you

 9    were in her house did you see any renovations being done at

10    her house?

11    A    Yeah, major.

12    Q    Did you say anything about those renovations?

13    A    Yes, I did.

14    Q    What did you say about those?

15    A    Is my money doing these renovations, in a joking way.  I

16    did say it in a joking way.

17    Q    And what did she say?

18    A    She laughed and said, no, I don't need your money, I

19    have my own money.  I'm not -- it was just brushed off.

20    Q    Did she say where she got her own money from?

21    A    Not specifically.  Her husband was a contractor, and,

22    you know, she did say that's -- she doesn't like this

23    Mercedes because her husband wanted her to have it, but, I

24    mean, just in general said that her husband was a general

25    contractor.
```

```
 1    Q     Did you also see any high end vehicles at her house?

 2    A     Yeah, and that scared me a lot.  Yeah, Ferraris.

 3    Q     Why did that scare you?

 4    A     Well, I started going, wow, and I said -- she goes, I

 5    don't know anything about those, that's my son's car.  He's

 6    been trading and swapping cars and reselling cars forever.

 7    Q     Did there come a time -- well, you had already testified

 8    about that, that you received some of your money back?

 9    A     Yes.

10    Q     How did that happen?

11    A     The order of it was, as we said before, I -- at one time

12    I demanded my money back, and that's when she said it would

13    be two or three days for her to gather it.  And then a couple

14    days later we met and she said, I will not give up on you,

15    Gary, I've got too much invested, and all this money will be

16    for nothing if I give you the money back.  There was a period

17    of time later --

18    Q     Hold on a second.  When you asked for that money back,

19    were you asking for your entire $250,000 back at that time?

20    A     Yes, I was done then.  I was done at that point.  I

21    just -- it was -- I emotionally couldn't handle it anymore.

22    Q     So you asked for your money back, and she said she

23    didn't want to give up on you.  So what did you do?

24    A     We kept going, and, you know, the company was getting by

25    there, and some money came, so I was a little -- you know, I
```

1   probably didn't need that right now.  And then I asked --

2   then I was in deep, and I asked, I demanded I have $80,000

3   back, if I remember the number right.

4   Q    And why did you ask for $80,000?  Why was that number

5   significant to you?

6   A    My company.  My company.  It was the bare minimum I

7   needed to survive for another week.

8   Q    And did she provide the $80,000 back to you at that

9   time?

10  A    No.

11  Q    How much -- did she -- did she provide anything back to

12  you at that time?

13  A    Yes, 65,000, if I recall.

14        MR. BARDFELD:  May I approach, Your Honor?

15        THE COURT:  Yes.

16  BY MR. BARDFELD:

17  Q    I show you what's already been introduced into evidence

18  as Government's composite exhibit 523.  This is SW-131900438.

19        MR. BARDFELD:  May I approach, Your Honor?

20        THE COURT:  Yes.

21  BY MR. BARDFELD:

22  Q    What is that particular document?

23  A    It's a cashier's check made out to me from Joyce

24  Michaels, Inc.

25  Q    And what's the amount?

```
 1    A      66,000.

 2    Q      Okay.  So she gave you 66,000, not $65,000 back, right?

 3    A      Yes.

 4    Q      Okay.  When you asked for 80?

 5    A      Yes.

 6    Q      Okay.  Was it significant to you that she did not give

 7    you the full $80,000 back that she demanded -- that you

 8    demanded?  I'm sorry.

 9    A      Now, in hindsight, I was happy to get it.  She says

10    that's all I could get together, and I never -- I don't think

11    I ever questioned her about it.

12    Q      Did you think it was strange that that's all you --

13                MR. SCHWARTZ:  Objection, leading.

14                THE COURT:  Sustained.

15  BY MR. BARDFELD:

16    Q      Did there come a time when you asked for more money

17    back?

18    A      Yes, I think so.  Yes.

19    Q      Oh, I'm sorry.

20    A      It was, I needed payroll, if I remember right.

21    Q      And did she come up with more money at that time?

22    A      Yes, because I looked through the documents, and I think

23    it was 14,000 I had to have for payroll that week, that I

24    couldn't even make payroll.

25                MR. BARDFELD:  May I approach, Your Honor?
```

```
1              THE COURT:  Yes.
2   BY MR. BARDFELD:
3   Q    I show you what's been marked as Government's
4   exhibit 109B.  Can you take a look at that?
5   A    Yes.
6   Q    And what is that?
7   A    It's a Chase Bank, recipient Joyce Michaels Consultant,
8   Inc., and paid to Slumber Ventures, LLC, which is my business
9   account for the yacht for $14,000.
10  Q    And is that the $14,000 that you demanded back for
11  payroll?
12  A    Yes.
13          MR. BARDFELD:  I move for the admission of
14  Government's exhibit 109B into evidence.
15          MR. SCHWARTZ:  Without any objection, Your Honor.
16          THE COURT:  Admitted without objection.
17     (Government's Exhibit No. 109B entered into evidence.)
18  BY MR. BARDFELD:
19  Q    If you knew that Joyce Michaels wasn't keeping the money
20  that you provided to her in a safe place, would you have
21  provided it to her?
22  A    Absolutely not.
23  Q    If you knew that Joyce Michaels was using the money that
24  you provided her for her own personal use, would you have
25  provided it to her?
```

```
 1    A    Extremely, absolutely not.

 2    Q    If you knew that the money you provided to Joyce

 3  Michaels, all of the money that you provided to Joyce

 4  Michaels, except for the $1900 fee, would not be returned,

 5  would you have provided it to her?

 6    A    No.

 7           MR. SCHWARTZ:  Objection, misstates the evidence.

 8           THE COURT:  Sustained.  Rephrase the question.

 9  BY MR. BARDFELD:

10    Q    If you -- if you knew that all of the money that you

11  provided would not be returned, would you have provided it to

12  her?

13    A    No.

14           MR. SCHWARTZ:  Objection, misstates the evidence.

15           THE COURT:  Overruled.  He said "all."

16  BY MR. BARDFELD:

17    Q    You can answer that.

18    A    No.

19    Q    When did you find out -- you started briefly discussing

20  how you found out that this woman is not Joyce Michaels but

21  is Rose Marks, right?

22    A    Yes.

23    Q    And you said you went to a neighbor?

24    A    Yes.

25    Q    And found out at that point?
```

```
 1    A     Yes.

 2    Q     That's the first time you found out that she was not

 3    Joyce -- yes, she was not Joyce Michaels?

 4    A     Yes.

 5    Q     Did that surprise you?

 6    A     Yeah, it scared me to death.

 7    Q     Why did it scare you?

 8    A     For obvious reasons.  Two broken windows and hauled off

 9    by the police, he said.  And I was hoping it was going to be

10    a break-in, and it wasn't.  And I said, oh, wow, heart into

11    the stomach.

12    Q     Did you ever go to law enforcement officials about your

13    dealings with Joyce Michaels?

14    A     Yeah, first, I went to the jewelry store below the

15    store, to find out if what I was assuming was true, and they

16    said it's in the papers.  And then from there I drove down to

17    Fort Lauderdale Police Department on Broward.

18    Q     And what happened when you went there?

19    A     I went in there and asked about the case, and after

20    saying where it was at, and because I didn't have the right

21    name, they gave me a case number and a detective.

22    Q     Did you have to be persuaded by anyone that you were a

23    victim of fraud?

24    A     No.

25    Q     Let's go back a little bit into your testimony.
```

```
 1                   At any time before your relationship with Joyce
 2      Michaels was over, did she ever tell you you were close to
 3      finishing the work?
 4      A    Yes.
 5      Q    And what did you do when -- well, what happened as a
 6      result of your being close?
 7      A    It's quite a ways back into it, you know, but it was --
 8      she said we should be close.  It's within two weeks, that we
 9      should be done with the work.
10      Q    And approximately when was that?
11      A    Oh, I cannot recall that date.
12      Q    Is there anything in this notebook that might help you
13      recall the date?
14      A    I don't think so.
15      Q    Okay.  Well, was it early in the relationship, late in
16      the relationship?
17      A    It was over halfway through probably, just guessing.
18      Q    Was it significant to you that you were close to
19      finishing the work?
20      A    Yes.
21      Q    And why was that significant to you?
22      A    Because I was going to -- we were close to me being
23      reunited with Mary.
24      Q    As we sit here today, was the work ever completed?
25      A    Well, no.  I'm not with Mary.
```

```
 1    Q    And that was your goal?

 2    A    Absolutely.

 3    Q    Did there come a time when she started talking about

 4    other people besides Mary?

 5    A    Well, she gave up on Mary.  She told me one day, Mary's

 6    gone.  Quote-unquote, Mary's gone.

 7    Q    Did you give up on Mary at that point?

 8    A    I still haven't given up on Mary.

 9    Q    So what else did she tell you when she told you that

10    Mary was gone?

11    A    Well, at that time -- obviously, it's been a couple

12    years.  So I had met a person and I had a short relationship

13    with through the holidays, and she pursued to see about this

14    girl for me.

15    Q    And what happened as a result of that?

16    A    We spent some time.  I don't know if she went into her

17    art studio or not, but we together drove by her house.

18    Q    We together being you and Joyce?

19    A    Yes.

20         And she said this girl's all over the place, she's

21    out there, so to speak.

22    Q    And what happened with your relationship with that

23    person?

24    A    She was right on that one.  She was out there.

25    Q    Okay.  Anyone else?
```

```
 1   A     Yes.  Right at the end, I have a high school classmate

 2   since seventh grade that lives in Fort Collins, and I was

 3   going out, my daughter's in Denver.  I was going out.  I saw

 4   her, and we actually tried for a short period of time for a

 5   relationship, but we are just great friends, and we realized

 6   in a short order that we were going to be friends for life

 7   and nothing else romantic was there.

 8   Q     So that one didn't work out either?

 9   A     No.

10   Q     Did there come a time that you were contacted by

11   representatives of Ms. Michaels?

12   A     Yes.

13   Q     Were you asked to do anything?

14   A     Yes.

15   Q     What were you asked to do?

16   A     It was a PI in Fort Lauderdale called me, and we visited

17   about, kind of what we're doing, only real short version of

18   it, the first one, and I think that was it for that visit.

19   And the second visit they wanted me to sign a document.

20   Q     And what kind of document did they want you to sign?

21   A     Made out by them, that they were going to pay me back

22   when this was over, I think it was $50,000 and then $10,000

23   after that.

24             MR. BARDFELD:  May I approach, Your Honor?

25             THE COURT:  Yes.
```

```
 1   BY MR. BARDFELD:

 2    Q    I show you what's already been introduced into evidence

 3   as Government's composite exhibit 109.  This is GT-034,

 4   GT-035, and GT-036.  Can you identify this document?

 5    A    Yes, I got that on the second visit to the PI, and she

 6   wanted me to sign it right there, and I did a quick review

 7   and didn't even read the whole thing and said, why are you

 8   guys giving me this?  My attorney should be making out a

 9   payback plan to be giving to you to sign.  Why would I sign

10   this?

11            And I didn't even read it all, and I never even got

12   to my attorney, because after I read it myself in depth, I

13   would never sign it.

14            MR. BARDFELD:  May I publish that, Your Honor?

15            THE COURT:  Yes.

16   BY MR. BARDFELD:

17    Q    Can you read that?  Do you have a screen in front of

18   you?

19    A    I don't know.  Do I?  It's not on.

20            THE COURT:  On the right-hand lower in the right.

21            THE WITNESS:  Yes.

22   BY MR. BARDFELD:

23    Q    Okay.  And this is a document that was provided to you

24   that they wanted you to sign?

25    A    The PI provided, yes.
```

```
 1    Q    And did you sign it?

 2    A    No.

 3    Q    Okay.  Can you read that?

 4    A    You want me to read it out loud?

 5    Q    Please.

 6    A    The whole thing?

 7    Q    Well, let's go through the first paragraph.

 8    A    That's one of my stage frights.  I can't read out loud.

 9    It's a phobia of mine, believe it or not.

10    Q    Would you rather I read it?

11    A    Yes.

12    Q    Okay.

13             "In the matter of Gary Tschetter and Rose Marks,

14    General Release and Settlement Agreement with Confidentiality

15    Clause.

16             "Know all men by these presents, that the

17    undersigned, Gary Tschetter, hereafter Releasor, does hereby

18    acknowledge and accept as full and fair in settlement of all

19    claims against Joyce Michaels/Rose Marks and/or any person,

20    employee, agent, independent contractor, owner, operator or

21    other person engaged in the operation of the aforementioned

22    individuals' business as a psychic advisor, hereinafter

23    Releasee, the sum of $50,000 within one month at the end of

24    the case of the United States versus Rose Marks, et al., and

25    $10,000 per month thereafter until a full amount of $180,000
```

```
 1    is paid."

 2             Now, that's, the $180,000 comes from the money that

 3    you provided less the money that she gave back to you, right?

 4    A    Yes.

 5    Q    "The aforementioned payment is accepted by Releasor as

 6    full and fair settlement in satisfaction of and as sole

 7    consideration for the full release and discharge of all

 8    causes of action, claims, and/or demands whatsoever that may

 9    now or hereafter exist against Releasee.

10             "Further, Releasor hereby states that the payments

11    referenced herein are made at Releasee's own discretion as a

12    partial refund for services contracted for by and between the

13    parties.

14             "Releasor acknowledges and affirms that neither

15    Releasee nor any other person exercised undue influence over

16    her decision --" should be "his" with you, right?

17    A    (Nods head.)

18    Q    You need to answer yes.

19    A    Yes.

20    Q    Okay.

21             "-- over her decision to enter into this

22    contractual agreement, and acknowledges that he was not the

23    victim of fraud, theft or any other act of civil or criminal

24    wrongdoing by Releasee.

25             "Releasor acknowledges and affirms that this
```

1    settlement is in no way indicative of any unlawful or illegal

2    act by Releasee and does not constitute an admission of guilt

3    or liability for any crime or civil cause of action.

4            "Releasor acknowledges and affirms that he

5    knowingly and voluntarily entered into a valid contractual

6    relationship with Releasee for the provision of services, and

7    that Releasee has offered this settlement to her own exercise

8    of discretion and not as the result of any valid legal claim

9    possessed by Releasor.

10           "Releasor further acknowledges that any and all

11   fees or monies that were paid by him to Releasee that are not

12   part of this settlement are the rightful property of

13   Releasee, the same having been rightfully earned through the

14   performance of the services contracted for."

15           Why didn't you sign this agreement?

16   A    You just read it.  I wouldn't sign.  It was their's.  It

17   was all their way.

18           MR. BARDFELD:  One moment, Your Honor.

19           I have no further questions.

20           THE COURT:  Thank you.

21           Cross-examination.

22                        Cross-examination

23   BY MR. SCHWARTZ:

24   Q    Good afternoon, Mr. Tschetter.  How are you?

25   A    Good.

1    Q    Good.

2         You said that if you didn't know -- if you knew

3    Rose was not keeping all of this money, let's say in her safe

4    in the house, you would never have given it to her, was that

5    a fair statement?

6    A    In a safe place.

7    Q    Safe place.

8         You asked her for money back; is that right?

9    A    Yes.

10   Q    She gave you money back, didn't she?

11   A    Yes.

12   Q    I mean, 66,000 and 14,000 is not chump change, is it?

13   A    No.

14   Q    That's real money.

15   A    Yes.

16   Q    You gave her rightfully 260,000, and she gave you back a

17   little less than a third when you asked for it; is that

18   right?

19   A    Yes.

20   Q    You stated on your direct examination, and I tried to

21   write it down exactly -- I'll find it, but that you were

22   coming back from being out of -- away for, I think a month.

23   Were you in the Bahamas?

24   A    You're talking about August --

25   Q    In August of 2011.

```
 1   A     I believe I was in Black Hills, South Dakota.

 2   Q     And that's where you're originally from?

 3   A     I'm originally from South Dakota, yes.

 4   Q     You were coming back from South Dakota, you had been in

 5   touch with her --

 6   A     Yeah, the whole time.

 7   Q     -- a lot while you were away, and when you were coming

 8   back you were coming back to ask for your money back; is that

 9   right?  Isn't that what you testified to?

10   A     Yes.

11   Q     But you never got a chance to come back and ask for the

12   rest of your money back, because when you came back you found

13   out that she had been arrested?

14   A     Yes.

15   Q     And Mr. Bardfeld said did anybody persuade you, have to

16   persuade you that you were a victim of fraud, and you said,

17   no, not at that point.

18   A     Well, no, it was kind of a --

19   Q     It was kind of obvious.

20   A     Yes, it was a slap in the face.

21   Q     You found her windows broken, you found out she had been

22   arrested, and you went to the police station and they told

23   you she was arrested for fraud; is that right?

24   A     Yes.

25   Q     Didn't that all persuade you you were a victim of fraud?
```

```
 1    A     It's being obvious then.

 2    Q     Yeah.  Well, it was obvious only because they indicted

 3    her and they arrested her; is that right?

 4    A     Yes.

 5    Q     Had she not been indicted and not been arrested and you

 6    had asked for more money back and she gave it to you, would

 7    you have thought you were a victim of fraud?

 8    A     Well, no.

 9    Q     And did you learn that the Government took all her

10    jewelry when she was arrested?

11    A     I was told that by the jewelers downstairs, that they

12    took all of -- I don't know.  I don't know how that came --

13    Q     Okay.  But you learned that they took jewelry?

14    A     I learned that they took -- they busted in the house and

15    took what was there.

16    Q     Okay.  And they took the cars, right?

17    A     I didn't know that, but . . .

18    Q     Well, did you read any newspaper articles or any --

19    A     Never read one article about it, because I'm not a very

20    computer -- computer illiterate, and I tried to look it up

21    and I never, ever actually read one line of press on it.

22    Q     Did you learn that they attached her house and her real

23    property?

24    A     No.

25    Q     And eventually, that part of the house was released to
```

```
 1   be sold?

 2   A    No.

 3   Q    Did you learn that the Government, in the first, second,

 4   third --

 5               MR. STEFIN:  Objection.

 6               MR. SCHWARTZ:  Can I ask the question?

 7               THE COURT:  Well, if it's about superseding

 8   indictments, sustained.

 9   BY MR. SCHWARTZ:

10   Q    Did you learn that in a series of indictments, the

11   Government moved to forfeit all of her property?

12               MR. BARDFELD:  Objection.

13               THE COURT:  Just talk about the current indictment.

14               MR. SCHWARTZ:  Okay.

15               THE COURT:  Doesn't matter.  Just ask him if he

16   learned --

17   BY MR. SCHWARTZ:

18   Q    Okay.  Did you learn that the Government in the current

19   indictment is attempting to forfeit $25 million from her?

20   A    No.

21   Q    Okay.  Did you learn that -- did Valerie Rivera, I think

22   it was, the private investigator, did she say that Rose

23   wanted to pay back your money?

24               MR. BARDFELD:  Objection, hearsay.

25               THE COURT:  Sustained.
```

```
 1              MR. SCHWARTZ:  Your Honor, he's talking --

 2              THE COURT:  Sustained.

 3   BY MR. SCHWARTZ:

 4   Q     Did you have a conversation with Valerie Rivera, the

 5   private investigator?

 6   A     Yes.

 7   Q     And is that the person who you testified to on direct

 8   examination, the private investigator who gave you the

 9   release form?

10   A     Under direct examination?  I don't understand.

11   Q     Okay.  When Mr. Bardfeld was asking you questions, he

12   asked you about a private investigator, right?

13   A     Right.

14   Q     And you talked about a private investigator?

15   A     Right.

16   Q     You called her a PI, I believe.

17   A     Yes.

18   Q     And the private investigator is the person who gave you

19   the release form; is that correct?

20   A     Yes.

21   Q     And in the course of giving you the release form, did

22   you come to believe that Rose wanted to pay you back the

23   balance of your money when this case was over and she got her

24   assets back?

25   A     That's when I talked to you.
```

```
 1   Q    Okay.  But did you also learn that from Valerie?

 2   A    Yes.

 3   Q    Okay.  And without talking about the entire text of the

 4   release form yet, and we'll get to it, did that release form

 5   contemplate you getting back all of your money, the balance

 6   that was owed to you?

 7   A    I'm not understanding the question, contemplate.  What

 8   do you mean?

 9   Q    And I'm sorry, I shouldn't use those kind of words.

10        Did the form say that when the case of U.S. versus

11   Rose Marks is over, Rose would give you back 50 grand and

12   another 10 grand a month until you got back $180,000?

13   A    Yes, as we read.

14   Q    Okay.  And 180 was what was still owed to you, right?

15   A    Yes.

16   Q    And the form also -- did it also say that, however, over

17   and above what was given back to you, that was her money, it

18   was earned by her, and she was allowed to keep it for her

19   services?

20   A    The $1900.

21   Q    Well, it didn't say 1900, but it said any amount over

22   that; is that right?

23   A    Yeah, if that's what it says.

24   Q    You want me to read it to you?

25   A    Well, I didn't sign it.  It's been a long time since I
```

```
 1    read it.
 2    Q    Okay.  You'll have to forgive me.  Reading in public is
 3    my problem, too.
 4              Let me direct you to the last sentence of the third
 5    paragraph:
 6              "Releasor further acknowledges that any and all
 7    fees or monies that were paid by him to Releasee that are not
 8    part of this settlement are the rightful property of
 9    Releasee, the same having been rightfully earned through the
10    performance of the services contracted for."
11              Do you read that -- do you hear that sentence?
12    A    Yes.
13    Q    And isn't that true?
14    A    Yes.
15    Q    Other than the 259, and she's giving you back 260, but
16    other than the 259 that you claim you gave her to hold and
17    the other money you gave her, which would have been the
18    original fee, was money paid for her services that she
19    earned; is that right?
20    A    The $1900.
21    Q    Right.  That's the only other money you gave her, right?
22    A    Besides the quarter of a million, yes.
23    Q    260, 259.  I don't want to cheat you.
24              But isn't that what the release says?
25    A    Yes.
```

```
1    Q    Okay.  So the release that she was asking you to sign
2    said you were going to get back -- and I'm summarizing it
3    now -- the whole 260 or 259,000 you gave her, which she said
4    wasn't to be paid for services but was rather to be used for
5    other things, and that the 1900 that she got was for services
6    and that she did the work for it, is that fair?
7    A    Yes.
8    Q    Whether you were happy with the outcome of what she did
9    or not, do you contest, do you dispute that she did at least
10   $1900-worth of work for you?
11   A    Oh, yes, she did.
12   Q    Okay.  And that she was entitled to keep that 1900?
13   A    Yes.
14   Q    And that she said she was going to give you back, during
15   the course of your relationship, she said she was going to
16   give you back the 259; is that right?
17   A    Yes.
18   Q    And she's not disputing that in the release, is she?
19   A    No.
20   Q    And she gave you back a little less than a third of the
21   259 already when you asked for it; is that right?
22   A    Yes.
23   Q    And you never got a chance to come to her and ask, back
24   in August, for the rest of that money; is that right?
25   A    No.
```

1   Q    You couldn't.

2   A    No.

3   Q    Her housing was being paid for by the Government at that

4   time, right?

5   A    Yes.

6   Q    And she was in jail?

7   A    Yes.

8   Q    And it took her a while to get out; is that right?

9   A    Yes.

10  Q    You were aware of that?

11  A    Yes.

12  Q    So you said you object to this agreement.  Is the only

13  part of the agreement that you objected to the fact that you

14  had to acknowledge -- well, let me take it a piece at a time.

15         Do you object -- we're going to take it really

16  backwards.  Do you disagree with the fact that you

17  acknowledge and affirm that you knowingly and voluntarily

18  entered into a valid contractual relationship with her for

19  the provision of services, and that she offered this

20  settlement in her own exercise of discretion and not as a

21  result of any valid legal claim possessed by you?

22  A    I rejected this agreement because I read two paragraphs

23  of it in the PI's office and went, no way I'm signing this,

24  and I left the office.

25  Q    Okay.  But did you enter into a valid contractual

```
 1    relationship with Rose?

 2    A    A verbal contractual relationship, absolutely.

 3    Q    Okay.  And it seems, and maybe you can tell me where I'm

 4    wrong, it seems that she's, in this release, willing to live

 5    up to that contract, doesn't it?

 6    A    On your terms.

 7    Q    Well, on the terms that she's not giving you the money

 8    while she's in jail; is that right?

 9    A    Yes.

10    Q    And she can't give you the money when the Government has

11    all her assets, could she?

12    A    No.

13    Q    So as soon as this case was over, she was going to --

14    she's at least agreeing to pay you back all of your money,

15    but she has to pay it out.

16    A    Yes.

17    Q    Did you have a problem with that?

18    A    I had a problem with this release not being made out in

19    my behalf.

20    Q    So you would have rather had your attorney make it out?

21    A    Well, of course.

22    Q    But the other sentence before that, it says that

23    Releasor, that's you, acknowledges and affirms that this

24    settlement is in no way indicative of any unlawful or illegal

25    act by the Releasee and does not constitute an admission of
```

```
 1    guilt or liability for any crime or civil cause of action.
 2              Did you have a problem with that?
 3    A    Those are your words.
 4    Q    But did you have a problem with that?  Did that sentence
 5    bother you in any way?
 6    A    The whole thing bothered me.
 7    Q    I understand, but I'm asking you about that sentence.
 8    Do you mind?
 9    A    No.  I don't understand the question.  I don't
10    understand what you're asking.
11    Q    Okay.  You had been asked to sign a release releasing
12    Rose from being sued or in any way complained about by you;
13    is that right?
14    A    Is that what it says?
15    Q    That's what the form basically says.  I'm interpreting
16    it.  You can read it any way you want to.
17    A    Your question is?
18    Q    Did you have a problem with releasing her if and when
19    she paid you the money that you claim she owed you?
20    A    If I got my $180,000, I have no problem.
21    Q    So if you got your 180 back, according to the terms of
22    what you say was the oral agreement, and I'm not disputing
23    that, then you would have had no claim against her civilly.
24    You had no basis to sue her, would that be fair?
25    A    I've never brought a lawsuit against her.
```

```
1    Q    Okay.  And I'm not saying you did.
2              And if she lived up to what you said was the oral
3    agreement you had, she wouldn't be guilty of the crime of
4    fraud, would she?
5              MR. BARDFELD:  Objection.
6              THE COURT:  Sustained.
7    BY MR. SCHWARTZ:
8    Q    Did you have a problem signing a release that's saying
9    if she gave you the $180,000 back, you would agree that it
10   did not constitute an admission by her of guilt or liability
11   for any crime?
12             MR. BARDFELD:  Objection.
13             THE COURT:  Overruled.
14             THE WITNESS:  Yes.
15   BY MR. SCHWARTZ:
16   Q    Why?
17   A    Because I wasn't going to sign this form, so I didn't
18   agree with this form.
19   Q    I understand that.
20   A    Okay.
21   Q    And we've heard that, and I'm not arguing with you.
22   A    I'm not understanding the question.
23   Q    Okay.  The form -- I understand you have a conceptual
24   agreement (sic) with the whole form.  You would rather a form
25   written by your attorney, right?
```

```
 1    A      Yes.

 2    Q      If your attorney put a sentence in a release form

 3    saying, by signing this release, Gary Tschetter agrees that

 4    this release and the payment by Rose does not constitute an

 5    admission of guilt or liability for any crime, would you have

 6    had a problem with that?

 7              MR. STEFIN:  Objection, calls for speculation.

 8              THE COURT:  Overruled.

 9              THE WITNESS:  I don't know how to answer that.

10    BY MR. SCHWARTZ:

11    Q      Yes or no?

12    A      Would I have a problem -- let me ask you the question, I

13    guess.  Would I have a problem saying that she was guilty of

14    a crime or not?  That's not my place to judge that.

15    Q      Okay.  Whose is it?

16    A      We're sitting in the room that's making that decision.

17    Q      Okay.  So that wasn't the reason you didn't sign the

18    release, was it?  It was because your attorney didn't write

19    it, is that fair?

20    A      Read it.  I don't know anybody who would read that who

21    would never take it to his attorney before he'd sign it.

22    It's too much mumbo --

23    Q      Too much legalese.

24    A      There we go.  Thank you.

25    Q      Forgetting about when you signed it, I don't think --
```

```
 1               MR. BARDFELD:  But he did not sign it.

 2               THE WITNESS:  I didn't sign it.

 3               MR. SCHWARTZ:  I understand.

 4  BY MR. SCHWARTZ:

 5  Q    Forgetting about when you were asked to sign it, I don't

 6  think we got to the second page.  And let me show you the

 7  first full paragraph on the second page.  Do you see that?

 8  A    Move it over a little.  Yeah.

 9  Q    Is that better?

10               Putting aside for a moment that Valerie may have

11  tried to rush you into signing this, does the second

12  paragraph ask you to acknowledge and agree that you have

13  consulted with and been represented by legal counsel in the

14  negotiation and execution of the settlement and have received

15  legal advice and guidance from said counsel pertaining to the

16  terms and conditions of this agreement?  Do you see that?

17  A    Yeah.

18  Q    Did you ever take the agreement to your attorney and

19  confer with him as to whether you should or should not sign

20  it?

21  A    No.

22  Q    As it stands now, assuming Rose were to be found not

23  guilty in this case, would you expect her to honor her

24  commitment and pay you back your $180,000?

25  A    I would hope so.
```

```
 1    Q      And you and Rose became friendly, didn't you?

 2    A      I called her "mother."

 3    Q      And you went to her house often, didn't you?

 4    A      Yes.

 5    Q      How often did she entertain you at her home?

 6    A      Many, many, many, many times.

 7    Q      And did she talk to you about any books that she wanted

 8    you to read?

 9    A      Oh, yes.

10    Q      What book was that?

11    A      The Secret.

12    Q      And what was that about?  Did you read it?

13    A      Oh, many times.  Got the video.

14    Q      And what is it about?

15    A      It's about spirituality, it's about quantum physics,

16    it's about energy and life.

17    Q      And projecting positive energy and light?

18    A      Absolutely.

19    Q      And if you project positive energy to other people, it

20    will come back to you; is that right?

21    A      I've done it my whole life.

22    Q      You're a salesman, right?

23    A      Some people say that.

24    Q      Okay.  And part of being a salesman and getting people

25    to do what you want them to do is to be positive with them,
```

```
 1   to make them like you, and in return they want to help you

 2   and want to do those things to make you happy; is that right?

 3   A     Positive energy.

 4   Q     Right.

 5         And that's what we're talking about when we say

 6   positive energy.

 7   A     Yes.

 8   Q     "Winning Friends and Influence People" was an earlier

 9   book of a similar ilk, wasn't it?

10   A     I don't think I read that one.

11   Q     I'm old.

12         And that's what Rose wanted you to do with Mary,

13   isn't it?

14   A     Well, yes.

15   Q     Project positive energy, be nice to her, make her like

16   you, say nice things to her in letters and things like that,

17   let her know how you really feel, and hopefully she'll return

18   that.  Is that part of what you were doing?

19   A     I did that to Mary since the day I met her.

20   Q     Okay.  But Rose helped assist you with that, right?

21   A     Yes.

22   Q     Okay.  And hopefully, it was your hope and her hope that

23   that would work and the woman you loved would also return

24   your love and block out the negative influences by her

25   children and ex-husband?
```

```
 1    A     She returned the love, but she was influenced.

 2    Q     Okay.  And the -- I don't want to put this in

 3    metaphysical terms, but the negative forces, the comments and

 4    forces by her children and her husband were just too strong

 5    for you and Rose to get through, weren't they?

 6    A     That's probably a good analysis of that, yes.

 7    Q     So is it unfair to say that Rose tried her best to help

 8    you through meditation, through having you project and show

 9    Mary positive things, and through prayer to get by the -- I

10    don't want to call it negative energy, but the comments and

11    wrongful statements from her husband and kids?

12    A     Did she --

13    Q     Did she try --

14    A     Yes, she did.  Oh, absolutely.

15    Q     And do you see anything wrong with that?

16    A     No.

17    Q     About how many hours did you spend with her?

18    A     Uncountable.

19    Q     Over a hundred?

20    A     If I was to guess, absolutely.

21    Q     Over a thousand?

22    A     I mean, that's -- I have no idea.  A lot.  Two years.

23    What, '9, '10, and '11.

24    Q     And about how maybe times a week?

25    A     If we averaged it, I was in town twice.
```

```
 1    Q      Twice a week?

 2            And on the phone?

 3    A      I wore her out, called her a lot.

 4    Q      So she earned her $1900?

 5    A      Yes.

 6    Q      Okay.  What's your complaint about Rose?

 7    A      That I'm sitting in a courtroom testifying.

 8    Q      I would complain about that, too, from my side.  But my

 9    question is, she said she would give you back your money,

10    when you asked her for it she gave you back $80,000, and, you

11    know, she gave you back 66 at one time, 14 at another time,

12    and when you came to ask her for the rest of it she didn't

13    have the ability to give it to you.

14            Is that all fair to say that?

15    A      Yes.

16            MR. SCHWARTZ:  I have no other questions, Judge.

17            One second.  I'm being paged.

18    BY MR. SCHWARTZ:

19    Q      I thought I heard one thing.  My paralegals thought they

20    heard something else, so let me ask you to be clear.

21            You said you were told by somebody downstairs that

22    they took jewelry.  They thought you said the jurors

23    downstairs.  But did you say the jewelers?

24    A      Jewelry store, yes.

25    Q      Okay.  That's what I thought I heard, too.
```

```
 1    A     I went to the jewelry store after I left -- I left her

 2    home and then I went to -- I figured, well, I'll go

 3    downstairs to the jewelry store.  I said, what happened to

 4    the psychic's thing upstairs, and they said, have you been

 5    reading the papers?  I said, I've just got in town, I have no

 6    idea.  Then they did a brief version of what they said.

