```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                      Case No. 11-80072-CR-MARRA
 3
   UNITED STATES OF AMERICA,      )
 4                                )
        GOVERNMENT,               )
 5                                )
        -v-                       )
 6                                )
   ROSE MARKS,                    )
 7                                )
        DEFENDANT.                )    West Palm Beach, Florida
 8                                )    September 9, 2013
   _____)
 9

10                    Volume 9, Pages 1 - 160

11            TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12          BEFORE THE HONORABLE KENNETH A. MARRA

13               UNITED STATES DISTRICT JUDGE

14

15  Appearances:

16  FOR THE GOVERNMENT          Laurence M. Bardfeld, AUSA, and
                                Roger H. Stefin, AUSA
17                              United States Attorney's Office
                                500 East Broward Boulevard
18                              7th Floor
                                Fort Lauderdale, FL 33301
19
    FOR THE DEFENDANT           Fred A. Schwartz, ESQ.
20                              Kopelowitz, Ostrow, Ferguson
                                Weiselberg, Keechl
21                              700 South Federal Highway,
                                Suite 200
22                              Boca Raton, FL 33432

23  Reporter                    Stephen W. Franklin, RMR, CRR, CPE
    (561)514-3768               Official Court Reporter
24                              701 Clematis Street
                                West Palm Beach, Florida  33401
25                              E-mail:  SFranklinUSDC@aol.com
```

```
 1         (Call to the order of the Court.)

 2              THE COURT:  Good morning, everyone.  Please be

 3    seated.

 4              We're back on the record.  Ms. Marks is present

 5    with counsel.

 6              Before we bring the jurors in, I received a note

 7    from juror number 13, Ms. Avery.  I just want to put it on

 8    the record in case anybody wants to make any inquiries.  This

 9    is -- her note to me says:

10              "On Friday as I was leaving the building, a lady

11    wanted to come in and use a phone.  Since the building was

12    closed, I gave her my phone to use.  At that time I realized

13    it was the witness."  I can't read -- "the witness something

14    called Brad Pitt."  I can't read exactly what this says, but

15    I think she's referring to Miss --

16              MR. SCHWARTZ:  Debbie Von Beulen?

17              THE COURT:  I believe she's referring to Ms. Von

18    Beulen.

19              She gave the phone back to me, and I then left.  I

20    did not speak to her about anything.  So I just wanted to

21    make you aware she advised us of that and if anybody wants to

22    make any inquiries.

23              MR. SCHWARTZ:  I have no inquiry, Judge.

24              MR. STEFIN:  No, Your Honor.

25              THE COURT:  Okay.  All right.  I'm just going to
```

```
 1    write on this note to her, thank you for advising us.
 2              MR. STEFIN:  That's it.
 3              THE COURT:  Is that fine?
 4              MR. SCHWARTZ:  That's perfect, Your Honor.
 5              MR. STEFIN:  Should I bring in the witness?
 6              THE COURT:  Might as well.
 7         (The jury enters the courtroom, after which the following
 8    proceedings were had:)
 9              THE COURT:  Good morning, everyone.  Please be
10    seated, ladies and gentlemen.  Welcome back.  Hope you had a
11    pleasant weekend.  Thank you for being back this morning.
12    And before we begin, has anyone read or heard anything about
13    the case since we last were in session?  No?  Okay.  Good.
14              Thank you.  And we're ready for the Government's
15    next witness.
16              Mr. Stefin.
17              MR. STEFIN:  Thank you, Your Honor.  Our next
18    witness is Jennifer Hill.
19              Jennifer Hill, Government's witness, sworn.
20              THE COURT:  Ma'am, if you could pull that
21    microphone towards you.  Please try and speak into it.  Tell
22    us your name and spell your last name for us, please.
23              THE WITNESS:  My name is Jennifer Hill, last name
24    H-i-l-l.
25              THE COURT:  Thank you, ma'am.
```

```
 1                     Direct Examination
 2   BY MR. STEFIN:
 3   Q     Good morning, Ms. Hill.
 4   A     Good morning.
 5   Q     Now, remember to speak very close to the mike.  It's
 6   very hard for us to hear in here.  That's great.
 7              Ms. Hill, where are you from originally?
 8   A     Hawaii.
 9   Q     And can you tell us just a little bit about your family
10   background, your heritage?
11   A     Well, I'm fifth generation Japanese American, and I
12   don't know, what else --
13   Q     Your parents are still alive?
14   A     Yes.
15   Q     Do you have brothers and sisters?
16   A     Yes, I have a brother.
17   Q     And what kind of work have you done most of your life?
18   A     I've been mostly involved in sales and marketing.
19   Q     And, in fact, do you have a -- what is your college
20   education, your background?
21   A     I have a bachelor's degree in business administration,
22   majored in marketing.
23   Q     And what year did you obtain that degree?
24   A     1987.
25   Q     And are you married?
```

```
 1   A     No.

 2   Q     And do you have any children?

 3   A     No.

 4   Q     Back in 2005, did you happen to be in New York around

 5   August or September of that year?

 6   A     Yes.

 7   Q     And what brought you to New York?

 8   A     I was visiting at the time.  Actually, my sister-in-law

 9   was in town and wanted me to accompany her on a business

10   trip.

11   Q     All right.  How much time did you spend on that trip in

12   New York?

13   A     Oh, I don't really remember.  Maybe one or two weeks.

14   Q     And were you staying in a hotel?

15   A     Yes.

16   Q     And at some point in time, did you happen to go into a

17   business that offers fortune telling or psychic readings?

18   A     Yes.  Unfortunately.

19            MR. SCHWARTZ:  Objection.

20            THE COURT:  Sustained.

21   BY MR. STEFIN:

22   Q     What was going on in your personal life at that time

23   when you decided to walk into that shop?

24   A     Well, there was a lot going on at the time.  I was going

25   through a very, very difficult time, one of the most
```

```
 1   difficult times of my life at that point.  Little did I know

 2   that it would even get harder since then.  But I had grieved

 3   for quite some time for my grandparents that had passed on, a

 4   great aunt that I was very, very close to, and I had also

 5   lost my best friend through a tragic accident.  And through

 6   all of that, I still had the final blow, which is a breakup

 7   with a dear friend of mine.

 8   Q    This was a boyfriend?

 9   A    Yes.

10   Q    Somebody you were dating?

11   A    Yes.

12   Q    And so when you -- so when you went into that shop, what

13   inspired you or caused you to go in that day?

14   A    Well, I was just walking down the street.  I was on my

15   way to a shoe store that I knew of.  I had to go to that

16   particular shoe store, and on the sidewalk, as I was walking

17   down that street I can still picture it, there was an easel

18   out on the sidewalk, and it said psychic readings or

19   something like that, or astrology, or something.  And there

20   was an arrow pointing to a door.  And it was right in my

21   path, and it was right in front of me, and I looked to the

22   left at it, and I saw a window and a neon light on.

23          I think it says Open or Astrology or something.  It

24   was something that told me that someone was there.  So I just

25   by chance -- I mean, I had all day to go to the shoe store,
```

1    so I thought I'd just stop in out of curiosity.

2    Q    Okay.  And had you ever been to a -- you know, ever had

3    your fortune told or had your palm read before?

4    A    Maybe like at fairs in high school, you know, for fun,

5    or carnivals, something like that.

6    Q    Did you believe at that time in the existence of

7    psychics or people -- or believed that there are people that

8    have the ability to communicate with higher beings or can

9    predict the future, things of that nature?

10   A    Well, I wasn't really sure.  I didn't give that much

11   thought to it.  I was probably open at the time.  I can't say

12   that I can prove that it exists or didn't exist.  I didn't

13   give that much thought to it.

14   Q    What kind of exposure to religion did you have growing

15   up?

16   A    Well, I'd like to say it's pretty unique, because

17   growing up as a fifth generation Japanese American, and

18   growing up in Hawaii, there's a mix of cultures, and a big

19   part of culture is religion.  So I was exposed to

20   Catholicism, Christianity, and also, Buddhism.

21   Q    Okay.  So tell us what happened when you walked into

22   that shop that day.

23   A    Well, let's see.  I remember walking in, and there was,

24   who I now know as Nancy Marks in there, and I just happened

25   to ask, you know, are you the one that are doing -- are you

1    the person that does the reading?  She says yes.  And I said,

2    okay, well, you know, just, do you have time?  And she said,

3    yes.  And so I said, okay, and I thought I'd just get a

4    reading.

5    Q    And you now know her as Nancy Marks.  Did she use

6    another name initially?

7    A    Oh, yes, she did.  She first introduced herself as

8    Vivian.

9    Q    But she later told you her name was Nancy Marks at some

10   later time?

11   A    Yes.  Like not that day, it was after that day I learned

12   that she also goes by the name of Nancy.  She gave me a

13   business card, and it said Vivian.

14          MR. STEFIN:  All right.  May I approach, Your

15   Honor?

16          THE COURT:  Yes.

17   BY MR. STEFIN:

18   Q    I want to show you what's been marked -- received in

19   evidence as Government's exhibit 32 that I just gave you.  Do

20   you recognize the person in that photograph?

21   A    Yes.

22   Q    Is that the person you're referring to as Nancy Marks?

23   A    Yes.

24   Q    And Government's exhibit 30 that's also in front of you,

25   that's pictures of a storefront.

```
 1    A    Yes.

 2    Q    There are multiple pictures.

 3          Do you recognize those photographs?

 4    A    Yes, I do.

 5    Q    And what do you recognize those as?

 6    A    This is the shop that I walked in on that day on the way

 7    to the shoe store.

 8    Q    And do you happen to recall the address based on later

 9    transactions that took place with respect to this matter?

10    A    Oh, I'm sure I have it written down somewhere.  57th

11    Street or 58th Street, something like that.  It was near

12    Fifth Ave.

13          MR. STEFIN:  Your Honor, may I publish?

14    Government's exhibit 32, Government's exhibit 30 composite.

15  BY MR. STEFIN:

16    Q    So you asked for a reading, and tell us what you

17    remembered taking place initially.

18    A    She opened the sliding door, and she said, okay, come on

19    in.  It was a very small room.  It was probably maybe even

20    built to be a closet.  Very small.  You can only fit two

21    chairs and a small round table, and even with that, barely

22    move.

23          So she said take a seat.  So we sat across from

24    each other with a round table between us, and she closed the

25    door, and she asked me, okay, what do you want.  And I said,
```

```
 1    well, I just came in here for a reading.  And I remember on
 2    the wall there was like a menu, like when you walk into those
 3    fast food restaurants there's a menu of services, and they
 4    were very nominal fees.  I can't remember exactly what it
 5    says, but something like tarot card reading $50 or something
 6    like that, psychic reading $25, something like that.
 7             And she says, well, what do you want to do?  And I
 8    didn't know what -- it just said -- I don't know.  I looked
 9    at the menu and I just picked one.  I remember saying tarot
10    card, and I remember Nancy saying, tarot cards, why do you
11    want to do tarot card?  Anybody can do tarot cards.
12             So I thought, okay, well, then I'll take a palm
13    reading.  I mean, kind of just, well, I don't know.  What do
14    you feel comfortable with?  Maybe palm reading then.  And she
15    said palm reading?  Anybody can do that.  I said, what do you
16    want to do then?  I don't understand why are you asking me.
17    And she said, well, okay, then give me a piece of something
18    of yours, a piece of jewelry.  And I do recall saying, okay,
19    well, how about, you know, this necklace?  No, not that.
20    Well, this watch?  No, not that.  Now that I look back, it
21    was really --
22    Q    Don't tell us looking back.  But she asked you for --
23    A    Okay.  So --
24    Q    Let me just ask you a question.  Okay?  So did you give
25    her a piece of your jewelry?
```

1    A     Yes, I did.

2    Q     And then what happened?  What was it?  Which piece of

3    jewelry did you hand over to her, do you recall?

4    A     At that time I don't remember.

5    Q     And then what did she do with it?

6    A     It was probably like a bracelet or something.

7          She held onto it, and then she asked me some

8    questions, and I answered them.

9    Q     Do you remember the conversation, or to the best of your

10   ability, what did she ask you and what did you tell her?

11   A     It was pretty general.  She -- I do remember her asking

12   me if I had any specific questions.  And I said, well, you

13   know, am I going to go back to school?  I was thinking about

14   going back to school.  I was wondering if it was too late.

15   So I asked that, and I don't even remember what she said.

16   Just general questions.

17   Q     How about any conversation about relationships or men in

18   your life or anything like that?

19   A     Oh, well, yeah, yes, I probably asked -- I asked is, you

20   know, is there going to be anyone in my life, any love life.

21   I probably went through the whole thing, my love life, my

22   work.

23   Q     Do you recall --

24   A     My school.

25   Q     -- in this first meeting whether you talked about the

```
 1    fact you had just broken up with a boyfriend and your
 2    emotional state as a result of that?
 3    A    It did come up, yes.
 4    Q    And what do you recall her telling you about that person
 5    or relationships in general?
 6    A    Well, she asked -- she asked -- well, actually, I asked
 7    her, is there any love coming into my life or in my life, and
 8    she said, well, there is somebody.  There is somebody.
 9    There's a man for you, and I don't know if he's already in
10    your life, someone you already met, or someone that you're
11    about to meet.
12    Q    Okay.  And then how did that -- proceeded from that?
13    A    And then I asked, well, is it -- you know, is it this
14    person that I just broke up with?  It can't be.  I need to
15    move on.  And she says, well, I'm not sure.  I don't know.  I
16    have to pray on it.  I have to think about it.
17    Q    Did she ask you to come back for a second visit?
18    A    Yes.  So when she says, well, I don't know, I need to
19    pray on it and meditate on it.  And then she said, can you
20    come back tomorrow?  And it was sort of out of my way from
21    where I was staying.  Actually, it was quite a bit out of my
22    way.  And I said, no, I don't want to come back tomorrow.
23           And she insisted, come back tomorrow, because this
24    is something that I don't know right offhand, you know.
25    You're being a little negative, and you're blocking me.  So I
```

```
 1   need to meditate on this.  And she said you need to leave
 2   something with me so that I can use it in my work and I can
 3   meditate on it and you can come back tomorrow for it and pick
 4   it up.
 5   Q    And did you ultimately agree to do that, to leave
 6   something behind?
 7   A    Reluctantly, yes.
 8   Q    But you did?
 9   A    Yes.
10   Q    What did you leave behind?
11   A    I left behind a black bracelet.
12   Q    And do you recall if you paid for that first visit?
13   A    I don't remember.  I think I did, $50 or so.  It was
14   very nominal.
15   Q    Did you come back the next day as discussed with her?
16   A    Yes, I did.  I wanted my bracelet back.
17   Q    And tell us what happened when you came back the next
18   day.
19   A    Well, the next day she immediately gave me my bracelet
20   back.
21   Q    And how did that make you feel?
22   A    That was a relief.  It was kind of weird.  I mean, like
23   I said, I was reluctant in giving it to her, but then I
24   thought, well, I know where she is, I'll come back here
25   tomorrow, and there's always police officers.  All right.  So
```

```
 1    I was relieved that I didn't have to put up a fight for it

 2    or, you know, she admitted that she needed to return it to

 3    me.  She gave it to me right away.  And then she says, well,

 4    I've been up all night.

 5    Q    How did she look, by the way?

 6    A    Yeah, I was just going to say actually when I walked in

 7    I feel like I had woken her up.  She had gotten off of a

 8    couch.  As soon as you walk in the door there's a couch right

 9    there, and she got up, and she was, you know, shaken up and

10    disheveled, and she grabbed a blanket and scurried across the

11    room.  And I said, is now a good time?  She said, yes, yes,

12    yes, why don't you come on in, come in.

13         So we went into that little room, and then she gave

14    me the bracelet back.  And she says, you know, I've been up

15    all night.  I've been working on you.  I've been working

16    very, very hard on you, Jennifer.  And long story short, she

17    says, well, I have good news and I have bad news.  And this

18    all came to me last night while I worked very hard on you.  I

19    said, oh, boy, good news and bad news, I can never always

20    be -- that's always pretty bad.

21         So I said, okay, well, give me the bad news first.

22    And she said the bad news is that you have been cursed.  You

23    have been cursed all your life.  In fact, you've been cursed

24    in prior lives, and it's been with you lifetime after

25    lifetime.  And she said that the curse started with a half
```

```
 1   sister that I had in some prior life.  We shared the same

 2   father, and I had a very different life back then in that

 3   lifetime than I do today.

 4          I had everything laid out for me.  I had a man in

 5   my life.  I had a family.  We were very well to do.  I was

 6   popular and well-liked, and my half sister was the complete

 7   opposite.

 8          And so this half sister was very jealous of me and

 9   put this curse on me, and it has followed me through

10   lifetimes and into this life.

11          And then I said --

12   Q    Is that the bad news?

13   A    That was the bad news.

14   Q    Okay.  What was the good news?

15   A    Okay.  So the good news was, I thought pretty good.  She

16   said, okay, the good news is I have to help you.  I have to

17   help you break this curse.  See, this is what I do.  This is

18   what I've come here for.  This is what -- this is what -- why

19   you bumped into me.  And that's the good news, because I can

20   help you break this curse.

21          And then I immediately said, oh, that sounds like a

22   little unusual and different, and it sounds like it's going

23   to be kind of costly.

24   Q    So did you ask her if this was going to cost you money?

25   And if so, how much?
```

1    A    Yes.  I said, this sounds like it's going to cost -- how

2    much is that going to cost me now?  And she said, well,

3    that's part of the good news.  I have to do this for free.

4    Q    And what did she -- did she explain what she meant by

5    that, that she has to do this work for free?

6    A    She said, see, I have to do this for free because my

7    guides talk to God, God talks to my guides, and my guides

8    tell me, and they told me that I have to help you, and I have

9    to do this for free.

10   Q    Okay.  So did she discuss with you further the

11   ex-boyfriend and how that factored into the curse or factored

12   into your present situation?

13   A    Yes.  That was always a subject that was always a carrot

14   that was dangled in front of me.  I was still grieving from

15   everything.  I was in still a state of shock from everything

16   that had occurred recently in my life, and she would use

17   that, this breakup.  She says, you know, this is the man that

18   you're supposed to be with.  He is going to be in your life,

19   and we need to get working on this right away.

20   Q    And how did you respond to that, having just broken up

21   with him, that she's now telling you that this is the man

22   that you're supposed to be with?

23   A    I told her that, you know, that can't be it, because I

24   need to move on, and we both, you know, made it clear that

25   this is it, and --

1    Q    When you say "we," meaning you and --

2    A    He and I.  It was very clear to both of us.  And I

3    couldn't believe that anything else would happen out of it.

4    Q    Did you think -- before you walked into that shop, did

5    you think it was over, the relationship between you and this

6    man?

7    A    Oh, yes, definitely.

8    Q    Was the term "soulmate" used in the conversation, do you

9    recall?

10   A    Yes, quite a bit, actually.

11   Q    And what about -- in what context?

12   A    Well, in this, you know, me trying to convince her, no,

13   that's not him that's going to be or is in my life, she would

14   keep bringing it up, no, you don't understand.  This is the

15   man for you.  This is who you're supposed to be with.  This

16   is your soulmate.  He is your soulmate.  The two of you were

17   made for each other.  So it made it very difficult for me to

18   accept what had happened, what had truly happened and move on

19   in my life and get over the -- the grief.

20   Q    So what was it that Nancy Marks was claiming she would

21   be able to accomplish for you?

22   A    Well, she said she would have to get rid of this

23   negativity and the spell and this curse, and she is the

24   person to do this, and she's going to work very hard on this.

25   And, again, she has to do this for free, and if I'm going to

```
 1    do this, Jennifer -- this was spoken to me at length.  She
 2    said, you're going to have to have a lot of faith.  If this
 3    is something that you want to work on, you're going to have
 4    to take -- it's going to take a lot of faith.  Do you have
 5    the faith?  It's going to take a lot of faith, she kept
 6    saying that.
 7             And I don't really know.  You know, faith is
 8    different things to different people, and she would ask me
 9    point blank, do you have the faith?  And I said, what do you
10    mean by faith?  And she just went on and on with that.
11    Q    And then ultimately what did you tell her with respect
12    to her doing this work for you?
13    A    I said, well, I can try to have faith.  I can at least
14    try to, you know, work with you.  You know, I didn't really
15    have a definite answer.
16    Q    Do you recall whether or not she took any money from you
17    on the second visit?
18    A    On the second or third visit, I believe the second, she
19    said -- she says, okay, you need to get some money out of the
20    bank.  I forget exactly how much.  It was in the thousands.
21    And I said, you know, of course.  I said, well, I thought you
22    said this is for free.  And she said, it is for free.  I'm
23    doing this for free, but you have to take out this money.  I
24    need cash, because the money is the root of all this evil and
25    this curse on you.
```

```
 1              Everything was about money.  So it symbolizes
 2   something, and I need to use that money, and I need to pray
 3   on it and meditate on it.  It's just something from you that
 4   I need to start my work with, and we need to start right
 5   away, because we need to get you together with that
 6   boyfriend.
 7   Q    And when she said she needed it to work with or to pray
 8   on, did you ask or did she tell you whether this was money
 9   that you were permanently giving up or that this money would
10   ultimately come back to you?
11   A    Yes, she said -- she said, I'm going to hold on to it.
12   I have to pray on it.  I'm not going to spend it.  I'm not
13   going to do anything with it.  It's just symbolic, and I need
14   to meditate over it, and I'll keep it safe.
15   Q    And did you have -- you said it was several thousand
16   dollars.  Did you have that kind of money in your possession?
17   A    I didn't have it in my purse at the moment.
18   Q    Did she tell you or suggest to you how you could come up
19   with that amount of money in cash?
20   A    Oh, well, you know, I told her I don't have that kind of
21   cash on me now.  And she said, well, go to the bank and
22   withdraw it.  And I said, well, my bank isn't here.  I
23   can't -- you know, I can't take out money from any other bank
24   unless my money's in that bank, and I can't take money out of
25   any of these banks.
```

```
 1              And so she mentioned, well, do you have a credit
 2    card?  I said, yes, I have a credit card.  She said, well,
 3    take a cash advance out then.  And I said, what is that?  At
 4    that time --
 5    Q    Had you ever used your credit card for cash advances?
 6    A    No, at that time I didn't even know what that was.  I
 7    paid off my credit card balance every month, and I didn't
 8    know what that was.  She explained it to me.  She says, well,
 9    you get credit line, and you can take out cash instead of
10    purchasing something and get it -- you know, get a check.
11    Q    So did you ultimately go to a bank in the neighborhood
12    and take out some money through a cash advance on your credit
13    card?
14    A    Yes, I did.
15    Q    And do you recall -- right at this moment, do you recall
16    approximately how much money it was?
17    A    $4500, I believe.
18    Q    Now, did she tell you where -- and after you went to the
19    bank, did you return, then, back to the shop with this cash?
20    A    Yes, I did.
21    Q    And what did you do with the cash?
22    A    I gave it to her.
23    Q    Was there anybody else there in the office or the shop
24    at that time?
25    A    No.  Usually, most of the time it was within that little
```

1   room with the two chairs.

2   Q    And did she tell you where the money would be kept or

3   put while she was doing this work for you?

4   A    She always said that she would keep it in a safe dark

5   place.  She would hold on to it.

6   Q    Now, you mentioned -- was there a point in time that you

7   were going to be going back to your home state from New York?

8   A    Yes.  Oh, yes.  And I --

9   Q    Did she talk to you about whether or not she would be

10  able to communicate with you after you left New York?

11  A    Yes, she knew I was visiting, so she said, you know,

12  that's the good thing about my work.  I can work with you.  I

13  work with all my clients all the time, and, you know, my

14  clients travel around the world or live around the world.  So

15  I can still work with you even though we're not in person, do

16  you know what I mean?  We can be over the phone or we can

17  still keep in touch, and my work is still the same whether

18  you're here in person or over the telephone.

19  Q    So after you left that day, did you then return back to

20  your home state that day, or do you recall how long after

21  that last meeting with Nancy Marks you went back to your home

22  state?

23  A    I don't exactly recall.

24  Q    Did you exchange phone numbers with her before you left?

25  A    Yes.

```
 1   Q    So when you returned back to your home state, did you

 2   maintain contact with Nancy Marks?

 3   A    Yes, I did.

 4   Q    And tell us about that.

 5   A    Well, it was very, very unusual and nerve-wracking.  She

 6   would wake me up at all hours.  She would call me every day,

 7   and she kept me in a frenzy.  She would call me maybe 3:00 in

 8   the morning, 4:00 in the morning, and tell me, Jennifer, you

 9   know, again, I've been up all night.  I've been working on

10   you and you need to get up and go to the store first thing in

11   the morning, before you go to work, and purchase this and

12   purchase that, or it's you need to go to the bank first thing

13   in the morning, and you need to wire me some money.

14            It was a mix of scavenger hunts and going to the

15   banks and the malls.

16   Q    And when she told you she needed you to wire money,

17   again, what explanation, if any, was she giving you for her

18   need for more money?

19   A    She would say sacrifice, and that she had to pray and

20   meditate on me more to break this curse.  And every time,

21   every transaction or every scavenger hunt that I went on had

22   some kind of meaning, but it was all basically for the work.

23   Q    So -- and when you say scavenger hunt, like what kinds

24   of items do you recall going out to purchase based on her

25   instructions?
```

```
 1    A    She made me go out and purchase specific types of
 2    jewelry, sheets, clothing, candles, herbs.
 3    Q    And when you would buy, let's say candles or herbs, what
 4    would you do with them, or did she tell you what to do with
 5    them?
 6    A    There was so many.  I mean it was just almost every day
 7    I had to go out and do something, and I just wasn't all
 8    together -- I was so shaken up the entire time, for months.
 9    But certain things like the candle, of course, light the
10    candle, and do you have a paper and pen, write this down, you
11    need to say this and you need to meditate on this.  And it
12    was -- it was really weird.  It's difficult to admit.
13         It was, you know, like a prayer that I release
14    everything to Vivian, and I trust in Vivian, and it's like
15    you're almost helping in brainwashing yourself.  There's just
16    all kinds of things, throw stuff in the ocean . . .
17    Q    What was your state of mind while this was going on, in
18    looking back on it?
19    A    I was never, ever in that state of mind.  It's really
20    unusual.  I -- at that -- in the moment, I realized I was
21    doing things that I wouldn't normally do.  I don't take crap
22    from anybody.  I don't let anybody boss me around.  It was
23    just the strangest feeling.  You know that it's something you
24    wouldn't normally do, but, you know, you're just in such a
25    devastating part of your life or in your mind and emotions,
```

 1   that if, you know, someone told me to do something, I just

 2   didn't know right from wrong, left to right, front,

 3   backwards.  I was just -- it was as if someone just spun me

 4   around.

 5   Q    At this point in time, did you -- looking back at this,

 6   did you truly believe that this person was communicating with

 7   spirit guides and trying to guide your life?

 8   A    I'm not sure if I could say that.  Again, I was just in

 9   this -- I don't know how else to explain it, but just in

10   chaos and frenzy and panic mode, constant panic mode.

11           With no sleep.  I was deprived of sleep.  There's

12   just no focus.  I guess in that state of mind you're open to

13   believing anything.

14   Q    And what did this have to do with the work or with your

15   relationship with the ex-boyfriend?  How did that fit into

16   all of this, if at all?

17   A    Well, it's something -- that event in my life or that

18   person in my life is what Nancy would always use to draw me

19   in, to keep me in this whirlwind of thought, and she would

20   just always use that.  You know, I've worked so hard, we've

21   done this so far, and, you know, we're not going to quit now.

22   And like I said, he's going to call you.  He's going to call

23   you next month.

24           I'm telling you, Jennifer, we need to work on this

25   right now, and we can't waste any more time.  So you need to

1    send me $9000 right now, and don't get negative on me,

2    because if you get negative on me, then it's going to be

3    harder and harder, and you're going to miss this window of

4    opportunity.

5    Q    And so then you would do what?

6    A    Whatever she asked for that day, whether it be to go to

7    a department store or to go to the bank and withdraw more

8    money or take out a loan.  Take your pick.  It was just

9    whatever she said.

10   Q    What kinds of sums of money was she asking for?  Was

11   9000 like one example?

12   A    9000 was very frequent, 8000.  There was a lot of 500,

13   1000s.

14   Q    And each time she would tell you she needed these monies

15   you would simply comply, or did you put up any resistance or

16   argue with her?

17   A    Every single one of them there was resistance.  There

18   was, you know, what do you need this for?  What are you

19   talking about?  You said this was going to be free, and what

20   are you doing with all this money?

21   Q    Did you ask her that question, what she's doing with the

22   money?

23   A    Yes.

24   Q    And what did she tell you?

25   A    She would say, don't worry about it.  Why are you always

1   worried about money?  You and your money.  It's so negative.

2   Did I not tell you that that's the root of all evil?  All you

3   think about is money.  You keep bringing it up.

4   Q    Did you ever repeat your question about or discuss with

5   her whether you were going to get this money back after she

6   accomplished your goals?

7   A    Yes, I would ask, when am I going to get it back, what

8   is she doing with it.  She would say, you know, I'm keeping

9   it safe, don't worry about the money, and I'm going to hold

10  on to it.  I need to hold on to all of it until my work is

11  done, until our work is done.

12  Q    What would happen when she told you, for example, that

13  the ex-boyfriend is going to call at a certain date at a

14  certain time?  First of all, did that ever happen?

15  A    Did what ever happen?  Did he ever call?

16  Q    Did your boyfriend call as she told you he would?

17  A    No.  Everything she said or will say she predicted,

18  thing of it came true.

19  Q    Did you ever get back with this boyfriend?

20  A    No.

21         And the part about, you know, we need to work on

22  this right away because he's going to be calling next month

23  by the 24th, you're going to hear from him by the 24th, that

24  hope or that carrot that she dangled in front of me happened

25  month after month after month.  Okay.  So it would always be

```
 1    a plug in there, that's why you need to send me $5000 now,

 2    because I need to work on this.

 3              And I promise you, do not lose the faith now,

 4    Jennifer.  I promise you, you have to keep the faith right

 5    now and just send me that money and don't waste any time, and

 6    he's gonna call you by the 25th of next month.  I promise

 7    you.

 8              And then that would never happen, but she would do

 9    this to me over and over again.

10    Q    So after it wouldn't happen, then would you have a

11    conversation about the fact that it didn't happen?  And what

12    would she say?

13    A    Then she would blame it on me.  She would say, you see,

14    that's because you always fight about handing -- about giving

15    me money.  You always want to fight about it.  There's a lot

16    of negativity around you.  There's evil around you.

17    Q    Where were you getting the funds to send this money?

18    A    Well, I -- after I exhausted my savings and, of course,

19    I had an income also, but I had to get loans out, and I also

20    had to take out of my retirement.

21    Q    You had a retirement account?

22    A    Yes.

23    Q    And how much did you ultimately take out of your

24    retirement account basically?

25    A    I don't really remember.  It was maybe $90,000.  All I
```

```
 1    know is I got stuck with $25,000 in tax penalties for that.
 2    Q    Did you ever tell her that you were having to remove the
 3    money from your retirement account?
 4    A    Yes.
 5    Q    Did she tell you the money was going to come back to
 6    you?
 7    A    Yes.  Actually, it's going back -- whenever she would
 8    say that she put the money in a safe dark place, and then she
 9    would also say, don't worry about it, the money will come
10    back to you three times over.  She says -- she said that
11    often.
12    Q    Did she ever make any statements about herself as to
13    what effect her working for you had on her life or her
14    family?
15    A    Could you repeat that again?
16    Q    Did she make any statements about herself, make any
17    claims about how the fact she was working for you, whether
18    that had an effect on her and her family?
19    A    Yes, she would at times tell me, again, you know,
20    because I'm not arguing, but, you know, skeptical about
21    handing out more money.  And when she would ask for more, I
22    would always ask, what is this for now, now what is this for.
23    And then often she would say, you know, Jennifer -- when I
24    would say, I thought your work was supposed to be free, it's
25    running me broke, and she would say, you know, Jennifer, it
```

```
 1    is for free.  I am doing this.  I am working very hard day

 2    and night, over the holidays, and day and night I've been

 3    working just on you.

 4              I sacrifice my other clients, and I'm working so

 5    hard on you, and my family needs food, and I need to feed my

 6    family.  I just want $500 so I can go to the grocery store

 7    and buy some bread and something to eat so I can feed my

 8    family.

 9    Q    So there were times that she asked for specific amounts

10    of money for herself to feed her family?

11    A    Yes.

12    Q    And when she would ask for a small amount, like

13    relatively small amount, like $500, did you comply with that

14    request?

15    A    Yes.

16    Q    And how would you send that money?

17    A    A lot of the smaller amounts was through Western Union.

18    Q    And had you used Western Union before to send money to

19    people before you met Nancy Marks?

20    A    No, never.

21    Q    How did you learn about the fact that you could send

22    money through Western Union?

23    A    Nancy taught me.

24    Q    Do you recall whether or not you also sent money to

25    Ricky Marks?
```

```
 1    A    Yes, I did.

 2    Q    And who did you understand Ricky Marks to be?

 3    A    Nancy's husband.

 4    Q    And, again, why did you send amounts of money care of or

 5    to Ricky Marks?

 6    A    Well, there would be times that she would say -- you

 7    know, she would tell me she doesn't drive, so there are other

 8    people that would pick up the funds, and that Ricky would be

 9    picking it up today, so put it under Ricky's name.

10    Q    And do you recall whether or not you sent money to

11    Vivian Marks?

12    A    Yes, I did.

13    Q    And do you recall what the reason was that you sent

14    money to Vivian Marks?

15    A    Well, there was all kinds of reasons and all kinds of

16    excuses for everything that I did or every purchase that I

17    did, or transaction.  Vivian Marks, I always thought that

18    that was another name for Nancy, another name that she went

19    by.

20    Q    If you argued with her or resisted about sending the

21    money, what would be her demeanor in responding to that?

22    A    Well, she would get very, very angry, and she would turn

23    it around and tell me that I'm bad and that I'm evil and that

24    I'm being negative and that it's making her work harder, and

25    that we're going to have to work harder and longer.
```

1           So, of course, that was always an excuse when I

2    complained about taking out more money that -- well, because

3    I have to work harder because you keep complaining, Jennifer,

4    and you keep questioning why you have to give me money.

5           But there was one time when I was stuck with --

6    when I realized how much I had to pay in taxes, and I didn't

7    have the money to pay over $10,000 in a tax penalty, and I

8    couldn't even take out a loan for it.  I didn't know what to

9    do, and I went to Nancy and I happened to see her in person

10   this time.

11   Q    Is this when you -- towards the end of your relationship

12   with her?

13   A    Yes.

14   Q    All right.  I do want to get to that.

15   A    Okay.

16   Q    But let me just take it in sequential order.  Okay?

17          Did she ever give you -- during this whole time you

18   were dealing with her, did she ever give you a timeframe as

19   to when this work would be completed and that you would then

20   get your money returned to you?

21   A    She would say -- it was like an open-ended answer.  She

22   would skirt around the issue.  It would be more like, as long

23   as it will take, and, you know, maybe by next year we'll be

24   done, or -- and then I'll ask her some other time, and then

25   she'll say, well, maybe, maybe in four months.  I mean, the

1   answer would change.

2   Q    Were there ever any times that when she asked you for

3   money she would assure you that this would be the last time

4   that she would need money for the work?

5   A    I'd say about 50 percent of it towards the end, yes.

6   Q    And what would she say to you?

7   A    She would say, this is it, this is all we need to do,

8   and you need to do this now, and you need to hurry, and time

9   is very important.  You're wasting a lot of time, and you're

10  going to make this harder on us.

11  Q    Did she say how she arrived at the figures, the amount

12  of money that she needed at that particular moment or

13  particular time?

14  A    Yes, she would -- because I always asked what is this

15  for, what now, why do you need this.  And so she would always

16  have a reason for every transaction.  She would -- you know,

17  it would be a mix of things.  It would be, you need $900

18  because nine is a good number, because this is going to be

19  the beginning and the end of this or that.  Or she'll say

20  five, because five is your number.  And so she would relate

21  to the numbers and its symbolic meanings or for whatever

22  excuse she came up with.

23  Q    What excuse would she come up with, when, after telling

24  you this is the last time, she would then ask you for

25  additional money subsequently?  What would be her explanation

1   for that?

