```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
                      Case No. 11-80072-CR-MARRA
3
  UNITED STATES OF AMERICA,      )
4                                )
        GOVERNMENT,              )
5                                )
        -v-                      )
6                                )
  ROSE MARKS,                    )
7                                )
        DEFENDANT.               )    West Palm Beach, Florida
8                                )    September 11, 2013
  _____)
9

10                   Volume 11, Pages 1 - 196

11            TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12         BEFORE THE HONORABLE KENNETH A. MARRA

13              UNITED STATES DISTRICT JUDGE

14

15  Appearances:

16  FOR THE GOVERNMENT          Laurence M. Bardfeld, AUSA, and
                                Roger H. Stefin, AUSA
17                              United States Attorney's Office
                                500 East Broward Boulevard
18                              7th Floor
                                Fort Lauderdale, FL 33301
19
    FOR THE DEFENDANT           Fred A. Schwartz, ESQ.
20                              Kopelowitz, Ostrow, Ferguson
                                Weiselberg, Keechl
21                              700 South Federal Highway,
                                Suite 200
22                              Boca Raton, FL 33432

23  Reporter                    Stephen W. Franklin, RMR, CRR, CPE
    (561)514-3768               Official Court Reporter
24                              701 Clematis Street
                                West Palm Beach, Florida  33401
25                              E-mail:  SFranklinUSDC@aol.com
```

```
 1          (Call to the order of the Court.)

 2          THE COURT:  Good morning, everyone.  Please be

 3   seated.

 4          All right.  We're back on the record, and Ms. Marks

 5   is present with counsel.

 6          I think we're waiting for one more juror to get

 7   here.  Just wanted to see if there are any issues we need to

 8   talk about before we begin.

 9          MR. SCHWARTZ:  I have none, Your Honor.

10          MR. STEFIN:  No, Your Honor.

11          THE COURT:  Have we heard from the agent as to

12   whether or not she found her notes?

13          MR. STEFIN:  She's going down to the building where

14   the records are stored this morning to search for them.

15          THE COURT:  I guess we're ready to go, so let's

16   bring the jurors in.

17          Ma'am, if you could come back up.

18          You're still under oath, ma'am.

19      (The jury enters the courtroom, after which the following

20   proceedings were had:)

21          THE COURT:  Welcome back everyone.  Please be

22   seated, ladies and gentlemen.

23          Good morning.  Thanks again for being back so

24   promptly this morning.

25          Before we begin, has anyone read or heard anything
```

```
 1    about the case since we recessed yesterday?

 2              All right.  Great.

 3              Mr. Stefin, you may proceed.

 4              MR. STEFIN:  Thank you, Your Honor.  Good morning.

 5    Jude Gilliam Montassir, Government's witness, resumed the

 6                         stand.

 7              Direct Examination (Cont.'d)

 8    BY MR. STEFIN:

 9    Q    Good morning, Ms. Montassir.

10    A    Good morning.

11    Q    I believe the last conversation that we played was a

12    meeting in a hotel room on July the 10th of 2008.

13    A    Right.

14    Q    I'd next like to play Government's exhibit 106-4A, which

15    is a telephone conversation on August 4th of 2008, and the

16    transcript would be 106-4B, which we would like to

17    distribute.

18              THE COURT:  All right.

19              (Audio played.)

20    BY MR. STEFIN:

21    Q    Ms. Montassir, let me just ask you a few questions.  How

22    much of that -- how much of the things that you told the

23    Defendant in that conversation was true?

24    A    I think all of it about my ex-husband being worth

25    $10 million and the interrogatories and the mediation and all
```

 1  that.

 2  Q    I mean, was there really, in fact, a hearing coming up

 3  that you were going to have to attend?

 4  A    Yes, I did have to go to it.

 5  Q    And there are several times, for example, in the last

 6  part of the conversation where you said that you paid a

 7  psychic millions of dollars to help me out, and this is

 8  certainly not helping me any; is that what you were doing?

 9  Were you paying her for services to help you out?  Was that

10  your understanding?

11  A    No.  Oh, no.  It was giving her money for energy that

12  she was supposed to get back -- give me back.  That's why I

13  asked for the money in this and every other conversation.

14          MR. STEFIN:  If I could just have one moment.

15  BY MR. STEFIN:

16  Q    And there's just a few references I wanted to get

17  clarified.  On page 18 of the transcript, a portion of the

18  conversation beginning on line 486 where you make the

19  comment:

20          "And he was very, very poor, remember, do you admit

21  that, that even the person that you said he -- uh, you sent

22  out there to live with him to spend the money, remember?"

23          First of all, what representations was the

24  Defendant making to you about your ex-husband's lifestyle at

25  that time that you make that comment?

1   A     She had a lot of long complicated stories about how he

2   was living, and she was keeping track of it all, and that she

3   had sent a woman out there to live with him to spend all the

4   money.  That was her little trick that she was doing to make

5   him miserable; and that wasn't true.

6   Q     So even though you were giving your ex-husband many

7   dollars, she was telling you that he was actually poor or

8   spending the money?

9   A     Yes.  When he and I lived together, he spent the money

10  faster than I can make it.  When we divorced I was making

11  seven figures a year, and my credit cards were overdrawn

12  because he just spent so much money and sent it to his

13  relatives.  He was trying to get me to buy him a $140,000

14  car, and he hates to drive.

15  Q     Let me direct you to page 21 of the transcript,

16  beginning on line 574, you made some reference to:

17            "You mean on the 40-day thing from the Bible."

18            Do you recall what that's in reference to?

19  A     No, I don't.  I know I went to Williamsburg one winter

20  and stayed in a Inn there that was not prepared for winter

21  cold.  I remember that.  And I wrote in that time.  I was

22  there about four months, I think.  So I guess that's

23  referring to that.  I really don't remember that particular

24  scam of hers.

25  Q     Okay.  And on page 23 you talk about your lawyer telling

```
 1    you that you should send the money that you paid to the
 2    Defendant to the IRS.  Was that something you actually
 3    communicated with your lawyer about?  That's starting on
 4    line 16 through line -- I mean line 616 through line 620.
 5    A    Yes, my attorney there, Sara Bennett, has been great
 6    through this whole thing, and she talked to the police here
 7    and knew a lot about the case of how broke I was and that I
 8    was being scammed.
 9    Q    On page 33 you're talking about a black credit card and
10    Prince Al Ali beginning on lines around 888 through 892.
11    What do you recall the story being about that?
12    A    According to Joyce, Prince Al Ali was one of her
13    clients, he was a good friend with him and they worked
14    together and he was helping with whatever I was supposed to
15    do, I don't remember anymore.  And she had flown to New York
16    to get -- to prepare to give me money back, and she was
17    talking about she was going to get me a black American
18    Express card, which has no limit on it.
19              It's like a hundred thousand dollars a month you
20    can spend on it.  And he would pay all the bills.
21    Q    Okay.  The next and last tape that we're going to play
22    is Government's exhibit 106-5.
23              THE COURT:  How long do you think it's going to
24    take?
25              MR. STEFIN:  It's only seven pages, so I would say
```

```
 1   15 minutes or less, hopefully.

 2            THE COURT:  Let's try and do it before the break.

 3            MR. STEFIN:  All right.  And I would ask to

 4   distribute the transcript, which is 106-5B.

 5            THE WITNESS:  Can I say that this last one was so

 6   long why?

 7   BY MR. STEFIN:

 8   Q    You have to let me ask the questions, I'm sorry.

 9            But why was that last tape so long?

10   A    Because I was in a roomful of policemen, and they kept

11   passing me notes and saying, ask this, ask that.  This is why

12   there was so many hesitations in it and so many repetitions.

13   They were saying, ask more about this, ask more about this,

14   and I'm trying to read their notes.

15   Q    Okay.  Thank you.

16            MR. STEFIN:  May I proceed, Your Honor?

17            THE COURT:  Yes.

18            (Audio played.)

19   BY MR. STEFIN:

20   Q    Is that your last conversation with the Defendant, to

21   your recollection?

22   A    I think so.  I don't know if that -- the talk in the

23   restaurant was after that or not.

24            MR. STEFIN:  This would be a good time.

25            THE COURT:  All right.  Ladies and gentlemen, why
```

```
 1    don't we take a break.  Take a 15-minute recess.  Don't

 2    discuss the case.  We'll see you shortly, thank you.

 3         (The jury exits the courtroom.)

 4              THE COURT:  All right.  Once again, ma'am, don't

 5    discuss your testimony during the break.  Thank you.

 6         (A recess was taken from 10:22 a.m. to 10:36 a.m., after

 7    which the following proceedings were had:)

 8              THE COURT:  Please be seated.

 9              You're still under oath, ma'am.

10              Are we ready?

11              MR. SCHWARTZ:  Yes, Your Honor.

12              MR. STEFIN:  Yes, Your Honor.

13              THE COURT:  How much more do you think you have on

14    direct?

15              MR. STEFIN:  I'm just looking at my pages of notes.

16    Probably an hour.

17              THE COURT:  All right.  Let's bring the jurors in.

18         (The jury enters the courtroom, after which the following

19    proceedings were had:)

20              THE COURT:  Welcome back, everyone.  Please be

21    seated, ladies and gentlemen.

22              You may proceed, Mr. Stefin.

23              MR. STEFIN:  Thank you, Your Honor.

24    BY MR. STEFIN:

25    Q    Ms. Montassir, yesterday I asked you about money that
```

1   you sent not only to the Defendant but to other parties,

2   other third parties.  Do you remember a company called

3   Precious Metals?  Does that ring a bell?

4   A    That does sound familiar.

5   Q    And do you have any recollection of why you sent money

6   to Precious Metals?

7   A    No.

8   Q    Were there any times that you sent money to the

9   Defendant in order to make payments to Claude White?

10  A    Yes, I fell for that little scam twice.  She said that I

11  was to send her the money for -- a check to her for the money

12  I was to pay my ex-husband.  Then she would cleanse it and

13  send it to him, and that would keep it from putting evil back

14  on me.  But she didn't ever send the check, she kept the

15  money.

16  Q    Do you recall what the approximate amounts of these

17  checks were?

18  A    I remember one of them was 50-some thousand, 52,000,

19  50-some thousand dollars.

20  Q    And do you remember what the second one was?

21  A    No.

22  Q    Let me show you what has been marked for identification

23  as 106-4.

24          MR. STEFIN:  May I approach?

25          THE COURT:  Yes.

```
 1   BY MR. STEFIN:

 2   Q    Do you recognize that?

 3   A    Yes.  That was one of the checks.

 4   Q    Is that one of the checks you sent to her to pay Claude

 5   with?

 6   A    Yes.

 7          MR. STEFIN:  We would move 106-4 into evidence at

 8   this time.

 9          MR. SCHWARTZ:  No objection.

10          THE COURT:  Admitted without objection.

11      (Government's Exhibit No. 106-4 entered into evidence.)

12   BY MR. STEFIN:

13   Q    Showing you 106-4.  Is that check written out in your

14   handwriting?

15   A    Yes.

16   Q    It's made payable to Joyce Michael for $52,250?

17   A    Right.

18   Q    And then the bottom left-hand side is -- in the notation

19   section, what does that read?

20   A    "To pay Claude."

21   Q    And did you later learn that that money never went to

22   Claude?

23   A    Yes.

24   Q    Did you have a conversation with her about it, why was

25   the money not passed on?
```

```
 1   A     Yes.  I don't remember it specifically.  I know I was

 2   pretty angry, because his lawyer, my ex-husband's lawyer, was

 3   on my case, and I had to pay interest and penalties.

 4   Q     Did you ever notice who endorsed that check, by the way?

 5   A     No.

 6   Q     Or how it was endorsed, I should say.

 7             I'm not going to ask you to read that.

 8   A     Good.

 9   Q     Now, Ms. Montassir, you started dealing with the

10   detectives, again, it was January 15th of 2008, the day they

11   came into your hotel room?

12   A     Right, yes.

13   Q     And this is September, right?  September of 2013.  So

14   it's been, what, six and a half years now?  Five and a half

15   years, I'm sorry.

16   A     A long time, yes.

17   Q     Since that time.

18             And during the first few years prior to the

19   indictment in this case, did you maintain frequent contact

20   with the detective that was originally assigned to this

21   matter, Detective Charlie Stack?

22   A     Yes, we workout together.

23   Q     How would you describe currently your relationship with

24   Detective -- well, former Detective Stack?

25   A     Friends.
```

```
 1    Q    And do you talk with him on a regular basis?

 2    A    I talk to -- he calls me about every two weeks maybe,

 3    three weeks, something like that.

 4    Q    And would you explain to the members of the jury how

 5    this friendship developed?

 6    A    When they found me I was extremely overweight, and I

 7    used to lift weights for exercise, and I -- power lifting.

 8    And I wanted to get back into the gym, and Detective Stack

 9    said that he would train me.  I was going to hire a trainer,

10    and he says, well, I'll train you.  And I didn't know

11    anything about this man.  So I met him in a gym in Hollywood,

12    Florida --

13    Q    I'm sorry, but where were you living at this point in

14    time?

15    A    At the hotel.

16    Q    All right.  So did you start showing up at the gym where

17    Detective Stack frequented?

18    A    I went at 6:00 a.m.  He was going to train me

19    individually from 6:00 to 6:30.  Then he had -- he worked out

20    with a bunch of young men and not so young men at 6:30.  But

21    after one day of working from 6:00 to 6:30, he saw that I

22    knew what I was doing, how to lift a dumbbell, and so I

23    started working out with Charlie and the guys, and I did for

24    years.

25    Q    And what did you learn about -- and you call him
```

 1    Charlie, right?

 2    A    Charlie.

 3    Q    What did you learn about Charlie as far as his

 4    background in physical fitness?

 5    A    That he is a Motai trainer, he weight-lifts, he knows a

 6    lot about physiology, he knows a lot.  He's very good.  You

 7    can tell him that you need a certain muscle worked out.  He

 8    can tell you exactly how to do it.  It was really good.

 9    Q    And did you learn that he was a martial arts instructor?

10    A    Yes, he's a martial arts instructor for a long time, and

11    he was training a young man who has two more fights to go to

12    world amateur champion middleweight.  We're hoping for

13    Ralphie to get that.

14    Q    So how often were you going to the gym to train with,

15    you said Charlie and the other guys?

16    A    Yes, always.  We had a whole little group of us.

17    Q    Were you paying him for this?

18    A    Never a penny.

19    Q    In fact, did you not mention Detective Stack or Charlie

20    Stack in one of your books?

21    A    Yes, to thank him.  I wanted -- my hero is based on the

22    action guy Jason Statham, and I wanted a couple of -- a cage

23    fight in it, and I wanted my -- in another book, Heart

24    Wishes, I wanted my heroine to do some kickboxing in it.  So

25    I asked Charlie about them.

```
 1    Q    Did you get some advice from him as far as how to do

 2    what?  What information did you get from him that helped you

 3    in writing one of your books?

 4    A    I asked him if my heroine was going to kick this guy who

 5    was this football player and make him back up, and she's

 6    small, he's really big, what kind of kicks would he do?  And

 7    Charlie rattled off these kicks I had never heard of.  So we

 8    were just leaving the gym, a lot of us, and I handed him a

 9    piece of paper, and he wrote it down for me.  And I went and

10    put it in my book.

11         Another time I wrote -- another time I asked him

12    about cage fighting, and he said to get a DVD of this man

13    named La Pierre, something Pierre, and I did, and I used that

14    to describe the fight.

15    Q    I wanted to show you what's been marked as 106-3 and ask

16    you if you can identify this.

17    A    Uh-huh.  This is my book I based on the character Jason

18    Statham, and it's an acknowledgment of thanking Charlie for

19    all he's done to help out with the book and with working out

20    with him.

21    Q    And what book was that that you wrote that you put in

22    him in your acknowledgment?

23    A    Scarlet Nights.

24         MR. STEFIN:  We would offer 106-3 at this time.

25         MR. SCHWARTZ:  No objection.
```

```
 1              THE COURT:  Admitted without objection.

 2        (Government's Exhibit No. 106-3 entered into evidence.)

 3   BY MR. STEFIN:

 4   Q    Could you -- would you be able to read the

 5   acknowledgment out loud?

 6   A    Sure.

 7              "I'd like to thank the person who made this book

 8   possible, my consultant and most of all my friend, Detective

 9   Charles J. Stack of the Economic Crimes Unit of the Fort

10   Lauderdale Police Department.  Charlie, a former national

11   champion of kickboxing and karate and I work out together.

12   In between pushing me to lift ever heavier weights and hit

13   that big bag with the gloves, he answered all me questions.

14   Charlie instantly replied to all my many text messages no

15   matter where he was, in a courtroom or a meeting with the

16   Attorney General.

17              "He explained everything from Fort Lauderdale

18   Police Department retirement plans to the latest U.S. Supreme

19   Court ruling to what the heck Motai was.  He told me truly

20   fascinating stories about his very dangerous undercover work.

21   AMC wants to do a documentary about one of them.

22              "He read the scenes I've written of the fights and

23   about the real Mitzi's work and did a great job of editing

24   them.  His insights into how the minds of criminals such as

25   the real Vandlo family worked was brilliant and spell-binding
```

1   to hear.  The magnitude of the crimes he works on and the

2   absence of any public knowledge of these criminals horrified

3   me.  I could never adequately express my gratitude to Charlie

4   for his help, his intelligence, his kindness, and his

5   never-ending patience.

6          "Thank you, Charlie.  You're a true hero."

7   Q    Other than him providing some technical advisory

8   commentary about boxing, did you have any reason to feel

9   gratitude towards him for any other reason?

10  A    When he found me in a hotel room, I was suicidal.  And,

11  of course, everybody says, oh, go to a therapist.  You know,

12  you go one week, one hour a week and whine.  Charlie said,

13  come workout with me, and to punch bags with 16-ounce gloves,

14  and we worked out anywhere from three to six days a week.  A

15  few times I went four-and-a-half hours with Charlie.  And

16  that helped me more than anything in the world.

17         He really gave me -- it wore me out so much that I

18  couldn't think, and I would just go home dripping sweat and

19  just sit down and write for the rest of the day and get up

20  the next morning, roll out of bed and I was at the gym at

21  6:30 and do it all over again.  And that helped me more than

22  anything that could possibly -- all the therapy in the world.

23  It was better.

24  Q    And you said he did a great job of editing your book.

25  Did he actually -- was there some slight editorial

1    exaggeration there?

2              MR. SCHWARTZ:  Objection, leading.

3              THE COURT:  Overruled.

4    BY MR. STEFIN:

5    Q    You can answer.

6    A    What I did is I wrote this section in there about how

7    these fictitional (sic) characters in my book gave women

8    hope, and it was about a page and a half.  And I sent it to

9    Charlie, and he read it and he said, no, this isn't right,

10   what I had written.  So he stayed on the phone with me, and I

11   said, well, tell me what it should be.  And he told me and I

12   rewrote this section, and I sent it back to him, and he said,

13   yeah, that's better.

14             So that was the sum total of Charlie's editing.

15   Q    Did he ever read any of your books, to your knowledge?

16   A    Charlie's not a reader.  Charlie can kick a

17   six-foot-tall person in the head, but, no, he's not a reader.

18   No, he didn't.  I had him read that, the acknowledgment, and

19   he said thanks.

20   Q    You mentioned there were other people that you trained,

21   with, worked out with when you worked out with Detective

22   Stack.

23   A    Right.

24   Q    Did you develop any friendships or friendships with any

25   of the other individuals?

```
 1    A    Yes, very much.  Carmine, who was the --

 2              MR. SCHWARTZ:  Objection, relevance, Your Honor.

 3              THE COURT:  Overruled.

 4    BY MR. STEFIN:

 5    Q    Go ahead.

 6              THE COURT:  Go ahead.

 7              THE WITNESS:  Carmine, who was the third-ranked

 8    boxer in the world at one time, middleweight.  I trained with

 9    him some.  I used to hit him in the chest.  And Ralphie,

10    Rafael Crespo, who's up for World Amateur Champion, young

11    man.  I helped train him, hit him, prepare him for the ring.

12    BY MR. STEFIN:

13    Q    When you say you helped train him, what was your role in

14    that?

15    A    I have a really strong right cross, and I would -- the

16    boys would stand there, and I would hit them in the stomach,

17    just like a punching bag, to prepare them for the ring.  Then

18    I would stand -- because they're all tall and I'm 5-foot

19    tall, and I would put on these little plastic platform

20    things, stack them up so I was tall enough, and then I

21    punched the boys and tried to hit them in the head, and they

22    were supposed to duck and move around.

23              I was always hitting Ralphie.  The guy can take a

24    punch like you can't believe.  But some of them I couldn't

25    hit at all; there's one boy.  But that's what I did, I
```

```
 1   trained guys for the ring.
 2   Q    And did you maintain communications with some of these
 3   associates of Detective Stack outside of the gym arena?
 4   A    Oh, yes, very much so.  Carmine and Ralphie, very much
 5   so.  Ralphie's staying in my house.  I have a house here in
 6   Fort Lauderdale, and he takes care of it.  He stays there
 7   with the -- maintains it.
 8   Q    And did Detective Stack have anything to do with the
 9   arrangement you made with this individual?
10   A    None whatever.
11   Q    And was there a point in time that you had heard that
12   Detective Stack was going to be opening up a gym with some of
13   these other individuals?
14   A    Yes.
15   Q    And how did you hear about that?
16   A    Carmine called me and said they were opening the gym at
17   last.  We had all been planning for it.
18   Q    And I should ask, how many years have gone by since you
19   had first met Detective Stack that you heard about this gym
20   that was going to be opened up?
21   A    Gee, it's about five years, I guess.
22   Q    Well, you wrote the check I believe around, was it 2011?
23   A    So it's three years?  I'm not very good with arithmetic.
24   Q    But you heard about a business that Detective Stack was
25   going to be getting involved in?
```

```
 1    A     Right.

 2    Q     Or actually, was it Carmine you said you heard it from?

 3    A     Carmine.  Carmine called me.  I was in Nantucket --

 4          MR. SCHWARTZ:  Objection, hearsay.

 5          THE COURT:  Sustained.

 6    BY MR. STEFIN:

 7    Q     And based on your conversation with Carmine, did you ask

 8    if you could do something?

 9    A     Yes, Carmine called and said we're finally opening that

10    gym, and I said I want to be part of it, I want to be a

11    section of it.  Can I invest in it?  And he said, well, yeah,

12    sure.

13          MR. SCHWARTZ:  Your Honor, I'm going to object to

14    statements out of court.

15          THE COURT:  Sustained.  Don't tell us what Carmine

16    said.

17    BY MR. STEFIN:

18    Q     Don't tell us what anybody said to you, but just listen

19    to my question.

20          Based on your conversation with Carmine, did you

21    invest or seek to invest in that?

22    A     Yes.

23    Q     And how much money did you offer to invest?

24    A     35,000.

25    Q     And did you discuss this with Charlie Stack before you
```

```
 1    wrote a check for $35,000?

 2    A    No.

 3    Q    Do you remember who you sent that check to?

 4    A    I think I sent it to Carmine.

 5    Q    And after you sent that check, at some point in time did

 6    you get that money back, sent back to you?

 7    A    Yes.

 8    Q    The full $35,000?

 9    A    Yes.

10    Q    And do you remember how long it was between the time you

11    sent the money and the time you~-- the money was sent back to

12    you?

13    A    I think it was like a month or something.  Was that

14    right?  I don't know.

15    Q    Before you sent that money, had you ever discussed with

16    Carmine the fact that you were actually a victim or witness

17    in a criminal case that Detective Stack had been involved in?

18    A    No, he didn't know.

19    Q    Was that a topic that ever came up during all the time

20    that you were working out with these guys in the gym?

21    A    No.

22    Q    Now, you testified that you had moved -- when you moved

23    out of the hotel, I think the second hotel, you moved

24    next-door to another detective.  That was Detective Ogden.

25    A    Right.
```

```
1    Q    And you said that you lived there for about -- I believe

2    it was about eight months before you moved to Southwest

3    Ranches, bought the house?

4    A    Yes, I think I had that house for a year, the Margate

5    house.

6    Q    And during the time that you were living there, did you

7    become acquainted with other members of his family, his wife,

8    his children?

9    A    Yes, they were my next-door neighbors.

10   Q    And at some point in time, did you offer to hire

11   Detective Ogden's wife to assist you in some manner?

12   A    Yes.

13   Q    Tell us how that came about.

14   A    I owed nearly four years in back taxes, and it was a

15   huge mass of paperwork to get it all put together, and I

16   could either do the paperwork to get it on the computer and

17   get it to an accountant, sort out my taxes, or I could write

18   books.  So I needed to hire someone to do the paperwork.

19          We couldn't go outside of people we knew.  Like I

20   couldn't go to an agency and hire a secretary because then

21   Joyce would find out where I was, and she would be on my

22   front door.  And so Darren's wife used to be a schoolteacher.

23   She had three young children who were about to go to school.

24   She was a full-time mom, and so it just made sense.  We hired

25   her, and Larry there approved it, and we --
```

```
 1    Q    So did you hire Darren Ogden's wife to assist you?

 2    A    Yes, and I paid her what I did a secretary I had had

 3    before, and she worked for me for a few months, just to get

 4    the papers sorted out and put in the computer and to the

 5    accountant, and then I took over.

 6    Q    And you said for a few months, and then was there a

 7    point in time that you actually then moved from the

 8    neighborhood?

 9    A    Yes.  I moved -- I got tired of hiding.  It was hard

10    using somebody else's credit card and always being afraid.  I

11    got tired of it.

12    Q    And after you moved away from that neighborhood, did

13    Detective Ogden's wife continue to work for you or work with

14    you?

15    A    She did for a little while, but by then I was down at

16    Southwest Ranches, which is really close to Miami, and it was

17    too far up to Margate.  So I discontinued her services.

18    Q    And do you remember how much you were paying her for her

19    assistance?

20    A    Was it a thousand dollars a week?

21    Q    You know, your best recollection.

22    A    I don't remember.  I honestly don't remember.  It was

23    what I had paid my secretary before.  So I paid her the same

24    amount.  It wasn't any different.

25    Q    Now, earlier you testified that there really was a court
```

1    hearing that you had to attend in New Mexico.

2    A    Yes.

3    Q    That you had to go to a mediation.

4    A    Yes.

5    Q    Was that true?

6    A    Yes, I did.

7    Q    And did you ask anybody to accompany you on that trip to

8    New Mexico?

9    A    Yes, Detective Stack and Detective Ogden went with me.

10   I was terrified out of my mind, and Larry, there, very kindly

11   said they could go.

12   Q    Well, did you pay them to go with you, or was this

13   something --

14   A    No, no.

15   Q    And do you know whether or not they had other police

16   business in New Mexico during that visit?

17   A    They --

18   Q    Just answer yes or no.

19   A    Yes.

20   Q    I don't want you to go into details about what they may

21   have said.

22   A    Yes.

23   Q    Now, you've mentioned that you had not paid taxes for a

24   number of years at that point in time.

25   A    Right.

```
 1   Q    And what did you do to try to make things -- to correct
 2   things with the Internal Revenue Service?
 3   A    I got an accountant in Fort Lauderdale, and he worked
 4   with Darren Ogden's wife and got the paperwork and did the
 5   files, and to file the returns, and he talked to an IRS
 6   agent.
 7   Q    All right.  And were there back tax returns prepared on
 8   your behalf by this accountant?
 9   A    Yes.
10   Q    And did you provide him fully with all your
11   documentation as far as how much money you had earned from
12   your book writing during the back years in question?
13   A    Yes.
14   Q    And did you tell him about what had happened to you with
15   respect to the Defendant, Joyce Michael, and the amounts of
16   money that you had paid?
17   A    Yes.  He was Darren Ogden's accountant.  And so the
18   police talked to him and told him what was going on.
19   Q    But did you also tell the accountant what was going on?
20   A    Well, they kinda did the talking, so --
21   Q    And were there then tax returns prepared for you for all
22   the back years?
23   A    Yes.
24   Q    And as far as -- to the best of your knowledge, were
25   those tax returns prepared accurately based on the income
```

```
 1   that you had and the losses that you had suffered?

 2   A    Yes.

 3   Q    Now, was there a time, going back before you were

 4   interrupted at the hotel by the detectives -- did you ever go

 5   to the Defendant's residence on Seminole Drive?  Did you ever

 6   see that residence?

 7   A    Yes, once.

 8   Q    And do you remember when that was?

 9   A    No, I don't remember the time, the date of that.

10   Q    Well, was this before or after you had moved -- before

11   or after your son had died and you moved down to South

12   Florida?

13   A    It was after.

14   Q    And you came down and you were living in an apartment.

15   During that whole time period, did the Defendant ever invite

16   you over to her residence?

17   A    No.

18   Q    How did you happen to go to her residence on Seminole

19   Drive?

20   A    I was driving down the road and I saw a big sign said

21   Seminole Drive, and I thought, well, I'll just pop in and see

22   Joyce.

23   Q    Were you familiar with that street as being related to

24   the Defendant?

25   A    Oh, yes.  I sent her a hundred packages, checks to that
```

```
 1   address.  Yes, I knew it very well.  I'll die knowing it.

 2   Q     And so you decided to just pop in?

 3   A     Yes.

 4   Q     And what happened?

 5   A     It was all very strange.  Everybody kept looking at me

 6   very oddly.

 7   Q     When you say everybody, when you got to the door who was

 8   there?

 9   A     There was her daughter-in-law, Nancy, who I had met

10   before in New York; and she went outside and was smoking

11   cigarettes and was shaking.  There were some large young men

12   who were Joyce's grandchildren, grandsons, in chairs, staring

13   at me; and Fifi was there.

14   Q     You said Fifi?

15   A     Fifi.

16   Q     Who did you know her to be?

17   A     I think I know her as Vivian, Joyce's granddaughter, I

18   think.

19         And there was another person there who I didn't

20   know, a young man.

21   Q     And did you see the Defendant there that day?

22   A     I waited and waited.  She finally came downstairs and

23   immediately rushed me outside.  And I said why is everybody

24   being so weird?  What's wrong?  What's strange?  And she -- I

25   think that was when she told me that Nancy's going through a
```

1    divorce, and that's why she was so shaky and strange.  And so

2    she got me out of there fast.  It was just a very odd time.

3    Q    And that was the only time you went back there?

4    A    Yes.

5    Q    That was the only time you went there, I'm sorry.

6    A    Yes.  I wouldn't go again, no.

7    Q    Now, you testified about the fact that you had engaged

8    in e-mail correspondence with someone that you believed to be

9    Brad Pitt.

10   A    Right.

11   Q    Let me show you what has been marked as Government's

12   exhibit 106-2.

13           I don't want you to go through every page, but if

14   you just glance at them.  Do those appear to be e-mails that

15   you sent to quote-unquote Brad Pitt or received from Brad

16   Pitt?

17   A    Yes.  They seem to be, yes.

18   Q    And you said the correspondence went on for how long, do

19   you recall?  You can probably look and see when it first

20   started on the early pages.  Might be backwards.

21   A    It looks like about a year.

22   Q    And when did they start?  What was the date that you see

23   the first e-mail?

24           MR. STEFIN:  Well, let me do this.  At this time we

25   would offer 106-2 into evidence, Your Honor.

```
 1                MR. SCHWARTZ:  No objection.

 2                THE COURT:  Admitted without objection.

 3         (Government's Exhibit No. 106-2 entered into evidence.)

 4    BY MR. STEFIN:

 5    Q     Showing you what's been labeled on 106-2 document

 6    JM-253.

 7                Now, this was an e-mail dated Wednesday,

 8    December 5th, 2007, from Jude Montassir,

 9    JudeMontassir@Yahoo.com.  That was your e-mail address that

10    you were using at the time?

11    A     Yes, that was my e-mail address.

12    Q     And it says to BP, Legend0999@Yahoo.com.

13    A     That was supposed to be his e-mail address.

14    Q     And do you recall how it was that you got that e-mail

15    address to be able to send an e-mail to him?

16    A     Joyce gave it to me.

17    Q     Then it goes on to discuss, and you're talking about, I

18    saw that you're a fan of Greene & Greene.  Who is that?

19    A     They're architects.

20    Q     What?

21    A     Architects.

22    Q     I thought it was a rock group or something.

23                Then you talk about you saw a woman who lived in a

24    G and G house, and you discuss that.

25                And then after this e-mail, there were further
```

```
 1   correspondences between you and Brad Pitt, right?

 2   A    Right.

 3   Q    And it started around December 5th of 2007 and actually

 4   was about a month and a half later was when the detectives

 5   came and knocked on your hotel room door, correct?

 6   A    Yes.  Yeah, it was.

 7   Q    And during that time, do you recall that you exchanged

 8   dozens of e-mails with this individual that you thought was

 9   Brad Pitt?

10   A    I didn't think it was Brad Pitt after I met the

11   detectives.

12   Q    No, but up until the time you met the detectives --

13   A    Yes.

14   Q    -- did you exchange these dozens of e-mails with this

15   person that you thought was Brad Pitt?

16   A    Yes.

17   Q    And after you met with the detectives, did one of the

18   detectives have access to your e-mail account to continue the

19   correspondence?

20   A    Yes.

21   Q    Now, Ms. Montassir, at some point in time did you begin

22   to maintain or preserve financial records and other documents

23   pertaining to your dealings with the Defendant?  At some

24   point in time during your relationship with the Defendant did

25   you start gathering up or keeping financial records relating
```

```
 1    to your dealings?

 2    A    I think I always keep records, but I didn't specifically

 3    say I'm going to keep these records.  But, yes, I keep

 4    records.

 5    Q    After the detectives found you and you started

 6    cooperating, were you able to locate a number of financial

 7    records that pertain to your dealings with the Defendant?

 8    A    Yes, they were in storage in North Carolina, and I had

 9    the storage moved to Florida, and in Fort Lauderdale, and the

10    detectives went through everything and found the boxes.

11    Q    All right.  You started your relationship with the

12    Defendant, I believe, in 1991 was your testimony.

13    A    Yes.

14    Q    Were you missing some years of records by this point in

15    time in 2008?

16    A    Yes, yes.  I threw them out, the old stuff, just

17    probably two years before the detectives came.  Wish I had

18    them.

19    Q    But did you have some records that started beginning

20    around 1999 and 2000?

21    A    Yes.

22    Q    And you said you found these records in storage?

23    A    The detectives did.  I didn't go in there.

24    Q    Let me show you what has been marked as Government

25    exhibit 106 composite.  I believe you've had a chance to see
```

```
 1    this before coming to court today.

 2    A    Yes.

 3    Q    Are these your records as they relate to the Defendant?

 4    A    Yes.

 5    Q    And are these the records you're talking about that were

 6    kept in storage by you?

 7    A    Yes.

 8         MR. STEFIN:  We would move into evidence 106

 9    composite.

10         MR. SCHWARTZ:  No objection, Judge.

11         THE COURT:  Admitted without objection.

12      (Government's Exhibit No. 106 entered into evidence.)

13    BY MR. STEFIN:

14    Q    I'm just going to display a few of these documents this

15    morning.

16         Showing you some transactions from Fairfield County

17    Savings Bank.  Does that bank sound familiar to you?

18    A    Yes, that was my bank when I lived in Connecticut.

19    Q    The top document, JM-259 is the Bates number.  The upper

20    left-hand corner, it appears that the date is 05/11/99, so

21    May 11th, 1999?

22    A    Yes.

23    Q    $16,000 outgoing wire transfer to MTB Bank, parenthesis,

24    Precious Metals Department, closed parenthesis.  And it gives

25    an address of Jude Montassir, with a Fairfield, Connecticut
```

```
 1    address.
 2            Do you recall the purpose of you sending that
 3    particular wire transfer?
 4    A    I don't -- Joyce didn't give reasons for sending her
 5    money.  She just said I have to have money for energy, and I
 6    just wire-transferred.  I would just fax the things.  It got
 7    to be . . .
 8    Q    And, again, on that same page, JM-257, the next check~--
 9    the next document, April 21 of 1999.  This one was $2700
10    outgoing wire transfer to Joyce Michael from Jude Montassir.
11            And, again, numerous wire transfers over the years
12    to an account under the name Joyce Michael?
13    A    Yes.
14    Q    Below that, a transaction, JM-255 is the Bates number.
15    This is an outgoing wire transfer to Rose Marks for $2700.  I
16    believe -- I think it's the same date, April 21.
17            Was that frequent or infrequent, that you would
18    send multiple wires on the same date?
19    A    Very frequent.
20    Q    This is just a note, JM-273.  Is that your handwriting?
21    A    Yes, that's my handwriting.
22    Q    And that indicates Rose Marks, Bank of America, Bayview
23    Drive, Florida, Fort Lauderdale, Florida, and it looks like a
24    number, an account number.
25            And do you recall the circumstances by which you
```

1    would have prepared a notation like that?

2    A    Joyce calling me and demanding money, give it to me now,

3    here's the numbers, and to -- just jotting it down before I

4    sent a wire transfer out.

5    Q    You testified -- you talked about the purchases you made

6    with Marco Polo.

7    A    Yes.

8    Q    Showing you JM-279 is one example.  That's an invoice

9    dated, looks like June 12th of '97 from Marco Polo, the Gold

10   Buyers, Inc.  This one has your name and an address on

11   Columbus Avenue for 277 one ounce gold eagles.  It looks like

12   the payment was -- can you read what that payment was,

13   payment amount?

14   A    It's a hundred thousand, isn't it?

15   Q    Hundred thousand dollars.

16        Another example, invoice, or rather a letter,

17   JM-287.  It looks like a note.  Was this by you?

18   A    Yes, that's sent to the man at Marco Polo.

19   Q    Was Lee someone that you dealt with on a regular basis,

20   or was this just a one-time thing?

21   A    No, fairly regularly buying Joyce gold.

22   Q    In this letter dated March 16th, 1998, you're asking --

23   you're stating that you want to buy another 150,000 of gold

24   American coins, and, quote, "I would like them sent, as

25   before, to Joyce Michael, 6602 Franconia Road, Springfield,

1    Virginia, 22150."

2          Then you ask a question on the bottom about please

3    let me know when the shipment is due to arrive so I can alert

4    my friend.

5          Yours sincerely, Jude Montassir.

6          Do you recall that address?  Was that an address

7    that you were familiar with?

8    A    She used that several times for me to send things there,

9    but I don't know anything about it.

10   Q    Skip over a bunch.

11         Showing you what's been marked as JM-407.

12         First of all, do you recognize this form, this

13   domestic wire transfer authorization form from the Fairfield

14   County Savings Bank?

15   A    Yes, Joyce was demanding so much money so often from

16   this bank, that I got special permission from them to do a

17   wire transfer via fax, and they sent me a form, and the first

18   time I filled it out and sent it through, and I realized I

19   should have photocopied that form, but I didn't.  So I did a

20   bunch of whiteout on the form and used it over again.

21   Q    And how many times would you say you used that same form

22   over and over again?

23   A    I have no idea.  I don't know.  But many times.

24   Q    And in this instance the date is August 13th of '01.

25   The amount being wired was $23,000, has, again, your address

```
 1   in Fairfield, Connecticut, and the beneficiary is listed as

 2   Rose Marks.  The bank is Bank of America, with a particular

 3   account number, correct?

 4              THE COURT:  Is that correct, ma'am?

 5              THE WITNESS:  Yes, that's correct.

 6   BY MR. STEFIN:

 7   Q    And you made multiple wire transfers to an account under

 8   the name Rose Marks?

 9   A    Yes, often.

10   Q    Showing you -- I asked you about Victoria Eli.  Showing

11   you a receipt, JM-411.

12              That appears to be dated August the 8th of '01,

13   $66,000 to Victoria Eli, spelled in this one E-l-y.

14              And before I ask you any question, let me show you

15   JM-412.  On August 30th, 2001, a receipt for $63,000 sent to

16   Victoria Eli, E-l-i, again on August 30th, 2001.

17              And do you recall why you were sending money to a

18   Victoria Eli?

19   A    That's what Joyce was demanding.  I had to do it.

20   Q    She said it was a neighbor of hers?

21   A    Yes, her neighbor, next-door neighbor.

22   Q    Did you ever learn that this was actually her sister

23   before you met the detectives?

24   A    No, huh-uh.  After I met the detectives I was told that,

25   yes.
```

```
 1                MR. SCHWARTZ:  Objection, hearsay.

 2                THE COURT:  Sustained.

 3                MR. SCHWARTZ:  Ask that it be stricken.

 4                THE COURT:  Disregard her statement as to what she

 5     was told about Victoria Eli.

 6     BY MR. STEFIN:

 7     Q    Showing you JM-414.  This one is from Fairfield County

 8     Savings Bank.  This receipt is dated September 20th of '01

 9     for $186,000 to Victoria Somer, S-o-m-e-r.  Do you have any

10     memory of this one?

11     A    No, no.

12     Q    And had you ever, again, before you spoke with the

13     detectives, met with her, spoke with a Victoria Somer?

14     A    No.

15     Q    The back side of this document, JM-415, a handwritten

16     note which states:  "Cashier's check to Victoria Somer for

17     $186,000, $9000 in cash, $195,000 total."

18                Is that what it says?

19     A    Yes.

20     Q    And do you recall also making wire transfers to Victoria

21     Eli, as well?

22     A    Yes.

23     Q    Showing you JM-416, a document.  This is another one of

24     the Fairfield County Savings Bank domestic wire transfer

25     authorization forms.  This one has the date of October 1,
```

```
 1    2001 and the amount of $41,250.  The originator or customer,

 2    Jude Montassir, with your Fairfield, Connecticut, address,

 3    and it's being sent to a Bank of America account in

 4    Hollywood, Florida, to Victoria Eli; is that correct?

 5    A    Yes.

 6    Q    By the way, a lot of these forms appear to have a fax

 7    indication way in the upper~-- the upper portion of the

 8    document, and in this instance it appears that the date on

 9    the fax form is 1/20/01 -- excuse me, 1/20/00, which would be

10    January 20th of 2000.  And then it goes on to say FCSB

11    Fairfield office with a fax number.

12          Do you know why it is that many of the documents

13    have that particular notation on the top?

14    A    Because I forgot to white that out.

15    Q    Now, you had maintained a bank account at a bank called

16    BB&T?

17    A    Yes.

18    Q    And there was a period of time you were living in North

19    Carolina?

20    A    Yes.

21    Q    And I think it was mentioned in one of the tapes, a

22    house that you bought in Merry Hill, North Carolina; is that

23    correct?

24    A    Yes.

25    Q    When did you live there approximately, do you recall?
```

1    A    2004 to 2005.

2    Q    But in 2006 -- showing you document number JM498.

3         Do you recall whether you changed the designation

4    of any beneficiary -- of the beneficiary on any of your bank

5    accounts?

6    A    Yes.  Since I was going to die and be put into Cynthia

7    Miller's body, Joyce had me make out a will to her so that if

8    I died, that she could get the money quickly from my

9    accounts.

10   Q    All right.  This document is labeled as a BB&T signature

11   card, North Carolina.  Let's move down the page.  The bottom

12   there, looks like the heading is payable on death account

13   with your Social Security number and your signature dated

14   January 10th of 2006.  And in this form are you naming the

15   beneficiary as Cynthia Reynolds, at 2011 North Ocean

16   Boulevard, number 1204N, Fort Lauderdale, Florida, 33304?

17   A    Joyce got the name wrong.  She thought her last name was

18   Reynolds, and later she told me it was Miller.  And I said,

19   oh, no, the bank's~-- the papers at the bank are wrong, and I

20   never changed them.

21   Q    Were you actually furnished with a birth certificate for

22   Cynthia Miller for some reason?

23   A    Yes.  So I get the dates right and the names right so I

24   can make out a Will leaving everything to her.

25   Q    Let me show you as part of your documents JM-499.

```
 1    Purports to be a certification of birth of Cynthia Angel

 2    Miller, date of birth December 16th, 1977.

 3              And where did you get this birth certificate from?

 4    A    Joyce gave it to me.

 5    Q    And you've testified that you actually prepared a Will?

 6    A    Yes.

 7    Q    Showing you JM-548 through 551.

 8              MR. STEFIN:  If I could just have one second here,

 9    please.

10    BY MR. STEFIN:

11    Q    And you were still living in North Carolina at that

12    time?

13    A    What's the date?

14    Q    All right.  We'll go through it.

15              This is a draft of a Will of Jude Gilliam

16    Montassir, where it says:

17              "I, Jude Gilliam Montassir, a resident of the State

18    of North Carolina, Bertie County, declare that this is my

19    Will."  You give your Social Security number, and then it

20    goes on through several paragraphs.

21              This is part of paragraph 3, right above where it

22    says Part Four, Executor, going above that, where it states:

23    "I leave my entire estate to Alexandra Jude Montassir, FKA

24    Cynthia Angel Miller.

25              Would you explain that?
```

```
 1   A    If I was going to be in her body, I didn't like the
 2   name, Cynthia Angel Miller, so I was going to change it to
 3   Alexandra June Montassir, FKA, formerly known as Cynthia
 4   Angel Miller.
 5   Q    Now, this document that was in your papers was an
 6   unsigned draft.  To the best of your knowledge, did you
 7   actually prepare such a document?
 8   A    Yes, I took it to a bank and had it notarized and
 9   witnessed.
10   Q    Do you recall whether or not you provided a copy of that
11   document to the Defendant?
12   A    I don't remember.
13   Q    And at that point in time, did you believe that you were
14   near death?
15   A    Yes.
16   Q    And that your entire estate would be left to Cynthia
17   Angel Miller under the name Alexandra Jude Montassir?
18   A    Yes.
19        MR. STEFIN:  If I could just have one moment,
20   please, Your Honor?
21   BY MR. STEFIN:
22   Q    Did you ever meet someone who identified herself as
23   Sharon Stevens?
24   A    Yes, I did.
25   Q    What were the circumstances of that, do you recall?
```

```
 1    A    I was in my house in Southwest Ranches, and I was

 2    pulling out of my driveway one day.  My driveway's very long,

 3    because the property's behind another piece of property.  And

 4    there was a woman standing up there at the front and just

 5    wandering around my driveway, and I asked, could I help you.

 6    And she said she was looking to buy something in that

 7    neighborhood.  And I don't know how it started.

 8            I couldn't get rid of the woman.  She started

 9    coming to my house.  I opened the gate one day for a friend

10    of mine to come in, and she came in with her big SUV, and I

11    told her to get out, get away.

12    Q    How many times did she show up at your house?

13    A    I think probably about three times, and she called me

14    rather often until I was yelling at her to stay off, to stay

15    away, and not --

16    Q    What did she want, or what did she say she wanted?

17    A    Oh, she wanted to help me spiritually.  She could tell

18    that I was a person who needed spiritual help, and that she

19    was there to help me, and that she could really do a lot for

20    me.

21    Q    Did you ever ask the Defendant if the Defendant was

22    acquainted with this woman?

23    A    Yes, I think I did.

24    Q    Do you remember what she told you?

25    A    Oh, yeah, I do.  No, she never heard of her, huh-uh.
```

```
1    Q     Never heard of Sharon Stevens?

2    A     Never heard of Sharon Stevens.

3    Q     Ms. Montassir, you said that on a number of occasions

4    you would mail packages to the Defendant; is that correct?

5    A     Yes.

6    Q     I want to show you what's been marked for identification

7    as 701-1 and 701-2.  Do you recognize that?

8    A     Yes, the checks.  Yes, I sent a lot of FedEx to Seminole

9    Drive.

10   Q     What was your purpose in sending FedExes to the

11   Defendant?

12   A     Send checks.  She wanted money.

13   Q     So you would put a check, not in the mail, but in a

14   FedEx on occasion?

15   A     In a FedEx envelope with the pen that I wrote it to.

16   Usually she wanted the who it was to left blank.

17   Q     And is this one of the wire transfers with the

18   accompanying check that was sent on or about January 22 of

19   2007?  Was this one of the FedExes that you sent?

20   A     Yes.

21   Q     To the Defendant?

22         MR. STEFIN:  We would offer Government's exhibit

23   701-1 and-two.

24         THE COURT:  Any objection?

25         MR. SCHWARTZ:  No objection.
```

```
 1              THE COURT:  Admitted without objection.

 2        (Government's Exhibit No. 701-1 and 701-2 entered into

 3   evidence.)

 4   BY MR. STEFIN:

 5   Q    FedEx receipt, the shipper is Jude Montassir, Deveraux,

 6   Inc., with a Fort Lauderdale address, and then in the far

 7   right-hand side where it says, over by recipient, Joyce

 8   Michaels, 1319 Seminole Drive, Fort Lauderdale, Florida,

 9   33304, correct?

10   A    Yes.

11   Q    And the ship date, it looks like on the upper right-hand

12   side, ship date looks like 1/22/07, correct?

13   A    Yes.

14   Q    All right.  Document 701-2.  The check appears dated

15   January 22 of '07, check number 1718.

16   A    Right.

17   Q    For $50,000.

18        Is that your signature on the check itself?

19   A    Yes.

20   Q    Are you able -- did you write in the name that's next to

21   "pay to the order of"?

22   A    No.

23   Q    Was that something you did on a regular basis, sent

24   checks that did not have the name filled in, pay to the order

25   of?
```

```
 1   A     Yes, and with the pen that I wrote the check out with.

 2   Q     And the person endorsing that check was Rose Marks?

 3   A     Yes.

 4   Q     Appears to be?

 5   A     Appears to be, right.

 6   Q     And then finally, let me show you Government's

 7   exhibit 703.

 8          Do you recognize that as a wire transaction that

 9   you caused to take place, as well?

10   A     Yes.

11          MR. STEFIN:  We would offer 703 into evidence.

12          MR. SCHWARTZ:  No objection, Judge.

13          THE COURT:  Admitted without objection.

14   (Government's Exhibit No. 703 entered into evidence.)

15   BY MR. STEFIN:

16   Q     This was from BB&T wire transfer operations.  It's under

17   Deveraux, Inc., Merry Hill, North Carolina.

18          Was that a corporation that you've done business

19   under?

20   A     Yes, that's the name of my corporation.

21   Q     It has a date.  It says TRN date, and it says 20070620,

22   and then below that actually in English it says 6/20/07.  So

23   this was sent on June the 20th of 2007?  Do you see that?  Do

24   you see it says amount, $355,000?

25   A     Uh-huh.
```

1    Q      In the middle of the page?

2    A      Yes, I see that.

3    Q      And right below that the date, 6/20/2007?

4    A      Right.

5    Q      From the originator, Deveraux, Inc.  The beneficiary

6    bank, looks like Washington Mutual Bank with an account

7    number.

8    A      Yes.

9    Q      And it indicates the beneficiary account -- beneficiary

10   name, Rose Marks, with an account number, right?

11   A      Yes.

12   Q      $355,000?

13   A      Yes.

14           MR. STEFIN:  That's all I have on direct

15   examination at this time, Your Honor.

16           THE COURT:  Thank you.

17                   Cross-examination

18   BY MR. SCHWARTZ:

19   Q      What name would you like me to use to address you?

20   A      Jude.

21   Q      I didn't want to be familiar without your consent.

22           MR. STEFIN:  I'm sorry, I can't hear.

23           MR. SCHWARTZ:  I'm sorry.

24   BY MR. SCHWARTZ:

25   Q      Jude?

```
 1     A     Yes.

 2     Q     Do you know the difference between truth and fiction?

 3     A     Yes.

 4     Q     Do you remember when you took the stand yesterday you

 5     swore to tell the truth, the whole truth and nothing but the

 6     truth, so help you God?

 7     A     Yes.

 8     Q     Do you realize that it's unlikely that it would happen,

 9     but if you lied, the Government could prosecute you for

10     perjury?

11     A     Yes.

12     Q     And you could go to jail?

13     A     Yes.

14     Q     Did you tell any lies in your testimony yesterday and

15     today?

16     A     No.

17     Q     You sure?

18     A     I'm sure as I can be.

19     Q     Well, let's go over some of them.

20           Did you say that you came back from Egypt in or

21     around 1991 and then during the time in New York you went to

22     see Rose for the first time?

23     A     Yes.

24     Q     And did you say that you then changed your name to

25     Montassir because you heard it, and it was a nice sounding
```

```
 1    name, you changed it, but you were -- you probably shouldn't
 2    have because it's hard to spell and people can't pronounce
 3    it?
 4    A    Yes.
 5    Q    You didn't change your name to Montassir in 1991, did
 6    you?
 7    A    Oh, I changed it -- are you talking about the date?
 8    Q    Yes.
 9    A    The date is the lie?
10    Q    You have to tell me what the lies are.  When did you
11    change your name to Montassir?
12         MR. STEFIN:  Objection, Your Honor.
13         THE COURT:  Sustained.
14         THE WITNESS:  I don't remember what exact date.  It
15    was during the -- right after the divorce or during the
16    divorce.  My ex-husband changed it to Deveraux.  I said, no,
17    I don't want to change it to that, I'll change it to
18    Montassir.
19    BY MR. SCHWARTZ:
20    Q    Because you liked the sound of the name?
21    A    Yes.
22    Q    Let me show you a piece of paper and ask if you
23    recognize it.
24         MR. SCHWARTZ:  May I approach?
25         It will be marked for identification as -- marked
```

```
 1    for identification as Defendant's exhibit 23.
 2    BY MR. SCHWARTZ:
 3    Q     Do you recognize that?
 4    A     Yeah, I guess it's a name change.  I hadn't seen it for
 5    a long time.  Didn't change until '95; is that right?
 6    Q     I'm asking you.  Do you recognize it?
 7    A     Yes, I do.
 8          MR. SCHWARTZ:  Your Honor, I'd like to offer this
 9    into evidence as Defendant's exhibit 23.
10          MR. STEFIN:  No objection.
11          THE COURT:  Admitted without objection.
12       (Defendant's Exhibit No. 23 entered into evidence.)
13    BY MR. SCHWARTZ:
14    Q     Now, is this an order from the Court, Circuit Court of
15    Fairfax County, Virginia?
16    A     Yes, yes, it is.
17    Q     In Re:  The name change from Jude Gilliam to Jude
18    Gilliam Montassir.
19    A     Montassir, right.
20    Q     Montassir, I'm sorry.  I can't pronounce it either.
21    A     Yeah, I know.
22    Q     Is this the name change when you changed your name?
23    A     Yes.
24    Q     That was in 1995, right?
25    A     Right.
```

```
 1   Q    Now, before this, in or around 1992, you moved to Egypt,
 2   right?
 3   A    I spent a lot of time in Egypt, yes.
 4   Q    You got a -- an apartment there, didn't you?
 5   A    Yes.
 6   Q    And you lived there for a significant period of time
 7   with Mohammed Montassir, didn't you?
 8   A    Montassir, right.
 9   Q    Montassir.
10        You were living with him?
11   A    Mostly lived by myself and wrote.  He visited, yes.
12   Q    Well, he didn't just visit.  You were engaged in a
13   sexual relationship with him, weren't you?
14   A    Yes.
15   Q    Frequently?
16        MR. STEFIN:  Objection.
17        THE COURT:  Overruled.  You can answer.
18        THE WITNESS:  Yes.
19   BY MR. SCHWARTZ:
20   Q    You wrote him letters, didn't you?
21   A    Yeah, I did.  I did.
22   Q    You stayed in Egypt most of the time for a number of
23   years, didn't you?
24   A    About half and half.  I came back to the U.S. often.  I
25   had an apartment in New York.
```

```
 1    Q     Okay.  And were you in the U.S. in 1995?

 2    A     I don't remember the dates of exactly the dates.

 3    Q     Well, you were in -- the name change that you got was on

 4    August 1st, 1995; is that correct?

 5    A     Yes.

 6    Q     Were you in New York -- in the U.S. for that name

 7    change?

 8    A     I guess so.

 9    Q     So you didn't change your name because you liked the

10    sound of the name.  You changed your name because of the

11    relationship you had with Mohammed Montassir; is that right?

12    A     I think it was a combination of things.  I liked him

13    like that, I wanted my child to be named Montassir.

14          What are you saying?

15    Q     Did you lie to us yesterday when you left out the fact

16    that you lived with Mohammed, and that's the reason you

17    changed your name?

18    A     I never lived with the man.  He never moved so much as a

19    pair of shoes in the house.

20    Q     And you complained to him about that, didn't you?

21    A     No.

22    Q     Didn't you write him a letter where you complained about

23    all the time he was out, spending with his friends and

24    drinking with his friends, rather than being with you?

25    A     What does this have to do with this case?  I don't
```

```
 1    understand.
 2    Q     Can we have the judge decide that?
 3              THE COURT:  Answer his question, ma'am.
 4              THE WITNESS:  Yes, I complained.  He was always out
 5    drinking and carousing.  He was gone.  He was a tour guide.
 6    He was gone most of the time.
 7    BY MR. SCHWARTZ:
 8    Q     Did you complain to him about him not spending enough
 9    time with you?
10    A     Yes.
11    Q     Did you move to England and buy a house there --
12    A     Yes.
13    Q     -- and write him letters complaining about how he lost
14    you because he didn't understand what women like?
15    A     Probably.  I don't remember specifically.
16    Q     And when did you buy the house in England?
17    A     I don't remember the exact date.
18    Q     Can you give us an approximate date?
19    A     I don't remember.  It was in the '90s I assume, the '90s
20    sometime.
21              MR. SCHWARTZ:  May I have a moment, Your Honor?
22              THE COURT:  Yes.
23              Mr. Schwartz, this is probably a good time to break
24    for lunch.  All right?
25              Ladies and gentlemen, let's take our lunch break.
```

```
 1    Please don't discuss the case or form any opinions, leave

 2    your notes, and we'll see you shortly.

 3              1:15.  Thank you.

 4       (The jury exits the courtroom.)

 5              THE COURT:  Juror number 1 just handed me a note

 6    that she wasn't feeling well, and she wanted to break for

 7    lunch.  And she didn't look very good walking out.  She

 8    looked like she was not feeling well.  So we'll see how she

 9    does during the lunch break.

10              All right.  Don't discuss your testimony during the

11    recess, please.

12              Okay.  Thank you.

13       (A recess was taken from 11:58 a.m. to 1:16 p.m., after

14    which the following proceedings were had:)

15              THE COURT:  Please be seated, everyone.  We're back

16    on the record.  Ms. Marks is present with counsel.

17              Are we ready to proceed?

18              MR. SCHWARTZ:  Yes, Your Honor.

19              MR. STEFIN:  Could I just have one second with

20    counsel?

21              THE COURT:  Yes.

22              MR. SCHWARTZ:  Your Honor, Mr. Stefin has kindly

23    informed me that they have a brief witness.  I used to say

24    short witness, but Judge Spellman said I was already short, I

25    should just talk about being brief, who they want to put on.
```

```
 1   Since I've already started with Ms. Montassir, I'd like to
 2   keep going with her, but we had just agreed to break maybe
 3   4:30-ish and put him on at that time, or maybe sometime this
 4   afternoon that's convenient to you and all of us if that's
 5   okay.
 6            THE COURT:  Doesn't matter to me.  Whatever you can
 7   agree to.
 8            MR. STEFIN:  Your Honor, before the jury comes in,
 9   I know Ms. Montassir was very upset leaving the courtroom,
10   and she may want to ask the Court some questions, and I told
11   her I couldn't answer questions.  So could I bring her in if
12   she has something she wants to ask the Court about what's
13   happening here?
14            THE COURT:  Sure.  Sure.
15            Have a seat, ma'am.  You're still under oath.
16            MR. STEFIN:  Ms. Montassir, did you have anything
17   you wanted to ask the Court about the proceedings here?
18            THE WITNESS:  No.
19            MR. STEFIN:  You're okay?
20            THE WITNESS:  Uh-huh.
21            THE COURT:  Okay.  Let's bring the jurors in.
22       (The jury enters the courtroom, after which the following
23   proceedings were had:)
24            THE COURT:  Welcome back, everyone.  Please be
25   seated, ladies and gentlemen.
```

```
 1              Mr. Schwartz, you may continue.

 2              MR. SCHWARTZ:  Thank you, Your Honor.

 3    BY MR. SCHWARTZ:

 4    Q    You remember you told the jury just before lunch that

 5    Mohammed never lived with you?

 6    A    Yes.

 7    Q    That was a lie, wasn't it?

 8    A    No.

 9    Q    Let me show you what's been marked for identification as

10    Defendant's exhibit 24 and ask you if you recognize the

11    handwriting on it.

12    A    Yes, I recognize the handwriting.

13    Q    Whose handwriting is it?

14    A    It's my handwriting.

15    Q    And is that a letter that you wrote on or about

16    July 22nd, 1992?

17    A    I guess so.

18              MR. SCHWARTZ:  I'd move this into evidence, Your

19    Honor.

20              MR. STEFIN:  Objection.

21              THE COURT:  What's the objection?

22              MR. STEFIN:  Relevance and hearsay.

23              THE COURT:  May I see it?  I mean, is there

24    something in there that would impeach her testimony?

25              MR. SCHWARTZ:  Yes, Your Honor.
```

```
 1              THE COURT:  Well, why don't you just use the

 2      portion that will, you think, impeach her prior statements

 3      and see if she agrees that she made the statements in there.

 4      BY MR. SCHWARTZ:

 5      Q    Did you say the -- write the following thing?

 6              "I arrived on 1 April, and we spent a month in an

 7      apartment in Giza?"  Do you remember?

 8      A    Yes.

 9      Q    Is that true?

10      A    Yes.

11      Q    So you lived together in Giza for a month?

12      A    I think that living together is moving in your

13      belongings together.  It's not my definition of living

14      together.

15      Q    Did you also say:  "During that month, there was no

16      question of whether I was going to stay forever or whether I

17      was going to leave"?

18      A    I guess if it's in that letter.

19      Q    Did you say:  "Both of us assumed we would be together

20      forever, and we acted as husband and wife"?

21      A    Probably, yes.

22      Q    Okay.  Now, you told this jury, I guess it was

23      yesterday, that when you came back -- let me back up for a

24      second.

25              You met Mohammed when you and your husband Claude
```

1    went to Egypt and took a tour of the Nile; is that right?

2    A     Yes.

3    Q     He was the tour director on that tour?

4    A     Yes.

5    Q     Then you came back to the United States, to New York,

6    right?

7    A     Yes.

8    Q     You told the jury that you came to New York, and Claude

9    went to New Mexico, Santa Fe, to, I think, build a house or

10   something?

11   A     The house was built.  He went to Santa Fe to be in the

12   house.

13   Q     Okay.  He went to Santa Fe.

14         Isn't it a fact that he came with you to New York?

15   A     Who?

16   Q     Claude.

17   A     I don't remember.  It's 20-some years ago.

18   Q     Well, you remembered yesterday when you testified to

19   this jury.  Isn't it a fact that he came with you and stayed

20   in the apartment with you in New York for a while?

21   A     I don't remember.

22   Q     Isn't it a fact that as opposed to you divorcing or

23   wanting to divorce Claude, he wanted to divorce you?

24   A     He filed for the divorce, yes.

25   Q     Well, let's back up before that.

```
 1              Let me show you what's been marked for

 2   identification as Defendant's exhibit 25.  And I ask you if

 3   you recognize the handwriting on this.

 4   A    Yes, that's my handwriting.

 5   Q    Did you write on 13 June -- 13 January, 1992:  "Claude

 6   walked out of my New York apartment, returning to Santa Fe

 7   without saying a word to me.  Since then, he has done

 8   everything possible to make my life hell.  From November to

 9   January he screamed at me nonstop, trying his best to get me

10   back under control, as he knew my mind was on Mohammed.  We

11   went to Paris, we stayed in New York, and all he did was

12   scream that I was worthless and never gave him anything.  I

13   cried nonstop.

14              "After he walked out on me, I was determined to

15   never see him again, and refused to talk to him on several

16   occasions when he called.  I didn't respond to his many calls

17   and letters.

18              "In Santa Fe he was dealing daily with an attorney

19   and constantly telling everyone we ever met that I was a

20   whore and was deserting him.  He poisoned many, many people

21   against me, and he has stolen a great deal of my money, so

22   much that it makes my life -- paying my bills difficult."

23              Is that what happened?

24   A    I guess so.

25   Q    So he was with you in New York, and you had fights about
```

1    you and Mohammed, didn't you, before he left?

2    A    I remember one or two he tried to accuse me of doing

3    some -- whatever with the young man.

4    Q    And you fell in love with Mohammed the moment you saw

5    him on that Nile cruise, didn't you?

6    A    I don't know if I fell in love with him.  I was

7    attracted to him, yes.

8    Q    Well, did you write in Defendant's exhibit 24:  "I met

9    Mohammed on 13 November, 1991, and from the moment we looked

10   at each other we recognized each other.  We were as

11   inseparable as possible considering the circumstances.  We

12   liked each other so much we could hardly look into each

13   other's eyes.  We sensed where the other one was, and once we

14   were both crying because we had to part from each other.  At

15   the end of the tour, he told the group that he loved them and

16   looked directly at me.  I was crying as we left.

17        "When I returned to the U.S., I could think of

18   nothing but him.  I wrote him a long funny letter, and at the

19   end of it I told him I loved him.  Six weeks later, he sent

20   me a letter saying he loved me and missed me and wished we

21   could be together -- he could see me again."

22        Do you remember that?

23   A    It's -- I'm beginning to.  I don't consciously remember

24   it, but it sounds about right.

25   Q    And when you went in to see Rose for the first time, it

```
 1   was not because you hated Claude and wanted to divorce him,

 2   it was because you wanted to be together with Mohammed, and

 3   you talked to her constantly for weeks about how could you be

 4   together with Mohammed; is that correct?

 5   A    I don't remember that, no.  I remember some about

 6   Mohammed, but I remember mostly about my ex-husband.

 7   Q    But when you talked to the jury yesterday under oath,

 8   you didn't say anything about talking to Claude about

 9   Mohammed and wanting Claude to help you with Mohammed, did

10   you?

11               MR. STEFIN:  Objection.

12               THE WITNESS:  You've mixed up people.

13               THE COURT:  You need to rephrase the question.

14   BY MR. SCHWARTZ:

15   Q    Did you tell the jury yesterday that you told Joyce you

16   wanted her to help you to be with Mohammed?

17   A    Did I tell the jury yesterday that I wanted -- I don't

18   think I --

19   Q    Withdrawn.

20               You told us yesterday about the first time you met

21   with Joyce; is that correct?

22   A    Yes.

23   Q    You called her Joyce.  I'm going to call her Rose --

24   A    Okay.

25   Q    -- so we're clear as to who's who.
```

```
 1              And you told us yesterday that the reason you went
 2   to see her and the thing you discussed with her when you went
 3   to see her was divorcing Claude; is that right?
 4   A    That's the way I remember it.  That was the main thing,
 5   yes.
 6   Q    You didn't tell us yesterday, did you, that the main
 7   thing you spoke to her about was Mohammed?
 8   A    I don't remember it that way.
 9   Q    Okay.  You didn't mention Mohammed at all until later in
10   your testimony you said Rose told you you had to go to Egypt
11   to get away from Claude, and there you met with Mohammed and
12   you started a relationship with him?  Wasn't that your
13   testimony yesterday?
14   A    Yes.
15              MR. STEFIN:  Objection, Your Honor.
16              THE COURT:  What's your objection?
17              MR. STEFIN:  The form of the question.  She answers
18   questions that she's being asked in the sequence she's being
19   asked.
20              THE COURT:  Overruled.
21              Can you use one microphone or the other?  You're
22   getting -- why don't you turn that one off if you're not
23   going to use it.
24              MR. SCHWARTZ:  Forgive me, Judge.
25              THE COURT:  That's all right.
```

```
 1                MR. SCHWARTZ:  Mr. Stefin just made an objection.
 2                MR. STEFIN:  Objection.
 3  BY MR. SCHWARTZ:
 4   Q    Mr. Stefin just made two objections.  Apparently, I'm
 5   objectionable.
 6                MR. STEFIN:  No objection to that one.
 7                MR. SCHWARTZ:  Could you overrule him, Judge?
 8  BY MR. SCHWARTZ:
 9   Q    And apparently, the objection was that you weren't asked
10   about Mohammed, so you didn't say anything.  Did you ever
11   tell the prosecutors, when you met with them and prepared for
12   your testimony, that the subject of Mohammed was a
13   significant subject when first you met with Rose?
14   A    I didn't think it was significant.  It's a young man I
15   met.
16   Q    He was just a young man you met?
17   A    Uh-huh.
18   Q    Wasn't he a young man who you were immediately in love
19   with and couldn't forget?
20   A    For a while, yes.
21   Q    And this young man who you just met was Mohammed
22   Montassir.  Am I pronouncing it right?  I keep doing it
23   wrong.
24   A    Montassir.
25   Q    Montassir.
```

```
 1              And he's the person whose name you took, last name

 2    you took, right?

 3    A    Yes.

 4    Q    And when you had your baby, Sam, did you tell people

 5    Mohammed was his father?

 6    A    I did at first, yes.

 7    Q    And did you send out baby announcements --

 8    A    Yes.

 9    Q    -- from Jude and Mohammed Montassir announce the birth

10    of their baby, Sam Montassir?

11    A    Yes.

12    Q    Was that a lie?

13    A    I -- I was listening to Joyce.  She said that it was

14    spiritual, and that he was the father of it.  So I was under

15    her spell, so yes and no.  But I guess, yes, it was a lie.  I

16    didn't mean it to be, but . . .

17    Q    Whenever you're caught in a lie today, are you going to

18    blame it on Rose?

19    A    Probably.  I don't know.  Caught in a lie . . .

20    Q    Now, you told us yesterday that Rose was the one who

21    made you go to Egypt to get away from Claude; is that

22    correct?

23    A    Yes, she -- yes, I wouldn't have had nerve to do that

24    otherwise.

25    Q    But you went to Egypt because you were in love with
```

```
 1    Mohammed and wanted to be with him; is that right?

 2    A    It was two reasons, yes.

 3    Q    Did you tell us yesterday about that second reason, if

 4    it was a reason at all?

 5    A    No.

 6    Q    Did you mislead the jury yesterday about that?

 7    A    No.

 8              MR. STEFIN:  Objection again.

 9              THE COURT:  Overruled.  You can answer.

10              THE WITNESS:  No, I don't feel I -- left out a lot

11    of things.  You can't tell 22 years in a courtroom.  I mean,

12    it would take days.

13    BY MR. SCHWARTZ:

14    Q    Did you lead the jury to believe that the only reason

15    you went to Egypt was because Rose told you you should go

16    there to get away from Claude?

17    A    Did I lead the jury?  I answered the question.  I think

18    they're intelligent enough to make their own decisions

19    without being led.

20    Q    I agree.

21              But we agree now that your answer to that question,

22    at best, was not complete; is that right?

23    A    No.

24    Q    We don't agree?

25    A    You ask why I went, and I answered.
```

```
 1    Q     I didn't ask you anything yesterday.

 2    A     Okay.

 3    Q     You told us yesterday that Claude was spreading rumors

 4    about you in Santa Fe that you were sleeping with everybody.

 5    A     Yes.

 6    Q     Isn't it a fact that Claude told people in Santa Fe that

 7    you were promiscuous and told them you were sleeping with

 8    your Egyptian tour guide, Mohammed?

 9    A     I don't know about that.

10    Q     Isn't that the only thing he was saying to people?

11    A     No, he was do -- during the divorce, my lawyer told me

12    that there were people, two men, willing to get on the stand

13    and under oath swear that I was sleeping with both of them.

14    Q     And who was that lawyer who said that?

15    A     His name is David Norvel.

16    Q     And if he -- have you spoken to him at all lately?

17    A     No.

18    Q     Do you know if he would verify that he said that to you?

19    A     He retired some time ago.  I don't know if he's still

20    alive.  I don't know.

21    Q     If he's alive and he comes to this court, do you know,

22    of your own knowledge, whether he would verify that he said

23    that to you?

24                MR. STEFIN:  Objection, Your Honor.

25                THE COURT:  Sustained.
```

```
 1              THE WITNESS:  I don't know.

 2   BY MR. SCHWARTZ:

 3   Q    Now, we heard a tape this morning.

 4   A    Yes.

 5   Q    And you kept saying, Joyce, I just want to be divorced

 6   from Claude.

 7   A    Right.

 8   Q    You were divorced from Claude, weren't you?

 9   A    I don't feel that I am divorced from him since I still

10   have to pay him.

11   Q    But by law you were divorced from him, weren't you?

12   A    Not -- to me, I'm not:  I still pay him.  As long as I

13   pay him, I feel like I'm still connected to him.  That's my

14   personal feeling.

15   Q    But you got a legal divorce from him in 1993 when he

16   brought the divorce action against you; is that correct?

17   A    Yes.

18   Q    Actually, he brought the divorce action in '92, but the

19   divorce was final in '93?

20   A    I guess so.  I'm not very good on dates.

21   Q    Okay.  I have something that might help you refresh your

22   recollection as to dates of travel and things of that sort.

23   I'm going to mark it for identification as Defendant's

24   exhibit 26.

25              Let me show you Defendant's exhibit 26 and ask if
```

```
1    you recognize it.

2    A    It's my old canceled passport.

3    Q    And for what period is it, if you remember, or if you

4    could look at it?

5    A    I don't have my glasses on.  I don't know what it says.

6    You can read it.

7    Q    You need a pair of glasses?

8    A    They're in my purse.

9    Q    Can you tell us what dates this passport covers?

10   A    May '87 to -- 28 May '87 to 27 May '97.

11   Q    Would this be during the period when you met Mohammed,

12   divorced Claude, went to live in Egypt, and eventually went

13   to live in England?

14   A    I think so.  Yeah, that would about cover it.

15   Q    Can you tell us from looking at your passport when you

16   first went to Egypt in 1992?

17   A    This is hard to see.  There's a lot of stamps on here;

18   and a lot of them are in Arabic.

19   Q    Okay.  Then I'll withdraw the question.

20        There came a time in 1993, when you left Egypt and

21   came back to the United States for a while; is that correct?

22   A    I went back and forth.  I don't know.

23   Q    And at that time you left because Mohammed didn't want

24   to have anything to do with you; is that correct?

25   A    In '93?
```

```
 1    Q     Yes.

 2    A     I don't remember the specifics.

 3    Q     And then you went back and you tried to get back

 4    together; is that correct?

 5    A     We were off and on for a while, yes.

 6    Q     And eventually, you gave up on Mohammed and you moved to

 7    England; is that correct?

 8    A     I went to Egypt several times while I was living in

 9    England.

10    Q     Was that to try to get back with Mohammed?

11    A     We got along well.  I loved Egypt, and I liked to spend

12    time there; I liked it.  Still do.

13    Q     Were you trying to get back with Mohammed when you were

14    in Egypt?

15    A     We saw each other when we -- when I was there, and I

16    went back and forth.

17    Q     Okay.  And when you were in England you bought a house;

18    is that correct?

19    A     Yes.

20    Q     Do you remember being deposed in a deposition in New

21    Mexico?

22    A     At the mediation recently.

23    Q     On December 3rd, 2008, as part of the action that Claude

24    bought -- brought to collect back monies from you?

25    A     Yes, I remember that deposition.
```

```
 1   Q    Was that at an address at 141 East Palace Avenue?

 2   A    Yes, I think so.  I couldn't swear to it.

 3   Q    By the way, you mentioned, I guess this morning, that

 4   when you went to New Mexico you brought two detectives to

 5   protect you?

 6   A    They went with me, yes.

 7   Q    Did you say it was to protect you?

 8   A    I felt I needed protection, yes.

 9   Q    From whom?

10   A    My ex-husband.

11   Q    And did you bring them as private bodyguards?

12   A    No.

13   Q    Did you pay them for their time?

14   A    No.

15   Q    Did you pay them for your travel?

16   A    No.

17   Q    Did you -- do you know who paid them?

18   A    You would have to ask the U.S. Attorney General there,

19   Larry.  I don't know about that.

20   Q    I'm sure he'd like to be the U.S. Attorney General, but

21   you're talking about Assistant United States Attorney Larry

22   Bardfeld; is that right?

23   A    Yes.

24   Q    The second gentleman at the table.

25   A    Yes.
```

```
1    Q    And you said he gave them permission to go with you.

2    A    That was my understanding.

3    Q    From whom?

4    A    I thought they all said that.

5         From Mr. Bardfeld, I believe, told me that he was

6    saying, yes, he would let them go.

7    Q    He told you that?

8    A    It was some time ago.  I was very stressed out.  I don't

9    really remember specifically who said yes to it.

10        MR. SCHWARTZ:  May we approach, Your Honor?

11        THE COURT:  Okay.

12        (The following proceedings were held at sidebar:)

13        MR. SCHWARTZ:  Your Honor, the U.S. v. Giglio, the

14   Government has an obligation to inform the defense as to any

15   benefits given to any witness or a witness in the case.

16   Apparently, the Government, either Fort Lauderdale or the

17   United States, I don't know whom they were paid by or who

18   paid for their travel, and I still don't know, and apparently

19   she doesn't know, paid for private bodyguard services for

20   Ms. Deveraux in New Mexico when she was giving her

21   deposition, or Ms. Montassir.

22        I've still not -- she doesn't know the answer, and

23   I can't fully cross-examine on the benefits that she received

24   from the Government, and all of this information should have

25   been provided to us under the standing discovery order within
```

 1    14 days of the issuance of the first, second, third, fourth,

 2    or fifth standing discovery order.

 3              THE COURT:  Mr. Bardfeld?

 4              MR. BARDFELD:  I don't think they acted as

 5    bodyguards.  I think they went there.  They accompanied her.

 6    She asked for -- I mean she didn't pay for their travel, we

 7    didn't pay for her travel.  They went out to New Mexico.

 8    They were doing other work while they were there.  They were

 9    going to talk to other witnesses, and I believe they served a

10    grand jury subpoena on Claude White at that time.

11              But I do not think they were acting in their

12    capacity as a bodyguard.  I think they were accompanying her

13    to do work.  She asked them, and that's all there was to it.

14              MR. STEFIN:  Can I just interject one thing?

15              THE COURT:  Yes.

16              MR. STEFIN:  Since the inception of discovery, the

17    defense counsel has been aware of the fact that these

18    detectives accompanied her to this deposition.  I think

19    that's been discussed in correspondence back and forth.  At

20    no time did defense counsel ask for the records regarding who

21    paid for the trip or whether this was a benefit to the

22    witness.

23              Mr. Bardfeld is correct.  My recollection of the

24    underlying facts are that when she asked if they would

25    accompany her, Detective Stack was at that point -- was he

```
 1    sworn in as a federal law enforcement officer?

 2              MR. BARDFELD:  I believe so.

 3              MR. STEFIN:  They got permission from their agency

 4    to do this because based on their allegations about Claude

 5    White and somebody else, they wanted to go and interview him,

 6    and they took that opportunity to attempt to interview him

 7    and serve him with a subpoena as well as attempt to interview

 8    somebody else, so that their trip was paid for through

 9    federal law enforcement funds for them to go on that

10    occasion, and they were present, physically present when this

11    deposition was given.

12              THE COURT:  And is it true that you knew about this

13    all along?

14              MR. SCHWARTZ:  I absolutely knew they went there to

15    do things in New Mexico.  The first time I heard that they

16    went there because she felt she needed protection and they

17    were protecting her was from her in the court today, and

18    that's why I raise the question.  I didn't raise the question

19    before because I assumed they were just going there to do

20    work on the case.

21              THE COURT:  But you knew that they were at the

22    deposition with her?

23              MR. SCHWARTZ:  I knew that they were at the

24    deposition with her.  I knew that they provided false

25    information to her psychiatrist with him.
```

```
 1            THE COURT:  Who is "with him"?
 2            MR. SCHWARTZ:  I'm sorry.  She had to be examined
 3    by a psychiatrist also pursuant to the Court Order in the New
 4    Mexico case.  They attended part of the examination and
 5    provided the psychiatrist with various information, including
 6    the fact that they believed or they told him as a fact that
 7    Jude and Claude -- I'm sorry, that Rose and Claude were
 8    coconspirators, and Claude was telling Rose everything he
 9    would do, every time he would do something.
10            But the question is, I'm raising for the first time
11    the Giglio issue, because for the first time her testimony is
12    that it was -- they went as a benefit to her.
13            THE COURT:  All right.  So now you know it.  So
14    what is the -- what is the --
15            MR. SCHWARTZ:  Well, now with the explanation from
16    Mr. Bardfeld, I can continue to examine her.
17            THE COURT:  Okay.  All right.
18            Is there anything else that you feel that you need
19    with respect to this arrangement that was made that -- in
20    order to effectively cross-examine?  Is there anything else
21    that you feel you need to learn, that you want to ask the
22    Government's attorneys about?
23            MR. SCHWARTZ:  I'd really like to know what was
24    their participation -- I've asked a number of times what was
25    their full participation in her civil case, because I alleged
```

 1     that this was done as a benefit to her when I asked them

 2     those questions under Giglio many times over the past two --

 3     year and a half.

 4              I found out that they attended the deposition.  I

 5     learned that during the course of discovery.  I found out a

 6     few months ago when I finally got the report from her

 7     psychiatrist -- psychologist, that they also met with the

 8     psychologist.

 9              Is there anything else that they did to benefit her

10     in the civil case while they were there in New Mexico?

11              MR. BARDFELD:  Not that I am aware of.

12              MR. STEFIN:  They spoke to parties.  They spoke

13     to -- they spoke to the lawyer that represented

14     Ms. Montassir, as you were aware of.  You're aware of the

15     fact that the lawyer came down to South Florida.  You know

16     all about that.

17              MR. SCHWARTZ:  I do now, yes.

18              MR. STEFIN:  Well, yeah.  Not just from today, but

19     we've had correspondence about this, that the attorney met

20     with detectives on that occasion and thinks she came to the

21     U.S. Attorney's Office and even met with Mr. Bardfeld.

22              MR. SCHWARTZ:  Well, she had Larry's card.

23              MR. STEFIN:  She had Larry's card.  Larry has no

24     recollection of it, but she had his business card.  So that

25     the lawyer came down to try to confirm for herself that

```
 1    there's this criminal investigation.

 2              MR. SCHWARTZ:  We both know that I know that.  Is

 3    there anything that I don't know about what they did to help

 4    her in her case in New Mexico?  Anything we haven't

 5    corresponded about?

 6              MR. BARDFELD:  I don't know of anything else that

 7    they did.  What I was told is, they accompanied her, and they

 8    were at the deposition, and while they were in New Mexico

 9    they served a grand jury subpoena, and they also went and

10    tried to interview another witness who might have had

11    information about the relationship between Claude and Jude.

12              THE COURT:  All right.  Thank you.

13        (Sidebar conference concluded.)

14              MR. SCHWARTZ:  May I continue?

15              THE COURT:  Yes.

16    BY MR. SCHWARTZ:

17    Q    Now, in addition to going to New Mexico to help protect

18    you -- and I realize that I'm not going chronologically now,

19    and I apologize.  I'm not trying to confuse you.  Did you --

20    were you aware of anything else that Mr. Stack and Detective

21    Ogden did in New Mexico?

22    A    I know they had a paper to serve to my ex-husband.

23    Q    Was that a subpoena?

24    A    I don't know.  I don't know much about legalese.

25    Something to do with, was it a grand jury?  I don't know.
```

```
 1   Q    A subpoena to appear before the grand jury?  Does that
 2   remind you?
 3   A    That sounds about right.  I don't know.
 4   Q    And do you know if they met with him?
 5   A    I don't think they did.  I don't know.  I know that he
 6   was in the deposition, and they saw him, but I don't know
 7   that they even spoke to him.  I don't know.
 8   Q    Well, let me try to refresh your memory.  Do you know if
 9   they ever asked him had he ever met Rose Marks or Joyce
10   Michaels?
11   A    If I don't know if they talked to him, I don't know if
12   they asked him that.  I don't know.
13   Q    Okay.  So that doesn't refresh your memory?
14   A    I know that they talked to someone else there, but I --
15   Q    Well, who else did they talk to there?
16   A    Edward Lewis.
17   Q    I'm sorry?
18   A    Edward Lewis.
19   Q    And who's Mr. Lewis?
20   A    He was a man who was a friend of mine, I thought, in
21   Santa Fe, and I wrote a personal letter to him, and he turned
22   it over to Claude's attorney, and it caused a lot of
23   problems.
24   Q    And do you know why they met with Mr. Lewis?
25        MR. STEFIN:  Objection, Your Honor.
```

```
 1              THE COURT:  Overruled.  If you know.

 2              THE WITNESS:  To see if he knew anything about the

 3    case, I guess.

 4    BY MR. SCHWARTZ:

 5    Q    About the case that Claude was bringing against you?

 6    A    About this case, I think.

 7    Q    The criminal case?

 8    A    Yes.  I don't know.

 9    Q    To your knowledge, what, if anything, would Mr. Lewis

10    know about this criminal case?

11    A    I think that's what they were asking him.

12    Q    But you were upset with Mr. Lewis, right?

13    A    Yes.

14    Q    And you were upset with Mr. Lewis because you gave him

15    certain confidences, certain secrets known only to yourself

16    in a letter, thinking he was your friend, and he shared it

17    with your ex-husband?

18    A    Yes.

19    Q    But what did that have to do with Joyce Michael or Rose

20    Marks?

21    A    That maybe he knew something.  I don't know.

22    Q    Did you ask them to talk to him?

23    A    I don't think so.  They certainly -- they're independent

24    people.  I don't know enough about criminal justice lawyers.

25    I don't know enough about it to answer these questions.
```

```
 1   Q    But before you got to that deposition on or about

 2   December 3rd, 2008, you didn't know that Mr. Lewis shared

 3   your personal confidence with your ex-husband's lawyer, did

 4   you?

 5   A    Oh, no.  This happened years before.

 6   Q    When was that?

 7   A    I don't know.  I don't know the date.  I do not know the

 8   date.

 9   Q    Okay.  So you don't know why they would meet with

10   Mr. Lewis, with whom you shared a personal matter?

11   A    No, they were investigating the case.

12   Q    Who else did they meet with there that you know about?

13   A    That's it.  That's all I know.

14   Q    Well, weren't you required as part of that case to

15   undergo a psychiatric evaluation?

16   A    Oh, yes, all the time.  My ex-husband's always requiring

17   psychiatric evaluation for me.

18   Q    And do you remember who did the evaluation in 2008?

19   A    I don't remember his name.

20   Q    Was it a Dr. Siegal (phonetic)?

21   A    I don't remember his name.

22   Q    Do you know if Detective Stack and Ogden met with or

23   spoke to Dr. Siegal?

24   A    I don't know if they spoke to Dr. Siegal because I don't

25   remember his name, but I know that the two of them talked to
```

1    the man who gave me some tests.

2    Q    And when did that happen?

3    A    It was either before or after the deposition, I don't

4    remember which.

5    Q    So in addition to serving a subpoena on your ex-husband,

6    and in addition to meeting with Mr. Lewis, I guess it was,

7    they also went and met with the psychologist who gave you

8    some tests for your civil case.

9    A    Yes.

10   Q    What did that have to do with the criminal case?

11   A    I don't know.  I'm not a law enforcement agent or a

12   lawyer.  I'm not in the criminal world.  I don't know

13   anything.  I just saw my first man with chains around his

14   feet today.  I don't know.

15   Q    Do you know if they told the unnamed psychologist that

16   Rose and your ex-husband were acting together?

17   A    How would I know that?

18   Q    Maybe you read the psychiatric report.

19   A    I read some of that.  I don't remember in that, reading

20   that in there.  It was about how I passed it.

21   Q    Let me show you what's been marked for identification as

22   Defendant's exhibit 27 and ask if you recognize it.

23            THE COURT:  Show it to counsel first.

24            MR. SCHWARTZ:  I'm sorry.  May I approach?

25            THE COURT:  Yes.

```
 1    BY MR. SCHWARTZ:

 2    Q    Let me show you what's been marked for identification as

 3    Defendant's exhibit 27 and ask you if you recognize it.

 4    A    Yes, it's the psychological report on the test I had to

 5    take.

 6    Q    Now, on the top is the word "redacted," isn't it?  So

 7    there are certain paragraphs left out; is that correct?

 8    A    I don't know how that means in legalese.

 9         MR. SCHWARTZ:  I'd move this into evidence as

10    Defendant's exhibit 27, Your Honor.

11         MR. STEFIN:  Can I just have one moment?

12         THE COURT:  Yes.

13         MR. STEFIN:  No objection.

14         THE COURT:  All right.  Admitted without objection.

15    (Defendant's Exhibit No. 27 entered into evidence.)

16    BY MR. SCHWARTZ:

17    Q    Would you look at -- on the page marked five, the third

18    and fourth paragraph.  Did you tell the psychologist the

19    story you told us, that Ms. Michael told you that she would

20    require a million dollars to use for energy, but her fee was

21    actually only 2700, and the million dollars would be

22    returned?

23    A    Yes.  I don't know about the 2700.

24    Q    And that in exchange for her fee, she would see that --

25    a peaceful divorce?
```

```
 1    A     Yes.

 2    Q     And then it goes on to say that she was able to predict

 3    not only the actions that he would take, meaning your

 4    husband, with respect to the divorce, but the days on which

 5    the papers would be served?

 6    A     Yes.

 7    Q     And the next paragraph said:  "And she has come to find

 8    out Joyce and her ex-husband were, of course, working

 9    together."

10              Do you have any evidence that Rose and Claude were

11    working together?

12    A     No.

13    Q     Do you have any evidence that Rose got any money from

14    Claude?

15    A     No.

16    Q     Do you have any evidence that Rose gave any money to

17    Claude?

18    A     No.

19    Q     Did you believe that Claude was involved in this

20    criminal case?

21    A     I think there had to be some kind of involvement,

22    something with someone.

23    Q     Did Mr. Stack or Detective Ogden meet with the

24    psychologist?

25    A     I think they did before.  You already asked that, yes.
```

1    Q    Okay.  And did they tell him that Claude was involved in

2    this case?

3    A    I have no idea.

4    Q    Were you with them when they met with him?

5    A    No, I was not.

6    Q    Now, I'm going to stay in this timeframe for a little

7    while.

8         To defend the action about owing Claude money, you

9    and your attorney took the position that you didn't have any

10   money; is that correct?

11   A    When are you talking about?

12   Q    Okay.  In the action that Claude brought against you to

13   collect the money that you owed him, something in excess of

14   $250,000, less than 500,000 in 2008, your attorney defended

15   you by saying you didn't have any money, you couldn't afford

16   to pay him; is that right?

17   A    I think that was one of the things that she said.  I'm

18   not sure.

19   Q    And didn't she also say that you didn't have any money

20   because it was stolen by Rose Marks, or Joyce Michaels, as

21   you called her?

22   A    I don't remember that.  I don't know.

23   Q    Didn't she also say in documents she filed with the

24   Court that she had been informed by an Assistant U.S.

25   Attorney and two detectives from Florida that there was a

1    pending investigation that was going to be presented to the

2    grand jury against Rose Marks and Joyce Michael?

3    A    You're asking me legal questions, and I'm not a legal

4    person.  I don't know these things that you're asking me.

5    Q    Well, did you -- without telling me conversations

6    between you and your attorney, did you meet your attorney and

7    discuss what your defense to this action would be?

8    A    We, Sara and I talked about that I didn't have the money

9    to pay this.  He was asking for a lump sum of millions, and I

10   didn't have that.

11   Q    Well, you were trying to settle with him so you didn't

12   have to keep paying him the property settlement that you had

13   previously agreed to?

14   A    Yes.

15   Q    And as part of that settlement, you discussed the

16   possibility of a lump sum payment to end it once and for all,

17   right?

18   A    He wanted a lump sum payment.  I didn't have a lump sum

19   to pay.

20   Q    But you still had to show cause in the court in New

21   Mexico as to why you didn't pay him, didn't you?

22   A    Yes.

23   Q    And your defense in this case -- withdrawn.

24         And you talked to your attorney and told her that

25   you couldn't afford to pay; is that right?

```
 1   A    Yes.

 2            MR. STEFIN:  Objection to the question.

 3            THE COURT:  Sustained.

 4            You don't have to answer what you told your

 5   attorney.

 6            THE WITNESS:  Thank you.

 7   BY MR. SCHWARTZ:

 8   Q    Subsequent to the discussion with your attorney, did

 9   your attorney on your behalf file papers in the court in New

10   Mexico saying that you couldn't afford to pay because

11   millions of dollars of yours had been stolen by a con woman

12   by the name of Joyce Michaels or Rose Marks who was your

13   personal assistant?

14   A    My personal assistant?  Never.

15   Q    Okay.

16            MR. SCHWARTZ:  May I have a moment, Your Honor?

17            THE COURT:  Yes.

18            MR. SCHWARTZ:  May I approach?

19   BY MR. SCHWARTZ:

20   Q    Let me show you what's been marked as Defendant's

21   exhibit 28 for identification and ask you if you recognize

22   that document?

23   A    Oh, yeah.

24            This was a file to try to get out of paying the

25   millions to my ex-husband.  Is that what you mean?
```

```
1    Q    Do you recognize the document?

2    A    Yes.  Sara.  Yes.

3    Q    Is that a document filed in your behalf in case number

4    SF-92-1223 by your attorney in Santa Fe, New Mexico?

5    A    Yes.

6    Q    And in that document did your attorney write the

7    following?

8              MR. STEFIN:  Judge, I'll object unless he's going

9    to move it into evidence.

10             MR. SCHWARTZ:  I'll move it into evidence.

11             THE COURT:  Any objection?

12             MR. STEFIN:  No objection.

13             THE COURT:  Admitted without objection.

14        (Defendant's Exhibit No. 28 entered into evidence.)

15   BY MR. SCHWARTZ:

16   Q    Let me direct your attention to paragraph A, which is on

17   page 7 of that document.  It's on the screen in front of you,

18   if you -- you want me to push that screen up for you?

19             Would you read the first line to us?

20   A    "First, upon information and belief, counsel may

21   represent to this court that Montassir was the victim of a

22   pernicious and longterm criminal conspiracy perpetrated by a

23   woman acting as Montassir's assistant."

24   Q    Rose was your assistant, wasn't she?

25   A    Absolutely not.
```

1    Q    Did your attorney make that up?

2    A    I don't know.  You have to talk to Sara about that.

3    Q    Well, without telling us what you said to her or what

4    she said to you, do you know where she would get the

5    information other than you that Rose was your assistant?

6    A    How would I know that?

7    Q    I'm sorry?

8    A    I don't know the answer to that because this is -- a

9    lawyer wrote this.  I didn't write this.

10   Q    And it said the conspiracy included robbing you of

11   literally millions of dollars over a 10-year period?

12   A    Right.

13   Q    Did she stick a gun to your head?

14   A    Who?

15   Q    Rose.

16   A    Oh no.  She threatened me constantly.

17   Q    And that was a robbery?

18        MR. STEFIN:  Objection, Your Honor.

19        THE COURT:  Sustained.

20   BY MR. SCHWARTZ:

21   Q    And then it says:  Counsel has been in contact with two

22   Florida State police officers, as well as a lawyer at the

23   United States Attorney's Office in Florida.  All have

24   represented to counsel that an investigation into this fraud

25   slash RICO conspiracy is ongoing, that a grand jury is being

```
 1    convened to evaluate the evidence, and that the evidence

 2    shows you were a repeated victim at the hands of this woman

 3    and other parties.

 4              Is that what it says?

 5    A    Yeah, yes.

 6    Q    So would you now agree with me that your attorney was

 7    using this criminal investigation as a way to get you not to

 8    have to pay Claude the money you owed him?

 9    A    Yeah, because -- yes.

10    Q    And that at least your attorney said that Rose was your

11    assistant?

12    A    She said that.

13    Q    Well, have you ever said that Rose worked for you?

14    A    Heavens, no.  Huh-uh, no, she has not worked for me.

15    Q    You mentioned you hired an accountant who was Detective

16    Ogden's accountant --

17    A    Yes.

18    Q    -- to file your tax returns.

19    A    Yes.

20    Q    And that you and the detectives told him about this

21    case; is that right?

22    A    Well, mostly the detective, yes.

23    Q    And in your tax returns, did you list Rose Marks as a

24    business expense?

25    A    No, I did not.  No.
```

1    Q    Did your accountant list Rose Marks as a business

2    expense?

3    A    I was told that he talked to an IRS agent who allowed

4    him to write it off as a bad debt.

5    Q    Do you know if the schedules to your tax return lists

6    Rose Marks as a business expense?

7    A    I do not know.  I don't -- I don't know how to read a

8    tax return.  I'm a normal person.

9    Q    Well, you signed it under oath, didn't you, under

10   penalties of perjury?

11   A    You have -- I trusted my accountant, and I signed it,

12   yes.

13   Q    So one can trust their accountant and just sign what the

14   accountant gives them?

15   A    I did.

16   Q    And one can trust their detective friends to give the

17   accountant the right information?

18   A    And one can trust a psychic and give them money.

19   Q    If you want.  Free choice.

20   A    No, it was not free choice.

21   Q    But did you sign on your tax return that Rose Marks --

22   that you paid money for Rose Marks and scheduled it under a

23   business expense?

24   A    It was not my understanding that it was considered a

25   business expense.  I have been very careful over the years

```
 1    that I paid a full 40 percent tax on whatever I paid her.
 2    All those checks that are in evidence there, it says, JM
 3    colon personal, so my accountant wouldn't mess it up and
 4    think it was a business expense.  I paid full tax on it.  She
 5    was never my assistant.
 6    Q    But for four -- at least 2004, 2005, 2006, and 2007, the
 7    accountant obtained for you, by the agents of the Government,
 8    Detective Ogden and others, listed Rose Marks on your returns
 9    as an expense; is that right?
10    A    I don't know.
11    Q    Now, you told us earlier, I think a number of times,
12    that the settlement you had with your husband Claude allowed
13    you -- allowed Claude to get money from you without paying
14    taxes, and you had to pay taxes on the money you gave Claude;
15    is that right?
16    A    Yes, I pay his taxes.
17    Q    So why on your tax returns prepared by Detective Ogden's
18    accountant did you list Claude as a business expense?
19    A    I pay his taxes on there.  I don't know anything --
20    you'll have to talk to the accountant about this.  I don't
21    know.
22    Q    If you wait a moment, we'll show you your tax return.
23              THE COURT:  Excuse me.  Can I just see counsel
24    quickly over here, please?
25              MR. SCHWARTZ:  Surely.
```

```
1          (The following proceedings were held at sidebar:)

2          THE COURT:  I don't want to, you know, interfere,

3     but, you know, she's somewhat of a well-known individual, and

4     I notice that one document that was put in evidence earlier

5     had her Social Security number on it, and now we're going to

6     put -- probably have these documents come into evidence with

7     her Social Security number on it.  Can we redact, you know,

8     those personal identifiers?

9          MR. SCHWARTZ:  I have no objection to that, Judge.

10    And the ones that the Government put in also I have no

11    objection to.

12         THE COURT:  And, again, I don't know that it's

13    necessary, if you're going to put these in.  I'm not sure

14    that her income -- you know, the world needs to know what her

15    income is.  To the extent that you want to impeach her

16    testimony about business expenses and things of that nature,

17    I think it's legitimate.  Can we kind of redact her personal

18    income?

19         MR. SCHWARTZ:  I have no objection to that either,

20    Judge.

21         MR. STEFIN:  I think the Court is completely right,

22    and I should have raised an objection, but this has been an

23    issue pretrial, about getting her tax returns, and if he

24    want -- and I think there's only one limited section in the

25    return that's really relevant, which is the section dealing
```

```
 1    with business expenses.

 2             THE COURT:  That's what I'm saying.

 3             MR. STEFIN:  Without any of the rest of it.

 4             MR. SCHWARTZ:  I would have no problem that for the

 5    purposes of sending this to the jury, that we do the front

 6    page with the personal information redacted off and the

 7    schedule with the business expenses on it, and that be the

 8    only thing that be finally received for the purposes of . . .

 9             THE COURT:  As long as -- I just think we need to

10    kind of protect the privacy of individuals as best we can.

11             MR. SCHWARTZ:  I'm not looking to do anything with

12    that, Judge.

13             THE COURT:  All right.

14             MR. STEFIN:  All right.  Thank you, Judge.

15             THE COURT:  You're welcome.

16        (Sidebar conference concluded.).

17             MR. SCHWARTZ:  May I approach, Your Honor?

18             THE COURT:  Yes.

19    BY MR. SCHWARTZ:

20    Q    Let me show you what's been marked for identification as

21    composite exhibit 29, four tax returns for the year 2004,

22    2005, 2006, and 2007, and ask you if you recognize them.

23    A    Yes, they're my tax returns.

24             MR. SCHWARTZ:  Your Honor, I would move them into

25    evidence at this time, to be redacted later so that any
```

```
 1    personal identifiers are removed.

 2              THE COURT:  Any objection, subject to the

 3    redactions?

 4              MR. STEFIN:  No, Your Honor.

 5              THE COURT:  They'll be admitted subject to being --

 6    some of the information --

 7              Ladies and gentlemen, we're going to remove some of

 8    the personal information, and you're going to only see the

 9    information on the returns that are relevant to the testimony

10    and not any of the other.  So that's going to be done later.

11        (Defendant's Exhibit No. 29 entered into evidence.)

12    BY MR. SCHWARTZ:

13    Q    Let's start with 2006, if you don't mind.  Let me show

14    you the page with other deductions and Schedule A, Other

15    Costs.  Do you see that?

16    A    Yes.

17    Q    Can you read, other than your travel accounting,

18    et cetera, what other costs you have there?

19    A    You mean -- yes.

20    Q    The Schedule A costs.

21    A    Yes.

22    Q    From Schedule A, line 5.

23    A    Yes.

24    Q    What are those costs?

25    A    One's for my ex-husband.  The rest of them are -- and
```

```
 1    one for research materials, and the rest of them are to

 2    Joyce.

 3    Q    Okay.  So Rose Marks, Joyce Michael, Peter Wolofsky,

 4    Atlas Leasing.

 5    A    Yes.

 6    Q    And then you have there as an expense, Claude White,

 7    $102,000 in 2006; is that right?

 8    A    That's what it says here.

 9    Q    Didn't you tell us yesterday that your agreement was

10    that you paid Claude as a property settlement?

11    A    Right.

12    Q    And he didn't pay any taxes, and you paid the taxes on

13    it?

14    A    Right.

15    Q    How were you deducting him as an expense?

16    A    I don't know any of this.  You're asking me to be a

17    lawyer and an accountant.  I don't know.  I turn in my

18    itemized categorized expenses to Adrian, and he does this.  I

19    don't know.

20    Q    And you feel it's proper for you to rely on your

21    accountant doing the right thing when you give him

22    information?

23    A    Well, it's either that -- I don't have the time to write

24    books and be an accountant and be an attorney.

25    Q    But you -- do you look at the return before you sign it?
```

```
 1    A    I kinda flip through it.

 2    Q    When you flip through it for the 2006 return, did you

 3    notice Claude's name on there as a business expense?

 4    A    I don't know enough about tax returns to know that that

 5    is under business expense.  Those are expenses, things that I

 6    paid for.

 7    Q    And you paid Claude apparently $102,000 in 2006.  Right?

 8    A    I don't know.

 9    Q    That's what's listed there.

10    A    That's what's listed there, right.

11    Q    And that's based on the information you gave your

12    accountant, right?

13    A    I divide it up, of how much -- in my records, of how

14    much I have to pay tax on, how much I don't have to pay tax

15    on.  So I don't know how Adrian took my records and used

16    them.  I don't know.  I mean, that's a long time ago.

17    Q    But when you looked at it and you saw Claude's name,

18    didn't you think, well, my deal is that I pay the taxes on

19    Claude.  I don't get to deduct Claude.

20    A    No, I looked at that name and said, oh, yuck, I have to

21    pay that jerk.  No.

22    Q    And just to run through it, under Schedule A for 2005

23    you list Rose Marks, Joyce Michaels, Claude White again for

24    $97,000, Peter Wolofsky, Atlas Leasing, and research

25    materials; is that fair?
```

 1    A    That's what it says on there.  I don't know what that

 2    is.

 3    Q    And in 2004, you don't list Claude, do you?

 4    A    Not me.  You mean Adrian?

 5    Q    I'm sorry.  Adrian doesn't list Claude on your tax

 6    return that you sign and swear to, is that fair?

 7    A    I guess so.

 8    Q    He just lists Rose, Peter Wolofsky, Atlas Leasing and

 9    Joyce Michaels; is that right?

10    A    That's what it says.

11    Q    Now, in 2007, you don't itemize your Schedule A

12    expenses, do you?

13    A    I didn't do this.

14    Q    I'm sorry.  Adrian Raley, acting on your behalf as your

15    accountant, doesn't itemize your 2007 Schedule A line 5,

16    "other costs," is that fair?

17    A    I don't know.  I don't know enough about accounting to

18    say yes or no to what you're saying.  There's a list there,

19    and I don't see his name.

20    Q    Do you see the word "subcontractors" and a deduction for

21    expenses of $1,821,000?

22    A    Yes.

23    Q    And who was that paid to?

24    A    I have no idea.  I don't --

25    Q    Did you hire any subcontractors on behalf of Deveraux,

```
 1   Inc. in 2007?
 2   A    I don't know what that is.  That may be remodeling
 3   expense.  I know I remodeled the house.  That was later.  I
 4   don't know.  I don't know what that is.
 5   Q    Well, do you know if Mr. Raley, the accountant who did
 6   this on your behalf, lumped together Rose Marks, Claude,
 7   Joyce Michaels, and instead of independently writing down
 8   their names, listed them as subcontractors and deducted
 9   $1,800,000?
10   A    I do not know that, no.  I do not know.
11   Q    So you don't know who the subcontractors are who are
12   listed on your 2007 report?
13   A    That's correct, I do not know.
14   Q    And, by the way -- I'm trying to avoid personal
15   identifiers.
16          The tax returns that I'm referring to for these
17   years are for what entity?
18   A    You mean for Deveraux, Inc.?
19   Q    Is that correct?
20   A    Yes.
21   Q    And that's your business entity?
22   A    That's -- yes.
23   Q    So these would be business-type expenses; is that right?
24   A    I guess, yes.
25   Q    You didn't use your whole house as an office for your
```

1   work, did you?

2   A    No.

3   Q    So remodeling your house wouldn't be a legitimate

4   business expense, would it?

5   A    Right.

6   Q    Now, you did, in fact, use a corporate name for your

7   business that was different than your real name, didn't you?

8   A    You mean I have a corporate name?  Yes, I have a

9   corporate name.

10  Q    And your corporate name is the last name of your pen

11  name; is that correct?

12  A    Yes.

13  Q    Deveraux, Inc.?

14  A    Yes.

15  Q    Because you use your pen name for writing purposes,

16  right?

17  A    Yes, I write under Jude Deveraux.

18  Q    And that's what you're known to the public as?

19  A    I guess so.

20  Q    I mean, when you go on TV, you're introduced not as Jude

21  Gilliam or Jude Montassir, but as Jude Deveraux, right?

22  A    When I'm on TV, yeah.

23  Q    And you do your corporate business not under your

24  personal name.  It's not Montassir, Inc.; it's Deveraux,

25  Inc.?

```
1    A      Yes.

2    Q      And Rose Marks also had a corporation, didn't she?

3    A      I have no idea.

4    Q      Are you -- you're not aware that her corporation was

5    Jude Michaels, Inc. -- I'm sorry, Joyce Michaels, Inc.

6    Forgive me.  Too many J's.

7    A      I don't know that, no.  I haven't heard that, I don't

8    think.

9    Q      Do you use the name Deveraux to cheat or defraud

10   anybody?

11   A      No.

12   Q      You use Deveraux, Inc. because you don't want your

13   public necessarily to know your real name; is that right?

14   A      No, I need a name for my corporation, and it came up

15   Deveraux, Inc.  It has nothing to do with the public.

16   Q      I misstated that, and I apologize.

17          You use the name Jude Deveraux when you write --

18   A      Yes.

19   Q      -- not for the purpose of defrauding anybody; is that

20   correct?

21   A      Right.  I don't defraud anyone.

22   Q      You use it because you don't want the public to know

23   your real name?

24   A      Right.  I see where you're going.  Yeah.

25   Q      I usually don't, but thank you.
```

```
 1              And Rose Marks uses the name Joyce Michaels for her

 2   business.

 3   A     Does she?

 4   Q     And did you ever write any checks to Joyce Michaels,

 5   Inc.?

 6   A     Not that I remember.

 7   Q     Was any of your money ever deposited in a bank account

 8   of Joyce Michaels, Inc.?

 9   A     Not -- I don't know that.

10   Q     Okay.  So the checks would reflect that?

11   A     Yeah.  I didn't deposit much.

12   Q     Let's go back to some other statements you made.

13              You said that you had eight miscarriages?

14   A     Yes.

15   Q     Where did you have those eight miscarriages?

16   A     Different places.  I get pregnant easily, and I

17   miscarried.

18   Q     Well, you had one abortion when you were married to

19   Claude, right?

20   A     Yes.

21   Q     And then, that wasn't a miscarriage?

22   A     That was not a miscarriage.

23   Q     Okay.  And then a number of times you tried the in vitro

24   fertilization with Joyce's help.

25   A     No.
```

```
 1    Q    Did you try in vitro more than once?

 2    A    I'm trying to think.  I can't remember.  I don't really

 3    remember.  In vitro's very -- I had to give myself a lot of

 4    shots in the hips, two and a quarter-inch needles,

 5    progesterone.  I had to do shots in the stomach.  I had to

 6    take a lot of pills, but I think the actual in vitro itself

 7    was only one time.

 8    Q    Wasn't there two other times where you had the

 9    artificial insemination, and that --

10    A    That's right.

11    Q    -- and that you started --

12    A    Yes.

13    Q    -- they thought you were going to be pregnant and then

14    you weren't?

15    A    Yes, that's true, I forgot.  There was another time.  I

16    was pregnant with twins.  I forgot that.

17    Q    And you're counting that as a miscarriage, right?

18    A    Yes, I miscarried.

19    Q    Well, you -- it was a week or so after the in vitro, is

20    that fair?

21    A    Oh, no.  With the twins, it was several weeks.  I was

22    almost three months.

23    Q    Okay.  But you and Rose together went to a clinic in

24    North Carolina; is that right?

25    A    She went with me once when I was hemorrhaging.  I
```

1    remember that.

2    Q    But before that, when you first had the in vitro, she

3    went with you also, right?

4    A    I mostly went by myself.  She said she was going to go,

5    but then when it was time, oh, I'm really busy, I have a lot

6    of work.  And she was going to give me the shots; and I did

7    them myself.  I had to do them myself.

8    Q    So she never went with you -- she only went with you one

9    time when you were hemorrhaging and you needed her help to go

10   to the clinic?

11   A    To drive me there, yes.

12   Q    Okay.  She didn't go with you when you were -- when you

13   got the in vitro fertilization?

14   A    I don't remember.

15   Q    Who picked out the clinic for you?

16   A    I think she found it.

17   Q    Okay.  And who made the arrangements for you to go to

18   the clinic?

19   A    I don't remember that.

20   Q    Wasn't it Rose?

21   A    I don't remember that.

22   Q    You didn't, did you?

23   A    I don't remember that.

24   Q    Okay.  And when you got pregnant you went to New York,

25   right?

```
1    A      Yes.

2    Q      And Rose got you an apartment; is that right?

3    A      We went together to look at apartments.

4    Q      Okay.  So you went apartment hunting with her?

5    A      Yes.

6    Q      Was it a furnished apartment?

7    A      Yes.

8    Q      Was it on the west side?

9    A      Yes.

10   Q      Not too far from Central Park?

11   A      Yes -- no -- yeah, 86th, I think it was.  Eighty?  I

12   don't remember.  Yes -- no, it's close to Central Park.

13   Q      Right near the Planetarium and the Museum of Natural

14   History?

15   A      Yes.

16   Q      And she stayed you with a lot of the time when you were

17   pregnant?

18   A      She was very nasty to me when I was pregnant.  She did

19   not stay with me much, huh-uh.  I was by myself.  It was a

20   very lonely time.

21   Q      She didn't come up to the apartment rather frequently?

22   A      She came to the apartment sometimes and was quite

23   unpleasant.

24   Q      And when you were in the hospital, did she go to the

25   hospital when you were giving birth?
```

```
 1    A    I didn't want her to, but she said that it had to be --

 2    she had to go with me to protect -- I wanted my best friend

 3    of 35 years, Linda, to go with me, and Joyce said, no, no,

 4    no, bad things will happen to your son if I'm not there.  So

 5    she went.  I wanted my friend Linda to be there.

 6    Q    But she did go with you to the hospital when you gave

 7    birth to Sam?

 8    A    She did.

 9    Q    And after you gave birth to Sam, was she with you for a

10    few days before you went to London?

11    A    I think she came to visit once or twice.  I was only

12    there for 11 days, I think it was, before I went on the

13    Concourde.

14              MR. SCHWARTZ:  Your Honor, I don't know when you're

15    planning to take a break, but this is a decent cutoff point.

16              THE COURT:  Let's take a recess, ladies and

17    gentlemen.  Don't discuss the case or form any opinions.

18    We'll see you in about 15 minutes.  Thank you.

19       (The jury exits the courtroom.)

20              THE COURT:  Again, ma'am, don't discuss your

21    testimony during the break.  Thank you.

22       (A recess was taken from 2:44 p.m. to 3:00 p.m., after

23    which the following proceedings were had:)

24              THE COURT:  Please be seated.

25              All right.  We're back on the record.  Ms. Marks is
```

```
 1    present with counsel.

 2              What are we doing about that other witness?

 3              MR. STEFIN:  Well, that's -- judge, I spoke to

 4    defense counsel about this, and I was wondering if he has no

 5    objection if we could interrupt Ms. Montassir's testimony for

 6    about 15 minutes and put this gentleman on, since he drove up

 7    from Hollywood and he's somewhat elderly gentleman.

 8              MR. SCHWARTZ:  I have no objection, judge.

 9              THE COURT:  Ma'am, we're going to take another

10    witness.  So if you wouldn't mind just waiting outside until

11    we've finished.  All right?  Thank you.

12              Can we bring the jurors in?

13              MR. STEFIN:  Yes.

14              THE COURT:  Let's bring the jury in, please.

15       (The jury enters the courtroom, after which the following

16    proceedings were had:)

17              THE COURT:  Welcome back, everyone.  Please be

18    seated, ladies and gentlemen.

19              Ladies and gentlemen, we're going to interrupt

20    Ms. Montassir's testimony in order to take a witness who's

21    going to be very short, and he needs to get back to what he's

22    doing.  So we're going to take him out of turn.

23              Mr. Stefin.

24              MR. STEFIN:  Thank you, Your Honor.

25              We're calling Pete Mattachione.
```

```
 1                 THE COURT:  Can you spell that?  Or he will spell
 2     it?
 3                 MR. STEFIN:  I can do it.  M-a-t-t-a-c-h-i-o-n-e, I
 4     believe.
 5           Pietro Mattachione, Government's witness, sworn.
 6                 THE COURT:  Tell us your name and spell your last
 7     name for us, please.
 8                 THE WITNESS:  My name is Pietro Mattachione,
 9     P-i-e-t-r-o M-a-t-t-a-c-h-i-o-n-e.  They call me Pete.
10                           Direct Examination
11     BY MR. STEFIN:
12     Q     Good afternoon.  Mr. Mattachione, correct?
13     A     It's Mattachione, really.
14     Q     Mattachione?
15     A     Right.
16     Q     Okay.  I'll try.
17           What kind of work do you do, sir?
18     A     I am a general manager of a Kwik Cash Pawn.
19     Q     And Kwik Cash, quick is spelled K-w-i-k?
20     A     K-w-i-k Cash Pawn.
21     Q     And that's a pawnshop located where?
22     A     At 3553 North State Road 7, Hollywood, Florida.
23     Q     How long have you been in the pawn business?
24     A     Nineteen years.
25     Q     And can you describe -- explain how the pawn business
```

1    operates?

2    A    Well, the customer walks into the place needing some

3    money.  We qualify what they're doing, they give me the

4    merchandise, I assess it and put a figure on it and ask them

5    what they're doing, either they're selling it or pawning it,

6    and whatever they decide to do, we put a figure on it, and if

7    it's a purchase it's a 30-day purchase by law and a 60-day

8    purchase, a 60-day pawn by law if it's pawned.

9    Q    So is it fair to say your business involves loaning

10   money to people with collateral behind it?

11   A    Absolutely.

12   Q    And what kind of collateral do you accept at this point

13   in the business?

14   A    We're -- right now in the left seven year we've been a

15   high line pawnshop, high merchandise, no electronics.

16   Q    So jewelry?

17   A    Jewelry.

18   Q    How about gold and silver?

19   A    Gold, silver, Rolexes, Cartiers.

20   Q    Let's say I have a Rolex, which I don't, but I wanted --

21   I needed some cash.

22        By the way, you're located right across the street

23   from one of the Seminole casinos; is that right?

24   A    Seminole gambling casino, yes.

25   Q    And do you receive a lot of business from the -- from

1     customers from the casino?

2     A     Yes, I do.

3     Q     People having a bad day basically?

4     A     Probably.

5     Q     Let's go back to me.  I have a Rolex.  Let's say it's

6     worth $10,000, or at least I paid $10,000 for it.  I need

7     some quick cash, and I come into your store and I want to use

8     the Rolex as collateral.  First of all, how would we be able

9     to transact this business?  Would you give me $10,000 for it?

10    Would you loan that amount of money to me?

11    A     No.

12          What we do is we assess the piece of merchandise,

13    we put a figure on it.  First we ask the person what they

14    want to do.  If they need 3000, 4000, 5000.  If the watch

15    doesn't warrant the loan, we don't do it.  If it warrants the

16    loan, we do it by agreement with the customer, and then we

17    then identify it so that it's real, and then we ask for their

18    identification.  And we then do a police form explaining the

19    merchandise, along with serial numbers, model numbers, their

20    personal information is all documented, and we get a signed

21    paper thumb printed, and the paper is a maturity date of 30

22    days with a 60-day default.

23    Q     All right.  So I came in with my Rolex, I need $3000,

24    you do an appraisal of the watch, you see that it's worth

25    substantially more than $3000.  So you think you might be

1    willing to loan me $3000 based on that transaction?

2    A    Absolutely.

3    Q    All right.  So I give you the watch, I sign the

4    paperwork as you described, and I walk out with the $3000.

5    A    Right.

6    Q    Now, if I'm not outright selling the watch to you, I

7    have the right to come back and redeem the watch, get my

8    watch back?

9    A    And the maturity date is 30 days.  That's when the

10   charge starts.

11   Q    So does that mean I have 30 days to come back and --

12   A    Within 30 days, one to 30 days.

13   Q    And when I come back to get my watch back, I would have

14   to return the loan, the $3000?

15   A    Plus the charges.

16   Q    Plus charges.

17        And what is the interest charge on such a

18   transaction?

19   A    The normal is 20 percent.

20   Q    20 percent?

21   A    20 percent on a hundred.

22   Q    For what period of time, though?

23   A    Thirty days.

24   Q    So 20 percent for 30 days?

25   A    Right.

```
 1              A concession is usually 10 percent.

 2   Q    So it's at least 10 percent interest?

 3   A    At least 10 percent.  No less than that.

 4              THE COURT:  Sir, can you do me a favor?  Can you

 5   wait for him to finish the question before you start

 6   answering?  Because you're talking over each other, and it's

 7   hard for this gentleman to keep track of what --

 8              THE WITNESS:  I gotcha.

 9              THE COURT:  Thank you.

10              THE WITNESS:  I gotcha.

11   BY MR. STEFIN:

12   Q    So it's basically either 20 percent, or if you cut me a

13   break it would be 10 percent interest for the month that you

14   loan me the $3000?

15   A    Correct.

16   Q    So for me to redeem the watch, I would need to give you

17   $3000 plus another $300?

18   A    $300.  It would be a $3300 reclaim charge.

19   Q    Now, if I didn't have the $3000 at the end of 30 days

20   but I didn't want to lose the watch, what could I do?

21   A    You would pay the $300 to extend it for another 30 days.

22   Q    So I pay the interest only?

23   A    Right.

24   Q    And that would extend it another 30 days?

25   A    Correct.
```

```
 1    Q    And can I keep doing that indefinitely, keep coming in
 2    and giving you the interest to keep the watch in your
 3    possession?
 4    A    Yes.
 5    Q    If I don't come back after 30 days, what can you do with
 6    the watch?
 7    A    By law I have to hold it for 60.  If there's no response
 8    or communication between me and the customer, they will
 9    default their contract.
10    Q    And then what does that entitle you to do?
11    A    That entitles me to wholesale it or do what I want with
12    it, wear it or do what I want with it.  It's mine.  It's
13    mine.
14    Q    Do you know Rose Marks?
15    A    Yes, I do.
16    Q    And do you see her here today?
17    A    Yes, I do.
18    Q    For the record, who are you referring to?
19    A    Ms. Rose.
20         MR. STEFIN:  Pointing to the Defendant who has
21    stood up?
22         THE COURT:  Yes.
23 BY MR. STEFIN:
24    Q    And how do you know Rose Marks?
25    A    I know Rose Marks for doing business with my pawnshop
```

```
 1   for a long time.

 2   Q    More than seven years?

 3   A    About that.

 4   Q    And have you met other members of her family at the

 5   pawnshop?

 6   A    Yes, I have.

 7   Q    And let me just show you a few photographs.  Showing you

 8   Government's composite 37.  I'm going to ask you if you

 9   recognize this.

10   A    Yes, I do.

11   Q    Who is that?

12   A    Ricky Marks.

13   Q    And based on your interactions with the family, who do

14   you understand that to be in regards to Rose Marks?

15   A    Ricky Marks.

16   Q    Right, but in what relationship to Rose Marks?

17   A    A son.

18   Q    Showing you Government's composite 38.

19   A    That's Michael Marks.

20   Q    Another family member, Michael?

21   A    I'm assuming, yes.

22        MR. STEFIN:  Your Honor, if we haven't already

23   admitted 38 composite, I would offer it at this time.

24        MR. SCHWARTZ:  I have no objection.  I'll stipulate

25   that Michael Marks is one of the sons of Rose Marks.
```

```
 1                    THE COURT:  All right.  Thank you.  Admitted
 2     without objection.
 3          (Government's Exhibit No. 38 entered into evidence.)
 4     BY MR. STEFIN:
 5     Q    Showing you Government's exhibit 34.
 6     A    That's Rosie Marks.
 7                    MR. STEFIN:  We would offer 34 into evidence at
 8     this time.
 9                    MR. SCHWARTZ:  No objection, Your Honor.
10                    THE COURT:  Admitted without objection.
11          (Government's Exhibit No. 34 entered into evidence.)
12     BY MR. STEFIN:
13     Q    And what relationship to Rose to your knowledge?
14     A    Her daughter.
15     Q    Showing you Government's exhibit 35 composite.
16     A    That's Victoria Eli.
17                    MR. STEFIN:  We would offer 35 composite into
18     evidence at this time.
19                    THE COURT:  Any objection?
20                    MR. SCHWARTZ:  No objection.
21                    THE COURT:  Admitted without objection.
22          (Government's Exhibit No. 35 entered into evidence.)
23     BY MR. STEFIN:
24     Q    And what relationship to Rose, to your knowledge?
25     A    I believe a sister.
```

```
1    Q    And showing you Government's composite 39.

2    A    Yeah, that's -- the name -- excuse me.  The name

3    just -- I just got a mental block.  Donnie Eli.

4              MR. STEFIN:  And we would offer Government's

5    composite 39 into evidence at this time.

6              MR. SCHWARTZ:  No objection.

7              THE COURT:  Admitted without objection.

8         (Government's Exhibit No. 39 entered into evidence.)

9    BY MR. STEFIN:

10   Q    And you understood his relationship to Rose Marks?

11   A    I believe he's the son-in-law.

12   Q    And did you see all of these individuals inside your

13   shop from time to time?

14   A    Yes, I did.

15   Q    And how often was Rose Marks a client of yours over the

16   years?

17   A    Quite a few times, sir.

18   Q    All right.  Can't put a number on it?

19   A    I really -- often.

20   Q    A regular customer?

21   A    Yes.

22   Q    And would you -- where would you most often see her?

23   Would it be in the shop or elsewhere?

24   A    In my shop.

25   Q    From time to time did you also see her over at the
```

```
 1    casino?

 2    A    Yes.

 3    Q    And what would be the occasion for you to do that?

 4    A    A transaction that would be conducted away from my store

 5    as a courtesy to her at the casino.

 6    Q    And what types of collateral would the Defendant and

 7    family members bring in in order to receive cash from you?

 8    A    All different types of jewelry, watches, rings,

 9    earrings, all different type.

10    Q    And you said from time to time you would actually go do

11    a delivery to the casino itself?

12    A    Yes, I would do that for her.

13    Q    And she would have jewelry to hand over to you at that

14    time?

15    A    Yes.

16    Q    And you would transact the paperwork right there at the

17    casino?

18    A    Right there at the casino.

19              MR. STEFIN:  May I approach?

20              THE COURT:  Yes.

21    BY MR. STEFIN:

22    Q    I've put before you Government's composite exhibit 12

23    for identification.  Would you just quickly look through that

24    and tell me if those constitute business records from Kwik

25    Cash Pawn.
```

1    A    Just look through these, sir?

2    Q    Yeah, just to confirm that these are records of your

3    business.

4    A    Yes, they are all my transaction slips that go through

5    my pawnshop.

6    Q    And are these records that were kept in the ordinary

7    course of business of Kwik Cash Pawn during the timeframe

8    that's indicated in the records themselves?

9    A    Yes, they were.

10    Q    And do you recall whether you received requests or a

11    subpoena, I don't remember which, for records from law

12    enforcement with respect to the Defendant, Rose Marks, and

13    other family members?

14    A    To be honest with you, sir, I don't recall that day

15    detailed.  I was kinda shocked.  So, I mean, I know I -- they

16    came in with a subpoena, and I just -- I followed what the

17    agents were telling me.

18    Q    All right.  But these records are records that pertain

19    to Rose Marks?

20    A    And these were requested for me to produce, along with

21    jewelry that was available in my computer at the time of the

22    search and seizure.

23          MR. STEFIN:  Your Honor, at this time we would

24    offer into evidence Government's composite 12.

25          THE COURT:  Any objection?

```
 1              MR. SCHWARTZ:  No objection.

 2              THE COURT:  Admitted without objection.

 3         (Government's Exhibit No. 12 entered into evidence.)

 4    BY MR. STEFIN:

 5    Q     In addition, sir, to producing the records, you said

 6    that you turned over some jewelry to law enforcement?

 7    A     Yes, I did.

 8    Q     And that was that jewelry that you had on~-- that was on

 9    pawn at the time that the police came to your establishment?

10    A     That's right.

11    Q     And do you remember approximately how much jewelry or

12    what the approximate value of the jewelry was that was seized

13    by law enforcement?

14    A     Well, there was quite a few items.  The amount, it was

15    up there, but there were quite a few items from not only

16    Rose, but members of her family, too.  So --

17    Q     Okay.

18    A     I think if I'm not mistaken it would be -- off the top

19    of my head it would be Michael, it would be Victoria, it

20    would be little Rosie, it'd be Donnie.

21    Q     Uh-huh.

22    A     So there was a few names I had to go through and pull

23    them out, as required by agents from the law enforcement,

24    what agency they're from.

25    Q     Okay.  And also did you have some gold on hand, as well,
```

```
 1    gold coins that were seized, as well?

 2    A    Yes.

 3              MR. STEFIN:  May I approach?

 4              THE COURT:  Yes.

 5    BY MR. STEFIN:

 6    Q    I'm going to display just one of the forms.  This is

 7    document KWIK-059, which is part of composite exhibit 12.

 8    Just looking at the top here, this was a transaction that

 9    took place on July 14th of 2011?

10    A    That's correct.

11    Q    And the seller was Rose Marks, with 1319 Seminole Drive,

12    Fort Lauderdale, Florida, as the address; is that correct?

13    A    Correct.

14    Q    And some phone numbers.

15              And when you fill out these forms, you normally ask

16    the person's occupation?

17    A    In this case this was -- her information was already in

18    there.

19    Q    So some -- when you have a steady customer, you already

20    have a lot of this information on your computer?

21    A    That's right.

22    Q    And the listed occupation on all these forms I think

23    show it as unemployed?

24    A    Unemployed.

25    Q    And in this instance, the items that are indicated, 2008
```

1   USA liberty coins; is that correct?

2   A     There was four of them.  There was four of them all

3   duplicated the same as 24 karat gold liberty coins.

4   Q     And for each of those four coins, you loaned out $1300

5   per coin?

6   A     $1300 per coin.

7   Q     And each time you do a transaction, you have the

8   customer sign the form and you get a fingerprint or

9   thumbprint?

10  A     Yes, we do, sir.

11  Q     So if these coins were to have been redeemed, what would

12  have been the total amount Rose Marks would have needed to

13  pay you in order to get her coins back?

14  A     $5720.

15  Q     But unfortunately the law enforcement took the coins

16  instead?

17  A     They have them.

18  Q     Now, in addition to the paperwork you do at the shop, do

19  you also transmit customer transaction information to law

20  enforcement?

21  A     Yes.  Right now we're doing it on a daily basis.  At

22  that time when this was transpired they were done on a weekly

23  basis.  It was a different system.

24  Q     And that's one of the requirements of law, for law

25  enforcement to keep track of jewelry that's being pawned at

1   pawnshops of that nature?

2   A     Yes.

3              MR. STEFIN:  Your Honor, at this time the United

4   States would offer through stipulation Government's composite

5   exhibit 7, which are the records of Broward County Sheriff's

6   Office regarding pawnshop transactions pertaining to Kwik

7   Cash Pawn.

8              THE COURT:  Any objection?

9              MR. SCHWARTZ:  No objection.

10             THE COURT:  Admitted without objection.

11        (Government's Exhibit No. 7 entered into evidence.)

12             MR. STEFIN:  If I could just have one second?

13  BY MR. STEFIN:

14  Q     When the Defendant, Rose Marks, would pawn jewelry with

15  you, would she normally ultimately redeem the jewelry at a

16  later date?

17  A     At all times.

18  Q     And when she redeemed the jewelry, how would she pay for

19  the merchandise to be returned?

20  A     In cash, sir.

21  Q     And was she a customer that was paying the 20 percent

22  per month rate or the 10 percent per month rate?

23  A     No, she's a 10 percent customer.

24  Q     Because repeat customers?

25  A     Everybody should have one like her, but that's okay.

```
 1   Q    You lost a lot of business.  I'm sorry about that.

 2   A    Please.

 3   Q    But calculationwise, 10 percent a month comes out to

 4   120 percent a year?

 5   A    Yes, it does.

 6   Q    That's the interest rate that you would charge for a

 7   preferred customer.

 8   A    Preferred customers.

 9             MR. STEFIN:  That's all I have on direct.

10             THE COURT:  Thank you.

11             Cross-examination.

12             MR. SCHWARTZ:  Briefly, Judge.

13                      Cross-examination

14   BY MR. SCHWARTZ:

15   Q    Pete, are you from New York?

16   A    No, I'm from Detroit, Michigan.

17   Q    Okay.  I was close.

18             Pete, you're across from the casino, as Mr. Stefin

19   mentioned, right?

20   A    I am.

21   Q    Let me digress a minute.

22             How do I buy from you Mr. Stefin's Rolex watch?

23   No.

24             You're across from the casino, correct?

25   A    The old Seminole gambling casino.
```

1    Q    Right.  Not the Hard Rock.

2    A    Not the Hard Rock.

3    Q    How far is that from the Hard Rock?

4    A    It's five minutes.

5    Q    Okay.  And apparently Rose was frequently at the

6    Seminole Casino or the Hard Rock?

7    A    Well, I don't know how frequently, but it would be -- if

8    she called me and she needed a service, I would extend her

9    that service.

10    Q    Okay.  So let's talk about your business a little bit.

11    A    Go ahead.

12    Q    You have people, a lot of different customers, but some

13    of them are people who gamble at the casino; is that right?

14    A    Quite a few.

15    Q    And some of them on occasion win?

16    A    They do.

17    Q    And when they win, many of them go out and spend their

18    money on nice things like jewelry or cars or things like

19    that, right?

20    A    Well, if they have something pawned with me, they

21    usually reclaim it.

22    Q    Let's assume they don't have anything pawned with you

23    yet.

24    A    Oh, okay.

25    Q    So they go out and spend their money and buy nice

```
 1   things?

 2   A     Possibly.

 3   Q     Are gamblers like that?

 4   A     I'm assuming, yeah.  Aren't we all?

 5   Q     You don't gamble?

 6   A     No, I don't gamble.

 7   Q     And then unfortunately, winners, or losers, but

 8   sometimes winners go back to the casino; is that right?

 9   A     Sure, often.

10   Q     And if they lose, what do they do with the nice things

11   that they bought?

12   A     They can pawn them.

13   Q     They bring them across the street to you, or you come

14   over to them if they're a good customer?

15   A     No.  The only good customer that I had that, was awarded

16   that, was Rose.

17   Q     Because she was a very good customer?

18   A     And she's the only one that we done that with.

19   Q     And you liked her?

20   A     Very much.

21   Q     Okay.  And then she would either use the money to gamble

22   and win some more, or she would give back to the casino, is

23   that fair to say?

24   A     Fair to say that.

25   Q     Okay.  And we saw a thick book of pawn -- I guess
```

1    they're called Florida pawnbroker transaction forms for Rose

2    and Donnie and Michael and Ricky and Rosie; is that right?

3    A    That's right, sir.

4    Q    Let me show you a few.  And they're in evidence.

5    A    Sure.

6    Q    And ask you about them, because there's a phenomena that

7    I wasn't aware of but have now learned.

8              Let me show you what's been marked -- what's in

9    evidence from that thick book but is Bates stamped KWIK-003:

10   And you have a screen in front of you.

11   A    Yes, I do, sir.

12   Q    And this is something that Rose pawned; is that right?

13   A    Yes.

14   Q    What is it?

15   A    It's a pair of earrings, pair of earrings.

16   Q    How would you describe them?

17   A    There were two 1-caret rounds.

18   Q    Okay.

19   A    There's two -- a set of two earrings.  They were 1-caret

20   round apiece.

21   Q    Okay.  And what was the -- what's the date on this?  Can

22   you see it?

23   A    October 19th, 2010.

24   Q    Your eyes are like mine.  I think it's October 18th,

25   2010.  Is that possible?

```
 1   A      I see a nine, sir.

 2   Q      Okay.  As my daughter would say, "ear elephant."

 3   A      We loaned her $600.

 4   Q      And you loaned her $600 on that?

 5   A      And it's probably what only she wanted.

 6   Q      Okay.  And then did she come back and buy it back from

 7   you?

 8   A      Yes, she did.

 9   Q      Okay.  Because let me take you to a few weeks later on

10   December 1st, 2010.

11   A      Okay.

12   Q      Do you see that?

13   A      Yes, I do.

14   Q      And what is she pawning now?

15   A      This would -- had to been she picked them up and then

16   repawned them.

17   Q      So she --

18   A      If she pawned them in October, October 19th --

19   Q      Well, I think the first time was on November 18th,

20   perhaps, the first one.

21   A      The first one you showed me was October 19th.

22   Q      Was it?  Let me show it to you again.

23   A      10/19/2010.

24   Q      Is that 10/19?

25   A      Yeah, it's --
```

1    Q    Oh, I see.  The date's up on top.

2    A    Yes, uh-huh.

3    Q    The next one is the maturity date.  I'm sorry.  That was

4    my fault.  Forgive me.  That's the second mistake I've made

5    in my life.

6         And then October 19th, 2010, she pawned them.

7    Sometime after that, but before November 1st, she reclaimed

8    them, and then on November 1st she pawned them again?

9    A    That's correct.  That's what would have had to happen.

10   Q    Okay.  And that, just for the record, is KWIK-005.

11        Let me show you KWIK-009.  What is this?

12   A    Can you move that over for me, sir?

13   Q    Sure.

14   A    Can you?

15   Q    Sure.

16   A    So I can see an amount?

17        Oh, okay.

18   Q    Is that better?

19   A    Explaining this, she had picked up the ones that she

20   did, like 11/1, and then she came back and pawned them again

21   on 11/11.

22   Q    Ten days later.

23   A    This happened frequently with her.

24   Q    So she made a lot of money for you.

25   A    Absolutely.

1    Q    Because she might be borrowing 600, paying 60, returning

2    it, picking it up with cash that she --

3    A    Yes.

4    Q    -- presumably won from the casino?

5    A    Yes.

6    Q    And then taking it in again and borrowing it again.

7    A    She could have probably done that 15 times through that

8    month.

9    Q    Okay.

10   A    That's why she is the type of customer she was for me.

11   Q    That's why you only charged her 10 percent.

12   A    Correct.

13   Q    Because it came to maybe a hundred percent a month.

14   A    Who knows?

15   Q    And just so the record is clear, let me show you -- and

16   I don't have to put them all up on the screen -- KWIK-013,

17   015, 021, 025, 031, 043, 049 and 057 covering a period from

18   December 9th, 2010, through July 10th, 2011, and ask you to

19   look at all of them and tell me if they're the same earrings

20   that we've been talking about.

21   A    Sure.  Be glad to.

22        All of them are the same.

23   Q    Can you count those?  I'm sorry.  I should have done it

24   before.

25   A    Sure, sure.

```
 1              I counted eight.  I counted eight, sir.
 2    Q    Okay.  And did you count the other three that I put up
 3    there for you, the first three we talked about?
 4    A    And three more would be a total of 11.
 5    Q    Your math's better than mine.
 6              So 11 times in this seven-, eight-month period,
 7    nine-month period, Rose came in, pawned these earrings,
 8    redeemed them, pawned them, redeemed them.  So if we have a
 9    thick book there of pawnbroker transaction forms, that
10    doesn't mean that she's pawning a hundred different items
11    with you, does it?
12    A    I guess not, sir.
13    Q    In this case, 11, at least, of those forms are one item?
14    A    We can see that.
15    Q    And without showing everything, I'm going to show you
16    KWIK-81, 75, 69, 65, 87, 89, 91, 93, 95 and 97, and I'm going
17    to keep one out, the top one, 81.
18    A    Sure.
19    Q    And who was it --
20    A    Sir, excuse me.  This is Ricky?
21    Q    Yes.
22              I was just going to ask, who is the person who
23    pawned these items?
24    A    I see a name of Ricky.
25    Q    Is that Ricky Marks?
```

1   A      Ricky Marks.

2   Q      And that's her son?

3   A      That's her son.

4   Q      And all of these items, if you look at them, are they

5   all the same 18-karat bracelet for which you gave him $600?

6          I might have gotten a wrong one in there if I see

7   you separating them.

8   A      What did you ask me, sir?

9   Q      What did he pawn on these occasions?

10  A      Okay.  This one, these four --

11  Q      Right.

12  A      -- are an 18-karat women's bracelet all weighing the

13  same.  So there was four of these.

14  Q      And that's the same as the one on the screen; is that

15  correct?

16  A      Yes.  Yes, it is, sir.

17  Q      So those five are one item, the same item in and out

18  five times?

19         Okay.  And what are the others?

20  A      I have four here.  I have four here, sir.

21  Q      Then I have the fifth.

22  A      Okay.  The other ones -- those four are the same.

23  Q      Okay.  And this is different?

24  A      This is a different one.

25  Q      Okay.  So as with Rose, Ricky would also come in, pawn

```
 1    something, take it out, pawn it, take it out a number of

 2    times?

 3    A      Correct, sir.

 4    Q      And is this the same pattern with Donnie Eli, if you

 5    remember?

 6    A      Not as prevalent.

 7    Q      Okay.  But, again, if we see a thick book with Ricky and

 8    Rose in there, many of those are the same items over and over

 9    again?

10    A      They could be, sir.

11            MR. SCHWARTZ:  I have no other questions, Judge.

12            THE COURT:  Thank you.

13            Any redirect?

14            MR. STEFIN:  Just a couple.  Just a couple.

15                        Redirect Examination

16    BY MR. STEFIN:

17    Q    The attorney showed you some slips regarding the pair of

18    earrings, the 14-karat.  I think you said there were a pair

19    of --

20    A      One carat apiece, sir.

21    Q      One caret apiece.

22            And the instance that he showed you you loaned $600

23    on that occasion?

24    A      Yes.

25    Q      Is that reflective of the actual value of the pieces, or
```

```
1    is that based on something else?
2    A    That's not the actual value.
3    Q    And, in fact, when she pawned that -- those earrings on
4    other occasions, you gave her substantially more money on
5    some occasions; do you recall?
6    A    You mean on those earrings, sir?
7    Q    On the same earrings.
8    A    I only saw 11 at $600.
9    Q    All right.  Let me show you KWIK-041.  Does that appear
10   to be the same earrings?  This is a different set of
11   earrings.  I'm sorry.
12   A    This is different.
13   Q    All right.  And what earrings were these?  How would you
14   describe those?
15   A    We're describing these as two 2.10 round earrings
16   apiece.
17   Q    To what?
18   A    Two carat ten's.
19   Q    Oh, okay.
20   A    When we analyzed the size of these stones.
21   Q    Yes.
22        And how much did you --
23   A    Let me clarify something for you.
24   Q    Sure.
25   A    If there's $700 on this, is that what's on that?
```

1    Q    Actually, I can give you the whole thing.

2    A    That's 7000.  That's 7000.

3    Q    Right.

4         So did you -- you loaned her $7000 on this one

5    occasion for that particular set of earrings.

6    A    Absolutely.

7    Q    And for her to redeem those, it would be 10 percent, or

8    $700.

9    A    $7700 reclaim.

10   Q    All right.  And does it appear that she then pawned

11   those same earrings again?  And the date on this was

12   May 3rd -- no, I'm sorry, May 31st of 2011, right?

13   A    That's -- I see that.

14   Q    All right.  And are these the same earrings that were

15   again pawned on June 16th, 2011, KWIK-045?

16   A    Those are the same.

17   Q    And this time you loaned her?

18   A    5000.

19   Q    And for her to redeem them, it would cost $5500?

20   A    5500.

21   Q    And then on June the 30th, tell me if these are the same

22   earrings, document KWIK-053.  Those appear to be the same

23   earrings?

24   A    Those are the same earrings.

25   Q    All right.  And this time you loaned her?

```
 1    A      $7000.

 2    Q      And to redeem them it would be another $7700?

 3    A      $7700.

 4              MR. STEFIN:  That's all I have.

 5              THE COURT:  Thank you.

 6              MR. SCHWARTZ:  Just one quick question.

 7                         Recross-examination

 8    BY MR. SCHWARTZ:

 9    Q      The difference in the prices for this different set of

10    earrings, the 7000, then the 5000, then the 7000 is because

11    that's all -- the 5000 was all Rose wanted that day, right?

12    A      That's correct.

13    Q      If she asked for seven, you would have given her seven,

14    because it had the value to cover that?

15    A      Correct.

16              MR. SCHWARTZ:  No questions.

17              THE COURT:  Thank you, sir.  Thank you.

18              THE WITNESS:  Oh, I'm done?

19              THE COURT:  Yes.

20              All right.  Welcome back, ma'am.  You're still

21    under oath.

22    Jude Gilliam Montassir, Government witness, resumed the stand.

23                      Cross-examination (Cont.'d)

24    BY MR. SCHWARTZ:

25    Q      Now, Ms. Montassir -- did I get it right that time?
```

```
 1    A     (Shakes head.)

 2    Q     You want to tell me again?

 3    A     Montassir.

 4    Q     Montassir.

 5          Did Rose help you in New York after Sam was born?

 6    A     After he was born, no.

 7    Q     Well, let me show you what's been marked as Defendant's

 8    exhibit 30 for identification and ask you if you recognize

 9    it.

10          MR. SCHWARTZ:  May I approach?

11          THE COURT:  Yes.

12          THE WITNESS:  Right.  It's a photo of her with my

13    son.

14    BY MR. SCHWARTZ:

15    Q     Do you recognize that?

16    A     Yes.

17    Q     What do you recognize it as?

18    A     A photo of Joyce with my son.

19          MR. SCHWARTZ:  I'd move it into evidence, Your

20    Honor.

21          THE COURT:  Any objection?

22          MR. STEFIN:  No objection.

23          THE COURT:  What's the number?

24          MR. SCHWARTZ:  Thirty, Your Honor.

25          THE COURT:  Admitted without objection.
```

```
 1          (Defendant's Exhibit No. 30 entered into evidence.)
 2    BY MR. SCHWARTZ:
 3    Q     Is that Rose sitting on a bench in Central Park with
 4    your infant son, Sam, shortly after he was born?
 5    A     Yes.
 6    Q     And just to be clear, let me show you what's been marked
 7    as exhibit 31 for identification and ask you if you recognize
 8    that.
 9    A     That's the same day, I think; me with my son.
10    Q     And the exhibit that's on the screen is Rose sitting
11    with Sam in Central Park.  About how long after his birth was
12    that?
13    A     It was just a few days, because I went home to England.
14    Q     You went home to England about -- within two weeks after
15    he was born, right?
16    A     Eleven days, yes.
17    Q     So were you incorrect to say that Rose didn't help you
18    with Sam after he was born?
19    A     No.
20    Q     She didn't help you?
21    A     No.
22    Q     Okay.  And was she there at the birth?
23    A     Yes.
24          MR. SCHWARTZ:  I would offer Defendant's exhibit 31
25    in evidence, Your Honor.
```

```
 1                 MR. STEFIN:  Can I just see which one that is?

 2                 No objection, Your Honor.

 3                 THE COURT:  Admitted without objection.

 4        (Defendant's Exhibit No. 31 entered into evidence.)

 5   BY MR. SCHWARTZ:

 6   Q    And that's you with Sam, right?

 7   A    Yes.

 8   Q    And where were you living in New York after Sam was

 9   born?

10   A    I was still in the apartment on Upper West Side in New

11   York.

12   Q    And there was some additional incorrect testimony, and

13   this may be my fault.  I keep admitting errors.

14                 You didn't get in vitro for Sam in North Carolina,

15   did you?

16   A    No, it was New York City.

17   Q    It was at New York Presbyterian Hospital; is that

18   correct?

19   A    That's where he was born.

20   Q    Right.

21   A    Think so.  I can't remember.  I think that's right, New

22   York Presbyterian.

23   Q    When you had the in vitro in North Carolina it didn't

24   take or you had -- you had a brief -- a week or two with the

25   baby and then miscarried, and then you went to New York for
```

```
 1    in vitro; is that right?

 2    A    I never had in vitro in North Carolina.  I went to a

 3    fertility clinic in Baltimore.

 4    Q    Correct.  I'm sorry.  Baltimore, Maryland.

 5    A    Right, Baltimore.

 6    Q    In the Washington area?

 7    A    Well, I stayed in Virginia and drove across the border

 8    to Baltimore.

 9    Q    And Rose was living in Virginia at that time, right?

10    A    I think so.  I don't remember.  I don't know.

11    Q    You never visited her at her house in Virginia, correct?

12    A    No.

13    Q    Okay.  And then you went to New York, you had in vitro,

14    Rose was very mean to you while you were pregnant, you

15    weren't mean to her at all, and you gave birth, is that fair?

16              MR. STEFIN:  Objection, compound.

17              THE COURT:  Sustained.  Rephrase the question.

18              MR. SCHWARTZ:  Withdrawn.

19    BY MR. SCHWARTZ:

20    Q    After you gave birth in New York, did Rose come to the

21    apartment?

22    A    Yes.

23    Q    And then you decided to, as you put it, go home to

24    England?

25    A    Right.
```

1    Q     Why do you -- why did you consider England your home,

2    not the United States?

3    A     I was staying there.  It was good for my books, and I

4    had always kind of wanted to live there.  And Joyce had told

5    me that putting water around me, between my ex-husband and me

6    would make him harder to find me.  So it was just kind of --

7    I can live anywhere, so I went to England.

8    Q     So did Rose send you to England, or was it your fear of

9    Claude that sent to you England, or did you just like

10   England, it was good for your books and you wanted to live

11   there?

12   A     All of it.

13   Q     Now, you testified that when you were in England you had

14   a visit from somebody to do with Claude; is that correct?

15   A     You mean he sent a bailiff over?  Is that what you're

16   talking about?

17   Q     A bailiff?

18   A     A bailiff, uh-huh.

19   Q     And what was the purpose of the bailiff being there?

20   A     I called an attorney I knew in Santa Fe, and he said

21   that Claude was telling people that I was making more money

22   than I was giving him.  He always thought everything should

23   be split 50/50, so he wanted to reopen the case and get more

24   money from me.

25   Q     And he wanted to see what kind of house you were living

```
1    in; is that right?

2    A    Yes, wanted to see if the house I had there was more

3    expensive or worth more than the house I had paid for for him

4    in New Mexico.

5    Q    And did you testify at your deposition that the house

6    wasn't a very nice house, and that some of the wood was

7    rotted and things of that sort?

8    A    When I bought the house it was almost derelict.  I spent

9    five years remodeling it.

10   Q    Was it a big house or small house?

11   A    Kind of medium.

12   Q    Kind of a medium house?

13   A    It was an old rectory.

14   Q    An old?

15   A    Rectory.

16   Q    And converted into a house?

17   A    No, a rectory is a house.

18   Q    Well, a rectory is a house for religious orders; is that

19   correct?

20   A    It's usually for the vicar, the preacher of the church.

21   Q    I'm sorry, you said a vicary, not a rectory.

22   A    No, a rectory is for the vicar.

23   Q    Okay.  Let me show you what's been marked for

24   identification as Defendant's exhibit 32 and ask you if you

25   recognize it.  It's a composite exhibit.
```

```
 1              MR. SCHWARTZ:  May I approach the witness?

 2              THE COURT:  Yes.

 3   BY MR. SCHWARTZ:

 4   Q    Would you look at all the pages of this exhibit and tell

 5   me if you recognize what it is.

 6   A    Yes, that was my house, Ketton House.

 7   Q    And where was Kenton, K-e-n-t-o-n, House?

 8   A    No, Ketton, K-e-t-t-o-n, Kedington.

 9   Q    Ketton, K-e-t-t-o-n, House, in Kedington?

10   A    Yes.

11   Q    And where is that in England?

12   A    It's Suffolk County, outside of Cambridge.

13   Q    About how far from London?

14   A    It's about an hour and a half.

15              MR. SCHWARTZ:  I'd move Defendant's exhibit 32 into

16   evidence.

17              THE COURT:  Any objection?

18              MR. STEFIN:  No objection.

19              THE COURT:  Admitted without objection.

20        (Defendant's Exhibit No. 32 entered into evidence.)

21   BY MR. SCHWARTZ:

22   Q    And this is the medium-sized house that you bought in

23   England; is that correct?

24   A    It's very shallow, yes.

25   Q    You mean it's narrow.  It doesn't have a lot of depth.
```

```
 1    A    It's shallow.

 2    Q    About how many rooms?

 3    A    I don't know.  You have the brochure there.  It tells.

 4    Q    This would be an elegant Grade II listed Queen Anne

 5    house with mature grounds; is that correct?

 6    A    Yes.

 7    Q    There was a reception hall?

 8    A    Yes, it had a front entryway, yes.

 9    Q    A drawing room; is that correct?

10    A    Yes.

11    Q    A dining room, correct?

12    A    Yes.

13    Q    A play room, correct?

14    A    I don't know where that was, what they would call a play

15    room.

16    Q    Do you need your glasses to look at that?

17            A play room?

18    A    It says here, but I don't know which was the play room.

19    Q    You might have used it for something else?

20    A    Yeah, I guess.

21    Q    A kitchen/breakfast room?

22    A    Yes.

23    Q    A laundry room?

24    A    Yes.

25    Q    What does it mean by extensive cellars?
```

```
 1    A     They were mostly underneath the house.  They were

 2    Elizabethan, and rotting.

 3    Q     What were they?

 4    A     It's just a basement.

 5    Q     Okay, we don't have those in Florida.

 6    A     Huh-uh.

 7    Q     And how many bedrooms?

 8    A     It says seven.  The English say a lot of things are

 9    bedrooms.  It had three bedrooms downstairs, then upstairs,

10    the old -- it had an attic that they converted sort of into

11    bedrooms with no bath.

12    Q     And there was a first floor sitting room bedroom?

13    A     I don't remember a bedroom on the first -- oh, first

14    floor is England's second floor.

15    Q     Okay.

16    A     Oh, yes, there was a kind of dressing room closet that

17    you could put something to sit in if you wanted to.

18    Q     Three bathrooms?

19    A     In the whole house, yes.

20    Q     Was there a heated swimming pool?

21    A     Yes, it was in really bad shape.  Yes, uh-huh.

22    Q     The pool house?

23    A     It had a little pool house, uh-huh.

24    Q     Now, wasn't clay, but it was a hard tennis court?

25    A     It had weeds growing up through it.  I don't know what
```

```
 1   it was.

 2   Q    Okay.  Mature, well-stocked gardens and grass paddock.

 3   A    Uh-huh.  I had to bring in bulldozers to clean it up,

 4   but, yeah.

 5   Q    And there were 11 acres of grounds, weren't there?

 6   A    Yes.

 7   Q    It was originally a parsonage in 1625, right?

 8   A    The basements were from Elizabethan times.  The new

 9   part, the upper part was 1709 Queen Anne.

10   Q    And is this a more distant picture of the house?

11   A    Yes.

12   Q    Is this an aerial picture of part of the grounds?

13   A    Yes.  Actually, it's a little off, but . . .

14   Q    Do you remember what you said about this house in your

15   deposition?

16   A    No.

17   Q    Well, let's get to that.

18        You were deposed on December 3rd, 2008; is that

19   correct?

20   A    Yes.

21   Q    And you were there, and who else was there?

22   A    There was my lawyer, Sara Bennett.

23   Q    Okay.

24   A    Then there was Detective Stack, Detective Ogden.  There

25   was the court reporter.
```

```
 1   Q    Like this fine gentleman here?

 2   A    Yes.

 3             Then across the room was my ex-husband's attorney.

 4   I can never remember his name.  And then my ex-husband and

 5   then another attorney of his on the other side.  So he had

 6   two attorneys.

 7   Q    Was that Larry Maldegan?

 8   A    Yes.

 9   Q    M-a-l-d-e-g-a-n?

10   A    Yes.

11   Q    That was one of your husband's attorneys?

12   A    Yes.

13   Q    And what was the reason that Detective Stack and

14   Detective Ogden were in the room?

15   A    They were there just to be with me for moral support.

16   They came there for that.  I was afraid.

17   Q    Well, what did being in the room with you have to do

18   with investigating the criminal case?

19   A    I have no idea.  Sometimes there are things other than

20   evidence and criminal investigation.

21   Q    Now, on page 6 of the deposition were you asked by

22   Claude's attorney:  "Have you given any sworn statement with

23   regards to the ongoing criminal investigation that they were

24   aware of?"  And it's a badly worded question, perhaps, but

25   they were aware of the criminal investigation, and they
```

```
 1    wanted to know if you had given any sworn statements in that

 2    case.

 3    A     What's the question?

 4    Q     Did you answer yes?

 5    A     That I had given sworn statements?

 6    Q     In the criminal case.

 7    A     I don't remember what I answered to that, and I don't

 8    remember what sworn statements you're referring to.

 9    Q     Well, let me show you the deposition which we've marked

10    for identification as Defendant's exhibit 33, and ask you to

11    look at the question and answer, the question on line 2 and

12    the answer on line 5, and ask you if that refreshes your

13    recollection as to what you were asked and what you answered.

14          Were you asked, "Have you given any sworn

15    statements in the ongoing criminal investigation," and did

16    you answer yes?

17    A     It says so there, yes.

18          MR. SCHWARTZ:  May I have a moment, Judge?

19    BY MR. SCHWARTZ:

20    Q     When did you give a sworn statement in a criminal case

21    prior to December 3rd, 2008?

22    A     I don't remember.

23          MR. SCHWARTZ:  May we approach, Your Honor?

24          THE COURT:  Yes.

25       (The following proceedings were held at sidebar:).
```

```
 1              MR. SCHWARTZ:  She's then asked:  Was it notarized?

 2         She says:  I think so.

 3         But did you give a signed written statement?

 4         Yes.

 5         Or statements?

 6         Signed statements.

 7         Okay.

 8         And then her attorney gets in, she's not certain

 9    whether she's given a sworn statement, so if there's

10    something like that, we reserve the right to confirm with

11    documentary evidence, et cetera.

12         Is there a sworn -- did she give any sworn

13    statements prior to December 8th?  And if so, can I have

14    them?

15              MR. STEFIN:  We've given all the statements that

16    we're aware of that this witness has given.  She answered the

17    question, Judge, but the lawyer interrupts and says, we'd

18    like to reserve the right to confirm that with documentary

19    evidence.  I think this is a misleading line of questioning.

20    If there was some uncertainty at this point, to try to say

21    that she's making a statement, that she's given signed

22    statements.

23              THE COURT:  Well, the reason we're here is for

24    Brady and Jencks and not whether or not her statement or her

25    recollection of whether she gave a statement is accurate.  So
```

```
1   you're representing, as you have repeatedly throughout the

2   proceedings and before, that all of the statements that she

3   has given have been provided to the defense, correct?

4            MR. STEFIN:  Yes.

5            THE COURT:  Okay.  So she, as far as you know, is

6   mistaken about her statement that she made in the deposition

7   where she said she had given a previous sworn statement in

8   connection with the criminal investigation?

9            MR. STEFIN:  Yes.

10           THE COURT:  As far as you know, she's incorrect?

11           MR. STEFIN:  Yes.

12           MR. SCHWARTZ:  Okay.

13           THE COURT:  That's all we needed to know.

14       (Sidebar conference concluded.)

15   BY MR. SCHWARTZ:

16   Q    After you said that, did your attorney interrupt and

17   say, she's not certain whether she gave a sworn statement.

18   Do you remember that?

19   A    No, I don't remember that.

20   Q    Okay.  Let me ask you again, so it's clear on the

21   record.  Did you make any sworn statement regarding to the

22   criminal case prior to December of 2008?

23   A    I don't know.

24   Q    Did you make any sworn statement other than yesterday

25   and today in this criminal case after December of 2008?
```

```
 1    A     I don't know exactly what that means.

 2    Q     Did you swear -- well, I understand you don't know what

 3    it means to swear to tell the truth, the whole truth and

 4    nothing but the truth, but --

 5               THE COURT:  Sustain the objection.

 6               MR. STEFIN:  Do I need to object to that, Judge?

 7               THE COURT:  Well, if you want me to say something,

 8    yes.

 9               Sustain the objection.  Strike --

10               MR. SCHWARTZ:  My comment?

11               THE COURT:  -- the comment.

12               THE WITNESS:  That's mean.

13    BY MR. SCHWARTZ:

14    Q     We've already gone over the oath you took.

15               But did you take an oath like that or similar to

16    that with Mr. Stack, with a notary, with anybody, and swear

17    to tell the truth and tell your story in this case prior to

18    yesterday?

19    A     I did in the deposition.  I don't remember doing that

20    anywhere else.  It's been years.  So I just -- I remember the

21    deposition, but I don't remember doing that anywhere else.

22    Q     Prior to the deposition, who did you meet to prepare for

23    the deposition?

24    A     Sara, Sara Bennett.

25    Q     Nobody else?
```

1   A     Who else?

2   Q     Didn't you say -- weren't you asked if you met with

3   anybody else to prepare for the deposition -- meet with

4   anybody else, and you said, to prepare for the deposition,

5   and the question was yes, and wasn't your answer, I talked

6   about it with the Florida police department people?

7   A     Okay.  I talked about it to the Florida police

8   department people.

9   Q     Thank you.

10        And they helped you prepare for this deposition in

11  your civil case; is that correct?

12  A     Well, they talked to me.  I had never even seen a

13  deposition, except on TV.  I didn't know what it was, and I

14  was asking questions like what do you do, what do they ask

15  you, where do you sit.  I didn't know anything.

16  Q     And when you prepared for the deposition with the

17  Florida police department people was your attorney there?

18            MR. STEFIN:  Objection to the form of the question.

19            THE COURT:  Overruled.

20            THE WITNESS:  Was my attorney there?

21  Q     Yes.

22  A     Sara?

23  Q     Yes.

24  A     The three of us, four of us, talked about it a lot.

25        I don't -- talk about the deposition?  What do you

```
 1    mean, like what was I going to say in the deposition?  You're

 2    not being clear.

 3    Q    Well, you said that you prepared for the deposition with

 4    your attorney and with the Florida police department people.

 5    What did you mean by that?

 6    A    That I sat down with them and talked about it, talked a

 7    lot to Sara because she knew more about it because she's an

 8    attorney.

 9    Q    And were Detective Stack and Ogden also in the room?

10    A    I don't remember.

11    Q    For any part of it?

12    A    Well, the four of us talked about it, I know.

13    Q    What did your attorney say to you and what did you say

14    to your attorney --

15              MR. STEFIN:  Objection.

16    BY MR. SCHWARTZ:

17    Q    -- when Detective Stack and Detective Ogden were in the

18    room?

19    A    Oh, heavens, I don't remember that.  It was a long time

20    ago.  I was beyond scared, nervous, stressed out over the

21    whole thing, worried.  I don't remember who was in a room and

22    exactly what was said.

23    Q    Did either Sara or Mr. Stack or Mr. Ogden tell you the

24    importance of being truthful in your deposition?

25    A    That's what everybody said to me, just tell the truth.
```

```
1    Q    Okay.

2    A    Yes.

3    Q    And did you testify at your deposition that you couldn't

4    afford to pay Claude because you didn't have any money?

5    A    I didn't.  Yes.

6    Q    And you didn't have any money at that time?

7    A    I didn't have any money at that time.

8    Q    And did Mr. Maldegan, Claude's attorney, ask you about

9    the million four hundred fifty-two dollars that you had in

10   your investors capital account at that time?

11   A    I don't remember that.

12   Q    Let me ask you this.  On page 22, line 16:

13        "Question:  You referred to an investors capital

14   account that indicated a balance as of November 18th of this

15   year of $1,000,452; do you recall that?"

16        And your answer was:  "Yes."

17   A    It was at that time.  I don't remember.  Are you talking

18   about my retirement plan, is that what you're talking about?

19   Q    No, I'm talking about the investors capital account that

20   Mr. Maldegan asked you about.

21   A    I honestly don't remember.

22   Q    Let me show you the deposition and ask you if it

23   refreshes your memory.  And I think you explain later that

24   you referred to it as a tax reserve account.

25   A    Oh, I don't remember.
```

```
 1              MR. SCHWARTZ:  May I approach?

 2              THE COURT:  Yes.

 3  BY MR. SCHWARTZ:

 4   Q    Does that refresh your memory?

 5   A    No, but that sounds like good planning.

 6              No, I don't remember.  I was writing seven days a

 7  week, trying to put money in the bank off old contracts, and

 8  I was massively in debt to the IRS, and I was trying to put

 9  the money away to save my taxes.  So I guess that's what it

10  was.

11   Q    Well, you told us yesterday that at the time the police

12  found you, you were broke, you had no money, you were sitting

13  in a hotel room, contemplating suicide, and you told -- is

14  that correct?

15   A    Yes.

16   Q    And you told us yesterday, and you told Claude that you

17  didn't have the money to pay him.

18   A    Right.

19   Q    But isn't it a fact that his attorney, Mr. Maldegan,

20  discovered an account that you had with $1,000,452 in it?

21   A    Okay.  You aren't listening to what I'm saying.  I was

22  writing seven days a week.  I had old contracts that were

23  made before the inflation.  They were for a lot of money.  I

24  turned those books in.  I wrote something like three books in

25  one year, turned them in.  That's where the money came from.
```

```
 1    I had no money in January, but in December I had written

 2    nearly three books and was negotiating -- talking about

 3    negotiating a new contract with my publishing house.  So I

 4    had money.  I was socking it away to pay my taxes.

 5    Q    But you were in New Mexico to testify at a deposition

 6    based on your claim that you had no money and couldn't pay

 7    Claude, and yet, his attorney discovered an account that you

 8    had for $1,000,452; is that true?

 9    A    I think the IRS is more important than my ex-husband,

10    who's already worth millions.  So, yes, my priority was

11    paying back the IRS.  That money was going to taxes, not to

12    him.  I didn't have money to pay him.  As soon as I made out

13    a check to the IRS, I would once again be dead broke.

14    Q    Okay.  And maybe we're -- I'm asking you questions and

15    you're not understanding and I'm not understanding your

16    answer, and for that I apologize.  But at the time of this

17    deposition in December of 2008, did you have a bank account

18    with $1,000,452 in it?  Yes or no.

19    A    Yes.

20    Q    Now, did you ever pay this money to the IRS?

21    A    Yes, I paid a lot of money to the IRS.

22    Q    Did you pay the back money for the years 2004 through

23    2008 to the IRS?

24    A    Yes.  What was calculated on my returns, yes.

25    Q    How much did you owe the IRS for those four or five
```

1    years?

2    A    I don't remember.  I honestly don't remember.

3    Q    I'm told that I misstated.  I said you had $1,000,452 in

4    the account.  Was it 1,452,000 in the account?

5    A    That's what it looked like on there.

6    Q    Okay.  During 2008 and 2009, were you making notes of

7    conversations that you had with Rose for Charlie Stack?

8    A    I -- yes, anytime I talked to her after -- after

9    January 8th, yes, I made notes of it, and when she jumped in

10   my car and things like that, yes.

11   Q    And you didn't record all the conversations.  Some of

12   them you just made notes of; is that right?

13   A    Yes.

14   Q    And did you have a phone call with her on or about

15   August 3rd, 2009?  And I'll show you a document to refresh

16   your memory, because I realize that it's hard to remember

17   when you have telephone calls with people.  I've marked it

18   for identification only as exhibit 34, Defendant's

19   exhibit 34.

20   A    Yes.

21   Q    And let me read you a part of this and ask you if this

22   was part of the notes that you made of the conversation for

23   Charlie Stack.

24           "At every opportunity I pushed the talk back to

25   my" -- this is on 014, C. Stack.

1            "At every opportunity I pushed the talk back to my

2    ex-husband.  I told her to look at the facts, that I couldn't

3    have very much money because she left me with five years of

4    back taxes to pay, period, parentheses, (I don't want her to

5    know that the IRS allowed me to write her off as a bad debt

6    and that Joyce will owe the money she had -- she received.)"

7            Is that correct?

8    A    Yes.

9    Q    Did the IRS allow you to write the money you paid to

10   Rose off as a bad debt?

11   A    That was my understanding, yes.

12   Q    And did you -- you claim you paid Rose something between

13   17 and $20 million; is that correct?

14   A    Over the whole time, yes.

15   Q    And did the IRS allow you to write all of that off as a

16   bad debt?

17   A    No.  I didn't ask.

18   Q    I'm sorry?

19   A    I didn't ask them to.

20   Q    How much did they allow you to write off as a bad debt?

21   A    I don't know.  I'm not an accountant.

22   Q    Did they allow you to write $10 million off as a bad

23   debt?

24   A    It was however much she took from me after -- during the

25   time that I hadn't filed taxes.

1    Q    So they allowed you to write off from 2004 to 2008, for

2    which you hadn't paid taxes, or 2009, for which you hadn't

3    paid taxes, the money you paid to Rose as a bad debt; is that

4    right?

5    A    That's my understanding, yes.

6    Q    And do you know how much you allegedly paid to Rose

7    during those years?

8    A    No, I don't know the number.

9    Q    Was it roughly $5 million?

10   A    I don't know the number.

11   Q    So how much did you actually have to pay to the IRS

12   during the years 2004 to 2009?

13   A    I don't remember.

14   Q    Do you remember if you paid a minimal amount only to

15   them?

16   A    I don't remember.  I'm not very good with numbers.  I

17   don't remember.  I just try to write my books and pay what

18   I'm told to.  I don't know.

19   Q    But you told us a little while ago that you had a huge

20   debt to the IRS; is that right?

21   A    Yes.

22   Q    But you didn't really have a huge debt to the IRS, did

23   you?

24   A    I believed I had a huge debt to the IRS when I was going

25   to have to do -- pay the tax, the 40 percent on what I paid

1    Joyce, as I had done in the past.  But my accountant, Adrian

2    Raley, talked to an IRS agent, and it was allowed to be

3    written off as a bad debt.

4    Q    Did he talk to this IRS agent, Beth Watts?  She's

5    shaking her head no.

6    A    Okay.  There you go.  I don't know.

7              MR. STEFIN:  We'll stipulate to that.

8    BY MR. SCHWARTZ:

9    Q    So you got a benefit from the Government in that they

10   allowed you to write off as a bad debt the money you paid to

11   Rose Marks; is that right?

12   A    That she took, yes.

13   Q    Is that what was going on on your Schedule A's that we

14   showed before?

15   A    I don't know.

16   Q    A Schedule A of your tax return, line 5, and I'm doing

17   it again in a way to avoid any identifiers, says, "Other

18   income or loss, attach schedule"; is that correct?  You see

19   in the first set of boxes where it says, line 5, Income?

20   A    Yes.

21   Q    So for 2004 -- and I'll represent that this is the

22   Schedule A from 2004 -- other than the research materials

23   expense, was it the million nine ten that you were allowed to

24   write off as a loss because you paid that to Rose Marks,

25   Peter Wolofsky, Atlas Leasing, and Joyce Michaels?

1    A    I don't know.

2    Q    And for 2005, was this a loss of $1,404,000 that the IRS

3    allowed you to write off?

4    A    I don't know about this.  I'm not an accountant.  I

5    don't know.

6    Q    Did the IRS allow you to write off $97,000 to Claude

7    White because you claimed Claude was part of this scheme, and

8    he defrauded you also of $97,000?

9    A    I've never heard that before.

10   Q    Well, didn't the investigators tell the psychologist who

11   interviewed you that Claude was part of this scheme, and

12   that's how Joyce knew when things would happen?

13   A    How would I know what they told him?  I don't know.

14   Q    Did you write off a million nine in 2004?

15   A    I don't know.

16   Q    Did you write off a million four in 2005?

17   A    I don't know.

18   Q    Let's just look at 2006 and 2007.  And I assume you

19   don't know that either.

20        Is the Schedule A listing there a million two one

21   four, 979?

22   A    Yes, that's what the schedule says.

23   Q    And that includes a hundred and two thousand to Claude

24   White?

25   A    Looks like it does.

```
 1   Q    And, again -- and we've looked at this once before, for
 2   2007, you're writing off a million eight 21 and change -- and
 3   no change to subcontractors; is that right?
 4   A    That's what it says on there.  I have no idea what that
 5   means.
 6   Q    And do you know if this was an expense or a loss that
 7   the IRS allowed you to write off for that year?
 8   A    I don't know.
 9   Q    And do you know whether or not that included Claude
10   White?
11   A    I don't know.
12   Q    Now, again, I'm going to show my inabilities.  My quick
13   math is that that's about 6,100,000 that you wrote off in
14   those four years.  Is that the amount that the IRS allowed
15   you to write off?
16   A    I don't know.  I was busy writing seven days a week,
17   trying to make the money.  I don't know.  I'm not an
18   accountant.
19   Q    When did you know that the IRS was going to allow you to
20   take these monies and write them off as a loss?
21             MR. STEFIN:  I'm going to object, because it
22   assumes facts not in evidence.
23             THE COURT:  Overruled.
24             THE WITNESS:  Adrian, the accountant, sent me an
25   e-mail, or he called me, I don't remember which one, and told
```

```
 1    me that the IRS agent he'd been talking to said that we could
 2    write it off as a bad debt.
 3    Q    And do you know what year he told you that?
 4    A    No, I don't.
 5    Q    Was it -- did you -- when did Detective Ogden find
 6    Adrian for you as your accountant?
 7    A    He goes to Adrian for himself, and he knew him.
 8    Q    When did he refer him to you as your accountant?
 9    A    Sometime in 2008.
10    Q    Did he prepare your tax returns in 2008?
11    A    I think, yes.
12    Q    And that's when you hired Detective Ogden's wife to help
13    you with your tax returns?
14    A    Yes.
15    Q    And you paid money to Detective Ogden's wife?
16    A    Yes.
17    Q    When did Detective Ogden know that you paid money to his
18    wife?
19    A    It was all talked about beforehand, and I just gave her
20    a check like regular.
21    Q    And earlier, you told us that Larry, talking about Larry
22    Bardfeld --
23    A    Right.
24    Q    -- said it was okay to pay money to Detective Ogden's
25    wife to do this work for you.
```

```
 1    A    Yes, secretarial, yes.

 2    Q    So he knew about it also back in 2008?

 3    A    Right.

 4    Q    And while we're on this topic, and I'm sorry for jumping

 5    around, but I've always been disorganized, you said you

 6    invested or you put $35,000 into the gym that Charlie Stack

 7    owned part of; is that right?

 8    A    Yes, I wanted to invest in it, yes.

 9    Q    You -- I'm sorry.

10    A    Yes.

11    Q    And do you remember when that was?

12    A    No, I don't remember the date.

13    Q    Would it have been somewhere in April or May of 2011?

14    A    I don't remember the date.

15    Q    And how many partners were there in this gym?

16    A    I didn't ask.

17    Q    You never knew?

18    A    No, I didn't.

19    Q    Well, your friend Charlie was a partner, right?

20    A    I assume so.

21    Q    That's Detective Stack.

22    A    Yes.

23    Q    And he was the case agent on this investigation?

24    A    Right.

25    Q    Was Carmine a partner?
```

```
 1    A     Yes.

 2    Q     Was Rafael a partner?

 3    A     Yes.  I assume so.  They run the place.  They run the

 4    gym.

 5    Q     Who else runs the gym?

 6    A     That's the main ones that I know.

 7    Q     So it was a small closely held corporation?

 8    A     I don't know if it was an actual corporation, whether

 9    they incorporated.  It was just friends.

10    Q     And the name of it was Ring Fit?

11    A     Ring Fit.

12    Q     Let me show you what's been marked as Defendant's

13    exhibit 35 for identification and ask you if you recognize

14    it.

15              MR. SCHWARTZ:  May I approach?

16              THE COURT:  Yes.

17              THE WITNESS:  Yes.

18    BY MR. SCHWARTZ:

19    Q     What do you recognize it as?

20    A     It's the check I sent -- a bank check to Carmine.

21    Q     For how much?

22    A     $35,000.

23    Q     And what's the date on it?

24    A     August the 11th, 2011.

25              MR. SCHWARTZ:  I would move this into evidence,
```

```
 1   Your Honor.
 2              THE COURT:  Any objection?
 3              MR. STEFIN:  No objection.
 4              MR. SCHWARTZ:  Defendant's exhibit 35.
 5              THE COURT:  Admitted without objection.
 6         (Defendant's Exhibit No. 35 entered into evidence.)
 7   BY MR. SCHWARTZ:
 8   Q    And in my consistent way of making mistakes, I asked you
 9   if it was a corporation, and the check was made out to Ring
10   Fit, LLC, a Limited Liability company; is that right?
11   A    Yep.  It is, yes.
12   Q    So on or about August 11th, 2011, you gave $35,000 to a
13   company owned by Charlie Stack and a couple of partners, is
14   that fair?
15   A    Yes.
16   Q    And that's approximately four or five days before Rose
17   Marks and her family members were arrested in this case; is
18   that right?
19   A    I have no idea.
20   Q    Well --
21   A    I don't know about that.  It was between Carmine and me.
22   When Charlie found out about it he said absolutely not, send
23   that money back.  It was Carmine.  Carmine's my friend.
24   Q    So you gave $35,000 to this corporation?
25   A    To invest in a gymnasium that I had been part of for
```

1    four-and-a-half years.

2    Q    And less than a month later --

3            MR. SCHWARTZ:  I'm sorry.  I'd move to introduce

4    Defendant's exhibit 36 for identification.

5    BY MR. SCHWARTZ:

6    Q    -- and ask you if you recognize it.

7    A    Yes, it's from Carmine.

8            MR. STEFIN:  If it's the check that went back into

9    Ms. Montassir, I don't have any objection to it.

10            MR. SCHWARTZ:  Move it into evidence.

11            THE COURT:  Admitted without objection.

12        (Defendant's Exhibit No. 36 entered into evidence.)

13    BY MR. SCHWARTZ:

14    Q    And shortly after the arrest of the Defendants and some

15    hearings in this case on September 2nd, 2011, that money was

16    returned to you; is that right?

17    A    Yes.

18    Q    And on the bottom it doesn't say anything about an

19    investment, it says "repayment of loan"; is that correct?

20    A    That's -- yes, it's what it says.

21    Q    And you say Detective Stack knew about this payment at

22    least as early as December of 2011, right?

23    A    I did not say any such thing.  I don't know when he

24    found out.  I don't know about that.

25    Q    Well, you said Charlie said no, you have to return the

```
 1   money.

 2   A     That's what I was told.  I did the -- Carmine was my

 3   friend, and I invested in the new gym, because if I had been

 4   here I would have been part of it, but I wasn't here.

 5   Q     And you said that Detective Stack said, no, you have to

 6   give the money back?

 7   A     When he found out -- they didn't know that I was a

 8   victim of fraud, and when he told him, Carmine is a

 9   policeman, and Carmine said, no, no, no, she's -- you don't

10   realize, she's a victim, and we've gotta send that back.  So

11   they did.

12   Q     And they sent it back?

13   A     Yes.

14   Q     And they sent it back as of September 2nd, 2011; is that

15   right?

16   A     Yes.

17   Q     And that's the date on the check?

18   A     Yes.

19   Q     So at least as of September 2nd, 2011, Detective, or

20   former Detective Stack, knew that you had put money into the

21   company and it had been given back?

22   A     Yes, I guess.

23   Q     Do you know when the Defendants found out about that

24   investment?

25               MR. STEFIN:  Objection, Your Honor.
```

```
 1                    THE COURT:  Sustained.

 2                    MR. SCHWARTZ:  May I approach, Your Honor?

 3                    THE COURT:  Yes.

 4  BY MR. SCHWARTZ:

 5  Q    Let me show you what's been marked as Defendant's

 6  exhibit 37.  And ask you if that will refresh your

 7  recollection as to who the partners were in Ring Fit Gym.

 8  A    I don't know what this is.  "Nicole is" --

 9  Q    You don't have to read from it.  Just tell me if that

10  reminds you who the three partners are in Ring Fit.

11  A    How can it remind me if I didn't know?

12  Q    Okay.  Fair answer.

13                    May I approach, Your Honor?

14                    MR. SCHWARTZ:  Your Honor, with consent of

15  Mr. Stefin, I would move an uncertified copy of the State of

16  Florida corporate records from the Secretary of State's

17  Office for Ring Fit, LLC, into evidence.

18                    THE COURT:  What's the number?

19                    MR. SCHWARTZ:  Defendant's exhibit 37.

20                    THE COURT:  Any objection?

21                    MR. STEFIN:  No, Your Honor.

22                    THE COURT:  Admitted without objection.

23       (Defendant's Exhibit No. 37 entered into evidence.)

24  BY MR. SCHWARTZ:

25  Q    Now, do you know Nicole Tufano?
```

```
 1    A    Yes.

 2    Q    Who is she?

 3    A    She's Carmine's wife.

 4    Q    And do you know Ralph Crespo?

 5    A    He's Ralphie, yes.  He's a boxer.

 6    Q    Do you know Charles Stack?

 7    A    Yes.

 8    Q    Can I show you this document identifying the three of

 9    them as the members or managing members of Ring Fit, LLC?

10    A    Okay, that's three of them.

11         MR. SCHWARTZ:  May I approach, Your Honor?

12         THE COURT:  Yes.

13 BY MR. SCHWARTZ:

14    Q    Let me show you Defendant's exhibit 38 and ask you if

15    you know -- without telling me who they are, if you know the

16    people in that picture.

17    A    I know one of them.

18    Q    Now, let's go back to your deposition.

19         Did you discuss how you met Joyce, or Rose, in

20    1992?

21    A    On the deposition?

22    Q    Yes.

23    A    If he asked me those questions, I did.

24    Q    Well, did you meet her in the end of 2000 -- I'm sorry,

25    1991 or early 1992?
```

```
 1    A    I don't know, but I think it was early '92, but I
 2    wouldn't swear to it.  I don't know.  I don't know.
 3    Q    Well, when did you come back to New York from your tour
 4    to Egypt?
 5    A    I don't know.  I'm not good with dates.  I don't know.
 6    Q    But at least in January 1992 you knew Rose; is that
 7    right?
 8    A    In that area, I think so.
 9    Q    Well, were you asked in your deposition at page 26,
10    line 11:  "Maybe it's the time to plunge into this.  Where
11    did you first meet Joyce?"
12         And did you answer at line 13:  "In New York City?"
13    A    Probably.  I don't remember specifically word for word.
14    Q    And were you asked:  "Where in New York City?"
15         And did you say:  "A little place in Midtown
16    Manhattan"?
17    A    You know, that's a trick question, because you could be
18    reading it incorrectly.  I don't know.  I don't want to be
19    tricked into this.  That sounds correct.
20    Q    And were you asked:  "When did you meet her?"
21         And did you answer:  "January 2nd, 1992?"
22    A    I don't know what I answered on the deposition.
23    Q    Well, let me approach and show you the deposition to
24    refresh your memory.
25    A    (Perusing document.)
```

```
 1    Q     Is your memory now refreshed as to when and where you

 2    met Joyce, or Rose?

 3    A     That's hard to answer that question.

 4    Q     Well, let me rephrase the question.

 5    A     Okay.

 6    Q     Is your memory refreshed as to what you swore to at the

 7    deposition?

 8    A     Yes.

 9    Q     And you were telling the truth at the deposition, right?

10    A     Yes.

11    Q     Now, did you then shortly thereafter go to Egypt?

12    A     I had already been to Egypt when I met Joyce.

13    Q     Did you go to Egypt again after you met Joyce?

14    A     Yes, but I don't know how long it was.  I don't know the

15    dates going back and forth.  I don't know.

16    Q     Well, you stayed in New York for a while; is that right?

17    A     It's over 20 years.  I don't remember my day-to-day

18    schedule and where I went.  I don't know.

19    Q     Well, did you testify yesterday that you met with Joyce

20    and she asked you to meet with her again, and you met with

21    her again and you talked to her very often after you first

22    met with her?

23    A     Yes.

24    Q     About how often did you talk to Joyce, or Rose, after

25    you met her?
```

```
 1   A    Probably three times a week, maybe more.  I don't know.

 2   Q    Well, in the beginning wasn't it about five times a

 3   week?

 4   A    Was it?  I don't remember.

 5   Q    I can't tell you.  You have to tell us.

 6   A    I am telling you that I don't remember.  I know I went

 7   often.

 8   Q    And you went to her place of business often; is that

 9   right?

10   A    Yes.

11   Q    Would it be fair to say that you went there in the first

12   year five days a week?

13   A    I doubt if it was consistently every day, five days a

14   week, but maybe sometimes.

15   Q    At the deposition were you asked:  "How long did you

16   have these meetings at her office in New York," page 28,

17   line 3; and answer at line 5:  "Well, the first year five

18   days a week probably"?

19        Would you like to look at the deposition to refresh

20   your recollection?

21   A    I'm sure that's right.  That's what I was remembering

22   that day at that time.

23   Q    And in the second year, which would be 1993, did you go

24   to Egypt?

25   A    I don't remember what the dates were.
```

```
 1    Q     Let me approach and show you your deposition.

 2    A     Okay.  It says:  "I think probably January of 1993."

 3    Q     Just read it.

 4          MR. STEFIN:  I'm sorry, is there testimony going

 5    on?

 6          THE COURT:  He's trying to refresh her

 7    recollection.

 8    BY MR. SCHWARTZ:

 9    Q     And would the passport help you refresh your memory as

10    to when you traveled to Egypt and when you came back?

11    A     Since a lot of it is in Arabic and it's very hard to

12    read and they stamp pages at random, it would be very

13    difficult.  It would take a few hours to sort that out.  I

14    can't just open it and look.

15    Q     If you had it overnight to look at, would that help

16    refresh your memory for our session tomorrow?

17    A     Why do you need to know when I went to Egypt?  I don't

18    understand.

19          MR. SCHWARTZ:  I'll withdraw the question, Judge.

20    BY MR. SCHWARTZ:

21    Q     Were you asked at your deposition:  "And then in the

22    second year," at line 6, and answering:  "I was in Egypt, and

23    we talked over the telephone"?

24    A     Yes.

25    Q     About how often, when you were in Egypt, did you talk to
```

1    Rose over the telephone?

2    A    It was hard to get to a telephone there that would call.

3    Maybe once a week.

4    Q    And you were in Egypt on and off for four or five years?

5    A    Yes.

6         MR. SCHWARTZ:  Your Honor, I'm at a point that

7    might be convenient.

8         THE COURT:  All right.  Ladies and gentlemen, we're

9    going to recess for the evening.  Don't discuss the case,

10   form any opinions, leave your notes, and if you can remember,

11   we're going to start early tomorrow at 8:30, and we're only

12   going until about 11:30, 11:45 tomorrow, and that will be it

13   for this week.  So have a nice evening.  We'll see you

14   tomorrow at 8:30.  Thank you.

15      (The jury exits the courtroom.)

16        THE COURT:  Ma'am, you're excused until tomorrow.

17   Please don't discuss your testimony during the recess.

18        Did you want to provide the passport to the witness

19   for her to look at over the evening?  I don't know if you

20   want to do that or not.

21        MR. SCHWARTZ:  I have no problem, if the Government

22   doesn't object and if it would be helpful.

23        MR. STEFIN:  No.  What I'd like to do since I've

24   never seen these exhibits, is perhaps make a photocopy of the

25   passport and then we could furnish either the photocopy or

```
 1    the original to the witness for her to look at if she wants

 2    to overnight.

 3              MR. SCHWARTZ:  Whichever Mr. Stefin prefers, Judge.

 4              THE COURT:  That's fine.

 5              MR. SCHWARTZ:  I give it to his care and custody.

 6              THE COURT:  All right.  Thank you, ma'am.  We'll

 7    see you tomorrow at 8:30.  Have a nice evening.

 8              Anything else we need to talk about?

 9              MR. STEFIN:  Just once the witness steps down.

10              THE COURT:  You're excused, ma'am.  Thank you.

11              MR. STEFIN:  Just with respect to the other issue,

12    Agent Kelly Cook, she said she gathered -- she found the file

13    that has her notes, and she wasn't able to find anything on

14    that particular incident.  She doesn't have any note that she

15    can turn over to the Court.

16              THE COURT:  All right.  So I guess do you have any

17    case law you wanted to submit?

18              MR. SCHWARTZ:  Yes, Your Honor.  We've done -- I've

19    done and somebody in my office has done some research.  We're

20    going to try to finish it up tonight and have it to Your

21    Honor by tomorrow.  I don't believe -- if I don't have it by

22    tomorrow, it will certainly be to your office by Friday.

23              THE COURT:  All right.  Can we -- is there anything

24    else we need to talk about on the record?

25              MR. STEFIN:  Just one moment, Your Honor.
```

```
 1                Nothing on the record, Your Honor.

 2                MR. SCHWARTZ:  One other thing, Your Honor.

 3                THE COURT:  On the record?

 4                MR. SCHWARTZ:  Yes, Your Honor.

 5                THE COURT:  Okay.

 6                MR. SCHWARTZ:  I would just note that it's now

 7      clear on the record that at least as to -- as of 2008, the

 8      Government knew about the money paid to Detective Ogden's

 9      wife, and we didn't find out about it until 2013, some two

10      years or less than two years, a year and a half after the

11      arrests in the case, and that as of September, early

12      September 2011, after the arrests in this case, Detective

13      Stack at least knew about the investment in and payment out

14      of the $35,000 to a corporation that he was a one-third owner

15      of, and we were not told about it at all by the Government.

16      My investigator found it out sometime in late 2012, and only

17      then did the Government turn over to us the two checks that

18      we put into evidence.  I'm not asking you to do anything, I

19      just want it to be on the record.

20                THE COURT:  Okay.  I guess that's assuming the

21      witness' testimony is accurate as to what happened.

22                MR. SCHWARTZ:  Well, I don't always assume this

23      witness' testimony is accurate, Judge.

24                THE COURT:  I assume you're going to make that

25      point to the jury.
```

```
 1              MR. SCHWARTZ:  Yes, Your Honor.

 2              MR. STEFIN:  This has been the subject of pretrial

 3    motions in this case.  This was information defense counsel

 4    learned and made inquiry with the United States, and we

 5    conducted further inquiry and we responded in writing telling

 6    him everything we knew about these particular transactions.

 7    All this communications took place months ago, so that

 8    whatever value the defense counsel would have either in

 9    trying to impeach Detective Stack or any other police officer

10    or this witness, all of this was made available to him.

11              MR. SCHWARTZ:  I'm not questioning Mr. Stefin's

12    actions.  When I discovered about these checks and made

13    demands of Mr. Stefin, he came up with the checks, but I did

14    note in my motions to dismiss and before Magistrate Hopkins,

15    that the Government, through its case agent at the time,

16    Charles Stack, knew about these payments which we thought

17    were Giglio, or at least not Giglio, at least Brady

18    information that could be used to cross-examine one of their

19    main witnesses in 2011, and it was only when we discovered it

20    in 2012, toward the end of 2012, and told Mr. Stefin that he

21    had to go and dig it out from Detective Stack and get that

22    information, and we feel that as part of Government's

23    prosecution team, he should have told the Government and they

24    should have told us much earlier.

25              THE COURT:  All right.  And how are you prejudiced
```

```
 1    for purposes of this trial with getting it in 2012 rather

 2    than 2011?

 3              MR. SCHWARTZ:  Your Honor, Judge Hopkins made that

 4    same point to us that there was no harm, no foul, because we

 5    learned about it before trial, but we've suggested to the

 6    Court in our motion to dismiss and continue to suggest to the

 7    Court -- and I don't know if you want me to go into this

 8    in-depth now, but that there was a continuing pattern of

 9    misconduct by agents for the Government in this case, and

10    that's part of the pattern.

11              THE COURT:  All right.  Thank you.

12              Anything else?

13              MR. SCHWARTZ:  No, Your Honor.

14              THE COURT:  On the record?

15              MR. STEFIN:  No.

16              THE COURT:  Okay.  So off the record.

17              (Discussion held off the record.)

18              THE COURT:  All right.  Thank you.  We'll see you

19    tomorrow at 8:30.  Have a good evening.

20         (The evening recess was taken at 5:05 p.m.)

21                         *  *  *  *  *

22

23

24

25
```

```
 1                          * * * * *

 2                      I N D E X

 3   Testimony of Jude Gilliam Montassir (Continued)

 4          Direct by Mr. Stefin (Cont.'d)        3

 5          Cross by Mr. Schwartz                 46

 6   Testimony of Pietro Mattachione

 7          Direct by Mr. Stefin                 105

 8          Cross by Mr. Schwartz               120

 9          Redirect by Mr. Stefin              129

10          Recross by Mr. Schwartz             132

11   Testimony of Jude Gilliam Montassir (Continued)

12          Cross by Mr. Schwartz (Cont.'d)     132

13                          * * * * *

14                      E X H I B I T S

15   Government's Exhibits in Evidence:

16          Government's 106-4                   10

17          Government's 106-3                   15

18          Government's 106-2                   29

19          Government's 106                     32

20          Government's 701-1 and 701-2         44

21          Government's 703                     45

22          Government's 34, 35 and 38          112

23          Government's 39                     113

24          Government's 12                     116

25          Government's 7                      119
```

```
 1                        * * * * *

 2                    E X H I B I T S

 3    Defendant's Exhibits in Evidence:

 4            Defendant's 23                   49

 5            Defendant's 27                   80

 6            Defendant's 28                   85

 7            Defendant's 29                   92

 8            Defendant's 30                  134

 9            Defendant's 31                  135

10            Defendant's 32                  139

11            Defendant's 35                  162

12            Defendant's 36                  163

13            Defendant's 37                  165

14                        * * * * *

15                       CERTIFICATE

16         I, Stephen W. Franklin, Registered Merit Reporter, and

17    Certified Realtime Reporter, certify that the foregoing is a

18    correct transcript from the record of proceedings in the

19    above-entitled matter.

20         Dated this 10th day of NOVEMBER, 2013.

21

22         /s/Stephen W. Franklin
           _____
23         Stephen W. Franklin, RMR, CRR

24

25
```

## $

$1,000,452 [5]  150/15 151/20 152/8 152/18
  153/3
$1,404,000 [1]  157/2
$1,800,000 [1]  96/9
$1,821,000 [1]  95/21
$10 [2]  3/25 154/22
$10 million [2]  3/25 154/22
$10,000 [3]  107/6 107/6 107/9
$102,000 [2]  93/7 94/7
$1300 [2]  118/4 118/6
$140,000 [1]  5/13
$16,000 [1]  32/23
$186,000 [2]  37/9 37/17
$195,000 [1]  37/17
$20 [1]  154/13
$20 million [1]  154/13
$23,000 [1]  35/25
$250,000 [1]  82/14
$2700 [2]  33/9 33/15
$300 [3]  109/17 109/18 109/21
$3000 [8]  107/23 107/25 108/1 108/4 108/14
  109/14 109/17 109/19
$3300 [1]  109/18
$35,000 [7]  21/1 21/8 160/6 161/22 162/12
  162/24 173/14
$355,000 [2]  45/24 46/12
$41,250 [1]  38/1
$5 [1]  155/9
$5 million [1]  155/9
$50,000 [1]  44/17
$52,250 [1]  10/16
$5500 [1]  131/19
$5720 [1]  118/14
$600 [5]  124/3 124/4 128/5 129/22 130/8
$63,000 [1]  36/15
$66,000 [1]  36/13
$700 [2]  130/25 131/8
$7000 [2]  131/4 132/1
$7700 [3]  131/9 132/2 132/3
$9000 [1]  37/17
$97,000 [3]  94/24 157/6 157/8

## '

'01 [3]  35/24 36/12 37/8
'07 [1]  44/15
'87 [2]  67/10 67/10
'90s [2]  52/19 52/19
'92 [2]  66/18 167/1
'93 [2]  66/19 67/25
'95 [1]  49/5
'97 [2]  34/9 67/10

## -

-v [1]  1/5

## /

/s/Stephen [1]  177/22

## 0

00 [1]  38/9
003 [1]  123/9
005 [1]  125/10
009 [1]  125/11
01 [1]  38/9
013 [1]  126/16
014 [1]  153/25
015 [1]  126/17
021 [1]  126/17

025 [1]  126/17
031 [1]  126/17
041 [1]  130/9
043 [1]  126/17
045 [1]  131/15
049 [1]  126/17
05/11/99 [1]  32/20
053 [1]  131/22
057 [1]  126/17
059 [1]  117/7
07 [2]  44/12 45/22

## 1

1,452,000 [1]  153/4
1-caret [2]  123/17 123/19
1/20/00 [1]  38/9
1/20/01 [1]  38/9
1/22/07 [1]  44/12
10 [1]  176/16
10 percent [9]  109/1 109/2 109/3 109/13
  119/22 119/23 120/3 126/11 131/7
10-year [1]  86/11
10/19 [1]  124/24
10/19/2010 [1]  124/23
105 [1]  176/7
106 [4]  31/25 32/8 32/12 176/19
106-2 [4]  28/25 29/3 29/5 176/18
106-3 [4]  14/15 14/24 15/2 176/17
106-4 [5]  9/23 10/7 10/11 10/13 176/16
106-4B [1]  3/16
106-5B [1]  7/4
10:22 [1]  8/6
10:36 [1]  8/6
10th [4]  3/12 39/14 126/18 177/20
11 [9]  1/8 1/10 103/12 125/21 127/4 127/6
  127/13 130/8 167/10
11 acres [1]  142/5
11-80072-CR-MARRA [1]  1/2
11/1 [1]  125/20
11/11 [1]  125/21
112 [1]  176/22
113 [1]  176/23
116 [1]  176/24
119 [1]  176/25
11:30 [1]  171/12
11:45 [1]  171/12
11:58 [1]  53/13
11th [3]  32/21 161/24 162/12
12 [5]  114/22 115/24 116/3 117/7 176/24
120 [1]  176/8
120 percent [1]  120/4
1204N [1]  39/16
1223 [1]  85/4
129 [1]  176/9
12th [1]  34/9
13 [4]  58/5 58/5 59/9 167/12
1319 [2]  44/8 117/11
132 [2]  176/10 176/12
134 [1]  177/8
135 [1]  177/9
139 [1]  177/9
13th [1]  35/24
14 [1]  71/1
14-karat [1]  129/18
141 [1]  69/1
14th [1]  117/9
15 [5]  7/1 103/18 104/6 126/7 176/17
15-minute [1]  8/1
150,000 [1]  34/23
15th [1]  11/10

16 [2]  6/4 150/12
16-ounce [1]  16/13
162 [1]  177/11
1625 [1]  142/7
163 [1]  177/12
165 [1]  177/13
16th [3]  34/22 40/2 131/15
17 [1]  154/13
1709 [1]  142/9
1718 [1]  44/15
18 [1]  4/17
18-karat [2]  128/5 128/12
18th [3]  123/24 124/19 150/14
19 [1]  124/24
196 [1]  1/10
1977 [1]  40/2
1991 [5]  31/12 47/21 48/5 59/9 166/25
1992 [8]  50/1 55/16 58/5 67/16 166/20
  166/25 167/6 167/21
1993 [4]  66/15 67/20 169/23 170/2
1995 [3]  49/24 51/1 51/4
1998 [1]  34/22
1999 [3]  31/20 32/21 33/9
19th [4]  123/23 124/18 124/21 125/6
1:15 [1]  53/3
1:16 [1]  53/13
1st [4]  51/4 124/10 125/7 125/8

## 2

2.10 [1]  130/15
20 [1]  168/17
20 percent [6]  108/19 108/20 108/21 108/24
  109/12 119/21
20-some [1]  57/17
200 [1]  1/21
2000 [3]  31/20 38/10 166/24
2001 [3]  36/15 36/16 38/1
2004 [10]  39/1 89/6 91/21 95/3 152/22 155/1
  155/12 156/21 156/22 157/14
2005 [6]  39/1 89/6 91/22 94/22 157/2 157/16
2006 [9]  39/2 39/14 89/6 91/22 92/13 93/7
  94/2 94/7 157/18
2007 [13]  29/8 30/3 43/19 45/23 46/3 89/6
  91/22 95/11 95/15 96/1 96/12 157/18 158/2
20070620 [1]  45/21
2008 [21]  3/12 3/15 11/10 31/15 68/23 78/2
  78/18 82/14 117/25 142/18 144/21 146/22
  146/25 152/17 152/23 153/6 155/1 159/9
  159/10 160/2 173/7
2009 [4]  153/6 153/15 155/2 155/12
2010 [6]  123/23 123/25 124/10 124/23 125/6
  126/18
2011 [16]  19/22 39/15 117/9 126/18 131/12
  131/15 160/13 161/24 162/12 163/15 163/22
  164/14 164/19 173/12 174/19 175/2
2012 [4]  173/16 174/20 174/20 175/1
2013 [4]  1/8 11/13 173/9 177/20
20th [3]  37/8 38/10 45/23
21 [4]  5/15 33/9 33/16 158/2
22 [4]  43/18 44/15 64/11 150/12
22150 [1]  35/1
22nd [1]  55/16
23 [5]  5/25 49/1 49/9 49/12 177/4
24 [3]  55/10 59/8 118/3
25 [1]  58/2
253 [1]  29/6
255 [1]  33/14
257 [1]  33/8
259 [1]  32/19
26 [3]  66/24 66/25 167/9

**2**

27 [6]  67/10 79/22 80/3 80/10 80/15 177/5
2700 [2]  80/21 80/23
273 [1]  33/20
277 [1]  34/11
279 [1]  34/8
28 [5]  67/10 84/21 85/14 169/16 177/6
287 [1]  34/17
29 [4]  91/21 92/11 176/18 177/7
2:44 [1]  103/22
2nd [4]  163/15 164/14 164/19 167/21

**3**

30 [13]  107/21 108/9 108/11 108/12 108/12
 108/24 109/19 109/21 109/24 110/5 133/8
 134/1 177/8
30-day [1]  106/7
3000 [1]  107/14
30th [3]  36/15 36/16 131/21
31 [4]  134/7 134/24 135/4 177/9
31st [1]  131/12
32 [5]  138/24 139/15 139/20 176/19 177/10
33 [2]  6/9 144/10
33301 [1]  1/18
33304 [2]  39/16 44/9
33401 [1]  1/24
33432 [1]  1/22
34 [6]  112/5 112/7 112/11 153/18 153/19
 176/22
35 [9]  103/3 112/5 112/17 112/22 161/13
 162/4 162/6 176/22 177/11
35,000 [1]  20/24
3553 [1]  105/22
36 [3]  163/4 163/12 177/12
3768 [1]  1/23
38 [5]  111/18 111/23 112/3 166/14 176/22
39 [4]  113/1 113/5 113/8 176/23
3:00 [1]  103/22
3rd [6]  68/23 78/2 131/12 142/18 144/21
 153/15

**4**

40 percent [2]  89/1 155/25
40-day [1]  5/17
4000 [1]  107/14
407 [1]  35/11
411 [1]  36/11
412 [1]  36/15
414 [1]  37/7
415 [1]  37/15
416 [1]  37/23
44 [1]  176/20
45 [1]  176/21
46 [1]  176/5
486 [1]  4/18
49 [1]  177/4
499 [1]  39/25
4:30-ish [1]  54/3
4A [1]  3/14
4B [1]  3/16
4th [1]  3/15

**5**

5-foot [1]  18/18
50 [1]  137/23
50-some [2]  9/18 9/19
50/50 [1]  137/23
500 [1]  1/17

500,000 [1]  82/14
5000 [4]  107/14 131/18 132/10 132/11
514-3768 [1]  1/23
52,000 [1]  9/18
548 [1]  40/7
5500 [1]  131/20
551 [1]  40/7
561 [1]  1/23
574 [1]  5/16
5:05 [1]  175/20
5B [1]  7/4
5th [2]  29/8 30/3

**6**

6,100,000 [1]  158/13
6/20/07 [1]  45/22
6/20/2007 [1]  46/3
60 [2]  110/7 126/1
60-day [3]  106/7 106/8 107/22
600 [1]  126/1
616 [1]  6/4
620 [1]  6/4
65 [1]  127/16
6602 [1]  34/25
69 [1]  127/16
6:00 a.m [1]  12/18
6:00 to [2]  12/19 12/21
6:30 [4]  12/19 12/20 12/21 16/21

**7**

700 [1]  1/21
7000 [4]  131/2 131/2 132/10 132/10
701 [1]  1/24
701-1 [4]  43/7 43/23 44/2 176/20
701-2 [4]  43/7 44/2 44/14 176/20
703 [4]  45/7 45/11 45/14 176/21
75 [1]  127/16
7th [1]  1/18

**8**

80 [1]  177/5
81 [2]  127/16 127/17
85 [1]  177/6
86th [1]  102/11
87 [1]  127/16
888 [1]  6/10
89 [1]  127/16
892 [1]  6/10
8:30 [4]  171/11 171/14 172/7 175/19
8th [3]  36/12 145/13 153/9

**9**

91 [1]  127/16
92 [1]  177/7
93 [1]  127/16
95 [1]  127/16
97 [1]  127/16
979 [1]  157/21
99 [1]  32/20
9th [1]  126/18

**A**

a million [1]  158/2
A's [1]  156/13
a.m [4]  8/6 8/6 12/18 53/13
able [7]  15/4 29/15 31/6 44/20 81/2 107/8
 172/13
abortion [1]  99/18
above [3]  40/21 40/22 177/19
above-entitled [1]  177/19

absence [1]  16/2
absolutely [7]  72/14 85/25 106/11 108/2
 125/25 131/6 162/22
accept [1]  106/12
access [1]  30/18
accompanied [3]  71/5 71/18 75/7
accompany [2]  24/7 71/25
accompanying [2]  43/18 71/12
According [1]  6/12
account [21]  30/18 33/12 33/24 36/3 36/7
 38/3 38/15 39/12 46/6 46/9 46/10 99/7
 150/10 150/14 150/19 150/24 151/20 152/7
 152/17 153/4 153/4
accountant [30]  22/17 23/5 25/3 25/8 25/17
 25/19 87/15 87/16 88/1 88/11 88/13 88/14
 88/17 89/3 89/7 89/18 89/20 93/17 93/21
 93/24 94/12 95/15 96/5 154/21 156/1 157/4
 158/18 158/24 159/6 159/8
accounting [2]  92/17 95/17
accounts [2]  39/5 39/9
accurate [3]  145/25 173/21 173/23
accurately [1]  25/25
accuse [1]  59/2
acknowledgment [4]  14/18 14/22 15/5 17/18
acquainted [2]  22/7 42/22
acres [1]  142/5
across [6]  106/22 120/18 120/24 122/13
 136/7 143/3
acted [2]  56/20 71/4
acting [4]  71/11 79/16 85/23 95/14
action [7]  13/22 66/16 66/18 68/23 82/8
 82/12 83/7
actions [2]  81/3 174/12
actual [4]  100/6 129/25 130/2 161/8
actually [18]  5/7 6/2 16/25 20/2 21/16 23/7
 30/3 36/22 39/21 40/5 41/7 45/22 66/18
 80/21 114/10 131/4 142/13 155/11
addition [5]  75/1 79/5 79/6 116/5 118/18
additional [1]  135/12
address [16]  27/1 29/9 29/11 29/13 29/15
 32/25 33/1 34/10 35/6 35/6 35/25 38/2 44/6
 46/19 69/1 117/12
adequately [1]  16/3
admit [1]  4/20
admitted [23]  10/10 15/1 29/2 32/11 44/1
 45/13 49/11 80/14 85/13 92/5 111/23 112/1
 112/10 112/21 113/7 116/2 119/10 133/25
 135/3 139/19 162/5 163/11 165/22
admitting [1]  135/13
Adrian [9]  93/18 94/15 95/4 95/5 95/14
 156/1 158/24 159/6 159/7
advice [1]  14/1
advisory [1]  16/7
aerial [1]  142/12
afford [4]  82/15 83/25 84/10 150/4
afraid [2]  23/10 143/16
after [45]  2/19 7/23 8/6 8/18 12/21 21/5
 23/12 26/10 26/11 26/13 29/25 30/10 30/17
 31/5 36/24 48/15 53/13 54/22 58/14 79/3
 100/19 103/9 103/22 104/15 110/5 125/7
 133/5 133/6 134/4 134/11 134/14 134/18
 135/8 136/20 146/16 146/25 153/8 153/8
 154/24 163/14 168/13 168/21 168/24 173/10
 173/12
afternoon [2]  54/4 105/12
again [36]  2/23 8/4 11/10 16/21 28/6 33/8
 33/11 35/20 35/22 35/25 36/16 37/12 58/15
 59/21 64/8 90/12 94/23 103/20 124/22 125/8
 125/20 126/6 126/9 127/7 129/9 131/11
 131/15 133/2 146/20 152/13 156/17 158/1

**A**

again... [4] 158/12 168/13 168/20 168/21
against [5] 58/21 66/16 77/5 82/12 83/2
agency [3] 22/20 72/3 116/24
agent [10] 2/11 25/6 79/11 88/3 156/2 156/4
159/1 160/23 172/12 174/15
agents [4] 89/7 115/17 116/23 175/9
ago [8] 57/17 65/19 70/8 74/6 94/16 149/20
155/19 174/7
agree [5] 54/7 64/20 64/21 64/24 87/6
agreed [2] 54/2 83/13
agreement [2] 93/9 107/16
agrees [1] 56/3
ahead [3] 18/5 18/6 121/11
Al [2] 6/10 6/12
alert [1] 35/3
Alexandra [3] 40/23 41/3 41/17
Ali [2] 6/10 6/12
alive [2] 65/20 65/21
allegations [1] 72/4
alleged [1] 73/25
allegedly [1] 155/6
allow [6] 154/9 154/15 154/20 154/22 157/6
158/19
allowed [11] 88/3 89/12 89/13 154/5 155/1
156/2 156/10 156/23 157/3 158/7 158/14
almost [2] 100/22 138/8
along [4] 68/11 72/13 107/19 115/20
already [9] 53/24 54/1 81/25 111/22 117/17
117/19 147/14 152/10 168/12
also [19] 25/19 37/20 56/15 73/3 74/7 75/9
79/7 82/19 82/23 90/10 98/2 101/3 113/25
116/25 118/19 128/25 149/9 157/8 160/2
always [10] 13/16 18/23 23/10 31/2 52/4
78/16 137/4 137/22 160/5 173/22
am [6] 62/22 66/9 74/11 105/18 120/20 169/6
amateur [2] 13/12 18/10
AMC [1] 15/21
AMERICA [4] 1/3 33/22 36/2 38/3
American [2] 6/17 34/24
amount [11] 23/24 34/13 35/25 38/1 45/24
107/10 116/14 118/12 125/16 155/14 158/14
amounts [2] 9/16 25/15
analyzed [1] 130/20
and-two [1] 43/23
Angel [5] 40/1 40/24 41/2 41/4 41/17
angry [1] 11/2
Anne [2] 140/4 142/9
announce [1] 63/9
announcements [1] 63/7
another [18] 13/2 14/11 14/11 21/24 27/19
34/16 34/23 37/23 42/3 75/10 100/15 104/9
109/17 109/21 109/24 111/20 132/2 143/5
answer [23] 17/5 24/18 50/17 52/3 54/11
64/9 64/21 70/22 77/25 84/4 86/8 144/4
144/11 144/12 144/16 148/5 150/16 152/16
165/12 167/12 167/21 168/3 169/17
answered [7] 15/13 64/17 64/25 144/7
144/13 145/16 167/22
answering [2] 109/6 170/22
answers [1] 61/17
any [64]
anybody [7] 20/18 24/7 98/10 98/19 147/16
148/3 148/4
anymore [1] 6/15
anyone [2] 2/25 98/21
anything [32] 2/25 12/11 16/16 16/22 19/8
35/9 54/16 58/12 60/8 62/10 65/1 67/24
73/18 73/20 74/9 75/3 75/4 75/6 75/20 77/2

77/9 79/13 89/19 91/11 121/22 148/15
163/18 172/8 172/13 172/23 173/18 175/12
anytime [1] 153/8
anywhere [4] 16/14 137/7 147/20 147/21
aol.com [1] 1/25
apartment [13] 26/14 50/4 50/25 56/7 57/20
58/6 102/2 102/4 102/6 102/21 102/22
135/10 136/21
apartments [1] 102/3
apiece [4] 123/20 129/20 129/21 130/16
apologize [3] 75/19 98/16 152/16
apparently [6] 62/4 62/9 70/16 70/18 94/7
121/5
appear [6] 28/14 38/6 76/1 130/9 131/10
131/22
Appearances [1] 1/15
appears [6] 32/20 36/12 38/8 44/14 45/4 45/5
appraisal [1] 107/24
approach [18] 9/24 48/24 70/10 79/24 84/18
91/17 114/19 117/3 133/10 139/1 144/23
151/1 161/15 165/2 165/13 166/11 167/23
170/1
approved [1] 22/25
approximate [3] 9/16 52/18 116/12
approximately [3] 38/25 116/11 162/16
April [4] 33/9 33/16 56/6 160/13
April 21 [2] 33/9 33/16
Arabic [2] 67/18 170/11
architects [2] 29/19 29/21
area [2] 136/6 167/8
aren't [2] 122/4 151/21
arena [1] 19/3
arithmetic [1] 19/23
around [11] 6/10 18/22 19/22 30/3 31/20
42/5 47/21 50/1 79/13 137/5 160/5
arrangement [2] 19/9 73/19
arrangements [1] 101/17
arrest [1] 163/14
arrested [1] 162/11
arrests [2] 173/11 173/12
arrive [1] 35/3
arrived [1] 56/6
artificial [1] 100/9
arts [2] 13/9 13/10
as -- I [1] 91/9
ask [60]
asked [33] 4/13 8/25 13/25 14/4 14/11 36/10
42/5 61/18 61/19 62/9 71/6 71/13 71/24
73/24 74/1 76/9 76/12 81/25 132/13 143/21
144/13 144/14 145/1 148/2 150/20 162/8
166/23 167/9 167/14 167/20 168/20 169/15
170/21
asking [10] 34/22 49/6 77/11 83/3 83/4 83/9
93/16 148/14 152/14 173/18
assess [2] 106/4 107/12
assigned [1] 11/20
assist [2] 22/11 23/1
assistance [1] 23/19
assistant [9] 69/21 82/24 84/13 84/14 85/23
85/24 86/5 87/11 89/5
associates [1] 19/3
assume [7] 52/19 121/22 157/18 160/20
161/3 173/22 173/24
assumed [2] 56/19 72/19
assumes [1] 158/22
assuming [3] 111/21 122/4 173/20
Atlas [4] 93/4 94/24 95/8 156/25
attach [1] 156/18
attempt [2] 72/6 72/7
attend [2] 4/3 24/1

attended [2] 73/4 74/4
attention [1] 85/16
attic [1] 141/10
attorney [39] 6/5 15/16 58/18 69/18 69/20
69/21 74/19 76/22 82/9 82/14 82/25 83/6
83/6 83/24 84/5 84/8 84/9 85/4 85/6 86/1
87/6 87/10 93/24 129/17 137/20 143/3 143/5
143/22 145/8 146/16 148/17 148/20 149/4
149/8 149/13 149/14 150/8 151/19 152/7
Attorney's [3] 1/17 74/21 86/23
attorneys [3] 73/22 143/6 143/11
attracted [1] 59/7
Audio [2] 3/19 7/18
August [9] 3/15 35/24 36/12 36/15 36/16
51/4 153/15 161/24 162/12
August 11th [1] 162/12
August 13th [1] 35/24
August 1st [1] 51/4
August 30th [2] 36/15 36/16
August 3rd [1] 153/15
August 4th [1] 3/15
AUSA [2] 1/16 1/16
authorization [2] 35/13 37/25
available [2] 115/21 174/10
Avenue [2] 34/11 69/1
avoid [2] 96/14 156/17
awarded [1] 122/15
aware [10] 71/17 74/11 74/14 74/14 75/20
98/4 123/7 143/24 143/25 145/16
away [9] 23/12 42/11 42/15 61/11 63/21
64/16 114/4 151/9 152/4

**B**

baby [4] 63/4 63/7 63/10 135/25
back [75]
background [1] 13/4
backwards [1] 28/20
bad [13] 88/4 103/4 107/3 141/21 154/5
154/10 154/16 154/20 154/22 155/3 156/3
156/10 159/2
badly [1] 143/24
bag [2] 15/13 18/17
bags [1] 16/13
bailiff [4] 137/15 137/17 137/18 137/19
balance [1] 150/14
Baltimore [4] 136/3 136/4 136/5 136/8
bank [23] 32/17 32/17 32/18 32/23 33/22
35/14 35/16 36/2 36/2 37/8 37/24 38/3 38/15
38/15 39/4 39/19 41/8 46/6 46/6 99/7 151/7
152/17 161/20
bank's [1] 39/19
Bardfeld [8] 1/16 69/22 70/5 71/3 71/23
73/16 74/21 159/22
based [11] 13/21 14/17 20/7 20/20 25/25
72/4 94/11 108/1 111/13 130/1 152/6
basement [1] 141/4
basements [1] 142/8
basically [2] 107/3 109/12
basis [5] 12/1 34/19 44/23 118/21 118/23
Bates [3] 32/19 33/14 123/9
bath [1] 141/11
bathrooms [1] 141/18
Bayview [1] 33/22
BB [3] 38/16 39/10 45/16
Beach [2] 1/7 1/24
because [54] 5/12 7/10 11/2 18/18 22/20
38/14 42/3 47/25 48/2 48/20 51/9 51/10
52/14 59/14 60/1 60/2 63/25 64/15 67/23
72/4 72/16 72/19 73/11 73/25 77/14 78/24
82/20 84/10 86/8 87/9 97/15 98/12 98/22

**B**

because... [21]  109/6 119/24 122/17 123/6
124/9 126/1 126/13 132/10 132/14 134/13
149/7 149/7 150/4 153/16 154/3 156/24
157/7 158/21 164/3 167/17 175/4
become [1]  22/7
bed [1]  16/20
bedroom [2]  141/12 141/13
bedrooms [4]  141/7 141/9 141/9 141/11
before [47]  1/12 2/8 2/25 7/2 20/25 21/15
22/2 23/3 23/23 26/3 26/10 26/10 27/10
31/17 32/1 34/3 34/25 36/14 36/23 37/12
50/1 54/8 55/4 57/25 59/1 72/19 76/1 78/1
78/5 79/3 81/25 93/25 101/2 103/10 103/12
109/5 114/22 125/7 126/24 146/2 151/23
156/14 157/9 158/1 162/16 174/14 175/5
beforehand [1]  159/19
begin [3]  2/8 2/25 30/21
beginning [6]  4/18 5/16 6/10 31/19 59/23
169/2
behalf [6]  25/8 84/9 85/3 95/14 95/25 96/6
behind [2]  42/3 106/10
being [22]  2/23 3/24 6/8 6/11 23/10 26/23
27/24 35/25 38/3 51/24 53/25 61/18 61/18
64/19 68/20 86/25 92/5 118/25 137/19
143/17 149/2 149/24
belief [1]  85/20
believe [17]  3/11 18/24 19/22 22/1 31/12
31/25 33/16 41/13 64/14 70/5 71/9 72/2
81/19 105/4 112/25 113/11 172/21
believed [3]  28/8 73/6 155/24
bell [1]  9/3
belongings [1]  56/13
below [3]  33/14 45/22 46/3
bench [1]  134/3
beneficiary [7]  36/1 39/4 39/4 39/15 46/5
46/9 46/9
benefit [5]  71/21 73/12 74/1 74/9 156/9
benefits [2]  70/15 70/23
Bennett [3]  6/5 142/22 147/24
Bertie [1]  40/18
best [7]  23/21 25/24 41/6 58/9 64/22 91/10
103/2
Beth [1]  156/4
better [4]  16/23 17/13 125/18 127/5
between [10]  15/12 21/10 30/1 47/2 75/11
83/6 110/8 137/5 154/12 162/21
beyond [1]  149/20
Bible [1]  5/17
big [5]  14/6 15/13 26/20 42/10 138/10
bills [2]  6/20 58/22
binding [1]  15/25
birth [12]  39/21 40/1 40/2 40/3 63/9 102/25
103/7 103/9 134/11 134/22 136/15 136/20
bit [1]  121/10
black [2]  6/9 6/17
blame [1]  63/18
blank [1]  43/16
block [1]  113/3
Boca [1]  1/22
body [2]  39/7 41/1
bodyguard [2]  70/19 71/12
bodyguards [2]  69/11 71/5
book [13]  13/23 14/10 14/17 14/19 14/21
15/7 16/24 17/7 25/12 122/25 123/9 127/9
129/7
books [11]  13/20 14/3 17/15 22/18 93/24
137/3 137/10 151/24 151/24 152/2 155/17
border [1]  136/7

born [7]  133/5 133/6 134/4 134/15 134/18
135/9 135/19
borrowing [2]  126/1 126/6
both [4]  56/19 59/14 65/13 75/2
bottom [4]  10/18 35/2 39/11 163/18
bought [2]  22/3 38/22 68/17 68/24 122/11
138/8 139/22
Boulevard [2]  1/17 39/16
boxer [2]  18/8 166/5
boxes [2]  31/10 156/19
boxing [1]  16/8
boy [1]  18/25
boys [2]  18/16 18/21
BP [1]  29/12
bracelet [2]  128/5 128/12
Brad [7]  28/9 28/15 28/15 30/1 30/9 30/10
30/15
Brady [2]  145/24 174/17
break [11]  7/2 8/1 8/5 52/23 52/25 53/6 53/9
54/2 103/15 103/21 109/13
breakfast [1]  140/21
brief [3]  53/23 53/25 135/24
Briefly [1]  120/12
brilliant [1]  15/25
bring [10]  2/16 8/17 54/11 54/21 69/11
104/12 104/14 114/7 122/13 142/3
bringing [1]  77/5
brochure [1]  140/3
broke [3]  6/7 151/12 152/13
brought [5]  46/16 68/18 68/24 69/4 82/12
Broward [2]  1/17 119/5
build [1]  57/9
building [1]  2/13
built [1]  57/11
bulldozers [1]  142/3
bunch [3]  12/20 35/10 35/20
business [35]  19/24 24/16 45/18 74/24 87/24
88/1 88/6 88/23 88/25 89/4 89/18 90/16 91/1
91/7 94/3 94/5 96/21 96/23 97/4 97/7 97/23
99/2 105/23 105/25 106/9 106/13 106/25
107/9 110/25 114/24 115/3 115/7 120/1
121/10 169/8
business-type [1]  96/23
busy [2]  101/5 158/16
buy [8]  5/13 34/23 42/6 52/11 52/16 120/22
121/25 124/6
Buyers [1]  34/10
buying [1]  34/21

**C**

cage [2]  13/22 14/12
calculated [1]  152/24
calculationwise [1]  120/3
called [13]  9/2 19/16 20/3 20/9 38/15 42/13
58/16 60/23 82/21 121/8 123/1 137/20
158/25
calling [2]  34/2 104/25
calls [3]  12/2 58/16 153/17
Cambridge [1]  139/12
came [33]  11/11 21/19 22/13 26/14 27/22
30/5 31/17 42/10 47/20 50/24 56/23 57/5
57/8 57/14 57/19 67/20 67/21 74/15 74/20
74/25 98/14 102/22 103/11 107/23 115/16
116/9 125/20 126/13 127/7 143/16 151/25
170/10 174/13
can't [11]  18/24 46/22 48/2 49/20 64/11
70/23 100/2 113/18 135/21 169/5 170/14
canceled [1]  67/2
capacity [1]  71/12
capital [3]  150/10 150/13 150/19

car [2]  5/14 153/10
carat [2]  129/20 130/18
card [7]  6/9 6/18 23/10 39/11 74/22 74/23
74/24
cards [1]  5/11
care [2]  19/6 172/5
careful [1]  88/25
caret [2]  123/17 123/19 129/21
Carmine [21]  18/1 18/7 19/4 19/16 20/2 20/3
20/3 20/7 20/9 20/15 20/20 21/4 21/16
160/25 161/20 162/21 162/23 163/7 164/2
164/8 164/9
Carmine's [2]  162/23 166/3
Carolina [11]  31/8 38/19 38/22 39/11 40/11
40/18 45/17 100/24 135/14 135/23 136/2
carousing [1]  52/5
cars [1]  121/18
Cartiers [1]  106/19
case [51]  1/2 3/1 6/7 8/2 11/3 11/19 21/17
51/25 53/1 70/15 72/20 73/4 73/25 74/10
75/4 77/3 77/5 77/6 77/7 77/10 78/11 78/14
79/8 79/10 81/20 82/2 83/23 85/3 87/21
103/17 117/17 127/13 137/23 143/18 144/2
144/6 144/20 146/22 146/25 147/17 148/11
160/23 162/17 163/15 171/9 172/17 173/11
173/12 174/3 174/15 175/9
cash [12]  37/17 105/18 105/19 105/20 106/21
107/7 114/7 114/25 115/7 119/7 119/20
126/2
Cashier's [1]  37/16
casino [15]  106/24 107/1 114/1 114/5 114/11
114/17 114/18 120/18 120/24 120/25 121/6
121/13 122/8 122/22 126/4
casinos [1]  106/23
categorized [1]  93/18
caught [2]  63/17 63/19
cause [1]  83/20
caused [2]  45/9 76/22
cellars [1]  140/25
Central [4]  102/10 102/12 134/3 134/11
certain [6]  13/7 77/15 77/15 80/7 145/8
146/17
certainly [3]  4/8 77/23 172/22
certificate [3]  39/21 40/3 177/15
certification [1]  40/1
Certified [1]  177/17
certify [1]  177/17
cetera [2]  92/18 145/11
chains [1]  79/13
chairs [1]  27/12
champion [3]  13/12 15/11 18/10
chance [1]  31/25
change [14]  41/2 48/5 48/11 48/17 48/17
49/4 49/5 49/17 49/22 51/3 51/7 51/9 158/2
158/3
changed [9]  39/3 39/20 47/24 48/1 48/7
48/16 49/22 51/10 51/17
character [1]  14/17
characters [1]  17/7
charge [4]  108/10 108/17 109/18 120/6
charged [1]  126/11
charges [2]  108/15 108/16
Charles [3]  15/9 166/6 174/16
Charlie [26]  11/21 12/23 13/1 13/2 13/3
13/15 13/19 13/25 14/7 14/18 15/10 15/14
16/3 16/6 16/12 16/15 17/9 17/16 20/25
153/7 153/23 160/6 160/19 162/13 162/22
163/25
Charlie's [2]  17/14 17/16
cheat [1]  98/9

**C**

check [24]  9/11 9/14 10/13 11/4 19/22 21/1 21/3 21/5 33/8 37/16 43/13 43/18 44/14 44/15 44/18 45/1 45/2 152/13 159/20 161/20 161/20 162/9 163/8 164/17
checks [13]  9/17 10/3 10/4 26/25 43/8 43/12 44/24 89/2 99/4 99/10 173/17 174/12 174/13
chest [1]  18/9
child [1]  51/13
children [2]  22/8 22/23
choice [2]  86/19 88/20
chronologically [1]  75/18
church [1]  138/20
cigarettes [1]  27/11
Circuit [1]  49/14
circumstances [3]  33/25 41/25 59/11
City [3]  135/16 167/12 167/14
civil [4]  73/25 74/10 79/8 148/11
claim [2]  152/6 154/12
claimed [1]  157/7
clarified [1]  4/17
clarify [1]  130/23
Claude [62]
Claude's [5]  76/22 94/3 94/17 143/22 150/8
clay [1]  141/24
clean [1]  142/3
cleanse [1]  9/12
clear [6]  60/25 126/15 134/6 146/20 149/2 173/7
Clematis [1]  1/24
client [1]  113/15
clients [1]  6/13
clinic [5]  100/23 101/10 101/15 101/18 136/3
close [3]  23/16 102/12 120/17
closed [1]  32/24
closely [1]  161/7
closet [1]  141/16
coconspirators [1]  73/8
coin [2]  118/5 118/6
coins [8]  34/24 117/1 118/1 118/3 118/4 118/11 118/13 118/15
cold [1]  5/21
collateral [4]  106/10 106/12 107/8 114/6
collect [2]  68/24 82/13
colon [1]  89/3
Columbus [1]  34/11
combination [1]  51/12
comes [3]  54/8 65/21 120/3
coming [4]  4/2 32/1 42/9 110/1
comment [4]  4/19 4/25 147/10 147/11
commentary [1]  16/8
communicated [1]  6/3
communication [1]  110/8
communications [2]  19/2 174/7
company [4]  9/2 162/10 162/13 164/21
complain [1]  52/8
complained [3]  51/20 51/22 52/4
complaining [1]  52/13
complete [1]  64/22
completely [1]  90/21
complicated [1]  5/1
composite [15]  31/25 32/9 91/21 111/8 111/18 111/23 112/15 112/17 113/1 113/5 114/22 115/24 117/7 119/4 138/25
compound [1]  136/16
computer [4]  22/16 23/4 115/21 117/20
con [1]  84/11
concession [1]  109/1
concluded [3]  75/13 91/16 146/14

Concourde [1]  103/13
conducted [2]  114/4 174/5
conference [3]  75/13 91/16 146/14
confidence [1]  78/3
confidences [1]  77/15
confirm [4]  74/25 115/2 145/10 145/18
confuse [1]  75/19
connected [1]  66/13
Connecticut [4]  32/18 32/25 36/1 38/2
connection [1]  146/8
consciously [1]  59/23
consent [2]  46/21 165/14
consider [1]  137/1
considered [1]  88/24
considering [1]  59/11
consistent [1]  162/8
consistently [1]  169/13
conspiracy [3]  85/22 86/10 86/25
constantly [3]  58/19 60/3 86/16
constitute [1]  114/24
consultant [1]  15/8
Cont.'d [4]  3/7 132/23 176/4 176/12
contact [2]  11/19 86/21
contemplating [1]  151/13
continue [6]  23/13 30/18 55/1 73/16 75/14 175/6
Continued [2]  176/3 176/11
continuing [1]  9/12
contract [2]  110/9 152/3
contracts [2]  151/7 151/22
control [1]  58/10
convened [1]  87/1
convenient [2]  54/4 171/7
conversation [11]  3/11 3/15 3/23 4/6 4/13 4/18 7/20 10/24 20/7 20/20 153/22
conversations [3]  83/5 153/7 153/11
converted [2]  138/16 141/10
Cook [1]  172/12
cooperating [1]  15/6
copy [2]  41/10 165/15
corner [1]  32/20
corporate [6]  97/6 97/8 97/9 97/10 97/23 165/16
corporation [10]  45/18 45/20 98/2 98/4 98/14 161/7 161/8 162/9 162/24 173/14
correct [61]
corresponded [1]  75/5
correspondence [5]  28/8 28/18 30/19 71/19 74/19
correspondences [1]  30/1
cost [1]  131/19
costs [5]  92/15 92/18 92/20 92/24 95/16
couldn't [14]  16/18 18/24 22/19 22/20 42/8 54/11 62/19 69/2 82/15 83/25 84/10 150/3 152/6 154/2
counsel [14]  2/5 53/16 53/20 71/17 71/20 79/23 85/20 86/21 86/24 89/23 104/1 104/4 174/3 174/8
count [2]  126/23 127/2
counted [2]  127/1 127/1
counting [1]  100/17
County [8]  32/16 35/14 37/7 37/24 40/18 49/15 119/5 139/12
couple [4]  13/22 129/14 129/14 162/13
course [4]  16/11 74/5 81/8 115/7
court [25]  1/1 1/23 2/1 15/19 20/14 23/25 32/1 49/14 49/14 54/10 54/12 54/17 65/21 72/17 73/3 82/24 83/20 84/9 85/21 90/21 141/24 142/25 172/15 175/6 175/7
courtesy [1]  114/5

courtroom [11]  2/19 8/3 8/18 15/15 53/4 54/9 54/22 64/11 103/19 104/15 171/15
cover [2]  67/14 132/14
covering [1]  126/17
covers [1]  67/9
CPE [1]  1/23
CR [1]  1/2
credit [3]  5/11 6/9 23/10
Crespo [2]  18/10 166/4
cried [1]  58/13
crimes [2]  15/9 16/1
criminal [20]  21/17 75/1 77/7 77/10 77/24 79/10 79/12 81/20 85/22 87/7 143/18 143/20 143/23 143/25 144/6 144/15 144/20 146/8 146/22 146/25
criminals [2]  15/24 16/2
cross [11]  18/15 46/17 70/23 73/20 120/11 120/13 132/23 174/18 176/5 176/8 176/12
Cross-examination [4]  46/17 120/11 120/13 132/23
cross-examine [3]  70/23 73/20 174/18
CRR [2]  1/23 177/23
cruise [1]  59/5
crying [2]  59/14 59/16
currently [1]  11/23
custody [1]  172/5
customer [15]  38/1 106/2 107/16 110/8 113/20 117/19 118/8 118/19 119/21 119/23 120/7 122/14 122/15 122/17 126/10
customers [4]  107/1 119/24 120/8 121/12
cut [1]  109/12
cutoff [1]  103/15
Cynthia [8]  39/6 39/15 39/22 40/1 40/24 41/2 41/3 41/16

**D**

daily [2]  58/18 118/21
dangerous [1]  15/20
Darren [3]  23/1 25/4 25/17
Darren's [1]  22/22
date [32]  26/9 28/22 32/20 33/16 33/18 35/24 37/25 38/8 40/2 40/13 44/11 44/12 45/21 45/21 46/3 48/7 48/9 48/14 52/17 52/18 78/7 78/8 107/21 108/9 119/16 123/21 125/3 131/11 160/12 160/14 161/23 164/17
date's [1]  125/1
dated [8]  29/7 34/9 34/22 36/12 37/8 39/13 44/14 177/20
dates [9]  39/23 51/2 51/2 66/20 66/22 67/9 167/5 168/15 169/25
daughter [3]  27/9 112/14 124/2
daughter-in-law [1]  27/9
David [1]  65/15
day-to-day [1]  168/17
days [27]  16/14 64/12 71/1 81/4 103/10 103/12 107/22 108/9 108/11 108/12 108/23 108/24 109/19 109/21 109/24 115/25/22 134/13 134/16 151/6 151/22 158/16 162/16 169/12 169/13 169/18
dead [1]  152/13
deal [2]  58/21 94/18
dealing [3]  11/9 58/18 90/25
dealings [3]  30/23 31/1 31/7
dealt [1]  34/19
death [2]  39/12 41/14
debt [14]  88/4 151/8 154/5 154/10 154/16 154/20 154/23 155/3 155/20 155/22 155/24 156/3 156/10 159/2
December [15]  29/8 30/3 40/2 68/23 78/2 124/10 126/18 142/18 144/21 145/13 146/22

**D**

December... [4]  146/25 152/1 152/17 163/22
December 16th [1]  40/2
December 1st [1]  124/10
December 3rd [4]  68/23 78/2 142/18 144/21
December 5th [2]  29/8 30/3
December 8th [1]  145/13
December 9th [1]  126/18
decent [1]  103/15
decide [2]  52/2 106/6
decided [2]  27/2 136/23
decisions [1]  64/18
declare [1]  40/18
deduct [1]  94/19
deducted [1]  96/8
deducting [1]  93/15
deduction [1]  95/20
deductions [1]  92/14
default [2]  107/22 110/9
defend [1]  82/8
DEFENDANT [27]  1/7 1/19 3/23 4/24 6/2
 7/20 9/1 9/9 25/15 26/15 26/24 27/21 30/23
 30/24 31/7 31/12 32/3 41/11 42/21 42/21
 43/4 43/11 43/21 110/20 114/6 115/12
 119/14
Defendant's [45]  26/5 49/1 49/9 49/12 55/10
 58/2 59/8 66/23 66/25 79/22 80/3 80/10
 80/15 84/20 85/14 92/11 133/7 134/1 134/24
 135/4 138/24 139/15 139/20 144/10 153/18
 161/12 162/4 162/6 163/4 163/12 165/5
 165/19 165/23 166/14 177/3 177/4 177/5
 177/6 177/7 177/8 177/9 177/10 177/11
 177/12 177/13
Defendants [2]  163/14 164/23
defended [1]  82/14
defense [9]  70/14 71/17 71/20 83/7 83/23
 104/4 146/3 174/3 174/8
definition [1]  56/13
defraud [2]  98/9 98/21
defrauded [1]  157/8
defrauding [1]  98/19
delivery [1]  114/11
demanding [3]  34/2 35/15 36/19
demands [1]  174/13
department [2]  15/10 15/18 32/24 148/6
 148/8 148/17 149/4
deposed [2]  68/20 142/18
deposit [1]  99/11
deposited [1]  99/7
deposition [45]  68/20 68/25 70/21 71/18
 72/11 72/22 72/24 74/4 75/8 76/6 78/1 79/3
 138/5 142/15 143/21 144/9 146/6 147/19
 147/21 147/22 147/23 148/3 148/4 148/10
 148/13 148/16 148/25 149/1 149/3 149/24
 150/3 150/22 152/5 152/17 166/18 166/21
 167/9 167/22 167/23 168/7 168/9 169/15
 169/19 170/1 170/21
depth [2]  139/25 175/8
derelict [1]  138/8
describe [5]  11/23 14/14 105/25 123/16
 130/14
described [1]  108/4
describing [1]  130/15
deserting [1]  58/20
designation [1]  39/3
detailed [1]  115/15
details [1]  24/20
detective [51]  11/20 11/21 11/24 11/24 12/8
 12/17 13/19 15/8 17/21 19/3 19/8 19/12

19/19 19/24 21/17 21/24 21/24 22/11 23/13
 24/9 24/9 71/25 75/20 78/22 81/23 87/15
 87/22 88/16 89/8 89/17 142/24 142/24
 143/13 143/14 149/9 149/17 149/17 159/5
 159/12 159/15 159/17 159/24 160/21 163/21
 164/5 164/19 164/20 173/8 173/12 174/9
 174/21
detectives [19]  11/10 26/4 30/4 30/11 30/12
 30/17 30/18 31/5 31/10 31/17 31/23 36/23
 36/24 37/13 69/4 71/18 74/20 82/25 87/20
determined [1]  58/14
Detroit [1]  120/16
develop [1]  17/24
developed [1]  12/5
Deveraux [15]  44/5 45/17 46/5 48/16 70/20
 95/25 96/18 97/13 97/17 97/21 97/24 98/9
 98/12 98/15 98/17
didn't [89]
die [2]  27/1 39/6
died [2]  26/11 39/8
difference [2]  47/2 132/9
different [13]  23/24 97/7 99/16 114/8 114/9
 118/23 121/12 127/10 128/23 128/24 130/10
 130/12 132/9
difficult [2]  58/22 170/13
dig [1]  174/21
digress [1]  120/21
dining [1]  144/11
direct [9]  3/7 5/15 8/14 46/14 85/16 105/10
 120/9 176/4 176/7
directly [1]  59/16
director [1]  57/3
discontinued [1]  23/17
discovered [4]  151/20 152/7 174/12 174/19
discovery [4]  70/25 71/2 71/16 74/5
discuss [13]  8/2 8/5 20/25 29/17 29/24 53/1
 53/10 83/7 103/17 103/20 166/19 171/9
 171/17
discussed [4]  21/15 61/2 71/19 83/15
discussion [2]  84/8 175/17
dismiss [2]  174/14 175/6
disorganized [1]  160/5
display [2]  32/14 117/6
Disregard [1]  37/4
distant [1]  142/10
distribute [2]  91/18 173/7 7/4
DISTRICT [3]  1/1 1/1 1/13
divide [1]  94/13
divorce [14]  28/1 48/15 48/16 57/23 57/23
 57/24 60/1 65/11 66/15 66/16 66/18 66/19
 80/25 81/4
divorced [6]  5/10 66/5 66/8 66/9 66/11 67/12
divorcing [2]  57/22 61/3
document [23]  29/5 32/19 33/9 37/15 37/23
 38/8 39/2 39/10 41/5 41/7 41/11 44/14 84/22
 85/1 85/3 85/6 85/17 90/4 117/7 131/22
 153/15 166/8 167/25
documentary [3]  15/21 145/11 145/18
documentation [1]  25/11
documented [1]  107/20
documents [6]  30/22 32/14 38/12 39/25
 82/23 90/6
does [18]  9/3 9/4 10/19 32/17 51/25 53/9
 76/1 93/18 99/3 108/11 110/10 120/5 127/11
 130/9 131/10 140/25 151/4 157/25
doesn't [12]  54/6 70/19 70/22 76/13 95/5
 95/15 107/15 127/10 139/25 163/18 171/22
 172/14
doing [17]  4/8 5/4 12/22 59/2 62/22 71/8
 93/21 104/2 104/22 106/3 106/5 110/1

110/25 118/21 147/19 147/21 156/16
dollars [11]  4/7 5/7 6/19 9/19 23/20 34/15
 80/20 80/21 84/11 86/11 150/9
domestic [2]  35/13 37/24
don't [236]
done [14]  14/19 45/18 58/7 74/1 92/10
 118/22 122/18 126/7 126/23 132/18 156/1
 172/18 172/19 172/19
Donnie [4]  113/3 116/20 123/2 129/4
door [6]  21/24 22/9 22/22 27/7 30/5 36/21
doubt [1]  169/13
down [4]  2/13 14/9 16/19 23/15 26/11 26/14
 26/20 34/3 39/11 74/15 74/25 96/7 149/6
 172/9
downstairs [2]  27/22 141/9
dozens [2]  30/8 30/14
Dr. [3]  78/20 78/23 78/24
Dr. Siegal [3]  78/20 78/23 78/24
draft [2]  40/15 41/6
drawing [1]  140/9
dressing [1]  141/16
drinking [2]  51/24 52/5
dripping [1]  16/18
drive [9]  5/14 26/5 26/19 26/21 33/23 43/9
 44/8 101/11 117/11
driveway [2]  42/2 42/5
driveway's [1]  42/2
driving [1]  26/20
drove [2]  104/6 136/7
duck [1]  18/22
due [1]  35/3
dumbbell [1]  12/22
duplicated [1]  118/3
during [25]  8/5 11/18 21/19 22/6 24/16 25/12
 26/15 30/7 30/24 47/21 48/15 48/15 53/9
 53/10 56/15 65/11 67/11 74/5 103/21 115/7
 153/6 154/24 155/7 155/12 171/17
DVD [1]  14/12

**E**

E-l-i [1]  36/16
E-l-y [1]  36/13
e-mail [12]  1/25 28/8 28/23 29/7 29/9 29/11
 29/13 29/14 29/15 29/25 30/18 158/25
e-mails [3]  28/14 30/8 30/14
each [5]  59/10 59/10 59/12 59/12 59/14
 68/15 109/6 118/4 118/7
eagles [1]  34/11
ear [1]  124/2
earlier [5]  23/25 89/11 90/4 159/21 174/24
early [6]  28/20 163/22 166/25 167/1 171/11
 173/11
earned [1]  25/11
earrings [21]  114/9 123/15 123/15 123/19
 126/19 127/7 129/18 130/3 130/6 130/7
 130/10 130/11 130/13 130/15 131/5 131/11
 131/14 131/22 131/23 131/24 132/10
easily [1]  99/16
East [2]  1/17 69/1
Economic [1]  15/9
editing [3]  15/23 16/24 17/14
editorial [1]  16/25
Edward [2]  76/16 76/18
effectively [1]  73/20
Egypt [25]  47/20 50/1 50/3 50/22 57/1 61/10
 63/21 63/25 64/15 67/12 67/16 67/20 68/8
 68/11 68/14 167/4 168/11 168/12 168/13
 169/24 170/10 170/17 170/22 170/25 171/4
Egyptian [1]  65/8
eight [7]  22/2 99/13 99/15 127/1 127/1 127/6

**E**

eight... [1] 158/2
eight-month [1] 127/6
Eighty [1] 102/11
either [13] 22/16 49/20 70/16 79/3 90/19
 93/3 106/5 109/12 122/21 149/23 157/19
 171/25 174/8
elderly [1] 104/7
electronics [1] 106/15
elegant [1] 140/4
elephant [1] 124/2
Eleven [1] 134/16
Eli [10] 36/10 36/13 36/16 36/18 37/5 37/21
 38/4 112/16 113/3 129/4
Elizabethan [2] 141/2 142/8
else [23] 72/5 72/8 73/18 73/20 74/9 75/6
 75/20 76/14 76/15 78/12 130/1 140/19
 142/21 147/20 147/21 147/25 148/1 148/3
 148/4 161/5 172/8 172/24 175/12
else's [1] 23/10
elsewhere [1] 113/23
end [6] 59/15 59/19 83/16 109/19 166/24
 174/20
ending [1] 16/5
endorsed [2] 11/4 11/6
endorsing [1] 45/2
energy [3] 4/11 33/5 80/20
enforcement [10] 72/1 72/9 79/11 115/12
 116/6 116/13 116/23 118/15 118/20 118/25
engaged [2] 28/7 50/12
England [17] 52/11 52/16 67/13 68/7 68/9
 68/17 134/13 134/14 136/24 137/1 137/7
 137/8 137/9 137/10 137/13 139/11 139/23
England's [1] 141/14
English [2] 45/22 141/8
enough [7] 18/20 52/8 64/18 77/24 77/25
 94/4 95/17
entered [22] 10/11 15/2 29/3 32/12 44/2
 45/14 49/12 80/15 85/14 92/11 112/3 112/11
 112/22 113/8 116/3 119/11 134/1 135/4
 139/20 162/6 163/12 165/23
enters [4] 2/19 8/18 54/22 104/15
entire [2] 40/23 41/16
entitle [1] 110/10
entitled [1] 177/19
entitles [1] 110/11
entity [2] 96/17 96/21
entryway [1] 140/8
envelope [1] 43/15
errors [1] 135/13
ESQ [1] 1/19
establishment [1] 116/9
estate [2] 40/23 41/16
et [2] 92/18 145/11
et cetera [1] 92/18
evaluate [1] 87/1
evaluation [3] 78/15 78/17 78/18
even [5] 4/21 5/6 74/21 76/7 148/12
evening [6] 171/9 171/13 171/19 172/7
 175/19 175/20
eventually [2] 67/12 68/6
ever [21] 9/14 11/4 15/12 17/15 21/15 21/19
 26/4 26/5 26/15 36/22 37/12 41/22 42/21
 58/19 62/10 76/9 76/9 87/13 99/4 99/7
 152/20
every [7] 4/13 12/2 28/13 73/9 153/24 154/1
 169/13
everybody [7] 16/11 27/5 27/7 27/23 65/4
 119/25 149/25

everyone [7]  2/2 2/21 8/20 53/15 54/24 58/19
 104/17
everything [8]  15/17 31/10 39/24 58/8 73/8
 127/15 137/22 174/6
evidence [59]  10/7 10/11 15/2 28/25 29/3
 32/8 32/12 44/3 45/11 45/14 49/9 49/12
 55/18 80/9 80/15 81/10 81/13 81/16 85/9
 85/10 85/14 87/1 87/1 89/2 90/4 90/6 91/25
 92/11 112/3 112/7 112/11 112/18 112/22
 113/5 113/8 115/24 116/3 119/11 123/4
 123/9 133/19 134/1 134/25 135/4 139/16
 139/20 143/20 145/11 145/19 158/22 161/25
 162/6 163/10 163/12 165/17 165/23 173/18
 176/15 177/3
evil [1]  9/13
ex [22]  3/24 4/24 5/6 9/12 11/2 48/16 60/6
 69/10 75/22 77/17 78/3 78/16 79/5 79/16
 81/8 84/25 92/25 137/5 143/3 143/4 152/9
 154/2
ex-husband [17]  3/24 5/6 9/12 48/16 60/6
 69/10 75/22 77/17 78/3 78/16 81/8 84/25
 92/25 137/5 143/4 152/9 154/2
ex-husband's [5]  4/24 11/2 78/3 78/16 143/3
exact [2]  48/14 52/17
exactly [4]  13/8 51/2 147/1 149/22
exaggeration [1]  17/1
examination [10]  3/7 46/15 46/17 73/4
 105/10 120/11 120/13 129/15 132/7 132/23
examine [4]  70/23 73/16 73/20 174/18
examined [1]  73/2
example [3]  4/5 34/8 34/16
except [1]  148/13
excess [1]  82/13
exchange [2]  30/14 80/24
exchanged [1]  30/7
excuse [4]  38/9 89/23 113/2 127/20
excused [2]  171/16 172/10
Executor [1]  40/22
exercise [1]  12/7
exhibit [62]
exhibit 106 [1]  31/25
exhibit 106-2 [1]  28/12
exhibit 106-4A [1]  3/14
exhibit 106-5 [1]  6/22
exhibit 12 [2]  114/22 117/7
exhibit 23 [2]  49/1 49/9
exhibit 24 [2]  55/10 59/8
exhibit 25 [1]  58/2
exhibit 26 [2]  66/24 66/25
exhibit 27 [3]  79/22 80/3 80/10
exhibit 28 [1]  84/21
exhibit 29 [1]  91/21
exhibit 30 [1]  133/8
exhibit 31 [2]  134/7 134/24
exhibit 32 [2]  138/24 139/15
exhibit 33 [1]  144/10
exhibit 34 [3]  112/5 153/18 153/19
exhibit 35 [3]  112/15 161/13 162/4
exhibit 36 [1]  163/4
exhibit 37 [2]  165/6 165/19
exhibit 38 [1]  166/14
exhibit 7 [1]  119/5
exhibit 703 [1]  45/7
exhibits [3]  171/24 176/15 177/3
exits [4]  8/3 53/4 103/19 171/15
expense [16]  87/24 88/2 88/6 88/23 88/25
 89/4 89/9 89/18 93/6 93/15 94/3 94/5 96/3
 97/4 156/23 158/6
expenses [8]  90/16 91/1 91/7 93/18 94/5
 95/12 95/21 96/23

expensive [1]  138/3
explain [4]  12/4 40/25 105/25 150/23
explained [1]  15/17
explaining [2]  107/18 125/19
explanation [1]  73/15
express [2]  6/18 16/3
extend [3]  109/21 109/24 121/8
extensive [1]  140/25
extent [1]  90/15
extremely [1]  12/6
eyes [2]  59/13 123/24

**F**

fact [16]  4/2 13/19 21/16 28/7 51/15 57/14
 57/19 57/22 65/6 71/17 73/6 73/6 74/15 97/6
 130/3 151/19
facts [3]  71/24 154/2 158/22
fair [11]  94/25 95/6 95/16 100/20 106/9
 122/23 122/24 136/15 162/14 165/12 169/11
Fairfax [1]  49/15
Fairfield [8]  32/16 32/25 35/13 36/1 37/7
 37/24 38/2 38/11
fairly [1]  34/21
false [1]  72/24
familiar [5]  9/4 26/23 32/17 35/7 46/21
family [9]  15/25 22/7 111/4 111/13 111/20
 114/7 115/13 116/16 162/17
fan [1]  29/18
far [11]  13/3 14/1 23/17 25/11 25/24 44/6
 102/10 121/3 139/13 146/5 146/10
fascinating [1]  15/20
fast [1]  28/2
faster [1]  5/10
father [2]  63/5 63/14
fault [2]  125/4 135/13
favor [1]  109/4
fax [5]  33/6 35/17 38/6 38/9 38/11
FCSB [1]  38/10
Fe [10]  57/9 57/11 57/13 58/6 58/18 65/4
 65/6 76/21 85/4 137/20
fear [1]  137/8
federal [3]  1/21 72/1 72/9
FedEx [4]  43/8 43/14 43/15 44/5
FedExes [2]  43/10 43/19
fee [2]  80/20 80/24
feel [8]  16/8 64/10 66/9 66/13 73/18 73/21
 93/20 174/22
feeling [3]  53/6 53/8 66/14
feet [1]  79/14
fell [3]  9/10 59/4 59/6
felt [2]  69/8 72/16
Ferguson [1]  1/20
fertility [1]  136/3
fertilization [2]  99/24 101/13
few [19]  3/21 4/16 11/18 16/15 23/3 23/6
 32/14 74/6 103/10 111/7 113/17 116/14
 116/15 116/22 121/14 123/4 124/9 134/13
 170/13
fiction [1]  47/2
fictitious [1]  17/7
Fifi [2]  27/13 27/14 27/15
fifth [2]  71/2 128/21
fifty [1]  150/9
fifty-two [1]  150/9
fight [2]  13/23 14/14
fighting [1]  14/12
fights [3]  13/11 15/22 58/25
figure [3]  106/4 106/6 107/13
figures [3]  5/11
file [5]  25/5 84/9 84/24 87/18 172/12

**F**

filed [4]  57/24 82/23 85/3 154/25
files [1]  25/5
fill [1]  117/15
filled [2]  35/18 44/24
final [1]  66/19
finally [5]  20/9 27/22 45/6 74/6 91/8
financial [3]  30/22 30/25 31/6
fine [2]  143/1 172/4
fingerprint [1]  118/8
finish [2]  109/5 172/20
finished [1]  104/11
first [36]  4/23 11/18 19/19 28/19 28/23 35/12
 35/17 47/22 59/25 60/20 62/13 63/6 67/16
 71/1 72/15 73/10 73/11 79/13 79/23 85/19
 85/20 101/2 107/8 107/13 124/19 124/20
 124/21 127/3 141/12 141/13 141/13 156/19
 167/11 168/21 169/11 169/17
Fit [7]  161/10 161/11 162/10 165/7 165/10
 165/17 166/9
fitness [1]  13/4
five [15]  11/14 19/21 80/17 121/4 128/17
 128/18 138/9 152/25 154/3 162/16 169/2
 169/12 169/13 169/17 171/4
FKA [2]  40/23 41/3
FL [2]  1/18 1/22
flip [2]  94/1 94/2
floor [4]  1/18 141/12 141/14 141/14
FLORIDA [24]  1/1 1/7 1/24 12/12 26/12
 31/9 33/23 33/23 38/4 39/16 44/8 74/15
 82/25 86/22 86/23 105/22 117/12 123/1
 141/5 148/6 148/7 148/17 149/4 165/16
flown [1]  6/15
followed [1]  115/16
following [12]  2/19 8/7 8/18 53/14 54/22
 56/5 70/12 85/7 90/1 103/23 104/15 144/25
foot [2]  17/17 18/18
football [1]  14/5
foregoing [1]  177/17
forever [2]  56/16 56/20
forget [1]  62/19
Forgive [2]  61/24 98/6 125/4
forgot [3]  38/14 100/15 100/16
form [15]  35/12 35/13 35/17 35/19 35/20
 35/21 38/9 39/14 53/1 61/17 103/17 107/18
 118/8 148/18 171/10
former [3]  11/24 15/10 164/20
formerly [1]  41/3
forms [8]  37/25 38/6 117/6 117/15 117/22
 123/1 127/9 127/13
Fort [12]  1/18 15/9 15/17 19/6 25/3 31/9
 33/23 39/16 44/6 44/8 70/16 117/12
forth [4]  67/22 68/16 71/19 168/15
foul [1]  175/4
found [16]  2/12 12/6 16/10 31/5 31/10 31/22
 74/4 74/5 101/16 151/12 162/22 163/24
 164/7 164/23 172/12 173/16
four [24]  5/22 16/15 22/14 40/22 89/6 91/21
 118/2 118/2 118/4 128/10 128/13 128/20
 128/20 128/22 148/24 149/12 150/9 152/25
 157/16 157/21 158/14 162/16 163/1 171/4
four-and-a-half [2]  16/15 163/1
fourth [2]  71/1 80/18
Franconia [1]  34/25
Franklin [4]  1/23 177/16 177/22 177/23
fraud [2]  86/24 164/8
Fred [1]  1/19
free [2]  88/19 88/20
frequent [3]  11/19 33/17 33/19

frequented [1]  12/17
frequently [5]  50/15 102/21 121/5 121/7
 125/23
Friday [1]  172/22
friend [11]  6/13 15/8 35/4 42/9 76/20 77/16
 103/2 103/5 160/19 162/23 164/3
friends [5]  11/25 51/23 51/24 88/16 161/9
friendship [1]  12/5
friendships [2]  17/24 17/24
front [6]  22/22 42/4 85/17 91/5 123/10 140/8
full [5]  21/8 22/24 73/25 89/1 89/4
full-time [1]  22/24
fully [2]  25/10 70/23
funds [1]  72/9
funny [1]  59/18
furnish [1]  171/25
furnished [2]  39/21 102/6
further [2]  29/25 174/5

**G**

gamble [4]  121/13 122/5 122/6 122/21
gamblers [1]  122/3
gambling [2]  106/24 120/25
gardens [1]  142/2
gate [1]  42/9
gathered [1]  172/12
gathering [1]  30/25
gave [24]  16/17 17/7 29/16 40/4 58/12 68/6
 70/1 77/14 79/1 79/7 81/16 89/14 94/11
 103/6 103/9 128/5 130/4 136/15 136/20
 145/25 146/17 159/19 162/12 162/24
Gee [1]  19/21
general [4]  15/16 69/18 69/20 105/18
gentleman [5]  69/24 104/6 104/7 109/7 143/1
gentlemen [10]  2/22 7/25 8/21 52/25 54/25
 92/7 103/17 104/18 104/19 171/8
gets [1]  145/8
getting [4]  19/25 61/22 90/23 175/1
Giglio [5]  70/13 73/11 74/2 174/17 174/17
Gilliam [9]  3/5 40/15 40/17 49/17 49/18
 97/21 132/22 176/3 176/11
give [22]  4/12 6/16 33/4 34/2 40/19 52/18
 88/16 88/18 93/21 100/3 101/6 106/3 107/9
 108/3 109/16 122/22 131/1 144/20 145/3
 145/12 164/6 172/5
given [14]  70/15 72/11 132/13 143/22 144/1
 144/5 144/14 145/9 145/15 145/16 145/21
 146/3 146/7 164/21
gives [2]  32/24 88/14
giving [6]  4/11 5/6 70/20 102/25 110/2
 137/22
Giza [2]  56/7 56/11
glad [1]  126/21
glance [1]  28/14
glasses [3]  67/5 67/7 140/16
gloves [2]  15/13 16/13
God [1]  47/6
goes [5]  29/17 38/10 40/20 81/2 159/7
going [70]
gold [9]  34/9 34/11 34/21 34/23 106/18
 106/19 116/25 117/1 118/3
gone [4]  19/18 52/5 52/6 147/14
good [24]  2/2 2/23 3/4 3/9 3/10 6/13 7/24
 11/8 13/6 13/8 19/23 52/23 53/7 66/20
 105/12 122/14 122/15 122/17 137/3 137/10
 151/5 155/16 167/5 170/6
got [23]  23/9 23/11 25/3 25/4 27/7 28/2 29/14
 33/6 35/16 39/17 50/4 51/3 66/15 68/11 72/3
 74/6 78/1 81/13 101/13 101/24 102/2 113/3
 156/9

gotcha [2]  109/8 109/10
gotta [1]  164/10
gotten [1]  128/6
GOVERNMENT [18]  1/4 1/16 31/24 47/9
 70/14 70/16 70/24 89/7 90/10 132/22 156/9
 171/21 173/8 173/15 173/17 174/15 174/23
 175/9
Government's [41]  3/5 3/14 6/22 10/11 15/2
 28/11 29/3 32/12 43/22 44/2 45/6 45/14
 73/22 105/5 111/8 111/18 112/3 112/5
 112/11 112/15 112/22 113/1 113/4 113/8
 114/22 115/24 116/3 119/4 119/11 174/22
 176/15 176/16 176/17 176/18 176/19 176/20
 176/21 176/22 176/23 176/24 176/25
Grade [1]  140/4
grand [6]  71/10 75/9 75/25 76/1 83/2 86/25
grandchildren [1]  27/12
granddaughter [1]  27/17
grandsons [1]  27/12
grass [1]  142/2
gratitude [2]  16/3 16/9
great [5]  3/2 6/5 15/23 16/24 58/21
Greene [2]  29/18 29/18
grounds [3]  140/5 142/5 142/12
group [3]  13/16 29/22 59/15
growing [1]  141/25
guess [24]  2/15 5/22 19/21 49/4 51/8 55/17
 56/18 56/22 58/24 63/15 66/20 69/3 77/3
 79/6 95/7 96/24 97/19 122/25 127/12 140/20
 151/9 164/22 172/16 173/20
guide [2]  52/5 65/8
gun [1]  86/13
guy [3]  13/22 14/4 18/23
guys [4]  12/23 13/15 19/1 21/20
gym [18]  12/8 12/11 12/16 13/14 14/8 16/20
 19/3 19/12 19/16 19/19 20/10 21/20 160/6
 160/15 161/4 161/5 164/3 165/7
gymnasium [1]  162/25

**H**

hadn't [4]  49/4 154/25 155/2 155/2
half [11]  11/14 11/14 16/15 17/8 30/4 50/24
 50/24 74/3 139/14 163/1 173/10
hall [1]  140/7
hand [6]  10/18 32/20 44/7 44/11 114/13
 116/25
handed [2]  14/8 53/5
hands [1]  87/2
handwriting [9]  10/14 33/20 33/21 55/11
 55/12 55/13 55/14 58/3 58/4
handwritten [1]  37/15
happen [6]  26/18 47/8 79/2 103/4 125/9
 157/12
happened [6]  25/14 27/4 58/23 78/5 125/23
 173/21
happening [1]  54/13
hard [13]  23/9 48/2 67/17 109/7 121/1 121/2
 121/3 121/6 141/24 153/16 168/3 170/11
 171/2
harder [1]  137/6
hardly [1]  59/12
harm [1]  175/4
hated [1]  60/1
hates [1]  5/14
haven't [3]  75/4 98/7 111/22
having [1]  107/3
he'd [2]  69/20 159/1
he's [15]  13/6 13/10 14/6 14/19 17/17 63/1
 65/19 65/21 85/8 104/7 104/21 113/11 166/5
 166/5 170/6

**H**

head [6]  17/17 18/21 86/13 116/19 133/1 156/5
heading [1]  39/12
hear [3]  16/1 19/15 46/22
heard [15]  2/11 2/25 14/7 19/11 19/19 19/24 20/2 42/25 43/1 43/2 47/25 66/3 72/15 98/7 157/9
hearing [2]  4/2 24/1
hearings [1]  163/15
hearsay [3]  20/4 37/1 55/22
Heart [1]  13/23
heated [1]  141/20
heavens [2]  87/14 149/19
heavier [1]  15/12
heck [1]  15/19
held [5]  70/12 90/1 144/25 161/7 175/17
hell [1]  58/8
help [22]  4/7 4/9 14/19 16/4 42/5 42/17 42/18 42/19 47/6 60/9 60/16 66/21 75/3 75/17 99/24 101/9 133/5 134/17 134/20 159/12 170/9 170/15
helped [6]  14/2 16/16 16/21 18/11 18/13 148/10
helpful [1]  171/22
helping [2]  4/8 6/14
hemorrhaging [2]  100/25 101/9
here [18]  2/7 6/6 19/5 40/8 54/13 54/17 67/17 89/24 93/8 110/16 117/8 128/20 128/20 140/18 143/1 145/23 164/4 164/4
here's [1]  34/3
hero [2]  13/21 16/6
heroine [2]  13/24 14/4
hers [2]  5/24 36/20
herself [2]  41/22 74/25
hesitations [1]  7/12
hiding [1]  23/9
high [2]  106/15 106/15
Highway [1]  1/21
Hill [2]  38/22 45/17
himself [1]  159/7
hips [1]  100/4
hire [6]  12/9 22/10 22/18 22/20 23/1 95/25
hired [3]  22/24 87/15 159/12
History [1]  102/14
hit [6]  15/12 18/9 18/11 18/16 18/21 18/25
hitting [1]  18/23
hold [1]  110/7
Hollywood [4]  12/11 38/4 104/7 105/22
home [5]  16/18 134/13 134/14 136/23 137/1
honest [1]  115/14
honestly [3]  23/22 150/21 153/2
Honor [60]
HONORABLE [1]  1/12
hope [1]  17/8
hopefully [1]  7/1
hoping [1]  13/12
Hopkins [2]  174/14 175/3
horrified [1]  16/2
hospital [4]  102/24 102/25 103/6 135/17
hotel [9]  3/12 11/11 12/15 16/10 21/23 21/23 26/4 30/5 151/13
hour [3]  8/16 16/12 139/14
hours [2]  16/15 170/13
house [46]  19/5 19/5 22/3 22/4 22/5 29/24 38/22 42/1 42/9 42/12 51/19 52/11 52/16 57/9 57/11 57/12 68/17 96/3 96/25 97/3 136/11 137/25 138/2 138/3 138/5 138/6 138/8 138/10 138/10 138/12 138/16 138/17

138/18 139/6 139/6 139/7 139/9 139/22 140/5 141/1 141/19 141/22 141/23 142/10 142/14 152/3
however [1]  154/24
huge [4]  22/15 155/19 155/22 155/24
huh [15]  14/17 36/24 42/25 45/25 54/20 62/17 87/14 102/19 116/21 125/2 137/18 141/6 141/21 141/23 142/3
huh-uh [5]  36/24 42/25 87/14 102/19 141/6
hundred [9]  6/19 26/25 34/14 34/15 108/21 126/13 127/10 150/9 157/23
hunting [1]  102/4
husband [21]  3/24 5/6 9/12 48/16 56/20 56/25 60/6 69/10 75/22 77/17 79/5 79/16 81/4 81/8 84/25 89/12 92/25 137/5 143/4 152/9 154/2
husband's [6]  4/24 11/2 78/3 78/16 143/3 143/11

**I**

I'd [11]  3/14 15/7 49/8 54/1 55/18 73/23 80/9 133/19 139/15 163/3 171/23
I'll [12]  12/10 26/21 27/1 48/17 67/19 85/8 85/10 105/16 111/24 153/15 156/21 170/19
I'm [92]
I've [11]  15/22 54/1 70/22 73/24 114/22 125/4 153/17 157/9 160/5 171/23 172/18
idea [7]  35/23 82/3 95/24 98/3 143/19 158/4 162/19
identification [20]  9/22 43/6 48/25 49/1 55/9 58/2 66/23 79/21 80/2 84/21 91/20 107/18 114/23 133/8 134/7 138/24 144/10 153/18 161/13 163/4
identified [1]  41/22
identifiers [4]  90/8 92/1 96/15 156/17
identify [2]  14/16 107/17
identifying [1]  166/8
II [1]  140/4
immediately [2]  27/23 62/18
impeach [4]  55/24 56/2 90/15 174/9
importance [1]  149/24
important [1]  152/9
in-depth [1]  175/8
inabilities [1]  158/12
Inc [15]  34/10 44/6 45/17 46/5 96/1 96/18 97/13 97/24 97/25 98/5 98/5 98/12 98/15 99/5 99/8
inception [1]  71/16
inch [1]  100/4
incident [1]  172/14
included [2]  86/10 158/9
includes [1]  157/23
including [1]  73/5
income [6]  25/25 90/14 90/15 90/18 156/18 156/19
incorporated [1]  161/9
incorrect [3]  134/17 135/12 146/10
incorrectly [1]  167/18
indefinitely [1]  110/1
independent [1]  77/23
independently [1]  96/7
indicated [3]  115/8 117/25 150/14
indicates [2]  33/22 46/9
indication [1]  38/7
indictment [1]  11/19
individual [3]  19/9 30/8 90/3
individually [1]  12/19
individuals [4]  17/25 19/13 91/10 113/12
infant [1]  134/4
inflation [1]  151/23

inform [1]  70/14
information [21]  14/2 70/24 72/25 73/5 75/11 85/20 86/5 88/17 91/6 92/6 92/8 92/9 93/22 94/11 107/20 117/17 117/20 118/19 174/3 174/18 174/22
informed [2]  53/23 82/24
infrequent [1]  33/17
Inn [1]  5/20
inquiry [2]  174/4 174/5
insemination [1]  100/9
inseparable [1]  59/11
inside [1]  113/12
insights [1]  15/24
instance [4]  35/24 38/8 117/25 129/22
instantly [1]  15/14
instead [2]  96/7 118/16
instructor [2]  13/9 13/10
intelligence [1]  16/4
intelligent [1]  64/18
interactions [1]  111/13
interest [7]  11/3 108/17 109/2 109/13 109/22 110/2 120/6
interfere [1]  90/2
interject [1]  71/14
Internal [1]  25/2
interrogatories [1]  3/25
interrupt [3]  104/5 104/19 146/16
interrupted [1]  26/4
interrupts [1]  145/17
interview [4]  72/5 72/6 72/7 75/10
interviewed [1]  157/11
introduce [1]  163/3
introduced [1]  97/20
invest [6]  20/11 20/21 20/21 20/23 160/8 162/25
invested [2]  160/6 164/3
investigating [2]  78/11 143/18
investigation [10]  75/1 83/1 86/24 87/7 143/20 143/23 143/25 144/15 146/8 160/23
investigator [1]  173/16
investigators [1]  157/10
investment [3]  163/19 164/24 173/13
investors [3]  150/10 150/13 150/19
invite [1]  26/15
invoice [2]  34/8 34/16
involved [4]  19/25 21/17 81/19 82/1
involvement [1]  81/21
involves [1]  106/9
IRS [26]  6/2 25/5 88/3 151/8 152/9 152/11 152/13 152/20 152/21 152/23 152/25 154/5 154/9 154/15 155/11 155/20 155/22 155/24 156/2 156/4 157/2 157/6 158/7 158/14 158/19 159/1
ish [1]  54/3
isn't [9]  17/9 34/14 57/14 57/19 57/22 65/6 65/10 80/6 151/19
issuance [1]  71/1
issue [3]  73/11 90/23 172/11
issues [1]  2/7
it'd [1]  116/20
it's [70]
item [3]  127/13 128/17 128/17
itemize [2]  95/11 95/15
itemized [1]  93/18
items [7]  116/14 116/15 117/25 127/10 127/23 128/4 129/8
itself [3]  44/18 100/6 114/11

**J**

J's [1]  98/6

## J

jail [1] 47/12
January [12] 11/10 38/10 39/14 43/18 44/15
58/5 58/9 152/1 153/9 167/6 167/21 170/2
January 10th [1] 39/14
January 15th [1] 11/10
January 1992 [1] 167/6
January 20th [1] 38/10
January 22 [2] 43/18 44/15
January 2nd [1] 167/21
January 8th [1] 153/9
Jason [2] 13/22 14/17
Jencks [1] 145/24
jerk [1] 94/21
jewelry [14] 106/16 106/17 114/8 114/13
115/21 116/6 116/8 116/11 116/12 118/25
119/14 119/15 119/18 121/18
JM [16] 29/6 32/19 33/8 33/14 33/20 34/8
34/17 35/11 36/11 36/15 37/7 37/15 37/23
39/25 40/7 89/2
JM-253 [1] 29/6
JM-255 [1] 33/14
JM-257 [1] 33/8
JM-259 [1] 32/19
JM-273 [1] 33/20
JM-279 [1] 34/8
JM-287 [1] 34/17
JM-407 [1] 35/11
JM-411 [1] 36/11
JM-412 [1] 36/15
JM-414 [1] 37/7
JM-415 [1] 37/15
JM-416 [1] 37/23
JM-499 [1] 39/25
JM-548 [1] 40/7
JM498 [1] 39/2
job [2] 15/23 16/24
jotting [1] 34/3
Joyce [52] 6/12 10/16 22/21 25/15 26/22
29/16 33/4 33/10 33/12 34/2 34/21 34/25
35/15 36/19 39/7 39/17 40/4 44/7 60/15
60/21 60/23 63/13 66/5 76/9 77/19 81/8
82/20 83/2 84/12 93/2 93/3 94/23 95/9 96/7
98/5 99/1 99/4 99/8 103/3 133/18 137/4
154/6 156/1 156/25 157/12 166/19 167/11
168/2 168/12 168/13 168/19 168/24
Joyce's [3] 27/12 27/17 99/24
Jude [27] 3/5 29/8 32/25 33/10 35/5 38/2
40/15 40/17 40/23 41/17 44/5 46/20 46/25
49/17 49/17 63/9 73/7 75/11 97/17 97/20
97/21 97/21 98/5 98/17 132/22 176/3 176/11
JudeMontassir [1] 29/9
judge [23] 1/13 32/10 45/12 52/2 53/24 61/24
62/7 85/8 90/9 90/20 91/12 91/14 104/3
104/8 120/12 129/11 144/18 145/17 147/6
170/19 172/3 173/23 175/3
July [4] 3/12 55/16 117/9 126/18
July 10th [1] 126/18
July 14th [1] 117/9
July 22nd [1] 55/16
jumped [1] 153/9
jumping [1] 160/4
June [6] 34/9 41/3 45/23 58/5 131/15 131/21
June 12th [1] 34/9
June 16th [1] 131/21
juror [2] 2/6 53/5
jurors [4] 2/16 8/17 54/21 104/12
jury [30] 1/11 2/19 8/3 8/18 12/4 53/4 54/8
54/22 55/4 56/22 57/8 57/19 60/7 60/15

60/17 64/6 64/14 64/17 71/10 75/9 75/25
76/1 83/2 86/25 91/5 103/19 104/14 104/15
171/15 173/25
just [90]
just -- I [1] 113/3
justice [1] 77/24

## K

K-e-n-t-o-n [1] 139/7
K-e-t-t-o-n [2] 139/8 139/9
K-w-i-k [2] 105/19 105/20
karat [4] 118/3 128/5 128/12 129/18
karate [1] 15/11
Kedington [2] 139/8 139/9
Keechl [1] 1/20
keep [14] 9/13 31/2 31/3 31/3 54/2 62/22
83/12 109/7 110/1 110/1 110/2 118/25
127/17 135/13
keeping [2] 5/2 30/25
Kelly [1] 172/12
KENNETH [1] 1/12
Kenton [1] 139/7
kept [6] 7/10 9/14 27/5 32/6 66/5 115/6
Ketton [3] 139/6 139/8 139/9
kick [2] 14/4 17/16
kickboxing [2] 13/24 15/11
kicks [2] 14/6 14/7
kind [12] 14/6 81/21 90/17 91/10 105/17
106/12 137/4 137/6 137/25 138/11 138/12
141/16
kinda [3] 25/20 94/1 115/15
kindly [2] 24/10 53/22
kindness [1] 16/4
kitchen [1] 140/21
kitchen/breakfast [1] 140/21
knew [25] 6/7 12/22 22/19 27/1 58/10 72/12
72/14 72/21 72/23 72/24 77/2 77/21 137/20
149/7 157/12 159/7 160/2 160/17 163/21
164/20 167/6 173/8 173/13 174/6 174/16
knocked [1] 30/5
know [202]
knowing [1] 27/1
knowledge [8] 16/2 17/15 25/24 41/6 65/22
77/9 112/13 112/24
known [4] 41/3 77/15 90/3 97/18
knows [3] 13/5 13/6 126/14
Kopelowitz [1] 1/20
Kwik [14] 105/18 105/19 114/24 115/7 117/7
119/6 123/9 125/10 125/11 126/16 127/16
130/9 131/15 131/22
KWIK-003 [1] 123/9
KWIK-005 [1] 125/10
KWIK-009 [1] 125/11
KWIK-013 [1] 126/16
KWIK-041 [1] 130/9
KWIK-045 [1] 131/15
KWIK-053 [1] 131/22
KWIK-059 [1] 117/7
KWIK-81 [1] 127/16

## L

La [1] 14/13
labeled [2] 29/5 39/10
ladies [10] 2/22 7/25 8/21 52/25 54/25 92/7
103/16 104/18 104/19 171/8
large [1] 27/11
Larry [8] 22/25 24/10 69/19 69/21 74/23
143/7 159/21 159/21
Larry's [2] 74/22 74/23
last [11] 3/11 4/5 6/21 7/5 7/9 7/20 19/17

39/17 63/1 97/10 105/6
late [1] 173/16
lately [1] 65/16
later [13] 10/21 30/4 39/18 59/19 61/9 91/25
92/10 96/3 119/16 124/9 125/22 150/23
163/2
latest [1] 15/18
Lauderdale [12] 1/18 15/10 15/17 19/6 25/3
31/9 33/23 39/16 44/6 44/8 70/16 117/12
laundry [1] 140/23
Laurence [1] 1/16
law [18] 27/9 66/11 72/1 72/9 79/11 106/7
106/8 110/7 113/11 115/11 116/6 116/13
116/23 118/15 118/19 118/24 118/24 172/17
lawyer [16] 5/25 6/3 11/2 11/2 65/11 65/14
74/13 74/15 74/25 78/3 79/12 86/9 86/22
93/17 142/22 145/17
lawyers [1] 77/24
lead [2] 64/14 64/17
leading [1] 17/2
learn [6] 10/21 12/25 13/3 13/9 36/22 73/21
learned [4] 74/5 123/7 174/4 175/5
Leasing [4] 93/4 94/24 95/8 156/25
least [13] 87/10 89/6 107/6 109/2 109/3
127/13 163/22 164/19 167/6 173/7 173/13
174/17 174/17
leave [4] 40/23 53/1 56/17 171/10
leaving [3] 14/8 39/24 54/9
led [1] 64/19
Lee [1] 34/19
left [13] 10/18 32/20 41/16 43/16 51/15 59/1
59/16 64/10 67/20 67/23 80/7 106/14 154/3
left-hand [2] 10/18 32/20
legal [3] 66/15 83/3 83/3
legalese [2] 75/24 80/8
Legend0999 [1] 29/12
legitimate [2] 90/17 97/3
less [5] 71/1 82/14 109/3 163/2 173/10
let [48] 3/21 5/15 7/8 9/22 28/11 28/24 31/24
35/3 36/14 39/25 45/6 48/22 55/9 56/23 58/1
66/25 70/6 76/8 79/21 80/2 84/20 85/16
91/20 92/13 111/7 120/21 123/4 123/8 124/9
124/22 125/11 126/15 130/9 130/23 133/7
134/6 138/23 144/9 146/20 150/12 150/22
153/21 161/12 165/5 166/14 167/23 168/4
170/1
let's [20] 2/15 7/2 8/17 39/11 47/19 52/25
54/21 57/25 92/13 99/12 103/16 104/14
106/20 107/5 107/5 121/10 121/22 142/17
157/18 166/18
letter [9] 34/16 34/22 51/22 55/15 56/18
59/18 59/20 76/21 77/16
letters [3] 50/20 52/13 58/17
Lewis [10] 76/16 76/18 76/19 76/24 77/9
77/12 77/14 78/2 78/10 79/6
Liability [1] 162/10
liberty [2] 118/1 118/3
lie [7] 48/9 51/15 55/7 63/12 63/15 63/17
63/19
lied [1] 47/9
lies [2] 47/14 48/10
life [3] 58/8 58/22 125/5
lifestyle [1] 4/24
lift [3] 12/7 12/22 15/12
lifting [1] 12/7
lifts [1] 13/5
liked [7] 48/20 51/9 51/12 59/12 68/11 68/12
122/19
limit [1] 6/18
limited [2] 90/24 162/10

**L**

Linda [2] 103/3 103/5
line [21] 4/18 5/16 6/4 6/4 6/4 6/4 85/19
92/22 95/15 106/15 144/11 144/12 145/19
150/12 156/16 156/19 167/10 167/12 169/17
169/17 170/22
line 11 [1] 167/10
line 13 [1] 167/12
line 16 [2] 6/4 150/12
line 2 [1] 144/11
line 3 [1] 169/17
line 486 [1] 4/18
line 5 [6] 92/22 95/15 144/12 156/16 156/19
169/17
line 574 [1] 5/16
line 6 [1] 170/22
line 616 [1] 6/4
line 620 [1] 6/4
lines [1] 6/10
list [17] 87/23 88/1 89/18 94/23 95/3 95/5
95/18
listed [8] 36/1 89/8 94/9 94/10 96/8 96/12
117/22 140/4
listen [1] 20/18
listening [2] 63/13 151/21
listing [1] 157/20
lists [2] 88/5 95/8
literally [1] 86/11
little [12] 5/4 9/10 13/16 18/19 23/15 82/6
116/20 121/10 141/23 142/13 155/19 167/15
live [8] 4/22 5/3 38/25 67/12 67/13 137/4
137/7 137/10
lived [10] 5/9 22/1 29/23 32/18 50/6 50/11
51/16 51/18 55/5 56/11
living [13] 5/2 12/13 22/6 26/14 38/18 40/11
50/10 56/12 56/13 68/8 135/8 136/9 137/25
LLC [3] 162/10 165/17 166/9
loan [7] 107/10 107/15 107/16 108/1 108/14
109/14 163/19
loaned [7] 118/4 124/3 124/4 129/22 131/4
131/17 131/25
loaning [1] 106/9
locate [1] 31/6
located [2] 105/21 106/22
London [2] 103/10 139/13
lonely [1] 102/20
long [20] 5/1 6/23 7/6 7/9 11/16 13/10 21/10
28/18 42/2 49/5 59/18 66/12 91/9 94/16
105/23 111/1 134/11 149/19 168/14 169/15
longterm [1] 85/22
looked [7] 53/8 59/9 59/16 94/17 94/20 153/5
158/1
looking [6] 8/15 27/5 42/6 67/15 91/11 117/8
looks [10] 28/21 33/23 34/9 34/11 34/17
39/12 44/11 44/12 46/6 157/25
lose [2] 109/20 122/10
losers [1] 122/7
loss [5] 156/18 156/24 157/2 158/6 158/20
losses [1] 26/1
lost [2] 52/13 120/1
lot [29] 5/1 6/7 13/6 13/6 14/8 38/6 42/19
43/8 50/3 64/10 67/17 67/18 76/22 100/3
100/6 101/5 102/16 106/25 117/20 120/1
121/12 125/24 139/25 141/8 148/24 149/7
151/23 152/21 170/11
loud [1] 15/5
love [1] 59/4 59/6 62/18 63/25
loved [4] 59/15 59/19 59/20 68/11
lump [4] 83/9 83/16 83/18 83/18
lumped [1] 96/6
lunch [5] 52/24 52/25 53/7 53/9 55/4

**M**

M-a-l-d-e-g-a-n [1] 143/9
M-a-t-t-a-c-h-i-o-n-e [2] 105/3 105/9
ma'am [13] 2/17 2/18 8/4 8/9 36/4 52/3
54/15 103/20 104/9 132/20 171/16 172/6
172/10
Magistrate [1] 174/14
magnitude [1] 16/1
mail [14] 1/25 28/8 28/23 29/7 29/9 29/11
29/13 29/14 29/15 29/25 30/18 43/4 43/13
158/25
mails [3] 28/14 30/8 30/14
main [4] 61/4 61/6 161/6 174/19
maintain [3] 11/19 19/2 30/22
maintained [2] 38/15
maintains [1] 19/7
makes [1] 58/22
making [7] 4/24 5/10 37/20 137/21 145/21
153/6 162/8
Maldegan [4] 143/7 150/8 150/20 151/19
man [15] 12/11 13/11 14/12 18/11 27/20
34/18 51/18 59/3 62/14 62/16 62/18 62/21
76/20 79/1 79/13
manager [1] 105/18
managing [1] 166/9
Manhattan [1] 167/16
manner [1] 22/11
March [1] 34/22
March 16th [1] 34/22
Marco [3] 34/6 34/9 34/18
Margate [2] 22/4 23/17
mark [1] 66/23
marked [23] 9/22 14/15 28/11 31/24 35/11
43/6 48/25 48/25 55/9 58/1 79/21 80/2 80/17
84/20 91/20 123/8 133/7 134/6 138/23 144/9
147/2 165/12 165/5
MARKS [49] 1/6 2/4 33/15 33/22 36/2 36/8
45/2 46/10 53/6 53/16 76/9 77/20 82/20 83/2
84/12 87/23 88/1 88/6 88/21 88/22 89/8 93/3
94/23 96/6 98/2 99/1 103/25 110/14 110/24
110/25 111/12 111/14 111/15 111/16 111/19
111/25 111/25 112/6 113/10 113/15 115/12
115/19 117/11 118/12 119/14 127/25 128/1
156/11 156/24 162/17
MARRA [2] 1/2 1/12
married [1] 99/18
martial [2] 13/9 13/10
Maryland [1] 136/4
mass [1] 22/15
massively [1] 151/8
materials [3] 93/1 94/25 156/22
math [1] 158/13
math's [1] 127/5
Mattachione [7] 104/25 105/5 105/8 105/12
105/13 105/14 176/6
matter [5] 11/21 15/15 54/6 78/10 177/19
mature [2] 140/5 142/2
maturity [3] 107/21 108/9 125/3
May 11th [1] 32/21
May 31st [1] 131/12
May 3rd [1] 131/16
maybe [11] 12/2 54/2 54/3 77/21 79/18
126/13 152/14 167/10 169/1 169/14 171/3
me [186]
mean [26] 4/2 5/17 6/4 55/23 63/16 64/11
71/6 84/25 92/19 94/16 95/4 96/18 97/8
97/20 108/11 115/15 127/10 130/6 136/14

meaning [1] 81/3
means [4] 80/8 147/1 147/3 158/5
mediation [3] 3/25 24/3 68/22
medium [3] 138/11 138/12 139/22
medium-sized [1] 139/22
meet [11] 41/22 78/9 78/12 81/23 83/6
147/22 148/3 166/24 167/11 167/20 168/20
meeting [3] 3/12 15/15 79/6
meetings [1] 169/16
member [1] 111/20
members [9] 12/4 22/7 111/4 114/7 115/13
116/16 162/17 166/9 166/9
memory [11] 37/10 76/8 76/13 150/23 151/4
153/16 167/24 168/1 168/6 170/9 170/16
men [4] 12/20 12/20 27/11 65/12
mental [1] 113/3
mention [2] 13/19 61/9
mentioned [6] 17/20 24/23 38/21 69/3 87/15
120/19
merchandise [5] 106/4 106/15 107/12 107/19
119/19
Merit [1] 177/16
Merry [2] 38/22 45/17
mess [1] 89/3
messages [1] 15/14
met [39] 12/11 19/19 27/9 30/10 30/12 30/17
36/23 36/24 37/13 56/25 58/19 59/8 60/20
61/11 62/11 62/13 62/15 62/16 62/21 67/11
74/7 74/19 74/21 76/4 76/9 76/24 78/22 79/7
82/4 111/4 148/2 166/19 168/2 168/12
168/13 168/19 168/20 168/22 168/25
Metals [3] 9/3 9/6 32/24
Mexico [20] 24/1 24/8 24/16 57/9 68/21 69/4
70/20 71/7 72/15 73/4 74/10 75/4 75/8 75/17
75/21 83/21 84/10 85/4 138/4 152/5
Miami [1] 23/16
Michael [14] 10/16 25/15 33/10 33/12 34/25
77/19 80/19 83/2 93/3 111/19 111/20 111/25
116/19 123/2
Michaels [13] 44/8 76/10 82/20 84/12 94/23
95/9 96/7 98/5 98/5 99/1 99/4 99/8 156/25
Michigan [1] 120/16
microphone [1] 61/21
middle [1] 46/1
middleweight [2] 13/12 18/8
Midtown [1] 167/15
might [8] 28/20 66/21 75/10 107/25 126/1
128/6 140/19 171/7
Miller [7] 39/18 39/22 40/2 40/24 41/2 41/4
41/17
Miller's [1] 39/7
million [12] 3/25 80/20 80/21 150/9 154/13
154/22 155/9 156/23 157/14 157/16 157/20
158/2
millions [6] 4/7 83/9 84/11 84/25 86/11
152/10
mind [4] 24/10 58/10 92/13 104/10
minds [1] 15/24
mine [6] 42/10 76/20 110/12 110/13 123/24
127/5
minimal [1] 155/14
minute [2] 8/1 120/21
minutes [4] 7/1 103/18 104/6 121/4
miscarriage [3] 99/21 99/22 100/17
miscarriages [2] 99/13 99/15
miscarried [3] 99/17 100/18 135/25
misconduct [1] 175/9
miserable [1] 5/5

## M

mislead [1]  64/6
misleading [1]  145/19
missed [1]  59/20
missing [1]  31/14
misstated [2]  98/16 153/3
mistake [1]  125/4
mistaken [2]  116/18 146/6
mistakes [1]  162/8
Mitzi's [1]  15/23
mixed [1]  60/12
model [1]  107/19
Mohammed [30]  50/7 51/11 51/16 55/5
 56/25 58/10 59/1 59/4 59/9 60/2 60/4 60/6
 60/9 60/9 60/16 61/7 61/9 61/11 62/10 62/12
 62/21 63/5 63/9 64/1 65/8 67/11 67/23 68/6
 68/10 68/13
mom [1]  22/24
moment [10]  4/14 41/19 52/21 59/4 59/9
 80/11 84/16 89/22 144/18 172/25
money [88]
monies [2]  68/24 158/20
Montassir [50]  3/5 3/9 3/21 8/25 11/9 29/8
 30/21 32/25 33/10 35/5 38/2 40/16 40/17
 40/23 41/17 43/3 44/5 47/25 48/5 48/11
 48/18 49/18 49/19 49/20 50/7 50/8 50/9
 51/11 51/13 54/1 54/9 54/16 62/22 62/24
 62/25 63/9 63/10 70/21 74/14 85/21 97/21
 97/24 132/22 132/25 133/3 133/4 163/9
 176/3 176/11
Montassir's [3]  85/23 104/5 104/20
month [15]  6/19 21/13 30/4 56/6 56/11 56/15
 109/13 119/22 119/22 120/3 126/8 126/13
 127/6 127/7 163/2
months [7]  5/22 22/2 23/3 23/6 74/6 100/22
 174/7
moral [1]  143/15
morning [11]  2/2 2/14 2/23 2/24 3/4 3/9 3/10
 16/20 32/15 66/3 69/3
most [4]  15/8 50/22 52/6 113/22
mostly [5]  50/11 60/6 87/22 101/4 141/1
Motai [2]  13/5 15/19
motion [1]  175/6
motions [2]  174/3 174/14
move [17]  10/7 18/22 32/8 39/11 52/11 55/18
 80/9 85/9 85/10 91/24 125/12 133/19 139/15
 161/25 163/3 163/10 165/15
moved [13]  21/22 21/22 21/23 22/2 23/7 23/9
 23/12 26/10 26/11 31/9 50/1 51/18 68/6
moving [1]  56/12
Mr [7]  176/4 176/5 176/7 176/8 176/9 176/10
 176/12
Mr. [38]  3/3 8/22 52/23 53/22 55/1 62/1 62/4
 70/5 71/3 71/23 73/16 74/21 75/20 76/19
 76/24 77/9 77/12 77/14 78/2 78/10 79/6
 81/23 96/5 104/23 105/12 120/18 122/22
 147/16 149/23 149/23 150/8 150/20 151/19
 165/15 172/3 174/11 174/13 174/20
Mr. Bardfeld [5]  70/5 71/3 71/23 73/16
 74/21
Mr. Lewis [8]  76/19 76/24 77/9 77/12 77/14
 78/2 78/10 79/6
Mr. Maldegan [3]  150/8 150/20 151/19
Mr. Mattachione [1]  105/12
Mr. Ogden [1]  149/23
Mr. Raley [1]  96/5
Mr. Schwartz [2]  52/23 55/1
Mr. Stack [4]  75/20 81/23 147/16 149/23
Mr. Stefin [11]  3/3 8/22 53/22 62/1 62/4

104/23 120/18 165/15 172/3 174/13 174/20
Mr. Stefin's [2]  120/22 174/11
Ms. [21]  2/4 3/9 3/21 8/25 11/9 30/21 43/3
 53/16 54/1 54/9 54/16 70/20 70/21 74/14
 80/19 103/25 104/5 104/20 110/19 132/25
 163/9
Ms. Deveraux [1]  70/20
Ms. Marks [3]  2/4 53/16 103/25
Ms. Michael [1]  80/19
Ms. Montassir [13]  3/9 3/21 8/25 11/9 30/21
 43/3 54/1 54/9 54/16 70/21 74/14 132/25
 163/9
Ms. Montassir's [2]  104/5 104/20
Ms. Rose [1]  110/19
MTB [1]  32/23
much [32]  3/22 3/22 5/12 8/13 16/17 18/1
 19/4 19/4 22/23 23/18 25/11 35/15 51/18
 58/22 59/12 75/24 94/13 94/14 94/14 99/11
 102/19 116/11 122/20 130/22 152/25 154/3
 154/20 154/24 155/6 155/11 161/21 174/24
multiple [2]  33/18 36/7
muscle [1]  13/7
Museum [1]  102/13
Mutual [1]  46/6
myself [6]  50/11 100/3 101/4 101/7 101/7
 102/19

## N

name [61]
named [2]  14/13 51/13
names [3]  39/23 96/8 116/22
naming [1]  39/14
Nancy [1]  27/9
Nancy's [1]  27/25
Nantucket [1]  20/3
narrow [1]  139/25
nasty [1]  102/18
national [1]  15/10
Natural [1]  102/13
nature [2]  90/16 119/1
near [2]  41/14 102/13
nearly [2]  22/14 152/2
necessarily [1]  98/13
necessary [1]  90/13
need [17]  2/7 13/7 60/13 67/7 73/18 73/21
 91/9 98/14 107/6 107/14 107/23 109/16
 140/16 147/6 170/17 172/8 172/24
needed [9]  22/18 42/18 69/8 72/16 101/9
 106/21 118/12 121/8 146/13
needing [1]  106/2
needles [1]  100/4
needs [2]  90/14 104/21
negotiating [2]  152/2 152/3
neighbor [3]  36/20 36/21 36/21
neighborhood [2]  23/8 23/12 42/7
neighbors [1]  22/9
nerve [1]  63/23
nervous [1]  149/20
never [24]  10/21 13/18 14/7 16/3 16/5 39/20
 42/25 43/1 43/2 51/18 51/18 55/5 58/12
 58/15 84/14 89/5 101/8 136/2 136/11 143/4
 148/12 157/9 160/17 171/24
never-ending [1]  16/5
new [51]  6/15 24/1 24/8 24/16 27/10 47/21
 50/25 51/6 57/5 57/8 57/9 57/14 57/20 58/6
 58/11 58/25 68/20 69/4 70/20 72/15 72/15
 73/3 74/10 75/4 75/8 75/17 75/21 83/20 84/9
 85/4 101/24 120/15 133/5 135/8 135/10
 135/16 135/17 135/21 135/25 136/13 136/20
 138/4 142/8 152/3 152/5 164/3 167/3 167/12

167/14 168/16 169/16
next [11]  3/14 6/21 16/20 21/24 22/9 33/8
 33/9 36/21 44/20 81/7 125/3
next-door [3]  21/24 22/9 36/21
nice [7]  47/25 121/18 121/25 122/10 138/6
 171/13 172/7
Nicole [2]  165/8 165/25
Nights [1]  14/23
Nile [2]  57/1 59/5
nine [4]  124/1 127/7 156/23 157/14
nine-month [1]  127/7
Nineteen [1]  105/24
no [182]
Nobody [1]  147/25
none [2]  2/9 19/10
nonstop [2]  58/9 58/13
normal [2]  88/8 108/19
normally [2]  117/15 119/15
North [13]  31/8 38/18 38/22 39/11 39/15
 40/11 40/18 45/17 100/24 105/22 135/14
 135/23 136/2
Norvel [1]  65/15
notarized [2]  41/8 145/1
notary [1]  147/16
notation [3]  10/18 34/1 38/13
note [7]  33/20 34/17 37/16 53/5 172/14 173/6
 174/14
notes [11]  2/12 7/11 7/14 8/15 53/2 153/6
 153/9 153/12 153/22 171/10 172/13
nothing [5]  47/5 59/18 98/15 147/4 173/1
notice [3]  11/4 90/4 94/3
November [7]  58/8 59/9 124/19 125/7 125/8
 150/14 177/20
November 18th [2]  124/19 150/14
November 1st [2]  125/7 125/8
number [30]  24/24 31/6 32/19 33/14 33/24
 33/24 36/3 38/11 39/2 39/13 39/16 40/19
 43/3 44/15 46/7 46/10 50/22 53/5 73/24 85/3
 89/11 90/5 90/7 99/23 113/18 129/1 133/23
 155/8 155/10 165/18
number 1 [1]  53/5
number 1204N [1]  39/16
number 1718 [1]  44/15
numbers [5]  34/3 107/19 107/19 117/14
 155/16
numerous [1]  33/11

## O

oath [9]  2/18 8/9 54/15 60/7 65/13 88/9
 132/21 147/14 147/15
object [5]  20/13 85/8 147/6 158/21 171/22
objection [83]
objectionable [1]  62/5
objections [1]  62/4
obligation [1]  70/14
obtained [1]  89/7
occasion [7]  43/14 72/10 74/20 114/3 121/15
 129/23 131/5
occasions [5]  43/3 58/16 128/9 130/4 130/5
occupation [2]  117/16 117/22
Ocean [1]  39/15
October [7]  37/25 123/23 123/24 124/18
 124/18 124/21 125/6
October 1 [1]  37/25
October 18th [1]  123/24
October 19th [4]  123/23 124/18 124/21
 125/6
odd [1]  28/2
oddly [1]  27/6
off [31]  14/7 42/14 61/22 68/5 88/4 91/6

**O**

**off...** [25] 116/18 142/13 151/7 154/5 154/10 154/15 154/20 154/22 155/1 156/3 156/10 156/24 157/3 157/6 157/14 157/16 158/2 158/7 158/13 158/15 158/20 159/2 171/4 175/16 175/17
**offer** [14] 14/24 20/23 22/10 28/25 43/22 45/11 49/8 111/23 112/7 112/17 113/4 115/24 119/4 134/24
**office** [10] 1/17 38/11 74/21 86/23 96/25 119/6 165/17 169/16 172/19 172/22
**officer** [2] 72/1 174/9
**officers** [1] 86/22
**Official** [1] 1/23
**often** [14] 13/14 35/15 36/9 42/14 50/24 113/15 113/19 113/22 122/9 168/21 168/24 169/7 169/8 170/25
**Ogden** [13] 21/24 24/9 75/21 78/22 81/23 89/8 142/24 143/14 149/9 149/17 149/23 159/5 159/17
**Ogden's** [11] 22/11 23/1 23/13 25/4 25/17 87/16 89/17 159/12 159/15 159/24 173/8
**oh** [24] 4/11 16/11 19/4 26/25 39/19 42/17 42/25 48/7 78/5 78/16 84/23 86/16 94/20 100/21 101/5 121/24 125/1 125/17 130/19 132/18 141/13 141/16 149/19 150/25
**okay** [83]
**old** [8] 31/16 67/2 120/25 138/13 138/14 141/10 151/7 151/22
**once** [11] 8/4 26/7 59/13 83/16 100/1 100/25 103/11 152/13 158/1 171/3 172/9
**one** [87]
**One's** [1] 92/25
**one-third** [1] 173/14
**one-time** [1] 34/20
**ones** [4] 90/10 125/19 128/22 161/6
**ongoing** [3] 86/25 143/23 144/15
**only** [27] 6/25 9/1 28/3 28/5 64/14 65/10 77/15 80/21 81/3 90/24 91/8 92/8 100/7 101/8 103/11 109/22 116/15 122/15 122/18 124/5 126/11 130/8 153/18 155/14 171/11 173/16 174/19
**open** [1] 170/14
**opened** [2] 19/20 42/9
**opening** [3] 19/12 19/16 20/9
**operates** [1] 106/1
**operations** [1] 45/16
**opinions** [3] 53/1 103/17 171/10
**opportunity** [3] 72/6 153/24 154/1
**opposed** [1] 57/22
**order** [12] 2/1 9/9 44/21 44/24 49/14 70/25 71/2 73/3 73/20 104/20 114/7 118/13
**orders** [1] 138/18
**ordinary** [1] 115/6
**original** [1] 172/1
**originally** [2] 11/20 142/7
**originator** [2] 38/1 46/5
**Ostrow** [1] 1/20
**other's** [1] 59/13
**others** [2] 89/8 128/19
**otherwise** [1] 63/24
**ounce** [2] 16/13 34/11
**our** [3] 52/25 170/16 175/6
**outgoing** [3] 32/23 33/10 33/15
**outright** [1] 108/6
**outside** [6] 19/3 22/19 27/10 27/23 104/10 139/12
**over** [34] 16/21 23/5 26/16 33/11 35/10 35/20 35/22 35/22 44/7 47/19 74/2 76/22 86/11

88/25 89/24 109/6 113/15 113/25 114/13 116/6 122/14 125/12 129/8 129/8 137/15 147/14 149/20 154/14 168/17 170/23 171/1 171/19 172/15 173/17
**overdrawn** [1] 5/11
**overnight** [2] 170/15 172/2
**overrule** [1] 62/7
**Overruled** [8] 17/3 18/3 50/17 61/20 64/9 77/1 148/19 158/23
**overweight** [1] 12/6
**owe** [2] 152/25 154/6
**owed** [3] 22/14 82/13 87/8
**owing** [1] 82/8
**own** [2] 64/18 65/22
**owned** [2] 160/7 162/13
**owner** [1] 173/14

**P**

**P-i-e-t-r-o** [1] 105/9
**p.m** [4] 53/13 103/22 103/22 175/20
**packages** [2] 26/25 43/4
**paddock** [1] 142/2
**page** [17] 4/17 5/15 5/25 6/9 17/8 28/13 33/8 39/11 46/1 80/17 85/17 91/6 92/14 143/21 150/12 167/9 169/16
**page 18** [1] 4/17
**page 21** [1] 5/15
**page 22** [1] 150/12
**page 23** [1] 5/25
**page 26** [1] 167/9
**page 28** [1] 169/16
**page 33** [1] 6/9
**page 6** [1] 143/21
**page 7** [1] 85/17
**pages** [6] 1/10 6/25 8/15 28/20 139/4 170/12
**paid** [38] 4/6 6/1 23/2 23/23 23/23 24/23 25/16 69/17 70/17 70/18 70/19 71/21 72/8 88/22 89/1 89/1 89/4 93/10 93/12 94/6 94/7 95/23 107/6 138/3 152/21 154/9 154/12 155/2 155/3 155/3 155/6 155/14 155/25 156/10 156/24 159/15 159/17 173/8
**pair** [6] 51/19 67/7 123/15 123/15 129/17 129/18
**Palace** [1] 69/1
**Palm** [2] 1/7 1/24
**paper** [5] 14/9 48/22 75/22 107/21 107/21
**papers** [5] 23/4 39/19 41/5 81/5 84/9
**paperwork** [7] 22/15 22/16 22/18 25/4 108/4 114/16 118/18
**paragraph** [4] 40/21 80/18 81/7 85/16
**paragraph 3** [1] 40/21
**paragraphs** [2] 40/20 80/7
**parentheses** [1] 154/4
**parenthesis** [2] 32/23 32/24
**Paris** [1] 58/11
**Park** [4] 102/10 102/12 134/3 134/11
**parsonage** [1] 142/7
**participation** [2] 73/24 73/25
**particular** [7] 5/23 33/3 36/2 38/13 131/5 172/14 174/6
**parties** [4] 9/1 9/2 74/12 87/3
**partner** [3] 160/19 160/25 161/2
**partners** [4] 160/15 162/13 165/7 165/10
**passed** [2] 10/25 79/20
**passing** [1] 7/11
**passport** [6] 67/2 67/9 67/15 170/9 171/18 171/25
**past** [2] 74/2 156/1
**patience** [1] 16/5
**pattern** [3] 129/4 175/8 175/10

**pawn** [15] 105/18 105/20 105/23 105/25 106/8 114/25 115/7 116/9 119/7 119/14 122/12 122/25 128/9 128/25 129/1
**pawnbroker** [2] 123/1 127/9
**pawned** [15] 106/8 118/25 121/20 121/22 123/12 124/18 125/6 125/8 125/20 127/7 127/8 127/23 130/3 131/10 131/15
**pawning** [3] 106/5 124/14 127/10
**pawnshop** [6] 105/21 106/15 110/25 111/5 115/5 119/6
**pawnshops** [1] 119/1
**pay** [46] 6/20 9/12 10/4 10/20 11/3 24/12 44/21 44/24 66/10 66/12 66/13 69/13 69/15 71/6 71/7 82/16 83/9 83/19 83/21 83/25 84/10 87/8 89/14 89/16 89/19 93/12 94/14 94/14 94/18 94/21 109/21 109/22 118/13 119/18 150/4 151/17 152/4 152/6 152/12 152/20 152/22 154/4 155/11 155/17 155/25 159/24
**payable** [2] 10/16 39/12
**paying** [10] 4/9 13/17 23/18 58/22 83/12 84/24 89/13 119/21 126/1 152/11
**payment** [7] 34/12 34/12 34/13 83/16 83/18 163/21 173/13
**payments** [2] 9/9 174/16
**peaceful** [1] 80/25
**pen** [4] 43/15 45/1 97/10 97/15
**penalties** [2] 11/3 88/10
**pending** [1] 83/1
**penny** [1] 13/18
**people** [21] 17/20 22/19 48/2 58/20 60/12 63/4 65/6 65/10 65/12 77/24 106/10 107/3 121/12 121/13 137/21 148/6 148/8 148/17 149/4 153/17 166/16
**per** [4] 118/5 118/6 119/22 119/22
**percent** [19] 89/1 108/19 108/20 108/21 108/24 109/1 109/2 109/3 109/12 109/13 119/21 119/22 119/23 120/3 120/4 126/11 126/13 131/7 155/25
**perhaps** [3] 124/20 143/24 171/24
**period** [11] 26/15 38/18 50/6 67/3 67/11 86/11 108/22 126/17 127/6 127/7 154/4
**perjury** [2] 47/10 88/10
**permission** [3] 35/16 70/1 72/3
**pernicious** [1] 85/22
**perpetrated** [1] 85/22
**person** [12] 4/21 15/7 17/17 27/19 30/15 42/18 45/2 63/1 83/4 88/8 107/13 127/22
**person's** [1] 117/16
**personal** [15] 14/16 76/21 78/3 78/10 84/13 84/14 89/3 90/8 90/17 91/6 92/1 92/8 96/14 97/24 107/20
**pertain** [2] 31/7 115/18
**pertaining** [2] 30/23 119/6
**Perusing** [1] 167/25
**Pete** [4] 104/25 105/9 120/15 120/18
**Peter** [4] 93/3 94/24 95/8 156/25
**phenomena** [1] 123/6
**phone** [3] 17/10 117/14 153/14
**phonetic** [1] 78/20
**photo** [2] 133/12 133/18
**photocopied** [1] 35/19
**photocopy** [2] 171/24 171/25
**photographs** [1] 111/7
**physical** [1] 13/4
**physically** [1] 72/10
**physiology** [1] 13/6
**picked** [3] 101/15 124/15 125/19
**picking** [1] 126/2
**picture** [3] 142/10 142/12 166/16

# P

piece [4]  14/9 42/3 48/22 107/12
pieces [1]  129/25
Pierre [2]  14/13 14/13
Pietro [3]  105/5 105/8 176/6
pills [1]  100/6
Pitt [7]  28/9 28/15 28/16 30/1 30/9 30/10
 30/15
place [7]  45/9 106/2 117/9 161/3 167/15
 169/8 174/7
places [1]  99/16
plan [1]  150/18
Planetarium [1]  102/13
planning [3]  19/17 103/15 151/5
plans [1]  15/18
plastic [1]  18/19
platform [1]  18/19
play [6]  3/14 6/21 140/13 140/14 140/17
 140/18
played [3]  3/11 3/19 7/18
player [1]  14/5
please [18]  2/2 2/21 8/8 8/20 35/2 40/9 41/20
 53/1 53/11 53/15 54/24 89/24 103/24 104/14
 104/17 105/7 120/2 171/17
plunge [1]  167/10
plus [3]  108/15 108/16 109/17
point [17]  12/13 19/11 21/5 22/10 23/7 24/24
 30/21 30/24 31/14 41/13 71/25 103/15
 106/12 145/20 171/6 173/25 175/4
Pointing [1]  110/20
poisoned [1]  58/20
police [14]  6/6 15/10 15/18 24/15 25/18
 86/22 107/18 116/9 148/6 148/7 148/17
 149/4 151/11 174/9
policeman [1]  164/9
policemen [1]  7/10
Polo [3]  34/6 34/9 34/18
pool [3]  141/20 141/22 141/23
poor [2]  4/20 5/7
pop [2]  26/21 27/2
portion [3]  4/17 38/7 56/2
position [1]  82/9
possession [1]  110/3
possibility [1]  83/16
possible [4]  15/8 58/8 59/11 123/25
possibly [2]  16/22 122/2
power [1]  12/7
preacher [1]  138/20
Precious [3]  9/3 9/6 32/24
predict [1]  81/2
preferred [2]  120/7 120/8
prefers [1]  172/3
pregnant [7]  99/16 100/13 100/16 101/24
 102/17 102/18 136/14
prejudiced [1]  174/25
prepare [9]  6/16 18/11 18/17 41/7 147/22
 148/3 148/4 148/10 159/10
prepared [10]  5/20 25/7 25/21 25/25 34/1
 40/5 62/11 89/17 148/16 149/3
Presbyterian [2]  135/17 135/22
present [5]  2/5 53/16 72/10 72/10 104/1
presented [1]  83/1
preserve [1]  30/22
presumably [1]  126/4
pretrial [2]  90/23 174/2
pretty [1]  11/2
prevalent [1]  129/6
previous [1]  146/7
previously [1]  83/13

prices [1]  132/9
Prince [2]  6/10 6/12
printed [1]  107/21
prior [7]  11/18 56/2 144/21 145/13 146/22
 147/17 147/22
priority [1]  152/10
privacy [1]  91/10
private [2]  69/11 70/19
probably [17]  8/16 28/19 31/17 42/13 48/1
 52/15 52/23 56/21 63/19 90/6 100/14 124/5
 126/7 167/13 169/1 169/18 170/2
problem [2]  91/4 171/21
problems [1]  76/23
proceed [4]  3/3 7/16 8/22 53/17
proceedings [14]  1/11 2/20 8/7 8/19 53/14
 54/17 54/23 70/12 90/1 103/23 104/16
 144/25 146/2 177/18
produce [1]  115/20
producing [1]  116/5
progesterone [1]  100/5
promiscuous [1]  65/7
promptly [1]  2/24
pronounce [2]  48/2 49/20
pronouncing [1]  62/22
proper [1]  93/20
property [3]  42/3 83/12 93/10
property's [1]  42/3
prosecute [1]  62/11
prosecution [1]  174/23
prosecutors [1]  62/11
protect [5]  69/5 69/7 75/17 91/10 103/2
protecting [1]  72/17
protection [2]  69/8 72/16
provide [2]  25/10 171/18
provided [5]  41/10 70/25 72/24 73/5 146/3
providing [1]  16/7
psychiatric [3]  78/15 78/17 79/18
psychiatrist [4]  72/25 73/3 73/5 74/7
psychic [2]  4/7 88/18
psychological [1]  80/4
psychologist [7]  74/7 74/8 79/7 79/15 80/18
 81/24 157/10
public [5]  16/2 97/18 98/13 98/15 98/22
publishing [1]  152/3
pull [1]  116/22
pulling [1]  42/2
punch [2]  16/13 18/24
punched [1]  18/21
punching [1]  18/17
purchase [3]  106/7 106/7 106/8
purchases [1]  34/5
Purports [1]  40/1
purpose [4]  33/2 43/10 98/19 137/19
purposes [4]  91/5 91/8 97/15 175/1
purse [1]  67/8
pursuant [1]  73/3
push [1]  85/18
pushed [2]  153/24 154/1
pushing [1]  15/12
put [28]  14/10 14/21 18/19 22/15 23/4 39/6
 43/13 53/25 54/3 90/4 90/6 90/10 90/13
 104/6 106/4 106/6 107/13 113/18 114/22
 126/16 127/2 136/23 141/17 151/7 151/8
 160/6 164/20 173/18
putting [2]  9/13 137/5

# Q

qualify [1]  106/3
quarter [1]  100/4
quarter-inch [1]  100/4

Queen [2]  140/4 142/9
question [30]  20/19 25/12 35/2 36/14 52/3
 56/16 60/13 61/17 64/17 64/21 67/19 72/18
 72/18 73/10 84/2 109/5 132/6 136/17 143/24
 144/3 144/11 144/11 145/17 148/5 148/18
 150/13 167/17 168/3 168/4 170/19
questioning [2]  145/19 174/11
questions [14]  3/21 7/8 15/13 54/10 54/11
 61/18 74/2 77/25 83/3 129/11 132/16 148/14
 152/14 166/23
quick [4]  105/19 107/7 132/6 158/12
quickly [3]  39/8 89/24 114/23
quite [5]  102/22 113/17 116/14 116/15
 121/14
quote [2]  28/15 34/24
quote-unquote [1]  28/15

# R

Rafael [2]  18/10 161/2
raise [2]  72/18 72/18
raised [1]  90/22
raising [1]  73/10
Raley [3]  95/14 96/5 156/2
Ralph [1]  166/4
Ralphie [5]  13/13 18/9 18/23 19/4 166/5
Ralphie's [1]  19/5
Ranches [3]  22/3 23/16 42/1
random [1]  170/12
ranked [1]  18/7
rate [3]  119/22 119/22 120/6
rather [5]  34/16 42/14 51/24 102/21 175/1
Raton [1]  1/22
rattled [1]  14/7
Re [1]  49/17
read [20]  2/25 7/14 10/19 11/7 15/4 15/22
 17/9 17/15 17/18 34/12 67/6 79/18 79/19
 85/19 88/7 92/17 153/21 165/9 170/3 170/12
reader [2]  17/16 17/17
reading [2]  79/19 167/18
ready [3]  2/15 8/10 53/17
real [6]  15/23 15/25 97/7 98/13 98/23 107/17
realize [4]  47/8 75/18 153/16 164/10
realized [1]  35/18
really [18]  4/2 5/23 13/8 14/6 16/17 18/15
 23/16 23/25 42/19 70/9 73/23 90/25 100/2
 101/5 105/13 113/19 141/21 155/22
Realtime [1]  177/17
reason [20]  16/8 16/9 39/22 51/16 61/1 64/3
 64/4 64/14 143/13 145/23
reasons [2]  33/4 64/2
recall [19]  5/18 6/11 9/16 28/19 29/14 30/7
 33/2 33/25 35/6 36/17 37/20 38/25 39/3
 41/10 41/25 115/10 115/14 130/5 150/15
receipt [4]  36/11 36/15 37/8 44/5
receive [2]  106/25 114/7
received [5]  28/15 70/23 91/8 115/10 154/6
recently [1]  68/22
reception [1]  140/7
recess [9]  8/1 8/6 53/11 53/13 103/16 103/22
 171/9 171/17 175/20
recessed [1]  3/1
recipient [1]  44/7
reclaim [3]  109/18 121/21 131/9
reclaimed [1]  125/7
recognize [26]  10/2 35/12 43/7 45/8 48/23
 49/3 49/6 55/10 55/12 58/3 67/1 79/22 80/3
 84/21 85/1 91/22 111/9 133/8 133/15 133/17
 134/7 138/25 139/5 161/13 161/19 163/6
recognized [1]  59/10
recollection [11]  7/21 9/5 23/21 66/22 71/23

**R**

recollection... [6]  74/24 144/13 145/25 165/7
169/20 170/7
record [17]  2/4 53/16 103/25 110/18 125/10
126/15 146/21 153/11 172/24 173/1 173/3
173/7 173/19 175/14 175/16 175/17 177/18
records [25]  2/14 30/22 30/25 31/2 31/3 31/4
31/7 31/14 31/19 31/22 32/3 32/5 71/20
94/13 94/15 114/24 115/2 115/6 115/8
115/11 115/18 115/18 116/5 119/5 165/16
Recross [2]  132/7 176/10
Recross-examination [1]  132/7
rectory [6]  138/13 138/15 138/17 138/18
138/21 138/22
redact [2]  90/7 90/17
redacted [3]  80/6 91/6 91/25
redactions [1]  92/3
redeem [6]  108/7 109/16 119/15 131/7
131/19 132/2
redeemed [4]  118/11 119/18 127/8 127/8
redirect [3]  129/13 129/15 176/9
refer [1]  159/8
reference [2]  5/16 5/18
references [1]  4/16
referred [2]  150/13 150/24
referring [4]  5/23 96/16 110/18 144/8
reflect [1]  99/10
reflective [1]  129/25
refresh [11]  66/21 76/8 76/13 151/4 153/15
165/6 167/24 169/19 170/6 170/9 170/16
refreshed [2]  168/1 168/6
refreshes [2]  144/12 150/23
refused [1]  58/15
regarding [4]  71/20 119/6 129/17 146/21
regards [2]  111/14 143/23
Registered [1]  177/16
regular [5]  12/1 34/19 44/23 113/20 159/20
regularly [1]  34/21
relate [1]  32/3
related [1]  26/23
relating [1]  30/25
relationship [11]  11/23 30/24 31/11 50/13
51/11 61/12 75/11 111/16 112/13 112/24
113/10
relatives [1]  5/13
relevance [2]  18/2 55/22
relevant [2]  90/25 92/9
religious [1]  138/18
rely [1]  93/20
remember [98]
remembered [1]  57/18
remembering [1]  169/21
remind [2]  76/2 165/11
reminds [1]  165/10
remodeled [1]  96/3
remodeling [3]  96/2 97/3 138/9
remove [1]  92/7
removed [1]  92/1
reopen [1]  137/23
repawned [1]  124/16
repayment [1]  163/19
repeat [1]  119/24
repeated [1]  87/2
repeatedly [1]  146/1
repetitions [1]  7/12
rephrase [3]  60/13 136/17 168/4
replied [1]  15/14
report [4]  74/6 79/18 80/4 96/12
reporter [5]  1/23 1/23 142/25 177/16 177/17

represent [2]  85/21 156/21
representations [1]  4/23
represented [2]  74/13 86/24
representing [1]  146/1
requested [1]  115/20
requests [1]  115/10
require [1]  80/20
required [2]  78/14 116/23
requirements [1]  118/24
requiring [1]  78/16
research [4]  93/1 94/24 156/22 172/19
reserve [1]  145/10 145/18 150/24
residence [4]  26/5 26/6 26/16 26/18
resident [1]  40/17
respect [5]  25/15 73/19 81/4 115/12 172/11
respond [1]  58/16
responded [1]  174/5
response [1]  110/7
rest [24]  16/19 91/3 92/25 93/1
restaurant [1]  7/23
resumed [2]  3/5 132/22
retired [1]  65/19
retirement [2]  15/18 150/18
return [11]  88/5 88/8 88/21 89/22 90/25
93/25 94/2 95/6 108/14 156/16 163/25
returned [2]  59/17 80/22 159/10 159/13
returning [2]  58/6 126/1
returns [7]  25/5 25/7 25/21 25/25 87/18
87/23 89/8 89/17 90/23 91/21 91/23 92/9
94/4 96/16 152/24 159/10 159/13
Revenue [1]  25/2
rewrote [1]  17/12
Reynolds [2]  39/15 39/18
Ricky [9]  111/12 111/15 123/2 127/20
127/24 127/25 128/1 128/25 129/7
RICO [1]  86/25
rid [1]  42/8
right [180]
right-hand [2]  44/7 44/11
ring [11]  9/3 18/11 18/17 19/1 161/10 161/11
162/9 165/7 165/10 165/17 166/9
rings [1]  114/8
RMR [2]  1/23 177/23
road [3]  26/20 34/25 105/22
Road 7 [1]  105/22
robbery [1]  86/17
robbing [1]  86/10
rock [5]  29/22 121/1 121/2 121/3 121/6
Roger [1]  1/16
role [1]  18/13
Rolex [5]  106/20 107/5 107/8 107/23 120/22
Rolexes [1]  106/19
roll [1]  16/20
room [21]  3/12 11/11 16/10 30/5 140/9
140/11 140/13 140/15 140/17 140/18 140/21
140/23 141/12 141/16 143/3 143/14 143/17
149/9 149/18 149/21 151/13
roomful [1]  7/10
rooms [1]  140/2
ROSE [92]
Rosie [3]  112/6 116/20 123/2
rotted [1]  138/7
rotting [1]  141/2
roughly [1]  155/9
round [2]  123/20 130/15
rounds [1]  123/17
ruling [1]  15/19
rumors [1]  65/3
run [3]  94/2 161/3 161/3
runs [1]  161/5

**S**

S-o-m-e-r [1]  37/9
Sam [11]  63/4 63/10 103/7 103/9 133/5 134/4
134/11 134/18 135/6 135/8 135/14
same [25]  23/23 33/8 33/16 33/18 35/21
118/3 126/19 126/22 128/5 128/13 128/14
128/17 128/22 129/4 129/8 130/7 130/10
131/11 131/14 131/16 131/21 131/22 131/24
134/9 175/4
Santa [10]  57/9 57/11 57/13 58/6 58/18 65/4
65/6 76/21 85/4 137/20
Sara [10]  6/5 83/8 85/2 86/2 142/22 147/24
147/24 148/22 149/7 149/23
sat [1]  149/6
save [1]  151/9
Savings [4]  32/17 35/14 37/8 37/24
saw [11]  12/21 26/20 29/18 29/23 59/4 68/15
76/6 79/13 94/17 122/25 130/8
say [42]  6/25 7/5 11/6 18/13 27/7 31/3 35/21
38/10 42/16 47/20 47/24 53/23 56/5 56/15
56/19 60/8 62/10 69/7 81/2 82/19 82/23
95/18 106/9 106/20 107/5 122/23 122/24
124/2 134/17 141/8 145/20 146/17 147/7
148/2 149/1 149/13 149/13 163/18 163/21
163/23 167/15 169/11
saying [13]  7/11 7/13 51/14 58/7 59/20 65/10
66/5 70/6 82/15 84/10 91/2 95/18 151/21
says [30]  12/10 16/11 29/12 37/18 40/16
40/22 44/7 45/21 45/21 45/22 45/24 67/5
86/21 87/4 89/2 93/8 95/1 95/10 140/18
141/8 144/17 145/2 145/17 156/17 156/19
157/22 158/4 163/19 163/20 170/2
scam [2]  5/24 9/10
scammed [1]  6/8
scared [1]  149/20
Scarlet [1]  14/23
scenes [1]  15/22
schedule [14]  91/7 92/14 92/20 92/22 94/22
95/11 95/15 156/13 156/16 156/18 156/22
157/20 157/22 168/18
scheduled [1]  88/22
schedules [1]  88/5
scheme [2]  157/7 157/11
school [1]  22/23
schoolteacher [1]  22/22
Schwartz [7]  1/19 52/23 55/1 176/5 176/8
176/10 176/12
scream [1]  58/12
screamed [1]  58/9
screen [6]  85/17 85/18 123/10 126/16 128/14
134/10
search [2]  2/14 115/22
seat [1]  54/15
seated [8]  2/3 2/22 8/8 8/21 53/15 54/25
103/24 104/18
second [13]  9/20 21/23 40/8 53/19 56/24 64/3
69/24 71/1 119/12 125/4 141/14 169/23
170/22
secretarial [1]  160/1
secretary [4]  22/20 23/2 23/23 165/16
secrets [1]  77/15
section [6]  10/19 17/6 17/12 20/11 90/24
90/25
Security [4]  39/13 40/19 90/5 90/7
seek [1]  20/21
seem [1]  28/17
seen [3]  49/4 148/12 171/24
seized [2]  116/12 117/1

**S**

seizure [1]  115/22
seller [1]  117/11
selling [2]  106/5 108/6
Seminole [10]  26/5 26/18 26/21 43/8 44/8
  106/23 106/24 117/11 120/25 121/6
send [12]  6/1 9/11 9/13 9/14 29/15 33/18
  35/8 43/12 63/7 137/8 162/22 164/10
sending [5]  33/2 33/4 36/17 43/10 91/5
sense [1]  22/24
sensed [1]  59/13
sent [37]  4/21 5/3 5/12 9/1 9/5 9/8 10/4 17/8
  17/12 21/3 21/4 21/5 21/6 21/11 21/11 21/15
  26/25 28/15 34/4 34/18 34/24 35/17 35/18
  36/15 38/3 43/8 43/18 43/19 44/23 45/23
  59/19 137/9 137/15 158/24 161/20 164/12
  164/14
separating [1]  128/7
September [9]  1/8 11/13 11/13 37/8 163/15
  164/14 164/19 173/11 173/12
September 2011 [1]  173/12
September 20th [1]  37/8
September 2nd [3]  163/15 164/14 164/19
sequence [1]  61/18
serial [1]  107/19
serve [2]  72/7 75/22
served [3]  71/9 75/9 81/5
service [3]  25/2 121/8 121/9
services [3]  4/9 23/17 70/19
serving [1]  79/5
session [1]  170/16
set [5]  123/19 130/10 131/5 132/9 156/19
settle [1]  83/11
settlement [4]  83/12 83/15 89/12 93/10
seven [11]  5/11 6/25 106/14 111/2 127/6
  132/13 132/13 141/8 151/6 151/22 158/16
several [6]  4/5 35/8 40/20 58/15 68/8 100/21
sexual [1]  50/13
SF [1]  85/4
SF-92-1223 [1]  85/4
SFranklinUSDC [1]  1/25
Shakes [1]  133/1
shaking [2]  27/11 156/5
shaky [1]  28/1
shallow [2]  139/24 140/1
shape [1]  141/21
shared [3]  77/16 78/2 78/10
Sharon [1]  41/23 43/1 43/2
she's [20]  2/13 14/5 61/18 61/18 90/3 119/23
  122/18 127/10 145/1 145/8 145/9 145/21
  145/21 146/10 146/17 149/7 156/4 164/9
  164/10 166/3
Sheriff's [1]  119/5
ship [2]  44/11 44/12
shipment [1]  35/3
shipper [1]  44/5
shocked [1]  115/15
shoes [1]  51/19
shop [4]  113/13 113/23 113/24 118/18
short [3]  53/24 53/24 104/21
shortly [5]  8/2 53/2 134/4 163/14 168/11
shots [3]  100/4 100/5 101/6
should [14]  6/1 11/6 17/11 19/18 35/19 53/25
  64/15 70/24 90/22 119/25 126/23 137/22
  174/23 174/24
shouldn't [1]  48/1
show [43]  9/22 14/15 28/11 31/24 36/14
  39/25 42/12 43/6 45/6 48/22 55/9 58/1 66/25
  79/21 79/23 80/2 83/20 84/20 89/22 91/20
  92/13 111/7 117/23 123/4 123/8 124/22
  125/11 126/15 127/15 130/9 133/7 134/6
  138/23 144/9 150/22 153/15 158/12 161/12
  165/5 166/8 166/14 167/23 170/1
showed [4]  124/21 129/17 129/22 156/14
showing [18]  10/13 12/16 29/5 32/16 34/8
  35/11 36/10 36/10 37/7 37/23 39/2 40/7
  111/7 111/18 112/5 112/15 113/1 127/15
shows [1]  87/2
sic [1]  17/7
side [7]  10/18 37/15 44/7 44/12 102/8 135/10
  143/5
sidebar [6]  70/12 75/13 90/1 91/16 144/25
  146/14
Siegal [3]  78/20 78/23 78/24
sign [7]  26/20 88/13 88/21 93/25 95/6 108/3
  118/8
signature [3]  39/10 39/13 44/18
signed [6]  88/9 88/11 107/20 145/3 145/6
  145/21
significant [3]  50/6 62/13 62/14
silver [2]  106/18 106/19
similar [1]  147/15
since [11]  3/1 11/17 19/18 39/6 54/1 58/7
  66/9 71/16 104/6 170/11 171/23
sincerely [1]  35/5
sir [23]  105/17 109/4 113/17 115/1 115/14
  116/5 118/10 119/20 123/3 123/11 124/1
  125/12 127/1 127/12 127/20 128/8 128/16
  128/20 129/3 129/10 129/20 130/6 132/17
sister [2]  36/22 112/25
sit [3]  16/19 141/17 148/15
sitting [4]  134/3 134/10 141/12 151/12
six [4]  11/14 16/14 17/17 59/19
six-foot-tall [1]  17/17
size [1]  130/20
sized [1]  139/22
Skip [1]  35/10
slash [1]  86/25
sleeping [3]  65/4 65/7 65/13
slight [1]  16/25
slips [2]  115/4 129/17
small [3]  14/6 138/10 161/7
smoking [1]  27/10
Social [4]  39/13 40/19 90/5 90/7
socking [1]  152/4
somebody [5]  23/10 72/5 72/8 137/14 172/19
someone [6]  22/18 28/8 34/19 41/22 76/14
  81/22
Somer [3]  37/9 37/13 37/16
something [29]  6/2 12/3 14/13 20/8 21/13
  24/13 29/22 42/6 44/23 54/12 55/24 57/10
  66/21 73/9 75/25 77/21 81/22 82/13 121/20
  123/12 129/1 130/1 130/23 140/19 141/17
  145/10 147/7 151/24 154/12
sometime [5]  52/20 54/3 125/7 159/9 173/16
sometimes [4]  102/22 122/8 143/19 169/14
somewhat [2]  90/3 104/7
somewhere [1]  160/13
son [10]  26/11 103/4 111/17 113/11 128/2
  128/3 133/13 133/18 134/4 134/9
son-in-law [1]  113/11
sons [1]  111/25
soon [1]  152/12
sorry [28]  7/8 11/15 12/13 28/5 46/22 46/23
  49/20 73/2 73/7 76/17 79/24 86/7 95/5 95/14
  98/5 120/1 125/3 126/23 130/11 131/12
  136/4 138/21 154/18 160/4 160/9 163/3
  166/24 170/4
sort [5]  22/17 66/22 138/7 141/10 170/13

sorted [1]  23/4
sound [4]  9/4 32/17 48/20 51/10
sounding [1]  47/25
sounds [4]  59/24 76/3 151/5 167/19
South [3]  1/21 26/11 74/15
SOUTHERN [1]  1/1
Southwest [3]  22/2 23/16 42/1
special [1]  35/16
specifically [5]  11/1 31/2 52/15 70/9 167/13
specifics [1]  68/2
spell [6]  15/25 48/2 63/15 105/1 105/1 105/6
spell-binding [1]  15/25
spelled [2]  36/13 105/19
Spellman [1]  53/24
spend [6]  4/22 5/3 6/20 68/11 121/17 121/25
spending [3]  5/8 51/23 52/8
spent [5]  5/9 5/12 50/3 56/6 138/8
spiritual [2]  42/18 63/14
spiritually [1]  42/17
split [1]  137/23
spoke [10]  37/12 37/13 61/7 74/12 74/12
  74/13 76/7 78/23 78/24 104/3
spoken [1]  65/16
spreading [1]  65/3
Springfield [1]  34/25
stack [41]  11/21 11/24 12/8 12/17 13/19
  13/20 15/9 17/22 18/20 19/3 19/8 19/12
  19/19 19/24 20/25 21/17 24/9 71/25 75/20
  78/22 81/23 142/24 143/13 147/16 149/9
  149/17 149/23 153/7 153/23 153/25 160/6
  160/21 162/13 163/21 164/5 164/20 166/6
  173/13 174/9 174/16 174/21
stamp [1]  170/12
stamped [1]  123/9
stamps [1]  67/17
stand [6]  3/6 18/16 18/18 47/4 65/12 132/22
standing [3]  42/4 70/25 71/2
staring [1]  27/12
start [6]  12/16 28/22 30/25 92/13 109/5
  171/11
started [12]  11/9 12/23 28/20 30/3 31/5
  31/11 31/19 42/7 42/8 54/1 61/12 100/11
starting [1]  6/3
starts [1]  108/10
State [4]  40/17 86/22 105/22 165/15
State's [1]  165/16
statement [13]  37/4 143/22 144/20 145/3
  145/9 145/21 145/24 145/25 146/6 146/7
  146/17 146/21 146/24
statements [14]  20/14 56/2 56/3 99/12 144/1
  144/5 144/8 144/15 145/5 145/6 145/13
  145/15 145/22 146/1
states [14]  1/1 1/3 1/13 1/17 37/16 40/22 57/5
  67/21 69/21 70/17 86/23 119/4 137/2 174/4
Statham [2]  13/22 14/18
stating [1]  34/23
stay [5]  42/14 42/14 56/16 82/6 102/19
stayed [8]  5/20 17/10 50/22 57/19 58/11
  102/16 136/7 168/16
staying [2]  19/5 137/3
stays [1]  19/6
steady [1]  117/19
Stefin [15]  1/16 3/3 8/22 53/22 62/1 62/4
  104/23 120/18 165/15 172/3 174/13 174/20
  176/4 176/7 176/9
Stefin's [2]  120/22 174/11
Stephen [4]  1/23 177/16 177/22 177/23
steps [1]  172/9
Stevens [3]  41/23 43/1 43/2
stick [1]  86/13

**S**

still [14]  2/18 8/9 40/11 54/15 65/19 66/9
66/12 66/13 68/12 70/18 70/22 83/20 132/20
135/10
stipulate [2]  111/24 156/7
stipulation [1]  119/4
stocked [1]  142/2
stolen [3]  58/21 82/20 84/11
stomach [2]  18/16 100/5
stones [1]  130/20
stood [1]  110/21
storage [4]  31/8 31/9 31/22 32/6
store [2]  107/7 114/4
stored [1]  2/14
stories [2]  5/1 15/20
story [3]  6/11 80/19 147/17
strange [1]  27/5 27/24 28/1
street [4]  1/24 26/23 106/22 122/13
stressed [2]  70/8 149/20
stricken [1]  37/3
Strike [1]  147/9
strong [1]  18/15
stuff [1]  31/16
subcontractors [5]  95/20 95/25 96/8 96/11
158/3
subject [5]  62/12 62/13 92/2 92/5 174/2
submit [1]  172/17
subpoena [8]  71/10 72/7 75/9 75/23 76/1
79/5 115/11 115/16
Subsequent [1]  84/8
substantially [2]  107/25 130/4
such [4]  15/24 41/7 108/17 163/23
suffered [1]  26/1
Suffolk [1]  139/12
suggest [1]  175/6
suggested [1]  175/5
suicidal [1]  16/10
suicide [1]  151/13
Suite [1]  1/21
sum [5]  17/14 83/9 83/16 83/18 83/18
support [1]  143/15
supposed [4]  4/12 6/14 18/22 29/13
Supreme [1]  15/18
sure [19]  15/6 20/12 47/17 47/18 54/14 54/14
69/20 82/18 90/13 122/9 123/5 125/13
125/15 126/21 126/25 126/25 127/18 130/24
169/21
Surely [1]  89/25
Sustain [2]  147/5 147/9
Sustained [9]  20/5 20/15 37/2 48/13 65/25
84/3 86/19 136/17 165/1
SUV [1]  42/10
swear [7]  65/13 69/2 95/6 147/2 147/3
147/16 167/2
sweat [1]  16/18
swimming [1]  141/20
swore [2]  47/5 168/6
sworn [15]  72/1 105/5 143/22 144/1 144/5
144/8 144/14 144/20 145/9 145/12 145/12
146/7 146/17 146/21 146/24
system [1]  118/23

**T**

table [1]  69/24
take [22]  6/24 8/1 8/1 18/23 45/9 52/25 64/12
80/5 81/3 100/6 103/15 103/16 104/9 104/20
104/22 124/9 129/1 129/1 135/24 147/15
158/20 170/13
taken [4]  8/6 53/13 103/22 175/20

takes [1]  19/6
taking [1]  126/6
talk [22]  2/8 5/25 7/22 12/1 12/2 29/23 53/25
58/15 71/9 76/15 77/22 86/2 89/20 121/10
148/25 153/24 154/1 156/4 168/24 170/25
172/8 172/24
talked [25]  6/6 25/5 25/18 34/5 60/3 60/7
76/11 76/14 78/25 83/8 83/24 88/3 127/3
148/5 148/7 148/12 148/24 149/6 149/6
149/12 153/8 156/2 159/19 168/21 170/23
talking [18]  6/9 6/17 25/20 29/17 32/5 48/7
60/8 69/21 82/11 109/6 126/20 137/16
150/17 150/18 150/19 152/2 159/1 159/21
tall [4]  17/17 18/18 18/19 18/20
tape [3]  6/21 7/9 66/3
tapes [1]  38/21
tax [25]  25/7 25/21 25/25 87/18 87/23 88/5
88/8 88/21 89/1 89/4 89/17 89/22 90/23
91/21 91/23 94/4 94/14 94/14 95/5 96/16
150/24 155/25 156/16 159/10 159/13
taxes [17]  22/14 22/17 24/23 89/14 89/14
89/16 89/19 93/12 93/12 94/18 151/9 152/4
152/11 154/4 154/25 155/2 155/3
team [1]  174/23
technical [1]  16/7
telephone [5]  3/15 153/17 170/23 171/1
171/2
tell [39]  13/7 13/8 17/11 20/15 20/18 22/13
25/14 25/19 42/17 47/5 47/14 48/10 60/15
60/17 61/6 62/1 63/4 64/3 64/11 67/9 67/15
80/18 82/1 93/9 105/6 114/24 126/19 131/21
133/2 139/4 147/3 147/17 147/17 149/23
149/25 157/10 165/9 169/5 169/5
telling [12]  5/7 5/25 58/19 73/8 83/5 86/3
115/17 137/21 166/15 168/9 169/6 174/5
tells [1]  140/3
ten [2]  125/22 156/23
ten's [1]  130/18
tennis [1]  141/24
terrified [1]  24/10
test [1]  80/4
testified [7]  21/22 23/25 28/7 34/5 40/5 57/18
137/13
testify [4]  138/5 150/3 152/5 168/19
testimony [22]  8/5 31/12 47/14 53/10 55/24
61/10 61/13 62/12 73/11 90/16 92/9 103/21
104/5 104/20 135/12 170/4 171/17 173/21
173/23 176/3 176/6 176/11
tests [2]  79/1 79/8
text [1]  15/14
thank [33]  3/4 7/15 8/2 8/5 8/23 13/21 15/7
16/6 46/16 53/3 53/12 55/2 75/12 84/6 91/14
98/25 103/18 103/21 104/11 104/24 109/9
112/1 120/10 129/12 132/5 132/17 132/17
148/9 171/14 172/6 172/10 175/11 175/18
thanking [1]  14/18
thanks [2]  2/23 17/19
that's [107]
the 11th [1]  161/24
the 20th [1]  45/23
the 30th [1]  131/21
the 8th [1]  36/12
the who [1]  43/16
themselves [1]  115/8
therapist [1]  16/11
therapy [1]  16/22
there's [11]  4/16 18/25 67/17 75/1 90/24
95/18 110/7 123/6 123/19 130/25 145/9
thereafter [1]  168/11
They'll [1]  92/5

they're [14]  18/18 29/19 64/18 67/8 77/23
91/23 106/3 106/5 106/5 116/24 122/14
123/1 123/4 126/19
thick [4]  122/25 123/9 127/9 129/7
thing [15]  5/17 6/6 34/20 56/5 61/2 61/4 61/7
65/10 71/14 91/8 93/21 131/1 149/21 163/23
173/2
things [24]  3/22 18/20 25/1 25/2 33/6 35/8
51/12 64/11 66/22 72/15 82/17 83/4 90/16
94/5 103/4 121/18 121/18 122/1 122/10
138/7 141/8 143/19 153/10 157/12
think [74]
thinking [1]  77/16
thinks [1]  74/20
third [5]  9/2 18/7 71/1 80/17 173/14
third-ranked [1]  18/7
Thirty [2]  108/23 133/24
those [29]  25/25 28/14 74/2 89/2 90/8 92/24
94/5 99/15 114/24 118/4 126/23 127/13
128/17 128/22 129/8 130/3 130/6 130/14
131/7 131/11 131/16 131/22 131/24 141/5
151/24 152/25 155/7 158/14 166/23
though [2]  5/6 108/22
thought [10]  26/21 29/22 30/8 30/15 39/17
70/4 76/20 100/13 137/22 174/16
thousand [7]  6/19 9/18 9/19 23/20 34/14
34/15 157/23
threatened [1]  86/16
three [18]  12/3 16/14 19/23 22/23 42/13
100/22 127/2 127/3 127/4 141/9 141/18
148/24 151/24 152/2 165/10 166/8 166/10
169/1
threw [1]  31/16
through [25]  6/4 6/4 6/6 6/10 27/25 28/13
31/10 35/18 40/7 40/14 40/20 72/8 94/1 94/2
94/22 114/23 115/1 115/4 116/22 119/4
126/7 126/18 141/25 152/22 174/15
throughout [1]  146/1
thumb [1]  107/21
thumbprint [1]  118/9
timeframe [2]  82/6 115/7
times [23]  4/5 9/8 16/15 35/8 35/21 35/23
42/12 42/13 68/8 73/24 74/2 89/11 99/23
100/8 113/17 119/17 126/7 127/6 128/18
129/2 142/8 169/1 169/2
tired [2]  23/9 23/11
today [8]  32/1 47/15 63/17 72/17 74/18
79/14 110/16 146/25
together [20]  5/9 6/14 11/22 15/11 22/15
56/11 56/12 56/13 56/14 56/19 59/21 60/2
60/4 68/4 79/16 81/9 81/11 96/6 100/23
102/3
told [57]  3/22 15/19 17/11 25/18 27/25 36/24
37/5 39/18 42/11 42/24 54/10 55/4 56/22
57/8 59/15 59/19 60/15 60/20 61/1 61/10
63/20 64/15 65/3 65/6 65/7 65/11 70/5 70/7
73/6 75/7 79/15 80/19 80/19 83/24 84/4
87/20 88/3 89/11 137/4 151/11 151/13
151/16 151/16 153/3 154/2 155/18 155/19
157/13 158/25 159/3 159/21 164/2 164/8
173/15 174/20 174/23 174/24
tomorrow [9]  170/16 171/11 171/12 171/14
171/16 172/7 172/21 172/22 175/19
tonight [1]  172/20
too [4]  23/17 98/6 102/10 116/16
took [15]  23/5 41/8 47/4 57/1 63/1 63/2 72/6
82/9 94/15 117/9 118/15 147/14 154/24
156/12 174/7
top [7]  32/19 38/13 80/6 116/18 117/8 125/1
127/17

**T**

topic [2] 21/19 160/4
total [4] 17/14 37/17 118/12 127/4
tour [7] 52/5 57/1 57/3 57/3 59/15 65/8 167/3
toward [1] 174/20
towards [1] 16/9
track [3] 5/2 109/7 118/25
train [6] 12/9 12/10 12/18 13/14 18/11 18/13
trained [3] 17/20 18/8 19/1
trainer [2] 12/9 13/5
training [1] 13/11
transact [2] 107/9 114/16
transaction [11] 33/14 45/8 108/1 108/18
  114/4 115/4 117/8 118/7 118/19 123/1 127/9
transactions [3] 32/16 119/6 174/6
transcript [6] 1/11 3/16 4/17 5/15 7/4 177/18
transfer [9] 32/23 33/3 33/10 33/15 34/4
  35/13 35/17 37/24 45/16
transferred [1] 33/6
transfers [4] 33/11 36/7 37/20 43/17
transmit [1] 118/19
transpired [1] 118/22
travel [6] 66/22 69/15 70/18 71/6 71/7 92/17
traveled [1] 170/10
trial [3] 1/11 175/1 175/5
trick [2] 5/4 167/17
tricked [1] 167/19
tried [5] 18/21 59/2 68/3 75/10 99/23
trip [3] 24/7 71/21 72/8
TRN [1] 45/21
true [8] 3/23 5/5 16/6 24/5 56/9 72/12 100/15
  152/8
truly [1] 15/19
trust [3] 88/13 88/16 88/18
trusted [1] 88/11
truth [10] 47/2 47/5 47/5 47/6 147/3 147/3
  147/4 147/17 149/25 168/9
truthful [1] 149/24
try [11] 7/2 25/1 68/10 74/25 76/8 84/24
  100/1 105/16 145/20 155/17 172/20
trying [13] 5/13 7/14 58/9 68/13 75/19 83/11
  96/14 100/2 151/7 151/8 158/17 170/6 174/9
Tufano [1] 165/25
turn [5] 61/22 93/17 104/22 172/15 173/17
turned [4] 76/21 116/6 151/24 151/25
TV [3] 97/20 97/22 148/13
twice [2] 9/10 103/11
twins [2] 100/16 100/21
two [29] 12/2 13/11 31/17 43/23 59/2 62/4
  64/2 65/12 69/4 74/2 78/25 82/25 86/21
  100/4 100/8 123/17 123/19 123/19 130/15
  130/18 134/14 135/24 143/6 150/9 157/20
  157/23 173/9 173/10 173/17
type [3] 96/23 114/9 126/10
types [2] 114/6 114/8

**U**

U.S [10] 15/18 50/24 51/1 51/6 59/17 69/18
  69/20 70/13 74/21 82/24
uh [16] 4/21 14/17 36/24 42/25 45/25 54/20
  62/17 87/14 102/19 116/21 125/2 137/18
  141/6 141/21 141/23 142/3
uh-huh [10] 14/17 45/25 54/20 62/17 116/21
  125/2 137/18 141/21 141/23 142/3
ultimately [1] 119/15
uncertainty [1] 145/20
uncertified [1] 165/15
under [22] 2/18 8/9 33/12 36/7 41/17 45/16
  45/19 54/15 58/10 60/7 63/14 65/13 70/25

undercover [1] 15/20
undergo [1] 78/15
underlying [1] 71/24
underneath [1] 141/1
understand [5] 52/1 52/14 111/14 147/2
  170/18
understanding [7] 4/10 70/2 88/24 152/15
  152/15 154/11 155/5
understood [1] 113/10
unemployed [2] 117/23 117/24
Unit [1] 15/9
UNITED [12] 1/1 1/3 1/13 1/17 57/5 67/21
  69/21 70/17 86/23 119/3 137/2 174/4
unless [1] 85/8
unlikely [1] 47/8
unnamed [1] 79/15
unpleasant [1] 102/23
unquote [1] 28/15
unsigned [1] 41/6
until [8] 30/12 42/14 49/5 61/9 104/10
  171/12 171/16 173/9
upon [1] 85/20
upper [6] 32/19 38/7 38/7 44/11 135/10
  142/9
upset [3] 54/9 77/12 77/14
upstairs [1] 141/9
us [36] 13/16 14/8 20/15 20/18 22/13 51/15
  52/18 54/4 56/19 60/20 61/1 61/6 63/20 64/3
  65/3 67/9 67/15 70/25 80/19 85/19 86/3
  89/11 93/9 105/6 105/7 148/24 148/24
  149/12 151/11 151/16 155/19 159/21 169/5
  173/17 174/24 175/4
USA [1] 118/1
used [11] 1/14 12/13 18/9 22/22 35/8 35/20
  35/21 53/23 94/15 140/19 174/18
uses [1] 99/1
using [3] 23/10 29/10 87/7
usually [5] 43/16 98/25 109/1 121/21 138/20

**V**

value [5] 116/12 129/25 130/2 132/14 174/8
Vandlo [1] 15/25
various [1] 73/5
verify [2] 65/18 65/22
very [34] 4/20 4/20 13/6 15/20 18/1 19/4 19/4
  19/23 24/10 27/1 27/5 27/6 28/2 33/19 42/2
  53/7 54/9 66/20 70/8 88/25 100/3 102/18
  102/20 104/21 122/17 122/20 136/14 138/6
  139/24 154/3 155/16 168/21 170/11 170/12
via [1] 35/17
vicar [2] 138/20 138/22
vicary [1] 138/21
victim [5] 21/16 85/21 87/2 164/8 164/10
Victoria [12] 36/10 36/13 36/16 36/18 37/5
  37/9 37/13 37/16 37/20 38/4 112/16 116/19
Virginia [5] 35/1 49/15 136/7 136/9 136/11
visit [4] 24/16 50/12 103/11 137/14
visited [2] 50/11 136/11
vitro [11] 99/23 100/1 100/6 100/19 101/2
  101/13 135/14 135/23 136/1 136/2 136/13
vitro's [1] 100/3
Vivian [1] 27/17
Volume [1] 1/10

**W**

wait [2] 89/22 109/5
waited [2] 27/22 27/22

waiting [2] 2/6 104/10
walk [1] 108/4
walked [2] 58/6 58/14
walking [1] 53/7
walks [1] 106/2
wandering [1] 42/5
want [35] 20/10 20/10 24/20 28/13 34/23
  42/16 43/6 46/21 48/17 53/25 54/10 66/5
  67/23 73/21 85/18 88/19 90/2 90/15 90/4
  98/12 98/22 103/1 107/7 107/14 109/20
  110/11 110/12 133/2 147/7 154/4 167/18
  171/18 171/20 173/19 175/7
wanted [37] 2/7 4/16 12/8 13/21 13/22 13/23
  13/24 14/15 42/16 42/17 43/12 43/16 51/13
  53/6 54/17 57/23 60/1 60/2 60/16 60/17 64/1
  72/5 83/18 103/2 103/5 106/20 124/5 132/11
  137/4 137/10 137/23 137/25 138/2 141/17
  144/1 160/8 172/17
wanting [2] 57/23 60/9
wants [3] 15/21 54/12 172/1
warrant [1] 107/15
warrants [1] 107/15
Washington [2] 46/6 136/6
wasn't [17] 5/5 23/24 53/6 55/7 61/12 62/18
  85/24 99/21 100/8 101/20 123/7 138/6
  141/24 148/5 164/4 169/2 172/13
watch [12] 107/14 107/24 108/3 108/6 108/7
  108/8 108/13 109/16 109/20 110/2 110/6
  120/22
watches [1] 114/8
water [1] 137/5
Watts [1] 156/4
we'd [1] 145/17
we'll [10] 8/2 40/14 53/2 53/8 89/22 103/18
  156/7 171/13 172/6 175/18
we're [26] 2/4 2/6 2/15 6/21 13/12 20/9 53/15
  60/25 90/5 92/7 103/25 104/9 104/19 104/22
  104/25 106/14 118/21 130/15 145/16 145/23
  152/14 160/4 171/8 171/11 171/11 172/19
we've [11] 74/19 104/11 106/14 126/20 144/9
  145/15 147/14 158/1 164/10 172/18 175/5
wear [1] 110/12
Wednesday [1] 29/7
weeds [1] 141/25
week [16] 16/12 16/12 16/14 23/20 100/19
  135/24 151/7 151/22 158/16 169/1 169/3
  169/12 169/14 169/18 171/3 171/13
weekly [1] 118/22
weeks [7] 12/2 12/3 59/19 60/3 100/21 124/9
  134/14
weighing [1] 128/12
weight [1] 13/5
weight-lifts [1] 13/5
weights [2] 12/7 15/12
weird [1] 27/24
Weiselberg [1] 1/20
welcome [6] 2/21 8/20 54/24 91/15 104/17
  132/20
well [79]
well-known [1] 90/3
well-stocked [1] 142/2
went [63]
weren't [9] 50/13 62/9 66/8 66/11 78/14
  100/14 136/15 142/5 148/2
west [4] 1/7 1/24 102/8 135/10
what's [31] 14/15 27/24 27/24 29/5 35/11
  40/13 43/6 54/12 55/9 55/21 58/1 61/16
  79/21 80/2 84/20 91/20 94/9 94/10 123/8
  123/8 123/21 130/25 133/7 133/23 134/6
  138/23 144/3 161/12 161/23 165/5 165/18

## W

**whatever [7]** 6/14 19/10 54/6 59/3 89/1
106/6 174/8
**Whenever [1]** 63/17
**where [33]** 2/13 4/6 4/18 12/13 12/16 15/15
22/21 40/3 40/16 40/21 40/22 44/7 51/22
59/13 86/4 98/24 99/15 100/8 105/21 113/22
135/8 135/19 139/7 139/11 140/14 146/7
148/15 151/25 156/19 167/10 167/14 168/1
168/18
**whether [15]** 2/12 24/15 39/3 41/10 56/16
56/16 65/22 71/21 115/10 145/9 145/24
145/25 146/17 158/9 161/8
**Whichever [1]** 172/3
**while [14]** 23/15 57/20 62/20 67/21 68/5 68/8
71/8 74/10 75/8 82/7 136/14 155/19 160/4
168/16
**whine [1]** 16/12
**white [9]** 9/9 38/14 71/10 72/5 93/6 94/23
157/7 157/24 158/10
**whiteout [1]** 35/20
**who's [5]** 18/10 60/25 76/19 104/20 152/10
**whole [10]** 6/6 13/16 26/15 47/5 96/25 131/1
141/19 147/3 149/21 154/14
**wholesale [1]** 110/11
**whom [4]** 69/9 70/3 70/17 78/10
**whore [1]** 58/20
**whose [2]** 55/13 63/1
**why [24]** 4/12 7/6 7/9 7/11 7/25 9/5 10/24
27/23 28/1 36/17 38/12 56/1 61/22 64/25
72/18 76/24 78/9 83/21 89/17 126/10 126/11
137/1 137/1 170/17
**wife [13]** 22/7 22/11 22/22 23/1 23/13 25/4
56/20 159/12 159/15 159/18 159/25 166/3
173/9
**Williamsburg [1]** 5/19
**willing [2]** 65/12 108/1
**win [3]** 121/15 121/17 122/22
**winners [2]** 122/7 122/8
**winter [2]** 5/19 5/20
**wire [15]** 32/23 33/3 33/6 33/10 33/11 33/15
34/4 35/13 35/17 36/7 37/20 37/24 43/17
45/8 45/16
**wire-transferred [1]** 33/6
**wired [1]** 35/25
**wires [1]** 33/18
**Wish [1]** 31/17
**wished [1]** 59/20
**Wishes [1]** 13/24
**withdraw [2]** 67/19 170/19
**withdrawn [3]** 60/19 83/23 136/18
**within [3]** 70/25 108/12 134/14
**without [30]** 10/10 15/1 29/2 32/11 44/1
45/13 46/21 49/11 58/7 64/19 80/14 83/5
85/13 86/3 89/13 91/3 112/2 112/10 112/21
113/7 116/2 119/10 127/15 133/25 135/3
139/19 162/5 163/11 165/22 166/15
**witness [19]** 3/5 21/16 53/23 53/24 70/15
70/15 71/22 75/10 104/2 104/10 104/20
105/5 132/22 139/1 145/16 171/18 172/1
172/9 174/10
**witness' [2]** 173/21 173/23
**witnessed [1]** 41/9
**witnesses [2]** 71/9 174/19
**Wolofsky [4]** 93/3 94/24 95/8 156/25
**woman [8]** 5/3 29/23 42/4 42/8 42/22 84/11
85/23 87/2
**women [2]** 17/7 52/14
**women's [1]** 128/12

**won [1]** 126/4
**wondering [1]** 104/4
**wood [1]** 138/6
**worded [1]** 143/24
**wore [1]** 16/17
**work [12]** 15/11 15/20 15/23 23/13 23/13
71/8 71/13 72/20 97/1 101/6 105/17 159/25
**worked [1]** 6/13 12/19 13/7 15/25 16/14
17/21 17/21 23/3 25/3 87/13 87/14
**working [6]** 12/21 12/23 14/19 21/20 81/8
81/11
**workout [2]** 11/22 16/13
**works [1]** 16/1
**world [7]** 13/12 16/16 16/22 18/8 18/10
79/12 90/14
**worried [1]** 149/21
**worth [5]** 3/24 107/6 107/24 138/3 152/10
**worthless [1]** 58/12
**wouldn't [6]** 28/6 63/23 89/3 97/3 104/10
167/2
**writing [9]** 14/3 25/12 96/7 97/15 151/6
151/22 158/2 158/16 174/5
**written [6]** 10/13 15/22 17/10 145/3 152/1
156/3
**wrong [5]** 27/24 39/17 39/19 62/23 128/6
**wrote [17]** 5/21 14/9 14/11 14/21 17/6 19/22
21/1 43/15 45/1 50/11 50/20 55/15 59/18
76/21 86/9 151/24 158/13

## Y

**Yahoo.com [2]** 29/9 29/12
**yeah [22]** 17/13 20/11 30/6 42/25 49/4 49/21
50/21 67/14 74/18 84/23 87/5 87/9 97/22
98/24 99/11 102/11 113/2 115/2 122/4
124/25 140/20 142/4
**year [17]** 5/11 22/4 28/21 74/3 86/11 91/21
106/14 120/4 150/15 151/25 158/7 159/3
169/12 169/17 169/23 170/22 173/10
**years [37]** 11/14 11/15 11/18 12/24 19/18
19/21 19/23 22/14 24/24 25/12 25/22 31/14
31/17 33/11 50/23 57/17 64/11 78/5 88/25
96/17 103/3 105/24 111/2 113/16 138/9
147/20 152/22 153/1 154/3 155/7 155/12
158/14 163/1 168/17 171/4 173/10 173/10
**yelling [1]** 42/14
**Yep [1]** 162/11
**yes [372]**
**yesterday [25]** 3/1 8/25 47/4 47/14 51/15
56/23 57/18 60/7 60/15 60/17 60/20 61/1
61/6 61/13 63/20 64/3 64/6 65/1 65/3 93/9
146/24 147/18 151/11 151/16 168/19
**yet [2]** 121/23 152/7
**York [28]** 6/15 27/10 47/21 50/25 51/6 57/5
57/8 57/14 57/20 58/6 58/11 58/25 101/24
112/15 133/5 135/8 135/11 135/16 135/17
135/22 135/25 136/13 136/20 167/3 167/12
167/14 168/16 169/16
**you'll [1]** 89/20
**you're [44]** 2/18 6/9 8/9 16/6 29/17 29/18
32/5 34/22 34/23 54/15 54/19 61/21 61/22
63/17 69/21 74/14 83/3 83/4 90/13 91/15
92/8 93/16 95/18 97/18 97/20 98/4 98/24
100/17 103/14 106/22 109/6 120/18 120/24
132/20 137/15 144/8 146/1 149/1 150/18
152/15 158/2 171/16 172/10 173/24
**you've [16]** 24/23 31/25 40/5 45/18 60/12
**young [12]** 12/20 12/20 13/11 18/10 22/23
27/11 27/20 59/3 62/14 62/16 62/18 62/21
**yours [3]** 35/5 84/11 113/15
**yourself [1]** 77/15

**yuck [1]** 94/20