1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
2
             Case No. 11-80072-CR-MARRA
3
UNITED STATES OF AMERICA,      )
4                              )
     GOVERNMENT,               )
5                              )
     -v-                       )
6                              )
ROSE MARKS,                    )
7                              )
     DEFENDANT.                )    West Palm Beach, Florida
8                              )    September 12, 2013
_____)
9

10              Volume 12, Pages 1 - 141

11          TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12        BEFORE THE HONORABLE KENNETH A. MARRA

13             UNITED STATES DISTRICT JUDGE

14

15   Appearances:

16   FOR THE GOVERNMENT         Laurence M. Bardfeld, AUSA, and
                                Roger H. Stefin, AUSA
17                              United States Attorney's Office
                                500 East Broward Boulevard
18                              7th Floor
                                Fort Lauderdale, FL 33301
19
     FOR THE DEFENDANT          Fred A. Schwartz, ESQ.
20                              Kopelowitz, Ostrow, Ferguson
                                Weiselberg, Keechl
21                              700 South Federal Highway,
                                Suite 200
22                              Boca Raton, FL 33432

23   Reporter                   Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768              Official Court Reporter
24                              701 Clematis Street
                                West Palm Beach, Florida  33401
25                              E-mail:  SFranklinUSDC@aol.com

```
 1          (Call to the order of the Court.)

 2             THE COURT:  Good morning, everyone.  Please be

 3     seated.

 4             All right.  We're back on the record.  I see

 5     Ms. Marks.  I don't see Mr. Schwartz.

 6             Good morning.

 7             MR. SCHWARTZ:  Good morning, Your Honor.

 8             THE COURT:  We ready to proceed?

 9             MR. SCHWARTZ:  Yes, sir.

10             THE COURT:  Bring the jurors in.

11             Ma'am, come back on the stand.  You're still under

12     oath, ma'am.  Thank you.

13          (The jury enters the courtroom, after which the following

14     proceedings were had:)

15             THE COURT:  Good morning, everyone.  Please be

16     seated, ladies and gentlemen.  Welcome back.  Thank you for

17     being here this morning early so we could try and get an

18     extra half an hour in before we break this morning for a

19     couple of days.  So thank you for your cooperation.

20             Has anyone read or heard anything about the case

21     since we recessed yesterday?

22             Very well.  So we're going to continue.

23     Mr. Schwartz, you may continue with cross-examination.

24             MR. SCHWARTZ:  Thank you, Your Honor.

25          Jude Gilliam Montassir, Government's witness,
```

```
 1                          resumed the stand.

 2                    Cross-examination (Cont.'d)

 3    BY MR. SCHWARTZ:

 4    Q    Now, I realize you're not an attorney or an accountant.

 5    A    Right.

 6    Q    But in light of your testimony yesterday, let me ask

 7    you, do you know whether your attorney filed a Form 4684 for

 8    a theft and casualty loss with the IRS for the money that you

 9    said the IRS let you write off?

10    A    I don't know.

11    Q    Okay.  So in addition -- you don't know whether, in

12    addition to the money you expensed on your 2004, '5, '6, and

13    '7 tax returns you also wrote off as a casualty or theft loss

14    the money you paid to Rose?

15    A    I don't know.

16    Q    Okay.  What is your accountant's name?

17    A    Adrian Raley.

18    Q    And that's a man, isn't it?

19    A    Yes.

20    Q    R-a-l-e-y?

21    A    Right.

22    Q    Have you seen him lately?

23    A    I haven't seen him in years.  I e-mail him and a few

24    times talk with him on the phone.

25    Q    Just so that we put things in perspective, he's one that
```

```
 1    Detective Ogden, who worked with Detective Stack on this
 2    case, got for you as your accountant?
 3    A    Yes.
 4    Q    Now, can you tell me when you gave Mohammed -- one of
 5    these days I'll get it right -- Mohammed the hundred thousand
 6    dollars?
 7    A    I don't know anything about that.  What are you talking
 8    about?  I don't know.
 9    Q    Did you ever give Mohammed money?
10    A    Yes.
11    Q    How much money did you give Mohammed?
12    A    I don't remember.
13    Q    Was it in the vicinity of a hundred thousand dollars?
14    A    I don't remember.
15    Q    Wouldn't you remember if you gave your boyfriend a
16    hundred thousand dollars?
17              MR. STEFIN:  Objection.
18              THE COURT:  Overruled.
19              THE WITNESS:  Compared to the amounts that I gave
20    Joyce, that's piddling.  I don't remember.
21    BY MR. SCHWARTZ:
22    Q    Okay.  I understand we need to blame Rose for
23    everything.
24              MR. STEFIN:  Objection.
25              THE COURT:  Sustained.
```

1              Rephrase your question, please.

2    BY MR. SCHWARTZ:

3    Q     Do you have any documents to show how much money you

4    gave to Mohammed?

5    A     I don't think so.  I don't know.

6    Q     Do you remember giving Mohammed an expensive Cartier

7    watch?

8    A     Yes.

9    Q     And that cost around $14,000?

10   A     No, it did not.  It was 3500.

11   Q     Okay.

12   A     And I got it because Joyce wanted something gold.

13   Q     You got it for Joyce or you got it for Mohammed?

14   A     Got it for Joyce.  Had to put it on a table with candles

15   around it for days, and then I was to take it and give it to

16   him.

17   Q     And so I get the timeframes right, you came back to the

18   U.S. in '91 around Thanksgiving, right?

19   A     I don't remember the dates.  It's a very long time ago.

20   Q     Well, do you remember making a telephone call to

21   Mohammed and recording it and saying that it was around

22   Thanksgiving in the United States?

23   A     No, I don't remember recording any phone calls with him

24   at all.  I don't remember.

25              MR. SCHWARTZ:  Do we have that phone call?  How

```
 1   about the first one?
 2            MR. STEFIN:  Objection, relevance.
 3            THE COURT:  At this point there's no question
 4   pending.
 5            MR. STEFIN:  I'm objecting to the next question.
 6            MR. SCHWARTZ:  We already said I'm objectionable,
 7   Judge.
 8   BY MR. SCHWARTZ:
 9   Q    But if you heard a recorded conversation between
10   yourself and Mohammed in or around Thanksgiving of 1991,
11   would that refresh your recollection as to whether you made
12   and recorded a phone call with him?
13   A    I guess so, yes.
14            MR. SCHWARTZ:  May I have a moment, Judge?
15            THE COURT:  Yes.
16   BY MR. SCHWARTZ:
17   Q    I'm going to come back to that, but did you also go
18   to -- you went to Egypt in early '93; is that right?
19   A    I don't know the dates when I went to Egypt.
20   Q    Okay.  You went to Egypt.  You spent about three months
21   living with -- I'm sorry, not living with, but being in an
22   apartment with Mohammed, and then shortly after that, did you
23   come back to the United States?
24   A    I don't remember.  It's a very long time ago, and that
25   was a very small part of my life.  Many things have happened
```

```
 1   since then.  I don't remember any of that very well.  It's
 2   just a long time ago.
 3   Q    Did you, when you came back to the United States, record
 4   a second phone call with Mohammed?
 5   A    I don't remember recording any phone calls with him.
 6   Q    Let me change the subject for a moment.
 7   A    That would be nice.
 8   Q    You mentioned in your direct examination that you
 9   remembered even before 1991 that you had once gone to a
10   psychic before you went to Rose; is that right?
11   A    I just stopped in a palm reader on~-- New York City
12   somewhere.
13   Q    That was prior to seeing Rose?
14   A    Yes.
15   Q    But you remembered that?
16   A    Yes.
17   Q    Did you -- after you started seeing Rose, did you ever
18   consult another psychic?
19   A    I -- after -- I don't think so.  I can't remember.
20   Q    Okay.
21   A    No.
22   Q    If you heard a recorded conversation with yourself and
23   another psychic, would that refresh your memory?
24   A    Who are you talking about?  Yes.  I don't remember
25   talking to another psychic.
```

```
 1              MR. SCHWARTZ:  Your Honor, at this time I'd ask to

 2    play a short conversation.

 3              THE COURT:  Can we see counsel, please?

 4         (The following proceedings were held at sidebar:)

 5              MR. STEFIN:  I have an objection to this.

 6              THE COURT:  What's all this have to do with

 7    anything?

 8              MR. SCHWARTZ:  I'm trying to test her credibility

 9    and memory, Judge.  I have two -- three recordings that she

10    made that she gave to Rose Marks.  We dug them out last

11    night.  One was a recording with Mohammed just when she

12    returned from her first trip to Egypt in Thanksgiving.

13              THE COURT:  All right.  If I can interrupt you.

14    I'm sorry.

15              So you have some recordings of conversations.  Is

16    the content of any of the recordings relevant?

17              MR. SCHWARTZ:  I'll tell you -- I'll mention what

18    the content is.

19              The first one is basically a love phone call.  Not

20    sex, but a love phone call with Mohammed in Thanksgiving.

21    The second one establishes -- which establishes the time she

22    came back from her trip.

23              THE COURT:  Is it relevant when she came back?  Is

24    this just an issue of testing her memory?

25              MR. SCHWARTZ:  Testing her memory, Judge.
```

```
 1              THE COURT:  All right.  So can --

 2              MR. SCHWARTZ:  I'll do it a different way without

 3    playing the tapes.

 4              THE COURT:  Well, I was going to say if the content

 5    is not relevant for anything and you're just trying to test

 6    her memory or show that she has selective memory, I would

 7    rather you play the tapes out of the presence of the jury so

 8    they don't have to listen to the content, because it doesn't

 9    seem relevant, to see if it refreshes her memory, and then

10    you could --

11              MR. SCHWARTZ:  That's fine, Judge.

12              THE COURT:  But rather than have them listen to

13    more tapes of things that are irrelevant.

14              MR. SCHWARTZ:  Thank you, Judge.  I'll do that.  I

15    don't have to do it right now.  I can skip to something else.

16              THE COURT:  Or if you can do it in some other way

17    to test her memory, then let's do it the other way.

18              MR. SCHWARTZ:  Okay.  Thank you.

19         (Sidebar conference concluded.)

20    BY MR. SCHWARTZ:

21    Q    Without going into dates, when you came back from Egypt

22    the first time -- you went to Egypt on your trip with your

23    husband, you met Mohammed, you came back, and then you went

24    to Egypt again; is that right?

25    A    Yes.
```

1    Q    When you came back from that second trip to Egypt, did

2    you call Mohammed a number of times?

3    A    Probably.

4    Q    And after one of those calls, did you call a psychic

5    hotline?

6    A    I don't remember that.  That could be.  I think I did

7    call that because I remember there was one with the name of

8    Joyce Michael, and I told Joyce about it and we laughed about

9    it.

10   Q    And did you talk to somebody named Laura?  If you

11   remember.

12   A    I don't remember.

13   Q    Okay.  Did you ask for advice on your relationship with

14   Mohammed, giving his age and your age and his background and

15   your background?

16   A    Probably.

17   Q    By the way, how old was Mohammed at the time you met

18   him?

19   A    Twenty-three or four.

20   Q    Twenty-three or 24.

21        Did you then at some point in this time do a

22   numerology chart of yourself and Mohammed?

23   A    Probably.

24   Q    And did you also do a chart before you were even

25   pregnant with Sam of someone named Sam Montassir?

```
 1    A      Probably.

 2    Q      You mentioned that you've written a few books?

 3    A      Yes.

 4    Q      Best selling books, right?

 5    A      Yes.

 6    Q      And after you met Rose -- well, withdrawn.

 7           When you write books, does the story and the

 8    characters form in your head?  I know it sounds like a

 9    strange question.

10    A      I write stories that I make up, yes.

11    Q      And you do a lot of research before you write the books,

12    right?

13    A      Yes.

14    Q      Because you want to be correct as to places and

15    timeframes and facts that you interweave into your fictional

16    story; is that right?

17    A      Yes.

18    Q      And some authors -- I'm sorry.

19           For you, do the characters almost come alive and

20    almost dictate what they're going to do while you're writing?

21    A      They're very real to me, yes.

22    Q      And they're almost like live people who you're dealing

23    with; is that right?

24    A      That sounds a little schizoid, but yes, they're --

25    Q      I'm not making a judgment as to that.  Many authors have
```

1    that; is that true?

2    A    Yes, they're very real to me, yes.

3    Q    And they're also based upon people you know and things

4    you've done, right?  Your experiences?

5    A    No, because you get sued doing that.

6    Q    I don't suggest that they're real life people or you

7    give them the names of people you know, but do you sometimes

8    change the names to protect the innocent or guilty?

9    A    No.

10   Q    Okay.

11   A    I use sometimes movie stars or characters from movies,

12   characters from history, but I don't use real people because

13   you can get sued.

14   Q    Well, after you met Rose, did you write a book called

15   Remembrance?

16   A    Yes.

17   Q    I guess you'll be happy that we've contributed to your

18   royalties.

19         Let me show you what's been marked as Defendant's

20   exhibit 39 and ask you if you recognize it.

21   A    Yes, it's one of my books.

22   Q    Which book is it?

23   A    Remembrance.

24   Q    And was Remembrance copyrighted in or around 1994?

25   A    I don't know.  What does it say inside the book?

```
 1   Q     Let me show it to you and see if it refreshes your
 2   memory.
 3   A     Yes, copyright 1994 by Deveraux, Inc.
 4   Q     So you own the copyright on this book?
 5   A     Yes.
 6   Q     And in your story, Remembrance, was it about a
 7   best-selling romance writer named Hayden Lane?
 8   A     Yes.
 9   Q     H-a-y-d-e-n?
10   A     Yes.
11   Q     And did she become obsessed with some of her heros in
12   her book?
13   A     I have written 65 books.  It's hard for me to remember
14   the plots of them.  I remember the plots of some of them, but
15   that one's about two characters who go through life being in
16   love with each other.
17   Q     Was she -- when she met someone, was she desperate to
18   discover more about him, and did she visit a psychic?
19   A     I don't remember.  That's probably right.  I don't know.
20   Q     Let me approach again.
21         MR. SCHWARTZ:  May I move -- is there an objection
22   to moving it this into evidence?
23         MR. STEFIN:  Do you have 15 copies?
24         No objection.
25         Well, objection on relevance grounds.
```

```
 1              MR. SCHWARTZ:  May I approach?

 2              THE COURT:  Yes.  Well, let me --

 3              MR. SCHWARTZ:  I don't want to approach the bench.

 4    Let me just approach the witness before I offer this into

 5    evidence.

 6              THE COURT:  All right.

 7    BY MR. SCHWARTZ:

 8    Q    On the back of your paperbacks, is there usually a

 9    summary, a very high summary of the storyline?

10    A    Yes.

11    Q    And if you read that summary on the back of your book,

12    would that refresh your recollection --

13    A    Right.

14    Q    -- of the general plot of the book?

15    A    Yes.

16              She went to a psychic who tells her about her past

17    life in Edwardian England.

18    Q    Don't read that.  Read it to yourself and tell me if it

19    refreshes your memory.

20    A    Yes, it refreshes my memory.

21    Q    So she went to a psychic; is that right?

22    A    Yes.

23    Q    And the psychic told her about her past lives, past

24    life.

25    A    Yes.
```

```
 1   Q    And how did she -- how did that plot unfold regarding
 2   her past life?
 3   A    I don't remember.  I know it goes back into time.
 4   Q    And does the past life affect her present life?
 5   A    Yes.
 6   Q    And to the best of your memory, was this psychic similar
 7   to Rose Marks?
 8   A    No.
 9   Q    Different name, right?
10   A    Yes.
11   Q    Did you discuss with Rose how psychics work and the
12   background of gypsies and psychics?
13   A    Gypsies?
14   Q    Yes.
15   A    We never, that I know, said the word "gypsies."  Never
16   used it.
17   Q    Did you discuss the psychic's ability and how somebody
18   can be previously born and reincarnated?
19   A    I don't remember that.  I, as you say, do a lot of
20   research.  There were a lot of research books I read in this
21   about reincarnation, about transferring spirits, to try to
22   get ideas for my books.  If you're saying I got the ideas
23   from Joyce, no, I did not.
24   Q    Well, do you -- didn't you have conversations with Rose
25   regarding spiritual things, spiritual matters?
```

```
 1    A     About my own, yes.  I tried to understand where the
 2    money she was taking from me was going and what it was doing,
 3    yes.
 4    Q     I assumed we would get back to the money, but let's talk
 5    about --
 6    A     It's all about the money.
 7    Q     -- spiritual matters that you discussed with Rose.
 8    A     I don't know what answer to give to that.  I tried to
 9    find out what she was doing with all the money that I was
10    giving her, so that was discussion of councils and the
11    library -- well, actually, I found that in research.  I would
12    tell her about my research that I was doing.
13    Q     And to some extent, when you were talking to her, were
14    you almost playacting characters in your book?
15    A     Absolutely not.
16    Q     Well, let's talk about a book you wrote called Angels
17    For Emily.  And I'll mark that for identification as
18    Defendant's exhibit 40.
19          And, no, I don't have 15 copies of it.
20    A     Yes, that's one of my books, Angel for Emily.
21    Q     Now, was Angel for Emily -- in Angel for Emily, is one
22    of the characters Michael the Archangel?
23    A     Archangel.
24    Q     Archangel.  Yes or no?
25    A     Yes.  I think he's in there, yeah.
```

1    Q    And was there another Michael who was a guardian angel?

2    A    I think so.

3    Q    And was there a third Michael, Michael Chamberlain, the

4    dead body that the guardian angel Michael was inhabiting?

5    A    I think so.  That's a long time ago, yeah.

6    Q    Would you like to look at the book to refresh your

7    memory?

8    A    About angels -- I think it's about angels.  I wrote

9    about angels before I ever met Joyce.  I wrote about

10   reincarnation before I ever met her.  I wrote about a cult

11   before I met her.  I just continued.

12   Q    But this was written in 1998, right?

13   A    I guess so.  Yes, copyright 1998.

14   Q    By Deveraux, Inc.?

15   A    Deveraux, Inc., my corporation.

16   Q    In that book, on page 7 does the guardian angel Michael

17   take over the dead body of a man named Michael Chamberlain?

18   A    Yes.

19   Q    So the conversations you were having with Rose regarding

20   you taking over Cynthia's body after you die and your son,

21   who was already dead, unfortunately, inhabiting the body of

22   her son Angel, wasn't that some of the playacting that you do

23   to develop your characters for books?

24   A    I don't do any playacting to develop the characters in

25   my books.  I don't know what you're talking about.

1    Q     Well, the characters become real to you, don't they?

2    A     Not in the crazy way that you're insinuating, no.

3    Q     I never used the word "crazy" in reference to you.

4    A     You have a layman's idea of writers, that we create

5    things and we walk away from it.  We do know reality from

6    fantasy.

7    Q     You sure?

8    A     Yes, I'm quite sure.

9    Q     Did you really believe you were having a conversation or

10   letters back and forth between you and Colin Powell?

11   A     Yes.

12   Q     That wasn't part of some of this fantasy to help develop

13   characters?

14   A     No.

15   Q     You honestly and truly believed that Colin Powell was

16   going to leave his wife and marry you?

17   A     I'm not sure I wanted him to.  This was all part of

18   the -- what Joyce made up, the fantasy of it.  And she had

19   isolated me so much, it was nice to write to someone.

20   Q     Wasn't this to help you develop romance novel character

21   plots?

22   A     She made -- she had me write this man and give her

23   masses of money to help me with my books, is that what you're

24   saying?  That's -- yeah, that's a ridiculous concept.

25   Q     You really believed that Kerry and Edwards were going to

1    get elected, Kerry was going to die, Powell was going to

2    become -- I'm sorry, Edwards was going to become president

3    and make Powell vice president, and you and he were going to

4    live in the vice presidential mansion in Washington?

5    A    That's what Joyce was telling me, and I thought she was

6    psychic and knew the future.

7    Q    And those were some of the things that you discussed in

8    your letters to Colin; is that right?

9    A    Probably so.

10   Q    Let me ask you one more time.  Wasn't this playacting

11   that you knew was playacting to help stimulate you for your

12   romance novels?

13   A    I did not know it was playacting.  I was told that it

14   was real; and it was not stimulation for my novels.  It was

15   in interference of them.  It took my time.

16   Q    And the story about you and Brad Pitt and Cynthia Miller

17   and the making of the Will and the bank account form that

18   Cynthia never signed in the name of -- signed at all, weren't

19   those all talking and a familiar routine between you and Rose

20   to deal with romance-type plots?

21   A    No, no.

22   Q    Well, isn't that very similar to the plot of an Angel

23   for Emily?

24   A    What is?  Writing Brad Pitt, that that was --

25   Q    In Angel for Emily, an angel -- somebody dies, and an

```
 1    angel comes and inhabits his body, and that person has a

 2    relationship with your heroine in that book; is that right?

 3    A    Yes.

 4    Q    And that angel then goes to the Archangel Michael and

 5    asks to become a real human rather than an angel so he can be

 6    with his love; is that right?

 7    A    Yes, I think that's right, yes.

 8    Q    I had to read it.

 9    A    Good.

10    Q    You're saying that you, as a rational human being,

11    really believed that you were having a letter romance with

12    Colin Powell?

13    A    Yes.

14    Q    And you really believed that you were going to die, and

15    your body was -- and your spirit was going to be transmitted

16    to Cynthia Miller, Reynolds, whatever her name was, and you

17    were going to live again and avoid your IRS problems?

18    A    Not avoid the IRS problems, but I thought I was going to

19    be transferred.  I was hoping that.  That's why Rose was

20    taking the masses of money from me when I was in deep grief,

21    to do the transfer.

22         Are you saying that -- I'm trying to understand

23    this -- that all victims should know what's being done to

24    them.  Like a person who is attacked in a park should have

25    known this was going to happen, or a murder victim should
```

```
 1    have known?  I should have known?  Is that what you're

 2    saying?

 3               MR. SCHWARTZ:  May I ask that the witness be

 4    instructed to answer, not ask questions?

 5               THE COURT:  You can't ask him any questions.  You

 6    have to answer his questions, ma'am.  Okay?

 7               THE WITNESS:  Too bad.

 8    BY MR. SCHWARTZ:

 9    Q    Did you write a book in -- I'm sorry.

10               You said that the books you wrote when you met

11    Joyce were terrible books; is that right?

12    A    When I met her I was coming in multiple weeks on the top

13    five New York Times Best Seller List.  After being around

14    her, and it's impossible to write happy romantic novels when

15    you're being -- having money demanded from you constantly,

16    and her love of chaos and confusion.

17               I now, my last book just came out in July.  It came

18    on New York Times List number 27 and spent one week and it

19    went off.  That's it.  So I'm back, at my age, at the very

20    bottom of my career again, starting all over again.  That's

21    why I'm still working seven days a week.

22    Q    Well, when did you stop being involved with Rose?

23    A    January 15th, 2008.

24    Q    Early 2008?

25    A    Yes.
```

```
 1    Q    And Rose ruined your career, right?

 2    A    Yes.

 3    Q    Well, you wrote an Angel for Emily approximately seven

 4    years, six and a half years after you met Rose, didn't you?

 5    A    Right.

 6    Q    When she ruined your career?

 7    A    Yes.

 8    Q    Well, in February 1998, was an Angel for Emily number 3

 9    on the New York Times Best Seller List and there for two

10    weeks?

11    A    Probably.

12    Q    And the next week, February 1st, 1998, was it number 4

13    on the New York Times Best Seller List?

14    A    Yes, and it was going -- yes.  I imagine.

15    Q    And the week after that, February 15th, 1998, was it

16    still number 4 on the New York Times Best Seller List?

17    A    I'm sure you know.  You have the list.

18    Q    And the week after that it dropped down to number 6,

19    right?

20    A    I don't remember specifically.

21    Q    Would you like to see some documents to refresh your

22    memory?

23    A    Sure.

24            THE COURT:  Ms. Brezak, are you feeling all right?

25    You sure?
```

```
 1   BY MR. SCHWARTZ:

 2   Q    Were the figures and positions that I asked you about on

 3   the best seller list true?

 4   A    Yes.

 5   Q    Okay.  You wrote another book when you were under Rose's

 6   influence in 1998 called Return to Summerhouse, didn't you?

 7   A    Yes.

 8   Q    And did that -- in July 6th, 2008, was that number 5 on

 9   the New York Times Best Seller List?

10   A    Probably.

11   Q    And July 13th, was it number 6 on the New York Times

12   Best Seller List?

13   A    Probably.

14   Q    And you wrote a book, True Love, didn't you?

15   A    Yes.

16   Q    What year did you write that?

17   A    This last year.

18   Q    That's the one you said was number 25 on the best seller

19   list?

20   A    Yes.

21   Q    That you wrote in 2013?

22   A    Right.

23   Q    So what you told us five minutes ago was another lie,

24   wasn't it?

25   A    No.
```

```
 1              MR. STEFIN:  Objection to the form of the question.

 2              THE COURT:  Sustained.

 3    BY MR. SCHWARTZ:

 4    Q    Did you tell us a few minutes ago, before I showed you

 5    the best seller list, that Joyce ruined your career, and the

 6    books you wrote with her couldn't be these funny little love

 7    stories, and they weren't on the best seller list?

 8    A    They have steadily gone down.  My contemporaries of the

 9    time, like Julie Garwood, they come out at number 1, Robin

10    Carr comes out at number 1.  All these people at the same

11    time as me.  My career has fallen down.  I'm no longer in the

12    top, and my books, the quality of them has suffered.

13    Q    You wrote Someone to Love in August of 2007, didn't you?

14    A    Yes.

15    Q    This is one of the books you said you were churning out

16    because you needed money.

17    A    No, I didn't need money.  Joyce was demanding money,

18    money.  She cleaned me out.  You saw what she took when I was

19    in grief.

20    Q    Are you going to bring every question -- your answer to

21    every question I ask back to money?

22              MR. STEFIN:  Objection, Your Honor.

23              THE COURT:  Sustained.  Please don't editorialize,

24    Mr. Schwartz.

25    BY MR. SCHWARTZ:
```

1    Q    Well, Someone to Love, in August 5th, 2007, came out at

2    number 8 on the best seller list, didn't it?

3    A    And people hated it, yes.

4    Q    Some people hated it?

5    A    A lot of people.

6    Q    And in 2001 you wrote Summerhouse, right?

7    A    Yes.

8    Q    And that came out at number 8 on the New York Times Best

9    Seller List, didn't it?

10   A    Probably.

11   Q    2003, you wrote Forever and Always; is that correct?

12   A    Yes.

13   Q    And that came out at number 2 -- that was number 2 on

14   the New York Times Best Seller List the third week it was

15   out.

16   A    Good.  That's nice.

17   Q    Is that true?

18   A    Probably.

19   Q    Heart Wishes, which came out in 2012, after you were out

20   of Joyce's influence for four years, is that fair?

21   A    Yes.

22   Q    That came out at number 17, right?  Didn't it?

23   A    Probably.

24   Q    And your 2002 book, Forever, when you were still under

25   Rose's influence, came out at number 4; is that right?

```
 1   A     Probably.

 2   Q     Now, let's talk about Scarlet Nights.  You mentioned

 3   that on your direct examination, didn't you?

 4   A     Yes.

 5   Q     Scarlet Nights was a book you wrote after you were

 6   rescued by Charlie Stack; is that right?

 7   A     Detective Stack was there, yes.

 8   Q     And he helped you with the book a little bit?

 9   A     Yes.  Two passages, yes.

10   Q     Was he the basis of one of the characters in the book?

11   A     No.

12   Q     Well, wasn't there a character in the book who was a

13   kickboxer?

14   A     It's based on Jason Statham, the actor.  I played his

15   movies all the time I was writing.  He's a short, semi-bald

16   man.  Charlie's 6'2.  Very different men.

17   Q     Was there a character in that book named Mitzi?

18   A     Yes, yes.

19   Q     Was she one of the evil people in the book?

20   A     Yes, she was an evil woman, right.

21   Q     And what was her occupation?

22   A     She conned people.

23   Q     And how did she do that?

24   A     Gave them hope.

25   Q     And did he have a job or a business?
```

```
 1    A     I can't remember.  Yes, I think so.  I read a lot of
 2    research books for that novel.
 3    Q     And what was her job or business?
 4    A     Conning people, getting them to believe in her and
 5    giving them hope.
 6    Q     Was she a psychic?
 7    A     A fake psychic, I think.
 8    Q     And did she have a fortune telling business?
 9    A     I think so.  I can't remember.
10    Q     Did you model Mitzi after your then impression of Rose?
11    A     I read a lot of research books about that, and it was
12    based on the research books.
13    Q     It wasn't based on what you had just, in your mind, been
14    through with Rose?
15    A     I'm sure partially.  Everything that a writer
16    experiences, sees, does is in there.
17    Q     And that book, when you were out of Rose's influence,
18    came out at number 24 on The Times Best Seller List, right?
19    A     Yes, I'm sure.
20    Q     And all of your books, when you were, as you put it, not
21    under the influence of Rose anymore, or Joyce, have come out
22    very low on the best seller list, low meaning not very good;
23    is that right?
24    A     Yes.  Publishing is a pyramid, and people bought my
25    books for many years based on my name of books that they had
```

```
 1    read before that they liked, and a lot of these didn't do
 2    well.  This one people liked.  This one people hated.
 3    Someone to Love they hated.  And gradually, they started
 4    saying I'm not going to buy her books anymore.  So that's
 5    what I've got to fight against now, is to write good books so
 6    that they come back to them.
 7    Q    But for at least 10 years when you were, quote, under
 8    Rose's influence, unquote, your books came out at number 2,
 9    3, 4 on the New York Times Best Seller List.
10    A    Yes, based upon my past, books that I've written before
11    I met her.  People liked them.
12    Q    And that carried over for 10 years?
13    A    Yes, publishing's very slow.  Uh-huh.
14    Q    But since you were rescued by Mr. Stack, your more
15    recent books have virtually been failures; is that right?
16    A    No, they have not.  They've been rebuilding my career.
17    I just was picked up by Random House, which is the largest
18    publishing house in the world.
19    Q    You were let go by Simon & Schuster, weren't you?
20    A    Absolutely not.  There was a huge fight.  They did not
21    want to let me go.  I had to leave the Edilean series with
22    them.  I had to leave all my backlist with them.  It was a
23    big deal.  They didn't want me to go.  No one's let me go
24    willingly.
25    Q    Let's go back to your deposition.  We're talking about
```

```
 1    the one you gave on December 3rd, 2008.

 2              Did you mention Mohammed Montassir in your

 3    deposition?

 4    A    I have no idea.

 5              MR. STEFIN:  I'm going to object to that.

 6              THE WITNESS:  I don't remember.

 7              MR. STEFIN:  It's improper impeachment.

 8              THE COURT:  Sustained.

 9    BY MR. SCHWARTZ:

10    Q    On page 29 of your deposition were you asked the

11    following question --

12              MR. STEFIN:  Objection.

13              THE COURT:  Sustained.

14              What's the issue that you want to impeach on?

15    BY MR. SCHWARTZ:

16    Q    Did you tell the people at the deposition that what you

17    discussed with Rose was your marriage with Claude?

18              MR. STEFIN:  Objection.

19              THE COURT:  Can I see counsel, please?

20         (The following proceedings were held at sidebar:)

21              THE COURT:  You can use the deposition to impeach.

22    Did she say something in her testimony that's inconsistent

23    with the deposition?  If that happened, then you can impeach

24    her.  Why are you asking her what she said in her deposition?

25              MR. SCHWARTZ:  She said here that all she discussed
```

1    with Rose was her marriage -- when she started out, was her

2    marriage with Claude and her divorce, nothing about Mohammed.

3            THE COURT:  So then ask her, isn't it true that you

4    said yesterday, or whenever it was, that all you discussed

5    with Rose and -- was Claude and your marriage, and -- but

6    then you can impeach her if she said something different in

7    her deposition.

8            MR. SCHWARTZ:  Okay.

9            THE COURT:  You need to have a basis to use the

10   deposition.

11           MR. SCHWARTZ:  Okay.  Thank you.

12           THE COURT:  Is there anything else?

13           MR. STEFIN:  No.

14       (Sidebar conference concluded.)

15   BY MR. SCHWARTZ:

16   Q    Prior to meeting Detective Stack in 2008, did you make

17   any efforts to investigate Rose?