 7    Q     So you never talked to any of these jurors?

 8    A     No.

 9    Q     That's what I thought, and that's what I was sure of.

10    A     No, no, no.

11    Q     It was the jewelers downstairs?

12    A     Jewelers downstairs.

13    Q     You mentioned a company that you have that owns a yacht.

14    A     Yes.

15    Q     Can you tell us a little bit about that?

16    A     It's a private charter boat that I owned.  I've owned

17    for -- well, I don't own it anymore.  It's been sold.  I'm a

18    consultant on it now.  For seven years I owned it.  And it's

19    a boat I bought to live in the Bahamas on, and then I made it

20    a charter boat for a tax writeoff, and I did charters and I

21    lived on it.

22    Q     About how big was it?

23    A     Sixty-foot power catamaran.

24    Q     And then after you -- at some point you knew Rose --

25    excuse me.  You sold half of it to someone?
```

```
 1    A    Yes, that's where I had the money, yes.

 2    Q    Okay.  And then subsequently you sold the other half of

 3    it?

 4    A    Then I sold half of it, then I sold -- I was partners on

 5    it obviously.  Then I sold the whole boat to another party.

 6    Q    So you no longer own that?

 7    A    No.

 8         MR. SCHWARTZ:  I have no other questions, Judge.

 9    Thank you.

10         THE COURT:  Thank you.

11         Any redirect?

12         MR. BARDFELD:  Yes, Your Honor.

13                    Redirect Examination

14    BY MR. BARDFELD:

15    Q    Were you concerned that you weren't going to get all of

16    your money back before you learned that Rose Marks or Joyce

17    Michaels had been arrested?

18    A    Yes.

19    Q    Why?

20    A    A gut feeling.  When Mary went away and then we started

21    jumping, and I, of course -- keep your enemies closer, I

22    guess so to speak, even though I'm not saying she was my

23    enemy.  Keep the person closer 'til I get my money back.  I

24    think I called her about every day, if not every other day

25    when I was out west.
```

```
1    Q    And what was the purpose of your call?

2    A    Well, to talk about my life, of course, to make sure

3    everything was cool and everything was good.  But, yes,

4    hindsight, yes, my gut feelings were -- I was getting very

5    nervous.

6    Q    What's been previously introduced, the $66,000 check was

7    provided on or about May 24th, 2010, I believe is the date,

8    and that's Government's exhibit 00438.  And then the second

9    cashier's check for 14,000 was on January 28th, 2011.

10        Did you get any -- did you get the repayment of any

11   money from January of 2011 'til the present?

12   A    No.

13   Q    Okay.  The release that we talked about, would you

14   rather have the $180,000 that's owed you or an agreement to

15   pay the $180,000?

16        MR. SCHWARTZ:  Objection, Your Honor.

17        THE COURT:  Sustained.

18   BY MR. BARDFELD:

19   Q    Did the investigator tell you that you would get money

20   back because the case was going to be dismissed?

21   A    Yes, yes.

22   Q    And after the case -- after the case was supposed to be

23   dismissed, that's when you would begin to receive your money

24   back pursuant to that loan agreement?

25   A    Yes.
```

1    Q    And was that satisfactory to you?

2    A    Getting my money back would be satisfactory to me at any

3    means.

4    Q    Did anyone tell you that after Rose sold her house, that

5    there would be cash from the sale of the house?

6    A    Yes, we had a discussion of that.

7    Q    And did you -- how much money did Rose return to you

8    from the sale of the house?

9    A    None.

10   Q    You wanted all your money back, not just a third of your

11   money, correct?

12   A    Yes.

13   Q    Did you think that Joyce Michaels or Rose Marks was

14   going to repay you?

15   A    Yes.

16   Q    And why'd you think that?

17   A    Because I trusted her.

18        MR. BARDFELD:  I have no further questions.

19        MR. SCHWARTZ:  May I ask just one follow-up

20   question, Judge?

21        THE COURT:  On the statement that -- about the

22   house?

23        MR. SCHWARTZ:  Yes.

24        THE COURT:  That's new, so you can.

25                Recross-examination

```
 1    BY MR. SCHWARTZ:

 2    Q    Are you aware of what claims there were and where the

 3    money went from the sale of the house?

 4    A    No.

 5             MR. SCHWARTZ:  No other questions.

 6             THE COURT:  Thank you, sir.  Thank you.

 7             Ladies and gentlemen, let's take a 15-minute

 8    recess.  Don't discuss the case or form any opinions, and

 9    we'll see you in 15 minutes.  Thank you.

10       (The jury exits the courtroom.)

11             THE COURT:  I have a note from, I think it was

12    Ms. Rowe, juror number 4.  It says:  "Can we ask the date of

13    this agreement document?"  I guess it's the one that the

14    purported -- or the release.  I think that's what she was

15    referring to.

16             MR. STEFIN:  Judge, it's in evidence and there's no

17    date on it.

18             THE COURT:  I'm just telling you that was a

19    question we got from the jurors.

20             MR. SCHWARTZ:  If it's important to the jurors, I

21    would have no problem stipulating that it was within a few

22    months after Rose was arrested.  But that's up to the

23    prosecutor if they want to agree.

24             THE COURT:  I assume that they want to know when

25    this was presented.
```

1          MR. STEFIN:  I just think it's probably a bad idea

2     to start answering jurors' questions.

3          THE COURT:  I'm just telling you.  I have to tell

4     you that I got an inquiry from the jury, so you can decide

5     how you want to deal with it.  So if you want me to respond

6     saying we can't answer the question, and whatever's in

7     evidence is what you have to rely on, I'll be happy to tell

8     them that.

9          Is that what you want me to say, or you want to

10    think about it?  Why don't you think about it and then you

11    can let me know how to handle it.

12         MR. STEFIN:  Judge, there's one issue.  Not a big

13    issue, but with respect to the next witness, this is Debbie

14    Von Beulen.  This is the woman that the Court entered an

15    order --

16         THE COURT:  Well, we better find out what she wants

17    to do.

18         MR. STEFIN:  She's going to testify.

19         THE COURT:  She is?

20         MR. STEFIN:  She is.

21         She knows there's the order, and she understands

22    that she has immunity for that.

23         Two things.  I would bring that out in my

24    examination, the fact that she's testifying under immunity.

25    I don't think that's improper.  And the second thing is, I

```
 1   would like permission to utilize Rule 607, which allows any

 2   party to proceed by cross-examination due to my belief that,

 3   you know, she's -- well, my knowledge that she's a friend of

 4   the Defendant.  She's testifying reluctantly.  And I think I

 5   may have the right to proceed by cross-examination, if

 6   necessary.

 7            THE COURT:  Well, I guess we'll have to see if it's

 8   necessary.

 9            What do you have to say about both of those?

10            MR. SCHWARTZ:  Well, Your Honor, it's my

11   understanding of the rule that there needs to be something in

12   the testimony to trigger that.  I suspect there will be, and

13   when there is, I have no problem with him proceeding by

14   cross-examination, but I think there needs to be at least

15   some appearance that she's a hostile witness or --

16            THE COURT:  Well, I guess there are some

17   relationships that are so obvious on the face that you don't

18   need to actually start testifying, but I'm not sure this is

19   one yet.

20            MR. SCHWARTZ:  I think Mr. Stefin is probably

21   right, Judge.  Let me reassess that.  Because she wouldn't

22   talk to him before testifying.  She was willing to be

23   interviewed by me, so . . .

24            MR. STEFIN:  She wanted to spend the nights with

25   the Defendant, so I think there's a relationship there that
```

```
 1    might justify the situation.
 2            THE COURT:  I'm not saying that you couldn't
 3    establish it, I'm just saying if he agrees at this point,
 4    then there's no problem.
 5            MR. STEFIN:  Thank you, Judge.
 6            THE COURT:  Thank you.
 7       (A recess was taken from 3:07 p.m. to 3:21 p.m., after
 8    which the following proceedings were had:)
 9            THE COURT:  All right.  We're back on the record.
10    Defendant's present with counsel.
11            We ready?
12            MR. SCHWARTZ:  We're ready, Your Honor.
13            THE COURT:  Let's bring the jurors in.
14            Did you decide how you want handle the question
15    from the juror?
16            MR. STEFIN:  Can we ignore it?
17            THE COURT:  I guess you could.  It seems not a wise
18    thing to do, to ignore it.
19            MR. STEFIN:  The exhibit will be available for the
20    jurors' review at the conclusion of the trial.
21            THE COURT:  We can tell them that, and then they're
22    going to see there's no date on it and then they're going to
23    --
24            MR. STEFIN:  I mean I can't fix the testimony.
25            THE COURT:  I agree.  I understand.
```

 1                 MR. STEFIN:  At this point you have to rely upon
 2     the testimony.
 3                 THE COURT:  Okay.  I'll tell them that.
 4                 MR. STEFIN:  At this point.
 5                 MR. SCHWARTZ:  Just for the Court's edification,
 6     the document does say that it would be after the case of
 7     United States versus Rose Marks is over.  So it's at least
 8     after the arrest.
 9                 THE COURT:  Well, they can figure that out if they
10     look at it and --
11                 MR. STEFIN:  And we can point it out in our
12     closings.
13                 THE COURT:  Okay.  Let's bring the jurors in,
14     please.
15        (The jury enters the courtroom, after which the following
16     proceedings were had:)
17                 THE COURT:  Welcome back, everyone.  Please be
18     seated, ladies and gentlemen.
19                 Before we go to the next witness, I had an inquiry
20     from one of your members to -- a question as to, I believe
21     interpreting -- the question was, what was the date that the
22     release that was being discussed during the last witness'
23     testimony, what was the date of that document?
24                 And in terms of the date, you'll have to rely on
25     whatever evidence was presented during the course of the

```
 1    trial to make that determination.  I can't really give you

 2    anything more than that at this time.

 3              All right.  So, ma'am, if you would please raise

 4    your right hand.

 5         Debbie Von Beulen, Government's witness, sworn.

 6              THE COURT:  Can you pull that microphone towards

 7    you and speak into it.  Tell us your name and spell your

 8    first and last name for us, please.

 9              THE WITNESS:  My name is Debbie Von Beulen.  Debbie

10    is D-e-b-b-i-e, Von Beulen, V-o-n B-e-u-l-e-n.

11              THE COURT:  Thank you, ma'am.

12              You may proceed.

13                        Direct Examination

14    BY MR. STEFIN:

15    Q    Ms. Von Beulen, where are you from?

16    A    I currently reside in the Scottsdale, Phoenix, Arizona

17    area.

18    Q    And is that where you're from, Arizona?

19    A    No, I'm not from Arizona.  I had moved from Virginia,

20    where I went to -- I've been there for many years.  Went to

21    undergraduate and graduate school in Virginia.

22    Q    How long have you lived in Arizona then?

23    A    Over 11 years.

24    Q    Ms. Von Beulen, you're a friend of the Defendant, Rose

25    Marks; is that correct?
```

```
 1    A    Yes, I am.

 2    Q    And you've known her for many years?

 3    A    Yes, sir.

 4    Q    In fact, you knew her from when you lived in Virginia

 5    since the 1980s or so?

 6    A    Early -- since 1982, I believe, yes.

 7    Q    And, in fact, you have contributed money to the

 8    Defendant, given her money for her defense, for her defense

 9    fund; is that correct?

10    A    I have helped her out.  I have contributed money to help

11    her out.

12    Q    And you've contributed more than $20,000 to Ms. Marks?

13    A    I didn't bring all my records with me, but I know it was

14    a significant amount.  That could be correct.

15    Q    Ms. Von Beulen, you're testifying here today under a

16    court order; is that correct?

17    A    A court order to compel; yes, sir.

18    Q    As a result of that order to compel your testimony, you

19    have been advised that your testimony cannot be used against

20    you in a criminal case, is that your understanding?

21    A    Yes, sir.

22    Q    In other words, you're getting immunity from prosecution

23    if you were to say anything that might tend to incriminate

24    you in any way?

25    A    Yes, I understand.
```

```
 1   Q     And you asked for that in order to testify today?

 2   A     Yes, sir.

 3   Q     Ms. Von Beulen, did you use an e-mail address called

 4   legend0999@Yahoo.com?

 5   A     Yes, I believe that's correct.

 6   Q     And, in fact, you wrote e-mails to a particular person

 7   posing as or pretending to be the actor, Brad Pitt; is that

 8   correct?

 9   A     No, sir, I never pretended to be anyone.  The

10   character~-- the fictional persona portrayed in the storyline

11   was Brad Pitt, but I wasn't pretending to be Brad Pitt.

12   Q     But you were writing e-mails as if it was Brad Pitt that

13   was --

14   A     They were --

15            THE COURT:  Ma'am, ma'am, wait for him to finish

16   the question before you start answering, please.

17            THE WITNESS:  I'm sorry.  Okay.

18            THE COURT:  Thank you.

19            THE WITNESS:  I'm sorry, sir.

20   BY MR. STEFIN:

21   Q     But you were writing e-mails as if you were responding

22   to someone else's e-mails as Brad Pitt?

23   A     I -- Brad Pitt was portrayed in the storyline that I was

24   dictated for the story what to put in the correspondence with

25   the storyline from Rose Marks.  It was -- I was dictated to
```

```
 1    what to put in them for the storyline with the
 2    communications, but I did not pretend to be this person.
 3    Q    But you wrote e-mails that purported to be from Brad
 4    Pitt in what you call a storyline; is that correct, ma'am?
 5    A    Well, it was part of the story.
 6          THE COURT:  Ma'am, ma'am, you need to wait for him
 7    to finish the question before you start answering, because
 8    this gentleman is trying to take down what everybody says,
 9    and if you're both speaking at the same time, it's impossible
10    for him to get that down correctly.  All right?
11          So if you could try and be patient and let him
12    finish the question before you start answering.  Thank you.
13          Ask the question again, please.
14    BY MR. STEFIN:
15    Q    You wrote e-mails and sent them to a particular person
16    as if these e-mails were coming from Brad Pitt; is that
17    correct?
18    A    Yes.
19    Q    You said you did that under the direction of somebody.
20    Who was that somebody?
21    A    Rose Marks.
22    Q    She asked you to write these e-mails to that person?
23    A    For the -- yes, sir, for the purposes of a story that
24    was being done.
25    Q    So where were you located -- by the way, the person that
```

```
 1    you were sending these e-mails to and receiving e-mails from
 2    was a woman by the name of Jude Montassir; isn't that
 3    correct?
 4    A    Yes, sir.
 5    Q    And you knew at the time that Jude Montassir was a
 6    client of the Defendant, Rose Marks.
 7    A    I don't know all the relationship.  It was part -- may I
 8    continue to speak?
 9            THE COURT:  Answer the question, ma'am.
10            THE WITNESS:  Okay.
11    BY MR. STEFIN:
12    Q    Did you know that she --
13    A    My understanding, this was a part of something done to
14    help this woman that was an author, to help her be creative.
15    It was part of the storyline to get into the character to
16    help her create a storyline.  So I was helping.
17    Q    So you were pretending as part of a storyline to be a
18    person that -- to write e-mails that purported to be Brad
19    Pitt?
20    A    Not exactly, no, I did not pretend.  They -- they were
21    communications going back and forth.  I never created
22    anything myself, but it was part of the storyline to help
23    this woman in her books, because she was going to write about
24    this person in her book.
25    Q    And who told you that, that that was the purpose of you
```

```
 1    sending these e-mails?

 2    A    Well, Rose.

 3    Q    Rose told you that?

 4    A    I can type a hundred words a minute, and I take

 5    dictation, and I would relay the information to Rose, and

 6    then she would tell me what to put back in the

 7    communications.

 8    Q    Now, where were you physically located when you were

 9    engaged in this correspondence with Jude Montassir?

10    A    I was in Phoenix, Arizona.

11    Q    So you were in Arizona.

12    A    Uh-huh.

13    Q    And you're communicating with Rose Marks on a regular

14    basis?

15    A    Yes.

16    Q    And you communicated by phone?

17    A    Yes.

18    Q    You talked to each other on the phone?

19    A    Yes.

20    Q    Quite a bit I would assume?

21    A    Yes.

22    Q    So these e-mails would come in, and then Rose would

23    direct you what to say in response to these e-mails from Jude

24    Montassir?

25    A    Yes.
```

1    Q    Did you, yourself, create any part of the storyline?

2    Was any of this your creativity?

3    A    No, sir.

4    Q    So you were just the dictator -- you were just the

5    person taking the dictation, rather?

6    A    Yes, sir.

7    Q    Some of these e-mails were very lengthy that you wrote.

8    Are you saying that Rose Marks would dictate to you word for

9    word what you should say in response to these e-mails?

10   A    Well, I fixed up the grammar, but essentially, yes.

11   Q    So she would give you a context of what to say, and then

12   you would kind of put it into a more grammatical structure?

13   A    Yes, sir.

14   Q    So there was some creative part involved as far as

15   you're concerned?

16   A    I wouldn't call it creative, sir.  Just correcting

17   grammar.

18   Q    And you carried on this e-mail correspondence with this

19   woman, and you knew that she was an author, you said?  You

20   knew that Jude Montassir was an author?

21   A    Later on, yes.

22   Q    So in the beginning you didn't know who she was?  You

23   were having this e-mail correspondence with somebody you

24   didn't know who she was?

25   A    Oh, oh, okay, during the time of the e-mails, yes, I

1    knew who she was.

2    Q     And let me just clarify.  And you knew that she was a

3    client of the Defendant's or you didn't know that?

4    A     I didn't know the relationship.  I didn't know the

5    relationship.  I just knew what her name was.

6    Q     And this e-mail correspondence went on for a number of

7    months, did it not?

8    A     A few months.

9    Q     A few months.

10   A     Or a couple months.

11   Q     And in the course of those few months you had this back

12   and forth e-mail correspondence for, you know, hundreds of

13   e-mails, no?

14   A     Let's see, December, November -- I don't know if it was

15   a hundred, but I'm not sure.

16   Q     Dozens of e-mails, would that be more accurate?

17   A     Okay.  Yes.

18          MR. STEFIN:  May I approach, Your Honor?

19          THE COURT:  Yes.

20   BY MR. STEFIN:

21   Q     I want to show you what has been marked as Government's

22   composite exhibit 113 for identification.  Contains just four

23   e-mails.  The Bates numbers are JM-250, JM-248, JM-247, and

24   JM-240.  I'm going to ask you to look at these and tell me if

25   those are e-mails that you wrote or that these at least

 1   contain e-mails that you wrote.

 2   A    (Perusing documents.)

 3   Q    Ma'am, I just want you to notice whether or not there

 4   were e-mails sent under the e-mail address

 5   Legend0999@Yahoo.com.

 6   A    Are you going to have me comment on each specific one?

 7   Q    No, I just want you to answer that particular question

 8   right now.

 9   A    The first page --

10   Q    Are these e-mails that you sent, the ones that show

11   they're from Legend0999@Yahoo.com?

12   A    Okay.  The first page, there's one paragraph at the

13   bottom that looks like it was sent by me from --

14   Q    What document number?  There is a document number on the

15   bottom of the page.

16   A    JM-250.  I think there was one paragraph at the top, I

17   will email you.

18   Q    What document are you looking at, ma'am?

19   A    I'm looking at JM-248.

20   Q    Do you see there was an e-mail from legend 0999?

21   A    Yes, there's one sentence, two sentences, and then the

22   rest are from --

23   Q    Response is from --

24   A    The response that was everything on that one.

25        Okay.  And the next one . . .

```
1    Q    All I want to know is, did you write these e-mails?

2    These are also e-mails that came from you --

3    A    It's been so long.  I couldn't say if I remember every

4    single thing, but it appears that it looks like it came from

5    me.  It came from the e-mail account.

6         MR. STEFIN:  Your Honor, at this time we would

7    offer Government's composite, I think I said 113, into

8    evidence.

9         MR. SCHWARTZ:  I have no objection as to any

10   e-mails that she sent.  I'd ask that anything else be

11   redacted.

12        MR. STEFIN:  Well, I think the only way you can

13   have context, it would be admissible for context purposes, it

14   would explain the --

15        THE COURT:  I guess I need to see the rest of them

16   to see the -- everything else.

17        MR. STEFIN:  May I approach?

18        THE COURT:  Yes.

19        MR. SCHWARTZ:  Unless he's going to question about

20   the responses, I would have no objection to admitting it now

21   subject to doing that when the jury's not here.

22        MR. STEFIN:  I'm sorry, say that again?

23        THE COURT:  Are you going to be discussing with

24   this witness the content of -- I guess the e-mails coming

25   from the other party?
```

```
 1              MR. STEFIN:  Well, it's on the page.  I mean, I
 2    can -- I can skip over that part for now and if that makes
 3    things move along a little quicker.
 4              THE COURT:  If you're not going to talk about the
 5    content, then we don't need to worry about it for now.
 6              MR. STEFIN:  No, I am going to talk about the
 7    content as far as her responses.
 8              THE COURT:  The contents coming from the other
 9    person, whoever that is.
10              MR. STEFIN:  Can we approach?
11              THE COURT:  I guess.
12         (The following proceedings were held at sidebar:)
13              THE COURT:  Are these all from the same person?
14              MR. STEFIN:  Yes.
15              THE COURT:  So the responses to her e-mails are all
16    from the same person?
17              MR. STEFIN:  Yes.
18              THE COURT:  And it's all this author's?
19              MR. STEFIN:  The author's e-mails, Jude Montassir.
20              THE COURT:  Who is using the e-mail address Douglas
21    33 at Yahoo.com?
22              MR. STEFIN:  Yes.  Then I would argue it's
23    admissible because for completeness.
24              THE COURT:  Is anything from Jude, whatever her
25    name is --
```

```
1              MR. STEFIN:  Montassir.

2              THE COURT:  -- coming in for the truth of what's

3    being said here?

4              MR. STEFIN:  No.

5              MR. SCHWARTZ:  Then I don't have objection.  I

6    didn't know what he was using it for, Judge.

7              MR. STEFIN:  And just so we know, so it's clear,

8    when Jude testifies we're going to admit a book that contains

9    all of her e-mail correspondence with this person.

10             THE COURT:  But as long as it's not being admitted

11   for the truth of anything, it's just to show the context of

12   what she was writing and why she was writing these things and

13   what information she was responding to, I don't see any

14   reason why it shouldn't come in.

15             MR. SCHWARTZ:  That's fine, Judge.  I didn't know

16   his reasoning.

17             THE COURT:  All right.

18        (Sidebar conference concluded.)

19             THE COURT:  Government's exhibit 113's admitted

20   without objection.

21        (Government's Exhibit No. 113 entered into evidence.)

22   BY MR. STEFIN:

23   Q    Ms. Von Beulen, let me just show you -- again, there

24   were dozens of these e-mails, but I just want to show you a

25   few of these.  Document JM-250, which is part of this
```

1    composite exhibit 113.

2            Ms. Von Beulen, there's a screen right in front of

3    you.

4    A    How do you work it?

5            THE COURT:  Button on the bottom right.

6    BY MR. STEFIN:

7    Q    You can see that?

8            So this is an e-mail from DB, Legend0999@Yahoo.com

9    to Douglas33@Yahoo.com, and this is an e-mail coming from

10   you.  You are legend 0999, correct?  You have to answer out

11   loud.

12   A    Yes, sir.

13   Q    And you knew that Douglas 33 was this author, Jude

14   Montassir?

15   A    Yes, sir.

16   Q    This e-mail states, and it looks like December 5th,

17   2007, at 8:57 and 32 seconds p.m., where it says:

18           "Received your letter dated 12/1 today.  I really

19   enjoy writing letters to you more than using these tiny

20   little machines.  Makes me a bit nervous.  You should be

21   receiving my letter via FedEx Friday.  I have received a

22   total of four e-mails from you so far."

23           Correct?

24   A    Yes.

25   Q    Now, it's your testimony that you did not draft this

1    letter, you just simply put it on paper as dictated to you by

2    the Defendant, Rose Marks?

3    A    Well, I could type -- I mean, I can type about a hundred

4    words a minute.

5    Q    I know.  You said that.

6    A    But basically we'd go back and forth on these, yes.

7    Q    Well, let me just ask you one question with respect to

8    that e-mail.  It talks about receiving a letter.  Were there,

9    in fact, letters that were received through you by -- that

10   were written by Ms. Montassir?

11   A    There were letters, yes, that was sent by Ms. Montassir.

12   Q    And was there a particular P.O. Box or location that

13   this woman was directed to send letters to?

14   A    They were sent to my P.O. Box.

15   Q    This is Ms. Montassir, Douglas 33's e-mail to legend

16   0999 on December 5th, 2007:

17          "Your e-mail came just as Larry King coming on.

18   Had to watch.  What makes you nervous?  The lack of privacy

19   or the machine?  I've sent four e-mails, so you got them

20   all."

21          Goes on to say:  "I like letters better, too.  Do

22   you have a new address?  Joyce said you'll be in NO for a

23   long time, maybe months.  I find the tiny machine nearly

24   impossible to write on.  By the time I find the key I can't

25   remember the word.  Can you use a computer, send, then

```
 1    erase?"
 2              And then it goes on.
 3              First of all, this e-mail is talking about Larry
 4    King.  Do you understand or know what the context of this
 5    communication is?
 6    A    I don't understand.  What do you mean the context of the
 7    communication?
 8    Q    Well, when this e-mail came in, it came to you on your
 9    computer in your home, correct?
10    A    E-mail came -- no, I didn't have a computer at the time.
11    I didn't own a computer.
12    Q    How were you sending e-mails to Ms. Montassir, then?
13    A    They were on this little inexpensive phone.  They were
14    on this little inexpensive phone.
15    Q    So you were sending e-mails through a phone system?
16    A    It was a little -- but I've never -- there were no calls
17    made, and there was no phone numbers.  It was through an
18    e-mail on this little phone, through an e-mail on the phone.
19    So I -- I didn't have a computer at the time.
20    Q    Okay.  But you had an electronic device that enabled you
21    to send and receive e-mails?
22    A    Send and receive an e-mail.
23    Q    So this e-mail came to you on your electronic device,
24    correct?
25    A    Yes, sir.
```

```
 1    Q    And my question is, when this e-mail came in and when
 2    Douglas 33, who we know as Ms. Montassir, was talking about
 3    Larry King, did you understand what the context of that was
 4    at the time?
 5    A    She's writing -- she's writing.  All these first four
 6    paragraphs are her talking.
 7    Q    Did you understand what the context of that e-mail is
 8    when she mentions Larry King?
 9    A    I don't watch Larry King, so I don't know what --
10    Q    All right.  Did you know that Brad Pitt had been on the
11    Larry King show --
12              MR. SCHWARTZ:  Objection, Your Honor.
13              THE COURT:  Sustained.
14    BY MR. STEFIN:
15    Q    Did you discuss with Rose Marks whether or not Brad Pitt
16    had been seen on the Larry King show right around the time
17    that this e-mail was sent?
18    A    This happened so many years ago, I don't remember every
19    single -- every single thing.  Larry King could have been on.
20    I don't watch late night TV.
21    Q    Just asking you what you know and what you remember,
22    ma'am.
23    A    But Ms. Montassir's talking about Larry King.  So I'm
24    confused.  I wasn't watching Larry King.  She was watching
25    Larry King.
```

```
 1   Q    So were you paying any attention to the content of these

 2   e-mails that you were receiving, in other words?

 3   A    Well, some of the things were addressed in a little

 4   e-mail, and I think the response to this, I don't see it

 5   here, the response was --

 6   Q    Talk into the microphone.

 7   A    I think the response that was sent in response to those

 8   one, two, three, four paragraphs was minor.  I can't

 9   remember.  I don't think that when I went back and forth with

10   Joyce we didn't comment on everything.  She would write

11   volumes and volumes and volumes, and we would just go back

12   with a little thing for the storyline, you know, but

13   basically, I really don't remember what the reference to

14   Larry King was, honestly.

15          I don't know if that was just something she put in

16   there.  I don't know.

17   Q    And you used the word Joyce.  You knew Rose Marks as

18   Joyce, right?

19   A    I know her as Joyce also, yes.

20   Q    Is that the name that you most often used when you

21   talked to her?

22   A    Well, sometimes Rose, sometimes Joyce.

23   Q    So -- and I'm not asking you to specifically remember

24   this e-mail, but when you would receive in on your little

25   device e-mails like this, it's four paragraphs long, would
```

1    you then call up Joyce and read this e-mail to her word for

2    word?

3    A    Yes.

4    Q    And she couldn't get these e-mails herself because she

5    didn't know how to use a computer; is that right?

6    A    She -- I believe she did not have a computer.  Didn't

7    know how to use electronic devices.

8    Q    So when you would receive in an e-mail from

9    Ms. Montassir, you would read it to her, and then she would

10   dictate a response back to you that you would send under that

11   heading?

12   A    Pretty much, every single one I called her, yes.

13   Q    Let me show you JM-248.  And we have to read these

14   e-mails from bottom to top sequentially.

15          The bottom e-mail, again, this was from

16   Douglas33@Yahoo.com December 7, 2007.  "Subject, good

17   morning.

18          "Sorry I didn't write yesterday.  Had an awful day.

19   I hope your letter comes today.  Are you okay?"

20          And then the response, it looks like from BP -- and

21   BP stands for Brad Pitt, correct?

22   A    I am assuming so, yes.

23   Q    I'm sorry?  You have to talk into the microphone.

24   A    To -- yes, sir.  Yes, sir, BP is for Brad Pitt.

25   Q    All right.  And then you wrote back as BP:

```
 1                "Yes, you will be receiving my letter this morning.
 2    I had a very bad few days.  A lot going on in New Orleans.
 3    The interview with Larry King was very stressful.  I saw
 4    myself stuttering in the rerun when he asked personal
 5    questions.  Hope everything is over soon."
 6                Now, again, you just dictated that -- you just
 7    received a dictation -- you just took a dictation from Rose
 8    Marks, and that was your response to that earlier e-mail,
 9    correct?
10    A    I believe so, yes.
11                But may I add one thing?
12    Q    Just let me -- let me just go --
13                MR. SCHWARTZ:  Your Honor, if she wants to complete
14    an answer, I'd ask that she be allowed to.
15    BY MR. STEFIN:
16    Q    Did you have something more to say about the question I
17    asked?
18    A    Yes.  Yes, sir.
19                I do want to stress the fact that this was all part
20    of a story.  The authors, a lot of authors to get into
21    character, it's like you're living it at the moment, you
22    know, as that person.  And this was something that was part
23    of a storyline as if, you know, that -- because she was going
24    to be writing about this character in one of her books.  So
25    this was part of a storyline.
```

1    Q    And that's what you were told --

2    A    Yes, yes.

3    Q    That's the explanation that was given to you by Rose --

4    A    Yes, sir.

5    Q    -- to write these letters.

6    A    Yes, sir.

7    Q    And then an e-mail comes in from Douglas 338 (sic), "I

8    got your letter.  Beautiful as always.  Laughed about Jen at

9    Christmas.  Brilliant.  I thought you did well on Larry King.

10   He's a snake.  Joyce made me run errands today, so I won't

11   get a letter off until Monday.  I could attach it to an

12   e-mail if you want."

13          And, again, you received this e-mail and then you

14   passed this message on to Rose Marks, correct?

15   A    Yes.

16   Q    And when she is talking about receiving a letter, is

17   this a letter that you wrote again under the storyline of

18   being Brad Pitt?

19   A    It would only be under that circumstance, yes, sir.

20   Q    And so in addition to your sending e-mails under the

21   storyline of Brad Pitt, how many letters did you send to

22   Ms. Montassir in the same capacity?

23   A    The last one would have been in December.  At least four

24   or five, at least.  I don't remember exactly.

25   Q    And when you received back letters from Ms. Montassir

```
 1   purporting to be to Brad Pitt, you said they would come into

 2   your P.O. Box in Arizona?

 3   A    Yes, sir.

 4   Q    And then what would you do with those letters?

 5   A    I'd read them and I'd read them to Ms. Marks.

 6   Q    Would you also send them to her through FedEx or Postal

 7   Service?

 8   A    I'm trying to remember how we'd -- most of it was over

 9   the phone.  I'd read, I'd read everything once the first

10   time, completely from beginning to end, and then we'd start

11   at the beginning and address paragraph per paragraph how she

12   would make a response paragraph by paragraph.

13   Q    This sounds like a rather involved process that you're

14   going through when we're talking about dozens and dozens of

15   e-mails.

16   A    It was a very involved process with the letters, because

17   the author wrote volumes and volumes, and in December I told

18   Mrs. Marks that it's too time consuming for these stories.

19   It was just too much for me to do with -- the letters were

20   like volumes and volumes, so --

21   Q    You were spending many hours involved in this?

22   A    It was too involved.  Basically, it was just limited to

23   the little handheld device, so it wouldn't be volumes and

24   volumes.  It would be like a paragraph, whatever.  It's too

25   much.
```

```
 1    Q    So you knocked off the letter writing but you continued

 2    on with the e-mail response?

 3    A    For a little bit.  For a little bit, yes.

 4    Q    Was the Defendant paying you or giving you any money for

 5    all this effort that you were putting in for this?

 6    A    No, sir.

 7    Q    Now, in addition to using an e-mail that purported to be

 8    messages from Brad Pitt, did you also engage in

 9    correspondence pretending to be Colin Powell, the former

10    Secretary of State?

11    A    I never -- again, I never pretended to be anyone.  The

12    fictional persona portrayed in the storyline was Colin

13    Powell.

14    Q    Did you write letters purporting to be Colin Powell

15    under this so-called storyline?

16              MR. SCHWARTZ:  Objection, asked and answered.

17              THE COURT:  Overruled.

18              You can answer.

19              THE WITNESS:  I'm sorry, would you repeat the

20    question again?

21    BY MR. STEFIN:

22    Q    Did you write letters purporting to be coming from Colin

23    Powell?

24    A    I -- as the storyline, I wrote letters, again, based on

25    dictation from Mrs. Marks.  I mean, I dictated -- the letters
```

```
 1    were dictated, and I typed them up and --

 2    Q    You would type them up in your home?

 3    A    Yes.

 4    Q    You didn't have a computer, so what, a typewriter?

 5    A    I didn't have a computer, so I did -- yeah.  How did I

 6    do that?  Basically, I didn't have a computer at the time, so

 7    I -- oh, I remember.  I had a little -- it was a little

 8    wordprocessor, but it was not a computer with Internet.  It

 9    was just a simple wordprocessor only.  It was a

10    1970-something.  It was an old thing I had.