2   A    It would be -- it's -- every time it's a different

3   thing.  There's one -- sometimes she'd say there's one more

4   thing, one more thing we have to do.  I have to give this

5   money to a priest.  I'm going to go to church this Sunday,

6   I'm going to give it to a priest, and he's going to pray on

7   this.  And, Jennifer this is something that you need to do,

8   and we're going to give it to him, and he's lighting special

9   candles for you, and it's a special ceremony he's doing for

10  you.

11          I mean, there's just so many different types of

12  reasons.

13  Q    Did you tell anybody, any friends or family that you

14  were doing this, that you were giving money to a person in

15  New York for these activities?

16  A    No, not at that time.

17  Q    And why not?

18  A    She mentioned that you need to do this, and you need to

19  hurry up, and you can't mention this to anybody, because no

20  one's going to understand this.  No one's going to understand

21  this, and no one's going to believe you anyway, Jennifer, so

22  just don't say anything to anybody.

23  Q    And you followed those instructions?

24  A    Yes.

25  Q    Now, this all started in 2005, correct?

```
 1   A     Yes.

 2   Q     And your relationship, your contact with Nancy Marks

 3   continued until what year?

 4   A     2007, I believe.

 5   Q     So almost two years of interactions with Nancy Marks?

 6   A     Yes.

 7   Q     And during that time, you were in your home state and

 8   she was in New York?

 9   A     Not the entire time.

10   Q     Was there a point in time that you moved to New York or

11   the New York area briefly --

12   A     Yes.

13   Q     -- or were staying in the New York area?

14   A     Yes.

15   Q     And when was that approximately?

16   A     2006, the end of 2006, December, probably.

17   Q     And when you were there in New York in late 2006, early

18   2007, did you go to the shop and see Nancy Marks?

19   A     Yes, I did.

20   Q     And before we get to that, were there any other times

21   between September 2005 and late 2006 that you saw Nancy

22   Marks, physically saw her in person?

23   A     Yes.

24   Q     And when was that?

25   A     I'm not sure, I think the end of 2005 or the beginning
```

1    of 2006.  I can't remember exactly when.  It was in Los

2    Angeles.

3    Q    How did you happen to see the Defendant in Los Angeles?

4    A    Well, she told me, you need to meet me in LA.  Now, all

5    that time before that moment we were over the phone.  So she

6    says, this we have to meet in person.  You have to meet me in

7    person in LA.  I'm going to be in LA during this time, and

8    you need to be there because there's something that I have to

9    do in person.

10   Q    All right.  And --

11   A    And so I went.

12   Q    By the way, are you still in this -- is she still

13   helping you with the ex-boyfriend situation, or at some point

14   in time had that gone by the wayside, gone by the boards?

15   A    That was still there.

16   Q    So when she told you she needed to meet with you in

17   person, what did you do?

18   A    So I booked a flight and I met her in LA at some corner,

19   or on the sidewalk.  It was --

20   Q    She gave you directions of where she would be --

21   A    Yes, she would tell me where to meet her, and it was a

22   corner, and it was in Rodeo Drive.

23   Q    That's in Beverly Hills?

24   A    I believe so.

25   Q    And when you met her, did she share with you what was so

1    important that she needed to meet with you in person?

2    A    Well, it was kind of strange, because she never told me

3    why.  It was more you need to be here because you have to

4    meet in person, we need to do something in person.  So of

5    course, there's just all this anxiety and this anticipation

6    of, my God, why am I going there, and what is this for, but

7    you go.  And then when you get there, it was -- you know, I

8    left there thinking, I don't understand why I had to meet her

9    in person.

10   Q    What happened?  Tell us what happened when you got

11   there?

12   A    So when I met her at the corner she said, come on, let's

13   go, and I followed her.  And we went into several stores.  We

14   went into a Gucci store and a Cartier store.

15   Q    And what happened there?

16   A    So we went into a Gucci store, and I thought we were

17   just walking around, and she's going to start talking and

18   telling me why she sent for me, but we walk into the Gucci

19   store, and then she says, pick out some men's shoes.  And I

20   said, why do I want to pick out some men's shoes?  And she

21   said, just pick one out.  This is -- you know, this is for

22   you and your soulmate, and pick a pair out.

23            And I said, gosh, I don't know.  I don't even know

24   what size I should get or what style.  And she says, this

25   one.  And so she picked one, and it was the most ghastly,

```
 1   ugliest pair on the entire wall.  It was like this puke olive

 2   green, and it was like something from the '70s.  I mean.

 3   Q    Not your style, is that what you're trying to tell us?

 4   A    I can't imagine whose style it is.  And I remember

 5   arguing with her about that.  That's not anything anyone I

 6   know would wear.  And she says, oh, it doesn't matter what

 7   the style is, Jennifer, just get this one.

 8        So, of course, by then a salesman came and she

 9   said, we'll take this pair, and she just rambled off some

10   size or whatever.  And then we went off and --

11   Q    Well, wait.  Who paid for them?

12   A    I ended up paying for it.  I had to pay for it because

13   it was for our work.

14   Q    She told you it was for your work?

15   A    Yes.

16   Q    Did she explain the significance of men's shoes to the

17   work?

18   A    Well, it was this soulmate of mine's shoes.  And we got

19   another pair of women's shoes, I think, I don't know.  But I

20   was just so stuck on that shoe.  It was so ugly.

21   Q    And approximately how much did that purchase cost you in

22   the Gucci?

23   A    That ugly pair was around $500.

24   Q    All right.  And where'd you go from there?

25   A    And then I'm still walking around with her because I
```

```
 1    want to know why I came all this way to meet with her.  And
 2    next thing you know we go into the Cartier store.
 3    Apparently, one of her favorite stores.  We go in there, and
 4    then she says to the salesman, oh, she would like to open up
 5    a credit line.  And I said, what?  And then the gentleman
 6    came up to me and said, well, do you want to open a credit
 7    line?  We can do that today.  And I said, no, I don't want to
 8    open up a credit line.  I have enough credit.  I have a
 9    credit card.
10            And she would pull me on the side and she says,
11    Jennifer, you need to open this credit line.  I don't really
12    even know what that means.  It sounds very expensive to me.
13    I don't even know why I would be talking about a credit line
14    in Cartier.
15    Q    Did you ultimately open a credit line?
16    A    Yes, I did.  So she pulled me on the side and told me,
17    you know, you can apply for a credit card right here.  You're
18    going to do that.  We need to do that.
19            So, anyway, ultimately I did.
20    Q    And were there some purchases made that day on the
21    Cartier credit line?
22    A    Yes, there was a purchase of a watch, a woman's watch
23    that was -- that she told me was mine, that she would hold on
24    to it, and that she would return it and that it was mine.
25    Q    And approximately how much was that watch valued at?
```

```
 1    A      $4000.

 2    Q      And were there any other purchases that were made?

 3    A      And a $3000 gift card for her that she took with her.

 4    Q      And you said that she told you that the watch was for

 5    you?

 6    A      Yes.

 7    Q      And did you then leave with the watch, or what happened

 8    to the watch?

 9    A      After we got out of the store, she told me to take the

10    watch out of the box, and she just took the watch out of the

11    box and she put it on herself, and she says, I'm putting on

12    so I don't lose it.  This is your watch, and I'm going to

13    hold on to it; and that was that.

14    Q      Did she explain why she was going to hold on to the

15    watch she claimed she purchased -- that you purchased for

16    you?

17    A      It was -- this is, of course, it represents time.  This

18    is a new time for you.  This is going -- you know, this is

19    for our work.  I need to work on this watch.  I'm going to

20    meditate over it, and we're going to bring back time on

21    certain things, and we're going to move forward with certain

22    things.

23    Q      What about the $3000 gift card?  Was that intended by

24    you to be a gift to Nancy Marks?

25    A      No.
```

1  Q    What did she explain the gift card was needed for?

2  A    Well, actually going back, there was another time when I

3  first met her, that first time I saw her, I had to get a

4  Cartier gift card, also.  That one, that first Cartier gift

5  card she said was for wedding rings that she was going to

6  purchase and that she had always had with her since that

7  first meeting of hers.

8        With this second credit card or gift card from

9  Cartier, she didn't specifically say or I don't remember

10  specifically what it was for.

11  Q    But in the first instance when you said you got her a

12  gift card and she said she was going to purchase wedding

13  rings, was that significant?  Did she say that was

14  significant as it related to you, or this was for something

15  else?

16  A    Yes, it was significant in that it's related to me, that

17  it symbolized me and this person in my life, this soulmate in

18  my life, and that we were meant to get married, and that's

19  why she needed the two symbols.

20  Q    And did you ever see the wedding rings she supposedly

21  purchased for this purpose?

22  A    No, I never did.

23  Q    And besides the watch that you just described the

24  incident regarding, did she ever ask or receive from you any

25  other pieces of jewelry?

```
 1    A     Yes, my wedding ring.  I'm divorced.

 2    Q     You had been married years prior?

 3    A     Yes.

 4    Q     And she asked you for your wedding ring?

 5    A     Yes.

 6    Q     Was that a ring that you normally wore, or was it

 7    something you just had in a drawer at home?

 8    A     I was divorced for some time already, so I just had it.

 9    And actually, she specifically asked me to bring it to LA

10    with me.

11    Q     Had you been wearing it on the first time, first or

12    second time you had seen her in New York?

13    A     No.

14    Q     How did she know about it?

15    A     I'm not sure.  I mean, she knew I was divorced.

16    Q     So she asked you for your -- you said the wedding ring

17    or engagement ring?  I apologize.

18    A     Oh, you know, I think I -- I remember now how she knew

19    about the ring was because I ran out of money, and I told

20    her, you know, I don't have any money, how about I give you a

21    $5000 Tiffany ring?  You know, I remember bringing that up as

22    like I have no cash, how about some jewelry.

23    Q     And back then at that time was she receptive to it or

24    not?

25    A     No.
```

```
 1   Q     But she asked you to bring the ring to --

 2   A     Right.

 3   Q     -- LA?

 4   A     She said, no, I don't want your ring right now.  I need

 5   the -- I need the money.  I told you what the money

 6   represents, and, you know, just hold on to that ring, though,

 7   hold on to the ring, because we may need it for some work

 8   down the road.

 9   Q     And did she explain the reason why she wanted your

10   wedding ring, what the purpose of that was?

11   A     To meditate over it.

12   Q     So when you met her in LA, did you give her the wedding

13   ring?

14   A     Yes, I did.

15   Q     And, again, did she indicate whether or not you would

16   get that back?

17   A     She said she would hold on to it and that she will

18   return it later.

19   Q     Were there other occasions in which you purchased gift

20   cards for the Defendant or other members of her family?

21   A     Yes.

22   Q     And what stores do you remember purchasing gift cards

23   for?

24   A     Well, I remember purchasing items from Banana Republic,

25   Neiman Marcus.  I can't remember right now off the top of my
```

1    head.

2    Q    And, again, why did she -- what explanation or -- did

3    she make for asking you to do this?

4    A    She would say that she needs to buy -- she needs to

5    purchase some clothing and some underwear, clothing, some

6    suits that represented me, and don't worry about it, you'll

7    get it later.  Don't worry, I'm buying your size, and you'll

8    get it later, and I know what your taste is, and, you know,

9    buying clothes that represent you.

10           Is there a potty break?

11           MR. STEFIN:  Well, may we have five minutes?

12           THE COURT:  Yes, we'll take a break.

13           MR. STEFIN:  Yes, thank you.

14           THE COURT:  All right.  Ladies and gentlemen, don't

15   discuss the case or form any opinions, leave your notes.

16   We'll see you in about 15 minutes.  Thank you.

17      (The jury exits the courtroom.)

18           THE COURT:  Ma'am, don't discuss your testimony

19   with anyone during the recess.  All right?  We'll see you in

20   about 15 minutes.  Thank you.

21      (A recess was taken from 10:08 a.m. to 10:24 a.m., after

22   which the following proceedings were had:)

23           THE COURT:  Please be seated, everyone.  We're back

24   on the record.  Ms. Marks is present with counsel.

25           We ready for the jurors?

```
 1              MR. STEFIN:  Yes, just one procedural thing.  And I
 2   just want to see how the Court wants to handle it.  At some
 3   point we're going to be playing some tape-recorded
 4   conversations the witness had with Nancy Marks.  I have the
 5   tapes or the CDs which are labeled from 104-1A through
 6   104-6A.
 7              I wasn't planning on handing out transcripts, but I
 8   was willing and expecting to make the transcripts an exhibit
 9   for identification purposes so that the court reporter would
10   have the transcripts and it wouldn't be necessary for the
11   reporter to have to transcribe the conversations, if that's
12   acceptable to the Court.
13              THE COURT:  Is that acceptable to the Defendant?
14              MR. SCHWARTZ:  Your Honor, I was going to suggest
15   we go maybe one step further, put the transcripts into
16   evidence even though they're not exhibited to the jury during
17   the reading -- the playing of the tape.  And that way if the
18   jury wants to the read them rather than listen to the tape
19   during deliberation, they can.
20              MR. STEFIN:  That's fine.  I mean, I'll move them
21   in.
22              We do have copies.  We have clean copies for four
23   of the six tapes.  Two of the copies, they were like drafts
24   that needed a little modification.  So I would even be
25   willing to hand out the transcripts for the ones that we have
```

1    good copies for and the jury will just have to use their best

2    hearing capacity for the other two.

3            THE COURT:  All right.  Do you have any problem

4    with that?

5            MR. SCHWARTZ:  I have no problem with that either,

6    Judge.

7            THE COURT:  Then move them in at the appropriate

8    time, and we'll hand them out, the ones that you have.

9            But what about the two that you say need

10   modification?  When are those going to be modified so that

11   the reporter doesn't have to take down what's being said?

12           MR. STEFIN:  Well, I have -- they're good enough to

13   give to the reporter as they are.

14           THE COURT:  I mean, well, is it good enough for

15   both sides to agree that this is the transcript of the

16   recordings?

17           MR. STEFIN:  Yes.

18           THE COURT:  For appellate purposes.

19           MR. SCHWARTZ:  Maybe if he would -- these are tapes

20   that we've asked the Government previously, can you give us a

21   good copy, because we didn't think the copies that we had

22   were good copies.  When I say good copy, they didn't reflect

23   what was said on the tapes exactly, and if Mr. Stefin has

24   good copies now, we can look at them as we go along with the

25   tapes, and if there's anything we object to, we'll point it

```
 1    out to the Court at the end of the playing of the tapes, if

 2    that's all right.

 3               THE COURT:  I just want to make sure that the

 4    record's protected so he doesn't have to take it down as he's

 5    hearing it.

 6               MR. SCHWARTZ:  I understand.

 7               THE COURT:  You're both in agreement to that

 8    procedure?

 9               MR. SCHWARTZ:  Yes, Your Honor.

10               MR. STEFIN:  I am, yes.

11               THE COURT:  Okay.  Bring the jurors in, please.

12               You're still under oath, ma'am.

13        (The jury enters the courtroom, after which the following

14    proceedings were had:)

15               THE COURT:  Welcome back, everyone.  Please be

16    seated, ladies and gentlemen.

17               Mr. Stefin, you may continue.

18    BY MR. STEFIN:

19    Q    Ms. Hill, in addition to sending money to Ricky Marks

20    and Vivian Marks, do you remember sending money to someone by

21    the name of Vivian White?  Does that ring a bell to you?

22    A    Yes.

23    Q    And who did you think that was?

24    A    It's another name for Nancy.

25    Q    And how did you send money on most occasions?  I know
```

1    you mentioned Western Union, but what was the other method

2    that you would send money?

3    A    Wire and checks.

4    Q    And when you sent the monies by wire, how did you go

5    about doing that?

6    A    Again, I've never done that before, but you go to the

7    bank and you tell them you want to transfer -- wire-transfer

8    money to another account.  So you have to give information of

9    the sender and the receiving account information.

10   Q    And did you have the account for the receiver of these

11   funds?

12   A    Yes.

13   Q    And who gave that information to you?

14   A    Nancy Marks gave me the account information for the

15   receiving end.

16   Q    Now, you mentioned that you saw Nancy Marks on several

17   occasions, one being the occasion in Beverly Hills,

18   California?

19   A    Yes.

20   Q    And when was the next time that you had personal contact

21   with her?

22   A    Around December 2006.

23   Q    And you started to explain that you had moved to New

24   York or you had --

25   A    Yes.

1   Q      -- were in the New York area at that time?

2   A      Yes, I moved there.

3   Q      And how long did you live in that area?

4   A      Not very long.  I think about four months.

5   Q      And were you living in New York or somewhere else

6   nearby?

7   A      Near New York.  New Jersey, actually.

8   Q      And while you were there, how many times did you go to

9   see Nancy Marks?

10  A      I can't -- I don't remember exactly how many times.

11  Maybe another four or five times.  That's a guess.

12  Q      And during this time were you still giving her money on

13  request?

14  A      No.

15  Q      What was --

16  A      Hardly.

17  Q      What was the -- what was the subject matter of your

18  visits with her during those four or five times?

19  A      Well, it was -- you know, I was starting to get very

20  fearful because nothing that she promised was coming true,

21  and I was beginning to think that none of anything she said

22  was going to happen was happening.  So I was getting to be

23  very, very scared and started -- I guess you could put it, I

24  started to think more like myself.

25  Q      Think more like yourself, did you say?

```
 1    A    Yes.

 2    Q    What do you mean?

 3    A    I was beginning to think, you know, why did I do all of

 4    this?  Why did I even listen to her?  You know, I just

 5    started reflecting back and started getting very, very

 6    worried.

 7    Q    What were you worried about?

 8    A    That I was conned.

 9    Q    Tell us about the visits with Nancy.

10    A    Well, I was trying to figure out how I was going to pay

11    my taxes that year, and I had to come up with the money

12    somehow, and I was just trying to survive every day.  It was

13    a very, very difficult time.

14    Q    Did you discuss that with her?

15    A    Yes, I made it very clear to her that I had never been

16    so broke.  I had more money as a teenager.  And I didn't know

17    what I was going to do.  I did express this to her over and

18    over again.

19    Q    Did you ask for your money back at that point?

20    A    I asked for my money back, and if not my money back --

21    if not all of it, at least some of it, at least something for

22    me to survive on.  And I had asked her --

23    Q    What was her response to that when you asked for money

24    back?

25    A    Well, she would always just say, you know, it's in a
```

```
 1    safe dark place, and you'll get it when our work is done, and

 2    I will tell you, and the gods will tell us when the work is

 3    done.

 4              But there was just one time I was very, very

 5    worried about how I'm going to pay this huge tax debt, and I

 6    saw her in person, and we were in that little room in her New

 7    York apartment, and I asked her, you know, can we -- can you

 8    at least write me some kind of receipt to charity so I could

 9    take it as a tax deduction or something?  I need some kind of

10    a break, or just give me some of it back or at least to pay

11    this tax debt.

12    Q    Well, let me just stop you.  You wanted something, a

13    receipt for charity?  Why did you bring up that subject as

14    this being -- as money being sent for charity?

15    A    Because prior to that she had mentioned that she had

16    given some to the church and a priest.

17    Q    So you were asking her if she could give you a receipt

18    to show that?  You wanted a receipt to show that some of your

19    money had been donated to a church?

20    A    Yes.

21    Q    And how did she react or respond to that?

22    A    She reacted in a way that I never saw her before.  She

23    went -- in my words, she went berserk.  She just went nuts.

24    You know, I just said, can I just have a receipt, and she

25    just went nuts.  She stood up from her chair and she says,
```

1   you know, everything you talk about is money, money, money,

2   and she started screaming at me.  And she would pick up the

3   chair, and she just kept pounding it like this, and she says,

4   all you do is talk about the money, and how dare you, how

5   dare you bring up the taxes.

6         You can't report this.  I can't report this, and

7   how dare you do this to me.  Do you want the IRS to find out

8   about this?  Do you want me to go to jail?

9         And then she would switch, and then she would say,

10  oh, no, the devil's coming, the devil's coming, he's in you,

11  no, no, no, the devil's in you.  And I was just shocked, just

12  shocked.  And here I was trying to tell her, you need to calm

13  down.  I need to figure out my taxes.

14        And she would just -- she was just going crazy, and

15  I was about to pick up my purse, because, you know, imagine

16  I'm stuck in this little room, and she's standing there

17  blocking the exit, I can barely move.  And I started reaching

18  for my purse because I didn't think she wanted me around.

19  She was going berserk, she was getting very, very upset,

20  violent.  And I was reaching for my purse because I wanted to

21  dash out of there.  I just wanted to disappear.

22        And then as she saw me reaching for my purse she

23  said, where are you going?  Where do you think you're going?

24  Sit down.  And that's the way she spoke to me, and it was

25  very -- it was strange, it was very strange.

1   Q    How did you -- ultimately, how were you able to respond

2   and react to that?

3   A    Well, I sat down because I didn't want to get her any

4   more upset, because she was -- you know, it was scary.  I

5   didn't want to get her any more upset.

6   Q    But when you left that day, did anything change in your

7   mind?

8   A    Yes.  I thought, you know -- I started thinking about

9   what had happened, and then I realized, you know, as soon as

10  I brought up taxes and that I needed a tax break, I realized,

11  wow, she just lost it at that moment.

12        And then she mentioned, do you want me to go to

13  jail, is that what you want, you want me to go to jail?  You

14  can't report this.

15        So then I realized, oh, this is a tax thing.  This

16  is an IRS thing.  I mean, she mentioned, do you want me to go

17  to jail.  And the only thing to me why that statement came up

18  at that moment was because she didn't want me to report

19  anything to the Government.

20  Q    Did your view of Nancy Marks change?

21  A    Yes, it did, because when I thought about that, that was

22  a little bit more of confirmation that there's something just

23  not right here.

24  Q    Up until that moment, had you believed that this woman

25  was a messenger of the spirits and that she was lifting a

```
 1   curse on your life and was helping you cope with the issues
 2   in your life?
 3   A    I -- you know, I -- very difficult to say.  I guess I
 4   think at the time she gave me hope.
 5   Q    And once this incident happened in her office with the
 6   bringing up the taxes and the IRS, what did you do then, if
 7   anything?
 8   A    Well, I started to panic.  I was very, very scared.
 9   Q    And you were scared because why?
10   A    Well, I mean, I just -- I don't know.  I just felt like
11   my life was in shambles.  It was horrible ever since I met
12   her.  Just got worse and worse, and it got to a point where I
13   never thought I would get to.  I never thought my life would
14   be that bad, and I just thought I didn't -- you know, if she
15   did this to me, she's doing this to others.
16              MR. SCHWARTZ:  Objection.
17              THE COURT:  Sustained.
18              THE WITNESS:  And I just --
19   BY MR. STEFIN:
20   Q    Hold on.  Hold on.  I have to ask another question.
21              Did you -- at this point did you share your story
22   with anybody, what was going on with you or what had happened
23   to you?
24   A    That particular day that she blew up I'm not sure, but
25   shortly after that, yes.
```

```
 1   Q    So -- and who did you tell -- who did you first tell

 2   about the fact that you were giving money to this person?

 3   A    I mentioned it to a friend of mine.

 4   Q    All right.  And don't tell us what the friend said, but

 5   based on your conversation, what did you do after that?

 6   A    I went to -- I went to a Government authority.  I went

 7   to the police department in New York.

 8   Q    And you did that for what purpose?

 9   A    To report that my money was stolen.

10   Q    And did the police in New York, did they do anything?

11   Were they able to do anything?

12   A    I remember waiting there all day, weeping and sobbing

13   and crying all day, and finally, one detective spoke to me.

14   Q    All right.

15   A    It was at night.

16   Q    Okay.  And you had a conversation with the detective,

17   and did you tell him your story, or at least part of what had

18   happened to you?

19   A    Yes.  I explained to him what had happened, and that was

20   that.  He did a police report and I just cried to him.

21   Q    And based on your conversations with him, did you report

22   it to any other police authorities elsewhere?

23   A    Yes, I did.  He advised me that his jurisdiction -- you

24   know, I didn't know how anything worked.

25              MR. SCHWARTZ:  I would object to anything the
```

```
 1    police officer said.

 2              MR. STEFIN:  It's not offered for the truth but to

 3    explain why the course of conduct.

 4              THE COURT:  Just tell us what you did.  Just tell

 5    us what you did after you spoke to him.

 6              THE WITNESS:  After I spoke to him I went to the

 7    jurisdiction of Florida.  And I don't know how the districts

 8    fall and all of that.

 9    BY MR. STEFIN:

10    Q    Okay.  But why did you choose Florida?

11    A    Can I say that?

12    Q    What significance did Florida have at this point in

13    time?

14    A    Because a lot of the money transfers or sending checks

15    and the money orders was going into Florida.

16    Q    During the time you were communicating with Nancy Marks,

17    had she made any comments or mentioned that she was in

18    Florida or living in Florida?

19    A    Yes, she would say that she was in Florida, so send it

20    to Florida.

21    Q    So you contacted law enforcement in Florida?

22    A    Yes.

23    Q    At some point did you make a report with the Fort

24    Lauderdale Police Department?

25    A    Yes, I did.
```

1    Q     And as a result of that contact, did you ultimately hear

2    back from a police detective from the Fort Lauderdale Police

3    Department?

4    A     Yes.

5    Q     And what is his name?

6    A     Detective Charles Stack.

7    Q     And did you actually in those early days or months

8    actually meet with Detective Stack, or did you communicate

9    with him by telephone?

10   A     By telephone.  He was the second person I spoke to at

11   the Fort Lauderdale Police Department.

12   Q     Okay.  And after you spoke to Detective Stack, did he

13   ask you if you would be willing to do something to further

14   the investigation?

15   A     Can you repeat that?

16   Q     What did Detective Stack ask you to do with respect to

17   recording telephone conversations?

18   A     Oh, well, we -- actually, I suggested to -- I said, you

19   know, I could do -- I could tape-record them or meet them in

20   person to prove what I was saying.

21   Q     And did he give you permission to do that?

22   A     Yes, he did.

23   Q     And did you then over a period of time have some

24   telephone conversations with Nancy Marks that you recorded?

25   A     Yes.

1    Q    And what was the process that you used to make the

2    recordings?  Like what kind of equipment did you have, in

3    other words?

4    A    I -- it was so stressful, I didn't know what I was

5    doing.  I never did this before.  But I went out, and I was

6    on my own, and I got a digital recorder.  And, of course, I'm

7    trying to -- or I had to record telephone conversations, so I

8    met with numerous people at the store, you know, what is the

9    best way to use this digital recorder to record a telephone

10   conversation.  So you have to buy added accessories and

11   pieces.

12   Q    And, again, I didn't mean to go into every detail, but

13   did you ultimately get the equipment to work that you were

14   able to record a series of telephone conversations --

15   A    Yes.

16   Q    -- with Nancy Marks?

17        And when you came, flew in and met with us, did you

18   have an opportunity to listen to a handful of these

19   tape-recordings?

20   A    Yes, I did.

21   Q    And did those recordings -- were those recordings

22   accurately -- do they accurately depict the conversations

23   that you had with Nancy Marks on the dates that are indicated

24   in the tapes themselves?

25   A    Yes.

```
 1              MR. STEFIN:  Your Honor, at this time the United

 2    States would offer into evidence Government's exhibits 104-1

 3    through 6.

 4              MR. SCHWARTZ:  May we approach for a moment, Your

 5    Honor?

 6              THE COURT:  Yes.

 7         (The following proceedings were held at sidebar:)

 8              MR. SCHWARTZ:  I would just ask the Government,

 9    having thought of Monica Lewinski, where she was when she

10    made these recordings and whether it was legal to make the

11    recordings in the jurisdiction where she was located.

12    Because I remember, I guess Tripp made recordings from

13    Maryland when Monica Lewinski was in DC and Tripp was

14    indicted because Maryland had a law against making

15    recordings, and I don't know if they'd be admissible if they

16    were illegally made in the jurisdiction where she was.

17              And I apologize.  This is the first time I thought

18    of that.  So I would just ask where she was.

19              THE COURT:  I thought Tripp did it on her own, not

20    under the auspices of law enforcement.

21              MR. SCHWARTZ:  That would be true, Judge.  And she

22    did it without law enforcement's consent, but I don't know if

23    a Fort Lauderdale police officer, if she was in, let's say,

24    Hawaii, could give permission for her to violate the laws of

25    Hawaii, and that's what I'm asking.
```

```
 1              MR. STEFIN:  Well, it's legal under the federal

 2   legal system, and that's the jurisdiction here.  So whether

 3   or not whatever Hawaii's laws are are irrelevant.  So I

 4   wouldn't want to ask her that question.  I do know it's legal

 5   in the state of Florida if somebody makes a recording under

 6   the authority of law enforcement --

 7              MR. SCHWARTZ:  Correct.

 8              MR. STEFIN:  -- so it's legal under the Florida

 9   state law and it's legal under the federal law.

10              THE COURT:  But where was she, do you know?

11              MR. STEFIN:  I assume she was in Hawaii.  I can ask

12   her that question, but I'm not going to ask her whether she

13   thought it was legal.

14              THE COURT:  I guess -- no.

15              Do you have any reason to believe that if she's

16   making phone conversations pursuant to --

17              And let me ask the Government.  Was Stack at this

18   time a task force officer with the federal authorities?

19              MR. STEFIN:  This was very early on, so he probably

20   had not joined up with the federal authorities at that point.

21   He was acting as a state investigator, because his first

22   subpoenas were issued through the state.

23              THE COURT:  All right.  So do you know if a state

24   law enforcement officer is working with a person who's going

25   to engage in undercover tape-recordings, that it has to be
```

```
1    legal in the state where the recordings are made in order for

2    it to be admissible?

3              MR. SCHWARTZ:  Judge, usually, even though you

4    don't like my research sometimes, I try to research issues

5    before they come up.  This is an issue that just occurred to

6    me as I was sitting there.  So if I could have a moment, I

7    could just check online and see.  There are 16 states that

8    don't allow consensual recordings unless both parties

9    consent.  Let me just check to see if Hawaii is one of them,

10   because that might moot the issue totally.

11             THE COURT:  Well, but that's not enough, because

12   even if -- of course, Florida doesn't allow recordings unless

13   both parties consent, but there's an exception for law

14   enforcement.

15             MR. SCHWARTZ:  For law enforcement.

16             THE COURT:  So that isn't going to necessarily

17   answer the question.

18             MR. SCHWARTZ:  Right.

19             THE COURT:  I mean, I guess if you find out that

20   Hawaii allows one-party consent, then that moots it.

21             MR. SCHWARTZ:  That moots the question.

22             MR. STEFIN:  But even if the recordings were

23   illegal under some state law, it's irrelevant for purposes of

24   federal law.  They would still be admissible in a federal

25   proceeding.  So there's no issue of exclusion.
```

```
 1              THE COURT:  Well, I guess I don't know the answer
 2   to that.
 3              MR. STEFIN:  Well, I'm fairly confident.  I'm
 4   pretty confident of that.  Because if somebody made illegal
 5   tape-recordings for which they could be prosecuted in state
 6   court, they would still be admissible in a federal
 7   proceeding.  There's no federal law that prohibits them.  And
 8   I'm pretty sure I could find case law quickly on that.
 9              THE COURT:  Well, I don't want to -- I mean, is
10   there something else you can do at this point?  I just don't
11   want to, you know, go off on an issue that I don't have any
12   solid authority on.  You're telling me you think, and you're
13   telling me you think.
14              MR. SCHWARTZ:  And I apologize for raising it.
15              THE COURT:  And I'm up here, going to let some
16   evidence in that may be -- I don't think it's inadmissible.
17   I think it probably is admissible, but I don't want to make
18   an error and then create an issue on appeal if I'm wrong.
19   So, I mean, it's kind of --
20              MR. SCHWARTZ:  If I could have just two minutes to
21   check Hawaii's law.
22              THE COURT:  Let's ask the jury to step in the jury
23   room for a few minutes and see if we can sort this out.
24              MR. SCHWARTZ:  And I apologize again, Judge.
25              THE COURT:  So let's just take a short recess.
```

```
 1        (Sidebar conference concluded.)

 2            THE COURT:  Ladies and gentlemen, I'm sorry, but

 3   there's a matter we have to discuss among myself and the

 4   attorneys for a few minutes.  So rather than having you

 5   sitting there, if you could step in the jury room while we

 6   sort this out.  Remember not to discuss the case and form any

 7   opinions, and we'll see you as soon as we're ready to

 8   proceed.  Thank you for your cooperation.

 9        (The jury exits the courtroom.)

10       Ma'am, you can have a seat just for a second.  Where were

11   you when you were recording these conversations?  Where were

12   you physically?

13            THE WITNESS:  In Las Vegas.

14            THE COURT:  Las Vegas.

15            Okay.  All of the conversations or just some of

16   them?

17            THE WITNESS:  I believe so, all of it.

18            THE COURT:  All right.  Thank you.

19            If you want to step down for a few minutes, we'll

20   be with you as soon as we're finished with the issues we're

21   discussing.

22            Yes, Mr. Schwartz.

23            MR. SCHWARTZ:  If I might, Judge, 12 states require

24   consent of every party to a telephone call or conversation in

25   order to make the recording lawful.  These two-consent laws
```

1   have been adopted in California, Connecticut, Florida,

2   Illinois, Maryland, Massachusetts, Montana, Nevada, New

3   Hampshire, et cetera.

4            So we at least know that Nevada's a two-party

5   state.

6            THE COURT:  Okay.  So let's look it up and see

7   whether they have an exception for law enforcement

8   investigations.

9            MR. SCHWARTZ:  Thank you, Your Honor.

10           THE COURT:  Okay.  All right.  Let's take a recess.

11           MR. SCHWARTZ:  Thank you, sir.

12      (A recess was taken from 10:53 a.m. to 11:16 a.m., after

13   which the following proceedings were had:)

14           THE COURT:  Please be seated, everyone.  We're back

15   on the record.  Ms. Marks is present with counsel.

16           I'm telling you what I found.  I don't know what

17   you found, but I found Nevada Statute 200.620.  Have you

18   found that statute?

19           MR. SCHWARTZ:  I haven't yet, Judge, no.

20           THE COURT:  All right.  Well, according to Nevada

21   statute, it looks like Nevada Revised Statute 200.620, it

22   seems to me under Nevada law it was an illegal interception.