18   A    I looked online some for the names.

19   Q    And you mentioned that Rose isolated you.

20   A    Yes.

21   Q    Did she tell you not to tell anybody about your

22   relationship with her?

23   A    Yes.

24   Q    Did you tell anybody?

25   A    I made jokes about it at first to a friend of mine, but

```
 1   after that, no.

 2   Q     And who was that friend?

 3   A     My editor, Linda Marrow.

 4   Q     And did anybody else know about your relationship with

 5   Rose?

 6   A     My secretary in England did, because she sent money.

 7   Q     That was Ms. Hensby, H-e-n-s-b-y?

 8   A     Yes.

 9   Q     Did there ever come a time early in your relationship

10   when you asked Rose to spend her time virtually exclusively

11   on you?

12   A     No.

13   Q     Did you ever ask her to be available to you five days a

14   week?

15   A     No.

16   Q     Were you talking to her, early on, five days a week?

17   A     I would go back whenever she told me to.  She would say

18   come back tomorrow at so-and-so time, and if she did five

19   days a week, I would show up.

20   Q     And did you joke -- did you ask her how much she would

21   charge you to work exclusively with you?

22   A     No.

23   Q     Did she ever say to you, I'll charge you a million

24   dollars a year to work with me exclusively?

25   A     No.
```

```
 1   Q    Did you pay her a salary as your assistant?

 2   A    No.

 3   Q    Was she your assistant?

 4   A    No.

 5   Q    If your attorney in New Mexico said that, she'd be

 6   wrong; is that right?

 7   A    I guess so.

 8   Q    Did you read the documents, and we showed you one

 9   yesterday, that your attorney filed in the court in New

10   Mexico?

11   A    Yes, I saw that.

12   Q    You saw that she said she was your assistant?

13   A    Yes.

14   Q    Did she ever jokingly say, I'll charge you a million

15   dollars a year to work for you, and did you answer yes?

16        MR. STEFIN:  Could you clarify "she?"

17   BY MR. SCHWARTZ:

18   Q    Rose.  Not your attorney.

19   A    No, that isn't the way it happened, no.

20   Q    When you first met Rose, did you give her a gift of a

21   mink coat that you sent to her by messenger?

22   A    I gave her a mink coat, yes.  I don't know if it's when

23   I first met her.  It was sometime in the relationship.

24   Q    Was she supposed to store that in St. Patrick's

25   Cathedral and give it back to you?
```

```
 1    A     No.

 2    Q     You've mentioned a number of times that you gave Rose

 3    $20 million.

 4    A     Not gave, she took, yes.

 5    Q     Do you remember meeting with Rose in a restaurant,

 6    probably your last meeting with Rose?

 7    A     Yes.

 8    Q     What restaurant was that?

 9    A     I don't remember.  Olive Garden maybe.  I don't

10    remember.

11    Q     Did you tell Rose that you gave her $20 million,

12    $10 million of it went to Claude, and she was responsible for

13    the money you paid to Claude?

14    A     I don't understand that, what you're saying.  It's

15    unclear.

16    Q     In the money Rose owes you, in your mind, are you

17    holding her responsible for the money you paid to Claude?

18    A     No, just the 20 she took.  He's got his own 10 million.

19    So that's my entire -- every penny I made.

20    Q     And do you have any documentation showing that you gave

21    Rose $20 million?

22    A     I think there is a lot of documentation of -- you showed

23    yesterday the Schedule As of the money sent to her.

24    Q     I showed what you wrote off, but did you have any

25    documentation showing Rose -- that you gave Rose $20 million?
```

```
 1    A     You mean like all the checks?  I think --

 2    Q     Anything.

 3    A     Yes, there are binders full of checks.

 4    Q     And they totaled $20 million?

 5    A     I don't know the exact number what they totaled.  I

 6    don't know.

 7    Q     And you never added up what you gave Rose, did you?

 8    A     No.

 9    Q     As a matter of fact, the $20 million figure that you're

10    saying was told to you by Charlie Stack, wasn't it?

11    A     Somewhere in there.  I talked to a lot of people.

12    Q     Was told to you by somebody on the prosecution team; is

13    that right?

14    A     Yes, yes.

15    Q     Was it Mr. Ogden?

16    A     I don't remember who first brought that number up.

17    Q     And do they have any documentation as to how much you

18    actually gave Rose?

19    A     I think so.

20    Q     Do you know?

21    A     Do I know?  They have quite a bit of documentation of

22    checks that I sent to her, wire transfers that I sent to her,

23    certified checks.

24    Q     I agree you sent her money.  I'm not contesting that.

25    If I appear to be, I apologize.  But the figure you've been
```

```
 1   throwing out to the jury of $20 million is a figure you got

 2   from somebody on the prosecution team, right?

 3              MR. STEFIN:  Object to the question.

 4              THE COURT:  Overruled.

 5              THE WITNESS:  It's -- I guess so, yes.

 6   BY MR. SCHWARTZ:

 7   Q    Did you immediately believe Detective Stack when he came

 8   to you at the, I guess it's the Hilton Hotel in Boca Raton,

 9   and told you that Rose was a fraud and a con artist?

10   A    Not --

11              MR. STEFIN:  Object to the form of the question.

12              THE COURT:  Overruled.

13              MR. STEFIN:  Assumes facts.

14              THE WITNESS:  Not right away, no.  Not immediately,

15   but within the hour, yes.

16   BY MR. SCHWARTZ:

17   Q    They spent an hour persuading you?

18   A    That's -- no, not persuading me.  They told me things.

19   I don't think they were there more than probably a half hour

20   the first time.  I don't know.

21   Q    But you said you believed it within the hour.

22   A    Yes.

23   Q    So you started to believe it after they left?

24   A    That's a saying, I believed it within the hour.  I

25   believed it before they left, how about that?
```

```
 1    Q     Did you believe it, or did you begin to believe it?

 2    A     Begin to believe.  No, I think I saw it clearly as soon

 3    as they told me who Cynthia Miller was.

 4    Q     Well, let me direct you to page 42 of your deposition,

 5    starting at line 16.  Were you asked the following questions

 6    and did you give the following answers:

 7               "Question:  How quickly were the officers able to

 8    convince you that Joyce Michael was a fraud?

 9               "Answer:  I believe -- I began to believe -- I

10    had -- by the time they left."

11               MR. STEFIN:  Objection, Your Honor.  Not

12    impeachment.

13               THE COURT:  Overruled.

14    BY MR. SCHWARTZ:

15    Q     "Question:  They had at least gotten your attention?

16               "Uh-huh."

17               So did you believe it immediately when they were

18    there, or did you just begin to believe it by the time they

19    had left?

20    A     I think once the trust is broken, I began to see that

21    things were a lie.

22    Q     Did they have to come back again and talk with you?

23               MR. STEFIN:  Objection to the form of the question.

24               THE COURT:  Overruled.

25               THE WITNESS:  The next day they picked me up at the
```

```
 1    hotel, and the three of us went out to lunch.
 2    BY MR. SCHWARTZ:
 3    Q    Did Mr. Stack ever record any conversations he had with
 4    you?
 5    A    I don't know.  I don't know that.
 6    Q    Did you ever see him with a recorder?
 7    A    I don't remember that.  I really don't remember seeing
 8    it, but I don't know.
 9    Q    Well, did he just listen, or did he take notes?
10    A    I've never seen Charlie take notes.
11    Q    How about Detective Ogden?
12    A    I don't remember seeing him take notes either.
13    Q    Did Joyce, or Rose, ever help you with anything?
14    A    Help me with anything?
15    Q    Yes.
16    A    Not that I remember.  It was always talking to me about
17    spirits, and give me money, give me money, give me money.
18    Q    Well, she helped you find the hospital where you got the
19    in vitro, right?
20    A    I -- probably, maybe.
21    Q    And she helped make the appointment for in vitro, right?
22    A    Oh, I don't remember her making an appointment.  She
23    doesn't do telephone calls like that.
24    Q    And did she help you with the baby after he was born?
25    A    No.
```

```
 1   Q     Did she help you make decisions?

 2   A     Make decisions?  Bad ones, yes, very bad ones.

 3   Q     Did she help you in dealing with your lawyer in your

 4   case with Claude?

 5   A     She got me a lawyer who had never handled a divorce

 6   case.  She had me sign a thing that's taking me 22 years

 7   later, I'm still paying my ex-husband enormous amounts of

 8   money.  Is that help?

 9   Q     Well, in the conversations we heard the other day,

10   wasn't Rose telling you to try to settle with Claude for a

11   lump sum amount rather than continue with all of these

12   payouts?

13   A     As she was taking my money?  That seems an ordinary

14   thing.

15   Q     Did she tell you, talking about the case you had coming

16   up in 2008, to try to settle for a lump sum of maybe

17   2 million or $3 million?

18   A     In there was mention of a 3 million-dollar settlement.

19   That came from the detectives.  They said tell her in e-mails

20   that you have settled with Claude personally and you're

21   giving him a $3 million settlement, which was a lie.  I

22   hadn't talked to him and I hadn't made a settlement.

23   And . . .

24   Q     Go ahead.

25   A     So that's where she got that.
```

```
 1   Q    Did you -- did she advise you on the tapes we heard the
 2   other day to settle with Claude for a lump sum amount, that
 3   you should do that rather than going through mediation and
 4   depositions and fighting with him?
 5   A    How do you settle that without a mediation?  How do you
 6   do that?  You're a lawyer.  Isn't that --
 7   Q    Are you asking me how I would settle a case without
 8   mediation?
 9   A    How would you settle -- if you settle with a lump, you
10   have to have a mediation, don't you?  So how does that work?
11   Q    I can't answer your questions.  I'm sorry.
12        THE COURT:  Ask the question again and see if
13   she'll answer the question.
14   BY MR. SCHWARTZ:
15   Q    Did Rose tell you to try to settle with Claude for a
16   lump sum amount rather than fighting with him?
17   A    She said rather than going to the mediation, don't go to
18   the mediation.  And mediation doesn't mean fight.  So I'm
19   having a hard trouble with that question.
20   Q    After the mediation, you were supposed to go to
21   depositions and then go to trial or hearing on whether you
22   owed Claude money or not; is that right?
23   A    Right.
24   Q    And did she tell you on the tape try to settle with
25   Claude for a lump sum amount?
```

```
 1    A    She said try to settle for a lump sum, which takes a

 2    mediation.  So she was talking about what I was saying.

 3              MR. SCHWARTZ:  Excuse me for one second.

 4    BY MR. SCHWARTZ:

 5    Q    Prior to 2008, years before had you received

 6    correspondence from your ex-husband that he wanted two and a

 7    half million dollars to settle everything for the future?

 8    A    I don't remember specifically that.  The man sued me

 9    practically every -- seemed like every few months.  But once

10    a year he was suing me about stuff, demanding this, demanding

11    that.

12    Q    Well, he was suing you because you weren't making your

13    payments, right?

14    A    He was suing me for things like, he saw on the Internet

15    a young woman who posted that she was me, and she had four

16    older brothers.  So he sued me that that was true and that I

17    had been lying to him all these years.

18              He sued me because he said that my son's not --

19    Q    He brought a lawsuit --

20    A    Yes.

21    Q    -- about that?

22    A    Uh-huh.

23    Q    Do you have any documentation from that alleged lawsuit?

24    A    I don't have -- it's with his lawyer.

25    Q    Did he file a lawsuit in New Mexico claiming that you
```

```
 1   had been lying to him about your family?

 2   A    Yes.

 3   Q    Do you have any documentation on that?

 4   A    I don't have the documentation.  It's with his law firm.

 5   Q    Do you know the case number?

 6   A    No, I do not.

 7   Q    Have you ever seen the docket on that?

 8   A    I don't know what that is.

 9   Q    Were you served with papers regarding that?

10   A    Yes.

11   Q    Where were you served with papers?

12   A    Wherever I was living then.  I don't remember.

13   Q    When was this?

14   A    I don't know.

15   Q    Is that a fantasy?

16   A    No, it's not a fantasy.

17   Q    Wasn't it a fact that the only actions that Claude

18   brought against you were actions to collect on money that you

19   owed him?

20   A    No, that's not true.

21   Q    Did you eventually settle with Claude?

22   A    In --

23   Q    New Mexico.

24   A    Yes, in New Mexico, after the mediation.

25   Q    And the mediation was when?
```

```
 1    A     You have the deposition.  It's December something or

 2    other.

 3    Q     The depositions, as I've represented to you, were

 4    December 3rd, 2008.  Was the mediation before or after the

 5    depositions?

 6    A     I don't know that.  I think probably it was after.

 7    Q     And, by the way, Claude's lawyer also subpoenaed

 8    Detective Stack and Detective Ogden to give depositions in

 9    New Mexico, didn't he?

10    A     I have no idea about that.  I don't know.

11    Q     You never discussed that with your friends Charlie and

12    Darren?

13              MR. STEFIN:  Objection.

14              THE COURT:  Overruled.

15              You can answer.

16              THE WITNESS:  I didn't discuss that.  I didn't know

17    anything about that.  First I heard of it.

18    BY MR. SCHWARTZ:

19    Q     So you don't know if they ever gave depositions?

20    A     I don't know.

21    Q     At the time of the deposition and the mediation, you

22    still believed that Claude was somehow, to use a technical

23    term of law, in cahoots with Rose, right?

24    A     Yes.

25    Q     They were coconspirators, right?
```

1    A    Yes.

2    Q    Whether you followed Rose's advice in making decisions

3    or not, did you reach a settlement with Claude in 2009?

4    A    If I answered that, then it's going to seem that I took

5    Rose's advice, is that what you're saying?

6    Q    No.

7         I said whether you disregarded her advice or didn't

8    listen to her advice or she never gave you advice, did you

9    reach a settlement with Claude in 2009?

10   A    Yes.

11   Q    And was that settlement incorporated in a third

12   stipulated order amending the marital settlement agreement?

13   A    I guess so.  That's a legal term.

14   Q    Let me show you what's been marked as Defendant's

15   exhibit 42 for identification and ask you if you recognize

16   it.

17        Do you recognize that?

18   A    Yes.

19   Q    What do you recognize it as?

20   A    What happened after the mediation.

21   Q    I'm sorry?

22   A    It's the paper drawn up after the mediation.

23   Q    And did you sign that document?

24   A    Yes.

25   Q    And is that the stipulated settlement, the final

```
 1    settlement modifying your divorce agreement with Claude?

 2    A    Yes.

 3    Q    By the way, has he sued you at all since that

 4    settlement?

 5    A    No, he has not.  It's been wonderful.

 6              MR. SCHWARTZ:  May I approach the witness?

 7              THE COURT:  Yes.

 8              MR. SCHWARTZ:  Your Honor, at this time I would

 9    offer Defendant's exhibit 42 into evidence.

10              MR. STEFIN:  Objection.

11              THE COURT:  May I see counsel, please?

12         (The following proceedings were held at sidebar:)

13              MR. SCHWARTZ:  The page I want it in for is the one

14    you just read, Judge.

15              THE COURT:  Paragraph 4?

16              MR. SCHWARTZ:  Paragraph 4 primarily.

17              MR. STEFIN:  It's improper impeachment.  He hasn't

18    asked her anything that this would contradict.

19              THE COURT:  Well, it certainly shows some motive

20    here to have somebody convicted of criminal activity.

21              MR. STEFIN:  You talking about the crime

22    compensation fund if she recovers anything?

23              THE COURT:  Says that, payment of any agreed

24    amount, which includes $2 million, will be discontinued in

25    the event Claude is convicted of a crime in connection with
```

```
 1    this conspiracy.
 2             MR. STEFIN:  I didn't see that.
 3             Okay.  That's with Claude, not with this defendant.
 4    I just want to make sure.
 5             THE COURT:  It's --
 6             MR. STEFIN:  Well --
 7             THE COURT:  I mean, it shows a motive to color
 8    testimony in order to tie him into a -- I mean, I think it's
 9    relevant for that purpose.
10             I would suggest the same thing, that the numbers be
11    redacted.
12             MR. SCHWARTZ:  That's fine.
13             THE COURT:  I think you should be able to --
14             MR. SCHWARTZ:  I think the $2 million number --
15             THE COURT:  I think the $2 million number is
16    relevant, because it shows the extent of the financial
17    interest in coloring her testimony.  So I guess that number
18    should be allowed.  I guess the full amount of the settlement
19    should be allowed.  Actually, it's only the $2 million that
20    gets discontinued.  So I think the $2 million number should
21    be allowed in and paragraph 4 is, I think, relevant.
22             MR. SCHWARTZ:  And, Judge, I don't want to
23    blindside anybody.  I also wanted to discuss the fact that
24    she believed that she was going to be compensated from some
25    victims fund and that that compensation --
```

```
 1              MR. STEFIN:  He can ask her those questions.

 2         And I wouldn't have objected to him asking her, did

 3    you believe that this would be resolved if Claude gets

 4    convicted, and then when she denies it, then he confronts her

 5    with it.  But I don't think the document is -- I think it's

 6    useable for impeachment if she denies it.  Like any other

 7    prior statement.

 8              THE COURT:  Okay.  I guess you can --I don't --

 9              MR. SCHWARTZ:  I understand, but I think it

10    memorializes the agreement, Judge, and therefore, it's

11    relevant.

12              THE COURT:  I don't see any problem putting in.

13              MR. STEFIN:  One other matter when we can -- I

14    didn't mean to interrupt on this.  Are we done on this?

15              THE COURT:  I thought we were.

16              MR. SCHWARTZ:  Yes, thank you.

17              MR. BARDFELD:  The other matter, Your Honor, is

18    that -- and Mr. Schwartz is completely unaware of this.

19         When there was laughter going on when Mr. Stefin

20    and Mr. Schwartz were joking about something relating to

21    objections or something like that, the Defendant made a

22    comment loud enough for me to hear where I was sitting, and I

23    believe loud enough for some of the jurors to hear, oh, you

24    guys shouldn't be laughing, I'm looking at 20 years in

25    prison.  This is not a laughing matter.  I didn't want to
```

```
 1   bring it to your attention with the jury here, but I just
 2   would ask Mr. Schwartz to advice his client --
 3            MR. SCHWARTZ:  I will caution her to keep her mouth
 4   shut.  I've told her that.
 5            MR. STEFIN:  And she's been making -- I've been
 6   told, I didn't hear it, that when I've been asking questions,
 7   people in the back have told me they've heard her making
 8   statements.  And, again, I didn't hear it.  I was just told
 9   that.  So it's just in the same vein.  If you could just tell
10   her that she shouldn't --
11            THE COURT:  I will say that I did hear her make a
12   comment about not being funny or something like that after
13   there was some laughter based on some banter between
14   Mr. Stefin and Mr. Schwartz.  I didn't hear the whole
15   statement, but I did hear that -- I never heard her say
16   anything else.
17            But, yeah, if you could --
18            MR. SCHWARTZ:  I will certainly caution her as soon
19   as I sit down, Judge.
20            THE COURT:  All right.  Thank you.
21       (Sidebar conference concluded.)
22            THE COURT:  What was that exhibit number again?
23   Forty-two?
24            MR. SCHWARTZ:  Yes, thank you, your Honor.  At this
25   time I would offer 42 into evidence.
```

```
 1              THE COURT:  Forty-two is admitted over objection.

 2         (Defendant's Exhibit No. 42 entered into evidence.)

 3              MR. SCHWARTZ:  Thank you.

 4  BY MR. SCHWARTZ:

 5  Q    Now, exhibit 42, which I showed you, is your settlement

 6  with Claude White; is that correct?

 7  A    Yes..

 8  Q    And it was entered into February 9th, 2009; is that

 9  correct?

10  A    If that's what it says on the paper, yes.

11  Q    Did you agree in your settlement to give Claude a final

12  payment and any liability you had to him on your property

13  settlement for $2 million?

14  A    Yes.

15  Q    And did you agree to give him a percentage of your

16  earnings, 15 percent of your earnings from Simon & Schuster,

17  towards paying down that settlement?

18  A    Yes.

19  Q    Did you also agree that if you recovered any money from

20  any victim compensation fund or program, you would give

21  20 percent of that compensation to Claude?

22  A    Yes.

23  Q    Do you expect if Rose is convicted to get money from a

24  victims compensation fund?

25  A    No, I'm not taking any money.
```

```
 1   Q     Isn't that contradictory to what you said in your
 2   agreement with Claude?
 3   A     That was from him.  They put it in there.  But I'm not
 4   taking any money.
 5   Q     Wouldn't that cause Claude to sue you again for turning
 6   down the money?
 7   A     Probably, but that's -- yeah, I'm sure he'll sue me over
 8   having said on the stand anything bad about him, yes, but
 9   that's life.  That's what he does.
10   Q     Whether you've now decided to take any money or not,
11   doesn't your agreement at least contemplate that if Rose is
12   convicted you'll get money from a victims compensation fund?
13             MR. STEFIN:  Objection, Your Honor.
14             THE COURT:  Overruled.
15             THE WITNESS:  You mean that document assumes that I
16   will get money?
17   BY MR. SCHWARTZ:
18   Q     Yes.
19   A     It seems to, yes.
20   Q     And you're supposed to give 20 percent of whatever you
21   get to Claude to help pay down the money you owe him?
22   A     Right.
23   Q     Isn't that a motive to try to get Rose convicted?
24   A     To get money to give to him?
25   Q     To get money.
```

```
 1    A    To get money?

 2    Q    You seem concerned about money, aren't you?

 3    A    No, I've been paying my debts very well, thank you.

 4    Q    But almost every answer you give me is about money; is

 5    that right?

 6              MR. STEFIN:  Objection.

 7              THE COURT:  Sustained.

 8              MR. STEFIN:  Objection.

 9              THE COURT:  Sustained.

10              THE WITNESS:  That I'm concerned --

11              THE COURT:  Ma'am, I sustained the objection.

12              Ask another question, please.

13              THE WITNESS:  Okay.

14    BY MR. SCHWARTZ:

15    Q    Were there any circumstances where you wouldn't have to

16    pay Claude $2 million in your agreement?

17    A    Any -- no.

18    Q    Well, doesn't it say:  "Payment of any agreed amount

19    pursuant to paragraph 2 above" -- that's the $2 million --

20    "will be immediately discontinued in the event that Claude is

21    convicted of a crime in connection with the conspiracy

22    perpetrated against Jude by Joyce Michael slash Rose Marks or

23    any related coconspirator?"

24    A    Oh, right.  If any evidence is found against him, then I

25    don't have to pay him any more money, but no evidence has
```

1    been found, so I'm stuck.

2    Q    So at the time you reached your settlement agreement, at

3    least the attorneys involved -- withdrawn.

4         Now, you said that Rose took all of your money

5    during the time you were with her; is that right?

6    A    Yes, she took -- yes.

7    Q    Did you have enough money to buy a house in Italy?

8    A    I leased.  I had a lease on a house in Italy, yes.

9    Q    And how much were you paying a month on the house you

10   leased in Italy?

11   A    Oh, it was a one-time thing, $5000.

12   Q    For how long?

13   A    It was a 20-year lease.  It was 5000 a year, but I only

14   paid it for about three years, I think it was.

15   Q    And how much did you pay for the house you bought in

16   England?

17   A    I don't remember.

18   Q    Was it $2.4 million?

19   A    Heavens no.

20   Q    Was it over a million dollars?

21   A    I don't think so, but it may have been.

22   Q    And how much did you pay to repair it, because it was in

23   terrible shape and you had to repair it?

24   A    It was about 800,000 over five years.

25   Q    To repair it?

```
 1   A    To repair it, to rebuild it, yes.

 2   Q    And would the number $1.2 million refresh your

 3   recollection as to what you paid for Ketton House in England?

 4   A    I don't remember.

 5   Q    You bought two houses in North Carolina, didn't you?

 6   A    Yes.

 7   Q    Where was the first one?

 8   A    It was in -- outside Ashville, Fletcher.

 9   Q    And in Fletcher, how much did you pay for that house?

10   A    I don't remember.  I'm not very good with numbers, I

11   told you.

12   Q    Can you give us a ballpark figure?

13   A    Eight or 900,000.  I don't remember.

14   Q    And you bought this house we heard about, Merry Hill?

15   A    Yes.

16   Q    That wasn't a single house, was it?

17   A    Yes, it was a single house.

18   Q    Wasn't it an estate type of situation?

19   A    No, it was not an estate.  It had been a remodeled house

20   built in the 1700s.  It had a little shed outside of it, and

21   it had a kind of garage to it.

22   Q    And how big was that house?

23   A    I think it's about 1500 square feet.

24   Q    1500 square feet?

25   A    Uh-huh.
```

```
 1              THE COURT:  Is that a "yes"?

 2              THE WITNESS:  Yes.

 3   BY MR. SCHWARTZ:

 4   Q    How many bedrooms did it have?

 5   A    It had -- I think it had three bedrooms.  I can't

 6   remember.  Yeah, three bedrooms.

 7   Q    And how much ground did it have?

 8   A    It was on, I think, three acres.

 9   Q    And how much did it cost you?

10   A    That was half a million, I think.

11   Q    And you said that Rose isolated you from friends and

12   family, right?

13   A    Yes.

14   Q    Didn't your brother live with you in England?

15   A    In England, no.

16   Q    Where'd your brother live with you?

17   A    He stayed with me when I was in -- outside Ashville,

18   North Carolina.

19   Q    In Fletcher?

20   A    Fletcher.

21   Q    And how long did he stay with you?

22   A    Just a few months.

23   Q    And was it Rose who told you to get rid of him, or was

24   it you who wanted to get him out of the house?

25   A    I wanted to get him out.
```

1  Q    Is it fair to say that when Rose was advising you, your

2  books were about -- many of your books were about psychics;

3  is that right?

4  A    When Rose was advising me?

5  Q    When you and Rose were in whatever relationship you were

6  in.

7  A    When I was paying her all the money?

8  Q    During that period of time, were your books about

9  psychics or psychic phenomena and spirituality?

10 A    Some of them were, some of them weren't.

11 Q    And since you have been under the protection of

12 Detective Stack, have your books been primarily about

13 criminals and crime and the FBI and the Secret Service?

14 A    One of them was.

15 Q    No other ones were?

16 A    I don't -- I can't think of one.  Scarlet Nights was the

17 only one.  I'm not much good with criminals.

18 Q    None of the other books had to do with Secret Service or

19 FBI agents?

20 A    I don't remember.  I was writing seven days a week

21 really fast.  I'm trying to think of them.  I can't think of

22 them.

23 Q    Well, you mentioned the series that you've been writing

24 that you had to leave the rights to with Simon & Schuster.

25 What was that series?

 1    A     Edilean.

 2    Q     I'm sorry?

 3    A     Edilean.

 4    Q     And who's the hero in that series?

 5    A     Each book has a different hero.

 6    Q     Is there a gentleman named Mike in the book, in either

 7    books?

 8    A     Mike in Scarlet Nights.

 9    Q     And how about after that, in any of the later books does

10    he appear?

11    A     He appears in one or two of them.  I think he was in

12    Heart Wishes.

13    Q     And another one?

14    A     I have recurring -- my characters, once I write about

15    them, I try to put them in other books.

16    Q     And is he a plumber?

17    A     He was with -- I think he was retired or --

18    Q     Detective in the Fort Lauderdale Police Department?

19    A     Yeah.

20              THE COURT:  Why don't we take a break,

21    Mr. Schwartz.  All right?

22              MR. SCHWARTZ:  Thank you.

23              THE COURT:  Ladies and gentlemen, let's take a

24    15-minute recess.  Please don't discuss the case or form any

25    opinions, leave your notes.  We'll see you in about 15

1    minutes.  Thank you.

2         (The jury exits the courtroom.)

3         THE COURT:  Again, ma'am, if you would not discuss

4    your testimony during the recess.  Thank you.

5         Mr. Schwartz, how are we doing?

6         MR. SCHWARTZ:  May we wait 'til the witness --

7         THE COURT:  Sure.

8         (Witness exits courtroom.)

9         MR. SCHWARTZ:  I'm sorry if I appear to be going

10    slowly, but to some extent, maybe it's my fault, but I'm

11    having to draw things out of the witness.

12         I probably will finish within the next hour.

13         THE COURT:  How much redirect do you think you're

14    going to have?

15         MR. STEFIN:  My best guess would be about 20 to 30

16    minutes.

17         MR. SCHWARTZ:  I'll try to speed it up a little

18    bit.

19         THE COURT:  All right.  Were you going to go back

20    to those audio telephone calls?

21         MR. SCHWARTZ:  Well, she admitted that she had the

22    conversation with the psychic.  Maybe I can play them for her

23    quickly, or portions of them for her, just to refresh her

24    recollection when she comes back before the jury comes back.

25         THE COURT:  You can do that before the jury comes

```
 1    back.

 2              Okay.  Thank you.

 3        (A recess was taken from 10:06 a.m. to 10:22 a.m., after

 4    which the following proceedings were had:)

 5              THE COURT:  All right.  Ms. Marks is present.

 6              We ready to proceed?

 7              MR. SCHWARTZ:  Yes, Your Honor.

 8              THE COURT:  What about the audio?  Are we doing

 9    anything with that?  Can we bring the witness in?

10              Can we bring the jurors in?

11              MR. SCHWARTZ:  I was going to just play excerpts

12    from these two recordings to ask her if it refreshes her

13    memory about when and if she made recordings with Mohammed.

14              THE COURT:  All right.  Ma'am, the Defendant's

15    counsel wants you to listen to what they claim are

16    tape-recorded conversations that you may have had with some

17    individuals that you were asked about earlier, to see if it

18    refreshes your memory as to whether or not you had these

19    conversations.  If you would just listen to them, and then

20    you can answer that question for us.  All right?

21              THE WITNESS:  Okay.

22              THE COURT:  Why don't you go ahead and play

23    whatever it is?

24              MR. SCHWARTZ:  Thank you.

25              (Audio played.)
```

```
 1                 THE COURT:  Okay.  Can you hold it up?  We don't
 2      need to play the whole thing for her to --
 3                 MR. SCHWARTZ:  Let me stop it now.
 4                          Proffer Examination
 5      BY MR. SCHWARTZ:
 6      Q    Does this refresh your memory that shortly after you
 7      came back to the United States in or around the end of
 8      November of 1991, you called and had a conversation with
 9      Mohammed that you recorded?
10      A    I don't remember recording it, but obviously it was
11      recorded, so, yes, it was recorded, and that's the
12      conversation, yes.
13                 MR. SCHWARTZ:  And let me play one other portion of
14      a conversation, the beginning of tape two.
15                 (Audio played.)
16                 THE COURT:  Is that enough?
17      BY MR. SCHWARTZ:
18      Q    Now, after you came back from Egypt the second time, did
19      you have conversations with Mohammed that you recorded?
20      A    I don't know if that's specifically when that
21      conversation was.
22      Q    If I represented to you that in this conversation you
23      talk about him having to go to his lectures in the end of
24      June and that you're saying that it's May, and then
25      afterwards you tell a psychic that you've known Mohammed,
```

1    your boyfriend, for about a year and a half at this point,

2    would that help you to pinpoint about the date of the

3    conversation?  I'm trying to speed it up rather than play

4    everything.

5    A    I guess so, yes.

6    Q    And is that roughly -- is May of 2000 -- of 1993 roughly

7    when you came back from your second trip to Egypt?

8    A    I don't know the dates.

9            THE COURT:  Do you need to play it further?

10            MR. SCHWARTZ:  No, I -- no, Judge.  I'll just ask

11   her did she -- when she came back from Egypt, did she record

12   a second conversation with Mohammed.

13            THE WITNESS:  I really don't remember this, to

14   answer these.  I just don't remember it.  I don't remember

15   recording any conversation with him.

16   BY MR. SCHWARTZ:

17   Q    Did you record conversations with Mohammed and give

18   copies of the cassettes of those conversations to Joyce?

19   A    It looks like I did.  I don't specifically remember

20   recording them.  I don't remember the date.

21            MR. SCHWARTZ:  I can do with that in front of the

22   jury, Judge.