11    Q    And approximately how many letters did you write under

12    the name of Colin Powell?

13    A    Let's see, that was -- I don't recall exactly.  There

14    must have been at least five, six, seven at least.

15    Q    And did you also -- and again, these letters were being

16    sent to the same author, Ms. Montassir, correct?

17    A    Yes, sir.

18    Q    And you would from time to time receive written

19    correspondence back from Ms. Montassir purporting to be

20    written to Colin Powell?

21    A    No, no, because I -- for Colin Powell, things were

22    different, and Rose and I went back and forth I think pretty

23    much with fax machines.  And then when I finished typing up

24    her response on the little wordprocessors, then I sent

25    everything to Rose directly.  I never had any -- anything
```

```
 1    with -- Ms. Montassir did not have a P.O. Box for me at that

 2    time or anything.  So everything went directly to Ms. Marks.

 3    Q     So you're saying that you didn't receive any written

 4    correspondence back to your P.O. Box --

 5    A     No.

 6    Q     -- with respect to Colin Powell; only to Brad Pitt?

 7    A     Yes, sir.

 8    Q     And did you also write e-mails on behalf of the

 9    Defendant, Rose Marks, under an e-mail address?  In other

10    words, did she also dictate e-mails for you to send to people

11    on her behalf as Joyce Michaels?

12    A     Yes.

13    Q     And one of those e-mail addresses was

14    WorkingHard02@Yahoo.com?

15    A     Yes, sir.

16    Q     And another e-mail address was

17    HomewardBound02@Yahoo.com?

18    A     The HomewardBoundO2 was, I believe, a one time

19    communication, but most everything was WorkingHard.

20    Q     WorkingHard02@Yahoo.com?

21    A     Uh-huh.

22              THE COURT:  Is that a "yes"?

23              THE WITNESS:  Yes.

24    BY MR. STEFIN:

25    Q     And again, when you wrote e-mails on behalf of Joyce
```

1   Michaels, these were emails that were dictated to you by the

2   Defendant?

3   A    Yes, sir.

4   Q    Did you send e-mails to people other than Jude Montassir

5   as Joyce Michael or on behalf of Joyce Michael?

6   A    No, sir.

7   Q    It was just Jude Montassir?

8   A    Yes.

9   Q    Let me show you what has been marked as Government

10  exhibit 533.  I believe it's in evidence, already received in

11  evidence.  Let me just put it on the board here.  That's a

12  fax, document number SW-1319, 00439 and 00440.  They're part

13  of Government's exhibit 533.

14          That's a fax cover sheet you sent to Rose Marks on

15  March the 10th, 2008?

16  A    Yes, sir.

17          THE COURT:  I'm sorry, what exhibit is this?  I

18  don't have 533 being in evidence.

19          MR. SCHWARTZ:  I have no objection to it being

20  admitted in evidence, Your Honor.

21          THE COURT:  All right.

22          MR. STEFIN:  The 500s -- and I'll check with the

23  Court afterwards --

24          THE COURT:  Well, at this point there's no

25  objection to it, 533, but I don't have 533 in evidence, so .

```
 1    . .
 2              MR. STEFIN:  It might be duplicate, Judge.  I'll
 3    check.
 4         (Government's Exhibit No. 533 entered into evidence.)
 5    BY MR. STEFIN:
 6    Q    This is a fax cover sheet?  That's your handwriting?
 7    A    Yes, sir.
 8    Q    On the upper left-hand corner it looks like it says,
 9    March 10, '08, and then it looks like O-l, is that -g-a, Olga
10    Prokopets, DDS?
11    A    Yes, sir.
12    Q    And that's a dentist's office, and you actually worked
13    at that dentist's office at that time?
14    A    Yes, sir.
15    Q    So you were using the office fax machine to send a fax
16    to Ms. Marks?
17    A    Yes, sir.
18    Q    And in this instance you sent a copy of an e-mail that
19    had been received from Ms. Montassir.
20              From the bottom up, an e-mail from HomewardBound02
21    at Yahoo.com to Jude Montassir at Yahoo.com, Saturday,
22    March 8th, 2008.  "Subject, Jude.  Call me as soon as you
23    can, Joyce."
24              And, again, you sent this e-mail on behalf of the
25    Defendant, correct?
```

1   A      Yes.

2   Q      And then Ms. Montassir purports to send you an e-mail

3   on, it looks like, the upper right-hand corner, Monday,

4   March 10th, 2008, to HomewardBound02.  "Joyce, I can't take

5   anymore.  I finished my book and Pocket says it's the best

6   I've written in years, but I owe them no more hardbacks.  I

7   made a new contract for 3.6 mill on signing, 600 for each of

8   four books, parenthesis, 6M total.  I wrote Claude directly,

9   no lawyers, and said I wanted to pay him off.  He agreed to

10  take 3 million cash.  I gave him 40 grand cash on account,

11  fired the NM attorney you got me and dropped the insurance.

12         "I spent days with an accountant, and the IRS is

13  going to let me pay them off on time payments.  In three

14  weeks, I give Claude the money, then I'm free of him forever.

15  Sorry, but I won't need you anymore.  I hope you have a nice

16  life and that you find a good husband for poor Cynthia."

17         Once you received this e-mail, you then faxed it to

18  Rose Marks?

19  A      We had talked, and I read it to her, but she wanted me

20  to fax it to her, as well.

21  Q      The end of that e-mail, I missed a PS.

22         "Would you please work faster on getting my money

23  together and depositing it into my BB&T account."

24         So you're saying you called Joyce or called the

25  Defendant and read this e-mail to her?

```
1    A     No, this is what happened.  She called me that day and
2    asked me to check the e-mail to see if she got a response,
3    and then when I checked the e-mail there was a response
4    there, and I read the response, and then she asked me to fax
5    it to her.
6    Q     All right.  And do you recall whether she then gave you
7    instructions of how to respond to this e-mail?
8    A     I don't believe there was any response that day, from my
9    recollection.  So I don't think there was any further
10   discussion that day.
11   Q     And did you actually assist the Defendant or members of
12   her family in trying to track down Jude Montassir at some
13   point in time?
14   A     Initially -- and I can't remember if it was like a year
15   before this -- Rose had asked me to call the Chamber of
16   Commerce to get the list of the top -- some top attorneys in
17   New Mexico, and I didn't know who it was for at the time, and
18   I gave her that information.  Apparently, she needed it for
19   someone.  It turned out to be this woman.  And I can't
20   remember when she had asked me.
21          Because what happened was -- and I forget what
22   point it was.  The woman had disappeared, and she told me
23   that they had been -- known each other for many years, she
24   was worried about her, and because she appeared to be in an
25   unstable state, and she was worried about her.  But she
```

```
1    didn't have a current phone number, so one of the things she

2    asked me to do was to look on the computer and see if I could

3    find maybe a current phone number.

4           And I Googled her name, and I really couldn't find

5    anything.  But she had asked me to look up some things to see

6    if I could find out, like to see if I could find her

7    whereabouts for her.

8    Q    This was in 2008, correct, you're talking about?

9    A    This was in 2008, uh-huh.

10   Q    Well, let's back up, because you said something about

11   Rose Marks was asking your assistance in looking up attorneys

12   in New Mexico?

13   A    Well, apparently --

14   Q    Yes?

15   A    -- to look up on the Chamber of Commerce, that she was

16   looking up, yes, to get the names of some top attorneys in

17   New Mexico.

18   Q    But that's years prior, no?

19   A    Well, I don't remember what -- but that's just an

20   example of something I've helped her out with, and I didn't

21   know if it was for her, but I guess it was for her at the

22   time.

23   Q    So you have been doing favors for the Defendant for

24   quite a period of time?

25   A    For a little bit of research things.
```

```
 1    Q    And did all your research things that you did for the

 2    Defendant pertain to Ms. Montassir, or did it pertain to

 3    other clients of the Defendant, as well?

 4    A    Well, something in this nature it was just Montassir.

 5    How did you pronounce it?  Montassir?

 6    Q    So did you also do any research for the Defendant with

 7    respect to Ms. Montassir's divorce proceedings in New Mexico?

 8    A    She asked me to see what I could find in the computer.

 9    I didn't get very far.  So Ms. Marks hired a -- or worked

10    with a private investigator to find out more information.

11    Q    Really?  And what was the name of that private

12    investigator that she hired to look into Ms. Montassir's

13    divorce?

14    A    I really -- I really don't remember the -- I don't

15    remember the name.

16    Q    Was this a private investigator from New Mexico?

17    A    No.

18    Q    Where was the private investigator located?

19    A    I basically pulled some information off of Craigslist

20    dot org and some other sources to ask someone that could help

21    her, and I don't remember what --

22    Q    And you don't remember who you referred her to?

23    A    I don't remember -- to help find some things out.

24    Q    And you don't recall if that investigator was someone

25    from South Florida or somewhere else?
```

1    A    I think one of the people contacted was -- to do a

2    couple things was in Arizona.

3    Q    One of the people that she contacted was in Arizona?

4    A    That I gave her some -- that I gave the things off of

5    Craigslist.  One of the places was Arizona, yes, locally,

6    where I lived at the time.

7    Q    So to your knowledge she hired a local investigator from

8    Arizona to assist her in researching information about

9    Ms. Montassir?

10   A    Well, I would coordinate.  I coordinate a little bit,

11   yes.

12   Q    Did you also coordinate payment to this investigator?

13   A    One time I did, yes.

14   Q    And how was this investigator paid?

15   A    In cash.

16   Q    And whose cash was it that paid for this investigator?

17   A    Well, the money was deposited into my account, but --

18   and then I paid the cash.

19   Q    And how much did you pay, to the best of your

20   recollection?

21   A    It wasn't much.  It was a hundred dollars or not -- it

22   wasn't very much, 200 maybe.  I don't remember.

23   Q    You indicated that you did some research, personal

24   research, not with an investigator, but you, yourself, in

25   assisting the Defendant in trying to locate Ms. Montassir,

```
 1    correct?

 2    A    I did some things to try to help her, yes.

 3    Q    And you said you did research on your computer and dug

 4    up information, correct?

 5    A    There was some things, yes, I did on the computer when I

 6    had one, yes.

 7    Q    Well, by 2008 you had a computer?

 8    A    I had the first -- my first computer that I bought was

 9    in '09, actually.

10    Q    Okay.  So you had a computer by early '09?

11    A    Yes, sir.

12    Q    And did the Defendant tell you at that point in time

13    that Jude Montassir was no longer a client of hers and that

14    they were trying to -- desperately trying to get ahold of

15    her?

16    A    In early '09, that's when everything was wrapped up, and

17    I think she communicated with her and the search was over and

18    she knew everything was okay, and that's when it ended.  So I

19    was confused by your question.

20    Q    Ms. Von Beulen, you did some research and then you sent

21    a package of materials to Rose Marks by Federal Express; is

22    that correct?

23    A    I did send something to her.  I think it was Priority

24    Mail, though.  Was it FedEx or was it Priority Mail?

25    Q    Priority Mail, you are correct.
```

```
 1              MR. BARDFELD:  May I approach?

 2   BY MR. BARDFELD:

 3   Q    I want to show you what's been admitted as Government's

 4   exhibit 512, composite 512, and ask you if this is a package

 5   that you sent to Rose Marks.

 6   A    Yes, sir, yes.

 7   Q    That's the package that you sent?

 8   A    Yes.

 9   Q    And the contents of that package is information that you

10   gathered with respect to Ms. Montassir?

11   A    Well, some of this I gathered, and the results I typed

12   up from the investigator and put it all on one thing for her.

13   And then I personally -- the investigator did not do this.  I

14   printed out, since I had a computer, I printed out the

15   address -- the pictures here of this residence.  I printed

16   this out personally off of my new computer.

17   Q    Ms. Von Beulen, you sent this package, which is part of

18   Government's exhibit 512, you sent that to Rose Marks at 1319

19   Seminole Drive, Fort Lauderdale, Florida, 33304, correct?

20   A    Yes.

21   Q    And this is, as you said, Priority Mail, from Debbie Von

22   Beulen with a P.O. Box 15142, Scottsdale, AZ 85267?

23   A    Yes.

24   Q    And the date of that package was April 22 of '09,

25   correct?  That's on the --
```

```
 1   A    Where are you?

 2   Q    Upper right-hand corner there.

 3   A    Yes.

 4   Q    Where it says $4.95 right above that.

 5   A    Yes.

 6   Q    And inside the package, as you noted, you had maps of an

 7   address at 13500 Stirling Road, also known as Southwest

 8   Ranches.

 9        Displaying document 00058.  Looks like an aerial

10   map?

11   A    Yes.

12   Q    I'm showing you a second document, 00059.

13        And has the handwriting, 13500 Stirling,

14   S-t-i-r-l-i-n-g, Road, Southwest Ranches.  Is that your

15   handwriting?

16   A    Yes.

17   Q    You notice you indicated where the pool is, where the

18   cars are located, and you're aware of the fact that that was

19   the residence of Jude Montassir, correct?

20   A    Yes.

21   Q    And also furnished directions how to get to the house.

22        Document 00060.

23        Little bit hard to read, but in your handwriting,

24   you pass the first house, she is second property on~-- or

25   house on left.  I didn't think you can exit with -- well, can
```

```
1    you read that better than me?  It's your handwriting.

2    A    I don't think you can exit.  Will probably have to turn

3    around.

4    Q    And then you had -- you enclosed a series of other

5    photographs, both aerial and otherwise with respect to the

6    location, including one from ground level, a couple from

7    ground level, document 00065.

8    A    Yes.

9    Q    And you got these off the Internet, or did somebody --

10   A    No, this -- no, these came off the -- off the Internet

11   for the -- I forget what the site was.  I think it was a

12   Broward County, or what was it, BCPA.net or dot org or

13   through the Broward County, and you could go in there and see

14   the shots and put -- hit aerial or traffic.

15   Q    And you did all this --

16   A    But nobody took pictures of the property that I'm aware

17   of.  This all came -- this came off my computer I just

18   bought.

19   Q    All right.  So you were -- you had the ability to

20   research on the Internet and go into the Broward County

21   property --

22   A    Yes, yes, yes.

23   Q    And pull up records regarding --

24   A    Yes, this was all --

25             THE COURT:  Ma'am, please wait.
```

```
1                THE WITNESS:  Sorry.
2    BY MR. STEFIN:
3    Q     And there's a couple of other pictures, again, that you
4    were able to pull up?
5    A     Yes.
6    Q     Document number is 00066 I'm showing you.
7          And then there was two typewritten pages which you
8    typed up.  Let me show you 00072.
9    A     Yes.
10   Q     And this is information that you obtained, or this is
11   what you got through the investigator that had been hired?
12   A     Most of this was from the investigator.
13   Q     So you typed up and you uncovered information, including
14   Ms. Montassir's Social Security number, her date of birth,
15   her mother's maiden name, the car that she drove and the
16   license plate number, the current address note, using the
17   name Alix Heron for items shipped to the house and for e-mail
18   of some vendors, alixheron@Yahoo.com, but she still has
19   regular e-mail, Jude Montassir at Yahoo.com.
20         This is all the investigator that got all of this
21   information or was this some of the information you gathered,
22   as well?
23   A     Most of this from the investigator, but some of this
24   Ms. Marks already had.
25         Like, for example, my understanding was when
```

```
 1    Ms. Montassir would travel away a lot she had her mail come

 2    to Ms. Marks' house, and Ms. Marks had a lot of things for

 3    her.  So Ms. Marks, for example, already had the social and

 4    the date of birth.  I found the Stirling Road address, but

 5    some of these things are a couple of things that I found, but

 6    a lot of this was from the private investigator, and I typed

 7    everything up in one thing.

 8    Q    Okay.  And you talked about how at one time you were

 9    advised that Ms. Montassir was sending things to the

10    Defendant, Rose Marks, but on the date that you sent this

11    package, which was in April of 2009, were you aware the fact

12    that it had been over a year since Ms. Montassir had broken

13    off with the Defendant?

14    A    I don't know what her conversations were with that

15    woman.  She did not tell me what her conversations were with

16    that woman.

17    Q    Did she ever tell you that Ms. Montassir had broken off

18    the relationship more than a year prior?

19    A    Well, based on that e-mail dated March the 10th, she

20    said one thing, but I don't know -- over the years I don't

21    know if the woman broke off the relationship and came back

22    and then talked to her again, broke it off, came back, just

23    like a relationship with a husband and wife.  You make up,

24    you renew your friendship, you come back.

25              I don't know.  I figured that they could have been
```

```
 1    talking and then were friends again.  I just don't know.

 2    Q     Well, that March 10th e-mail was in 2008.

 3    A     Yes.

 4    Q     This is we're talking about April of 2009.

 5    A     Uh-huh.

 6    Q     Okay.

 7    A     Okay.

 8    Q     And then all names, Jude Gilliam White Montassir, a

 9    current P.O. Box for her bills, a former rented house.

10          How did you learn about where she had been living

11    prior to that?

12    A     I had -- when I was temporarily in Florida, I was

13    considering a job, and that I might get, and I was looking

14    for properties for myself to maybe rent out or have someone

15    get renters.  And I pulled out the real estate listings for a

16    couple areas.  There was one in Boca, Margate and some other

17    areas.

18          Basically, I went and put the MLS, to pull up the

19    listings with the multiple service listings to get the actual

20    listings, and I went and saw some of the properties.  And

21    then basically in one of the properties had a for sale sign

22    on it, and it was in the Holiday Springs -- I remember it was

23    the -- there was a Holiday Springs something subdivision in

24    Margate.

25          I basically -- one of the addresses -- as a result
```

1    of the investigator's report, it coincided with one of those

2    addresses.  But there was a for sale sign on it.  So then the

3    investigator I guess investigated further, and the address on

4    here, 2789 Northwest 79th Avenue, that's apparently where she

5    was renting a house.

6    Q    So you're saying the investigator found that information

7    out, is that what you're saying?

8    A    Basically.  Then I had also when I was in that area,

9    that that house was listed for sale.

10   Q    Well, I would think in Broward County there are probably

11   thousands of properties listed for sale at any given time.

12   A    Yeah, but it turned out to be that that was -- that

13   coincided with -- that's where she was renting her house.

14   Later I guess he took it off the market, so I don't know.

15   Q    And there's a whole sequence of phone numbers that are

16   provided.  I won't read through them all, but either current

17   phone numbers or prior phone numbers of Ms. Montassir.  The

18   bottom one has a number, (954)213-1290.  The notation is:

19   "Has had this number at least since May '08 and still works.

20   As of April '09, almost a year old, can hear her name on

21   voicemail, is a Verizon number."

22            Did you call the number and determine that you

23   could hear her on the voicemail?

24   A    I must have at one point, to see which one was active.

25   And I'm not sure -- like I said, it was a name.  I can hear

```
 1    her name.  Well, I shouldn't have put it -- worded like that,

 2    because I never spoke to her.  So I don't know if that was

 3    her -- if it was hers, but I just made an assumption, I

 4    guess.

 5    Q    You also had the hair salon.  So someone determined what

 6    hair salon Ms. Montassir was going to, Drew James Sheridan,

 7    Inc.  And then had information about the first appointment,

 8    April 3rd, 2009, 1st appointment for $470, Bank of America,

 9    called 4/16.

10          What does that mean?

11    A    I honestly don't know, sir.  I don't know.

12    Q    But somebody -- was it you that was able to find out

13    that -- what hair salon that she frequented?

14    A    I really don't think so, sir.  I'm just trying to

15    remember.

16    Q    Let me show you the second page, document 00067 seized

17    from the search warrant.

18          Starts out:  "More on JM."

19          Jude Montassir, correct?

20    A    Yes.

21    Q    You have a listing of who her CPA is, LEWIS RALEY, with

22    a phone number and address.  Information about her business,

23    Florida organization named Deveraux, Inc., with Sunbiz

24    information.

25    A    Uh-huh.
```

1    Q    Then you have a court case website for www.nmcourts.gov

2    with a case number.  And you knew that had to do with divorce

3    actions or legal proceedings regarding her ex-husband.  You

4    knew that.

5    A    Yes.

6    Q    You listed who the legal team at Sarah Bennett at

7    Rothstein, Donatelli & Hughes, right?

8    A    Yes.

9    Q    Is this all information you gathered, or was this,

10   again, an investigator or investigators that was tracking

11   Ms. Montassir?

12   A    Okay.  The Sunbiz.org is a Government website, and I did

13   look that up.  So I know I found that.  That's the main

14   website to look anything up legally, nmcourts on that.

15          For the CPA, I can't remember how -- I believe the

16   Sunbiz.org referenced a 3469 West Boynton Beach Boulevard

17   address as the contact information for Ms. Montassir.

18   Apparently, that must have been really her CPA's.  I guess

19   maybe the private detectives checked it out and it was really

20   a CPA's office, it wasn't really her personal contact

21   information.

22   Q    Then you got her Federal Express account number and

23   information about her -- the account records with Federal

24   Express, an old address they have for her account.  Is

25   that -- again, you got that or that was an investigator?

```
 1   A      For the FedEx account number, I think initially because
 2   Ms. Marks did a lot of things for her, she had that account
 3   number, if my recollection is correct.  She already had it
 4   given to her by Ms. Montassir.
 5   Q      Okay.  And you just typed it up and put it all together
 6   in one tidy location?
 7   A      I tried to put everything together.
 8   Q      Very nice.
 9          Bank of America.  Ms. Montassir's Bank of America
10   bank account number.  Tells you how to press the pound sign
11   right after number and then after several seconds you will be
12   asked for her mailing P.O. Box zip code of 33316.
13          So this is information on how to access her bank
14   account information by calling in?
15   A      The bank numbers, the bank accounts -- this, again this
16   is something that Mrs. Marks had to begin with because she
17   was doing personal business for Ms. Montassir when she was
18   away.  So she already had these account numbers to start
19   with.
20   Q      So this is information about how to access her bank
21   account electronically on the phone, correct?
22   A      This was basically information, I think, that must have
23   been how to -- I think at the time what was going on here
24   with this, she was trying to find her because she just
25   disappeared.
```

```
1    Q     She didn't disappear.  She was living in Southwest

2    Ranches.

3    A     This was before that.  This was before that.

4    Q     This is a package you sent on April of 2008.

5    A     But this was -- but this, some of the stuff was older

6    things from before that.  It was just, everything I just put

7    in together in one thing with no -- like this shouldn't go

8    here, should this go here, any of the information, just to

9    put it in one thing, little scraps --

10   Q     So -- I'm sorry.

11   A     I'm sorry.

12   Q     So for American Express, again, an 800 number, an

13   account number, instructions of how to basically call in, ask

14   for the last digits, two basic key words, account summary and

15   recent transactions.  So basically how to access her bank

16   account to find out -- her American Express account to learn

17   about her recent transactions.

18   A     Yes.

19   Q     And then further information, "frequents LA Fitness,

20   Whole Foods, Plantation; Pembroke Pines, 4/1 Restaurant, El

21   Mariachi, Davie, Florida.

22         Restaurant, Marolas Trattoria, Cooper City,

23   Florida.

24         Did you go into the American Express account to

25   find out that she had made those charges on her account?
```

1    A    I know that -- well, I was talking to the private

2    investigator before it was turned pretty much over.  I did

3    call the 800 number to basically see what was going on with

4    that, at the request from Mrs. Marks, to see if that would --

5    the purpose was to try to find her, and basically, she was

6    very concerned and worried about her.

7    Q    Is that what she told you?

8    A    Yes.

9    Q    She was worried about her?

10   A    She was very --

11   Q    She didn't tell you that the woman was trying to get

12   away from her?

13            MR. SCHWARTZ:  Objection, Your Honor.

14            THE COURT:  Sustained.  Let her finish the answers.

15            THE WITNESS:  She was very worried about her.  She

16   felt that something very -- that some --

17   BY MR. STEFIN:

18   Q    Something very negative.

19   A    Negative was happening with her in regards to other

20   people approaching her, and she was very concerned in her,

21   she felt was unstable, and she was just very worried.  And

22   the whole purpose was to find her.  Everything stopped -- my

23   understanding was everything -- once she knew that she had a

24   house in Florida, at that point everything, that was when

25   everything ceased.

```
 1              Everything ceased at that point for sure, that
 2   anything with -- because everything was sent.  There was --
 3   that was it.  But I did call to see -- all it said was
 4   basically --
 5   Q    You called what?
 6   A    I did try the numbers, and it would have a recording,
 7   and basically, it would say, debit transaction or credit
 8   transaction for $27 on, let's say, you know, August 31st, and
 9   then it would say a certain -- it would say what the
10   transactions were.  Basically, it didn't say much.
11   Q    So you went into her bank account information and her
12   credit card information?
13   A    So basically I called.  This was already --
14   Q    Is that a "yes"?
15   A    Yes, she already had the bank account numbers from when
16   Ms. Montassir gave it to her before, yes.
17   Q    And Ms. -- and the Defendant was so concerned about the
18   whereabouts of Ms. Montassir and concerned about her safety
19   that she called the police, right, to report her missing?
20              MR. SCHWARTZ:  Objection, argumentative.
21              THE COURT:  Sustained.  Sustained.
22              THE WITNESS:  I don't know.
23   BY MR. STEFIN:
24   Q    Did you ever meet someone by the name of Sharon Stevens?
25   A    Sharon Stevens?  That name doesn't ring a bell.
```

```
1    Q    Okay.  And then finally the information furnished
2    included that she often goes to the Williamsburg Colonial
3    Inn, with a phone number and an address and room, and also an
4    800-history.  Where is the Williamsburg Colonial Inn located?
5    A    Well, Williamsburg, I'm from Virginia, so that has to be
6    Williamsburg is in Virginia.
7    Q    And is that something you gathered information-wise, or
8    was that again through an investigator?
9    A    I don't remember that.  I don't remember that.
10   Q    And from time to time, in addition to this Priority
11   Mail, you did send other packages to Rose Marks, correct?
12   A    I've sent other things to Ms. Marks, yes.
13   Q    Including copies of the -- or the letters that you had
14   received from the P.O. Box that had been addressed to Brad
15   Pitt, for example?
16   A    For Brad Pitt, the letters, I think I mostly read them
17   over the phone to Joyce, and then I think I sent it -- I'm
18   trying to remember how that worked.
19        For Colin Powell, everything was sent to Joyce,
20   everything.  Nothing went -- but for Brad Pitt, I can't
21   remember if I directly sent everything back to her or if it
22   went through Joyce again.  I don't remember that.
23   Q    Did you ever send any -- do you recall sending any
24   packages to a Janice Johnson at 1319 Seminole Drive, Fort
25   Lauderdale, Florida?
```

```
 1              MR. BARDFELD:  May I approach, Your Honor?

 2              MR. SCHWARTZ:  Your Honor, I believe she was going

 3    to answer.  Could she be allowed to answer?

 4              THE COURT:  If she was going to answer.

 5              Were you going to answer?

 6              THE WITNESS:  I don't recall, but --

 7              MR. BARDFELD:  May I approach?

 8    BY MR. BARDFELD:

 9    Q    Let me show you what's been marked for identification

10    113-2.

11              Does that refresh your memory?

12    A    Not really.

13    Q    I'm sorry?

14    A    Not really.

15    Q    Do you know who Victoria Eli is or purported to be?

16    A    Okay.  According to the papers or the news articles,

17    Victoria is also Janice Johnson, correct?  The articles and

18    online with the Sun Sentinel, I've been following the story,

19    and Janice Johnson and Victoria Eli are the same people, is

20    that --

21    Q    But at the time you sent that package, did you know that

22    you were sending it to Rose Marks' sister?

23    A    Yes.  I had to -- but I'm trying to remember what it

24    was.  I don't remember what it was.

25              MR. BARDFELD:  May I?
```

```
 1              MR. STEFIN:  That's all I have on direct
 2   examination at this time, Your Honor.
 3              THE COURT:  Thank you.
 4                       Cross-examination
 5   BY MR. SCHWARTZ:
 6   Q    Just to follow up, I believe Mr. Stefin stopped with --
 7   left a page off what you sent to Rose, and he tells me that
 8   0068 is also in evidence.
 9              So you mentioned that you got the address of her
10   accountant from the Sunbiz.org website, and this is --
11   Sunbiz.org is the website of the Florida Department of State,
12   Division of Corporations.  And do you see that Boynton Beach
13   address on there for registered agent and mailing address and
14   principal address for her corporation?
15   A    Yes, so -- yes.
16   Q    And you testified that the investigator then said that
17   that was her accountant --
18   A    Her accountant.
19   Q    -- Mr. Raley.
20   A    Yes, it was not a residence, it was a business, and it
21   belonged to her CPA.
22   Q    Now, Mr. Stefin started out by asking you if you had
23   been compelled to testify; is that correct?
24   A    I was compelled with a court order, yes.
25   Q    And is that because you asked for immunity so nothing
```

1    you said could be used against you?

2    A    Yes, sir.

3    Q    And if the Government gives you immunity, then you don't

4    have a Fifth Amendment right, nothing you say can be used

5    against you, and the Court can require you testify; is that

6    right?

7    A    Yes, sir.

8    Q    So it's not that you resisted coming, you just wanted to

9    have your rights protected?

10   A    Exactly.

11   Q    And why did you feel that you needed to have your rights

12   protected?

13   A    Well --

14   Q    Let me make it easier.  Let me withdraw that question.

15        Did the Government threaten you at any time?

16   A    Well, when I was -- I was subpoenaed to come here the

17   end of November, and I had mentioned many times in other

18   conversations that I didn't feel that I was a victim, that I

19   was not victimized by Ms. Marks.  They were looking for

20   victims when they initially called my cellphone a couple

21   years ago, and I didn't even know Ms. Marks was arrested, and

22   I hadn't talked -- and then basically -- but I felt at that

23   time, I felt pressured to become a victim.  But I told them

24   I'm not a victim, I was never victimized, I didn't feel I was

25   victimized by Ms. Marks at all.

1    Q    And did they then threaten you and say, well, then maybe

2    you were a coconspirator of hers?

3    A    Well, when I was presented with this information, they

4    seemed to think that, you know, that I did some really bad

5    things, and it appeared that before the grand jury that I

6    would be -- that I might be implicated as an accomplice,

7    which was nuts.

8              But I was upset.  I was very upset because -- I was

9    very upset.

10   Q    And you thought the Government was going to say you were

11   an accomplice or a coconspirator because you took dictation

12   on these letters and forwarded them back and forth at Rose's

13   request?

14   A    Yes, I -- yes, I -- yes.

15   Q    And you were in fear that you'd be sitting at a table

16   with her in a courtroom, right?

17   A    Yes, the way the questions were presented to me at the

18   time, some of the facts were wrong when they were asking me,

19   and even -- they admitted a couple times they made a mistake

20   initially with certain evidence they presented to me, and I

21   said this isn't correct, I wasn't even in Florida on this

22   date.  And they said, yes, we made a mistake, you're correct.

23             So, yes, I'm sorry.

24   Q    Okay.  Did you hire an attorney?

25   A    At the time last year I did, yes.

```
1    Q    And did your attorney advise you that you needed to

2    protect yourself against being charged with a crime?

3    A    He said yes, yes, because it looked -- the way it was

4    presented, he said it's implying that you were an accomplice.

5    But that's ridiculous, you know.

6    Q    Now, let's talk about why the Government wanted to say

7    you were a victim.

8              Did you give money to Rose?

9    A    I loaned her money over the years, and we've gone back

10   and forth.  I've helped her out, she's helped me out.

11   Q    And did there come -- when did you meet Rose?  The

12   prosecutor never asked you that.

13   A    1982.

14   Q    And how did you meet her?

15   A    I initially met her at a church function.  I came as a

16   date with someone.  It was a baptism, and then she was there,

17   as well.

18   Q    Was that a Greek Orthodox church?

19   A    Yes, sir.

20   Q    Is she Greek Orthodox?

21   A    I believe so.

22   Q    And did there come a time when you showed her some real

23   property?

24   A    Yes, sir.

25   Q    Now, you had a realtor's license, right?
```

```
 1    A     Yes, sir.

 2    Q     But in addition to that, did you have a regular job?

 3    Not that a realtor's not a regular job, but a full-time job.

 4    A     Yes, I was a full-time employee of the federal

 5    government for 17 and a half years.

 6    Q     The U.S. Government?

 7    A     Yes, sir.

 8    Q     And in what capacity were you employed?

 9    A     Well, I was senior accountant, a senior financial

10    analyst.  My highest GS level was a GS-14.

11    Q     And that's the next to the highest level on the

12    Government salary scale other than the special exempt service

13    section, right?

14    A     Exactly.

15    Q     And so you had an important position with the U.S.

16    Government?

17    A     Yes, I did.

18    Q     And did there come a time when you left the Government

19    and went into other work?

20    A     Yes, I did.  I quit.

21    Q     Was that because you felt you were being discriminated

22    against because of your gender?

23    A     That was part of it.  I left because I was perceived as

24    a potential whistleblower, and I accidentally came across

25    things that were going on that were terrible, and some things
```

```
 1    I figured out, and when they realized that I was an exposure

 2    risk, that's when things really got bad.

 3              It's like the name of the game becomes, well, how

 4    do we discredit this person.  And then my life at work was a

 5    living hell and was a lot of hostile working environment, and

 6    I chose to leave, and so I left.

 7    Q    Instead of blowing the whistle?

 8    A    Exactly.

 9    Q    Well, what agency is that?

10    A    Well, actually, it happened at two agencies and I didn't

11    think things could get worse.  It started at Farm Credit

12    Administration, and then a few months later I found another

13    job at Department of Education.  But it was worse than Farm

14    Credit Administration.  And then after Department of

15    Education, that was completely it for the Government for me.

16    Q    Did there come a time when Rose moved from Virginia to

17    Florida?

18    A    Yes, it was in late '90s, I think '98.

19    Q    Did she give you anything?

20    A    She gave me some of her beautiful furniture, and I'm

21    trying to think, her beautiful TV, and some of the nice

22    things.