23   I don't see any -- you can look at the statute.  It seems

24   like it was not done legally.  Now, I don't know whether that

25   means it's not admissible here, but it looks like to me it

```
 1    was not done legally and was done in violation of Nevada law.

 2    It seems to me from reading this statute.

 3           Do you want take a look at it or have either of you

 4    found that statute yet?

 5           MR. SCHWARTZ:  May I, Judge?  May I approach?

 6           THE COURT:  Yeah..

 7           Why don't you show it to Mr. Stefin.

 8           MR. STEFIN:  Again, assuming that's true, I don't

 9    know what relevance that has to it in a federal case.

10           THE COURT:  That's what you tell me, but I want to

11    see something that says that.  Just you telling me doesn't

12    help me.  So come up with something that supports that

13    statement.

14           MR. STEFIN:  Fair enough, but I can't do the

15    research from the courtroom.

16           THE COURT:  Well --

17           MR. STEFIN:  I don't know if this changes the

18    equation or not, but we checked with Detective Stack, and it

19    turns out that he was deputized as a task force officer in

20    August of 2007 and did not give consent or authorization to

21    anybody to record telephone conversations until after he

22    became a task force officer.  So he was acting under of the

23    auspices as a task force officer when he gave consent to

24    Ms. Hill to make these recordings, which started in September

25    of 2007.
```

```
 1          THE COURT:  So he was a federal law enforcement
 2   officer at the time.
 3          MR. STEFIN:  Yes, Your Honor.
 4          THE COURT:  Well, that may change everything, and
 5   we may be operating under federal statutes and not the Nevada
 6   state statute, but I need some help.  I'll go back and look,
 7   but it seems like if we're just looking at Nevada law, it
 8   looks like it was in violation of Nevada law.
 9          MR. SCHWARTZ:  Your Honor, I feel at fault for not
10   researching this in advance, so may I make this suggestion?
11   Perhaps Mr. Stefin can continue his direct without the
12   telephone conversations, I can do my cross, and by that time
13   we should probably be at the lunch break.  We can research it
14   over lunch and reopen his direct for the telephone
15   conversations if they're admissible?  That way we don't waste
16   the jury's time.
17          THE COURT:  That's all right with me if you want to
18   proceed that way.
19          MR. STEFIN:  That's fine.
20          THE COURT:  Okay.
21          MR. SCHWARTZ:  Thank you, Your Honor.
22          THE COURT:  Mr. Schwartz, do you dispute that
23   representation that Mr. Stack was a federal agent at the time
24   of the authorization in this?
25          MR. SCHWARTZ:  Your Honor, I've never seen any
```

```
 1   documentation as to when he was sworn in.  If Mr. Stefin
 2   tells me that, I would rely on it.  I don't know that I would
 3   rely on Mr. Stack, though.  So I just ask Mr. Stefin to -- if
 4   he could check that over lunch.
 5            THE COURT:  All right.  Ms. Hill, come on back,
 6   ma'am.
 7        (The jury enters the courtroom, after which the following
 8   proceedings were had:)
 9            THE COURT:  Welcome back, everyone.  I'm sorry for
10   the interruption.  We're ready to proceed.
11            Ms. Hill, you can have a seat, please.  Continue to
12   speak into that microphone, please.
13   BY MR. STEFIN:
14   Q    Ms. Hill, you mentioned that you had sent some checks to
15   Vivian White.  Let me show -- let me -- do you recall also
16   making out a check to a Joyce Michael, Inc.?
17   A    Yes.
18   Q    And do you remember what the purpose of that was?
19   A    I don't remember every reason for every transaction.
20   There is just so many.  And that was at a time where I was
21   just living in chaos and confusion.  But like I said, it was
22   always for the work.  It's to be meditated on.  It's
23   sacrifice, money's evil.  It was just all of that was
24   repeated.
25   Q    Now, let me show you what has been marked for
```

```
1    identification as Government's exhibit 104-7, 104-8, and
2    104-9.  Do you recognize those checks?
3    A    Yes.
4    Q    Are those the checks that you caused to be issued to
5    Vivian White and to Joyce Michael, Inc.?
6    A    Yes.
7              MR. STEFIN:  We would offer into evidence at this
8    time 104-7, 104-8, and 104-9.
9              MR. SCHWARTZ:  No objection, Your Honor.
10             THE COURT:  Admitted without objection.
11        (Government's Exhibit No. 104-7, 104-8, and 104-9 entered
12    into evidence.)
13             MR. STEFIN:  May I publish, Your Honor?
14             THE COURT:  Yes.
15   BY MR. STEFIN:
16   Q    Let me just display 104-9.  And that is a check that was
17   made out for $9000 to Joyce Michael, Inc.  Again, 9000 or the
18   number 9, did you say, was a prominent number?
19   A    Yes, she would explain where the numbers came from or
20   what it meant.
21   Q    Supposedly endorsed on the back by Joyce Michael?  It
22   looks like it's spelled M-i-c-h-a-l-e.
23             THE COURT:  Is that correct?
24             THE WITNESS:  Yes.
25
```

BY MR. STEFIN:

Q    Then there were two checks on the same date.  Do you know why you made them out, two separate checks for $9000?

A    No, I don't know exactly why they were separated like that, but she probably explained it.  Because it is something I would ask.

Q    That's 104-8.

And then let me show you on the same date a second check for $9000 to Vivian White, and on the back it is purportedly endorsed by Vivian White.  Is that -- do you see that?

A    Yes, I see a signature, but it doesn't look like it says White.  But it's a signature.

Q    You see a signature, but you can't read what it says?

A    Yes.

Q    Fair enough.

Ms. Hill, were you asked to -- or did you provide to law enforcement documents, bank records, and other matters pertaining to your interactions with Nancy Marks?

A    Yes.

Q    Let me show you what has been marked as Government's composite exhibit 104 and ask you if you recognize the documents that it contains in this exhibit book.

A    Do you want me to --

Q    No, do you recognize that book, the contents of the

```
 1    book, I should say?

 2    A    Yes.

 3    Q    Are these records that you provided to law enforcement?

 4    A    Yes.

 5              MR. STEFIN:  Your Honor, we would offer

 6    Government's composite 104 into evidence at this time.

 7              MR. SCHWARTZ:  Without objection, Your Honor.

 8              THE COURT:  Admitted without objection.

 9         (Government's Exhibit No. 104 entered into evidence.)

10    BY MR. STEFIN:

11    Q    I just want to go over a few of the items that are

12    indicated in the book.

13              First of all, you testified that you had received a

14    business card the first time, or one of the first times that

15    you went to Nancy Marks?

16    A    Yes.

17    Q    Showing you JH-001.  Is that the business card?

18    A    Yes.

19    Q    Indicating psychic predictions by Vivian, consultants

20    and advices on all matters of life, such as love, marriage

21    and business, 21 West 58th Street, New York, New York.  And

22    then on the other side, Apartment 1A with a phone number; is

23    that correct?

24    A    Yes.

25    Q    That does that refresh your memory as to the location
```

1    that you were meeting with her at?

2    A    Yes.

3    Q    Now, you talked about the meeting in Beverly Hills.  Did

4    you actually take some photographs --

5    A    Yes, I did.

6    Q    -- of your meeting with her?

7    A    Yes.

8    Q    Showing you JH015, part of that same composite exhibit.

9         Where was that photo taken?

10   A    On Rodeo Drive.

11   Q    And do you remember who took the photo?

12   A    No.  Probably someone passing on the street.

13   Q    And that's you on the right-hand side?

14   A    Yes.

15   Q    And on the left-hand side is who?

16   A    Nancy.

17   Q    Now, below that is another picture, and that is of who?

18   A    That's of Nancy.  I took this picture.

19   Q    You're sitting in a -- sitting where?

20   A    I'm sitting across of her, and she's wearing pieces of

21   jewelry of mine.

22   Q    What in particular do you recognize belonged to you?

23   A    My wedding ring and my -- and the watch that we had just

24   purchased from Cartier.

25   Q    Now, do you remember -- do you recall whether or not you

1    asked her to sign something when you gave her the gift card?

2    A    Yes.

3    Q    And what did you --

4    A    I did.

5    Q    What did you ask her to sign?

6    A    Well, she actually offered -- you know, I was reluctant

7    in spending the money or giving her a $3000 gift card from

8    Cartier, and, you know, I put up a fight almost every time.

9    And then she said, look, I'll write a note for you.  So she

10   offered it.  She wrote a promissory note to me, which I had

11   in my possession for a while.

12   Q    Let me show you Government's exhibit JH-023.

13              Who actually wrote that note?  Is that your

14   handwriting or not?

15   A    Yes, I wrote that.  She told me what to write.  She

16   says, why don't you write a note.  She told me, you know,

17   what words to put on there.  And that was her piece of paper

18   that she had.

19   Q    So this note paper came from Nancy Marks?

20   A    Yes.

21   Q    And it looks like the date is October 1 of '05?

22   A    Yes.

23   Q    And it says:  "I, Jennifer Hill, has given a Cartier

24   gift card of $3000 for spiritual work to Nancy Marks.  She

25   will return the $3000 to me when the credit card bill is

1    received by me for this gift card."  And then a signature,

2    can you read the signature?

3    A    It's barely readable, but it looks like it says Nancy

4    Vivian Marks.

5    Q    And then dated October 1 of '05?

6    A    Yes.

7    Q    And do you remember where you were seated or where you

8    were when you wrote this out and she signed it?

9    A    No, I don't recall.

10   Q    Did you ever go to the place where she was staying,

11   whether it was a hotel or someplace?

12   A    No.

13   Q    Did she tell you where she was staying?

14   A    She told me she was staying at a friend's house.

15   Q    And after she signed this note, you -- obviously, you

16   kept it until you turned it over to law enforcement?

17   A    Yes.

18   Q    Did she ever return the $3000 to you as promised on this

19   note of October 1 of 2005?

20   A    No.

21   Q    Did you -- have you estimated approximately how much

22   money you gave to Nancy Marks during the time period that you

23   have been testifying about?

24   A    It was about $110,000.

25   Q    And you have kept and saved some of the Western Union

1    transactions?

2    A    Yes.

3    Q    Just as an example, showing you Government's exhibit

4    JH-039.  That looks like a transaction on July the 13th of

5    '06; is that correct?  On the upper middle?

6    A    Yes, yes.

7    Q    And it was sent to -- sender says Jennifer Hill in the

8    upper left-hand corner; the receiver, Nancy Marks?

9    A    Yes.

10   Q    And it says available in, and it says Fort Lauderdale,

11   Florida.

12   A    Yes.

13   Q    And it looks like the amount is $450, plus service

14   charges?

15   A    Yes.

16   Q    For a total of $495.75; is that correct?

17   A    Correct.

18   Q    And you kept records regarding other wire-transfers and

19   wire -- Western Union transfers, as well?

20   A    Yes.

21   Q    Ms. Hill, do you recall whether or not you ever met

22   someone that you now know as Rose Marks?

23   A    Well, we weren't introduced, but I did bump into her,

24   yes.

25   Q    And do you see her in the courtroom?

```
 1    A      Yes, I do.

 2    Q      Who are you referring to?

 3    A      (Pointing.)

 4    Q      The lady that stood up?

 5    A      Yes.

 6           MR. STEFIN:  Indicating the Defendant, Your Honor?

 7           THE COURT:  Yes.

 8  BY MR. STEFIN:

 9    Q    And when do you recall meeting the Defendant, or seeing

10    the Defendant, I should say?

11    A    I think it was -- I believe that was the last time I saw

12    Nancy in person.  That was right around, right about that

13    time she went crazy on me when I mentioned taxes, and it was

14    in her apartment in New York.

15    Q    Tell us what you remember.

16    A    Well, I remember, you know, I was upset because I was

17    just beginning to realize that this whole thing is a con, and

18    I've beginning to come out of this phase, this locked phase

19    that I was in.

20           MR. SCHWARTZ:  Objection, Your Honor.

21           THE COURT:  Hold on.

22           MR. SCHWARTZ:  I would object.  He said what were

23    the circumstances where you met her.

24           THE COURT:  Sustained.

25           Just answer the question.
```

```
 1   BY MR. STEFIN:

 2   Q     What was your state of mind at that point?

 3              MR. SCHWARTZ:  Objection, relevance.

 4              THE COURT:  Overruled.

 5   BY MR. STEFIN:

 6   Q     Go ahead.  You can answer.

 7   A     I was very shaken up and upset, and I walked into

 8   Nancy's apartment or place of business where this little

 9   closet was, and I walked in, and I guess I startled upon her.

10   She was talking to someone else.  So to get me away, she

11   said, go outside, go walk, take a walk up Lexington and look

12   for apartments.  And I just was baffled with that.  What do

13   you mean, look for apartments?  Go look for apartments to

14   live in.

15              So I went out there in the blizzard.  I remember it

16   was really cold, and I was just crying the whole time because

17   I just felt so alone and I didn't know what was going on.

18   Remember, I said I was starting to get really scared.

19              So when I went back to her apartment I still

20   startled her, but she was still talking to someone, and she

21   introduced me to this girl as Jean.  And, now, I was very

22   shaken up.  I was just beginning to realize that I have been

23   conned, this money was stolen, and I may never get this back.

24   And I ran towards that girl that she was talking to in the

25   living room, and I was -- you know, I said, you know, did she
```

1    do this to you, too?  I mean, I was frantic.  I said, don't

2    tell me, did she do this to you, too?

3            And so Nancy said, you know, Jennifer, you need to

4    calm down, and she immediately split us apart.  And I said,

5    no, I want to talk to her.  I remember trying to, you know,

6    get her hands off of me.  I want to talk to her.  Did you do

7    this to her, too, Nancy?  And she said, Jennifer, you need to

8    calm down.  And so she pulled me away, towards the inside of

9    the apartment, and she slid open this sliding door.  And as

10   soon as you open the door there's this couch that's right

11   there, and she was sitting on that couch.

12   Q    She being who?

13   A    She being her, that girl that we just --

14   Q    Pointing to the Defendant?

15   A    Yes.

16   Q    Okay.

17   A    So we slid open the door, and there she was sitting

18   there, and then both of us, Nancy and I, just kind of just

19   stopped.  And then she was sitting there watching TV, and

20   right in front of us, and she turned, and she turned to look

21   at Nancy and I like we had just interrupted her TV session.

22   We didn't -- I'm sure Nancy didn't know she was there, but

23   she looked up at us and she glared at me and she glared at

24   Nancy and we both stood there quietly.

25           And then this woman, the Defendant, stood back up

```
 1    and then walked away quietly.  And then Nancy said, you need
 2    to sit down over there.  Sit down and calm down.  I'm not
 3    going to talk to you until you calm down.  And so she sat me
 4    down on that chair where the Defendant was just sitting
 5    moments ago, and then she sat me down on the chair and then
 6    she closed that sliding door, and then she went off to talk
 7    to that other person that I was trying to confront.
 8    Q    And then you believe that was the last time you were on
 9    those premises?
10    A    Yes.
11    Q    Now, we were talking a few minutes ago about the fact
12    that you went to law enforcement, and do you remember when it
13    was approximately that you contacted law enforcement and made
14    contact with them?
15    A    Do I remember when?
16    Q    Yes.
17    A    I went to New York police department.
18    Q    Yeah, do you remember when it was?  Like was it --
19    A    2007, early 2007.
20    Q    And do you recall whether or not you were contacted by
21    an attorney for Nancy Marks seeking to work out a settlement
22    with you?
23    A    Yes.
24    Q    To pay you money?
25         And do you remember when that was, approximately?
```

```
 1    A     It was 2007 sometime.  Could have been 2008.

 2    Q     And did that attorney contact you by phone or in

 3    writing, or what do you remember?

 4    A     Both, over the phone and in writing.

 5    Q     Let me show you what has been received in evidence as

 6    part of -- again, this is all part of composite 104, document

 7    number JH-002.

 8              Now, in January 2008, were you already dealing with

 9    and working with Detective Charlie Stack?

10    A     Yes, that's correct.

11    Q     And do you recall receiving this letter on or about

12    January 18th?

13    A     Yes.

14    Q     And at that time you were living in Las Vegas; is that

15    correct?

16    A     Yes.

17    Q     Had you already spoken to a lawyer from this law firm

18    which is indicated as Kent & Cormican, PA?

19    A     Yes.

20    Q     Now, during this time period, had you been speaking to

21    Nancy Marks prior to January 18th, 2008, about getting your

22    money back?

23    A     Yes, that's correct.

24    Q     And according to this letter, in the second paragraph it

25    states that:  "I have been retained to address a fee dispute
```

1    that has developed between my client and yourself.  My client

2    is motivated to settle this dispute with you and move on,

3    however, this will require your cooperation."

4            And he goes on to state that he's in the process of

5    reviewing client records and will be in contact with you

6    shortly to discuss the matter.

7    A    Yes.

8    Q    By this point in time, had the Defendant returned

9    anything back to you, whether it be money, property or

10   anything else?

11   A    I'm not sure, but eventually, I don't know if it was

12   before or after I received this -- that letter, I did get my

13   wedding ring back and that watch that you saw in the picture,

14   but it was heavily worn and rusted in the back.

15   Q    So you did eventually get the watch back, you said

16   heavily worn and rusted?

17   A    Yes, and I had to fight for it back.

18   Q    How many conversations did it take for her to send that

19   back to you?

20   A    Multiple conversations, weeks and weeks.

21   Q    Let me show you what has been marked as part of the same

22   composite exhibit as document JH-003.  It looks a little

23   torn, do you know why that is?

24   A    No.

25   Q    Again, from the same law firm.

```
 1              Paragraph states in the second paragraph:  "It is

 2   my understanding that you and Ms. Marks are attempting to

 3   reach a satisfactory negotiation wherein you are reimbursed

 4   for some of the services which Ms. Marks rendered to you at

 5   your request.  Just as you rendered these payments to

 6   Ms. Marks over a period of years, so will she need comparable

 7   time to compensate you for what you might deem to be an

 8   overpayment."

 9   A    Yes.

10   Q    And then it says:  "As a sign of good faith, Ms. Marks

11   has already returned a Cartier watch which you had given her

12   as a gift, along with a ring you entrusted to her.  So at

13   issue now is only the amount of the monetary refund."

14              First of all, was that Cartier watch ever intended

15   to be a gift by you?

16   A    No, it never was.

17   Q    "In considering the settlement offer, please keep in

18   mind that Ms. Marks rendered services to you in reliance on

19   your payment of a fee."

20              Did you ever understand that any of the monies that

21   you had given to Nancy Marks was a payment of a fee?

22   A    No, never.  She keeps reminding me that it was free and

23   it was not for her services.

24   Q    "She did so with the reasonable expectation that she

25   would be compensated for those services.  When you had heart
```

```
 1   palpitations and medical issues which required immediate
 2   consultation and emotional counseling, Ms. Marks was there
 3   for you while others were not."
 4          What is he talking about there?
 5   A    I had some health issues.  My heart was -- I had
 6   problems with my heart, but it was because of the stress that
 7   she had put me in.
 8          MR. SCHWARTZ:  Objection.
 9          THE WITNESS:  She did not help me -- she helped me
10   put that stress on myself.
11          MR. SCHWARTZ:  Your Honor, I'll object.
12          THE WITNESS:  And I did go on medication.
13          THE COURT:  Overruled.
14   BY MR. STEFIN:
15   Q    "When you were experiencing troubling anxiety attacks
16   and needed a person to lean on to get through the day, again,
17   Ms. Marks was there for you."
18          Were you going through anxiety attacks during this
19   time period?
20   A    I was going through more than anxiety attacks.
21   Q    "When your condition was so severe that you needed
22   someone to speak to at all hours of the night, Ms. Marks was
23   there."
24   A    When I really, really needed to speak to her, when I was
25   suicidal and I had nowhere to go, no home, and I was in that
```

1  most desperate point of my life, that is when she would hang

2  up on me.  She was not there for me.

3  Q    "When your emotional condition brought you to consider

4  suicide, it was Ms. Marks who patiently took your calls."

5  A    No, that's not true.

6  Q    "Ms. Marks has been the person you relied upon -- relied

7  on for years.  In early 2006, when your boyfriend did not

8  call you, when Les abandoned you, Ms. Marks did not."

9  A    She did not abandon me.  She kept asking for more and

10 more money.

11 Q    "She was there for you in New York and California,

12 meeting you in various locations to accommodate your urgent

13 spiritual and emotional needs.  When you were searching for

14 employment, she assisted you by introducing you to a job

15 locator who was able to place you in a position."

16       Did she do that?

17 A    That is not true, no.  I didn't have a job 'til years

18 after this.

19 Q    "Whether it was at her offices in Manhattan, during her

20 vacation in California or in a late night phone call, it was

21 Ms. Marks who you sought out for emotional comfort and

22 counsel.  Please do not lose sight of those services."

23       Again, whose idea was it for you to go to

24 California to meet with her?

25 A    That was Nancy Marks' idea.  How would I even know she

1    was in California?

2    Q      "Accordingly, as counsel for Ms. Marks, I believe she

3    has rendered legitimate services honorably, always with your

4    best interests in mind."

5           Would you agree with that statement?

6    A      No, I would not agree to that.

7    Q      "I believe the sums you have tendered to Ms. Marks

8    constitute fair and full payment for those services.  Still,

9    Ms. Marks wants to leave you satisfied, so I am prepared to

10   offer to pay you back the sum of $50,000 to be paid in an

11   initial payment of $2500, a second payment of $2500 to be

12   sent immediately upon receipt of the executed agreement

13   paperwork, followed by 22 equal monthly installments of $2000

14   and a final monthly installment of $1000.  This agreement

15   will allow you to recover the monies you believe you are

16   entitled to while allowing Ms. Marks the time to make those

17   payments over a period of time."

18          Now, during the whole time you were dealing with

19   the Defendant, where did you think this money was, all the

20   money you had given her?

21   A      I mean, I was beginning to wonder why I have to put up

22   such a fight for it, because she always said that she held

23   onto it.  So, I mean, I thought she had it all in her

24   possession still.

25   Q      And then it goes on to say that:  "In order to properly

 1   codify the agreement, I have enclosed a settlement agreement

 2   and release form.  I believe this agreement is fair to

 3   everyone."  It goes on.

 4              The letter also enclosed a check.  Do you recall

 5   that?

 6   A    Yes.

 7   Q    And that's Government's exhibit JH-008.  Looks like a

 8   check on the Kent & Cormican, PA trust account made to the

 9   order of Jennifer Hill for $2500 dated February the 11th,

10   2008, correct?

11   A    Yes.

12   Q    What did you do with that check?

13   A    Well, it looks like I tore it.  Is that a tear?  I

14   believe I tore it.

15   Q    Were you willing to accept the settlement agreement in

16   which they were offering to repay you $50,000 over basically

17   a two-year period?

18   A    No, I wasn't about to settle for that.  The only thing,

19   it's because she was never true to her word, so I was pretty

20   nervous about cashing that check, because how do I know it's

21   any good, or why would I need to be chasing down a payment

22   every month?

23   Q    And let me show you what is part of the same exhibit,

24   JH-005, again with a tear mark in it, entitled "General

25   Release and Settlement Agreement with Confidentiality

1    Clause."

2    A    Yes.

3    Q    Again, without reading the whole thing, it's offering

4    the sum of $50,000 to be paid in an initial installment of

5    $2500 --

6    A    Correct.

7    Q    -- followed by a payment of $2500 to be sent immediately

8    by overnight mail, then to be followed by 22 equal monthly

9    installments of $2000 and one final monthly installment of

10   $1000.

11   A    Correct.

12   Q    Then it goes on to talk about additional conditions.

13        The bottom paragraph says that:  "The

14   aforementioned payments are accepted by Releasor" -- that

15   would be you -- "as full and fair settlement and satisfaction

16   of and as sole consideration for the full release and

17   discharge of all causes of action, claims, demands

18   whatsoever."

19   A    Yes.

20   Q    Then on the second page it asks you to, by signing this,

21   to acknowledge the following, JH-006:  "Releasor acknowledges

22   and affirms that Releasee -- that's her -- "exercised no

23   undue influence over her decision to enter into said

24   contractual agreement and acknowledges that she was not the

25   victim of fraud, theft or any other act of civil or criminal

```
 1   wrongdoing by Releasee."

 2   A    Yes.

 3   Q    Were you in agreement with that?

 4   A    No.

 5   Q    "Releasor acknowledges and affirms that this settlement

 6   is in no way indicative of any unlawful illegal act by

 7   Releasee and does not constitute an admission of guilt or

 8   liability for any crime or civil cause of action," and it

 9   goes on with further statements.

10        Were you willing to sign this agreement?

11   A    No, I was not.

12   Q    And why not?

13   A    I just -- I was insulted.  I just thought that was a

14   slap in the face.  That's not how much she owed me.  She owed

15   me double at least the amount, and I don't know why she even

16   thought that I would actually believe that she would be true

17   to her word finally.

18   Q    Did you reveal to the lawyers representing Nancy Marks

19   that, in fact, you were actually working with law enforcement

20   at that time?

21   A    I did say that I was going to seek the help of, yes.

22   Q    But not that you were actually presently working with

23   law enforcement?

24   A    Oh, I don't know exactly the exact words I used.

25   Q    Let me show you a document in your folder, JH-019.  This
```

```
 1    is a receipt from Cartier.

 2    A    Yes.

 3    Q    It says -- that was your purchase of the gift

 4    certificate?

 5    A    Yes.

 6    Q    And you had a copy of that in your possession when you

 7    were contacted by law enforcement?

 8    A    Yes.

 9    Q    There's also a receipt in your documents, document

10    JH-021, by Bulgari?

11    A    Yes.

12    Q    Do you remember that purchase or those purchases?

13    A    Yes, I do.

14    Q    What do you recall about those?  What was the purpose of

15    you making those purchases?

16    A    Again, it's the same thing.  It's for our work.  You

17    need to buy this for yourself.  You're going to get it back.

18    And that bag, there was one purse, I guess it's probably the

19    one that says saloon bag satin red there.  I think the other

20    two look like they were jewelry.  So the saloon bag, she says

21    you need to go to the store and purchase these things, and

22    you need to buy a purse for me.

23            Remember, my fee is free.  You don't pay me.  So

24    this is just one gift, one gift from you to me.  And so you

25    go and buy that purse for me, and she described it, and she
```

1    said, you can't miss it.  You'll know exactly which purse I'm

2    talking about.  And Jennifer, that's just the one thing I'm

3    asking that you buy for me.

4    Q    So in this occasion you bought her something that was a

5    gift?

6    A    Yes, a gift that she picked out and insisted I buy for

7    her.

8    Q    And it looks like the total was $2176?

9    A    Correct.

10   Q    And did that go on a credit card or did you pay cash?

11   Did you have a credit with the business?

12   A    No, this was probably credit card.

13   Q    Now -- and, by the way, when you bought items of

14   property such as clothing and whatnot, how did you -- how

15   would you get it to her, other than the time in Beverly

16   Hills?

17   A    Well, it would be shipped to her.  In this instance,

18   these stores take good care of you.  They shipped it for you,

19   or she would tell me to ship it to her.  Oh, actually, this

20   one I believe I had to -- it was so out of my way that day.

21   I was working, and I had to rush to the FedEx store before

22   they closed, which is across town through traffic and get

23   that in the mail overnight.

24   Q    So you sent her money, cash.  Well, wire-transferred

25   money, correct?

```
 1   A     Yes.

 2   Q     And you also delivered cash to her when you were in New

 3   York?

 4   A     Yes.

 5   Q     You also mailed clothing and other items to her?

 6   A     Yes.

 7   Q     And you bought things for her in her company, in her

 8   presence, when she was with you in California?

 9   A     Yes.

10   Q     Do you remember -- and you also sent Western Unions to

11   other people that she designated you to send money to?

12   A     Correct.

13   Q     Do you recall also buying airline tickets for her, the

14   Defendant -- excuse me, for Nancy Marks?

15   A     Yes, I did.

16   Q     And what was her explanation for that?

17   A     It was from -- for her and her husband to go from New

18   York to Florida.  I needed to purchase it.  And, of course,

19   it's because she had to go to Florida to do her work,

20   something she had to do in Florida, and she would like to

21   take her husband with her.

22   Q     So, again, you bought these airline tickets because she

23   was doing work for you?

24   A     Yes.

25   Q     Showing you JH-059.  And is that Jet Blue tickets?
```

```
 1    A     Correct.

 2    Q     The names indicated, Ricky Marks and Nancy Marks.

 3    A     Yes.

 4    Q     For 200 -- well, $288?

 5    A     Yes, and 80 cents.

 6    Q     Did you ever meet Ricky Marks?

 7    A     I bumped into him -- yes, actually, Nancy did introduce

 8    us in the New York apartment.

 9    Q     And let me show you Government's exhibit 37.  Do you

10    recognize that?

11    A     Yes.

12    Q     And you recognize that as?

13    A     I recognize that person as Ricky Marks.

14          MR. STEFIN:  May I publish, Your Honor?

15          THE COURT:  Yes.

16          Is this a good time to break, Mr. Stefin?

17          MR. STEFIN:  Yes, Your Honor.

18          THE COURT:  All right.  Ladies and gentlemen, let's

19    take our lunch recess.  Please don't discuss the case, form

20    any opinions.  Leave everything at your seat, and we'll see

21    you at 1:15.  Thank you.

22       (The jury exits the courtroom.)

23          THE COURT:  All right.  Thank you, ma'am.  Don't

24    discuss your testimony during the lunch recess.  We'll see

25    you about 1:15.  Thank you.
```

1          All right.  I had some opportunity to look at some

2     additional authority while the testimony was going on.  18

3     U.S.C., Section 2511, subsection 2C, I think it's 2C -- I'm

4     sorry, 2D, 2D:

5          "It shall not be unlawful under this chapter for a

6     person not acting under color of law to intercept a wire,

7     oral or electronic communication where such person is a party

8     to the communication or where one of the parties of the

9     communication has given prior consent to such interception.

10    With an exception that doesn't apply here.

11         That's the federal statute.  And then I'll just

12    refer to the following cases, United States versus Yonn,

13    Y-o-n-n, 702 F.2d 1341, Eleventh Circuit in 1983, which

14    holds:  "That a Defendant has no justifiable expectation of

15    privacy when he speaks with someone acting as a Government

16    informant and is unaware that a recording device is concealed

17    in the room.  As long as one of the parties to a conversation

18    knows of and consents to the recording, the Fourth Amendment

19    is not violated when the Government records the exchange and

20    uses the evidence so gathered in a subsequent criminal

21    prosecution."

22         And United States versus Smith, 918 F.2d 1551,

23    Eleventh Circuit, 1990.

24         "No warrant is needed when a Government informant

25    consents to the recording of a conversation in which he

```
 1    participates."

 2            It seems like she's analogous to a Government

 3    informant.  She's cooperating with federal law enforcement

 4    officer, assuming he was a federal officer at the time or was

 5    acting in a federal capacity at the time.

 6            MR. SCHWARTZ:  Okay.

 7            THE COURT:  I'm just citing those.  If you want to

 8    do further research during the lunch break, we can discuss it

 9    after lunch.

10            MR. SCHWARTZ:  I have someone looking at it, but I

11    think the crucial issue is whether he was a federal law

12    enforcement officer or not.  If Mr. Stefin could just verify

13    when he was sworn in, that would be fine with me, Your Honor.

14            THE COURT:  All right.  Thank you.

15            MR. STEFIN:  Thank you.

16            THE COURT:  You're welcome.

17     (A recess was taken from 12:06 p.m. to 1:18 p.m., after

18    which the following proceedings were had:)

19            THE COURT:  Please be seated, everyone.

20            We're back on the record, and Ms. Marks is present

21    with counsel.

22            Have we come to any resolution or understanding as

23    to when Mr. Sacks (sic), is that his name, was deputized

24    federally?

25            MR. STEFIN:  Mr. Stack has represented to us, we
```

```
 1    spoke to him, that it was on August 21st, 2007, but we don't

 2    have any physical documents that corroborate that.

 3            I will say that Secret Service was looking for

 4    their records.  They found something in 2000 -- late 2008 in

 5    which there was a deputization, but we believe that that was

 6    like a reauthorization.  So we don't have any record of the

 7    original deputization.  But he says he has notes he says it

 8    was August 21st, and he distinctly recalls the event taking

 9    place.

10            THE COURT:  And when were these calls in relation

11    to that?

12            MR. STEFIN:  They began in September of 2007.

13            THE COURT:  So it was fairly soon after.

14            MR. STEFIN:  Correct.  Judge, one of the other

15    folks in my office found another case, United States versus

16    Nelligan, cited at 573 F.2d 251, 1978 Fifth Circuit case.

17    This happened to involve an undercover --

18            THE COURT:  What was the page number?

19            MR. STEFIN:  573 F.2d 251.

20            And basically, the headnotes say, "That the

21    applicability of federal law in determining admissibility of

22    tape-recordings in federal criminal case is not affected by a

23    fact that state agent rather than federal agent is party who

24    was alleged to have violated state wiretap statute."

25            And if I understand, the basis of this case is
```

 1  basically a city detective was making undercover recordings

 2  from New York, and the argument was is that the recordings

 3  were in violation of New York state law and that the -- that

 4  this case said that basically the federal law applied, and it

 5  was not -- did not really matter regarding state law.

 6          THE COURT:  Let me look at that case.

 7          MR. STEFIN:  Basically citing a string of cases

 8  applying federal rather than state law to determine the

 9  admissibility of intercepted conversations.

10          THE COURT:  Mr. Schwartz, have you had a chance to

11  look at this Nelligan case?

12          MR. SCHWARTZ:  Unfortunately I have, Judge.

13          THE COURT:  Seems like it covers the situation, and

14  even if Detective Stack was not federally deputized at that

15  point in time, since the federal statute only requires

16  consent of one party, it controls for purposes of

17  admissibility in this proceeding, and therefore since

18  Ms. Hill consented to the recording of the conversation, it

19  would be -- it would be admissible under 18 U.S.C., Section

20  2511 subsection 2D.  So --

21          MR. SCHWARTZ:  Thank you for putting up with me on

22  this issue, Your Honor.

23          THE COURT:  Well, got to make sure we're doing it

24  right.

25          MR. STEFIN:  Judge, could I just have one minute?

```
 1                    THE COURT:  Yes.

 2                    MR. STEFIN:  My machine was working a minute ago,

 3      and it's not picking up.  I just need one second.

 4                    THE COURT:  I'll point out that more recently the

 5      Eleventh Circuit in United States versus Mathis, M-a-t-h-i-s,

 6      96 F.3d 1577 cited this Nelligan case with approval and held

 7      in a similar fact situation that federal law governs the

 8      admissibility of tape-recordings in federal criminal cases,

 9      and complaints that the evidence was obtained in violation of

10      state law are of no effect.

11                    MR. SCHWARTZ:  Thank you, Your Honor.  I'm

12      sometimes wrong.

13                    THE COURT:  What's the problem?

14                    MR. STEFIN:  It was playing a few minutes ago, and

15      it's just not reading the disc, so I'm just rebooting it and

16      also seeing if we have a spare player that we can use.

17         (A recess was taken from 1:31 p.m. to 1:36 p.m., after

18      which the following proceedings were had:)

19                    THE COURT:  Please be seated.

20                    We ready?

21                    MR. STEFIN:  Yes.  Thank you, Your Honor.

22                    THE COURT:  Let's bring the jurors back in, please.

23                    Ms. Marks is present with counsel.

24                    Let's have Ms. Hill back on the stand.

25                    Ms. Hill, you're still under oath, please.
```

```
 1                 THE WITNESS:  Yes.

 2       (The jury enters the courtroom, after which the following

 3   proceedings were had:)

 4                 THE COURT:  Welcome back, everyone.  Please be

 5   seated.

 6                 Sorry for the delay, ladies and gentlemen, but we

 7   were having some technical issues with the equipment.  So

 8   that's what caused us to keep you waiting.  I apologize.

 9                 Mr. Stefin, you may proceed.

10                 MR. STEFIN:  Thank you, Your Honor.

11   BY MR. STEFIN:

12   Q    Ms. Hill, just one last question or two on the purchases

13   at Cartier.  You indicated that you had made several

14   purchases, including the watch and the gift certificate.

15   A    Yes.

16   Q    Is that correct?

17   A    Yes.

18   Q    Let me show you what has been marked as Government's

19   exhibit 22 composite and ask you if you recognize these

20   receipts.

21   A    Yes.

22   Q    Are those the receipts of your purchases?

23   A    Yes.

24                 MR. STEFIN:  We would offer Government's exhibit 22

25   composite at this time into evidence.
```

```
 1              MR. SCHWARTZ:  No objection.

 2              THE COURT:  Admitted without objection.

 3         (Government's Exhibit No. 22 entered into evidence.)

 4    BY MR. STEFIN:

 5    Q    And I think we already saw the gift certificate

 6    purchases.  Let me just show you one of them labeled

 7    Cartier-003, part of composite exhibit 22.  And which

 8    purchase was this?

 9    A    Which purchase is this?

10    Q    Yes, what did you purchase on this occasion?

11    A    Let's see, the tank small, that's probably the watch.

12    Q    Looks like a belt and baby trinity bracelet?

13    A    Yes.  It's a ring that's on a cord of a bracelet.

14    That's what that bracelet is.  And not exactly sure what that

15    trinity belt was.  I can't remember.  It could have been a

16    ring, the trinity belt ring.  It's gold, tri-colored.

17    Q    And which items did you go home with that day, if any?

18    A    The baby trinity bracelet.

19    Q    You kept the trinity bracelet?

20    A    Yes.

21    Q    Do you remember the circumstances of that?

22    A    I didn't want it, but Nancy said I needed to buy that

23    for myself, and the rest went with her.

24    Q    And who went home with the watch?

25    A    Nancy did.
```

1    Q    Now, earlier you indicated that after you spoke with

2    Detective Stack you made some consensual -- you made some

3    recordings of conversations that you later had with Nancy

4    Marks; is that correct?

5    A    Correct.

6    Q    And you've already indicated that you've reviewed the

7    recordings, and these are the recordings that you made?

8    A    Correct.

9    Q    Where were you located at the time?

10   A    In Las Vegas.

11        MR. STEFIN:  Your Honor, at this time the United

12   States would move into evidence Government's exhibits 104-1

13   through 104-6.

14        MR. SCHWARTZ:  No objection.

15        THE COURT:  Admitted without objection.

16    (Government's Exhibit No. 104-1A through 104-6A entered

17   into evidence.)