23            THE COURT:  Let's bring the jurors back in, please.

24            MR. STEFIN:  Can I just ask the witness one

25   question?

```
 1                 THE COURT:  Yes.
 2                         Proffer Examination
 3    BY MR. STEFIN:
 4    Q    Do you have any recollection of recording conversations
 5    with Mohammed as opposed to somebody else recording these
 6    conversations?
 7    A    I don't have any recollection of anybody, me or anybody
 8    recording conversations.
 9    Q    Do you know whether or not your phone was tapped or
10    somebody was recording your conversations without your
11    permission?
12    A    I don't know.
13    Q    Do you have any memory of giving recordings of
14    conversations that you recorded to the Defendant?
15    A    No.
16                 THE COURT:  He's not playing the tapes, so . . .
17        (The jury enters the courtroom, after which the following
18    proceedings were had:)
19                 THE COURT:  Welcome back, everyone.  Sorry for the
20    delay, but we had to take care of something before we could
21    begin.
22                 Please be seated, everyone.
23                 Mr. Schwartz, you may proceed.
24                 MR. SCHWARTZ:  Thank you.
25                     Cross-examination (Cont.'d)
```

1    BY MR. SCHWARTZ:

2    Q    Has your memory been refreshed at all as to whether,

3    when you came back to the United States after your first trip

4    to Egypt with your husband, your only trip to Egypt with your

5    husband, in or around Thanksgiving of 1991 you had

6    conversations with your former tour guide in Egypt?

7    A    Yes, it seems that I did have a conversation with him

8    around Thanksgiving.

9    Q    Okay.  And is your memory now refreshed as to whether

10   the second time you went to Egypt you came back after four or

11   five months and had other conversations with him on the phone

12   while you were in New York?

13   A    I don't remember the dates, how long I was away.  I

14   don't remember any of that.  But it seems that I had another

15   conversation with him.  I was in New York, he was in Egypt.

16   Q    And you had a lot of conversations with him when you

17   were in New York and he was in Egypt, didn't you?

18   A    Some.  We talked on the phone some.

19   Q    Now, we talked before the break about the Government

20   having a lot of documentation about money you gave to Rose or

21   other people connected with Rose, right?

22   A    Yes.

23   Q    And when you were testifying for the Government -- I'm

24   sorry, withdrawn.

25         When you were testifying on direct examination, you

1   talked about a wire transfer form that you would fill out

2   after you whited out certain lines, correct?

3   A   Yes.

4   Q   And the Government showed you a copy of that form

5   without any whiteout; is that right?

6   A   I think so, yes.

7   Q   And then they showed you some of the -- at least one of

8   the wire transfers you did, correct?

9   A   Yes.

10  Q   Let me show you what's been marked -- what's in evidence

11  under Government exhibit 106 composite and bears a Bates

12  stamp number, a stamp number on the bottom, JM-350.  Ask you

13  if you recognize it.

14  A   Yes.

15  Q   Now, when you started working with Detective Stack, he

16  asked you for any records that you had regarding money you

17  gave to Rose or any member of her family, right?

18  A   He asked me for records in general, not specific

19  records.

20  Q   And you provided him with a batch of records, right?

21  A   Yes.

22  Q   And this record which is in evidence shows a wire

23  transfer to Victoria Eli; is that right?

24  A   Yes.

25  Q   Name is spelled wrong with a "Y" instead of an "I," as

1    some of the other ones were, right?

2    A    Right.

3    Q    There's evidence, at least it appears on this, that

4    other payees or account numbers were whited out because the

5    lines are broken; is that correct?

6    A    Yes.

7    Q    And on the top it says, "The amount transferred was

8    $173,000"; is that correct?

9    A    Yes.

10   Q    And a fee of $15 was paid; is that right?

11   A    Yes.

12   Q    And the date you've written in on top is January -- is

13   20 January, which is January 20th, 2000; is that right?

14   A    That's what's there, but it's the wrong date.

15   Q    Okay.  That's the date you wrote in, right?

16   A    That's the date I wrote in.  It's the wrong date.

17   Q    Are you saying now it's the wrong date because that

18   account wasn't opened by Victoria Eli until December of 2000?

19   A    I'm saying that's the wrong date because I read it off

20   the top of the wire transfer of the old fax number.  Up at

21   the top it says 1/20/2000.  I thought that was the date.  It

22   is not.  That's an L.  It's part of July, J-U-L 20, 2000, and

23   I put the wrong date on it.

24   Q    Isn't it a fact that when Mr. Stack asked you for

25   documents you went back and created documents?

```
 1    A      No.

 2    Q      That you whited out lines?

 3    A      No.

 4    Q      And filled things in?

 5    A      Absolutely not.  I never even saw these until this came

 6   back.

 7    Q      Well, you know that this was brought to the Government's

 8   attention, that the date was 11 months before the account was

 9   opened, right?

10    A      I guess.

11    Q      And did the Government discuss that with you?

12    A      They showed me what I had done wrong.

13    Q      Who showed you what you did wrong?

14    A      Government~-- the people --

15    Q      Government, Mr. Stack?

16    A      No, no.  This was just a few days ago.

17    Q      They showed you what you did wrong, and now you have an

18   answer today for it; is that right?

19    A      Yes, I do.  This particular one has the wrong date on

20   it.  Out of the thousands of documents, it has the wrong date

21   on it.

22    Q      I'm going to get into a delicate area, and I apologize

23   in advance.

24           Had your neighbors at Merry Hill complained

25   previously about Sam riding his ATV with no helmet?
```

```
 1   A    Yes, and that's why he had been grounded and why he

 2   wasn't allowed to ride it.

 3   Q    And on the day that he had his accident, he still rode

 4   his ATV with no helmet; is that right?

 5   A    Yes, he sneaked off and did it.

 6   Q    Had Rose talked to you and suggested to you that you not

 7   even buy him an ATV, that it was too dangerous?

 8   A    No, of course not.  It wasn't her.  She didn't concern

 9   herself with things like that.  It was not of interest to

10   her.

11   Q    Well, she knew a lot about what was going on in Sam's

12   life, didn't she?

13   A    The only way she knew is if she was psychic, which I

14   think is -- she said she's not.

15   Q    Didn't you send her many, many pictures of Sam and the

16   house and Sam and his friends with your handwriting on it

17   explaining what those pictures were?

18   A    I don't remember doing that.

19   Q    Let me show you what's been marked for identification as

20   Defendant's exhibit 43 and ask you if you recognize this.

21   A    Yes, these are pictures of my son.

22   Q    And is that at the house near Ashville?

23   A    No, it's the Merry Hill house.

24   Q    Those are pictures from Merry Hill?

25   A    Yes.
```

```
 1   Q    Well, let me show you, just to refresh your memory, not
 2   to try to trap you or anything, some other pictures in this
 3   group and ask you which house it is.
 4   A    This is Merry Hill, this is Merry Hill, this is Merry
 5   Hill.
 6   Q    Okay.
 7   A    This is Merry Hill.
 8   Q    Thank you.
 9        Is your memory now refreshed as to whether you sent
10   Rose fairly regularly pictures of Sam with little
11   descriptions on it?
12   A    I guess I did.  I don't remember.
13   Q    In some of the pictures did you send Sam with other kids
14   and say, this is an evil child, I don't want Sam hanging out
15   with him?
16   A    I don't remember that.
17   Q    Okay.  Let me show you what's been marked as Government
18   exhibit 44 -- Defendant's exhibit 44.  Gee, that was 40 years
19   ago.  Defendant's exhibit 44.
20        Who are those pictures of?
21   A    Those was his friend and that's a little kid who lived
22   down the road.
23   Q    Is that the one where you say "evil child?"
24   A    Yes.
25   Q    Let's get away from those pictures.
```

1          We talked earlier about Merry Hill, and you said it

2     was one house with a little shed; you remember that?

3     A     It had a barn and a little shed.

4     Q     Okay.  And an orchard?

5     A     I put the orchard in.  It didn't have it when it was

6     there, of miniature trees.

7     Q     And was there a riding paddock, or corral?

8     A     No.  I put in two little fences and put a garden in one;

9     a vegetable garden in one and an orchard fruit garden in the

10    other.  No horses.

11    Q     Now, we talked earlier about all the lawsuits that

12    Claude brought against you; is that right?

13    A     You said that they don't exist, that they're a fantasy I

14    made up.

15    Q     Okay.  And you disagreed with me, right?

16    A     Yes, I disagree with you.

17    Q     Let me show you what's been marked as Defendant's

18    exhibit 45 for identification and ask if you recognize it.

19    A     I don't know what this is.  I don't know what this is.

20    Q     Is that a fantasy lawsuit that you made up of Claude

21    suing you?

22    A     I don't know what this is.  This is funny.  I don't know

23    what this is.

24          MR. SCHWARTZ:  May I approach?

25          THE COURT:  Yes.

```
 1    BY MR. SCHWARTZ:

 2    Q      Did you type up and send to Rose on your computer -- I

 3    still use the word "type," but did you create on your

 4    computer and send to Rose a document entitled, Claude's

 5    lawsuit whereby he is making a claim to take over control of

 6    your books, and he alleges that he did everything but type

 7    the books, that he researched them, et cetera?

 8    A      He says that, yes.

 9    Q      And he did the photography and library work.

10    A      He says that, yes.

11    Q      And he plotted the books?

12    A      Yes.

13    Q      And he negotiated all the contracts?

14    A      Yes, that's what he says.

15    Q      And he came up with the initial ideas for the books?

16    A      That's what he says, yes.

17    Q      And he managed all the money, made investments, oversaw

18    everything --

19    A      Right.

20    Q      -- that had to do with money?

21    A      Right.

22    Q      Oversaw all the --

23            MR. STEFIN:  Judge, I'm going to object.

24            THE COURT:  Sustained.

25    BY MR. SCHWARTZ:
```

```
 1    Q     Did you make up a fantasy of him suing you and saying

 2    that in a lawsuit that you created and sent to Rose?

 3    A     I'm a professional writer, and it looks to me like I did

 4    that out of something to make Joyce laugh, a funny thing.

 5              MR. SCHWARTZ:  I'd move this into evidence, Judge.

 6              MR. STEFIN:  Objection.

 7              THE COURT:  She said she didn't recognize it.

 8              MR. SCHWARTZ:  She just said --

 9              THE COURT:  I'm not sure what she just said, so why

10    don't you clarify what she --

11    BY MR. SCHWARTZ:

12    Q     You said this is something you made up to make Joyce

13    laugh?

14    A     Probably.  I don't remember that at all.  I don't

15    remember it at all, no.  It's kind of a parody thing based

16    upon half truth, half -- I don't know, not fantasy.  You love

17    that word.  But it's based upon a lot of truth to it and

18    propaganda.  I twisted it around and wrote something funny.

19              MR. STEFIN:  Can you just ask her to speak up?

20              THE COURT:  Did you write that, ma'am, or not?

21              THE WITNESS:  Yes, I did write that.

22              MR. SCHWARTZ:  I move it into evidence, Judge.

23              THE COURT:  Any objection?

24              MR. STEFIN:  May I see it?

25              No objection.
```

```
 1                THE COURT:  What was the number again,

 2    Mr. Schwartz?  Forty-five?

 3                MR. SCHWARTZ:  Forty-five.

 4                THE COURT:  Forty-five's admitted without

 5    objection.

 6         (Defendant's Exhibit No. 45 entered into evidence.)

 7    BY MR. SCHWARTZ:

 8    Q    What's the title on this?

 9    A    Claude's Lawsuit.

10    Q    And Claude never brought this lawsuit, right?

11    A    No, not that, no.

12    Q    It was something you made up with half truths and half

13    fantasies you said; is that right?

14    A    Yes, that's half truth, yes.

15    Q    Now, you wrote on here that you printed it out and

16    reread it.  Do you remember that?

17    A    I don't remember that document at all, any whatsoever.

18    But I have whole books I've written I don't remember,

19    so . . .

20    Q    Let me show you the handwritten part.

21                THE COURT:  Is this in evidence?

22                MR. SCHWARTZ:  Yes, it's part of the document

23    that's in evidence, Judge, Defendant's exhibit 45.

24                THE COURT:  Okay.

25    BY MR. SCHWARTZ:
```

```
 1    Q     Whose handwriting is that?

 2    A     That's my lettering.

 3    Q     And you wrote this to Rose, right?

 4    A     I guess so.

 5    Q     You say:  "I printed it out and reread it, and I see

 6    what you've done.  You've made me call Claude's son and tell

 7    him there was no man in my life."

 8          Did Rose make you do that?

 9    A     I guess that's what it says.  I don't remember that at

10    all.  It's 17 years of daily things done that she'd come up

11    with for me to do.  I don't remember them all.

12    Q     And you say:  "Claude wanted me to know this -- "Claude

13    thought I wanted him to know this because I was saying I

14    wanted Claude back."

15          Did you believe that?

16    A     I think he wanted me back, yes.

17    Q     But did you want him back?

18    A     Oh, heavens no.

19    Q     And then you say:  "This lawsuit is Claude's way of

20    saying, I'll take you back, but you'll have to agree to some

21    things, such as giving Claude absolute and total control of

22    my life, my business, and my child.

23          "He doesn't mean to sue me at all, just like he

24    didn't mean to divorce me.

25          "What is inside the head of that man?  I wanted to
```

```
 1    kill myself to get away from him.  Why do I have to go back

 2    to him?"

 3              MR. STEFIN:  Objection.

 4              MR. SCHWARTZ:  Did I misread it?

 5              THE COURT:  What's the objection?

 6              MR. STEFIN:  He just misread it.

 7    BY MR. SCHWARTZ:

 8    Q    "Why would I want to go back to him."  I'm sorry.

 9              But this is all made up, isn't it?  Isn't it?  The

10    whole lawsuit is made up.

11    A    That piece of paper is meant to be funny.

12    Q    And the comments on the bottom are meant to be funny,

13    also?

14    A    I guess.  I don't remember.

15    Q    Jude.

16    A    Uh-huh.

17    Q    Isn't most of your testimony half truths and the rest

18    fantasy?

19    A    No.

20    Q    Couple of other questions and I'm done.

21              On the 12th of August, 2005, did you write a letter

22    to Colin Powell?

23    A    I don't remember.

24    Q    Let me show you what's been -- and I'm not going to

25    offer this in evidence.  I just want to ask you some
```

```
 1    questions.  I'm marking it for identification as Defendant's

 2    exhibit 46.

 3              I would just, to refresh your recollection about

 4    what I'm going to ask you, direct your attention to the

 5    second paragraph.

 6    A    What it's --

 7    Q    Don't talk about what's in there yet.

 8    A    Okay.

 9    Q    Let me ask a question now that you've had a chance to

10    look at the document.

11              On or about August 12th, 2005, did you tell Colin

12    Powell in your letter:  "Your talks are helping me a lot"?

13    A    Looks like I did, yes.

14    Q    Are you suggesting that you had talks with Colin Powell?

15    A    No.

16    Q    Now, I asked you previously what you paid for the house

17    in Fletcher, do you remember?

18    A    No, I don't remember the numbers.

19    Q    Would 1.45 -- $1,450,000 refresh your recollection as

20    the purchase price?

21    A    I don't remember the numbers.

22    Q    Then let me show you a document, Defendant's exhibit 47,

23    again, just to refresh your memory.

24    A    Yes, what it looks like, 1.450.

25    Q    So you paid $1,450,000 for this house in Fletcher, North
```

```
 1    Carolina, near Ashville, but Joyce was taking all your money

 2    at this time?  You had no money?

 3    A    It was highly mortgaged, and it's relative.  I don't

 4    think --

 5    Q    Go ahead.

 6    A    No.

 7    Q    What's relative?

 8    A    What you seem to be saying is that as long as I had

 9    enough to live on, that I should give it to her and she'd

10    help me write my books; and that doesn't make any sense.

11    Q    I'm not going to argue as to what makes sense.

12             MR. SCHWARTZ:  I have no further questions, Judge.

13             THE COURT:  Thank you.

14             Redirect?

15             MR. STEFIN:  Yes, Your Honor.

16                     Redirect Examination

17    BY MR. STEFIN:

18    Q    Okay.  The defense lawyer has asked you a number of

19    questions about a deposition you gave in 2008.

20    A    Yes.

21    Q    And that was a deposition, as we all know, in connection

22    with the continuing situation that you had with your

23    ex-husband, correct?

24    A    Yes.

25    Q    And in his questions, defense counsel implied or stated
```

```
 1    that the lawyer for Claude quote-unquote discovered that you

 2    had a bank account in the amount of $1.4 million.

 3    A    Right.

 4    Q    Do you remember those questions?

 5    A    Yes.

 6    Q    Did the defense lawyer for Claude discover that you had

 7    a bank account, or was that something that you had disclosed

 8    previous to the deposition?

 9    A    I disclosed.

10    Q    And do you remember under what circumstances that

11    information had been furnished to the defense lawyer, or the

12    lawyer for Claude, prior to the deposition?

13    A    I know I had to turn in a lot of papers to them.  So I'm

14    sure that was part of it.

15    Q    Do you recall something, a legal document that's called

16    interrogatories?

17    A    Oh, yes, one of the most horrible words in the world.

18    Yes, interrogatories.  Put your soul on a piece of paper,

19    yes.

20    Q    And do you recall this question and answer being asked

21    of you in the deposition that has been quoted by defense

22    counsel on December 3, 2008?

23           Question on page 22, line 10:  "In your answers to

24    our interrogatories" -- and this is the lawyer asking you the

25    questions.  "In your answers to our interrogatories, you
```

```
 1    listed all your bank accounts?
 2              "Answer:  Yes.
 3              "And balances to the extent the accounts were still
 4    active?
 5              "Answer:  Yes.
 6              "You referred to an investors capital account that
 7    indicated a balance as of November 18th of this year of
 8    $1,452,000, do you recall that?
 9              "Yes.
10              "And this -- "Question:  And that this account --
11    and is this -- and is that the account that you later
12    referred to as a, quote, tax reserve account?
13              "Answer:  Yes."
14              So you disclosed this account prior to the
15    deposition.  You referred to it as a tax reserve account?
16    A    Yes.
17    Q    And what -- would you explain, to the best of your
18    memory, what you meant by that?
19    A    That I was holding that money until my tax returns were
20    done and I knew how much I owed to the IRS for not paying for
21    years.
22    Q    And, again, this deposition was in December of 2008.
23    Had you already started working with the accountant,
24    Mr. Raley, to try to sort out your taxes or your back taxes
25    for the years you had not paid your taxes?
```

```
 1   A    Yes, that's what I hired Mr. Ogden's wife to get the
 2   paperwork together and give it to Adrienne Raley.
 3   Q    But as of the date of this deposition, had those back
 4   tax returns been prepared or filed to your recollection?
 5   A    No, not yet.  Took a long time.
 6   Q    Now, with respect to those tax returns, you've talked
 7   about having hired Mr. Raley.  Did you supply Mr. Raley with
 8   all the information regarding your finances, your income and
 9   expenses that he asked for to try to prepare your back taxes
10   for you?
11   A    Yes.
12   Q    Did you rely upon Mr. Raley to correctly prepare your
13   tax returns?
14   A    Yes.
15   Q    And do you recall whether or not those back tax returns
16   went back from -- all the way back to 2004?
17   A    I think that's right.
18   Q    And do you have a recollection whether or not you had
19   substantial taxes due and owing?
20   A    Yes, I had millions due in back taxes is what I
21   remember.
22   Q    Did you receive any benefit from the United States, the
23   IRS, as a result of the fact that you were a witness in this
24   case with respect to your taxes?
25   A    No.
```

```
 1              MR. SCHWARTZ:  Objection, Your Honor.

 2              THE COURT:  Overruled.

 3   BY MR. STEFIN:

 4   Q    Now, defense counsel yesterday showed you your passport,

 5   an expired passport that belonged to you.

 6   A    Yes.

 7   Q    Do you know how it is that the Defendant came into

 8   possession of that passport?

 9   A    I don't remember specifically, but Joyce is always

10   asking me to give her things that meant something to me for

11   energy, always.

12   Q    What about letters that you wrote?  Do you have any

13   recollection of providing the Defendant with copies of

14   letters that you wrote?

15   A    To whom?

16         No, no, I don't.

17   Q    Would you provide her with copies of letters you would

18   write to -- for example, did you write any letters to the

19   gentleman in Egypt?

20   A    Yes, I wrote some letters to him.

21   Q    He asked you many questions about the various books that

22   you wrote.

23   A    Yes.

24   Q    Did the Defendant give you advice or counsel as to

25   writing these books?
```

```
 1    A       Absolutely none whatever.

 2    Q       Absolutely what?

 3    A       None whatever.

 4    Q       Were you giving her money to help her assist you in your

 5    work?

 6    A       No, none.  Huh-uh.

 7    Q       Had you discussed past lives with the Defendant, do you

 8    recall?

 9    A       Yes, we went through some stages where I asked her who

10    was I in a past life, and that kind of thing.

11    Q       And did she give you information or purport to give you

12    information about your past lives?

13    A       Yes.

14    Q       What did she tell you about your past lives?

15    A       Talked to me, oh, some lady somewhere in, like a

16    Victorian lady, and another one was that medieval, because I

17    write a lot of medieval books, and I was prominent in

18    medieval times.  Which made sense to me.

19    Q       Did you use any of the information she furnished to you

20    about your past lives to incorporate into your books?

21    A       No, but I wrote about past lives in books.  I did --

22    well, I did a lot of research on past lives after we talked

23    about it.  I don't know if that counts.

24    Q       Had you written on those topics before you started --

25    before you met the Defendant?
```

```
1   A    Yes.

2   Q    When you were communicating with, corresponding with

3   Colin Powell or Brad Pitt, was this playacting to you?

4   A    No, no.  I thought it was real.

5   Q    Did you truly believe that you were communicating with

6   these individuals?

7   A    Yes.

8   Q    Now, how many books have you sold in your career, would

9   you estimate?

10  A    In the U.S., 60 million.  They're in 18 languages.  I

11  don't know how many sell in the languages, but in the U.S.,

12  60 million.  Probably about 62 million now.

13  Q    Would it be fair to say that you are a prominent author

14  in the genre that you write in?

15  A    Yes.

16  Q    Have you ever appeared on~-- have you ever been

17  interviewed by television personalities or radio

18  personalities?

19            MR. SCHWARTZ:  Objection, relevance, Your Honor.

20            THE COURT:  Overruled.  You can answer.

21            THE WITNESS:  Yes.

22  BY MR. STEFIN:

23  Q    Have you ever been to -- radio?  Television?  What?

24  A    I used to do a lot of publicity when I was younger and

25  thinner, and I did a lot of publicity.
```

1  Q    And where you would go on book-selling tours, book

2  tours?

3  A    I've been on many, many, many book tours.

4  Q    Book signings?

5  A    Book signings and tours, cities.

6  Q    And during the course of your travels, would you from

7  time to time meet other celebrities?

8  A    Yes, very many of them.

9  Q    People in the book industry, famous authors?

10  A    Oh, yes, I've met quite a few of them.

11  Q    What about people in the movie industry?

12  A    Yes.

13  Q    Prominent other figures, whether in government or

14  business have you met?

15  A    Yes.

16  Q    So was it outside the realm of possibility in your mind

17  that someone like an actor like Brad Pitt or a public figure

18  like Colin Powell might be someone that you could actually

19  communicate with?

20  A    No, not at all.

21  Q    Mr. Schwartz asked you that, you know, do you believe

22  that you, as a -- as a rational human being, how could you

23  believe this, or something to that effect.

24         When you look back on the years that this was going

25  on, would you describe yourself as being a rational human

1   being?

2   A    No.  I look back on it.  It's hard to remember some of

3   it, but it just seems absurd and ridiculous, and I can't

4   believe that I did it and believed in it so much now.  I

5   don't know how.  I don't know how I did it.

6   Q    Defense counsel asked you about your estimation of how

7   much money you lost, and you believe it's about $20 million?

8   A    Somewhere in that neighborhood.

9   Q    Is this a figure that somebody simply stuck in your

10  head, or how do you arrive at the estimate of $20 million?

11  A    I think from the work of, in the research of the police

12  department and the Attorney General's Office, all of it.  I

13  think that's come up with and I was told that.  I was

14  shocked.  I didn't think it was that much.

15  Q    Were you in the early years keeping track of how much

16  money you had given the Defendant?

17  A    I did at first, and after a while I gave up.

18  Q    But was there a point in time that you had actually

19  discarded some of your records from the earlier years?

20  A    Yes, I did.  I was hauling them around, all those copies

21  of the lawsuits from my ex-husband.  They were all in boxes.

22  And I was cleaning out something, and I had rented a

23  dumpster, and I just picked them up and put them in there.

24  And I sure wish I hadn't.

25  Q    The records that are in the book that has been admitted

```
 1    into evidence start around 1998.  Were you able to furnish
 2    any records going back before 1998?
 3    A    I don't think so.  I think they're the ones I threw out.
 4    Q    And when you -- if you recall in the tape-recorded
 5    conversations that you had with the Defendant, do you recall
 6    mentioning the figure of $20 million, approximately
 7    $20 million, which was the amount you believe she owed you?
 8    A    Yes, I said that several times.
 9    Q    And you mentioned that figure on multiple occasions in
10    multiple tapes?
11    A    Yes.
12    Q    And do you recall from those tapes on any occasion the
13    Defendant denying or disputing your estimation?
14    A    No, she did not.
15    Q    You were asked questions about the settlement agreement,
16    the ultimate settlement agreement with Mr. White in which you
17    indicated that if you received any funds from a victim crime
18    compensation fund, that he would get a percentage.  I believe
19    it was 15 or 20 percent.
20    A    Twenty percent.
21    Q    Are you testifying here today because you think you
22    might get some money back from a victim crime compensation
23    fund?
24    A    No.
25    Q    What have you related to law enforcement continually
```

```
 1   about the receipt of any monies that you might get back as a
 2   result of this case?
 3   A    From the very first, I have said I will accept no money
 4   from this.  No matter how much it is offered to me, I won't
 5   accept it.  My only goal here is to keep Rose Marks -- to
 6   make her stop doing this to people.  That's the only reason I
 7   am here.  No more abused, terrified people do I want her
 8   doing this to.
 9            MR. SCHWARTZ:  Your Honor, I'm going to object to
10   this.
11            THE COURT:  Sustained.
12            MR. SCHWARTZ:  Ask that it be stricken.
13            THE COURT:  Disregard that last statement, ladies
14   and gentlemen.
15   BY MR. STEFIN:
16   Q    Mr. Schwartz went through in detail about various houses
17   that you have purchased over the years.
18   A    Right.
19   Q    You bought a house in England.
20   A    Yes.
21   Q    You sold that house?
22   A    Yes.
23   Q    Did you receive proceeds from the house after you paid
24   off whatever mortgages you might have had on it?
25   A    I had full mortgage on it.  Joyce took the proceeds of
```

```
 1   it.

 2   Q    Do you recall how much proceeds you received after you

 3   sold that house?

 4   A    No, I don't.

 5   Q    When you say she took it, what do you mean?

 6   A    She demanded that I give it to her for energy to protect

 7   my son.

 8   Q    This was at a time when your son had been born and he

 9   was a few years --

10   A    Fourteen months old.

11   Q    And then there was talk about a house in Fletcher, or

12   the Fletcher house?

13   A    Went to Connecticut and stayed there for a couple of

14   years, and Joyce said that my ex had found the house, and he

15   was coming after me.  She said he was driving up and down the

16   street, and he was going after my son.  So I sold that house,

17   she took the proceeds from that.  I kept downscaling, went to

18   the house in Fletcher, had that for a few years.  That was

19   highly mortgaged.  Sold that.  She took the proceeds.

20   Finally, I ended up in Merry Hill in an old house.

21   Q    Is that the house you were living in when the accident

22   happened?

23   A    Yes.

24   Q    What happened to the -- and the house was sold after Sam

25   was killed, correct?
```

```
 1    A     Yes.

 2    Q     What happened to the proceeds of that sale?

 3    A     Joyce took it all.

 4              MR. STEFIN:  Can I see Defendant's exhibit 46?

 5              MR. SCHWARTZ:  Is it in evidence?

 6              MR. STEFIN:  I don't believe so.

 7              THE COURT:  It's not in evidence.

 8    BY MR. STEFIN:

 9    Q     Ms. Montassir, you were shown Defendant's exhibit 46,

10    which was a 14-page letter that seems to be -- that starts

11    out "Dearest Colin," C-o-l-i-n, August 12th of 2005.  Do you

12    remember seeing that?

13    A     Yes.

14    Q     Did you write that letter?

15    A     Yes.

16    Q     And who did you write that letter to?

17    A     I thought it was Colin Powell.

18    Q     And when you were writing these letters to Colin Powell,

19    were you furnishing the Defendant with copies of your

20    letters?

21    A     No.

22    Q     So do you know how it is that the Defendant is in

23    possession of this letter that you wrote to Colin Powell?

24    A     No.

25    Q     Was this -- is this an example of the kinds of letters
```

1    you were writing to Mr. Powell?

2    A    I assume so, yes.

3    Q    Were you writing long chatty letters like this?

4    A    Yes.

5              MR. STEFIN:  Your Honor, at this time the United

6    States would like to offer this exhibit as Government's

7    exhibit 106-5.

8              MR. SCHWARTZ:  No objection.  I think it's also

9    admissible under Rule 612.

10             THE COURT:  106-5 is admitted without objection.

11        (Government's Exhibit No. 106-5 entered into evidence.)

12   BY MR. STEFIN:

13   Q    This was dated August 12th of 2005, right?  Yes.

14   A    Yes.

15   Q    Can you see it on the screen in front of you?

16   A    Yes.

17   Q    It's 14 pages.  I'm not going to read it all.  Somebody

18   said thank you.  I don't know who that was.  I think it was

19   my own team.

20             "Dearest Colin:  When I saw the FedEx truck, I knew

21   it was the accountant's returns telling me how much I had to

22   pay for 15 Aug. this coming Monday.  It's personal taxes that

23   are due on Monday, and corporate on 15 October.  The

24   October 1 will be the big one."

25             And then you go on and you talk about -- well, the

```
 1   third paragraph:  "So many things in your letter.  I'm not as

 2   private a person as you are, question mark.  No way.  I live

 3   a life of extreme isolation.  The only people I see are the

 4   ones who work for me and my son and the Harrells, and I only

 5   see them about once a week.  For 15 years, I have carried all

 6   this around in me about Sam and Joyce and you but can share

 7   it with no one.  Right now I'm scared out of my mind about

 8   being so deeply in debt and how I'm going to get out of it,

 9   but I can share with no one except you."

10        So in this paragraph you're talking about Joyce.

11   A    Right.

12   Q    Did you believe that Colin Powell knew who Joyce was?

13   A    Yes.  According to Joyce, both she and he -- Colin

14   Powell and Brad Pitt paid her enormous amounts of money, and

15   she helped their careers, and she did everything for them,

16   and they gave her lots of money, like me.

17   Q    And that paragraph starts out:  "So many things in your

18   letter."

19        So at this point had you received letters

20   purporting to be from Colin Powell?

21   A    Yes.

22   Q    And you were sending your letters, you recall, to a P.O.

23   Box in Arizona?

24   A    Yes.

25   Q    Did Colin Powell or someone else explain to you why you
```

```
 1   needed to send the letters to him in Arizona as opposed to,

 2   say, Washington, D.C.?

 3   A    So nobody would know about them.  Great privacy,

 4   secrecy.

 5   Q    Your letter continues on.  This was 2005.  Sam was how

 6   old at this time?

 7   A    This is 2005?

 8   Q    Yes.

 9   A    He's -- it's just before his eighth birthday.

10   Q    This is August 12th of 2005, according to the letter.

11   A    Right.

12   Q    So the paragraph right above the~-- the second to last

13   paragraph:  "You asked about my house in Connecticut.  No, I

14   sold that.  When I met Joyce I owned a million-plus house,

15   two rentals and a mountain cabin in New Mexico.  I also had a

16   gorgeous penthouse on Park Avenue in New York."

17        Is that the New York apartment that you had

18   testified about?

19   A    Yes.

20   Q    "Joyce made me give all four of the New Mexico houses to

21   my ex, but I had to pay the mortgage on the big one.  A few

22   years later, she made me sell my beautiful apartment for less

23   than I paid for it.  She had me buy a house in England that

24   was rotting.  I spent five years and a million dollars

25   renovating it.  Then she made me sell it for less than I paid
```

```
 1   for it.  She had me buy a house in Connecticut, and I sold it

 2   for less than I paid for it.  I bought a house in Ashville,

 3   NC, and she also made me sell it for less than I paid for

 4   it."

 5            So here in this letter in 2005, are you complaining

 6   about the things that you say Joyce made you do with respect

 7   to your properties?

 8   A    Yes.

 9   Q    And this is how many years before you were -- a knock on

10   your hotel door took place with Detective Stack?

11   A    Three years.  Five, six, seven, eight, yeah.

12   Q    So did you use your correspondence with Colin Powell and

13   with Brad Pitt to kind of commiserate or kind of complain

14   about Joyce?

15   A    Yes.

16   Q    Let me just finish that last sentence there.

17            MR. SCHWARTZ:  Please.

18   BY MR. STEFIN:

19   Q    "I now own a house in Merry Hill, NC, and a house in

20   Badolato, Italy.  I've not seen the house in Italy for over

21   two years.  I've never spent a night in that house that cost

22   me a half a million dollars.  At the time I begged her not to

23   make me buy it, but, as always, she wouldn't listen to me."

24            You're referring to who there?

25   A    Joyce.
```

```
 1    Q    "If you ever think you're going to be in southern Italy,
 2    I can arrange that you could stay in my house.  I'll charge
 3    you rent in kisses."
 4              Page 4 of the letter, top of the letter:  "I wake
 5    up, some new scheme of hers is in my mind.  It's maddening.
 6    She wants me to call her and tell her all that I've,
 7    quote-unquote, heard.  She has done this for 15 years.  I
 8    tell her that all she wants is to congratulate herself on
 9    what a good job she's doing at putting her stories that never
10    happen in my mind."
11              So was the Defendant at that time taking
12    responsibility or taking credit for your book writing?
13    A    I think this is talking about the psychic kind of
14    stories about what's supposed to happen to me.  We just
15    didn't talk any about my books.  My books, what I wrote was
16    nothing between us.  She just wanted the money from them.
17    Q    "After these many years, I am very, very good at, quote,
18    listening, unquote, to her.  I hear every word, see every
19    scene she puts in my head.  I never talked to her about
20    having a baby.  That was put into my head.  When I was in
21    Raleigh with her she made me say it out loud.  If I told you
22    all the garbage she puts through my head you'd think I was
23    crazy.
24              "In Raleigh she said, with great disdain, in all
25    these years, you haven't figured out that you are the brains
```

1   behind all of this.  What she meant was that she comes up

2   with her extremely complicated, ridiculous scheme, puts them

3   in my head, then I tell her they won't work.  I told you

4   about her scheme to give me two husbands.  They were both men

5   I didn't like, but they were to live in the same house with

6   me, one with his wife and child, and I was to support them

7   all.