23    Q    Okay.  And you gave her -- loaned her some money on

24    occasion?

25    A    Yes, sir.
```

```
1    Q    And she loaned you some money on occasion?

2    A    Yes.

3    Q    And because of money of yours that went into bank

4    accounts, you got a call from a Detective Stack, didn't you?

5    A    I -- I got~-- the call that I received was from Beth

6    Watts.

7    Q    Okay.

8    A    On~-- it was right after Labor Day 2011, telling me of

9    the arrest, but Charlie -- see, he never was entered into

10   the -- I've never received a call from Charles Stack.

11   Q    I withdraw that.  I was mistaken.

12        And you said you felt threatened by Beth Watts?

13   She's a nice lady.

14   A    Well, the first conversation, I didn't even know that --

15   what happened to Mrs. Marks, and that was the first time I

16   heard about the arrest, and I think I started to cry.  And

17   she was starting to ask me questions, and about, you know, if

18   I had ever, you know, given her any kind of money, just

19   asking a lot of things.  I said, how did you get my phone

20   record?  And she said she got it from -- or how did you have

21   my phone number?  And she said she got it off her cellular

22   phone, and they were looking for victims, and it just upset

23   me and I said, well, I'm not a victim.

24        So that was the first conversation with Beth Watts.

25   Q    And how long was that conversation?
```

```
 1   A     That first one didn't go on very long.  Five, 10 minutes
 2   maybe.
 3   Q     And was there another one after that?
 4   A     There was a second conversation when I came for the
 5   subpoena, that I was subpoenaed to come here to appear before
 6   the grand jury on November 29th of 2012.  And I explained --
 7   now, that was a lengthy conversation.
 8   Q     Let's go back to the first one back in, I think you said
 9   it was September 2011, right?
10   A     Yes.
11   Q     Did you say that I'm her friend?
12   A     Yes.
13   Q     I've borrowed money from her and she's borrowed money
14   from me?
15   A     At that -- I'm trying to remember every single detail in
16   that conversation, but I told them it was a friend, that we
17   met at a church function, that we -- I might have said that
18   we've loaned each other money.  I can't remember my exact --
19   I have it -- I have it written up somewhere after the
20   conversation, for me to remember, but I don't have it with
21   me.
22   Q     Well, let me show you what just for the purposes of
23   identification, I'll mark as Defendant's exhibit 14 and ask
24   you to look at it.
25         MR. SCHWARTZ:  May I approach?
```

```
 1                THE COURT:  Yes.
 2   BY MR. SCHWARTZ:
 3   Q     Without reading from it, would you tell us what it is?
 4   A     Memorandum of conversation between Beth Watts and Debbie
 5   Von Beulen.  It says -- it has Charlie Stack's name in here,
 6   but --
 7   Q     Without telling us what it is, give me a moment.
 8   A     I'm sorry.
 9                MR. SCHWARTZ:  Your Honor, I would move this into
10   evidence.
11                THE COURT:  Any objection?
12                MR. STEFIN:  Well, relevance and hearsay, but other
13   than that . . .
14                THE COURT:  Well, hearsay's good enough.
15                Sustained.
16   BY MR. SCHWARTZ:
17   Q     Is this a conversation that you had with the
18   investigator Beth Watts?  Is this a report of the
19   conversation you've told us about that you had with Beth
20   Watts?
21   A     Yes, but this isn't what -- this isn't -- I didn't --
22   one thing is wrong.  I didn't say from church.  I met her at
23   a church function and that I knew her husband, Nick.
24   Q     Well, read the report to refresh your memory of the
25   conversation.  It's not in evidence, so you can't testify
```

1    about the -- what's in the report.  But, again, without

2    saying what's in there, is that report a complete and

3    accurate depiction of what the conversation you had with Beth

4    Watts was?

5    A    No, it was not.

6    Q    You told us you told Beth Watts you were not a victim.

7    Do you see that anywhere in the report?

8    A    No, I do not.

9    Q    You told us that you told Beth Watts you were happy with

10   Rose, she was your friend.  Do you see that anywhere in the

11   report?

12   A    No, I do not.

13   Q    Did you tell Beth Watts in that conversation that money

14   that went back and forth between the two of you were loans

15   and were repaid?

16   A    No, I do not.

17   Q    Did you tell her that?  Not whether it's in the report

18   or not.

19   A    The -- I'm trying to remember the exact conversation,

20   and I don't remember if I said in that conversation we've

21   loaned each other money with Beth Watts.  That part, I don't

22   remember I said that or not.

23   Q    Okay.  But you're sure you said you're not a victim?

24   A    Oh, absolutely.  I said that and a lot more details than

25   this, because the conversation went on for at least five

```
 1    minutes.  So this is not -- if this is all that was said,
 2    this is not accurate.
 3                MR. SCHWARTZ:  I'd move it into evidence, Your
 4    Honor.
 5                MR. STEFIN:  Judge, I don't have any objection.
 6                THE COURT:  All right.  What number is this?
 7    Fourteen?
 8                MR. SCHWARTZ:  Excuse me if I might, Judge.
 9                It's 14.
10                THE COURT:  Admitted without objection.
11       (Defendant's Exhibit No. 14 entered into evidence.)
12    BY MR. SCHWARTZ:
13    Q    Did you tell her you hadn't given her any money for
14    fortune-telling services?
15    A    That I said.
16    Q    And that's correct?
17    A    Yes.
18    Q    Now, let's talk about the Colin Powell and Brad Pitt
19    scenarios.  What did Rose tell you those were for?
20    A    Those were exercises to help the author feel the
21    character, to write, to get creative ideas, to help her have
22    a good -- I guess you'd call it a best seller, a best-selling
23    book, and for her to get into the character and experience
24    it.  It's part of a story.
25    Q    But did Jude Deveraux ever mention Brad Pitt in any of
```

1    her books?

2    A    Yes.  Yes, she did, as a matter of fact.  And I should

3    have mentioned this when the prosecutor was up.  I went to a

4    used bookstore, and I went to a used bookstore recently to

5    just browse, and one book I stumbled upon of Ms. Deveraux's

6    books is called Heart Wishes.  And right in the book it talks

7    about the storyline with the Brad Pitt in the book, and that

8    she -- that Brad Pitt is going to play a certain character

9    that the -- a main character in this book was the author of,

10   implying that in her next book that she's bringing in Brad

11   Pitt to be in the story.

12         And I have -- I made a copy of the page out of the

13   book where -- and this -- there could be many other

14   references.  I see one for sure right in the book with Brad

15   Pitt right here.

16   Q    Okay.  Now, in some of the letters regarding Colin

17   Powell, it appears that Ms. Deveraux and Rose Marks, through

18   you, are talking about Colin Powell leaving his wife,

19   marrying Jude Deveraux, that Mr. Edwards was going to be the

20   vice president, and then for some reason he would become the

21   president and Colin Powell would become the vice president,

22   and Jude Deveraux would be living in the observatory -- the

23   vice presidential mansion, et cetera.

24         In any way at all did you believe that Jude

25   Deveraux believed that those conversations were real?

```
 1                MR. STEFIN:  Objection.

 2                THE COURT:  Sustained.

 3    BY MR. SCHWARTZ:

 4    Q    Okay.  Were you writing those at Rose's direction in

 5    order to trick Jude Deveraux into believing that she was

 6    going to be Colin Powell's wife and the Second Lady of the

 7    United States?

 8    A    Absolutely not.  I didn't trick.  It wasn't meant to

 9    trick, no.

10    Q    What was the purpose of those books -- those e-mails?

11    A    Again, it was for the author to get into the character.

12    For these romance books that authors write, or any author,

13    you get into the character.  For her particular, she really

14    lived like these characters.  She would get -- apparently,

15    she would have to get into the frame of mind, and it was a

16    storyline -- it was a storyline with this romance, again,

17    with something that she was doing.

18              And when you mentioned Colin Powell, and I -- in

19    the book here, again, she has a character in a couple -- at

20    least this book and maybe other books about a Colin, and the

21    physical description does match Colin Powell.  The character

22    in this book was a sheriff, and it's in the same Heart Wishes

23    book that I found the Brad Pitt reference, same description.

24              So this was part of a storyline of characters.  She

25    might have taken bits and pieces off these creative --
```

```
 1    these -- this romance scenarios and put them in her books in

 2    various ways.

 3            THE COURT:  An idea of how much more you have,

 4    Mr. Schwartz?

 5            MR. SCHWARTZ:  Let me just check with my client,

 6    Judge.  Maybe we can finish quickly.

 7            THE COURT:  I'm not trying to rush you, because the

 8    jurors may want to leave.

 9            MR. SCHWARTZ:  I don't want to have to stay over

10    the weekend.  Let me just check.

11            THE COURT:  Okay.

12    BY MR. SCHWARTZ:

13    Q    Just one other thing.

14            Were you stalking Jude Deveraux?

15    A    No.

16    Q    Or Jude Montassir?

17    A    Stalking?  Stalking her?

18    Q    Gathering information to some way hurt her?

19    A    Oh, good grief, no, no.

20    Q    To the best of your knowledge, what was the reason for

21    gathering this information?

22    A    So Mrs. Marks could find her, make sure she was okay.

23    Because she was very worried about her.  Based on all those

24    letters and information, I got my perception was the woman

25    was imbalanced and unstable.  She was a talented writer, but
```

```
 1    whatever the reason, they had fights and then they made up,

 2    and their friendship, and she was trying to find her and

 3    protect her, and that's -- that was my impression.

 4              MR. SCHWARTZ:  No further questions, Your Honor.

 5              THE COURT:  Thank you.

 6              Any redirect?

 7              MR. BARDFELD:  I have about less than five minutes.

 8              THE COURT:  Can we wait, everyone, so this lady

 9    doesn't have to stay over the weekend and come back on

10    Monday?

11              All right, go ahead.

12                      Redirect Examination

13    BY MR. STEFIN:

14    Q    Ms. Von Beulen, you said that from time to time you gave

15    the Defendant money and you said from time to time she gave

16    you money.  Was that your testimony in direct?

17    A    We had helped each other out through the years.

18    Q    Helped each other out.

19              Isn't it a fact that you have given her over a

20    hundred thousand dollars over the years?

21    A    It is a fact, yes.

22    Q    And isn't it a fact that she still owes you that money

23    because she told you she was going to repay you, correct?

24    A    No, a lot of the money I gave to her.  And you have to

25    understand something.
```

```
1    Q     Well, I'm just --

2    A     I mean, I'm an adult.  I am of sound mind.  I've never

3    been to a psychiatrist or a psychologist in my life.  I was a

4    former Government employee for how many years.  I -- I gave

5    to her to help her out.  I did -- I gave it to her, the main

6    reason, she saved my life once.

7    Q     But you've given her over a hundred thousand dollars?

8    A     I've given her -- yes.

9    Q     And in fact, you inherited a sizeable amount of money

10   from your father, correct?

11   A     I wouldn't call it sizeable, but I --

12   Q     Well, how much money did you inherit from your dad when

13   he passed away?

14   A     Maybe around 59,000.

15   Q     And you pretty much given all of that money to Rose

16   Marks, haven't you?

17   A     Most of it I did, yes.

18   Q     And you're hoping to get that money back one day, aren't

19   you?

20   A     No, I'm not, because when someone saves your life, and I

21   mentioned that to you that day in November, what value can

22   you put on someone's life?  And she did save my life.

23   Q     So when you told us that she promised that she would

24   repay you when this case was over, she didn't tell you that?

25   A     Whatever -- whatever money that I had helped her out
```

1   with, I know that when she's able, she'll -- she'll -- but

2   I'm not -- a lot of it I just gave.  Like defense fund,

3   that's a legal contribution.  There's no money expected to be

4   repaid to me in the legal defense fund.  That is a legal

5   contribution.

6   Q    And when Agent Beth Watts contacted you the first time

7   in September 2011, the two of you spoke for less than 10

8   minutes, correct?

9   A    Yes.

10  Q    And in that conversation you said you -- that you had

11  met Rose Marks.  She wrote down you met her from church, but

12  you're saying you met her at church?

13  A    I said at a church function.  There's a difference,

14  because that's what the confusion was when I first came in

15  November, because you thought that I was working with her in

16  her church and doing her work with her on her church, and

17  that was totally opposite of what the situation was.  And

18  then we cleared that up.

19  Q    But you told her that you had met her at church and that

20  you had never given her any money for fortune-telling

21  services, correct?

22  A    I don't remember my exact words, but that was -- I must

23  have said something like that, yes.

24  Q    And that was pretty much the sum total of that

25  conversation with her that day, correct?

```
 1   A    No, no, it was not, sir.

 2   Q    Well, you're saying she asked if you were a victim in

 3   this case?

 4   A    Well, she said, we were looking for victims, how she

 5   contacted me with that, and then I know I said I was not a

 6   victim.  And then we were talking about her husband, Nick,

 7   who died from the brain something or other, and what else?

 8   I'm trying -- I had a -- there was some other -- it didn't go

 9   on very long, but there was some other that was a couple of

10   the things in there.

11        Right after I spoke, I had typed it up from my

12   memory, but I didn't bring it with me.  But it went on for at

13   least five minutes, and I started to -- crying because I

14   didn't know she had been arrested.

15   Q    And you didn't talk to Beth Watts again for more than a

16   year after that short conversation?

17   A    Exactly.

18   Q    And when you came down to South Florida from a grand

19   jury subpoena you had a lawyer that represented you, correct?

20   You had hired a lawyer?

21   A    Yes, sir.

22   Q    And your lawyer sat with you during the interviews that

23   you had on that occasion in 2012?

24   A    Well, I was here last year, yes.

25   Q    Correct, right?
```

```
 1   A     Correct.

 2   Q     And, in fact, you gave that interview -- you received a

 3   letter from me telling you that anything you told us wouldn't

 4   be directly used against you in any proceeding, correct?

 5   A     You mean the proffer letter?

 6   Q     Proffer letter.  That's what it's called.

 7   A     I -- I got that, yes.

 8   Q     So are you saying that you felt threatened by all of

 9   these proceedings because we asked you to come to testify in

10   a matter and you had a lawyer representing you and you had a

11   proffer letter?

12   A     I felt very uncomfortable.  I'm not sure if I'd say the

13   word "threatened," but I felt very uncomfortable because,

14   especially in the very beginning when we were talking last

15   year, how the conversation went with the wording and the

16   semantics.  In the very beginning it was like, you know, it

17   was like I was a, like a coconspirator.

18   Q     Did anybody accuse you of being a coconspirator when you

19   came in for that interview?

20   A     Well, that word wasn't used, but my lawyer had some

21   conversations with you personally and --

22   Q     Because there were questions you didn't want to answer

23   initially.

24   A     Well, that wasn't -- no, sir.  I couldn't remember some

25   of the -- it was so long ago I couldn't remember some of the
```

```
 1    things, and you got a little short with me because I couldn't
 2    remember right away.  And then you went on to another
 3    question.  But when we met later that afternoon, then I was
 4    able to recall more precisely.  And I wasn't feeling well
 5    that day.  I was very sick.  And I recalled more information.
 6    But it was very uncomfortable because, you know, I didn't
 7    consider myself to be a victim.
 8              MR. STEFIN:  Thank you.  No further questions.
 9              THE COURT:  Thank you, ma'am.
10              Watch your step.
11              MR. SCHWARTZ:  May she be excused, Your Honor?
12              THE COURT:  As far as I know, yes.
13              All right.  Ladies and gentlemen, thank you for
14    staying late.  Have a nice weekend.  We'll see you Monday at
15    9:00.  Don't discuss the case, don't form any opinions, stay
16    away from news reports about the case.  Thank you.  Have a
17    pleasant weekend.
18        (The jury exits the courtroom.)
19              THE COURT:  Thank you, ma'am.  Watch your step.
20              MR. SCHWARTZ:  Your Honor, if I may?
21              MR. STEFIN:  With her?
22              MR. SCHWARTZ:  Yes, just for a second.
23              Mrs. Marks' bond conditions are that she not meet
24    with or talk to any witnesses or victims unless with her
25    attorney present.  Ms. Von Beulen has testified, and she's
```

```
 1    asked me can she spend part of the weekend with Ms. Marks,

 2    have dinner with her, et cetera.  I don't want Ms. Marks to

 3    be violating her bond, so I'd ask the Court if there's any

 4    objection.

 5              THE COURT:  I got the impression she already had

 6    spent time with her.

 7              MR. SCHWARTZ:  Well, we talked this morning, the

 8    three of us.

 9              THE COURT:  You said that she was spending the

10    night.

11              MR. STEFIN:  She wanted to, and what happened is I

12    recalled that Ms. Marks was under bond restrictions.

13              I don't have any objection.

14              THE COURT:  Okay.

15              MR. STEFIN:  As long as we both agree that there's

16    really no chance she would be recalled as a witness.

17              THE COURT:  I guess the question is --

18              MR. SCHWARTZ:  I have no intention to recall her as

19    a witness, Judge.

20              THE COURT:  Then, yeah, she's free to spend time

21    with Mrs. Marks.

22              MR. SCHWARTZ:  Thank you, Your Honor.

23              THE COURT:  You're welcome.

24              MR. STEFIN:  Just don't bring a cellphone.  No, I'm

25    just --
```

```
 1                    MR. SCHWARTZ:  That's a low blow.

 2                    (Laughter.)

 3                    THE COURT:  Do we need to talk about anything on

 4      the record?

 5                    MR. STEFIN:  I don't believe so.

 6                    MR. SCHWARTZ:  I have nothing else at the moment,

 7      Judge.

 8                    THE COURT:  All right.  Let's go off the record.

 9           (The evening recess was taken at 5:11 p.m.)

10                         *  *  *  *  *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        *  *  *  *  *

 2                         I N D E X

 3   Testimony of Gary Gene Tschetter

 4           Direct by Mr. Bardfeld              15

 5           Cross by Mr. Schwartz              62

 6           Redirect by Mr. Bardfeld           82

 7           Recross by Mr. Schwartz            85

 8   Testimony of Debbie Von Beulen

 9           Direct by Mr. Stefin               90

10           Cross by Mr. Schwartz             137

11           Redirect by Mr. Stefin            151

12                        *  *  *  *  *

13                       E X H I B I T S

14   Government's Exhibits in Evidence:

15           Government's 110                    3

16           Government's 30-1                  17

17           Government's 109A                  27

18           Government's 109                   34

19           Government's 109B                  53

20           Government's 113                  101

21           Government's 533                  115

22                        *  *  *  *  *

23

24

25
```

```
 1                          *  *  *  *  *

 2                   E X H I B I T S (Cont.'d)

 3    Defendant's Exhibits in Evidence:

 4           Defendant's 13                          13

 5           Defendant's 14                         147

 6                          *  *  *  *  *

 7                         CERTIFICATE

 8        I, Stephen W. Franklin, Registered Merit Reporter, and

 9    Certified Realtime Reporter, certify that the foregoing is a

10    correct transcript from the record of proceedings in the

11    above-entitled matter.

12        Dated this 10th day of NOVEMBER, 2013.

13

14        /s/Stephen W. Franklin
          _____
15        Stephen W. Franklin, RMR, CRR