18        MR. STEFIN:  And we also have transcripts that we

19   would offer.  The tapes themselves, the CDs, will be

20   designated by the initial A, but we would offer 104-1B

21   through 104-6B as transcripts in this matter.

22        MR. SCHWARTZ:  No objection, but I'd ask for the

23   same instruction.

24        THE COURT:  Yes.  Admitted without objection.

25    (Government's Exhibit No. 104-1B through 104-6B entered

```
 1    into evidence.)
 2            THE COURT:  Ladies and gentlemen, remember the
 3    instruction I read to you last week with respect to reviewing
 4    the transcripts in relation to your hearing of the actual
 5    recording, and to the extent that you believe that any of the
 6    transcript is incorrect, you should disregard it to that
 7    extent.  The primary evidence is the recording itself.
 8            MR. STEFIN:  May I hand out the transcripts?
 9            THE COURT:  Yes, you may.
10            MR. STEFIN:  For the record, the first conversation
11    is 104-3.  So the tape is 3A, and the transcript is 3B.
12            May I publish, Your Honor?
13            THE COURT:  Yes.
14            (Audio played.)
15    BY MR. STEFIN:
16    Q    Let me just stop for a second.  You started out by
17    talking about your grandmother, she left a big chunk of the
18    house.  That was the early part of the conversation.
19            What were you talking about there?
20    A    Well, that was -- you know, this was undercover, so that
21    was the situation that I made up, that I had come into some
22    money, in other words.
23    Q    And how did you -- what were you telling her that you
24    came into some money?
25    A    That my grandmother had passed away and that she had
```

```
 1   left me the house and some monies, but my grandmother was

 2   still alive.  She did not pass away.

 3   Q    All right.  And was that something you discussed with

 4   the detective?

 5   A    Yes.

 6   Q    To make that story up?

 7        Okay.  And some reference to somebody contacting

 8   you, Les had got ahold of you.

 9   A    Right.  That was made up also, because that was the

10   carrot that she hung in front of me constantly, that this is

11   the man for you, this is the soulmate for you, and he's meant

12   to be in your life, and we're going to do all this work to

13   get him back into your life.  So I turned it around and made

14   it a carrot to her and said, this is -- you know, he called.

15        That was made up.  He never called.

16   Q    Okay.  Let's proceed, top of page 2.

17        (Audio played.)

18   BY MR. STEFIN:

19   Q    Okay.  That was September 8th of 2007?

20   A    Yes, it was.

21        MR. STEFIN:  The next tape we will play was from

22   October 4th, 2007, Government's exhibit 104-1A.  And we don't

23   have transcripts for this one for the jury, so hopefully they

24   will be able to hear this.

25        (Audio played.)
```

```
1   BY MR. STEFIN:

2   Q    Let me just stop for a second.  Were you able to hear

3   what you just asked about there?

4   A    Yes.

5   Q    Talking about putting -- asking about putting Les'

6   spirit into Frank's.  What is that all about?

7   A    Nancy would call it a spirit transfer that -- now,

8   again, the scenario is Les is coming back in my life.  I made

9   that part up, that he had called me, but I still -- I don't

10  talk to him as often.  And so Nancy said that she was going

11  to do a spirit transfer.  And so in this recording, I ask her

12  what exactly does that mean?

13        And she goes on further.  Without the transcript,

14  I'll describe it.  She goes on further, saying that she's

15  going to take the spirit of one person and put it into the

16  other person's body, and how she does it from an out-of-body

17  experience.

18  Q    Had she ever talked about spirit transfer before with

19  you before you started cooperating with the Government?

20  A    No, I never heard of it before.

21  Q    And when she's talking about putting the spirit into

22  Frank, who's Frank, if anybody?

23  A    I made up that name.  I know a few Franks, but I just

24  thought of a name that I could easily remember.  So I had

25  made up this fictitious other man in my life.  I made that up
```

```
 1    with these undercover phone calls to Nancy.

 2    Q    And what were you representing about Frank to Nancy?

 3    What were you telling her about him?

 4    A    Well, that I was seeing someone, I was dating someone,

 5    and his name was frank.

 6    Q    Okay.  Continue.

 7             (Audio played.)

 8    BY MR. STEFIN:

 9    Q    Do you recall, did you have other conversations with her

10    about this whole spirit transfer flesh thing?

11    A    Yes, I did.

12             MR. STEFIN:  The next tape would be 104-4A.  This

13    one's dated 11 -- no, I'm sorry.  104-2A, please.  Next one

14    would be 104-2A, dated October 5th of 2007.

15    BY MR. STEFIN:

16    Q    What is she talking about there, or what are you talking

17    about?

18    A    You know, we were doing undercover, so we just -- I've

19    never done it before, and I thought up some ideas to throw at

20    her, and one of them was that I think something was wrong

21    with me physically, my health, and that I had to go to the

22    doctor and get it checked out.  And then I had another

23    strategy planned so -- so that was just, you know, oh, it

24    wasn't a problem, it was just something minor, it was just an

25    infection taken care of.  So I was going another avenue.
```

```
 1                    (Audio played.)
 2   BY MR. STEFIN:
 3   Q     So what is your understanding what she's saying she's
 4   going for you and Frank and Les?
 5   A     My understanding is she's going to take the spirit or
 6   the soul of one, of Les, and put it into Frank's flesh and
 7   body.
 8   Q     Okay.
 9                    (Audio played.)
10                    MR. STEFIN:  The next conversation takes place on
11   November 27th of 2007.  This is Government's exhibit 104-4A.
12   And we do have transcripts, 4B.
13                    May I distribute those, Your Honor?
14                    THE COURT:  Yes.
15                    (Audio played.)
16   BY MR. STEFIN:
17   Q     Let me just stop you right there.  Who is she talking
18   about?
19   A     She's talking about Frank, this person, boyfriend that I
20   made up, and that I had to throw something in the story that
21   we were having some problems, and there's another recording
22   that we are not going to play today probably, but it's me
23   telling her, and I'm crying, and I'm weeping, and I tell her
24   that I caught Frank cheating on someone.  I walked in on
25   them.  That was all made up.
```

```
 1    Q     Now, she's telling you about Frank's personality and why

 2    this happened?

 3    A     Yes, she's talking about Frank, and she's going to start

 4    to just lead me down another road that he's another man,

 5    another choice for me.  Because Les never came around.

 6          (Audio played.)

 7  BY MR. STEFIN:

 8    Q     What miracles did she make happen?

 9    A     She made my money disappear.  I didn't --

10          MR. SCHWARTZ:  Your Honor, I'm going to object.

11          THE COURT:  Sustained.

12          THE WITNESS:  That was a miracle for it to happen.

13  BY MR. STEFIN:

14    Q     All right.

15          (Audio played.)

16  BY MR. STEFIN:

17    Q     And was there a conversation about your brother in

18    previous conversations?

19    A     Yes, she would bring up -- I guess, you know,

20    eventually, she found out they were married for some time and

21    they didn't have any children.  So she made an issue out of

22    that, that this evilness around me or this curse around me is

23    also affecting my other family members, and that's why they

24    never had children.  But that's not why.

25    Q     Was your brother having marital difficulties at some
```

```
 1   time that you shared with her?

 2   A    No.  I mean, Nancy would say they were, but not that I

 3   knew for sure.

 4   Q    Okay.

 5              (Audio played.)

 6   BY MR. STEFIN:

 7   Q    And you said your grandmother was alive and well at that

 8   time?

 9   A    Yes, she was.  So that was made up, that she had passed

10   away.

11              (Audio played.)

12   BY MR. STEFIN:

13   Q    Let me just stop for a second here.

14              Is this the kind of conversations she was having

15   with you for a couple of years, these monologues?

16   A    Yes.

17   Q    And what is she telling you?  What is your understanding

18   of what she was trying to tell you in this part of the

19   conversation?  What is she conveying to you here?

20   A    Money is needed, money is needed now, and it's all my

21   fault that it's -- that she needs more and that she has to

22   work harder.

23   Q    And she's asking you for faith, to have faith?

24   A    Yes.

25              So in this recording, this illness or infection
```

```
 1    that was made up, I noticed every time something would

 2    happen, something different in my life would happen, she

 3    would always take credit for it and say, see, this is what I

 4    told you would happen.  And I would say, no, you never said

 5    that.

 6           So in this recording you hear that I made up an

 7    illness, my grandmother died, left me some money.  I do

 8    recall now I did mention as part of the undercover that, you

 9    know, my brother's having some problems.  That was part of

10    the cover up.  But, no, my brother didn't talk to me about

11    things like that.  He doesn't have any problems that I know

12    of.  So that was made up.  And then Frank was made up.  And

13    so she's take credit, I told you this was going to happen.

14    Q    And what is she telling you she's going to do for $9900,

15    additional dollars?

16    A    That that was needed for her to do the spirit transfer.

17           (Audio played.)

18           MR. STEFIN:  The next conversation is on December

19    the 2nd of 2007, and that is Government's exhibit 104-5A, and

20    the transcript is 104-5B.

21           May I distribute the transcript, Your Honor?

22           THE COURT:  Yes.

23           (Audio played.)

24           THE COURT:  Mr. Stefin, let's take a recess before

25    we go to the next tape.
```

```
1              MR. STEFIN:  Okay.

2              THE COURT:  All right.  Ladies and gentlemen, let's

3    take a 15-minute recess.  Don't discuss the case.  We'll see

4    you shortly.  Thank you.

5         (The jury exits the courtroom.)

6              THE COURT:  All right.  Don't discuss your

7    testimony, ma'am.  Don't discuss your testimony during the

8    break.  Thank you.

9         (A recess was taken from 3:07 p.m. to 3:24 p.m., after

10   which the following proceedings were had:)

11             THE COURT:  Please be seated.  We're back on the

12   record.  Ms. Marks is present with counsel.

13             We ready to proceed?

14             MR. STEFIN:  Yes, Your Honor.

15             THE COURT:  Let's bring the jury in, please.

16             You're still under oath, ma'am.

17             THE WITNESS:  Yes.

18        (The jury enters the courtroom, after which the following

19   proceedings were had:)

20             THE COURT:  Welcome back, everyone.  Please be

21   seated, ladies and gentlemen.

22             Mr. Stefin.

23             MR. STEFIN:  The next exhibit is 104-6A.  The

24   transcript is 104-6B.  This is a conversation -- or actually,

25   possibly two conversations on December 9th of 2007.
```

```
 1              May I distribute the transcripts, Your Honor?

 2              THE COURT:  Yes.

 3              (Audio played.)

 4    BY MR. STEFIN:

 5    Q    Let me just stop for a second.  She said I was able to

 6    get one more loan from my family.  Did she ever talk about

 7    getting loans from her family before?

 8    A    Yes, at times when I didn't -- you know, put up a fight,

 9    or we were arguing and I didn't want to, you know, get into

10    more transactions of monies, she would say that, you know, I

11    would -- I had to borrow the money from my family, and she

12    would mention, I had to borrow the money from my husband, so

13    you owe him now.

14              And I said, you know, I didn't even make a decision

15    yet.  There's a reason why I didn't send you anything yet.  I

16    still need to discuss this with you.  And she says it doesn't

17    matter.  I went ahead and I had to borrow the money.  So now

18    you owe him the money because I had to start on the work,

19    Jennifer.  And she would always talk to me like that very

20    sternly, very fast.  And so it would just like hit me, like

21    blindside me.

22    Q    Okay.

23              (Audio played.)

24    BY MR. STEFIN:

25    Q    Then you had a second conversation with her the same
```

```
 1    day?

 2    A    I'm not sure.  What is this in the back?

 3    Q    Okay.  Let's play the second one.

 4         Was this all spontaneous, this conversation and

 5    your emotions, or did you have a strategy going into this

 6    phone call?

 7    A    Once -- once I decided to do the recordings and go

 8    undercover, every phone call had a strategy.  Or, well, you

 9    know, tried to go with a strategy.

10    Q    And what was the strategy in this phone call?

11    A    This one I wanted to prove that I had asked for my money

12    back and that she would make a big deal out of it or give me

13    a hard time over it.

14         (Audio played.)

15    BY MR. STEFIN:

16    Q    Let's stop for a second.

17         What are you talking about there that she burnt

18    sweaters or burnt the clothes?

19    A    She would make purchases in department stores, so Banana

20    Republic and Neiman Marcus here out of Florida, and she would

21    use my credit card.  She would get the salesperson to call

22    me, and then she would -- Nancy would get on the phone with

23    me and tell me, Jennifer, I have to buy these clothes for

24    you.  I've got to meditate on it, I've got to pray on it.  We

25    need to buy these clothes for you and Les.  So you need to
```

```
 1    authorize this purchase.  And so I'm going to hand the phone
 2    over to this salesperson.
 3              So that's how she would do it, and it would just --
 4    again, it would just catch me off guard.  I'm at work, I'm
 5    busy, and, you know, I want to start arguing about it.  Why
 6    is this, what is this for about again, but, you know.
 7    Q    But what about when you said burning the sweaters.  Did
 8    you ever ask for these clothes back at some point in time?
 9    A    Yes, so she --
10    Q    And what did she tell you when you asked her to return
11    those clothes that were supposedly purchased for you?
12    A    She told me that she burnt it.  So I would bring it up
13    and say, I could really use those sweaters.  I need some of
14    that clothes, and she said, oh, it's gone.  I said, what do
15    you mean it's gone?  You said you were going to buy it and it
16    was for me.  You bought it for me.  I could really use it
17    now.  And she said, no, well, I burnt it, it's gone, I burnt
18    it.
19    Q    Burnt it meaning what?
20    A    She put it to flames.
21    Q    Did she say that there was a reason for that?
22    A    It was sacrifice.  Everything was sacrifice, or it's
23    symbolic of something, and she had to pray over it.
24    Q    Okay.
25              (Audio played.)
```

```
 1   BY MR. STEFIN:

 2   Q    Ms. Hill, these are just some of the conversations you

 3   had with Nancy Marks over the course of some period of

 4   months?

 5   A    Yes.

 6   Q    As indicated, that last conversation took place, I

 7   believe, in December of 2008 -- December 2007?

 8   A    Correct.

 9   Q    And you did have other conversations with her or family

10   members after that?

11   A    Yes.

12   Q    And do you recall that it was in January of 2008, about

13   a month later, that you first got the letter from the law

14   firm of Kent & Cormican offering a settlement with you?

15   A    Yes.

16             MR. STEFIN:  That's all I have on direct

17   examination, Your Honor.

18             THE COURT:  Thank you.

19             MR. SCHWARTZ:  May I examine, Your Honor?

20             THE COURT:  Yes.

21                       Cross-examination

22   BY MR. SCHWARTZ:

23   Q    Good afternoon, Ms. Hill.

24   A    Good afternoon.

25   Q    My name is Fred Schwartz.  I'm an attorney, and I don't
```

```
 1    represent Nancy Marks.  Okay?

 2    A    Uh-huh.

 3    Q    Do you see Nancy Marks anywhere in the courtroom?

 4    A    I haven't yet today.  I need my glasses to see that far,

 5    but I don't think so.  I don't think she's in here.

 6    Q    Okay.  But you do see Rose Marks?

 7    A    Yes.

 8    Q    And you claim you once bumped into Rose Marks; is that

 9    right?

10    A    Yes.

11    Q    Those were your words?

12    A    Yes.

13          Well, not really bumped in.  Nancy opened the door,

14    and she was sitting there.

15    Q    Did she say, give Nancy all your money?

16    A    Did she say that?  No.

17    Q    Did she say you have to do whatever Nancy tells you?

18    A    No, she did not.

19    Q    Did she cast an evil spell on you?

20    A    Not that I know of.

21    Q    Did she curse you?

22    A    No.

23    Q    Did she even curse at you?

24    A    No.

25    Q    Did she say anything to you?
```

1    A    No.

2    Q    Did you even ever meet her?

3    A    Meet as in being introduced to her?

4    Q    No, see her.

5    A    Yes, I have.  Like I said, yes.

6    Q    Okay.  Let's talk about that.

7              When did you say you saw her?

8    A    When I was in the apartment in New York City.

9    Q    And do you know the date?

10   A    I don't know.  I don't remember the exact date.

11   Q    Do you know the month?

12   A    2006 . . .  Let me think about this.  December 2006 or

13   January 2007, somewhere around there.

14   Q    You said there was a blizzard going on in your direct

15   examination.  Do you remember --

16   A    It was real cold, yes.

17   Q    Well, there were two blizzards recently in New York, one

18   in February of '06 and one in early 2010.  Was it in February

19   of '06 that you saw her?

20   A    I don't know exactly when.  I can't remember.  I just

21   know I was in the apartment.

22   Q    Did she have white hair?

23   A    No, she didn't at that time.

24   Q    Did she have gray hair?

25   A    No.

```
 1    Q    What color was her hair?

 2    A    It was black.

 3    Q    Black hair?

 4    A    Yes.

 5    Q    You see her now.  She has white hair.

 6    A    Yes.

 7    Q    And could it have been a lady named Betty that you saw

 8    in the apartment on that day?

 9    A    I didn't know the names.  I didn't even know her name, I

10    just picked the face.

11    Q    But you're sure you saw her in the apartment?

12    A    Yes.

13    Q    As sure as you are about everything else?

14    A    Yes, because it was so close.  When you open that

15    sliding door, she's right there.

16    Q    Are you aware that Mrs. Marks' husband died in or around

17    May of 2006?

18    A    Mrs. Rose Marks?

19    Q    Rose Marks.

20    A    No.

21    Q    And are you aware that she didn't come to New York again

22    until the middle of 2007 after her husband died?

23    A    No.

24    Q    Is it possible that you're wrong, that you didn't meet

25    her or bump into her or see her in the apartment?
```

1    A    No, I saw her in that apartment.  I know it was her.

2    Q    You're as you're sure that you saw her as that Nancy

3    promised to give you back all of your money?

4    A    I'm sorry, say that again?

5    Q    You're as sure about that as you are that Nancy promised

6    to give you back all of your money; is that correct?

7    A    Yes, I mean, unless she has a twin sister or something,

8    that's the person I saw.

9    Q    Now, I'm going to talk about the conversations first,

10   because we just heard all those conversations.

11   A    On the recordings?

12   Q    Yes.

13        You were acting in those conversations, weren't

14   you?

15   A    Well, some of -- I mean, the words were planned, yes,

16   but the anger, the frustration, you know, that was all real.

17   That was -- it was very, very hard.

18   Q    And with whom did you plan these conversations?

19   A    With two detectives, Detective Ogden and Detective

20   Stack, at the time.

21   Q    And have you seen Detective Stack since you've been in

22   Florida?

23   A    No, I have not.

24   Q    Do you know where he is?

25   A    I'm guessing he's in Florida somewhere.

```
 1    Q    Have you talked to him lately?

 2    A    Last week.

 3    Q    And you talked to him from Hawaii, is that where you're

 4    living now?

 5    A    No, I spoke to him -- oh, yes, last week, from Hawaii,

 6    yes.

 7    Q    Did you talk to him last week when you were in Florida?

 8    A    No.  Just before I got here.

 9    Q    When did you get to Florida?

10    A    Oh, gosh.  When was it?  Such a whirlwind.  Wednesday --

11    I started traveling Wednesday night.  Thursday I arrived.

12    Q    So you were here Thursday, Friday, until today?

13    A    Is it Thursday?  Yes, I believe I got in Thursday.

14    Q    Okay.

15    A    I'm sorry.  It's just been a whirlwind.

16    Q    And you have problems with dates?

17    A    No, it's just I have problems with traveling and not

18    eating or sleeping for 48 hours and being thrown into a

19    courtroom shortly after that.  It's kind of nerve-wracking.

20    I'm sorry.

21    Q    You haven't eaten or slept for the last 48 hours?

22    A    No, when I got here.  That's why I can't figure out,

23    because that whole time was a blur.  I believe I got here on

24    Thursday.

25    Q    And you talked to Mr. Stack when?
```

1    A    Let's see, last week, just before I got here.  So that

2    must have been like Wednesday.

3    Q    And you've talked to Mr. Stack a number of times,

4    haven't you?

5    A    Yes, I have.

6    Q    As a matter of fact, you talked to him right about at

7    the beginning of this investigation, didn't you?

8    A    Well, I approached him first, yes, or his police

9    department.

10   Q    I'm going to get to that, but let me go back to these

11   tapes.

12            You knew you were recording these conversations?

13   A    Yes.

14   Q    And Nancy Marks didn't know you were recording these

15   conversations; is that right?

16   A    Correct.

17   Q    And you wanted to get her to say certain things; is that

18   right?

19   A    Yes.

20   Q    And you were acting and going based on the script that

21   you and the detectives planned in order to get her to say

22   things; is that correct?

23   A    Well, it's not a script word for word, because I have to

24   say things, you know, in my way.

25   Q    I'm sorry, I'll withdraw the word "script."

```
 1              The scenario that you folks plotted out, and you
 2    talked according to that scenario, to try to get her to admit
 3    that she took all your money, and she promised to give it all
 4    back to you, and she wasn't giving it back; is that right?
 5    A    Yes, that was my -- my goal.
 6    Q    Okay.  And she didn't do that, did she?
 7    A    She didn't do what exactly?
 8    Q    Say that she had promised to give all your money back.
 9    A    Well, that's not all the recordings either.
10    Q    That's right.  You made approximately 187 recordings,
11    didn't you?
12    A    I don't know exactly how many.
13    Q    If I told you it was 187, would that sound right?
14    A    I can't remember how many.
15    Q    Was it more than a hundred?
16    A    I don't know.  I don't remember.
17    Q    Okay.  Well, maybe we'll play them all for you.
18    A    It was a lot.
19    Q    Okay.  And those -- these were the six that the
20    Government chose to play, weren't they?
21    A    Correct.
22    Q    Would they choose to play their six best ones?
23              MR. STEFIN:  Objection, Your Honor.
24              THE COURT:  Sustained.
25
```

```
 1   BY MR. SCHWARTZ:

 2   Q    Okay.

 3   A    I don't really know what's best.

 4             THE COURT:  I sustained the objection.  I sustained

 5   the objection, for that reason, you wouldn't know why they

 6   chose the six.

 7   BY MR. SCHWARTZ:

 8   Q    Okay.  On the last recording, you were trying to get her

 9   to say she promised you all your money back, and she said,

10   no, I didn't promise it all back to you; is that right?

11   A    Can I look back at this?  I can't remember word for

12   word.

13   Q    Well, did she say, and I tried to write it down --

14   A    Can you point out what page?

15   Q    Sure.

16   A    It's the last one?  Well, she denied a lot of things.

17   Q    Did she say some of it was to buy items, some of it was

18   for my time, some of it was for meditation?

19   A    I don't know.  You want to point out what page that is,

20   sir?

21   Q    Sure.

22   A    It's just the story's been mixed up throughout the whole

23   relationship, so I don't remember everything word for word.

24   Q    I agree your story has been mixed up.

25             MR. STEFIN:  Objection, Your Honor.
```

```
 1              THE COURT:  Sustained.
 2   BY MR. SCHWARTZ:
 3   Q    We're going to talk, I guess the conversation on or
 4   about the 9th of December, 2007.  And you'll give me a
 5   moment, because I have to find that transcript.
 6              Let's start here for a moment.  Does Nancy say:
 7              "There's a lot of money that you've given me for my
 8   fee, a lot of money you've given me for sacrifice.  There's a
 9   lot of money --
10              "Jennifer -- "
11              And the pages unfortunately aren't numbered, but I
12   believe this is on the bottom of the fifth page.  Do you have
13   that?
14   A    Yes, yes.
15   Q    Do you see at the bottom of the fifth page:
16              "Question:  That's not right."
17              And answer -- I guess answer is Nancy:
18              "There's a lot of money you've given me for my
19   fee."
20              For my fee isn't capitalized.
21              "A lot of money you've given me for sacrifice.
22   There's a lot of money --"
23              And you say:  "It was not a fee.  You told me from
24   the beginning that this was totally --"
25              And Nancy says:  "Oh, my God, that's not so."
```

```
 1                And you say:  "Your guides told you you had to do
 2    this for free.  I didn't even ask you up front how much this
 3    is going to cost, and you said, well, I never did anything
 4    that you didn't want to do.  You agreed to."
 5                Do you remember that?
 6    A     Yes.
 7    Q     You wanted her to say I was going to do this for free
 8    and I was going to give you all of your money back.  And she
 9    says, no, a lot of it was for fees, a lot of it was for
10    sacrifices.  And she says in the conversation, I'm going to
11    give you back the money so your credit card debt free.  Do
12    you remember that?
13    A     Yes.
14    Q     That wasn't saying I was going to give you back all the
15    money, was it?
16    A      In that sentence.  That's not what she meant in that
17    particular sentence.
18    Q     Well, where did she say in any of the six conversations
19    the Government played, I promise to do all of this for you
20    for free, and I promised you I was -- up front that I was
21    going to give you back all your money?  Does she say that?
22    A     She did not say it in this recording.
23    Q     Okay.  And that's what you wanted her to say?
24    A     No, I just wanted my money back.
25    Q     And at some point she says -- when you say I want my
```

```
 1    money back, she says, okay, Jennifer, you know, like she's

 2    trying to calm you down, right?

 3    A    Yes.

 4    Q    But she never says I promised you I was going to do this

 5    all for free and that I would give you all your money back,

 6    does she?

 7    A    I'm not sure.  I mean this is not all the recordings we

 8    have, so in this particular recording, no.

 9    Q    These are all the recordings the Government played,

10    aren't they?

11    A    These are all the recordings that the Government --

12    Q    Played in this courtroom today.

13    A    Yes.

14    Q    Okay.  In fact, from the tone of this conversation, you

15    were telling her, what you did for me didn't work, and now I

16    want my money back; is that right?

17    A    Correct.  I mean, some of what I said was that.

18    Q    You were unhappy with the services you got, and you

19    wanted a refund, is that a fair way to put it?

20    A    No, it's not that fair.

21    Q    Okay.  Because you still say that she promised you up

22    front that you were going to get all your money back.

23    A    Yes, and she always said that she didn't spend it, that

24    she will always have it.  She was holding on to it.

25    Q    Well, you were playing secret agent and recording
```

```
 1    undercover calls, and she didn't know she was being recorded.
 2    Where on these tapes did she say, I said I wasn't going to
 3    spend it?
 4    A    I don't know.  Out of these six, I'm not sure.  Like I
 5    said, this is six out of I don't know how many.
 6    Q    179.
 7              But these are the tapes the Government played.
 8    Anywhere on these tapes does she say, I promise not to spend
 9    it?
10    A    No, because the money was already spent.  It was already
11    gone.  I was -- well, in these tapes I'm proving that I'm
12    wondering where is it, where is it, why is it so difficult to
13    give back to me.
14    Q    In these tapes, you and your detective compatriots --
15              MR. STEFIN:  Objection, Your Honor.
16              MR. SCHWARTZ:  I'm sorry.
17    BY MR. SCHWARTZ:
18    Q    You and the detectives that you were working with wanted
19    to prove that she committed fraud, didn't you?
20              MR. STEFIN:  Objection to what other people are
21    thinking.
22              THE COURT:  Overruled.
23              You can answer.
24              THE WITNESS:  Answer?
25              THE COURT:  You can answer, yes.
```

```
 1              THE WITNESS:  What's the question?
 2   BY MR. SCHWARTZ:
 3   Q     You were making these recordings with the advice and
 4   consent of these detectives to prove that Nancy committed
 5   fraud, right?
 6   A     No, I didn't know what the terminology was at that time.
 7   I wanted to prove that I was asking for my money back and
 8   that it would be difficult.
 9   Q     Did you want to get her to say that she promised from
10   the beginning she wouldn't spend the money?
11   A     No, I wasn't even thinking that far.  I just wanted to
12   prove I was asking for my money back.
13   Q     And Nancy said you're not entitled to the money back
14   because some of it was fees, some of it was sacrifices, but
15   I'll give you some of the money back that you went into
16   credit card debt for if you're not happy with my services.
17   Is that basically the result of these conversations?
18   A     No, the result was more than that.
19   Q     Let's talk about how this investigation started.  Okay?
20   A     Okay.
21   Q     You went to the New York City Police Department; is that
22   right?
23   A     Yes.
24   Q     And you went to the New York City police department on
25   or about March 23rd, 2007; is that fair?
```

```
1    A    Yes.

2    Q    And let me show you two pages that have been marked for

3    identification as Defendant's exhibit 15 and ask you if you

4    recognize it.

5         Let me show you this New York City police report

6    and ask you if you recognize it.

7    A    Yes, I recognize it.

8    Q    What do you recognize it as?

9    A    As a police report.

10   Q    Is that the report of your complaint in March of 2007 to

11   the New York City Police Department?

12   A    Where is the date on here?

13   Q    It's hard to find.  It's very small in the text.

14   A    But, yes, it looks familiar.

15   Q    Okay.

16   A    I don't see the date on here.

17        MR. SCHWARTZ:  I would offer it into evidence, Your

18   Honor.

19        MR. STEFIN:  Objection, Your Honor.

20        THE COURT:  I'm sorry?

21        MR. STEFIN:  Objection.  It's hearsay.  It's not

22   her statement.

23        THE COURT:  Sustained.

24        MR. SCHWARTZ:  Okay.

25        THE COURT:  It's not her statement?
```

```
 1                 MR. STEFIN:  It's not her report.

 2                 THE WITNESS:  It's not my report?

 3                 THE COURT:  I sustained the objection.

 4    BY MR. SCHWARTZ:

 5    Q    It's a report by the police department, but it's not a

 6    report that you wrote; and somebody else wrote it.  Is that

 7    right?

 8    A    Yes.

 9    Q    But did you complain that the alleged crime occurred

10    inside of 21 West 58th Street, Apartment 1A?

11    A    Yes.

12    Q    And did you complain that the crime occurred sometime

13    starting in, I believe September of -- I'm sorry, January of

14    2005?

15    A    I'm sorry, repeat that question.

16    Q    When did you first go to see Nancy Marks?

17    A    Hmm, I don't know, what was that date I said?

18    September 2005, I think.

19    Q    That's right.  They write dates backwards.

20    September 1st, 2005, would that be about right?

21    A    I think so, yes.

22    Q    Okay.  And did you say that -- did you tell the police

23    that Nancy Marks stole money from you?

24    A    Yes.

25    Q    You told us the first visit you went and cashed $4500;
```

1    is that right?  That's what you told us this morning.

2    A    From my best collection of it, or recollection of it,

3    yes.

4    Q    But that's not what you told the New York City police,

5    is it?

6    A    I think I said -- I might have told him 3000, didn't I?

7    I think I might have told him 3000.

8    Q    Why would you tell him 3000 and us 4500?

9    A    Because when I looked back at my paperwork and I look at

10   the receipts of the cash advance, I notice there was 4500.

11   So I under-balled it and said, I don't know, I think it's

12   around 3000.

13          Again, there's so many transactions, I don't

14   remember exactly how many and the dates.

15   Q    But you swore under oath this morning that you gave her

16   4500, and yet when you made a complaint to the New York City

17   Police Department in September of 2005, you said it was 3000.

18   A    Okay.

19   Q    Doesn't bother you?

20   A    No, because I can't remember how many thousands here,

21   there, hundreds here, there, and the dates.  And that was

22   when I was just mentally suffering.  I don't remember.  That

23   was six, seven years ago.  I don't remember the exact amounts

24   and dates.

25   Q    But you looked it up before you came to court today; is

```
 1    that right?

 2    A    I looked it up, well, sometime before today, correct.

 3    Q    But --

 4    A    All this time I thought it was about 3000.

 5    Q    You went to the police back in 2007, a lot closer in

 6    time than we are now to --

 7    A    Correct.

 8    Q    Okay.  And did you tell the police that you gave the

 9    Defendant $3000 in U.S. currency with the understanding that

10    the Defendant was going to remove a curse from you, the

11    Defendant did not perform any services for you, and did not

12    return any of the money after you requested a refund?  Is

13    that what you told them?

14    A    I don't know.  Is that in the report?  I haven't -- you

15    know, this whole thing has been so very, very difficult.  For

16    me to even read that, it's very difficult.

17              MR. SCHWARTZ:  Your Honor, could I ask the witness

18    to answer the questions?

19              THE WITNESS:  I'd like to read that, sir.

20    BY MR. SCHWARTZ:

21    Q    Surely.  Please.

22    A    Okay.  And what was your question?

23    Q    Did you tell the police that you gave Nancy Marks --

24    A    God, you can barely read this.

25    Q    -- $3000 to remove a curse from you, that she didn't
```

```
 1   remove the curse and refused to give you back your money?

 2   A    Does it say that on here?

 3   Q    I'm not allowed to testify as to what it says on there,

 4   but I gave you that for you to look at it and see if it helps

 5   you refresh your recollection as to what you told the New

 6   York City police.

 7   A    (Perusing document.)

 8        I don't know what these abbreviations are, TPO

 9   CV --

10   Q    Time and place of occurrence, TPO?

11   A    It says here CV states that she --

12        MR. STEFIN:  Excuse me, objection.

13        THE COURT:  Don't read from the document, ma'am.

14   Just look at it and tell us if it refreshes your memory as to

15   what you told the police in 2007.

16        THE WITNESS:  (Perusing document.)

17        Yes, it's correct.

18   BY MR. SCHWARTZ:

19   Q    So you told --

20   A    That's what I told him.

21   Q    -- him that you gave her $3000 to remove a curse from

22   you, she didn't remove the curse and wouldn't give you your

23   money back; is that right?

24   A    Yes, that's correct.  That's what I told him.

25   Q    And that was in or around May 23rd -- about May of 2007
```

1   that you first -- I'm sorry, March of 2007 that you first

2   went to the police; is that fair to say?

3   A    Yes, that's fair to say, but I still don't see the date

4   on here.

5   Q    I know.  It's hard to find.  I'll get my magnifying

6   glass and find it for you later.

7            But from your recollection, about when did you go

8   to the police?

9   A    Yes, about that time, February-March 2007.

10  Q    By that time you had, by your testimony, given Nancy

11  about $110,000, hadn't you?

12  A    Yes.

13  Q    Eventually, the police referred you to Fort Lauderdale

14  Police Department; is that right?

15  A    He suggested I do that, yes.

16  Q    Okay.  And you called the Fort Lauderdale Police

17  Department.  Were you in New York or Hawaii when you got in

18  touch with the Fort Lauderdale Police Department?

19  A    I was in Las Vegas.

20  Q    Okay.  Were you ever shown the original offense incident

21  report from when you first reported this to the Fort

22  Lauderdale Police Department?

23  A    I'm not sure.  I don't know what an offense report is.

24  Q    Well, when you first reported this to the first -- to

25  the Fort Lauderdale Police Department, did you talk to a

```
1    woman officer?

2    A    I spoke to a woman first who took my report.

3    Q    And was her name Joan B-o-e-z?

4    A    No, she had a name that I somehow thought it was a

5    nickname, like Babbie or Babble or something short like that.

6    It seemed like it was a nickname.  I wasn't sure if that was

7    her real first name.

8    Q    Let me show you this report and ask you to look at it.

9    I've marked it for identification Defendant's exhibit 16, and

10   tell me on the second page, does it remind you, does it

11   refresh your memory as to the police officer's name?  And I

12   think I misread it B-o-o-z being her last name.

13   A    B-o --

14   Q    O-z, on the second page.

15   A    Oh, yes, that's the name she probably -- was it B-o-o-z,

16   something like that.  I didn't know that was her last name.

17   Q    You thought she drank a lot?

18   A    No, I thought that was a nickname of hers.  I really

19   thought it was Babbie all these years.  That's how I

20   remembered it.

21   Q    Okay.  And you made a complaint about somebody named as

22   Vivian Marks, also known as Vivian Michael, also known as

23   Nancy Marks, also known as Nancy Michael.  Is that okay?

24   A    I don't know if I mentioned all those names to her.

25   Q    Well, look on the front page of the report and see if
```

```
 1    that refreshes your memory.
 2    A     Yes, there's some of those names that she lists here.
 3    Q     And you made that report around April 3rd, 2007; is that
 4    right?
 5    A     Yes, that's correct.
 6    Q     Actually, in one place it says April 3rd, and in one
 7    place it says April 9th on the first two lines; is that fair?
 8    A     Yeah, why are there two dates?  Yes, there are two dates
 9    on here, April 9th, 2007, and April 3rd, 2007.
10    Q     And after you made this report about paying -- excuse
11    me.
12          When you made the report to Police Officer Booz,
13    did you say that you met with Vivian Marks, with aliases,
14    back in September 2005, on several occasions have sent
15    jewelry, clothing, gift cards to Ms. Marks but has never been
16    paid back for these items?  Also, wired money for unknown
17    services and has received nothing in return.  Did you say
18    that?  I'm referring you to page 2, if that helps you
19    remember.
20    A     Yes.
21    Q     At that time you didn't say that she promised to hold
22    your money and return it to you.  You said you paid her for
23    services and you got nothing in return.  Is that what you
24    said?
25    A     That's what this officer wrote.
```

1    Q    Okay.  Does that refresh your memory as to what you

2    said, or did the officer not write what you said?