8           "I must stop this.  You are my only outlet in all

9   this, the only person on earth who knows what's going on

10  behind my smiles at people.  The life people think I have and

11  the truth are very different."

12          What about this scheme with two husbands?  Is

13  that --

14  A    She had this scheme when I lived in Connecticut that I

15  was going to add onto the house and I was going to have two

16  husbands there.  She was always coming up with these schemes.

17  Q    "I can't believe you were in Egypt."

18          Was there some correspondence in which Colin Powell

19  indicated he was in Egypt?

20  A    Or I probably saw it on the news.

21  Q    I'm sorry?

22  A    Or I may have seen it on the news.

23  Q    "I guess that was the visit Joyce foresaw, and that's

24  why she said Sam and I could go to Egypt in August.  I miss

25  Mohammed's mother, Breksan, B-r-e-k-s-a-n --"

```
 1    A      Breksan.

 2    Q      "Breksan, so much.  I wish I could put my arms around

 3    her and cry until my eyes fell out."

 4           So you had a relationship with this man's mother?

 5    A      Yes, she's just lovely.  I loved the whole family.

 6    Q      "Did I tell you that in Raleigh Joyce told me that

 7    Breksan was going to die, quote, within a year, closed quote?

 8    I nearly passed out when I heard."

 9           How is she?  Did she die, do you know?

10    A      She was alive the last I heard.

11    Q      Which was when?

12    A      It's been a while now, probably about 10 years.  She was

13    fine, but long after this.  Or this is 2005?

14    Q      Yeah.

15    A      Oh, gee, I don't think I've heard anything from there

16    since then.

17    Q      Let me go down to the second to last paragraph:  "Right

18    now, Joyce's latest lie in my head is that your wife will die

19    very, very soon."

20           So was the Defendant telling you that Colin

21    Powell's wife was going to be dying?

22    A      Any minute, yes, and he was going to come to me.

23    Q      "In an instant Joyce has me seeing no news at all, not

24    even the Entertainment Tonight show.  She's put it in my head

25    that the reason for this is because she doesn't want me to
```

1    see the announcement of your wife's death because I get

2    freaked out about how fat I am."

3            Your weight, is that a constant issue or discussion

4    between yourself and the Defendant?

5    A    When I met Joyce I weighed 101 pounds, and in 2008 I was

6    almost 200 pounds at 5-foot tall.  Pretty big.

7    Q    "She wants me to be so busy with my book that I think of

8    nothing else.  She's put it in my head that I've changed my

9    cell numbers so you can't call me.  You'll have to show up

10   here.

11           "She's made me remember something she told me years

12   ago.  She said she didn't want you and me to meet, then part.

13   She told me this while you were SEC of State."

14           I assume meaning Secretary of State?

15   A    Right.

16   Q    So at this point my political history's bad.  Was he the

17   Secretary of State at this time in 2005?

18   A    I think so, yes.

19   Q    I don't remember.

20           "She said that you and I are going to like each

21   other so much that once we meet we will have to be free to

22   get together or we'll cause a great scandal.  She said that

23   you and I are so lonely and so in need of love and

24   companionship that we won't care what the world thinks.  Now,

25   we can coolly consider all the pros and cons of meeting, but

```
 1    after we meet, she said that you and I are such strong

 2    people, that we'll not let go of each other.  She said that

 3    she wants us free to stay together from the first moment,

 4    parenthesis, all this verbally said, no mind-shaping, closed

 5    parenthesis."

 6              And, again, you believed you were communicating

 7    with Mr. Powell during this time?

 8    A    Yes.

 9    Q    And you're relating all the things that Joyce had told

10    you?

11    A    Yes.

12    Q    And then you go on to talk about your new book.  Little

13    bit more conversation about Joyce.  Page 6:  "It was really

14    interesting about the First Lady.  Joyce hates Laura Bush,

15    really, really hates her.  Do you have any idea why?"

16              Did you?

17    A    Me?  No.

18    Q    Middle of the page:  "Joyce said Queen Noor hated her

19    husband passionately.  Did you see this?"

20              What is that in reference to?

21    A    I would ask Joyce about the famous people, and she,

22    according to her, worked with pretty much every one of them,

23    and/or she looked into their minds and she knew about them.

24    So she would tell me things.

25    Q    And so she what?
```

```
 1    A    She would tell me things about them.

 2    Q    Do you know who Queen Noor is?

 3    A    Oh, sure.  She's married -- was the King of Jordan; is

 4    that right?  I think that's right.

 5    Q    All right.  Couple of paragraphs down further.  Let me

 6    move it up.

 7              "You asked me about calls to Joyce.  Let me get

 8    this straight, you call her but she does not, in capital

 9    letters, charge you money, question mark?  It used to be that

10    way between Joyce and me, but for over three years now, one

11    call and she charges me hundreds of thousands of dollars for

12    it.  To call her is to have to pay her.  I don't talk to her

13    unless I have to, and I wait until I have no money in the

14    bank."

15              So when you're talking about paying her, did you

16    believe you were paying her a fee when you would talk to her?

17    A    No, it was give her money to hold and then return to me

18    when the work was done.

19    Q    You go on to talk about your divorce and your ex.

20              Bottom of the page, last paragraph:  "Joyce had

21    been, quote, with, closed quote, me through all of this, and

22    she said I was to sign a horrible document that gave my ex

23    everything I had paid for before the marriage, parenthesis,

24    three houses, cars, stock, cash, closed parenthesis, and I

25    was to pay him for the rest of his life in the amount
```

 1    increasing every year, plus insure my life.  I signed the

 2    document."

 3            Page 8:  "In the 14 years since the divorce I have

 4    tried hard to get the decree overturned.  Over and over,

 5    lawyers have told me that the documents are illegal.  They

 6    deal with property that should not have been included in the

 7    settlement.  There's not even a date of marriage on the

 8    divorce decree.

 9            "A few years ago, Joyce told me that my ex bribed a

10    judge.  I got a Connecticut lawyer to look into this.  The

11    judge who I was told was going to give control of my books to

12    my ex was dismissed from the bench exactly one year later for

13    taking bribes.  My divorce lawyer defended him."

14            Actually, "my" in caps, divorce lawyer defended

15    him.

16            It goes on to talk about that matter.

17            Middle of the page:  "Joyce has twice made me not

18    pay my ex, and both times he's sued and won.  The second time

19    was just a few months ago.  I had to pay him a quarter of a

20    million dollars.  His attorney said that they'd keep the

21    money the same every year, 200 grand, if I'd agree to tell my

22    ex where I am at all times.  If I go to Williamsburg

23    overnight, I'm to fax him or his vicious attorney the name of

24    my hotel and the phone number.  I'm to give my ex all my

25    phone numbers, and I'm never to leave my house for more than

1   a few hours without letting my ex know where I am and how to

2   get in touch with me.

3          "I burst into tears of terror to my New Mexico

4   attorney at this, parenthesis, the same one who hung up on

5   the CT attorney because he's the only one in New Mexico who

6   will handle my case, closed parenthesis, and said I couldn't

7   do that.

8          "Reminder:  All of this is 14 years after a

9   four-year marriage."

10         Why here are you telling all of this in this

11   particular letter?

12  A    It was nice to tell someone what had been done to me.

13  Q    On page 9 of this letter, in the middle of the page.

14         "There's much, much more, but I won't go into it.

15  Nonstop harassment for 14 years.  Letters, phone calls, lots

16  of lawsuits.  Every time I try to get a lawyer to make him

17  stop, I'm again accused of having taken everything from a

18  sweet man who gave up his life to help me in my career.

19  Then, I dumped him.  Everyone," underlined everyone,

20  "believes this.

21         "For the last five years, Joyce has told me that

22  she's been telling you all of this, that you've consulted a

23  religious man in Scotland, and that you've consulted

24  attorneys about my case.  Years ago, she had me send her a

25  fat packet of documents and she said you'd seen them, read

```
 1    them and turned them over to your attorneys.  On one call she

 2    said, do you think CP is going to pay that jerk of a husband

 3    of yours?"

 4           Then you go on to say:  "I no longer believe any of

 5    this.  I don't think you've been told anything about this or

 6    seen any papers."

 7           So were you doubting some of the things you were

 8    being told by the Defendant at this point in time?

 9    A    Yes.

10    Q    And it goes on.

11           One last one.  I can't resist.

12           Second paragraph from the bottom:  "Today, the 15th

13    of August, I feel as though someone has lit the fuse to a

14    bundle of dynamite that's planted inside my chest.  I could

15    trust in Joyce up until today, but no more.  Maybe you can

16    continue to work with the IRS breathing down your neck, but I

17    can't.  I must pay them, then start working on next year's

18    debt.  If I could just keep Joyce from taking more from me,

19    dot dot dot dot dot.

20           "I would really appreciate it if you could

21    recommend a loan company where I can apply for a mortgage,

22    and I would appreciate that if you talk to Joyce, you ask her

23    to get off my back, or more importantly, stay out of my bank

24    account.  She can work with you without making you so broke

25    you worry about being able to pay the light bill.  Why can't
```

```
 1    she do the same with me?

 2            "And if you could get an address and not send

 3    things through Joyce, I'd love it."  And, again, it just goes

 4    on.

 5            I'll try to speed up.

 6            Ms. Montassir, you maintained a bank account at

 7    BB&T Bank?

 8    A    Yes.

 9    Q    And one of the accounts was for your business, Deveraux,

10    Inc.?

11    A    Yes.

12    Q    And did you write some checks or some monies out of that

13    account to give to the Defendant under either her name --

14    under the name Joyce Michaels or other names?

15    A    Yes.

16    Q    And before you even started with your CPA, Mr. Raley,

17    did you keep some sort of accounting records or tracking

18    money that you expended for your corporation?  Would you keep

19    some kind of accounting record for your corporation expenses?

20    A    I tried to keep my -- yes.

21    Q    I want to show you what's been marked as Government's

22    exhibit 106-1.

23            Do you recognize that as an accounting ledger for

24    the tax year 1999?

25    A    Yes.
```

```
 1    Q    And was that something that -- part of the records that
 2    you turned over to the United States when trying to gather up
 3    financial records?
 4    A    Yes.
 5              MR. STEFIN:  Your Honor, at this time we would
 6    offer Government's 106-1 into evidence.
 7              MR. SCHWARTZ:  No objection, Your Honor.
 8              THE COURT:  Admitted without objection.
 9         (Government's Exhibit No. 106-1 entered into evidence.)
10    BY MR. STEFIN:
11    Q    And this goes to the issue of whether or not you've
12    considered the Defendant to be a business expense of your
13    company, Deveraux, Inc.  Showing you just a few of the pages.
14    JM-511 is the first page.
15              I'm going to direct your attention to one
16    particular entry on this particular page, going from left to
17    right.
18              On 11/18/99 in the middle of the page, I guess the
19    accounting number is 491, it says Bruce Green.  That's on the
20    heading of description.  Then two columns over, it says JM
21    Personal and it indicates $60,000?
22    A    Right.  It's a personal expense.
23    Q    Do you recall again, I think you were asked this, do you
24    remember why this transfer of money of $60,000 was made to
25    someone by the name of Bruce Green?
```

1    A    I don't remember that name, no.

2    Q    Do you remember what it's related to?

3    A    For Joyce, yes.

4    Q    And a column on category where you put personal, would

5    you distinguish between business expenses and personal

6    expenses?

7    A    Yes.

8    Q    On page 514, JM514 of the same document, middle of the

9    page, are those check numbers when it says 493, 494, 495?

10   A    Yes.

11   Q    You have three transactions, all on 11/18/99, and,

12   again, the description is Rose Marks, and then two columns

13   over again, JM Personal, correct?

14   A    Yes, personal expense.

15   Q    And on that occasion that totaled $40,000?

16   A    Right.

17   Q    And then there's a register for all the wire transfers

18   you conducted that year?  Showing you JM-516.

19          This goes on for pages, but towards the bottom of

20   the page, looks like on the date of 4/21 of '99, it says

21   auto, I guess automatic; the third column, outgoing wire

22   tran, R Marks.  Then the next column over, it says JM

23   Personal.  And then on the same date two columns down,

24   outgoing wire tran, t-r-a-n, Joyce Michael, JM Personal.

25   Each of those transactions were for $2700?

```
 1    A     Yes.

 2    Q     Did you ever consider the amounts of money you paid to

 3    the Defendant to be a business expense?

 4    A     No.

 5    Q     Did you tell anybody, the accountant or anybody else

 6    that these were business expenses?

 7    A     No.

 8    Q     JM-519.  I think that's total of wire transfers from

 9    March 8th of '99 through I guess on this page 6/7/99?  Some

10    say NationsBank, Bank of New York.  One has no -- two of them

11    have no description at all.  One says Joyce Michael.  Another

12    says transfer to Rosa, but doesn't have the completion.

13           The final one, 5/11/99, or the one next says

14    purchase gold MT, and all of those are indicated as personal

15    expenses, correct?

16    A     Yes.

17    Q     Totaling $186,388 for those particular transactions.

18    Can you see that on the far right-hand side in the middle?

19    A     Yes.

20    Q     When you also wrote checks to the Defendant, would you

21    also indicate whether or not it was a personal expense or a

22    business expense?  On the check itself?

23    A     Yes, often I did.

24           MR. STEFIN:  Showing you -- well, with respect to

25    the BB&T account, at this time, the United States would offer
```

1   into evidence what's been marked as Government's exhibit 302

2   and 303 purported to be account records of Deveraux, Inc.

3           MR. SCHWARTZ:  No objection.

4           THE COURT:  Admitted without objection.

5       (Government's Exhibit No. 302 and 303 entered into

6   evidence.)

7   BY MR. STEFIN:

8   Q    Just a few examples, this is 2003, which is

9   BBT9222-JM-01.

10          And I believe you testified previously that from

11  time to time you would send -- you would send checks to the

12  Defendant but would not fill in the line that comes after the

13  words "pay to the order of?"

14  A    Yes.

15  Q    That's a check for $127,000, looks like check

16  number 1002, says pay to the order of and the word, I think

17  it says cash.  Does it look like that to you?

18  A    Yes; it does.

19          I think it says cash.

20  Q    Now, the wording of the check, the numbers and the

21  written out, 127,000, do you recognize whose handwriting that

22  is?

23  A    That's all mine, all except the word "cash."

24  Q    The word "cash," is that your handwriting?

25  A    No.

```
1    Q    When you put JM Personal, is that your handwriting??

2    A    Yes.

3    Q    Here's a check.  I'll just give the last digits, JM02

4    under the same exhibit.

5         This is check number 1011 dated January 27th of

6    2004, for $47,500.  Again, is that -- the handwritten portion

7    of that, the 47,500 and the signature, that's yours?

8    A    Yes.

9    Q    And then it says, pay to the order of, and the name

10   appears to be Rose Marks is filled in?  Is that your

11   handwriting on that portion?

12   A    No, that's not mine.

13   Q    I mean, can you even put together how or why you sent

14   these sums of money to the Defendant, like specific amounts?

15        Like for example, in the next one, document JM-03,

16   check number 1013, 1013, dated 26th of February, 2004, which

17   this is a check for $225,000.  Is that your handwriting on

18   that check?

19   A    Yes.

20   Q    How about the part where it says, pay to the order of.

21   Is that your handwriting there?

22   A    No.

23   Q    And that says Rose Marks?

24   A    Right.

25        MR. SCHWARTZ:  Your Honor, may we approach for a
```

```
 1   moment?
 2             THE COURT:  Yes.
 3        (The following proceedings were held at sidebar:)
 4             MR. SCHWARTZ:  Your Honor, I believe that a couple
 5   of things that Mr. Stefin has asked her about have opened up
 6   new areas for impeachment, and I was going to ask for 10 or
 7   15 minutes of redirect examination.  I know the Court has to
 8   leave maybe in 15 minutes ago.
 9             THE COURT:  Yeah, that's gone.  I'm here.  We got
10   to finish this witness.
11             MR. SCHWARTZ:  Okay.  Well, I just wanted to try to
12   accommodate your schedule, Judge.
13             THE COURT:  My schedule is shot.  We're here until
14   we finish this witness, and you are certainly entitled to
15   recross on new exhibits that have been admitted into evidence
16   that on redirect that weren't admitted in the direct case.
17             MR. SCHWARTZ:  Thank you, Judge.
18             I have no objection to coming back Monday.
19             THE COURT:  No, we need to --
20             MR. STEFIN:  No.  That would be great.  Thank you,
21   Judge.
22        (Sidebar conference concluded.)
23             MR. STEFIN:  May I proceed, Your Honor?
24             THE COURT:  Yes.
25   BY MR. STEFIN:
```

1   Q     Document number ending in JM-09, part of the same

2   exhibit, check number 1195.  This is a check for $277,777.77.

3         Is that your handwriting on that check, at least

4   for the handwriting of the numbers and the written

5   description of the amount?

6   A     Yes.

7   Q     And how about the pay to the order of which appears to

8   say P. Wolofsky?  Is that your handwriting?

9   A     No.

10  Q     Do you have any recollection of writing checks such as

11  numbers such as this, $277,777.77?

12  A     Yes, Joyce loved to make up numbers for me to write

13  checks out.

14  Q     And, by the way -- I'm sorry -- and again, on the memo

15  part it says for, it says JM Personal.

16  A     Yes.

17  Q     And JM stands for you, not for Joyce Michael, correct?

18  Jude Montassir?

19  A     Yes, it's under my personal account.

20  Q     One last check.  This is a check, check number 1387,

21  document ends in JM-16.  Kind of inked up, but it looks like

22  something May 2005, check number 1387?

23  A     Right.

24  Q     This is for a hundred thousand dollars.

25  A     Right.

```
 1   Q    Pay to the order of Joyce Michael.  In this instance is

 2   that your handwriting, the Joyce Michael?

 3   A    Yes.

 4   Q    And the memo section says for nothing?

 5   A    Right.

 6   Q    What inspired you to write that on the check?

 7   A    Frustration and anger.

 8   Q    Frustration and anger over what?

 9   A    Over Joyce and her constant demands and pestering me and

10   not leaving me alone.

11   Q    But you just kept sending the money.

12   A    I know.  Pretty stupid, huh?

13        MR. STEFIN:  If I could just have one more second,

14   Your Honor.

15        That's all I have.

16        THE COURT:  Thank you.

17        Ladies and gentlemen, I hope you can stay until we

18   finish with this witness.  I know we said we were going to

19   break at around lunch.  It may take about 10 or 15 more

20   minutes.  Does anybody have a problem with that?

21        All right.  Thank you.

22        Mr. Schwartz, recross.

23        MR. SCHWARTZ:  Thank you, Your Honor.

24                        Recross-examination

25   BY MR. SCHWARTZ:
```

```
1    Q    Ma'am, you remember an hour and a half ago we had

2    cross-examination, roughly?

3    A    Yes.

4    Q    And remember my asking you about houses you owned?

5    A    Yes.

6    Q    And you remember being very definite to this jury that

7    you never owned a house in Italy, you rented one for $5000 a

8    month for a year?

9    A    Yes.

10   Q    Was that a lie?

11   A    No.

12   Q    Do you -- Mr. Stefin put into evidence Government's

13   exhibit 106-5, which was Defendant's exhibit for

14   identification 46.  Remember that?

15   A    Yes.

16   Q    Your letter to Colin Powell?

17   A    Yes.  The money was for remodeling of it.

18   Q    I'm sorry.  I couldn't hear you.

19   A    The money was for the remodeling of the house.

20   Q    Well, let me let you read the first sentence on the

21   bottom of that page.  What does it say?

22   A    "I now own a house in Merry Hill and a house in

23   Badolato, Italy."

24   Q    And did you then say:  "I have not seen the house in

25   Italy for over two years.  I've never spent a night in the
```

```
 1    house.  It cost me half a million dollars.  At the time, I
 2    begged her not to make me buy it, but, as always, she
 3    wouldn't listen to me."
 4              And then you offered to let him use your house in
 5    Southern Italy.
 6              Did you buy a house in Southern Italy?
 7    A    No.  I bought a lease on a house in Southern Italy and
 8    paid to remodel it and then paid $5000 a year on it.
 9    Q    Did you tell Colin Powell in your letter that you bought
10    a house in Italy and you own a house in Italy?
11    A    Yes.
12    Q    Were your letters to Colin Powell -- were you telling
13    the truth or were you making up stories and fantasizing?
14    A    I'm not answering that because that's not stated
15    correctly.
16              MR. SCHWARTZ:  Would Your Honor direct the witness
17    to answer the question?
18              THE COURT:  Please answer his question, ma'am.
19              THE WITNESS:  I was not making up or fantasizing.
20    I owned the lease on it.  I didn't put it in a private
21    personal letters that I now own the lease on a house in
22    Badolato.
23    BY MR. SCHWARTZ:
24    Q    In your letter to Colin Powell, you talk about the fact
25    that Rose doesn't charge him any money for her advice.  Do
```

```
 1   you remember that?

 2   A    That's what it says.  I don't remember that.

 3   Q    Do you remember telling Mr. Powell, or in the letter you

 4   wrote allegedly to Colin Powell, do you remember saying, she

 5   charges me hundreds of thousands of dollars for each call, I

 6   hesitate to call her anymore?

 7   A    Yes.

 8   Q    I'll leave it at that.

 9         Do you remember telling Colin Powell and this jury

10   the other day in this alleged letter to Colin Powell that

11   Joyce made you give your husband everything?

12   A    Yes.

13   Q    And you told that both to the jury and in this letter?

14   A    Everything except the apartment in New York, which was

15   so heavily mortgaged it wasn't worth much.

16   Q    Well, was that the whole truth?

17   A    I think it was the truth.  I got the control of my

18   books.  That was what I wanted.

19   Q    Right.  You didn't give him everything.  Your most

20   valuable property at that time was control of the copyrights

21   on your books, right?  Wasn't it?

22   A    Yes.

23   Q    And you did not give that to him, did you?

24   A    I --

25   Q    Yes or no.
```

```
 1   A      No, I did not give that to him.

 2   Q      And that was the crux of the claims in your divorce

 3   proceeding with your now ex-husband, wasn't it?

 4   A      The main thing, the control of my books, yes.  He wanted

 5   those.

 6   Q      He wanted to control your books, which were valuable

 7   properties, right?

 8   A      We thought they were then, but they -- yeah, we thought

 9   they were, yes.

10   Q      And you wanted to keep the control of your books?

11   A      Yes.

12   Q      And he was claiming that even though you were only

13   married for about five years --

14   A      Four.

15   Q      Four years, you had been together for what, 14 years

16   before that?

17   A      I had been writing for 15 years before that.

18   Q      Okay.  And you had been living with him for all of those

19   15 years and another three, right?

20   A      New Mexico is not a common law marriage thing.  It meant

21   nothing.

22   Q      I thought you weren't a law -- never mind.

23          You had been living with him for roughly 17 years

24   and then married to him for four years; is that right?

25   A      Yes.
```

1    Q    And he was claiming because of your marriage and

2    previous relationship, he should get control of your books,

3    right?

4    A    Yes.

5    Q    Or at least 50 percent of the value of your books; is

6    that correct?

7    A    No, he wanted the books.

8    Q    And you -- since you wanted to keep them, you worked out

9    a deal; is that correct?

10    A    I didn't consider it was a deal.

11    Q    Well, it was a settlement agreement that you signed,

12    right?

13    A    Yes.

14    Q    In lieu of -- I'm sorry, instead of him getting any part

15    or any control of the copyrights of your books, you kept that

16    property, what you felt at that time was a valuable property,

17    and he got some real estate and cash; is that correct?

18    A    And I got the bills, and I pay him millions since then.

19    Q    And as part of the additional property settlement, a

20    kicker, so to speak, you agreed to pay him -- to pay off what

21    he considered the value of the books, the value of the

22    property, 75,000 a year, escalating 10,000 a year for a

23    number of years, right?

24            MR. STEFIN:  Objection.

25            THE COURT:  Overruled.

```
 1                    THE WITNESS:  Yes.
 2   BY MR. SCHWARTZ:
 3   Q     And you weren't worried about that continuing payment
 4   because Rose allegedly told you that he was going to die in
 5   two or three years?
 6   A     Yes.
 7   Q     Was that fraud or psychic malpractice?
 8   A     I don't know what you're talking about.
 9                    MR. STEFIN:  Objection.
10                    THE COURT:  Sustained.
11   BY MR. SCHWARTZ:
12   Q     So when you told the jury on direct examination, on
13   cross-examination, and now on recross examination that he got
14   all of your property except the heavily mortgaged New York
15   apartment, you weren't telling the jury the whole truth, were
16   you?
17                    MR. STEFIN:  Objection.
18                    THE COURT:  Overruled.
19                    THE WITNESS:  Consider my books as property?  I
20   mean, he got the house, everything I had purchased with my
21   income from my books all those years.  Yes, he got all the
22   property except for the heavily mortgaged apartment.  I
23   didn't see that my books should have been in contention.
24   BY MR. SCHWARTZ:
25   Q     Well, you didn't agree that he had a right to the books,
```

```
 1   correct?

 2   A    Why would he have a right to my books?  Especially the

 3   ones -- I was willing to split the money 50/50 on the books I

 4   wrote during the legal marriage, but he wanted all of them,

 5   control of them.

 6   Q    But that didn't answer my question.

 7        Were you telling the jury the whole truth when you

 8   said just a few minutes ago that he got all the property and

 9   all you got to keep was a heavily mortgaged New York

10   apartment?  Yes or no.

11   A    Yes.  That's the way I see it, yes.

12   Q    The way you see it.

13   A    The way I see it, yes.

14   Q    Do you sometimes see things differently than the way the

15   rest of the world sees things?

16   A    No, not particularly.  No.

17   Q    Do you sometimes fantasize?

18   A    No.

19   Q    Now, you testified that Joyce told you that the judge in

20   your divorce case took a bribe in your case; is that correct?

21   A    I only know facts of the case.  That's the only thing I

22   know.

23   Q    But didn't you testify on redirect by Mr. Stefin that

24   Rose -- I call her Rose, you call her Joyce -- told you that

25   the judge in your case took a bribe on your case?
```

```
 1    A     Joyce told me that, yes.

 2    Q     That's not true, is it?

 3    A     What do you mean it's not true?  She told me that.

 4    Q     She told you a year later that the judge was convicted

 5    of taking a bribe in a different case.

 6    A     She didn't tell me that.

 7    Q     Isn't it a fact that in your deposition -- withdrawn.

 8          Did you ever tell anybody that the reason -- one of

 9    the reasons you settled was because you were told that the

10    judge in your case was prejudiced against uppity wealthy

11    women?

12    A     I was told that, yes.

13    Q     Were you told that by Rose?

14    A     No.

15    Q     Who told you that?

16    A     It's a person in Santa Fe who is my former tax attorney.

17    Q     Who's now a judge?

18    A     I don't know what Tim's doing now.  I don't know.

19    Q     Is that Tim Garcia?

20    A     Tim Garcia.

21    Q     And at the time of your deposition, wasn't he a judge in

22    Santa Fe?

23    A     No, oh, no.

24    Q     Not the time of your divorce, the time that you gave

25    your deposition.
```

```
 1   A     Oh, I don't know.  Somebody said he was a big shot in
 2   Santa Fe now.  I don't know specifically.
 3   Q     Well, in the deposition don't they refer to him as Judge
 4   Garcia?
 5   A     I don't remember.
 6   Q     And in your deposition, do you tell the attorney for
 7   your now ex-husband that Judge Garcia now denies ever saying
 8   that to you?
 9   A     He told me that he couldn't say that out loud, but he
10   was telling me because he owed me a favor, and he called and
11   warned me not to go into the courtroom.
12   Q     And when he was asked about that around the time of your
13   deposition, did he deny ever saying it to you?
14              MR. STEFIN:  Objection, Your Honor.
15              THE COURT:  Sustained.
16              THE WITNESS:  No one asked him that I know of.
17              THE COURT:  Sustained.  Sustained, ma'am.
18              THE WITNESS:  Sorry.
19   BY MR. SCHWARTZ:
20   Q     When you testified in your deposition, did you say he
21   now denies ever saying that to me?
22   A     I may have said that.
23   Q     Okay.  In your letter to Colin Powell allegedly, did you
24   say Joyce is putting stories that never happened into my
25   mind?
```

1   A     Yes.

2   Q     And wasn't the whole exercise with the letters of Colin

3   Powell and the correspondence with Brad Pitt just that?

4   A     What does that mean, "just that"?

5   Q     Putting stories that never happened into your mind?

6   A     I don't understand that.

7   Q     Weren't you and she participating in an exercise in

8   fiction, creating romantic situations which you would or

9   would not later use?

10  A     I didn't use them, and they were real to me.  They

11  weren't fantasy.  I thought I was really writing them.

12  Q     Just like your characters when you're writing books are

13  real to you, right?

14  A     They are realistic to me.

15              MR. SCHWARTZ:  May I have a moment, Judge?

16              THE COURT:  Yes.

17              MR. SCHWARTZ:  I have no other questions, but

18  before the witness is excused, can we approach?