16

17

18

19

20

21

22

23

24

25
```

## $

$10,000 [2] 58/22 60/25
$14,000 [2] 53/9 53/10
$180,000 [8] 60/25 61/2 68/12 73/20 74/9
 76/24 83/14 83/15
$1900 [20] 25/1 25/4 25/5 25/9 25/24 26/9
 26/12 26/23 27/8 27/16 27/20 28/1 29/19
 36/6 36/9 54/4 68/20 69/20 70/10 80/4
$1900-worth [1] 70/10
$20,000 [1] 91/12
$227,900 [1] 36/17
$25 [1] 66/19
$25 million [1] 66/19
$250,000 [3] 48/13 48/14 50/19
$27 [1] 134/8
$3600 [3] 34/22 34/23 35/25
$4.95 [1] 123/4
$45,000 [3] 44/11 45/3 45/5
$470 [1] 129/8
$48,000 [3] 43/1 43/8 44/13
$50,000 [2] 58/22 60/23
$65,000 [1] 52/2
$66,000 [1] 83/6
$80,000 [5] 51/2 51/4 51/8 52/7 80/10

## '

'08 [2] 115/9 128/19
'09 [6] 44/16 121/9 121/10 121/16 122/24
 128/20
'10 [1] 79/23
'11 [1] 79/23
'9 [1] 79/23
'90s [2] 16/16 142/18
'98 [1] 142/18
'til [2] 82/23 83/11

## -

-g-a [1] 115/9
-v [1] 1/5

## /

/s/Stephen [1] 160/14

## 0

000 [1] 3/23
00058 [1] 123/9
00059 [1] 123/12
00060 [1] 123/22
00065 [1] 124/7
00066 [1] 125/6
00067 [1] 129/16
00072 [1] 125/8
001 [1] 3/24
00438 [1] 83/8
00439 [1] 114/12
00440 [1] 114/12
0068 [1] 137/8
034 [1] 59/3
035 [1] 59/4
036 [1] 59/4
069 [1] 4/2
080 [1] 4/3
09 [1] 44/23
0999 [3] 98/20 102/10 103/16

## 1

10 [9] 4/10 5/16 13/20 14/2 38/7 68/12 115/9
 144/1 153/7
10-minute [2] 2/19 4/7

10/2 [1] 42/19
101 [2] 11/1 159/20
109 [7] 33/25 34/1 34/12 34/15 34/17 59/3
 159/18
109A [4] 27/3 27/10 27/13 159/17
109B [4] 53/4 53/14 53/17 159/19
10:10 [1] 6/11
10:29 [1] 6/11
10th [5] 114/15 116/4 126/19 127/2 160/12
11 [1] 90/23
11-80072-CR-MARRA [1] 1/2
110 [4] 3/9 3/14 3/16 159/15
113 [5] 97/22 99/7 101/21 102/1 159/20
113's [1] 101/19
113-2 [1] 136/10
115 [1] 159/21
11:13 [1] 10/11
11:22 [1] 10/11
12 [1] 38/9
12/1 [1] 102/18
1290 [1] 128/18
12:00 [1] 14/2
12:30 [1] 14/9
12:31 [1] 30/11
13 [8] 13/6 13/12 13/13 42/20 42/20 42/21
 160/4 160/4
1319 [3] 114/12 122/18 135/24
131900438 [1] 51/18
13500 [2] 123/7 123/13
137 [1] 159/10
14 [6] 80/11 141/10 144/23 147/9 147/11
 160/5
14,000 [3] 52/23 63/12 83/9
147 [1] 160/5
15 [5] 12/9 38/7 38/9 85/9 159/4
15-minute [1] 85/7
151 [1] 159/11
15142 [1] 122/22
159 [1] 5/24
15th [1] 27/15
16 [1] 129/9
17 [4] 42/19 42/19 141/5 159/16
178 [1] 1/10
17th [1] 45/1
180 [2] 68/14 73/21
19 [1] 42/19
1900 [3] 68/21 70/5 70/12
1970-something [1] 112/10
1980s [1] 91/5
1982 [2] 91/6 140/13
1:00 [1] 14/7
1:00 o'clock [1] 4/22
1:30 [2] 4/23 14/7
1:45 [2] 30/4 30/8
1:47 [1] 30/11
1st [1] 129/8

## 2

2/9 [1] 36/16
200 [2] 1/21 120/22
2007 [3] 102/17 103/16 107/16
2008 [8] 114/15 115/22 116/4 118/8 118/9
 121/7 127/2 132/4
2009 [14] 17/3 17/22 19/14 27/15 44/11
 44/18 45/1 47/25 48/1 48/3 48/8 126/11
 127/4 129/8
201 [1] 5/24
2010 [1] 5/7
2011 [8] 48/4 48/8 63/25 83/9 83/11 143/8
 144/9 153/7

2012 [2] 144/6 154/23
2013 [2] 1/8 160/12
21 [1] 42/19
213-1290 [1] 128/18
22 [3] 34/20 42/18 122/24
22nd [1] 42/18
23 [1] 42/19
24 [1] 42/20
240 [1] 97/24
247 [1] 97/23
248 [3] 97/23 98/19 107/13
24th [1] 83/7
250 [3] 97/23 98/16 101/25
259 [5] 69/15 69/16 69/23 70/16 70/21
259,000 [2] 48/1 70/3
260 [3] 69/15 69/23 70/3
260,000 [1] 63/16
27 [3] 42/18 42/18 159/17
2789 [1] 128/4
28th [1] 83/9
29th [1] 144/6
2:00 [2] 14/8 14/12

## 3

3 million [1] 116/10
3.6 [1] 116/7
3/5/2009 [1] 48/1
30-1 [4] 17/12 17/17 17/20 159/16
3000 [1] 36/16
31st [1] 134/8
32 [1] 102/17
33 [4] 19/23 100/21 102/13 105/2
33's [1] 103/15
33301 [1] 1/18
33304 [1] 122/19
33316 [1] 131/12
33401 [1] 1/24
33432 [1] 1/22
338 [1] 109/7
34 [1] 159/18
3469 [1] 130/16
37 [2] 3/3 3/4
3768 [1] 1/23
3:07 [1] 88/7
3:21 [1] 88/7
3rd [1] 129/8

## 4

4/1 [1] 132/20
4/16 [1] 129/9
40 [1] 116/10
4000 [1] 36/16
45 [1] 44/19
45,000 [1] 44/21
48 [4] 44/3 44/19 44/23 44/24
48,000 [1] 43/2

## 5

5/22 [2] 34/20 42/18
5/27 [2] 42/18 42/18
50 [1] 68/11
500 [1] 1/17
500s [1] 114/22
512 [3] 122/4 122/4 122/18
514-3768 [1] 1/23
523 [1] 51/18
53 [1] 159/19
533 [7] 114/10 114/13 114/18 114/25 114/25
 115/4 159/21
55 [1] 4/14

**5**

561 [1] 1/23
59,000 [1] 152/14
5:11 [1] 158/9
5:30 p.m [2] 11/25 13/19
5th [2] 102/16 103/16

**6**

6/17 [1] 42/19
6/17/2009 [2] 44/11 44/18
6/6 [1] 37/21
600 [1] 116/7
607 [1] 87/1
62 [1] 159/5
65,000 [1] 51/13
66 [1] 80/11
66,000 [3] 52/1 52/2 63/12
6M [1] 116/8

**7**

700 [1] 1/21
701 [1] 1/24
79th [1] 128/4
7th [1] 1/18

**8**

8/13 [3] 42/20 42/20 42/21
8/13/09 [1] 44/23
8/17 [1] 42/19
8/19 [1] 42/19
8/21 [1] 42/19
8/23 [1] 42/19
8/24 [1] 42/20
80 [1] 52/4
800 [2] 132/12 133/3
800-history [1] 135/4
82 [1] 159/6
85 [1] 159/7
85267 [1] 122/22
8:40 p.m [2] 12/1 13/19
8:57 [1] 102/17
8th [1] 115/22

**9**

9/2 [1] 42/19
90 [3] 4/15 5/12 159/9
90 percent [1] 48/20
954 [1] 128/18
9:00 [1] 156/15

**A**

a.m [4] 6/11 6/11 10/11 10/11
abilities [6] 23/20 23/22 24/2 25/19 26/4 29/2
ability [5] 5/23 23/24 24/9 80/13 124/19
able [8] 2/17 12/17 25/21 43/24 125/4 129/12
153/1 156/4
above [4] 41/1 68/17 123/4 160/11
above-entitled [1] 160/11
absolutely [13] 16/10 19/9 28/23 45/24 53/22
54/1 57/2 72/2 77/18 79/14 79/20 146/24
149/8
abundance [1] 10/8
accept [1] 60/18
accepted [1] 61/5
access [3] 131/13 131/20 132/15
accidentally [1] 141/24
accomplice [3] 139/6 139/11 140/4
accomplish [3] 25/18 27/22 28/21
according [2] 73/21 136/16

account [27]  27/8 34/6 34/7 44/10 45/7 53/9
99/5 116/10 116/23 120/17 130/22 130/23
130/24 131/13 131/21 131/10 131/14 131/18
131/21 132/13 132/14 132/16 132/16 132/24
132/25 134/11 134/15
accountant [5]  116/12 137/10 137/17 137/18
141/9
accounts [2] 131/15 143/4
accurate [3]  97/16 146/3 147/2
accuse [1] 155/18
acknowledge [5]  40/4 60/18 71/14 71/17
76/12
acknowledges [7]  61/14 61/22 61/25 62/4
62/10 69/6 72/23
across [1] 141/24
act [6]  9/3 9/5 9/9 61/23 62/2 72/25
action [3]  61/8 62/3 73/1
actions [1] 130/3
active [1] 128/24
actor [1] 92/7
actual [2] 29/9 127/19
actually [13]  6/21 6/21 18/15 35/16 35/17
41/24 58/4 65/21 87/18 115/12 117/11 121/9
142/10
add [3]  13/20 37/23 108/11
addition [4] 109/20 111/7 135/10 141/2
address [21]  5/8 92/3 98/4 100/20 103/22
110/11 113/9 113/16 122/15 123/7 125/16
126/4 128/3 129/22 130/17 130/24 135/3
137/9 137/13 137/13 137/14
addressed [2]  106/3 135/14
addresses [3]  113/13 127/25 128/2
Administration [2]  142/12 142/14
admissible [2]  99/13 100/23
admission [7]  17/16 27/9 53/13 62/2 72/25
74/10 75/5
admit [4]  3/18 13/11 34/11 101/8
admitted [12]  3/14 17/19 19/23 27/12 34/14
53/16 101/10 101/19 114/20 122/3 139/19
147/10
admitting [1] 99/20
adult [1] 152/2
advice [1] 76/15
advise [1] 140/1
advised [3]  5/3 91/19 126/9
advisor [1] 60/22
aerial [3]  123/9 124/5 124/14
affirm [1] 71/17
affirms [4]  61/14 61/25 62/4 72/23
aforementioned [2]  60/21 61/5
after [40]  2/21 4/18 6/11 6/16 10/11 10/20
11/5 17/1 26/21 28/1 28/5 29/12 30/11 30/21
31/23 32/15 34/5 34/5 47/21 55/19 58/23
59/12 81/1 81/24 83/22 83/22 84/4 85/22
88/7 89/6 89/8 89/15 131/11 131/11 142/14
143/8 144/3 144/19 154/11 154/16
afternoon [4]  4/23 14/6 62/24 156/3
afterwards [1] 114/23
again [45]  4/8 4/20 7/16 9/8 10/22 19/16
22/16 23/16 28/2 28/14 28/19 29/11 29/14
29/14 30/1 30/9 30/24 37/2 93/13 99/22
101/23 107/15 108/6 109/13 109/17 111/11
111/20 111/24 112/15 113/25 115/24 125/3
126/22 127/1 130/10 130/25 131/15 132/12
135/8 135/22 146/1 149/11 149/16 149/19
154/15
again/off [1] 29/14
against [11]  7/21 60/19 61/9 73/23 73/25
91/19 138/1 138/5 140/2 141/22 155/4
agencies [1] 142/10

agency [1] 142/9
agent [6]  8/4 9/22 12/4 60/20 137/13 153/6
agent's [1] 10/4
ago [5]  20/5 23/16 105/18 138/21 155/25
agree [6]  74/9 74/18 76/12 85/23 88/25
157/15
agreed [2] 21/7 116/9
agreeing [1] 72/14
agreement [14]  60/14 61/22 62/15 71/12
71/13 71/22 73/22 74/3 74/24 76/16 76/18
83/14 83/24 85/13
agrees [2] 75/3 88/3
ahead [2] 41/25 151/11
ahold [1] 121/14
al [1] 60/24
Alix [1] 125/17
alixheron [1] 125/18
allowed [3]  68/18 108/14 136/3
allows [1] 87/1
almost [3]  22/18 37/7 128/20
alone [1] 18/19
along [1] 100/3
already [13]  19/22 50/7 51/17 59/2 70/21
114/10 125/24 126/3 131/3 131/18 134/13
134/15 157/5
also [24]  7/22 13/3 13/22 50/1 68/1 68/16
68/16 78/23 99/2 106/19 110/6 111/8 112/15
113/8 113/10 119/6 120/12 123/7 123/21
128/8 129/5 135/3 136/17 137/8
always [1] 109/8
am [5]  11/7 91/1 100/6 107/22 152/2
Amendment [1] 138/4
AMERICA [6]  1/3 44/12 45/12 129/8 131/9
131/9
American [3]  132/12 132/16 132/24
amount [7]  36/18 48/5 51/25 60/25 68/21
91/14 152/9
amounts [2] 40/11 46/25
analysis [1] 79/6
analyst [1] 141/10
and/or [2] 60/19 61/8
another [11]  4/14 6/4 7/6 51/7 68/12 80/11
82/5 113/16 142/12 144/3 156/2
answer [15]  39/13 54/17 61/18 75/9 86/6
94/9 98/7 102/10 108/14 111/18 136/3 136/3
136/4 136/5 155/22
answered [1] 111/16
answering [4]  86/2 92/16 93/7 93/12
answers [3]  19/1 19/2 133/14
any [81]
anybody [4]  40/7 64/15 75/20 155/18
anymore [5]  32/16 50/21 81/17 116/5 116/15
anyone [6]  30/7 55/22 57/25 84/4 92/9
111/11
anything [34]  7/24 8/3 8/23 20/10 22/5 22/5
22/7 23/21 23/22 24/21 29/18 32/17 40/13
43/7 49/12 50/5 51/11 56/12 58/13 79/15
90/2 91/23 94/22 99/10 100/24 101/11
112/25 113/2 118/5 130/14 134/2 142/19
155/3 158/3
anyway [1] 44/1
anywhere [2]  146/7 146/10
aol.com [1] 1/25
apart [4]  19/13 20/18 35/8 42/18
apologize [1] 7/8
apparently [6]  5/5 117/18 118/13 128/4
130/18 149/14
appear [1] 144/5
appearance [1] 87/15
Appearances [1]  1/15

**A**

appeared [2]  117/24 139/5
appears [2]  99/4 148/17
applications [1]  4/4
appointment [2]  129/7 129/8
appreciate [1]  30/25
approach [14]  17/7 26/25 33/21 51/14 51/19
52/25 58/24 97/18 99/17 100/10 122/1 136/1
136/7 144/25
approaching [1]  133/20
approximately [8]  2/13 4/13 4/15 12/1 13/19
33/10 56/10 112/11
April [6]  122/24 126/11 127/4 128/20 129/8
132/4
April 22 [1]  122/24
April 3rd [1]  129/8
area [5]  29/23 41/22 41/23 90/17 128/8
areas [2]  127/16 127/17
aren't [1]  152/18
argue [1]  100/22
arguing [1]  74/21
argument [1]  6/8
argumentative [1]  134/20
Arizona [11]  90/16 90/18 90/19 90/22 95/10
95/11 110/2 120/2 120/3 120/5 120/8
around [7]  17/3 32/1 39/18 48/12 105/16
124/3 152/14
array [1]  47/3
arrest [3]  89/8 143/9 143/16
arrested [10]  64/13 64/22 64/23 65/3 65/5
65/10 82/17 85/22 138/21 154/14
art [1]  57/17
article [1]  65/19
articles [3]  65/18 136/16 136/17
aside [1]  76/10
ask [24]  30/9 51/4 64/8 64/11 66/6 66/15
70/23 75/12 76/12 80/12 80/20 84/19 85/12
93/13 97/24 99/10 103/7 108/14 119/20
122/4 132/13 143/17 144/23 157/3
asked [40]  13/23 19/19 19/20 37/18 37/25
50/18 50/22 51/1 51/2 52/4 52/16 55/19
58/13 58/15 63/8 63/17 65/6 67/12 70/21
73/11 76/5 80/10 92/1 93/22 108/4 108/17
111/16 117/2 117/4 117/15 117/20 118/2
118/5 119/8 131/12 137/25 140/12 154/2
155/9 157/1
asking [16]  12/8 17/23 26/17 42/15 46/12
50/19 67/11 70/1 73/7 73/10 105/21 106/23
118/11 137/22 139/18 143/19
assets [2]  67/24 72/11
assist [4]  13/23 78/20 117/11 120/8
assistance [1]  118/11
assisting [1]  120/25
assume [2]  85/24 95/20
assumed [3]  46/11 46/18 46/23
assuming [4]  46/13 55/15 76/22 107/22
assumption [1]  129/3
assured [1]  36/4
assuring [1]  46/3
Atsuko [1]  3/1
attach [1]  109/11
attached [5]  11/11 11/13 11/16 11/18 65/22
attempting [1]  66/19
attention [2]  36/10 106/1
attorney [12]  59/8 59/12 72/20 74/25 75/2
75/18 75/21 76/18 116/11 139/24 140/1
156/25
Attorney's [1]  1/17
attorneys [3]  117/16 118/11 118/16

AU [4]  3/23 3/24 4/2 4/3
AU-000 [1]  3/23
AU-001 [1]  3/24
AU-069 [1]  4/2
AU-080 [1]  4/3
August [5]  39/9 63/24 63/25 70/24 134/8
August 31st [1]  134/8
AUSA [2]  1/16 1/16
author [10]  94/14 96/19 96/20 102/13 110/17
112/16 127/20 148/9 149/11 149/12
author's [2]  100/18 100/19
authors [3]  108/20 108/20 149/12
available [1]  88/19
Avenue [1]  128/4
averaged [1]  79/25
aware [6]  9/8 71/10 85/2 123/18 124/16
126/11
away [12]  8/25 20/16 47/22 63/22 64/7 82/20
126/1 131/18 132/12 152/13 156/2 156/16
awful [1]  107/18
AZ [1]  122/22

**B**

B-e-u-l-e-n [1]  90/10
back [112]
background [3]  16/1 19/5 19/5
backwards [1]  71/16
bad [5]  18/14 86/1 108/2 139/4 142/2
Bahamas [3]  36/24 63/23 81/19
balance [2]  67/23 68/5
bank [17]  34/6 44/11 45/12 48/1 53/7 129/8
131/9 131/9 131/10 131/13 131/15 131/15
131/20 132/15 134/11 134/15 143/3
baptism [1]  140/16
bar [1]  41/11
Bardfeld [7]  1/16 29/22 31/2 64/15 67/11
159/4 159/6
bare [1]  51/6
based [3]  114/24 126/19 150/23
basic [1]  132/14
basically [20]  73/15 103/6 106/13 110/22
112/6 119/19 127/18 127/21 127/25 128/8
131/22 132/13 132/15 133/3 133/5 134/4
134/7 134/10 134/13 138/22
basis [4]  42/14 47/10 73/24 95/14
Bates [1]  97/23
bathroom [1]  46/13
BB [1]  116/23
BCPA.net [1]  124/12
Beach [4]  1/7 1/24 130/16 137/12
beautiful [3]  109/8 142/20 142/21
became [1]  77/1
because [82]
become [3]  138/23 148/20 148/21
becomes [1]  142/3
bedroom [1]  46/13
before [31]  1/12 2/6 2/13 3/6 12/9 18/5 19/2
19/11 21/6 21/10 32/15 39/11 46/19 50/11
56/1 72/22 75/21 81/6 87/22 89/19 92/16
93/7 93/12 117/15 132/3 132/3 132/6 133/2
134/16 139/5 144/5
begin [2]  83/23 131/16
beginning [6]  43/15 96/22 110/10 110/11
155/14 155/16
behalf [6]  72/19 113/8 113/11 113/25 114/5
115/24
being [25]  8/19 41/14 47/22 49/9 56/6 56/22
57/18 63/22 65/1 71/3 72/18 73/12 77/24
80/17 89/22 93/24 101/3 101/10 109/18
112/15 114/18 114/19 140/2 141/21 155/18

belief [3]  16/3 16/9 87/2
beliefs [1]  18/16
believe [30]  7/17 9/3 9/4 10/2 20/10 24/3
34/18 37/15 37/16 37/21 41/18 60/9 64/1
67/16 67/22 83/7 89/20 91/6 92/5 107/6
108/10 113/18 114/10 117/8 130/15 136/2
137/6 140/21 148/24 158/5
believed [3]  19/6 38/4 148/25
believing [1]  149/5
bell [1]  134/25
belonged [1]  137/21
below [1]  55/14
Bennett [1]  130/6
besides [6]  22/25 24/13 29/19 40/14 57/4
69/22
best [10]  10/9 23/24 23/25 34/3 79/7 116/5
120/19 147/22 147/22 150/20
best-selling [1]  147/22
Beth [13]  143/5 143/12 143/24 145/4 145/18
145/19 146/3 146/6 146/9 146/13 146/21
153/6 154/15
better [4]  76/9 86/16 103/21 124/1
between [3]  61/12 145/4 146/14
Beulen [17]  86/14 90/5 90/9 90/10 90/15
90/24 91/5 92/3 101/23 102/2 121/20
122/17 122/22 145/5 151/14 156/25 159/8
big [8]  13/23 42/20 42/21 44/8 46/12 47/8
81/22 86/12
bigger [1]  34/6
bills [1]  127/9
birth [2]  125/14 126/4
birthdate's [1]  37/20
bit [15]  16/3 20/5 26/20 35/25 36/25 42/12
55/25 81/15 95/20 102/20 111/3 111/3
118/25 120/10 123/23
bits [1]  149/25
Black [1]  64/1
block [1]  78/24
blow [1]  158/1
blowing [1]  142/7
board [1]  114/11
boat [4]  81/16 81/19 81/20 82/5
Boca [2]  1/22 127/16
bond [3]  156/23 157/3 157/12
book [19]  42/17 47/8 77/10 78/9 94/24 101/8
116/5 147/23 148/5 148/6 148/7 148/9
148/10 148/13 148/14 149/19 149/20 149/22
149/23
books [11]  32/1 77/7 94/23 108/24 116/8
148/1 148/6 149/10 149/12 149/20 150/1
bookstore [2]  148/4 148/4
born [2]  15/19 16/5
borrowed [2]  144/13 144/13
both [4]  87/9 93/9 124/5 157/15
bother [1]  73/5
bothered [1]  73/6
bottom [8]  4/1 98/13 98/15 102/5 107/14
107/15 115/20 128/18
bought [3]  81/19 121/8 124/18
Boulevard [3]  1/17 17/14 130/16
Box [9]  103/12 103/14 110/2 113/1 113/4
122/22 127/9 131/12 135/14
Boy [1]  24/10
Boynton [2]  130/16 137/12
BP [4]  107/20 107/21 107/24 107/25
Brad [28]  92/7 92/11 92/11 92/12 92/22
92/23 93/3 93/16 94/18 105/10 105/15
107/21 107/24 109/18 109/21 110/1 111/8
113/6 135/14 135/16 135/20 147/18 147/25
148/7 148/8 148/10 148/14 149/23

## B

**Brady [4]** 8/12 8/25 9/23 10/2
**brain [1]** 154/7
**break [12]** 2/14 2/19 5/20 6/4 7/6 14/3 14/3 14/9 14/10 14/11 29/23 55/10
**break-in [1]** 55/10
**brief [1]** 81/6
**briefly [1]** 54/19
**Brilliant [1]** 109/9
**bring [11]** 2/7 6/13 10/16 10/19 12/5 86/23 88/13 89/13 91/13 154/12 157/24
**bringing [1]** 148/10
**broke [4]** 39/16 39/21 126/21 126/22
**broken [4]** 55/8 64/21 126/12 126/17
**brought [3]** 12/6 28/18 73/25
**Broward [6]** 1/17 55/17 124/12 124/13 124/20 128/10
**Brown [1]** 14/19
**browse [1]** 148/5
**brushed [1]** 49/19
**building [2]** 41/22 42/3
**bunch [1]** 43/25
**business [8]** 15/24 16/19 16/21 53/8 60/22 129/22 131/17 137/20
**busted [1]** 65/14
**Button [1]** 102/5

## C

**called [22]** 36/25 37/7 41/5 41/12 58/16 67/16 77/2 80/3 82/24 92/3 107/12 111/15 116/24 116/24 117/1 129/9 134/5 134/13 134/19 138/20 148/6 155/6
**calling [4]** 39/13 39/13 39/13 131/14
**calls [2]** 75/7 104/16
**came [32]** 17/1 20/3 24/11 39/8 39/11 39/23 39/25 47/11 50/25 64/12 65/12 80/12 99/2 99/4 99/5 103/17 104/8 104/8 104/10 104/23 105/1 124/10 124/17 124/17 126/21 126/22 140/15 141/24 144/4 153/14 154/18 155/19
**can't [20]** 23/17 24/12 24/22 28/14 28/19 35/5 60/8 72/10 86/6 88/24 90/1 103/24 106/8 116/4 117/14 117/19 130/15 135/20 144/18 145/25
**cannot [2]** 56/11 91/19
**capacity [2]** 109/22 141/8
**car [2]** 50/5 125/15
**card [7]** 19/19 19/20 21/9 21/9 21/10 22/1 134/12
**cards [2]** 23/19 23/19
**Carlton [2]** 41/1 41/11
**carried [1]** 96/18
**cars [4]** 50/6 50/6 65/16 123/18
**case [29]** 1/2 4/8 7/23 7/24 8/3 8/7 13/23 30/2 48/25 49/5 55/19 55/21 60/24 67/23 68/10 72/13 76/23 83/20 83/22 83/22 85/8 89/6 91/20 130/1 130/2 152/24 154/3 156/15 156/16
**cases [3]** 9/4 9/11 14/6
**cash [16]** 34/19 34/23 36/12 39/18 43/6 43/16 44/20 45/8 45/13 45/15 84/5 116/10 116/10 120/15 120/16 120/18
**cashier's [4]** 45/12 45/13 51/23 83/9
**catamaran [1]** 81/23
**Catholic [1]** 16/5
**cause [2]** 62/3 73/1
**causes [1]** 61/8
**caution [1]** 10/9
**ceased [2]** 133/25 134/1
**cellphone [2]** 138/20 157/24

**cellular [1]** 143/21
**certain [4]** 9/16 134/9 139/20 148/8
**certainly [1]** 12/18
**CERTIFICATE [1]** 160/7
**certified [2]** 11/18 160/9
**certify [1]** 160/9
**cetera [2]** 148/23 157/2
**Chamber [2]** 117/15 118/15
**chance [3]** 64/11 70/23 157/16
**change [1]** 47/12
**changed [1]** 47/12
**channel [3]** 26/5 29/4 40/21
**channeling [1]** 29/1
**character [12]** 92/10 94/15 108/21 108/24 147/21 147/23 148/8 148/9 149/11 149/13 149/19 149/21
**characters [2]** 149/14 149/24
**charge [1]** 25/7
**charged [2]** 25/8 140/2
**charges [1]** 132/25
**Charles [1]** 143/10
**Charlie [2]** 143/9 145/5
**charter [2]** 81/16 81/20
**charters [1]** 81/20
**Chase [1]** 53/7
**cheat [1]** 69/23
**check [14]** 24/22 26/21 26/23 27/15 45/12 45/13 51/23 83/6 83/9 114/22 115/3 117/2 150/5 150/10
**checked [4]** 41/24 42/1 117/3 130/19
**checking [2]** 27/8 44/10
**checks [1]** 33/12
**cheese [1]** 15/14
**children [6]** 19/5 19/6 19/12 20/17 78/25 79/4
**chose [1]** 142/6
**Christmas [1]** 109/9
**chump [1]** 63/12
**church [14]** 16/5 16/6 16/7 140/15 140/18 144/17 145/22 145/23 153/11 153/12 153/13 153/16 153/16 153/19
**circled [1]** 34/7
**circumstance [1]** 109/19
**cited [1]** 9/4
**City [1]** 132/22
**civil [3]** 61/23 62/3 73/1
**civilly [1]** 73/23
**claim [5]** 62/8 69/16 71/21 73/19 73/23
**claims [3]** 60/19 61/8 85/2
**clarify [2]** 9/18 97/2
**classmate [1]** 58/1
**Claude [2]** 116/8 116/14
**Clause [1]** 60/15
**clear [4]** 9/25 28/16 80/20 101/7
**cleared [1]** 153/18
**clearing [1]** 40/20
**Clematis [1]** 1/24
**client [5]** 7/21 94/6 97/3 121/13 150/5
**clients [2]** 39/19 119/3
**close [7]** 41/17 42/4 56/2 56/6 56/8 56/18 56/22
**closer [2]** 82/21 82/23
**closings [1]** 89/12
**cloud [3]** 22/8 24/10 24/13
**coast [1]** 44/8
**coconspirator [4]** 139/2 139/11 155/17 155/18
**Coconut [3]** 40/23 41/23 42/9
**code [1]** 131/12
**coincided [2]** 128/1 128/13

**cold [1]** 47/21
**Colin [17]** 111/9 111/12 111/14 111/22 112/12 112/20 112/21 113/6 135/19 147/18 148/16 148/18 148/21 149/6 149/18 149/20 149/21
**Collins [1]** 58/2
**Colonial [2]** 135/2 135/4
**comes [4]** 42/13 61/2 107/19 109/7
**coming [15]** 16/25 30/10 46/2 63/22 64/4 64/7 64/8 93/16 99/24 100/8 101/2 102/9 103/17 111/22 138/8
**comment [2]** 98/6 106/10
**comments [2]** 79/3 79/10
**Commerce [2]** 117/16 118/15
**commitment [1]** 76/24
**communicated [2]** 95/16 121/17
**communicating [1]** 95/13
**communication [4]** 32/19 104/5 104/7 113/19
**communications [3]** 93/2 94/21 95/7
**company [11]** 16/21 43/17 43/21 43/21 43/23 46/2 48/22 50/24 51/6 51/6 81/13
**company's [2]** 44/9 48/23
**compel [2]** 91/17 91/18
**compelled [2]** 137/23 137/24
**complain [1]** 80/8
**complained [1]** 73/12
**complaint [1]** 80/6
**complete [2]** 108/13 146/2
**completed [1]** 56/24
**completely [2]** 110/10 142/15
**completeness [1]** 100/23
**complied [1]** 10/2
**composite [14]** 3/9 17/11 17/12 33/25 34/1 34/12 34/17 36/10 51/18 59/3 97/22 99/7 102/1 122/4
**computer [23]** 65/20 65/20 103/25 104/9 104/10 104/11 104/19 107/5 107/6 112/4 112/5 112/6 112/8 118/2 119/8 121/3 121/5 121/7 121/8 121/10 122/14 122/16 124/17
**conceptual [1]** 74/23
**concerned [7]** 48/21 82/15 96/15 133/6 133/20 134/17 134/18
**concluded [2]** 13/10 101/18
**conclusion [1]** 88/20
**conditions [2]** 76/16 156/23
**condo [1]** 40/17
**condos [1]** 41/1
**confer [1]** 76/19
**conference [2]** 13/10 101/18
**Confidentiality [1]** 60/14
**confront [1]** 7/21
**confused [3]** 18/7 105/24 121/19
**confusion [1]** 153/14
**connect [7]** 25/11 25/20 26/1 26/2 35/11 36/21 38/16
**connecting [2]** 31/5 35/21
**consider [1]** 156/7
**consideration [1]** 61/7
**considering [1]** 127/13
**constitute [4]** 62/2 72/25 74/10 75/4
**construction [1]** 15/25
**consultant [2]** 53/7 81/18
**consulted [1]** 76/13
**consuming [1]** 110/18
**Cont.'d [1]** 160/2
**contact [7]** 29/6 29/8 29/9 29/9 32/14 130/17 130/20
**contacted [5]** 58/10 120/1 120/3 153/6 154/5
**contain [1]** 98/1

## C

contains [2]  97/22 101/8
contemplate [2]  68/5 68/7
content [4]  99/24 100/5 100/7 106/1
contents [2]  100/8 122/9
contest [1]  70/9
context [8]  96/11 99/13 99/13 101/11 104/4
104/6 105/3 105/7
continue [7]  2/25 3/2 6/23 10/24 31/2 47/23
94/8
continued [2]  2/15 111/1
contract [2]  72/5 116/7
contracted [3]  61/12 62/14 69/10
contractor [3]  49/21 49/25 60/20
contractual [5]  61/22 62/5 71/18 71/25 72/2
contributed [3]  91/7 91/10 91/12
contribution [2]  153/3 153/5
control [1]  6/1
conversation [23]  8/4 28/19 67/4 143/14
143/24 143/25 144/4 144/7 144/16 144/20
145/4 145/17 145/19 145/25 146/3 146/13
146/19 146/20 146/25 153/10 153/25 154/16
155/15
conversations [10]  7/18 7/19 8/9 8/17 9/1
126/14 126/15 138/18 148/25 155/21
converted [1]  9/23
cool [1]  83/3
Cooper [1]  132/22
cooperating [2]  30/1 30/25
cooperation [2]  6/20 31/1
coordinate [3]  120/10 120/10 120/12
copies [1]  135/13
copy [3]  11/18 115/18 148/12
corner [3]  115/8 116/3 123/2
corporation [1]  137/14
Corporations [1]  137/12
correct [51]  8/6 14/24 21/20 27/16 67/19
84/11 90/25 91/9 91/14 91/16 92/5 92/8 93/4
93/17 94/3 102/10 102/23 104/9 104/24
107/21 108/9 109/14 112/16 115/25 118/8
121/1 121/4 121/22 121/25 122/19 122/25
123/19 129/19 131/3 131/21 135/11 136/17
137/23 139/21 139/22 147/16 151/23 152/10
153/8 153/21 153/25 154/19 154/25 155/1
155/4 160/10
correcting [1]  96/16
correctly [3]  9/12 9/16 93/10
correspondence [10]  92/24 95/9 96/18 96/23
97/6 97/12 101/9 111/9 112/19 113/14
couldn't [12]  2/16 12/8 50/21 52/24 71/1
88/2 99/3 107/4 118/4 155/24 155/25 156/1
counsel [8]  2/5 9/20 10/15 30/9 30/17 76/13
76/15 88/10
County [4]  124/12 124/13 124/20 128/10
couple [18]  3/20 18/16 19/12 21/4 26/15 40/3
50/13 57/11 97/10 120/2 124/6 125/3 126/5
127/16 138/20 139/19 149/19 154/9
course [13]  13/20 20/7 22/1 35/9 41/6 48/23
67/21 70/15 72/21 82/21 83/2 89/25 97/11
court [14]  1/1 1/23 2/1 6/6 8/8 9/15 86/14
91/16 91/17 114/23 130/1 137/24 138/5
157/3
Court's [1]  89/5
courtroom [14]  2/21 4/11 5/4 6/16 7/12
10/20 30/5 30/21 38/18 80/7 85/10 89/15
139/16 156/18
cover [2]  114/14 115/6
CPA [3]  129/21 130/15 137/21
CPA's [2]  130/18 130/20

CPE [1]  1/23
CR [1]  1/2
Craigslist [2]  119/19 120/5
create [2]  94/16 96/1
created [1]  94/21
creative [5]  94/14 96/14 96/16 147/21 149/25
creativity [1]  96/2
credibility [1]  12/19
credit [4]  134/7 134/12 142/11 142/14
creme [2]  23/2 23/3
crime [7]  62/3 73/1 74/3 74/11 75/5 75/14
140/2
criminal [2]  61/23 91/20
cross [9]  5/11 62/21 62/22 87/2 87/5 87/14
137/4 159/5 159/10
cross-examination [7]  5/11 62/21 62/22 87/2
87/5 87/14 137/4
CRR [2]  1/23 160/15
cry [1]  143/16
crying [2]  37/5 154/13
cue [2]  2/17 3/18 6/2 6/2
cued [1]  4/7
curb [1]  16/21
curiosity [1]  22/6
current [7]  66/13 66/18 118/1 118/3 125/16
127/9 128/16
currently [3]  15/20 16/7 90/16
Cynthia [9]  19/21 19/24 20/13 21/1 21/19
22/16 22/18 23/13 116/16

## D

D-e-b-b-i-e [1]  90/10
dad [1]  152/12
daily [1]  87/10
Dakota [4]  15/19 64/1 64/3 64/4
dark [3]  22/7 24/10 24/13
date [19]  28/6 33/12 36/14 36/19 56/11 56/13
83/7 85/12 85/17 88/22 89/21 89/23 89/24
122/24 125/14 126/4 126/10 139/22 140/16
dated [3]  102/18 126/19 160/12
dates [2]  28/7 29/11
daughter's [1]  58/3
Davie [1]  132/21
days [8]  12/9 18/15 46/10 46/16 50/13 50/14
108/2 116/12
DB [1]  102/8
DDS [1]  115/10
de [1]  23/3
deal [3]  4/23 5/7 86/5
dealing [4]  23/8 38/15 40/10 42/13
dealings [3]  23/7 33/15 55/13
death [1]  55/6
Debbie [7]  86/13 90/5 90/9 90/9 122/21
145/4 159/8
debit [1]  134/7
December [6]  97/14 102/16 103/16 107/16
109/23 110/17
December 5th [2]  102/16 103/16
December 7 [1]  107/16
decide [2]  86/4 88/14
decided [1]  18/8
decision [3]  61/16 61/21 75/16
deep [1]  51/2
deeper [2]  28/12 28/13
DEFENDANT [25]  1/7 1/19 38/25 87/4