3    A    Well, I don't remember exactly what I said word for

4    word.

5    Q    But now your claim is that you paid her money, she

6    promised to hold it in a safe, dark place --

7    A    Yes.

8    Q    -- and keep and return all that money to you.

9    A    Uh-huh.

10   Q    Is that right?

11   A    Yes.

12   Q    That's your claim now.

13   A    Yes.

14   Q    But in the report, did you, in fact, say that on several

15   occasions you've sent jewelry, clothing, and gift cards to

16   Ms. Mark (sic), but has never been paid for these items, also

17   wired money to suspect for unknown services and has received

18   nothing in return?

19   A    Yes.

20   Q    Okay.  Now, after you told Detective or Officer Booz

21   about this, you got a telephone call, didn't you?

22   A    I believe I called back.

23   Q    Okay.

24   A    She -- this person, who I didn't know was an officer, I

25   thought it was a clerk, she said if you don't -- we're going

1  to assign this to -- to an officer or detective, and if you

2  don't hear back from us within three days, then call us back.

3  So I believe I called back.

4  Q    And did the detective then call you back after that, or

5  did you talk to the assigned detective when you called?

6  A    I mean, I spoke to Detective Stack.  I don't know

7  exactly if we were playing phone tag first or what, but we

8  finally got ahold of each other.

9  Q    Well, let me show you what's been marked as Defendant's

10 exhibit 17 for identification and ask you if this refreshes

11 your memory as to whether you called Detective Stack or he

12 called you.

13 A    Okay.  So in this call it looks like he called me.

14 Q    May I take that back for a moment?  Thank you.

15         So let me ask you, on or about May 10th, 2007, did

16 you receive a telephone call from Detective Stack?

17 A    I'm sorry, is the date on there, May 10th?

18 Q    Yes.

19 A    Yes.

20 Q    And did Detective Stack tell you he was recording your

21 conversation?

22 A    Yes.

23 Q    And have you ever seen a transcript of the conversation

24 between you and Detective Stack?

25 A    That particular conversation?

```
1    Q     Yes.

2    A     Yes.

3    Q     Okay.  And did Detective Stack -- did you answer:

4    "Hello."

5              And Detective Stack asked:  "Jennifer Hill?"

6              And you said:  "Yes."

7              Remember that?

8    A     Yes.

9    Q     And did he say:  "All right.  This is Detective Stack,

10   uh, the line is being recorded.  I'm a detective with the

11   Fort Lauderdale Police Department.  I'm calling you in

12   reference to your complaint to, uh, Vivian Marks."

13             Do you remember that?

14   A     Does it say that on there?  I mean can I get a copy of

15   it?

16   Q     Surely.  It will take a moment, but I'll give you a

17   copy.

18   A     But, yes, if that's what's on there, that's what I said.

19   Q     Do you have a copy?

20   A     No.

21             MR. SCHWARTZ:  Give me one moment.  I'm sorry, Your

22   Honor.

23             Well, if the Government doesn't object, I would

24   offer this into evidence at this time, the recorded

25   conversation between her and Detective Stack.
```

```
 1              MR. STEFIN:  Well, I mean -- I don't object.

 2              THE COURT:  What's the number?

 3              MR. SCHWARTZ:  It's now Defendant's exhibit 17.

 4              THE COURT:  Seventeen's admitted without objection.

 5         (Defendant's Exhibit No. 17 entered into evidence.)

 6              THE COURT:  Ms. Hill, you can look right in front

 7    of you.  The screen there should have whatever he's going to

 8    show.  Can you see?

 9              THE WITNESS:  Yes.

10    BY MR. SCHWARTZ:

11    Q    And from the opening of that conversation, it appears

12    that this is the first time you've spoken to Detective Stack,

13    would that be fair to say?

14    A    I'm not -- I don't remember exactly what day I first

15    spoke to him.

16    Q    Well --

17    A    And if this recording happened on our first

18    conversation.

19    Q    Well, doesn't he appear in line 9 to be introducing

20    himself to you?

21    A    I don't know.  I mean, he could be just, you know,

22    saying it for the purpose of recording it.

23    Q    Do you have a recollection of talking to him before that

24    time?

25    A    I -- I can't remember.
```

```
 1    Q    You've talked to him hundreds of times now, right?

 2    A    I don't know.  I mean, I never counted even.  I talk to

 3    him a lot.

 4    Q    Okay.  Does he say:  "I'm calling you in reference to

 5    your complaint to Vivian Marks or Nancy Marks?"

 6    A    Yes.

 7    Q    And does he ask you for some insight on this case?

 8    A    Yes.

 9    Q    And then did you tell him the story about walking into

10    the astrology shop?

11    A    Yes.

12    Q    Let me ask you to turn to page 4, and let's start at

13    line 98.  Do you see that?

14    A    Yes.

15    Q    And does he say:  "All right.  Let me ask you this.  Why

16    were you sending her money?"

17              And you say:  "Oh, my God, I don't know.  It's like

18    I don't even know how to explain it.  It's to -- for her work

19    to."

20              Do you remember that?

21    A    Actually, I said I -- "you know, it's like I don't even

22    know how to explain it."  I didn't say "I don't know."

23    Q    I'm sorry.

24    A    I said:  "I don't know how to explain it."

25    Q    Right.  "It's for to -- for her work to."
```

1    A     Yes.

2    Q     And then Mr. Stack volunteers something on the next

3    line, 102:  "I mean, uh, was she going to -- were you paying

4    money to have something cleansed?"

5          Do you remember Mr. Stack saying that?

6    A     I honestly don't remember, but I have read this before,

7    and I remember this recording.  So I'm going to say that that

8    was said, yes.

9    Q     But nowhere before that -- and I invite you to read the

10   first three pages and the rest of page 4 before that.

11   A     Yes.

12   Q     Nowhere in that recording do you ever say I wanted to

13   have my money -- or she was going to cleanse my money.  Isn't

14   it a fact that the first person to ever mention the word to

15   have it cleansed in the conversation between you and Stack

16   was Detective Stack?

17   A     Well, so going back to your first question was, is this

18   the first conversation, and I -- just a few minutes ago, and

19   I said, you know, I'm not sure.  I'm not sure if I spoke to

20   him before, or I don't know if this was the very first

21   conversation, if we were playing phone tag or what.

22          Because let me tell you, it was very difficult to

23   say these words.  It took a long time for me to even get to

24   what you see is page 4 here.  From page 1 --

25          MR. SCHWARTZ:  Your Honor, may I ask that the

 1   witness be directed to answer the question?

 2           THE COURT:  Can you try and answer his question,

 3   please?

 4           THE WITNESS:  Okay.  What was the question?  I'm

 5   sorry, sir.

 6   BY MR. SCHWARTZ:

 7   Q    Anywhere between page 1 and this line on page 4, do you

 8   tell Detective Stack that you gave Nancy Marks your money for

 9   her to cleanse it,or is he the first one in this conversation

10   to use the word "cleansed?"

11   A    I'm not sure.  I would have to read the whole thing.

12   Q    Okay.

13   A    But it could be the first time he uses the word

14   "cleanse."

15   Q    Is it the first time anyone in this conversation uses

16   the word "cleansed?"

17   A    I can't say that.

18   Q    I have -- take your time and read the first three pages.

19           MR. STEFIN:  Judge, I'll stipulate --

20           THE WITNESS:  It's what ended up on the --

21           THE COURT:  Hold on, ma'am.

22           MR. STEFIN:  I'll stipulate that the transcript

23   says whatever it says, instead of going back and forth as to

24   what she thinks it says.

25           THE COURT:  Well, then the jury's going to have to

1   read it to find out what it says.

2           Will you agree that it doesn't say cleanse before

3   then?

4           MR. STEFIN:  I don't have a copy of it, so . . .

5   I'll stipulate to reading the transcript if that would be

6   helpful.

7           THE COURT:  Well, I don't know if Mr. Schwartz

8   wants to have them read the transcript.  I'm trying to save

9   time here, not waste time.

10  BY MR. SCHWARTZ:

11  Q   Anywhere on page 1, do you see the word "cleansed?"

12  A   I don't think so.

13  Q   Anywhere on page 1, do you see that you say she was

14  supposed to give you your money back after it was cleansed?

15  A   I'm sorry, what was your question?

16          MR. SCHWARTZ:  Judge, I'll let the -- during

17  deliberations, I'll let the jury read the exhibit.