19              THE COURT:  Yes.

20       (The following proceedings were held at sidebar:)

21              MR. SCHWARTZ:  Judge, one of the witnesses we have

22  under subpoena is Claude White, her ex-husband.  I don't want

23  this witness to have to stay in town or anything like that,

24  but I ask that she be excused now subject to re-call on the

25  defense case if, after Claude testifies, if necessary, to

```
 1    call her back.
 2              THE COURT:  Have you subpoenaed her?
 3              MR. SCHWARTZ:  I haven't.  But I can try to hand
 4    her a subpoena today or give a subpoena to the U.S. Attorney.
 5    But she's here, I assume under subpoena, and I don't want to
 6    have her released.  If you want me to get -- give her a
 7    subpoena, I'll do that, or can she be ordered to be
 8    available?
 9              THE COURT:  Will you agree to have her available if
10    he wants to re-call her in his case, or do you want him to
11    subpoena her?
12              MR. STEFIN:  Well, I don't know when she's
13    scheduled to return back to New York.  She lives in New York.
14              MR. BARDFELD:  She was scheduled yesterday.
15              MR. STEFIN:  Yesterday.
16              MR. SCHWARTZ:  And we're not going to be on my
17    case --
18              MR. STEFIN:  If she's willing to stay on for a few
19    days, I don't have a problem recalling her without a
20    subpoena.
21              THE COURT:  The question is unless she's subpoenaed
22    or unless you're going to agree that she remains under your
23    subpoena, she's going --
24              MR. STEFIN:  Is this something we can discuss after
25    discharging the jury?
```

```
 1              MR. SCHWARTZ:  Sure.  I didn't want her to have to

 2    stay here, Judge.

 3              THE COURT:  Okay.

 4         (Sidebar conference concluded.)

 5              THE COURT:  All right.  Ladies and gentlemen, we're

 6    going to recess for the day.  Remember we're not in session

 7    tomorrow or Monday.  So next day we'll be back together is

 8    Tuesday.  Please don't discuss the case, don't form any

 9    opinions, please avoid any news reports about the case, and

10    we'll see you on Tuesday.  Thank you.  Have a nice weekend,

11    and thank you for your cooperation.

12              MR. STEFIN:  Judge, my notes had said that we were

13    meeting Monday morning, but we're not meeting Monday morning?

14              THE COURT:  No, Tuesday.

15              MR. STEFIN:  Okay.

16              THE COURT:  9:00 o'clock on Tuesday.  See you

17    Tuesday.

18         (The jury exits the courtroom.)

19              THE COURT:  All right.  You can all be seated.

20              Ms. Montassir, the question that we were discussing

21    is, it's possible that the Defendant may want to re-call you

22    when they're presenting their evidence.  It's not certain,

23    but it's possible.  So the question is whether you're going

24    to be subject to the subpoena based on the Government's

25    subpoena or does the Defendant need to subpoena you with his
```

 1   own subpoena in order to be able to compel you to come back

 2   here if he -- if they feel the need to.

 3            So did you want to discuss that with Mr. Stefin?

 4   You don't need to do it on the record.

 5            MR. STEFIN:  Okay.  I can report to the Court.

 6            MR. SCHWARTZ:  It probably wouldn't be until

 7   sometime the week after next, Judge.  So I'm not requesting

 8   that she stay in South Florida.

 9            THE COURT:  No, no one's requesting her or

10   expecting her to stay for the entire time, but if you're

11   needed back here, you'd have to come back.  So that's the

12   issue.

13            Did you want to speak to her about it?  You can do

14   it off the record.

15            MR. STEFIN:  Are we off the record now?

16            THE COURT:  No, we're not.

17            MR. STEFIN:  How would the witness rule apply?  Is

18   she now then going to be subjected to the sequestration rule,

19   that she can't discuss anything with us?

20            THE COURT:  Well, if he's saying he might call her

21   back, yes.

22            MR. STEFIN:  Well, I'll talk to the defense counsel

23   about that.

24            Okay.  I'll talk to her, and then we'll report back

25   to the Court.

```
 1              THE COURT:  I guess the question is, is she going

 2   to be here?  Otherwise, he needs to get a subpoena on her.

 3   She's going to come back or he needs to get a subpoena served

 4   on her.

 5              MR. STEFIN:  I think that's probably going to be

 6   the case, unless Ms. Montassir is planning to stay in South

 7   Florida for the next couple of weeks.  She wasn't planning on

 8   to.

 9              There are issues of payment and travel in it, as

10   well.

11              THE COURT:  I understand.

12              MR. STEFIN:  I think the defense will have to bear

13   the burden of that.  But I will facilitate the subpoena to

14   the extent that that's -- he won't need to get a process

15   server or anything to that extent.

16              MR. SCHWARTZ:  I just mention to the Court that as

17   Your Honor remembers --

18              THE COURT:  I understand all the cost issues.  You

19   don't need to talk about that now.

20              All right.  So we'll -- you're excused now, ma'am,

21   but don't discuss the case because of the possibility that

22   you may be called back.  Don't discuss your testimony until

23   the case is over.  All right?  Or you're told you're not

24   needed back here.  All right?  Thank you.

25              All right.  Anything else we need to talk about?
```

1    Nothing else?

2              I guess you all thought we were going to be in

3    session on Monday morning.  I don't know why.

4              MR. STEFIN:  Three of us had the same note, but

5    verbally I thought we were off Monday, but then when I looked

6    back on my notes, it looked like we were in session only in

7    the morning.

8              THE COURT:  No, it's the Monday after that we're in

9    session only in the morning.

10             MR. STEFIN:  Well, okay.

11             MR. SCHWARTZ:  Are we in session all day Tuesday?

12             THE COURT:  Yes, the rest of the week, Tuesday

13   through Friday, we're --

14             MR. SCHWARTZ:  Very good.  Thank you.

15             MR. STEFIN:  Just the case law that defense counsel

16   is going to --

17             MR. SCHWARTZ:  I did.  It's about done.  I've sort

18   of been a little busy, so somebody in my office is writing

19   it.  They promised me this afternoon, so I'll file it on

20   PACER so you have it, Your Honor.

21             THE COURT:  Is that it?

22             MR. SCHWARTZ:  That's it.

23             MR. STEFIN:  I think so.

24             Judge, the only other thing is that we're working

25   on correcting our exhibit list because there were things that

1    we added and there were -- you pointed out a mis-numbering on

2    some of the transcripts.  So we hope to have that to you by

3    Tuesday morning.

4            THE COURT:  Okay.  That's not that important.

5            MR. STEFIN:  Okay.

6            THE COURT:  All right.  We'll see you Tuesday.

7    Have a good weekend.  Thank you.

8      (The evening recess was taken at 12:17 p.m.)

9                  * * * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        * * * * *

 2                    I N D E X

 3  Testimony of Jude Gilliam Montassir (Continued)

 4          Cross by Mr. Schwartz (Cont.'d)        3

 5          Proffer by Mr. Schwartz              58

 6          Proffer by Mr. Stefin                60

 7          Cross by Mr. Schwartz (Cont.'d)       60

 8          Redirect by Mr. Stefin               74

 9          Recross by Mr. Schwartz             108

10                        * * * * *

11                E X H I B I T S

12  Government's Exhibits in Evidence:

13          Government's 106-5                   87

14          Government's 106-1                  101

15          Government's 302 and 303            104

16                        * * * * *

17

18

19

20

21

22

23

24

25
```

```
1                          * * * * *

2                  E X H I B I T S (Cont.'d)

3    Defendant's Exhibits in Evidence:

4              Defendant's 42                     48

5              Defendant's 45                     70

6                          * * * * *

7                          CERTIFICATE

8        I, Stephen W. Franklin, Registered Merit Reporter, and

9    Certified Realtime Reporter, certify that the foregoing is a

10   correct transcript from the record of proceedings in the

11   above-entitled matter.

12       Dated this 10th day of NOVEMBER, 2013.

13

14       /s/Stephen W. Franklin
         _____
15       Stephen W. Franklin, RMR, CRR