87/25 90/24 91/8 94/6 103/2 111/4 113/9
114/2 115/25 116/25 117/11 118/23 119/2
119/3 119/6 120/25 121/12 126/10 126/13
134/17 151/15
Defendant's [10]  13/6 13/11 13/13 88/10

97/3 144/23 147/11 160/3 160/4 160/5
defense [5]  9/20 91/8 91/8 153/2 153/4
demand [3]  39/12
demanded [6]  46/9 50/12 51/2 52/7 52/8
53/10
demands [1]  61/8
denies [1]  7/20
dentist's [2]  115/12 115/13
Denver [1]  58/3
Department [4]  55/17 137/11 142/13 142/14
depiction [1]  146/3
deposited [1]  120/17
depositing [1]  116/23
deposition [8]  3/1 3/2 4/7 6/23 10/24 11/1
11/19 12/7
depth [1]  59/12
deputy [1]  5/4
describe [1]  33/25
description [2]  149/21 149/23
desperately [2]  20/14 121/14
detail [4]  24/16 25/19 28/20 144/15
details [2]  24/12 146/24
detective [3]  9/19 55/21 143/4
detectives [1]  130/19
determination [1]  90/1
determine [1]  128/22
determined [1]  129/5
Deveraux [8]  129/23 147/25 148/17 148/19
148/22 148/25 149/5 150/14
Deveraux's [1]  148/5
device [4]  104/20 104/23 106/25 110/23
devices [1]  107/7
devil [1]  37/21
dictate [3]  96/8 107/10 113/10
dictated [7]  92/24 92/25 103/1 108/6 111/25
112/1 114/1
dictation [6]  95/5 96/5 108/7 108/7 111/25
139/11
dictator [1]  96/4
didn't [83]
died [1]  154/7
difference [1]  153/13
different [7]  22/2 32/5 41/23 44/13 44/19
46/11 112/22
difficult [1]  37/13
dig [1]  44/7
digits [1]  132/14
dinner [1]  48/7
dip [1]  43/24
direct [3]  2/14 15/12 29/9 63/20 67/7 67/10
69/4 90/13 95/23 137/1 151/16 159/4 159/9
directed [5]  42/6 42/8 42/10 45/21 103/13
Directing [1]  36/10
direction [3]  18/24 93/19 149/4
directions [1]  123/21
directly [5]  112/25 113/2 116/8 135/21 155/4
disagree [1]  71/16
disappear [1]  132/1
disappeared [2]  117/22 131/25
discharge [1]  61/7
disconnect [2]  2/16
discredit [1]  142/4
discretion [3]  61/11 62/8 71/20
discriminated [1]  141/21
discuss [8]  4/8 28/11 30/2 30/6 32/9 85/8
105/15 156/15
discussed [3]  3/9 5/16 89/22
discussing [2]  54/19 99/23
discussion [5]  43/10 43/12 43/13 84/6 117/10
dismissed [2]  83/20 83/23

# D

**Displaying** [1] 123/9
**dispute** [4] 12/10 12/12 12/14 70/9
**disputing** [2] 70/18 73/22
**distant** [1] 47/19
**distraught** [1] 31/19
**DISTRICT** [3] 1/1 1/1 1/13
**Division** [1] 137/12
**divorce** [3] 116/7 119/7 119/13 130/2
**document** [22] 12/21 12/22 12/24 51/22
58/19 58/20 59/4 59/23 85/13 89/6 89/23
98/14 98/14 98/18 101/25 114/12 123/9
123/12 123/22 124/7 125/6 129/16
**documents** [9] 3/7 3/10 3/11 3/13 3/21 33/14
33/18 52/22 98/2
**does** [12] 22/4 29/21 36/11 60/17 62/2 72/25
75/4 76/11 89/6 129/10 136/11 149/21
**doesn't** [7] 4/21 37/23 49/22 66/15 72/5
134/25 151/9
**dogs** [1] 39/25
**doing** [13] 34/4 44/1 45/19 47/1 47/3 49/15
58/17 78/18 99/21 118/23 131/17 149/17
153/16
**dollar** [1] 38/8
**dollars** [5] 21/5 48/11 120/21 151/20 152/7
**don't** [128]
**Donatelli** [1] 130/7
**done** [7] 49/9 50/20 50/20 56/9 77/21 93/24
94/13
**door** [4] 39/22 39/23 39/25 40/2
**doorbell** [2] 18/2 18/18
**dot** [2] 119/20 124/12
**doubt** [1] 22/14
**Douglas** [5] 100/20 102/13 103/15 105/2
109/7
**Douglas33** [2] 102/9 107/16
**down** [21] 3/4 20/3 20/4 40/23 41/2 41/4 41/7
41/14 41/21 41/22 42/2 42/9 46/2 48/3
55/16 63/21 93/8 93/10 117/12 153/11
154/18
**downstairs** [8] 41/3 41/6 65/11 80/21 80/23
81/3 81/11 81/12
**downtown** [1] 14/16
**dozens** [4] 97/16 101/24 110/14 110/14
**draft** [1] 102/25
**drafting** [1] 7/19
**Drew** [1] 129/6
**drilled** [1] 43/9
**Drive** [2] 122/19 135/24
**driving** [2] 18/17 39/14
**dropped** [1] 116/11
**drove** [4] 18/15 55/16 57/17 125/15
**due** [1] 87/2
**dug** [1] 121/3
**duplicate** [1] 115/2
**during** [12] 5/10 5/15 13/20 22/6 24/6 30/7
49/8 70/14 89/22 89/25 96/25 154/22

# E

**e-mail** [56]
**e-mails** [47] 92/6 92/12 92/21 92/22 93/3
93/15 93/16 93/22 94/1 94/1 94/18 95/1
95/22 95/23 96/7 96/9 96/25 97/13 97/16
97/23 97/25 98/1 98/4 98/10 99/1 99/2 99/10
99/24 100/15 100/19 101/24 102/22 103/19
104/12 104/15 104/21 106/2 106/25 107/4
107/14 109/20 110/15 113/8 113/10 113/25
114/4 149/10
**each** [9] 23/18 95/18 98/6 116/7 117/23

**144/18 146/21 151/17 151/18**
**earlier** [2] 78/8 108/8
**early** [6] 16/16 40/19 56/15 91/6 121/10
121/16
**earned** [5] 62/13 68/18 69/9 69/19 80/4
**easier** [1] 138/14
**East** [1] 1/17
**Eastern** [2] 14/21 14/23
**edification** [1] 89/5
**education** [3] 16/2 142/13 142/15
**educational** [1] 16/1
**Edwards** [1] 148/19
**eed** [1] 19/12
**effectively** [1] 7/21
**effort** [1] 111/5
**eight** [1] 44/19
**either** [2] 58/8 128/16
**El** [1] 132/20
**electronic** [3] 104/20 104/23 107/7
**electronically** [1] 131/21
**element** [1] 47/13
**Eli** [2] 136/15 136/19
**else** [9] 57/9 57/25 58/7 80/20 99/10 99/16
119/25 154/7 158/6
**else's** [1] 92/22
**email** [1] 98/17
**emails** [1] 114/1
**emotion** [2] 37/3 37/4
**emotional** [3] 20/12 31/18 37/5
**emotionally** [1] 50/21
**employed** [2] 15/23 141/8
**employee** [3] 60/20 141/4 152/4
**enabled** [1] 104/20
**enclosed** [1] 124/4
**end** [6] 50/1 58/1 60/23 110/10 116/21
138/17
**ended** [1] 121/18
**enemies** [1] 82/21
**enemy** [1] 82/23
**energies** [13] 25/20 25/20 25/21 26/1 26/2
29/5 31/6 33/2 35/11 36/21 38/16 42/4 42/4
**energy** [11] 31/16 35/23 36/4 41/19 77/16
77/17 77/19 78/3 78/6 78/15 79/10
**enforcement** [1] 55/12
**engage** [1] 111/8
**engaged** [2] 91/25 95/9
**enjoy** [1] 102/19
**enjoyed** [1] 2/24
**enough** [1] 145/14
**enter** [2] 61/21 71/25
**entered** [13] 3/16 13/13 17/20 27/13 34/15
53/17 62/5 71/18 86/14 101/21 115/4 143/9
147/11
**enters** [5] 2/21 6/16 10/20 30/21 89/15
**entertain** [1] 77/5
**entire** [3] 2/15 50/19 68/3
**entitled** [1] 71/7 70/12 160/11
**envelope** [1] 35/20
**environment** [1] 142/5
**erase** [1] 104/1
**errands** [1] 109/10
**especially** [1] 155/14
**ESQ** [1] 1/19
**essentially** [1] 96/10
**establish** [1] 88/3
**establishment** [3] 18/3 20/1 32/2
**estate** [1] 127/15
**et** [3] 60/24 148/23 157/2
**et cetera** [1] 148/23 157/2
**even** [13] 23/10 29/10 35/8 35/25 52/24 59/7

**59/11 59/11 82/22 138/21 139/19 139/21**
143/14
**evening** [1] 158/9
**eventually** [1] 65/25
**ever** [18] 16/13 38/6 38/12 40/6 46/8 46/12
48/24 52/11 55/12 56/2 56/24 65/21 76/18
126/17 134/24 135/23 143/18 147/25
**every** [20] 7/25 8/4 8/5 9/10 9/10 21/12 21/12
21/13 36/4 43/11 43/13 43/15 48/19 82/24
82/24 99/3 105/18 105/19 107/12 144/15
**everybody** [1] 93/8
**everyone** [9] 2/2 2/23 4/25 6/18 10/13 30/13
30/23 89/17 151/8
**everything** [27] 8/12 30/3 37/23 83/3 83/3
98/24 99/16 106/10 108/5 110/9 112/25
113/2 113/19 121/16 121/18 126/7 131/7
132/6 133/22 133/23 133/24 133/24 133/25 134/1
134/2 135/19 135/20 135/21
**evidence** [40] 3/16 8/14 8/23 11/5 12/21
13/12 13/13 17/17 17/20 19/22 19/23 27/10
27/13 34/12 34/15 51/17 53/14 53/17 54/7
54/14 59/2 85/16 86/7 89/25 99/8 101/21
114/10 114/11 114/18 114/20 114/25 115/4
137/8 139/20 145/10 145/25 147/3 147/11
159/14 160/3
**evil** [1] 35/7
**ex** [3] 19/6 78/25 130/3
**ex-husband** [3] 19/6 78/25 130/3
**exact** [4] 23/2 144/18 146/19 153/22
**exactly** [11] 23/17 26/3 32/13 62/21 94/20
109/24 112/13 138/10 141/14 142/8 154/17
**examination** [17] 5/11 15/12 62/21 62/22
63/20 67/8 67/10 82/13 84/25 86/24 87/2
87/5 87/14 90/13 137/2 137/4 151/12
**example** [5] 9/21 118/20 125/25 126/3
135/15
**except** [5] 14/13 36/6 36/8 46/8 54/4
**exculpatory** [4] 8/2 8/7 8/15 8/18
**exculpatory's** [1] 8/23
**excuse** [2] 81/25 147/8
**excused** [1] 156/11
**execution** [1] 76/14
**exempt** [1] 141/12
**exercise** [2] 62/7 71/20
**exercised** [1] 61/15
**exercises** [1] 147/20
**exhausted** [2] 49/3 49/4
**exhibit** [35] 3/9 3/16 13/6 13/12 13/13 17/11
17/17 17/20 19/23 27/3 27/10 27/13 33/25
34/12 34/15 36/10 51/18 53/4 53/14 53/17
59/3 83/8 88/19 97/22 101/19 101/21 102/1
114/10 114/13 114/17 115/4 122/4 122/18
144/23 147/11
**exhibit 00438** [1] 83/8
**exhibit 109** [3] 33/25 34/12 59/3
**exhibit 109-GT02** [1] 36/10
**exhibit 109A** [2] 27/3 27/10
**exhibit 109B** [2] 53/4 53/14
**exhibit 110** [1] 3/9
**exhibit 113** [2] 97/22 102/1
**exhibit 113's** [1] 101/19
**exhibit 13** [2] 13/6 13/12
**exhibit 14** [1] 144/23
**exhibit 30-1** [1] 17/11
**exhibit 512** [2] 122/4 122/18
**exhibit 523** [1] 51/18
**exhibit 533** [2] 114/10 114/13
**Exhibits** [2] 159/14 160/3
**exist** [1] 61/9
**exit** [2] 123/25 124/2

**E**

exits [5]  4/11 7/12 30/5 85/10 156/18
expect [2]  14/7 76/23
expected [1]  153/3
expensive [3]  24/23 24/24 24/25
experience [1]  147/23
explain [1]  99/14
explained [2]  22/3 144/6
explanation [1]  109/3
exposure [1]  142/1
Express [6]  121/21 130/22 130/24 132/12
 132/16 132/24
Extremely [1]  54/1
eyes [1]  43/22

**F**

face [2]  64/20 87/17
fact [19]  9/4 13/24 45/17 71/13 71/16 86/24
 91/4 91/7 92/6 103/9 108/19 123/18 126/11
 148/2 151/19 151/21 151/22 152/9 155/2
facts [1]  139/18
fair [7]  60/18 61/6 63/5 70/6 73/24 75/19
 80/14
family [2]  5/5 117/12
far [8]  8/14 25/1 42/17 96/14 100/7 102/22
 119/9 156/12
farm [3]  19/5 142/11 142/13
fashion [1]  41/3
fast [3]  5/20 6/20 6/21
fast-forward [2]  5/20 6/21
fast-forwarded [1]  6/20
faster [1]  116/22
father [1]  152/10
favors [1]  118/23
fax [8]  112/23 114/12 114/14 115/6 115/15
 115/15 116/20 117/4
faxed [1]  116/17
fear [1]  139/15
federal [5]  1/21 121/21 130/22 130/23 141/4
FedEx [4]  102/21 110/6 121/24 131/1
fee [11]  25/1 25/8 26/9 27/18 27/19 27/21
 28/1 29/19 36/6 54/4 69/18
feel [9]  31/16 31/16 35/18 41/19 78/17
 138/11 138/18 138/24 147/20
feeling [3]  29/2 82/20 156/4
feelings [4]  31/17 32/20 47/10 83/4
fees [3]  25/7 62/11 69/7
felt [11]  29/7 37/8 133/16 133/21 138/22
 138/23 141/21 143/12 155/8 155/12 155/13
Ferguson [1]  1/20
Ferraris [1]  50/2
few [13]  2/17 7/8 7/9 32/15 38/5 47/21 85/21
 97/8 97/9 97/11 101/25 108/2 142/12
fictional [2]  92/10 111/12
Fifth [1]  138/4
fights [1]  151/1
figure [1]  89/9
figured [3]  81/2 126/25 142/1
finally [1]  135/1
financial [3]  33/15 34/8 141/9
fine [3]  5/2 14/12 101/15
fingers [1]  35/6
finish [8]  2/14 7/2 43/14 92/15 93/7 93/12
 133/14 150/6
finished [2]  112/23 116/5
finishing [2]  56/3 56/19
fired [1]  116/11
first [55]
Fitness [1]  132/19

five [7]  7/13 109/24 112/14 144/1 146/25
 151/7 154/13
fix [1]  88/24
fixed [1]  96/10
FL [2]  1/18 1/22
flew [1]  47/20
Floor [1]  1/18
FLORIDA [17]  1/1 1/7 1/24 15/21 18/6
 119/25 122/19 127/12 129/23 132/21 132/23
 133/24 135/25 137/11 139/21 142/17 154/18
follow [2]  84/19 137/6
follow-up [1]  84/19
followed [1]  7/18
following [12]  2/21 6/12 6/16 10/12 10/20
 11/17 30/12 30/21 88/8 89/15 100/12 136/18
Foods [1]  132/20
foot [1]  81/23
forces [1]  79/3 79/4
foregoing [1]  160/9
forever [1]  50/6 116/14
forfeit [2]  66/11 66/19
forget [3]  44/15 117/21 124/11
Forgetting [2]  75/25 76/5
forgive [1]  69/2
form [18]  4/9 30/2 67/9 67/19 67/21 68/4
 68/4 68/10 68/16 73/15 74/17 74/18 74/23
 74/24 74/24 75/2 85/8 156/15
formal [1]  10/6
former [3]  111/9 127/9 152/4
Fort [8]  1/18 17/6 36/23 55/17 58/2 58/16
 122/19 135/24
forth [8]  94/21 97/12 103/6 106/9 112/22
 139/12 140/10 146/14
fortunate [1]  23/5
fortune [7]  16/13 16/15 16/18 17/3 18/5
 147/14 153/20
fortune-telling [2]  147/14 153/20
Forty [1]  44/19
Forty-eight [1]  44/19
forward [2]  5/20 6/21
forwarded [2]  6/21 139/12
found [14]  19/2 54/20 54/25 55/2 64/12
 64/21 64/21 76/22 126/4 126/5 128/6 130/13
 142/12 149/23
four [11]  5/13 21/4 21/22 97/22 102/22
 103/19 105/5 106/8 106/25 109/23 116/8
Fourteen [1]  147/7
frame [1]  149/15
Franklin [4]  1/23 160/8 160/14 160/15
fraud [7]  55/23 61/23 64/16 64/23 64/25
 65/7 74/4
freaked [1]  35/25
Fred [1]  1/19
free [2]  116/14 157/20
frequent [1]  42/14
frequented [1]  129/13
frequently [1]  42/15
frequents [1]  132/19
Friday [1]  102/21
friend [6]  16/19 87/3 90/24 144/11 144/16
 146/10
friendly [1]  77/1
friends [4]  58/5 58/6 78/8 127/1
friendship [2]  126/24 151/2
frights [1]  60/8
front [2]  59/17 102/2
full [10]  25/16 47/10 52/7 60/18 60/25 61/6
 61/7 76/7 141/3 141/4
full-time [3]  25/16 141/3 141/4
function [4]  140/15 144/17 145/23 153/13

fund [3]  91/9 153/2 153/4
furnished [2]  123/21 135/1
furniture [1]  142/20
further [11]  9/17 61/10 62/10 62/19 69/6
 84/18 117/9 128/3 132/19 151/4 156/8

**G**

gain [1]  35/23
game [1]  142/3
Gary [10]  4/19 15/5 15/9 46/3 47/15 50/15
 60/13 60/17 75/3 159/3
gather [3]  46/10 46/17 50/13
gathered [5]  122/10 122/11 125/21 130/9
 135/7
gathering [2]  150/18 150/21
gave [43]  21/21 26/22 26/22 34/3 43/11
 43/13 47/4 48/4 48/5 48/19 52/2 55/21 57/5
 61/3 63/10 63/16 63/16 65/6 67/8 67/18
 69/16 69/17 69/21 70/3 70/20 74/9 80/10
 80/11 116/10 116/17 117/18 120/4 120/4
 134/16 142/20 142/23 151/14 151/15 151/24
 152/4 152/5 153/2 155/2
gender [1]  141/22
Gene [3]  15/5 15/9 159/3
general [3]  49/24 49/24 60/14
gentleman [1]  93/8
gentlemen [12]  4/6 6/19 7/5 10/23 11/3 13/14
 14/2 29/25 30/24 85/7 89/18 156/13
gets [1]  43/17
getting [13]  5/13 28/12 32/16 34/5 48/21
 49/4 50/24 68/5 77/24 83/4 84/2 91/22
 116/22
gift [2]  23/24 24/2
Giglio [1]  8/13
Gilliam [1]  127/8
girl [2]  23/25 57/14
girl's [1]  57/20
give [25]  2/18 34/21 34/23 37/25 43/8 44/21
 47/23 48/10 50/14 50/16 50/23 52/6 57/7
 68/11 70/14 70/16 72/10 80/9 80/13 90/1
 96/11 116/14 140/8 142/19 145/7
given [16]  5/11 36/5 57/8 63/4 68/17 91/8
 109/3 128/11 131/4 143/18 147/13 151/19
 152/7 152/8 152/15 153/20
gives [1]  138/3
giving [12]  21/19 34/18 40/10 45/9 46/25
 47/1 59/8 59/9 67/21 69/15 72/7 111/4
glass [2]  19/16 39/20
goal [11]  25/13 25/13 25/15 25/18 26/6 27/22
 28/16 28/21 31/8 36/5 57/1
goals [1]  28/14
goes [5]  41/12 50/4 103/21 104/2 135/2
going [108]
gone [5]  39/8 57/6 57/6 57/10 140/9
good [18]  2/2 2/18 2/23 6/25 18/14 20/11
 23/5 45/14 62/24 62/25 63/1 79/6 83/3
 107/16 116/16 145/14 147/22 150/19
good -- I [1]  147/22
Googled [1]  118/4
got [44]  4/22 30/10 36/13 37/8 39/17 41/5
 43/19 45/11 45/20 49/20 50/15 59/5 59/11
 64/11 67/23 68/12 70/5 70/23 73/20 73/21
 76/6 77/13 81/5 85/19 86/4 103/19 109/8
 116/11 117/2 124/9 125/11 125/20 130/22
 130/25 137/9 142/2 143/4 143/5 143/20
 143/21 150/24 155/7 156/1 157/5
government [30]  1/4 1/16 3/10 7/25 8/3 8/11
 9/6 9/9 9/13 33/15 33/19 65/9 66/3 66/11
 66/18 71/3 72/10 114/9 130/12 138/3 138/15
 139/10 140/6 141/5 141/6 141/12 141/16

**G**

government... [3]  141/18 142/15 152/4
Government's [39]  3/9 3/16 15/5 17/11
  17/11 17/17 17/20 19/23 27/3 27/10 27/13
  33/24 34/1 34/12 34/15 34/17 51/18 53/3
  53/14 53/17 59/3 83/8 90/5 97/21 99/7
  101/19 101/21 114/13 115/4 122/3 122/18
  159/14 159/15 159/16 159/17 159/18 159/19
  159/20 159/21
grade [1]  58/2
graduate [1]  90/21
grammar [2]  96/10 96/17
grammatical [1]  96/12
grand [6]  68/11 68/12 116/10 139/5 144/6
  154/18
great [1]  58/5
Greek [2]  140/18 140/20
grief [1]  150/19
ground [2]  124/6 124/7
Grove [3]  40/23 41/23 42/10
GS [2]  141/10 141/10
GS-14 [1]  141/10
GT [3]  59/3 59/4 59/4
GT-034 [1]  59/3
GT-035 [1]  59/4
GT-036 [1]  59/4
GT02 [2]  36/10 36/14
guess [24]  18/23 20/11 20/17 23/18 32/20
  39/9 47/25 75/13 79/20 82/22 85/13 87/7
  87/16 88/17 99/15 99/24 100/11 118/21
  128/3 128/14 129/4 130/18 147/22 157/17
guessing [1]  56/17
guidance [2]  25/15 76/15
guide [1]  25/21
guilt [4]  62/2 73/1 74/10 75/5
guilty [3]  74/3 75/13 76/23
gut [2]  82/20 83/4
guy [1]  39/25
guys [1]  59/8

**H**

hadn't [2]  138/22 147/13
hair [3]  129/5 129/6 129/13
half [9]  2/12 8/24 18/11 21/16 43/19 81/25
  82/2 82/4 141/5
halfway [2]  3/4 56/17
hand [7]  15/3 37/8 59/20 90/4 115/8 116/3
  123/2
handheld [1]  110/23
handle [4]  20/21 50/21 86/11 88/14
hands [2]  35/19 35/19
handwriting [6]  47/8 115/6 123/13 123/15
  123/23 124/1
handwritten [2]  32/22 34/2
happen [2]  33/10 50/10
happened [14]  21/24 39/17 40/2 55/18 56/5
  57/15 57/22 81/3 105/18 117/1 117/21
  142/10 143/15 157/11
happening [1]  133/19
happens [3]  5/6 6/1 23/15
happy [6]  6/2 52/9 70/8 78/2 86/7 146/9
hard [4]  37/16 45/9 48/24 123/23
hardbacks [1]  116/6
hardly [1]  49/5
hauled [1]  16/24
haven't [5]  9/22 9/25 22/11 57/8 152/16
having [5]  62/13 69/9 79/8 96/23
he'd [1]  75/21
he's [4]  50/5 67/1 99/19 109/10

head [3]  22/8 40/20 61/17
heading [1]  107/11
hear [4]  69/11 128/20 128/23 128/25
heard [6]  8/22 74/21 80/19 80/20 80/25
  143/16
hearing [1]  6/5
hearsay [3]  11/23 66/24 145/12
hearsay's [1]  145/14
heart [3]  55/10 148/6 149/22
heavy [3]  43/12 47/14 47/15
held [2]  11/17 100/12
hell [1]  142/5
help [18]  25/21 31/10 31/12 32/18 56/12 78/1
  79/7 91/10 94/14 94/14 94/16 94/22 119/20
  119/23 121/2 147/20 147/21 152/5
helped [8]  78/20 91/10 118/20 140/10 140/10
  151/17 151/18 152/25
helping [1]  94/16
here [26]  36/13 36/19 38/10 44/7 44/23 44/23
  46/2 48/3 48/11 56/24 91/15 99/21 101/3
  106/5 114/11 122/15 128/4 131/23 132/8
  132/8 138/16 144/5 145/5 148/15 149/19
  154/24
Here's [1]  44/10
hereafter [2]  60/17 61/9
hereby [2]  60/17 61/10
herein [1]  61/11
hereinafter [1]  60/22
Heron [1]  125/17
hers [3]  121/13 129/3 139/2
herself [2]  23/9 107/4
high [3]  16/2 50/1 58/1
highest [2]  141/10 141/11
Highway [1]  1/21
Hills [1]  64/1
hindsight [2]  52/9 83/4
hire [1]  139/24
hired [5]  119/9 119/12 120/7 125/11 154/20
history [1]  135/4
hit [1]  124/14
hold [3]  37/14 50/18 69/16
Holiday [2]  127/22 127/23
holidays [1]  57/13
home [12]  32/7 32/8 37/6 38/7 38/8 39/11
  39/14 39/23 77/5 81/2 104/9 112/2
HomewardBound02 [3]  113/17 115/20
  116/4
HomewardBoundO2 [1]  113/18
honestly [1]  106/14 129/11
honor [45]  2/8 2/9 3/6 4/5 6/9 6/15 10/17
  10/18 10/25 11/4 13/7 13/17 17/7 26/25
  30/15 31/3 33/21 51/14 51/19 52/25 53/15
  58/24 59/14 62/18 67/1 76/23 82/12 83/16
  87/10 88/12 97/18 99/6 105/12 108/13
  114/20 133/13 136/1 136/2 137/2 145/9
  147/4 151/4 156/11 156/20 157/22
Honor's [1]  8/6
HONORABLE [1]  1/12
hookup [1]  2/16
hope [7]  2/24 76/25 78/22 78/22 107/19
  108/5 116/15
hopefully [3]  14/7 78/17 78/22
hoping [3]  26/15 55/9 152/18
Hospice [1]  5/6
hostile [2]  87/15 142/5
hotel [2]  41/2 41/23
hour [6]  2/13 4/22 4/24 13/25 30/2 40/18
hours [6]  2/12 12/1 13/20 41/8 79/17 110/21
house [28]  32/5 39/20 46/18 46/21 49/9
  49/10 50/1 57/17 63/4 65/14 65/22 65/25

77/3 84/4 84/5 84/8 84/22 85/3 123/21
  123/24 123/25 125/17 126/2 127/9 128/5
  128/9 128/13 133/24
housing [1]  71/3
how'd [2]  16/23 23/1
however [2]  68/16
Hughes [1]  130/7
huh [5]  95/12 113/21 118/9 127/5 129/25
hundred [9]  5/12 21/5 79/19 95/4 97/15
  103/3 120/21 151/20 152/7
hundreds [1]  97/12
hurt [1]  150/18
husband [12]  19/6 49/21 49/23 49/24 78/25
  79/4 79/11 116/16 126/23 130/3 145/23
  154/6

**I**

I'd [10]  34/11 99/10 108/14 110/5 110/5
  110/9 110/9 147/3 155/12 157/3
I'll [12]  6/3 12/22 13/8 13/9 14/10 63/21 81/2
  86/7 89/3 114/22 115/2 144/23
I'm [95]
I've [25]  4/22 5/11 7/16 7/21 8/22 30/10
  36/13 38/5 50/15 73/25 77/21 81/5 81/16
  90/20 103/19 104/16 116/6 118/20 135/12
  136/18 140/10 143/10 144/13 152/2 152/8
idea [6]  26/14 28/21 79/22 81/6 86/1 150/3
ideas [1]  147/21
identification [4]  17/10 97/22 136/9 144/23
identified [2]  33/24 38/25
identify [3]  27/5 38/20 59/4
ignore [2]  88/16 88/18
ilk [1]  78/9
ill [1]  5/5
illegal [2]  62/1 72/24
illiterate [1]  65/20
imbalanced [1]  150/25
immediately [3]  45/10 45/18 45/20
immunity [5]  86/22 86/24 91/22 137/25
  138/3
implicated [1]  139/6
implying [2]  140/4 148/10
important [5]  41/14 41/16 48/21 85/20
  141/15
impossible [2]  93/9 103/24
impressed [1]  16/20
impression [2]  151/3 157/5
improper [2]  7/20 86/25
Inc [4]  51/24 53/8 129/7 129/23
included [1]  135/2
including [3]  124/6 125/13 135/13
incriminate [1]  91/23
independent [2]  12/13 60/20
indicated [3]  5/6 120/23 123/17
indicative [2]  62/1 72/24
indicted [2]  65/2 65/5
indictment [2]  66/13 66/19
indictments [2]  66/8 66/10
individual [1]  5/7
individuals' [1]  60/22
inexpensive [2]  104/13 104/14
influence [2]  61/15 78/8
influenced [1]  79/1
influences [1]  78/24
information [37]  12/18 36/11 95/5 101/13
  117/18 119/10 119/19 120/8 121/4 122/9
  125/10 125/13 125/21 125/21 128/6 129/7
  129/22 129/24 130/9 130/17 130/21 130/23
  131/13 131/14 131/20 131/22 132/8 132/19
  134/11 134/12 135/1 135/7 139/3 150/18

**169**

# I

information... [3]  150/21 150/24 156/5
information-wise [1]  135/7
inherit [1]  152/12
inherited [1]  152/9
initial [3]  5/14 21/2 22/6
initially [6]  117/14 131/1 138/20 139/20
  140/15 155/23
Inn [2]  135/3 135/4
innermost [1]  33/4
inquiry [2]  86/4 89/19
inside [1]  123/6
insight [2]  18/23 18/23
instance [1]  115/18
Instead [1]  142/7
instructions [2]  117/7 132/13
instruments [1]  31/13
insurance [1]  116/11
intention [1]  157/18
interesting [1]  22/5
Internet [4]  112/8 124/9 124/10 124/20
interpreting [2]  73/15 89/21
interruption [2]  7/9 10/23
interview [11]  8/1 9/10 11/25 12/15 13/17
  13/19 13/21 13/25 108/3 155/2 155/19
interviewed [2]  9/2 87/23
interviews [3]  5/14 9/6 154/22
introduce [1]  23/8
introduced [4]  22/23 51/17 59/2 83/6
introducing [1]  13/24
invested [1]  50/15
investigated [1]  128/3
investigator [32]  66/22 67/5 67/8 67/12
  67/14 67/18 83/19 119/10 119/12 119/16
  119/18 119/24 120/7 120/12 120/14 120/16
  120/24 122/12 122/13 125/11 125/12 125/20
  125/23 126/6 128/3 128/6 130/10 130/25
  133/2 135/8 137/16 145/18
investigator's [1]  128/1
investigators [1]  130/10
involved [5]  96/14 110/13 110/16 110/21
  110/22
IRS [1]  116/12
isn't [12]  5/19 14/10 64/9 69/13 69/24 78/13
  94/2 139/21 145/21 145/21 151/19 151/22
isolated [1]  32/16
issue [4]  3/10 14/5 86/12 86/13
issues [2]  2/6 5/7
it's [77]
items [1]  125/17

# J

jail [2]  71/6 72/8
James [1]  129/6
Janice [3]  135/24 136/17 136/19
January [3]  27/15 83/9 83/11
January 15th [1]  27/15
January 28th [1]  83/9
Japan [1]  3/1
Jen [1]  109/8
Jencks [6]  8/25 9/3 9/5 9/9 9/23 10/3
jewelers [1]  65/11 80/23 81/11 81/12
jewelry [7]  55/14 65/10 65/13 80/22 80/24
  81/1 81/3
JM [9]  97/23 97/23 97/23 97/24 98/16 98/19
  101/25 107/13 129/18
JM-240 [1]  97/24
JM-247 [1]  97/23
JM-248 [3]  97/23 98/19 107/13

JM-250 [3]  97/23 98/16 101/25
job [5]  127/13 141/2 141/3 141/3 142/13
Johnson [3]  135/24 136/17 136/19
joking [2]  49/15 49/16
Joyce [72]
Jude [26]  94/2 94/5 95/9 95/23 96/20 100/19
  100/24 101/8 102/13 114/4 114/7 115/21
  115/22 117/12 121/13 123/19 125/19 127/18
  129/19 147/25 148/19 148/22 148/24 149/5
  150/14 150/16
judge [22]  1/13 3/12 5/2 5/10 8/24 9/14
  75/14 80/16 82/8 84/20 85/16 86/12 87/21
  88/5 101/6 101/15 115/2 147/5 147/8 150/6
  157/19 158/7
jumping [1]  82/21
jumps [3]  6/1 31/18 42/19
June [2]  42/18 45/1
June 17th [1]  45/1
June 22nd [1]  42/18
juror [3]  5/4 85/12 88/15
jurors [10]  2/7 10/19 15/1 80/22 81/7 85/19
  85/20 88/13 89/13 150/8
jurors' [2]  86/2 88/20
jury [23]  1/11 2/18 2/21 4/11 4/20 5/18 6/5
  6/7 6/13 6/16 7/9 7/12 10/16 10/20 30/5
  30/21 85/10 86/4 89/15 139/5 144/6 154/19
  156/18
jury's [1]  99/21
just [117]
justify [1]  88/1

# K

Keechl [1]  1/20
keep [7]  14/13 14/15 48/3 68/18 70/12 82/21
  82/23
keeping [5]  19/13 20/17 35/8 53/19 63/3
KENNETH [1]  1/12
kept [5]  19/11 39/12 39/24 46/3 50/24
key [2]  103/24 132/14
kids [2]  79/11
kind [18]  4/24 18/12 19/4 21/8 24/5 28/10
  29/8 31/13 32/8 43/13 49/2 58/17 58/20
  64/18 64/19 68/9 96/12 143/18
kinda [3]  20/7 39/25 47/21
King [14]  103/17 104/4 105/3 105/8 105/9
  105/11 105/16 105/19 105/23 105/24 105/25
  106/14 108/3 109/9
knew [23]  32/2 33/4 40/6 53/19 53/23 54/2
  54/10 63/2 81/24 91/4 94/5 96/19 96/20 97/1
  97/2 97/5 102/13 106/17 121/18 130/2 130/4
  133/23 145/23
knocked [1]  111/1
knocking [4]  39/23 39/24 39/24 39/24
know [115]
knowing [1]  32/13
knowingly [2]  62/5 71/17
knowledge [4]  34/3 87/3 120/7 150/20
known [3]  91/2 117/23 123/7
knows [1]  86/21
Kopelowitz [1]  1/20

# L

LA [1]  132/19
Labor [1]  143/8
lack [1]  103/18
ladies [12]  4/6 6/19 7/5 10/23 11/3 13/14
  14/2 29/25 30/24 85/7 89/18 156/13
lady [4]  16/20 143/13 149/6 151/8
landed [1]  39/14
Larry [14]  103/17 104/3 105/3 105/8 105/9

105/11 105/16 105/19 105/23 105/24 105/25
  106/14 108/3 109/9
last [18]  7/2 15/8 15/14 22/3 23/10 31/25
  32/4 39/10 48/2 49/6 69/4 89/22 90/8 109/23
  132/14 139/25 154/24 155/14
late [5]  14/17 56/15 105/20 142/18 156/14
later [13]  4/22 4/24 28/8 28/15 44/24 47/3
  47/16 50/14 50/17 96/21 128/14 142/12
  156/3
Lauderdale [9]  1/18 17/6 36/23 38/5 40/17
  55/17 58/16 122/19 135/25
laughed [2]  49/18 109/8
Laughter [1]  158/2
Laurence [1]  1/16
law [3]  7/22 9/12 55/12
lawsuit [1]  73/25
lawyer [5]  154/19 154/20 154/22 155/10
  155/20
lawyers [1]  116/9
laying [1]  39/18
leading [1]  52/13
learn [9]  65/9 65/22 66/3 66/10 66/18 66/21
  68/1 127/10 132/16
learned [1]  39/6 65/13 65/14 66/16 82/16
least [15]  14/9 41/5 70/9 72/14 87/14 89/7
  97/25 109/23 109/24 112/14 112/14 128/19
  146/25 149/20 154/13
leave [6]  4/9 14/10 30/3 41/25 142/6 150/8
leaving [1]  34/7 148/18
left [13]  22/15 39/22 41/8 41/12 71/24 81/1
  81/1 115/8 123/25 137/7 141/18 141/23
  142/6
left-hand [1]  115/8
legal [10]  6/8 62/8 71/21 76/13 76/15 130/3
  130/6 153/3 153/4 153/4
legalese [1]  75/23
legally [1]  130/14