18          THE COURT:  Okay.

19          MR. SCHWARTZ:  Thank you.

20          THE COURT:  Is this a good place to stop,

21  Mr. Schwartz?

22          MR. SCHWARTZ:  Sure.

23          THE COURT:  I mean, unless you have a --

24          MR. SCHWARTZ:  No, it's a good place to stop.  I

25  can continue tomorrow.  Thank you.

```
 1              THE COURT:  All right.  Let's break for the

 2   evening, ladies and gentlemen.  And, again, don't discuss the

 3   case, don't form any opinions.  Leave everything at your

 4   seat.  Don't read anything about the case or hear any

 5   reports.  We'll see you tomorrow at 9:00.  Thank you.

 6        (The jury exits the courtroom.)

 7              THE COURT:  Unfortunately, you're going to have to

 8   come back tomorrow, ma'am.  So if you could not discuss your

 9   testimony until tomorrow, and if you could be back at

10   9:00 o'clock.  Thank you.  Have a nice evening.

11              THE WITNESS:  Should I leave everything here?

12              THE COURT:  Yes, why don't you just leave that

13   there.

14              All right.  Is there anything we need to talk about

15   on the record?

16              MR. BARDFELD:  No, Your Honor.

17              MR. STEFIN:  No, not from the Government.

18              THE COURT:  What are we doing about the suppression

19   motion?  I haven't heard anything back from the Government

20   yet.

21              MR. STEFIN:  Can we do that in the morning?

22              THE COURT:  Yeah.  I mean, I thought we were going

23   to -- I was going to get something on Friday.

24              MR. STEFIN:  I apologize.

25              THE COURT:  Okay.  So are you going to submit
```

```
 1   something tomorrow?
 2           MR. STEFIN:  Well, I'll be prepared to argue it
 3   tomorrow first thing.
 4           THE COURT:  Okay.
 5           MR. STEFIN:  Do we want to start a couple minutes
 6   early to talk about that?
 7           THE COURT:  Am I going to get any case law?  Am I
 8   going to have it to review beforehand, are you're just going
 9   to --
10           MR. STEFIN:  Just wing it?
11           THE COURT:  That's what it sounds like, you're just
12   going to wing it?
13           MR. STEFIN:  I'm just going to review it again, and
14   I'll have case law, or I'll make a quick response tonight.
15           THE COURT:  Well, as long as you give me something
16   to, you know, look at.
17           MR. STEFIN:  Okay.
18           THE COURT:  All right.  Anything else we need to
19   talk about?
20           MR. SCHWARTZ:  Nothing, Your Honor.  Thank you.
21           THE COURT:  Okay.  Can we go off the record then?
22           MR. SCHWARTZ:  Surely.
23           (Discussion held off the record.)
24           THE COURT:  Okay.  We'll see you tomorrow.
25   Remember, we only have three and a half days this week.
```

```
 1                  On Thursday, would that be a problem for anyone to

 2      start at 8:30 on Thursday?

 3                  MR. SCHWARTZ:  No problem.

 4                  THE COURT:  I'll ask the jurors to see if they'll

 5      be willing to come in a half hour early so we can try and get

 6      at least three solid hours in.

 7                  All right.  Thank you.  See you tomorrow.

 8           (The evening recess was taken at 5:00 p.m.)

 9                              *  *  *  *  *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          * * * * *

2                        I N D E X

3    Testimony of Jennifer Hill

4            Direct by Mr. Stefin              4

5            Cross by Mr. Schwartz             111

6                          * * * * *

7                     E X H I B I T S

8    Government's Exhibits in Evidence:

9            Government's 104-7 through 104-9   67

10           Government's 104                   69

11           Government's 22                    97

12           Government's 104-1A through 104-6A  98

13           Government's 104-1B through 104-6B  98

14   Defendant's Exhibits in Evidence:

15           Defendant's 17                    136

16                          * * * * *

17                      CERTIFICATE

18       I, Stephen W. Franklin, Registered Merit Reporter, and

19   Certified Realtime Reporter, certify that the foregoing is a

20   correct transcript from the record of proceedings in the

21   above-entitled matter.

22       Dated this 10th day of NOVEMBER, 2013.

23

24       /s/Stephen W. Franklin
         _____
25       Stephen W. Franklin, RMR, CRR

**$**

$10,000 [1]  31/7
$1000 [2]  83/14 85/10
$110,000 [2]  72/24 130/11
$2000 [2]  83/13 85/9
$2176 [1]  88/8
$25 [1]  10/6
$25,000 [1]  28/1
$2500 [5]  83/11 83/11 84/9 85/5 85/7
$288 [1]  90/4
$3000 [9]  39/3 39/23 71/7 71/24 71/25 72/18
 128/9 128/25 129/21
$4000 [1]  39/1
$450 [1]  73/13
$4500 [2]  20/17 126/25
$495.75 [1]  73/16
$50 [2]  10/5 13/13
$50,000 [3]  83/10 84/16 85/4
$500 [3]  29/6 29/13 37/23
$5000 [2]  27/1 41/21
$90,000 [1]  27/25
$900 [1]  32/17
$9000 [4]  25/1 67/17 68/3 68/9
$9900 [1]  106/14

**'**

'05 [2]  71/21 72/5
'06 [3]  73/5 113/18 113/19
'70s [1]  37/2
'til [1]  82/17

**-**

-v [1]  1/5

**/**

/s/Stephen [1]  144/24

**0**

001 [1]  69/17
002 [1]  78/7
003 [2]  79/22 97/7
005 [1]  84/24
006 [1]  85/21
008 [1]  84/7
019 [1]  86/25
021 [1]  87/10
023 [1]  71/12
039 [1]  73/4
059 [1]  89/25

**1**

1000s [1]  25/13
102 [1]  138/3
104 [5]  68/22 69/6 69/9 78/6 144/10
104-1A [4]  44/5 98/16 100/22 144/12
104-1B [3]  98/20 98/25 144/13
104-2A [2]  102/13 102/14
104-3 [1]  99/11
104-4A [1]  102/12
104-5B [1]  106/20
104-6 [1]  98/13
104-6A [4]  44/6 98/16 107/23 144/12
104-6B [4]  98/21 98/25 107/24 144/13
104-7 [3]  67/8 67/11 144/9
104-8 [4]  67/1 67/8 67/11 68/7
104-9 [5]  67/2 67/8 67/11 67/16 144/9
10:08 [1]  43/21
10:24 [1]  43/21
10:53 [1]  63/12

10th [3]  134/15 134/17 144/22
11 [1]  102/13
11-80072-CR-MARRA [1]  1/2
111 [1]  144/5
11:16 [1]  63/12
11th [1]  84/9
12 [1]  62/23
12:06 [1]  92/17
13 [1]  2/7
1341 [1]  91/13
136 [1]  144/15
13th [1]  73/4
15 [3]  43/16 43/20 125/3
15-minute [1]  107/3
1551 [1]  91/22
1577 [1]  95/6
16 [2]  60/7 131/9
160 [1]  1/10
17 [4]  134/10 136/3 136/5 144/15
179 [1]  123/6
18 [2]  91/2 94/19
187 [2]  118/10 118/13
18th [2]  78/12 78/21
1978 [1]  93/16
1983 [1]  91/13
1987 [1]  4/24
1990 [1]  91/23
1:15 [2]  90/21 90/25
1:18 [1]  92/17
1:31 [1]  95/17
1:36 [1]  95/17
1A [6]  44/5 69/22 98/16 100/22 126/10
 144/12
1B [3]  98/20 98/25 144/13
1st [1]  126/20

**2**

200 [2]  1/21 90/4
200.620 [2]  63/17 63/21
2000 [1]  93/4
2005 [10]  5/4 33/25 34/21 34/25 72/19
 126/14 126/18 126/20 127/17 132/14
2006 [10]  34/16 34/16 34/17 34/21 35/1
 47/22 82/7 113/12 113/12 114/17
2007 [30]  34/4 34/18 64/20 64/25 77/19
 77/19 78/1 93/1 93/12 100/19 100/22 102/14
 103/11 106/19 107/25 111/7 113/13 114/22
 120/4 124/25 125/10 128/5 129/15 129/25
 130/1 130/9 132/3 132/9 132/9 134/15
2008 [7]  78/1 78/8 78/21 84/10 93/4 111/7
 111/12
2010 [1]  113/18
2013 [2]  1/8 144/22
21 [2]  69/21 126/10
21st [2]  93/1 93/8
22 [7]  83/13 85/8 96/19 96/24 97/3 97/7
 144/11
23rd [2]  124/25 129/25
24th [2]  26/23 26/23
251 [2]  93/16 93/19
2511 [2]  91/3 94/20
25th [1]  27/6
27th [1]  103/11
2A [2]  102/13 102/14
2C [2]  91/3 91/3
2D [3]  91/4 91/4 94/20
2nd [1]  106/19

**3**

30 [2]  8/24 9/14

3000 [6]  127/6 127/7 127/8 127/12 127/17
 128/4
32 [2]  8/19 9/14
33301 [1]  1/18
33401 [1]  1/24
33432 [1]  1/22
37 [1]  90/9
3768 [1]  1/23
3:00 in [1]  22/7
3:07 [1]  107/9
3:24 [1]  107/9
3A [1]  99/11
3B [1]  99/11
3rd [3]  132/3 132/6 132/9

**4**

4500 [3]  127/8 127/10 127/16
48 [2]  116/18 116/21
4:00 in [1]  22/8
4A [2]  102/12 103/11
4B [1]  103/12
4th [1]  100/22

**5**

50 percent [1]  32/5
500 [2]  1/17 25/12
514-3768 [1]  1/23
561 [1]  1/23
573 [2]  93/16 93/19
57th [1]  9/10
58th [3]  9/11 69/21 126/10
5:00 [1]  143/8
5A [1]  106/19
5B [1]  106/20
5th [1]  102/14

**6**

67 [1]  144/9
69 [1]  144/10
6A [4]  44/6 98/16 107/23 144/12
6B [4]  98/21 98/25 107/24 144/13

**7**

700 [1]  1/21
701 [1]  1/24
702 [1]  91/13
7th [1]  1/18

**8**

80 [1]  90/5
8000 [1]  25/12
8:30 [1]  143/2
8th [1]  100/19

**9**

9000 [3]  25/11 25/12 67/17
918 [1]  91/22
96 [1]  95/6
97 [1]  144/11
98 [3]  137/13 144/12 144/13
9:00 [1]  141/5
9:00 o'clock [1]  141/10
9th [4]  107/25 120/4 132/7 132/9

**A**

a.m [4]  43/21 43/21 63/12 63/12
abandon [1]  82/9
abandoned [1]  82/8
abbreviations [1]  129/8
ability [2]  7/8 11/10

**A**

able [9]  17/21 21/10 52/1 54/11 57/14 82/15 100/24 101/2 108/5
above [1]  144/21
above-entitled [1]  144/21
accept [2]  17/18 84/15
acceptable [2]  44/12 44/13
accepted [1]  85/14
accessories [1]  57/10
accident [1]  6/5
accommodate [1]  82/12
accompany [1]  5/9
accomplish [1]  17/21
accomplished [1]  26/6
according [3]  63/20 78/24 118/2
Accordingly [1]  83/2
account [8]  27/21 27/24 28/3 47/8 47/9 47/10 47/14 84/8
accurately [1]  57/22 57/22
acknowledge [1]  85/21
acknowledges [3]  85/21 85/24 86/5
across [4]  9/23 14/10 70/20 88/22
act [2]  85/25 86/6
acting [7]  59/21 64/22 91/6 91/15 92/5 115/13 117/20
action [2]  85/17 86/8
activities [1]  33/13
actual [1]  99/4
actually [23]  5/8 12/6 12/21 14/6 17/10 28/7 40/2 41/9 48/7 56/7 56/8 56/18 70/4 71/6 71/13 86/16 86/19 86/22 88/19 90/7 107/24 132/6 137/21
added [1]  57/10
addition [1]  46/19
additional [4]  32/25 85/12 91/2 106/15
address [2]  9/8 78/25
administration [1]  4/21
admissibility [4]  93/21 94/9 94/17 95/8
admissible [8]  58/15 60/2 60/24 61/6 61/17 63/25 65/15 94/19
admission [1]  86/7
admit [2]  23/12 118/2
admitted [7]  14/2 67/10 69/8 97/2 98/15 98/24 136/4
adopted [1]  63/1
advance [4]  20/3 20/12 65/10 127/10
advances [1]  20/5
advice [1]  124/3
advices [1]  69/20
advised [2]  2/21 54/23
advising [1]  3/1
affected [1]  93/22
affecting [1]  104/23
affirms [2]  85/22 86/5
aforementioned [1]  85/14
after [43]  3/7 8/11 14/24 20/18 21/10 21/19 21/20 26/5 26/25 26/25 27/10 27/18 32/23 39/9 43/21 46/13 53/25 54/5 55/5 55/6 56/12 63/12 64/21 66/7 72/15 79/12 82/18 92/9 92/17 93/13 95/17 96/2 98/1 107/9 107/18 111/10 114/22 116/19 128/12 132/10 133/20 134/4 140/14
afternoon [2]  111/23 111/24
again [32]  17/25 22/9 22/17 24/8 27/9 28/15 28/19 30/4 42/15 43/2 47/6 49/18 57/12 61/24 64/8 67/17 78/6 79/25 81/16 82/23 84/24 85/3 87/16 89/22 101/8 110/4 110/6 114/21 115/4 127/13 141/2 142/13
against [1]  58/14

agent [4]  65/23 93/23 93/23 122/25
ago [6]  77/5 77/11 95/2 95/14 127/23 138/18
agree [6]  13/5 45/15 83/5 83/6 119/24 140/2
agreed [1]  121/4
agreement [11]  46/7 83/12 83/14 84/1 84/1 84/2 84/15 84/25 85/24 86/3 86/10
ahead [2]  75/6 108/17
ahold [2]  100/8 134/8
airline [2]  89/13 89/22
aliases [1]  132/13
alive [3]  4/13 100/2 105/7
alleged [2]  93/24 126/9
allow [3]  60/8 60/12 83/15
allowed [1]  129/3
allowing [1]  83/16
allows [1]  60/20
almost [4]  23/6 23/15 34/5 71/8
alone [1]  75/17
along [2]  45/24 80/12
already [10]  12/9 12/10 41/8 78/8 78/17 80/11 97/5 98/6 123/10 123/10
also [25]  6/4 7/20 8/12 8/24 27/19 27/19 28/9 29/24 40/4 66/15 84/4 87/9 89/2 89/5 89/10 89/13 95/16 98/18 100/9 104/23 131/22 131/22 131/23 132/16 133/16
always [26]  13/25 14/19 14/20 16/13 16/13 21/4 24/18 24/20 25/25 26/25 27/14 27/15 28/22 30/17 31/1 32/14 32/15 40/6 49/25 66/22 83/3 83/22 106/3 108/19 122/23 122/24
am [9]  11/13 26/7 29/1 29/1 36/6 46/10 83/9 142/7 142/7
Amendment [1]  91/18
AMERICA [1]  1/3
American [2]  4/11 7/17
among [1]  62/3
amount [7]  19/19 29/12 29/13 32/11 73/13 80/13 86/15
amounts [4]  29/9 29/17 30/4 127/23
analogous [1]  92/2
Angeles [2]  35/2 35/3
anger [1]  115/16
angry [1]  30/22
another [17]  8/6 30/18 30/18 37/19 40/2 46/24 47/8 48/11 53/20 70/17 93/15 102/22 102/25 103/21 104/4 104/4 104/5
answer [16]  18/15 31/21 32/1 60/17 61/1 74/25 75/6 120/17 120/17 123/23 123/24 123/25 128/18 135/3 139/1 139/2
answer -- I [1]  120/17
answered [1]  11/8
anticipation [1]  36/5
anxiety [4]  36/5 81/15 81/18 81/20
any [53]
anybody [13]  2/8 2/21 10/11 10/15 20/23 23/22 23/22 33/13 33/19 33/22 53/22 64/21 101/22
anyone [6]  3/12 11/20 37/5 43/19 139/15 143/1
anything [26]  2/20 3/12 11/18 17/3 19/13 24/13 33/2 37/5 45/25 48/21 52/6 52/19 53/7 54/10 54/11 54/24 54/25 79/9 79/10 108/15 112/25 121/3 141/4 141/14 141/19 142/18
anyway [2]  33/21 38/19
anywhere [5]  112/3 123/8 139/7 140/11 140/13
aol.com [1]  1/25
apart [1]  76/4
apartment [14]  50/7 69/22 74/14 75/8 75/19

76/9 90/8 113/8 113/21 114/8 114/11 114/25 115/1 126/10
apartments [3]  75/12 75/13 75/13
apologize [6]  41/17 58/17 61/14 61/24 96/8 141/24
Apparently [1]  38/3
appeal [1]  61/18
appear [1]  136/19
Appearances [1]  1/15
appears [1]  136/11
appellate [1]  45/18
applicability [1]  93/21
applied [1]  94/4
apply [2]  38/17 91/10
applying [1]  94/8
approach [3]  8/14 58/4 64/5
approached [1]  117/8
appropriate [1]  45/7
approval [1]  95/6
approximately [8]  20/16 34/15 37/21 38/25 72/21 77/13 77/25 118/10
April [5]  132/3 132/6 132/7 132/9 132/9
April 3rd [3]  132/3 132/6 132/9
April 9th [2]  132/7 132/9
area [4]  34/11 34/13 48/1 48/3
aren't [2]  120/11 122/10
argue [2]  25/16 142/2
argued [1]  30/20
arguing [4]  28/20 37/5 108/9 110/5
argument [1]  94/2
around [24]  5/4 21/14 21/14 23/22 24/4 27/16 27/16 30/23 31/22 36/17 37/23 37/25 47/22 51/18 74/12 100/13 104/5 104/22 104/22 113/13 114/16 127/12 129/25 132/3
arrived [2]  32/11 116/11
arrow [1]  6/20
ask [16]  7/25 10/24 11/10 12/17 15/24 18/8 19/8 25/21 26/7 28/21 28/22 29/12 31/24 32/24 40/24 49/19 53/20 56/13 56/16 56/8 58/18 59/4 59/11 59/12 59/17 61/22 66/3 68/6 68/22 71/5 96/19 98/22 101/11 110/8 121/2 125/3 125/6 128/17 131/8 134/10 134/15 137/7 137/12 137/15 138/25 143/4
asked [30]  9/16 9/25 10/22 11/7 11/15 11/19 11/19 12/6 12/6 12/6 12/13 25/6 29/9 32/2 32/14 41/4 41/9 41/16 42/1 45/20 49/20 49/22 49/23 50/7 68/17 71/1 101/3 109/11 110/10 135/5
asking [12]  10/16 11/11 25/10 43/3 50/17 58/25 82/9 88/3 101/5 105/23 124/7 124/12
asks [1]  85/20
assign [1]  134/1
assigned [1]  134/5
assisted [1]  82/14
assume [1]  59/11
assuming [2]  64/8 92/4
assure [1]  32/3
astrology [3]  6/19 6/23 137/10
attacks [3]  81/15 81/18 81/20
attempting [1]  80/2
attorney [3]  77/21 78/2 111/25
Attorney's [1]  1/17
attorneys [1]  62/4
Audio [17]  99/14 100/17 100/25 102/7 103/1 103/9 103/15 104/6 104/15 105/5 105/11 106/17 106/23 108/3 108/23 109/14 110/25
August [4]  5/5 64/20 93/1 93/8
August 21st [2]  93/1 93/8
aunt [1]  6/4
AUSA [2]  1/16 1/16

**A**

auspices [2]  58/20 64/23
authorities [3]  54/22 59/18 59/20
authority [4]  54/6 59/6 61/12 91/2
authorization [2]  64/20 65/24
authorize [1]  110/1
available [1]  73/10
Ave [1]  9/12
avenue [1]  102/25
Avery [1]  2/7
aware [3]  2/21 114/16 114/21
away [10]  14/3 16/19 19/5 26/22 75/10 76/8
77/1 99/25 100/2 105/10

**B**

B-o [1]  131/13
B-o-e-z [1]  131/3
B-o-o-z [2]  131/12 131/15
Babbie [2]  131/5 131/19
Babble [1]  131/5
baby [2]  97/12 97/18
bachelor's [1]  4/21
back [118]
background [2]  4/10 4/20
backwards [2]  24/3 126/19
bad [9]  14/17 14/19 14/20 14/21 14/22 15/12
15/13 30/23 53/14
baffled [1]  75/12
bag [3]  87/18 87/19 87/20
balance [1]  20/7
balled [1]  127/11
Banana [2]  42/24 109/19
bank [11]  18/20 19/21 19/22 19/23 19/24
20/11 20/19 22/12 25/7 47/7 68/18
banks [2]  19/25 22/15
Bardfeld [1]  1/16
barely [4]  9/21 51/17 72/3 128/24
based [5]  9/8 22/24 54/5 54/21 117/20
basically [8]  22/22 27/24 84/16 93/20 94/1
94/4 94/7 124/17
basis [1]  93/25
Beach [2]  1/7 1/24
became [1]  64/22
because [67]
before [33]  1/12 2/6 3/12 7/3 17/4 21/24
22/11 29/18 29/19 34/20 35/5 47/6 50/22
57/5 60/5 79/12 88/21 101/18 101/19 101/20
102/19 106/24 108/7 116/8 117/1 127/25
128/2 136/23 138/6 138/9 138/10 138/20
140/2
beforehand [1]  142/8
began [1]  93/12
begin [1]  3/12
beginning [11]  32/19 34/25 48/21 49/3 74/17
74/18 75/22 83/21 117/7 120/24 124/10
behind [3]  13/6 13/10 13/11
being [14]  3/11 12/25 30/24 45/11 47/17
50/14 50/14 76/12 76/13 113/3 116/18 123/1
131/12 135/10
beings [1]  7/8
believe [29]  2/17 7/6 17/3 18/18 20/17 24/6
33/21 34/4 35/24 59/15 62/17 74/11 77/8
83/2 83/7 83/15 84/2 84/14 86/16 88/20 93/5
99/5 111/7 116/13 116/23 120/12 126/13
133/22 134/3
believed [2]  7/7 52/24
believing [1]  24/13
bell [1]  46/21
belonged [1]  70/22

below [1]  70/17
belt [3]  97/12 97/15 97/16
berserk [2]  50/23 51/19
besides [1]  40/23
best [8]  6/5 11/9 45/1 57/9 83/4 118/22 119/3
127/2
Betty [1]  114/7
between [8]  9/24 17/5 34/21 79/1 134/24
135/25 138/15 139/7
Beulen [2]  2/16 2/18
Beverly [4]  35/23 47/17 70/3 88/15
big [3]  7/18 99/17 109/12
bill [1]  71/25
bit [4]  4/9 12/21 17/10 52/22
black [3]  13/11 114/2 114/3
blame [1]  27/13
blank [1]  18/9
blanket [1]  14/10
blew [1]  53/24
blindside [1]  108/21
blizzard [2]  75/15 113/14
blizzards [1]  113/17
blocking [2]  12/25 51/17
blow [1]  6/6
Blue [1]  89/25
blur [1]  116/23
boards [1]  35/14
Boca [1]  1/22
body [3]  101/16 101/16 103/7
book [4]  68/23 68/25 69/1 69/12
booked [1]  35/18
Booz [2]  132/12 133/20
borrow [3]  108/11 108/12 108/17
boss [1]  23/22
both [9]  16/24 17/2 45/15 46/7 60/8 60/13
76/18 76/24 78/4
bother [1]  127/19
bottom [3]  85/13 120/12 120/15
bought [5]  88/4 88/13 89/7 89/22 110/16
Boulevard [1]  1/17
box [2]  39/10 39/11
boy [1]  14/19
boyfriend [11]  6/8 12/1 16/11 19/6 24/15
26/13 26/16 26/19 35/13 82/7 103/19
bracelet [10]  11/6 13/11 13/16 13/19 14/14
97/12 97/13 97/14 97/18 97/19
Brad [1]  2/14
brainwashing [1]  23/15
bread [1]  29/7
break [12]  15/17 15/20 22/20 43/10 43/12
50/10 52/10 65/13 90/16 92/8 107/8 141/1
breakup [2]  6/6 16/17
briefly [1]  34/11
bring [12]  2/6 3/5 39/20 41/9 42/1 46/11
50/13 51/5 95/22 104/19 107/15 110/12
bringing [4]  17/14 26/3 41/21 53/6
broke [3]  12/14 28/25 49/16
broken [2]  12/1 16/20
brother [4]  4/16 104/17 104/25 106/10
brother's [1]  106/9
brothers [1]  4/15
brought [3]  5/7 52/10 82/3
Broward [1]  1/17
Buddhism [1]  7/20
building [2]  2/10 2/11
built [1]  9/20
Bulgari [1]  87/10
bump [2]  73/23 114/25
bumped [4]  15/19 90/7 112/8 112/13
burning [1]  110/7

burnt [6]  109/17 109/18 110/12 110/17
110/17 110/19
business [9]  4/21 5/9 5/17 8/13 69/14 69/17
69/21 75/8 88/11
busy [1]  110/5
buy [14]  23/3 29/7 43/4 57/10 87/17 87/22
87/25 88/3 88/6 97/22 109/23 109/25 110/15
119/17
buying [3]  43/7 43/9 89/13

**C**

California [7]  47/18 63/1 82/11 82/20 82/24
83/1 89/8
called [11]  2/14 100/14 100/15 101/9 130/16
133/22 134/3 134/5 134/11 134/12 134/13
calling [3]  26/22 135/11 137/4
calls [4]  82/4 93/10 102/1 123/1
calm [6]  51/12 76/4 76/8 77/2 77/3 122/2
came [15]  10/1 13/17 14/18 26/18 32/22 37/8
38/1 38/6 52/17 57/17 67/19 71/19 99/24
104/5 127/25
can't [29]  2/13 2/14 7/11 10/4 12/14 16/23
19/23 19/23 19/24 24/25 33/19 35/1 37/4
42/25 48/10 51/6 51/6 52/14 64/14 68/14
88/1 97/15 113/20 116/22 118/14 119/11
127/20 136/25 139/17
candle [2]  23/9 23/10
candles [3]  23/2 23/3 33/9
capacity [2]  45/2 92/5
capitalized [1]  120/20
card [31]  8/13 10/5 10/10 10/11 20/2 20/2
20/5 20/7 20/13 38/9 38/17 39/3 39/23 40/1
40/4 40/5 40/8 40/8 40/12 69/14 69/17 71/1
71/7 71/24 71/25 72/1 88/10 88/12 109/21
121/11 124/16
cards [6]  10/10 10/11 42/20 42/22 132/15
133/15
care [3]  30/4 88/18 102/25
carnivals [1]  7/5
carrot [4]  16/13 26/24 100/10 100/14
Cartier [15]  36/14 38/2 38/14 38/21 40/4
40/4 40/9 70/24 71/8 71/23 80/11 80/14 87/1
96/13 97/7
Cartier-003 [1]  97/7
case [22]  1/2 2/8 3/13 43/15 61/8 62/6 64/9
90/19 93/15 93/16 93/22 93/25 94/4 94/6
94/11 95/6 107/3 137/7 141/3 141/4 142/7
142/14
cases [3]  91/12 94/7 95/8
cash [14]  18/24 19/19 19/21 20/3 20/5 20/9
20/12 20/19 20/21 41/22 88/10 88/24 89/2
127/10
cashed [1]  126/25
cashing [1]  84/20
cast [1]  112/19
catch [1]  110/4
Catholicism [1]  7/20
caught [1]  103/24
cause [1]  86/8
caused [3]  6/13 67/4 96/8
causes [1]  85/17
CDs [2]  44/5 98/19
cents [1]  90/5
ceremony [1]  33/9
certain [6]  23/9 26/13 26/14 39/21 39/21
117/17
certificate [4]  87/4 96/14 97/5 144/17
Certified [1]  144/19
certify [1]  144/19
cetera [1]  63/3

## C

chair [4]  50/25 51/3 77/4 77/5
chairs [2]  9/21 21/1
chance [2]  6/25 94/10
chance -- I [1]  6/25
change [4]  32/1 52/6 52/20 65/4
changes [1]  64/17
chaos [2]  24/10 66/21
chapter [1]  91/5
charges [1]  73/14
charity [3]  50/8 50/13 50/14
Charles [1]  56/6
Charlie [1]  78/9
chasing [1]  84/21
cheating [1]  103/24
check [12]  20/10 60/7 60/9 61/21 66/4 66/16
  67/16 68/9 84/4 84/8 84/12 84/20
checked [2]  64/18 102/22
checks [7]  47/3 55/14 66/14 67/2 67/4 68/2
  68/3
children [3]  5/2 104/21 104/24
choice [1]  104/5
choose [2]  55/10 118/22
chose [2]  118/20 119/6
Christianity [1]  7/20
chunk [1]  99/17
church [3]  33/5 50/16 50/19
Circuit [4]  91/13 91/23 93/16 95/5
circumstances [2]  74/23 97/21
cited [2]  93/16 95/6
citing [2]  92/7 94/7
city [9]  94/1 113/8 124/21 124/24 125/5
  125/11 127/4 127/16 129/6
civil [2]  85/25 86/8
claim [3]  112/8 133/5 133/12
claimed [1]  39/15
claiming [1]  17/20
claims [2]  28/17 85/17
Clause [1]  85/1
clean [1]  44/22
cleanse [4]  138/13 139/9 139/14 140/2
cleansed [6]  138/4 138/15 139/10 139/16
  140/11 140/14
clear [3]  16/24 17/2 49/15
Clematis [1]  1/24
clerk [1]  133/25
client [3]  79/1 79/1 79/5
clients [3]  21/13 21/14 29/4
close [3]  4/5 6/4 114/14
closed [4]  2/12 9/24 77/6 88/22
closer [1]  128/5
closet [2]  9/20 75/9
clothes [7]  43/9 109/18 109/23 109/25 110/8
  110/11 110/14
clothing [7]  23/2 43/5 43/5 88/14 89/5
  132/15 133/15
codify [1]  84/1
cold [2]  75/16 113/16
collection [1]  127/2
college [1]  4/19
color [2]  91/6 114/1
colored [1]  97/16
comfort [1]  82/21
comfortable [1]  10/14
coming [5]  12/7 48/20 51/10 51/10 101/8
comments [1]  55/17
committed [2]  123/19 124/4
communicate [3]  7/8 21/10 56/8
communicating [2]  24/6 55/16

communication [3]  91/7 91/8 91/9
company [1]  89/7
comparable [1]  80/6
compatriots [1]  123/14
compensate [1]  80/7
compensated [1]  80/25
complain [2]  126/9 126/12
complained [1]  31/2
complaining [1]  31/3
complaint [5]  125/10 127/16 131/21 135/12
  137/5
complaints [1]  95/9
complete [1]  15/6
completed [1]  31/19
comply [2]  25/15 29/13
composite [9]  9/14 68/22 69/6 70/8 78/6
  79/22 96/19 96/25 97/7
con [1]  74/17
concealed [1]  91/16
concluded [1]  62/1
condition [2]  81/21 82/3
conditions [1]  85/12
conduct [1]  55/3
conference [1]  62/1
confident [2]  61/3 61/4
Confidentiality [1]  84/25
confirmation [1]  52/22
confront [1]  77/7
confusion [1]  66/21
Connecticut [1]  41/3
conned [2]  49/8 75/23
consensual [2]  60/8 98/2
consent [11]  58/22 60/9 60/13 60/20 62/24
  62/25 64/20 64/23 91/9 94/16 124/4
consented [1]  94/18
consents [2]  91/18 91/25
consider [1]  82/3
consideration [1]  85/16
considering [1]  80/17
constant [1]  24/10
constantly [1]  100/10
constitute [2]  83/8 86/7
consultants [1]  69/19
consultation [1]  81/2
contact [7]  22/2 34/2 47/20 56/1 77/14 78/2
  79/5
contacted [4]  55/21 77/13 77/20 87/7
contacting [1]  100/7
contains [1]  68/23
contents [1]  68/25
context [1]  17/11
continue [5]  46/17 65/11 66/11 102/6 140/25
continued [1]  34/3
contractual [1]  85/24
controls [1]  94/16
conversation [35]  11/9 11/17 17/8 27/11 54/5
  54/16 57/10 62/24 91/17 91/25 94/18 99/10
  99/18 103/10 104/17 105/19 106/18 107/24
  108/25 109/4 111/6 120/3 121/10 122/14
  134/21 134/23 134/25 135/25 136/11 136/18
  138/15 138/18 138/21 139/9 139/15
conversations [32]  44/4 44/11 54/21 56/17
  56/24 57/7 57/14 57/22 59/16 62/11 62/15
  64/21 65/12 65/15 79/18 79/20 94/9 98/3
  102/9 104/18 105/14 107/25 111/2 111/9
  115/9 115/10 115/13 115/18 117/12 117/15
  121/18 124/17
conveying [1]  105/19
convince [1]  17/12
cooperating [1]  92/3 101/19

cooperation [2]  62/8 79/3
cope [1]  53/1
copies [7]  44/22 44/22 44/23 45/1 45/21
  45/22 45/24
copy [7]  45/21 45/22 87/6 135/14 135/17
  135/19 140/4
cord [1]  97/13
Cormican [3]  78/18 84/8 111/14
corner [4]  35/18 35/22 36/12 73/8
correct [34]  33/25 59/7 67/23 69/23 73/5
  73/16 73/17 78/10 78/15 78/23 84/10 85/6
  85/11 88/9 88/25 89/12 90/1 93/14 96/16
  98/4 98/5 98/8 111/8 115/6 117/16 117/22
  118/21 122/17 128/2 128/7 129/17 129/24
  132/5 144/20
corroborate [1]  93/2
cost [5]  15/24 16/1 16/2 37/21 121/3
costly [1]  15/23
couch [2]  14/8 14/8 76/10 76/11
couldn't [2]  17/3 31/8
counsel [8]  2/5 43/24 63/15 82/22 83/2 92/21
  95/23 107/12
counseling [1]  81/2
counted [1]  137/2
couple [2]  105/15 142/5
course [12]  18/21 23/9 27/18 31/1 36/5 37/8
  39/17 55/3 57/6 60/12 89/18 111/3
court [7]  1/1 1/23 2/1 44/2 44/9 44/12 46/1
  61/6 127/25
courtroom [15]  3/7 43/17 46/13 62/9 64/15
  66/7 73/25 90/22 96/2 107/5 107/18 112/3
  116/19 122/12 141/6
cover [1]  106/10
covers [1]  94/13
CPE [1]  1/23
CR [1]  1/2
crap [1]  23/21
crazy [2]  51/14 74/13
create [1]  61/18
credit [26]  20/1 20/2 20/5 20/7 20/9 20/12
  38/5 38/6 38/8 38/8 38/9 38/11 38/13 38/15
  38/17 38/21 40/8 71/25 88/10 88/11 88/12
  106/3 106/13 109/21 121/11 124/16
cried [1]  54/20
crime [3]  86/8 126/9 126/12
criminal [4]  85/25 91/20 93/22 95/8
cross [3]  65/12 111/21 144/5
Cross-examination [1]  111/21
CRR [2]  1/23 144/25
crucial [1]  92/11
crying [3]  54/13 75/16 103/23
culture [1]  7/19
cultures [1]  7/18
curiosity [1]  7/1
curiosity [1]  128/9
curse [17]  14/25 15/9 15/17 15/20 16/11
  17/23 18/25 22/20 53/1 104/22 112/21
  112/23 128/10 128/25 129/1 129/21 129/22
cursed [3]  14/22 14/23 14/23
CV [2]  129/9 129/11

## D

dangled [2]  16/14 26/24
dare [3]  51/4 51/5 51/7
dark [4]  21/4 28/8 50/1 133/6
dash [1]  51/21
date [11]  26/13 68/2 68/8 71/21 113/9 113/10
  125/12 125/16 126/17 130/3 134/17
dated [5]  72/5 84/9 102/13 102/14 144/22
dates [8]  57/23 116/16 126/19 127/14 127/21

**D**

dates... [3] 127/24 132/8 132/8
dating [2] 6/10 102/4
days [3] 56/7 134/2 142/25
DC [1] 58/13
deal [1] 109/12
dealing [3] 31/18 78/8 83/18
dear [1] 6/7
Debbie [1] 2/16
debt [4] 50/5 50/11 121/11 124/16
December [8] 34/16 47/22 106/18 107/25
111/7 111/7 113/12 120/4
December 2006 [2] 47/22 113/12
December 2007 [1] 111/7
December 9th [1] 107/25
decided [2] 5/23 109/7
decision [2] 85/23 108/14
deduction [1] 50/9
deem [1] 80/7
DEFENDANT [18] 1/7 1/19 35/3 42/20
44/13 74/6 74/9 74/10 76/14 76/25 77/4 79/8
83/19 89/14 91/14 128/9 128/10 128/11
Defendant's [7] 125/3 131/9 134/9 136/3
136/5 144/14 144/15
definite [1] 18/15
definitely [1] 17/7
degree [2] 4/21 4/23
delay [1] 96/6
deliberation [1] 44/19
deliberations [1] 140/17
delivered [1] 89/2
demands [1] 85/17
demeanor [1] 30/21
denied [1] 119/16
department [19] 25/7 54/7 55/24 56/3 56/11
77/17 109/19 117/9 124/21 124/24 125/11
126/5 127/17 130/14 130/17 130/18 130/22
130/25 135/11
depict [1] 57/22
deprived [1] 24/11
deputization [2] 93/5 93/7
deputized [3] 64/19 92/23 94/1
describe [1] 101/14
described [2] 40/23 87/25
designated [2] 89/11 98/20
desperate [1] 82/1
detail [1] 57/11
detective [34] 54/13 54/16 56/2 56/6 56/8
56/12 56/16 64/18 78/9 94/1 94/14 98/2
100/4 115/19 115/19 115/21 123/14 133/20
134/1 134/4 134/5 134/6 134/11 134/16
134/20 134/24 135/3 135/5 135/9 135/10
135/25 136/12 138/16 139/8
detectives [4] 115/19 117/21 123/18 124/4
determine [1] 94/8
determining [1] 93/21
devastating [1] 23/25
developed [1] 79/1
device [1] 91/16
devil's [3] 51/10 51/10 51/11
didn't [63]
died [3] 106/7 114/16 114/22
different [7] 15/2 15/22 18/8 18/8 33/2 33/11
106/2
difficult [11] 5/25 6/1 17/17 23/12 49/13 53/3
123/12 124/8 128/15 128/16 138/22
difficulties [1] 104/25
digital [2] 57/6 57/9
direct [6] 4/1 65/11 65/14 111/16 113/14

144/4
directed [1] 139/1
directions [1] 35/20
disappear [2] 51/21 104/9
disc [1] 95/15
discharge [1] 85/17
discuss [17] 16/10 26/4 43/15 43/18 49/14
62/3 62/6 79/6 90/19 90/24 92/8 107/3 107/6
107/7 108/16 141/2 141/8
discussed [2] 13/15 100/3
discussing [1] 62/21
Discussion [1] 142/23
disheveled [1] 14/10
display [1] 67/16
dispute [3] 65/22 78/25 79/2
disregard [1] 99/6
distinctly [1] 93/8
distribute [3] 103/13 106/21 108/1
DISTRICT [3] 1/1 1/1 1/13
districts [1] 55/7
divorced [3] 41/1 41/8 41/15
doctor [1] 102/22
document [7] 78/6 79/22 86/25 87/9 129/7
129/13 129/16
documentation [1] 66/1
documents [4] 68/18 68/23 87/9 93/2
does [18] 8/1 46/21 69/25 86/7 101/12 101/16
120/6 121/21 122/6 123/8 129/2 131/10
131/10 133/1 135/14 137/4 137/7 137/15
doesn't [14] 30/7 37/6 45/11 46/4 46/12
64/11 68/12 91/10 106/11 108/16 127/19
135/23 136/19 140/2
doing [18] 7/25 18/12 18/23 21/3 23/21
25/20 25/21 26/8 29/1 33/9 33/14 47/5 53/15
57/5 89/23 94/23 102/18 141/18
dollars [2] 19/16 106/15
don't [132]
donated [1] 50/19
done [12] 4/17 24/21 26/11 26/11 31/24 47/6
50/1 50/3 63/24 64/1 64/1 102/19
door [10] 6/20 9/18 9/25 14/8 76/9 76/10
76/17 77/6 112/13 114/15
double [1] 86/15
down [23] 6/14 6/17 9/10 23/10 42/8 45/11
46/4 51/13 51/24 52/3 62/19 76/4 76/8 77/2
77/2 77/2 77/3 77/4 77/5 84/21 104/4 119/13
122/2
drafts [1] 44/23
drank [1] 131/17
draw [1] 24/18
drawer [1] 41/7
drive [3] 30/7 35/22 70/10
during [18] 31/17 34/7 35/7 43/19 44/16
44/19 48/12 48/18 55/16 72/22 78/20 81/18
82/19 83/18 90/24 92/8 107/7 140/16

**E**

E-mail [1] 1/25
each [4] 9/24 17/17 25/14 134/8
earlier [1] 98/1
early [9] 34/17 56/7 59/19 77/19 82/7 99/18
113/18 142/6 143/5
easel [1] 6/17
easily [1] 101/24
East [1] 1/17
eat [1] 29/7
eaten [1] 116/21
eating [1] 116/18
education [1] 4/20
effect [3] 28/13 28/18 95/10

either [3] 45/5 64/3 118/9
electronic [1] 91/7
Eleventh [3] 91/13 91/23 95/5
else [12] 4/12 17/3 20/23 24/9 40/15 48/5
61/10 75/10 79/10 114/13 126/6 142/18
elsewhere [1] 54/22
emotional [5] 12/2 81/2 82/3 82/13 82/21
emotions [2] 23/25 109/5
employment [1] 82/14
enclosed [2] 84/1 84/4
end [7] 31/11 32/5 32/19 34/16 34/25 46/1
47/15
ended [3] 31/21 37/12 139/20
endorsed [2] 67/21 68/10
enforcement [18] 55/21 58/20 59/6 59/24
60/14 60/15 63/7 65/1 68/18 69/3 72/16
77/12 77/13 86/19 86/23 87/7 92/3 92/12
enforcement's [1] 58/22
engage [1] 59/25
engagement [1] 41/17
enough [6] 38/8 45/12 45/14 60/11 64/14
68/16
enter [1] 85/23
entered [6] 67/11 69/9 97/3 98/16 98/25
136/5
enters [5] 3/7 46/13 66/7 96/2 107/18
entire [3] 23/8 34/9 37/1
entitled [4] 83/16 84/24 124/13 144/21
entrusted [1] 80/12
equal [2] 83/13 85/8
equation [1] 64/18
equipment [3] 57/2 57/13 96/7
error [1] 61/18
ESQ [1] 1/19
estimated [1] 72/21
et [1] 63/3
et cetera [1] 63/3
even [30] 6/2 9/19 9/21 11/15 20/6 21/15
31/8 36/23 38/12 38/13 44/16 44/24 49/4
60/3 60/12 60/22 82/25 86/15 94/14 108/14
112/23 113/2 114/9 121/2 124/11 128/16
137/2 137/18 137/21 138/23
evening [3] 14/2 141/10 143/8