16

17

18

19

20

21

22

23

24

25
```

**$**

$1,450,000 [2]  73/19 73/25
$1,452,000 [1]  76/8
$1.2 [1]  52/2
$1.4 [1]  75/2
$1.4 million [1]  75/2
$10 [1]  33/12
$10 million [1]  33/12
$127,000 [1]  104/15
$14,000 [1]  5/9
$15 [1]  63/10
$173,000 [1]  63/8
$186,388 [1]  103/17
$2 [8]  44/24 45/14 45/15 45/19 45/20 48/13
 50/16 50/19
$2 million [8]  44/24 45/14 45/15 45/19 45/20
 48/13 50/16 50/19
$2.4 [1]  51/18
$2.4 million [1]  51/18
$20 [11]  33/3 33/11 33/21 33/25 34/4 34/9
 35/1 82/7 82/10 83/6 83/7
$20 million [11]  33/3 33/11 33/21 33/25 34/4
 34/9 35/1 82/7 82/10 83/6 83/7
$225,000 [1]  105/17
$2700 [1]  102/25
$277,777.77 [2]  107/2 107/11
$3 [2]  38/17 38/21
$3 million [2]  38/17 38/21
$40,000 [1]  102/15
$47,500 [1]  105/6
$5000 [3]  51/11 109/7 110/8
$60,000 [2]  101/21 101/24

**'**

'5 [1]  3/12
'6 [1]  3/12
'7 [1]  3/13
'91 [1]  5/18
'93 [1]  6/18
'99 [2]  102/20 103/9
'til [1]  56/6

**-**

-v [1]  1/5

**/**

/s/Stephen [1]  126/14

**0**

01 [1]  104/9
03 [1]  105/15
09 [1]  107/1

**1**

1.45 [1]  73/19
1.450 [1]  73/24
1/20/2000 [1]  63/21
10 [6]  28/7 28/12 75/23 93/12 106/6 108/19
10 million [1]  33/18
10,000 [1]  113/22
1002 [1]  104/16
101 [1]  125/14
101 pounds [1]  94/5
1011 [1]  105/5
1013 [2]  105/16 105/16
104 [1]  125/15
106 [1]  62/11
106-1 [4]  100/22 101/6 101/9 125/14
106-5 [4]  87/10 87/11 109/13 125/13

108 [1]  125/9
10:06 [1]  57/3
10:22 [1]  57/3
10th [1]  126/12
11 [1]  64/8
11-80072-CR-MARRA [1]  1/2
11/18/99 [2]  101/18 102/11
1195 [1]  102/2
12 [2]  1/8 1/10
127,000 [1]  104/21
12:17 [1]  124/8
12th [5]  72/21 73/11 86/11 87/13 89/10
1387 [2]  107/20 107/22
13th [1]  23/11
14 [5]  87/17 97/3 98/8 98/15 112/15
14-page [1]  86/10
15 [13]  13/23 16/19 55/25 83/19 87/22 87/23
 88/5 91/7 106/7 106/8 108/19 112/17 112/19
15 percent [1]  48/16
15-minute [1]  55/24
1500 [2]  52/23 52/24
15th [3]  21/23 22/15 99/12
16 [2]  36/5 107/21
17 [3]  25/22 71/10 112/23
1700s [1]  52/20
18 [1]  80/10
18th [1]  76/7
1991 [4]  6/10 7/9 58/8 61/5
1993 [1]  59/6
1994 [2]  12/24 14/3
1998 [8]  17/12 17/13 22/8 22/12 22/15 23/6
 83/1 83/2
1999 [1]  100/24
1st [1]  22/12

**2**

2 million [1]  38/17
20 [5]  33/18 46/24 56/15 63/13 63/22
20 percent [3]  48/21 49/20 83/19
20-year [1]  51/13
200 [2]  1/21 97/21
200 pounds [1]  94/6
2000 [5]  59/6 63/13 63/18 63/21 63/22
2001 [1]  25/6
2002 [1]  25/24
2003 [2]  25/11 104/8
2004 [4]  3/12 77/16 105/6 105/16
2005 [11]  72/21 73/11 86/11 87/13 89/5 89/7
 89/10 90/5 93/13 94/17 107/22
2007 [2]  24/13 25/1
2008 [12]  21/23 21/24 23/8 29/1 30/16 38/16
 40/5 42/4 74/19 75/22 76/22 94/5
2009 [3]  43/3 43/9 48/8
2012 [1]  25/19
2013 [3]  1/8 23/21 126/12
20th [1]  63/13
21 [1]  102/20
22 [2]  38/6 75/23
24 [2]  10/20 27/18
25 [1]  23/18
26th [1]  105/16
27 [1]  21/18
27th [1]  105/5
29 [1]  29/10

**3**

3 million-dollar [1]  38/18
30 [1]  56/15
302 [3]  104/1 104/5 125/15

303 [3]  104/2 104/5 125/15
33301 [1]  1/18
33401 [1]  1/24
33432 [1]  1/22
350 [1]  62/12
3500 [1]  5/10
3768 [1]  1/23
39 [1]  12/20
3rd [2]  29/1 42/4

**4**

4/21 [1]  102/20
40 [2]  16/18 66/18
42 [7]  36/4 43/15 44/9 47/25 48/2 48/5 126/4
43 [1]  65/20
44 [3]  66/18 66/18 66/19
45 [4]  67/18 70/6 70/23 126/5
46 [4]  73/2 86/4 86/9 109/14
4684 [1]  3/7
47 [1]  73/22
47,500 [1]  105/7
48 [1]  126/4
491 [1]  101/19
493 [1]  102/9
494 [1]  102/9
495 [1]  102/9

**5**

5-foot [1]  94/6
5/11/99 [1]  103/13
50 [1]  115/3
50 percent [1]  113/5
50/50 [1]  115/3
500 [1]  1/17
5000 [1]  51/13
511 [1]  101/14
514 [1]  102/8
514-3768 [1]  1/23
516 [1]  102/18
519 [1]  103/8
561 [1]  1/23
58 [1]  125/5
5th [1]  25/1

**6**

6'2 [1]  26/16
60 [2]  125/6 125/7
60 million [2]  80/10 80/12
612 [1]  87/9
62 million [1]  80/12
65 [1]  13/13
6th [1]  23/8

**7**

70 [1]  126/5
700 [1]  1/21
701 [1]  1/24
74 [1]  125/8
75,000 [1]  113/22
7th [1]  1/18

**8**

800,000 [1]  51/24
87 [1]  125/13
8th [1]  103/9

**9**

900,000 [1]  52/13
99 [4]  101/18 102/11 103/9 103/13
9:00 o'clock [1]  120/16

**9**

**9th [1]** 48/8

**A**

a.m [2] 57/3 57/3
ability [1] 15/17
able [5] 36/7 45/13 83/1 99/25 121/1
above [3] 50/19 89/12 126/11
above-entitled [1] 126/11
absolute [1] 71/21
Absolutely [5] 16/15 28/20 64/5 79/1 79/2
absurd [1] 82/3
abused [1] 84/7
accept [2] 84/3 84/5
accident [2] 65/3 85/21
accommodate [1] 106/12
according [3] 88/13 89/10 95/22
account [18] 19/17 63/4 63/18 64/8 75/2 75/7
 76/6 76/10 76/11 76/12 76/14 76/15 99/24
 100/6 100/13 103/25 104/2 107/19
accountant [4] 3/4 4/2 76/23 103/5
accountant's [2] 3/16 87/21
accounting [4] 100/17 100/19 100/23 101/19
accounts [3] 76/1 76/3 100/9
accused [1] 98/17
acres [1] 53/8
actions [2] 41/17 41/18
active [1] 76/4
activity [1] 44/20
actor [2] 26/14 81/17
actually [6] 16/11 34/18 45/19 81/18 82/18
 97/14
add [1] 92/15
added [2] 34/7 124/1
addition [2] 3/11 3/12
additional [1] 113/19
address [1] 100/2
admissible [1] 87/9
admitted [9] 48/1 56/21 70/4 82/25 87/10
 101/8 104/4 106/15 106/16
Adrian [1] 3/17
Adrienne [1] 77/2
advance [1] 64/23
advice [9] 10/13 43/2 43/5 43/7 43/8 43/8
 47/2 78/24 110/25
advise [1] 39/1
advising [2] 54/1 54/4
affect [1] 15/4
after [49]
afternoon [1] 123/19
afterwards [1] 58/25
again [22] 9/24 13/20 20/17 21/20 21/20
 36/22 39/12 47/8 47/22 49/5 56/3 70/1 73/23
 76/22 95/6 98/17 100/3 101/23 102/12
 102/13 105/6 107/14
against [6] 28/5 41/18 50/22 50/24 67/12
 116/10
age [3] 10/14 10/14 21/19
agents [1] 54/19
ago [15] 5/19 6/24 7/2 17/5 23/23 24/4 64/16
 66/19 94/12 97/9 97/19 98/24 106/8 109/1
 115/8
agree [9] 34/24 48/11 48/15 48/19 71/20
 97/21 114/25 119/9 119/22
agreed [3] 44/23 50/18 113/20
agreement [10] 43/12 44/1 46/10 49/2 49/11
 50/16 51/2 83/15 83/16 113/11
ahead [3] 38/24 57/22 74/5
alive [2] 11/19 93/10

alleged [2] 40/23 111/10
allegedly [3] 111/4 114/4 117/23
alleges [1] 68/6
allowed [4] 45/18 45/19 45/21 65/2
almost [6] 11/19 11/20 11/22 16/14 50/4 94/6
alone [1] 108/10
already [3] 6/6 17/21 76/23
also [13] 3/13 6/17 10/24 12/3 42/7 45/23
 48/19 72/13 87/8 89/15 90/3 103/20 103/21
always [7] 25/11 37/16 78/9 78/11 90/23
 92/16 110/2
am [5] 84/7 91/17 94/2 97/22 98/1
amending [1] 43/12
AMERICA [1] 1/3
amount [12] 38/11 39/2 39/16 39/25 44/24
 45/18 50/18 63/7 75/2 83/7 96/25 107/5
amounts [5] 4/19 38/7 88/14 103/2 105/14
and/or [1] 95/23
angel [15] 16/20 16/21 16/21 17/1 17/4 17/16
 17/22 19/22 19/25 19/25 20/1 20/4 20/5 22/3
 22/8
angels [4] 16/16 17/8 17/8 17/9
anger [2] 108/7 108/8
announcement [1] 94/1
another [12] 7/18 7/23 7/25 17/1 23/5 23/23
 50/12 55/13 61/14 79/16 103/11 112/19
answer [21] 16/8 21/4 21/6 24/20 32/15 36/9
 39/11 39/13 42/13 44/6 57/20 59/14 64/18
 75/20 76/2 76/5 76/13 80/20 110/17 110/18
 115/6
answered [1] 43/4
answering [1] 110/14
answers [3] 36/6 75/23 75/25
any [61]
anybody [10] 30/21 30/24 31/4 45/23 60/7
 60/7 103/5 103/5 108/20 116/8
anymore [3] 27/21 28/4 111/6
anyone [1] 2/20
anything [21] 2/20 4/7 8/7 9/5 30/12 34/2
 37/13 37/14 42/17 44/18 44/22 47/16 49/8
 57/9 66/2 93/15 99/5 118/23 121/19 122/15
 122/25
aol.com [1] 1/25
apartment [7] 6/22 89/17 89/22 111/14
 114/15 114/22 115/10
apologize [2] 34/25 64/22
appear [3] 34/25 55/10 56/9
Appearances [1] 1/15
appeared [1] 80/16
appears [4] 55/11 63/3 105/10 107/7
apply [2] 99/21 121/17
appointment [2] 37/21 37/22
appreciate [2] 99/20 99/22
approach [8] 13/20 14/1 14/3 14/4 44/6
 67/24 105/25 118/18
approximately [2] 22/3 83/6
Archangel [1] 16/22 16/23 16/24 20/4
area [1] 64/22
areas [1] 106/6
aren't [1] 50/2
argue [1] 74/11
Arizona [2] 88/23 89/1
arms [1] 93/2
around [17] 5/9 5/15 5/18 5/21 6/10 12/24
 21/13 58/7 61/5 61/8 69/18 82/20 83/1 88/6
 93/2 108/19 117/12
arrange [1] 91/2
arrive [1] 82/10
artist [1] 35/9
Ashville [5] 52/8 53/17 65/22 74/1 90/2

ask [33] 3/6 8/1 10/13 12/20 19/10 21/3 21/4
 21/5 24/21 30/3 31/13 31/20 39/12 43/15
 46/1 47/2 50/12 57/12 59/10 59/24 62/12
 65/20 66/3 67/18 69/19 72/25 73/4 73/9
 84/12 95/21 99/22 106/6 118/24
asked [24] 23/2 29/10 31/10 36/5 44/18
 57/17 62/16 62/18 63/24 73/16 74/18 75/20
 77/9 78/21 79/9 81/21 82/6 83/15 89/13 96/7
 101/23 106/5 117/12 117/16
asking [7] 29/24 39/7 46/2 47/6 75/24 78/10
 109/4
asks [1] 20/5
assist [1] 79/4
assistant [3] 32/1 32/3 32/12
assume [3] 87/2 94/14 119/5
assumed [1] 16/4
assumes [2] 35/13 49/15
attacked [1] 20/24
attention [5] 36/15 47/1 64/8 73/4 101/15
attorney [13] 3/4 3/7 32/5 32/9 32/18 82/12
 97/20 97/23 98/4 98/5 116/16 117/6 119/4
Attorney's [1] 1/17
attorneys [3] 51/3 98/24 99/1
ATV [3] 64/25 65/4 65/7
audio [4] 56/20 57/8 57/25 58/15
Aug [1] 87/22
August [9] 24/13 25/1 72/21 73/11 86/11
 87/13 89/10 92/24 99/13
August 12th [4] 73/11 86/11 87/13 89/10
August 5th [1] 25/1
AUSA [2] 1/16 1/16
author [1] 80/13
authors [3] 11/18 11/25 81/9
auto [1] 102/21
automatic [1] 102/21
available [3] 31/13 119/8 119/9
Avenue [1] 89/16
avoid [3] 20/17 20/18 120/9
away [5] 18/5 35/14 61/13 66/25 72/1

**B**

B-r-e-k-s-a-n [1] 92/25
baby [2] 37/24 91/20
back [72]
background [3] 10/14 10/15 15/12
backlist [1] 28/22
bad [5] 21/7 38/2 38/2 49/8 94/16
Badolato [3] 90/20 109/23 110/22
balance [1] 76/7
balances [1] 76/3
bald [1] 26/15
ballpark [1] 52/3
bank [9] 19/17 75/2 75/7 76/1 96/14 99/23
 100/6 100/7 103/10
banter [1] 47/13
Bardfeld [1] 1/16
barn [1] 67/3
based [10] 12/3 26/14 27/12 27/13 27/25
 28/10 47/13 69/15 69/17 120/24
basically [1] 8/19
basis [2] 26/10 30/9
batch [1] 62/20
Bates [1] 62/11
BB [2] 100/7 103/25
BBT9222 [1] 104/9
BBT9222-JM-01 [1] 104/9
Beach [2] 1/7 1/24
bear [1] 122/12
bears [1] 62/11
beautiful [1] 89/22

**B**

because [28]  5/12 9/8 10/7 11/14 12/5 12/12 24/16 31/6 40/12 40/18 45/16 51/22 63/4 63/17 63/19 71/13 79/16 83/21 93/25 94/1 98/5 110/14 113/1 114/4 116/9 117/10 122/21 123/25
become [5]  13/11 18/1 19/2 19/2 20/5
bedrooms [3]  53/4 53/5 53/6
before [31]  1/12 2/18 7/9 7/10 10/24 11/11 14/4 17/9 17/10 17/11 24/4 28/1 28/10 35/25 40/5 42/4 56/24 56/25 60/20 61/19 64/8 79/24 79/25 83/2 89/9 90/9 96/23 100/16 112/16 112/17 118/18
began [2]  36/9 36/20
begged [2]  90/22 110/2
begin [4]  36/1 36/2 36/18 60/21
beginning [1]  58/14
behind [2]  92/1 92/10
being [17]  2/17 6/21 13/15 20/10 20/23 21/13 21/15 21/22 47/12 75/20 81/22 81/25 82/1 88/8 99/8 99/25 109/6
believe [28]  18/9 27/4 35/7 35/23 36/1 36/1 36/2 36/9 36/9 36/17 36/18 46/3 46/23 71/15 80/5 81/1 81/23 82/4 82/7 83/7 83/18 86/6 88/12 92/17 96/16 99/4 104/10 106/4
believed [11]  18/15 18/25 20/11 20/14 35/21 35/24 35/25 42/22 45/24 82/4 95/6
believes [1]  98/20
belonged [1]  78/5
bench [2]  14/3 97/12
benefit [1]  77/22
best [21]  11/4 13/7 15/6 21/13 22/9 22/13 22/16 23/3 23/9 23/12 23/18 24/5 24/7 25/2 25/8 25/14 27/18 27/22 28/9 56/15 76/17
best-selling [1]  13/7
between [8]  6/9 18/10 19/19 47/13 91/16 94/4 96/10 102/5
big [6]  28/23 52/22 87/24 89/21 94/6 117/1
bill [1]  99/25
bills [1]  113/18
binders [1]  34/3
birthday [1]  89/9
bit [4]  26/8 34/21 56/18 95/13
blame [1]  4/22
blindside [1]  45/23
Boca [2]  1/22 35/8
body [6]  17/4 17/17 17/20 17/21 20/1 20/15
book [36]  12/14 12/22 12/25 13/4 13/12 14/11 14/14 16/14 16/14 16/16 17/16 17/16 20/2 21/9 21/17 23/5 23/14 25/24 26/5 26/8 26/10 26/12 26/17 26/19 27/17 55/5 55/6 81/1 81/1 81/3 81/4 81/5 81/9 82/25 91/12 94/7 95/12
book-selling [1]  81/1
books [68]
born [3]  15/18 37/24 85/8
both [4]  88/13 92/4 97/18 111/13
bottom [7]  21/20 62/12 72/12 96/20 99/12 102/19 109/21
bought [8]  27/24 51/15 52/5 52/14 84/19 90/2 110/7 110/9
Boulevard [1]  1/17
Box [1]  88/23
boxes [1]  82/21
boyfriend [2]  4/15 59/1
Brad [7]  19/16 19/24 80/3 81/17 88/14 90/13 118/3
brains [1]  91/25
break [4]  2/18 55/20 61/19 108/19
breathing [1]  99/16

Breksan [4]  92/25 93/1 93/2 93/7
Brezak [1]  22/24
bribe [3]  115/20 115/25 116/5
bribed [1]  97/9
bribes [1]  97/13
bring [6]  2/10 24/20 47/1 57/9 57/10 59/23
broke [1]  99/24
broken [2]  36/20 63/5
brother [2]  53/14 53/16
brothers [1]  40/16
brought [6]  34/16 40/19 41/18 64/7 67/12 70/10
Broward [1]  1/17
Bruce [2]  101/19 101/25
built [1]  52/20
bundle [1]  99/14
burden [1]  122/13
burst [1]  98/3
Bush [1]  95/14
business [11]  26/25 27/3 27/8 71/22 81/14 100/9 101/12 102/5 103/3 103/6 103/22
busy [2]  94/7 123/18
buy [8]  28/4 51/7 65/7 89/23 90/1 90/23 110/2 110/6

**C**

C-o-l-i-n [1]  86/11
cabin [1]  89/15
cahoots [1]  42/23
called [7]  12/14 16/16 23/6 58/8 75/15 117/10 122/22
calls [7]  5/23 7/5 10/4 37/23 56/20 96/7 98/15
came [28]  5/17 7/3 8/22 8/23 9/21 9/23 10/1 21/17 21/17 25/1 25/8 25/13 25/19 25/22 25/25 27/18 28/8 35/7 38/19 58/7 58/18 59/7 59/11 61/3 61/10 64/5 68/15 78/7
can --I [1]  46/8
can't [15]  7/19 21/5 27/1 27/9 39/11 53/5 54/16 54/21 82/3 92/17 94/9 99/11 99/17 99/25 121/19
candles [1]  5/14
capital [2]  76/6 96/8
caps [1]  97/14
care [2]  60/20 94/24
career [8]  21/20 22/1 22/6 24/5 24/11 28/16 80/8 98/18
careers [1]  88/15
Carolina [3]  52/5 53/18 74/1
Carr [1]  24/10
carried [2]  28/12 88/5
cars [1]  96/24
Cartier [1]  5/6
case [30]  1/2 2/20 4/2 38/4 38/6 38/15 39/7 41/5 55/24 77/24 84/2 98/6 98/24 106/16 115/20 115/20 115/21 115/25 115/25 116/5 116/10 118/25 119/10 119/17 120/8 120/9 122/6 122/21 122/23 123/15
cash [6]  96/24 104/17 104/19 104/23 104/24 113/17
cassettes [1]  59/18
casualty [2]  3/8 3/13
category [1]  102/4
Cathedral [1]  32/25
cause [2]  49/5 94/22
caution [2]  47/3 47/18
celebrities [1]  81/7
cell [1]  94/9
certain [2]  62/25 120/22
certainly [3]  44/19 47/18 106/14
CERTIFICATE [1]  126/7

certified [2]  34/23 126/9
certify [1]  126/9
cetera [1]  68/7
Chamberlain [2]  17/3 17/17
chance [1]  73/9
change [2]  7/6 12/8
changed [1]  94/8
chaos [1]  21/16
character [3]  18/20 26/12 26/17
characters [14]  11/8 11/19 12/11 12/12 13/15 16/14 16/22 17/23 17/24 18/1 18/13 26/10 55/14 118/12
charge [6]  31/21 31/23 32/14 91/2 96/9 110/25
charges [2]  96/11 111/5
Charlie [4]  26/6 34/10 37/10 42/11
Charlie's [1]  26/16
chart [2]  10/22 10/24
chatty [1]  87/3
check [18]  102/9 103/22 104/15 104/15 104/20 105/3 105/5 105/16 105/17 105/18 107/2 107/2 107/3 107/20 107/20 107/20 107/22 108/6
checks [9]  34/1 34/3 34/22 34/23 100/12 103/20 104/11 107/10 107/13
chest [1]  99/14
child [4]  66/14 66/23 71/22 92/6
churning [1]  24/15
circumstances [2]  50/15 75/10
cities [1]  81/5
City [1]  7/11
claim [2]  57/15 68/5
claiming [3]  40/25 112/12 113/1
claims [1]  112/2
clarify [2]  32/16 69/10
Claude [42]  29/17 30/2 30/5 33/12 33/13 33/17 38/4 38/10 38/20 39/2 39/15 39/22 39/25 41/17 41/21 42/22 43/3 43/9 44/1 44/25 45/3 46/3 48/6 48/11 48/21 49/2 49/5 49/21 50/16 50/20 67/12 67/20 70/10 71/12 71/12 71/14 71/21 75/1 75/6 75/12 118/22 118/25
Claude's [5]  42/7 68/4 70/9 71/6 71/19
cleaned [1]  24/18
cleaning [1]  82/22
clearly [1]  36/2
Clematis [1]  1/24
client [1]  47/2
closed [5]  93/7 95/4 96/21 96/24 98/6
coat [2]  32/21 32/22
coconspirator [1]  50/23
coconspirators [1]  42/25
Colin [30]  18/10 18/15 19/8 20/12 72/22 73/11 73/14 80/3 81/18 86/11 86/17 86/18 86/23 87/20 88/12 88/13 88/20 88/20 90/12 92/18 93/20 109/16 110/9 110/12 110/24 111/4 111/9 111/10 117/23 118/2
collect [1]  41/18
color [1]  45/7
coloring [1]  45/17
column [3]  102/4 102/21 102/22
columns [3]  101/20 102/12 102/23
comes [7]  20/1 24/10 56/24 56/24 56/25 92/1 104/12
coming [6]  21/12 38/15 85/15 87/22 92/16 106/18
comment [2]  46/22 47/12
comments [1]  72/12
commiserate [1]  90/13
common [1]  112/20

# C

communicate [1]  81/19
communicating [3]  80/2 80/5 95/6
companionship [1]  94/24
company [2]  99/21 101/13
Compared [1]  4/19
compel [1]  121/1
compensated [1]  45/24
compensation [8]  44/22 45/25 48/20 48/21
48/24 49/12 83/18 83/22
complain [1]  90/13
complained [1]  64/24
complaining [1]  90/5
completely [1]  46/18
completion [1]  103/12
complicated [1]  92/2
composite [1]  62/11
computer [2]  68/2 68/4
con [1]  35/9
concept [1]  18/24
concern [1]  65/8
concerned [2]  50/2 50/10
concluded [5]  9/19 30/14 47/21 106/22 120/4
conducted [1]  102/18
conference [5]  9/19 30/14 47/21 106/22
120/4
confronts [1]  46/4
confusion [1]  21/16
congratulate [1]  91/8
connected [1]  61/21
Connecticut [5]  85/13 89/13 90/1 92/14
97/10
connection [3]  44/25 50/21 74/21
conned [1]  26/22
Conning [1]  27/4
cons [1]  43/25
consider [4]  94/25 103/2 113/10 114/19
considered [2]  101/12 113/21
conspiracy [2]  45/1 50/21
constant [2]  94/3 108/9
constantly [1]  21/15
consult [1]  7/18
consulted [2]  98/22 98/23
Cont.'d [5]  3/2 60/25 125/4 125/7 126/2
contemplate [1]  49/11
contemporaries [1]  24/8
content [4]  8/16 8/18 9/4 9/8
contention [1]  114/23
contesting [1]  34/24
continually [1]  83/25
continue [4]  2/22 2/23 38/11 99/16
continued [2]  17/11 125/3
continues [1]  89/5
continuing [2]  74/22 114/3
contracts [1]  68/13
contradict [1]  44/18
contradictory [1]  49/1
contributed [1]  12/17
control [11]  68/5 71/21 97/11 111/17 111/20
112/4 112/6 112/10 113/2 113/15 115/5
conversation [16]  6/9 7/22 8/2 18/9 56/22
58/8 58/12 58/14 58/21 58/22 59/3 59/12
59/15 61/7 61/15 95/13
conversations [19]  8/15 15/24 17/19 37/3
38/9 57/16 57/19 58/19 59/17 59/18 60/4
60/6 60/8 60/10 60/14 61/6 61/11 61/16 83/5
convicted [8]  44/20 44/25 46/4 48/23 49/12
49/23 50/21 116/4
convince [1]  36/8

coolly [1]  94/25
cooperation [2]  2/19 120/11
copies [7]  13/23 16/19 59/18 78/13 78/17
82/20 86/19
copy [1]  62/4
copyright [3]  13/3 13/4 17/13
copyrighted [1]  12/24
copyrights [2]  111/20 113/15
corporate [1]  87/23
corporation [3]  17/15 100/18 100/19
corral [1]  67/7
correct [19]  11/14 25/11 48/6 48/9 62/2 62/8
63/5 63/8 74/23 85/25 102/13 103/15 107/17
113/6 113/9 113/17 115/1 115/20 126/10
correcting [1]  123/25
correctly [2]  77/12 110/15
correspondence [4]  40/6 90/12 92/18 118/3
corresponding [1]  80/2
cost [5]  5/9 53/9 90/21 110/1 122/18
couldn't [4]  24/6 98/6 109/18 117/9
councils [1]  16/10
counsel [11]  8/3 29/19 44/11 57/15 74/25
75/22 78/4 78/24 82/6 121/22 123/15
counts [1]  79/23
couple [6]  2/19 72/20 85/13 96/5 106/4 122/7
course [2]  65/8 81/6
court [8]  1/1 1/23 2/1 32/9 106/7 121/5
121/25 122/16
courtroom [6]  2/13 56/2 56/8 60/17 117/11
120/18
CP [1]  99/2
CPA [1]  100/16
CPE [1]  1/23
CR [1]  1/2
crazy [3]  18/2 18/3 91/23
create [2]  18/4 68/3
created [2]  63/25 69/2
creating [1]  118/8
credibility [1]  8/8
credit [1]  91/12
crime [6]  44/21 44/25 50/21 54/13 83/17
83/22
criminal [1]  44/20
criminals [2]  54/13 54/17
cross [7]  2/23 3/2 60/25 109/2 114/13 125/4
125/7
cross-examination [5]  2/23 3/2 60/25 109/2
114/13
CRR [2]  1/23 126/15
crux [1]  112/2
cry [1]  93/3
CT [1]  98/5
cult [1]  17/10
Cynthia [4]  19/16 19/18 20/16 36/3
Cynthia's [1]  17/20

# D

D.C [1]  89/2
daily [1]  71/10
dangerous [1]  65/7
Darren [1]  42/12
date [18]  59/2 59/20 63/12 63/14 63/15 63/16
63/16 63/17 63/19 63/21 63/23 64/8 64/19
64/20 77/3 97/7 102/20 102/23
dated [4]  87/13 105/5 105/16 126/12
dates [5]  5/19 6/19 9/21 59/8 61/13
days [10]  2/19 4/5 5/15 21/21 31/13 31/16
31/19 54/20 64/16 116/19/19
dead [3]  17/4 17/17 17/21
deal [5]  19/20 28/23 97/6 113/9 113/10

dealing [2]  11/22 38/3
Dearest [2]  86/11 87/20
death [1]  94/1
debt [2]  88/8 99/18
debts [1]  50/3
December [6]  29/1 42/1 42/4 63/18 75/22
76/22
December 3 [1]  75/22
December 3rd [2]  29/1 42/4
decided [1]  49/10
decisions [3]  38/1 38/2 43/2
decree [2]  97/4 97/8
deep [1]  20/20
deeply [1]  88/8
defendant [27]  1/7 1/19 45/3 46/21 60/14
78/7 78/13 78/24 79/7 79/25 82/16 83/5
83/13 86/19 86/22 91/11 93/20 94/4 99/8
100/13 101/12 103/3 103/20 104/12 105/14
120/21 120/25
Defendant's [20]  12/19 16/18 43/14 44/9
48/2 57/14 65/20 66/18 66/19 67/17 70/6
70/23 73/1 73/22 86/4 86/9 109/13 126/3
126/4 126/5
defended [2]  97/13 97/14
defense [11]  74/18 74/25 75/6 75/11 75/21
78/4 82/6 118/25 121/22 122/12 123/15
definite [1]  109/6
delay [1]  60/20
delicate [1]  64/22
demanded [2]  21/15 85/6
demanding [3]  24/17 40/10 40/10
demands [1]  108/9
denies [4]  46/4 46/6 117/7 117/21
deny [1]  117/13
denying [1]  83/13
department [2]  55/18 82/12
deposition [27]  28/25 29/3 29/10 29/16 29/21
29/23 29/24 30/7 30/10 36/4 42/1 42/21
74/19 74/21 75/8 75/12 75/21 76/15 76/22
77/3 116/7 116/21 116/25 117/3 117/6
117/13 117/20
depositions [6]  39/4 39/21 42/3 42/5 42/8
42/19
describe [1]  81/25
description [4]  101/20 102/12 103/11 107/5
descriptions [1]  66/11
desperate [1]  13/17
detail [1]  84/16
Detective [12]  4/1 4/1 26/7 30/16 35/7 37/11
42/8 42/8 54/12 55/18 62/15 90/10
detectives [1]  38/19
develop [4]  17/23 17/24 18/12 18/20
Deveraux [6]  13/3 17/14 17/15 100/9 101/13
104/2
dictate [1]  11/20
didn't [45]
die [7]  17/20 19/1 20/14 93/7 93/9 93/18
114/4
dies [1]  19/25
different [7]  9/2 15/9 26/16 30/6 55/5 92/11
116/5
differently [1]  115/14
digits [1]  105/3
direct [9]  7/8 26/3 36/4 61/25 73/4 101/15
106/16 110/16 114/12
disagree [1]  67/16
disagreed [1]  67/15
discarded [1]  82/19
discharging [1]  119/25
disclosed [3]  75/7 75/9 76/14

## D

discontinued [3]  44/24 45/20 50/20
discover [2]  13/18 75/6
discovered [1]  75/1
discuss [13]  15/11 15/17 42/16 45/23 55/24
  56/3 64/11 119/24 120/8 121/3 121/19
  122/21 122/22
discussed [7]  16/7 19/7 29/17 29/25 30/4
  42/11 79/7
discussing [1]  120/20
discussion [2]  16/10 94/3
disdain [1]  91/24
dismissed [1]  97/12
disputing [1]  83/13
Disregard [1]  84/13
disregarded [1]  43/7
distinguish [1]  102/5
DISTRICT [3]  1/1 1/1 1/13
divorce [12]  30/2 38/5 44/1 71/24 96/19 97/3
  97/8 97/13 97/14 112/2 115/20 116/24
docket [1]  41/7
document [15]  43/23 46/5 49/15 68/4 70/17
  70/22 73/10 73/22 75/15 96/22 97/2 102/8
  105/15 107/1 107/21
documentation [9]  33/20 33/22 33/25 34/17
  34/21 40/23 41/3 41/4 61/20
documents [8]  5/3 22/21 32/8 63/25 63/25
  64/20 97/5 98/25
does [16]  11/7 12/25 15/4 17/16 27/16 39/10
  49/9 55/9 58/6 96/8 104/17 104/18 108/20
  109/21 118/4 120/25
doesn't [10]  9/8 37/23 39/18 49/11 50/18
  71/23 74/10 93/25 103/12 110/25
doing [11]  12/5 16/2 16/9 16/12 56/5 57/8
  65/18 84/6 84/8 91/9 116/18
dollar [1]  38/18
dollars [14]  4/6 4/13 4/16 31/24 32/15 40/7
  51/20 89/24 90/22 96/11 97/20 107/24 110/1
  111/5
don't [155]
don't -- I [1]  54/16
done [12]  12/4 20/23 46/14 64/12 71/6 71/10
  72/20 76/20 91/7 96/18 98/12 123/17
door [1]  90/10
dot [5]  79/9 99/19 99/19 99/19 99/19
doubting [1]  99/7
down [13]  22/18 24/8 24/11 47/19 48/17 49/6
  49/21 66/22 85/15 93/17 96/5 99/16 102/23
downscaling [1]  85/17
draw [1]  56/11
drawn [1]  43/22
driving [1]  85/15
dropped [1]  22/18
due [3]  77/19 77/20 87/23
dug [1]  8/10
dumped [1]  98/19
dumpster [1]  82/23
during [6]  51/5 54/8 56/4 81/6 95/7 115/4
dying [1]  93/21
dynamite [1]  99/14

## E

e-mail [2]  1/25 3/23
e-mails [1]  38/19
each [6]  13/16 55/5 94/20 95/2 102/25 111/5
earlier [4]  57/17 67/1 67/11 82/19
early [6]  2/17 6/18 21/24 31/9 31/16 82/15
earnings [2]  48/16 48/16
earth [1]  92/9

East [1]  1/17
Edilean [3]  28/21 55/1 55/3
editor [1]  31/3
editorialize [1]  24/23
Edwardian [1]  14/17
Edwards [2]  18/25 19/2
effect [1]  81/23
efforts [1]  30/17
Egypt [21]  6/18 6/19 6/20 8/12 9/21 9/22
  9/24 10/1 58/18 59/7 59/11 61/4 61/4 61/6
  61/10 61/15 61/17 78/19 92/17 92/19 92/24
eight [2]  52/13 90/11
eighth [1]  89/9
either [3]  37/12 55/6 100/13
elected [1]  19/1
Eli [2]  62/23 63/18
else [10]  9/15 30/12 31/4 47/16 60/5 88/25
  94/8 103/5 122/25 123/1
Emily [8]  16/17 16/20 16/21 16/21 19/23
  19/25 22/3 22/8
end [2]  58/7 58/23
ended [1]  85/20
ending [1]  107/1
ends [1]  107/21
energy [2]  78/11 85/6
enforcement [1]  83/25
England [8]  14/17 31/6 51/16 52/3 53/14
  53/15 84/19 89/23
enormous [2]  38/7 88/14
enough [5]  46/22 46/23 51/7 58/16 74/9
entered [6]  48/2 48/8 70/6 87/11 101/9 104/5
enters [2]  2/13 60/17
Entertainment [1]  93/24
entire [2]  33/19 121/10
entitled [3]  68/4 106/14 126/11
entry [1]  101/16
escalating [1]  113/22
Especially [1]  115/2
ESQ [1]  1/19
establishes [2]  8/21 8/21
estate [3]  52/18 52/19 113/17
estimate [2]  80/9 82/10
estimation [2]  82/6 83/13
et [1]  68/7
et cetera [1]  68/7
even [5]  79/9 90/24 64/5 65/7 93/24 97/7
  100/16 105/13 112/12
evening [1]  124/8
event [2]  44/25 50/20
eventually [1]  41/21
ever [22]  4/9 7/17 17/9 17/10 31/9 31/13
  31/23 32/14 37/3 37/6 37/13 41/7 42/19
  80/16 80/16 80/23 91/1 103/2 116/8 117/7
  117/13 117/21
every [12]  24/20 24/21 33/19 40/9 40/9 50/4
  91/18 91/18 95/22 97/1 97/21 98/16
everyone [6]  2/2 2/15 60/19 60/22 98/19
  98/19
everything [13]  4/23 27/15 40/7 59/4 68/6
  68/18 88/15 96/23 98/17 111/11 111/14
  111/19 114/20
evidence [29]  13/2 14/5 44/9 47/25 48/2
  50/24 50/25 62/10 62/22 63/3 69/5 69/22
  70/6 70/21 70/23 72/25 83/1 86/5 87/11
  101/6 101/9 104/1 104/6 106/15 109/12
  120/22 125/12 126/3
evil [4]  26/19 26/20 66/14 66/23
ex [17]  38/7 40/6 74/23 82/21 85/14 89/21
  96/19 96/22 97/9 97/12 97/18 97/22 97/24
  98/1 112/3 117/7 118/22

ex-husband [7]  38/7 40/6 74/23 82/21 112/3
  117/7 118/22
exact [1]  34/5
exactly [1]  97/12
examination [15]  2/23 3/2 7/8 26/3 58/4 60/2
  60/25 61/2 74/16 106/7 108/24 109/2
  114/12 114/13 114/13
example [3]  78/18 86/25 105/15
examples [1]  104/8
except [5]  88/9 104/23 111/14 114/14 114/22
excerpts [1]  57/11
exclusively [3]  31/10 31/21 31/24
Excuse [1]  40/3
excused [3]  118/18 118/24 122/20
exercise [2]  118/2 118/7
exhibit [31]  12/20 16/18 43/15 44/9 47/22
  48/2 48/5 62/11 65/20 66/18 66/18 66/19
  67/18 70/6 70/23 73/2 73/22 86/4 86/9 87/6
  87/7 87/11 100/22 101/9 104/1 104/5 105/4
  107/2 109/13 109/13 123/25
exhibit 106 [1]  62/11
exhibit 106-5 [1]  87/7
exhibit 302 [1]  104/1
exhibit 39 [1]  12/20
exhibit 40 [1]  16/18
exhibit 42 [3]  43/15 44/9 48/5
exhibit 43 [1]  65/20
exhibit 44 [3]  66/18 66/18 66/19
exhibit 45 [2]  67/18 70/23
exhibit 46 [2]  86/4 86/9
exhibit 47 [1]  73/22
exhibits [3]  106/15 125/12 126/3
exist [1]  67/13
exits [3]  56/2 56/8 120/18
expect [1]  48/23
expecting [1]  121/10
expended [1]  100/18
expense [6]  101/12 101/22 102/14 103/3
  103/21 103/22
expensed [1]  3/12
expenses [6]  77/9 100/19 102/5 102/6 103/6
  103/15
expensive [1]  5/6
experiences [2]  12/4 27/16
expired [1]  78/5
explain [2]  76/17 88/25
explaining [1]  65/17
extent [6]  16/13 45/16 56/10 76/3 122/14
  122/15
extra [1]  2/18
extreme [1]  88/3
extremely [1]  92/2
eyes [1]  93/3

## F

facilitate [1]  122/13
fact [7]  34/9 41/17 45/23 63/24 77/23 110/24
  116/7
facts [3]  11/15 35/13 115/21
failures [1]  28/15
fair [3]  25/20 54/1 80/13
fairly [1]  66/10
fake [1]  27/7
fallen [1]  24/11
familiar [1]  19/19
family [4]  41/1 53/12 62/17 93/5
famous [2]  81/9 95/21
fantasies [1]  70/13
fantasize [1]  115/17
fantasizing [2]  110/13 110/19

## F

fantasy [11] 18/6 18/12 18/18 41/15 41/16