legend [3]  98/20 102/10 103/15
legend0999 [4]  92/4 98/5 98/11 102/8
lengthy [3]  32/21 96/7 144/7
less [5]  61/3 63/17 70/20 151/7 153/7
let [30]  20/14 20/16 38/24 69/4 71/14 75/12
  76/6 78/17 80/20 86/11 87/21 93/11 97/2
  101/23 103/7 107/13 108/12 108/12 114/9
  114/11 116/13 125/8 129/16 133/14 136/9
  138/14 138/14 144/22 150/5 150/10
let's [24]  6/13 10/19 14/8 26/20 29/25 31/21
  40/9 42/12 42/21 44/25 55/25 60/7 63/3 85/7
  88/13 89/13 97/14 112/13 118/10 134/8
  140/6 144/8 147/18 158/8
letter [16]  3/24 102/18 102/21 103/1 103/8
  107/19 108/1 109/8 109/11 109/16 109/17
  111/1 155/3 155/5 155/6 155/11
letters [31]  32/20 32/20 40/14 47/5 47/5 47/6
  47/7 47/11 78/16 102/19 103/9 103/11
  103/13 103/21 109/5 109/21 109/25 110/4
  110/16 110/19 111/4 111/22 111/24 111/25
  112/11 112/15 135/13 135/16 139/12 148/16
  150/24
letting [1]  37/4
level [2]  124/6 124/7 141/10 141/11
LEWIS [1]  129/21
liability [4]  62/3 73/1 74/10 75/5
license [2]  125/16 140/25
life [18]  17/2 18/8 18/23 22/8 22/11 23/25
  25/16 58/6 77/16 77/21 83/2 116/16 142/4
  152/3 152/6 152/20 152/22 152/22
light [1]  77/17
limit [1]  26/16
limited [1]  110/22

**L**

line [1] 65/21
list [1] 117/16
listed [3] 128/9 128/11 130/6
listen [1] 6/8
listing [1] 129/21
listings [4] 127/15 127/19 127/19 127/20
literally [1] 42/2
little [41] 4/21 4/24 16/3 20/4 20/5 22/1
23/25 26/20 33/13 34/5 35/16 35/25 42/12
47/8 47/9 50/25 55/25 63/17 70/20 76/8
81/15 100/3 102/20 104/13 104/14 104/16
104/18 106/3 106/12 106/24 110/23 111/3
111/3 112/7 112/7 112/24 118/25 120/10
123/23 132/9 156/1
live [2] 72/4 81/19
lived [9] 36/23 40/24 41/1 74/2 81/21 90/22
91/4 120/6 149/14
lives [1] 58/2
living [6] 15/22 108/21 127/10 132/1 142/5
148/22
LLC [1] 53/8
loan [1] 83/24
loaned [5] 140/9 142/23 143/1 144/18 146/21
loans [1] 146/14
lobby [1] 41/11
local [1] 120/7
locally [1] 120/5
locate [1] 120/25
located [5] 93/25 95/8 119/18 123/18 135/4
location [5] 2/18 23/12 103/12 124/6 131/6
long [23] 6/22 12/8 12/15 14/10 23/16 26/10
26/12 32/3 38/11 38/11 47/23 49/7 68/25
90/22 99/3 101/10 103/23 106/25 143/25
144/1 154/9 155/25 157/15
longer [3] 33/13 82/6 121/13
looked [5] 18/15 39/14 40/4 52/22 140/3
looking [13] 19/2 32/1 32/2 34/17 48/3 98/18
98/19 118/11 118/16 127/13 138/19 143/22
154/4
looks [8] 98/13 99/4 102/16 107/20 115/8
115/9 116/3 123/9
lot [20] 24/12 24/16 37/9 42/3 48/21 50/2
64/7 79/22 80/3 108/2 108/20 126/1 126/2
126/6 131/2 142/5 143/19 146/24 151/24
153/2
lots [1] 35/17
loud [3] 60/4 60/8 102/11
love [6] 18/13 20/15 20/24 32/20 78/24 79/1
loved [1] 78/23
low [1] 158/1
lower [1] 59/20
lunch [10] 4/22 4/24 14/3 14/4 14/9 14/10
29/23 30/1 30/2 30/25

**M**

ma'am [14] 90/3 90/11 92/15 92/15 93/4
93/6 93/6 94/9 98/3 98/18 105/22 124/25
156/9 156/19
machine [4] 3/18 103/19 103/23 115/15
machines [2] 102/20 112/23
mad [2] 40/1 45/11
maiden [1] 125/15
mail [62]
mailing [2] 131/12 137/13
mails [47] 92/6 92/12 92/21 92/22 93/3 93/15
93/16 93/22 94/1 94/1 94/18 95/1 95/22
95/23 96/7 96/9 96/25 97/13 97/16 97/23
97/25 98/1 98/4 98/10 99/1 99/2 99/10 99/24

100/15 100/19 101/24 102/22 103/19 104/12
104/15 104/21 106/2 106/25 107/4 107/14
109/20 110/15 113/8 113/10 113/25 114/4
149/10
main [3] 130/13 148/9 152/5
major [1] 49/11
makes [3] 100/2 102/20 103/18
making [2] 59/8 75/16
mansion [1] 148/23
map [1] 123/10
maps [1] 123/6
March [6] 114/15 115/9 115/22 116/4 126/19
127/2
March 10 [1] 115/9
March 10th [2] 116/4 127/2
March 8th [1] 115/22
Margate [2] 127/16 127/24
Mariachi [1] 132/21
mark [2] 36/16 144/23
marked [6] 17/10 19/22 53/3 97/21 114/9
136/9
market [1] 128/14
MARKS [62]
Marks' [3] 126/2 136/22 156/23
Marolas [1] 132/22
MARRA [2] 1/2 1/12
married [1] 148/19
marrying [1] 148/19
Mary [48] 20/14 20/19 20/20 20/21 22/12
25/12 25/15 25/16 25/20 26/6 28/22 28/22
29/2 29/5 29/7 29/11 29/12 31/6 32/11 32/14
32/16 32/17 35/12 35/21 36/21 37/4 38/16
40/13 40/20 40/23 41/17 42/10 47/6 47/11
47/12 47/15 47/18 56/23 56/25 57/4 57/5
57/7 57/8 57/10 78/12 78/19 79/9 82/20
Mary's [5] 31/16 35/6 37/3 57/5 57/6
massages [1] 49/4
master [1] 46/13
match [1] 149/21
materials [1] 121/21
matter [7] 4/23 37/23 60/13 66/15 148/2
155/10 160/11
matters [1] 14/6
May 24th [1] 83/7
maybe [20] 5/19 8/5 9/10 9/11 9/13 21/16
33/13 36/16 72/3 79/24 103/23 118/3 120/22
127/14 130/19 139/1 144/2 149/20 150/6
152/14
me [123]
mean [24] 12/2 12/18 12/19 20/5 28/5 38/5
42/18 43/6 45/15 47/4 47/19 48/3 49/24
63/12 68/8 79/22 88/24 100/1 103/3 104/6
111/25 129/10 152/2 155/5
Meaning [1] 32/19
means [1] 84/3
meant [1] 149/8
meditate [1] 40/21
meditating [1] 40/19
meditation [4] 26/4 31/15 32/11 79/8
meditations [2] 29/3 47/3
medium [7] 34/24 35/1 35/2 35/7 35/9 35/10
35/22
meet [7] 21/1 22/22 23/6 134/24 140/11
140/14 156/23
meeting [20] 14/16 21/24 22/15 23/15 24/6
24/10 24/13 24/16 24/18 24/20 26/21 26/23
28/10 28/15 28/20 31/23 31/24 32/3 32/4
36/20
member [2] 5/5 16/7
members [2] 89/20 117/11

memo [2] 9/14 14/22
memorandum [3] 7/22 13/17 145/4
memory [6] 11/24 12/19 34/4 136/11 145/24
154/12
men [1] 60/16
mention [2] 46/8 147/25
mentioned [6] 81/13 137/9 138/17 148/3
149/18 152/21
mentions [1] 105/8
Mercedes [1] 49/23
Merit [1] 160/8
message [2] 109/14
messages [1] 111/8
met [16] 23/11 23/13 34/5 37/1 49/6 50/14
57/12 78/19 140/15 144/17 145/22 153/11
153/11 153/12 153/19 156/3
metaphysical [1] 79/3
Mexico [5] 117/17 118/12 118/17 119/7
119/16
Michael [7] 23/7 27/16 33/16 45/5 48/24
114/5 114/5
Michaels [40] 22/22 22/23 23/15 24/5 25/14
25/17 29/18 31/10 31/22 32/18 33/11 34/19
36/12 36/20 37/18 38/13 39/4 40/7 42/7 43/7
43/8 47/1 47/18 47/23 51/24 53/7 53/19
53/23 54/3 54/4 54/20 55/3 55/13 56/2 58/11
60/19 82/17 84/13 113/11 114/1
Michaels/Rose [1] 60/19
microphone [3] 90/6 106/6 107/23
mid [1] 39/21
middle [1] 3/1
might [12] 2/18 20/10 42/1 56/12 88/1 91/23
115/2 127/13 139/6 144/17 147/8 149/25
mill [1] 116/7
Miller [3] 13/22 13/23 20/13 21/1 21/19
22/16
Miller's [1] 13/21
million [5] 38/7 48/11 66/19 69/22 116/10
mind [9] 4/21 4/21 6/5 22/7 39/17 47/11 73/8
149/15 152/2
mine [4] 11/16 36/9 47/14 60/9
minimum [1] 51/6
minor [1] 106/8
minute [8] 2/19 3/20 4/7 5/24 6/3 85/7 95/4
103/4
minutes [14] 2/17 4/10 4/15 7/8 7/10 7/14
13/20 14/2 85/9 144/1 147/1 151/7 153/8
154/13
missed [2] 8/5 116/21
missing [3] 9/11 11/22 134/19
misstates [2] 54/7 54/14
mistake [2] 139/19 139/22
mistaken [1] 143/11
MLS [1] 127/18
moment [6] 19/17 62/18 76/10 108/21 145/7
158/6
Monday [4] 109/11 116/3 151/10 156/14
money [133]
monies [3] 34/3 62/11 69/7
Montassir [49] 94/2 94/5 95/9 95/24 96/20
100/19 101/1 102/14 103/10 103/11 103/15
104/12 105/2 107/9 109/22 109/25 112/16
112/19 113/1 114/4 114/7 115/19 115/21
116/2 117/12 119/2 119/4 119/5 120/9
120/25 121/13 122/10 123/19 125/19 126/1
126/9 126/12 126/17 127/8 128/17 129/6
129/19 130/11 130/17 131/4 131/17 134/16
134/18 150/16
Montassir's [5] 105/23 119/7 119/12 125/14
131/9

## M

month [6]  26/14 33/13 60/23 60/25 63/22
68/12
months [10]  39/8 47/21 85/22 97/7 97/8 97/9
97/10 97/11 103/23 142/12
morning [6]  2/2 2/23 39/21 107/17 108/1
157/7
most [10]  14/12 32/5 37/2 42/9 106/20 110/8
113/19 125/12 125/23 152/17
mostly [1]  135/16
mother [2]  13/21 77/2
mother's [1]  125/15
move [7]  17/16 27/9 34/11 53/13 76/8 100/3
145/9 147/3
moved [3]  66/11 90/19 142/16
Moving [1]  4/1
Mr [7]  159/4 159/5 159/6 159/7 159/9 159/10
159/11
Mr. [19]  5/4 5/14 5/20 6/6 7/18 13/14 14/19
29/22 31/2 31/5 62/24 64/15 67/11 87/20
137/6 137/19 137/22 148/19 150/4
Mr. Bardfeld [4]  29/22 31/2 64/15 67/11
Mr. Brown [1]  14/19
Mr. Edwards [1]  148/19
Mr. Pervenecki [1]  5/4
Mr. Raley [1]  137/19
Mr. Schwartz [2]  13/14 150/4
Mr. Stack [2]  5/14 7/18
Mr. Stefin [5]  5/20 6/6 87/20 137/6 137/22
Mr. Tschetter [2]  31/5 62/24
Mrs. [8]  110/18 111/25 131/16 133/4 143/15
150/22 156/23 157/21
Mrs. Marks [7]  110/18 111/25 131/16 133/4
143/15 150/22 157/21
Mrs. Marks' [1]  156/23
Ms [2]  103/11 134/17
Ms. [70]
Ms. Atsuko [1]  3/1
Ms. Deveraux [1]  148/17
Ms. Deveraux's [1]  148/5
Ms. Marks [19]  2/4 10/14 30/16 91/12 110/5
113/2 115/16 119/9 125/24 126/2 126/3
131/2 135/12 138/19 138/21 138/25 157/1
157/2 157/12
Ms. Marks' [1]  126/2
Ms. Michaels [1]  58/11
Ms. Montassir [28]  103/10 103/15 104/12
105/2 107/9 109/22 109/25 112/16 112/19
113/1 115/19 116/2 119/2 120/9 120/25
122/10 126/1 126/9 126/12 126/17 128/17
129/6 130/11 130/17 131/4 131/17 134/14
134/18
Ms. Montassir's [5]  105/23 119/7 119/12
125/14 131/9
Ms. Resk [2]  14/14 14/18
Ms. Rowe [1]  85/12
Ms. Von [10]  90/15 90/24 91/15 92/3 101/23
102/2 121/20 122/17 151/14 156/25
much [28]  4/12 20/7 25/4 28/19 34/21 42/24
47/13 48/4 48/10 48/14 50/15 51/11 75/22
75/23 84/7 107/12 110/19 110/25 112/23
120/19 120/21 120/22 133/2 134/10 150/3
152/12 152/15 153/24
multiple [1]  127/19
mumbo [1]  75/22
must [7]  8/4 8/18 112/14 128/24 130/18
131/22 153/22
mute [1]  5/15
myself [5]  59/12 94/22 108/4 127/14 156/7

## N

name [30]  15/8 15/8 15/14 23/8 23/10 38/12
39/3 39/6 40/3 55/21 90/7 90/8 90/9 94/2
97/5 100/25 106/20 112/12 118/4 119/11
119/15 125/15 125/17 128/20 128/25 129/1
134/24 134/25 142/3 145/5
named [1]  129/23
names [2]  118/16 127/8
Naples [2]  15/21 18/6
nature [1]  119/4
nearly [1]  103/23
necessary [2]  87/6 87/8
need [23]  2/6 2/17 4/24 5/7 6/3 7/6 12/20
14/25 23/20 23/21 25/22 28/7 43/16 43/20
49/18 51/1 61/18 87/18 93/6 99/15 100/5
116/15 158/3
needed [8]  45/9 45/11 45/17 51/7 52/20
117/18 138/11 140/1
needing [1]  29/18
needs [2]  87/11 87/14
negative [5]  78/24 79/3 79/10 133/18 133/19
negotiation [1]  76/14
neighbor [1]  54/23
neither [1]  61/14
nervous [3]  83/5 102/20 103/18
never [26]  47/12 49/5 52/10 59/11 59/13 63/4
64/11 65/19 65/21 70/23 73/25 75/21 81/7
92/9 94/21 104/16 111/11 111/11 112/25
129/2 138/24 140/12 143/9 143/10 152/2
153/20
nevertheless [1]  10/6
new [11]  29/23 84/24 103/22 108/2 116/7
117/17 118/12 118/17 119/7 119/16 122/16
news [3]  9/12 136/16 156/16
newspaper [1]  65/18
next [17]  2/17 3/24 4/2 4/3 4/17 5/10 28/10
39/22 40/2 42/3 45/14 49/6 86/13 89/19
98/25 141/11 148/19
next-door [2]  39/22 40/2
nice [7]  78/15 78/16 116/15 131/8 142/21
143/13 156/14
Nick [2]  145/23 154/6
night [6]  41/24 49/3 49/6 49/7 105/20 157/10
nights [1]  87/24
nines [3]  37/20 37/22 37/24
NM [1]  116/11
nmcourts [1]  130/14
no [141]
nobody [2]  39/23 124/16
Nods [1]  61/17
None [1]  84/9
normal [1]  22/19
normally [3]  5/25 21/6 21/25
Northwest [1]  128/4
notation [1]  128/18
note [4]  7/15 13/18 85/11 125/16
notebook [1]  56/12
noted [2]  8/8 123/6
notepad [1]  34/2
notepads [1]  47/9
notes [12]  4/9 7/17 8/1 8/7 8/9 8/13 8/18 9/20
9/21 9/23 9/25 34/2
nothing [7]  24/11 50/16 58/7 135/20 137/25
138/4 158/6
notice [3]  11/25 98/3 123/17
November [6]  97/14 138/17 144/6 152/21
153/15 160/12
November 29th [1]  144/6
number [33]  5/4 13/5 19/23 51/3 51/4 55/21

85/12 97/6 98/14 98/14 114/12 118/1 118/3
125/6 125/14 125/16 128/18 128/19 128/21
128/22 129/22 130/2 130/22 131/1 131/3
131/10 131/11 132/12 132/13 133/3 135/3
143/21 147/6
number 33 [1]  19/23
number 4 [1]  85/12
number 9 [1]  5/4
numbers [11]  34/5 37/19 97/23 104/17
128/15 128/17 128/17 131/15 131/18 134/6
134/15
numerous [1]  9/2
nuts [1]  139/7

## O

o'clock [1]  4/22
O-l [1]  115/9
oath [1]  30/19
object [2]  71/12 71/15
objected [1]  71/13
objection [45]  3/12 3/15 5/13 5/22 8/25 8/25
11/8 12/25 13/1 13/8 13/12 17/18 17/19
27/11 27/12 34/13 34/14 52/13 53/15 53/16
54/7 54/14 66/5 66/12 66/24 74/5 74/12 75/7
83/16 99/9 99/20 101/5 101/20 105/12
111/16 114/19 114/25 133/13 134/20 145/11
147/5 147/10 149/1 157/4 157/13
objections [1]  8/21
obligated [1]  7/25
observatory [1]  148/22
obtained [1]  125/10
obvious [5]  55/8 64/19 65/1 65/2 87/17
obviously [2]  57/11 82/5
occasion [3]  142/24 143/1 154/23
occasions [1]  42/9
occur [1]  43/4
occurs [1]  5/9
off [27]  2/24 19/16 20/4 29/14 39/15 49/19
55/8 109/11 111/1 116/9 116/13 119/19
120/4 122/16 124/9 124/10 124/10 124/17
126/13 126/17 126/21 126/22 128/14 137/7
143/21 149/25 158/8
offer [2]  3/7 99/7
offered [3]  11/4 62/7 71/19
offering [1]  11/6
office [10]  1/17 31/24 38/4 38/6 71/23 71/24
115/12 115/13 115/15 130/20
Official [1]  1/23
officials [1]  55/12
often [6]  36/20 36/23 77/3 77/5 106/20 135/2
oh [18]  18/6 24/19 40/15 41/21 44/11 44/23
52/19 55/10 56/11 70/11 77/9 77/13 79/14
96/25 96/25 112/7 146/24 150/19
okay [102]
old [5]  15/16 78/11 112/10 128/20 130/24
older [2]  20/17 132/5
Olga [1]  115/9
once [6]  41/21 47/20 110/9 116/17 133/23
152/6
one [94]
one-time [1]  25/1
ones [4]  32/21 42/20 44/8 98/10
online [1]  136/18
only [17]  7/13 9/18 12/9 21/13 22/17 23/1
23/3 25/8 39/21 58/17 65/2 69/21 71/12
99/12 109/19 112/9 113/6
operation [1]  60/21
operator [1]  60/20
opinions [4]  4/9 30/3 85/8 156/15
opportunity [1]  33/18

## O

opposite [1] 153/17
oral [2] 73/22 74/2
order [12] 2/1 25/22 50/11 58/6 86/15 86/21 91/16 91/17 91/18 92/1 137/24 149/5
Ordinarily [1] 14/3
org [2] 119/20 124/12
organization [1] 129/23
original [4] 11/20 11/21 36/6 69/18
originally [3] 16/17 64/2 64/3
Orleans [1] 108/2
Orthodox [2] 140/18 140/20
Ostrow [1] 1/20
otherwise [1] 124/5
our [12] 10/7 18/16 25/21 28/14 29/25 31/19 33/2 35/8 36/5 37/5 42/4 89/11
outcome [1] 70/8
over [51] 8/2 8/12 8/13 8/16 9/21 9/22 9/24 9/25 10/2 10/6 10/8 14/7 18/10 18/18 21/15 22/8 31/20 44/23 47/25 48/10 56/2 56/17 57/20 58/22 61/15 61/21 67/23 68/11 68/16 68/21 72/13 76/8 79/19 79/21 89/7 90/23 100/2 108/5 110/8 121/17 126/12 126/20 133/2 135/17 140/9 150/9 151/9 151/19 151/20 152/7 152/24
over -- I [1] 21/15
Overruled [4] 54/15 74/13 75/8 111/17
owe [1] 116/6
owed [4] 68/6 68/14 73/19 83/14
owes [1] 151/22
own [11] 42/6 43/22 49/19 49/20 53/24 61/11 62/7 71/20 81/17 82/6 104/11
owned [3] 81/16 81/16 81/18
owner [1] 60/20
owns [1] 81/13

## P

p.m [10] 11/25 12/1 13/19 13/19 30/11 30/11 88/7 88/7 102/17 158/9
P.O [9] 103/12 103/14 110/2 113/1 113/4 122/22 127/9 131/12 135/14
package [10] 121/21 122/4 122/7 122/9 122/17 122/24 123/6 126/11 132/4 136/21
packages [2] 135/11 135/24
page [16] 3/3 3/4 3/4 4/1 4/2 5/12 11/1 76/6 76/7 98/9 98/12 98/15 100/1 129/16 137/7 148/12
page 101 [1] 11/1
page 37 [2] 3/3 3/4
page 90 [1] 5/12
paged [1] 80/17
pages [4] 1/10 4/14 5/16 125/7
paid [15] 21/22 26/9 27/21 28/1 53/8 61/1 62/11 69/7 69/18 70/4 71/3 73/19 120/14 120/16 120/18
Palm [2] 1/7 1/24
paper [1] 103/1
papers [3] 55/16 81/5 136/16
paragraph [11] 60/7 69/5 76/7 76/12 98/12 98/16 110/11 110/11 110/12 110/12 110/24
paragraphs [4] 71/22 105/6 106/8 106/25
paralegals [1] 80/19
parenthesis [1] 116/8
parking [1] 42/3
partial [1] 91/12
particular [9] 18/22 41/2 43/4 51/22 92/6 93/15 98/7 103/12 149/13
parties [1] 61/13
partners [1] 82/4

party [3] 82/5 87/2 99/25
pass [1] 123/24
passed [2] 109/14 152/13
past [1] 14/2
patient [1] 93/11
pay [14] 21/2 21/2 24/20 27/21 58/21 66/23 67/22 72/14 72/15 76/24 83/15 116/9 116/13 120/19
payback [1] 59/9
paying [2] 106/1 111/4
payment [3] 61/5 75/4 120/12
payments [2] 61/10 116/13
payroll [4] 52/20 52/23 52/24 53/11
peaked [1] 22/5
Pembroke [1] 132/20
people [16] 10/1 23/3 30/10 38/8 43/23 57/4 77/19 77/23 77/24 78/8 113/10 114/4 120/1 120/3 133/20 136/19
per [2] 60/25 110/11
perceived [1] 141/23
percent [1] 48/20
perception [1] 150/24
performance [2] 62/14 69/10
period [5] 17/1 48/10 50/16 58/4 118/24
periods [1] 29/16
permission [2] 3/20 87/1
person [26] 16/11 22/12 38/15 38/17 57/12 57/23 60/19 60/21 61/15 67/7 67/18 82/23 92/6 93/2 93/15 93/22 93/25 94/18 94/24 96/5 100/9 100/13 100/16 101/9 108/22 142/4
persona [2] 92/10 111/12
personal [6] 27/8 53/24 108/4 120/23 130/20 131/17
personally [4] 47/12 122/13 122/16 155/21
persuade [3] 64/15 64/16 64/25
persuaded [1] 55/22
pertain [2] 119/2 119/2
pertaining [1] 76/15
Perusing [1] 98/2
Pervenecki [1] 5/4
phobia [1] 60/9
Phoenix [2] 90/16 95/10
phone [26] 32/21 36/25 37/8 39/12 80/2 95/16 95/18 104/13 104/14 104/15 104/17 104/18 104/18 110/9 118/1 118/3 128/15 128/17 128/17 129/22 131/21 135/3 135/17 143/19 143/21 143/22
phonetic [1] 19/13
photographs [1] 124/5
physical [1] 149/21
physically [1] 95/8
physics [1] 77/15
PI [4] 58/16 59/5 59/25 67/16
PI's [1] 71/23
pick [2] 11/1 20/9
picked [2] 122/14 124/14
pictures [3] 122/15 124/16 125/3
piece [2] 35/6 71/14
pieces [1] 149/25
Pines [1] 132/20
Pitt [28] 92/7 92/11 92/11 92/12 92/22 92/23 93/4 93/16 94/19 105/10 105/15 107/21 107/24 109/18 109/21 110/1 111/8 113/6 135/15 135/16 135/20 147/18 147/25 148/7 148/8 148/11 148/15 149/23
place [10] 17/22 18/5 46/4 46/7 46/7 53/20 57/20 63/6 63/7 140/11
places [5] 32/5 32/6 46/11 46/16 120/5
plan [1] 59/9

Plantation [1] 132/20
plate [1] 125/16
play [1] 148/8
played [5] 3/5 5/17 6/24 7/4 11/2
playing [1] 3/2
pleasant [1] 156/17
please [24] 2/2 2/24 4/8 6/14 6/19 7/9 10/13 10/19 10/22 15/4 15/6 15/7 30/13 30/18 30/23 60/5 89/14 89/17 90/3 90/8 92/16 93/13 116/22 124/25
plummeting [1] 48/23
plus [1] 38/7
pluses [1] 48/12
Pocket [1] 116/5
point [25] 4/5 6/3 19/15 29/20 29/21 33/5 35/5 36/8 46/15 50/20 54/25 57/7 64/17 81/24 88/3 89/1 89/4 89/11 114/24 117/13 117/22 121/12 128/24 133/24 134/1
police [4] 55/9 55/17 64/22 134/19
pool [1] 123/17
poor [1] 116/16
popped [1] 39/16
portion [2] 5/10 7/7
portrayed [3] 92/10 92/23 111/12
posing [1] 92/7
position [1] 141/15
positive [7] 77/17 77/19 77/25 78/3 78/6 78/15 79/9
possessed [2] 62/9 71/21
Postal [1] 110/6
potential [1] 141/24
pound [1] 131/10
Powell [15] 111/9 111/13 111/14 111/23 112/12 112/20 112/21 113/6 135/19 147/18 148/17 148/18 148/21 149/18 149/21
Powell's [1] 149/6
power [1] 81/23
powers [1] 31/16
prayer [1] 79/9
precisely [1] 156/4
prefer [2] 14/12 14/13
preferred [1] 16/6
prepared [1] 10/7
present [6] 2/4 10/14 30/16 83/11 88/10 156/25
presented [6] 85/25 89/25 139/3 139/17 139/20 140/4
presenting [1] 14/5
presents [1] 60/16
president [3] 148/20 148/21 148/21
presidential [1] 148/23
press [2] 65/21 131/10
pressing [1] 45/20
pressured [1] 138/23
presume [1] 14/23
pretend [2] 93/2 94/20
pretended [2] 92/9 111/11
pretending [4] 92/7 92/11 94/17 111/9
pretty [6] 47/19 107/12 112/22 133/2 152/15 153/24
previously [1] 83/6
primarily [1] 13/24
principal [1] 137/14
printed [3] 122/14 122/14 122/15
prior [4] 118/18 126/18 127/11 128/17
Priority [5] 121/23 121/24 121/25 122/21 135/10
privacy [1] 103/18
private [14] 66/22 67/5 67/8 67/12 67/14 67/18 81/16 119/10 119/11 119/16 119/18

# P

private... [3]  126/6 130/19 133/1
probably [12]  16/16 25/19 33/6 36/24 39/18
51/1 56/17 79/6 86/1 87/20 124/2 128/10
problem [14]  69/3 72/17 72/18 73/2 73/4
73/18 73/20 74/8 75/6 75/12 75/13 85/21
87/13 88/4
procedure [1]  7/18
proceed [5]  15/11 30/14 87/2 87/5 90/12
proceeding [2]  87/13 155/4
proceedings [16]  1/11 2/22 6/12 6/17 10/12
10/21 11/17 30/12 30/22 88/8 89/16 100/12
119/7 130/3 155/9 160/10
process [2]  110/13 110/16
proffer [3]  155/5 155/6 155/11
progress [2]  31/21 31/22
progressed [1]  31/20
progressing [2]  32/12 47/17
progression [3]  31/15 32/10 37/3
progressive [1]  22/2
project [4]  13/22 77/19 78/15 79/8
projecting [1]  77/17
Prokopets [1]  115/10
promised [1]  152/23
pronounce [1]  119/5
pronounced [1]  15/14
properties [4]  127/14 127/20 127/21 128/11
property [8]  62/12 65/23 66/11 69/8 123/24
124/16 124/21 140/23
props [1]  23/21
prosecution [1]  91/22
prosecutor [3]  85/23 140/12 148/3
protect [2]  140/2 151/3
protected [2]  138/9 138/12
provide [5]  33/14 36/11 45/5 51/8 51/11
provided [18]  33/19 34/9 36/12 44/5 53/20
53/21 53/24 53/25 54/2 54/3 54/5 54/11
54/11 59/23 59/25 61/3 83/17 128/16
providing [3]  33/7 33/11 36/15
provision [2]  62/6 71/19
PS [1]  116/21
psychiatrist [1]  152/3
psychic [17]  13/22 18/9 18/21 19/14 20/6
21/6 21/11 21/13 21/15 21/17 21/18 26/4
29/1 31/25 38/6 38/16 60/22
psychic's [1]  81/4
psychically [1]  35/2
psychics [2]  18/17 23/3
psychologist [1]  152/3
public [1]  69/2
publish [4]  3/20 13/9 13/17 59/14
pull [4]  90/6 124/23 125/4 127/18
pulled [3]  18/18 119/19 127/15
purported [5]  85/14 93/3 94/18 111/7 136/15
purporting [4]  110/1 111/14 111/22 112/19
purports [1]  116/2
purpose [7]  16/17 18/21 83/1 94/25 133/5
133/22 149/10
purposes [3]  93/23 99/13 144/22
pursuant [1]  83/24
pursued [1]  57/13
pursuing [2]  18/24 19/11
pushing [1]  47/22
put [23]  12/20 12/22 35/19 35/20 75/2 79/2
92/24 93/1 95/6 96/12 103/1 106/15 114/11
122/12 124/14 127/18 129/1 131/5 131/7
132/6 132/9 150/1 152/22
putting [2]  76/10 111/5

# Q

quantum [1]  77/15
quarter [4]  14/8 14/11 48/11 69/22
question [32]  7/3 36/16 45/23 54/8 66/6 68/7
73/9 73/17 74/22 75/12 80/9 84/20 85/19
86/6 88/14 89/20 89/21 92/16 93/7 93/12
93/13 94/9 98/7 99/19 103/7 105/1 108/16
111/20 121/19 138/14 156/3 157/17
questioned [3]  36/1 45/24 52/11
questioning [1]  45/25
questions [13]  62/19 67/11 80/16 82/8 84/18
85/5 86/2 108/5 139/17 143/17 151/4 155/22
156/8
quick [1]  59/6
quicker [1]  100/3
quickly [1]  150/6
quiet [1]  40/19
quit [1]  141/20
quite [6]  36/25 38/5 43/10 56/7 95/20 118/24
Quote [1]  57/6
Quote-unquote [1]  57/6

# R

raise [2]  15/3 90/3
raised [2]  15/19 16/5
RALEY [2]  129/21 137/19
Ranches [3]  123/8 123/14 132/2
rang [2]  18/2 18/18
rather [9]  2/12 14/11 60/10 70/4 72/20 74/24
83/14 96/5 110/13
Raton [1]  1/22
reached [1]  36/5
read [41]  7/23 9/11 33/1 59/7 59/11 59/12
59/17 60/3 60/4 60/8 60/10 62/16 65/18
65/19 65/21 68/13 68/24 69/1 69/11 71/22
73/16 75/20 75/20 77/8 77/12 78/10 107/1
107/9 107/13 110/5 110/5 110/9 110/9
116/19 116/25 117/4 123/23 124/1 128/16
135/16 145/24
reading [12]  19/19 19/20 21/5 21/21 22/1
22/4 22/6 22/17 22/18 69/2 81/5 145/3
readings [1]  21/4 21/8 21/10 21/20
ready [7]  6/23 10/16 10/24 15/2 30/14 88/11
88/12
real [8]  6/22 20/15 58/17 63/14 65/22 127/15
140/22 148/25
realized [2]  58/5 142/1
really [28]  22/25 23/17 32/13 41/19 43/9
43/9 44/4 47/21 48/22 71/15 78/17 90/1
102/18 106/13 118/4 119/11 119/14 119/14
129/14 130/18 130/19 130/20 136/12 136/14
139/4 142/2 149/13 157/16
realtime [2]  7/7 160/9
realtor's [2]  140/25 141/3
reason [9]  5/17 12/7 39/22 75/17 101/14
148/20 150/20 151/1 152/6
reasoning [1]  101/16
reasons [1]  55/8
reassess [1]  87/21
reassure [1]  36/2
reassured [1]  36/1
recall [14]  17/5 19/17 19/20 45/20 51/13
56/11 56/13 112/13 117/6 119/24 135/23
136/6 156/4 157/18
recalled [3]  15/7 157/12 157/16
recalling [1]  45/11
receive [5]  83/23 104/21 104/22 106/24
107/8 112/18 113/3
received [15]  50/8 76/14 102/18 102/21

103/9 108/7 109/13 109/25 114/10 115/19
116/17 135/14 143/5 143/10 155/2
receiving [6]  94/1 102/21 103/8 106/2 108/1
109/16
recent [2]  132/15 132/17
recently [1]  148/4
recess [11]  3/6 3/17 4/7 6/11 10/11 30/1 30/7
30/11 85/8 88/7 158/9
recession [1]  43/16
recipient [1]  53/7
recollection [5]  10/4 12/13 117/9 120/20
131/3
record [11]  2/4 5/16 7/16 10/14 38/24 48/2
88/9 143/20 158/4 158/8 160/10
recorded [1]  5/23
recording [1]  134/6
records [5]  34/8 48/1 91/13 124/23 130/23
Recross [2]  84/25 159/7
Recross-examination [1]  84/25
redacted [2]  3/13 99/11
redirect [6]  82/11 82/13 151/6 151/12 159/6
159/11
refer [1]  24/2
reference [2]  106/13 149/23
referenced [6]  3/8 3/21 3/24 4/3 61/11
130/16
references [1]  148/14
referred [3]  20/19 23/4 119/22
referring [5]  13/18 17/25 19/24 29/8 85/15
reflect [1]  38/24
refresh [2]  136/11 145/24
refund [1]  61/12
regarding [4]  5/13 124/23 130/3 148/16
regards [1]  133/19
registered [2]  137/13 160/8
regular [4]  95/13 125/19 141/2 141/3
regularly [2]  36/25 37/1
reiterate [1]  49/5
rejected [1]  71/22
relation [2]  33/15 40/13
relationship [35]  18/10 18/12 18/25 19/3
19/15 24/15 28/17 28/18 29/15 31/19 31/22
35/8 37/5 37/14 47/17 47/18 49/8 56/1 56/15
56/16 57/12 57/22 58/5 62/6 70/15 71/18
72/1 72/2 87/25 94/7 97/4 97/5 126/18
126/21 126/23
relationships [3]  22/8 24/14 87/17
relay [1]  95/5
release [21]  60/14 61/7 67/9 67/19 67/21
68/4 68/4 69/24 70/1 70/18 72/4 72/18 73/11
74/8 75/2 75/3 75/4 75/18 83/13 85/14 89/22
released [1]  65/25
Releasee [12]  60/23 61/9 61/15 61/24 62/2
62/6 62/7 62/11 62/13 69/7 69/9 72/25
Releasee's [1]  61/11
releasing [2]  73/11 73/18
Releasor [10]  60/17 61/5 61/10 61/14 61/25
62/4 62/9 62/10 69/6 72/23
relevance [4]  11/8 11/9 20/10 145/12
relevant [1]  12/18
religious [2]  16/4 16/11
reluctantly [1]  87/4
rely [3]  86/7 89/1 89/24
remainder [1]  4/8
remedy [1]  8/16
remember [61]
removed [1]  3/10
renew [1]  126/24
renovations [3]  49/9 49/12 49/15
rent [1]  127/14

# R

rented [1]  127/9
renters [1]  127/15
renting [2]  128/5 128/13
repaid [2]  146/15 153/4
repay [3]  84/14 151/23 152/24
repayment [1]  83/10
repeat [1]  111/19
repeatedly [3]  8/11 8/22 9/19
Rephrase [1]  54/8
report [15]  7/20 7/25 8/4 9/9 10/7 12/12
 128/1 134/19 145/18 145/24 146/1 146/2
 146/7 146/11 146/17
Reporter [4]  1/23 1/23 160/8 160/9
reports [9]  5/13 7/17 9/3 9/5 9/6 9/24 10/2
 10/4 156/16
representations [1]  24/5
representatives [1]  58/11
represented [3]  8/11 76/13 154/19
representing [1]  155/10
request [2]  133/4 139/13
requested [1]  47/5
require [1]  138/5
required [1]  8/12
requires [3]  9/3 9/5 9/9
rerun [1]  108/4
research [8]  118/25 119/1 119/6 120/23
 120/24 121/3 121/20 124/20