event [2] 24/17 93/8
eventually [4] 79/11 79/15 104/20 130/13
ever [31] 7/2 7/2 20/5 23/19 26/4 26/14 26/15
26/15 26/19 28/2 28/12 31/17 31/18 32/2
40/20 40/24 53/11 72/10 72/18 73/21 80/14
80/20 90/6 101/18 108/6 110/8 113/2 130/20
134/23 138/12 138/14
every [19] 20/7 22/6 22/20 22/21 22/21 23/6
25/17 30/16 32/16 33/2 49/12 57/12 62/24
66/19 66/19 71/8 84/22 106/1 109/8
everyone [10] 2/2 3/9 43/23 46/15 63/14 66/9
84/3 92/19 96/4 107/20
everything [15] 15/4 16/15 16/15 19/1 23/14
26/17 30/16 51/1 65/4 90/20 110/22 114/13
119/23 141/3 141/11
evidence [22] 8/19 44/16 58/2 61/16 67/7
67/12 69/6 69/9 78/5 91/20 95/9 96/25 97/3
98/12 98/17 99/1 99/7 125/17 135/24 136/5
144/8 144/14
evil [6] 18/24 26/2 27/16 30/23 66/23 112/19
evilness [1] 104/22
ex [4] 16/11 24/15 26/13 35/13
ex-boyfriend [4] 16/11 24/15 26/13 35/13
exact [3] 86/24 113/10 127/23
exactly [19] 2/14 10/4 18/20 21/23 35/1
45/23 48/10 68/4 86/24 88/1 97/14 101/12
113/20 118/7 118/12 127/14 133/3 134/7

**E**

exactly... [1]  136/14
examination [4]  4/1 111/17 111/21 113/15
examine [1]  111/19
example [3]  25/11 26/12 73/3
exception [3]  60/13 63/7 91/10
exchange [2]  21/24 91/19
exclusion [1]  60/25
excuse [6]  31/1 32/22 32/23 89/14 129/12 132/10
excuses [1]  30/16
executed [1]  83/12
exercised [1]  85/22
exhausted [1]  27/18
exhibit [33]  8/19 8/24 9/14 9/14 44/8 67/1 67/11 68/22 68/23 69/9 70/8 71/12 73/3 79/22 84/7 84/23 90/9 96/19 96/24 97/3 97/7 98/16 98/25 100/22 103/11 106/19 107/23 125/3 131/9 134/10 136/3 136/5 140/17
exhibit 104 [1]  68/22
exhibit 104-4A [1]  103/11
exhibit 104-5A [1]  106/19
exhibit 104-7 [1]  67/1
exhibit 15 [1]  125/3
exhibit 16 [1]  131/9
exhibit 17 [2]  134/10 136/3
exhibit 22 [3]  96/19 96/24 97/7
exhibit 30 [2]  8/24 9/14
exhibit 32 [2]  8/19 9/14
exhibit 37 [1]  90/9
exhibited [1]  44/16
exhibits [4]  58/2 98/12 144/8 144/14
exhibits 104-1 [2]  58/2 98/12
exist [1]  7/12
existence [1]  7/6
exists [1]  7/12
exit [1]  51/17
exits [5]  43/17 62/9 90/22 107/5 141/6
expectation [2]  80/24 91/14
expecting [1]  44/8
expensive [1]  38/12
experience [1]  101/17
experiencing [1]  81/15
explain [12]  16/4 24/9 37/16 39/14 40/1 42/9 47/23 55/3 67/19 137/18 137/22 137/24
explained [3]  20/8 54/19 68/5
explanation [4]  22/17 32/25 43/2 89/16
exposed [1]  7/19
exposure [1]  7/14
express [1]  49/17
extent [2]  99/5 99/7

**F**

F.2d [4]  91/13 91/22 93/16 93/19
F.3d [1]  95/6
face [2]  86/14 114/10
fact [15]  4/19 12/1 14/23 27/11 28/17 29/21 54/2 77/11 86/19 93/23 95/7 117/6 122/14 133/14 138/14
factored [2]  16/11 16/11
fair [12]  64/14 68/16 83/8 84/2 85/15 122/19 122/20 124/25 130/2 130/3 132/7 136/13
fairly [2]  61/3 93/13
fairs [1]  7/4
faith [13]  18/2 18/4 18/5 18/5 18/7 18/9 18/10 18/13 27/3 27/4 80/10 105/23 105/23
fall [1]  55/8
familiar [1]  125/14
family [15]  4/9 15/5 28/14 28/18 29/5 29/6

29/8 29/10 33/13 42/20 104/23 108/6 108/7 108/11 111/9
far [3]  24/21 112/4 124/11
fast [2]  10/3 108/20
father [1]  7/1
fault [2]  65/9 105/21
favorite [1]  38/3
fearful [1]  48/20
February [4]  84/9 113/18 113/18 130/9
February-March [1]  130/9
federal [26]  1/21 59/1 59/9 59/18 59/20 60/24 60/24 61/6 61/7 64/9 65/1 65/5 65/23 91/11 92/3 92/4 92/5 92/11 93/21 93/22 93/23 94/4 94/8 94/15 95/7 95/8
federally [2]  92/24 94/14
FedEx [1]  88/21
fee [8]  78/25 80/19 80/21 87/23 120/8 120/19 120/20 120/23
feed [3]  29/5 29/7 29/10
feel [4]  10/14 13/21 14/7 65/9
feeling [1]  23/23
fees [3]  10/4 121/9 124/14
felt [2]  53/10 75/17
Ferguson [1]  1/20
few [8]  61/23 62/4 62/19 69/11 77/11 95/14 101/23 138/18
fictitious [1]  101/25
fifth [6]  4/11 7/17 9/12 93/16 120/12 120/15
fight [7]  14/1 27/14 27/15 71/8 79/17 83/22 108/8
figure [3]  49/10 51/13 116/22
figures [1]  32/11
final [3]  6/6 83/14 85/9
finally [3]  54/13 86/17 134/8
fine [4]  3/3 44/20 65/19 92/13
finished [1]  62/20
firm [3]  78/17 79/25 111/14
first [49]
fit [2]  9/20 24/15
five [5]  32/20 32/20 43/11 48/11 48/18
FL [2]  1/18 1/22
flames [1]  110/20
flesh [2]  102/10 103/6
flew [1]  57/17
flight [1]  35/18
Floor [1]  1/18
FLORIDA [25]  1/1 1/7 1/24 55/7 55/10 55/12 55/15 55/23 56/2 56/14 56/20 55/21 59/5 59/8 60/12 63/1 73/11 89/18 89/19 89/20 109/20 115/22 115/25 116/7 116/9
focus [1]  24/12
folder [1]  86/25
folks [2]  93/15 118/1
followed [6]  15/9 33/23 36/13 83/13 85/7 85/8
following [13]  3/7 43/22 46/13 58/7 63/13 66/7 85/21 91/12 92/18 95/18 96/2 107/10 107/18
food [2]  10/3 29/5
force [4]  59/18 64/19 64/22 64/23
foregoing [1]  144/19
forget [1]  18/20
form [5]  43/15 62/6 84/2 90/19 141/3
Fort [2]  1/18 55/23 56/2 56/11 130/17 130/13 130/16 130/18 130/21 130/25 135/11
forth [1]  139/23
fortune [2]  5/17 7/3
forward [1]  39/21
found [8]  63/16 63/17 63/17 63/18 64/4 93/4 93/15 104/20

four [5]  31/25 44/22 48/4 48/11 48/18
Fourth [1]  91/18
frank [9]  101/22 101/22 102/2 102/5 103/4 103/19 103/24 104/3 106/12
Frank's [3]  101/6 103/6 104/1
Franklin [4]  1/23 144/18 144/24 144/25
Franks [1]  101/23
frantic [1]  76/1
fraud [3]  85/25 123/19 124/5
Fred [2]  1/19 111/25
free [18]  16/3 16/5 16/6 16/9 17/25 18/22 18/22 18/23 25/19 28/24 29/1 80/22 87/23 121/2 121/7 121/11 121/20 122/5
frenzy [2]  22/7 24/10
frequent [1]  25/12
Friday [3]  2/10 116/12 141/23
friend [4]  6/5 6/7 54/3 54/4
friend's [1]  72/14
friends [1]  33/13
front [12]  6/21 8/24 16/14 24/2 26/24 76/20 100/10 121/2 121/20 122/22 131/25 136/6
frustration [1]  115/16
full [3]  83/8 85/15 85/16
fun [1]  7/4
funds [3]  27/17 30/8 47/11
further [7]  16/10 44/15 56/13 86/9 92/8 101/13 101/14
future [1]  7/9

**G**

gathered [1]  91/20
gave [21]  2/12 2/19 8/12 8/19 13/19 14/3 14/13 20/22 35/20 47/13 47/14 53/4 64/23 71/1 72/22 127/15 128/8 128/23 129/4 129/21 139/8
general [4]  11/11 11/16 12/5 84/24
generation [2]  4/11 7/17
gentleman [1]  38/5
gentlemen [10]  3/10 43/14 46/16 62/2 90/18 96/6 99/2 107/2 107/21 141/2
getting [6]  27/17 48/22 49/5 51/19 78/21 108/7
ghastly [1]  36/25
gift [25]  39/3 39/23 39/24 40/1 40/4 40/4 40/8 40/12 42/19 42/22 71/1 71/7 71/24 72/1 80/12 80/15 87/3 87/24 87/24 88/5 88/6 96/14 97/5 132/15 133/15
girl [3]  75/21 75/24 76/13
give [41]  7/10 7/13 10/17 10/24 14/21 31/4 31/17 31/18 33/4 33/6 33/8 41/20 42/12 45/13 45/20 47/8 50/10 50/17 56/21 58/24 64/20 109/12 112/15 115/3 115/6 118/3 118/8 120/4 121/8 121/11 121/14 121/21 122/5 123/13 124/15 129/1 129/22 135/16 135/21 140/14 142/15
given [11]  50/16 71/23 80/11 80/21 83/20 91/9 120/7 120/8 120/18 120/21 130/10
giving [9]  13/23 19/9 22/17 33/14 48/12 54/2 71/7 118/4
glared [2]  76/23 76/23
glass [1]  130/6
glasses [1]  112/4
goal [1]  118/5
goals [1]  26/6
God [6]  16/7 16/7 36/6 120/25 128/24 137/17
gods [1]  50/2
goes [8]  8/12 79/4 83/25 84/3 85/12 86/9 101/13 101/14
going [135]
gold [1]  97/16

## G

gone [6]  35/14 35/14 110/14 110/15 110/17 123/11
gonna [1]  27/6
good [31]  2/2 3/9 3/13 4/3 4/4 14/11 14/17 14/19 15/14 15/15 15/15 15/16 15/19 16/3 21/12 32/18 45/1 45/12 45/14 45/21 45/22 45/22 45/24 80/10 84/21 88/18 90/16 111/23 111/24 140/20 140/24
gosh [2]  36/23 116/10
got [24]  14/9 28/1 36/10 37/18 39/9 40/11 53/12 53/12 57/6 94/23 100/8 109/24 109/24 111/13 116/8 116/13 116/22 116/23 117/1 122/18 130/17 132/23 133/21 134/8
gotten [1]  14/7
GOVERNMENT [20]  1/4 1/16 45/20 52/19 54/6 58/8 59/17 91/15 91/19 91/24 92/2 101/19 118/20 121/19 122/9 122/11 123/7 135/23 141/17 141/19
Government's [31]  3/14 3/19 8/19 8/24 9/14 9/14 58/2 67/1 67/11 68/21 69/6 69/9 71/12 73/3 84/7 90/9 96/18 96/24 97/3 98/12 98/16 98/25 100/22 103/11 106/19 144/8 144/9 144/10 144/11 144/12 144/13
governs [1]  95/7
grabbed [1]  14/10
grandmother [5]  99/7 99/25 100/1 105/7 106/7
grandparents [1]  6/3
gray [1]  113/24
great [2]  4/6 6/4
green [1]  37/2
grief [1]  17/19
grieved [1]  6/2
grieving [1]  16/14
grocery [1]  29/6
growing [3]  7/14 7/17 7/18
guard [1]  114/2
Gucci [4]  36/14 36/16 36/18 37/22
guess [3]  24/12 48/11 48/23 53/3 58/12 59/14 60/19 61/1 75/9 87/18 104/19 120/3 120/17
guessing [1]  115/25
guide [1]  24/7
guides [5]  16/7 16/7 16/7 24/7 121/1
guilt [1]  86/7

## H

H-i-l-l [1]  3/24
hadn't [1]  130/11
hair [5]  113/22 113/24 114/1 114/3 114/5
half [5]  14/25 15/6 15/8 142/25 143/5
Hampshire [1]  63/3
hand [8]  11/3 44/25 45/8 70/13 70/15 73/8 99/8 110/1
handful [1]  57/18
handing [3]  27/14 28/21 44/7
handle [1]  44/2
hands [1]  76/6
handwriting [1]  71/14
hang [1]  82/1
happen [18]  5/4 5/16 9/8 17/3 26/12 26/14 26/15 27/8 27/10 27/11 35/3 48/22 104/8 104/12 106/2 106/2 106/4 106/13
happened [20]  7/21 7/24 11/2 13/17 17/18 17/18 26/24 31/9 36/10 36/10 36/15 39/7 52/9 53/5 53/22 54/18 54/19 93/17 104/2 136/17
happening [1]  48/22

happy [1]  124/16
hard [11]  4/6 14/16 14/18 17/24 24/20 29/1 29/5 109/13 115/17 125/13 130/5
harder [8]  6/2 25/3 25/3 30/24 30/25 31/3 32/10 105/22
Hardly [1]  48/16
haven't [6]  63/19 112/4 116/21 117/4 128/14 141/19
having [9]  16/20 28/2 58/9 62/4 96/7 103/21 104/25 105/14 106/19
Hawaii [10]  4/8 7/18 58/24 58/25 59/11 60/9 60/20 116/3 116/5 130/17
Hawaii's [2]  59/3 61/21
he's [15]  12/9 24/22 24/22 26/22 27/6 33/6 33/8 33/9 46/4 51/10 79/4 100/11 104/4 115/25 136/7
head [1]  43/1
headnotes [1]  93/20
health [2]  81/5 102/21
hear [8]  4/6 26/23 56/1 100/24 101/2 106/6 134/2 141/4
heard [4]  3/12 101/20 115/10 141/19
hearing [3]  45/2 46/5 99/4
hearsay [1]  125/21
heart [3]  80/25 81/5 81/6
heavily [2]  79/14 79/16
held [5]  11/7 58/7 83/22 95/6 142/23
Hello [1]  135/4
help [8]  15/16 15/17 15/20 16/8 64/12 65/6 81/9 86/21
helped [1]  81/9
helpful [1]  140/6
helping [3]  23/15 35/13 53/1
helps [2]  129/4 132/18
herbs [2]  23/2 23/3
here [36]  4/6 10/1 13/24 15/18 19/22 21/18 36/3 38/17 51/12 52/23 59/2 61/15 63/25 91/10 105/13 105/19 109/20 112/5 116/8 116/12 116/22 116/23 117/1 120/6 125/12 125/16 127/20 127/21 129/2 129/11 130/4 132/2 132/9 138/24 140/9 141/11
heritage [1]  4/10
hers [2]  40/7 131/18
herself [5]  8/7 28/12 28/16 29/10 39/11
high [1]  7/4
higher [1]  7/8
Highway [1]  1/21
Hill [24]  3/18 3/19 3/23 4/3 4/7 46/19 64/24 66/5 66/11 66/14 68/17 71/23 73/7 73/21 84/9 94/18 95/24 95/25 96/12 111/2 111/23 135/5 136/6 144/3
Hills [4]  35/23 47/17 70/3 88/16
himself [1]  136/20
hit [1]  108/20
Hmm [1]  126/17
hold [16]  19/11 21/5 26/9 26/10 38/23 39/13 39/14 42/6 42/7 42/17 53/20 53/20 74/21 132/21 133/6 139/21
holding [1]  122/24
holds [1]  91/14
holidays [1]  29/2
home [9]  21/7 21/20 21/21 22/1 34/7 41/7 81/25 97/17 97/24
honestly [1]  138/6
Honor [47]  2/24 3/4 3/17 8/15 9/13 44/14 46/9 58/1 58/5 63/9 65/3 65/9 65/21 65/25 67/9 67/13 69/5 69/7 74/6 74/20 81/11 90/14 90/17 92/13 94/22 95/11 95/21 96/10 98/11 99/12 103/13 104/10 106/21 107/14 108/1 111/17 111/19 118/23 119/25 123/15 125/18

125/19 128/17 135/22 138/25 141/16 142/20
HONORABLE [1]  1/12
honorably [1]  83/3
hope [3]  3/10 26/24 53/4
hopefully [1]  100/23
horrible [1]  53/11
hotel [2]  5/14 72/11
hour [1]  143/5
hours [5]  22/6 81/22 116/18 116/21 143/6
house [3]  72/14 99/18 100/1
however [1]  79/3
huge [1]  50/5
huh [2]  112/2 133/9
hundred [1]  118/15
hundreds [2]  127/21 137/1
hung [1]  100/10
hunt [2]  22/21 22/23
hunts [1]  22/14
hurry [2]  32/8 33/19
husband [6]  30/3 89/17 89/21 108/12 114/16 114/22

## I

I'd [6]  7/1 7/16 8/3 32/5 98/22 128/19
I'll [24]  10/12 13/24 19/14 31/24 44/20 65/6 71/9 81/11 91/11 95/4 101/14 117/25 124/15 130/5 135/16 139/19 139/22 140/5 140/16 140/17 142/2 142/14 142/14 143/4
I'm [97]
I've [17]  4/18 14/4 14/14 14/15 14/15 15/18 22/9 22/9 24/20 29/2 47/6 65/25 74/18 102/18 109/24 109/24 131/9
idea [2]  82/23 82/25
ideas [1]  102/19
identification [5]  44/9 67/1 125/3 131/9 134/10
illegal [4]  60/23 61/4 63/22 86/6
illegally [1]  58/16
Illinois [1]  63/2
illness [2]  105/25 106/7
imagine [2]  37/4 51/15
immediate [1]  81/1
immediately [5]  13/19 15/21 76/4 83/12 85/7
important [2]  32/9 36/1
in still [1]  16/15
inadmissible [1]  61/16
Inc [3]  66/16 67/5 67/17
incident [3]  40/24 53/5 130/20
including [1]  96/14
income [1]  27/19
incorrect [1]  99/6
indicate [1]  42/15
indicated [8]  57/23 69/12 78/18 90/2 96/13 98/1 98/6 111/6
Indicating [2]  69/19 74/6
indicative [1]  86/6
indicted [1]  58/14
infection [2]  102/25 105/25
influence [1]  85/23
informant [3]  91/16 91/24 92/3
information [4]  47/8 47/9 47/13 47/14
initial [3]  83/11 85/4 98/20
initially [2]  8/6 9/17
inquiries [2]  2/8 2/22
inquiry [1]  2/23
inside [2]  76/8 126/10
insight [1]  137/7
insisted [2]  12/23 88/6
inspired [1]  6/13
installment [3]  83/14 85/4 85/9

**I**

installments [2] 83/13 85/9
instance [2] 40/11 88/17
instead [2] 20/9 139/23
instruction [2] 98/23 99/3
instructions [2] 22/25 33/23
insulted [1] 86/13
intended [2] 39/23 80/14
interactions [2] 34/5 68/19
intercept [1] 91/6
intercepted [1] 94/9
interception [2] 63/22 91/9
interests [1] 83/4
interrupted [1] 76/21
interruption [1] 66/10
introduce [1] 90/7
introduced [4] 8/7 73/23 75/21 113/3
introducing [2] 82/14 136/19
investigation [3] 56/14 117/7 124/19
investigations [1] 63/8
investigator [1] 59/21
invite [1] 138/9
involve [1] 93/17
involved [1] 4/18
irrelevant [2] 59/3 60/23
IRS [3] 51/7 52/16 53/6
is -- you [1] 36/21
isn't [4] 19/22 60/16 120/20 138/13
issue [10] 31/22 60/5 60/10 60/25 61/11
 61/18 80/13 92/11 94/22 104/21
issued [2] 59/22 67/4
issues [6] 53/1 60/4 62/20 81/1 81/5 96/7
it -- you [1] 20/10
it's [86]
it,or [1] 139/9
items [9] 22/24 42/24 69/11 88/13 89/5 97/17
 119/17 132/16 133/16
itself [1] 99/7

**J**

jail [4] 51/8 52/13 52/13 52/17
January [6] 78/8 78/12 78/21 111/12 113/13
 126/13
January 18th [2] 78/12 78/21
January 2007 [1] 113/13
January 2008 [1] 78/8
Japanese [2] 4/11 7/17
jealous [1] 15/8
Jean [1] 75/21
Jennifer [27] 3/18 3/19 3/23 14/16 18/1 22/8
 24/24 27/4 28/23 28/25 31/3 33/7 33/21 37/7
 38/11 71/23 73/7 76/3 76/7 84/9 88/2 108/19
 109/23 120/10 122/1 135/5 144/3
Jersey [1] 48/7
Jet [1] 89/25
jewelry [10] 11/18 10/25 11/3 23/2 40/25
 41/22 70/21 87/20 132/15 133/15
JH [11] 69/17 71/12 73/4 78/7 79/22 84/7
 84/24 85/21 86/25 87/10 89/25
JH-001 [1] 69/17
JH-002 [1] 78/7
JH-003 [1] 79/22
JH-005 [1] 84/24
JH-006 [1] 85/21
JH-008 [1] 84/7
JH-019 [1] 86/25
JH-021 [1] 87/10
JH-023 [1] 71/12
JH-039 [1] 73/4

JH-059 [1] 89/25
JH015 [1] 70/8
Joan [1] 131/3
job [2] 82/14 82/17
joined [1] 59/20
Joyce [4] 66/16 67/5 67/17 67/21
JUDGE [14] 1/13 2/23 45/6 58/21 60/3 61/24
 62/23 63/19 64/5 93/14 94/12 94/25 139/19
 140/16
July [1] 73/4
jurisdiction [5] 54/23 55/7 58/11 58/16 59/2
jurisdiction -- you [1] 54/23
juror [1] 2/7
jurors [5] 2/6 43/25 46/11 95/22 143/4
jury [20] 1/11 3/7 43/17 44/16 44/18 45/1
 46/13 61/22 61/22 62/5 62/9 66/7 90/22 96/2
 100/23 107/5 107/15 107/18 140/17 141/6
jury's [2] 65/16 139/25
just [164]
justifiable [1] 91/14

**K**

Keechl [1] 1/20
keep [12] 17/14 19/14 21/4 21/17 24/19 26/3
 27/4 31/3 31/4 80/17 96/8 133/8
keeping [1] 26/8
keeps [1] 80/22
KENNETH [1] 1/12
Kent [3] 78/18 84/8 111/14
kept [9] 18/5 21/2 22/7 51/3 72/16 72/25
 73/18 82/9 97/19
kind [16] 4/17 7/14 10/13 13/22 15/23 19/16
 19/20 22/22 36/2 50/8 50/9 57/2 61/19 76/18
 105/14 116/19
kinds [5] 22/23 23/16 25/10 30/15 30/15
knew [6] 6/15 21/11 41/15 41/18 105/3
 117/12
know [198]
known [3] 131/22 131/22 131/23
knows [1] 91/18
Kopelowitz [1] 1/20

**L**

LA [7] 35/4 35/7 35/7 35/18 41/9 42/3 42/12
labeled [2] 44/5 97/6
ladies [10] 3/10 43/14 46/16 62/2 90/18 96/6
 99/2 107/2 107/21 141/2
lady [3] 2/10 74/4 114/7
laid [1] 15/4
Las [5] 62/13 62/14 78/14 98/10 130/19
last [21] 3/13 3/22 3/23 14/18 21/21 32/3
 32/24 74/11 77/8 96/12 99/3 111/6 116/2
 116/5 116/7 116/21 117/1 119/8 119/16
 131/12 131/16
late [5] 11/14 34/17 34/21 82/20 93/4
lately [1] 116/1
later [9] 8/9 8/10 9/8 42/18 43/7 43/8 98/3
 111/13 130/6
Lauderdale [12] 1/18 55/24 56/2 56/11
 58/23 73/10 130/13 130/16 130/18 130/22
 130/25 135/11
Laurence [1] 1/16
law [45] 5/8 55/21 58/14 58/20 58/22 59/6
 59/9 59/9 59/24 60/13 60/15 60/23 60/24
 61/7 61/8 61/21 63/7 63/22 64/1 65/1 65/7
 65/8 68/18 69/3 72/16 77/12 77/13 78/17
 79/25 86/19 86/23 87/7 91/6 92/3 92/11
 93/21 94/3 94/4 94/5 94/8 95/7 95/10 111/13
 142/7 142/14
lawful [1] 62/25

laws [3] 58/24 59/3 62/25
lawyer [1] 78/17
lawyers [1] 86/18
lead [1] 104/4
lean [1] 81/16
learn [1] 29/21
learned [1] 8/11
least [9] 18/13 49/21 49/21 50/8 50/10 54/17
 63/4 86/15 143/6
leave [10] 13/1 13/5 13/10 39/7 43/15 83/9
 90/20 141/3 141/11 141/12
leaving [1] 2/10
left [14] 2/19 6/22 13/11 21/10 21/19 21/24
 24/2 36/8 52/6 70/15 73/8 99/17 100/1 106/7
left-hand [2] 70/15 73/8
legal [8] 58/10 59/1 59/2 59/4 59/8 59/9
 59/13 60/1
legally [2] 63/24 64/1
legitimate [1] 83/3
length [1] 18/1
Les [7] 82/8 100/8 101/8 103/4 103/6 104/5
 109/25
Les' [1] 101/5
let [39] 10/24 23/22 31/16 50/12 59/17 60/9
 61/15 66/15 66/15 66/25 67/16 68/8 68/21
 71/12 78/5 79/21 84/23 86/25 90/9 94/6
 96/18 97/6 99/16 101/2 103/17 105/13 108/5
 113/12 117/10 125/2 125/5 131/8 134/9
 134/15 137/12 137/15 138/22 140/16 140/17
let's [24] 7/23 23/3 36/12 58/23 61/22 61/25
 63/6 63/10 90/18 95/22 95/24 97/11 100/16
 106/24 107/2 107/15 109/3 109/16 113/6
 117/1 120/6 124/19 137/12 141/1
letter [5] 78/11 78/24 79/12 84/4 111/13
Lewinski [2] 58/9 58/13
Lexington [1] 75/11
liability [1] 86/8
life [37] 4/17 5/22 6/1 11/18 11/20 11/20
 11/21 12/7 12/7 12/10 14/23 15/1 15/2 15/5
 15/10 16/16 16/18 17/13 17/19 23/25 24/7
 24/17 24/18 28/13 40/17 40/18 53/1 53/2
 53/11 53/13 69/20 82/1 100/12 100/13 101/8
 101/25 106/2
lifetime [3] 14/24 14/25 15/3
lifetimes [1] 15/10
lifting [1] 52/25
light [2] 6/22 23/9
lighting [1] 33/8
liked [1] 15/6
line [13] 20/9 38/5 38/7 38/8 38/11 38/11
 38/15 38/21 135/10 136/19 137/13 138/3
 139/7
line 9 [1] 136/19
line 98 [1] 137/13
lines [1] 132/7
listen [3] 44/18 49/4 57/18
lists [1] 132/2
little [12] 4/9 6/1 12/25 14/13 15/22 20/25
 44/24 50/6 51/16 52/22 75/8 79/22
live [3] 21/14 48/3 75/14
lives [1] 14/24
living [6] 48/5 55/18 66/21 75/25 78/14 116/4
loan [3] 25/8 31/8 108/6
loans [2] 27/19 108/7
located [2] 58/11 98/9
location [1] 69/25
locations [1] 82/12
locator [1] 82/15
locked [1] 74/18
long [8] 14/16 21/20 31/22 48/3 48/4 91/17

# L

long... [2]  138/23 142/15
longer [1]  30/25
looked [6]  6/21 10/8 76/23 127/9 127/25
128/2
looking [6]  10/22 23/18 24/5 65/7 92/10 93/3
looks [15]  63/21 63/25 65/8 67/22 71/21 72/3
73/4 73/13 79/22 84/7 84/13 88/8 97/12
125/14 134/13
Los [2]  35/1 35/3
lose [3]  27/3 39/12 82/22
lost [2]  6/5 52/11
lot [22]  5/24 18/2 18/4 18/5 25/12 27/15
29/17 32/9 55/14 118/18 119/16 120/7 120/8
120/9 120/18 120/21 120/22 121/9 121/9
128/5 131/17 137/3
love [4]  11/20 11/21 12/7 69/20
lunch [7]  65/13 65/14 66/4 90/19 90/24 92/8
92/9

# M

M-a-t-h-i-s [1]  95/5
M-i-c-h-a-l-e [1]  67/22
ma'am [12]  3/20 3/25 43/18 46/12 62/10
66/6 90/23 107/7 107/16 129/13 139/21
141/8
machine [1]  95/2
magnifying [1]  130/5
mail [3]  1/25 85/8 88/23
mailed [1]  89/5
maintain [1]  22/2
majored [1]  4/22
makes [1]  59/5
making [7]  30/24 58/14 59/16 66/16 87/15
94/1 124/3
malls [1]  22/15
man [9]  12/9 15/4 16/17 16/21 17/6 17/15
100/11 101/25 104/4
Manhattan [1]  82/19
March [4]  124/25 125/10 130/1 130/9
March 23rd [1]  124/25
Marcus [2]  42/25 109/20
marital [1]  104/25
mark [2]  84/24 133/16
marked [8]  8/18 66/25 68/21 79/21 96/18
125/2 131/9 134/9
marketing [2]  4/18 4/22
MARKS [90]
Marks' [2]  82/25 114/16
MARRA [2]  1/2 1/12
marriage [1]  69/20
married [4]  4/25 40/18 41/2 104/20
Maryland [3]  58/13 58/14 63/2
Massachusetts [1]  63/2
Mathis [1]  95/5
matter [10]  9/9 37/6 48/17 62/3 79/6 94/5
98/21 108/17 117/6 144/21
matters [2]  68/18 69/20
May 10th [2]  134/15 134/17
May 23rd [1]  129/25
maybe [13]  5/13 7/4 9/19 10/14 22/7 27/25
31/23 31/25 31/25 44/15 45/19 48/11 118/17
me [218]
mean [38]  6/25 10/13 13/22 18/10 21/16 23/6
31/25 33/11 37/2 41/15 44/20 45/14 49/2
52/16 53/10 57/12 60/19 61/9 61/19 75/13
76/1 83/21 83/23 101/12 105/2 110/15 115/7
115/15 122/7 122/17 134/6 135/14 136/1
136/21 137/2 138/3 140/23 141/22

meaning [3]  17/1 22/22 110/19
meanings [1]  32/21
means [2]  38/12 63/25
meant [5]  16/4 40/18 67/20 100/11 121/16
medical [1]  81/1
medication [1]  81/12
meditate [10]  12/19 13/1 13/3 19/3 19/14
22/20 23/11 39/20 42/11 109/24
meditated [1]  66/22
meditation [1]  119/18
meet [17]  12/11 35/4 35/6 35/6 35/16 35/21
36/1 36/4 36/8 38/1 56/8 56/19 82/24 90/6
113/2 113/3 114/24
meeting [8]  11/25 21/21 40/7 70/1 70/3 70/6
74/9 82/12
members [3]  42/20 104/23 111/10
memory [6]  69/25 129/14 131/11 132/1
133/1 134/11
men [1]  11/17
men's [3]  36/19 36/20 37/16
mentally [1]  127/22
mention [4]  33/19 106/8 108/12 138/14
mentioned [13]  20/1 21/6 33/18 47/1 47/16
50/15 52/12 52/16 54/3 55/17 66/14 74/13
131/24
menu [3]  10/2 10/3 10/9
Merit [1]  144/18
messenger [1]  52/25
met [13]  12/10 29/19 35/18 35/25 36/12 40/3
42/12 53/11 57/8 57/17 73/21 74/23 132/13
method [1]  47/1
Michael [6]  66/16 67/5 67/17 67/21 131/22
131/23
microphone [2]  3/21 66/12
middle [2]  73/5 114/22
might [6]  3/6 60/10 62/23 80/7 127/6 127/7
mike [1]  4/5
mind [8]  23/17 23/19 23/25 24/12 52/7 75/2
80/18 83/4
mine [5]  6/7 38/23 38/24 54/3 70/21
mine's [1]  37/18
minor [1]  102/24
minute [2]  44/25 95/2 107/3
minutes [11]  43/11 43/16 43/20 61/20 61/23
62/4 62/19 77/11 95/14 138/18 142/5
miracle [1]  104/12
miracles [1]  104/8
misread [1]  131/2
miss [3]  2/15 25/3 88/1
mix [3]  7/18 22/14 32/17
mixed [2]  119/22 119/24
mode [2]  24/10 24/10
modification [2]  44/24 45/10
modified [1]  45/10
moment [15]  19/17 20/15 23/20 32/12 35/5
52/11 52/18 52/24 58/4 60/6 120/5 120/6
134/14 135/16 135/21
moments [1]  77/5
monetary [1]  80/13
money [146]
money's [2]  19/24 66/23
Monica [2]  58/9 58/13
monies [6]  25/14 47/4 80/20 83/15 100/1
108/10
monologues [1]  105/15
Montana [1]  63/2
month [10]  20/7 24/23 26/22 26/25 26/25
26/25 27/6 84/22 111/13 113/11
monthly [4]  83/13 83/14 85/8 85/9
months [5]  23/8 31/25 48/4 56/7 111/4

moot [1]  60/10
moots [2]  60/20 60/21
morning [12]  2/2 3/9 3/11 4/3 4/4 22/8 22/8
22/11 22/13 127/1 127/15 141/21
most [6]  4/17 5/25 20/25 36/25 46/25 82/1
mostly [1]  4/18
motion [1]  141/19
motivated [1]  79/2
move [10]  9/22 12/15 16/24 17/18 39/21
44/20 45/7 51/17 79/2 98/12
moved [3]  34/10 47/23 48/2
Mr [2]  144/4 144/5
Mr. [25]  3/16 45/23 46/17 62/22 64/7 67/11
65/22 65/23 66/1 66/3 66/3 90/16 92/12
92/23 92/25 94/10 96/9 106/24 107/22
116/25 117/3 138/2 138/5 140/7 140/21
Mr. Sacks [1]  92/23
Mr. Schwartz [5]  62/22 65/22 94/10 140/7
140/21
Mr. Stack [7]  65/23 66/3 92/25 116/25 117/3
138/2 138/5
Mr. Stefin [12]  3/16 45/23 46/17 64/7 65/11
66/1 66/3 90/16 92/12 96/9 106/24 107/22
Mrs. [2]  114/16 114/18
Mrs. Marks' [1]  114/16
Mrs. Rose [1]  114/18
Ms [1]  111/2
Ms. [41]  2/4 2/7 2/17 4/3 4/7 43/24 46/19
63/15 64/24 66/5 66/11 66/14 68/17 73/21
80/2 80/4 80/6 80/10 80/18 81/2 81/17 81/22
82/4 82/6 82/8 82/21 83/2 83/7 83/9 83/16
92/20 94/18 95/23 95/24 95/25 96/12 107/12
111/23 132/15 133/16 136/6
Ms. Avery [1]  2/7
Ms. Hill [15]  4/3 4/7 46/19 64/24 66/5 66/11
66/14 68/17 73/21 94/18 95/24 95/25 96/12
111/23 136/6
Ms. Mark [1]  133/16
Ms. Marks [23]  2/4 43/24 63/15 80/2 80/4
80/6 80/10 80/18 81/2 81/17 81/22 82/4 82/6
82/8 82/21 83/2 83/7 83/9 83/16 92/20 95/23
107/12 132/15
Ms. Von [1]  2/17
much [14]  5/11 7/10 7/13 15/25 16/2 18/20
20/16 27/23 31/6 37/21 38/25 72/21 86/14
121/2
multiple [2]  9/2 79/20
must [1]  117/2
myself [4]  48/24 62/3 81/10 97/23

# N

name [26]  3/22 3/22 3/23 3/23 8/6 8/9 8/12
30/9 30/18 30/18 46/21 46/24 56/5 92/23
101/23 101/24 102/5 111/25 114/9 131/3
131/4 131/7 131/11 131/12 131/15 131/16
named [1]  114/7 131/21
names [4]  90/2 114/9 131/24 132/2
Nancy [86]
Nancy's [2]  30/3 75/8
nature [1]  7/9
near [2]  9/11 48/7
nearby [1]  48/6
necessarily [1]  60/16
necessary [1]  44/10
necklace [1]  10/19
need [68]
needed [20]  14/2 19/7 22/16 25/14 32/12
35/16 36/1 40/1 40/19 44/24 52/10 81/16
81/21 81/24 89/18 91/24 97/22 105/20
105/20 106/16

**N**

needs [5]  29/5 43/4 43/4 82/13 105/21
negative [5]  12/25 25/1 25/2 26/1 30/24
negativity [2]  17/23 27/16
negotiation [1]  80/3
neighborhood [1]  20/11
Neiman [2]  42/25 109/20
Nelligan [3]  93/16 94/11 95/6
neon [1]  6/22
nerve [2]  22/5 116/19
nerve-wracking [2]  22/5 116/19
nervous [1]  84/20
Nevada [9]  63/2 63/17 63/20 63/21 63/22
 64/1 65/5 65/7 65/8
Nevada's [1]  63/4
never [28]  14/19 23/19 27/8 29/20 36/2 40/22
 47/6 49/15 50/22 53/13 53/13 57/5 65/25
 75/23 80/16 80/22 84/19 100/15 101/20
 102/19 104/5 104/24 106/4 121/3 122/4
 132/15 133/16 137/2
new [43]  5/4 5/7 5/12 21/7 21/10 33/15 34/8
 34/10 34/11 34/13 34/17 39/18 41/12 47/23
 48/1 48/5 48/7 48/7 50/6 54/7 54/10 63/2
 69/21 69/21 74/14 77/17 82/11 89/2 89/17
 90/8 94/2 94/3 113/8 113/17 114/21 124/21
 124/24 125/5 125/11 127/4 127/16 129/5
 130/17
news [13]  14/17 14/17 14/19 14/19 14/21
 14/22 15/12 15/13 15/14 15/15 15/16 15/19
 16/3
next [19]  3/15 3/17 13/15 13/17 13/19 24/23
 26/22 27/6 31/23 38/2 47/20 100/21 102/12
 102/13 103/10 106/18 106/25 107/23 138/2
nice [1]  141/10
nickname [3]  131/5 131/6 131/18
night [10]  14/18 17/6 34/4 41/18 22/9 29/2 29/2
 54/15 81/22 82/20 116/11
nine [1]  32/18
no [111]
nominal [2]  10/4 13/14
none [1]  48/21
normally [3]  23/21 23/24 41/6
note [10]  2/6 2/9 3/1 71/9 71/10 71/13 71/16
 71/19 72/15 72/19
notes [2]  43/15 93/7
nothing [5]  48/20 132/17 132/23 133/18
 142/20
notice [1]  127/10
noticed [1]  106/1
November [2]  103/11 144/22
November 27th [1]  103/11
nowhere [3]  81/25 138/9 138/12
number [10]  2/7 32/18 32/20 67/18 67/18
 69/22 78/7 93/18 117/3 136/2
number 13 [1]  2/7
number 9 [1]  67/18
numbered [1]  120/11
numbers [3]  21/24 32/21 67/19
numerous [1]  57/8
nuts [2]  50/23 50/25

**O**

o'clock [1]  141/10
O-z [1]  131/14
oath [4]  46/12 95/25 107/16 127/15
object [7]  45/25 54/25 74/22 81/11 104/10
 135/23 136/1
objection [26]  5/19 53/16 67/9 67/10 69/7
 69/8 74/20 75/3 81/8 97/1 97/2 98/14 98/15

98/22 98/24 118/23 119/4 119/5 119/25
 123/15 123/20 125/19 125/21 126/3 129/12
 136/4
obtain [1]  4/23
obtained [5]  95/9
obviously [1]  72/15
occasion [3]  47/17 88/4 97/10
occasions [5]  42/19 46/25 47/17 132/14
 133/15
occurred [4]  16/16 60/5 126/9 126/12
occurrence [1]  129/10
ocean [1]  23/16
October [5]  71/21 72/5 72/19 100/22 102/14
October 1 [3]  71/21 72/5 72/19
October 4th [1]  100/22
October 5th [1]  102/14
off [11]  14/7 20/7 37/9 37/10 42/25 61/11
 76/6 77/6 110/4 142/21 142/23
offense [2]  130/20 130/23
offer [10]  58/2 67/7 69/5 80/17 83/10 96/24
 98/19 98/20 125/17 135/24
offered [3]  55/2 71/6 71/10
offering [3]  84/16 85/3 111/14
offers [1]  5/17
offhand [1]  12/24
office [18]  55/1 58/23 59/18 59/24 64/19
 64/22 64/23 65/2 92/4 92/4 92/12 131/1
 132/12 132/25 133/2 133/20 133/24 134/1
officer's [1]  131/11
officers [1]  13/25
offices [1]  82/19
Official [1]  1/23
often [3]  28/11 28/23 101/10
Ogden [1]  115/19
oh [24]  5/13 8/7 9/10 11/19 14/19 15/21 17/7
 19/20 21/8 37/6 38/4 41/18 51/10 52/15
 56/18 86/24 88/19 102/23 110/14 116/5
 116/10 120/25 131/15 137/17
okay [82]
olive [1]  37/1
once [4]  53/5 109/7 109/7 112/8
one [54]
one's [4]  33/20 33/20 33/21 102/13
one-party [1]  60/20
ones [3]  44/25 45/8 118/22
online [1]  60/7
only [6]  9/20 52/17 80/13 84/18 94/15 142/25
open [13]  6/23 7/11 24/12 31/21 38/4 38/6
 38/8 38/11 38/15 76/9 76/10 76/17 114/14
open-ended [1]  31/21
opened [2]  9/18 112/13
opening [1]  136/11
operating [1]  65/5
opinions [4]  43/15 62/7 90/20 141/3
opportunity [3]  25/4 57/18 91/1
opposite [1]  15/7
oral [1]  91/7
order [7]  2/1 31/16 60/1 62/25 83/25 84/9
 117/21
orders [1]  55/15
original [2]  93/7 130/20
originally [1]  4/7
Ostrow [1]  1/20
others [2]  53/15 81/3
our [8]  3/17 26/11 37/13 39/19 50/1 87/16
 90/19 136/17
out-of-body [1]  101/16
outside [1]  75/11
over [31]  11/3 17/5 17/19 19/14 21/16 21/18

27/9 27/9 28/10 29/2 31/7 35/5 39/20 42/11
 49/17 49/18 56/23 65/14 66/4 69/11 72/16
 77/2 78/4 80/6 83/17 84/16 85/23 109/13
 110/2 110/23 111/3
overnight [2]  85/8 88/23
overpayment [1]  80/8
Overruled [3]  75/4 81/13 123/22
owe [2]  108/13 108/18
owed [2]  86/14 86/14
own [2]  57/6 58/19

**P**

p.m [7]  92/17 92/17 95/17 95/17 107/9 107/9
 143/8
PA [2]  78/18 84/8
page [19]  85/20 93/18 100/16 119/14 119/19
 120/12 120/15 131/10 131/14 131/25 132/18
 137/12 138/10 138/24 138/24 139/7 139/7
 140/11 140/13
page 1 [4]  138/24 139/7 140/11 140/13
page 2 [2]  100/16 132/18
page 4 [4]  137/12 138/10 138/24 139/7
pages [5]  1/10 120/11 125/2 138/10 139/18
paid [9]  13/12 20/7 37/11 83/10 85/4 132/16
 132/22 133/5 133/16
pair [5]  36/22 37/1 37/9 37/19 37/23
palm [6]  1/7 1/24 7/3 10/12 10/14 10/15
palpitations [1]  81/1
panic [3]  24/10 24/10 53/8
paper [3]  23/10 71/17 71/19
paperwork [2]  83/13 127/9
paragraph [4]  78/24 80/1 80/1 85/13
parents [1]  4/13
participates [1]  92/1
particular [8]  6/16 32/12 32/13 53/24 70/22
 121/17 122/8 134/25
parties [4]  60/8 60/13 91/8 91/17
party [6]  60/20 62/24 63/4 91/7 93/23 94/16
pass [1]  100/2
passed [3]  6/3 99/25 105/9
passing [1]  70/12
path [1]  6/21
patiently [1]  82/4
pay [10]  31/6 31/7 37/12 49/10 50/5 50/10
 77/24 83/10 87/23 88/10
paying [3]  37/12 132/10 138/3
payment [7]  80/19 80/21 83/8 83/11 83/11
 84/21 85/7
payments [3]  80/5 83/17 85/14
pen [1]  23/10
penalties [1]  28/1
penalty [1]  31/7
people [8]  7/7 7/7 18/8 29/19 30/8 57/8 89/11
 123/20
percent [1]  32/5
perfect [1]  3/4
perform [1]  128/11
Perhaps [1]  65/11
period [8]  56/23 72/22 78/20 80/6 81/19
 83/17 84/17 111/3
permanently [1]  19/9
permission [2]  56/21 58/24
person [39]  8/1 8/20 8/22 12/4 12/14 17/24
 21/15 21/18 24/6 24/18 31/9 33/14 34/22
 35/6 35/7 35/9 35/17 36/1 36/4 36/4 36/9
 40/17 50/6 54/2 56/10 56/20 59/24 74/12
 77/7 81/16 82/6 90/13 91/6 91/7 101/15
 103/19 115/8 133/24 138/14
person's [1]  101/16
personal [2]  5/22 47/20

**P**

personality [1] 104/1
pertaining [1] 68/19
Perusing [2] 129/7 129/16
phase [2] 74/18 74/18
phone [19] 2/11 2/12 2/19 21/16 21/24 35/5 59/16 69/22 78/2 78/4 82/20 102/1 109/6 109/8 109/10 109/22 110/1 134/7 138/21
photo [2] 70/9 70/11
photograph [1] 8/20
photographs [2] 9/3 70/4
physical [1] 93/2
physically [3] 34/22 62/12 102/21
pick [9] 13/3 25/8 30/8 36/19 36/20 36/21 36/22 51/2 51/15
picked [4] 10/9 36/25 88/6 114/10
picking [2] 30/9 95/3
picture [4] 6/17 70/17 70/18 79/13
pictures [2] 8/25 9/2
piece [5] 10/17 10/18 10/25 11/2 71/17
pieces [3] 40/25 57/11 70/20
Pitt [1] 2/14
place [17] 9/9 9/17 21/5 28/8 50/1 72/10 75/8 82/15 93/9 103/10 111/6 129/10 132/6 132/7 133/6 140/20 140/24
plan [1] 115/18
planned [3] 102/23 115/15 117/21
planning [1] 44/7