 67/13 67/20 69/1 69/16 72/18 118/11
far [1] 103/18
fast [1] 54/21
fat [2] 94/2 98/25
fault [1] 56/10
favor [1] 117/10
fax [2] 63/20 97/23
FBI [2] 54/13 54/19
Fe [3] 116/16 116/22 117/2
February [5] 22/8 22/12 22/15 48/8 105/16
February 15th [1] 22/15
February 1998 [1] 22/8
February 1st [1] 22/12
February 9th [1] 48/8
Federal [1] 1/21
FedEx [1] 87/10
fee [2] 63/10 96/16
feel [2] 99/13 121/2
feeling [1] 22/24
feet [2] 52/23 52/24
fell [1] 93/3
felt [1] 113/16
fences [1] 67/8
Ferguson [1] 1/20
few [17] 3/23 11/2 24/4 40/9 53/22 64/16
 81/10 85/9 85/18 89/21 97/9 97/19 98/1
 101/13 104/8 115/8 119/18
fiction [1] 118/8
fictional [1] 11/15
fight [3] 28/5 28/20 39/18
fighting [2] 39/4 39/16
figure [8] 34/9 34/25 35/1 52/12 81/17 82/9
 83/6 83/9
figured [1] 91/25
figures [2] 23/2 81/13
file [2] 40/25 123/19
filed [3] 3/7 32/9 77/4
fill [2] 62/1 104/12
filled [2] 64/4 105/10
final [3] 43/25 48/11 103/13
Finally [1] 85/20
finances [1] 77/8
financial [2] 45/16 101/3
fine [3] 9/11 45/12 93/13
finish [5] 56/12 90/16 106/10 106/14 108/18
firm [1] 41/4
first [18] 6/1 8/12 8/19 9/22 30/25 32/20
 32/23 34/16 35/20 42/17 52/7 61/3 82/17
 84/3 95/3 95/14 101/14 109/20
five [13] 21/13 23/23 31/13 31/16 31/18
 51/24 61/11 70/2 70/3 89/24 90/11 98/21
 112/13
five's [1] 70/4
FL [2] 1/18 1/22
Fletcher [9] 52/8 52/9 53/19 53/20 73/17
 73/25 85/11 85/12 85/18
Floor [1] 1/18
FLORIDA [5] 1/1 1/7 1/24 121/8 122/7
followed [1] 43/2
following [11] 2/13 8/4 29/11 29/20 36/5
 36/6 44/12 57/4 60/17 106/3 118/20
foot [1] 94/6
foregoing [1] 126/9
foresaw [1] 92/23
Forever [2] 25/11 25/24
form [10] 3/7 11/8 19/17 24/1 35/11 36/23
 55/24 62/1 62/4 120/8

former [2] 61/6 116/16
Fort [2] 1/18 55/18
forth [1] 18/10
fortune [1] 27/8
Forty [5] 47/23 48/1 70/2 70/3 70/4
Forty-five [2] 70/2 70/3
Forty-five's [1] 70/4
Forty-two [2] 47/23 48/1
found [4] 16/11 50/24 51/1 85/14
four [9] 10/19 25/20 40/15 61/10 89/20 98/9
 112/14 112/15 112/24
four-year [1] 98/9
Fourteen [1] 85/10
Franklin [4] 1/23 126/8 126/14 126/15
 fraud [3] 35/9 36/8 114/7
freaked [1] 94/2
Fred [1] 1/19
free [2] 94/21 95/3
Friday [1] 123/13
friend [3] 30/25 31/2 66/21
friends [3] 42/11 53/11 65/16
front [2] 59/21 87/15
fruit [1] 67/9
Frustration [2] 108/7 108/8
full [3] 34/3 45/18 84/25
fund [7] 42/22 45/25 48/20 48/24 49/12
 83/18 83/23
funds [1] 83/17
funny [7] 24/6 47/12 67/22 69/4 69/18 72/11
 72/12
furnish [1] 83/1
furnished [2] 75/11 79/19
furnishing [1] 86/19
further [3] 59/9 74/12 96/5
fuse [1] 99/13
future [2] 19/6 40/7

## G

garage [1] 52/21
garbage [1] 91/22
Garcia [4] 116/19 116/20 117/4 117/7
garden [2] 33/9 67/8 67/9 67/9
Garwood [1] 24/9
gather [1] 101/2
gave [25] 4/4 4/15 4/19 5/4 8/10 26/24 29/1
 32/22 33/2 33/4 33/11 33/20 33/25 34/7
 34/18 42/19 43/8 61/20 62/17 74/19 82/17
 88/16 96/22 98/18 116/24
gee [2] 66/18 93/15
general [2] 14/14 62/18
General's [1] 82/12
genre [1] 80/14
gentleman [2] 55/6 78/19
gentlemen [5] 2/16 55/23 84/14 108/17 120/5
gets [2] 45/20 46/3
getting [2] 27/4 113/14
gift [1] 32/20
Gilliam [2] 2/25 125/3
give [41] 4/9 4/11 5/15 12/7 16/8 18/22 32/20
 32/25 36/6 37/17 37/17 37/17 42/8 48/11
 48/15 48/20 49/20 49/24 50/4 52/12 59/17
 74/9 77/2 78/10 78/24 79/11 79/11 85/6
 89/20 92/4 96/17 97/11 97/24 100/13 105/3
 111/11 111/19 111/23 112/1 119/4 119/6
given [8] 82/16
giving [8] 5/6 10/14 16/10 27/5 38/21 60/13
 71/21 79/4
goal [1] 84/5
goes [7] 15/3 20/4 97/16 99/10 100/3 101/11
 102/19

going [68]
gold [2] 5/12 103/14
gone [3] 7/9 24/8 106/9
good [14] 2/2 2/6 2/7 2/15 20/9 25/16 27/22
 28/5 52/10 54/17 91/9 91/17 123/14 124/7
gorgeous [1] 89/16
got [22] 4/2 5/12 5/13 5/13 5/14 15/22 28/5
 33/18 35/1 37/18 38/5 38/25 97/10 106/9
 111/17 113/17 113/18 114/13 114/20 114/21
 115/8 115/9
gotten [1] 36/15
government [11] 1/4 1/16 61/19 61/23 62/4
 62/11 64/11 64/14 64/15 66/17 81/13
Government's [15] 2/25 64/7 87/6 87/11
 100/21 101/6 101/9 104/1 104/5 109/12
 120/24 125/12 125/13 125/14 125/15
gradually [1] 28/3
grand [1] 97/21
great [4] 89/3 91/24 94/22 106/20
Green [2] 101/19 101/25
grief [2] 20/20 24/19
ground [1] 53/7
grounded [1] 65/1
grounds [1] 13/25
group [1] 66/3
guardian [3] 17/1 17/4 17/16
guess [23] 6/13 12/17 17/13 32/7 35/5 35/8
 43/13 45/17 45/18 46/8 56/15 59/5 64/10
 66/12 71/4 71/9 72/14 92/23 101/18 102/21
 103/9 122/1 123/2
guide [1] 61/6
guilty [1] 12/8
guys [1] 46/24
gypsies [3] 15/12 15/13 15/15

## H

H-a-y-d-e-n [1] 13/9
H-e-n-s-b-y [1] 31/7
hadn't [3] 38/22 38/22 82/24
half [15] 2/18 22/4 35/19 40/7 53/10 59/1
 69/16 69/16 70/12 70/12 70/14 72/17 90/22
 109/1 110/1
hand [2] 103/18 119/3
handle [1] 98/6
handled [1] 38/5
handwriting [12] 65/16 71/1 104/21 104/24
 105/1 105/11 105/17 105/21 107/3 107/4
 107/8 108/2
handwritten [2] 70/20 105/6
hanging [1] 66/14
happen [3] 20/25 91/10 91/14
happened [9] 6/25 29/23 32/19 43/20 85/22
 85/24 86/2 117/24 118/5
happy [2] 12/17 21/14
harassment [1] 98/15
hard [4] 13/13 39/19 82/2 97/4
Harrells [1] 88/4
hasn't [1] 44/17
hated [5] 25/3 25/4 28/2 28/3 95/18
hates [2] 95/14 95/15
hauling [1] 82/20
haven't [3] 3/23 91/25 119/3
having [12] 17/19 18/9 20/11 21/15 39/19
 49/8 56/11 58/23 61/20 77/7 91/20 98/17
Hayden [1] 13/7
he'll [1] 49/7
he's [9] 3/25 16/25 26/15 33/18 60/16 89/9
 97/18 98/15 121/20
head [10] 11/8 71/25 82/10 91/19 91/20
 91/22 92/3 93/18 93/24 94/8

## H

**heading** [1]  101/20
**hear** [9]  46/22 46/23 47/6 47/8 47/11 47/14
47/15 91/18 109/18
**heard** [13]  2/20 6/9 7/22 38/9 39/1 42/17
47/7 47/15 52/14 91/7 93/8 93/10 93/15
**hearing** [1]  39/21
**Heart** [2]  25/19 55/12
**heavens** [2]  51/19 71/18
**heavily** [4]  111/15 114/14 114/22 115/9
**held** [5]  8/4 29/20 44/12 106/3 118/20
**helmet** [2]  64/25 65/4
**help** [15]  18/12 18/20 18/23 19/11 37/13
37/14 37/24 38/1 38/3 38/8 49/21 59/2 74/10
79/4 98/18
**helped** [4]  26/8 37/18 37/21 88/15
**helping** [1]  73/12
**Hensby** [1]  31/7
**here** [19]  2/17 29/25 44/20 47/1 70/15 83/21
84/5 84/7 90/5 94/10 98/10 106/9 106/13
119/5 120/2 121/2 121/11 122/2 122/24
**Here's** [1]  105/3
**hero** [2]  55/4 55/5
**heroine** [1]  20/2
**heros** [1]  13/11
**hers** [1]  91/5
**herself** [2]  65/9 91/8
**hesitate** [1]  111/6
**high** [1]  14/9
**highly** [2]  74/3 85/19
**Highway** [1]  1/21
**Hill** [12]  52/14 64/24 65/23 65/24 66/4 66/4
66/5 66/7 67/1 85/20 90/19 109/22
**Hilton** [1]  35/8
**hired** [2]  77/1 77/7
**history** [1]  12/12
**history's** [1]  94/16
**hold** [2]  58/1 96/17
**holding** [2]  33/17 76/19
**honestly** [1]  18/15
**Honor** [26]  2/7 2/24 8/1 24/22 36/11 44/8
46/17 47/24 49/13 57/7 74/15 78/1 80/19
84/9 87/5 101/5 101/7 105/25 106/4 106/23
108/14 108/23 110/16 117/14 122/17 123/20
**HONORABLE** [1]  1/12
**hope** [4]  26/24 27/5 108/17 124/2
**hoping** [1]  20/19
**horrible** [2]  75/17 96/22
**horses** [1]  67/10
**hospital** [1]  37/18
**hotel** [4]  35/8 37/1 90/10 97/24
**hotline** [1]  10/5
**hour** [8]  2/18 35/15 35/17 35/19 35/21 35/24
56/12 109/1
**hours** [1]  98/1
**house** [59]
**houses** [5]  52/5 84/16 89/20 96/24 109/4
**huge** [1]  28/20
**huh** [7]  28/13 36/16 40/22 52/25 72/16 79/6
108/12
**Huh-uh** [1]  79/6
**human** [4]  20/5 20/10 81/22 81/25
**hundred** [4]  4/5 4/13 4/16 107/24
**hundreds** [2]  96/11 111/5
**hung** [1]  98/4
**husband** [13]  9/23 38/7 40/6 61/4 61/5 74/23
82/21 95/19 99/2 111/11 112/3 117/7 118/22
**husbands** [3]  92/4 92/12 92/16

## I

**I'd** [4]  8/1 69/5 97/21 100/3
**I'll** [19]  4/5 8/17 8/17 9/2 9/14 16/17 31/23
32/14 56/17 59/10 71/20 91/2 100/5 105/3
111/8 119/7 121/22 121/24 123/19
**I'm** [69]
**I've** [18]  28/5 28/10 37/10 42/3 47/4 47/5
47/6 50/3 70/18 81/3 81/10 90/20 90/21 91/6
93/15 94/8 109/25 123/17
**idea** [4]  18/4 29/4 42/10 95/15
**ideas** [3]  15/22 15/22 68/15
**identification** [6]  16/17 43/15 65/19 67/18
73/1 109/14
**illegal** [1]  97/5
**imagine** [1]  22/14
**immediately** [4]  35/7 35/14 36/17 50/20
**impeach** [4]  29/14 29/21 29/23 30/6
**impeachment** [5]  29/7 36/12 44/17 46/6
106/6
**implied** [1]  74/25
**important** [1]  124/4
**importantly** [1]  99/23
**impossible** [1]  21/14
**impression** [1]  27/10
**improper** [2]  29/7 44/17
**Inc** [6]  13/3 17/14 17/15 100/10 101/13 104/2
**included** [1]  97/6
**includes** [1]  44/24
**income** [2]  77/8 114/21
**inconsistent** [1]  29/22
**incorporate** [1]  79/20
**incorporated** [1]  43/11
**increasing** [1]  97/1
**indicate** [1]  103/21
**indicated** [4]  76/7 83/17 92/19 103/14
**indicates** [1]  101/21
**individuals** [2]  57/17 80/6
**industry** [1]  81/9 81/11
**influence** [6]  23/6 25/20 25/25 27/17 27/21
28/8
**information** [5]  75/11 77/8 79/11 79/12
79/19
**inhabiting** [2]  17/4 17/21
**inhabits** [1]  20/1
**initial** [1]  68/15
**inked** [1]  107/21
**innocent** [1]  12/8
**inside** [3]  12/25 71/25 99/14
**insinuating** [1]  18/2
**inspired** [1]  108/6
**instance** [1]  108/1
**instant** [1]  93/23
**instead** [2]  62/25 113/14
**instructed** [1]  21/4
**insure** [1]  97/1
**interest** [2]  45/17 65/9
**interesting** [1]  95/14
**interference** [1]  19/15
**Internet** [1]  40/14
**interrogatories** [4]  75/16 75/18 75/24 75/25
**interrupt** [2]  8/13 46/14
**interviewed** [1]  80/17
**interweave** [1]  11/15
**investigate** [1]  30/17
**investments** [1]  68/17
**investors** [1]  76/6
**involved** [2]  21/22 51/3
**irrelevant** [1]  9/13
**IRS** [7]  3/8 3/9 20/17 20/18 76/20 77/23

**99/16**
**isn't** [12]  3/18 19/22 30/3 32/19 39/6 49/1
49/23 63/24 72/9 72/9 72/17 116/7
**isolated** [3]  18/19 30/19 53/11
**isolation** [1]  88/3
**issue** [5]  8/24 29/14 94/3 101/11 121/12
**issues** [2]  122/9 122/18
**it's** [61]
**It's -- I** [1]  35/5
**Italy** [14]  51/7 51/8 51/10 90/20 90/20 91/1
109/7 109/23 109/25 110/5 110/6 110/7
110/10 110/10
**itself** [1]  103/22

## J

**J-U-L** [1]  63/22
**January** [5]  21/23 63/12 63/13 63/13 105/5
**January 15th** [1]  21/23
**January 20th** [1]  63/13
**January 27th** [1]  105/5
**Jason** [1]  26/14
**jerk** [1]  99/2
**JM** [15]  62/12 101/14 101/20 102/13 102/18
102/22 102/24 103/8 104/9 105/1 105/15
107/1 107/15 107/17 107/21
**JM-03** [1]  105/15
**JM-09** [1]  107/1
**JM-16** [1]  107/21
**JM-350** [1]  62/12
**JM-511** [1]  101/14
**JM-516** [1]  102/18
**JM-519** [1]  103/8
**JM02** [1]  105/3
**JM514** [1]  102/8
**job** [3]  26/25 27/3 91/9
**joke** [1]  31/20
**jokes** [1]  30/25
**joking** [1]  46/20
**jokingly** [1]  32/14
**Jordan** [1]  96/3
**Joyce** [67]
**Joyce's** [2]  25/20 93/18
**Jude** [5]  2/25 50/22 72/15 107/18 125/3
**judge** [37]  1/13 6/7 6/14 8/9 8/25 9/11 9/14
44/14 45/22 46/10 47/19 59/10 59/22 68/23
69/5 69/22 70/23 74/12 97/10 97/11 106/12
106/17 106/21 115/19 115/25 116/4 116/10
116/17 116/21 117/3 117/7 118/15 118/21
120/2 120/12 121/7 123/24
**judgment** [1]  11/25
**Julie** [1]  24/9
**July** [4]  21/17 23/8 23/11 63/22
**July 13th** [1]  23/11
**July 6th** [1]  23/8
**June** [1]  58/24
**jurors** [4]  2/10 46/23 57/10 59/23
**jury** [18]  1/11 2/13 9/7 35/1 47/1 56/2 56/24
56/25 59/22 60/17 109/6 111/9 111/13
114/12 114/15 115/7 119/25 120/18
**just** [59]

## K

**Keechl** [1]  1/20
**keep** [10]  47/3 84/5 97/20 99/18 100/17
100/18 100/20 112/10 113/8 115/9
**keeping** [1]  82/15
**KENNETH** [1]  1/12
**kept** [3]  85/17 108/11 113/15
**Kerry** [2]  18/25 19/1
**Ketton** [1]  52/3

## K

kickboxer [1] 26/13
kicker [1] 113/20
kid [1] 66/21
kids [1] 66/13
kill [1] 72/1
killed [1] 85/25
kind [8] 52/21 69/15 79/10 90/13 90/13
    91/13 100/19 107/21
kinds [1] 86/25
King [1] 96/3
kisses [1] 91/3
knew [8] 19/6 19/11 65/11 65/13 76/20 87/20
    88/12 95/23
knock [1] 90/9
know [78]
known [4] 20/25 21/1 21/1 58/25
knows [1] 92/9
Kopelowitz [1] 1/20

## L

ladies [5] 2/16 55/23 84/13 108/17 120/5
lady [3] 79/15 79/16 95/14
Lane [1] 13/7
languages [2] 80/10 80/11
largest [1] 28/17
last [14] 8/10 21/17 23/17 33/6 84/13 89/12
    90/16 93/10 93/17 96/20 98/21 99/11 105/3
    107/20
lately [1] 3/22
later [7] 38/7 55/9 76/11 89/22 97/12 116/4
    118/9
latest [1] 93/18
Lauderdale [2] 1/18 55/18
laugh [2] 69/4 69/13
laughed [1] 10/8
laughing [2] 46/24 46/25
laughter [2] 46/19 47/13
Laura [2] 10/10 95/14
Laurence [1] 1/16
law [6] 41/4 42/23 83/25 112/20 112/22
    123/15
lawsuit [10] 40/19 40/23 40/25 67/20 68/5
    69/2 70/9 70/10 71/19 72/10
lawsuits [3] 67/11 82/21 98/16
lawyer [15] 38/3 38/5 39/6 40/24 42/7 74/18
    75/1 75/6 75/11 75/12 75/24 97/10 97/13
    97/14 98/16
lawyers [1] 97/5
layman's [1] 18/4
lease [5] 51/8 51/13 110/7 110/20 110/21
leased [2] 51/8 51/10
least [8] 28/7 36/15 49/11 51/3 62/7 63/3
    107/3 113/5
leave [8] 18/16 28/21 28/22 54/24 55/25
    97/25 106/8 111/8
leaving [1] 108/10
lectures [1] 58/23
ledger [1] 100/23
left [15] 35/23 35/25 36/10 36/19 101/16
legal [3] 43/13 75/15 115/4
less [4] 89/22 89/25 90/2 90/3
let [33] 3/6 3/9 7/6 12/19 13/1 13/20 14/2
    14/4 19/10 28/19 28/21 28/23 36/4 43/14
    58/3 58/13 62/10 65/19 66/1 66/17 67/17
    70/20 72/24 73/9 73/22 90/16 93/17 95/2
    96/5 96/7 109/20 109/20 110/4
let's [8] 9/17 16/4 16/16 26/2 28/25 55/23
    59/23 66/25

letter [23] 20/11 72/21 73/12 86/10 86/14
    86/16 86/23 88/1 88/18 89/5 89/10 90/5 91/4
    91/4 98/11 98/13 109/16 110/9 110/24 111/3
    111/10 111/13 117/23
lettering [1] 71/2
letters [19] 18/10 19/8 78/12 78/14 78/17
    78/18 78/20 86/18 86/20 86/25 87/3 88/19
    88/22 89/1 96/9 98/15 110/12 110/21 118/2
letting [1] 98/1
liability [1] 48/12
library [2] 16/11 68/9
lie [5] 23/23 36/21 38/21 93/18 109/10
lieu [1] 113/14
life [18] 6/25 12/6 13/15 14/17 14/24 15/2
    15/4 15/4 49/9 65/12 71/7 71/22 79/10 88/3
    92/10 96/25 97/1 98/18
light [2] 3/6 99/25
liked [3] 28/1 28/2 28/11
Linda [1] 31/3
line [3] 36/5 75/23 104/12
line 10 [1] 75/23
line 16 [1] 36/5
lines [3] 62/2 63/5 64/2
list [19] 21/13 21/18 22/9 22/13 22/16 22/17
    23/3 23/9 23/12 23/19 24/5 24/7 25/2 25/9
    25/14 27/18 27/22 28/9 123/25
listed [1] 76/1
listen [8] 9/8 9/12 37/9 43/8 57/15 57/19
    90/23 110/3
listening [1] 91/18
lit [1] 99/13
little [12] 11/24 24/6 26/8 52/20 56/17 66/10
    66/21 67/2 67/3 67/8 95/12 123/18
live [8] 11/22 19/4 20/17 53/14 53/16 74/9
    88/2 92/5
lived [2] 66/21 92/14
lives [8] 14/23 79/7 79/12 79/14 79/20 79/21
    79/22 119/13
living [6] 6/21 6/21 41/12 85/21 112/18
    112/23
loan [1] 99/21
lonely [1] 94/23
long [11] 5/19 6/24 7/2 17/5 51/12 53/21
    61/13 74/8 77/5 87/3 93/13
longer [2] 24/11 99/4
looked [4] 30/18 95/23 123/5 123/6
looking [1] 46/24
looks [7] 59/19 69/3 73/13 73/24 102/20
    104/15 107/21
loss [2] 3/8 3/13
lost [1] 82/7
lot [19] 11/11 15/19 15/20 25/5 27/1 27/11
    28/1 33/22 34/11 61/16 61/20 65/11 69/17
    73/12 75/13 79/17 79/22 80/24 80/25
lots [2] 88/16 98/15
loud [4] 46/22 46/23 91/21 117/9
love [13] 8/19 8/20 13/16 20/6 21/16 23/14
    24/6 24/13 25/1 28/3 69/16 94/23 100/3
loved [2] 93/5 107/12
lovely [1] 93/5
low [2] 27/22 27/22
lump [7] 38/11 38/16 39/2 39/9 39/16 39/25
    40/1
lunch [2] 37/1 108/19
lying [2] 40/17 41/1

## M

ma'am [11] 2/11 2/12 21/6 50/11 56/3 57/14
    69/20 109/1 110/18 117/17 122/20
maddening [1] 91/5

mail [2] 1/25 3/23
mails [1] 38/19
main [1] 112/4
makes [1] 74/11
making [12] 5/20 11/25 19/17 37/22 40/12
    43/2 47/5 47/7 68/5 99/24 110/13 110/19
malpractice [1] 114/7
man [9] 3/18 17/17 18/22 26/16 40/8 71/7
    71/25 98/18 98/23
man's [1] 93/4
managed [1] 68/17
mansion [1] 19/4
March [1] 103/9
marital [1] 43/12
mark [3] 16/17 88/2 96/9
marked [8] 12/19 43/14 62/10 65/19 66/17
    67/17 100/21 104/1
marking [1] 73/1
MARKS [11] 1/6 2/5 8/10 15/7 50/22 57/5
    84/5 102/12 102/22 105/10 105/23
MARRA [2] 1/2 1/12
marriage [10] 29/17 30/1 30/2 30/5 96/23
    97/7 98/9 112/20 113/1 115/4
married [3] 96/3 112/13 112/24
Marrow [1] 31/3
marry [1] 18/16
masses [2] 18/23 20/20
matter [7] 34/9 46/13 46/17 46/25 84/4 97/16
    126/11
matters [2] 15/25 16/7
May 2005 [1] 107/22
maybe [7] 33/9 37/20 38/16 56/10 56/22
    99/15 106/8
me [154]
mean [13] 34/1 39/18 45/7 45/8 46/14 49/15
    71/23 71/24 85/5 105/13 114/20 116/3 118/4
meaning [2] 27/22 94/14
meant [6] 72/11 72/12 76/18 78/10 92/1
    112/20
mediation [15] 39/3 39/5 39/8 39/10 39/17
    39/18 39/18 39/20 40/2 41/24 41/25 42/4
    42/21 43/20 43/22
medieval [3] 79/16 79/17 79/18
meet [4] 81/7 94/12 94/21 95/1
meeting [6] 30/16 33/5 33/6 94/25 120/13
    120/13
member [1] 62/17
memo [2] 107/14 108/4
memorializes [1] 46/10
memory [24] 7/23 8/9 8/24 8/25 9/6 9/6 9/9
    9/17 13/2 14/19 14/20 15/6 17/7 22/22 57/13
    57/18 58/6 60/13 61/2 61/9 66/1 66/9 73/23
    76/18
men [2] 26/16 92/4
mention [4] 8/17 29/2 38/18 122/16
mentioned [7] 7/8 11/2 26/2 30/19 33/2
    54/23 83/9
mentioning [1] 83/6
Merit [1] 126/8
Merry [12] 52/14 64/24 65/23 65/24 66/4
    66/4 66/4 66/7 67/1 85/20 90/19 109/22
messenger [1] 32/21
met [19] 9/23 10/17 11/6 12/14 13/17 17/9
    17/10 17/11 21/10 21/12 22/4 28/11 32/20
    32/23 79/25 81/10 81/14 89/14 94/5
Mexico [1] 32/5 32/10 40/25 41/23 41/24
    42/9 89/15 89/20 98/3 98/5 112/20
Michael [16] 10/8 16/22 17/1 17/3 17/3 17/4
    17/16 17/17 20/4 36/8 50/22 102/24 103/11

**M**

Michael... [3] 107/17 108/1 108/2
Michaels [1] 100/14
middle [6] 95/18 97/17 98/13 101/18 102/8 103/18
might [5] 81/18 83/22 84/1 84/24 121/20
Mike [2] 55/6 55/8
Miller [3] 19/16 20/16 36/3
million [41] 31/23 32/14 33/3 33/11 33/12 33/18 33/21 33/25 34/4 34/9 35/1 38/17 38/17 38/18 38/21 40/7 44/24 45/14 45/15 45/19 45/20 48/13 50/16 50/19 51/18 51/20 52/2 53/10 75/2 80/10 80/12 80/12 82/7 82/10 83/6 83/7 89/14 89/24 90/22 97/20 110/1
million-plus [1] 89/14
millions [2] 77/20 113/18
mind [10] 27/13 33/16 81/16 88/7 91/5 91/10 95/4 112/22 117/25 118/5
mind-shaping [1] 95/4
minds [1] 95/23
mine [3] 30/25 104/23 105/12
miniature [1] 67/6
mink [2] 32/21 32/22
minute [2] 55/24 93/22
minutes [8] 23/23 24/4 56/1 56/16 106/7 106/8 108/20 115/8
mis [1] 124/1
mis-numbering [1] 124/1
misread [2] 72/4 72/6
miss [1] 92/24
Mitzi [2] 26/17 27/10
model [1] 27/10
modifying [1] 44/1
Mohammed [27] 4/4 4/5 4/9 4/11 5/4 5/6 5/13 5/21 6/10 6/22 7/4 8/11 8/20 9/23 10/2 10/14 10/17 10/22 29/2 30/2 57/13 58/9 58/19 58/25 59/12 59/17 60/5
Mohammed's [1] 92/25
moment [5] 6/14 7/6 95/3 106/1 118/15
Monday [9] 87/22 87/23 106/18 120/7 120/13 120/13 123/3 123/5 123/8
money [77]
monies [2] 84/1 100/12
Montassir [9] 2/25 10/25 29/2 86/9 100/6 107/18 120/20 122/6 125/3
month [2] 51/9 109/8
months [7] 6/20 40/9 53/22 61/11 64/8 85/10 97/19
morning [12] 2/2 2/6 2/7 2/15 2/17 2/18 120/13 120/13 123/3 123/7 123/9 124/3
mortgage [3] 84/25 89/21 99/21
mortgaged [6] 74/3 85/19 111/15 114/14 114/22 115/9
mortgages [1] 84/24
most [3] 72/17 75/17 111/19
mother [2] 92/25 93/4
motive [3] 44/19 45/7 49/23
mountain [1] 89/15
mouth [1] 47/3
move [4] 13/21 69/5 69/22 96/6
movie [2] 12/11 81/11
movies [2] 12/11 26/15
moving [1] 13/22
Mr [6] 125/4 125/5 125/6 125/7 125/8 125/9
Mr. [35] 2/5 2/23 24/24 28/14 34/15 37/3 46/18 46/19 46/20 47/2 47/14 47/14 55/21 56/5 60/23 63/24 64/15 70/2 76/24 77/1 77/7 77/7 77/12 81/21 83/16 84/16 87/1 95/7

100/16 106/5 108/22 109/12 111/3 115/23 121/3
Mr. Ogden [1] 34/15
Mr. Ogden's [1] 77/1
Mr. Powell [3] 87/1 95/7 111/3
Mr. Raley [5] 76/24 77/7 77/7 77/12 100/16
Mr. Schwartz [14] 2/5 2/23 24/24 46/18 46/20 47/2 47/14 55/21 56/5 60/23 70/2 81/21 84/16 108/22
Mr. Stack [4] 28/14 37/3 63/24 64/15
Mr. Stefin [6] 46/19 47/14 106/5 109/12 115/23 121/3
Mr. White [1] 83/16
Ms. [8] 2/5 22/24 31/7 57/5 86/9 100/6 120/20 122/6
Ms. Brezak [1] 22/24
Ms. Hensby [1] 31/7
Ms. Marks [2] 2/5 57/5
Ms. Montassir [4] 86/9 100/6 120/20 122/6
MT [1] 103/14
much [27] 4/11 5/3 18/19 31/20 34/17 51/9 51/15 51/22 52/9 53/7 53/9 54/17 56/13 76/20 82/4 82/7 82/14 82/15 84/4 85/2 87/21 93/2 94/21 95/22 98/14 98/14 111/15
multiple [3] 21/12 83/9 83/10
murder [2] 100/25
must [2] 92/8 99/17
myself [1] 72/1

**N**

name [13] 3/16 10/7 15/9 19/18 20/16 27/25 62/25 97/23 100/13 100/14 101/25 102/1 105/9
named [6] 10/10 10/25 13/7 17/17 26/17 55/6
names [4] 12/7 12/8 30/18 100/14
NationsBank [1] 103/10
NC [2] 90/3 90/19
near [2] 65/22 74/1
nearly [1] 93/8
necessary [1] 118/25
neck [1] 99/16
need [13] 4/22 24/17 30/9 58/2 59/9 94/23 106/19 120/25 121/2 121/4 122/14 122/19 122/25
needed [4] 24/16 89/1 121/11 122/24
needs [2] 122/2 122/3
negotiated [1] 68/13
neighborhood [1] 99/8
neighbors [1] 64/24
never [21] 15/15 15/18 18/3 19/18 34/7 37/10 38/5 42/11 43/8 47/15 64/5 70/10 90/21 91/9 91/19 97/25 109/7 109/25 112/22 117/24 118/5
new [37] 7/11 21/13 21/18 22/9 22/13 22/16 23/9 23/11 25/8 25/14 28/9 32/5 32/9 40/25 41/23 41/24 42/9 61/12 61/15 61/17 89/15 89/16 89/17 89/20 91/5 95/12 98/3 98/5 103/10 106/6 106/15 111/14 112/20 114/14 115/9 119/13 119/13
news [4] 92/20 92/22 93/23 120/9
next [11] 6/5 22/12 36/25 56/12 99/17 102/22 103/13 105/15 120/7 121/7 122/7
nice [5] 7/7 18/19 25/16 98/12 120/10
night [3] 8/11 90/21 109/25
Nights [4] 26/2 26/5 54/16 55/8
no [147]
nobody [1] 89/3
none [2] 54/18 79/1 79/3 79/6
Nonstop [1] 98/15
Noor [2] 95/18 96/2

North [3] 52/5 53/18 73/25
note [1] 123/4
notes [6] 37/9 37/10 37/12 55/25 120/12 123/6
nothing [6] 30/2 91/16 94/8 108/4 112/21 123/1
novel [2] 18/20 27/2
novels [3] 19/12 19/14 21/14
November [3] 58/8 76/7 126/12
November 18th [1] 76/7
number [44]
number $1.2 million [1] 52/2
number 1 [2] 24/9 24/10
number 1002 [1] 104/16
number 1011 [1] 105/5
number 1013 [1] 105/16
number 1195 [1] 107/2
number 1387 [2] 107/20 107/22
number 17 [1] 25/22
number 2 [3] 25/13 25/13 28/8
number 24 [1] 27/18
number 25 [1] 23/18
number 27 [1] 21/18
number 3 [1] 22/8
number 4 [3] 22/12 22/16 25/25
number 5 [1] 23/8
number 6 [2] 22/18 23/11
number 8 [2] 25/2 25/8
numbering [1] 124/1
numbers [12] 45/10 52/10 63/4 73/18 73/21 94/9 97/25 102/9 104/20 107/4 107/11 107/12
numerology [1] 10/22

**O**

o'clock [1] 120/16
oath [1] 2/12
object [5] 29/5 35/3 35/11 68/23 84/9
objected [1] 46/2
objecting [1] 6/5
objection [39] 4/17 4/24 6/2 8/5 13/21 13/24 13/25 24/1 24/22 29/12 29/18 36/11 36/23 42/13 44/10 48/1 49/13 50/6 50/8 50/11 69/6 69/23 69/25 70/5 72/3 72/5 78/1 80/19 87/8 87/10 101/7 101/8 104/3 104/4 106/18 113/24 114/9 114/17 117/14
objectionable [1] 6/6
objections [1] 46/21
obsessed [1] 13/11
obviously [1] 58/10
occasion [2] 83/12 102/15
occasions [1] 83/9
occupation [1] 26/21
October [2] 87/23 87/24
October 1 [1] 87/24
off [12] 3/9 3/13 21/19 33/24 63/19 65/5 84/24 99/23 113/20 121/14 121/15 121/17
offer [7] 14/4 44/9 47/25 72/25 87/6 101/6 103/25
offered [2] 84/4 110/4
office [3] 1/17 82/12 123/18
officers [1] 36/7
Official [1] 1/23
often [1] 103/23
Ogden [4] 4/1 34/15 37/11 42/8
Ogden's [1] 77/1
oh [12] 37/22 46/23 50/24 51/11 71/18 75/17 79/15 81/10 93/15 96/3 116/23 117/1
okay [38] 3/11 3/16 4/22 5/11 6/20 7/20 9/18 10/13 12/10 21/6 23/5 30/8 30/11 45/3 46/8

**O**

okay... [23]  50/13 57/2 57/21 58/1 61/9 63/15
66/6 66/17 67/4 67/15 70/24 73/8 74/18
106/11 112/18 117/23 120/3 120/15 121/5
121/24 123/10 124/4 124/5
old [5]  10/17 63/20 85/10 85/20 89/6
older [1]  40/16
Olive [1]  33/9
once [6]  7/9 36/20 40/9 55/14 88/5 94/21
one [67]
one's [3]  13/15 28/23 121/9
one-time [1]  51/11
ones [7]  38/2 38/2 54/15 63/1 83/3 88/4
115/3
online [1]  30/18
only [19]  41/17 45/19 51/13 54/17 61/4 65/13
84/5 84/6 88/3 88/4 92/8 92/9 98/5 112/12
115/21 115/21 123/6 123/9 123/24
opened [3]  63/18 64/9 106/5
opinions [2]  55/25 120/9
opposed [2]  60/5 89/1
orchard [3]  67/4 67/5 67/9
order [10]  2/1 43/12 45/8 104/13 104/16
105/9 105/20 107/7 108/1 121/1
ordered [1]  119/7
ordinary [1]  38/13
Ostrow [1]  1/20
Otherwise [1]  122/2
our [5]  75/24 75/25 123/25
outgoing [2]  102/21 102/24
outlet [1]  92/8
outside [4]  52/8 52/20 53/17 81/16
over [23]  17/17 17/20 21/20 28/12 48/1 49/7
51/20 51/24 68/5 84/17 90/20 96/10 97/4
97/4 99/1 101/2 101/20 102/13 102/22 108/8
108/9 109/25 122/23
overnight [1]  97/23
Overruled [11]  4/18 35/4 35/12 36/13 36/24
42/14 49/14 78/2 80/20 113/25 114/18
oversaw [2]  68/17 68/22
overturned [1]  97/4
owe [1]  49/21
owed [5]  39/22 41/19 76/20 83/7 117/10
owes [1]  33/16
owing [1]  77/19
own [9]  13/4 16/1 33/18 87/19 90/19 109/22
110/10 110/21 121/1
owned [4]  89/14 109/4 109/7 110/20

**P**

p.m [1]  124/8
P.O [1]  88/22
PACER [1]  123/20
packet [1]  98/25
paddock [1]  67/7
page [22]  17/16 29/10 36/4 44/13 75/23
86/10 91/4 95/13 95/18 96/20 97/3 97/17
98/13 98/13 101/14 101/16 101/18 102/8
102/9 102/20 103/9 109/21
page 22 [1]  75/23
page 29 [1]  29/10
Page 4 [1]  91/4
page 42 [1]  36/4
page 514 [1]  102/8
Page 6 [1]  95/13
page 6/7/99 [1]  103/9
page 7 [1]  17/16
Page 8 [1]  97/3
page 9 [1]  98/13

pages [4]  1/10 87/17 101/13 102/19
paid [19]  3/14 33/13 33/17 51/14 52/3 63/10
73/16 73/25 76/25 84/23 88/14 89/23 89/25
90/2 90/3 96/23 103/2 110/8 110/8
palm [3]  1/7 1/24 7/11
paper [4]  43/22 48/10 72/11 75/18
paperbacks [1]  14/8
papers [4]  49/11 41/11 75/13 99/6
paperwork [1]  77/2
paragraph [13]  44/15 44/16 45/21 50/19
73/5 88/1 88/10 88/17 89/12 89/13 93/17
96/20 99/12
paragraph 2 [1]  50/19
paragraph 4 [3]  44/15 44/16 45/21
paragraphs [1]  96/5
parenthesis [6]  95/4 95/5 96/23 96/24 98/4
98/6
park [2]  20/24 89/16
parody [1]  69/15
partially [1]  27/15
participating [1]  118/7
particular [5]  64/19 98/11 101/16 101/16
103/17
particularly [1]  115/16
passages [1]  26/9
passed [1]  93/8
passionately [1]  95/19
passport [3]  57/18 74/8 75/8
past [13]  14/16 14/23 14/23 15/2 15/4 28/10
79/7 79/10 79/12 79/14 79/20 79/21 79/22
Patrick's [1]  32/24
pay [25]  32/1 49/21 50/16 50/25 51/15 51/22
52/9 87/22 89/21 96/12 96/25 97/18 97/19
99/2 99/17 99/25 104/13 104/16 105/9
105/20 107/7 108/1 113/18 113/20 113/20
payees [1]  63/4
paying [8]  38/7 48/17 50/3 51/9 54/7 76/20
96/15 96/16
payment [5]  44/23 48/12 50/18 114/3 122/9
payments [1]  40/13
payouts [1]  38/12
pending [1]  6/4
penny [1]  33/19
penthouse [1]  89/16
people [30]  11/22 12/3 12/6 12/7 12/12 24/10
25/3 25/4 25/5 26/19 26/22 27/4 27/24 28/2
28/2 28/11 29/16 34/11 47/7 61/21 64/14
81/9 81/11 84/6 84/7 88/3 92/10 92/10 95/2
95/21
percent [6]  48/16 48/21 49/20 83/19 83/20
113/5
percentage [2]  48/15 83/18
period [1]  54/8
permission [1]  60/11
perpetrated [1]  50/22
person [5]  20/1 20/24 88/2 92/9 116/16
personal [15]  87/22 101/21 101/22 102/4
102/5 102/13 102/14 102/23 102/24 103/14
103/21 105/1 107/15 107/19 110/21
personalities [2]  80/17 80/18
personally [1]  38/20
perspective [1]  3/25
persuading [2]  35/17 35/18
pestering [1]  108/9
phenomena [1]  54/9
phone [14]  3/24 5/23 5/25 6/12 7/4 7/5 8/19
8/20 60/9 61/11 61/18 97/24 97/25 98/15
photography [1]  68/9
picked [3]  28/17 36/25 82/23