researching [1]  120/8
reselling [1]  50/6
reside [1]  90/16
residence [3]  122/15 123/19 137/20
residing [1]  15/20
resisted [1]  138/8
Resk [2]  14/14 14/18
respect [8]  9/19 10/7 86/5 117/7
 119/7 122/10 124/5
respond [3]  9/16 86/5 117/7
responding [2]  92/21 101/13
responds [1]  9/13
response [18]  95/23 96/9 98/23 98/24 106/4
 106/5 106/7 106/7 107/10 107/20 108/8
 110/12 111/2 112/24 117/2 117/3 117/4
 117/8
responses [3]  99/20 100/7 100/15
rest [5]  64/12 70/24 80/12 98/22 99/15
Restaurant [2]  132/20 132/22
restaurants [1]  32/7
restrictions [1]  157/12
result [6]  56/6 57/15 62/8 71/21 91/18
 127/25
results [1]  122/11
return [4]  78/1 78/17 78/23 84/7
returned [5]  48/15 48/17 54/4 54/11 79/1
reunited [1]  56/23
review [3]  33/18 59/6 88/20
ridiculous [1]  140/5
right [116]
right-hand [3]  59/20 116/3 123/2
rightful [2]  62/12 69/8
rightfully [3]  62/13 63/16 69/9
rights [2]  138/9 138/11
ring [1]  134/25
risk [1]  142/2
Ritz [2]  41/1 41/11
Rivera [2]  66/21 67/4
RMR [2]  1/23 160/15
road [5]  15/25 46/2 123/7 123/14 126/4
robbed [1]  39/17

Roger [1]  1/16
romance [3]  149/12 149/16 150/1
romantic [1]  58/7
room [7]  7/9 20/4 22/19 30/10 31/25 75/16
 135/3
root [1]  35/7
ROSE [70]
Rose's [2]  139/12 149/4
Rothstein [1]  130/7
rounded [1]  48/12
Rowe [1]  85/12
rule [2]  87/1 87/11
Rule 607 [1]  87/1
run [2]  2/15 109/10
running [1]  43/23
rush [2]  76/11 150/7

# S

S-t-i-r-l-i-n-g [1]  123/14
safe [9]  46/4 46/6 46/7 46/12 46/21 53/20
 63/3 63/6 63/7
safety [1]  134/18
salary [1]  141/12
sale [7]  84/5 84/8 85/3 127/21 128/2 128/9
 128/11
salesman [2]  77/22 77/24
salon [3]  129/5 129/6 129/13
same [15]  5/12 19/5 23/12 40/21 48/23 62/13
 69/9 93/9 100/13 100/16 109/22 112/16
 136/19 149/22 149/23
Sarah [1]  130/6
sat [4]  20/4 23/16 41/8 154/22
satisfaction [1]  61/6
satisfactory [2]  84/1 84/2
Saturday [1]  115/21
save [1]  152/22
saved [1]  152/6
saves [1]  152/20
saw [13]  16/25 20/13 21/12 21/15 21/15
 21/18 38/4 39/16 39/20 46/21 58/3 108/3
 127/20
say [58]
saying [21]  24/15 28/7 36/8 55/20 74/1 74/8
 75/3 75/13 82/22 86/6 88/2 88/3 96/8 113/3
 116/24 128/6 128/7 146/2 153/12 154/2
 155/8
says [19]  13/2 23/19 24/22 41/24 46/9 46/15
 52/9 68/23 69/24 72/22 73/14 73/15 85/12
 93/8 102/17 115/8 116/5 123/4 145/5
scale [1]  141/12
scare [1]  50/3 55/7
scared [3]  37/9 50/2 55/6
scenarios [2]  147/19 150/1
scheduled [1]  14/6
scheduling [1]  30/25
school [3]  16/2 58/1 90/21
Schwartz [6]  1/19 13/14 150/4 159/5 159/7
 159/10
Scottsdale [2]  90/16 122/22
scraps [1]  132/9
scratching [1]  44/15
screen [2]  59/17 102/2
search [2]  121/17 129/17
seated [9]  2/3 2/24 6/19 10/13 10/22 15/6
 30/13 30/24 89/18
second [23]  22/18 24/17 26/21 26/24 28/15
 28/20 31/24 50/18 58/19 59/5 66/3 76/6 76/7
 76/11 80/17 83/8 86/25 123/12 123/24
 129/16 144/4 149/6 156/22
seconds [2]  102/17 131/11

Secret [1]  77/11
Secretary [1]  111/10
secrets [1]  33/4
section [2]  5/12 141/13
Security [1]  125/14
seeing [4]  19/4 19/16 32/17 38/6
seem [1]  14/13
seemed [2]  37/23 139/4
seems [3]  72/3 72/4 88/17
seen [2]  21/13 105/16
seized [1]  129/16
Self [1]  15/23
Self-employed [1]  15/23
seller [1]  147/22
selling [2]  43/19 147/22
semantics [1]  155/16
Seminole [2]  122/19 135/24
send [16]  32/22 47/15 103/13 103/25 104/21
 104/22 107/10 109/21 110/6 113/10 114/4
 115/15 116/2 121/23 135/11 135/23
sending [8]  94/1 95/1 104/12 104/15 109/20
 126/9 135/23 136/22
senior [2]  141/9 141/9
sent [33]  32/22 32/24 32/24 36/18 93/15 98/4
 98/10 98/13 99/10 103/11 103/14 103/19
 105/17 106/7 112/16 112/24 114/14 115/18
 115/24 121/20 122/5 122/7 122/17 122/18
 126/10 132/4 134/2 135/12 135/17 135/19
 135/21 136/21 137/7
sentence [7]  69/4 69/11 72/22 73/4 73/7 75/2
 98/21
sentences [1]  98/21
Sentinel [1]  136/18
September [3]  1/8 144/9 153/7
September 2011 [2]  144/9 153/7
sequence [1]  128/15
sequentially [1]  107/14
series [2]  66/10 124/4
serious [2]  18/13 24/14
service [3]  110/7 127/19 141/12
services [11]  61/12 62/6 62/14 68/19 69/10
 69/18 70/4 70/5 71/19 147/14 153/21
session [2]  21/3 35/17
sessions [1]  21/22
settlement [10]  60/14 60/18 61/6 62/1 62/7
 62/12 69/8 71/20 72/24 76/14
seven [2]  81/18 112/14
seventh [1]  58/2
several [4]  43/11 46/16 47/7 131/11
SFranklinUSDC [1]  1/25
Sharon [2]  134/24 134/25
She -- I [1]  107/6
she'll [3]  78/17 153/1 153/1
she's [24]  31/15 38/10 57/20 69/15 70/18
 72/4 72/7 72/8 72/14 86/18 86/24 87/3 87/3
 87/4 87/15 105/5 105/5 140/10 143/13
 144/13 148/10 153/1 156/25 157/20
sheet [2]  114/14 115/6
Sheridan [1]  129/6
sheriff [1]  149/22
shipped [1]  125/17
shop [3]  18/9 19/14 19/18
short [11]  5/20 7/6 17/1 28/9 29/16 57/12
 58/4 58/6 58/17 154/16 156/1
shortly [1]  28/5
shots [1]  124/14
should [13]  6/7 7/13 43/24 56/8 56/9 59/8
 61/16 76/19 76/19 96/9 102/20 132/8 148/2
shouldn't [5]  12/17 68/9 101/14 129/1 132/7
show [24]  13/15 17/10 19/22 33/24 41/3

## S

show... [19]  51/17 53/3 59/2 76/6 79/8 97/21
98/10 101/11 101/23 101/24 105/11 105/16
107/13 114/9 122/3 125/8 129/16 136/9
144/22
showed [1]  140/22
showing [2]  123/12 125/6
shows [1]  34/7
sic [2]  74/24 109/7
sick [1]  156/5
side [3]  20/4 39/15 80/8
sidebar [5]  11/14 11/17 13/10 100/12 101/18
sign [23]  58/19 58/20 59/6 59/9 59/9 59/13
59/24 60/1 62/15 62/16 68/25 70/1 73/11
74/17 75/17 75/21 76/1 76/2 76/5 76/19
127/21 128/2 131/10
signed [1]  75/25
significance [1]  45/17
significant [8]  40/11 43/18 46/25 51/5 52/6
56/18 56/21 91/14
signing [5]  71/23 74/8 75/3 76/11 116/7
similar [1]  78/9
simple [1]  112/9
simply [2]  5/24 103/1
since [9]  23/25 58/2 68/25 78/19 91/5 91/6
122/14 126/12 128/19
single [6]  43/15 99/4 105/19 105/19 107/12
144/15
sir [55]
sister [1]  136/22
sit [4]  20/6 33/1 41/10 56/24
site [1]  124/11
sitting [3]  75/16 80/7 139/15
situation [4]  5/8 35/21 88/1 153/17
six [3]  37/20 37/23 112/14
Sixty [2]  15/17 81/23
Sixty-foot [1]  81/23
Sixty-one [1]  15/17
sizeable [2]  152/9 152/11
Skilling [4]  7/23 7/24 8/3 8/6
skip [1]  100/2
slap [1]  64/20
slept [1]  49/6
slip [1]  20/16
Slumber [1]  53/8
snake [1]  109/10
so-called [1]  111/15
social [2]  125/14 126/3
sold [8]  66/1 81/17 81/25 82/2 82/4 82/4 82/5
84/4
sole [1]  61/6
somebody [6]  80/21 93/19 93/20 96/23 124/9
129/12
someone [12]  14/16 20/19 81/25 92/22
117/19 119/20 119/24 127/14 129/5 134/24
140/16 152/20
someone's [1]  152/22
something [27]  5/6 5/20 8/18 9/11 11/5 13/2
39/17 80/20 87/11 94/13 106/15 108/16
108/22 112/10 118/10 118/20 119/4 121/23
127/23 131/16 133/16 133/18 135/7 149/17
151/25 153/23 154/7
sometimes [3]  5/25 106/22 106/22
somewhere [2]  119/25 144/19
son's [1]  50/5
soon [5]  7/10 39/13 72/13 108/5 115/22
sorry [20]  10/23 35/1 41/13 52/8 52/19 68/9
92/17 92/19 99/22 107/18 107/23 111/19
114/17 116/15 125/1 132/10 132/11 136/13

139/23 145/8
soulmate [2]  37/15 38/16
soulmates [1]  20/15
sound [1]  152/2
sounds [1]  110/13
sources [1]  119/20
South [7]  1/21 15/19 64/1 64/3 64/4 119/25
154/18
SOUTHERN [1]  1/1
Southwest [3]  123/7 123/14 132/1
speak [5]  9/10 57/21 82/22 90/7 94/8
speaking [1]  93/9
special [5]  22/20 22/21 22/24 23/3 141/12
specific [1]  98/6
specifically [2]  49/21 106/23
speculating [1]  8/17
speculation [2]  8/20 75/7
spell [2]  15/8 90/7
spend [6]  25/4 29/16 79/17 87/24 157/1
157/20
spending [2]  110/21 157/9
spent [3]  57/16 116/12 157/6
spiritual [1]  16/9
spirituality [1]  77/15
spoke [3]  129/2 153/7 154/11
sporadically [1]  6/1
Springs [2]  127/22 127/23
Stack's [1]  145/5
stage [1]  60/8
stalking [3]  150/14 150/17 150/17
stand [2]  9/4 15/1
Standard [2]  14/21 14/23
stands [2]  76/22 107/21
start [15]  23/8 29/2 29/23 33/11 34/5 40/10
40/19 46/25 86/2 87/18 92/16 93/7 93/12
110/10 131/18
started [19]  21/19 26/17 28/12 29/13 32/15
33/7 34/4 34/18 39/23 44/1 48/20 50/4 54/19
57/3 82/20 137/22 142/11 143/16 154/13
starting [2]  11/9 143/17
Starts [1]  129/18
state [5]  20/12 31/18 111/10 117/25 137/11
stated [1]  63/20
statement [2]  63/5 84/21
statements [2]  8/15 79/11
states [11]  1/1 1/3 1/13 1/17 3/7 33/14 60/24
61/10 89/7 102/16 149/7
station [1]  64/22
stay [5]  26/11 42/1 150/9 151/9 156/15
stayed [1]  41/22
staying [1]  156/14
Stefin [8]  1/16 5/20 6/6 87/20 137/6 137/22
159/9 159/11
step [3]  7/9 156/10 156/19
Stephen [4]  1/23 160/8 160/14 160/15
Stevens [2]  134/24 134/25
sticks [1]  22/7
still [10]  14/3 30/19 31/24 37/15 48/2 57/8
68/14 125/18 128/19 151/22
stipulate [3]  12/2 12/21 12/22
stipulating [1]  85/21
Stirling [3]  123/7 123/13 126/4
stomach [1]  55/11
stop [1]  6/25
stopped [3]  32/17 133/22 137/6
store [6]  39/15 55/14 55/15 80/24 81/1 81/3
stories [1]  110/18
story [7]  92/24 93/5 93/23 108/20 136/18
147/24 148/11

storyline [22]  92/10 92/23 92/25 93/1 93/4
94/15 94/16 94/17 94/22 96/1 106/12 108/23
108/25 109/17 109/21 111/12 111/15 111/24
148/7 149/16 149/16 149/24
strange [2]  35/24 52/12
street [2]  1/24 39/15
stress [1]  108/19
stressful [1]  108/3
strictly [1]  36/3
strong [1]  79/4
structure [1]  96/12
struggling [1]  16/20
studio [1]  57/17
stuff [1]  132/5
stumbled [1]  148/5
stuttering [1]  108/4
subdivision [1]  127/23
subject [3]  99/21 107/16 115/22
subpoena [2]  144/5 154/19
subpoenaed [2]  138/16 144/5
subsequently [1]  82/2
sudden [1]  39/10
sue [1]  73/24
sued [1]  73/12
suggested [1]  7/24
suggestion [1]  14/8
Suite [1]  1/21
sum [2]  60/23 153/24
summarizing [1]  70/2
summary [2]  7/20 132/14
summed [1]  9/15
Sun [1]  136/18
Sunbiz [1]  129/23
Sunbiz.org [4]  130/12 130/16 137/10 137/11
Sunrise [4]  17/6 17/14 31/24 39/16
superseding [1]  66/7
suppose [1]  33/13
supposed [4]  14/16 48/15 48/17 83/22
sure [18]  3/19 3/22 5/1 22/18 28/9 29/11 35/4
41/4 81/9 83/2 87/18 97/15 128/25 134/1
146/23 148/14 150/22 155/12
surprise [1]  55/5
survive [2]  43/21 51/7
suspect [1]  87/12
sustained [13]  52/14 54/8 66/8 66/25 67/2
74/6 83/17 105/13 133/14 134/21 134/21
145/15 149/2
SW [2]  51/18 114/12
SW-1319 [1]  114/12
SW-131900438 [1]  51/18
swapping [1]  50/6
sworn [2]  15/5 90/5
system [2]  16/3 104/15

## T

T-s-c-h-e-t-t-e-r [1]  15/10
table [1]  139/15
tables [1]  30/10
take [29]  3/6 3/19 4/7 6/4 7/6 7/8 7/13 18/5
25/1 25/1 26/10 26/13 26/15 27/3 29/22
29/25 37/13 46/10 46/16 53/4 71/14 71/15
75/21 76/18 85/7 93/8 95/4 116/4 116/10
taken [7]  6/11 8/18 10/11 30/11 88/7 149/25
158/9
taking [1]  96/5
talented [1]  150/25
talk [21]  2/6 20/6 21/1 21/25 31/21 37/2
42/12 42/21 66/13 77/7 83/2 87/22 100/4
100/6 106/6 107/23 140/6 147/18 154/15
156/24 158/3

**T**

talked [24]   8/5 10/1 18/16 20/5 23/17 26/16 28/18 31/5 36/24 37/3 37/3 37/9 48/19 67/14 67/25 81/7 83/13 95/18 106/21 116/19 126/8 126/22 138/22 157/7
talking [24]   18/4 21/17 29/9 37/1 39/9 39/10 57/3 63/24 67/1 68/3 78/5 104/3 105/2 105/6 105/23 109/16 110/14 118/8 127/1 127/4 133/1 148/18 154/6 155/14
talks [2]   103/8 148/6
tape [1]   2/11
tarot [4]   21/9 21/10 23/18 23/19
tax [1]   81/20
team [1]   130/6
telecommunication [1]   2/16
tell [46]   8/11 8/14 14/17 15/7 16/3 20/7 23/7 23/22 24/8 25/10 25/17 25/22 26/10 29/4 29/18 31/12 34/18 35/14 40/13 40/25 45/25 46/7 48/24 56/2 57/9 72/3 81/15 83/19 84/4 86/3 86/7 88/21 89/3 90/7 95/6 97/24 121/12 126/15 126/17 133/11 145/3 146/13 146/17 147/13 147/19 152/24
teller [4]   16/13 16/15 16/18 17/3
tellers [1]   18/5
telling [7]   85/18 86/3 143/8 145/7 147/14 153/20 155/3
tells [2]   131/10 137/7
temporarily [1]   127/12
tend [1]   91/23
term [1]   35/16
terms [7]   12/19 72/6 72/7 73/21 76/16 79/3 89/24
terrible [1]   141/25
testified [5]   50/7 64/9 67/7 137/16 156/25
testifies [1]   101/8
testify [7]   12/4 86/18 92/1 137/23 138/5 145/25 155/9
testifying [6]   80/7 86/24 87/4 87/18 87/22 91/15
testimony [12]   30/7 55/25 87/12 88/24 89/2 89/23 91/18 91/19 102/25 151/16 159/3 159/8
testing [1]   11/24
text [2]   14/16 68/3
texted [1]   32/21
thank [33]   4/10 6/9 6/10 6/19 7/11 10/10 14/1 15/11 30/1 30/4 30/8 30/24 31/3 62/20 75/24 82/9 82/10 85/6 85/6 85/9 88/5 88/6 90/11 92/18 93/12 137/3 151/5 156/8 156/9 156/13 156/16 156/19 157/22
that's [87]
the 10th [2]   114/15 126/19
theft [1]   61/23
their's [1]   62/16
theme [1]   8/21
there's [21]   7/6 8/16 9/18 39/25 42/2 85/16 86/12 86/21 87/25 88/4 88/22 98/12 98/21 102/2 114/24 125/3 128/15 153/3 153/13 157/3 157/15
thereafter [1]   60/25
they're [9]   9/22 9/23 10/3 10/4 20/10 88/21 88/22 98/11 114/12
They've [1]   8/13
thing [24]   5/3 9/18 28/17 38/10 39/16 59/7 60/6 73/6 80/19 81/4 86/25 88/18 99/4 105/19 106/12 108/11 112/10 122/12 126/7 126/20 132/7 132/9 145/22 150/13
things [43]   28/10 31/14 32/8 37/9 40/15 41/20 47/16 49/2 70/5 78/2 78/16 78/16 79/9

86/23 100/3 101/12 106/3 112/21 118/1 118/5 118/25 119/1 119/23 120/2 120/4 121/2 121/5 126/2 126/5 126/5 126/9 131/2 132/6 135/12 139/5 141/25 141/25 142/2 142/11 142/22 143/19 154/10 156/1
think [86]
thinking [4]   26/22 31/17 40/20 40/20
third [5]   63/17 66/4 69/4 70/20 84/10
those [27]   3/11 5/7 18/15 21/8 24/3 34/8 49/12 49/14 50/5 68/9 73/3 78/2 87/9 97/11 97/25 106/7 110/4 113/13 128/1 132/25 147/19 147/20 148/25 149/4 149/10 149/10 150/23
though [5]   18/4 25/25 34/8 82/22 121/24
thought [13]   22/12 37/15 41/4 46/11 65/7 80/19 80/19 80/22 80/25 81/9 109/9 139/10 153/15
thoughts [1]   47/10
thousand [3]   79/21 151/20 152/7
thousands [1]   128/11
threaten [2]   138/15 139/1
threatened [3]   143/12 155/8 155/13
three [11]   5/13 12/1 13/19 13/25 22/10 46/10 46/16 50/13 106/8 116/13 157/8
three-hour [1]   13/25
through [43]   6/20 7/7 18/14 19/6 25/12 25/20 26/3 26/4 26/4 29/2 29/6 34/17 34/25 35/1 35/2 35/6 35/7 35/11 35/19 40/22 52/22 56/17 57/13 60/7 62/13 69/9 79/5 79/8 79/8 79/9 103/9 104/15 104/17 104/18 110/6 110/14 124/13 125/11 128/16 135/8 135/22 148/17 151/17
throughout [2]   7/16 8/22
tidy [1]   131/6
tie [1]   38/23
timeline [1]   32/13
times [18]   9/2 18/14 18/16 19/12 21/18 22/10 32/15 35/17 37/7 37/17 40/3 42/2 46/20 77/6 77/13 79/24 138/17 139/19
timing [2]   2/11
tiny [2]   102/19 103/23
to -- I [1]   81/2
today [7]   38/18 56/24 91/15 92/1 102/18 107/19 109/10
toe [1]   19/12
toe-eed [1]   19/12
together [24]   19/12 25/11 25/12 26/7 28/17 28/22 29/12 29/17 32/14 32/15 32/22 32/24 32/25 33/1 37/14 42/4 46/10 52/10 57/17 57/18 116/23 131/5 137/17 132/7
Tokyo [1]   14/21
told [15]   9/19 23/10 35/10 38/9 46/6 57/5 57/9 64/22 65/11 80/21 94/25 95/3 109/1 110/17 117/22 133/7 138/23 144/16 145/19 146/6 146/6 146/9 146/9 151/23 152/23 153/19 155/3
too [15]   14/15 47/14 47/15 50/15 69/3 75/22 75/23 79/4 80/8 80/25 103/21 110/18 110/19 110/22 110/24
took [18]   2/14 6/22 12/8 23/3 26/12 45/8 65/9 65/12 65/13 65/14 65/15 65/16 71/8 80/22 108/7 124/16 128/14 139/11
top [7]   4/2 10/25 98/16 107/14 117/16 117/16 118/6
total [8]   36/16 36/18 44/15 44/16 48/5 102/22 116/8 153/24
totally [2]   18/13 153/17
totals [1]   36/13
touch [3]   35/18 35/19 64/5
touching [1]   46/3

tough [5]   37/17 43/9 44/3 44/4 44/4
towards [1]   90/6
town [2]   79/25 81/5
track [1]   117/12
tracking [1]   130/10
trading [1]   50/6
traffic [1]   124/14
trained [1]   13/22
transaction [3]   43/4 134/7 134/8
transactions [3]   132/15 132/17 134/10
transcript [3]   1/11 2/11 160/10
transfer [5]   4/4 35/18 43/6 44/18 45/7
transferred [1]   45/6
transfers [1]   44/10
Trattoria [1]   132/22
travel [1]   126/1
treat [3]   22/20 22/21 22/24
trial [6]   1/11 2/25 7/16 8/22 88/20 90/1
trick [3]   149/5 149/8 149/9
tried [6]   58/4 63/20 65/20 76/11 79/7 131/7
trigger [1]   87/12
trouble [1]   43/17
true [4]   12/10 17/1 55/15 69/13
trusted [2]   38/4 84/17
truth [2]   101/2 101/11
try [6]   2/79/13 93/11 121/2 133/5 134/6
trying [26]   19/1 20/14 26/3 29/10 36/21 36/21 37/14 38/15 43/21 93/8 110/8 117/12 120/25 121/14 121/14 129/14 131/24 133/11 135/18 136/23 142/21 144/15 146/19 150/7 151/2 154/8
Tschetter [9]   4/19 15/5 15/9 31/5 60/13 60/17 62/24 75/3 159/3
turn [4]   8/2 9/20 16/23 124/2
turned [13]   8/7 8/12 8/13 8/15 9/22 9/24 9/25 10/6 10/8 16/24 117/19 128/12 133/2
turning [1]   10/2
TV [2]   105/20 142/21
twice [3]   42/19 79/25 80/1
two [25]   2/12 2/12 6/3 14/5 18/11 31/20 33/13 38/7 39/8 44/7 46/10 47/25 50/13 55/8 56/8 71/22 79/22 86/23 98/21 106/8 125/7 132/14 142/10 146/14 153/7
two-plus [1]   38/7
type [4]   95/4 103/3 103/3 112/2
typed [7]   112/1 122/11 125/8 125/13 126/6 131/5 154/11
typewriter [1]   112/4
typewritten [1]   125/7
typing [1]   112/23

**U**

U.S [3]   68/10 141/6 141/15
Ueda [1]   3/1
Ueda's [1]   13/22
uh [5]   95/12 113/21 118/9 127/5 129/25
uh-huh [5]   95/12 113/21 118/9 127/5 129/25
uncomfortable [3]   155/12 155/13 156/6
Uncountable [1]   79/18
uncovered [1]   125/13
under [15]   8/12 30/19 67/10 86/24 91/15 93/19 98/4 107/10 109/17 109/19 109/20 111/15 112/11 113/9 157/12
undergraduate [1]   90/21
underneath [1]   48/12
undersigned [1]   60/17
understand [17]   8/10 24/7 26/13 67/10 73/7 73/9 73/10 74/19 74/23 76/3 88/25 91/25 104/4 104/6 105/3 105/7 151/25
understanding [9]   27/20 27/24 68/7 74/22

## U

understanding... [5] 87/11 91/20 94/13 125/25 133/23
understands [1] 86/21
undue [1] 61/15
unfair [1] 79/7
Unfortunately [1] 8/8
UNITED [9] 1/1 1/3 1/13 1/17 3/7 33/14 60/24 89/7 149/7
Unity [2] 16/5 16/7
unlawful [2] 62/1 72/24
unless [3] 8/14 99/19 156/24
unquote [1] 57/6
unstable [3] 117/25 133/21 150/25
until [6] 14/9 43/14 45/14 60/25 68/12 109/11
unusual [1] 24/11
upbringing [1] 16/4
upon [3] 21/7 89/1 148/5
upper [3] 115/8 116/3 123/2
upset [6] 37/6 45/14 139/8 139/8 139/9 143/22
upstairs [1] 81/4
us [24] 5/15 15/7 15/8 16/3 19/13 20/17 23/7 23/21 32/10 34/18 35/8 40/25 45/25 81/15 90/7 90/8 145/3 145/7 145/19 146/6 146/9 152/23 155/3 157/8
used [13] 24/3 35/4 36/3 70/4 91/19 106/17 106/20 138/1 138/4 148/4 148/4 155/4 155/20
using [8] 31/15 53/23 100/20 101/6 102/19 111/7 115/15 125/16
utilize [1] 87/1

## V

V-o-n [1] 90/10
Valerie [4] 66/21 67/4 68/1 76/10
valid [5] 62/5 62/8 71/18 71/21 71/25
value [1] 152/21
various [1] 150/2
vehicles [1] 50/1
vendors [1] 125/18
Ventures [1] 53/8
verbal [1] 72/2
Verizon [1] 128/21
version [2] 58/17 81/6
versus [3] 60/24 68/10 89/7
very [43] 5/5 13/23 17/1 18/13 23/1 23/5 23/5 24/23 32/15 36/25 37/1 37/4 37/6 41/14 41/16 43/15 65/19 83/4 96/7 108/2 108/3 110/16 119/9 120/22 131/8 133/6 133/10 133/15 133/16 133/18 133/20 133/21 139/8 139/9 144/1 150/23 154/9 155/12 155/13 155/14 155/16 156/5 156/6
via [1] 102/21
vice [3] 148/20 148/21 148/23
victim [16] 4/19 55/23 61/23 64/16 64/25 65/7 138/18 138/23 138/24 140/7 143/23 146/6 146/23 154/2 154/6 156/7
victimized [3] 138/19 138/24 138/25
victims [5] 10/1 138/20 143/22 154/4 156/24
Victoria [3] 136/15 136/17 136/19
video [3] 2/14 2/15 77/13
Videotape [4] 3/5 6/24 7/4 11/2
violating [1] 157/3
Virginia [6] 90/19 90/21 91/4 135/5 135/6 142/16
visit [3] 58/18 58/19 59/5
visited [3] 17/2 23/16 58/16

voicemail [2] 128/21 128/23
Volume [1] 1/10
volumes [9] 106/11 106/11 106/11 110/17 110/17 110/20 110/20 110/23 110/24
voluntarily [2] 62/5 71/17
Von [17] 86/14 90/5 90/9 90/10 90/15 90/24 91/15 92/3 101/23 102/2 121/20 122/17 122/21 145/5 151/14 156/25 159/8

## W

Wachovia [1] 34/6
wait [6] 14/25 43/14 92/15 93/6 124/25 151/8
walked [3] 19/14 20/1 20/12
walking [1] 32/1
want [40] 5/15 9/18 9/24 12/2 12/20 13/5 14/4 14/15 43/22 44/1 50/23 58/20 60/4 68/24 69/23 73/16 77/25 78/1 78/2 79/2 79/10 85/23 85/24 86/5 86/5 86/9 86/9 88/14 97/21 98/3 98/7 99/1 101/24 108/19 109/12 122/3 150/8 150/9 155/22 157/2
wanted [11] 3/12 49/23 58/19 59/6 59/24 66/23 67/22 77/7 78/12 84/10 87/24 116/9 116/19 138/8 140/6 157/11
wants [3] 13/14 86/16 108/13
warrant [1] 129/17
wasn't [19] 20/16 36/23 47/20 53/19 55/10 70/4 74/17 75/17 78/9 92/11 105/24 120/21 120/22 130/20 139/21 149/8 155/20 155/24 156/4
watch [5] 103/18 105/9 105/20 156/10 156/19
watching [2] 105/24 105/24
Watts [15] 9/22 12/4 143/6 143/12 143/24 145/4 145/18 145/20 146/4 146/6 146/9 146/13 146/21 153/6 154/15
ways [2] 56/7 150/2
We -- you [1] 21/25
we'd [5] 14/3 48/3 103/6 110/8 110/10
we'll [9] 4/9 5/8 6/4 7/10 30/7 68/4 85/9 87/7 156/14
we're [22] 2/4 3/2 3/3 3/3 4/6 7/5 10/14 10/23 15/2 18/7 21/17 43/16 47/3 58/17 71/15 75/16 78/5 88/9 88/12 101/8 110/14 127/4
we've [7] 3/12 10/8 19/11 74/21 140/9 144/18 146/20
wearing [1] 38/22
website [5] 130/1 130/12 130/14 137/10 137/11
week [8] 26/13 28/7 28/9 39/10 51/7 52/23 79/24 80/1
weekend [5] 150/10 151/9 156/14 156/17 157/1
weekly [1] 36/24
weeks [3] 26/15 56/8 116/14
Weiselberg [1] 1/20
welcome [7] 2/23 2/25 6/18 10/22 30/23 89/17 157/23
well [128]
went [56]
weren't [3] 45/14 79/5 82/15
west [4] 1/7 1/24 82/25 130/16
what'd [3] 19/10 20/2 24/8
what's [17] 12/12 17/10 19/22 33/24 33/25 38/22 51/17 51/25 53/3 59/2 80/6 83/6 101/2 122/3 136/9 146/1 146/2
whatever [7] 47/11 89/25 100/24 110/24 151/1 152/25 152/25
whatever's [1] 86/6
whatsoever [1] 61/8
when's [2] 36/14 39/6

where [46] 5/12 5/24 9/1 11/1 15/18 15/20 17/5 17/13 18/5 19/2 19/15 32/16 34/6 35/17 35/17 37/10 37/11 38/10 40/9 40/23 44/8 46/7 46/13 49/20 55/20 64/2 72/3 82/1 85/2 90/15 90/18 90/20 93/25 95/8 102/17 119/18 120/6 123/1 123/4 123/17 123/17 127/10 128/4 128/13 135/4 148/13
where'd [1] 41/10
whereabouts [2] 118/7 134/18
whether [6] 70/8 76/19 98/3 105/15 117/6 146/17
while [7] 4/7 6/20 32/13 41/10 64/7 71/8 72/8
whistle [1] 142/7
whistleblower [1] 141/24
white [3] 38/23 127/8
who's [1] 5/5
whoever [1] 100/9
whole [16] 8/21 22/8 23/25 38/9 43/25 59/7 60/6 64/6 70/3 73/6 74/24 77/21 82/5 128/15 132/20 133/22
whose [2] 75/15 120/16
why [28] 5/19 12/17 14/18 20/8 22/24 27/24 29/22 34/23 38/3 41/16 43/18 46/23 48/17 50/3 51/4 51/4 55/7 56/21 59/7 59/9 62/15 74/16 82/19 86/10 101/12 101/14 138/11 140/6
why'd [1] 84/16
wife [3] 126/23 148/18 149/6
Williamsburg [4] 135/2 135/4 135/5 135/6
willing [2] 72/4 87/22
willingly [1] 37/25
win [1] 25/15
windows [2] 55/8 64/21
Winning [1] 78/8
wire [6] 4/4 43/6 44/10 44/18 45/6 45/7
wire-transfer [4] 4/4 43/6 44/18 45/7
wire-transferred [1] 45/6
wire-transfers [1] 44/10
wired [2] 44/8 44/11
Wisconsin [1] 47/20
wise [2] 88/17 135/7
Wishes [2] 148/6 149/22
withdraw [3] 12/25 138/14 143/11
withheld [3] 8/19 8/23 20/7
withhold [1] 20/8
within [6] 28/9 29/10 33/13 56/8 60/23 85/21
without [19] 3/15 8/22 13/8 13/12 17/19 22/14 24/15 27/12 28/6 34/14 46/12 53/15 53/16 68/3 101/20 145/3 145/7 146/1 147/10
witness [20] 3/8 3/21 3/25 4/3 4/17 8/5 9/6 9/10 10/5 12/7 13/18 15/5 38/25 86/13 87/15 89/19 90/5 99/24 157/16 157/19
witness' [2] 10/3 89/22
witnesses [5] 7/19 7/21 9/2 10/8 156/24
woman [21] 18/10 19/4 20/23 20/24 22/11 22/13 54/20 78/23 86/14 94/2 94/14 94/23 96/19 103/13 117/19 117/22 126/15 126/16 126/21 133/11 150/24
won't [3] 109/10 116/15 128/16
wondering [1] 14/20
worded [1] 129/1
wording [1] 155/15
wordprocessor [2] 112/8 112/9
wordprocessors [1] 112/24
words [12] 23/2 24/4 32/20 68/9 73/3 91/22 95/4 103/4 106/2 113/10 132/14 153/22
wore [1] 80/3
work [34] 14/9 25/11 25/19 26/4 26/10 26/13 29/2 29/12 33/2 34/25 35/1 35/2 35/6 35/7 35/14 37/18 38/8 41/15 42/5 42/16 45/19

zone [1] 14/20

# W

**work... [13]** 56/3 56/9 56/19 56/24 58/8 70/6
70/10 78/23 102/4 116/22 141/19 142/4
153/16
**worked [8]** 32/10 32/19 38/8 49/3 49/7
115/12 119/9 135/18
**working [8]** 30/1 32/11 32/12 41/25 48/24
49/4 142/5 153/15
**WorkingHard [1]** 113/19
**WorkingHard02 [2]** 113/14 113/20
**works [1]** 128/19
**worried [8]** 24/12 117/24 117/25 133/6 133/9
133/15 133/21 150/23
**worry [1]** 100/5
**worse [2]** 142/11 142/13
**worth [1]** 70/10
**wouldn't [7]** 62/16 74/3 87/21 96/16 110/23
152/11 155/3
**wow [4]** 22/2 44/1 50/4 55/10
**wrapped [1]** 121/16
**writeoff [1]** 81/20
**writer [1]** 150/25
**writing [13]** 40/14 47/4 47/8 92/12 92/21
101/12 101/12 102/19 105/5 105/5 108/24
111/1 149/4
**written [9]** 27/15 47/6 74/25 103/10 112/18
112/20 113/3 116/6 144/19
**wrong [4]** 72/4 79/15 139/18 145/22
**wrongdoing [1]** 61/24
**wrongful [1]** 79/11
**wrote [17]** 24/22 32/19 47/9 47/11 92/6 93/3
93/15 96/7 97/25 98/1 107/25 109/17 110/17
111/24 113/25 116/8 153/11
**www.nmcourts.gov [1]** 130/1

# Y

**yacht [3]** 43/20 53/9 81/13
**Yahoo.com [14]** 92/4 98/5 98/11 100/21
102/8 102/9 107/16 113/14 113/17 113/20
115/21 115/21 125/18 125/19
**yeah [27]** 13/4 22/11 22/17 29/16 35/25 36/8
36/13 37/16 38/18 41/19 44/4 44/15 45/19
48/7 49/11 50/2 50/2 55/6 55/14 64/6 65/2
68/23 76/8 76/17 112/5 128/12 157/20
**year [14]** 18/10 21/16 21/16 26/14 36/19
44/17 117/14 126/12 126/18 128/20 139/25
154/16 154/24 155/15
**years [24]** 18/11 20/5 31/20 38/5 38/7 38/9
47/25 57/12 79/22 81/18 90/20 90/23 91/2
105/18 116/6 117/23 118/18 126/20 138/21
140/9 141/5 151/17 151/20 152/4
**yellow [1]** 34/2
**yes [305]**
**yesterday [2]** 2/24 107/18
**yet [2]** 68/4 87/19
**you'd [3]** 14/13 139/15 147/22
**you'll [4]** 11/25 69/2 89/24 103/22
**you're [33]** 8/16 16/7 19/24 30/19 42/13 47/1
63/24 64/2 73/10 77/22 90/18 90/24 91/15
91/22 93/9 95/13 96/15 100/4 108/21 110/13
113/3 116/24 118/8 123/18 128/6 128/7
139/22 146/23 146/23 152/18 153/12 154/2
157/23
**you've [5]** 20/19 91/2 91/12 145/19 152/7
**yours [1]** 143/3
**yourself [3]** 96/1 120/24 140/2

# Z

**zip [1]** 131/12