play [6] 100/21 103/22 109/3 118/17 118/20 118/22
played [21] 99/14 100/17 100/25 102/7 103/1 103/9 103/15 104/6 104/15 105/5 105/11 106/17 106/23 108/3 108/23 109/14 110/25 121/19 122/9 122/12 123/7
player [1] 95/16
playing [7] 44/3 44/17 46/1 95/14 122/25 134/7 138/21
pleasant [1] 3/11
please [24] 2/2 3/9 3/21 3/22 43/23 46/11 46/15 63/14 66/11 66/12 80/17 82/22 90/19 92/19 95/19 95/22 95/25 96/4 102/13 107/11 107/15 107/20 128/21 139/3
plotted [1] 118/1
plug [1] 27/1
plus [1] 73/13
point [25] 5/16 6/1 18/9 21/6 24/5 34/10 35/13 44/3 45/25 49/19 53/12 53/15 55/12 55/23 59/20 61/10 75/2 79/8 82/1 94/15 95/4 110/8 119/14 119/19 121/25
pointing [3] 6/20 74/3 76/14
police [38] 13/25 54/7 54/10 54/20 54/22 55/1 55/24 56/2 56/2 56/11 58/23 77/17 117/8 124/21 124/24 125/5 125/9 125/11 126/5 126/22 127/4 127/17 128/5 128/8 128/23 129/6 129/15 130/2 130/8 130/13 130/14 130/16 130/18 130/22 130/25 131/11 132/12 135/11
popular [1] 15/6
position [1] 82/15
possession [4] 19/16 71/11 83/24 87/6
possible [1] 114/24
possibly [1] 107/25
potty [1] 43/10
pounding [1] 51/3
pray [9] 12/16 12/19 19/2 19/7 19/12 22/19 33/6 109/24 110/23
prayer [1] 23/13
predict [1] 7/9
predicted [1] 26/17

predictions [1] 69/19
premises [1] 77/9
prepared [2] 83/9 142/2
presence [1] 89/8
present [7] 2/4 16/12 43/24 63/15 92/20 95/23 107/12
presently [1] 86/22
pretty [7] 7/16 11/11 14/20 15/15 61/4 61/8 84/19
previous [1] 104/18
previously [1] 45/20
priest [3] 33/5 33/6 50/16
primary [1] 99/7
prior [6] 14/24 15/1 41/2 50/15 78/21 91/9
privacy [1] 91/15
probably [16] 7/11 9/19 11/6 11/19 11/21 34/16 59/19 61/17 65/13 68/5 70/12 87/18 88/12 97/11 103/22 131/15
problem [6] 45/3 45/5 95/13 102/24 143/1 143/3
problems [6] 81/6 103/21 106/9 106/11 116/16 116/17
procedural [1] 44/1
procedure [1] 46/8
proceed [6] 62/8 65/18 66/10 96/9 100/16 107/13
proceeded [1] 12/12
proceeding [3] 60/25 61/7 94/17
proceedings [13] 1/11 3/8 43/22 46/14 58/7 63/13 66/8 92/18 95/18 96/3 107/10 107/19 144/20
process [2] 57/1 79/4
prohibits [1] 61/7
prominent [1] 67/18
promise [6] 27/3 27/4 27/6 119/10 121/19 123/8
promised [13] 48/20 72/18 115/3 115/5 118/3 118/8 119/9 121/20 122/4 122/21 124/9 132/21 133/6
promissory [1] 71/10
properly [1] 83/2
property [2] 79/9 88/14
prosecuted [1] 61/5
prosecution [1] 91/21
protected [1] 46/4
prove [7] 7/12 56/20 109/11 123/19 124/4 124/7 124/12
provide [1] 68/17
provided [1] 69/3
proving [1] 117/1
psychic [4] 5/17 6/18 10/6 69/19
psychics [1] 7/7
publish [4] 9/13 67/13 90/14 99/12
puke [1] 37/1
pull [2] 3/20 38/10
pulled [2] 38/16 76/8
purchase [18] 22/11 22/12 22/24 23/1 30/16 37/21 38/22 40/6 40/12 43/5 87/3 87/12 87/21 89/18 97/8 97/9 97/10 118/1
purchased [6] 39/15 39/15 40/21 42/19 70/24 110/11
purchases [9] 38/20 39/2 87/12 87/15 96/12 96/14 96/22 97/6 109/19
purchasing [3] 20/10 42/22 42/24
purportedly [1] 68/10
purpose [6] 40/21 42/10 54/8 66/18 87/14 136/22
purposes [4] 45/18 60/23 94/16
purse [9] 19/17 51/15 51/18 51/20 51/22 87/18 87/22 87/25 88/1

pursuant [1] 59/16
put [20] 2/7 14/1 15/9 21/3 25/15 28/8 30/9 39/11 44/15 48/23 71/8 71/17 81/7 81/10 83/21 101/15 103/6 108/8 110/20 122/19
putting [5] 39/11 94/21 101/5 101/5 101/21

**Q**

question [19] 10/24 25/21 26/4 53/20 59/4 59/12 60/17 60/21 74/25 96/12 120/16 124/1 126/15 128/22 138/17 139/1 139/2 139/4 140/15
questioning [1] 31/4
questions [4] 11/8 11/12 11/16 128/18
quick [1] 142/14
quickly [1] 61/8
quietly [2] 76/24 77/1
quit [1] 24/21
quite [3] 6/3 12/21 17/10

**R**

raising [1] 61/14
rambled [1] 37/9
ran [2] 41/19 75/24
rather [4] 44/18 62/4 93/23 94/8
Raton [1] 1/22
reach [1] 80/3
reaching [3] 51/17 51/20 51/22
react [2] 50/21 52/2
reacted [1] 50/22
read [20] 2/13 2/14 3/12 7/3 44/18 68/14 72/2 99/3 128/16 128/19 128/24 129/13 138/6 138/9 139/11 139/18 140/1 140/8 140/17 141/4
readable [1] 72/3
reading [14] 8/1 8/4 9/16 10/1 10/5 10/6 10/13 10/14 10/15 44/17 64/2 85/3 95/15 140/5
readings [2] 5/17 6/18
ready [6] 3/14 43/25 62/7 66/10 95/20 107/13
real [3] 113/16 115/16 131/7
realize [2] 74/17 75/22
realized [6] 2/12 23/20 31/6 52/9 52/10 52/15
really [19] 5/13 7/10 10/21 18/7 18/14 23/12 23/19 27/25 38/11 75/16 75/18 81/24 81/24 94/5 110/13 110/16 112/13 119/3 131/18
Realtime [1] 144/19
reason [8] 30/13 32/16 42/9 59/15 66/19 108/15 110/21 119/5
reasonable [1] 80/24
reasons [2] 30/15 33/12
reauthorization [1] 93/6
rebooting [1] 95/15
recall [29] 9/8 10/18 11/3 11/23 12/4 13/12 17/9 18/16 20/15 20/15 21/20 21/23 22/24 29/24 30/10 30/13 66/15 70/25 72/9 73/21 74/9 77/20 78/11 84/4 87/14 89/13 102/9 106/8 111/12
recalls [1] 93/8
receipt [8] 50/8 50/13 50/17 50/18 50/24 83/12 87/1 87/9
receipts [3] 96/20 96/22 127/10
receive [2] 40/24 134/16
received [26] 2/6 8/18 69/13 72/1 78/5 79/12 132/17 133/17
receiver [2] 47/10 73/8
receiving [3] 47/9 47/15 78/11
recently [3] 16/16 95/4 113/17
receptive [1] 41/23
recess [13] 43/19 43/21 61/25 63/10 63/12

**R**

recess... [8]  90/19 90/24 92/17 95/17 106/24
107/3 107/9 143/8
recognize [15]  8/20 9/3 9/5 67/2 68/22 68/25
70/22 90/10 90/12 90/13 96/19 125/4 125/6
125/7 125/8
recollection [4]  127/2 129/5 130/7 136/23
record [17]  2/4 2/8 43/24 56/19 57/7 57/9
57/14 63/15 64/21 92/20 93/6 99/10 107/12
141/15 142/21 142/23 144/20
record's [1]  46/4
recorded [5]  44/3 56/24 123/1 135/10 135/24
recorder [2]  57/6 57/9
recording [25]  56/17 59/5 62/11 62/25 91/16
91/18 91/25 94/18 99/5 99/7 101/11 103/21
105/25 106/6 117/12 117/14 119/8 121/22
122/8 122/25 134/20 136/17 136/22 138/7
138/12
recordings [31]  45/16 57/2 57/19 57/21
57/21 58/10 58/11 58/12 58/15 59/25 60/1
60/8 60/12 60/22 61/5 64/24 93/22 94/1 94/2
95/8 98/3 98/7 98/7 109/7 115/11 118/9
118/10 122/7 122/9 122/11 124/3
records [6]  68/18 69/3 73/18 79/5 91/19 93/4
recover [1]  83/15
red [1]  87/19
refer [1]  91/12
reference [3]  100/7 135/12 137/4
referred [1]  130/13
referring [5]  2/15 2/17 8/22 74/2 132/18
reflect [1]  45/22
reflecting [1]  49/5
refresh [4]  69/25 129/5 131/11 133/1
refreshes [3]  129/14 132/1 134/10
refund [3]  80/13 122/19 128/12
refused [1]  12/1
regarding [3]  40/24 73/18 94/5
Registered [1]  144/18
reimbursed [1]  80/3
relate [1]  32/20
related [2]  40/14 40/16
relation [2]  93/10 99/4
relationship [5]  17/5 24/15 31/11 34/2
119/23
relationships [2]  11/17 12/5
relatively [1]  29/13
release [4]  23/13 84/2 84/25 85/16
Releasee [3]  85/22 86/1 86/7
Releasor [3]  85/14 85/21 86/5
relevance [2]  64/9 75/3
reliance [1]  80/18
relied [2]  82/6 82/6
relief [1]  13/22
relieved [1]  14/1
religion [2]  7/14 7/19
reluctant [2]  13/23 71/6
Reluctantly [1]  13/7
rely [2]  66/2 66/3
remember [72]
remembered [2]  9/17 131/20
remind [1]  131/10
reminding [1]  80/22
remove [6]  28/2 128/10 128/25 129/1 129/21
129/22
rendered [4]  80/4 80/5 80/18 83/3
reopen [1]  65/14
repay [1]  84/16
repeat [4]  26/4 28/15 56/15 126/15
repeated [1]  66/24

report [25]  51/6 51/6 52/14 52/18 54/9 54/20
54/21 55/23 125/5 125/9 125/10 126/1 126/2
126/5 126/6 128/14 130/21 130/23 131/2
131/8 131/25 132/3 132/10 132/12 133/14
reported [2]  130/21 130/24
reporter [8]  1/23 1/23 44/9 44/11 45/11
45/13 144/18 144/19
reports [1]  141/5
represent [2]  43/9 112/1
representation [1]  65/23
represented [2]  43/6 92/25
representing [2]  86/18 102/2
represents [2]  39/17 42/6
Republic [2]  42/24 109/20
request [3]  29/14 48/13 80/5
requested [1]  128/12
require [2]  62/23 79/3
required [1]  81/1
requires [1]  94/15
research [5]  60/4 60/4 64/15 65/13 92/8
researching [1]  41/4
resistance [2]  25/15 25/17
resisted [1]  30/20
resolution [1]  92/22
respect [4]  9/9 18/11 56/16 99/3
respond [3]  16/20 50/21 52/1
responding [1]  30/21
response [2]  49/23 142/14
rest [2]  97/23 138/10
restaurants [1]  81/2
result [4]  12/2 56/1 124/17 124/18
retained [1]  78/25
retirement [4]  27/20 27/21 27/24 28/3
return [14]  14/2 20/19 21/19 38/24 42/18
71/25 72/18 110/10 128/12 132/17 132/22
132/23 133/8 133/18
returned [4]  22/1 31/20 79/8 80/11
reveal [1]  86/18
review [2]  142/8 142/13
reviewed [1]  98/6
reviewing [2]  79/5 99/3
Revised [1]  63/21
Ricky [8]  29/25 30/2 30/5 30/8 46/19 90/2
90/6 90/13
Ricky's [1]  30/9
rid [1]  17/22
right [87]
right-hand [1]  70/13
ring [20]  41/1 41/4 41/6 41/16 41/17 41/19
41/21 42/1 42/6 42/7 42/10 42/13 46/21
70/23 79/13 80/12 97/13 97/19 97/16
rings [3]  40/5 40/13 40/20
RMR [1]  1/23 144/25
road [2]  42/8 104/4
Rodeo [2]  35/22 70/10
Roger [1]  1/16
room [10]  9/19 14/11 14/13 21/1 50/6 51/16
61/23 62/5 75/25 91/17
root [2]  18/24 26/2
ROSE [6]  1/6 73/22 112/6 112/8 114/18
114/19
round [2]  9/21 9/24
running [1]  28/25
rush [1]  88/21
rusted [2]  79/14 79/16

**S**

Sacks [1]  92/23
sacrifice [7]  22/19 29/4 66/23 110/22 110/22
120/8 120/21

sacrifices [2]  121/10 124/14
safe [6]  19/14 21/4 26/9 28/8 50/1 133/6
sales [1]  4/18
salesman [2]  37/8 38/4
salesperson [2]  109/21 110/2
saloon [2]  87/19 87/20
same [11]  15/1 21/17 68/2 68/8 70/8 79/21
79/25 84/23 87/16 98/23 108/25
sat [4]  9/23 52/3 77/3 77/5
satin [1]  87/19
satisfaction [1]  85/15
satisfactory [1]  80/3
satisfied [1]  83/9
save [1]  140/8
saved [1]  72/25
savings [1]  27/18
saw [18]  6/22 34/21 34/22 40/3 47/16 50/6
50/22 51/22 74/11 79/13 97/5 113/7 113/19
114/7 114/11 115/1 115/2 115/8
say [101]
say -- you [1]  30/6
saying [10]  10/9 10/10 10/18 18/6 56/20
101/14 103/3 121/14 136/22 138/5
says [55]
scared [4]  48/23 53/8 53/9 75/18
scary [1]  52/4
scavenger [3]  22/14 22/21 22/23
scenario [3]  101/8 118/1 118/2
school [4]  7/4 11/13 11/14 11/24
Schwartz [8]  1/19 62/22 65/22 94/10 111/25
140/7 140/21 144/5
screaming [1]  51/2
screen [1]  136/7
script [3]  117/20 117/23 117/25
scurried [1]  14/10
searching [1]  82/13
seat [5]  9/23 62/10 66/11 90/20 141/4
seated [11]  2/3 3/10 43/23 46/16 63/14 72/7
92/19 95/19 96/5 107/11 107/21
second [23]  12/17 18/17 18/18 18/18 40/8
41/12 56/10 62/10 68/8 78/24 80/1 83/11
85/20 95/3 99/16 101/2 105/13 108/5 108/25
109/3 109/16 131/10 131/14
secret [2]  93/3 122/25
Section [2]  91/3 94/19
seeing [3]  74/9 95/16 102/4
seek [1]  86/21
seeking [1]  77/21
seemed [1]  131/6
seems [6]  63/22 63/23 64/2 65/7 92/2 94/13
seen [4]  41/12 65/25 115/21 134/23
send [16]  25/1 27/1 27/5 27/17 29/16 29/18
29/21 30/4 46/25 47/2 55/19 79/18 89/11
108/15
sender [2]  47/9 73/7
sending [5]  30/20 46/19 46/20 55/14 137/16
sent [14]  29/24 30/10 30/13 36/18 47/4 50/14
66/14 73/7 83/12 85/7 88/24 89/10 132/14
133/15
sentence [2]  121/16 121/17
separate [1]  68/3
separated [1]  68/4
September [11]  1/8 5/5 34/21 64/24 93/12
100/19 126/13 126/18 126/20 127/17 132/14
September 1st [1]  126/20
September 2005 [3]  34/21 126/18 132/14
September 8th [1]  100/19
sequential [1]  31/16
series [1]  57/14
service [2]  73/13 93/3

**S**

services [14]  10/3 80/4 80/18 80/23 80/25
82/22 83/3 83/8 122/18 124/16 128/11
132/17 132/23 133/17
session [2]  3/13 76/21
settle [2]  79/2 84/18
settlement [8]  77/21 80/17 84/1 84/15 84/25
85/15 86/5 111/14
seven [1]  127/23
Seventeen's [1]  136/4
several [6]  19/15 36/13 47/16 96/13 132/14
133/14
severe [1]  81/21
SFranklinUSDC [1]  1/25
shaken [4]  14/9 23/8 75/7 75/22
shall [1]  91/5
shambles [1]  53/11
share [2]  35/25 53/21
shared [2]  15/1 105/1
she'd [1]  33/3
she'll [2]  31/25 32/19
she's [27]  2/15 2/17 16/21 17/24 25/21 36/17
51/16 53/15 59/15 70/20 92/2 92/3 101/14
101/21 103/3 103/3 103/5 103/19 104/1
104/3 104/3 105/23 106/13 106/14 112/5
114/15 122/1
sheets [1]  23/2
ship [1]  88/19
shipped [2]  88/17 88/18
shock [1]  16/15
shocked [2]  51/11 51/12
shoe [5]  6/15 6/16 6/25 9/7 37/20
shoes [5]  36/19 36/20 37/16 37/18 37/19
shop [9]  5/23 6/12 7/22 9/6 17/4 20/19 20/23
34/18 137/10
short [3]  14/16 61/25 131/5
shortly [4]  53/25 79/6 107/4 116/19
should [8]  3/5 36/24 65/13 69/1 74/10 99/6
136/7 141/12
show [21]  8/18 50/18 50/18 64/7 66/15 66/25
68/8 68/21 71/12 78/5 79/21 84/23 86/25
90/9 96/18 97/6 125/2 125/5 131/8 134/9
136/8
showing [4]  69/17 70/8 73/3 89/25
shown [1]  130/20
sic [2]  92/23 133/16
side [5]  38/10 38/16 69/22 70/13 70/15
sidebar [2]  58/7 62/1
sides [1]  45/15
sidewalk [3]  6/16 6/18 35/19
sight [1]  82/22
sign [4]  71/1 71/5 80/10 86/10
signature [5]  68/12 68/13 68/14 72/1 72/2
signed [2]  72/8 72/15
significance [2]  37/16 55/12
significant [3]  40/13 40/14 40/16
signing [1]  85/20
similar [1]  95/7
simply [1]  25/15
since [8]  2/11 3/13 6/2 40/6 53/11 94/15
94/17 115/21
single [1]  25/17
sir [4]  63/11 119/20 128/19 139/5
sister [5]  5/8 15/1 15/6 15/8 115/7
sister-in-law [1]  5/8
sisters [1]  4/15
sit [3]  51/24 77/2 77/2
sitting [10]  60/6 62/5 70/19 70/19 70/20
76/11 76/17 76/19 77/4 112/14

situation [5]  16/12 35/13 94/13 95/7 99/21
six [8]  44/23 118/19 118/22 119/6 121/18
123/4 123/5 127/23
size [3]  36/24 37/10 43/7
skeptical [1]  28/20
skirt [1]  31/22
slap [1]  86/14
sleep [2]  24/11 24/11
sleeping [1]  116/18
slept [1]  116/21
slid [2]  76/9 76/17
sliding [4]  9/18 76/9 77/6 114/15
small [7]  9/19 9/20 9/21 29/12 29/13 97/11
125/13
smaller [1]  29/17
Smith [1]  91/22
sobbing [1]  54/12
sole [1]  85/16
solid [2]  61/12 143/6
somebody [6]  6/10 12/8 12/8 59/5 61/4 100/7
126/6 131/21
somehow [2]  49/12 131/4
someone [16]  6/24 12/10 12/10 24/1 24/3
46/20 70/12 73/22 75/10 75/20 81/22 91/15
92/10 102/4 102/4 103/24
someplace [1]  72/11
something [58]
sometime [3]  78/1 126/12 128/2
sometimes [3]  33/3 60/4 95/12
somewhere [4]  9/10 48/5 113/13 115/25
soon [6]  14/8 52/9 62/7 62/20 76/10 93/13
sorry [19]  62/2 66/9 91/4 96/6 102/13 115/4
116/15 116/20 117/25 123/16 125/20 126/13
126/15 130/1 134/17 135/21 137/23 139/5
140/15
sort [3]  12/20 61/23 62/6
sought [1]  82/21
soul [1]  103/6
soulmate [7]  17/8 17/16 17/16 36/22 37/18
40/17 100/11
sound [1]  113/4
sounds [5]  15/21 15/22 16/1 38/12 142/11
South [1]  1/21
SOUTHERN [1]  1/1
spare [1]  95/16
speak [6]  2/20 3/21 4/5 66/12 81/22 81/24
speaking [1]  78/20
speaks [1]  91/15
special [2]  33/8 33/9
specific [3]  11/12 23/1 29/9
specifically [3]  40/9 40/10 41/9
spell [3]  3/22 17/23 112/19
spelled [1]  67/22
spend [6]  5/11 19/12 122/23 123/3 123/8
124/10
spending [1]  71/7
spent [1]  123/10
spirit [10]  24/7 101/6 101/7 101/11 101/15
101/18 101/21 102/10 103/5 106/16
spirits [1]  52/25
spiritual [2]  71/24 82/13
split [1]  76/4
spoke [13]  51/24 54/13 55/5 55/6 56/10
56/12 93/1 98/1 116/5 131/2 134/6 136/15
138/19
spoken [3]  18/1 78/17 136/12
spontaneous [1]  109/4
spun [1]  24/3
Stack [31]  56/6 56/8 56/12 56/16 59/17 64/18
65/23 66/3 78/9 92/25 94/14 98/2 115/20

115/21 116/25 117/3 134/6 134/11 134/16
134/20 134/24 135/3 135/5 135/9 135/25
136/12 138/2 138/5 138/15 138/16 139/8
stand [1]  95/24
standing [1]  51/16
start [10]  19/4 19/4 36/17 104/3 108/18
110/5 120/6 137/12 142/5 143/2
started [16]  14/25 33/25 47/23 48/23 48/24
49/5 49/5 51/2 51/17 52/8 53/8 64/24 99/16
101/19 116/11 124/19
starting [3]  48/19 75/18 126/13
startled [2]  75/9 75/20
state [28]  12/2 16/15 21/7 21/20 21/22 22/1
23/17 23/19 24/12 34/7 59/5 59/9 59/21
59/22 59/23 60/1 60/23 61/5 63/5 65/6 75/2
79/4 93/23 93/24 94/3 94/5 94/8 95/10
statement [5]  52/17 64/13 83/5 125/22
125/25
statements [3]  28/12 28/16 86/9
states [15]  1/1 1/3 1/13 1/17 58/2 60/7 62/23
78/25 80/1 91/12 91/22 93/15 95/5 98/12
129/11
statute [11]  63/17 63/18 63/21 63/21 63/23
64/2 64/4 65/6 91/11 93/24 94/15
statutes [1]  65/5
staying [6]  5/14 12/21 34/13 72/10 72/13
72/14
Stefin [14]  1/16 3/16 45/23 46/17 64/7 65/11
66/1 66/3 90/16 92/12 96/9 106/24 107/22
144/4
step [4]  44/15 61/22 62/5 62/19
Stephen [4]  1/23 144/18 144/24 144/25
sternly [1]  108/20
still [27]  4/13 6/6 6/17 16/14 16/15 21/15
21/17 21/17 35/12 35/12 35/15 37/25 46/12
48/12 60/24 61/6 75/19 75/20 83/8 83/24
95/25 100/2 101/9 107/16 108/16 122/21
130/3
stipulate [3]  139/19 139/22 140/5
stole [1]  126/23
stolen [2]  54/9 75/23
stood [4]  50/25 74/4 76/24 76/25
stop [10]  7/1 50/12 99/16 101/2 103/17
105/13 108/5 109/16 140/20 140/24
stopped [1]  76/19
store [16]  6/15 6/16 6/25 9/7 22/10 25/7 29/6
36/14 36/14 36/16 36/19 38/2 39/9 57/8
87/21 88/21
storefront [1]  8/25
stores [5]  36/13 38/3 42/22 88/18 109/19
story [7]  14/16 53/21 54/17 100/6 103/20
119/24 137/9
story's [1]  119/22
strange [3]  36/2 51/25 51/25
strangest [1]  23/23
strategy [5]  102/23 109/5 109/8 109/9
109/10
street [8]  1/24 6/14 6/17 9/11 9/11 69/21
70/12 126/10
stress [2]  81/6 81/10
stressful [1]  57/4
string [1]  94/7
stuck [4]  28/1 31/5 37/20 51/16
stuff [1]  23/16
style [4]  36/24 37/3 37/4 37/7
subject [3]  16/13 48/17 50/13
submit [1]  141/25
subpoenas [1]  59/22
subsection [2]  91/3 94/20
subsequent [1]  91/20

## S

subsequently [1] 32/25
such [7] 23/24 69/20 83/22 88/14 91/7 91/9 116/10
suffering [1] 127/22
suggest [2] 19/18 44/14
suggested [2] 56/18 130/15
suggestion [1] 65/10
suicidal [1] 81/25
suicide [1] 82/4
Suite [1] 1/21
suits [1] 43/6
sum [2] 83/10 85/4
sums [2] 25/10 83/7
Sunday [1] 33/5
supports [1] 64/12
supposed [5] 16/18 16/22 17/15 28/24 140/14
supposedly [3] 40/20 67/21 110/11
suppression [1] 141/18
sure [29] 7/10 9/10 12/15 24/8 34/25 41/15 46/3 53/24 61/8 76/22 79/11 94/23 97/14 105/3 109/2 114/11 114/13 115/2 115/5 119/15 119/21 122/7 123/4 130/23 131/6 138/19 138/19 139/11 140/22
Surely [3] 128/21 135/16 142/22
survive [2] 49/12 49/22
suspect [1] 133/17
sustained [10] 5/20 53/17 74/24 104/11 118/24 119/4 119/4 120/1 125/23 126/3
sweaters [3] 109/18 110/7 110/13
switch [1] 51/9
swore [1] 127/15
sworn [3] 3/19 66/1 92/13
symbolic [3] 19/13 32/21 110/23
symbolized [1] 40/17
symbolizes [1] 19/1
symbols [1] 40/19
system [1] 59/2

## T

table [2] 9/21 9/24
tag [2] 134/7 138/21
take [43] 9/23 10/12 18/4 18/4 18/5 18/23 19/23 19/24 20/3 20/9 20/12 23/21 25/8 25/8 27/20 27/23 31/8 31/16 31/23 37/9 39/9 43/12 45/11 46/4 50/9 61/25 63/10 64/3 70/4 75/11 79/18 88/18 89/21 90/19 101/15 103/5 106/3 106/13 106/24 107/3 134/14 135/16 139/18
taken [8] 43/21 63/12 70/9 92/17 95/17 102/25 107/9 143/8
takes [1] 103/10
taking [3] 9/17 31/2 93/8
talk [24] 16/7 21/9 51/1 51/4 76/5 76/6 77/3 77/6 85/12 101/10 106/10 108/6 108/19 113/6 115/9 116/7 120/3 124/19 130/25 134/5 137/2 141/14 142/6 142/19
talked [10] 11/25 70/3 101/18 116/1 116/3 116/25 117/3 117/6 118/2 137/1
talking [20] 25/19 36/17 38/13 75/10 75/20 75/24 77/11 81/4 88/2 99/17 99/19 101/5 101/21 102/16 102/16 103/17 103/19 104/3 109/17 136/23
talks [1] 16/7
tank [1] 97/11
tape [13] 44/3 44/17 44/18 56/19 57/19 59/25 61/5 93/22 95/8 99/11 100/21 102/12 106/25
tape-record [1] 56/19

tape-recorded [1] 44/3
tape-recordings [5] 57/19 59/25 61/5 93/22 95/8
tapes [14] 44/5 44/23 45/19 45/23 45/25 46/1 57/24 98/19 117/11 123/2 123/7 123/8 123/11 123/14
tarot [5] 10/5 10/9 10/10 10/11 10/11
task [4] 59/18 64/19 64/22 64/23
taste [1] 43/8
taught [1] 29/23
tax [7] 28/1 31/7 50/5 50/9 50/11 52/10 52/15
taxes [7] 31/6 49/11 51/5 51/13 52/10 53/6 74/13
tear [2] 84/13 84/24
technical [1] 96/7
teenager [1] 49/16
telephone [14] 21/18 56/9 56/10 56/17 56/24 57/7 57/9 57/14 62/24 64/21 65/12 65/14 133/21 134/16
tell [58]
telling [1] 5/17 12/4 16/21 24/24 32/23 36/18 61/12 61/13 63/16 64/11 99/23 102/3 102/23 104/1 105/17 106/14 122/15
tells [2] 66/2 112/17
tendered [1] 83/7
term [1] 17/8
terminology [1] 124/6
testified [1] 69/13
testify [1] 129/3
testifying [1] 72/23
testimony [8] 43/18 90/24 91/2 107/7 107/7 130/10 141/9 144/3
text [1] 125/13
thank [32] 3/1 3/11 3/14 3/17 3/25 43/13 43/16 43/20 62/8 62/18 63/9 63/11 65/21 90/21 90/23 90/25 92/14 92/15 94/21 95/11 95/21 96/10 107/4 107/8 111/18 134/14 140/19 140/25 141/5 141/10 142/20 143/7
that's [72]
the 11th [1] 84/9
the 13th [1] 73/4
the 2nd [1] 106/19
theft [1] 85/25
themselves [2] 57/24 98/19
there's [30] 7/18 10/3 12/9 13/25 14/8 23/15 24/11 27/15 27/16 33/3 33/3 33/11 35/8 36/5 45/25 52/22 60/13 60/25 61/7 62/3 76/10 87/9 103/21 108/15 120/7 120/8 120/18 120/22 127/13 132/2
therefore [1] 94/17
they'd [1] 58/15
they'll [1] 143/4
they're [3] 44/16 45/12 65/15
thing [22] 11/21 21/12 22/10 22/12 26/18 33/3 33/4 33/4 38/2 44/1 52/15 52/16 52/17 74/17 84/18 85/3 87/16 88/2 102/10 128/15 139/11 142/3
things [15] 7/9 18/8 23/9 23/16 23/21 32/17 39/21 39/22 87/21 89/7 106/11 117/17 117/22 117/24 119/16
think [41] 2/15 6/23 12/16 13/13 17/4 17/5 26/3 34/25 37/19 41/18 45/21 46/23 48/4 48/21 48/24 48/25 49/3 51/18 51/23 53/4 61/12 61/13 61/16 61/17 74/11 83/19 87/19 91/3 92/11 97/5 102/20 112/5 112/5 113/12 126/18 126/21 127/6 127/7 127/11 131/12 140/12
thinking [5] 11/13 36/8 52/8 123/21 124/11
thinks [1] 139/24
third [1] 18/18

those [30] 9/3 9/5 10/2 33/23 45/10 48/18 56/7 57/21 57/21 67/2 67/4 77/9 80/25 82/22 83/8 83/16 87/12 87/14 87/15 92/7 96/22 103/13 110/11 110/13 112/11 115/10 115/13 118/19 131/24 132/2
though [5] 21/15 42/6 44/16 60/3 66/3
thought [33] 7/1 7/1 7/13 8/3 10/12 13/24 15/15 18/21 24/19 28/24 30/17 36/16 52/8 52/21 53/13 53/13 53/14 58/9 58/17 58/19 59/13 83/23 86/13 86/16 101/24 102/19 128/4 131/4 131/17 131/18 131/19 133/25 141/22
thousand [1] 19/15
thousands [2] 18/20 127/20
three [6] 28/10 134/2 138/10 139/18 142/25 143/6
through [22] 5/25 6/5 6/5 11/21 15/9 20/12 29/17 29/22 44/5 58/3 59/22 81/16 81/18 81/20 88/22 98/13 98/16 98/21 98/25 144/9 144/12 144/13
throughout [1] 119/22
throw [3] 23/16 102/19 103/20
thrown [1] 116/18
Thursday [7] 116/11 116/12 116/13 116/13 116/24 143/1 143/2
tickets [3] 89/13 89/22 89/25
Tiffany [1] 41/21
timeframe [1] 31/18
times [15] 6/1 28/10 28/19 29/9 30/6 32/2 34/20 48/8 48/10 48/11 48/18 69/14 108/8 117/3 137/1
to -- I [1] 61/9
today [9] 15/3 30/9 38/7 103/22 112/4 116/12 122/12 127/25 128/2
together [2] 19/5 23/8
together -- I [1] 23/8
told [41] 6/24 7/3 8/9 16/8 16/23 19/20 22/16 24/1 26/12 26/16 35/4 35/16 36/2 37/14 38/16 38/23 39/4 39/9 41/19 42/5 71/15 71/16 72/14 106/4 106/13 110/12 118/13 120/23 121/1 126/25 127/1 127/4 127/6 127/7 128/13 129/5 129/15 129/19 129/20 129/24 133/20
tomorrow [13] 12/20 12/22 12/23 13/3 13/25 140/25 141/5 141/8 141/9 142/1 142/3 142/24 143/7
tone [1] 122/14
tonight [1] 142/14
too [4] 11/14 76/1 76/2 76/7
took [11] 9/9 18/16 39/3 39/10 70/11 70/18 82/4 111/6 118/3 131/2 138/23
top [2] 42/25 100/16
tore [2] 84/13 84/14
torn [1] 79/23
total [2] 73/16 88/8
totally [2] 60/10 120/24
touch [2] 21/17 130/18
towards [5] 3/21 31/11 32/5 75/24 76/8
town [2] 5/9 88/22
TPO [2] 129/8 129/10
traffic [1] 88/22
tragic [1] 6/5
transaction [5] 22/21 30/17 32/16 66/19 73/4
transactions [4] 9/9 73/1 108/10 127/13
transcribe [1] 44/11
transcript [14] 1/11 45/15 99/6 99/11 101/13 106/20 106/21 107/24 120/5 134/23 139/22 140/5 140/8 144/20
transcripts [12] 44/7 44/8 44/10 44/15 44/25 98/18 98/21 99/4 99/8 100/23 103/12 108/1

## T

transfer [7]  47/7 47/7 101/7 101/11 101/18
 102/10 106/16
transferred [1]  88/24
transfers [3]  55/14 73/18 73/19
travel [1]  21/14
traveling [2]  116/11 116/17
tri [1]  97/16
tri-colored [1]  97/16
TRIAL [1]  1/11
tried [2]  109/9 119/13
trinity [5]  97/12 97/15 97/16 97/18 97/19
trip [2]  5/10 5/11
Tripp [3]  58/12 58/13 58/19
troubling [1]  81/15
true [8]  26/18 48/20 58/21 64/8 82/5 82/17
 84/19 86/16
truly [2]  17/18 24/6
trust [2]  23/14 84/8
truth [1]  55/2
try [7]  3/21 18/13 18/14 60/4 118/2 139/2
 143/5
trying [13]  17/12 24/7 37/3 49/10 49/12
 51/12 57/7 76/5 77/7 105/18 119/8 122/2
 140/8
turn [2]  30/22 137/12
turned [2]  72/16 76/20 76/20 100/13
turns [1]  64/19
TV [2]  76/19 76/21
twin [1]  115/7
two [24]  5/13 9/20 17/16 21/1 34/5 40/19
 44/23 45/2 45/9 61/20 62/25 63/4 68/2 68/3
 84/17 87/20 96/12 107/25 113/17 115/19
 125/2 132/7 132/8 132/8
two-consent [1]  62/25
two-party [1]  63/4
two-year [1]  84/17
types [2]  23/1 33/11

## U

U.S [1]  128/9
U.S.C [2]  91/3 94/19
ugliest [1]  37/1
ugly [2]  37/20 37/23
uh [5]  112/2 133/9 135/10 135/12 138/3
Uh-huh [2]  112/2 133/9
ultimately [10]  13/5 18/11 19/10 20/11 27/23
 38/15 38/19 52/1 56/1 57/13
unaware [1]  91/16
under [18]  30/9 46/12 58/20 59/1 59/5 59/8
 59/9 60/23 63/22 64/22 65/5 91/5 91/6 94/19
 95/25 107/16 127/11 127/15
under-balled [1]  127/11
undercover [9]  59/25 93/17 94/1 99/20 102/1
 102/18 106/8 109/8 123/1
understand [9]  10/16 17/14 30/2 33/20 33/20
 36/8 46/6 80/20 93/25
understanding [6]  80/2 92/22 103/3 103/5
 105/17 128/9
underwear [1]  43/5
undue [1]  85/23
unfortunately [4]  5/18 94/12 120/11 141/7
unhappy [1]  122/18
Union [6]  29/17 29/18 29/22 47/1 72/25
 73/19
Unions [1]  89/10
unique [1]  7/16
UNITED [10]  1/1 1/3 1/13 1/17 58/1 91/12
 91/22 93/15 95/5 98/11

unknown [2]  132/16 133/17
unlawful [2]  86/6 91/5
unless [5]  19/24 60/8 60/12 115/7 140/23
until [10]  26/10 26/11 34/3 52/24 64/21
 72/16 77/3 114/22 116/12 141/9
unusual [3]  15/22 22/5 23/20
upon [3]  75/9 82/6 83/12
upper [2]  73/5 73/8
upset [5]  51/19 52/4 52/5 74/16 75/7
urgent [1]  82/12
us [37]  2/21 3/1 3/22 3/22 4/6 4/9 7/21 9/16
 9/24 10/22 13/17 17/2 22/4 32/10 36/10 37/3
 45/20 49/9 50/2 54/4 55/4 55/5 57/17 74/15
 76/4 76/18 76/20 76/23 90/8 92/25 96/8
 126/25 127/1 127/8 129/14 134/2 134/2
used [5]  17/8 20/5 29/18 57/1 86/24
uses [3]  91/20 139/13 139/15
usually [2]  20/25 60/3

## V

vacation [1]  82/20
valued [1]  38/25
various [1]  82/12
Vegas [5]  62/13 62/14 78/14 98/10 130/19
verify [1]  92/12
versus [4]  91/12 91/22 93/15 95/5
very [58]
victim [1]  85/25
view [1]  52/20
violate [1]  91/24
violated [2]  91/19 93/24
violation [4]  64/1 65/8 94/3 95/9
violent [1]  51/20
visit [5]  12/17 13/12 18/17 18/18 126/25
visiting [2]  5/8 21/11
visits [2]  48/18 49/9
Vivian [20]  8/8 8/13 23/14 23/14 30/11 30/14
 30/17 46/20 46/21 66/15 67/5 68/9 68/10
 69/19 72/4 131/22 131/22 132/13 135/12
 137/5
Volume [1]  1/10
volunteers [1]  138/2
Von [2]  2/16 2/17

## W

wait [1]  37/11
waiting [2]  54/12 96/8
wake [1]  22/6
walk [6]  5/23 10/2 14/8 36/18 75/11 75/11
walked [8]  7/21 9/6 14/6 17/4 75/7 75/9 77/1
 103/24
walking [6]  6/14 6/16 7/23 36/17 37/25 137/9
wall [2]  10/2 37/1
want [50]
wanted [20]  2/11 2/20 5/9 13/16 42/9 50/12
 50/18 51/18 51/20 51/21 109/11 117/17
 121/7 121/23 121/24 122/19 123/18 124/7
 124/11 138/12
wants [6]  2/8 2/21 44/2 44/18 83/9 140/8
warrant [1]  91/24
wasn't [10]  7/10 23/7 44/7 84/18 102/24
 118/4 121/14 123/2 124/11 131/6
waste [4]  24/25 27/5 65/15 140/9
wasting [1]  32/9
watch [21]  10/20 38/22 38/22 38/25 39/4
 39/7 39/8 39/10 39/10 39/12 39/15 39/19
 40/23 70/23 79/13 79/15 80/11 80/14 96/14
 97/11 97/24
watching [1]  76/19
wayside [1]  35/14

we'll [15]  31/23 37/9 43/12 43/16 43/19 45/8
 45/25 62/7 62/19 90/20 90/24 107/3 118/17
 141/5 142/24
we're [22]  2/4 3/14 21/15 24/21 30/25 33/8
 39/20 39/21 43/23 44/3 62/7 62/20 62/20
 63/14 65/7 66/10 92/20 94/23 100/12 107/11
 120/3 133/25
we've [2]  24/20 45/20
wear [1]  37/6
wearing [2]  41/11 70/20
wedding [10]  40/5 40/12 40/20 41/1 41/4
 41/16 42/10 42/12 70/23 79/13
Wednesday [3]  116/10 116/11 117/2
week [6]  99/3 116/2 116/5 116/7 117/1
 142/25
weekend [1]  3/11
weeks [3]  5/13 79/20 79/20
weeping [2]  54/12 103/23
weird [2]  13/22 23/12
Weiselberg [1]  1/20
welcome [6]  3/10 46/15 66/9 92/16 96/4
 107/20
well [116]
well-liked [1]  15/6
went [39]  6/12 11/21 14/13 18/10 20/18
 21/21 22/21 30/18 31/9 35/11 36/13 36/14
 36/16 37/10 50/23 50/23 50/23 50/25 54/6
 54/6 54/6 55/6 57/5 69/15 74/13 75/15 75/19
 77/6 77/12 77/17 97/23 97/24 108/17 124/15
 124/21 124/24 126/25 128/5 130/2
weren't [3]  73/23 115/13 118/20
West [4]  1/7 1/24 69/21 126/10
Western [7]  29/17 29/18 29/22 47/1 72/25
 73/19 89/10
what's [8]  8/18 45/11 95/13 119/3 124/1
 134/9 135/18 136/2
whatever [8]  25/6 25/9 32/21 37/10 59/3
 112/17 136/7 139/23
whatnot [1]  88/14
whatsoever [1]  85/18
whenever [1]  28/7
where [41]  4/7 12/21 13/24 20/18 21/2 27/17
 35/20 35/21 51/23 51/23 53/12 58/9 58/11
 58/16 58/18 59/10 60/1 62/10 62/11 66/20
 67/19 70/9 70/19 72/7 72/7 72/10 72/13
 74/23 75/8 77/4 83/19 91/7 91/8 98/9 115/24
 116/3 121/18 123/2 123/12 123/12 125/12
where'd [1]  37/24
wherein [1]  80/3
whether [24]  11/25 18/16 19/8 21/9 21/17
 25/6 26/5 28/17 29/24 30/10 42/15 58/10
 59/2 59/12 63/7 63/24 70/25 72/11 73/21
 77/20 79/9 82/19 92/11 134/11
while [9]  14/18 21/3 23/17 48/8 62/5 71/11
 81/3 83/16 91/2
whirlwind [3]  24/19 116/10 116/15
white [8]  46/21 66/15 67/5 68/9 68/10 68/13
 113/22 114/5
who's [2]  59/24 101/22
whole [11]  11/21 31/17 74/17 75/16 83/18
 85/3 102/10 116/23 119/22 128/15 139/11
whom [1]  115/18
whose [2]  37/4 82/23
why [49]
willing [6]  44/8 44/25 56/13 84/15 86/10
 143/5
window [2]  6/22 25/3
wing [2]  142/10 142/12
wire [9]  22/13 22/16 47/3 47/4 47/7 73/18
 73/19 88/24 91/6

**W**

wire-transfer [1]  47/7
wire-transferred [1]  88/24
wire-transfers [1]  73/18
wired [2]  132/16 133/17
wiretap [1]  93/24
withdraw [3]  19/22 25/7 117/25
within [2]  20/25 134/2
without [11]  58/22 65/11 67/10 69/7 69/8
85/3 97/2 98/15 98/24 101/13 136/4
witness [9]  2/13 2/13 3/5 3/15 3/18 3/19 44/4
128/17 139/1
woken [1]  14/7
woman [4]  52/24 76/25 131/1 131/2
woman's [1]  38/22
women's [1]  37/19
wonder [1]  83/21
wondering [2]  11/14 123/12
words [8]  50/23 57/3 71/17 86/24 99/22
112/11 115/15 138/23
wore [1]  41/6
work [52]
worked [3]  14/18 24/20 54/24
working [16]  14/15 14/15 16/19 22/9 28/13
28/17 29/1 29/3 29/4 59/24 78/9 86/19 86/22
88/21 95/2 123/18
world [2]  21/14 21/14
worn [2]  79/14 79/16
worried [4]  26/1 49/6 49/7 50/5
worry [5]  25/25 26/9 28/9 43/6 43/7
worse [2]  53/12 53/12
would -- you [1]  32/16
wouldn't [8]  23/21 23/24 27/10 44/10 59/4
119/5 124/10 129/22
wow [1]  52/11
wracking [2]  22/5 116/19
writing [2]  78/3 78/4
written [1]  9/10
wrong [5]  24/2 61/18 95/12 102/20 114/24
wrongdoing [1]  86/1
wrote [7]  71/10 71/13 71/15 72/8 126/6
126/6 132/25

**Y**

Y-o-n-n [1]  91/13
yeah [6]  11/19 14/6 64/6 77/18 132/8 141/22
year [6]  4/23 5/5 31/23 34/3 49/11 84/17
years [8]  34/5 41/2 80/6 82/7 82/17 105/15
127/23 131/19
yes [275]
yet [7]  63/19 64/4 108/15 108/15 112/4
127/16 141/20
Yonn [1]  91/12
York [40]  5/4 5/7 5/12 21/7 21/10 33/15 34/8
34/10 34/11 34/13 34/17 41/12 47/24 48/1
48/5 48/7 50/7 54/7 54/10 69/21 69/21 74/14
77/17 82/11 89/3 89/18 90/8 94/2 94/3 113/8
113/17 114/21 124/21 124/24 125/5 125/11
127/4 127/16 129/6 130/17
you'll [5]  43/6 43/7 50/1 88/1 120/4
you're [40]  8/22 12/10 12/25 12/25 16/18
16/22 17/15 18/2 18/3 21/18 23/15 23/24
24/12 25/3 26/23 32/9 32/9 37/3 38/17 46/7
46/12 51/23 61/12 61/12 70/19 87/17 92/16
95/25 107/16 114/11 114/24 115/2 115/2
115/5 116/3 124/13 124/16 141/7 142/8
142/11
you've [12]  14/23 98/6 98/6 115/21 117/3
120/7 120/8 120/18 120/21 133/15 136/12
137/1
yours [1]  10/18
yourself [4]  23/15 48/25 79/1 87/17