pictures [9]  65/15 65/17 65/21 65/24 66/2

66/10 66/13 66/20 66/25
piddling [1]  4/20
piece [2]  72/11 75/18
pinpoint [1]  59/2
Pitt [7]  19/16 19/24 80/3 81/17 88/14 90/13
118/3
place [1]  90/10
places [1]  11/14
planning [2]  122/6 122/7
planted [1]  99/14
play [9]  8/2 9/7 56/22 57/11 57/22 58/2 58/13
59/3 59/9
playacting [7]  16/14 17/22 17/24 19/10
19/11 19/13 80/3
played [3]  26/14 57/25 58/15
playing [2]  9/3 60/16
please [15]  2/2 2/15 5/1 8/3 24/23 29/19
44/11 50/12 55/24 59/23 60/22 90/17 110/18
120/8 120/9
plot [3]  14/14 15/1 19/22
plots [4]  13/14 13/14 18/21 19/20
plotted [1]  68/11
plumber [1]  55/16
plus [2]  89/14 97/1
point [7]  6/3 10/21 59/1 82/18 88/19 94/16
99/8
pointed [1]  124/1
police [2]  55/18 82/11
political [1]  94/16
portion [3]  58/13 105/6 105/11
portions [1]  56/23
positions [1]  23/2
possession [2]  78/8 86/23
possibility [2]  81/16 122/21
possible [2]  120/21 120/23
posted [1]  40/15
pounds [2]  94/5 94/6
Powell [31]  18/10 18/15 19/1 19/3 20/12
72/22 73/12 73/14 80/3 81/18 86/17 86/18
86/23 87/1 88/12 88/14 88/20 88/25 90/12
92/18 95/7 109/16 110/9 110/12 110/24
111/3 111/4 111/9 111/10 117/23 118/3
Powell's [1]  93/21
practically [1]  40/9
pregnant [1]  10/25
prejudiced [1]  116/10
prepare [2]  77/9 77/12
prepared [1]  77/4
presence [1]  9/7
present [2]  15/4 57/5
presenting [1]  120/22
president [2]  19/2 19/3
presidential [1]  19/4
pretty [3]  94/6 95/22 108/12
previous [2]  75/8 113/2
previously [4]  15/18 64/25 73/16 104/10
price [1]  73/20
primarily [2]  44/16 54/12
printed [2]  70/15 71/5
prior [6]  7/13 30/16 40/5 46/7 75/12 76/14
prison [1]  46/25
privacy [1]  89/3
private [2]  88/2 110/20
probably [25]  10/3 10/16 10/23 11/1 13/19
19/9 22/11 23/10 23/13 25/10 25/18 25/23
26/1 33/6 35/19 37/20 42/6 49/7 56/12 69/14
80/12 92/20 93/12 121/6 122/5
problem [3]  46/12 108/20 119/19
problems [2]  20/17 20/18
proceed [4]  2/8 57/6 60/23 106/23

## P

proceeding [1]  112/3
proceedings [10]  1/11 2/14 8/4 29/20 44/12
57/4 60/18 106/3 118/20 126/10
proceeds [6]  84/23 84/25 85/2 85/17 85/19
86/2
process [1]  122/14
professional [1]  69/3
Proffer [4]  58/4 60/2 125/5 125/6
program [1]  48/20
prominent [3]  79/17 80/13 81/13
promised [1]  123/19
propaganda [1]  69/18
properties [2]  90/7 112/7
property [11]  48/12 97/6 111/20 113/16
113/16 113/19 113/22 114/14 114/19 114/22
115/8
pros [1]  94/25
prosecution [2]  34/12 35/2
protect [2]  12/8 85/6
protection [1]  54/11
provide [1]  78/17
provided [1]  62/20
providing [1]  78/13
psychic [19]  7/10 7/18 7/23 7/25 10/4 13/18
14/16 14/21 14/23 15/6 19/6 27/6 27/7 54/9
56/22 58/25 65/13 91/13 114/7
psychic's [1]  15/17
psychics [4]  15/11 15/12 54/2 54/9
public [1]  81/17
publicity [2]  80/24 80/25
publishing [2]  27/24 28/18
publishing's [1]  28/13
purchase [2]  73/20 103/14
purchased [2]  84/17 114/20
purport [1]  79/11
purported [1]  104/2
purporting [1]  88/20
purpose [1]  45/9
pursuant [1]  50/19
put [20]  3/25 5/14 27/20 49/3 55/15 63/23
67/5 67/8 67/8 75/18 82/23 91/20 93/2 93/24
94/8 102/4 105/1 105/13 109/12 110/20
puts [3]  91/19 91/22 92/2
putting [4]  46/12 91/9 117/24 118/5
pyramid [1]  27/24

## Q

quality [1]  24/12
quarter [1]  97/19
Queen [2]  95/18 96/2
question [32]  5/1 6/3 6/5 11/9 24/1 24/20
24/21 29/11 35/3 35/11 36/7 36/15 36/23
39/12 39/13 39/19 50/12 57/20 59/25 73/9
75/20 75/23 76/10 88/2 96/9 110/17 110/18
115/6 119/21 120/20 120/23 122/1
questions [17]  21/4 21/5 21/6 36/5 39/11
46/1 47/6 72/20 73/1 74/12 74/19 74/25 75/4
75/25 78/21 83/15 118/17
quickly [2]  36/7 56/23
quite [3]  18/8 34/21 81/10
quote [9]  28/7 75/1 76/12 91/7 91/17 93/7
93/7 96/21 96/21
quote-unquote [2]  75/1 91/7
quoted [1]  75/21

## R

R-a-l-e-y [1]  3/20
radio [2]  80/17 80/23

Raleigh [3]  91/21 91/24 93/6
Raley [7]  3/17 76/24 77/2 77/7 77/7 77/12
100/16
Random [1]  28/17
rather [8]  9/7 9/12 20/5 38/11 39/3 39/16
39/17 59/3
rational [3]  20/10 81/22 81/25
Raton [2]  1/22 35/8
re [3]  118/24 119/10 120/21
re-call [3]  118/24 119/10 120/21
reach [2]  43/3 43/9
reached [1]  51/2
read [15]  2/20 14/11 14/18 14/18 15/20 20/8
27/1 27/11 28/1 32/8 44/14 63/19 87/17
98/25 109/20
reader [1]  7/11
ready [2]  2/8 57/6
real [11]  11/21 12/2 12/6 12/12 18/1 19/14
20/5 80/4 113/17 118/10 118/13
realistic [1]  118/14
reality [1]  18/5
realize [1]  3/4
really [12]  18/9 18/25 20/11 20/14 37/7
54/21 59/13 95/13 95/15 95/15 99/20 118/11
realm [1]  81/16
Realtime [1]  126/9
reason [3]  84/6 93/25 116/8
reasons [1]  16/9
rebuild [1]  52/1
rebuilding [1]  28/16
recall [11]  75/15 75/20 76/8 77/15 79/8 83/4
83/5 83/12 85/2 88/22 101/23
recalling [1]  119/19
receipt [1]  84/1
receive [2]  77/22 84/23
received [4]  40/5 83/17 85/2 88/19
recent [1]  28/15
recess [5]  55/24 56/4 57/3 120/6 124/8
recessed [1]  2/21
recognize [10]  12/20 43/15 43/17 43/19
62/13 65/20 67/18 69/7 100/23 104/21
recollection [12]  6/11 14/12 52/3 56/24 60/4
60/7 73/3 73/19 77/4 77/18 78/13 107/10
recommend [1]  99/21
record [11]  2/4 7/3 37/3 59/11 59/17 62/22
100/19 121/4 121/14 121/15 126/10
recorded [10]  6/9 6/12 7/22 57/16 58/9 58/11
58/11 58/19 60/14 83/4
recorder [1]  37/6
recording [11]  5/21 5/23 7/5 8/11 58/10
59/15 59/20 60/4 60/5 60/8 60/10
recordings [6]  8/9 8/15 8/16 57/12 57/13
60/13
records [11]  62/16 62/18 62/19 62/20 82/19
82/25 83/2 100/17 101/1 101/3 104/2
recovered [1]  48/19
recovers [1]  44/22
recross [5]  106/15 108/22 108/24 114/13
125/9
Recross-examination [1]  108/24
recurring [1]  55/14
redacted [1]  45/11
redirect [7]  56/13 74/14 74/16 106/7 106/16
115/23 125/8
refer [1]  117/3
reference [2]  18/3 95/20
referred [3]  76/6 76/12 76/15
referring [1]  90/24
refresh [12]  6/11 7/23 14/12 17/6 22/21 52/2
56/23 58/6 66/1 73/3 73/19 73/23

refreshed [3]  61/2 61/9 66/9
refreshes [6]  9/9 13/1 14/19 14/20 57/12
57/18
regarding [6]  15/1 15/25 17/19 41/9 62/16
77/8
register [1]  102/17
Registered [1]  126/8
regularly [1]  66/10
reincarnated [1]  15/18
reincarnation [2]  15/21 17/10
related [3]  50/23 83/25 102/2
relating [2]  46/20 95/9
relationship [9]  10/13 20/2 30/22 31/4 31/9
32/23 54/5 93/14 113/2
relative [2]  74/3 74/7
released [1]  119/6
relevance [3]  6/2 13/25 80/19
relevant [8]  8/16 8/23 9/5 9/9 45/9 45/16
45/21 46/11
religious [1]  98/23
rely [1]  77/12
remains [1]  119/22
remember [90]
remembered [2]  7/9 7/15
remembers [1]  122/17
Remembrance [4]  12/15 12/23 12/24 13/6
Reminder [1]  98/8
remodel [1]  110/8
remodeled [1]  52/19
remodeling [2]  109/17 109/19
renovating [1]  89/25
rent [1]  91/3
rentals [1]  89/15
rented [2]  82/22 109/7
repair [2]  51/22 51/23 51/25 52/1
Rephrase [1]  5/1
report [2]  121/5 121/24
Reporter [4]  1/23 1/23 126/8 126/9
reports [1]  120/9
represented [2]  42/3 58/22
requesting [2]  121/7 121/9
reread [2]  70/16 71/5
rescued [2]  26/6 28/14
research [10]  11/11 15/20 15/20 16/11 16/12
27/2 27/11 27/12 79/22 82/11
researched [1]  68/7
reserve [2]  76/12 76/15
resist [1]  99/11
resolved [1]  46/3
respect [4]  77/6 77/24 90/6 103/24
responsibility [1]  91/12
responsible [2]  33/12 33/17
rest [4]  72/17 96/25 115/15 123/12
restaurant [2]  33/5 33/8
result [2]  77/23 84/2
resumed [1]  3/1
retired [1]  55/17
return [3]  23/6 96/17 119/13
returned [1]  8/12
returns [7]  3/13 76/19 77/4 77/6 77/13 77/15
87/21
Reynolds [1]  20/16
rid [1]  53/23
ride [1]  65/2
ridiculous [3]  18/24 82/3 92/2
riding [2]  64/25 67/7
right [124]
right-hand [1]  103/18
rights [1]  54/24
RMR [2]  1/23 126/15

# R

road [1]  66/22
Robin [1]  24/9
rode [1]  65/3
Roger [1]  1/16
romance [5]  13/7 18/20 19/12 19/20 20/11
romance-type [1]  19/20
romantic [2]  21/14 118/8
Rosa [1]  103/12
ROSE [75]
Rose -- I [1]  115/24
Rose's [6]  23/5 25/25 27/17 28/8 43/2 43/5
rotting [1]  89/24
roughly [4]  59/6 59/6 109/2 112/23
routine [1]  19/19
royalties [1]  12/18
ruined [3]  22/1 22/6 24/5
rule [3]  87/9 121/17 121/18

# S

salary [1]  32/1
sale [1]  86/2
Sam [12]  10/25 10/25 64/25 65/15 65/16
  66/10 66/13 66/14 85/24 88/6 89/5 92/24
Sam's [1]  65/11
same [12]  24/10 45/10 47/9 92/5 97/21 98/4
  100/1 102/8 102/23 105/4 107/1 123/4
Santa [3]  116/16 116/22 117/2
saw [8]  24/18 32/11 32/12 36/2 40/14 64/5
  87/20 92/20
say [29]  9/4 12/25 15/19 29/22 31/17 31/23
  32/14 47/11 47/15 50/18 54/1 66/14 66/23
  71/5 71/12 71/19 80/13 85/5 89/2 90/6 91/21
  99/4 103/10 107/8 109/21 109/24 117/9
  117/20 117/24
saying [24]  5/21 15/22 18/24 20/10 20/22
  21/2 28/4 33/14 34/10 35/24 40/2 43/5 58/24
  63/17 63/19 69/1 71/13 71/20 74/8 111/4
  117/7 117/13 117/21 121/20
says [27]  44/23 48/10 63/7 63/21 68/8 68/10
  68/14 68/16 71/9 101/19 101/20 102/9
  102/20 102/22 103/11 103/12 103/13 104/16
  104/17 104/19 105/9 105/20 105/23 107/15
  107/15 108/4 111/2
scandal [1]  94/22
scared [1]  88/7
Scarlet [4]  26/2 26/5 54/16 55/8
scene [1]  91/19
schedule [3]  33/23 106/12 106/13
scheduled [2]  119/13 119/14
scheme [5]  91/5 92/2 92/4 92/12 92/14
schemes [1]  92/16
schizoid [1]  11/24
Schuster [3]  28/19 48/16 54/24
Schwartz [19]  1/19 2/5 2/23 24/24 46/18
  46/20 47/2 47/14 55/21 56/5 60/23 70/2
  81/21 84/16 108/22 125/4 125/5 125/7 125/9
Scotland [1]  98/23
screen [1]  87/15
seated [4]  2/3 2/16 60/22 120/19
SEC [1]  94/13
second [14]  7/4 8/21 10/1 40/3 58/18 59/7
  59/12 61/10 73/5 89/12 93/17 97/18 99/12
  108/13
secrecy [1]  89/4
Secret [2]  54/13 54/18
secretary [3]  31/6 94/14 94/17
section [1]  108/4
seeing [6]  7/13 7/17 37/7 37/12 86/12 93/23

seem [4]  9/9 43/4 50/2 74/8
seemed [1]  40/9
seems [6]  38/13 49/19 61/7 61/14 82/3 86/10
seen [9]  3/22 3/23 37/10 41/7 90/20 92/22
  98/25 99/6 100/24
sees [2]  27/16 115/15
selective [1]  9/6
sell [4]  80/11 89/22 89/25 90/3
seller [16]  21/13 22/9 22/13 22/16 23/3 23/9
  23/12 23/18 24/5 24/7 25/2 25/9 25/14 27/18
  27/22 28/9
selling [3]  1/4 13/7 81/1
semi [1]  26/15
semi-bald [1]  26/15
send [9]  65/15 66/13 68/2 68/4 89/1 98/24
  100/2 104/11 104/11
sending [2]  88/22 108/11
sense [3]  74/10 74/11 79/18
sent [9]  31/6 32/21 33/23 34/22 34/22 34/24
  66/9 69/2 105/13
sentence [2]  90/16 109/20
September [1]  1/8
sequestration [1]  121/18
series [4]  28/21 54/23 54/25 55/4
served [3]  41/9 41/11 122/3
server [1]  122/15
Service [2]  54/13 54/18
session [5]  120/6 123/3 123/6 123/9 123/11
settle [12]  38/10 38/16 39/2 39/5 39/7 39/9
  39/9 39/15 39/24 40/1 40/7 41/21
settled [2]  38/20 116/9
settlement [21]  38/18 38/21 38/22 43/3 43/9
  43/11 43/12 43/25 44/1 44/4 45/18 48/5
  48/11 48/13 48/17 51/2 83/15 83/16 97/7
  113/11 113/19
seven [4]  21/21 22/3 54/20 90/11
several [3]  8/3 8/8
sex [1]  8/20
SFranklinUSDC [1]  1/25
shape [1]  51/23
shaping [1]  95/4
share [2]  88/6 88/9
she'd [3]  32/5 71/10 74/9
she'll [1]  39/13
she's [15]  47/5 65/14 91/9 93/5 93/24 94/8
  94/11 96/3 98/22 119/5 119/12 119/18
  119/21 119/23 122/3
shed [3]  52/20 67/2 67/3
shocked [1]  82/14
short [2]  8/2 26/15
shortly [2]  6/22 58/6
shot [2]  106/13 117/1
should [13]  20/23 20/24 20/25 21/1 39/3
  45/13 45/18 45/19 45/20 74/9 97/6 113/2
  114/23
shouldn't [2]  46/24 47/10
show [17]  5/3 9/6 12/19 13/1 31/19 43/14
  62/10 65/19 66/1 66/17 67/17 70/20 72/24
  73/22 93/24 94/9 100/21
showed [11]  24/4 32/8 33/22 33/24 48/5 62/4
  62/7 64/12 64/13 64/17 78/4
showing [5]  33/20 33/25 101/13 102/18
  103/24
shown [1]  86/9
shows [4]  44/19 45/7 45/16 62/22
shut [1]  47/4
side [1]  103/18
sidebar [10]  8/4 9/19 29/20 30/14 44/12
  47/21 106/3 106/22 118/20 120/4
sign [3]  38/6 43/23 96/22

signature [1]  105/7
signed [4]  19/18 19/18 97/1 113/11
signings [2]  81/4 81/5
similar [2]  15/6 19/22
Simon [3]  28/19 48/16 54/24
simply [1]  82/9
since [9]  2/21 7/1 28/14 44/3 54/11 93/16
  97/3 113/8 113/18
single [2]  52/16 52/17
sir [1]  2/9
sit [1]  47/19
sitting [1]  46/22
situation [2]  52/18 74/22
situations [1]  118/8
six [2]  22/4 90/11
skip [1]  9/15
slash [1]  50/22
slow [1]  28/13
slowly [1]  56/10
small [1]  6/25
smiles [1]  92/10
sneaked [1]  65/5
so-and-so [1]  31/18
sold [8]  80/8 84/21 85/3 85/16 85/19 85/24
  89/14 90/1
somebody [2]  10/10 15/17 19/25 34/12 35/2
  44/20 60/5 60/10 82/9 87/17 117/1 123/18
somehow [1]  42/22
someone [12]  10/25 13/17 18/19 24/13 25/1
  28/3 81/17 81/18 88/25 98/12 99/13 101/25
something [22]  5/12 9/15 29/22 30/6 42/1
  46/20 46/21 47/12 60/20 69/4 69/12 69/18
  70/12 75/7 75/15 78/10 81/23 82/22 94/11
  101/1 107/22 119/24
sometime [2]  32/23 121/7
sometimes [4]  12/7 12/11 115/14 115/17
somewhere [4]  7/12 34/11 79/15 82/8
son [8]  17/20 17/22 65/21 71/6 85/7 85/8
  85/16 88/4
son's [1]  40/18
soon [3]  36/2 47/18 93/19
sorry [17]  6/21 8/14 11/18 19/2 21/9 39/11
  43/21 55/2 56/9 60/19 61/24 72/8 92/21
  107/14 109/18 113/14 117/18
sort [3]  76/24 100/17 123/17
soul [1]  75/18
sounds [2]  11/8 11/24
South [3]  1/21 121/8 122/6
southern [5]  1/1 91/1 110/5 110/6 110/7
speak [3]  69/19 113/20 121/13
specific [2]  62/18 105/14
specifically [6]  22/20 40/8 58/20 59/19 78/9
  117/2
speed [3]  56/17 59/3 100/5
spelled [1]  62/25
spend [1]  31/10
spent [6]  6/20 21/18 35/17 89/24 90/21
  109/25
spirit [1]  20/15
spirits [2]  15/21 37/17
spiritual [3]  15/25 15/25 16/7
spirituality [1]  54/9
split [1]  115/3
square [2]  52/23 52/24
St. [1]  32/24
St. Patrick's [1]  32/24
Stack [14]  4/1 26/6 26/7 28/14 30/16 34/10
  35/7 37/3 42/8 54/12 62/15 63/24 64/15
  90/10
stages [1]  79/9

**S**

stamp [2]  62/12 62/12
stand [3]  2/11 3/1 49/8
stands [1]  107/17
stars [1]  12/11
start [2]  83/1 99/17
started [8]  7/17 28/3 30/1 35/23 62/15 76/23
79/24 100/16
starting [2]  21/20 36/5
starts [2]  86/10 88/17
State [3]  94/13 94/14 94/17
stated [2]  74/25 110/14
statement [3]  46/7 47/15 84/13
statements [1]  47/8
STATES [13]  1/1 1/3 1/13 1/17 5/22 6/23 7/3
58/7 61/3 77/22 87/6 101/2 103/25
Statham [1]  26/14
stay [11]  53/21 91/2 95/3 99/23 108/17
118/23 119/18 120/2 121/8 121/10 122/6
stayed [2]  53/17 85/13
steadily [1]  24/8
Stefin [9]  1/16 46/19 47/14 106/5 109/12
115/23 121/3 125/6 125/8
Stephen [4]  1/23 126/8 126/14 126/15
still [9]  2/11 21/21 22/16 25/24 38/7 42/22
65/3 68/3 76/3
stimulate [1]  19/11
stimulation [1]  19/14
stipulated [2]  43/12 43/25
stock [1]  96/24
stop [5]  21/22 58/3 84/6 92/8 98/17
stopped [1]  7/11
store [1]  32/24
stories [7]  11/10 24/7 91/9 91/14 110/13
117/24 118/5
story [4]  11/7 11/16 13/6 19/16
storyline [1]  14/9
straight [1]  96/8
strange [1]  11/9
street [2]  1/24 85/16
stricken [1]  84/12
strong [1]  95/1
stuck [2]  51/1 82/9
stuff [1]  40/10
stupid [1]  108/12
subject [3]  7/6 118/24 120/24
subjected [1]  121/18
subpoena [15]  118/22 119/4 119/4 119/5
119/7 119/11 119/20 119/23 120/24 120/25
120/25 121/1 122/2 122/3 122/13
subpoenaed [3]  42/7 119/2 119/21
substantial [1]  77/19
such [4]  71/21 95/1 107/10 107/11
sue [3]  49/5 49/7 71/23
sued [7]  12/5 12/13 40/8 40/16 40/18 44/3
97/18
suffered [1]  24/12
suggest [2]  12/6 45/10
suggested [1]  65/6
suggesting [1]  73/14
suing [5]  40/10 40/12 40/14 67/21 69/1
Suite [1]  1/21
sum [6]  38/11 38/16 39/2 39/16 39/25 40/1
summary [3]  14/9 14/9 14/11
Summerhouse [2]  23/6 25/6
sums [1]  105/14
supply [1]  77/7
support [1]  92/6
supposed [4]  32/24 39/20 49/20 91/14

sure [16]  18/7 18/8 18/17 22/17 22/23 22/25
27/15 27/19 45/4 49/7 56/7 69/9 75/14 82/24
96/3 120/1
sustained [14]  4/25 24/2 24/23 29/8 29/13
50/7 50/9 50/11 68/24 84/11 114/10 117/15
117/17 117/17
sweet [1]  98/18

**T**

t-r-a-n [1]  102/24
table [1]  5/14
take [12]  5/15 17/17 37/9 37/10 37/12 49/10
55/20 55/23 60/20 68/5 71/20 108/19
taken [3]  57/3 98/17 124/8
takes [1]  40/1
taking [13]  16/2 17/20 20/20 38/6 38/13
48/25 49/4 74/1 91/11 91/12 97/13 99/18
116/5
talk [22]  3/24 10/10 16/4 16/16 26/2 36/22
58/23 73/7 85/11 87/25 91/15 95/12 96/12
96/16 96/19 97/16 99/22 110/24 121/22
121/24 122/19 122/25
talked [12]  6/13 38/22 61/18 61/19 62/1
65/6 67/1 67/11 77/6 79/15 79/22 91/19
talking [16]  4/7 7/24 7/25 16/13 17/25 19/19
28/25 31/16 37/16 38/15 40/2 44/21 88/10
91/13 96/15 114/8
talks [2]  73/12 73/14
tall [1]  94/6
tape [4]  39/24 57/16 58/14 83/4
tape-recorded [2]  57/16 83/4
tapes [7]  9/3 9/7 9/13 39/1 60/16 83/10 83/12
tapped [1]  60/9
tax [10]  3/13 76/12 76/15 76/19 77/4 77/6
77/13 77/15 100/24 116/16
taxes [8]  76/24 76/24 76/25 77/9 77/19 77/20
77/24 87/22
team [3]  34/12 35/2 87/19
tears [1]  98/3
technical [1]  42/22
telephone [3]  52/20 37/23 56/20
television [2]  80/17 80/23
tell [32]  4/4 8/17 14/18 16/12 24/4 29/16
30/21 30/21 30/24 33/11 38/15 38/19 39/15
39/24 47/9 58/25 71/6 73/11 79/14 91/6 91/8
92/3 93/6 95/24 96/1 97/21 98/12 103/5
110/9 116/6 116/8 117/6
telling [13]  19/5 27/8 38/10 87/21 93/20
98/10 98/22 110/12 111/3 111/9 114/15
115/7 117/10
tells [1]  14/16
term [2]  42/23 43/13
terrible [2]  21/11 51/23
terrified [1]  84/7
terror [1]  98/3
test [3]  8/8 9/5 9/17
testified [4]  89/18 104/10 115/19 117/20
testifies [1]  118/25
testify [1]  115/23
testifying [3]  61/23 61/25 83/21
testimony [8]  3/6 29/22 45/8 45/17 56/4
72/17 122/22 125/3
testing [2]  8/24 8/25
thank [31]  2/12 2/16 2/19 2/24 9/14 9/18
30/11 46/16 47/20 47/24 48/3 50/3 55/22
56/1 56/4 57/2 57/24 60/24 66/8 74/13 87/18
106/17 106/20 108/16 108/21 108/23 120/10
120/11 122/24 123/14 124/7
Thanksgiving [7]  5/18 5/22 6/10 8/12 8/20
61/5 61/8

that's [72]
theft [2]  3/8 3/13
there's [5]  6/3 63/3 97/7 98/14 102/17
therefore [1]  46/10
they'd [1]  97/20
they're [11]  11/20 11/21 11/22 11/24 12/2
12/3 12/6 67/13 80/10 83/3 120/22
they've [2]  28/16 47/7
thing [12]  38/6 38/14 45/10 51/11 58/2 69/4
69/15 79/10 112/4 112/20 115/21 123/24
things [28]  3/25 6/25 9/13 12/3 15/25 18/5
19/7 35/18 36/21 40/14 56/11 64/4 65/9
71/10 71/21 78/10 88/1 88/17 90/6 95/9
95/24 96/1 99/7 100/3 106/5 115/14 115/15
123/25
think [70]
thinks [1]  94/24
thinner [1]  80/25
third [5]  17/3 25/14 43/11 88/1 102/21
those [25]  10/4 19/7 19/19 46/1 56/20 59/18
65/17 65/24 66/20 66/21 66/25 75/4 77/3
77/6 77/15 79/24 82/20 83/12 102/9 102/25
103/14 103/17 112/5 112/18 114/21
though [2]  99/13 112/12
thought [13]  19/5 20/18 46/15 63/21 71/13
80/4 86/17 112/8 112/8 112/22 118/11 123/2
123/5
thousand [4]  4/5 4/13 4/16 107/24
thousands [3]  64/20 96/11 111/5
three [16]  6/20 8/9 10/19 10/20 37/1 51/14
53/5 53/6 53/8 90/11 96/10 96/24 102/11
112/19 114/5 123/4
three acres [1]  53/8
threw [1]  83/3
through [10]  13/15 27/14 39/3 79/9 84/16
91/22 96/21 100/3 103/9 123/13
throwing [1]  35/1
tie [1]  45/8
Tim [2]  116/19 116/20
Tim's [1]  116/18
timeframes [2]  5/17 11/15
times [18]  3/24 10/2 21/13 21/18 22/9 22/13
22/16 23/9 23/11 25/8 25/14 27/18 28/9 33/2
79/18 83/8 97/18 97/22
title [1]  70/8
today [5]  64/18 83/21 99/12 99/15 119/4
together [6]  77/2 94/22 95/3 105/13 112/15
120/7
told [43]
tomorrow [2]  31/18 120/7
Tonight [1]  93/24
too [2]  21/7 65/7
took [10]  19/15 24/18 33/4 33/18 43/4 51/4
51/6 77/5 84/25 85/5 85/17 85/19 86/3 90/10
115/20 115/25
top [7]  21/12 24/12 63/7 63/12 63/20 63/21
91/4
topics [1]  79/24
total [2]  71/21 103/8
totaled [3]  34/4 34/5 102/15
Totaling [1]  103/17
touch [1]  98/2
tour [1]  61/6
tours [4]  81/1 81/2 81/3 81/5
towards [2]  48/17 102/19
town [1]  118/23
track [1]  82/15
tracking [1]  100/17
tran [2]  102/22 102/24
transactions [3]  102/11 102/25 103/17

**T**

transcript [2]  1/11 126/10
transcripts [1]  124/2
transfer [6]  20/21 62/1 62/23 63/20 101/24
 103/12
transferred [2]  20/19 63/7
transferring [1]  15/21
transfers [4]  34/22 62/8 102/17 103/8
transmitted [1]  20/15
trap [1]  66/2
travel [1]  122/9
travels [1]  81/6
trees [1]  67/6
trial [2]  1/11 39/21
tried [4]  16/1 16/8 97/4 100/20
trip [7]  8/12 8/22 9/22 10/1 59/7 61/3 61/4
trouble [1]  39/19
truck [1]  87/20
true [9]  12/1 23/3 23/14 25/17 30/3 40/16
 41/20 116/2 116/3
truly [2]  18/15 80/5
trust [2]  36/20 99/15
truth [9]  69/16 69/17 70/14 92/11 110/13
 111/16 111/17 114/15 115/7
truths [2]  70/12 72/17
try [17]  2/17 15/21 38/10 38/16 39/15 39/24
 40/1 49/23 55/15 56/17 66/2 76/24 77/9
 98/16 100/5 106/11 119/3
trying [6]  8/8 9/5 20/22 54/21 59/3 101/2
Tuesday [9]  120/8 120/10 120/14 120/16
 120/17 123/11 123/12 124/3 124/6
turn [1]  75/13
turned [2]  99/1 101/2
turning [1]  49/5
Twenty [3]  10/19 10/20 83/20
Twenty percent [1]  83/20
Twenty-three [2]  10/19 10/20
twice [1]  97/17
twisted [1]  69/18
two [22]  8/9 13/15 22/9 26/9 40/6 47/23 48/1
 52/5 55/11 57/12 58/14 67/8 89/15 90/21
 92/4 92/12 92/15 101/20 102/12 102/23
 103/10 109/25 114/5
type [5]  19/20 52/18 68/2 68/3 68/6

**U**

U.S [4]  5/18 80/10 80/11 119/4
uh [6]  28/13 36/16 40/22 52/25 72/16 79/6
Uh-huh [5]  28/13 36/16 40/22 52/25 72/16
ultimate [1]  83/16
unaware [1]  46/18
unclear [1]  33/15
under [16]  2/11 23/5 25/24 27/21 28/7 54/11
 62/11 75/10 87/9 100/13 100/14 105/4
 107/19 118/22 119/5 119/22
underlined [1]  98/19
understand [8]  4/22 16/1 20/22 33/14 46/9
 118/6 122/11 122/18
unfold [1]  15/1
unfortunately [1]  17/21
UNITED [13]  1/1 1/3 1/13 1/17 5/22 6/23 7/3
 58/7 61/3 77/22 87/5 101/2 103/25
unless [4]  96/13 119/21 119/22 122/6
unquote [4]  28/8 75/1 91/7 91/18
until [10]  63/18 64/5 76/19 93/3 96/13 99/15
 106/13 108/17 121/6 122/22
upon [5]  12/3 28/10 69/16 69/17 77/12
uppity [1]  116/10
us [9]  23/23 24/4 37/1 52/12 57/20 91/16

95/3 121/19 123/4
useable [1]  46/6
used [4]  15/16 18/3 80/24 96/9
usually [1]  14/8

**V**

valuable [3]  111/20 112/6 113/16
value [3]  113/5 112/21 113/21
various [2]  78/21 84/16
vegetable [1]  67/9
vein [1]  47/9
verbally [2]  95/4 123/5
very [26]  2/22 5/19 6/24 6/25 7/1 11/21 12/2
 14/9 19/22 21/19 26/16 27/22 27/22 28/13
 38/2 50/3 52/10 81/8 84/3 91/17 91/17 92/11
 93/19 93/19 109/6 123/14
vice [2]  19/3 19/4
vicinity [1]  4/13
vicious [1]  97/23
victim [4]  20/25 48/20 83/17 83/22
victims [4]  20/23 45/25 48/24 49/12
Victoria [2]  62/23 63/18
Victorian [1]  79/16
virtually [2]  28/15 31/10
visit [2]  13/18 92/23
vitro [2]  37/19 37/21
Volume [1]  1/10

**W**

wait [2]  56/6 96/13
wake [1]  91/4
walk [1]  35/8
want [25]  11/14 14/3 28/21 28/23 29/14
 44/13 45/4 45/22 46/25 66/14 71/17 72/8
 72/25 84/7 93/25 94/12 100/21 118/22 119/5
 119/6 119/10 120/1 120/21 121/3 121/13
wanted [20]  5/12 18/17 40/6 45/23 53/24
 53/25 71/12 71/13 71/14 71/16 71/25 91/16
 106/11 111/18 112/4 112/6 112/10 113/7
 113/8 115/4
wants [6]  91/5 91/6 91/8 94/7 95/3 119/10
warned [1]  117/11
Washington [2]  19/4 89/2
wasn't [21]  17/22 18/12 18/20 19/10 23/24
 26/12 27/13 34/10 38/10 41/17 52/16 52/18
 63/18 65/2 65/8 111/15 111/21 112/3 116/21
 118/2 122/7
watch [1]  5/7
we'll [8]  55/25 94/22 95/2 120/7 120/10
 121/24 122/20 124/6
we're [12]  2/4 2/22 28/25 106/13 119/16
 120/5 120/6 120/13 121/16 123/8 123/13
 123/24
we've [1]  12/17
wealthy [1]  116/10
week [13]  21/18 21/21 22/12 22/15 22/18
 25/14 31/14 31/16 31/19 54/20 88/5 121/7
 123/12
weekend [2]  120/10 124/7
weeks [3]  21/12 22/10 122/7
weighed [1]  114/9
weight [1]  94/3
Weiselberg [1]  1/20
Welcome [2]  2/16 60/19
well [47]
went [18]  6/18 6/19 6/20 7/10 9/22 9/23
 14/16 14/21 21/19 33/12 37/1 61/10 63/25
 77/16 79/9 84/16 85/13 85/17
weren't [11]  19/18 24/7 28/19 40/12 54/10
 106/16 112/22 114/3 114/15 118/7 118/11

West [2]  1/7 1/24
what's [20]  8/6 12/19 20/23 29/14 43/14
 62/10 62/10 63/14 65/19 66/17 67/17 70/8
 72/5 72/24 73/7 74/7 91/14 92/9 100/21
 104/1
whatever [7]  20/16 49/20 54/5 57/23 79/1
 79/3 84/24
whatsoever [1]  70/17
whenever [2]  30/4 31/17
where [15]  16/1 37/18 38/25 41/11 46/22
 50/15 52/7 66/23 79/9 81/1 97/22 98/1 99/21
 102/4 105/20
Where'd [1]  53/16
whereby [1]  68/5
Wherever [1]  41/12
whether [18]  3/7 5/11 6/11 39/21 43/2 43/7
 49/10 57/18 60/9 61/2 61/9 66/9 77/15 77/18
 81/13 101/1 103/21 120/23
while [5]  11/20 61/12 82/17 93/12 94/13
White [3]  48/6 83/16 118/22
whited [3]  62/2 63/4 64/2
whiteout [1]  62/5
who's [2]  55/4 116/17
whole [9]  47/14 58/2 70/18 72/10 93/5
 111/16 114/15 115/7 118/2
whom [1]  78/15
whose [2]  71/1 104/21
why [19]  20/19 21/21 29/24 55/20 57/22 65/1
 65/1 69/9 72/1 72/8 88/25 92/24 95/15 98/10
 99/25 101/24 105/13 115/2 123/3
wife [5]  18/16 77/1 92/6 93/18 93/21
wife's [1]  94/1
Williamsburg [1]  97/22
willing [2]  115/3 119/18
willingly [1]  28/24
wire [9]  34/22 62/1 62/8 62/22 63/20 102/17
 102/21 102/24 103/8
wish [2]  82/24 93/2
Wishes [2]  25/19 55/12
withdrawn [4]  11/6 51/3 61/24 116/7
within [5]  35/15 35/21 35/24 56/12 93/7
without [13]  9/2 9/21 39/5 39/7 60/10 62/5
 70/4 87/10 98/1 99/24 101/8 104/4 119/19
witness [7]  2/25 14/4 21/3 44/6 56/6 56/8
 56/11 57/9 59/24 77/23 106/10 106/14
 108/18 110/16 118/18 118/23 121/17
witnesses [1]  118/21
Wolofsky [1]  107/8
woman [2]  26/20 40/15
women [1]  116/11
won [1]  97/18
won't [5]  84/4 92/3 94/24 98/14 122/14
wonderful [1]  44/5
wording [1]  104/20
words [2]  75/17 104/13
work [13]  15/11 31/21 31/24 32/15 39/10
 68/9 79/5 82/11 88/4 92/3 96/18 99/16 99/24
worked [3]  4/1 95/22 113/8
working [5]  21/21 62/15 76/23 99/17 123/24
world [4]  28/18 75/17 94/24 115/15
worried [1]  114/3
worry [1]  99/25
worth [1]  111/15
wouldn't [7]  4/15 46/2 49/5 50/15 90/23
 110/3 121/6
writer [3]  13/7 27/15 69/3
writers [1]  18/4
writing [15]  11/20 19/24 26/15 54/20 54/23
 78/25 86/18 87/1 87/3 91/12 107/10 112/17
 118/11 118/12 123/18

# W

**written [9]**  11/2 13/13 17/12 28/10 63/12
70/18 79/24 104/21 107/4
**wrong [12]**  32/6 62/25 63/14 63/16 63/17
63/19 63/23 64/12 64/13 64/17 64/19 64/20
**wrote [31]**  3/13 16/16 17/8 17/9 17/10 21/10
22/3 23/5 23/14 23/21 24/6 24/13 25/6 25/11
26/5 33/24 63/15 63/16 69/18 70/15 71/3
78/12 78/14 78/20 78/22 79/21 86/23 91/15
103/20 111/4 115/4

# Y

**yeah [11]**  16/25 17/5 18/24 47/17 49/7 53/6
55/19 90/11 93/14 106/9 112/8
**year [21]**  23/16 23/17 31/24 32/15 40/10
51/13 51/13 59/1 76/7 93/7 97/1 97/12 97/21
98/9 100/24 102/18 109/8 110/8 113/22
113/22 116/4
**year's [1]**  99/17
**years [53]**
**yes [270]**
**yesterday [8]**  2/21 3/6 30/4 32/9 33/23 78/4
119/14 119/15
**yet [2]**  73/7 77/5
**York [22]**  7/11 21/13 21/18 22/9 22/13 22/16
23/9 23/11 25/8 25/14 28/9 61/12 61/15
61/17 89/16 89/17 103/10 111/14 114/14
115/9 119/13 119/13
**you'd [3]**  91/22 98/25 121/11
**you'll [4]**  12/17 49/12 71/20 94/9
**you're [33]**  2/11 3/4 9/5 11/20 11/22 15/22
17/25 18/2 18/23 20/10 21/1 21/15 33/14
34/9 38/20 39/6 43/5 49/20 56/13 58/24
88/10 90/24 91/1 95/9 96/15 114/8 118/12
119/22 120/23 121/10 122/20 122/23 122/23
**you've [16]**  11/2 12/4 33/2 34/25 49/10 54/23
58/25 63/12 71/6 71/6 73/9 77/6 98/22 98/23
99/5 101/11
**young [1]**  40/15
**younger [1]**  80/24
**yours [2]**  99/3 105/7
**yourself [6]**  6/10 7/22 10/22 14/18 81/25
94/4