1                  UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

2                Case No. 11-80072-CR-MARRA

3    UNITED STATES OF AMERICA,    )

4            )
      GOVERNMENT,      )

5            )
      -v-        )

6            )
ROSE MARKS,        )

7            )
      DEFENDANT.      )   West Palm Beach, Florida

8            )   September 17, 2013
_____)

9

10             Volume 13, Pages 1 - 256

11         TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12       BEFORE THE HONORABLE KENNETH A. MARRA

13          UNITED STATES DISTRICT JUDGE

14

15   Appearances:

16   FOR THE GOVERNMENT     Laurence M. Bardfeld, AUSA, and
                Roger H. Stefin, AUSA

17                United States Attorney's Office
             500 East Broward Boulevard

18                7th Floor
             Fort Lauderdale, FL 33301

19

FOR THE DEFENDANT      Fred A. Schwartz, ESQ.

20                Kopelowitz, Ostrow, Ferguson
             Weiselberg, Keechl

21                700 South Federal Highway,
             Suite 200

22                Boca Raton, FL 33432

23   Reporter          Stephen W. Franklin, RMR, CRR, CPE
 (561)514-3768       Official Court Reporter

24                701 Clematis Street
             West Palm Beach, Florida  33401

25                E-mail:  SFranklinUSDC@aol.com

```
 1        (Call to the order of the Court.)

 2             THE COURT:  Good morning, everyone.  Please be

 3   seated.

 4             MR. SCHWARTZ:  Good morning, Your Honor.

 5             THE COURT:  We're back on the record.  Ms. Marks is

 6   present with counsel.

 7             Something's wrong with the lights here.  Yes, sir,

 8   what do you have to tell me?

 9             MR. SCHWARTZ:  Your Honor, at this time, I

10   respectfully move to dismiss the case based on additional

11   Government misconduct, and make the following argument.

12             Back in April of 2013, Mr. Stefin sent me a letter

13   telling me that Jude Deveraux's accountant had treated

14   payments to Rose as business expenses.  I --

15             THE COURT:  The accountant treated --

16             MR. SCHWARTZ:  Adrian Raley, who is Jude Deveraux's

17   accountant, she testified about him on her examination, had

18   treated on her tax returns between 2004 and 2008 payments to

19   Rose Marks as business expenses.

20             On April 17th, 2013, I sent Mr. Stefin an e-mail.

21             "Please provide a copy of the tax returns

22   apparently filed between 2004 and 2009 which treat payments

23   to Rose Marks by JM or her corporation as a business expense.

24   In light of this revelation, please provide tax returns from

25   these entities prior to 2004, as there are no -- as there is
```

1    no federal accountant client privilege.  Please provide the

2    name and contact information for the accountant who prepared

3    these returns."

4          Then I asked:  "Please provide any statements by JM

5    or the accountant regarding this matter and any rough notes

6    regarding these statements," and I go on and ask for

7    additional matters.

8          I received a response from Mr. Stefin by way of

9    letter attached to e-mail on April 19th, 2013, as to one,

10   which was asking for the tax returns not in the Government's

11   possession.  I eventually got those prior to trial.

12         As to two, in light of this revelation, please

13   provide the tax returns prior to 2004 and not in Government's

14   possession.

15         As to three, Mr. Stefin told me the name of the

16   accountant, Adrian Raley, CPA, Boca Raton, Florida.

17         As to four, there are no written statements,

18   decline to produce any rough notes.

19         On yesterday, which I guess was the 16th of

20   September, approximately after three weeks of trial, at

21   7:01 p.m., I received a memorandum of conversation between

22   Adrian Raley, witness; Beth Watts, Special Agent; Joan

23   Levitt, revenue agent; Lawrence Bardfeld; and Roger Stefin.

24   The conversation apparently took place on March 19th, 2013,

25   approximately 31 days prior to Mr. Stefin's e-mail which I

```
 1    just -- or letter which I just read to you.

 2            It was an interview of Adrian Raley which says as

 3    follows:  "As a CPA, Raley had never been introduced to a tax

 4    situation like this and was unsure how to treat the money

 5    given to Marks by Montassir on Montassir's corporate return.

 6    Since Montassir had given almost all of her money to Marks,

 7    Raley wanted these funds to be legally reflected in the most

 8    beneficial way to Montassir's tax return.  Raley decided to

 9    list the money given in Marks' (sic) tax return, 2004 through

10    2007, as other costs under cost of goods sold on the forms

11    1220S for Deveraux, Inc.

12            "Raley believes Montassir was the victim of a fraud

13    theft.  Montassir never described Marks as an employee or

14    subcontractor.  At the time Raley prepared Montassir's 2004

15    through 2007 tax returns, Raley did not realize there was a

16    separate tax form to deduct expenses incurred through fraud

17    or theft on the corporate return.  Because this is such an

18    unusual loss, Raley was unsure how to report it on

19    Montassir's tax return and determined that placing the

20    amounts under other costs seemed most appropriate.

21            "Placing this loss under other costs allow Raley to

22    list Marks' name on the attached schedule.  Because of

23    discussions, Montassir and the detective, Raley believed

24    Marks would be charged with criminal fraud," et cetera.

25            And then at the end it says:  "I prepared this
```

 1   memorandum after refreshing my memory from notes made during

 2   and immediately after the conversation with Adrian Raley;"

 3   and it's signed by Beth Watts, Special Agent.

 4          Judge, Mr. Stefin had sent me an e-mail saying that

 5   this was deducted as a business expense.  I cross-examined

 6   Ms. Deveraux at length on these items, using the tax returns,

 7   under the assumption that she had told her accountant it was

 8   a business expense and that the accountant had listed it as

 9   costs, other items.  I even asked did the accountant file the

10   appropriate form, which I identified to her, with the IRS as

11   a loss, and she said she had no idea.

12          Judge, I did this months and months after I

13   requested from Mr. Stefin either a report on an interview of

14   the accountant or rough notes regarding that report.  I now

15   yesterday for the first time got a report, after I maybe made

16   a fool of myself, maybe lost the case because of how I

17   cross-examined Ms. Deveraux, but leaving the impression in

18   the jury's mind that Ms. Deveraux had told her accountant

19   that these were business expenses.

20          I even opened based upon the assertion that

21   Ms. Deveraux listed these appropriately as business expenses.

22          Mr. Stefin had in his possession, or the possession

23   of the Government's team and their case agent, who's been

24   sitting here through the entire trial, maybe this memo, if it

25   was prepared back in March 19th, 2013, a month before I asked

```
1    for it, or at least notes of that meeting, which were

2    prepared a month before I asked for it, and yet, Mr. Stefin,

3    in his e-mail response -- in his letter response to me, of

4    which I have a copy if the Court wants to read it, but I just

5    read it, said there's no report and he's not going to turn

6    over the rough notes.

7              I suggest that this is a significant discovery

8    and/or Brady versus Maryland violation.  It would at least

9    entitle me to a mistrial.  However, I don't want a mistrial.

10   I like the jury.  I like the way the trial had been going.

11   But in light of all of the other allegations of grand jury

12   misconduct, which have been corrected by the fifth

13   indictment, of other discovery violations where we had to dig

14   out checks to police officers and everything else, all of

15   those things that I chronicled throughout my motions to

16   dismiss and that I've been trying to chronical during the

17   trial, this is a straw that should break the camel's back;

18   and I ask for a dismissal.

19             THE COURT:  I'm trying to grasp what the harm is

20   here.

21             You had the tax returns.

22             MR. SCHWARTZ:  I did.

23             THE COURT:  So you knew how they were treated in

24   the tax returns.

25             MR. SCHWARTZ:  They were treated as other business
```

 1   expenses.

 2          THE COURT:  Okay.  So -- and the witness, as I

 3   recall her testimony, had no clue as to why they were treated

 4   the way they were, and whether that's believable or not I

 5   guess is for the jury to decide.  And you can call the

 6   accountant.

 7          MR. SCHWARTZ:  They're calling him next.

 8          THE COURT:  So you'll be able to use that and do

 9   whatever damage you can do in view of the fact that -- I

10   don't even know if the tax returns are inconsistent with

11   what's in that memo.  I mean, I didn't quite follow how he

12   treated them versus how they appear on the tax returns.  Is

13   there any inconsistency between what's in that memo and

14   what's on the tax returns?

15          MR. SCHWARTZ:  No, Your Honor.  But had I had this

16   memo when I cross-examined Ms. Deveraux, I wouldn't have gone

17   through an attempt, somewhat belabored, to question her

18   about, didn't you tell your accountant that Rose was an

19   employee, didn't you treat Rose as an employee, didn't you

20   have your accountant deduct this as a business expense.  In

21   my opening argument, I believe that I argued that Jude

22   Deveraux treated Rose as a business expense and paid her

23   money as an employee.

24          THE COURT:  But you're telling me that that's what

25   it shows on the tax return.

```
 1          MR. SCHWARTZ:  It shows it, but the Government knew

 2   at that time that that was untrue, that she wasn't -- that

 3   Deveraux didn't treat her as an employee, didn't consider her

 4   an employee, that the accountant just used this as a perhaps

 5   improper way to deduct what is a casualty or theft loss on

 6   Deveraux's returns, because he wasn't aware of the

 7   appropriate casualty or theft form.

 8          THE COURT:  Okay.  How can an accountant not be

 9   aware of a casualty or theft form or write-off?  That seems

10   like a pretty basic deduction that any accountant would know

11   that that's available.  He may not have treated it that way,

12   but --

13          MR. SCHWARTZ:  I learned it in Accounting 103 at

14   Baruch College, Judge.  But the accountant says in his

15   report --

16          THE COURT:  Go ahead.  Read it again.

17          MR. SCHWARTZ:  Okay.

18          THE COURT:  He wasn't aware or he just didn't know

19   that he could treat this particular -- these payments under

20   that category?

21          MR. SCHWARTZ:  "Raley believes Montassir was a

22   victim of fraud slash theft.  Montassir never described Marks

23   as an employee or subcontractor.  At the time Raley

24   prepared --"

25          THE COURT:  Okay.  I'm sorry.  So that's consistent
```

```
 1    with what she said in her testimony, isn't it?

 2          MR. SCHWARTZ:  Right.  And I tried to impeach that.

 3    I tried to show that that was a lie or misstatement,

 4    unsuccessfully, as it appears, because she never did.  But I

 5    didn't know that when I had -- when I was questioning her.

 6    Had I had this report, I would not have attempted to make it

 7    look like she was lying about that.

 8          But let me read on.

 9          THE COURT:  But, I mean, it still might appear that

10    she was lying about it in view of all the facts and

11    circumstances.

12          MR. SCHWARTZ:  Well --

13          THE COURT:  The fact that she told her accountant

14    consistent with what she testified doesn't necessarily mean

15    that she's not being truthful.

16          MR. SCHWARTZ:  "Montassir never described Marks as

17    an employee or subcontractor.  At the time Raley prepared

18    Montassir's 2004 through 2007 tax return, Raley did not

19    realize there was a separate tax form to deduct expenses

20    incurred through fraud theft on a corporate tax return."

21          THE COURT:  Can you read that sentence again?  I'm

22    sorry.

23          MR. SCHWARTZ:  "At the time --" I'm sorry.

24          "At the time Raley prepared Montassir's 2004

25    through 2007 tax returns, Raley did not realize there was a
```

1  separate tax form to deduct expenses incurred through fraud

2  theft on the corporate return."

3          THE COURT:  Fraud theft is different from casualty

4  loss.

5          MR. SCHWARTZ:  The form, and I have a copy of it on

6  my computer, the form is casualty and theft loss.  That's the

7  name of the form that the Government uses.

8          THE COURT:  Anyway, so . . .

9          MR. SCHWARTZ:  I believe, for lack of a better

10 legal term, Judge, that I was mousetrapped.  I was told that

11 the accountant deducted Rose as a business expense.  That was

12 true.  Mr. Stefin didn't misrepresent it.  I'm not suggesting

13 he did.

14         Based upon that, I cross-examined Ms. Montassir on

15 the question of whether she told her accountant that Rose was

16 an employee.  I wrote -- opened, arguing based on that, that

17 Jude considered Rose an employee.  All of that time,

18 Mr. Stefin knew and his agent, who's a case agent, knew that

19 that was not the truth.  They knew that the accountant merely

20 messed up, for lack of a better legal term, and used the

21 form, other expense, in lieu of a theft loss form, and didn't

22 tell me, didn't give that to me.

23         I suggest that that is a crucial item, particularly

24 in lieu of the fact that the accountant is now going to

25 testify before this jury about that virtually immediately

1    after, albeit with a short break in between, Ms. Montassir's

2    testimony that she didn't know, she just relied on her

3    accountant, she didn't ever consider Rose a business expense.

4            And by not providing me with this information for

5    no reason that I can understand, particularly since I had

6    asked for it over four months ago and it was in the

7    possession of the Government at the time I asked for it, I

8    suggest that that's either a Brady violation or at least --

9            THE COURT:  Why is it a Brady violation?  I mean,

10   how does that exculpate your client?

11           MR. SCHWARTZ:  Brady isn't only for exculpatory

12   matters, Judge.  It's for matters that would help the defense

13   present its case.  And I can give you case law on that.

14           In this case, Mr. Stefin directly hurt the

15   presentation of the case based upon my having to ask Jude and

16   go through an exercise with her as to whether she considered

17   Rose a business expense, when he knew full well that she

18   never said that to her accountant and that the accountant

19   filed this type of form in error.  It sabotaged the defense,

20   Judge.

21           THE COURT:  I don't know why you say it's in error.

22   I don't know why this doesn't help you.

23           MR. SCHWARTZ:  The accountant --

24           THE COURT:  I mean, she's listing it -- why doesn't

25   the fact that she's listing this as a business expense help

```
 1   your case?

 2          MR. SCHWARTZ:  It would if she did that

 3   intentionally, if Jude did that intentionally.  But the

 4   Government knew at the time and has known for months that

 5   Ms. Deveraux didn't do that intentionally, that, in fact, it

 6   was the accountant who did it, and he did it in error because

 7   he filed the wrong form because he didn't know the right

 8   form.  And I should have known that.  I asked the Government

 9   particularly for it and they failed to give it to me.

10          THE COURT:  Okay.

11          MR. STEFIN:  Judge, first, there was no intent by

12   the United States to try to sandbag the defense counsel.

13          Defense counsel pretrial filed various motions and

14   pleadings in which he stated and actually gave an interview

15   to the press in which the claim was that the Defendant was an

16   employee, contractor of Jude Montassir and was compensated --

17          THE COURT:  Can we kinda go back to why wasn't this

18   turned over to them?  Can we start with that?

19          MR. STEFIN:  Because this was an interview report.

20   I'm not trying -- and I'm not trying to play games here.  He

21   asked for any written statements of the accountant.  I

22   don't -- I don't recall when this was actually prepared, but

23   the interview did take place before that.  But this is not a

24   written statement of the accountant, Your Honor.  This was an

25   interview report conducted by the agent.
```

```
 1          And again, I'm not trying to parse or play games
 2   here.  The question is whether there was anything Brady or
 3   exculpatory with respect to this report, and there is nothing
 4   that's exculpatory to the report.  The fact that defense
 5   counsel, when he was told that the tax returns treated the
 6   Defendant as a business expense, that fit into his theory
 7   that the Defendant was an employee of the -- of
 8   Ms. Montassir, but -- and, again, I'm not trying to play
 9   games, and I wasn't trying to play games.  But when he asked
10   me for any written statements of Ms. Montassir or the
11   accountant with respect to this, I said there were no written
12   statements, and I declined to produce the rough notes.
13          So by that, I think -- and, again, I'm trying to
14   recreate what happened, you know, back in April of 2013.  At
15   the time -- in fact, at the time he requested these tax
16   returns we didn't have the tax returns.  We didn't take them
17   from the possession of Mr. Raley, the corporate returns.  At
18   a later date we did take the corporate returns, and then I
19   turned those over to defense counsel, as well.  So he was
20   aware of the fact -- and the defense had listed Mr. Raley as
21   one of their witnesses in this case.
22          So when it came time to turning over the statements
23   of witnesses, Mr. Raley was not initially intended to be a
24   witness of ours at the beginning of this case, I didn't know
25   how the defense was going to handle -- cross-examine
```

1    Ms. Montassir on her tax returns because she's always

2    maintained that she simply turned the information over to her

3    accountant, and he prepared the returns and she signed them.

4         So it was only until and after the defense counsel

5    made an issue about Ms. Montassir's tax returns and kept

6    pressing her as to what she told the accountant and so forth

7    and so on, that in consultation with co-counsel, we decided

8    that perhaps we should call Mr. Raley to clear up this whole

9    controversy.  At which point I then furnished through Jencks

10   the report that had been prepared back in April.

11        Again, this is not Mr. Raley's statement.  This was

12   the agent's statement.  And I don't know that because the

13   Defendant or the defense attorney goes down a -- has a

14   misapprehension of the Government's evidence which we have

15   provided, that we then have a -- an affirmative obligation to

16   straighten him out and tell him, no, you're wrong because we

17   have this, this, and this.  I mean this has happened numerous

18   times with respect to other evidence in this case.

19        Defense counsel filed pretrial motions with regard

20   to the money that Ms. Montassir had given, that $35,000 that

21   she had given over to this gym, and the defense made

22   accusations that there was misconduct by the detective, by

23   Ms. Montassir with respect to this.

24        And in that instance, notwithstanding the fact that

25   I explained to him that this was money that she had sought to

```
1    invest in the gym, but it had been returned a couple of weeks
2    later, you know, from the Government's perspective there was
3    no intent to curry favor by the witness or by the detectives
4    to receive money improperly.
5              But nevertheless, defense counsel, armed with that
6    information, determined to pursue that anyway, to suggest
7    that there was something improper with respect to that --
8              THE COURT:  So what's wrong with that?  What's
9    wrong with him doing that?
10             MR. STEFIN:  There's nothing wrong with him doing
11   that.
12             THE COURT:  So I don't know what the point is, why
13   you're bringing that up.  That's a legitimate tactic, isn't
14   it?
15             MR. STEFIN:  Right.  And it's a legitimate tactic
16   for him to attack the -- you know, if Ms. Montassir treated
17   the Defendant as a tax deduction, it's a legitimate avenue
18   for him to pursue that, if he wants to pursue it.  But what
19   he's saying is that basically I didn't tell him that there
20   was more to the story that, in fact, was it a mistake by the
21   accountant.
22             And again, I'm trying to do my best, but I don't
23   see that as being Brady material and I don't see that as
24   being Jencks material.  And, you know, before we put
25   Mr. Raley on and in going through our notes I realized that
```

1    this memorandum had not been furnished because of the fact,

2    like I said, he wasn't really intended to be a witness for

3    us.

4            Now, if Mr. Schwartz wants to withdraw -- and the

5    only reason I would even put Mr. Raley on, because this is

6    taking us down this alleyway which really might be nothing to

7    do with the case, I just wanted to avoid the argument by

8    Mr. Schwartz that, see, even Ms. Montassir filed incorrect

9    tax returns based on the advice of her lawyer.

10           THE COURT:  Her lawyer?

11           MR. STEFIN:  Based on the advice of her accountant,

12   I'm sorry.  And then make an argument that his client is in a

13   similar situation, that she can't be held liable for faulty

14   tax returns when she had nothing to do with it, something to

15   that effect.  So I wanted to be able to distinguish

16   Ms. Montassir's situation from the Defendant's situation.

17           If Mr. Schwartz concedes that there was a

18   legitimate explanation and that this was a mistake and he's

19   not going to make that argument in his closing, then I really

20   have no need to even call Mr. Raley.

21           THE COURT:  I don't know why he would do that.  It

22   seems to me that regardless of what the accountant says, he

23   can say the accountant and Montassir are, you know, fudging

24   things and filed false tax returns and it's all a bunch of

25   nonsense.  I mean I don't know, but it seems to me that he's

1    free to do that.  Just because the accountant comes in and

2    says this is what happened doesn't mean it's true, and she

3    took it as a business expense.  That seems pretty

4    inconsistent to me to what she's claiming, but that's for him

5    to decide how to pursue.

6              MR. STEFIN:  Okay.  Well, that's why, because he

7    made an issue out of it --

8              THE COURT:  But you didn't know he was going to

9    make an issue out of it?  Isn't that obvious, the fact that

10   she -- these were listed as business expenses was going to be

11   an issue in this case?  Is there something surprising about

12   that?  First avenue of attack seems like, to me, if she's

13   saying she was defrauded and then she's writing it off as

14   business expenses, it seems pretty inconsistent.  How can you

15   not expect that's going to be an issue?

16             MR. STEFIN:  Well, I mean, I could have held back

17   and waited for Mr. Schwartz to call Mr. Raley, which he

18   indicated was what he was going to do.  He would have

19   attacked Mr. Raley, and then Mr. Raley would have then gone

20   ahead and made his explanation.  And I don't know that I

21   would have had any obligation at all to turn over a

22   memorandum of conversation, and the same result would have

23   occurred.

24             In this instance, I gave him a heads up as to what

25   Mr. Raley was likely to testify to, to give him the

```
 1    opportunity to prepare a cross-examination and impeachment.

 2              THE COURT:  All right.  So your position is in

 3    terms of not turning that over, it was not a statement of the

 4    witness?

 5              MR. STEFIN:  That's correct, Your Honor.

 6              THE COURT:  Or the person.  It was not a

 7    statement -- he asked for a statement of the person, and --

 8              MR. STEFIN:  That's what his request was.  He

 9    didn't ask for, please provide any rough notes or reports

10    made of interviews with witnesses.  He asked for any

11    statements by JM or the accountant regarding this matter.

12              THE COURT:  And I'm -- I don't deal with these

13    discovery issues very much because it doesn't usually come

14    up, but in ordinary common practice, when someone asks for a

15    statement of the witness in discovery in criminal cases, are

16    they talking about the statement written by the person as

17    opposed to a report of the statement from an agent?  Is that

18    something that's distinguishable?

19              MR. STEFIN:  It is in other case law.  Interview

20    reports, reports by agents are not Jencks.  They don't fall

21    under the Jencks Act because they're not a statement of the

22    witness, unless the witness has reviewed it and has signed on

23    and subscribed to it or otherwise authenticated it.

24              As a matter of practice, our office, and in this

25    case, we made a determination that we would turn over the
```

```
 1    reports of witnesses, reports that were made of interviews

 2    with witnesses, even though they're not Jencks, because there

 3    is some potential that there could be an inconsistency in the

 4    report that they could exploit for cross-examination

 5    purposes.  So even though it's not Jencks, there's the

 6    argument that it could contain the elements of a

 7    cross-examination, so therefore it might be Brady.

 8           In this instance, this was not an interview report

 9    of somebody we intended to call, so we didn't turn it over

10    initially as Jencks material.

11           THE COURT:  So the reason it wasn't turned over in

12    the normal course as you did with other reports of witnesses

13    pretrial was because you never intended to call this witness?

14           MR. STEFIN:  It was not my intent to call him, and

15    defense counsel indicated he intended to call him, and we

16    were going to hold back, but then we decided maybe it would

17    make more sense for us to just call him.

18           THE COURT:  All right.  Mr. Schwartz?

19           MR. SCHWARTZ:  May I just ask to be marked -- I've

20    put defense numbers on them, but to be marked for the record

21    in case, in the off chance that Ms. Marks is convicted and

22    this matter goes to appeal, I'd ask to be marked as

23    Defendant's exhibit 43 my e-mail to Mr. Stefin dated --

24           THE COURT:  I think you marked something else as 43

25    at some point for identification.
```

```
 1              MR. SCHWARTZ:  Okay.

 2              THE COURT:  It wasn't put into evidence, but I

 3    thought you marked --

 4              MR. SCHWARTZ:  I'm sorry.  Forgive me.  I'd ask to

 5    be marked as Defendant's exhibit 48 for identification but as

 6    part of the record of the Court the e-mail, which doesn't ask

 7    for written statements, but, in fact, asks:  "Please provide

 8    any statements by JM or the accountant regarding this matter

 9    and any rough notes regarding these statements."  And I've

10    highlighted that.

11              Mr. Stefin's --

12              THE COURT:  Well, can I ask you a question?  You're

13    going to mark it for the record, but what do you say in terms

14    of Mr. Stefin -- you asked for a statement of the witness.

15    He said there are -- they don't have a statement of the

16    witness, and as far as the rough notes, he said he wasn't

17    turning over rough notes.  So, I mean, did he comply with --

18    did he mislead you or fail to provide something that he was

19    obligated to provide?

20              MR. SCHWARTZ:  Your Honor, I've only tried about

21    200 federal jury trials, maybe 240 in about 27 districts

22    around the country, and in every jury trial that I've tried,

23    every judge has considered a report of interview or an FBI

24    302 report of an interview or a DD -- a DEA-6, I believe it

25    is, report of interview, or a DD5, which is a New York police
```

1    department report of interview, as a statement of a witness.

2         I agree with Mr. Stefin that probably under the

3    technical terms of the Jencks Act, the report may not be a

4    transcribed statement of a witness, but in practice it's not

5    just in this trial that Mr. Stefin felt he should turn it

6    over as a report of witness, it's a practice in this

7    district, and it's a practice of the U.S. Attorney's Offices

8    around the country.

9         Second --

10        THE COURT:  But you would agree he never expected

11   to call this individual as a witness?

12        MR. SCHWARTZ:  I don't know his thought processes.

13        THE COURT:  Well, he wasn't listed on the witness

14   list.

15        MR. SCHWARTZ:  We listed him.

16        THE COURT:  But he wasn't listed by the Government.

17        MR. SCHWARTZ:  I understand.

18        THE COURT:  So, I mean, does that -- in terms of

19   turning over a statement of the witness that even though it

20   wasn't the actual verbatim statement by the witness but a

21   report --

22        MR. SCHWARTZ:  Under Jencks, if he didn't intend to

23   call him as a witness, he was not obligated to turn over the

24   report.  But I go back to the question, and I think it has to

25   be looked at in light of the entire situation.  When

 1    Mr. Stefin tells me the accountant listed these as business

 2    expenses on her tax returns and then provides me with the tax

 3    returns listing them as business expenses, I believe it is

 4    Brady material as Brady material has been defined in the case

 5    law.  And I didn't get this until, as I said, after 7:00 last

 6    night.  I haven't briefed it.

 7              But when he has a interview report of the witness,

 8    the accountant who says Jude Deveraux never intended it to be

 9    a business expense, to tell me that before I cross-examine

10    Ms. Deveraux.  And that's why I say the Government

11    mousetrapped the defense on this and put us in what I suggest

12    is an unfavorable situation.

13              And I didn't want to take advantage of Your Honor

14    by arguing that again, but I just feel that these items

15    should be part of the record.  I don't have Mr. Stefin's

16    original letter saying that the accountant treated it as a

17    business expense, but I'll supplement the record with that

18    tomorrow.

19              THE COURT:  All right.  So why don't you identify

20    the items for the record.  I'm going to reserve ruling on

21    your motion at this point.

22              MR. SCHWARTZ:  Thank you.

23              As Defendant's exhibit 49 is the letter of

24    April 19th, 2013, saying that there are no written statements

25    and decline to produce any rough notes.

1          And as Defendant's exhibit 50 is the memorandum of

2   conversation done by Beth Watts based upon the notes she made

3   during the -- during and immediately after the conversation

4   with Adrian Raley.  And that's dated~-- the conversation --

5   I'm not sure when -- if the date on here, March 19th, 2013,

6   is the date of the interview or the date that the report was

7   made.  I believe it's the date of the interview.  I don't

8   know the date the report was made.

9          I sent an e-mail to Mr. Stefin last night asking

10  him the date that report was made, but there's been no

11  response.

12         THE COURT:  Maybe he can tell us for the record.

13         Do you know the answer to that?  Is the date on

14  the -- that document, is that the date of the interview or

15  the date the report was made?

16         MR. STEFIN:  It's the date of the interview.

17         THE COURT:  Do you know the date that the report

18  was made?  If you don't know now, we can find out and tell me

19  later, or tell us later.

20         I'm going to reserve ruling on the motion, so --

21  'til I can kind of sort through all this and figure out how

22  it affects the case.

23         Are all the jurors here, do you know?

24         THE COURTROOM SECURITY OFFICER:  I'll check.

25         THE COURT:  Some of the jurors weren't here when we

```
 1    started, and there was apparently an accident on 95 that
 2    might have delayed people.
 3              I notice that you filed another motion to suppress,
 4    and I guess I'm trying to understand procedurally why are we
 5    dealing with motions to suppress in the middle of trial?
 6              MR. SCHWARTZ:  It's really a motion in limine,
 7    Judge.  And at this point, in light of Mr. Stefin's I think
 8    correct response, particularly as to the crime fraud
 9    exception, Hodge-Sweig and the related cases, I believe the
10    accountant's testimony would be admissible.  So I'm going to
11    withdraw that motion.
12              THE COURT:  Thank you.
13              MR. SCHWARTZ:  There is also -- I also filed I
14    think on Friday, as I promised to the Court, the reply.
15              THE COURT:  I got that.
16              Okay.  So can we go forward, then, at this point?
17              MR. SCHWARTZ:  We're ready, Judge.
18              THE COURT:  Mr. Stefin, ready?
19              MR. STEFIN:  Yes.
20              THE COURT:  Let's bring the jurors in, please.
21              So it's docket entry 993 on, Mr. Schwartz, your
22    motion to suppress tax information improperly obtained by the
23    Government, you're withdrawing that motion?
24              MR. SCHWARTZ:  Correct, Your Honor.  That's the
25    information obtained from our accountant by Mr. Stefin.
```

```
 1                    THE COURT:  Okay.

 2                    MR. SCHWARTZ:  I'm sorry, by the Government.

 3                    THE COURT:  So that motion will be denied as moot

 4     based upon -- or withdrawn.

 5          (The jury enters the courtroom, after which the following

 6     proceedings were had:)

 7                    THE COURT:  Good morning, everyone.  Please be

 8     seated.  Welcome back, ladies and gentlemen.  Thank you again

 9     for being back this morning.  I apologize for getting started

10     late this morning.  Any time we have gaps of time between,

11     things come up.  It's the nature of the business.  Issues

12     come up, and so we had to take care of some matters before we

13     could get going this morning.

14                    Has anyone read or heard anything about the case

15     since we last were together?

16                    Hope you had a nice weekend and break from the

17     trial; and we're ready to continue.

18                    So Mr. Bardfeld.

19                    MR. BARDFELD:  The United States calls Mary

20     Guardia.

21                    THE COURT:  Ma'am, would you raise your right hand,

22     please.

23     Mary Guardia, Government's witness, sworn through the Spanish

24                              interpreter.

25                    THE COURT:  Please be seated.
```

```
 1              Ma'am, could you please tell us your name and spell
 2    your last name for us, please.
 3              THE WITNESS:  (In English) My name is Mary Guardia.
 4    My last name is G-u-a-r-d-i-a.
 5              THE COURT:  And, ma'am, you're using an interpreter
 6    to assist you in testifying today; is that correct?
 7              THE WITNESS:  (In English) Yes.
 8              THE COURT:  Can I have the interpreter state her
 9    appearance for the record, please?
10              THE INTERPRETER:  Ana Ugarte, court interpreter.
11    Good morning.
12              THE COURT:  Ladies and gentlemen, she's going to be
13    using the interpreter, so what you hear from the interpreter
14    is the testimony.  Okay?
15              You may proceed.
16                        Direct Examination
17    BY MR. BARDFELD:
18    Q    Ms. Guardia, how are you employed?
19    A    Right now, or before?
20    Q    Yes, right now.
21    A    (In English) Now, I clean the house --
22              THE INTERPRETER:  I baby sit.
23              THE COURT:  Ma'am -- ma'am, could you ask her to
24    speak in Spanish and not go back and forth?
25              THE WITNESS:  I'm sorry.
```

```
 1                    THE COURT:  Ana, can you use the microphone,
 2    please?
 3                    THE INTERPRETER:  Certainly.
 4                    THE COURT:  So start over.
 5    BY MR. BARDFELD:
 6    Q     How are you employed currently?
 7    A     I work cleaning houses.  Sometimes I babysit, and I am
 8    starting to do a business selling Mary Kay for cleaning
 9    products for your face.
10    Q     Do you know Defendant, Rose Marks?
11    A     (In English) Yes.
12                    THE INTERPRETER:  Yes.
13    BY MR. BARDFELD:
14    Q     I was going to say speak in Spanish.
15    A     I'm sorry.
16                    MR. SCHWARTZ:  Your Honor, could we perhaps try in
17    English and see if it --
18                    THE COURT:  It depends on whether she's comfortable
19    testifying in English or not.
20                    THE WITNESS:  No, I'm sorry, I would rather do it
21    in Spanish.
22    BY MR. BARDFELD:
23    Q     Did you answer, do you know the Defendant Rose Marks?
24    A     Yes.
25    Q     And how do you know Rose Marks?
```

```
 1   A      Well, I met her through her daughter-in-law, Nancy

 2   Marks, in Virginia.

 3   Q      Okay.  How long have you known Rose Marks?

 4   A      A long time.  About 18 years or more.

 5   Q      And where did you first meet Rose Marks?

 6   A      At her parents' house.

 7   Q      Where was her parents' house?  What state?

 8   A      In Virginia on Franconia Road.

 9   Q      Did there come a time when you started working for Rose

10   Marks?

11   A      What do you mean?

12   Q      Were you employed by Rose Marks?

13   A      Yes.

14   Q      And what did you do for Rose Marks?

15   A      I would do everything she asked me to do.  I would cook,

16   I would iron, I would wash.  Wherever she sent me I would go.

17   Q      And did you get paid by Rose Marks while you were

18   working for her?

19   A      For a while I lived there and she didn't pay me, but

20   then she did pay me.

21   Q      And where did you live?

22   A      Well, at the beginning I lived at her house, and then I

23   left when I had my son.

24   Q      Where was the house located?

25   A      The lady's house?
```

```
1    Q    Yes.

2    A    1319 Seminole Drive.

3    Q    And that's in Fort Lauderdale; is that correct?

4    A    In Fort Lauderdale, yeah.

5    Q    Have you had -- while working for Rose Marks, did you

6    have occasion -- well, I'm sorry.

7              When you did get paid by Rose Marks, how did she

8    pay you?

9    A    Cash.

10   Q    Okay.  Did you have occasion to cash checks for Rose

11   Marks?

12   A    Yes.

13   Q    Why would you cash those checks?

14   A    She would send me to cash them, I would cash them and

15   bring her the money.

16   Q    And when would you cash those checks?

17   A    When I was working there.

18   Q    At whose direction did you cash the checks?

19   A    The lady would send me.

20   Q    Which lady?

21   A    Mrs. Rose Marks.

22   Q    What did you do with the money, with the cash once you

23   cashed the checks?

24   A    I would give it to her.

25   Q    How would you give it to her?
```

1    A    Well, she'd be waiting for me and I would give her the

2    money.

3    Q    Did Rose Marks instruct you what banks to go to to cash

4    checks?

5    A    Of course.  She would tell me she would go to -- yeah,

6    she would tell me where to go.

7    Q    Did you ever cash more than one check on the same day?

8    A    A few times that I remember.

9    Q    And did you cash those checks at the same bank or

10   different banks?

11   A    Sometimes one would be full, and she would say -- you

12   know, she would send me to a closer one, go to a closer one,

13   because I had things to do.

14   Q    Did you know any other of Rose Marks' family members?

15   A    Yes.

16   Q    Who else did you know?

17   A    Of her family?

18   Q    Yes.

19   A    The whole family.  Her children, her inlaws.

20   Q    How did you know them?

21   A    At the house.  They would come to her house.

22   Q    Did any of them live at the house at 1319 Seminole?

23   A    Yes, her son, Ricky, and his wife, Nancy, lived there.

24   Then Danny and Rosie came to live there.  And Nicholas lived

25   there with us.  He lived there.

 1              MR. BARDFELD:  May I approach, Your Honor?

 2              THE COURT:  Yes.

 3   BY MR. BARDFELD:

 4   Q    I show you what's already been introduced into evidence

 5   as various photographs of family members.  Can you take a

 6   look at the first picture and identify who that is?

 7   A    That's Nancy.

 8   Q    And how is Nancy related to Rose Marks?

 9   A    She's her daughter-in-law.

10   Q    The next photograph.

11   A    That's Ricky's daughter.

12   Q    And who is that?  Do you know her name?

13   A    Fifi.

14   Q    Okay.  So that would be Rose Marks' granddaughter; is

15   that right?

16   A    Yes, the lady's granddaughter.

17              THE COURT:  What exhibit is that?

18              MR. BARDFELD:  This is exhibit number 36.  The

19   first exhibit of Nancy was exhibit number 32.

20   BY MR. BARDFELD:

21   Q    Who's the next photograph of?

22   A    Ricky.

23   Q    Okay.  This would be Government's composite exhibit

24   number 37.

25              How is Ricky Marks related to Rose Marks?

```
 1   A    He's her older son.

 2   Q    The next photograph.

 3   A    That's Michael.

 4   Q    And how is Michael related to . . .

 5   A    The lady's younger son.

 6   Q    This would be Government's exhibit number 38.

 7        The next photograph?

 8   A    That's Rosie.

 9   Q    And who is Rosie?

10   A    Her daughter.

11   Q    This would be Government's exhibit number 34.

12        There's another photograph on there?

13   A    Yeah.  That's her sister.

14   Q    Do you know her sister's name?

15   A    Yes, Julie.

16   Q    Government's exhibit 35, her sister.

17        And finally, I think there's one more picture?

18   A    That's her son-in-law.

19   Q    And what's his name?

20   A    Donnie.

21   Q    Is that Donnie Eli?

22   A    Yes.

23        THE COURT:  What's the exhibit on the last one?

24        MR. STEFIN:  The last one of Donnie Eli is

25   exhibit 39.
```

```
 1   BY MR. BARDFELD:

 2   Q    I'm sorry, one more.  Government's exhibit 35, who you

 3   identified as Julie, Rose Marks' sister, did you know her by

 4   any other names?

 5   A    I've mainly known her always as Julie.

 6   Q    You never knew her as Victoria?

 7   A    Oh, Victoria sometimes.

 8        MR. SCHWARTZ:  Objection, leading.

 9        THE COURT:  Sustained.

10   BY MR. BARDFELD:

11   Q    But you didn't know her -- you knew her as Julie?

12   A    Yes, yes.  Sometimes they would call her Victoria, but I

13   knew her as Julie.

14   Q    Ms. Guardia, you said that you had cashed checks for

15   Rose Marks.  Did you cash checks for any other family

16   members?

17   A    Maybe sometimes for her sister because she was having

18   problems with her foot.

19   Q    Okay.  But any other family members?

20   A    No.

21   Q    Okay.

22        MR. BARDFELD:  May I approach again, Your Honor?

23   BY MR. BARDFELD:

24   Q    I show you what's been identified as Government's

25   exhibit number 23 composite.  Have you had an opportunity to
```

 1    look at Government's exhibit 23 before you came here today?

 2    A    Yes.

 3    Q    And what is Government -- what's inside Government's

 4    exhibit number 23?

 5    A    Checks.

 6    Q    And who are those checks written to?

 7    A    Me.

 8    Q    And on all those checks, is that your name and your

 9    signature cashing the checks on all those checks?

10    A    Yes.

11    Q    Are all those checks that you cashed for Rose Marks?

12    A    Yes.

13          MR. BARDFELD:  I'd move for the admission of

14    Government's composite exhibit 23 into evidence.

15          MR. SCHWARTZ:  No objection.

16          THE COURT:  Admitted without objection.

17      (Government's Exhibit No. 23 entered into evidence.)

18    BY MR. BARDFELD:

19    Q    Just as an example of some of the checks that you

20    cashed, I'm going to show something on the screen, and I want

21    you to identify it.

22          It's a check written on a Joyce Michael, Inc.

23    account in the amount of $9000 on May 28th, 2005, pay to the

24    order of Mary Guardia, signed by Rose Marks.

25    A    Yes.

1   Q    Is that Mary Guardia you?

2   A    Yes.

3   Q    Okay.  And then on the back, there's an endorsement?

4   A    To me?

5   Q    Is that your signature endorsement?

6   A    Yes.

7   Q    And you cashed that check for $9000 that was written on

8   May 28, 2005; is that correct?

9   A    If that's what it says.  Every check she gave me I

10   cashed.  If that's the date that it says, then that's when it

11   was.

12   Q    What did you do with that $9000 once you received it?

13   A    I took it to her.

14   Q    Did you keep any of the money for yourself?

15   A    No.

16   Q    And that would be Bates number 1BOA12000295 as a part of

17   Government's composite exhibit 23.

18        Here's another check written on 5/30/2005, the next

19   day, also paid to the order of Mary Guardia in the amount of

20   $8500.

21   A    Yes.

22   Q    Is that your signature again --

23   A    Yes.

24   Q    -- endorsing that check?

25   A    Yes.

1    Q    What did you do with the $8500 that you received as you

2    cashed that check?

3    A    I took to the lady.

4    Q    The lady being Rose Marks?

5    A    Yes.

6    Q    Did you keep any of the cash for yourself?

7    A    No, never, not even a cent.

8    Q    Ms. Guardia, did you know that you cashed 160 checks,

9    all these checks, for Rose Marks while you were working with

10   her?

11   A    I didn't know how many there were, but every one she

12   gave me I cashed, and they were for her.

13   Q    And did you know that you cashed over $500,000-worth of

14   checks for Rose Marks?

15   A    No.

16          MR. BARDFELD:  I have no further questions.

17                    Cross-examination

18   BY MR. SCHWARTZ:

19   Q    Good morning, Ms. Guardia.

20   A    Good morning.

21   Q    Before you worked for Rose you worked for her mother,

22   right?

23   A    Yes.

24   Q    And then you came with Rose from Virginia to Florida; is

25   that correct?

1    A    Yes.

2    Q    And you worked for Rose in Florida?

3    A    Yes.

4    Q    Did you ever cash checks for Rose's husband, Nick?

5    A    No, I don't remember her husband, no.

6    Q    Did you know Nick?

7    A    Yes.

8    Q    And did he die of cancer in 2006?

9    A    Yes, I took care of him.

10   Q    And did Rose also take care of him?

11   A    Yes.  I was the one who took care of him the most.

12   Q    Okay.  And did Rose and Nick travel around the country

13   getting -- going to various hospitals and health centers?

14   A    Yes.

15   Q    Okay.  Now, the checks you cashed for Rose, did you use

16   some of that money to buy money orders?

17   A    Yes, she would ask me to do so, and I would do anything

18   she would ask me to do.

19   Q    Surely.  You were her employee, and you were also her

20   friend, right?

21   A    Yes, she would tell me, you're like my daughter.

22   Q    And she would pay most of her bills with money orders,

23   right?

24   A    Yes, sometimes she would pay them that way.  She knew.

25   Q    And she would ask you to buy money orders for FP&L or

1    BellSouth or other companies that she owed money to; is that

2    right?

3    A    Yes.

4    Q    So you didn't always give all the cash back to her.

5    Sometimes when you got the cash you would then use it to buy

6    the money orders; is that right?

7    A    Uh-huh.

8           THE COURT:  Is that a "yes"?

9           THE WITNESS:  Yes, yes.

10   BY MR. SCHWARTZ:

11   Q    And you told that to the Government when they

12   interviewed you previously, right?

13   A    I told them that everything she told me to do she sent

14   me to do.  I was her employee.

15   Q    We're not questioning.  I'm not arguing with you about

16   that.  I just wanted to make sure that you didn't tell the

17   Government that Rose got all the cash.  You told them that

18   Rose got the cash, and some of the cash you used to buy money

19   orders, and some of it Rose used to pay your salary, right?

20   A    Well, in the first place I would give her the money, and

21   then she would send me out to buy the money orders.

22   Q    So you would bring back the money to her, she would say,

23   Mary, take this amount of money and buy a money order to

24   FP&L, this amount of money and buy a money order to

25   BellSouth, like that.  Okay.

```
 1    A     Could you repeat that, please?

 2    Q     I'll withdraw it.  A lot of people have problems

 3    understanding me.

 4          Did you -- mentioned that at one time Ricky and

 5    Nancy and their kids lived in Rose's house; is that right?

 6    A     Yes.

 7    Q     And they also lived up in New York, didn't they?

 8    A     Yes.

 9    Q     And at various times, her adult children and their

10    children would come and stay with Rose for a period of months

11    at a time; is that right?

12    A     Yes.

13    Q     Was that often in the winter?

14    A     Well, anytime.  They came all the time, not only in

15    winter.

16    Q     So for a time, Nancy, Ricky, and Ricky's daughter and

17    sometimes his sons would come and stay with their mother

18    slash grandmother?

19    A     Yes.

20    Q     And sometimes Rosie and Donnie and their children would

21    be living there.

22    A     Yes.

23    Q     And on occasion, did Cynthia and Michael and their kids

24    stay there for a couple of weeks?

25    A     Yes.
```

```
 1    Q    And did other family members, like Julie, come and stay

 2    there occasionally?

 3    A    Yes.

 4    Q    You probably know better than anyone.  How many bedrooms

 5    were in the house?

 6    A    There are three downstairs and one upstairs.

 7    Q    And sometimes when the house was crowded would somebody

 8    sleep on the couch?

 9    A    Yes, when I would come in sometimes I would find

10    somebody sleeping on the couch, sometimes on the floor, too.

11    Q    Now, when were you first interviewed by the Government

12    regarding this case?

13    A    The Government?  Oh, when they came to my house to take

14    the car.  It was mine, but because it was in the lady's name,

15    they took the car.

16    Q    And you eventually got that car back, didn't you?

17    A    No.

18    Q    The Government never gave it back to you?

19    A    No.

20    Q    And did the Government interview you at some point, talk

21    to you about this case?

22    A    No.  Then they came and told me that I had to show up

23    for this case, and that was all.

24    Q    They never interviewed you and asked you the facts of

25    the case?
```

1    A    No, just that time when they came to pick it up, the

2    time when they came to get the car, and I said why, and they

3    said because it's in Rose Marks' name, and that was it.

4    Q    Well, that was in August of 2011, wasn't it?

5    A    Yes, the day they took them, too.  And they came to my

6    house that morning, too.

7    Q    But in October of 2011, didn't you have a meeting with

8    this nice lady over here, Beth Watts, and somebody named

9    Charlie Stack and another agent named Sergio?

10   A    Yes, that's right.  They asked me the same thing.  Yes,

11   I remember, yes.

12   Q    And did they ask you anything about your status in the

13   country?

14   A    The day?  I told them.  They didn't ask me, but I told

15   them.

16   Q    What did you tell them?

17   A    Well, I told them that I was working with her because

18   she told me that she was going to help me with my papers,

19   that she was going to get my papers, but she never did.  And

20   that's why I stayed working with her.

21   Q    And did the Government tell you you didn't have to worry

22   about your papers, they weren't going to do anything about

23   that?

24   A    No, nothing.

25   Q    Did they -- were you frightened somewhat that because

1    you weren't here legally they were going to try to deport

2    you?

3    A    No, because I haven't done anything wrong.  I'm not

4    afraid about anything.

5    Q    Aren't you -- weren't you afraid when the federal

6    Government came to see you and you were here illegally, that

7    they might say you have to leave the country?

8    A    No, because I've never done anything wrong.  I've always

9    done the right thing.  I've never done anything.

10   Q    Okay.  And you didn't do anything wrong when you worked

11   for Rose, did you?

12   A    I don't see that I did anything wrong.  When a boss

13   sends you to do something and you are the employee, that's

14   what I did.

15   Q    The Government didn't say you were laundering any money,

16   did they?

17   A    No.

18   Q    And you didn't feel you were doing anything wrong

19   regarding cashing checks so Rose could use the money to pay

20   her bills, did you?

21   A    I didn't see that the lady was doing anything wrong,

22   taking money out of her account and then giving it, you know,

23   to me to cash and then to paychecks like everybody does.

24   Everybody pays their accounts.

25   Q    Okay.  And did you think that sometimes the Marks family

```
 1    was a little wasteful?

 2    A    Sometimes they would have parties and everything, but

 3    everybody is owner of their own money.  I didn't really take

 4    too much stock in that.

 5    Q    So basically, you worked for Rose.  You also, I think,

 6    told the Government that you cashed on occasion checks for

 7    Vivian or Julie; is that right?

 8    A    Not Vivian.  I've never cashed anything for Vivian.

 9    Q    I'm sorry, I misspoke.  Victoria or Julie.

10    A    Oh, Victoria, yes, because my boss would tell me to go

11    cash it, and I would, I would go.

12    Q    And she had a bad leg, right?

13    A    Uh-huh.

14            THE COURT:  Is that a "yes"?

15            THE WITNESS:  Yes, yes.

16    BY MR. SCHWARTZ:

17    Q    And sometimes Ricky would ask you to cash checks for

18    him, and would Rose say, come on, Ricky, you're young enough,

19    go cash the checks yourself and tell you not to cash them?

20    A    Ricky has hardly ever told me to go cash checks for him,

21    no.

22    Q    But on occasion he did, didn't he?

23    A    I don't remember.  I would just go do it when the lady

24    sent me to do it.

25    Q    Okay.  But back in November, did you tell the Government
```

```
 1    Ricky Marks, Marks' son, would also ask you to cash checks
 2    for him, but Rose typically would only allow you to cash
 3    checks for Victoria or her?
 4    A    The lady always told me whenever I tell you to go cash,
 5    you can cash, but not for other people.  That's what she told
 6    me.
 7    Q    Okay.  And did you also, besides cleaning Rose's house,
 8    sometimes make a little extra money cleaning houses for her
 9    children when they lived in other houses?
10    A    Yes, sometimes she would tell me to go, and I would go
11    and do it, but sometimes they wouldn't even pay me.
12    Q    Really?
13    A    Yes, her son Michael still owes me, too.
14    Q    So Rose paid you all the time for your work, but Michael
15    and sometimes Ricky wouldn't pay you for the work you did; is
16    that right?
17    A    No, because they lived there at the house.  Ricky lived
18    at the house.
19    Q    So Ricky never had a house in Florida, he just stayed at
20    Rose's house when he was in Florida?
21    A    Yes, he always stayed at the house.
22    Q    Right.
23         But Michael and his wife Cynthia were different
24    than Rose, right?
25    A    They lived apart, but for a time they came to live at
```

```
 1   the mom's house.

 2   Q    Right.

 3              And whereas Rose paid you, sometimes Michael and

 4   Cynthia wouldn't pay you?

 5   A    Yes, that was the problem, that I wanted to leave, but

 6   then the lady called the police one time.

 7   Q    Who called the police?

 8   A    Yes, because I wanted to leave because there was too

 9   many people, and I didn't do something because Michael had

10   his own employee.  And then I didn't want to do something,

11   and then my boss, she got angry.  So I tried to leave.  I was

12   leaving her, and then she said, no, give me the car keys.

13   And I said, no, this is my car.  You've been taking the money

14   out of my salary.  This is my car.

15              So then the policeman came and told me that I

16   should sign, and we did a document, but we didn't have it

17   notarized.

18   Q    That was the document where Rose officially said the car

19   belonged to you?

20   A    Yes, that it's mine, that she was going to give it to me

21   at a certain time, but she didn't, because I was working

22   there.

23   Q    Okay.  And now, Rose -- when the Government seized --

24   arrested Rose, they also seized all of her jewelry, her cars,

25   and everything else, right?
```

1    A    I didn't see it.  This is what the lady told me when she

2    came to my house.  She said I have to take this because it's

3    hers, but I don't know what all they took.

4    Q    Now, you know that they took all of Rose's cars, Ricky's

5    cars, Donnie's cars, Cynthia's cars, Nancy's cars, Vivian's

6    car, do you know that?

7    A    I asked the lady who came to take it, why are you taking

8    it, and she said I'm taking everything that's in her name.

9    That's what she said.

10   Q    Okay.  And because the car was in Rose's name, the

11   Government took your car from you?

12   A    Yes.  Right before that we were supposed to have that

13   document notarized.  I think that very morning that we were

14   supposed to go get it notarized when they came.

15   Q    Now, eventually the Government had to give back a lot of

16   the cars; is that correct?

17   A    No, I don't know what they've given back.

18   Q    Do you know if all of the cars that were given back were

19   repossessed by the people who had the legal title?

20   A    No, I don't know.

21   Q    At some point was the only car that the Government gave

22   back that was not repossessed the car that Rose had said was

23   yours?

24   A    They didn't give it back to me.  I saw Ricky driving

25   that car, and I went to ask the lady, and she told me, take

```
 1    it, the car's broken.

 2    Q    And did you take it?

 3    A    No.  She didn't even give me the keys.  She just told me

 4    that, that's all.

 5    Q    And was it broken?

 6    A    I don't know.  I didn't have it -- try to work it or

 7    anything.  I don't know.

 8    Q    Let me direct your attention to sometime in 2011, before

 9    Rose was arrested.  Do you remember?

10    A    Yes.

11    Q    Did Rose ever ask you for a loan?

12    A    Yes, sometimes I saw that she had a real beautiful house

13    and everything, she didn't lack for anything.  It was my

14    mother's house -- my mother's money.

15    Q    Did you loan Rose about $20,000?

16    A    I don't remember how much, but when she told me she

17    needed it, she said it was urgent she needed it.  So then I

18    would call my mother and I would lend it to her.

19    Q    And did she pay you back?

20    A    She hasn't paid me everything.  She's still missing --

21    she hasn't paid the whole thing of my mother's money, too.

22    Q    But she paid most of it?

23    A    Most of it, yes.  But she still owes some.  She hasn't

24    paid it all.

25    Q    About $2000 of it?
```

```
 1    A      No, more.  What she owes me?

 2    Q      Yes.

 3    A      No, it's more than that.

 4    Q      And she was arrested and didn't make payments after she

 5    was arrested; is that right?

 6    A      And she still owes me my salary that she didn't pay.

 7    She still owes me that, too.

 8    Q      And how much is that?

 9    A      She owed me for several weeks.  She was owing me like

10    1400 or 1800.  I have it written down.

11    Q      Okay.  And then she was arrested?

12    A      Yes.

13              MR. SCHWARTZ:  I have no other questions, Judge.

14              THE COURT:  Thank you.

15              Any redirect?

16              MR. BARDFELD:  Yes, Your Honor.

17                        Redirect Examination

18    BY MR. BARDFELD:

19    Q      Ms. Guardia, did you know that Rose Marks was going to

20    the casino almost every night?

21    A      The lady would go out.  I didn't know where exactly, but

22    sometimes when I would go babysit the boy, they told me she

23    was going to the casino.

24    Q      Okay.  Let's talk a little bit about your immigration

25    status.
```

```
 1              Did any representatives of the Government ever make

 2    any promises to you regarding your immigration status in the

 3    United States?

 4    A     You talking about the Government or you?

 5    Q     Either one.

 6    A     Or are you talking about my boss?

 7    Q     No, not your boss.  Did anyone from the Government?  Did

 8    the prosecution?

 9    A     No, no.

10    Q     Okay.  Let's talk a little bit about the car that was

11    yours.

12              Why do you say it was your car?

13    A     The car was mine because she took me, I went with her to

14    get it.  It cost $24,400.  And during the time that I was

15    taking care of her husband, who was sick with cancer, I was

16    taking care of him, and she was taking money out of my

17    salary.  And so we made -- we figured out -- we figured it

18    out, and I finished paying it off.

19    Q     So who paid for the car?

20    A     What do you mean?  I paid her, and she paid, I imagine,

21    wherever she got it from.

22    Q     Okay.  But you paid her, so you paid for the car?

23    A     I paid it in full.

24    Q     And whose name was the car titled in?

25    A     Rose Marks; that's why they took it away.
```

```
 1              MR. BARDFELD:  May I approach, Your Honor?

 2              THE COURT:  Yes.

 3   BY MR. BARDFELD:

 4    Q    I show you what's been marked for identification as

 5   Government's exhibit 35-1, 35-2, and 35-3.

 6    A    What does that mean?

 7    Q    That's just for identification purposes.

 8              Can you take a look at those exhibits?

 9    A    Look at pictures you mean?

10    Q    Yes.

11    A    It's the same person.

12    Q    And is that the person you recognize as Julie?

13    A    Yes.

14    Q    And who is Julie?

15    A    My boss' sister.

16    Q    Rose Marks' sister; is that correct?

17    A    Yes.

18              MR. BARDFELD:  I move for the admission of

19   Government's exhibit 35-1, 35-2, and 35-3 into evidence.

20              MR. SCHWARTZ:  I have no objection, Judge.

21              THE COURT:  All right.  Admitted without objection.

22       (Government's Exhibit No. 35-1, 35-2, and 35-3 entered

23    into evidence.)

24   BY MR. BARDFELD:

25    Q    This is 35-1.  That's Victoria Eli?
```

```
1    A    Yes.

2    Q    Who you knew as Julie?

3    A    Yes.

4    Q    And the date of birth on that is 11/18/55; is that

5    correct?

6    A    I don't remember exactly.

7    Q    Can you see on this screen in front of you?

8    A    Yeah.

9    Q    And what's the date on that for her date of birth?

10   A    11/18/55.

11   Q    And this is a State of Florida driver's license

12   document; is that correct?

13   A    Yes.

14   Q    Now, exhibit 35-2.  You said this is the same person?

15   A    Yes.

16   Q    Also from the State of Florida driver's license?

17   A    That's what it says here, yes.

18   Q    Okay.  And what is the name of that person on that

19   driver's license?

20   A    Oh, Victoria Somers.

21   Q    Okay.  And the date of birth on that?

22   A    4/11/57.

23        MR. SCHWARTZ:  Your Honor, I didn't object to it

24   being into evidence, but this appears to be irrelevant.

25        THE COURT:  You agreed to it going into evidence.
```

```
 1              Overruled.
 2              MR. SCHWARTZ:  I'm sorry I wasn't fast enough,
 3   Judge.
 4   BY MR. BARDFELD:
 5   Q    And the name on the first one was?
 6   A    Victoria Eli.
 7   Q    And the last one, Government's exhibit 35-3.  That's the
 8   same individual you knew as Julie?
 9   A    Yes.
10   Q    And what's the name on that?
11   A    Janice Johnson.
12   Q    And the date of birth is 11/18/55; is that right?
13   A    Yes.
14              MR. BARDFELD:  I have no further questions, Your
15   Honor.
16              THE COURT:  Any recross?
17              MR. SCHWARTZ:  I don't -- no, no cross.
18              THE COURT:  Thank you, ma'am.
19              Ladies and gentlemen, I know we started late this
20   morning, but my court reporter has been going since
21   9:00 o'clock, so we need to give him a break.  All right?  So
22   let's take a 15-minute recess.  Thank you for your
23   cooperation.  We'll see you in about 15 minutes.
24       (The jury exits the courtroom.)
25              THE COURT:  Anything we need to discuss?
```

```
 1              MR. SCHWARTZ:  Nothing Your Honor.

 2              THE COURT:  Who is our next witness?

 3              MR. STEFIN:  Mr. Raley.

 4         (A recess was taken from 10:29 a.m. to 10:46 a.m., after

 5    which the following proceedings were had:)

 6              THE COURT:  Please be seated, everyone.

 7              All right.  We're back on the record.  Ms. Marks is

 8    present with counsel.

 9              We ready to proceed?

10              MR. STEFIN:  Yes, Your Honor.

11              THE COURT:  Mr. Schwartz, you ready?

12              MR. SCHWARTZ:  Yes, Your Honor.

13              THE COURT:  Bring the jurors in, please.

14              THE COURTROOM SECURITY OFFICER:  Yes, Your Honor.

15         (The jury enters the courtroom, after which the following

16    proceedings were had:)

17              THE COURT:  Welcome back, everyone.  Please be

18    seated, ladies and gentlemen.

19              Next witness.

20              MR. STEFIN:  We would call Adrian Raley.

21              THE COURT:  Would you raise your right hand,

22    please, sir.

23         Adrian Raley, Government's witness, sworn.

24              THE COURT:  Sir, the chair doesn't move, so if you

25    can pull that microphone towards you and tell us your name,
```

```
 1    please, and spell your last name for us.

 2              THE WITNESS:  My name is Adrian Raley, last name is

 3    R-a-l-e-y.

 4              THE COURT:  And why don't you spell your first name

 5    for us.

 6              THE WITNESS:  Adrian, A-d-r-i-a-n.

 7                        Direct Examination

 8    BY MR. STEFIN:

 9    Q    Good morning, Mr. Raley.

10    A    Good morning.

11    Q    Would you tell the members of the jury what you do for a

12    living?

13    A    I'm a certified public accountant.  I work with my

14    father.  We have a practice called Louis A. Raley, CPA in

15    Boynton Beach, Florida.

16    Q    I'm going to ask you two things.  One, slow down.

17    A    Okay.  Sorry.  I talk fast when I get nervous.

18    Q    The court reporter can't take it down as fast.

19    A    Okay.

20    Q    And the second thing is try to talk into the microphone;

21    and just relax.

22    A    Okay.

23    Q    That was actually three things.  Sorry.

24              You said your dad is Louis Raley?

25    A    Yes, sir.
```

```
1    Q    And you have a CPA practice with your dad?

2    A    Yes.

3    Q    And CPA stands for what?

4    A    Certified public accountant.

5    Q    As a certified public accountant, what do you do?

6    A    Our practice, we do corporate tax returns, personal tax

7    returns, and monthly business write-ups.

8    Q    Monthly business write-ups?

9    A    Basically, monthly financial statements for companies

10   that are clients.

11   Q    So you have certain companies that are clients of yours,

12   and you'll do financial reporting for them?

13   A    Correct.

14   Q    Is the primary business of you and your dad doing tax

15   returns for individuals and for businesses?

16   A    Right.  The bulk of the revenues is from tax season,

17   doing tax returns.

18   Q    And how long have you worked as a CPA?

19   A    This last tax season was my 16th tax season.

20   Q    You said your practice is located where?

21   A    Boynton Beach.

22   Q    And did you meet a woman by the name of Jude Montassir

23   in the course of your business?

24   A    Yes, sir.

25   Q    And did she become a client of yours?
```

1    A    Yes, sir.

2    Q    When was it approximately that she became your client?

3    A    We first met her probably right around the beginning of

4    2009.

5    Q    And was she referred to you by another client of yours?

6    A    Yes, we have a client who was -- who is a -- or was a

7    Fort Lauderdale police officer, Darren Ogden, that had

8    referred her to speak to us about helping her to catch up on

9    her tax returns.

10   Q    And you say you were going to help her catch up on her

11   tax returns.  At the time she became a client, was she behind

12   on her tax returns?

13   A    Yes, she had not filed 2004, 2005, 2006, 2007, and 2008.

14   Q    Did you learn whether in talking to her or Detective

15   Ogden, that she was an alleged victim in a particular case?

16   A    Yes, when he had given us the details of why she was

17   coming to us, he explained that~-- the circumstances of what

18   had happened.

19   Q    Did you, yourself, meet with Jude Montassir and talk to

20   her about her financial situation?

21   A    She did come and meet us at least once, and give us some

22   brief details on the situation and what she could provide us

23   as far as what we needed to try to get the accounting

24   accomplished.

25   Q    And do you recall what her demeanor was at the time she

1    talked to you?  In other words, the way she acted or her

2    emotional state?

3    A    She seemed very, like, stressed, emotional, not -- you

4    know, kind of dismayed or, you know, just not very alert at

5    that point.

6    Q    Now, in the course of trying to get her caught up on her

7    tax returns, did you receive certain information, financial

8    information, from her?

9    A    When she first came to us, there had been some stuff

10   that had been put together, bank statements, photocopies of

11   checks, and we basically had to use that information to

12   compile what we needed as far as coming up with income and

13   try to come up with the best expenses we could for her tax

14   returns.

15   Q    All right.  So one of the functions, or one of the major

16   functions would be to first try to determine what the income

17   or gross income was for each of those years?

18   A    Correct.

19   Q    And what did you utilize to try to determine what the

20   gross income was from 2004 through --

21   A    We used her corporate bank statements, recording all the

22   deposits, and then a couple of the years she had 1099s from

23   the publishing houses of how much they had paid her, so we

24   used those to crosscheck what we were showing for totals on

25   the corporate deposits.

```
 1    Q    And you prepared both individual and corporate returns

 2    for Ms. --

 3    A    That's correct, yes.

 4    Q    -- Ms. Montassir?

 5    A    Yes.

 6    Q    The fourth thing I want to tell you is you have to let

 7    me finish and complete my sentence, my question, before you

 8    jump in and answer, because that creates confusion.  All

 9    right?

10    A    Okay.

11    Q    What was the name of the corporation, do you recall?

12    A    Deveraux, Inc.

13    Q    And there are different types of corporations, aren't

14    there?

15    A    Yes, sir.

16    Q    And what kind of corporation would you call this?

17    A    It's called a Subchapter S election corporation.

18    Q    And what does that mean?

19    A    Subchapter S election allows the client that owns the

20    corporation, or in this case it's only one person, for the

21    profits or losses at the corporate level to transfer through

22    and be taxed on the personal tax return instead of at the

23    corporate level.

24    Q    And is a Subchapter S corporation applicable to certain

25    types of corporations?  When can you have the money from the
```

```
 1    corporation flow through to the individual's tax return?
 2    A    Well, there's certain rules on who can be a Subchapter S
 3    and who cannot, but in this situation there was just one
 4    individual that owns the whole corporation.
 5    Q    So how does this work, then?  Do you first start out
 6    figuring out what the income is for the corporation?
 7    A    Yes.
 8    Q    And where do you place that information?  What is the
 9    form called, the IRS form called that identifies the income?
10    A    The form is called the 1120S.
11    Q    And the "S" is designated because it's a Subchapter S
12    corporation?
13    A    Correct.
14    Q    And I think most of us know this, but what's the form
15    called for someone filing an individual tax return?
16    A    A 1040.
17    Q    You said that you were able to determine revenue from
18    1099s that had been filed by her -- or furnished by her
19    publishing company?
20    A    For a couple of the years.  We didn't have them for all
21    the years, but we had a couple that we could crosscheck the
22    amounts we were coming up with when we totaled all the
23    deposits.
24    Q    And what is a 1099?
25    A    A 1099 is a form that is given out by companies to
```

1    individuals that have performed work for them that aren't

2    employees but, like, subcontractors that, you know, they want

3    them to make sure that they pick up the correct amount on

4    their tax return, and they're also required by IRS rules to

5    file those 1099s.

6    Q    And were you also able to determine income from deposits

7    made into her corporate bank account, for example?

8    A    Correct, yes.

9    Q    All right.  So was it -- how difficult was it to

10   determine Ms. Montassir's gross income for those tax years,

11   2004 to 2007?

12   A    Having all the bank statements already photocopied, it

13   was, you know, not too hard to come up with those totals.

14   Q    All right.  And then when you come up with gross income,

15   then the next step is to do what?

16   A    To calculate expenses that are deductible business

17   expenses.  You know, our job as her accountant is to try to

18   lower her taxable liability, so anything that we can come up

19   with that's a reasonable business expense and can be

20   deducted, we, you know, try to use that to lower her tax

21   liability.

22   Q    All right.  And in determining deductions, did you learn

23   that Jude Montassir had paid money to various individuals as

24   part of an alleged fraud case?

25   A    Yes, sir.

```
 1   Q    And some of those individuals included the name Rose

 2   Marks?

 3   A    Yes.

 4   Q    Joyce Michael, Inc.?

 5             MR. SCHWARTZ:  Your Honor, I'm going to object to

 6   leading.

 7             THE COURT:  Sustained.

 8   BY MR. STEFIN:

 9   Q    Do you recall the individuals that were identified as

10   affiliated with Rose Marks that was identified for you?

11   A    There was checks to Rose Marks, Joyce Michaels, Peter

12   Wolofsky, Atlas Leasing, and those are the ones I can

13   remember off the top of my head.

14   Q    And what ultimately -- how did you ultimately treat

15   those payments on Jude Montassir's 1120S forms for those tax

16   years?

17   A    We wound up showing them under -- on the cost of goods

18   sold page, but under "other," and listed out the names and

19   the amounts that were paid.

20   Q    And why did you list them, those payments, as deductions

21   on the 1120S for Ms. Montassir?

22   A    At that point this was the first client we had had that

23   had incurred corporate fraud, and basically, we tried to

24   figure out the best way to reflect it.  But without having a

25   specific line item for that, we decided to list it under
```

```
 1    "other."

 2    Q    When you say we, we tried to decide, did you consult

 3    with anyone in making this determination?

 4    A    I had referred to my father, who's got like 20 years'

 5    experience more than me.  I had asked his suggestions on, you

 6    know, a couple of things where I was perplexed as to, you

 7    know, the best way to show it on the return.

 8    Q    Had you -- did you contact anyone at the Internal

 9    Revenue Service, a hotline or anything like that, to

10    determine what would be the most appropriate way to reflect a

11    theft loss or fraud loss?

12    A    No, sir.

13    Q    So you came to this determination by yourself?

14    A    Yes, sir.

15    Q    Were you ever informed by Jude Montassir or the

16    detectives working on her behalf that the payments to Rose

17    Marks and the other entities that you described were actual

18    business expenses of Deveraux, Inc.?

19    A    No, sir.

20    Q    Were you told or led to believe that Rose Marks, AKA

21    Joyce Michael, was an employee or contractor of Jude

22    Montassir?

23    A    No, sir.

24    Q    So how did you report these payments, then?  Would you

25    just explain that again?
```

```
 1   A    There's a section on the corporate return, it's called
 2   cost of goods sold section, and under there they have
 3   different categories.  There's a section called "other" where
 4   you can list things that don't really fit in any of the other
 5   categories, and I felt that that was, you know, maybe not the
 6   hundred percent correct place to show it, but the best place
 7   for me to show it where I could list them individually.
 8   Q    Have you since learned that there's a more precise or
 9   accurate way to report a loss due to theft?
10   A    Yes, I've learned that there's a Schedule K that has an
11   other section where you can attach a Form 4684, which is a
12   theft and casualty loss form, and reflect it on there.
13   Q    Had you ever utilized a Form 4684 to reflect a loss
14   prior to your interactions with Ms. Montassir?
15   A    Not at the corporate level, no, sir.
16   Q    So having now -- now knowing what you know, how -- how
17   would you have reported those payments to Rose Marks and
18   related --
19   A    If I was to --
20          MR. SCHWARTZ:  Objection, speculative.
21          THE COURT:  I'm sorry.  One at a time.
22          MR. SCHWARTZ:  Objection, speculative.
23          THE COURT:  Overruled.
24          THE WITNESS:  Okay.  I would now know to show the
25   Schedule K under "other," list the description, and then
```

1    refer to the schedule, or the Form 4684, and reflect the

2    casualty loss or theft loss on there.

3    BY MR. STEFIN:

4    Q    And, again, these are technical terms, but where is the

5    Schedule K located?

6    A    It's on the -- further back from the cost of goods

7    section in the 1120S return.  Each page has different, like,

8    schedule this, schedule that.

9    Q    So there is a Schedule K on the same 1120S form?

10   A    Correct, yes.

11   Q    And if you had done that, if you had reflected those

12   payments under the Schedule K and utilizing the Form 4684,

13   what would have been the net result with respect to

14   Ms. Montassir's tax liabilities for the tax years 2004 to

15   2007?

16   A    Looking back, it would have wound up being the same net

17   tax results, because it would have flowed through to the

18   personal and been a deduction to the personal, the same as it

19   had been portrayed showing it under other on cost of goods

20   sold.

21   Q    And when did you learn that you possibly mistakenly put

22   it under the wrong schedule for these tax returns?

23   A    Pretty much in the last six months.

24   Q    And how did you learn about that?

25   A    Talking to individuals about preparing for coming to

1   court.

2   Q    Were you contacted by Special Agent Beth Watts of the

3   IRS who interviewed you about the returns you had filed for

4   Ms. Montassir?

5   A    Yes, sir.

6   Q    And I think you've already answered this, but had you

7   ever handled a case before that involved a substantial theft

8   loss?

9   A    No, sir.

10  Q    Did Ms. Montassir receive any special consideration from

11  the IRS by virtue of the fact she was a witness in this case?

12  A    No, sir.

13          MR. SCHWARTZ:  Objection.

14          THE COURT:  Overruled if he knows.

15          THE WITNESS:  No, sir.

16  BY MR. STEFIN:

17  Q    And by special consideration, any special tax

18  consideration.

19  A    No, sir.

20  Q    In fact, did Ms. Montassir end up having some tax

21  liability especially relating to the tax year 2004?

22  A    Yes, she wound up paying a considerable sum in 2004.

23  Q    Say that again.

24  A    She wound up paying a considerable sum in 2004.

25  Q    Did she also pay interest and penalties for a late

1    filing?

2    A    Yes, there was late filing penalties and late paying

3    penalties and interest.

4    Q    Did you apply or consider applying on her behalf for a

5    waiver of penalties for what's called reasonable cause?

6    A    No, sir.

7    Q    Did you know that such an exemption exists?

8    A    Yes, sir.

9    Q    I want to show you what's been received in evidence as

10   Defendant's exhibit 29 composite and ask you if these are

11   returns that were prepared by you for Ms. Montassir under

12   Deveraux, Inc.

13   A    Yes, they are.

14   Q    And those are the 1120S tax returns for the tax years

15   2004 through 2007 for Ms. Montassir?

16   A    Yes.

17   Q    Did you go through a -- an exercise to determine what

18   percentage of Ms. Montassir's gross income for each of those

19   years was actually paid over to the Defendant, Rose Marks?

20   A    Yes.

21   Q    If you need to, you can use the Government's exhibits to

22   refresh your memory.

23   A    Okay.

24   Q    But, for example, for tax year 2004, do you recall

25   what -- or can you see what the gross reported income for

1    Deveraux, Inc. was in that year?

2    A    Yes.

3    Q    And how much for 2004 was the gross income for

4    Ms. Montassir through Deveraux, Inc.?

5    A    $3,832,001.

6    Q    And did you calculate how much of that $3.8 million

7    approximately was paid over to entities identified as

8    affiliated with Rose Marks and Joyce Michael, Inc.?

9    A    $1,071,100.

10   Q    I'm sorry.

11   A    I'm looking at the other costs under Schedule A, and I'm

12   adding the Rose Marks and Joyce Michael numbers together and

13   coming up with $1,070,100.

14   Q    You're looking at Schedule A, which is Raley-07?  The

15   last page?

16   A    Yep.  Yes, sir, sorry.

17   Q    If you total up those other than research materials.

18   A    Oh, including Peter Wolofsky and Atlas Leasing?

19   Q    Yes.

20   A    Oh, okay.  Let's see, other than research materials

21   would be $1,905,000 and change.

22   Q    So out of gross income of 3.8 million, she paid over

23   approximately 1.9 million, correct?

24   A    Correct.

25   Q    And using your mental calculator, what percentage is

```
 1    that of her gross salary?
 2    A    Fifty percent.
 3    Q    With regard to the tax year 2005, what was her gross
 4    reported income for that tax year?
 5    A    $1,297,888.
 6    Q    Can we round it off and call it 1.3 million?
 7    A    Yes.
 8    Q    And how much did she pay over to Rose Marks, Joyce
 9    Michaels, Peter Wolofsky, and Atlas Leasing in that tax year?
10    A    1.3 million.
11    Q    So out of her gross income of 1.3 million, she paid over
12    1.3 million?
13    A    Correct.
14    Q    And that would be a hundred percent of her income --
15    A    Yes.
16    Q    -- for 2005?
17         For the tax year 2006, what was the amount of her
18    gross income for that year?
19    A    1.3 million.
20    Q    Again, 1.3 million?
21    A    Uh-huh.
22         THE COURT:  Is that a "yes"?
23         THE WITNESS:  Yes.
24    BY MR. STEFIN:
25    Q    You have to answer yes or no.
```

```
 1              And in that tax year, how much did she pay over to
 2   Rose Marks, Joyce Michael, Peter Wolofsky, and Atlas Leasing?
 3   A    1.1 million.
 4   Q    So out of a gross income of 1.3, she paid 1.1 million.
 5   Do you have a fast calculation of what percentage that is?
 6   A    I believe it would be like 85 percent.
 7   Q    And for the tax year 2007, what was her gross reported
 8   income?
 9   A    $2,359,000.
10   Q    And how much in that year did you report that she paid
11   over to . . .
12   A    1.8 million.
13   Q    And you had that listed as subcontractors.
14   A    Yeah, the --
15   Q    But you had a list that broke that out further?
16   A    Yes, when we originally put it together, but I lumped it
17   all together in this one.
18              We had -- if you look at the date on the returns,
19   we were preparing these right during tax season that year, so
20   I, probably to save time, lumped them together on that one.
21   Q    And so she -- her gross was 2.36, the corporate shows
22   1.8 million paid over?
23   A    Yes, sir.
24   Q    That comes out to about . . .
25   A    I would say like 75 percent.
```

1    Q     Now, when you do these calculations, these were

2    transfers made from her corporate account?

3    A     Yes, either checks written out of her corporate account

4    or money withdrawn or wire-transfers.

5    Q     In 2007, did you factor in the amounts that came out of

6    her personal bank account, as well?

7    A     No, sir.

8    Q     Could that have been another deduction had you

9    calculated that additional amount of money?

10   A     It could have been taken on a 4684 on her personal

11   return.

12   Q     And do you recall how much money came out of

13   Ms. Montassir's personal account in 2007 in addition to the

14   1.8 million that you've already identified?

15   A     I believe it was 880-something thousand.

16   Q     So if you added the 1.8 million plus the additional

17   $880,000, that would take to us where?

18   A     Roughly 2.7 million.

19   Q     2.7 million that she paid over in 2007 to the Defendant

20   out of income of 2.36?

21   A     Correct.

22   Q     More than a hundred percent?

23   A     Correct.

24         MR. STEFIN:  If I could just have a moment, please,

25   Your Honor?

```
 1                   THE COURT:  Yes.

 2                   MR. STEFIN:  That's all I have on direct.

 3                   THE COURT:  Thank you.

 4                   Cross-examination.

 5                             Cross-examination

 6    BY MR. SCHWARTZ:

 7    Q    Good morning, Mr. Raley.

 8    A    Good morning.

 9    Q    You said about six months ago you met with Agent Watts

10    and some other members of the Government to prepare to

11    testify in this case?

12    A    Correct.

13    Q    And you were interviewed by Ms. Watts, a revenue

14    officer, Mr. Stefin, and Mr. Bardfeld?

15    A    Correct.

16    Q    And did you go over what your testimony would be?

17    A    They would -- gave me -- I never had been to federal

18    court before, so they were just giving me ideas on what kind

19    of questions I would be asked and what I'd be looking at as

20    far as what was going to happen.

21    Q    And my name is Fred Schwartz.  I'm the attorney for Rose

22    Marks.

23    A    Okay.

24    Q    Is my name familiar to you?

25    A    Yes.
```

```
 1    Q    Is that because I left many messages at your office to
 2    call me?
 3    A    I don't know about many messages, but, yes, a few
 4    messages.
 5    Q    And how many of those calls did you return?
 6    A    I believe I spoke to you in person the one time.
 7    Q    And was that for me to ask if you were Ms. Deveraux's
 8    accountant?
 9    A    Yes, sir.
10    Q    And would you be testifying in the case?
11    A    Yes, sir.
12    Q    And you said the Government was going to call you as a
13    witness to testify in the case; is that correct?
14    A    I believe so, yes.
15    Q    And I also said I'm going to subpoena you to testify in
16    the case.
17    A    Correct.
18    Q    Did we get into any -- were we able to get into any of
19    the substance of your testimony?
20    A    No, sir.
21    Q    Okay.  And did I call back and attempt to get into the
22    substance of the testimony or leave messages about the
23    substance of the testimony?
24    A    Yes, sir.
25    Q    Did you ever return those calls?
```

```
1    A    I -- no, sir.

2    Q    And why not?

3    A    I was -- I've never been to a federal court case before.

4    I didn't know what I was supposed to do or not supposed to do

5    as far as conferring with you on the stuff I had done.

6    Q    Did you ask Mr. Stefin or Mr. Bardfeld or Ms. Watts

7    whether you should return my call?

8    A    I believe by that time you had already subpoenaed me to

9    be in court.

10   Q    Did you ask them whether you should return my call?

11   A    No.

12   Q    And is it a crime for an accountant to assist a client

13   in committing tax fraud?

14   A    Yes.

15   Q    Did you assist Ms. Deveraux in committing tax fraud?

16   A    No.

17   Q    Who is Claude White?

18   A    That is -- I now know that that is her ex-husband.

19   Q    And did you deduct her payments to him as a theft loss?

20   A    There were two years that Claude White was listed.

21   Q    Two years or three years?

22   A    I believe it was two, could be three.

23   Q    Well, you listed him specifically on the return in 2005

24   and 2006, right?

25   A    Correct.
```

1    Q    And in 2007, you made a list which you gave to the

2    prosecutor of those people who you included within

3    consultants, right?

4    A    I don't think I gave them a list of who was included in

5    there.

6    Q    Well, let me show you what's been marked for

7    identification as Defendant's exhibit 51 and ask you if you

8    recognize it.

9    A    Yes, I recognize it.

10   Q    What do you recognize it as?

11   A    This was a paper that when I originally received the

12   documents, the corporate returns and canceled checks,

13   photocopies, there was also this that had been prepared,

14   listing a total for the different names.

15   Q    Who prepared it?

16   A    It was brought to me, I believe -- under the belief that

17   it was prepared by Darren Ogden or somebody in his office

18   before it was all brought to me.

19   Q    Well, Darren Ogden is a now former detective in Fort

20   Lauderdale who's a client of yours, right?

21   A    Correct.

22   Q    And his wife is named Julie Ogden?

23   A    Yes.

24   Q    Were you aware that Ms. Deveraux hired Julie Ogden to

25   assist her in going through her records and copying the bank

1    statements, et cetera, for you?

2    A    I was not aware that it was Julie that had put that

3    together.

4    Q    So somebody, either Darren Ogden, Jude Deveraux or Julie

5    Ogden, prepared this schedule for 2007; is that right?

6    A    Correct.

7    Q    And is that the schedule you used in coming up with the

8    number for consultants in 2007?

9    A    Correct.

10             MR. SCHWARTZ:  I'd offer it into evidence, Judge.

11             MR. STEFIN:  No objection.

12             THE COURT:  Admitted without objection.

13        (Defendant's Exhibit No. 51 entered into evidence.)

14             THE COURT:  Is that 52 did you say?

15             MR. SCHWARTZ:  I thought it was 51, Judge.

16             THE COURT:  Fifty-one?  Thank you.

17   BY MR. SCHWARTZ:

18   Q    Now, you say you got this from somebody on behalf of

19   Ms. Montassir; is that correct?

20   A    Correct.

21   Q    And it lists an amount to Atlas Leasing?

22   A    Yes.

23   Q    And it lists an amount to Rose Marks?

24   A    Correct.

25   Q    An amount to Peter Wolofsky?

```
 1    A    Correct.

 2    Q    A payment to the IRS?

 3    A    Correct.

 4    Q    What's Lynch & Howard?

 5    A    I believe that was her old accounting firm.

 6    Q    Okay.  That was a legitimate expense, and you list it as

 7    a legitimate expense on the return?

 8    A    Yes.

 9    Q    And Clara Daniels?

10    A    Yes.

11    Q    That was also a legitimate business expense?

12    A    Yes.

13    Q    And NCDOR is North Carolina Department of Revenue?

14    A    Correct.

15    Q    And NC Employment Secretary Division was also from North

16    Carolina?

17    A    Correct.

18    Q    And 941?

19    A    941 would be the payroll taxes on the W-2 she got from

20    the corporation, from the Deveraux Corp.

21    Q    So the IRS, Lynch & Howard, Clara Daniels, and the two

22    North Carolinas and the 941 you listed separately as

23    legitimate business expenses, correct?

24    A    Correct.

25    Q    And Atlas Leasing, Rose Marks, Peter Wolofsky, Claude
```

 1   White you listed in your consultant list; is that right?  Or

 2   you -- you didn't list.  You added up and that's what made up

 3   your consultant amount on the 2007 return?

 4   A    Correct, yes.

 5   Q    Who told you that the monies paid to Claude White in

 6   2004 -- I'm sorry, 2005, '6, and '7 were fraudulently paid?

 7   A    Nobody.

 8   Q    How did you know that the payments to the people you

 9   listed as expenses in lieu of theft loss were the result of

10   fraud?

11   A    The Claude White was an extra -- I went through and

12   added up all the names, the name, several of the names, the

13   Rose Marks, Atlas Leasing, Peter Wolofsky I had heard before.

14   The Claude White I did not know at that time that that was

15   her ex-husband.

16   Q    But who told you that these deductions were deductions

17   for fraud?

18   A    I came up with that on my own.

19   Q    Who told you that the payments she made to these people

20   were payments that were fraudulently made?  Was that

21   Detective Ogden?

22   A    I don't remember the specific time he told me that, but

23   that was the gist of what I got from our conversations.

24   Q    You got those from your conversations to Detective Ogden

25   and Jude, right?

```
1    A     Yes.

2    Q     They both said she was a victim of fraud?

3    A     Yes.

4    Q     And that these amounts and these people -- these amounts

5    that she paid to these people were fraudulent; is that right?

6    A     Other than Claude White.

7    Q     Well, how did Claude White get in there?

8    A     My mistake.

9    Q     Your mistake.

10         Who gave you the amount she paid to Claude White?

11   A     The sheet that's in evidence.

12   Q     Okay.  So the detectives or Jude gave you the amount she

13   paid to Claude White?

14   A     On the list, yes.

15   Q     Okay.  And just so we're clear, on this year the amount

16   to Claude White in 2007 was $110,000, right?

17   A     Correct.

18   Q     And that was deducted as a theft or fraud loss, correct?

19   A     Deducted under other, other on costs of goods sold page.

20   Q     And I'm showing you from Defendant's -- from the 2005

21   return, do you see Claude White there?

22   A     Yes, sir.

23   Q     And that was a $97,500 deduction; is that right?

24   A     Yes, sir.  Yes, sir.

25   Q     And 2006, that was $102,500 deduction; is that right?
```

```
 1   A    Yes, sir.

 2   Q    So at some point in time, did you learn that the

 3   Defendant -- I'm sorry, withdrawn.

 4        At some point in time, did you learn that your

 5   client, Jude Deveraux, improperly deducted over $300,000 as

 6   theft or loss on her 2005, '6, and '7 returns?

 7   A    In the last six months I learned that Claude White was

 8   not one of the ones I should list, but it would be more of a

 9   mistake on my part than Jude's.

10   Q    Well, or a mistake on the detective's part for giving it

11   to you on that list, right?

12   A    Right.  But they had basically categorized stuff and

13   listed who checks were written to.  I should have at that

14   point gone through and made sure that I knew who each person

15   was and why it was written to them.  And if I had asked her,

16   you know, who's Claude White, she would have said, that's my

17   ex-husband.  I would have known not to take it, but I did

18   not.

19   Q    And is there a procedure that you follow with the IRS

20   when you make an improper deduction?  Is there something you

21   do to amend your prior tax returns?

22   A    There's an amended return, but there's a three-year

23   window.

24   Q    So if you learn that your client, through your mistake,

25   has committed tax fraud, do you do anything to correct that?
```

```
1              MR. STEFIN:  Objection, Your Honor.

2              THE COURT:  Overruled.

3              THE WITNESS:  I learned in 2013, and it was too

4    late to correct those years.

5    BY MR. SCHWARTZ:

6    Q    It's too late to correct those years?  You don't go to

7    the IRS and say my client owes you an extra hundred thousand

8    or more because she improperly deducted 300,000?

9    A    Well, the one year there was a substantial loss.  Even

10   if Claude White would have been backed out, it would have had

11   no net effect on her tax liability, and the other year was

12   nominal.

13   Q    Did Ms. Watts, the Criminal Investigation Division

14   Special Agent for the IRS, know of your mistake?

15   A    That's part of the reason that I found out that I had

16   made that mistake.

17   Q    And you discussed it with her?

18   A    Yes.

19   Q    And she didn't say you have to change her returns, you

20   have to pay extra money?

21   A    She said -- we both realized that it was past the

22   three-year window for amending them.

23   Q    But you still stick to your statement that Jude got no

24   benefit from the IRS?

25   A    In the one year there was a substantial loss that would
```

1    have made no difference on the return.  The other year it

2    would have been very minimal.

3    Q    Well, minimal is different to different people.  In

4    those other two years, the taxes would have been an

5    additional 30 or 40,000 each year, right?

6    A    On a hundred thousand?  No.

7    Q    It wouldn't?  What was her tax bracket that year?

8    A    Which year are we talking about?

9    Q    Well, let's say 2006, when she deducted -- what did she

10   deduct in 2006?

11   A    For Claude White was $102,500, and the bottom line

12   income was $23,584, so it would have adjusted her income up

13   to 125,000, which I don't believe would have been high enough

14   to push her up into the 36 percent bracket.

15   Q    Would it have been 30 percent, 28 percent?

16   A    She probably would have been down in the 25 percent

17   bracket.

18   Q    25 percent?  25 percent of 106 is how much?

19   A    Like 25,000.

20   Q    Okay.  That's not a significant amount to you?

21   A    It is, but as was mentioned earlier, she had 880,000

22   taken out of her personal account in '07 that I never gave

23   her any tax benefit for that she had every right to.

24   Q    But the Government didn't require you to do anything

25   regarding these improper deductions?

```
 1   A     As I've said, there's a three-year window on the

 2   amendments.

 3   Q     Did you tell the Government -- obviously you did, if you

 4   discussed it with Ms. Watts at that meeting that you had with

 5   her.

 6   A     Correct, yes.

 7   Q     Let me show you what I'll mark for identification as

 8   Defendant's exhibit 52, a memorandum of your conversation

 9   with Ms. Watts on or about March 19th, 2013.  Is that when

10   you had the conversation with Ms. Watts?

11   A     Yes, sir.

12   Q     Would you read it to yourself -- don't read it out

13   loud -- and tell me if it says anything in there about Jude

14   Deveraux improperly deducting payments to Claude White in the

15   amount of over $300,000 in three tax years.

16   A     No, sir.

17   Q     It doesn't, and you know that because you've reviewed it

18   before you came to court today; is that right?

19   A     Yes, sir.

20   Q     So that's not listed anywhere in that report of

21   interview, is it?

22   A     No, sir.

23         MR. SCHWARTZ:  May we approach, Judge?

24         THE COURT:  Yes.

25      (The following proceedings were held at sidebar:)
```

```
 1              MR. SCHWARTZ:  I would just like to note for the

 2    record, Judge, that he was being prepared to testify.

 3    Obviously Your Honor noted that he was not on the witness

 4    list, so they must have decided not to use him as a witness.

 5    But I would also note for the record that I was given a

 6    report of interview.

 7              I believe Your Honor has a copy of it now.  And I

 8    suggest to the Court that the fact that Jude Deveraux had

 9    improperly deducted, whether with her accountant's advice or

10    hers, $300,000 paid to her ex-husband, particularly in light

11    of her testimony the other day that the payments to her

12    ex-husband were taxable to her, and he had to pay no tax on

13    it, is exculpatory information that should have been turned

14    over to us under Brady versus Maryland, and that it's not

15    included in the 302 -- in the report of interview from Agent

16    Watts and not provided to me prior to today.

17              THE COURT:  I'm sorry.  What is it that you're

18    saying was Brady information that was not provided?

19              MR. SCHWARTZ:  The fact that one of the

20    Government's main witnesses improperly deducted on her tax

21    returns $300,000.

22              THE COURT:  Well, you knew that.  You knew that

23    before you walked in here.  You had the tax returns.  It was

24    obvious.

25              MR. SCHWARTZ:  I found that out on the tax returns,
```

```
 1    but it wasn't included in the report of interview.  I've been
 2    stating throughout the trial and I stated pretrial that the
 3    government agents improperly either excluded exculpatory
 4    material from their reports or just didn't make reports, and
 5    we now have the first instance where we can prove that the
 6    government agents improperly excluded from their reports
 7    exculpatory material.
 8              I'm not asking Your Honor to do anything, I'm just
 9    asking to note it for the record.
10              THE COURT:  All right.  But, again, I'm trying to
11    understand how it was not provided to you if you had the
12    reports which on their face showed that Claude White was
13    being deducted as a business expense or whatever -- I mean,
14    it was obvious on its face that that was an improper
15    deduction.
16              MR. SCHWARTZ:  We had the tax returns.
17              THE COURT:  Yes.
18              MR. SCHWARTZ:  We didn't have the report from -- by
19    Mr. Raley.  And what I'm trying to establish, Judge, is a
20    pattern by the government agents of not excluding -- not
21    including in their reports exculpatory information.  The
22    facts that we demanded and Judge Hopkins required the
23    Government to turn over Jude Deveraux's tax returns to us
24    sometime last year was -- or the end of last year, and we
25    finally got them this year, did provide me with that same
```

 1    information that I should have had.

 2           THE COURT:  Okay.  All right.  Did you want to add

 3    anything?

 4           MR. STEFIN:  I just want to -- because the record

 5    of accusations is so extensive.  I took a moment to ask the

 6    agent and the other IRS revenue agent who's assisted on this

 7    case, we both participated in this interview, that first

 8    initial interview, and their recollection is that the issue

 9    of Claude White didn't come up at all in those initial

10    conversations.  And if the witness says otherwise, I would

11    just indicate that he's mistaken.  I don't think that Claude

12    White came up until just a few days ago when we pointed that

13    out to him.

14           THE COURT:  Well, I guess you can recross him on

15    that and see what he says, but -- all right.  So you're

16    representing to me --

17           MR. STEFIN:  My point is that there's nothing

18    withheld.

19           THE COURT:  -- that if the agent --

20           MR. STEFIN:  Beth Watts.

21           THE COURT:  -- Agent Watts were to testify under

22    oath, she would say -- and some other agent that was present,

23    they would testify that the Claude White thing did not come

24    up during this interview which is reflected on exhibit 52,

25    Defendant's exhibit 52?

```
 1              MR. STEFIN:  Exactly.  Exactly.

 2              THE COURT:  Okay.  So thank you.

 3         (Sidebar conference concluded.)

 4    BY MR. SCHWARTZ:

 5    Q    Now, Mr. Raley, you testified on your direct examination

 6    that you noted that Ms. Montassir -- am I pronouncing her

 7    name correctly?

 8    A    Montassir?

 9    Q    Montassir.  Paid a significant amount of tax in the year

10    2004; is that correct?

11    A    Yes.

12    Q    You weren't asked by the Government, nor did you

13    volunteer -- I guess you can't volunteer -- that what she

14    paid in the way of taxes in 2005, 2006 or 2007, did you?

15    A    Correct.

16              MR. STEFIN:  Object to the form of the question.

17              THE COURT:  Overruled.

18    BY MR. SCHWARTZ:

19    Q    As a matter of fact, you did prepare her corporate tax

20    returns for the years 2005, '6, and '7, didn't you?

21    A    Correct.

22    Q    And you prepared her personal tax returns for the years

23    2005, 2006, and 2007, didn't you?

24    A    Yes.

25    Q    In 2005, you showed a loss for her corporation,
```

```
 1    Deveraux, Inc., didn't you?

 2    A    Yes.

 3    Q    And that was even though, as you've testified, the

 4    income was a million three, approximately a million three?

 5    A    Yes.

 6    Q    And you showed a loss of $122,000, $122,410 for that

 7    year; is that right?

 8    A    Yes.

 9    Q    And later, a few months later, you took advantage of

10    that ability to amend the return, didn't you?

11    A    The amended corporate return, yes.

12    Q    Amended personal return.

13    A    Oh, amended personal return.

14    Q    Right?  You amended her personal return?

15    A    Yes.

16    Q    Now, the original loss of 122,000 by the corporation,

17    added with the fact that she reported no wages to herself for

18    that year meant that in 2005 she had a tax liability of zero?

19    A    I don't have it in front of me, but I believe so, yes.

20    Q    Would you like me to show you?

21    A    Yes, please.

22              MR. SCHWARTZ:  May I approach?

23              THE COURT:  Yes.

24              THE WITNESS:  Yes, it's zero.

25
```

1    BY MR. SCHWARTZ:

2    Q    But in addition to having a tax liability of zero, it

3    was really a tax liability of less than zero, wasn't it?

4    A    How?

5    Q    Well, she gets to carry over to the next year that

6    120-some odd thousand dollars loss, right?

7    A    Net operating loss, yes.  NOL.

8    Q    Her NOL, or net operating loss gets carried over to the

9    next tax year.

10   A    Correct.

11   Q    So if she had made money the next year, she could deduct

12   that $122,000?

13   A    Correct.

14   Q    And just so I'm clear, because I don't want to misstate

15   anything, you also added a $5000 itemized deduction, so her

16   real loss -- her -- was more than that; is that correct?

17   A    Her real -- well, you get a standard deduction on that

18   personal return, yes.

19   Q    And then when you amended that return approximately six

20   months later, in October of 2009 -- we're talking about the

21   2006 return, right?

22   A    Correct.

23   Q    You increased the loss to 100 and -- roughly $170,000;

24   is that right?

25            MR. SCHWARTZ:  May I approach?

```
 1              THE COURT:  Yes.

 2              THE WITNESS:  Are we talking about '06 or '05?

 3   BY MR. SCHWARTZ:

 4   Q    I'm talking about '05, I believe.

 5   A    Okay.

 6   Q    The '05 return?

 7   A    Yes, that was the original return, and then there's a

 8   copy of the amended return also.

 9   Q    And what does that increase the loss to?

10   A    On the -- looks like $170,921 loss.

11   Q    So she not only didn't pay any taxes in '05, but she had

12   a $170,000 loss that could be carried over to the next year?

13   A    The reason that the loss changed from the 120 to the 170

14   on her personal is because on the corporate we were unaware

15   that her old accounting firm had filed $90,000-worth of W-2

16   wages that I went back to reflect for, and there was some

17   mortgage interest and interest-related deductions that I

18   hadn't had originally that I got when I did the amended.  So

19   I was reflecting new information that had come to light.

20   Q    No one's arguing with that.

21              And it resulted in her getting a refund that year

22   of $22,600; is that right?

23   A    That's right, yes.

24   Q    And then at or about the same time that you filed the

25   '05 return, you filed an original '06 return?
```

```
 1    A     Correct.

 2    Q     And in the original '06 return you showed a profit from

 3    Deveraux, Inc. of roughly $23,584; is that right?

 4    A     Correct.

 5    Q     And then originally you applied the carry-over loss from

 6    the previous year which, at that time, you thought was

 7    $122,410.  So you showed a loss for 2006 of $98,000 roughly?

 8    A     Correct.

 9    Q     And then with standard deductions, et cetera, I think

10    her -- she got a refund of $30 that year?

11    A     Yes, there was a tax credit that year for phone -- phone

12    companies that overcharged, and everybody could get at least

13    the $30 refund.  So that's basically what that $30 was.

14    Q     Paid no taxes, but got a $30,000 refund that year?

15    A     Thirty dollars.

16    Q     Thirty dollars, I'm sorry.

17          And then you again in that year amended the return;

18    is that right?

19    A     Correct.

20          We're talking about the '06 now, right?

21    Q     Correct.

22          MR. SCHWARTZ:  May I approach?

23          THE COURT:  Yes.

24          THE WITNESS:  Okay.

25
```

```
 1   BY MR. SCHWARTZ:

 2   Q     And based on your amendment, what did you show as her

 3   adjusted gross loss for that year?

 4   A     Looking at that, it looked like $152,000 loss.

 5   Q     $152,900 roughly?

 6   A     Okay.  Yes.

 7   Q     And based upon that, because you found out that her

 8   previous accountant had paid some -- again had paid some

 9   10 -- I'm sorry, some W-2 payments in there --

10   A     He had filed several quarters of 941s reflecting wages

11   that I wasn't aware of at the beginning.

12   Q     Uh-huh.

13         And based on that, you deducted -- she had a refund

14   of $44,000 that year?

15   A     If I could look?

16         Yes, yes.

17   Q     And without going through all of the machinations, in

18   2007 she got a refund of $62,000; is that correct?

19   A     Sounds correct.

20   Q     You want me to approach and show you?

21   A     Yes, please.

22         This is the amended one.  I believe she paid a

23   certain amount of taxes on the original, and then this was a

24   refund off of the original amount she paid in.  So she had

25   overpaid originally, and then that was refunded to her.
```

```
 1    Q    Okay.  And just to be fair, because you're right as to

 2    that, she paid 144 that year, and she got back 62.  So

 3    actually, she paid $82,000 in taxes that year?

 4    A    Correct.

 5    Q    Is that fair?

 6    A    That sounds correct, yes.

 7    Q    But you weren't asked about any of that on direct

 8    examination, were you?

 9              MR. STEFIN:  Objection, Your Honor.

10              THE COURT:  Sustained.

11    BY MR. SCHWARTZ:

12    Q    Now, the income that you mentioned that Rose got for

13    these four years -- I'm sorry, withdrawn.

14              The income that you mentioned that Jude Deveraux

15    got for these four years, roughly 3.8 million in 2004,

16    1.3 million in 2005, for a total of four-point -- I'm sorry,

17    5.1 million, 1.3 million in 2006, for a total of 6.4 million,

18    and 2,300,000, roughly; for a total of 8.9 million, was money

19    that she earned from her writing of her books; is that right?

20    A    Correct.

21    Q    So in those four years, she got about $9 million from

22    writing her books?

23    A    Correct.

24    Q    And she paid, if I'm not mistaken, about $220,000-worth

25    of taxes on those 9 million after you filed the returns for
```

```
 1   her?

 2   A     Correct.

 3   Q     And do you know, of your own knowledge, whether Rose

 4   Marks assisted her in the writing of those books?

 5                 MR. STEFIN:  Objection.

 6                 THE COURT:  Overruled.

 7                 THE WITNESS:  I would have no knowledge of that.

 8   BY MR. SCHWARTZ:

 9   Q     Do you know whether Rose got any payment from Jude for

10   providing her with plots, with information about fortune

11   telling, with information about psychics, with discussions of

12   reincarnation and past lives and curses?

13   A     I wouldn't know anything about that.

14   Q     Do you have any personal knowledge as to why Jude paid

15   all this money to Rose?

16   A     No, sir.

17   Q     Who are you relying on for information as to why Jude

18   paid all of this money to Rose?

19   A     My client and the original detective I met with.

20   Q     So it's Detective Ogden, who's also your client?

21   A     Yes, sir.

22   Q     And Jude Montassir?

23   A     Yes, sir.

24   Q     And that's also the people you were relying on to say

25   that Claude White's payments were fraudulent; is that right?
```

```
 1   A     They never told me that Claude White's payments were
 2   fraudulent.  I mistook that list.  Did not recognize the name
 3   because I did not know her ex-husband's name.  I knew there
 4   was an ex-husband, but we did not talk about it.
 5   Q     Well, they gave you this list which we've now marked in
 6   evidence.  Do you have it in front of you still?
 7   A     I just have the corporate returns.  You talking about
 8   the one that was up on the screen?
 9   Q     Yes.
10   A     Yeah, I don't have it.
11   Q     Well, they gave you what was up on the screen as
12   Defendant's 51 in evidence, with a list of deductible
13   expenses, correct?
14   A     No, my understanding when they gave it to me is they
15   just categorized any checks that had been written that
16   equaled up to large amounts, they had categorized and listed
17   on the front page and left it up to me to determine what was
18   deductible and not deductible.
19   Q     Those were her only expenses?
20   A     That they had found through going through the
21   photocopied checks.
22   Q     And what rationale -- under what rationale would
23   payments to her ex-husband as part of a property settlement
24   be deductible?
25   A     There would be no situation, but I was unaware that that
```

1   was her ex-husband.

2   Q    Did you ever ask Detective Ogden, your client, why that

3   name was on the list?

4   A    The name didn't~-- the name appeared to be an alias, to

5   me.

6   Q    Did you ever ask your client, Jude Montassir, why that

7   name was on the list?

8   A    No, sir.  Out of all the amounts, that amount was the

9   smallest.

10  Q    So that's the reason why you left it on the list and

11  deducted it, it was the smallest?

12  A    No, it was the reason that I wasn't focusing on that

13  particular name.  I was seeing that as one of the minor names

14  on the list.  But I have, you know, no excuse for not finding

15  out that that was her ex-husband.

16  Q    Did you get similar lists to this for the years 2005,

17  2006, and 2004?

18  A    Yes, sir.

19  Q    So that information also came from your two clients,

20  Detective Ogden and Jude Montassir?

21  A    True.

22           MR. SCHWARTZ:  May I have a moment, Your Honor?

23           THE COURT:  Yes.

24           MR. SCHWARTZ:  I have no other questions.

25           THE COURT:  Thank you.

```
 1              Any redirect?

 2              MR. STEFIN:  Briefly.

 3                     Redirect Examination

 4    BY MR. STEFIN:

 5    Q     Would you acknowledge that the $110,000 that you

 6    included in the deduction on 2007 is mistaken?

 7    A     Yes, sir.

 8    Q     But in 2007, on the bottom of that form it shows Jude

 9    Montassir, Rose Marks, $882,572.

10    A     Correct, sir.

11    Q     Knowing what you know now, should that have been also

12    included as part of the deduction for the theft loss that the

13    victim suffered?

14    A     With her 2007 1040, I should have gone back and amended

15    and taken that 882,000 as a theft loss.  It would have taken

16    10 percent of it out as a -- there's a rule where you have to

17    take 10 percent of your adjusted gross income out on a theft

18    loss, so she would have gotten a deduction for about -- that

19    year, I think her income was like 440,000.  So she would have

20    gotten a deduction for about 840,000, which would have pretty

21    much wiped out any income she had for the year 2007, which I

22    think she reported four or 500,000-worth of income for that

23    year.

24              So she would have received back whatever she had

25    paid in 2007.  I'm not sure what the bottom total was on
```

1    that.

2    Q    But -- so you made two mistakes.  One is that you gave

3    her a credit for the 110,000.  When I say credit, gave it as

4    a deduction.

5    A    Right.

6    Q    But then failed to give her the deduction for the

7    882,000 on your personal return?

8    A    Correct, in a year where she would have paid in the 30

9    percentile for taxes in '07.

10   Q    And why didn't you file an amended return to give her

11   back that substantial deduction that she could have taken?

12   A    I wasn't aware of it until 2013, and the three-year rule

13   had already -- you have three years to amend or it's --

14   Q    Lost forever?

15   A    Can't do it, yeah.

16   Q    Is that the reason why you didn't amend any of the other

17   returns, as well?

18   A    Yes, sir, the three-year rule.

19   Q    And you also indicated for the 2005 tax year where I

20   think Claude White was listed for -- correct me if I'm wrong,

21   $90,000?

22   A    Ninety-seven-five.

23   Q    Ninety-seven-five?

24          Had you not included Claude White's number on that

25   particular return, would that have resulted in any additional

1   tax liability for Ms. Montassir that year?

2   A     No, there was a corporate loss of 122,000.  So if I was

3   to back out the 97 five, she still would have had about a

4   $25,000 loss for that year coming across from the

5   corporation.

6   Q     You were asked questions as to why -- do you know why

7   Claude White was included in the list there?

8             Do you know whether or not that at the time

9   Ms. Montassir had come to you, whether or not detectives

10  believed that Mr. White was somehow implicated in the

11  criminal offense?

12  A     I do recollect some conversation of them believing that

13  he could have had some kind of part in the whole scenario or

14  the whole incident.

15  Q     And Mr. Schwartz added up for us the amount of gross

16  income Ms. Montassir had between 2004 and 2007, which he

17  added up to $8.9 million.

18  A     Correct.

19  Q     And I know we did it year by year, but do you see what

20  the total is for how much of that $8.9 million went to the

21  Defendant, Rose Marks, or on behalf of Rose Marks?

22  A     I can figure it out.

23  Q     If I told you it was 6.9 million, would that --

24  A     That sounds about correct.

25  Q     That would sound about right?

```
 1              If the Defendant had, in fact, been an employee or
 2    a contractor working for Jude Montassir, would there have
 3    been additional forms you filled out in addition to the forms
 4    you filled out for these tax returns?
 5    A    Well, an employee would usually have payroll taxes
 6    withheld each pay period and have a W-4 on file.  If there
 7    was somebody who was a subcontractor 1099 employee, they
 8    would usually have their information on file and then be
 9    issued a 1099 miscellaneous at the end of the year.
10    Q    And were either of those things done?
11    A    No, sir.
12              MR. STEFIN:  That's all I have.
13              MR. SCHWARTZ:  Briefly, Judge?
14              THE COURT:  All right.
15                      Recross-examination
16    BY MR. SCHWARTZ:
17    Q    You testified that at the time you got the list, the
18    reason you believe -- or after redirect, the reason you
19    believe Claude White's name was on the list was that
20    Detective Ogden believed that he was part of this fraud; is
21    that correct?
22    A    I know now for that not to be true, but at that time,
23    yes.
24    Q    So do you deduct or file a form with the IRS, a sworn
25    form with the IRS, claiming a theft based on what some
```

1    detective thinks, or do you wait until there's an indictment

2    or some evidence of a fraud?

3    A    Well, this was early 2009 and it's now late 2013.  If I

4    had waited to file the return, she would probably already be

5    in jail for not filing her tax returns.

6    Q    I understand what you're saying, but if some client

7    comes to you and says I'm a victim of a fraud and you can ask

8    such and such detective, is that enough for the IRS to allow

9    you to deduct a casualty and theft loss?

10   A    At that time period we believed or we were being told

11   that this was going to probably go to trial within that next

12   six months to a year.  So I was under the impression then

13   that if I had anything that I needed to correct, it would be

14   within that three-year limit and that I'd be able to file it

15   properly and amend; which did not happen.  It's now like five

16   years later and too late to amend.

17   Q    Who told you that this was going to go to trial within a

18   year?

19   A    Originally -- nobody told me it was going to go to trial

20   within a year, but my understanding at that point was they

21   were moving on it and they were hoping for something to

22   happen in the next six months.  My own mind inferred that

23   that meant that it was going to go to trial, which I know now

24   not to be true, but I don't know anything about law

25   enforcement.

```
 1   Q     And you said if somebody was paid money for working for

 2   somebody else, you'd file a W-2 and have withholding taxes --

 3   A     Could be a W-2 employee or 1099.

 4   Q     Well, with a 1099 employee you don't file withholding

 5   taxes, do you?

 6   A     No, sir, there's no withholding on a 1099.

 7   Q     FICA, Medicare or anything like that, do they?

 8   A     No, sir, they're responsible for their own taxes.

 9   Q     So the only question would be whether Jude's old

10   accountant took the time to file a 1099, would there be?

11   A     Correct.

12            MR. SCHWARTZ:  No other questions.

13            THE COURT:  Thank you, sir.

14            Ladies and gentlemen, let's take our lunch recess.

15   Don't discuss the case or form any opinions.  Leave your

16   notes, and we'll see you at 1:15.  Thank you.

17       (The jury exits the courtroom.)

18            THE COURT:  Do we need to discuss anything now?

19            MR. SCHWARTZ:  Nothing.  We're just making sure we

20   have all of the evidence.

21            THE COURT:  All right.  We'll see you at 1:15.

22   Thank you.

23       (A recess was taken from 12:02 p.m. to 1:16 p.m., after

24   which the following proceedings were had:)

25            THE COURT:  Please be seated, everyone.
```

```
 1              We're back on the record.  Ms. Marks is present

 2     with counsel.

 3              We ready for our next witness?

 4              MR. SCHWARTZ:  I'm ready.

 5              MR. STEFIN:  Yes, Your Honor.

 6              THE COURT:  Let's bring the jury in.

 7          (The jury enters the courtroom, after which the following

 8     proceedings were had:)

 9              THE COURT:  Welcome back, everyone.  Please be

10     seated, ladies and gentlemen.

11              We are ready for our next witness.

12              MR. STEFIN:  Thank you, Your Honor.

13              Our next witness is Lawrence Epstein.

14              THE COURT:  Sir, would you please raise your right

15     hand.

16          Lawrence C. Epstein, Government's witness, sworn.

17              THE COURT:  Please be seated, sir.

18              Sir, if you'd please tell us your name and spell

19     your last name for us, please.

20              THE WITNESS:  Lawrence C. Epstein, E-p-s-t-e-i-n.

21              THE COURT:  Thank you, sir.

22                            Direct Examination

23     BY MR. STEFIN:

24     Q    Good afternoon, Mr. Epstein.

25     A    Good afternoon.
```

```
 1    Q     Would you tell the members of the jury what you do for a

 2    living.

 3    A     I'm a certified public accountant.

 4    Q     And how long have you been a certified public

 5    accountant?

 6    A     Since 1965.

 7    Q     And you've practiced in Florida for most of that time?

 8    A     I practiced in New York up through 1971, moved to

 9    Florida in '72, received my reciprocal license from the State

10    of Florida in 1978.

11    Q     And are you currently part of a accounting firm?

12    A     I am.

13    Q     What's the name of your firm that you work for?

14    A     Marcum, LLP.

15    Q     Is that a large accounting firm?

16    A     It's a national firm.

17    Q     And do you know a man by the name of Peter Wolofsky?

18    A     I do.

19    Q     How do you know him?

20    A     He's a client of mine.

21    Q     For accounting purposes?

22    A     Yes.

23    Q     And how long has he been a client of yours?

24    A     Forty years or so, give or take.

25    Q     Can you tell us a little bit about Mr. Wolofsky, you
```

```
 1    know, who he is and his background?

 2    A    Well, I met Peter in 1975 when Peter and his two

 3    brothers were developing Three Islands in Hallandale.  They

 4    built the highrises, or most of the highrises in Hallandale.

 5    Q    So they were real estate developers?

 6    A    They were real estate developers at the time.

 7    Q    Uh-huh.

 8    A    Since that time, Peter's two brothers have died.  Peter,

 9    after the real estate development was done, went into the car

10    business.  He owned the Auto Toy Store on Sunrise Boulevard.

11    Q    In Fort Lauderdale?

12    A    In Fort Lauderdale.

13    Q    And that's a -- what kind of --

14    A    It was an exotic car dealership.  And he had a part

15    interest in another Lincoln Mercury dealership out here.

16         And during that time and thereafter until now,

17    Peter busies himself with being a lender.

18    Q    Is Mr. Wolofsky still alive?

19    A    Yes.

20    Q    And how old is he?

21    A    Eighty-six.

22    Q    And what's the status of his health?

23    A    Well, Peter is in a wheelchair.  Has been for quite a

24    while.  But otherwise, I really wouldn't know the status of

25    his health.
```

1    Q    You said he's gone into the business of lending.

2    A    Yes.

3    Q    And by lending, what do you mean?

4    A    Providing mortgages on homes, loans on boats, airplanes,

5    some cars.

6    Q    And does he finance -- does he get the money from

7    financing himself, or is he using his own resources, his own

8    funds?

9    A    He's using his own funds.

10   Q    So without getting into numbers, would you categorize

11   him as a wealthy individual?

12   A    Yes.

13   Q    Multi-millionaire?

14   A    Yes.

15   Q    Now, as a private lender, well, you mentioned mortgages.

16   In other words, what would be the process in which he would

17   loan somebody money for a mortgage?

18   A    I don't understand what you mean by process.

19   Q    Well, would this be someone looking to purchase a home

20   or refinance a home or just simply borrow money with the

21   house as collateral for the loan?

22   A    You'd have to ask Mr. Wolofsky that.

23   Q    Was Rose Marks a borrower of funds from Mr. Wolofsky?

24   A    Yes.

25   Q    And did you, as his accountant, maintain the books and

1    records pertaining to Rose Marks' loans with Mr. Wolofsky?

2    A    Yes.

3    Q    And did you prepare -- and how did you maintain those

4    files?  How did you keep them in your office?

5    A    Every loan that Mr. Wolofsky makes, I open up a file.

6    In the file there were any legal documents that were provided

7    to me, including closing statements, mortgage notes, things

8    of that nature.  And on a periodic basis, generally on a

9    monthly basis, I receive copies of Peter's deposit slips, and

10   I keep a record of all the receipts pertaining to particular

11   mortgages, and I make copies of the deposit slips and put

12   them in the file.

13   Q    Would the deposit slips designate particular funds as

14   payment for particular mortgages?

15   A    Define what you mean by particular funds.

16   Q    Well, a deposit slip would show Mr. Wolofsky receiving a

17   certain amount of money.

18   A    Yes, in the name of the borrower who provided the money.

19   Q    Okay.  And how many mortgages or loans would

20   Mr. Wolofsky have outstanding at any one time in general, not

21   just pertaining to Rose Marks?

22   A    In individual mortgages and notes, there could probably

23   be anywhere between a dozen and two dozen, but he also

24   finances a leasing company called Atlas Leasing Company, in

25   which he owns a 50 percent interest, and he has loans on

```
 1    those, and those go into perhaps the hundreds.
 2    Q     Staying away from Atlas Leasing at this point, just
 3    talking about his private lending, you indicated that you
 4    maintain records pertaining to loans taken out by Rose Marks
 5    with Mr. Wolofsky?
 6    A     Yes.
 7    Q     Did you prepare a compilation or a summary of those
 8    loans or of those lending files for the United States?
 9    A     I prepared them for myself.
10    Q     Let me show you what's been marked as Government's
11    composite exhibit number 6.
12          MR. STEFIN:  May I approach, Your Honor?
13          THE COURT:  Yes.
14    BY MR. STEFIN:
15    Q     Can you identify that exhibit?
16    A     It is a book, or copy of a book that I prepared
17    summarizing the transactions between Peter Wolofsky and Rose
18    Marks.
19    Q     And that was compiled based on the records that you've
20    maintained with respect to loans by Rose Marks?
21    A     Yes.
22          MR. STEFIN:  We would offer Government's composite
23    six into evidence at this time.
24          MR. SCHWARTZ:  No objection, Your Honor.
25          THE COURT:  Admitted without objection.
```

```
 1        (Government's Exhibit No. 6 entered into evidence.)
 2   BY MR. STEFIN:
 3   Q    Can you explain generally what that book comprises of
 4   that's in front of you now?
 5   A    The book tries to take a complicated set of transactions
 6   and categorize it based on properties that were put up as
 7   collateral for particular loans, and it's broken up basically
 8   into three categories.
 9             Category number 1 was, represented monies that were
10   loaned and repaid on a property at 1319 Seminole Drive, in
11   Fort Lauderdale.  Category number 2 were other mortgages that
12   were given on two other properties, one on Northeast 12th
13   Street and one on Bayview Drive.
14   Q    And those are located in?
15   A    Fort Lauderdale.
16   Q    Fort Lauderdale, Florida?
17   A    Yes.
18             And category number 3 were -- represented three
19   loans on cars as collateral.
20   Q    With respect to document number 146, Epstein 146, I
21   think it's in the front of your book?
22   A    Yes.
23   Q    Does that document pretty much summarize the mortgage
24   loans that were received by Rose Marks through Peter
25   Wolofsky?
```

```
 1    A     What it does is it combines all three of those

 2    categories:  The mortgage on Seminole, the two other

 3    mortgages on the two separate properties, and the car loans;

 4    and it shows increases to the mortgages, decreases, and

 5    interest paid.

 6    Q     So I don't know if you have a number, but how many

 7    times -- how many -- approximately how many mortgages did

 8    Rose Marks take out with Peter Wolofsky between 2001 and

 9    2011?

10    A     Well, with respect to Seminole, I think there were --

11    depends on how you want to categorize it.  There were three

12    separate mortgages which then in 2006 were combined into one

13    consolidated mortgage.  So if you want to count that as four,

14    perhaps that's four.  And then there are the two separate

15    properties and two separate mortgages.

16    Q     All right.  And you said that from time to time would

17    there be increases in the mortgages and decreases in the

18    mortgages?

19    A     Yes.

20    Q     Let's go through this document 146.

21          By the way, what would be the interest that

22    Mr. Wolofsky would charge for these private mortgages?

23    A     It varied between, I think, 10 to 13 percent.

24    Q     On an annual basis?

25    A     On an annual basis.
```

1    Q    I'm trying to squeeze it all in as big as I can.  We're

2    pretty close there.

3         So for -- and these records go from 2001 to 2011;

4    is that correct?

5    A    2012.

6    Q    2012, I'm sorry.

7         And do you know whether or not there were other

8    financial transactions between Rose Marks and Peter Wolofsky

9    prior to 2001?

10   A    I believe there were, only because I saw interest on

11   Peter's tax returns that were labeled Rose Marks, but I

12   didn't have any files.

13   Q    All right.  So these are based upon the records that

14   you -- you've maintained?

15   A    Correct.

16        I maintained the other ones, but I just couldn't

17   find the files.

18   Q    So, for example, if we could just go down -- go across

19   on a few of these transactions, it looks like on the far

20   left, 2001, you indicated that this is a mortgage.  And can

21   you just explain?  Somebody may not know what a mortgage is.

22   A    As I said, there were three kinds of loans.  It was a

23   mortgage on Seminole, and for purposes of this schedule, we

24   called it mortgage.  There were two mortgages on two separate

25   pieces of property.  That's what's labeled, other mortgages.

1  And then the third category beginning in 2006 are auto.  So

2  you've got the three categories of loans combined in the

3  schedule.

4  Q    Right.

5         What is a mortgage simply?

6  A    A mortgage is a loan secured by a mortgage and a

7  mortgage note secured by property.

8  Q    It's a loan secured by property evidenced by a mortgage

9  note?

10 A    Yes.

11 Q    And the auto loans were loans that were secured by the

12 automobiles?

13 A    I didn't see any documentation other than the note.

14 Some of the notes that I saw listed the VIN numbers and the

15 cars.  Whether Peter Wolofsky was holding the title, I have

16 no idea.

17 Q    I see.

18         So for 2001, it was a loan of $515,000.  And,

19 again, you said where it indicates mortgage, that's based on

20 the --

21 A    Seminole Drive.

22 Q    1319 Seminole Drive address?

23 A    That's correct.

24 Q    And going across, does that show the payments that were

25 made in 2001 on that $515,000 mortgage?

1    A    Yes.

2    Q    The total, if we're reading it correctly, is $15,960;

3    under the column for principal there's nothing; and then

4    interest is $15,960.  So the total being $15,960, meaning any

5    payments that year was just interest only without any

6    principal.

7    A    That's correct.

8    Q    Is that right?

9          For 2002, $185,000 mortgage.  Again, adding to the

10   1319 property?

11   A    Yes.

12   Q    So would that mean that the total of mortgages that were

13   out on 1319 Seminole Drive as of 2002 would be the total of

14   515 plus 185, or $700,000?

15   A    Minus the repayment of 200,000 in the same -- on the

16   same column.

17   Q    Well, during the course of that year.

18   A    During the course of that year, $200,000 was paid

19   against the 515, and then there were new loans on that same

20   mortgage, one of a hundred thousand, one of 85,000,

21   aggregating 185,000.

22          So at the end of the year, it was 515 plus 185 is

23   700, minus 200,000 repaid, is 500,000.

24   Q    All right.  But in that year, 2002, in addition to

25   taking out the additional $185,000, she made payments

```
1    totaling $254,874?

2    A    That's correct.

3    Q    And that included the principal, as you described, the

4    $200,000, plus $54,874 as interest?

5    A    That's correct.

6    Q    And then it says right below that on 2002, it says other

7    mortgages, $350,000.  That pertains to another piece of

8    property you said?

9    A    That pertains to the Bayview Drive property.  In

10   July 30th, 2002, there was a loan of $350,000 and a repayment

11   of 90,000 on November 13th.  These dates, by the way, are the

12   dates that appeared in Wolofsky's records, dates of deposit

13   slips, maybe not necessarily the date of payment.

14   Q    Okay.  So for that particular mortgage of $350,000, a

15   total of $104,000 was paid down, $104,409, principal being

16   90,000 of that, and interest being $14,409?

17   A    That's correct.

18   Q    Just do a couple more, and then I'll move on.

19        2003, no mortgage is taken out, it looks like.  No,

20   I'm sorry.  $180,000 in 2003; is that correct?  Am I going

21   across the column correctly?

22   A    Yes, that's correct.  It's $180,000, repaid 164, which

23   133 was principal.

24   Q    And $31,404 was interest.

25   A    That's correct.
```

1    Q    No additional mortgages on other properties, but she

2    paid $34,404 that year to pay down the other mortgage?

3    A    No, to pay interest on the other mortgage.

4    Q    That was -- I'm sorry.  She paid $34,404, but it was all

5    interest, no principal?

6    A    That's correct.

7    Q    In 2004, another mortgage for $465,000 taken out in

8    2004?

9    A    Yes.

10   Q    But she paid down $482,000 of principal that year, and

11   $52,848 in interest, for a total of $534,848.

12   A    That's correct.

13   Q    And then other mortgages she took out that year were for

14   $578,950, of which --

15   A    That was a separate piece of property.  That was the

16   Northeast 12th Street property.

17   Q    So that's a third piece of property.

18   A    That's correct.

19   Q    And in that year she paid down -- let me correct that.

20   She paid $55,697?

21   A    Where are you?

22   Q    Of interest only.

23   A    What year are you on?

24   Q    2004, other mortgages.

25   A    She paid $55,000 in interest.

1   Q    55,000.

2   A    That $55,000 was on both of the two ancillary mortgages,

3   one on 12th Street and the other on Bayview Drive.  That's a

4   combined number.

5   Q    All right.  I'll do one more, and then I'll get to the

6   bottom line.

7        2005, another mortgage for $450,000, or an increase

8   of $450,000?

9   A    Yes.

10  Q    Of which she paid a total of $209,945, consisting of

11  principal of $135,000 and interest of $82,945.

12  A    Right.

13  Q    And this goes on through 2006, 2007 --

14  A    That's correct.

15  Q    -- 2008 and 2009.

16        So if we can get to the bottom figures and then the

17  designation of the columns is obscured, but the total amount

18  of loans taken out during this time period amounted to

19  $3,799,050?

20  A    Yes.

21  Q    And she paid for that amount of mortgages $4,929,080; is

22  that correct?

23  A    Yes.

24  Q    And that consisted of the principal of $3,768,950 and

25  interest in the amount of $1,168,130?

1    A      Yes.

2    Q      Yes?

3    A      Yes.  That's what he received.  Actually, I think there

4    was an additional $12,000 that she paid, but it was turned

5    over to Wolofsky's counsel and kept by him.  So it really

6    should have been probably a million 180 in interest.

7    Q      And then down below we have auto loans of $100,000,

8    $155,100, and $300,000, totaling $555,100; is that accurate?

9    A      That's correct.

10   Q      And those loans were repaid, as well?

11   A      Well, they were satisfied.

12   Q      They were satisfied?

13   A      Yeah.

14   Q      Now, did you ever personally see the checks that were

15   utilized by the Defendant, Rose Marks, to pay on these

16   various mortgages and loans?

17   A      Not contemporaneously with the deposit.  From time to

18   time I saw checks that Ms. Marks provided to counsel,

19   Wolofsky's counsel, Bruce Green, in trying to come up with

20   how much was owed or not owed and how much she had paid

21   against the interest that she owed, and I had copies of some

22   of those checks.

23          But generally speaking, I only received deposit

24   slips without checks, and I don't make the deposits.

25   Q      All right.  But for the checks that you did see, did you

```
 1   notice whether there were any third-party checks that were

 2   used in payment -- paying down these various mortgages?

 3   A    I don't recall seeing third-party checks, but there

 4   could have been.

 5   Q    You mentioned the individual named Bruce Green.  You

 6   said he was Mr. Wolofsky's attorney?

 7   A    Yes.

 8   Q    Do you recall whether or not there were payments made by

 9   Rose Marks to Bruce Green for fees related to the mortgages?

10   A    Well, there were payments that were made to Green's

11   trust account each time there was a mortgage modification.

12   Q    And what would those payments be for?

13   A    A variety of things, legal fees, perhaps back due

14   interest on a modified mortgage, perhaps real estate tax,

15   perhaps something that Ms. Marks owed to Atlas Leasing.  Any

16   one of a number of things.

17              MR. STEFIN:  If I could just have one second?

18   BY MR. STEFIN:

19   Q    Do your records reflect what type of motor vehicles were

20   obtained by Rose Marks on those loans secured by the

21   vehicles, or the auto loans, I should call them?

22   A    On one loan, the note reflected reference to a 1998

23   Bentley and a 2002 Mercedes.  In a second -- that was one

24   loan.  In a second loan, I don't have a copy of the note, but

25   I believe I was told it had to do with a 2007 Ferrari.  And
```

```
 1    in a third loan, I don't know what it was.

 2              MR. STEFIN:  That's all I have on direct.

 3              THE COURT:  Thank you.

 4              Cross-examination.

 5              MR. SCHWARTZ:  One moment, Judge.

 6                         Cross-examination

 7    BY MR. SCHWARTZ:

 8    Q    Good morning, Mr. Gordon (sic).

 9    A    Good afternoon.

10    Q    I'm always in a fog.

11              Where did you go to school?

12    A    City College of New York.

13    Q    Bernard Baruch?

14    A    Bernard Baruch.

15    Q    Class of '65?

16    A    '61.

17    Q    '61.  I thought you looked older than me.

18    A    Bascom Palmer will help.

19    Q    Thanks.

20              Now, did Dean Saxe teach you any of your accounting

21    courses?

22    A    No, but he was there.

23    Q    Let me ask you, is Mr. Wolofsky, and with no negative

24    connotation here, is he what's known as a hard lender or hard

25    loans?
```

```
1    A    I wouldn't know.

2    Q    In other words, most -- many people who want loans go to

3    banks or other financial institutions to get loans at

4    whatever the prevailing rate is at that time; is that right?

5    A    I suppose.

6    Q    And then there are people who don't have the credit or

7    for other reasons can't get loans from financial

8    institutions, and do they go to people like Mr. Wolofsky or

9    finance companies or people like that?

10   A    It's possible.

11   Q    Okay.  And usually these loans, as opposed to bank

12   loans, are at a somewhat higher interest rate, aren't they?

13   A    You'd have to check the rates at the times these loans

14   were made.  I don't know.

15   Q    Okay.  But based on your knowledge, mortgage rates in

16   the early 2000s didn't go generally from 10 to 13 percent,

17   did they?

18   A    I don't know.  But I can tell you that his loans are

19   generally large loans, and they're generally in the banking

20   industry called jumbo loans, and they carry higher interest

21   rates because they carry higher risk.

22   Q    And do you know of your own knowledge whether Ms. Marks,

23   because of her background, not having a regular job with W-2s

24   and things of that sort, wouldn't qualify for a normal bank

25   loan or mortgage?
```

1    A    I have no idea.

2    Q    Okay.  I'm going beyond the scope of your knowledge, and

3    I apologize.

4    A    Yes, sir.

5    Q    As I understand your chart, from 2001 to about 2009,

6    Mrs. Marks took out various loans for her house, for another

7    house for Rosie Marks, and another house for Ricky Marks, is

8    that fair?

9    A    I don't know who owned the houses.  I assumed that they

10   were owned by Rose.

11   Q    Are you aware that because of the equity in her house,

12   Mr. Wolofsky would give loans to Rose for other members of

13   her family to utilize?

14   A    I have no knowledge of Mr. Wolofsky's lending habits or

15   lending conditions.

16   Q    But he usually was a lender who wanted to be well

17   secured; is that fair to say?

18   A    I think so.

19   Q    And that means he wanted to make sure that if somebody

20   defaulted on their loans, there was enough collateral to

21   pay -- to be sold and pay him back?

22   A    Fair statement.

23   Q    Okay.  Do you know for whom that Ferrari you mentioned

24   was bought and by whom it was bought?

25   A    No.

```
1    Q    Okay.  It appears from your chart that for mortgages on

2    three properties, over the roughly nine-year period from 2001

3    to 2010, Ms. Marks borrowed almost $3.8 million, is that a

4    fair statement?

5    A    That includes the cars.

6    Q    I'm sorry, including the cars.

7              Okay.  Including roughly a half a million dollars

8    or more for cars.

9    A    That's correct.

10   Q    For the houses, she borrowed probably about

11   $3.25 million?

12   A    Correct.

13   Q    Or thereabouts?

14   A    Correct.

15   Q    And until the last payment of $821,000 on the house, she

16   had a habit of borrowing, paying back, borrowing, paying

17   back, sometimes borrowing more than she had paid back,

18   sometimes borrowing less than she had paid back, is that

19   fair?

20   A    That's fair.

21   Q    And at the time that the final payment was made in 2012,

22   the outstanding mortgage indebtedness on the house was

23   roughly $815,000?

24   A    Actually, it was $845,100.

25   Q    And Mr. Wolofsky gave her a discount in the payment?
```

```
 1    A    My best recollection was that it was a payoff number

 2    provided by Peter Wolofsky and/or his counsel.

 3    Q    Right.

 4    A    Not taking into consideration an underpayment of $30,100

 5    on a loan of $155,100, but by the time I got it, the

 6    information, and provided my number to whoever had wanted to

 7    listen, the deal had already been struck.

 8    Q    Which shows the problems of lawyers and clients not

 9    listening to accountants; is that right?

10    A    I guess.

11    Q    So they made a deal in 2012, and Rose paid $815,000 plus

12    an additional 6000 in interest?

13    A    I believe she paid the six before the 815.  The 815 was

14    one payment all by itself.

15    Q    Okay.  And do you know if that was done because on or

16    around the date of the mortgage payment the house was sold to

17    an independent third party?

18    A    I have no knowledge of that.

19    Q    Do you know if the house was sold?

20    A    I have no knowledge of that.

21    Q    Okay.  But you know that as of that date, there was no

22    outstanding mortgage with Mr. Wolofsky on the house?

23    A    After the payment of the 815?

24    Q    Correct.

25    A    That's correct.
```

```
 1    Q    Now, on the cars, were they paid back in currency, cash,

 2  checks, or how were they paid for, do you know?

 3    A    They were paid for by virtue of deposit slips that I

 4  received.

 5    Q    Uh-huh.

 6    A    There could have been cash on the deposit slips or not.

 7  I don't know.

 8    Q    Do you know if the cars were repossessed by either the

 9  leasing company or the automobile company based on notes or

10  leases, and then sold and the outstanding balances paid?

11    A    I have no knowledge of that.

12    Q    You just know that someone paid a check to pay the

13  outstanding balance?

14    A    That's correct.

15    Q    Or paid an amount to pay the outstanding balance?

16    A    That's correct.

17           MR. SCHWARTZ:  May I have a moment, Judge?

18           THE COURT:  Yes.

19  BY MR. SCHWARTZ:

20    Q    Is there anything I should have asked you and didn't?

21           MR. SCHWARTZ:  No further questions, Judge.

22           THE COURT:  Thank you.

23           Any redirect?

24           MR. STEFIN:  No.

25           THE COURT:  Thank you, sir.
```

```
 1                    THE WITNESS:  Thank you.

 2                    MR. BARDFELD:  The United States calls Michael

 3      Gordon.

 4                    THE COURT:  Sir, would you raise your right hand.

 5               Michael Gordon, Government's witness, sworn.

 6                    THE COURT:  Please be seated.

 7               If you would pull that microphone towards you,

 8      please, so we could hear you, and tell us your name and spell

 9      your last name for us, please.

10                    THE WITNESS:  Michael Gordon, G-o-r-d-o-n.

11                    THE COURT:  Thank you, sir.

12                         Direct Examination

13      BY MR. BARDFELD:

14      Q    Good afternoon, Mr. Gordon.

15               What do you do for a living?

16      A    I'm a car dealer.

17      Q    And how long have you been a car dealer?

18      A    Since the 1980s.

19      Q    And what's the name of the business that you work at?

20      A    Fort Lauderdale Collection.

21      Q    And do you work at any other business?

22      A    Atlas Leasing.

23      Q    And what do you do at Fort Lauderdale Collection versus

24      Atlas Leasing?

25      A    Fort Lauderdale Collection is a luxury and exotic car
```

```
1    dealer, and Atlas Leasing leases the vehicles.

2    Q    Okay.  So it's just two aspects of the same company?

3    A    Correct.

4    Q    And what do you actually do at the business?

5    A    I run the day-to-day operations.

6    Q    Are you in the business with anyone?

7    A    Atlas Leasing is owned 50 percent by me and 50 percent

8    by my father-in-law.

9    Q    And what's your father-in-law's name?

10   A    Peter Wolofsky.

11   Q    Do you run the day-to-day operations at Atlas Leasing?

12   A    Yes, I do.

13   Q    How about at Fort Lauderdale Collection?

14   A    Yes, I do.

15   Q    Are they in the same facility?

16   A    Yes, they are.

17   Q    Where is that located?

18   A    500 North Federal Highway, Pompano Beach.

19   Q    And what kind of vehicles do you sell or lease at Fort

20   Lauderdale Collection?

21   A    Luxury and exotic, Ferrari, Lamborghini, Rolls Royce,

22   BMW, Mercedes, Porsche, Aston Martin.

23   Q    And what's the business relationship between Fort

24   Lauderdale Collection and Atlas Leasing?

25   A    Atlas Leasing buys the -- if a client wants to lease a
```

```
 1    vehicle from Fort Lauderdale Collection, Atlas Leasing would

 2    lease them the car as a leasing source and pay Fort

 3    Lauderdale Collection for the car and then lease the car to

 4    the client.

 5    Q    And what's Mr. Wolofsky's role in the business?

 6    A    He funds the business.

 7    Q    He funds the business?

 8    A    Yes, he acts as the bank.  The leasing company would

 9    then have to borrow the money for the lease to pay for the

10    vehicle to Fort Lauderdale Collection, and the money would

11    come from Peter.

12    Q    Do you know the Defendant, Rose Marks?

13    A    Yes, I do.

14    Q    And how do you know Rose Marks?

15    A    She has been a client of both companies for many years.

16    Q    Can you identify her?  Is she in the courtroom?

17    A    Yes, she's sitting at the table.

18    Q    What's she wearing?

19    A    Pink.

20    Q    How long have you known her?

21    A    Since the '90, mid to late '90s.

22    Q    Do you know her family members?

23    A    Yes.

24    Q    Who do you know in the family?

25    A    I know her son Ricky, I know his wife Nancy, I know her
```

1   sister.

2   Q    What's her sister's name, do you know?

3   A    Victoria.

4   Q    Okay.  Who else do you know in the family?

5   A    I know her son Michael, I know her granddaughter Vivian,

6   I know her brother Thomas and her brother John.

7   Q    And do you do business with Rose Marks?

8   A    Yes, I do.

9   Q    When I say you, I mean Atlas Leasing or Fort Lauderdale

10  Collection.

11  A    Yes.

12  Q    Do you also do business with her family members?

13  A    Yes.

14  Q    Do they buy or lease vehicles?

15  A    Mostly lease.

16  Q    Over the years, what kind of vehicles has Rose Marks and

17  her family leased from you at Fort Lauderdale Collection?

18  A    A variety of vehicles, Range Rovers, Ferraris, Bentleys,

19  Mercedes.

20  Q    High end vehicles?

21  A    High end vehicles.

22  Q    Who in the Marks family did you typically do business

23  with?

24  A    Rose or Ricky.

25  Q    Rose or Ricky?

```
 1              But you also did business with other family

 2    members?

 3    A    Yes.

 4              MR. BARDFELD:  May I approach, Your Honor?

 5              THE COURT:  Yes.

 6    BY MR. BARDFELD:

 7    Q    I show you what's been marked for identification as

 8    Government's exhibit 5-1.  Can you take a look at what that

 9    is?

10    A    It is a notebook filled with pictures of vehicles that

11    are similar to the vehicles or the type of vehicles that I

12    had leased or purchased to the Marks family.

13    Q    Before you came here today, were you asked to provide

14    those documents relating to the sale and lease of those kind

15    of vehicles by Rose Marks and her family members?

16    A    Yes.

17    Q    And are those the documents you provided in response to

18    that request?

19    A    Yes.

20    Q    Were those documents kept in the ordinary course of

21    business by you or your employees at Atlas Leasing or Fort

22    Lauderdale Collection?

23    A    Yes.

24    Q    And is it the regular practice to keep those kind of

25    records?
```

```
 1    A    Yes.

 2            MR. BARDFELD:  I move for the admission of

 3    Government's exhibit 5-1 into evidence.

 4            MR. SCHWARTZ:  I would object, Your Honor, and ask

 5    to approach for a moment.

 6            THE COURT:  All right.

 7        (The following proceedings were held at sidebar:)

 8            MR. SCHWARTZ:  Judge, the basis for my objection is

 9    the fact that these are similar vehicles to the ones leased.

10    These aren't the vehicles that they leased.  And I don't know

11    that it would be a business record to go out and get pictures

12    of vehicles similar to vehicles that they leased out.  If

13    they have pictures of what they leased, that's fine.

14            MR. BARDFELD:  They don't have pictures of what

15    they leased because they didn't make --

16            THE COURT:  Why you do need pictures?

17            MR. BARDFELD:  Just so to show the kinds of cars.

18            THE COURT:  These people are stupid?  They don't

19    know what a Lamborghini and a Ferrari is?  They have to see a

20    picture of it?  What are we wasting time for it?  I'm going

21    to sustain the objection.  We're just wasting time.  These

22    people know what a Lamborghini is and a Ferrari is.  They

23    don't need a picture of it.

24        (Sidebar conference concluded.)

25            MR. BARDFELD:  May I approach again, Your Honor?
```

```
 1                  THE COURT:  Yes.
 2    BY MR. BARDFELD:
 3    Q    I now show you what's been identified as Government's
 4    composite exhibit 5-3.  What is that?
 5    A    It is a booklet of checks and bank statements.
 6    Q    And those are checks written to Atlas Leasing or
 7    deposited in Atlas Leasing's bank accounts?
 8    A    Yes.
 9    Q    And those checks were provided by whom?
10    A    Rose Marks.
11    Q    And why did Rose Marks --
12              MR. SCHWARTZ:  Objection, Your Honor.  I believe
13    he's looking through to complete his answer.
14              THE WITNESS:  One is from Nancy Marks, would, I
15    assume, be supplied by her.
16    BY MR. BARDFELD:
17    Q    Well, were all those checks -- well, I'll let you
18    finish.
19    A    I'm sorry.
20    Q    Were all those checks provided to you to lease or
21    purchase vehicles from Atlas Leasing by Rose Marks and her
22    family?
23    A    Yes.
24              MR. BARDFELD:  I move for the admission of
25    Government's exhibit 5-3 into evidence.
```

1          MR. SCHWARTZ:  I have no objection, Judge.

2          THE COURT:  All right.  Admitted without objection.

3      (Government's Exhibit No. 5-3 entered into evidence.)

4  BY MR. BARDFELD:

5  Q    I show you what's been marked for identification as

6  Government's exhibit 5-2.  That's a spreadsheet.  Did you

7  have an opportunity to review that spreadsheet relating to

8  financial transactions you had with Rose Marks and her

9  family?

10 A    Yes.

11 Q    And did you have an opportunity to review the underlying

12 documentation that was utilized in compiling those

13 spreadsheets?

14 A    Yes.

15 Q    And do those spreadsheets accurately summarize the

16 financial transactions that Rose Marks and her family had

17 with Atlas Leasing?

18 A    Yes.

19 Q    Will those spreadsheets assist you with your testimony

20 today?

21 A    Yes.

22          MR. BARDFELD:  I move for the admission of

23 Government's exhibit 5-2 into evidence.

24          MR. SCHWARTZ:  I have no objection, Judge.

25          THE COURT:  Admitted without objection.

```
 1            (Government's Exhibit No. 5-2 entered into evidence.)

 2                 MR. BARDFELD:  May I publish 5-2 to the members of

 3      the jury?

 4                 THE COURT:  Yes.

 5      BY MR. BARDFELD:

 6      Q    And what is Government's exhibit 5-2?  What does that

 7      spreadsheet show?

 8      A    It shows vehicles, 29 vehicles or 31 vehicles that were

 9      leased, and the coordinating dates of the agreement, the date

10      of termination, the lease number, the year, make, model of

11      the car, the lessee as to the lease agreement, the vehicle

12      cost or loan amount, the down payment credits, and the

13      monthly payment.

14      Q    Okay.  Can we briefly go through some of those?  Take a

15      look at the first one, item number 1.  What does that show?

16      A    It shows that on 7/30/03 we leased Rose Marks a 1998

17      Bentley Mulliner.  It's a convertible Bentley.  The vehicle

18      cost or loan amount is $150,000.  There was no down payment.

19      The monthly payment was $1868.78.

20      Q    How about number 2, transaction number 2?

21      A    It states that on 9/30/2003 we leased Rose Marks an '03

22      Ferrari 360 Spider, which is a convertible.  The vehicle

23      amount is 225,000, the down payment is 90,000, and the

24      monthly payment is $2594.88.

25      Q    Okay.  Let's go -- instead of going through all those,
```

1    let's take a look at item number 7.

2    A    Item number 7 is on October 2nd, 2004.  It would be

3    lease number 4645.  This is a 2004 Ferrari 360 Spider, and it

4    was leased to Rose and Ricky Marks.  The vehicle cost amount

5    is 238,000, the down payment was 50,000, and the payment was

6    3592.34.

7    Q    And then if you look at item number 9, that's the same

8    Bentley automobile again, isn't it?

9    A    As item number 1.

10   Q    Okay.  And then how about item number 22?  What does

11   that show?

12   A    Number 22 is on June of '09, lease number 5076 is an '09

13   Mercedes CL63, which is a two-door coupe.  That was leased to

14   Rose Marks.  The vehicle loan amount was -- vehicle cost or

15   loan amount is 120,000, the down payment was 20,000, the

16   payment was $2468.74.

17          MR. BARDFELD:  Did I introduce Government's exhibit

18   5-3 into evidence?

19          THE COURT:  Yes.

20          MR. BARDFELD:  May I approach, Your Honor?

21          THE COURT:  Yes.

22          MR. BARDFELD:  Actually, no, I'll just stay here.

23   BY MR. STEFIN:

24   Q    Let me show you what's already been introduced into

25   evidence as Government's exhibit 5-3.  This is item JM17.

```
1    Can you take a look at this?

2            And what is that?

3    A    It's a --

4    Q    Hold on.  Wait a minute.  I think you've got a screen in

5    front of you, if you want to turn that on.

6    A    Okay.  Thank you.

7            It's check number 1089 made out to Atlas Leasing

8    for $168,500.

9    Q    And who is the check signed by?

10   A    Jude, I couldn't pronounce the last name,

11   Monta-something.

12   Q    Who's listed at the top of the check?

13   A    Deveraux, Inc.

14   Q    Okay.  Have you ever had a customer from Deveraux, Inc.?

15   A    No.

16   Q    Did you ever had -- if I told you it's Montassir, did

17   Jude Montassir, was she ever a customer for Fort Lauderdale

18   Collection or Atlas Leasing?

19   A    No.

20   Q    Who provided this check for $168,500 to you?

21   A    Rose Marks.

22   Q    And why would you accept a check for $168,500 from Rose

23   Marks if it was written by Jude Montassir on Deveraux, Inc.

24   checks?

25   A    We get corporate checks all the time.
```

```
 1    Q    Here's another check that's been identified as

 2   Atlas-010.  That's part of Government's exhibit 5-3.

 3              Can you again -- who provided that check to you?

 4    A    Rose Marks.

 5    Q    And who signed that check?

 6    A    Jude Monta . . .

 7    Q    Montassir?

 8    A    Montassir.

 9    Q    And, again, what's the name of the account written on

10   the check?

11    A    Deveraux, Inc.

12    Q    What's the total amount of -- what's the amount of that

13   check?

14    A    $277,777.77.

15    Q    Now --

16              MR. BARDFELD:  May I approach again, Your Honor?

17              THE COURT:  Yes.

18   BY MR. BARDFELD:

19    Q    I show you what's been marked for identification as

20   Government's exhibit 5-5 composite.  Can you take a look at

21   this?

22    A    Okay.

23    Q    And what are those documents?

24    A    These are checks and bills and disbursement checks and

25   account receivable inquiries from my office.
```

```
 1    Q     Are they documents --

 2    A     And a motor yacht lease.

 3    Q     Are they documents that are part of Atlas Leasing

 4    records associated with the sale and purchase of vehicles by

 5    Rose Marks and her family members?

 6    A     Yes.

 7              MR. BARDFELD:  I move for the admission of

 8    Government's exhibit 5-5 into evidence.

 9              MR. SCHWARTZ:  No objection, Judge.

10              THE COURT:  Admitted without objection.

11        (Government's Exhibit No. 5-5 entered into evidence.)

12    BY MR. BARDFELD:

13    Q     Let's go through some of these.

14    A     Okay.

15    Q     By the way, when you received these third-party checks

16    from Deveraux, Inc., would the pay to the order sometimes be

17    empty?

18    A     Yes.

19    Q     Would you fill it out?

20    A     Sometimes, yes.

21    Q     And why would you fill it out?

22    A     Rose would ask me to fill it out, or it was not unusual

23    for me to fill out checks.

24    Q     Now, this is the same check we had before, $277,777.77

25    made out to Atlas from Jude Montassir.
```

1    A    Yes.

2    Q    Do you know where that money went for the

3    disbursement -- where the disbursement of that $277,000 went?

4    A    If you give me the checks that are in your hand.

5              MR. BARDFELD:  May I approach again, Your Honor?

6              THE COURT:  Yes.

7              THE WITNESS:  Thank you.

8              That money was disbursed by Atlas Leasing, $151,869

9    to pay off the Bentley lease, lease 4278, which would be

10   lease number 1 on this sheet.  Another payment to Peter

11   Wolofsky to pay off Marks lease number 4589, which is

12   number 6 on this sheet, of $64,296.

13   BY MR. BARDFELD:

14   Q    And what vehicle was that?

15   A    Number 6.  It's a 2002 Mercedes CL502-door coupe.

16   Q    Okay.

17   A    A check payable to Peter Wolofsky for the September and

18   October mortgage payments on Rose Marks' Seminole house for

19   $14,410.  And a check payable to Rose Marks for the

20   difference on check number 1196, which is the 277,000, for

21   $41,564.62.

22   Q    Okay.

23   A    And then there's a copy of the bill of sale on~--

24   Q    And what's the bill of --

25   A    -- on the '02 CL500 from Atlas to Rose.

```
1    Q    Okay.  So this check for $277,000 was used for -- to pay

2    this, the 151,000, payoff Marks Bentley, correct?

3    A    Yes.

4    Q    Also used to pay off Wolofsky, $14,410, and what's that,

5    Marks' Seminole mortgage?

6    A    Yes.

7    Q    Also to Wolofsky.

8    A    To pay off lease number 4589 on a CL500 for $64,296.

9    Q    And is this the purchase order for the vehicle that you

10   were just talking about previously?

11   A    Yes, yes.

12   Q    And then the remainder, the $41,000 was returned to Rose

13   Marks; is that correct?

14   A    Correct.

15   Q    Instead of going up there and having you look at this

16   first and then coming back and talk about it, how about if we

17   just put it on the ELMO right now and do it this way.  Is

18   that okay?

19             This is Atlas-0169.  It's part of composite 5-5.

20             Can you read the two checks on there?

21   A    The two checks are payable to Atlas Leasing from

22   Deveraux, Inc., one for a hundred thousand and one for

23   $10,000 on May of '06.

24   Q    And, again, Deveraux was never a client of -- a customer

25   of yours?
```

```
 1    A     No.

 2    Q     And who provided that check to you, those two checks to

 3    you?

 4    A     Rose Marks.

 5    Q     And what did they go to pay off?

 6    A     They went to pay off lease number 4711, which is a '98

 7    Mulliner, which is --

 8    Q     That's a Bentley?

 9    A     This is the Bentley, 95,000; lease payments for lease

10    number 4661, which is a '01 GMC Yukon leased to Thomas Eli.

11    Q     And who is Thomas Eli?

12    A     Rose's brother.

13    Q     Okay.

14    A     Payments on lease number 4910, which is an '06 Lincoln

15    Town Car.  Payments on lease 4677.

16    Q     That would be item B, I believe, on the spreadsheet.

17    A     Okay.  677, which is an '04-Volkswagen Bug.  It made

18    payments on that.

19    Q     Whose vehicle was that?

20    A     That was John Johnson.

21    Q     Do you know who he is?

22    A     He is Rose's sister, Victoria's husband.

23    Q     Okay.

24    A     Or was, I don't know.

25          And then lease 4753, which is an '05 Volkswagen of
```

1    987.  And then $8540.64 was to be held to redo lease 4910,

2    which is an '06 Lincoln Town Car.

3    Q    Okay.  When you would redo leases, what do you mean by

4    that?

5    A    She would -- or anybody would put additional money down

6    and lower the monthly payment, pay it off, restructure the

7    financing on it.

8    Q    Okay.  This is, as part of composite 5-5, Atlas-0160.

9    It's another check.  Can you read that?

10   A    Yes, it's from January 2007, Deveraux, Inc. for $50,000,

11   signed by Jude Montassir.

12   Q    Montassir?

13   A    Montassir, I apologize.

14   Q    Okay.  Beneath that there's some handwriting.  Can you

15   explain what that handwriting means?

16   A    The handwriting is how that money was disbursed.

17   Q    Okay.  Can you tell us how it was disbursed?

18   A    Yes, we have lease 4975, which is an '06 Mitsubishi

19   Endeavor that was leased to Thomas Eli, Rose's brother.  That

20   covered the inception of $4000 and two payments of $252.28

21   apiece.  Lease 4910, which is an '06 Lincoln Town Car.  It

22   was two payments of $530 apiece.  There was $25,375 that was

23   paid to Peter Wolofsky for the mortgage.  I'm assuming that

24   is the Seminole property.

25         There was two payments on a loan for $150,000 of

```
 1    $3250, and then a check to Rose for $13,918.44, which would

 2    be the difference.

 3    Q    I was going to say, and why would the money be returned

 4    to Rose?

 5    A    Because she gave us -- the check was more than the money

 6    that was owed.

 7    Q    Okay.  As part of Government's composite exhibit 5-5,

 8    this is Atlas-0083.  Can you identify this?

 9    A    It is a Deveraux check.  I can't see the date on it.  I

10    still can't see the date.

11    Q    How is this?

12    A    That's better.  It looks to be February 28, 2007, for

13    $200,000.

14    Q    And who provided you that Jude Montassir check?

15    A    Rose Marks.

16    Q    And where did the disbursement of that go?

17    A    Flip it to the other side.

18         Okay.

19    Q    Wait.  How about if we go here first?

20    A    Okay.  $150,000 of it went to pay off a Bentley loan to

21    Peter, and $50,000 to reduce this mortgage.

22    Q    And would that be these two checks?

23    A    Yeah, if you push them over a little.  Yes, those are

24    those two checks.

25    Q    Okay.  And the first one, the one at the top on 3/5/07
```

```
 1   says -- what's it say down at the bottom?

 2   A    L & E, Marks' mortgage.

 3   Q    What does that mean?

 4   A    It just exchanged it out of our -- it was an accounting

 5   account, so the money would go in and the money would go out

 6   to Peter.

 7   Q    And then the next --

 8   A    That is a payoff of the Bentley loan, Marks' Bentley

 9   loan to Peter.

10   Q    Okay.  This is Atlas-094 that was deposited.

11   A    That is a check for $5000 from American -- or a

12   certified check from American Savings Bank, 1/4 I want to say

13   '06, but it could be '05.  My eyesight's not that great.

14   Q    I think it's '06.

15   A    Okay.

16   Q    Who is it paid to the order of?

17   A    Nancy Marks.

18   Q    What name is written down at the bottom?

19   A    Jennifer Hill.

20   Q    Was Jennifer Hill ever a customer of yours?

21   A    No.

22   Q    She never purchased a vehicle from Fort Lauderdale

23   Collection or Atlas Leasing?

24   A    No.

25   Q    Do you know where this $5000 went?  How about I help you
```

1   out?

2   A    That would be better.

3         You can see the date of the check, and it says --

4   this is a -- an account receivable inquiry off of our

5   computer.  And so this is on an '05 Boston Whaler, a 27-foot

6   boat that was leased to Ricky Marks.  It's lease number 4779,

7   which I believe is on here.  Yeah, it's number 14 on the

8   list.  And you could see on 1/6/06, there's a bank check.  I

9   can't tell if it's 1889, 1000 -- something like that of that

10  check was applied to the 11/31/05 payment.

11  Q    And here are other accompanying documents.

12  A    You can see the same thing on 1/09/06 how the check was

13  split out.  This is an '03 Mercedes SL convertible.  It's

14  Ricky Marks' lease, lease number 4822, and you can see

15  $1587.88 is applied, number 3 for the 11/15/05 payment.

16  Q    Finally on this one?

17  A    On this one is a Ricky Marks lease.  It's an '05

18  Mercedes G55, which is a very fast station wagon, Jeep, for

19  better of a term, and that is 1/9/06.  You can see the bank

20  check for $2322.46 was applied for the 11/14/05 payment.  And

21  if you add all those together, it comes to $5000.

22  Q    Okay.  This is document A00546.  Can you see this?

23  A    A little bit more to the left.

24  Q    Actually, let me bring this to you so you can see it

25  better and then we'll put it on the ELMO.

```
 1   A    This is a check payable to Atlas Leasing from Bruce

 2   Green, PA, attorney at law, for $178,198.12.

 3   Q    Okay.  Before you keep going, let me see if we can do it

 4   this way.  See if there's less glare if we do it this way.

 5   A    That's better.

 6   Q    Okay.  And where did that money go, the 178,000-plus?

 7   A    That money was applied as follows:  $41,386 towards

 8   lease 4645.  I have to find it.  Which is an '04 Ferrari 360

 9   Spider.  And that went to the inception, which would have

10   been part of the down payment credit of 50,000, I think.

11        And then lease 4753, which is an '05 Volkswagen,

12   $5850 towards the inception, which would be the down payment,

13   the taxes on that.

14   Q    What else?

15   A    $51,600 towards the inception on the boat.

16   Q    What's it say next to that?

17   A    It says -- I think it says new deal, but . . .

18   Q    Well --

19   A    Can you give me --

20   Q    Is that what this is referring to?

21   A    Correct, which I believe -- one second.

22        Which I believe is number 14 on your list, is it?

23   Q    Yes, I believe you're right.

24   A    That's the 51-6, the down payment.

25   Q    Okay.
```

```
 1    A    It's a Boston Whaler leased to Ricky Marks.

 2    Q    And then finally.

 3    A    And then $79,362.12 was towards the payoff of lease

 4    4746, which is an '05 Land Rover of Ricky Marks.

 5    Q    Now, who provided this particular check to you?

 6    A    Bruce Green.

 7    Q    And what does it say down at the bottom?  I'm sorry, the

 8    memo part.

 9    A    In the memo part, "Marks, Nicholas, and Rose, loan

10    proceeds, re 5/12/05."

11    Q    So the money from the loan proceeds from Rose Marks went

12    to pay off all those vehicles, including the boat for Ricky

13    Marks?

14    A    Well, I don't think it paid off the boat.  It was for

15    the inception on the boat.

16    Q    The inception on the boat.  Okay.

17              Document 0021 of composite 5-5.  And what is this?

18    A    It is a bill of sale for the purchase of an '05 Ferrari

19    430 F1 coupe.

20    Q    Who is purchasing that vehicle?

21    A    Rose Marks.

22    Q    What's the cash price?

23    A    The price of the car was $165,000.

24    Q    And then here is a document that was part of your

25    records, part of it.  Can you read that?
```

```
 1   A    Yes, it's a check, cashier's check from Chase Bank dated
 2   12/22/08 payable to Fort Lauderdale Collection for $20,000,
 3   and the remitter is Vivian Marks, J. Marks.
 4   Q    Vivian Marks is Rose Marks' granddaughter?
 5   A    Yes.
 6   Q    Okay.  What is this?
 7   A    If you lower it a little bit more, it's a lease
 8   agreement for a 2011 Land Rover.
 9   Q    And who is the lessee on this?
10   A    Rose Marks.
11   Q    You can't see it the way I've got it on there, but what
12   was the capitalized cost of that?
13   A    The capitalized cost is a hundred thousand dollars.
14   Q    And when it says capitalized cost reduction, 30,000,
15   what is that referring to?
16   A    That would refer to the down payment inception that they
17   would need on the lease.  In other words, the 30,000 would be
18   in the $35,404 that you see lower down.
19   Q    Okay.  And then this driver's license was also part of
20   that record?
21   A    Yes.
22   Q    And why was that part of the record?
23   A    I believe Rose is getting the car for her granddaughter.
24   Q    Okay.  And that's Vivian Juleann Marks?
25   A    Yes.
```

1   Q    What's the date of birth on that?  It's written on the

2   side, too.

3   A    12/4/89.  I just wanted to see if it was the same.

4   Q    Is a Range Rover the same as a Land Rover?

5   A    Land Rover owns -- Range Rover is the type of car, Land

6   Rover is the company.  A lot of people confuse the two.

7   They're luxury English off-road SUVs.

8   Q    Also part of that file was this document?

9   A    That's a check made to Fort Lauderdale Collection for

10  $5000.  It says Range Rover payment from Joyce Michaels

11  Consulting, Inc., 8/2/11.

12  Q    That would be the same Range Rover that we had just

13  talked about?

14  A    I believe so, yes.

15  Q    This is document U00001.  Can you identify this?

16  A    This is a purchase agreement from 7/29/2011 for a 1989

17  Mercedes-Benz 560SL red and tan.  It's a two-door

18  convertible.

19  Q    What's the value of that vehicle?

20  A    38,000.

21  Q    And how much was -- what was the trade-in allowance on

22  that?

23  A    There was a 2002 CL500, which is a two-door coupe,

24  white, that was -- they were given an $11,000 credit for the

25  trade.

1    Q    And what is this document?

2    A    This is, I believe, the $10,000 that shows as the

3    deposit on the bill of sale payable to Fort Lauderdale

4    Collection from Joyce Michaels Consulting, Inc.

5    Q    Okay.  This is now -- can you identify this particular

6    document?

7    A    This is a lease agreement for Rose Marks on an '09

8    Mercedes CL63, which is a two-door coupe, and it shows that

9    an '05 Ferrari 430, I guess coupe, was traded in.

10   Q    And then does this show the disbursement of -- and what

11   does this document, 0092, show?

12   A    Lower it just a little.

13        This is a accounts receivable from our computer for

14   the '09 S63, four-door sedan, I think.

15   Q    Would these be the checks that were used to disburse

16   that money?

17   A    Yes.  You can see the date of the check, and then it

18   says BC on our computer thing that shows the 10,000 going in.

19   Q    There's another check for 5000?

20   A    This, again, would correspond on our computer sheet, it

21   says for Mercedes November-December payments.

22   Q    And then how about this check?

23   A    This is for two payments on the '09 Mercedes CL, lease

24   number 5076, and it would correspond, it would say check

25   number on our computer thing.

1    Q    And, finally, this was part of your records.  Do you

2    know why?

3    A    It was a driver's license identification that Rose had

4    given us at some time, and they get moved from file to file

5    to file as we go along.

6    Q    And that's a Virginia driver's license?

7    A    Yes.

8    Q    And the address is?

9    A    6602 Franconia Road, Springfield, Virginia, 22150.

10    Q    I show you what's already been introduced as

11    Government's exhibit 5-3.

12             Actually, before I do that . . .

13             By the way, while he's reviewing that, would you

14    have leased vehicles to Ricky Marks and other family members

15    without Rose being involved?

16    A    No, once Peter had the -- my father-in-law had the

17    mortgage on Rose's house, there was always an equity

18    position, Rose stood good for it.  The concern in leasing is

19    that the people disappear with the car and you don't get your

20    payments.  That wasn't going to be the case.

21             So because we had the mortgage on Rose's house, and

22    therefore Rose wasn't going to disappear into the thin air,

23    their credit wasn't strong, but it gave them creditness

24    (phonetic).

25    Q    Would Rose make payments on other family members'

```
 1   vehicles?

 2   A     Yes.

 3   Q     I now show you what's been identified as Government's

 4   exhibit 5-4.  Can you take a look at this?

 5   A     Yes, this is a spreadsheet of checks from Deveraux, Inc.

 6   or Jude Montassir and Jennifer Hill from 2002 to 2007.

 7   Q     Okay.  And that's a summary of the documents that are

 8   contained in Government's exhibit 5-3; is that correct?

 9   A     Yes.

10   Q     That you have in front of you?

11   A     Yes.

12            MR. BARDFELD:  Okay.  I'd move for the introduction

13   of Government's exhibit 5-4 into evidence.

14            MR. SCHWARTZ:  No objection.  It's a summary

15   exhibit.

16            THE COURT:  Admitted without objection.

17      (Government's Exhibit No. 5-4 entered into evidence.)

18   BY MR. BARDFELD:

19   Q     Government's exhibit 5-4, what are all those checks for

20   from Jude Montassir or Deveraux, Inc?

21   A     They're payable --

22            MR. SCHWARTZ:  Objection, asked and answered.

23            THE COURT:  Overruled.

24            You can answer.

25            THE WITNESS:  They're payable to Atlas Leasing.
```

```
 1    They were for a variety of things.  We've gone over some of

 2    them; for mortgage payments, mortgage reduction, lease

 3    payments, lease down payments for Rose and other family

 4    members.

 5              MR. BARDFELD:  Your Honor, may I publish 5-4?  I've

 6    got copies for the jury.

 7              MR. SCHWARTZ:  No objection.  It's in evidence.

 8    BY MR. BARDFELD:

 9    Q    And down at the bottom of that spreadsheet, there's a

10    total amount from 2002 to 2007, and what would that total

11    refer to?

12    A    The total of the checks that are listed above it.

13    Q    Okay.  And that would be checks provided by Rose Marks

14    that were written by Jude Montassir, Deveraux, Inc., or

15    Jennifer Hill?

16    A    Except the Jennifer Hill was probably provided by Nancy

17    Marks, since it was made out to her.

18    Q    Okay.  And those particular checks were deposited in

19    Atlas Leasing bank accounts so that -- to pay for or lease

20    the vehicles; is that correct?

21    A    The vehicles and mortgage payments.

22    Q    And mortgage.

23              And what's the total amount provided by those

24    individuals to Atlas Leasing?

25    A    $1,176,927.77.
```

```
 1    Q     And have you had an opportunity to review how much money

 2    Rose Marks and her family spent on buying and leasing

 3    vehicles from Atlas Leasing from 2000 -- go ahead.

 4    A     From 2003 to present, approximately a million dollars.

 5    Q     Approximately $1 million?

 6    A     Yes.

 7    Q     Was there a specific method of payment that you required

 8    from your clients or customers?

 9    A     No.

10    Q     Could they pay by personal check?

11    A     Yes.

12    Q     Could they pay by cash?

13    A     Yes.

14    Q     Could they pay by cashier's check?

15    A     Yes.

16    Q     Could they pay by money order?

17    A     Yes.

18    Q     Could they pay by third-party checks?

19    A     Yes.

20    Q     Did Rose Marks and her family use all of these methods

21    to make payments to Atlas Leasing?

22    A     Yes.

23    Q     Did Rose Marks and her family members ever have problems

24    making timely payments?

25    A     Yes.
```

```
 1    Q    And what would you do, if anything, if they failed to

 2    make timely payments?

 3    A    I would try to collect the money.

 4    Q    And how would you try to collect?

 5    A    Well, if it was Ricky's, first, we would call Ricky and

 6    Nancy.  If we would get no response, then we would call Rose.

 7    Q    And why would you call Rose?

 8    A    Because ultimately, Rose would get us paid.

 9    Q    And Rose made payments for other family members?

10    A    Yes.

11              MR. BARDFELD:  I have no further questions.

12              THE COURT:  We're going to take a recess before we

13    cross-examine.  Let's take a 15-minute recess, ladies and

14    gentlemen.  Don't discuss the case or form any opinions.

15    We'll see you shortly.  Thank you.

16        (The jury exits the courtroom.)

17              THE COURT:  Sir, just don't discuss your testimony

18    during the recess.  If you could be back in 15 minutes.  All

19    right?

20              THE WITNESS:  Okay.  Thank you.

21              THE COURT:  Thank you.

22              MR. BARDFELD:  One second, Your Honor, if you

23    would.

24              I know I rested, and I apologize, but I do need to

25    introduce the underlying documents.
```

```
 1                    THE COURT:  You can reopen your direct.

 2                    MR. SCHWARTZ:  I have no objection.

 3            (A recess was taken from 2:51 p.m. to 3:10 p.m., after

 4      which the following proceedings were had:)

 5                    THE COURT:  Please be seated.

 6                    We ready to proceed?

 7                    MR. BARDFELD:  No, Your Honor, before we begin

 8      there is one thing.

 9                    It's my understanding on cross-examination the

10      defense may question Mr. Gordon about his father-in-law's --

11      the dismissal of his father-in-law's case.  He was originally

12      a Defendant in this case, and we voluntarily dismissed the

13      case against him, and we don't think he should be allowed to

14      question him about that for two reasons.

15                    Number one, it's hearsay, and there's no exception

16      to the hearsay rule.  And, two, under 403, the probative

17      value would not outweigh the unfair prejudice as to the

18      codefendant.

19                    THE COURT:  Wouldn't it show potential bias on his

20      part to testify favorably to the Government since you

21      dismissed the case against his father-in-law?

22                    MR. BARDFELD:  Father-in-law.

23                    THE COURT:  Yes, father-in-law.  Why wouldn't that

24      show potential bias?

25                    MR. BARDFELD:  I just don't think it does.
```

```
 1              THE COURT:  Well, you don't think it does, but
 2    maybe the jury might think it does.  I don't know why that
 3    would not be an issue of credibility as to whether his
 4    testimony is truthful and whether he's here currying favor to
 5    the Government because you guys dismissed the charge against
 6    his father-in-law.  I don't see why that's not a valid area
 7    of cross-examination, if he had knowledge of it.  I think he
 8    would know if his father-in-law was once a Defendant in this
 9    case and is no longer.  I don't know why that would be
10    hearsay.
11              MR. SCHWARTZ:  I didn't think it was, Judge, and
12    the Government asked me if I was going to ask, and I said,
13    yes.
14              THE COURT:  I don't see any reason why you
15    shouldn't be allowed to.
16              MR. SCHWARTZ:  Thank you.
17              THE COURT:  And can I ask when you are conferring
18    over there, whispering to each other, you try and keep it
19    down?  Because I can hear you from here, and I'm sure some of
20    those jurors can hear you, who are only a few feet from you.
21    So can you please try and, you know, speak in a more discrete
22    way?
23              You're still under oath, sir.
24       (The jury enters the courtroom, after which the following
25    proceedings were had:)
```

```
 1                    THE COURT:  Please be seated, everyone.  Welcome
 2       back, ladies and gentlemen.
 3                    Mr. Bardfeld.
 4                    MR. BARDFELD:  Good afternoon, again.
 5       BY MR. BARDFELD:
 6       Q    Mr. Gordon, did you provide documents in response to a
 7       subpoena for documents relating to lease agreements between
 8       Rose Marks and Atlas Leasing?
 9       A    Yes.
10       Q    And have you had an opportunity to review these
11       documents?
12       A    Yes.
13       Q    I show you what's been marked as Government's composite
14       exhibit number 5.  Are these the documents that you provided
15       relating to financial transactions between Rose Marks and her
16       family members and Atlas Leasing?
17                    MR. SCHWARTZ:  Your Honor, I would stipulate that
18       those are the documents he provided, and I have no objection
19       to them being admitted into evidence.
20                    THE COURT:  All right.  Exhibit 5 is admitted
21       without objection.
22            (Government's Exhibit No. 5 entered into evidence.)
23                    MR. BARDFELD:  With that, I have no further
24       questions.
25                             Cross-examination
```

```
 1   BY MR. SCHWARTZ:

 2   Q    Do you still have that list in front of you of all the

 3   cars leased?

 4   A    No, it was removed.

 5   Q    I have one that I made some markings on, but may I show

 6   it to you so when I ask questions you can respond?

 7   A    Yes.

 8   Q    Now, if we look at this list, do you believe that Rose

 9   would have any time not to be in a car driving around?

10   A    Well, the list spans over from 2003 to 2011.

11   Q    So it's eight years.

12   A    Yes.

13   Q    And --

14   A    It's not like there was 30 cars in Rose's possession.

15   Q    Right.

16             Well, we're looking here at 32 cars or 31 cars and

17   a boat, I think; is that right?

18   A    I believe so.

19   Q    Two boats?

20             A JUROR:  Two boats.

21             MR. SCHWARTZ:  Could be.  Thank you.

22   BY MR. SCHWARTZ:

23   Q    We're looking here at 31 cars and two boats; is that

24   right?

25   A    We're looking here at 30 cars and two boats.
```

1    Q     Now, you know why I'm not an accountant.

2    A     Me either.

3    Q     And when one car was -- there are a lot of Ferraris

4    here.  Did they own more than one Ferrari at a time?

5    A     I don't believe so.

6    Q     Okay.  And a lot of these say Rose Marks.  The second

7    item on here, the 2003 360 Spider Ferrari.

8    A     Uh-huh.

9    Q     Did you ever see Rose tooling around on Federal Highway

10   in that Ferrari?

11   A     I've never seen Rose drive a Ferrari.

12   Q     As a matter of fact, for most of the time you knew Rose

13   she drove a Volkswagen, right?

14   A     A Volkswagen, a Lincoln, or a Mercedes.

15   Q     So these cars that were purchased, many of them are in

16   Rose's name; is that correct?

17   A     Rose and Ricky mainly, yes.

18   Q     There are a lot in Ricky's name?

19   A     Uh-huh.

20   Q     One in Michael's name, a few in Rose's brother or

21   brother-in-law's name at the bottom?

22   A     Yes.

23   Q     But as I understand your testimony, and please correct

24   me if I'm wrong, the reason that many of these cars were

25   listed as Rose Marks as the lessee of these vehicles was

```
 1   because you knew where to find her.

 2   A    Of course.

 3   Q    You knew where to find her house if you needed to.

 4   A    Yes.

 5   Q    So her son Ricky might be sometimes a little bit of a

 6   deadbeat, but you rent a car -- lease a car to him because

 7   you knew we have mom's house if we need it?

 8   A    And mom stood behind it.

 9   Q    And mom stood behind it.

10        And her 22-year-old granddaughter certainly didn't

11   have the credit to lease a nice Land Rover or Range Rover or

12   Come Home Rover or something like that from you, did she?

13   A    No.  That's why it was leased to Rose.

14   Q    Right.

15        But -- and some of these payments came to you from

16   Rose, some of them came from Ricky, Michael's payments came

17   from Michael; is that about right?

18   A    Yeah.  They're all in the documents.

19   Q    Okay.

20   A    Yes.

21   Q    Now, the Bentley, which I think is the first car on

22   here --

23   A    Yes.

24   Q    -- that was her husband Nick's car; is that right?

25   A    Yes, that and the Mercedes, I believe.
```

```
 1    Q    Which Mercedes?

 2    A    Number 6.

 3    Q    The CL500?

 4    A    Uh-huh.

 5    Q    Is that a convertible?

 6    A    No, it's a coupe.  The Bentley is the convertible.

 7    Q    Okay.  And do you know who, if anybody, drove that car

 8    when Nick passed away?

 9    A    I wasn't with them on a regular basis.  Had I seen the

10    cars in a long time?  No.

11    Q    Okay.

12    A    I believe after Nick passed, Rose drove the Mercedes and

13    Ricky, I had seen in the -- I think once in the --

14    Q    Bentley?

15    A    In the Bentley, but . . .

16    Q    For the most part, was it garaged, to your knowledge?

17    A    I believe so, yes.

18    Q    And did Rose drive the Ferraris or did Ricky drive the

19    Ferraris?

20    A    I never saw Rose drive the Ferrari.

21    Q    And I see here one, two, three -- my friends will help

22    me if I'm wrong -- four, five, six Ferraris over a period of

23    eight years.

24    A    Uh-huh.

25    Q    Did Ricky -- tell me how Ricky dealt with his Ferrari
```

1    in the way of how long did he drive them, how did he trade

2    them, what did he do?

3    A    He could have kept a car for three months, he could have

4    kept a car for eight months, he could have kept a car for a

5    year.  He would trade it.

6    Q    Okay.

7    A    It's nothing -- if you look, there's a termination date

8    next to each of the dates, so that would be more or less when

9    the lease was terminated, and you can see the length of

10   period of time.

11   Q    Okay.  Talk to me for a moment about the Endeavor,

12   Mitsubishi Endeavor.

13   A    Uh-huh.

14   Q    Whose car was that?

15   A    Well, it was, I believe her brother's and the

16   housekeeper's, or the housekeeper's.

17   Q    Were there two Endeavors or one Endeavor?

18   A    There was one Endeavor, but I believe the lease -- it's

19   the same Endeavor, but I believe the lease expired.  It was

20   three years old.

21   Q    Uh-huh.

22   A    And then, let's see here, from '10 to '12, maybe it was

23   two years old, two and a half years old, and then from '10 --

24   no from '6 to '10.  So there must have been two Endeavors,

25   maybe.  I don't have the VIN numbers.

1    Q    Well, let me look at it.   One Endeavor was leased in '06

2    to 2010.

3    A    Right.

4    Q    And that was for Thomas Eli, Rose's brother; is that

5    right?

6    A    Yes.

7    Q    Or stepbrother.

8         And then is it the same Mitsubishi that was leased

9    in 2010 --

10   A    Okay.   Then I was correct.   It's just in a different

11   order.

12   Q    Right.

13   A    So then it was re-leased to Rose.

14   Q    And was that for the housekeeper?

15   A    I think so, yes.   The housekeeper was there at one point

16   when she picked it up.

17   Q    And forgive me if I'm using the wrong language.   What is

18   an equity lease?

19   A    Well, an equity lease, it's not -- you put down enough

20   of a down payment that you can get out of the lease at any

21   time that you want.   So you're not what's known as upside

22   down.

23   Q    Okay.

24   A    But that doesn't always -- that's the theory.

25   Q    Okay.   So normally, the car will be worth more than you

```
 1   owe on the car.

 2   A     That's the concept.

 3   Q     Right.

 4              And are any of these cars lease to own, or is there

 5   still at the end of the lease period a lump sum that you have

 6   to pay to buy the lease from Atlas?

 7   A     There is still a -- an amount, but when we say lease to

 8   own, the amount is reduced.

 9   Q     Okay.  So the more money you put down, the less your

10   lease payments are and the --

11   A     You can lower the residual, and so at the end of the

12   term of the lease you can pay it off.  Let's say it's a

13   $200,000 car.  You could have a $35,000 residual.

14   Q     Okay.  And the court reporter is going to throw

15   something at either me or you if one of us talks over the

16   other.

17   A     I apologize.

18   Q     I keep talking, and I talk too long.  So I'm sorry, too.

19              Let me go over some history for a minute of the

20   dealerships, as I understand it.

21              Up until about 1988, '89, '90, was there a

22   dealership called Royal Motors?

23   A     I have no idea.

24   Q     Was there a fellow by the name of Tirso Dominguez or

25   Tito Dominguez who had the Lamborghini dealership in Fort
```

```
 1    Lauderdale that was then taken by forfeiture by the
 2    Government and eventually that building was taken over by
 3    Peter Wolofsky?  And became the Toy Store?
 4    A    I know the Toy Store building was owned originally by --
 5    well, what I knew was owned by Morris Shirazi, and then he
 6    was in business with Peter, they had The Auto Toy Store
 7    there.  Who Morris bought it from, I don't know.
 8    Q    You don't know that Morris bought it after a Government
 9    forfeiture, right?
10    A    No, I don't.
11    Q    And he also started another type of Toy Store for
12    airplanes, didn't he?
13    A    After they split in the mid '90s.
14    Q    Then Peter had the Auto Toy Store around Sunrise in Fort
15    Lauderdale for a number of years; is that right?
16    A    Yes.
17    Q    Were you -- did you work with Peter at the Auto Toy
18    Store?
19    A    No, I had Fort Lauderdale Collection.
20    Q    Okay.
21    A    Which was Peter's company.
22    Q    Right.
23    A    And I ran that.  And we were on the other side of the
24    street, down the street.
25    Q    From the Auto Toy Store?
```

```
 1   A      From the Auto Toy Store.

 2          And then in '95-ish we combined the two and I

 3   reduced my inventory.  Peter Morris, who ran Auto Toy Store,

 4   and Peter went their separate ways, and we came in.

 5   Q      So you basically combined the Fort Lauderdale Collection

 6   with the Auto Toy Store?

 7   A      And then reduced the inventory and put everything into

 8   Auto Toy Store.

 9   Q      And it went forward as the Auto Toy Store?

10   A      Correct.

11   Q      And then the Auto Toy Store was sold?

12   A      Correct, in '99.

13   Q      But in '99, Atlas Leasing still existed.

14   A      Correct.

15   Q      And did it -- had this leasing arrangement with the Auto

16   Toy Store that it now has with the Fort Lauderdale

17   Collection, is that fair?

18   A      Fair.

19   Q      Explain.

20   A      Not -- once the store was sold, it didn't have a

21   leasing --

22   Q      Right.

23   A      While it was owned by Peter Wolofsky it had the leasing

24   arrangement, yes.

25   Q      For a little while, I think, if I remember correctly,
```

1    Atlas continued at the Auto Toy Store for a couple of months

2    or so and then went to its own location, I think across the

3    street or down the block?

4    A    Correct, yes.

5    Q    And then you and Peter -- withdrawn.  You, with maybe

6    some financial support from Mr. Wolofsky, reactivated the

7    Fort Lauderdale Collection?

8    A    Yes, I formed Ultimate Motors, Inc. and DBA'd Fort

9    Lauderdale Collection's the name in 2000, 2001.

10   Q    And that's your company at the present time?

11   A    Correct.

12   Q    How many locations do you have?

13   A    Two.

14   Q    Is there any day that Peter's not at the second

15   location?

16   A    Yes.

17   Q    How many days a year?

18   A    Quite a few.

19   Q    Really?

20   A    Yes.

21   Q    And the relationship with Atlas Leasing is the Auto

22   Collection owns -- I'm sorry, the Fort Lauderdale Collection

23   owns vehicles, and if I want to buy a vehicle, I can come in

24   with a check or with bank financing or financing that you'll

25   provide and buy that car from the Fort Lauderdale Collection,

```
1    right?

2    A    Correct.

3    Q    But if I think for tax reasons or other reasons I want

4    to lease that vehicle, the Fort Lauderdale Collection isn't

5    in the leasing business itself; is that correct?

6    A    Correct.

7    Q    So Atlas Leasing will write a check to Fort Lauderdale

8    Collection, buy the car, and lease it to me?

9    A    Correct.

10   Q    And all of that is on paper when I'm sitting in the Fort

11   Lauderdale Collection -- if I could afford a car from the

12   Fort Lauderdale Collection -- I would say I want to lease it,

13   you'd give me paper from Atlas Leasing, I'd sign it, and I'd

14   have a lease?

15   A    Yes, but you can also arrange your own lease.  You're

16   not forced to only lease from Atlas Leasing.

17   Q    Correct.

18   A    Yes.

19   Q    And then there are bookkeeping adjustments done in-house

20   to account for the transfer of the car from the books of Fort

21   Lauderdale Collection to the books of Atlas Leasing?

22   A    No, a check is written.

23   Q    Okay.  That's what I meant.  I had to say it in a fancy

24   lawyer way.

25   A    Okay.
```

```
 1    Q    The check is written, the car's bought, the title is
 2    transferred, and then it's leased to the lessee?
 3    A    Correct, yes.
 4    Q    In some cases, one of the members of the Marks family or
 5    more would purchase a vehicle from you?
 6    A    Correct.
 7    Q    And in some cases they would -- many more cases, they
 8    would lease the vehicles from you?
 9    A    Correct.
10    Q    Now, on the leases do they ever own the car?
11    A    A lease vehicle wouldn't be owned.
12    Q    Okay.  It's owned -- still owned by the Fort Lauderdale
13    Collection?
14    A    No, it would be owned by Atlas Leasing.
15    Q    Correct.  I'm sorry.
16         It's owned by Atlas Leasing.
17         And now, did there come a time when the Government
18    arrested Rose and some members of her family?
19    A    That's why we're sitting here.
20    Q    We're sitting here because she pled not guilty.
21    A    Okay.
22    Q    Was this in mid August of 2011?
23    A    Sounds accurate.
24    Q    Did they also arrest Peter Wolofsky?
25    A    Yes.
```

1    Q     And did they charge him with laundering money, money

2    laundering?

3    A     I don't know the exact charge, but it was a financial

4    crime.

5    Q     And did the Government eventually dismiss its charges

6    against Peter Wolofsky?

7    A     I'm assuming you're using the correct terminology,

8    dismiss, withdraw, I don't know.

9    Q     Throw out?

10   A     Throw out, yes.

11   Q     But to your knowledge, he's no longer charged; is that

12   correct?

13   A     That is true.

14   Q     And at the time the Government arrested Rose and some of

15   her family members and Peter, to your knowledge, did they

16   seize any property of yours?

17   A     Of Michael Gordon's?

18   Q     No, of Atlas Leasing.

19   A     Yes, they seized cars.

20   Q     Do you know what cars they seized?

21   A     Yes.

22   Q     Okay.  Do you have the recollection to be able to tell

23   us what cars they seized?

24   A     I believe that they seized the '89 Mercedes.

25   Q     That's number 29?

1    A    Yes.

2         I believe they seized the '11 Range Rover,

3    number 28.  I believe that they seized number 27, a 599.

4    Q    That's a Ferrari?

5    A    Yes.  It's a two-door coupe.

6         I believe that they seized number 26, which is an

7    '07 BMW 760 sedan, and I believe that they seized the '98

8    Bentley convertible, I think:

9    Q    Did they also seize --

10   A    Oh, and the Mitsubishi.

11   Q    So at that time, to your knowledge, leased from Atlas

12   Leasing, Rose and members of her family had -- again, I'm

13   going to count wrong -- seven vehicles:  The number 1,

14   number 24, number 25, number 26, number 27, number 28, and

15   number 29?

16   A    I believe so.

17   Q    To your knowledge, was the Bentley and the Ferrari

18   seized from a warehouse where they were being stored?

19   A    I have no idea.

20   Q    Okay.  Now, did there come a time, about a year later,

21   when the Government had to give back those vehicles?

22   A    I don't know the --

23   Q    Machinations.

24   A    -- of everything that went down.

25   Q    Okay.

```
 1   A     I know there came a point in time that my attorneys

 2   notified me that the vehicles were in the Marks' position.

 3   How they got there, why they got there, I couldn't tell you.

 4   Q     You're not familiar with the legal motions or anything

 5   that resulted in that?

 6   A     No.

 7   Q     But you learned that after about a year, sometime in or

 8   around September of 2012, or thereabouts, Rose and her family

 9   had these seven cars back?

10   A     Yes, I learned from -- how I found out was really not

11   through my attorneys.  That's how it was confirmed that it

12   was.  I found out from the paper.

13   Q     The Sun Sentinel?

14   A     Sun Sentinel, Palm Beach Post, one of them.  There was

15   an article written that the vehicles were returned.

16   Q     Okay.  And then during the year, or approximately a year

17   that the Government had those vehicles, was Rose or her

18   family making any payments on them?

19   A     No.

20   Q     Was -- had the monthly payments accrued to a sizeable

21   amount?

22   A     If you considered the leases valid at that point, yes.

23   Q     Well, that raises a point that I guess I should ask you.

24         At some point if a car is seized by the Government

25   and the lessee is not making payments, does the lease become
```

1    canceled?  Is there some provision for that?

2    A    I believe you can read the legal terms in the lease.

3    Q    Uh-huh.

4    A    It's not a situation that occurs on a regular basis, so

5    I believe that I term the lease as nonperforming.

6    Q    Okay.  And did there --

7    A    Not canceled, but nonperforming.

8    Q    Without going into the legalese, did there come a point

9    when the vehicles were returned to the Marks family where you

10   made a determination that, either for nonpayment or any other

11   legal reason, you had a right to take those vehicles back?

12   A    Yes.

13   Q    And what did you do?

14   A    We sent a repossessor.

15   Q    What does that mean?

16   A    We sent somebody to go to their home to get the cars.  I

17   believe that we picked up some of the cars and then the

18   balance were negotiated between you and Sam Rabin how to

19   return the vehicles in a peaceful manner.

20   Q    And were all of the vehicles returned in, to use your

21   words, a peaceful manner?

22   A    Yes.

23   Q    So all of these cars were taken back by Atlas?

24   A    Correct.

25   Q    And what did you do?  Did you resell them or release

```
1    them?

2    A    Mostly resold or wholesaled to other dealers.

3    Q    And that it was to enable you to get your money out of

4    it that you -- that Atlas had in the vehicles?

5    A    Correct, and repay my lender, which is Peter.

6    Q    Okay.  So you took back, for instance, the Bentley.  How

7    much was owed on the Bentley at that time?

8    A    Fifty-odd thousand.  I'm not a hundred percent.

9    Q    And what was it worth?

10   A    The Bentley, if it was in proper condition, was worth

11   probably about 70,000, 75,000, but it was not running

12   correctly at the time that we got it.

13   Q    It sat around for --

14   A    That's an automobile.

15   Q    Okay.  And then it had been in an outside lot secured by

16   the Secret Service for a year?

17   A    I didn't know where they kept it.

18   Q    Okay.  But you had keys.  No.

19        You -- and then you got it back, you sold it --

20   A    Yes.

21   Q    -- and you applied the amount you got for the sale to

22   the amount that was owed to you by Rose or members of her

23   family?

24   A    It was -- I took the money that I got for the sale of

25   the car and received that funds and then paid my lender the
```

```
1   debts.

2   Q    And your lender was your father-in-law?

3   A    Correct.

4   Q    Okay.  Was there a surplus, or were you upside down

5   after everything was sold?

6   A    I think after everything was sold we were -- we were

7   even in principal and not in carrying costs.

8   Q    So you owed some interest to your lender, Peter

9   Wolofsky, for the cost of carrying that car during that

10  period of time?

11  A    Correct.

12  Q    Okay.  And, by the way, whatever happened to the

13  Endeavor?

14  A    I received it back.  The engine was fried, and I believe

15  I sold it to a wholesaler for $2000.

16  Q    Wasn't running, right?

17  A    Not really.  It was smoking.

18  Q    That's bad for your health.

19       So do you know what, if anything, happened to Rose

20  Marks' house?

21  A    She sold it.

22  Q    And what happened to the money from the sale --

23  withdrawn.

24       Was the money from the sale used substantially to

25  pay the mortgage to your father-in-law?
```

```
 1   A     I don't know what she sold the house for.  I know his

 2   mortgage was paid off.

 3   Q     It was about, what, $815,000, is that the right figure?

 4   A     Somewhere in that range.

 5   Q     Okay.  Now, we went through an exercise with showing

 6   you -- I'm sorry.

 7         The Government went through an exercise of showing

 8   you checks and asking you how the money was applied to

 9   different transactions, correct?

10   A     Yes.

11   Q     Those weren't all the checks that you got from Rose or

12   Ricky or Michael or anyone else, were they?

13   A     No.

14   Q     There were a whole lot more checks?

15   A     Yes.

16   Q     The checks they showed you maybe totaled three or

17   $400,000, is that fair?

18   A     I didn't add them.

19   Q     But the number, you said that there was well over a

20   million or more dollars in checks that you got from Rose or

21   her family over this period of time?

22   A     Yes, there was a schedule.  Not this schedule.

23   Q     A different schedule?

24   A     A different schedule.

25   Q     But, now, for instance, did you get any -- you said you
```

```
 1    got third-party checks.  Did you get any checks made out to
 2    Rose from Seminole Bingo or Hard Rock Casino or anything like
 3    that?  Do you remember some of those?
 4    A    Unless I looked over -- if you'd like to show me, I
 5    don't have a memory for 10 years of transactions.
 6    Q    The reason you remembered these particular transactions
 7    were those were the particular transactions the Government
 8    showed you, right?
 9    A    Yes.
10    Q    And they met with you a couple of times, right?
11    A    Yes, they did.
12    Q    About how many?
13    A    A total of four.
14    Q    Was one of those times on May 13th, 2013?
15         I'm sorry.  Let me show you a memorandum of
16    interview and ask you if it refreshes your memory.
17    A    Yes, it was May 13th, 2013.
18    Q    But there were three other times that they met with you;
19    is that right?
20    A    Yes.
21    Q    Who met with you on those other three occasions?
22    A    Well, on the first occasion -- I don't know if that was
23    the first or the second time, the memorandum that you showed
24    me.
25    Q    Right.
```

1    A    On the first occasion, the same group of people as the

2    second occasion.

3    Q    And that was Ms. Watts, Mr. Stefin, Mr. Bardfeld, and

4    Ms. Kenny?

5    A    Yes.

6    Q    All of whom are here in the courtroom today.

7    A    Correct.

8    Q    And who else met with you on other occasions?

9    A    On the third occasion it was Mr. Bardfeld and Ms. Watts.

10   Only and for a very short period of time to say hello -- I

11   forgot his last name.

12   Q    Mr. Stefin?

13   A    Yes.

14        And then on the last occasion, just Mr. Bardfeld

15   and Ms. Watts.

16   Q    Okay.  On the first occasion was the same people also?

17   A    The same four were all four present, yes.

18   Q    And was that before or after May 13th, 2013?

19   A    You're not being fair.

20   Q    But I'm a lawyer.  I'm not supposed to be fair.

21   A    I don't know the date.  There is a memorandum.

22   Q    Well, I only have one.  That's why I'm asking.

23   A    Oh, okay.

24   Q    Actually, I misstated.  I'm sorry.  I have two.

25   A    Okay.

```
1    Q    Was that on October 24th, 2012?

2    A    Yes, sir.

3    Q    The jury already knows I'm often wrong.

4         And as we sit here today, about how much money, to

5    your knowledge, did your father-in-law make on his

6    transactions with Rose Marks?

7    A    I couldn't answer that.

8    Q    Okay.  As we sit here today, can you tell us whether all

9    of the benefit from all of these transactions went to Rose,

10   or did some of the benefit to from these transactions go to

11   Ricky; Michael; Vivian; Victoria; Nicholas, Sr.; Nicholas,

12   Jr., Ricky's son?

13   A    I can tell you that the entire family through these

14   transactions had use of the vehicles.

15   Q    Okay.

16   A    It wasn't Rose getting in and out of a Ferrari.  It

17   didn't happen.  So family members used the cars.  If that's

18   your -- what you're asking me in terms of a benefit, then,

19   yes.

20   Q    So -- and -- withdrawn.

21             MR. SCHWARTZ:  I have no other questions, Judge.

22             THE COURT:  Thank you.

23             Any redirect?

24             MR. BARDFELD:  Yes, Your Honor.

25                         Redirect Examination
```

1   BY MR. BARDFELD:

2   Q    Without Rose Marks, would any of the family members have

3   received those cars from you?

4           MR. SCHWARTZ:  Objection, asked and answered,

5   direct and cross.

6           THE COURT:  Overruled.

7           You can answer.

8           THE WITNESS:  Could you say it again?  I apologize.

9   BY MR. BARDFELD:

10  Q    Without Rose Marks, would you have sold any of these or

11  leased any of these cars to any of the other family members?

12  A    No, Rose was the backbone to make sure that we got paid

13  and the cars didn't disappear.

14  Q    Who made the majority of payments for all of the

15  vehicles purchased or leased by the Marks family?

16  A    I think if you add them all up, it would be Rose.

17          MR. BARDFELD:  No further questions.

18          THE COURT:  Thank you, sir.

19          MR. STEFIN:  Our next witness is John Van Vorst.

20          John Van Vorst, Government's witness, sworn.

21          THE COURT:  Please be seated, sir.

22          Sir, if you could try and pull that microphone

23  towards you, because that chair doesn't move.

24          THE WITNESS:  I'm sorry, I don't hear so well.

25          THE COURT:  The chair doesn't move.  The chair

```
 1    doesn't move.  So the microphone moves.  So if you can pull

 2    that towards you.

 3              If you would tell us your name and spell your last

 4    name for us, please.

 5              THE WITNESS:  It's John Van Vorst.  The last name

 6    is V, like in Victor, a-n, capital V, like in Victor,

 7    o-r-s-t.

 8              THE COURT:  Thank you, sir.

 9              You may proceed.

10                       Direct Examination

11    BY MR. STEFIN:

12    Q    Mr. Van Vorst, how are you today?

13    A    Fine, thank you.

14    Q    I'm going to try to speak up a little louder than I

15    normally do.

16    A    Thank you.

17    Q    What do you do for a living, sir?

18    A    I'm a certified public accountant.

19    Q    How long have you been a certified public accountant?

20    A    Since 1974.

21    Q    Do you still have your own practice?

22    A    I sold my practice in this January.

23    Q    January 2013?

24    A    2013.

25    Q    But you're still practicing even though --
```

```
 1    A    I still -- yes, I'm working for the new owner.

 2    Q    I'm going to ask you to please wait until I finish my

 3    question before you start to answer.  Okay?

 4    A    Uh-huh.

 5    Q    Before you sold your practice, what was the name of your

 6    practice?

 7    A    John Van Vorst, CPA, PA.

 8    Q    And PA stands for professional association?

 9    A    Yes.

10    Q    Did you have any employees?  Did you have any staff, any

11    employees with John Van Vorst, CPA?

12    A    Yes.

13    Q    And what type of employees did you have?

14    A    My assistant and some professional staff.

15    Q    All right.  And when you talk about your assistant, are

16    you referring to another CPA or someone that's not a CPA?

17    A    Not a CPA.

18    Q    And you have practiced mostly in South Florida since

19    1974, or did you start out somewhere else?

20    A    South Florida.

21    Q    Do you know someone by the name of Rose Marks?

22    A    Yes.

23    Q    And how do you know Rose Marks?

24    A    She was a client of mine.

25    Q    And do you see her here today in the courtroom?
```

```
 1    A    Yes.

 2    Q    For the record, who are you referring to?

 3    A    Rose Marks.

 4    Q    Yes.  Can you point to the person you're talking about?

 5    A    Yes, Rose Marks.  Uh-huh. (Indicating.)

 6              MR. STEFIN:  Indicating the Defendant, Your Honor?

 7              THE COURT:  Yes.

 8    BY MR. STEFIN:

 9    Q    When did Rose Marks -- approximately when did Rose Marks

10    become a client of yours?

11    A    Eight or nine years ago.

12    Q    And what type of work did you do for her?

13    A    Prepared her individual income tax returns.

14    Q    Was there also a point in time that she had a

15    corporation that you prepared returns for, as well?

16    A    Yes, there were some, some corporate returns.

17    Q    Do you remember the name of her corporation?

18    A    Not exactly.  Joyce Michael, I think.

19    Q    Joyce Michael, Inc.?

20    A    I think.

21    Q    Is that what you primarily do as an accountant, prepare

22    annual tax returns for your clients?

23    A    I'm sorry?

24    Q    Is that what you primarily do as an accountant,

25    preparing annual tax returns for your clients?
```

```
1    A    Yes, we primarily prepare individual income tax returns.

2    Q    Now, in order to prepare the Defendant's tax returns,

3    did you or members of your staff meet with Rose Marks?

4    A    Yes.

5    Q    And what type of information would you or your staff

6    gather in order to prepare the returns?

7    A    The bank statements, gambling receipts, gambling 1099s.

8    Q    Ms. Marks had gambling receipts?

9    A    Yes.

10   Q    How would you determine how much gross income the

11   Defendant was receiving or making?

12   A    We would take the bank statements, add up all the

13   deposits, and that would be the representative of income.

14   Q    And how would you get the bank statements?

15   A    Rose Marks would provide them to us.

16   Q    In doing tax returns for clients, do you conduct any

17   type of financial investigation, or do you have to rely upon

18   the information furnished by the client?

19   A    We're not required to perform an audit of any of the

20   individual's tax records or verify them, for that matter.

21   Q    So what does that mean, you're not required?

22   A    Well, Marquette Law Review outlines the responsibility

23   of a tax preparer, and that's -- we're to take the

24   information provided by the taxpayer and exert reasonableness

25   on the preparation of the tax return, but we're not required
```

1    to audit or verify the honesty or truthfulness of that

2    information.

3    Q    So, for example, hypothetically, if a client gives you a

4    bank statement that shows a deposit of, say, a hundred

5    thousand dollars, and the client tells you that that wasn't

6    income but that was a gift or a loan, would you do anything

7    to verify the truthfulness of that statement?

8    A    Not required to do that.  We would take their word for

9    it.

10   Q    And would you have to rely upon the client to provide

11   you with all the bank statements or the bank statements

12   pertaining to all the bank accounts that the client has?

13   A    Yes, we always try to get all the information to prepare

14   an accurate return.

15   Q    If you were to receive information from a client that

16   you did not believe was truthful, would you still go ahead

17   and file the return based on the information furnished?

18   A    Absolutely not.

19   Q    Now, you said she became a client approximately eight or

20   nine years ago.  Did you prepare and file tax returns on her

21   behalf for a number of years before your relationship

22   terminated?

23   A    I think we prepared eight tax returns for her.

24   Q    I would like to show you what has been marked as

25   Government's exhibits 604, 604A, and 605 and ask you if you

1   can identify these as tax returns that were prepared by your

2   firm.

3             Were these returns prepared by your firm?

4   A    Yes.

5   Q    And can you tell if these were the actual returns filed

6   with the Internal Revenue Service?  You see the Internal

7   Revenue Service stamp on each of those returns?

8   A    I don't know what that means.  I don't know what the

9   Internal Revenue stamp is.  I don't know when they're

10  received.  We prepare them, so I don't know.

11            Well, it says certified true copy, Internal Revenue

12  Service, Oakland, California.

13            MR. STEFIN:  Your Honor, at this time we would

14  offer into evidence Government's exhibit 604 composite, 604A,

15  and 605.

16            MR. SCHWARTZ:  No objection.

17            THE COURT:  Admitted without objection.

18       (Government's Exhibit Nos. 604, 604A, and 605 entered

19   into evidence.)

20  BY MR. STEFIN:

21  Q    Now, Mr. Van Vorst, these particular returns pertain

22  only to the tax years 2006 and 2007.  Did you note that?

23  A    Yes.

24  Q    In 2004, did your firm prepare a return for Joyce

25  Michael, Inc., form 1120S -- 2006.  It's exhibit 604, I'm

1    sorry.  In 2006, did you prepare a return for Joyce Michaels,

2    Inc.?

3    A    I can't remember what year.

4    Q    There's a screen, computer screen, and I'm going to put

5    some documents.  You see that?  It's blank right now.

6            Let me just take you to the bottom of the page.

7    This is --

8    A    Yes, that's my signature.

9    Q    Your signature and date of, looks like August 9th, 2007,

10   correct?

11   A    Yes.

12   Q    Signed by Rose Marks on September the 6th of 2007,

13   correct?

14   A    Yes, it's signed.

15   Q    Now, again, this exhibit 604, 2006 1120S for Joyce

16   Michael, Inc., correct?

17   A    Yes.

18   Q    And the address furnished was 1319 Seminole Drive, Fort

19   Lauderdale, Florida?

20   A    Yes.

21   Q    And an 1120S, that's a return for a Subchapter S

22   corporation; is that correct?

23   A    Yes.

24   Q    And what does that mean in terms of the -- an

25   individual's personal tax liability?

1    A    As relates to an S corp.?

2    Q    Yes.

3    A    The S corp. is a flow-through entity, so any information

4    generated on the S corp. flows through by way of a Schedule

5    K-1, much like a W-2 to the individual, and it's reported by

6    the individual on their individual tax return.

7    Q    So in this instance, the first line, and it's hard to

8    read, but gross receipts or sales, I think that says, is

9    listed as $93,803; is that correct?  Do I have that correct?

10   A    Yes.

11   Q    And then from that $93,803, do you take deductions for

12   expenses, business-related expenses, is that the next step

13   that you take?

14   A    That would be the next step, yes.

15   Q    And when you calculate the expenses, for example, on

16   line 11 that's rents, correct?  That would be an expense if

17   somebody rented property as part of their business.

18   A    Yes.

19   Q    And in this return she listed rent as $46,200; is that

20   correct?

21   A    Yes.

22   Q    On line 19 there were additional deductions for $8127,

23   correct?

24   A    Yes.

25   Q    There's a separate schedule for how you derived at

```
1    $8127?

2    A    Yes.

3    Q    Adding those two numbers, you had total deductions of

4    $54,328; is that correct?

5    A    Yes.

6    Q    Where, on line 21, the ordinary business income is

7    listed as $39,475; is that right?

8    A    Yes.

9    Q    Now, that line item, 21, would that be the number that

10   would be transferred on to the individual's 1040 personal tax

11   return?

12   A    Not necessarily.

13   Q    Let me show you the 1040 return, Government's

14   exhibit 604.  I'm jumping ahead here, but line 17 shows for

15   real estate royalties, partnerships, S corporations,

16   et cetera, the number you have on line 17 is 39,475, correct?

17   A    Yes.

18   Q    That's the same number on the 1120S, 39,475?

19   A    Yes.

20   Q    The number on the 1120S is the amount of money that was

21   transferred over to Rose Marks' personal 1040 return?

22   A    Yes.

23   Q    Now, the 1040 for 2006 is listed in the name of Nicholas

24   G. Marks and Rose Marks; is that correct?

25   A    Yes.
```

```
 1   Q     And in the early years were you aware of the fact that
 2   Rose Marks was married to Nicholas Marks?
 3   A     I know she was married to Nicholas Marks.  I can't
 4   remember the years.
 5   Q     Okay.  In dealing with the Defendant's tax returns did
 6   you deal with Rose Marks or Nicholas Marks or with both of
 7   them?
 8   A     Rose Marks.
 9   Q     Now, on the top of the form next to the last name of
10   Nicholas Marks, there's a parenthesis which says Dec.
11   06/30/06.  What does that refer to?
12   A     That would mean deceased 6/30/06.
13   Q     But even though he passed away in '06, a tax return
14   would still be filed on his behalf, along with his wife?
15   A     When you have a death in that year, you file on
16   December 31st, your filing status is determined by your
17   status at the end of the year, and if you were married during
18   that year and your spouse unfortunately dies, then you could
19   file a joint return for that year.
20   Q     All right.  But let's go through the form, the personal
21   return for 2006.  Nothing was listed for wages or salaries;
22   is that correct?
23   A     Yes.
24   Q     In fact, nothing is listed until line 13, where it talks
25   about a $3000 capital loss, and it says, attach a schedule if
```

1    required, right?

2    A     Yes.

3    Q     All right.  Skipping that for now, on line 17, we have

4    the partnership -- I'm sorry, the S corporation income that

5    we talked about, the $39,475, correct?

6    A     Yes.

7    Q     Now, she shows additional income on line 21, and that

8    says gambling winnings of $292,211, yes?

9    A     Yes.

10   Q     How would a taxpayer, or in this instance, how would the

11   Defendant demonstrate that she had gambling winnings?

12   A     The casinos these days give you a 1099G for your

13   gambling winnings, and the client would give those to us to

14   report the gambling winnings.  Those W-2s are also reported

15   to the IRS.

16   Q     Okay.  So on line 22, then, the total amount of income

17   with the gambling winnings is listed as $328,686; is that

18   right?

19   A     Yes.

20   Q     And that's also called -- on line 37, it's hard to read

21   on the form.  That's also called the adjusted gross income.

22   So the 328,686 is the adjusted gross income?

23   A     Yes.

24   Q     Now, do you recall whether or not those gambling

25   winnings were offset by gambling losses?

```
 1   A    I can't recall without looking at the tax return.

 2             MR. STEFIN:  May I approach the witness, Your

 3   Honor?

 4             THE COURT:  Yes.

 5   BY MR. STEFIN:

 6   Q    Do you see that there?

 7   A    Yes.

 8   Q    What line is that, on what page, sir?

 9   A    It's on Schedule A of the itemized deductions, other

10   miscellaneous deductions, line 27, gambling losses.

11   Q    Referring you to the page of 604 composite marked as

12   IRS1-0833.

13             What is Schedule A?  What is that used for?

14   A    That's your various deductions that are allowable

15   against your income.

16   Q    So, for example -- and we're just going from the top,

17   medical and dental expenses, she listed as $35,000 that year;

18   is that correct, Mr. Van Vorst?

19   A    Yes.

20   Q    She listed on line 6 for taxes, that she paid real

21   estate taxes in the amount of $12,998?  Yes?

22   A    Yes.

23   Q    On interest for home mortgage, that's a deduction for

24   home mortgage interest in line 10.  She reported mortgage

25   interest of $25,195?
```

1    A     Yes.

2    Q     All right.  And these are all deductions that one can

3    take from income, correct?

4    A     Yes, they're allowable.

5    Q     And then you referred to a moment ago on line 27 under

6    miscellaneous, deductions, indicates gambling losses of

7    $292,211.

8    A     Yes.

9    Q     And do you recall that that equals the exact same amount

10   that she reported as gambling winnings?

11   A     Yes.

12   Q     Do you know why it is that if somebody goes to a casino

13   and loses either as much as they won or more than they won,

14   how much can they report --

15   A     They're only allowed --

16   Q     Let me finish.

17   A     Sorry.

18   Q     How much can they report on their tax return with

19   respect to losses?

20   A     You're allowable to deduct your losses only to the

21   extent of your winnings, not in excess of your winnings.

22   Q     And do you recall how it is that Ms. -- that the

23   Defendant would demonstrate to you or to your staff that she

24   had lost at least $292,211?  Would she bring in anything as

25   proof of that?

```
1    A    Yes.

2    Q    What types of items would she submit in order to

3    demonstrate the losses that she suffered at the casino?

4    A    ATM receipts, she would bring in wrappers from money and

5    later sometimes the casinos give you a statement showing the

6    amount of your losses.

7    Q    Let me show you what's been received in evidence as

8    Government's exhibit 410.  When you talk about cash wrappers,

9    take a look at this.

10   A    Uh-huh.

11   Q    And does that look familiar?

12   A    Yes.

13   Q    And what -- in what way?

14   A    These would be money that was used for gambling.

15   Q    Well, how would you know that?

16   A    That was represented by Ms. Marks.

17   Q    So -- and what are those actually, do you know what

18   those are?

19   A    They're wrappers that you would get, I suppose, from the

20   casino when you're going -- from an ATM or whatever that

21   would be used in the casino to gamble.

22   Q    And you also said that she would supply copies of ATM

23   receipts, receipts from the ATM machine?

24   A    Yes.

25   Q    And would that be something that you would attach to the
```

1    tax return?

2    A    No, these -- this information is not required to be

3    attached to the tax return.

4    Q    Do you recall, however, on this occasion in 2000 -- for

5    this 2006 return, that you did attach a bunch of the ATM

6    receipts?  Let me refresh your memory.  Document IRS1-0846

7    through 0877.  Does that refresh your memory?  Can you read

8    those?

9    A    Yes, I can see that.

10         MR. SCHWARTZ:  Judge, may we approach for a moment?

11         THE COURT:  Yes.

12    (The following proceedings were held at sidebar:)

13         MR. SCHWARTZ:  This is interesting, and we can go

14    through all these receipts, but we have testimony from the

15    casino that over the period of time, she lost money every

16    year based on how much they paid her and how much she paid

17    them.  I don't quite understand where Mr. Stefin is going.  I

18    didn't want to object in front of the jury, but I thought I

19    would raise the point to the Court.

20         THE COURT:  Didn't you point out in a

21    cross-examination of the people from the casino that the same

22    dollar could be won or lost?

23         MR. SCHWARTZ:  I did, and they gave me -- they gave

24    gross numbers of wins, gross numbers of loss, the wins and

25    losses canceled out, and she lost an average over the

```
 1    four-year period of $600,000 based on their figures.  I'm
 2    just trying to save time, Judge.
 3              MR. STEFIN:  Well, in terms of saving time, I'm
 4    pretty much done with the cash receipts.  I'm not going to
 5    go -- there's a whole bunch of pages.  I just wanted to
 6    demonstrate one of them.
 7              MR. SCHWARTZ:  I'm sorry if I --
 8              THE COURT:  That's all right.
 9              All right.  Thank you.  I'll overrule the objection
10    at this point.
11              MR. SCHWARTZ:  Okay.  Thank you.
12       (Sidebar conference concluded.)
13    BY MR. STEFIN:
14    Q    And I'm not going to dwell on this, Mr. Van Vorst, but
15    do you see these cash receipts that were attached to the 2006
16    tax return?
17    A    Yes.
18    Q    For example, it's -- again, they're kinda hard to read,
19    but the first one in the upper left-hand corner, it looks
20    like a transaction date.  Again, Cash Systems, Inc., a guest
21    receipt with a MasterCard, name, Rose Marks, date, 2/12/06.
22    The amount was $1070, I guess cash back, looks like a fee of
23    $70, a thousand-dollar transaction.  And then it goes on and
24    on; is that correct?
25    A    Yes.
```

1  Q    So Mr. Van Vorst, based on the deductions, including the

2  same loss, gambling losses as the gambling winnings, on

3  line 40, how much was deducted?  What was the total of

4  itemized deductions for the gambling losses and other

5  deductions that we talked about?

6  A    $339,460.

7  Q    And based upon that, on line 43, what was the taxable

8  income then reported by the Defendant for 2006?

9  A    Zero.

10 Q    And let me just show you quickly 2007, Government's

11 exhibit 605.  In this instance, the tax filer is Rose Marks

12 by herself, correct?

13 A    Yes, single.

14 Q    And going down the other lines of the tax form, again,

15 no report of wages or salaries.

16        In this instance, line 17 is where the S

17 corporation, any corporate income would be reflected?

18 A    Yes.

19 Q    And did she reflect any income whatsoever --

20 A    No.

21 Q    -- from a corporation?

22 A    No.

23 Q    In fact, the only income she reported for that year was

24 on line 13?  Well, strike that.

25        Other than gambling, the only other income reported

```
 1    was on line 13, which purports to show a capital gain?

 2    A    Yes.

 3    Q    Of $42,453.  Do you know what that was for?

 4    A    No.

 5    Q    Do you know if she sold a piece of property that year?

 6    A    (No response.)

 7    Q    If I could direct you to document page IRS1-00885 on the

 8    same return.

 9          What does that reflect on part two, longterm

10    capital gains?  What does that reflect?

11    A    It reflects the sale of a piece of property.

12    Q    Which she shows a gain of $71,587?

13    A    Yes.

14    Q    Kind of hard to read.  I apologize.

15          But then the net figure is 42,453?

16    A    I'm sorry, I can't read the part on the upper left.

17    Q    My question is, what is the net gain from the sale of

18    that property.

19    A    May I see the return?

20          From the sale of that property, 71,587.

21    Q    But how did -- if you flip the page, it reduces it to

22    41,000.

23    A    Yes, there's a capital loss carryover from another year

24    which offsets that.

25    Q    Capital loss carryover means what?
```

1     A     It was from a prior year.

2     Q     What was from a prior year?

3     A     Line 7 is a minus 29,000, so it's subtracted from the

4     71,000.  So the taxable part would be 42,453.

5     Q     Other than that capital gain of 42,453, did she list any

6     other type of income for that year?

7     A     Statement one.

8     Q     And statement one reflects $221,532?

9     A     Yes.

10    Q     Do you need to see the form to see what statement one

11    is?

12    A     Yes, please.

13    Q     Document number IRS1-0893 through 0897, listed as

14    gambling winnings.

15    A     I'm sorry?

16    Q     Can you see that's a list of gambling winnings?

17    A     It appears to be.

18    Q     Listing amounts from the Seminole Casino and other

19    locations with amounts in the right-hand column?

20    A     Yes.

21    Q     Let me go to the last page, and you see the total on

22    that last page?

23    A     Yes.

24    Q     Of $221,532?

25    A     Yes.

1    Q    Which it says total to Form 1040, line 21, right?

2    A    Yes.

3    Q    So back to line 21 and the Form 1040, the 221,532 you

4    know is the gambling winnings?

5    A    Yes.

6    Q    With the capital gain of total income of $263,985?

7    A    Yes.

8    Q    And do you recall whether or not there was winnings of

9    $221,532 was offset by gambling losses?  Do you recall?

10   A    I can't recall.  I have to look at the return.

11   Q    Let me refer you to the third page, Schedule A, line 28.

12   What do you see there, sir?

13   A    Gambling losses in that amount.

14   Q    $221,532?

15   A    Yes.

16   Q    So based upon the gambling losses offsetting the

17   winnings, and the itemized deductions, itemized deductions of

18   $222,208, what was the total taxable income that you reported

19   for 2007 on line 43?

20   A    $40,372.

21   Q    And that generated a tax of how much money?

22   A    2871.

23   Q    And as reflected on line 76 of the form, the amount you

24   owe, $2871; is that correct?

25   A    Yes.

1   Q   Do you know why it is there was no form 1120S filed for

2   2007?

3   A   I don't recall.

4   Q   Mr. Van Vorst, I want to show you what's been marked as

5   Government's composite exhibit 18.  Let me show you what's

6   marked as Government's composite exhibit 18.  Do you

7   recognize that folder?

8   A   Yes.

9   Q   And how do you recognize it?

10  A   That's my folder.

11  Q   Are these records that are kept and maintained or were

12  kept and maintained by John Van Vorst, PA --

13  A   Yes.

14  Q   In connection with your accounting practice?

15  A   Yes.

16  Q   And do these records pertain to your client, Rose Marks?

17  A   Yes.

18  Q   Were these records and the interest entries put into

19  these records made by someone who had the duty to report the

20  information furnished on the forms?

21  A   Do you mean we would have prepared the information

22  herein?

23  Q   Yes.

24  A   Yes.

25  Q   The person making notations in that -- in those papers,

```
 1    would that have either been you or an employee?

 2    A    Yes.

 3    Q    And would that -- would you or that person have

 4    maintained those records and kept those records in the course

 5    of her employment based upon her obligation to report

 6    information she's receiving from Ms. Marks, for example?

 7    A    Yes.

 8    Q    Can I direct you to one particular document within that

 9    exhibit?

10          I'm showing you document Vorst-00071.  There's a

11    handwritten notation there.  Do you recognize whose

12    handwriting that is?

13    A    Yes.

14    Q    Whose handwriting is that?

15    A    It's mine.

16    Q    Is that an entry that you made in connection with your

17    representation of Ms. Marks for her tax filings?

18    A    Yes.

19          MR. STEFIN:  Your Honor, at this time the United

20    States would offer into evidence Government's exhibit 18.

21          MR. SCHWARTZ:  Your Honor, I'm going to object only

22    because --

23          THE COURT:  Can we talk about it over here, please?

24      (The following proceedings were held at sidebar:)

25          MR. STEFIN:  Can I just point out the upper?
```

```
 1                THE COURT:  All right.  So are you objecting to
 2      everything or are you just objecting to this one page?
 3                MR. SCHWARTZ:  I'm objecting to the alleged
 4      statement by Mrs. Marks here written by somebody, I don't
 5      know who.
 6                THE COURT:  He just said it was -- he wrote it.
 7                MR. STEFIN:  He said he wrote it.
 8                MR. SCHWARTZ:  I'm sorry.  I missed hearing that.
 9                MR. STEFIN:  Okay.  That was the issue that --
10                MR. SCHWARTZ:  That I raised to you.
11                MR. STEFIN:  Yeah.
12                MR. SCHWARTZ:  If he remembers that she made that
13      statement to him, then I can't object, Judge, and I'm sorry.
14      I missed hearing him say that.
15                THE COURT:  He just said -- I'm assuming he was
16      referring to this because he did refer to page 00071, and he
17      said he recognized the handwriting, and it was his
18      handwriting, and he made it in connection with his --
19                MR. STEFIN:  Representation.
20                THE COURT:  -- representation of Ms. Marks.  I
21      believe that's what he said.
22                MR. SCHWARTZ:  Then I apologize for wasting your
23      time.  I was talking to my client.
24                THE COURT:  So you have no objection?
25                MR. SCHWARTZ:  No objection.
```

```
 1              THE COURT:  Admitted without objection.

 2         (Government's Exhibit No. 18 entered into evidence.)

 3              MR. STEFIN:  Thank you, Judge.

 4         (Sidebar conference concluded.)

 5              THE COURT:  All right.  Exhibit 18 is admitted

 6    without objection.

 7    BY MR. STEFIN:

 8    Q    Showing you that document within exhibit 18, does that

 9    handwritten notation refresh your memory as to what the

10    Defendant told you with respect to tax year 2007, corporate

11    return in 2007?

12    A    Yes.

13    Q    And what did she tell you?

14    A    May I read it?

15    Q    Yes, it's in evidence.

16              THE COURT:  Yes, it's in evidence.

17              THE WITNESS:  "Per call 9/22/10, Rose said she had

18    no activity in years, she did not file this corporate's tax

19    return, which was 2007 and '8."

20    BY MR. STEFIN:

21    Q    This was a notation you made in 2010.  Do you remember

22    why it was that you were talking to her about her 2007 and

23    2008 tax returns in 2010?

24    A    Well, may I answer?

25    Q    Well, that's what I hope for.
```

```
 1   A     Okay.  I was doing the 2009 corporate tax return, and we

 2   did not do a 2007 or '8, so I was asking her for the 2007 or

 3   '8, she said there just wasn't any activity, just do the

 4   2009.  So I did.

 5   Q     Okay.  That is an answer.  A good answer, by the way.

 6            MR. SCHWARTZ:  Objection.

 7            THE COURT:  Sustained.

 8            MR. STEFIN:  I withdraw it.

 9            MR. SCHWARTZ:  So it was a bad answer?

10   BY MR. STEFIN:

11   Q     Mr. Van Vorst, let me show you what's marked as

12   Government's composite 20, Vorst-000753 through 779.

13            Do you recognize those as documents that you had

14   maintained within your practice with respect to the tax

15   return information regarding Rose Marks?

16   A     Yes.

17   Q     And you furnished that to us pursuant to a subpoena or

18   request for information regarding your tax filings?

19   A     I'm sorry?

20   Q     You furnished that information to us in response to a

21   subpoena or request from the Government for the tax related

22   information of Ms. Marks?

23   A     Yes.

24            MR. STEFIN:  Your Honor, at this time we would

25   offer composite 20.
```

```
 1              MR. SCHWARTZ:  Your Honor, I object to all of that

 2    except 758 and 759.

 3              THE COURT:  All right.  Can we discuss that over

 4    here again, please, unless you can just give me a one-word

 5    objection?

 6              MR. SCHWARTZ:  I think it needs a little more.

 7              THE COURT:  Okay.

 8              MR. STEFIN:  One word, Judge?

 9              MR. SCHWARTZ:  The one word is no.

10      (The following proceedings were held at sidebar:)

11              MR. SCHWARTZ:  These are in reverse order, Judge.

12              THE COURT:  All right.  So what is it you're

13    objecting to?

14              MR. SCHWARTZ:  I'm not objecting to letters

15    regarding that they wrote to her.

16              THE COURT:  They wrote to whom?

17              MR. SCHWARTZ:  I'm sorry.  The accounting firm

18    wrote a letter to Ms. Marks summarizing the information she's

19    given them and what she's told them, et cetera.  758 and 759

20    refer to the 2006 tax return, which is the subject of one of

21    the two tax counts.

22              The other ones, 753 through 757, reply -- refer to

23    other information regarding other tax years, 2005, 2004,

24    2002, and 2001.  For some reason, there's nothing on 2003.

25              I suggest that this is in the form of 404B type of
```

```
1    information, and therefore is not -- it should not be

2    admissible at this time.

3                THE COURT:  Are these documents that the accountant

4    prepared, are you saying, summarizing what Ms. Marks told

5    them regarding her income and losses and deductions and

6    anything that was relevant to the preparation of the tax

7    returns for these various years, and these were written,

8    prepared by them and sent to her to acknowledge that they're

9    accurate?

10               MR. SCHWARTZ:  Basically correct, Judge, unless the

11   Government disagrees.  That's my interpretation.

12               MR. STEFIN:  Yep.

13               THE COURT:  Yes?

14               And you want it in for 404(b) purposes?

15               MR. STEFIN:  Well, yes.  It's particularly relevant

16   with respect to, for example, the 2001 return which was

17   found -- now, we're getting into a lot of these side issues,

18   but it was found in her warehouse, the 2001 return, which has

19   a income shown of $183,980 on her 11, and again, 1040 or

20   1120, I forget which one.  But the bottom line is this letter

21   explains that because it explains that the Defendant is

22   saying that the wire-transfers from Jude Montassir totaled

23   483,980, but it is saying that 300,000 of that is a loan.

24               So they took that calculation and came up with the

25   number 183,980, which she reported for 2001.  So that's the
```

1    relevance of this particular form in conjunction with the

2    other evidence we have.

3            She also -- it reflects her also making statements

4    with respect to gambling and that she's talking about the

5    gambling winnings and losses in this letter.  So I'm just

6    trying to see.  Where she explained that the wrappers that

7    she gave, the wrappers total 345,000, and she assured us that

8    none of these wrappers were for cash she had purchased

9    through a check or ATM withdrawal.

10           So, again, it corroborates the fact that she's

11   using the cash wrappers as evidence of her gambling losses.

12           And then each of these other letters demonstrate

13   the fact that in these other tax years, 2002, that Ms. Marks

14   gave forms W-2G totaling $982,000 for gambling winnings and

15   betting tickets for gambling institutions totaling 912,999.

16           THE COURT:  Okay.  I'm sorry.  I guess I am not

17   sure what the relevance of all these numbers is.  How does

18   this relate to proving the --

19           MR. STEFIN:  Let me just --

20           THE COURT:  -- proving the fraud in the years in

21   question?  How does this help?

22           MR. STEFIN:  Well, it goes to show that her failure

23   to report the funds from Jude Montassir was not due to

24   mistake or accident, but this was part of a common scheme

25   that she did for actually many tax years, going back to the

```
 1    filed returns that we have, you know, we could only go back

 2    with the IRS to 2003, so that I --

 3            THE COURT:  She's explaining here --

 4            MR. STEFIN:  Here, she's reflecting --

 5            THE COURT:  What is she explaining about income or

 6    the money that came from Montassir?  What is she explaining?

 7            MR. STEFIN:  She's claiming that 300,000 or

 8    483,000 -- first of all, she's saying all wire transfers

 9    totaling 483,000 is income except for 300,000.  She's saying

10    that that was a loan.  So she's reporting a substantial

11    amount of the money from Jude as being a loan to her

12    accountant.

13            The other thing is, we're going to show that the

14    actual amount of money she received from Jude Montassir in

15    2001 far exceeded 483,980.  It was over a million dollars

16    that she actually received from Jude Montassir.

17            THE COURT:  Okay.

18            MR. STEFIN:  So, again, showing this --

19            THE COURT:  All right.  So -- and you say it's --

20            MR. SCHWARTZ:  Your Honor, the Government gave me

21    notice at the beginning of the trial or a couple of days

22    before that they intended to rely on 404(b) material, her tax

23    returns and tax information from prior tax years to help

24    prove that she committed tax fraud in '06 and '07.  I

25    objected to that on two grounds.
```

```
 1              The first one I objected to at the beginning of the

 2    trial because I believed it was improper 404(b) material, and

 3    then I -- if I haven't raised that objection yet, I do it now

 4    based on the fact that the tax returns that they have for

 5    those years come from the box in the garage which I believe

 6    was based upon an illegal search and seizure.

 7              So for both those reasons, I object to that

 8    information coming in.

 9              THE COURT:  All right.  Even assuming I was to

10    grant your motion to suppress the introduction of the boxes,

11    why wouldn't these statements that relate -- even though they

12    relate to other years, at least show that she considered some

13    of the money from Deveraux as income?

14              MR. SCHWARTZ:  The 2001 statement -- the 2001

15    letter would show that of the money that she got directly

16    from Jude Deveraux by wire-transfer, she considered virtually

17    all of it to be loans and part of it to be income.  That

18    would be, I believe that statement itself would be

19    admissible.  The whole letter and all the other information

20    wouldn't be admissible just to prove that.

21              I don't mind redacting it to have that information

22    come in because I think that's relevant and I think it cuts

23    both ways.  It helps me and it helps them.  But I think the

24    other information is merely being offered to bolster their

25    claim that she had a pattern of tax fraud, and therefore it's
```

```
 1    proper 404(b) material.

 2             THE COURT:  And why isn't that correct?  I mean,

 3    why doesn't it show either a pattern, lack of mistake or

 4    intent that's relevant to --

 5             MR. SCHWARTZ:  If Your Honor makes a 404(b) ruling,

 6    then it would be admissible if -- with the tax returns to

 7    show what she filed that year.  Absent the tax returns, I

 8    don't believe it's admissible, and I believe the tax returns

 9    are inadmissible.

10             THE COURT:  All right.  Well, right now we're just

11    dealing with these documents.  So it seems like there's

12    information in these documents in and of themselves that may

13    support the Government's case, again, under -- to show

14    absence of mistake, pattern or intent, even without the

15    actual tax returns going in.  So I'm going to find that they

16    do -- that they are properly admitted under 404(b), that they

17    go to the issue of intent, plan or scheme, lack of mistake --

18             MR. STEFIN:  And willfulness.

19             THE COURT:  Well, I think it's intent.  I don't

20    think willfulness is listed under the rule, but I'll double

21    check.  But I think it's intent.

22             MR. SCHWARTZ:  Plan and scheme.

23             THE COURT:  Plan and scheme and lack of mistake,

24    and that the probative value outweighs the prejudicial.  And

25    so I'll admit them over objection, and then we'll talk --
```

```
 1    whenever they want to try to put those actual tax returns in
 2    that they got out of that box that's in question, we'll deal
 3    with that.  I'm hoping to have a ruling on that by tomorrow.
 4            MR. SCHWARTZ:  Thank you, Your Honor.
 5            THE COURT:  So do you want me to read the 404(b)
 6    cautionary instruction?
 7            MR. SCHWARTZ:  If you would, Judge, yes.
 8            Well, you know, I don't think it's necessary now.
 9    I think it might just confuse the jury.  I'd ask, however,
10    that when we do the instructions to the jury, that it be
11    read.
12            THE COURT:  But you don't want me to read it at the
13    time these are offered?
14            MR. SCHWARTZ:  No.
15            MR. STEFIN:  Well, just to give you an advance, we
16    have the certified returns, as I said, from 2003 through
17    2007.  Well, '6 and '7 have already come in.  So 2003, 2004,
18    2005 and then 2008 and '9, and I think there was a non-filing
19    in '9 and '10, if I'm not mistaken.  I have certified -- not
20    with this witness, but I would be seeking to introduce that
21    with Ms. Levitt.
22            THE COURT:  And it has nothing to do with the
23    search, right?
24            MR. STEFIN:  Correct.  Had nothing to do with the
25    search.
```

```
 1                    But I'm just saying that in advance.  That might be
 2       the time where he would want an instruction.
 3                    MR. SCHWARTZ:  Right.
 4                    THE COURT:  That's fine.
 5                    MR. STEFIN:  Because that would be a 404(b) moment.
 6                    THE COURT:  So I'm not going to give the
 7       instruction, but I'm admitting it over objection under 404(b)
 8       with the finding that it's more probative than prejudicial.
 9                    MR. SCHWARTZ:  Thank you.
10                    THE COURT:  We're getting close to finishing.  Is
11       this a good time to break after this comes in, do you want to
12       go over some?  I'm trying to figure out when we should break.
13                    MR. STEFIN:  I think I'm pretty well done with this
14       witness.  How long do you think you would be with him?
15                    MR. SCHWARTZ:  I have some extensive cross going
16       into some of the conversations.
17                    THE COURT:  So why don't you finish up and then
18       we'll recess.  All right?
19                    We're going to have to start late tomorrow, I'm
20       sorry.
21                    MR. SCHWARTZ:  Can we chat afterwards about
22       scheduling?
23                    THE COURT:  Yes.
24          (Sidebar conference concluded.)
25                    MR. STEFIN:  I just need one second.
```

```
 1              THE COURT:  Yes.

 2              What was the number of that?

 3              MR. STEFIN:  Government's composite 20.

 4              THE COURT:  Government's composite 20 is admitted

 5    over objection.

 6         (Government's Exhibit No. 20 entered into evidence.)

 7              MR. STEFIN:  I actually have no further questions.

 8    I'm not going to publish this at this point.  I have another

 9    witness for this.

10              THE COURT:  All right.  Then ladies and gentlemen,

11    because it's so close to 5:00 o'clock and it doesn't make

12    sense to start cross-examination just for five minutes, and

13    the cross-examination's going to take longer than you can

14    reasonably be expected to stay this evening, so we're going

15    to recess for the evening.

16              We need to start tomorrow a little later than

17    normal.  If we can start at 10:00 o'clock tomorrow.  Is that

18    going to be a problem for anyone?  All right.  I didn't think

19    so.

20              Do not discuss the case, form any opinions, don't

21    do any independent research, avoid newspaper articles and

22    reports, and we'll see you tomorrow at 10:00.  Thank you.

23    Have a nice evening.

24         (The jury exits the courtroom.)

25              THE COURT:  I'm sorry, sir, that we're going to
```

```
 1    have to ask you to come back tomorrow.  We couldn't finish
 2    you today.  So if you could be back here at 10:00 o'clock
 3    tomorrow.  Is that all right?  Yes?
 4              THE WITNESS:  Yes.
 5              THE COURT:  Okay.  Don't discuss your testimony
 6    with anyone during the recess.  Thank you, sir.  We'll see
 7    you tomorrow morning.  Have a nice evening.
 8              Is there anything we need to discuss on the record?
 9              MR. SCHWARTZ:  Not on the record, Judge, just
10    scheduling matters.
11              THE COURT:  Okay.  Government have anything on the
12    record?
13              MR. STEFIN:  No, I can't think of anything.
14              THE COURT:  All right.  So go off the record.
15              (Discussion held off the record.)
16              THE COURT:  All right.  Yes?
17              MR. SCHWARTZ:  One of the -- the first witness I
18    wanted to call in my case was Special Agent Kelly Cook.  If
19    Your Honor recalls, she testified when we were talking about
20    the gym incident that there was a mistake in one of the
21    search warrants, that Mr. Bardfeld gave her the warrant I
22    believe to sign, or somebody gave her the warrant to sign,
23    she signed it, and there was an error in the warrant.
24              The error in the warrant that we're talking about
25    is where she swore that a -- that undercover officers had had
```

1    conversations with the Defendants, and the Defendants had

2    said that, give me your money to clean -- I'm paraphrasing

3    now, but give me your money, we'll clean it and we'll return

4    it to you.  That never happened.

5              As part of my case, I was going to, through those

6    undercover officers, play recorded conversations that the

7    undercover officers had with a few -- a couple of the

8    Defendants, and I'm talking about maybe four or five

9    conversations wherein they basically said the money you give

10   me is for fees, and some of it may go to buy crystals or

11   candles or something like that.  Which is totally different

12   than what Ms. Cook swore to in her warrant.

13             I don't think -- I shouldn't anticipate.  In my

14   opinion, there would be no problem from the Government with

15   me using those two undercover officers to play conversations

16   that show legitimate activity by two of the defendants.  The

17   question I have for the Court based on the Government's

18   objection is, will the Court allow me to lay the predicate by

19   calling Ms. Cook and showing her statements in the search

20   warrant under oath and then showing that they're not true,

21   and, in fact, this is what occurred?

22             THE COURT:  What's the relevance of showing that

23   there was a mistake in the search warrant?  How does that

24   relate to the case?

25             MR. SCHWARTZ:  Your Honor, I'm back to what we

```
1    argued early on before we started, that it's my belief and I
2    want to be able to show to the jury that the Government came
3    up with this theory that the --
4              THE COURT:  I don't mean to cut you off, but before
5    the trial started, you know, I kind of was, I need to hear
6    the evidence before I make a decision.
7              MR. SCHWARTZ:  I understand.
8              THE COURT:  Now, I've heard all the alleged
9    victims, and the one witness that I think supports that
10   theory, could arguably support the theory is -- what is her
11   name?  No one can say her name correct.  Deveraux -- Jude
12   Montassir.  Well, she said until the agents showed up at my
13   house -- the hotel room, you know, then it all hit me.
14             But everybody else, they were all complaining and
15   getting written signed agreements and going to INTERPOL and
16   going to New York City police long before Stack ever showed
17   up.  How does that --
18             MR. SCHWARTZ:  Your Honor, if I might beg to differ
19   slightly, the one Defendant who did that --
20             THE COURT:  Defendant?
21             MR. SCHWARTZ:  I'm sorry, the one victim who did
22   that was Jennifer Hill.  She was going to the police, going
23   to various law enforcement agencies and trying to get her
24   money back.
25             THE COURT:  That's the one from New York who
```

1    brought the lawsuit in New York?

2           MR. SCHWARTZ:  Yes.  Well, no, that's the one who

3    didn't start the lawsuit.  She made a complaint to the New

4    York City police for $3000 being taken.  Then she wrote to an

5    attorney by the name of Silver down here, then she went to

6    some other police.  She, I don't argue regarding Nancy Marks,

7    she did that.

8           THE COURT:  What about the one who actually filed a

9    lawsuit in New York?

10          MR. SCHWARTZ:  That was a number of years before.

11   I should concede, there are two.

12          THE COURT:  What about, was it Walker who said she

13   went to INTERPOL?

14          MR. SCHWARTZ:  Walker didn't do anything until, I

15   suggest to Your Honor, after the arrests in this case.

16          THE COURT:  She said she went to INTERPOL long

17   before there was an arrest in the case.

18          MR. SCHWARTZ:  I beg to differ, but I'll check my

19   notes, Judge.  I think that Walker found out about the arrest

20   in this case in 2011.  Then she went to INTERPOL, and she was

21   directed to the police in Florida after the indictments and

22   arrest in this case.

23          THE COURT:  But you're saying that Stack put in the

24   idea the whole issue about cleansing the money and being a

25   victim.  She never had -- she went to INTERPOL long before

1    Stack ever showed up.  Even if she possibly read about it in

2    the newspaper, what does that have to do with Stack?

3         MR. SCHWARTZ:  She went to INTERPOL and said she

4    was a victim of fraud.  She didn't go to INTERPOL and say the

5    money -- cleansing the money, et cetera.  I suggest it was

6    after she went to Stack that she came up with the money.

7         But what I guess I know and Your Honor doesn't, and

8    I apologize for saying it that way, is there are at least six

9    other alleged victims who the Government, after going through

10   the first three indictments, decided not to include in the

11   fourth and fifth indictment, and those people were all people

12   who had no complaints until they were visited by Stack.

13        THE COURT:  All right.  But if the Government's

14   case is based upon witnesses who don't have that taint, if

15   you want to call it that, then why are we going to bring in

16   information about tainting other people who aren't part of

17   the Government's case and haven't been called as witnesses?

18        MR. SCHWARTZ:  Because I suggest to Your Honor if

19   you analyze the five victims that they claim are Rose Marks'

20   victims, Jude Montassir is one.

21        THE COURT:  I mean, you've got her admitting.

22        MR. SCHWARTZ:  I agree.

23        THE COURT:  So you don't need Stack for her.

24        MR. SCHWARTZ:  Okay.  The second one is Debra

25   Von -- I'm sorry, is Deanna Wolfe, who learns about the case

1    from the indictment and then calls the agents.  And I suggest

2    at that point she's, forgive me, tainted by what the agents

3    and she discussed, and, again, we have no reports of what the

4    agents and she discussed early on.

5              THE COURT:  All right.  Well, again, I guess I

6    don't see any -- I've been thinking about this since we

7    started.

8              If you want to call Stack to, first of all, have

9    him say that some of the testimony given from some of the

10   witnesses is incorrect, obviously, I think you can do that.

11   For example, if Montassir testified she told them A and you

12   know or believe she didn't tell them that or told them

13   something different, I think you can call him to impeach --

14   directly impeach anything that was presented by these

15   witnesses.

16             If you want to call Stack to ask Stack about, well,

17   didn't you speak to so-and-so five times, and how come you

18   didn't prepare a report for every time you spoke to them,

19   where's the report, and isn't it true that so-and-so told you

20   that -- I'm talking about witnesses who actually testified,

21   not witnesses who haven't testified -- didn't so-and-so tell

22   you that he or she wasn't a victim?  And you didn't put it in

23   the report, or you didn't make a report because you didn't

24   want to provide that information because it was favorable to

25   . . . I think you can probably ask that.

```
 1              But if he says, no, that's not true, I don't think
 2     you can start going off on a tangent with other witnesses.
 3              MR. SCHWARTZ:  Your Honor, if might, I was just
 4     going to run down a few of the witnesses, if I might.
 5              We've spoken to -- about Jude Montassir.
 6              Andrea Walker felt that she was a victim of fraud
 7     when she learned about, from the newspaper articles, that the
 8     Defendants were arrested for fraud, and she called and was
 9     directed to the police offices, had conversations.  Up until
10     that time, to our knowledge, there was no talk about any
11     cleansing.
12              THE COURT:  But she believes she's a victim of
13     fraud, and she's reaching out to the police, and now you're
14     going to say the police put the idea that she's a victim in
15     her mind?
16              MR. SCHWARTZ:  Not that -- in that case -- what I'm
17     trying to distinguish, Judge, is do these people feel they're
18     victims of fraud because these Defendants have been indicted
19     for fraud, or do they believe and were they told, I'll
20     cleanse your money and give it back to you?
21              Andrea Walker, there's some tapes with Nancy Marks,
22     and I'm trying to distinguish Nancy Marks, Cynthia Miller,
23     and their actions from Rose Marks.  In Rose Marks, there's no
24     conversations regarding anything about cleansing money or
25     anything of that sort.
```

```
 1              With Deanna Wolfe, there's none of that, and she
 2    was a client of Rose's for 34 years.  And it's only after the
 3    arrests and being contacted -- I don't remember if she
 4    contacted them or they contacted her after the arrests, but I
 5    believe they contacted her, and suddenly her money's going to
 6    be cleansed.
 7              THE COURT:  I'm not sure that's -- I don't
 8    remember.  I thought --
 9              MR. SCHWARTZ:  I'll have to look at my -- I really
10    didn't intend to make this argument now, Judge.  So perhaps
11    if I could have overnight and take a look at it.
12              THE COURT:  Sure.  All right.
13              MR. SCHWARTZ:  I'll look at all of my notes.
14              THE COURT:  I'm being upfront with you here.  After
15    hearing the testimony and hearing -- my recollection is just
16    about every witness except for Montassir, who basically
17    admitted what you want her to say, that until they came to my
18    hotel room and said this was the situation, I didn't know
19    there was a problem.  I think she said something to that
20    effect, and then it hit her in the head.
21              MR. STEFIN:  Please don't use that term, Judge.
22              THE COURT:  It seems like everyone else sought out
23    law enforcement or -- before they were ever contacted by
24    Stack.  That's my recollection.  Maybe one of them didn't.
25              MR. STEFIN:  One or two maybe were contacted by us,
```

```
 1    we initiated contact.

 2            THE COURT:  First.

 3            Okay.  I don't know how going off with Stack and

 4    these other witnesses that haven't testified, how does that

 5    relate to the majority of the witnesses, even if it's not

 6    everyone, seem to have reached out to law enforcement before

 7    they ran into Stack?

 8            MR. SCHWARTZ:  Well, I will be glad to prepare and

 9    go over my notes, but I would note to the Court that A.U.,

10    who is Nancy's -- I'm sorry, Cynthia's client, the Japanese

11    lady, was reached out by Stack, was called a couple of times

12    before she accepted the fact she was a victim.

13            THE COURT:  Is that right?

14            MR. STEFIN:  I think that's correct.

15            What she said was when she got the call she was

16    skeptical and she tried to reach Nancy on the phone and she

17    left some messages and Nancy didn't call her back, and that

18    point she realized that something along the lines --

19            MR. SCHWARTZ:  I think it was Cynthia.

20            MR. STEFIN:  Cynthia, I'm sorry.

21            MR. SCHWARTZ:  But I'll go over each of them.  And

22    I suggest that most of them either were contacted by the

23    agents or they contacted the agents as a result of reading or

24    being told about the newspaper article about the arrest.

25            And one of the things I'm laboring under, and I
```

```
 1    know I've said it ad nauseam, and Your Honor is probably

 2    going to throw a gavel at me if you had one, is I would know

 3    what was said on the first, second or third conversations

 4    with these people if the agents followed the protocol and

 5    made notes and made reports of these conversations.  But they

 6    chose, for whatever reason, not to make reports or not to

 7    give those reports to Mr. Stefin and Mr. Bardfeld.

 8         THE COURT:  Based upon the history of this case,

 9    even if you had reports for every conversation, you would say

10    that the reports were missing information that was

11    exculpatory to your client, and they intentionally left it

12    out, which is what I've heard about every report or lack of

13    report in this case.  So I'm not sure that having the reports

14    would have cured anything.

15         MR. SCHWARTZ:  But it would have at least been a

16    starting point.

17         THE COURT:  But besides that, what does that have

18    to do with Agent Cook?  Because that has nothing to do with

19    any witness that's testified.

20         MR. SCHWARTZ:  Kelly Cook, I suggest to the Court,

21    if Your Honor accepts my theory, and it appears you don't,

22    but the -- that the Government was trying to proffer to the

23    grand jury and to Magistrate Snow to get search warrants, and

24    even at the arraignment of the case, et cetera, that all

25    defendants were told by these terrible fortune tellers that
```

 1    we're going to take your money, cleanse it, and return it to

 2    you, and it was never returned, which was the boilerplate in

 3    the indictment, which was the boilerplate in the search

 4    warrant.

 5              Then goes on to say in a search warrant prepared by

 6    either senior agents or the prosecutor, and there are

 7    telephone calls that corroborate that.  When in truth or

 8    fact, there are no telephone calls by agents to defendants

 9    corroborating that.

10              THE COURT:  I understand, but how does that -- how

11    does that prove or suggest that the witnesses that have

12    actually testified in this trial somehow were tricked into or

13    had the idea planted in their mind that they were victims,

14    when they weren't victims, or that they had planted in their

15    mind that the money was going to be cleansed by the

16    Defendant?  How does that in any way correlate to -- I'm

17    talking about Cook now.

18              MR. SCHWARTZ:  It depends on whether -- what Your

19    Honor allows me to argue to the jury in closing argument and

20    what Your Honor allows me to offer evidence of.  If I'm

21    allowed to offer evidence to show what I suggest is a pattern

22    of improper behavior to forward this concept by the

23    Government, both in the grand jury and search warrants and in

24    talking to some of the victims, and if I can show Your Honor

25    tomorrow that the majority of the alleged victims called by

 1    the Government felt they were victims of fraud either because

 2    they were contacted by Stack or because they were reacting to

 3    arrests on indictment, and just parenthetically flawed

 4    indictments, and then spoke to the agents, and then after

 5    speaking to the agents, they had similar stories about money

 6    being cleansed, I can argue to the jury that the Government

 7    came up with this theory and planted it in the minds of the

 8    victims.

 9            THE COURT:  All right.  We'll talk about it more

10    tomorrow, I guess.

11            MR. SCHWARTZ:  Thank you, Judge.

12            THE COURT:  Anything else?

13            What is this -- I guess we started on this path

14    with scheduling issues.

15            MR. SCHWARTZ:  I was going to call Kelly Cook as my

16    first witness and ask her about the incorrect statements,

17    which lead me then into playing -- introducing the agents to

18    show the good conversations.  I'll still do the agents with

19    the good conversations.  I will, of course, abide by whatever

20    Your Honor rules on Cook.

21            THE COURT:  Anything else right now?  No?

22            Okay.  We'll talk about it tomorrow, I guess, or

23    whenever we get to the Defendant's case.

24            MR. STEFIN:  And, you know, Mr. Schwartz has been

25    very open in telling me who he anticipates possibly calling.

```
 1    So just to front these issues so that we don't have to deal

 2    with them today, Mr. Schwartz has indicated he's still

 3    tentatively planning to call expert witnesses.  I don't know

 4    if that's still the case, but he gave me a biography of a

 5    professor who has done papers about the Gypsy culture, and

 6    then he gave me another one today which, I don't know,

 7    physics or something.  So I don't know where that fits in.

 8           But I don't believe that this testimony is

 9    relevant.  And, again, we don't have to argue about it today,

10    but I want to save Mr. Schwartz time and effort and expense

11    of lining up people if my theory is correct that this is not

12    relevant evidence that should be admissible and the Court

13    would rule in that way, the Court could save us time and save

14    Mr. Schwartz some time.

15           THE COURT:  Well, the only discussions we've had

16    about that were not on the record.  So I don't know if --

17    what he intends to present --

18           MR. STEFIN:  Right.

19           THE COURT:  -- if anything, and we haven't had an

20    opportunity to fully air it.

21           MR. STEFIN:  And he hasn't filed anything either.

22           THE COURT:  I understand.

23           Until it's actually presented to me I'm not in a

24    position to make rulings.

25           MR. STEFIN:  I know that.  I know that.
```

```
 1              And the other thing is is Mr. Schwartz has told me
 2     that he wants to recall Jude Montassir.  I would ask the
 3     Court to conduct, whether it's in camera, ex parte, for him
 4     to -- or if he's willing to discuss, you know, proffer in
 5     open court why he needs to bring Ms. Montassir back.
 6              THE COURT:  He already knows now that he wants to
 7     do it?
 8              MR. STEFIN:  Yes.  He's indicated he wants to
 9     recall her, and he sent me a subpoena, which I guess we
10     agreed to accept service for her.  And, again, if there's a
11     legitimate reason to recall her, then I can't object, but if
12     it's simply to start asking more questions about the tax
13     returns, which I think her answer has been -- it has been
14     well covered that she relied upon a tax accountant.
15              Again, I don't want to speak for him.  He may have
16     legitimate reasons, but I think it could be harassment and it
17     may not be intended by the defense counsel, but this lady's
18     been through an awful lot.  And I know that's secondary to a
19     lot of issues on a criminal case, but I think victims have a
20     right to be protected, and the Court has seen to that on
21     other occasions in this matter, dealing with personal
22     information and so forth.
23              So before we drag this woman back down here, I
24     would just ask the Court to rule that it's an inappropriate
25     use of the Court system.
```

```
 1              THE COURT:  You don't know if it's inappropriate at

 2    this point.

 3              MR. SCHWARTZ:  And, Your Honor, I've had a number

 4    of conversations with the attorney for her ex-husband, and I

 5    believe that after her ex-husband testifies, that there will

 6    be areas which are fruitful for me to explore with her, in

 7    addition to some of the new information I got from Mr. Stefin

 8    over the weekend regarding the tax returns, which we explored

 9    with Mr. Raley.

10              I don't know if it was the Detective Ogden or Jude

11    Deveraux who talked about Claude White being part of the

12    fraud, but these are things which will develop.

13              However, in order to be fair to Mr. Stefin, and I

14    wanted to be, I told him that at this time it's my intent to

15    recall her and probably during the week of the 23rd, and I

16    asked him, you know, can we try to work out a time for that.

17    It might be that Your Honor says, no, I can't recall her,

18    or --

19              THE COURT:  Again --

20              MR. SCHWARTZ:  -- whatever.  But it's too early to

21    make that determination.

22              THE COURT:  All right.  So when you feel you're

23    ready to say based upon X evidence or Y evidence that's come

24    in I believe I have a legitimate reason to recall her, and if

25    you want to do it ex parte or you want to do it in open
```

```
 1    court, we'll deal with it.  But I don't think I can make a
 2    ruling now.
 3              MR. STEFIN:  We're not asking you to.
 4              THE COURT:  Well, it sounded like you were asking
 5    me to tell him he can't do it.
 6              MR. STEFIN:  No, I just wanted to front you that
 7    this issue was coming up.
 8              THE COURT:  I got the impression you wanted me to
 9    tell him today.
10              MR. STEFIN:  Well, if you would, I would appreciate
11    it.
12              MR. SCHWARTZ:  Those that laughed are on the right
13    side of the courtroom.
14              THE COURT:  All right.  Anything else?
15              MR. SCHWARTZ:  Thank you for your patience, Judge.
16              THE COURT:  Have a nice evening.  We'll see you at
17    10:00 o'clock tomorrow.  Thank you.
18         (The evening recess was taken at 5:20 p.m.)
19                          * * * * *
20
21
22
23
24
25
```

```
1                          * * * * *

2                        I N D E X
```

3   Testimony of Mary Guardia

4           Direct by Mr. Bardfeld            26

5           Cross by Mr. Schwartz             36

6           Redirect by Mr. Bardfeld          48

7   Testimony of Adrian Raley

8           Direct by Mr. Stefin              54

9           Cross by Mr. Schwartz             71

10          Redirect by Mr. Stefin            96

11          Recross by Mr. Schwartz           99

12  Testimony of Lawrence C. Epstein

13          Direct by Mr. Stefin             102

14          Cross by Mr. Schwartz            108

15  Testimony of Michael Gordon

16          Direct by Mr. Bardfeld           124

17          Cross by Mr. Schwartz            156

18          Redirect by Mr. Bardfeld         178

19  Testimony of John Van Vorst

20          Direct by Mr. Stefin             179

```
21                         * * * * *

22

23

24

25
```

```
 1                      * * * * *
 2                  E X H I B I T S
 3  Government's Exhibits in Evidence:
 4          Government's 23                    34
 5          Government's 35-1 through 35-3     50
 6          Government's 6                     108
 7          Government's 5-3                   131
 8          Government's 5-2                   132
 9          Government's 5-5                   136
10          Government's 5-4                   150
11          Government's 5                     156
12          Government's 604, 604A and 605     185
13          Government's 18                    203
14          Government's 20                    213
15  Defendant's Exhibits in Evidence:
16          Defendant's 51                     75
17                      * * * * *
18                   CERTIFICATE
19      I, Stephen W. Franklin, Registered Merit Reporter, and
20  Certified Realtime Reporter, certify that the foregoing is a
21  correct transcript from the record of proceedings in the
22  above-entitled matter.
23      Dated this 12th day of NOVEMBER, 2013.
24      /s/Stephen W. Franklin
        _____
25      Stephen W. Franklin, RMR, CRR
```

**$**

$1 [1]  152/5
$1 million [1]  152/5
$1,070,100 [1]  67/13
$1,071,100 [1]  67/9
$1,168,130 [1]  115/25
$1,176,927.77 [1]  151/25
$1,297,888 [1]  68/5
$1,905,000 [1]  67/21
$10,000 [2]  138/23 148/2
$100,000 [1]  116/7
$102,500 [2]  78/25 81/11
$104,000 [1]  113/15
$104,409 [1]  113/15
$1070 [1]  195/22
$11,000 [1]  147/24
$110,000 [2]  78/16 96/5
$12,000 [1]  116/4
$12,998 [1]  191/21
$122,000 [2]  87/6 88/12
$122,410 [2]  87/6 90/7
$13,918.44 [1]  141/1
$135,000 [1]  115/11
$14,409 [1]  113/16
$14,410 [2]  137/19 138/4
$15,960 [3]  112/2 112/4 112/4
$150,000 [3]  132/18 140/25 141/20
$151,869 [1]  137/8
$152,000 [1]  91/4
$152,900 [1]  91/5
$155,100 [2]  116/8 122/5
$1587.88 [1]  143/15
$165,000 [1]  145/23
$168,500 [3]  134/8 134/20 134/22
$170,000 [2]  88/23 89/12
$170,921 [1]  89/10
$178,198.12 [1]  144/2
$180,000 [2]  113/20 113/22
$183,980 [1]  206/19
$185,000 [2]  112/9 112/25
$1868.78 [1]  132/19
$2,359,000 [1]  69/9
$20,000 [2]  47/15 146/2
$200,000 [4]  112/18 113/4 141/13 163/13
$2000 [2]  47/25 174/15
$209,945 [1]  115/10
$22,600 [1]  89/22
$220,000 [1]  92/24
$220,000-worth [1]  92/24
$221,532 [4]  198/8 198/24 199/9 199/14
$222,208 [1]  199/18
$23,584 [2]  81/12 90/3
$2322.46 [1]  143/20
$24,400 [1]  49/14
$2468.74 [1]  133/16
$25,000 [1]  98/4
$25,195 [1]  191/25
$25,375 [1]  140/22
$252.28 [1]  140/20
$254,874 [1]  113/1
$2594.88 [1]  132/24
$263,985 [1]  199/6
$277,000 [2]  137/3 138/1
$277,777.77 [2]  135/14 136/24
$2871 [1]  199/24
$292,211 [3]  190/8 192/7 192/24
$3,768,950 [1]  115/24
$3,799,050 [1]  115/19
$3,832,001 [1]  67/5

$3.25 [1]  121/11
$3.25 million [1]  121/11
$3.8 [2]  67/6 121/3
$3.8 million [2]  67/6 121/3
$30 [3]  90/10 90/13 90/13
$30,000 [1]  90/14
$30,100 [1]  122/4
$300,000 [5]  79/5 82/15 83/10 83/21 116/8
$3000 [2]  189/25 217/4
$31,404 [1]  113/24
$3250 [1]  141/1
$328,686 [1]  190/17
$339,460 [1]  196/6
$34,404 [2]  114/2 114/4
$35,000 [3]  14/20 163/13 191/17
$35,404 [1]  146/18
$350,000 [3]  113/7 113/10 113/14
$39,475 [2]  188/7 190/5
$4,929,080 [1]  115/21
$40,372 [1]  199/20
$400,000 [1]  175/17
$4000 [1]  140/20
$41,000 [1]  138/12
$41,386 [1]  144/7
$41,564.62 [1]  137/21
$42,453 [1]  197/3
$44,000 [1]  91/14
$450,000 [2]  115/7 115/8
$46,200 [1]  187/19
$465,000 [1]  114/7
$482,000 [1]  114/10
$50,000 [2]  140/10 141/21
$500,000 [1]  36/13
$500,000-worth [1]  36/13
$5000 [5]  88/15 142/11 142/25 143/21
  147/10
$51,600 [1]  144/15
$515,000 [2]  111/18 111/25
$52,848 [1]  114/11
$530 [1]  140/22
$534,848 [1]  114/11
$54,328 [1]  188/4
$54,874 [1]  113/4
$55,000 [2]  114/25 115/2
$55,697 [1]  114/20
$555,100 [1]  116/8
$578,950 [1]  114/14
$5850 [1]  144/12
$600,000 [1]  195/1
$62,000 [1]  91/18
$64,296 [2]  137/12 138/8
$70 [1]  195/23
$700,000 [1]  112/14
$71,587 [1]  197/12
$79,362.12 [1]  145/3
$8.9 [2]  98/17 98/20
$8.9 million [2]  98/17 98/20
$8127 [2]  187/22 188/1
$815,000 [3]  121/23 122/11 175/3
$82,000 [1]  92/3
$82,945 [1]  115/11
$821,000 [1]  121/15
$845,100 [1]  121/24
$8500 [2]  35/20 36/1
$8540.64 [1]  140/1
$880,000 [1]  70/17
$882,572 [1]  96/9
$9 [1]  92/21
$9 million [1]  92/21
$90,000 [2]  89/15 97/21

$90,000-worth [1]  89/15
$9000 [3]  34/23 35/7 35/12
$93,803 [2]  187/9 187/11
$97,500 [1]  78/23
$98,000 [1]  90/7
$982,000 [1]  207/14

**'**

'01 [1]  139/10
'02 [1]  137/25
'03 [2]  132/21 143/13
'04 [2]  139/17 144/8
'04-Volkswagen [1]  139/17
'05 [13]  89/2 89/4 89/6 89/11 89/25 139/25
  142/13 143/5 143/17 144/11 145/4 145/18
  148/9
'06 [14]  89/2 89/25 90/2 90/20 138/23 139/14
  140/2 140/18 140/21 142/13 142/14 162/1
  189/13 208/24
'07 [4]  81/22 97/9 170/7 208/24
'09 [5]  133/12 133/12 148/7 148/14 148/23
'10 [4]  161/22 161/23 161/24 211/19
'11 [1]  170/2
'12 [1]  161/22
'6 [5]  77/6 79/6 86/20 161/24 211/17
'61 [2]  118/16 118/17
'65 [1]  118/15
'7 [4]  77/6 79/6 86/20 211/17
'72 [1]  103/9
'8 [3]  203/19 204/2 204/3
'89 [2]  163/21 169/24
'9 [2]  211/18 211/19
'90 [2]  126/21 163/21
'90s [2]  126/21 164/13
'95 [1]  165/2
'95-ish [1]  165/2
'98 [2]  139/6 170/7
'99 [2]  165/12 165/13
'til [1]  23/21

**-**

-v [1]  1/5

**/**

/s/Stephen [1]  231/24

**0**

00071 [2]  201/10 202/16
000753 [1]  204/12
0021 [1]  145/17
0083 [1]  141/8
00885 [1]  197/7
0092 [1]  148/11
010 [1]  135/2
0160 [1]  140/8
0169 [1]  138/19
03 [1]  132/16
05 [4]  143/10 143/15 143/20 145/10
06 [6]  143/8 143/12 143/19 189/11 189/12
  195/21
06/30/06 [1]  189/11
07 [2]  67/14 141/25
08 [1]  146/2
0833 [1]  191/12
0846 [1]  194/6
0877 [1]  194/7
0893 [1]  198/13
0897 [1]  198/13
094 [1]  142/10

**1**

1.3 [1]  69/4
1.3 million [8]  68/6 68/10 68/11 68/12 68/19
 68/20 92/16 92/17
1.8 million [4]  69/12 69/22 70/14 70/16
1.9 million [1]  67/23
1/09/06 [1]  143/12
1/4 [1]  142/12
1/6/06 [1]  143/8
1/9/06 [1]  143/19
10 [6]  91/9 109/23 119/16 176/5 191/24
 203/17
10 percent [2]  96/16 96/17
10,000 [1]  148/18
100 [1]  88/23
1000 [1]  143/9
102 [1]  230/13
103 [1]  8/13
1040 [9]  59/16 96/14 188/10 188/13 188/21
 188/23 199/1 199/3 206/19
106 [1]  81/18
108 [2]  230/14 231/6
1089 [1]  134/7
1099 [8]  59/24 59/25 99/7 99/9 101/3 101/4
 101/6 101/10
1099G [1]  190/12
1099s [4]  57/22 59/18 60/5 183/7
10:00 [1]  213/22
10:00 o'clock [3]  213/17 214/2 229/17
10:29 [1]  53/4
10:46 [1]  53/4
11 [3]  147/11 187/16 206/19
11-80072-CR-MARRA [1]  1/2
11/14/05 [1]  143/20
11/15/05 [1]  143/15
11/18/55 [3]  51/4 51/10 52/12
11/31/05 [1]  143/10
110,000 [1]  97/3
1120 [1]  206/20
1120S [12]  59/10 61/15 61/21 64/7 64/9
 66/14 185/25 186/15 186/21 188/18 188/20
 200/1
1196 [1]  137/20
12/22/08 [1]  146/2
12/4/89 [1]  147/3
120 [1]  89/13
120,000 [1]  133/15
120-some [1]  88/6
122,000 [2]  87/16 98/2
1220S [1]  4/11
124 [1]  230/16
125,000 [1]  81/13
12:02 [1]  101/23
12th [4]  108/12 114/16 115/3 231/23
13 [4]  1/10 189/24 196/24 197/1
13 percent [2]  109/23 119/16
131 [1]  231/7
1319 [7]  29/2 30/22 108/10 111/22 112/10
 112/13 186/18
132 [1]  231/8
133 [1]  113/23
136 [1]  231/9
13th [4]  113/11 176/14 176/17 177/18
14 [2]  143/7 144/22
1400 [1]  48/10
144 [1]  92/2
146 [3]  108/20 108/20 109/20
15 [2]  52/23 153/18
15-minute [2]  52/22 153/13

150 [1]  231/10
151,000 [1]  138/2
156 [2]  230/17 231/11
160 [1]  36/8
164 [1]  113/22
16th [2]  3/19 55/19
17 [5]  1/8 188/14 188/16 190/3 196/16
170 [1]  89/13
178 [1]  230/18
178,000-plus [1]  144/6
179 [1]  230/20
17th [1]  2/20
18 [8]  28/4 200/5 200/6 201/20 203/2 203/5
 203/8 231/13
180 [1]  116/6
1800 [1]  48/10
183,980 [1]  206/25
185 [3]  112/14 112/22 231/12
185,000 [1]  112/21
1889 [1]  143/9
19 [1]  187/22
1965 [1]  103/6
1971 [1]  103/8
1974 [2]  180/20 181/19
1975 [1]  104/2
1978 [1]  103/10
1980s [1]  124/18
1988 [1]  163/21
1989 [1]  147/16
1998 [2]  117/22 132/16
19th [6]  3/9 3/24 5/25 22/24 23/5 82/9
1:15 [2]  101/16 101/21
1:16 [1]  101/23
1BOA12000295 [1]  35/16

**2**

2,300,000 [1]  92/18
2.36 [2]  69/21 70/20
2.7 million [2]  70/18 70/19
2/12/06 [1]  195/21
20 [7]  62/4 204/12 204/25 213/3 213/4 213/6
 231/14
20,000 [1]  133/15
200 [2]  1/21 20/21
200,000 [2]  112/15 112/23
2000 [3]  152/3 166/9 194/4
2000s [1]  119/16
2001 [16]  109/8 110/3 110/9 110/20 111/18
 111/25 120/5 121/2 166/9 205/24 206/16
 206/18 206/25 208/15 209/14 209/14
2002 [12]  112/9 112/13 112/24 113/6 113/10
 117/23 137/15 147/23 150/6 151/10 205/24
 207/13
2003 [10]  113/19 113/20 132/21 152/4
 157/10 158/7 205/24 208/2 211/16 211/17
2004 [31]  2/18 2/22 2/25 3/13 4/9 4/14 9/18
 9/24 56/13 57/20 60/11 64/14 65/21 65/22
 65/24 66/15 66/24 67/3 77/6 86/10 92/15
 95/17 98/16 114/7 114/8 114/24 133/2 133/3
 185/24 205/23 211/17
2005 [21]  34/23 35/8 35/18 56/13 68/3 68/16
 73/23 77/6 78/20 79/6 86/14 86/20 86/23
 86/25 87/18 92/16 95/16 97/19 115/7 205/23
 211/18
2006 [26]  37/8 56/13 68/17 73/24 78/25 81/9
 81/10 86/14 86/23 88/21 90/7 92/17 95/17
 109/12 111/1 115/13 185/22 185/25 186/1
 186/15 188/23 189/21 194/5 195/15 196/8
 205/20
2007 [45]  4/10 4/15 9/18 9/25 56/13 60/11

64/15 66/15 69/7 70/5 70/13 70/19 74/1 75/5
 75/8 77/3 78/16 86/14 86/23 91/18 96/6 96/8
 96/14 96/21 96/25 98/16 115/13 117/25
 140/10 141/12 150/6 151/10 185/22 186/9
 186/12 196/10 199/19 200/2 203/10 203/11
 203/19 203/22 204/2 204/2 211/17
2008 [5]  2/18 56/13 115/15 203/23 211/18
2009 [8]  2/22 56/4 88/20 100/3 115/15 120/5
 204/1 204/4
2010 [5]  121/3 162/2 162/9 203/21 203/23
2011 [10]  41/4 41/7 47/8 109/9 110/3 146/8
 147/16 157/10 168/22 217/20
2012 [6]  110/5 110/6 121/21 122/11 171/8
 178/1
2013 [19]  1/8 2/12 2/20 3/9 3/24 5/25 13/14
 22/24 23/5 80/3 82/9 97/12 100/3 176/14
 176/17 177/18 180/23 180/24 231/23
203 [1]  231/13
21 [5]  188/6 188/9 190/7 199/1 199/3
213 [1]  231/14
22 [3]  133/10 133/12 190/16
22-year-old [1]  159/10
221,532 [1]  199/3
22150 [1]  149/9
225,000 [1]  132/23
23 [7]  33/25 34/1 34/4 34/14 34/17 35/17
 231/4
238,000 [1]  133/5
23rd [1]  228/15
24 [1]  170/14
240 [1]  20/21
24th [1]  178/1
25 [1]  170/14
25 percent [3]  81/16 81/18 81/18
25,000 [1]  81/19
256 [1]  1/10
26 [3]  170/6 170/14 230/4
27 [5]  20/21 170/3 170/14 191/10 192/5
27-foot [1]  143/5
277,000 [1]  137/20
28 [5]  35/8 141/12 170/3 170/14 199/11
28 percent [1]  81/15
2871 [1]  199/22
28th [1]  34/23
29 [4]  66/10 132/8 169/25 170/15
29,000 [1]  198/3
2:51 [1]  154/3
2G [1]  207/14
2nd [1]  133/2
2s [2]  119/23 190/14

**3**

3.8 million [2]  67/22 92/15
3/5/07 [1]  141/25
30 [4]  81/5 97/8 157/14 157/25
30 percent [1]  81/15
30,000 [2]  146/14 146/17
300,000 [4]  80/8 206/23 208/7 208/9
302 [2]  20/24 83/15
30th [1]  113/10
31 [4]  3/25 132/8 157/16 157/23
31st [1]  189/16
32 [2]  31/19 157/16
328,686 [1]  190/22
33301 [1]  1/18
33401 [1]  1/24
33432 [1]  1/22
34 [3]  32/11 221/2 231/4
345,000 [1]  207/7
35 [2]  32/16 33/2

**3**

35-1 [4]  50/19 50/22 50/25 231/5
35-2 [4]  50/5 50/19 50/22 51/14
35-3 [5]  50/5 50/19 50/22 52/7 231/5
3592.34 [1]  133/6
36 [2]  31/18 230/5
36 percent [1]  81/14
360 [4]  132/22 133/3 144/8 158/7
37 [2]  31/24 190/20
3768 [1]  1/23
38 [1]  32/6
38,000 [1]  147/20
39 [1]  32/25
39,475 [2]  188/16 188/18
3:10 [1]  154/3

**4**

4/11/57 [1]  51/22
40 [1]  196/3
40,000 [1]  81/5
403 [1]  154/16
404 [9]  206/14 208/22 209/2 210/1 210/5
 210/16 211/5 212/5 212/7
404B [1]  205/25
41,000 [1]  197/22
410 [1]  193/8
42,453 [3]  197/15 198/4 198/5
4278 [1]  137/9
43 [4]  19/23 19/24 196/7 199/19
430 [2]  145/19 148/9
440,000 [1]  96/19
4589 [2]  137/11 138/8
4645 [2]  133/3 144/8
4661 [1]  139/10
4677 [1]  139/15
4684 [5]  63/11 63/13 64/1 64/12 70/10
4711 [1]  139/6
4746 [1]  145/4
4753 [2]  139/25 144/11
4779 [1]  143/6
48 [2]  20/5 230/6
4822 [1]  143/14
483,000 [2]  208/8 208/9
483,980 [2]  206/23 208/15
49 [1]  22/23
4910 [3]  139/14 140/1 140/21
4975 [1]  140/18

**5**

5-1 [1]  129/3
5-2 [5]  131/23 132/1 132/2 132/6 231/8
5-3 [8]  130/25 131/3 133/18 133/25 135/2
 149/11 150/8 231/7
5-4 [5]  150/13 150/17 150/19 151/5 231/10
5-5 [7]  136/8 136/11 138/19 140/8 141/7
 145/17 231/9
5.1 million [1]  92/17
5/12/05 [1]  145/10
5/30/2005 [1]  35/18
50 [2]  23/1 231/5
50 percent [3]  106/25 125/7 125/7
50,000 [2]  133/5 144/10
500 [2]  1/17 125/18
500,000 [1]  112/23
500,000-worth [1]  96/22
5000 [1]  148/19
5076 [2]  133/12 148/24
51 [5]  74/7 75/13 75/15 94/12 231/16
51-6 [1]  144/24

**514-3768 [1]  1/23**
515 [3]  112/14 112/19 112/22
52 [4]  75/14 82/8 85/24 85/25
54 [1]  230/8
55 [3]  51/4 51/10 52/12
55,000 [1]  115/1
560SL [1]  147/17
561 [1]  1/23
57 [1]  51/22
599 [1]  170/3
5:00 o'clock [1]  213/11
5:20 [1]  229/18

**6**

6.4 [1]  92/17
6.9 [1]  98/23
6/30/06 [1]  189/12
6000 [1]  122/12
604 [8]  184/25 185/14 185/18 185/25 186/15
 188/14 191/11 231/12
604A [4]  184/25 185/14 185/18 231/12
605 [5]  184/25 185/15 185/18 196/11 231/12
62 [1]  92/2
6602 [1]  149/9
677 [1]  139/17
6th [1]  186/12

**7**

7/29/2011 [1]  147/16
7/30/03 [1]  132/14
70,000 [1]  173/11
700 [2]  1/21 112/23
701 [1]  1/24
71 [1]  230/9
71,000 [1]  198/4
71,587 [1]  197/20
75 [1]  231/16
75 percent [1]  69/25
75,000 [1]  173/11
753 [1]  205/22
757 [1]  205/22
758 [2]  205/2 205/19
759 [2]  205/2 205/19
76 [1]  199/23
760 [1]  170/7
779 [1]  204/12
7:00 last [1]  22/5
7:01 p.m [1]  3/21
7th [1]  1/18

**8**

8.9 million [1]  92/18
8/2/11 [1]  147/11
815 [3]  122/13 122/13 122/23
840,000 [1]  96/20
85 percent [1]  69/6
85,000 [1]  112/20
880,000 [1]  81/21
880-something [1]  70/15
882,000 [2]  96/15 97/7
89 [1]  147/3

**9**

9 million [1]  92/25
9/22/10 [1]  203/17
9/30/2003 [1]  132/21
90,000 [3]  113/11 113/16 132/23
912,999 [1]  207/15
941 [3]  76/18 76/19 76/22
941s [1]  91/10

95 [1]  24/1
95,000 [1]  139/9
96 [1]  230/10
97 [1]  98/3
987 [1]  140/1
99 [1]  230/11
993 [1]  24/21
9:00 o'clock [1]  52/21
9th [1]  186/9

**A**

A-d-r-i-a-n [1]  54/6
a-n [1]  180/6
a.m [2]  53/4 53/4
A.U [1]  222/9
A00546 [1]  143/22
abide [1]  225/19
ability [1]  87/10
able [8]  7/8 16/15 59/17 60/6 72/18 100/14
 169/22 216/2
above [2]  151/12 231/22
above-entitled [1]  231/22
absence [1]  210/14
Absent [1]  210/7
Absolutely [1]  184/18
accept [2]  134/22 227/10
accepted [1]  222/12
accepts [1]  223/21
accident [2]  24/1 207/24
accompanying [1]  143/11
accomplished [1]  56/24
account [14]  34/23 42/22 60/7 70/2 70/3 70/6
 70/13 81/22 117/11 135/9 135/25 142/5
 143/4 167/20
accountant [64]  2/13 2/15 2/17 3/1 3/2 3/5
 3/16 5/7 5/8 5/9 5/14 5/18 7/6 7/18 7/20 8/4
 8/8 8/10 8/14 9/13 10/11 10/15 10/19 10/24
 11/3 11/18 11/18 11/23 12/6 12/21 12/24
 13/11 14/3 14/6 15/21 16/11 16/22 16/23
 17/1 18/11 20/8 22/1 22/8 22/16 24/25 54/13
 55/4 55/5 55/7 60/17 72/8 73/12 91/8 101/10
 103/3 103/5 105/25 158/1 180/18 180/19
 182/21 182/24 206/3 208/12 227/14
accountant's [2]  24/10 83/9
accountants [1]  122/9
accounting [11]  8/13 56/23 76/5 89/15
 103/11 103/15 103/21 118/20 142/4 200/14
 205/17
accounts [5]  42/24 130/7 148/13 151/19
 184/12
accrued [1]  171/20
accurate [5]  63/9 116/8 168/23 184/14 206/9
accurately [1]  131/15
accusations [2]  14/22 85/5
acknowledge [2]  96/5 206/8
across [5]  98/4 110/18 111/24 113/21 166/2
Act [2]  18/21 21/3
acted [1]  57/1
actions [1]  220/23
activity [3]  203/18 204/3 215/16
acts [1]  126/8
actual [6]  21/20 62/17 185/5 208/14 210/15
 211/1
actually [20]  12/14 12/22 54/23 66/19 92/3
 116/3 121/24 125/4 133/22 143/24 149/12
 177/24 193/17 207/25 208/16 213/7 217/8
 219/20 224/12 226/23
ad [1]  223/1
add [5]  85/2 143/21 175/18 179/16 183/12
added [7]  70/16 77/2 77/12 87/17 88/15

**A**

added... [2] 98/15 98/17
adding [3] 67/12 112/9 188/3
addition [5] 70/13 88/2 99/3 112/24 228/7
additional [14] 2/10 3/7 70/9 70/16 81/5
  97/25 99/3 112/25 114/1 116/4 122/12 140/5
  187/22 190/7
address [3] 111/22 149/8 186/18
adjusted [5] 81/12 91/3 96/17 190/21 190/22
adjustments [1] 167/19
admissible [7] 24/10 206/2 209/19 209/20
  210/6 210/8 226/12
admission [6] 34/13 50/18 129/2 130/24
  131/22 136/7
admit [1] 210/25
admitted [16] 34/16 50/21 75/12 107/25
  131/2 131/25 136/10 150/16 156/19 156/20
  185/17 203/1 203/5 210/16 213/4 221/17
admitting [2] 212/7 218/21
Adrian [11] 2/16 3/16 3/22 4/2 5/2 23/4
  53/20 53/23 54/2 54/6 230/7
adult [1] 39/9
advance [2] 211/15 212/1
advantage [2] 22/13 87/9
advice [3] 16/9 16/11 83/9
affects [1] 23/22
affiliated [2] 61/10 67/8
affirmative [1] 14/15
afford [1] 167/11
afraid [2] 42/4 42/5
after [38] 3/20 5/1 5/2 5/12 5/15 11/1 14/4
  22/5 23/3 25/5 48/4 53/4 53/15 92/25 99/18
  101/23 102/7 104/9 122/23 154/3 155/24
  160/12 164/8 164/13 171/7 174/5 174/6
  177/18 212/11 217/15 217/21 218/6 218/9
  221/2 221/4 221/14 225/4 228/5
afternoon [5] 102/24 102/25 118/9 124/14
  156/4
afterwards [1] 212/21
again [46] 8/16 9/21 13/1 13/8 13/13 14/11
  15/22 22/14 25/8 33/22 35/22 62/25 64/4
  65/23 68/20 84/10 90/17 91/8 111/19 112/9
  129/25 133/8 135/3 135/9 135/16 137/5
  138/24 148/20 156/4 170/12 179/8 186/15
  195/18 195/20 196/14 205/4 206/19 207/10
  208/18 210/13 219/3 219/5 226/9 227/10
  227/15 228/19
against [7] 112/19 116/21 154/13 154/21
  155/5 169/6 191/15
agencies [1] 216/23
agent [20] 3/22 3/23 5/3 5/23 10/18 10/18
  12/25 18/17 41/9 65/2 71/9 80/14 83/15 85/6
  85/6 85/19 85/21 85/22 214/18 223/18
agent's [1] 14/12
agents [17] 18/20 84/3 84/6 84/20 216/12
  219/1 219/2 219/4 222/23 222/23 223/4
  224/6 224/8 225/4 225/5 225/17 225/18
aggregating [1] 112/21
ago [6] 11/6 71/9 85/12 182/11 184/20 192/5
agree [3] 21/2 21/10 218/22
agreed [5] 51/25 227/10
agreement [5] 132/9 132/11 146/8 147/16
  148/7
agreements [2] 156/7 216/15
ahead [5] 8/16 17/20 152/3 184/16 188/14
air [2] 149/22 226/20
airplanes [2] 105/4 164/12
AKA [1] 62/20
albeit [1] 11/1

alert [1] 57/4
alias [1] 95/4
alive [1] 104/18
allegations [1] 6/11
alleged [6] 56/15 60/24 202/3 216/8 218/9
  224/25
alleyway [1] 16/6
allow [4] 4/21 44/2 100/8 215/18
allowable [3] 191/14 192/4 192/20
allowance [1] 147/21
allowed [4] 154/13 155/15 192/15 224/21
allows [3] 58/19 224/19 224/20
almost [3] 4/6 48/20 121/3
along [3] 149/5 189/14 222/18
already [13] 31/4 60/12 65/6 70/14 73/8
  97/13 100/4 122/7 133/24 149/10 178/3
  211/17 227/6
also [45] 24/13 24/13 35/19 37/10 37/19 39/7
  43/5 44/1 44/7 45/24 51/16 60/4 60/6 65/25
  72/15 74/13 76/11 76/15 83/5 88/15 89/8
  93/20 93/24 95/19 96/11 97/19 106/23
  127/12 128/1 138/4 138/7 146/19 147/8
  164/11 167/15 168/24 170/9 177/16 182/14
  190/14 190/20 190/21 193/22 207/3 207/3
also -- I [1] 24/13
always [10] 14/1 33/5 38/4 42/8 44/4 44/21
  118/10 149/17 162/24 184/13
am [5] 27/7 86/6 103/12 113/20 207/16
amend [6] 79/21 87/10 97/13 97/16 100/15
  100/16
amended [12] 79/22 87/11 87/12 87/13 87/14
  88/19 89/8 89/18 90/17 91/22 96/14 97/10
amending [1] 80/22
amendment [1] 91/2
amendments [1] 82/2
AMERICA [1] 1/3
American [2] 421/4 142/12
amount [51] 34/23 35/19 38/23 38/24 60/3
  68/17 70/9 75/21 75/23 75/25 77/3 78/10
  78/12 78/15 81/20 82/15 86/9 91/23 91/24
  95/8 98/15 106/17 115/17 115/21 115/25
  123/15 132/12 132/18 132/23 133/4 133/14
  133/15 135/12 135/21 151/10 151/23 163/7
  163/8 171/21 173/21 173/22 188/20 190/16
  191/21 192/9 193/6 195/22 199/13 199/23
  208/11 208/14
amounted [1] 115/18
amounts [10] 4/20 59/22 61/19 70/5 78/4
  78/4 94/16 95/8 198/18 198/19
Ana [2] 26/10 27/1
analyze [1] 218/19
ancillary [1] 115/2
and/or [2] 6/8 122/2
Andrea [2] 220/6 220/21
angry [1] 45/11
annual [4] 109/24 109/25 182/22 182/25
another [21] 24/3 32/12 35/18 41/9 56/5 70/8
  104/15 113/7 114/7 115/7 120/6 120/7 135/1
  137/10 140/9 148/19 164/11 181/16 197/23
  213/8 226/6
answer [24] 23/13 27/23 58/8 68/25 130/13
  150/24 178/7 179/7 181/3 203/24 204/5
  204/5 204/9 227/13
answered [3] 65/6 150/22 179/4
anticipate [1] 215/13
anticipates [1] 225/25
any [85]
anybody [2] 140/5 160/7
anyone [9] 25/14 40/4 49/7 62/3 62/8 125/6
  175/12 213/18 214/6

anything [51] 13/2 25/14 37/17 41/12 41/22
  42/3 42/4 42/8 42/9 42/10 42/12 42/18 42/21
  43/8 47/7 47/13 52/25 60/18 62/9 79/25
  81/24 82/13 84/8 85/3 88/15 93/13 100/13
  100/24 101/7 101/18 123/20 153/1 171/4
  174/19 176/2 184/6 192/24 206/6 214/8
  214/11 214/13 217/14 219/14 220/24 220/25
  223/14 225/12 225/21 226/19 226/21 229/14
anytime [1] 39/14
anyway [2] 10/8 15/6
anywhere [2] 82/20 106/23
aol.com [1] 1/25
apart [1] 44/25
apiece [2] 140/21 140/22
apologize [9] 25/9 120/3 140/13 153/24
  163/17 179/8 197/14 202/22 218/8
apparently [3] 2/22 3/24 24/1
appeal [1] 19/22
appear [2] 7/12 9/9
appearance [1] 26/9
Appearances [1] 1/15
appeared [2] 95/4 113/12
appears [5] 9/4 51/24 121/1 198/17 223/21
applicable [1] 58/24
applied [7] 90/5 143/10 143/15 143/20 144/7
  173/21 175/8
apply [1] 66/4
applying [1] 66/4
appreciate [1] 229/10
approach [17] 31/1 33/22 50/1 82/23 87/22
  88/25 90/22 91/20 107/12 128/4 129/5
  129/25 133/20 135/16 137/5 191/12 194/10
appropriate [4] 4/20 5/10 8/7 62/10
appropriately [1] 5/21
approximately [13] 3/20 3/25 56/2 67/7
  67/23 87/4 88/19 109/7 152/4 152/5 171/16
  182/9 184/19
April [6] 2/12 2/20 3/9 13/14 14/10 22/24
April 17th [1] 2/20
April 19th [2] 3/9 22/24
area [1] 155/6
areas [1] 228/6
aren't [6] 42/5 58/13 60/1 119/12 129/10
  218/16
arguably [1] 216/10
argue [4] 217/6 221/9 225/6 226/9
argued [2] 7/21 216/1
arguing [4] 10/16 22/14 38/15 89/20
argument [8] 2/11 7/21 16/7 16/12 16/9
  19/6 221/10 224/19
armed [1] 15/5
around [10] 20/22 21/8 37/12 56/3 122/16
  157/9 158/9 164/14 171/8 173/13
arraignment [1] 223/24
arrange [1] 167/15
arrangement [2] 165/15 165/24
arrest [5] 168/24 217/17 217/19 217/22
  222/24
arrested [8] 45/24 47/9 48/4 48/5 48/11
  168/18 169/14 220/8
arrests [4] 217/15 221/3 221/4 225/3
article [2] 171/15 222/24
articles [2] 213/21 220/7
ask [47] 3/6 6/18 11/15 18/9 19/19 19/22
  20/4 20/6 20/12 26/23 37/17 37/18 37/25
  41/12 41/14 43/17 44/1 46/25 47/11 54/16
  66/10 72/7 73/6 73/10 74/7 85/5 95/2 95/6
  100/7 105/22 118/23 129/4 136/22 155/12
  155/17 157/6 171/23 176/16 181/2 184/25
  211/9 214/1 219/16 219/25 225/16 227/2

**A**

ask... [1] 227/24
asked [28] 3/4 5/9 5/25 6/2 11/6 11/7 12/8
12/21 13/9 18/7 18/10 20/14 28/15 40/24
41/10 46/7 62/5 71/19 79/15 86/12 92/7 98/6
123/20 128/13 150/22 155/12 179/4 228/16
asking [11] 3/10 23/9 84/8 84/9 175/8 177/22
178/18 204/2 227/12 229/3 229/4
asks [2] 18/14 20/7
aspects [1] 125/2
assertion [1] 5/20
assist [5] 26/6 73/12 73/15 74/25 131/19
assistant [2] 181/14 181/15
assisted [2] 85/6 93/4
associated [1] 136/4
association [1] 181/8
assume [1] 130/15
assumed [1] 120/9
assuming [4] 140/23 169/7 202/15 209/9
assumption [1] 5/7
assured [1] 207/7
Aston [1] 125/22
Atlas [59] 61/12 67/18 68/9 69/2 75/21 76/25
77/13 106/24 107/2 117/15 124/22 124/24
125/1 125/17 125/11 125/24 125/25 126/1
127/9 128/21 130/6 130/7 130/21 131/17
134/7 134/18 135/2 136/3 136/25 137/8
137/25 138/19 138/21 140/8 141/8 142/10
142/23 144/1 150/25 151/19 151/24 152/3
152/21 156/8 156/16 163/6 165/13 166/1
166/21 167/7 167/13 167/16 167/21 168/14
168/16 169/18 170/11 172/23 173/4
Atlas-0083 [1] 141/8
Atlas-010 [1] 135/2
Atlas-0160 [1] 140/8
Atlas-0169 [1] 138/19
Atlas-094 [1] 142/10
ATM [6] 193/4 193/20 193/22 193/23 194/5
207/9
attach [4] 63/11 189/25 193/25 194/5
attached [4] 3/9 4/22 194/3 195/15
attack [2] 15/16 17/12
attacked [1] 17/19
attempt [2] 7/17 72/21
attempted [1] 9/6
attention [1] 47/8
attorney [6] 14/13 71/21 117/6 144/2 217/5
228/4
Attorney's [1] 1/17 21/7
attorneys [2] 171/1 171/11
audit [2] 183/19 184/1
August [3] 41/4 168/22 186/9
August 9th [1] 186/9
AUSA [2] 1/16 1/16
authenticated [1] 18/23
auto [18] 104/10 111/1 111/11 116/7 117/21
164/6 164/14 164/17 164/25 165/1 165/3
165/6 165/8 165/9 165/11 165/15 166/1
166/21
automobile [3] 123/9 133/8 173/14
automobiles [1] 111/12
available [1] 8/11
avenue [2] 15/17 17/12
average [1] 194/25
avoid [2] 16/7 213/21
aware [10] 8/6 8/9 8/18 13/20 74/24 75/2
91/11 97/12 120/11 209/11
away [4] 49/25 107/2 160/8 189/13
awful [1] 227/18

**B**

baby [1] 26/22
babysit [2] 27/7 48/22
back [67] 2/5 2/12 5/25 6/17 12/17 13/14
14/10 17/16 19/16 21/24 25/8 25/9 26/24
35/3 38/4 38/22 40/16 40/18 43/25 46/15
46/17 46/18 46/22 46/24 47/19 53/7 53/17
64/6 64/16 72/21 89/16 92/2 96/14 96/24
97/11 98/3 102/1 102/9 117/13 120/21
121/16 121/17 121/17 121/18 123/1 138/16
153/18 156/2 170/21 171/9 172/11 172/23
173/6 173/19 174/14 195/22 199/3 207/25
208/1 214/1 214/2 215/25 216/24 220/20
222/17 227/5 227/23
backbone [1] 179/12
backed [1] 80/10
background [2] 104/1 119/23
bad [3] 43/12 118/18 204/9
balance [3] 123/13 123/15 172/18
balances [1] 123/10
bank [25] 30/9 57/10 57/21 60/7 60/12 70/6
74/25 119/11 119/24 126/8 130/5 130/7
142/12 143/8 143/19 146/1 151/19 166/24
183/7 183/12 183/14 184/4 184/11 184/11
184/12
banking [1] 119/19
banks [3] 30/3 30/10 119/3
Bardfeld [15] 1/16 3/23 25/18 71/14 73/6
156/3 177/3 177/9 177/14 214/21 223/7
230/4 230/6 230/16 230/18
Baruch [3] 8/14 118/13 118/14
Bascom [1] 118/18
based [32] 2/10 5/20 10/14 10/16 11/15 16/9
16/11 23/2 25/4 91/2 91/7 91/13 99/25
107/19 108/6 110/13 111/19 119/15 123/9
184/17 194/16 195/1 196/1 196/7 199/16
201/5 209/4 209/6 215/17 218/14 223/8
228/23
basic [1] 8/10
basically [12] 15/19 43/5 55/9 57/11 61/23
79/12 90/13 108/7 165/5 206/10 215/9
221/16
basis [7] 106/8 106/9 109/24 109/25 129/8
160/9 172/4
Bates [1] 35/16
Bayview [3] 108/13 113/9 115/3
BC [1] 148/18
Beach [6] 1/7 1/24 54/15 55/21 125/18
171/14
beautiful [1] 47/12
became [4] 56/2 56/11 164/3 184/19
because [77] 4/17 4/22 5/16 8/6 9/4 12/6 12/7
12/19 14/1 14/12 14/16 16/1 16/5 17/1 17/6
18/13 18/21 19/2 19/13 30/13 33/17 40/14
41/3 41/17 41/25 42/3 42/8 43/10 44/17 45/8
45/8 45/9 45/21 46/2 46/10 49/13 58/8 59/11
64/17 72/1 80/8 82/17 85/4 88/14 89/14 91/7
92/1 94/3 110/10 119/21 119/23 120/11
122/15 129/15 141/5 149/21 153/8 155/5
155/19 159/1 159/6 168/20 179/23 201/22
202/16 206/21 209/2 209/22 212/5 213/11
218/18 219/23 219/24 220/18 223/18 225/1
225/2
become [3] 55/25 171/25 182/10
bedrooms [1] 40/4
before [44] 1/12 5/25 6/2 10/25 12/23 15/24
22/9 25/12 26/19 34/1 36/21 46/12 47/8 58/7
65/7 71/18 73/3 74/18 77/13 82/18 83/23
122/13 128/13 136/24 144/3 149/12 153/12

**C**

154/7 177/18 181/3 181/5 184/21 208/22
216/1 216/4 216/6 216/16 217/10 217/17
217/25 221/23 222/6 222/12 227/23
beg [2] 216/18 217/18
begin [1] 154/7
beginning [7] 13/24 28/22 56/3 91/11 111/1
208/21 209/1
behalf [6] 62/16 66/4 75/18 98/21 184/21
189/14
behavior [1] 224/22
behind [3] 56/11 159/8 159/9
being [27] 9/15 15/23 15/24 25/9 36/4 51/24
64/16 83/2 84/13 100/10 104/17 112/4
113/15 113/16 149/15 156/19 170/18 177/19
208/11 209/24 217/4 217/24 221/3 221/14
222/24 225/6 228/11
belabored [1] 7/17
belief [2] 74/16 216/1
believable [1] 7/4
believe [66] 7/21 10/9 20/24 22/3 23/7 24/9
62/20 69/6 70/15 72/6 72/14 73/8 73/22
74/16 76/5 81/13 83/7 87/19 89/4 91/22
99/18 99/19 110/10 117/25 122/13 130/12
139/16 143/7 144/21 144/22 144/23 146/23
147/14 148/2 157/8 157/18 158/5 159/25
160/12 160/17 161/15 161/18 161/19 169/24
170/2 170/3 170/6 170/7 170/16 172/2 172/5
172/17 174/14 184/16 202/21 209/5 209/18
210/8 210/8 214/22 219/12 220/19 221/5
226/8 228/5 228/24
believed [5] 4/23 98/10 99/20 100/10 209/2
believes [3] 4/12 8/21 220/12
believing [1] 98/12
BellSouth [2] 38/1 38/25
belonged [1] 45/19
below [2] 113/6 116/7
Beneath [1] 140/14
beneficial [1] 4/8
benefit [5] 80/24 81/23 178/9 178/10 178/18
Bentley [20] 117/23 132/17 132/17 133/8
137/9 138/2 139/8 139/9 141/20 142/8 142/8
159/21 160/6 160/14 160/15 170/8 170/17
173/6 173/17 173/10
Bentleys [1] 127/18
Benz [1] 147/17
Bernard [2] 118/13 118/14
besides [2] 44/7 223/17
best [6] 15/22 57/13 61/24 62/7 63/6 122/1
Beth [6] 3/22 5/3 23/2 41/8 65/2 85/20
better [8] 10/9 10/20 40/4 141/12 143/2
143/19 143/25 144/5
betting [1] 207/15
between [16] 2/18 2/22 3/21 7/13 11/1 25/10
98/16 106/23 107/17 109/8 109/23 110/8
125/23 156/7 156/15 172/18
beyond [1] 120/2
bias [2] 124/19 154/24
big [1] 110/1
bill [4] 137/23 137/24 145/18 148/3
bills [3] 37/22 42/20 135/24
Bingo [1] 176/2
biography [1] 226/4
birth [5] 51/4 51/9 51/21 52/12 147/1
bit [6] 48/24 49/10 103/25 143/23 146/7
159/5
blank [1] 186/5
block [1] 166/3
BMW [2] 125/22 170/7
boat [7] 143/6 144/15 145/12 145/14 145/15
145/16 157/17

**B**

boats [5]  105/4 157/19 157/20 157/23 157/25
Boca [2]  1/22 3/16
boilerplate [2]  224/2 224/3
bolster [1]  209/24
book [5]  107/16 107/16 108/3 108/5 108/21
bookkeeping [1]  167/19
booklet [1]  130/5
books [6]  92/19 92/22 93/4 105/25 167/20 167/21
borrow [2]  105/20 126/9
borrowed [2]  121/3 121/10
borrower [2]  105/23 106/18
borrowing [4]  121/16 121/16 121/17 121/18
boss [5]  42/12 43/10 45/11 49/6 49/7
boss' [1]  50/15
Boston [2]  143/5 145/1
both [10]  58/1 78/2 80/21 85/7 115/2 126/15 189/6 209/7 209/23 224/23
bottom [12]  81/11 96/8 96/25 115/6 115/16 142/1 142/18 145/7 151/9 158/21 186/6 206/20
bought [5]  120/24 120/24 164/7 164/8 168/1
Boulevard [2]  1/17 104/10
box [2]  209/5 211/2
boxes [1]  209/10
boy [1]  48/22
Boynton [2]  54/15 55/21
bracket [3]  81/7 81/14 81/17
Brady [11]  6/8 11/8 11/9 11/11 13/2 15/23 19/7 22/4 22/4 83/14 83/18
break [6]  6/17 11/1 25/16 52/21 212/11 212/12
brief [1]  56/22
briefed [1]  22/6
briefly [3]  96/2 99/13 132/14
bring [10]  24/20 29/15 38/22 53/13 102/6 143/24 192/24 193/4 218/15 227/5
bringing [1]  15/13
broke [1]  69/15
broken [3]  47/1 47/5 108/7
brother [7]  127/6 127/6 139/12 140/19 158/20 158/21 162/4
brother's [1]  161/15
brother-in-law's [1]  158/21
brothers [2]  104/3 104/8
brought [3]  74/16 74/18 217/1
Broward [1]  1/17
Bruce [5]  116/19 117/5 117/9 144/1 145/6
Bug [1]  139/17
building [2]  164/2 164/4
built [1]  104/4
bulk [1]  55/16
bunch [3]  16/24 194/5 195/5
busies [1]  104/17
business [55]  2/14 2/19 2/23 5/5 5/8 5/19 5/21 6/25 7/20 7/22 10/11 11/3 11/17 11/25 13/6 17/3 17/10 17/14 22/1 22/3 22/9 22/17 25/11 27/8 55/7 55/8 55/14 55/23 60/16 60/19 62/18 76/11 76/23 84/13 104/10 105/1 124/19 124/21 125/4 125/6 125/23 126/5 126/6 126/7 127/7 127/12 127/22 128/1 128/21 129/11 164/6 167/5 187/12 187/17 188/6
business-related [1]  187/12
businesses [1]  55/15
buy [13]  37/16 37/25 38/5 38/18 38/21 38/23 38/24 227/14 163/6 166/23 166/25 167/8 215/10

**C**

buying [1]  152/2
buys [1]  125/25

calculate [3]  60/16 67/6 187/15
calculated [1]  70/9
calculation [2]  69/5 206/24
calculations [1]  70/1
calculator [1]  67/25
California [1]  185/12
called [21]  45/6 45/7 54/14 58/17 59/9 59/9 59/10 59/15 63/1 63/3 66/5 106/24 110/24 119/20 163/22 190/20 190/21 218/17 220/8 222/11 224/25
calling [3]  7/7 215/19 225/25
calls [7]  25/19 72/5 72/25 124/2 219/1 224/7 224/8
came [36]  13/22 30/24 34/1 36/24 39/14 40/13 40/22 41/1 41/2 41/5 42/6 44/25 45/15 46/2 46/7 46/14 57/9 62/13 70/5 70/12 77/18 82/18 85/12 95/19 128/13 159/15 159/16 159/16 165/4 171/1 206/24 208/6 216/2 218/6 221/17 225/7
camel's [1]  6/17
camera [1]  227/3
can't [19]  16/13 54/18 86/13 97/15 119/7 141/9 141/10 143/9 146/11 186/3 189/3 191/1 197/16 199/10 202/13 214/13 227/11 228/17 229/5
canceled [4]  74/12 172/1 172/7 194/25
cancer [2]  37/8 49/15
candles [1]  215/11
cannot [1]  59/3
capital [8]  180/6 189/25 197/1 197/10 197/23 197/25 198/5 199/6
capitalized [3]  146/12 146/13 146/14
car [59]  40/14 40/15 40/16 41/2 45/12 45/13 45/14 45/18 46/6 46/10 46/11 46/21 46/22 46/25 49/10 49/12 49/13 49/19 49/22 49/24 104/9 104/14 109/3 124/16 124/17 124/25 126/2 126/3 126/3 132/11 139/15 140/2 140/21 145/23 146/23 147/5 149/19 157/9 158/3 159/6 159/6 159/21 159/24 160/7 161/3 161/4 161/4 161/14 162/25 163/1 163/13 166/25 167/8 167/11 167/20 168/10 171/24 173/25 174/9
car's [2]  47/1 168/1
care [6]  25/12 37/9 37/10 37/11 49/15 49/16
Carolina [2]  76/13 76/16
Carolinas [1]  76/22
carried [2]  88/8 89/12
carry [4]  88/5 90/5 119/20 119/21
carry-over [1]  90/5
carrying [2]  174/7 174/9
carryover [2]  197/23 197/25
cars [38]  45/24 46/4 46/5 46/5 46/5 46/5 46/16 46/18 105/5 108/19 111/15 121/5 121/6 121/8 123/1 123/8 129/17 157/3 157/14 157/16 157/16 157/23 157/25 158/15 158/24 160/10 163/4 169/19 169/20 169/23 171/9 172/16 172/17 172/23 178/17 179/3 179/11 179/13
case [63]  1/2 2/10 5/16 5/23 10/18 11/13 11/13 11/14 11/15 12/1 13/21 13/24 14/18 16/7 17/11 18/19 18/25 19/21 22/4 23/22 25/14 40/12 40/21 40/23 40/25 56/15 58/20 60/24 65/7 65/11 71/11 72/10 72/13 72/16 73/3 85/7 101/15 149/20 153/4 154/11 154/12 154/13 154/21 155/9 210/13 213/20 214/18 215/5 215/24 217/15 217/17 217/20

**C**

cases [5]  18/15 24/9 168/4 168/7 168/7
cash [40]  29/9 29/10 29/13 29/14 29/14 29/16 29/18 29/22 30/3 30/7 30/9 33/15 36/6 37/4 38/4 38/5 38/17 38/18 38/18 42/23 43/11 43/17 43/19 43/19 43/20 44/1 44/2 44/4 44/5 123/1 123/6 145/22 152/12 153/8 195/4 195/15 195/20 195/22 207/8 207/11
cashed [3]  29/23 33/14 34/11 34/20 35/7 35/10 36/2 36/8 36/12 36/13 37/15 43/6 43/8
cashier's [2]  146/1 152/14
cashing [2]  34/9 42/19
casino [10]  48/20 48/23 176/2 192/12 193/3 193/20 193/21 194/15 194/21 198/18
casinos [2]  190/12 193/5
casualty [8]  8/5 8/7 8/9 10/3 10/6 63/12 64/2 100/9
catch [2]  56/8 56/10
categories [5]  63/3 63/5 108/8 109/2 111/2
categorize [3]  105/10 108/6 109/11
categorized [3]  79/12 94/15 94/16
category [5]  8/20 108/9 108/11 108/18 111/1
caught [1]  57/6
cause [1]  66/5
cautionary [1]  211/6
cent [1]  36/7
centers [1]  37/13
certain [7]  45/21 55/11 57/7 58/24 59/2 91/23 106/17
certainly [2]  27/3 159/10
CERTIFICATE [1]  231/18
certified [12]  54/13 55/4 55/5 103/3 103/4 142/12 180/18 180/19 185/11 211/16 211/19 231/20
certify [1]  231/20
cetera [7]  4/24 75/1 90/9 188/16 205/19 218/5 223/24
chair [4]  53/24 179/23 179/25 179/25
chance [1]  19/21
change [2]  67/21 80/19
changed [1]  89/13
charge [4]  109/22 155/5 169/1 169/3
charged [2]  4/24 169/11
charges [1]  169/5
Charlie [1]  41/9
chart [2]  120/5 121/1
Chase [1]  146/1
chat [1]  212/21
check [56]  23/24 30/7 34/22 35/7 35/9 35/18 35/24 36/2 119/13 123/12 134/7 134/9 134/12 134/20 134/22 135/1 135/3 135/5 135/10 135/13 136/24 137/17 137/19 137/20 138/1 139/2 140/9 141/1 141/5 141/9 141/14 142/11 142/12 143/3 143/8 143/10 143/12 143/20 144/1 145/5 146/1 146/1 147/9 148/17 148/19 148/22 148/24 152/10 152/14 166/24 167/7 167/22 168/1 207/9 210/21 217/18
checks [75]  6/14 29/10 29/13 29/16 29/18 29/23 30/4 30/9 33/14 33/15 34/5 34/6 34/8 34/9 34/9 34/11 34/19 36/8 36/9 36/14 37/4 37/15 42/19 43/6 43/17 43/19 43/20 44/1 44/3 57/11 61/11 70/3 74/12 79/13 94/15 94/21 116/14 116/18 116/22 116/24 116/25 117/1 117/3 123/2 130/5 130/6 130/9 130/17 130/20 134/24 134/25 135/24 135/24 136/15 136/23 137/4 138/20 138/21 139/2 141/22 141/24 148/15 150/5 150/19 151/12 151/13 151/18 152/18 175/8 175/11 175/14 175/16

**C**

checks... [3]  175/20 176/1 176/1
children [5]  30/19 39/9 39/10 39/20 44/9
chose [1]  223/6
chronical [1]  6/16
chronicled [1]  6/15
circumstances [2]  9/11 56/17
City [3]  118/12 216/16 217/4
CL [1]  148/23
CL500 [4]  137/25 138/8 147/23 160/3
CL502 [1]  137/15
CL502-door [1]  137/15
CL63 [2]  133/13 148/8
claim [3]  12/15 209/25 218/19
claiming [3]  17/4 99/25 208/7
Clara [2]  76/9 76/21
Class [1]  118/15
Claude [28]  73/17 73/20 76/25 77/5 77/11
  77/14 78/6 78/7 78/10 78/13 78/16 78/21
  79/7 79/16 80/10 81/11 82/14 84/12 85/9
  85/11 85/23 93/25 94/1 97/20 97/24 98/7
  99/19 228/11
clean [3]  26/21 215/2 215/3
cleaning [4]  27/7 27/8 44/7 44/8
cleanse [2]  220/20 224/1
cleansed [3]  221/6 224/15 225/6
cleansing [4]  217/24 218/5 220/11 220/24
clear [3]  14/8 78/15 88/14
Clematis [1]  1/24
client [41]  3/1 11/10 16/12 55/25 56/2 56/5
  56/6 56/11 58/19 61/22 73/12 74/20 79/5
  79/24 80/7 93/19 93/20 95/2 95/6 100/6
  103/20 103/23 125/25 126/4 126/15 138/24
  181/24 182/10 183/18 184/3 184/5 184/10
  184/12 184/15 184/19 190/13 200/16 202/23
  221/2 222/10 223/11
clients [8]  55/10 55/11 95/19 122/8 152/8
  182/22 182/25 183/16
close [3]  110/2 212/10 213/11
closer [2]  30/12 30/12
closing [3]  16/19 106/7 224/19
clue [1]  7/3
co [1]  14/7
co-counsel [1]  14/7
codefendant [1]  154/18
collateral [4]  105/21 108/7 108/19 120/20
collect [2]  153/3 153/4
Collection [30]  124/20 124/23 124/25 125/13
  125/20 125/24 126/1 126/3 126/10 127/10
  127/17 128/22 134/18 142/23 146/2 147/9
  148/4 164/19 165/5 165/17 166/7 166/22
  166/22 166/25 167/4 167/8 167/11 167/12
  167/21 168/13
Collection's [1]  166/9
College [2]  8/14 118/12
column [4]  112/3 112/16 113/21 198/19
columns [1]  115/17
combined [5]  109/12 111/2 115/4 165/2
  165/5
combines [1]  109/1
comes [5]  17/1 69/24 100/7 143/21 212/11
comfortable [1]  27/18
coming [10]  56/17 57/12 59/22 64/25 67/13
  75/7 98/4 138/16 209/8 229/7
committed [2]  79/25 208/24
committing [2]  73/13 73/15
common [2]  18/14 207/24
companies [7]  38/1 55/9 55/11 59/25 90/12
  119/9 126/15

company [10]  59/19 106/24 106/24 123/9
  123/9 125/2 126/8 147/6 164/21 166/10
compensated [1]  12/16
compilation [1]  107/7
compile [1]  57/12
compiled [1]  107/19
compiling [1]  131/12
complaining [1]  216/14
complaint [1]  217/3
complaints [1]  218/12
complete [2]  58/7 130/13
complicated [1]  108/5
comply [1]  20/17
composite [22]  31/23 33/25 34/14 35/17
  66/10 107/11 107/22 130/4 135/20 138/19
  140/8 141/7 145/17 156/13 185/14 191/11
  200/5 200/6 204/12 204/25 213/3 213/4
comprises [1]  108/3
computer [7]  10/6 143/5 148/13 148/18
  148/20 148/25 186/4
concede [1]  217/11
concedes [1]  16/17
concept [2]  163/2 224/22
concern [1]  149/18
concluded [5]  86/3 129/24 195/12 203/4
  212/24
condition [1]  173/10
conditions [1]  125/25
conduct [2]  183/16 227/3
conducted [1]  12/25
conference [5]  86/3 129/24 195/12 203/4
  212/24
conferring [2]  73/5 155/17
confirmed [1]  171/11
confuse [2]  147/6 211/9
confusion [1]  58/8
conjunction [1]  207/1
connection [3]  200/14 201/16 202/18
connotation [1]  118/24
consider [3]  8/3 11/3 66/4
considerable [2]  65/22 65/24
consideration [4]  65/10 65/17 65/18 122/4
considered [6]  10/17 11/16 20/23 171/22
  209/12 209/16
consisted [1]  115/24
consistent [2]  8/25 9/14
consisting [1]  115/10
consolidated [1]  109/13
consult [1]  62/2
consultant [2]  77/1 77/3
consultants [2]  74/3 75/8
consultation [1]  14/7
Consulting [2]  147/11 148/4
contact [3]  3/2 62/8 222/1
contacted [10]  65/2 221/3 221/4 221/4 221/5
  221/23 221/25 222/22 222/23 225/2
contain [1]  19/6
contained [1]  115/8
contemporaneously [1]  116/17
continue [1]  25/17
continued [1]  166/1
contractor [3]  12/16 62/21 99/2
controversy [1]  14/9
conversation [11]  3/21 3/24 5/2 17/22 23/2
  23/3 23/4 82/8 82/10 98/12 223/9
conversations [15]  77/23 77/24 85/10 212/16
  215/1 215/6 215/9 215/15 220/9 220/24
  223/3 223/5 225/18 225/19 228/4
convertible [7]  132/17 132/22 143/13 147/18
  160/5 160/6 170/8

convicted [1]  19/21
cook [9]  28/15 214/18 215/12 215/19 223/18
  223/20 224/17 225/15 225/20
cooperation [1]  52/23
coordinating [1]  132/9
copies [5]  106/9 106/11 116/21 151/6 193/22
copy [9]  2/21 6/4 10/5 83/7 89/8 107/16
  117/24 137/23 185/11
copying [1]  74/25
corner [1]  195/19
corp [4]  76/20 187/1 187/3 187/4
corporate [30]  4/5 4/17 9/20 10/2 13/17
  13/18 55/6 57/21 57/25 58/1 58/21 58/23
  60/7 61/23 63/1 63/15 69/21 70/2 70/3 74/12
  86/19 87/11 89/14 94/7 98/2 134/25 182/16
  196/17 203/10 204/1
corporate's [1]  203/18
corporation [20]  2/23 58/11 58/16 58/17
  58/20 58/24 59/1 59/6 59/6 59/12 76/20
  86/25 87/16 98/5 182/15 182/17 186/22
  190/4 196/17 196/21
corporations [3]  58/13 58/25 188/15
correct [158]
corrected [1]  6/12
correctly [5]  86/7 112/2 113/21 165/25
  173/12
correlate [1]  224/16
correspond [2]  148/20 148/24
corroborate [1]  224/7
corroborates [1]  224/7
corroborating [1]  224/9
cost [14]  4/10 49/14 61/17 63/2 64/6 64/19
  132/12 132/18 133/4 133/14 146/12 146/13
  146/14 174/9
costs [7]  4/10 4/20 4/21 5/9 67/11 78/19
  174/7
couch [2]  40/8 40/10
couldn't [5]  110/16 134/10 171/3 178/7
  214/1
counsel [17]  2/6 12/12 12/13 13/5 13/19 14/4
  14/7 14/19 15/5 19/15 53/8 102/2 116/5
  116/18 116/19 122/2 227/17
count [2]  109/13 170/13
country [5]  20/22 21/8 37/12 41/13 42/7
counts [1]  205/21
coupe [8]  133/13 137/15 145/19 147/23
  148/8 148/9 160/6 170/5
couple [12]  15/1 39/24 57/22 59/20 59/21
  62/6 113/18 166/1 176/10 208/21 215/7
  222/11
course [10]  19/12 30/5 55/23 57/6 112/17
  112/18 128/20 159/2 201/4 225/19
courses [1]  118/21
court [29]  1/1 1/23 2/1 6/4 20/6 24/14 26/10
  52/20 54/18 65/1 71/18 73/3 73/9 82/18 83/8
  163/14 194/19 215/17 215/18 222/9 223/20
  226/12 226/13 227/3 227/5 227/20 227/24
  227/25 229/1
courtroom [12]  25/5 52/24 53/15 101/17
  102/7 126/16 153/16 155/24 177/6 181/25
  213/24 229/13
covered [2]  140/20 227/14
CPA [11]  3/16 4/3 54/14 55/1 55/3 55/18
  181/7 181/11 181/16 181/16 181/17
CPE [1]  1/23
CR [1]  1/2
creates [1]  58/8
credibility [1]  155/3
credit [8]  90/11 97/3 97/3 119/6 144/10
  147/24 149/23 159/11

# C

creditness [1] 149/23
credits [1] 132/12
crime [3] 24/8 73/12 169/4
criminal [5] 4/24 18/15 80/13 98/11 227/19
cross [28] 5/5 5/17 7/16 10/14 13/25 18/1
19/4 19/7 22/9 36/17 52/17 71/4 71/5 118/4
118/6 153/13 154/9 155/7 156/25 179/5
194/21 212/15 213/12 213/13 230/5 230/9
230/14 230/17
cross-examination [13] 18/1 19/4 19/7 36/17
71/4 71/5 118/4 118/6 154/9 155/7 156/25
194/21 213/12
cross-examination's [1] 213/13
cross-examine [3] 13/25 22/9 153/13
cross-examined [4] 5/5 5/17 7/16 10/14
crosscheck [2] 57/24 59/21
crowded [1] 40/7
CRR [2] 1/23 231/25
crucial [1] 10/23
crystals [1] 215/10
culture [1] 226/5
cured [1] 223/14
currency [1] 123/1
currently [2] 27/6 103/11
curry [1] 15/3
currying [1] 155/4
curses [1] 93/12
customer [4] 134/14 134/17 138/24 142/20
customers [1] 152/8
cut [1] 216/4
cuts [1] 209/22
Cynthia [6] 39/23 44/23 45/4 220/22 222/19
222/20
Cynthia's [2] 46/5 222/10

# D

dad [3] 54/24 55/1 55/14
damage [1] 7/9
Daniels [2] 76/9 76/21
Danny [1] 30/24
Darren [4] 56/7 74/17 74/19 75/4
date [33] 13/18 23/5 23/6 23/6 23/7 23/8
23/10 23/13 23/14 23/15 23/16 23/17 35/10
51/4 51/9 51/9 51/21 52/12 69/18 113/13
122/16 122/21 132/9 141/9 141/10 143/3
147/1 148/17 161/7 177/21 186/9 195/20
195/21
dated [4] 19/23 23/4 146/1 231/23
dates [5] 113/11 113/12 113/12 132/9 161/8
daughter [6] 28/1 31/9 31/11 32/10 37/21
39/16
daughter-in-law [2] 28/1 31/9
day-to-day [2] 125/5 125/11
days [5] 3/25 85/12 166/17 190/12 208/21
DBA'd [1] 166/8
DD [1] 20/24
DD5 [1] 20/25
DEA [1] 20/24
DEA-6 [1] 20/24
deadbeat [1] 159/6
deal [8] 18/12 122/7 122/11 144/17 189/6
211/2 226/1 229/1
dealer [3] 124/16 124/17 125/1
dealers [1] 173/2
dealership [4] 104/14 104/15 163/22 163/25
dealerships [1] 163/20
dealing [4] 24/5 189/5 210/11 227/21
dealt [1] 160/25

Dean [1] 118/20
Deanna [2] 218/25 221/1
death [1] 189/15
Debra [1] 218/24
debts [1] 174/1
Dec [1] 189/10
deceased [1] 189/12
December [2] 148/21 189/16
December 31st [1] 189/16
decide [3] 7/5 17/5 62/2
decided [6] 4/8 14/7 19/16 61/25 83/4 218/10
decision [1] 216/6
decline [2] 3/18 22/25
declined [1] 13/12
decreases [2] 109/4 109/17
deduct [11] 4/16 7/20 8/5 9/19 10/1 73/19
81/10 88/11 99/24 100/9 192/20
deducted [14] 5/5 10/11 60/20 78/18 78/19
79/5 80/8 81/9 83/9 83/20 84/13 91/13 95/11
196/3
deductible [5] 60/16 94/12 94/18 94/18 94/24
82/14
deduction [18] 8/10 15/17 64/18 70/8 78/23
78/25 79/20 84/15 88/15 88/17 96/6 96/12
96/18 96/20 97/4 97/6 97/11 191/23
deductions [21] 60/22 61/20 77/16 77/16
81/25 89/17 90/9 187/11 187/22 188/3 191/9
191/10 191/14 192/2 192/6 196/1 196/4
196/5 199/17 199/17 206/5
defaulted [1] 120/20
DEFENDANT [28] 1/7 1/19 12/15 13/6 13/7
14/13 15/17 27/10 27/23 66/19 70/19 79/3
98/21 99/1 116/15 126/12 154/12 155/8
182/6 183/11 190/11 192/23 196/8 203/10
206/21 216/19 216/20 224/16
Defendant's [17] 16/16 19/23 20/5 22/23
23/1 66/10 74/7 75/13 78/20 82/8 85/25
94/12 183/2 189/5 225/23 231/15 231/16
Defendant's 51 [1] 94/12
defendants [8] 215/1 215/1 215/8 215/16
220/8 220/18 223/25 224/8
defense [18] 11/12 11/19 12/12 12/13 13/4
13/19 13/20 13/25 14/4 14/13 14/19 14/21
15/5 19/15 19/20 22/11 154/10 227/17
Define [1] 106/15
defined [1] 22/4
defrauded [1] 17/13
delayed [1] 24/2
demanded [1] 84/22
demeanor [1] 56/25
demonstrate [5] 190/11 192/23 193/3 195/6
207/12
denied [1] 25/3
dental [1] 191/17
department [2] 21/1 76/13
depends [3] 27/18 109/11 224/18
deport [1] 42/1
deposit [11] 106/9 106/11 106/13 106/16
113/12 116/17 116/23 123/3 123/6 148/3
184/4
deposited [3] 130/7 142/10 151/18
deposits [6] 57/22 57/25 59/23 60/6 116/24
183/13
derived [1] 187/25
described [5] 4/13 8/22 9/16 62/17 113/3
description [1] 63/25
designate [1] 106/13
designated [1] 59/11
designation [1] 115/17
details [2] 56/16 56/22

detective [14] 4/23 14/22 56/14 74/19 77/21
77/24 93/19 93/20 95/2 95/20 99/20 100/1
100/8 228/10
detective's [1] 79/10
detectives [4] 15/3 62/16 78/12 98/9
determination [5] 18/25 62/3 62/13 172/10
228/21
determine [9] 57/16 57/19 59/17 60/6 60/10
62/10 66/17 94/17 183/10
determined [3] 4/19 15/6 189/16
determining [1] 60/22
develop [1] 228/12
developers [2] 104/5 104/6
developing [1] 104/3
development [1] 104/9
Deveraux [42] 4/11 5/6 5/17 5/18 5/21 7/16
7/22 8/3 12/5 22/8 22/10 58/12 62/18 66/12
67/1 67/4 73/15 74/24 75/4 76/20 79/5 82/14
83/8 87/1 90/3 92/14 134/13 134/14 134/23
135/11 136/16 138/22 138/24 140/10 141/9
150/5 150/20 151/14 209/13 209/16 216/11
228/11
Deveraux's [5] 2/13 2/16 8/6 72/7 84/23
didn't [100]
die [1] 37/8
died [1] 104/8
dies [1] 189/18
differ [2] 216/18 217/18
difference [3] 81/1 137/20 141/2
different [15] 10/3 30/10 44/23 58/13 63/3
64/7 74/14 81/3 81/3 162/10 175/9 175/23
175/24 215/11 219/13
difficult [1] 60/9
dig [1] 6/13
direct [19] 26/16 47/8 54/7 71/2 86/5 92/7
102/22 118/2 124/12 154/1 179/5 180/10
197/7 201/8 230/4 230/8 230/13 230/16
230/20
directed [2] 217/21 220/9
direction [1] 29/18
directly [3] 11/14 209/15 219/14
disagrees [1] 206/11
disappear [3] 149/19 149/22 179/13
disburse [1] 148/15
disbursed [3] 137/8 140/16 140/17
disbursement [5] 135/24 137/3 137/3 141/16
148/10
discount [1] 121/25
discovery [4] 6/7 6/13 18/13 18/15
discrete [1] 155/21
discuss [10] 52/25 101/15 101/18 153/14
153/17 205/3 213/20 214/5 214/8 227/4
discussed [4] 80/17 82/4 219/3 219/4
Discussion [1] 214/15
discussions [3] 4/23 93/11 226/15
dismayed [1] 57/4
dismiss [2] 2/10 6/16 169/5 169/8
dismissal [2] 6/18 154/11
dismissed [3] 154/12 154/21 155/5
distinguish [3] 16/15 220/17 220/22
distinguishable [1] 18/18
district [4] 1/1 1/1 1/13 21/7
districts [1] 20/21
Division [2] 76/15 80/13
docket [1] 24/21
document [22] 23/14 45/16 45/18 46/13
51/12 108/20 108/23 109/20 143/22 145/17
145/24 147/8 147/15 148/1 148/8 148/11
194/6 197/7 198/13 201/8 201/10 203/8
documentation [2] 111/13 131/12

**D**

documents [22]  74/12 106/6 128/14 128/17
128/20 135/23 136/1 136/3 143/11 150/7
153/25 156/6 156/7 156/11 156/14 156/18
159/18 186/5 204/13 206/3 210/11 210/12
does [42]  11/10 21/18 42/23 50/6 58/18 59/5
89/9 105/6 105/6 108/23 109/1 111/24 132/6
132/15 133/10 142/3 145/7 148/10 148/11
154/25 155/1 155/2 171/25 172/15 183/21
186/24 189/11 193/11 194/7 197/9 197/10
203/8 207/17 207/21 215/23 216/17 218/2
222/4 223/17 224/10 224/11 224/16
doesn't [15]  9/14 11/22 11/24 17/2 18/13
20/6 53/24 82/17 162/24 179/23 179/25
180/1 210/3 213/11 218/7
doing [8]  15/9 15/10 42/18 42/21 55/14
55/17 183/16 204/1
dollar [2]  194/22 195/23
dollars [9]  88/6 90/15 90/16 121/7 146/13
152/4 175/20 184/5 208/15
Dominguez [2]  163/24 163/25
don't [125]
done [14]  23/2 42/3 42/8 42/9 42/9 64/11
73/5 99/10 104/9 122/15 167/19 195/4
212/13 226/5
Donnie [4]  32/20 32/21 32/24 39/20
Donnie's [1]  46/5
door [7]  133/13 137/15 147/17 147/23 148/8
148/14 170/5
double [1]  210/20
down [42]  14/13 16/6 48/10 54/16 54/18
81/16 110/18 113/15 114/2 114/10 114/19
116/7 117/2 132/12 132/18 132/23 133/5
133/15 140/5 142/1 142/18 144/10 144/12
144/24 145/7 146/16 146/18 151/3 151/9
155/19 162/19 162/20 162/22 163/9 164/24
166/3 170/24 174/4 196/14 217/5 220/4
227/23
downstairs [1]  40/6
dozen [2]  106/23 106/23
drag [1]  227/23
drive [14]  29/2 108/10 108/13 111/21 111/22
112/13 113/9 115/3 158/11 160/18 160/18
160/20 161/1 186/18
driver's [6]  51/11 51/16 51/19 146/19 149/3
149/6
driving [2]  46/24 157/9
drove [3]  158/13 160/7 160/12
due [3]  63/9 117/13 207/23
during [17]  5/1 6/16 23/3 23/3 49/14 69/19
85/24 104/16 112/17 112/18 115/18 153/18
171/16 174/9 189/17 214/6 228/15
duty [1]  200/19
dwell [1]  195/14

**E**

e-mail [9]  1/25 2/20 3/9 3/25 5/4 6/3 19/23
20/6 23/9
E-p-s-t-e-i-n [1]  102/20
each [12]  57/17 64/7 66/18 79/14 81/5 99/6
117/11 155/18 161/8 185/7 207/12 222/21
earlier [1]  81/21
early [6]  100/3 119/16 189/1 216/1 219/4
228/20
earned [1]  92/19
East [1]  1/17
effect [3]  16/5 80/11 221/20
effort [1]  226/10
eight [6]  157/11 160/23 161/4 182/11 184/19

184/23
Eighty [1]  104/21
Eighty-six [1]  104/21
either [18]  5/13 11/8 49/5 70/3 75/4 84/3
99/10 123/8 158/2 163/15 172/10 192/13
201/1 210/3 222/22 224/6 225/1 226/21
election [2]  58/17 58/19
elements [1]  19/6
Eli [8]  32/21 32/24 50/25 52/6 139/10 139/11
140/19 162/4
ELMO [2]  138/17 143/25
else [15]  6/14 19/24 30/16 45/25 101/2 127/4
144/14 175/12 177/8 181/19 216/14 221/22
225/12 225/21 229/14
emotional [2]  57/2 57/3
employed [3]  26/18 27/6 28/12
employee [23]  4/13 7/19 7/19 7/23 8/3 8/4
8/23 9/17 10/16 10/17 12/16 13/7 37/19
38/14 42/13 45/10 62/21 99/1 99/5 99/7
101/3 101/4 201/1
employees [5]  60/2 128/21 181/10 181/11
181/13
employment [2]  76/15 201/5
empty [1]  136/17
enable [1]  173/3
end [10]  4/25 65/20 84/24 99/9 112/22
127/20 127/21 163/5 163/11 189/17
Endeavor [8]  140/19 161/11 161/12 161/17
161/18 161/19 162/1 174/13
Endeavors [2]  161/17 161/24
endorsement [2]  35/3 35/5
endorsing [1]  35/24
enforcement [4]  100/25 216/23 221/23 222/6
engine [1]  174/14
English [7]  26/3 26/7 26/21 27/11 27/17
27/19 147/7
enough [6]  43/18 52/2 81/13 100/8 120/20
162/19
entered [12]  34/17 50/22 75/13 108/1 131/3
132/1 136/11 150/17 156/22 185/18 203/2
213/6
enters [4]  25/5 53/15 102/7 155/24
entire [3]  5/24 21/25 178/13
entities [3]  2/25 62/17 67/7
entitle [1]  6/9
entitled [1]  221/22
entity [1]  187/3
entries [1]  200/18
entry [2]  24/21 201/16
Epstein [6]  102/13 102/16 102/20 102/24
108/20 230/12
equaled [1]  94/16
equals [1]  192/9
equity [4]  120/11 149/17 162/18 162/19
error [5]  11/19 11/21 12/6 214/23 214/24
especially [1]  65/21
ESQ [1]  1/19
establish [1]  84/19
estate [6]  104/5 104/6 104/9 117/14 188/15
191/21
et [7]  4/24 75/1 90/9 188/16 205/19 218/5
223/24
et cetera [6]  75/1 90/9 188/16 205/19 218/5
223/24
even [24]  5/9 5/20 7/10 16/5 16/8 16/20 19/2
19/5 21/19 36/7 44/11 47/3 80/9 87/3 174/7
180/25 189/13 209/9 209/11 210/14 218/1
222/5 223/9 223/24
evening [6]  213/14 213/15 213/23 214/7
229/16 229/18

eventually [5]  3/11 40/16 46/15 164/2 169/5
ever [23]  11/3 30/7 37/4 43/20 47/11 49/1
62/15 63/13 65/7 72/25 95/2 95/6 116/14
134/14 134/16 134/17 142/20 152/23 158/9
168/10 216/16 218/1 221/23
every [12]  20/22 20/23 35/9 36/11 48/20
81/23 106/5 194/15 219/18 221/16 223/9
223/12
everybody [5]  42/23 42/24 43/3 90/12
216/14
everyone [9]  2/2 25/7 53/6 53/17 101/25
102/9 156/1 221/22 222/6
everything [13]  6/14 28/15 38/13 43/2 45/25
46/8 47/13 47/20 165/7 170/24 174/5 174/6
202/2
evidence [52]  14/14 14/18 20/2 31/4 34/14
34/17 50/19 50/23 51/24 51/25 66/9 75/10
75/13 78/11 94/6 94/12 100/2 101/20 107/23
108/1 129/3 130/25 131/3 131/23 132/1
133/18 133/25 136/8 136/11 150/13 150/17
151/7 156/19 156/22 185/14 185/19 193/7
201/20 203/2 203/15 203/16 207/2 207/11
213/6 216/6 224/20 224/21 226/12 228/23
228/23 231/3 231/15
evidenced [1]  111/8
ex [14]  73/18 77/15 79/17 83/10 83/12 94/3
94/4 94/23 95/1 95/15 227/3 228/4 228/5
228/25
ex-husband [11]  73/18 77/15 79/17 83/10
83/12 94/4 94/23 95/1 95/15 228/4 228/5
ex-husband's [1]  94/3
exact [2]  169/3 192/9
exactly [5]  48/21 51/6 86/1 86/1 182/18
examination [25]  2/17 18/1 19/4 19/7 26/16
36/17 48/17 54/7 71/4 71/5 86/5 92/8 96/3
99/15 102/22 118/4 118/6 124/12 154/9
155/7 156/25 178/25 180/10 194/21 213/12
examination's [1]  213/13
examine [3]  13/25 22/9 153/13
examined [4]  5/5 5/17 7/16 10/14
example [14]  34/19 60/7 66/24 110/18 184/3
187/15 191/16 195/18 201/6 206/16 219/11
exceeded [1]  208/15
except [4]  151/16 205/2 208/9 221/16
excess [1]  192/21
exchanged [1]  142/4
excluded [2]  84/3 84/6
excluding [1]  84/20
exculpate [1]  11/10
exculpatory [8]  11/11 13/3 13/4 83/13 84/3
84/7 84/21 223/11
excuse [1]  95/14
exemption [1]  66/7
exercise [4]  11/16 66/17 175/5 175/7
exert [1]  183/24
exhibit [76]  19/23 20/5 22/23 23/1 31/17
31/18 31/19 31/19 31/23 32/6 32/11 32/16
32/23 32/25 33/2 33/25 34/1 34/4 34/14
34/17 35/17 50/5 50/19 50/22 51/14 52/7
66/10 74/7 75/13 82/8 85/24 85/25 107/11
107/15 108/1 128/8 129/3 130/4 130/25
131/3 131/6 131/23 132/1 132/6 133/17
133/25 135/2 135/20 136/8 136/11 141/7
149/11 150/4 150/8 150/13 150/15 150/17
150/19 156/14 156/20 156/22 185/14 185/18
185/25 186/15 188/14 193/8 196/11 200/5
200/6 201/9 201/20 203/2 203/5 203/8 213/6
exhibit 18 [4]  200/5 200/6 201/20 203/8
exhibit 23 [3]  34/1 34/14 35/17

**E**

exhibit 29 [1]  66/10
exhibit 35 [2]  32/16 33/2
exhibit 35-1 [1]  50/5
exhibit 39 [1]  32/25
exhibit 410 [1]  193/8
exhibit 43 [1]  19/23
exhibit 48 [1]  20/5
exhibit 49 [1]  22/23
Exhibit 5 [1]  156/20
exhibit 5-1 [1]  128/8
exhibit 5-2 [1]  131/6
exhibit 5-3 [1]  130/4
exhibit 5-4 [1]  150/4
exhibit 5-5 [1]  135/20
exhibit 50 [1]  23/1
exhibit 51 [1]  74/7
exhibit 52 [3]  82/8 85/24 85/25
exhibit 604 [4]  185/14 185/25 186/15 188/14
exhibit 605 [1]  196/11
exhibits [5]  50/8 66/21 184/25 231/3 231/15
exhibits 604 [1]  184/25
existed [1]  165/13
exists [1]  66/7
exits [4]  52/24 101/17 153/16 213/24
exotic [3]  104/14 124/25 125/21
expect [1]  17/15
expected [2]  21/10 213/14
expense [21]  2/23 5/5 5/8 7/20 7/22 10/11
10/21 11/3 11/17 11/25 13/6 17/3 22/9 22/17
60/19 76/6 76/7 76/11 84/13 187/16 226/10
expenses [24]  2/14 2/19 4/16 5/19 5/21 7/1
9/19 10/1 17/10 17/14 22/2 22/3 57/13 60/16
60/17 62/18 76/23 77/9 94/13 94/19 187/12
187/12 187/15 191/17
experience [1]  62/5
expert [1]  226/3
expired [1]  161/19
explain [5]  62/25 108/3 110/21 140/15
165/19
explained [3]  14/25 56/17 207/6
explaining [3]  208/3 208/5 208/6
explains [2]  206/21 206/21
explanation [2]  16/18 17/20
exploit [1]  19/4
explore [1]  228/6
explored [1]  228/8
extensive [2]  85/5 212/15
extent [1]  192/21
extra [4]  44/8 77/11 80/7 80/20
extra -- I [1]  77/11
eyesight's [1]  142/13

**F**

F1 [1]  145/19
face [3]  27/9 84/12 84/14
facility [1]  125/15
fact [31]  7/9 9/13 10/24 11/25 12/5 13/4
13/15 13/20 14/24 15/20 16/1 17/9 20/7
65/11 65/20 83/8 83/19 86/19 87/17 99/1
129/9 158/12 189/1 189/24 196/23 207/10
207/13 209/4 215/21 222/12 224/8
factor [1]  70/5
facts [3]  9/10 40/24 84/22
fail [1]  20/18
failed [3]  12/9 97/6 153/1
failure [1]  207/22
fair [14]  92/1 92/5 120/8 120/17 120/22
121/4 121/19 121/20 165/17 165/18 175/17

177/19 177/20 228/13
fall [1]  18/20
false [1]  16/24
familiar [3]  71/24 171/4 193/11
family [44]  30/14 30/17 30/19 31/5 33/15
33/19 40/1 42/25 120/13 126/22 126/24
127/4 127/12 127/17 127/22 128/1 128/12
128/15 130/22 131/9 131/16 136/5 149/14
149/25 151/3 152/2 152/20 152/23 153/9
156/16 168/4 168/18 169/15 170/12 171/8
171/18 172/9 173/23 175/21 178/13 178/17
179/2 179/11 179/15
fancy [1]  167/23
far [7]  20/16 56/23 57/12 71/20 73/5 110/19
208/15
fast [5]  52/2 54/17 54/18 69/5 143/18
father [15]  54/14 62/4 125/8 125/9 149/16
154/10 154/11 154/21 154/22 154/23 155/6
155/8 174/2 174/25 178/5
father-in-law [10]  125/8 149/16 154/21
154/22 154/23 155/6 155/8 174/2 174/25
178/5
father-in-law's [3]  125/9 154/10 154/11
faulty [1]  16/13
favor [2]  15/3 155/4
favorable [1]  219/24
favorably [1]  154/20
FBI [1]  20/23
February [1]  141/12
February 28 [1]  141/12
federal [8]  1/21 3/1 20/21 42/5 71/17 73/3
125/18 158/9
fee [1]  195/22
feel [4]  22/14 42/18 220/17 228/22
fees [3]  117/9 117/13 215/10
feet [1]  155/20
fellow [1]  163/24
felt [4]  21/5 63/5 220/6 225/1
Ferguson [1]  1/20
Ferrari [18]  117/25 120/23 125/21 129/19
129/22 132/22 133/3 144/8 145/18 148/9
158/4 158/7 158/10 158/11 160/20 170/4
170/17 178/16
Ferraris [6]  127/18 158/3 160/18 160/19
160/22 160/25
few [10]  30/8 72/3 85/12 87/9 110/19 155/20
158/20 166/18 215/7 220/4
FICA [1]  101/7
Fifi [1]  31/13
fifth [2]  61/2 218/11
Fifty [3]  68/2 75/16 173/8
Fifty percent [1]  68/2
Fifty-odd [1]  173/8
Fifty-one [1]  75/16
figure [6]  23/21 61/24 98/22 175/3 197/15
212/12
figured [2]  49/17 49/17
figures [2]  115/16 195/1
figuring [1]  59/6
file [23]  5/9 60/5 97/10 99/6 99/8 99/24 100/4
100/14 101/2 101/4 101/10 106/5 106/6
106/12 147/8 149/4 149/4 149/5 184/17
184/20 189/15 189/19 203/18
filed [24]  2/22 11/19 12/7 12/13 14/19 16/8
16/24 24/3 24/13 56/13 59/18 65/3 89/15
89/24 89/25 91/10 92/25 185/5 189/14 200/1
208/1 210/7 217/8 226/21
filer [1]  196/11
files [4]  106/4 107/8 110/12 110/17
filing [6]  59/15 66/1 66/2 100/5 189/16

211/18
filings [2]  201/17 204/18
fill [4]  136/19 136/21 136/22 136/23
filled [3]  99/3 99/4 128/10
final [1]  121/21
finally [5]  32/17 84/25 143/16 145/2 149/1
finance [2]  105/6 119/9
finances [1]  106/24
financial [13]  55/9 55/12 56/20 57/7 110/8
119/3 119/7 131/8 131/16 156/15 166/6
169/3 183/17
financing [4]  105/7 140/7 166/24 166/24
finding [2]  95/14 212/8
fine [3]  129/13 180/13 212/4
finish [6]  58/7 130/18 181/2 192/16 212/17
214/1
finished [1]  49/18
finishing [1]  212/10
firm [10]  76/5 89/15 103/11 103/13 103/15
103/16 185/2 185/3 185/24 205/17
first [37]  5/15 12/11 17/12 28/5 31/6 31/19
38/20 40/11 52/5 54/4 56/3 57/9 57/16 59/5
61/22 84/5 85/7 132/15 138/16 141/19
141/25 153/5 159/21 176/22 176/23 177/1
177/16 187/7 195/19 208/8 209/1 214/17
218/10 219/8 222/2 223/3 225/16
fit [2]  13/6 63/4
fits [1]  226/7
five [9]  97/22 97/23 98/3 100/15 160/22
213/12 215/8 218/19 219/17
FL [2]  1/18 1/22
flawed [1]  225/3
flip [2]  141/17 197/21
floor [2]  1/18 40/10
FLORIDA [19]  1/1 1/7 1/24 3/16 36/24 37/2
44/19 44/20 51/11 51/16 54/15 103/7 103/9
103/10 108/16 181/18 181/20 186/19 217/21
flow [2]  59/1 187/3
flow-through [1]  187/3
flowed [1]  64/17
flows [1]  187/4
focusing [1]  95/12
fog [1]  118/10
folder [2]  200/7 200/10
follow [2]  7/11 79/19
followed [2]  223/4
following [13]  2/11 25/5 53/5 53/15 82/25
101/24 102/7 129/7 154/4 155/24 194/12
201/24 205/10
follows [2]  4/3 144/7
fool [1]  5/16
foot [2]  33/18 143/5
forced [1]  167/16
foregoing [1]  231/20
forever [1]  97/14
forfeiture [2]  164/1 164/9
forget [1]  206/20
forgive [3]  20/4 162/17 219/2
forgot [1]  177/11
form [44]  4/16 5/10 8/7 8/9 9/19 10/1 10/5
10/6 10/7 10/21 10/21 11/19 12/7 12/8 59/9
59/9 59/10 59/14 59/25 63/11 63/12 63/13
64/1 64/9 64/12 86/16 96/8 99/24 99/25
101/15 153/14 185/25 189/9 189/20 190/21
196/14 198/10 199/1 199/3 199/23 200/1
205/25 207/1 213/20
formed [1]  166/8
former [1]  74/19
forms [6]  4/10 61/15 99/3 99/3 200/20
207/14

**F**

Fort [43]  1/18 29/3 29/4 56/7 74/19 104/11
104/12 108/11 108/15 108/16 124/20 124/23
124/25 125/13 125/19 125/23 126/1 126/2
126/10 127/9 127/17 128/21 134/17 142/22
146/2 147/9 148/3 163/25 164/14 164/19
165/5 165/16 166/7 166/8 166/22 166/25
167/4 167/7 167/10 167/12 167/20 168/12
186/18
forth [3]  14/6 26/24 227/22
fortune [2]  93/10 223/25
Forty [1]  103/24
forward [3]  24/16 165/9 224/22
found [9]  80/15 83/25 91/7 94/20 171/10
171/12 206/17 206/18 217/19
four [16]  3/17 11/6 92/13 92/15 92/16 92/21
96/22 109/13 109/14 148/14 160/22 176/13
177/17 177/17 195/1 215/8
four-door [1]  148/14
four-point [1]  92/16
four-year [1]  195/1
fourth [2]  58/6 218/11
FP [2]  37/25 38/24
Franconia [2]  28/8 149/9
Franklin [4]  1/23 231/19 231/24 231/25
fraud [32]  4/12 4/16 4/24 8/22 9/20 10/1
10/3 24/8 60/24 61/23 62/11 73/13 73/15
77/10 77/17 78/2 78/18 79/25 99/20 100/2
100/7 207/20 208/24 209/25 218/4 220/6
220/8 220/13 220/18 220/19 225/1 228/12
fraudulent [3]  78/5 93/25 94/2
fraudulently [2]  77/6 77/20
Fred [2]  1/19 71/21
free [1]  17/1
Friday [1]  24/14
fried [1]  174/14
friend [1]  37/20
friends [1]  160/21
frightened [1]  41/25
front [12]  51/7 87/19 94/6 94/17 108/4
108/21 134/5 150/10 157/2 194/18 226/1
229/6
fruitful [1]  228/6
fudging [1]  16/23
full [3]  11/17 30/11 49/23
fully [1]  226/20
functions [2]  57/15 57/16
funds [10]  4/7 105/8 105/9 105/23 106/13
106/15 126/6 126/7 173/25 207/23
furnished [9]  14/9 16/1 59/18 183/18 184/17
186/18 200/20 204/17 204/20
further [9]  36/16 52/14 64/6 69/15 123/21
153/11 156/23 179/17 213/7

**G**

G-o-r-d-o-n [1]  124/10
G-u-a-r-d-i-a [1]  26/4
G55 [1]  143/18
gain [5]  197/1 197/12 197/17 198/5 199/6
gains [1]  197/10
gamble [1]  193/21
gambling [29]  183/7 183/7 183/8 190/8
190/11 190/13 190/14 190/17 190/24 190/25
191/10 192/6 192/10 193/14 196/2 196/2
196/4 196/25 198/14 198/16 199/4 199/9
199/13 199/16 207/4 207/5 207/11 207/14
207/15
games [4]  12/20 13/1 13/9 13/9
gaps [1]  25/10

garage [1]  209/5
garaged [1]  160/16
gather [1]  183/6
gave [29]  12/14 17/24 35/9 36/12 40/18
46/21 71/17 74/1 74/4 78/10 78/12 81/22
94/5 94/11 94/14 97/2 97/3 121/25 141/5
149/23 194/23 194/23 207/7 207/14 208/20
214/21 214/22 226/4 226/6
gavel [1]  223/2
general [1]  106/20
generally [6]  106/8 108/3 116/23 119/16
119/19 119/19
generated [2]  187/4 199/21
gentlemen [9]  25/8 26/12 52/19 53/18 101/14
102/10 153/14 156/2 213/10
gets [2]  88/5 88/8
getting [19]  25/9 37/13 89/21 105/10 146/23
178/16 206/17 212/10 216/15
gift [1]  184/3
gist [1]  77/23
give [35]  10/22 11/13 12/9 17/25 29/24 29/25
30/1 38/4 38/20 45/12 45/20 46/15 46/24
47/3 52/21 56/21 97/6 97/10 103/24 120/12
137/4 144/19 167/13 170/21 190/12 190/13
193/5 205/4 211/15 212/6 215/2 215/3 215/9
220/20 223/7
given [15]  4/5 4/6 4/9 14/20 14/21 46/17
46/18 56/16 59/25 83/5 108/12 147/24 149/4
205/19 219/9
gives [1]  184/3
giving [3]  42/22 71/18 79/10
glad [1]  222/8
glare [1]  144/4
GMC [1]  139/10
goes [7]  14/13 19/22 115/13 192/12 195/23
207/22 224/5
going [96]
gone [6]  7/16 17/19 79/14 96/14 105/1 151/1
good [21]  2/2 2/4 25/7 26/11 36/19 36/20
54/9 54/10 71/7 71/8 102/24 102/25 118/8
118/9 124/14 149/18 156/4 204/5 212/11
225/18 225/19
goods [6]  4/10 61/17 63/2 64/6 64/19 78/19
Gordon [8]  118/8 124/3 124/5 124/10 124/14
154/10 156/6 230/15
Gordon's [1]  169/17
got [47]  3/11 5/15 24/15 38/5 38/17 38/18
40/16 45/11 49/21 62/4 75/18 76/19 77/23
77/24 80/23 84/25 89/18 90/10 90/14 91/18
92/2 92/12 92/15 92/21 93/9 99/17 111/2
122/5 134/4 146/11 151/6 171/3 171/3
173/12 173/19 173/21 173/24 175/11 175/20
176/1 179/12 209/15 211/2 218/21 222/15
228/7 229/8
gotten [2]  96/18 96/20
government [64]  1/4 1/16 2/11 8/1 10/7 11/7
12/4 12/8 21/16 22/10 24/23 25/2 34/3 38/11
38/17 40/11 40/13 40/18 40/20 41/21 42/6
42/15 43/6 43/23 46/17 46/25 46/25 46/21
49/1 49/4 49/7 71/10 72/12 81/24 82/3 84/3
84/6 84/20 84/23 86/12 154/20 155/5 155/12
164/2 164/8 168/17 169/5 169/14 170/21
171/17 171/24 175/7 176/7 204/21 206/11
208/20 214/11 215/14 216/2 218/9 223/22
224/23 225/1 225/6
Government's [84]
grand [3]  6/11 223/23 224/23
granddaughter [6]  31/14 31/16 127/5 146/4
146/23 159/10
grandmother [1]  39/18

grant [1]  209/10
grasp [1]  6/19
great [1]  142/13
Green [5]  116/19 117/5 117/9 144/2 145/6
Green's [1]  117/10
gross [24]  57/17 57/20 60/10 60/14 66/18
66/25 67/3 67/22 68/1 68/3 68/11 68/18 69/4
69/7 69/21 91/3 96/17 98/15 183/10 187/8
190/21 190/22 194/24 194/24
grounds [1]  208/25
group [1]  177/1
Guardia [12]  25/20 25/23 26/3 26/18 33/14
34/24 35/1 35/19 36/8 36/19 48/19 230/3
guess [16]  3/19 7/5 24/4 85/14 86/13 122/10
148/9 171/23 195/22 207/16 218/7 219/5
225/10 225/13 225/22 227/9
guest [1]  195/20
guilty [1]  168/20
guys [1]  155/5
gym [3]  14/21 15/1 214/20
Gypsy [1]  226/5

**H**

habit [1]  121/16
habits [1]  120/14
hadn't [1]  89/18
half [2]  121/7 161/23
Hallandale [2]  104/3 104/4
hand [7]  25/21 53/21 102/15 124/4 137/4
195/19 198/19
handle [1]  13/25
handled [1]  65/7
handwriting [7]  140/14 140/15 140/16
201/12 201/14 202/17 202/18
handwritten [2]  201/11 203/9
happen [4]  71/20 100/15 100/22 178/17
happened [8]  13/14 14/17 17/2 56/18 174/12
174/19 174/22 215/4
harassment [1]  227/16
hard [8]  60/13 118/24 118/24 176/2 187/7
190/20 195/18 197/14
hardly [1]  43/20
harm [1]  6/19
hasn't [4]  47/20 47/21 47/23 226/21
haven't [7]  22/6 42/3 209/3 218/17 219/21
222/4 226/19
having [10]  11/15 33/17 60/12 61/24 63/6
65/20 88/2 119/23 138/15 223/13
he's [16]  6/5 15/19 16/18 16/25 32/1 85/11
103/20 105/1 105/9 130/13 149/13 155/4
169/11 226/2 227/4 227/8
head [2]  61/13 221/20
heads [1]  17/24
health [4]  37/13 104/22 104/25 174/18
hear [6]  26/13 124/8 155/19 155/20 179/24
216/5
heard [4]  25/14 77/13 216/8 223/12
hearing [4]  202/8 202/14 221/15 221/15
hearsay [3]  154/15 154/16 155/10
held [9]  16/13 17/16 82/25 129/7 140/1
194/12 201/24 205/10 214/15
hello [1]  177/10
help [10]  11/12 11/22 11/25 41/18 56/10
118/18 142/25 160/21 207/21 208/23
helping [1]  56/8
helps [2]  209/23 209/23
here [48]  2/7 5/24 6/20 12/20 13/2 23/5 23/23
23/25 34/1 41/8 42/1 42/6 51/17 83/23
104/15 118/24 128/13 133/22 141/19 143/7
143/11 145/24 155/4 155/19 157/16 157/23

## H

here... [22]  157/25 158/4 158/7 159/22
160/21 161/22 168/19 168/20 177/6 178/4
178/8 181/25 188/14 201/23 202/4 205/4
208/3 208/4 214/2 217/5 221/14 227/23
Here's [2]  35/18 135/1
herein [1]  200/22
hers [2]  46/3 83/10
herself [2]  87/17 196/12
high [3]  81/13 127/20 127/21
higher [3]  119/12 119/20 119/21
highlighted [1]  20/10
highrises [2]  104/4 104/4
Highway [3]  1/21 125/18 158/9
Hill [6]  142/19 142/20 150/6 151/15 151/16
216/22
himself [2]  104/17 105/7
hired [1]  74/24
history [2]  163/19 223/8
hit [2]  216/13 221/20
Hodge [1]  24/9
Hodge-Sweig [1]  24/9
hold [2]  19/16 134/4
holding [1]  111/15
home [6]  105/19 105/20 159/12 172/16
191/23 191/24
homes [1]  105/4
honesty [1]  184/1
Honor [68]  2/4 2/9 7/15 12/24 18/5 20/20
22/13 24/24 27/16 31/1 33/22 48/16 50/1
51/23 52/15 53/1 53/10 53/12 53/14 61/5
70/25 80/1 83/3 83/7 84/8 92/9 95/22 102/5
102/12 107/12 107/24 128/4 129/4 129/25
130/12 133/20 135/16 137/5 151/5 153/22
154/7 156/17 178/24 182/6 185/13 191/3
201/19 201/21 204/24 205/1 208/20 210/5
211/4 214/19 215/25 216/18 217/15 218/7
218/18 220/3 223/1 223/21 224/19 224/20
224/24 225/20 228/3 228/17
HONORABLE [1]  1/12
hope [2]  25/16 203/25
hoping [2]  100/21 211/3
Hopkins [1]  84/22
hospitals [1]  37/13
hotel [2]  216/13 221/18
hotline [1]  62/9
house [43]  26/21 28/6 28/7 28/22 28/24
28/25 30/21 30/21 30/22 39/5 40/5 40/7
40/13 41/6 44/7 44/17 44/18 44/19 44/20
44/21 45/1 46/2 47/12 47/14 105/21 120/6
120/7 120/7 120/11 121/15 121/22 122/16
122/19 122/22 137/18 149/17 149/21 159/3
159/7 167/19 174/20 175/1 216/13
housekeeper [2]  162/14 162/15
housekeeper's [2]  161/16 161/16
houses [6]  27/7 44/8 44/9 57/23 120/9 121/10
Howard [2]  76/4 76/21
however [4]  6/9 194/4 211/9 228/13
huh [16]  38/7 43/13 68/21 91/12 104/7 123/5
158/8 158/19 160/4 160/24 161/13 161/21
172/3 181/4 182/5 193/10
hundred [10]  63/6 68/14 70/22 80/7 81/6
112/20 138/22 146/13 173/8 184/4
hundreds [1]  107/1
hurt [1]  11/14
husband [16]  37/4 37/5 49/15 73/18 77/15
79/17 83/10 83/12 94/4 94/23 95/1 95/15
139/22 159/24 228/4 228/5
husband's [1]  94/3

## I

hypothetically [1]  184/3

## I

I'd [10]  19/22 20/4 34/13 71/19 75/10 100/14
150/12 167/13 167/13 211/9
I'll [18]  22/17 23/24 39/2 82/7 113/18 115/5
115/5 130/17 133/22 195/9 210/20 210/25
217/18 220/19 221/9 221/13 222/21 225/18
I'm [147]
I've [22]  6/16 19/19 20/9 20/20 20/22 33/5
42/8 42/8 42/9 43/8 63/10 73/3 82/1 84/1
146/11 151/5 158/11 216/8 219/6 223/1
223/12 228/3
idea [8]  5/11 111/16 120/1 163/23 170/19
217/24 220/14 224/13
ideas [1]  71/18
identification [10]  19/25 20/5 50/4 50/7 74/7
82/7 128/7 131/5 135/19 149/3
identified [10]  5/10 33/3 33/24 61/9 61/10
67/7 70/14 130/3 135/1 150/3
identifies [1]  59/9
identify [9]  22/19 31/6 34/21 107/15 126/16
141/8 147/15 148/5 185/1
illegal [1]  209/6
illegally [1]  42/6
imagine [1]  49/20
immediately [3]  5/2 10/25 23/3
immigration [2]  48/24 49/2
impeach [3]  9/2 219/13 219/14
impeachment [1]  18/1
implicated [1]  98/10
impression [3]  5/17 100/12 229/8
improper [7]  8/5 15/7 79/20 81/25 84/14
209/2 224/22
improperly [9]  15/4 24/22 79/5 80/8 82/14
83/9 83/20 84/3 84/6
in-house [1]  167/19
inadmissible [1]  210/9
inappropriate [1]  22/24 228/1
Inc [29]  4/11 34/22 58/12 61/4 62/18 66/12
67/1 67/4 67/8 87/1 90/3 134/13 134/14
134/23 135/11 136/16 138/22 140/10 147/11
148/4 150/5 150/20 151/14 166/8 182/19
185/25 186/2 186/16 195/20
inception [7]  140/20 144/9 144/12 144/15
145/15 145/16 146/16
incident [2]  98/14 214/20
include [1]  218/10
included [10]  61/1 74/2 74/4 83/15 84/1 96/6
96/12 97/24 98/7 113/3
includes [1]  121/5
including [7]  67/18 84/21 106/7 121/6 121/7
145/12 196/1
income [57]  57/12 57/16 57/17 57/20 59/6
59/9 60/6 60/10 60/14 66/18 66/25 67/3
67/22 68/4 68/11 68/14 68/18 69/4 69/8
70/20 81/12 81/12 87/4 92/12 92/14 96/17
96/19 96/21 96/22 98/16 182/13 183/1
183/10 183/13 184/6 188/6 190/4 190/7
190/16 190/21 190/22 191/15 192/3 196/8
196/17 196/19 196/23 196/25 198/6 199/6
199/18 206/5 206/19 208/5 208/9 209/13
209/17
inconsistency [2]  7/13 19/3
inconsistent [3]  7/10 17/4 17/14
incorrect [3]  16/8 219/10 225/16
increase [2]  89/9 115/7
increased [1]  88/23
increases [2]  109/4 109/17
incurred [4]  4/16 9/20 10/1 61/23

indebtedness [1]  121/22
independent [2]  122/17 213/21
indicate [1]  85/11
indicated [7]  17/18 19/15 97/19 107/3
110/20 226/2 227/8
indicates [1]  111/19 192/6
Indicating [2]  182/5 182/6
indicted [1]  220/18
indictment [6]  6/13 100/1 218/11 219/1
224/3 225/3
indictments [3]  217/21 218/10 225/4
individual [13]  21/11 52/8 58/1 59/4 59/15
105/11 106/22 117/5 182/13 183/1 187/5
187/6 187/6
individual's [4]  59/1 183/20 186/25 188/10
individually [1]  63/7
individuals [7]  55/15 60/1 60/23 61/1 61/9
64/25 151/24
industry [1]  119/20
inferred [1]  100/22
information [51]  3/2 11/4 14/2 15/6 24/22
24/25 57/7 57/8 57/11 59/8 83/13 83/18
84/21 85/1 89/19 93/10 93/11 93/17 95/19
99/8 122/6 183/5 183/18 183/24 184/2
184/13 184/15 184/17 187/3 194/2 200/20
200/21 201/6 204/15 204/18 204/20 204/22
205/18 205/23 206/1 208/23 209/8 209/19
209/21 209/24 210/12 218/16 219/24 223/10
227/22 228/7
informed [1]  62/15
initial [2]  85/8 85/9
initially [2]  13/23 19/10
initiated [1]  222/1
inlaws [1]  30/19
inquiries [1]  135/25
inquiry [1]  143/4
inside [1]  34/3
instance [10]  14/24 17/24 19/8 84/5 173/6
175/25 187/7 190/10 196/11 196/16
instead [3]  58/22 132/25 138/15
institutions [3]  119/3 119/8 207/15
instruct [1]  30/3
instruction [3]  211/6 212/2 212/7
instructions [1]  211/10
intend [2]  21/22 221/10
intended [8]  13/23 16/2 19/9 19/13 19/15
22/8 208/22 227/17
intends [1]  226/17
intent [9]  12/11 15/3 19/14 210/4 210/14
210/17 210/19 210/21 228/14
intentionally [4]  12/3 12/3 12/5 223/11
interactions [1]  63/14
interest [32]  65/25 66/3 89/17 89/17 104/15
106/25 109/5 109/21 110/10 112/4 112/5
113/4 113/16 113/24 114/3 114/5 114/11
114/22 114/25 115/11 115/25 116/6 116/21
117/14 119/12 119/20 122/12 174/8 191/23
191/24 191/25 200/18
interest-related [1]  89/17
interesting [1]  194/13
Internal [5]  62/8 185/6 185/6 185/9 185/11
INTERPOL [7]  216/15 217/13 217/16
217/20 217/25 218/3 218/4
interpretation [1]  206/11
interpreter [6]  25/24 26/5 26/8 26/10 26/13
26/13
interview [26]  4/2 5/13 12/14 12/19 12/23
12/25 18/19 19/8 20/23 20/24 20/25 21/1
22/7 23/6 23/7 23/14 23/16 40/20 82/21 83/6
83/15 84/1 85/7 85/8 85/24 176/16

## I

interviewed [5]  38/12 40/11 40/24 65/3 71/13
interviews [2]  18/10 19/1
introduce [3]  133/17 153/25 211/20
introduced [4]  4/3 31/4 133/24 149/10
introducing [1]  225/17
introduction [2]  150/12 209/10
inventory [2]  165/3 165/7
invest [1]  15/1
investigation [2]  80/13 183/17
involved [2]  65/7 149/15
iron [1]  28/16
irrelevant [1]  51/24
IRS [17]  5/10 59/9 60/4 65/3 65/11 76/2 76/21 79/19 80/7 80/14 80/24 85/6 99/24 99/25 100/8 190/15 208/2
IRS1 [4]  191/12 194/6 197/7 198/13
IRS1-00885 [1]  197/7
IRS1-0833 [1]  191/12
IRS1-0846 [1]  194/6
IRS1-0893 [1]  198/13
ish [1]  165/2
Islands [1]  104/3
isn't [8]  9/1 11/11 15/13 17/9 133/8 167/4 210/2 219/19
issue [11]  14/5 17/7 17/9 17/11 17/15 85/8 155/3 202/9 210/17 217/24 229/7
issued [1]  99/9
issues [6]  18/13 25/11 206/17 225/14 226/1 227/19
it's [109]
item [12]  10/23 61/25 132/15 133/1 133/2 133/7 133/9 133/10 133/25 139/16 158/7 188/9
itemized [5]  88/15 191/9 196/4 199/17 199/17
items [5]  5/6 5/9 22/14 22/20 193/2
itself [3]  122/14 167/5 209/18

## J

jail [1]  100/5
Janice [1]  52/11
January [3]  140/10 180/22 180/23
January 2007 [1]  140/10
January 2013 [1]  180/23
Japanese [1]  222/10
Jeep [1]  143/18
Jencks [9]  14/9 15/24 18/20 18/21 19/2 19/5 19/10 21/3 21/22
Jennifer [6]  142/19 142/20 150/6 151/15 151/16 216/22
jewelry [1]  45/24
JM [4]  2/23 3/4 18/11 20/8
JM17 [1]  133/25
Joan [1]  3/22
job [2]  60/17 119/23
John [9]  127/6 139/20 179/19 179/20 180/5 181/7 181/11 200/12 230/19
Johnson [2]  52/11 139/20
joint [1]  189/19
Joyce [15]  34/22 61/4 61/11 62/21 67/8 67/12 68/8 69/2 147/10 148/4 182/18 182/19 185/24 186/1 186/15
Jr [1]  178/12
Jude [52]  2/13 2/16 7/21 10/17 11/15 12/3 12/16 22/8 55/22 56/19 60/23 61/15 62/15 62/21 75/4 77/25 78/12 79/5 80/23 82/13 83/8 84/23 92/14 93/9 93/14 93/17 93/22

95/6 95/20 96/8 99/2 134/10 134/17 134/23 135/6 136/25 140/11 141/14 150/6 150/20 151/14 206/22 207/23 208/11 208/14 208/16 209/16 216/11 218/20 220/5 227/2 228/10
Jude's [2]  79/9 101/9
judge [45]  1/13 5/4 5/12 8/14 10/10 11/12 11/20 12/11 20/23 24/7 24/17 48/13 50/20 52/3 75/10 75/15 82/23 83/2 84/19 84/22 99/13 118/5 123/17 123/21 129/8 131/1 131/24 136/9 155/11 178/21 194/10 195/2 202/13 203/3 205/8 205/11 206/10 211/7 214/9 217/19 220/17 221/10 221/21 225/11 229/15
Juleann [1]  146/24
Julie [16]  32/15 33/3 33/5 33/11 33/13 40/1 43/7 43/9 50/12 50/14 51/2 52/8 74/22 74/24 75/2 75/4
July [1]  113/10
July 30th [1]  113/10
jumbo [1]  119/20
jump [1]  58/8
jumping [1]  188/14
June [1]  133/12
jurors [5]  23/23 23/25 24/20 53/13 155/20
jury [30]  1/11 6/10 6/11 7/5 10/25 20/21 20/22 25/5 52/24 53/15 54/11 101/17 102/6 102/7 103/1 132/3 151/6 153/16 155/2 155/24 178/3 194/18 211/9 211/10 213/24 216/2 223/23 224/19 224/23 225/6
jury's [1]  5/18
just [89]

## K

K-1 [1]  187/5
Kay [1]  27/8
Keechl [1]  1/20
keep [8]  35/14 36/6 106/4 106/10 128/24 144/3 155/18 163/18
Kelly [3]  214/18 223/20 225/15
KENNETH [1]  1/12
Kenny [1]  177/4
kept [10]  14/5 116/5 128/20 161/3 161/4 161/4 173/17 200/11 200/12 201/4
keys [3]  45/12 47/3 173/18
kids [2]  39/5 39/23
kind [12]  23/21 57/4 58/16 71/18 98/13 104/13 125/19 127/16 128/14 128/24 197/14 216/5
kinda [2]  12/17 195/18
kinds [2]  110/22 129/17
knew [22]  6/23 8/1 10/18 10/18 10/19 11/17 12/4 33/6 33/11 33/13 37/24 51/2 52/8 79/14 83/22 83/22 94/3 158/12 159/1 159/3 159/7 164/5
know [186]
knowing [2]  63/16 96/11
knowledge [18]  93/3 93/7 93/14 119/15 119/22 120/2 120/14 122/18 122/20 123/11 155/7 160/16 169/11 169/15 170/11 170/17 178/5 220/10
known [8]  12/4 12/8 28/3 33/5 79/17 118/24 126/20 162/21
knows [3]  65/14 178/3 227/6
Kopelowitz [1]  1/20

## L

labeled [2]  110/11 110/25
laboring [1]  222/25
lack [7]  10/9 10/20 47/13 210/3 210/17 210/23 223/12

ladies [9]  25/8 26/12 52/19 53/18 101/14 102/10 153/13 156/2 213/10
lady [14]  29/19 29/20 36/3 36/4 41/8 42/21 43/23 44/4 45/6 46/1 46/7 46/25 48/21 222/11
lady's [5]  28/25 31/16 32/5 40/14 227/17
Lamborghini [4]  125/21 129/19 129/22 163/25
Land [6]  145/4 146/8 147/4 147/5 147/5 159/11
language [1]  162/17
large [3]  94/16 103/15 119/19
last [27]  22/5 23/9 25/15 26/2 26/4 32/23 32/24 52/7 54/1 54/2 55/19 64/23 67/15 79/7 84/24 84/24 102/19 121/15 124/9 134/10 177/11 177/14 180/3 180/5 189/9 198/21 198/22
late [11]  25/10 52/19 65/25 66/2 66/2 80/4 80/6 100/3 100/16 126/21 212/19
later [11]  13/18 15/2 23/19 23/19 87/9 87/9 88/20 100/16 170/20 193/5 213/16
Lauderdale [43]  1/18 29/3 29/4 56/7 74/20 104/11 104/12 108/11 108/15 108/16 124/20 124/23 124/25 125/13 125/20 125/24 126/1 126/3 126/10 127/9 127/17 128/22 134/17 142/22 146/2 147/9 148/3 164/1 164/15 164/19 165/5 165/16 166/7 166/9 166/22 166/25 167/4 167/7 167/11 167/12 167/21 168/12 186/19
laughed [1]  229/12
laundering [3]  42/15 169/1 169/2
Laurence [1]  1/16
law [22]  11/13 18/19 22/5 28/1 31/9 32/18 100/24 125/8 144/2 149/16 154/21 154/22 154/23 155/6 155/8 174/2 174/25 178/5 183/22 216/23 221/23 222/6
law's [4]  125/9 154/10 154/11 158/21
Lawrence [5]  3/23 102/13 102/16 102/20 230/12
lawsuit [3]  217/1 217/3 217/9
lawyer [4]  16/9 16/10 167/24 177/20
lawyers [1]  122/8
lay [1]  215/18
lead [1]  225/17
leading [2]  33/8 61/6
learn [7]  56/14 60/22 64/21 64/24 79/2 79/4 79/24
learned [8]  8/13 63/8 63/10 79/7 80/3 171/7 171/10 220/7
learns [1]  218/25
lease [68]  125/19 125/25 126/2 126/3 126/9 127/14 127/15 128/14 130/20 132/10 132/11 133/3 133/12 136/2 137/9 137/9 137/10 137/11 138/8 139/6 139/9 139/9 139/14 139/15 139/25 140/1 140/18 140/21 143/6 143/14 143/14 143/17 144/8 144/11 145/3 146/7 146/17 148/7 148/23 151/2 151/3 151/19 156/7 159/6 159/11 161/9 161/18 161/19 162/18 162/19 162/20 163/4 163/5 163/6 163/7 163/10 163/12 167/4 167/8 167/12 167/14 167/15 167/16 168/8 168/11 171/25 172/2 172/5
leased [26]  127/17 128/12 129/9 129/10 129/12 129/13 129/15 132/9 132/16 132/21 133/4 133/13 139/10 140/19 143/6 145/1 149/14 157/3 159/13 162/1 163/1 168/10 171/22 168/2 170/11 179/11 179/15
leases [5]  123/10 125/1 140/3 168/10 171/22
leasing [57]  61/12 67/18 68/9 69/2 75/21 76/25 77/13 106/24 106/24 107/2 117/15

**L**

leasing... [46]  123/9 124/22 124/24 125/1 125/7 125/11 125/24 125/25 126/1 126/2 126/8 127/9 128/21 130/6 130/21 131/17 134/7 134/18 136/3 137/8 138/21 142/23 144/1 149/18 150/25 151/19 151/24 152/2 152/3 152/21 156/8 156/16 165/13 165/15 165/21 165/23 166/21 167/5 167/7 167/13 167/16 167/21 168/14 168/16 169/18 170/12

Leasing's [1]  130/7

least [9]  6/1 6/8 11/8 56/21 90/12 192/24 209/12 218/8 223/15

leave [6]  42/7 45/5 45/8 45/11 72/22 101/15

leaving [2]  5/17 45/12

led [1]  62/20

left [10]  28/23 72/1 94/17 95/10 110/20 143/23 195/19 197/16 222/17 223/11

left-hand [1]  195/19

leg [1]  43/12

legal [8]  10/10 10/20 46/19 106/6 117/13 171/4 172/2 172/11

legalese [1]  172/8

legally [2]  4/7 42/1

legitimate [12]  15/13 15/15 15/17 16/18 76/6 76/7 76/11 76/23 215/16 227/11 227/16 228/24

lend [1]  47/18

lender [8]  104/17 105/15 118/24 120/16 173/5 173/25 174/2 174/8

lending [6]  105/1 105/3 107/3 107/8 120/14 120/15

length [2]  5/6 161/9

less [5]  88/3 121/18 144/4 161/8 163/9

lessee [5]  132/11 146/9 158/25 168/2 171/25

let [26]  9/8 47/8 58/6 74/6 82/7 107/10 114/19 118/23 130/17 133/24 143/24 144/3 162/1 163/19 176/15 186/6 188/13 192/16 193/7 194/6 196/10 198/21 199/11 200/5 204/11 207/19

let's [16]  24/20 48/24 49/10 52/22 67/20 81/9 101/14 102/6 109/20 132/25 133/1 136/13 153/13 161/22 163/12 189/20

letter [11]  2/12 3/9 4/1 6/3 22/16 22/23 205/18 206/20 207/5 209/15 209/19

letters [2]  205/14 207/12

level [3]  58/21 58/23 63/15

Levitt [2]  3/23 211/21

liabilities [1]  64/14

liability [9]  60/18 60/21 65/21 80/11 87/18 88/2 88/3 98/1 186/25

liable [1]  16/13

license [7]  51/11 51/16 51/19 103/9 146/19 149/3 149/6

lie [1]  9/3

lieu [3]  10/21 10/24 77/9

light [7]  2/24 3/12 6/11 21/25 24/7 83/10 89/19

lights [1]  2/7

likely [1]  17/25

limine [1]  24/6

limit [1]  100/14

Lincoln [5]  104/15 139/14 140/2 140/21 158/14

line [32]  61/25 81/11 115/6 187/7 187/16 187/22 188/6 188/9 188/14 188/16 189/24 190/3 190/7 190/16 190/20 191/8 191/10 191/20 191/24 192/5 196/3 196/7 196/16 196/24 197/1 198/3 199/1 199/3 199/11 199/19 199/23 206/20

line 10 [1]  191/24

line 11 [1]  187/16

line 13 [3]  189/24 196/24 197/1

line 17 [4]  188/14 188/16 190/3 196/16

line 19 [1]  187/22

line 21 [4]  188/6 190/7 199/1 199/3

line 22 [1]  190/16

line 27 [2]  191/10 192/5

line 28 [1]  199/11

line 37 [1]  190/20

line 40 [1]  196/3

line 43 [2]  196/7 199/19

line 6 [1]  191/20

Line 7 [1]  198/3

line 76 [1]  199/23

lines [2]  196/14 222/18

lining [1]  226/11

list [35]  4/9 4/22 21/14 61/20 61/25 63/4 63/7 63/25 69/15 74/1 74/4 76/6 77/1 77/2 78/14 79/8 79/11 83/4 94/2 94/5 94/12 95/3 95/7 95/10 95/14 98/7 99/17 99/19 143/8 144/22 157/2 157/8 157/10 198/5 198/16

listed [34]  5/8 5/21 13/20 17/10 21/13 21/15 21/16 22/1 61/18 69/13 73/20 73/23 76/22 77/1 77/9 79/13 82/20 94/16 97/20 111/14 134/12 151/12 158/25 187/9 187/19 188/7 188/23 189/21 189/24 190/17 191/17 191/20 198/13 210/20

listen [1]  122/7

listening [1]  122/9

listing [5]  11/24 11/25 22/3 74/14 198/18

lists [3]  75/21 75/23 95/16

little [14]  43/1 44/8 48/24 49/10 103/25 141/23 143/23 146/7 148/12 159/5 165/25 180/14 205/6 213/16

live [4]  28/21 30/22 30/24 44/25

lived [11]  28/19 28/22 30/23 30/24 30/25 39/5 39/7 44/9 44/17 44/17 44/25

lives [1]  93/12

living [5]  39/21 54/12 103/2 124/15 180/17

LLP [1]  103/14

loan [29]  47/11 47/15 105/17 105/21 106/5 111/6 111/8 111/18 113/10 117/22 117/24 117/24 118/1 119/25 122/5 132/12 132/18 133/14 133/15 140/25 141/20 142/8 142/9 145/9 145/11 184/6 206/23 208/10 208/11

loaned [1]  108/10

loans [36]  105/4 106/1 106/19 106/25 107/4 107/8 107/20 108/7 108/19 108/24 109/3 110/22 111/2 111/11 111/11 112/19 115/18 116/7 116/10 116/16 117/20 117/21 118/25 119/2 119/3 119/7 119/11 119/12 119/13 119/18 119/19 119/20 120/6 120/12 120/20 209/17

located [5]  28/24 55/20 64/5 108/14 125/17

location [2]  166/2 166/15

locations [2]  166/12 198/19

long [15]  28/3 28/4 55/18 103/4 103/23 124/17 126/20 160/10 161/1 163/18 180/19 212/14 216/16 217/16 217/25

longer [3]  155/9 169/11 213/13

longterm [1]  197/9

looked [4]  21/25 91/4 118/17 176/4

looking [11]  64/16 67/11 67/14 71/19 91/4 105/19 130/13 157/16 157/23 157/25 191/1

looks [7]  89/10 110/19 113/19 141/12 186/9 195/19 195/22

loses [1]  192/13

loss [48]  4/18 4/21 5/11 8/5 10/4 10/6 10/21 62/11 62/11 63/9 63/12 63/13 64/2 64/2 65/8

73/19 77/9 78/18 79/6 80/9 80/25 86/25 87/6 87/16 88/6 88/7 88/8 88/16 88/23 89/9 89/10 89/12 89/13 90/5 90/7 91/3 91/4 96/12 96/15 96/18 98/2 98/4 100/9 189/25 194/24 196/2 197/23 197/25

losses [17]  58/21 190/25 191/10 192/6 192/19 192/20 193/3 193/6 194/25 196/2 196/4 199/9 199/13 199/16 206/5 207/5 207/11

lost [6]  5/16 97/14 192/24 194/15 194/22 194/25

lot [11]  39/2 46/15 147/6 158/3 158/6 158/18 173/15 175/14 206/17 227/18 227/19

loud [1]  82/13

louder [1]  180/14

Louis [2]  54/14 54/24

lower [7]  60/18 60/20 140/6 146/7 146/18 148/12 163/11

lump [1]  163/5

lumped [2]  69/16 69/20

lunch [1]  101/14

luxury [3]  124/25 125/21 147/7

lying [2]  9/7 9/10

Lynch [2]  76/4 76/21

**M**

ma'am [6]  25/21 26/1 26/5 26/23 26/23 52/18

machinations [2]  91/17 170/23

machine [1]  193/23

mainly [2]  33/5 158/17

Magistrate [1]  223/23

mail [9]  1/25 2/20 3/9 3/25 5/4 6/3 19/23 20/6 23/9

main [1]  83/20

mainly [2]  33/5 158/17

maintain [3]  105/25 106/3 107/4

maintained [8]  14/2 107/20 110/14 110/16 200/11 200/12 201/4 204/14

major [1]  57/15

majority [3]  179/14 222/5 224/25

makes [2]  106/5 210/5

making [8]  62/3 119/21 152/24 171/18 171/25 183/11 200/25 207/3

man [1]  103/17

manner [2]  172/19 172/21

March [4]  3/24 5/25 23/5 82/9

March 19th [4]  3/24 5/25 23/5 82/9

Marcum [1]  103/14

mark [2]  20/13 82/7

marked [19]  19/19 19/20 19/22 19/24 20/3 20/5 50/4 74/6 94/5 107/10 128/7 131/5 135/19 156/13 184/24 191/11 200/4 200/6 204/11

markings [1]  157/5

MARKS [174]

Marks' [19]  4/9 4/22 30/14 31/14 33/3 41/3 44/1 50/16 106/1 137/18 138/5 142/2 142/8 143/14 146/4 171/2 174/20 188/21 218/19

Marquette [1]  183/22

MARRA [2]  1/2 1/12

married [3]  189/2 189/3 189/17

Martin [1]  125/22

Mary [9]  25/19 25/23 26/3 27/8 34/24 35/1 35/19 38/23 230/3

Maryland [2]  6/8 83/14

MasterCard [1]  195/21

material [10]  15/23 15/24 19/10 22/4 22/4 84/4 84/7 208/22 209/2 210/1

materials [2]  67/17 67/20

matter [10]  3/5 18/11 18/24 19/22 20/8 86/19 158/12 183/20 227/21 231/22

# M

matters [5] 3/7 11/12 11/12 25/12 214/10
May 13th [3] 176/14 176/17 177/18
May 28 [1] 35/8
May 28th [1] 34/23
maybe [17] 5/15 5/16 5/24 19/16 20/21 23/12 33/17 63/5 113/13 155/2 161/22 161/25 166/5 175/16 215/8 221/24 221/25
me [169]
mean [32] 7/11 9/9 9/14 11/9 11/24 14/17 16/25 17/2 17/16 20/17 21/18 28/11 49/20 50/6 50/9 58/18 84/13 105/3 105/18 106/15 112/12 127/9 140/3 142/3 172/15 183/21 186/24 189/12 200/21 210/2 216/4 218/21
meaning [1] 112/4
means [4] 120/19 140/15 185/8 197/25
meant [3] 87/18 100/23 167/23
medical [1] 191/17
Medicare [1] 101/7
meet [5] 28/5 55/22 56/19 56/21 183/3
meeting [3] 6/1 41/7 82/4
members [29] 30/14 31/5 33/16 33/19 40/1 54/11 71/10 103/1 120/12 126/22 127/12 128/2 128/15 132/2 136/5 149/14 151/4 152/23 153/9 156/16 168/4 168/18 169/15 170/12 173/22 178/17 179/2 179/11 183/3
members' [1] 149/25
memo [6] 5/24 7/11 7/13 7/16 145/8 145/9
memorandum [9] 3/21 5/1 16/1 17/22 23/1 82/8 176/15 176/23 177/21
memory [7] 5/1 66/22 176/5 176/16 194/6 194/7 203/9
mental [1] 67/25
mentioned [7] 39/4 81/21 92/12 92/14 105/15 117/5 120/23
Mercedes [16] 117/23 125/22 127/19 133/13 137/15 143/13 143/18 147/17 148/8 148/21 148/23 158/14 159/25 160/1 160/12 169/24
Mercedes-Benz [1] 147/17
Mercury [1] 104/15
merely [2] 10/19 209/24
Merit [1] 231/19
messages [5] 72/1 72/3 72/4 72/22 222/17
messed [1] 10/20
met [9] 28/1 56/3 71/9 93/19 104/2 176/10 176/18 176/21 177/8
method [1] 152/7
methods [1] 152/20
Michael [27] 32/3 32/4 34/22 39/23 44/13 44/14 44/23 45/3 45/9 61/4 62/21 67/8 67/12 69/2 124/2 124/5 124/10 127/5 159/17 169/17 175/12 178/11 182/18 182/19 185/25 186/16 230/15
Michael's [2] 158/20 159/16
Michaels [5] 61/11 68/9 147/10 148/4 186/1
microphone [6] 27/1 53/25 54/20 124/7 179/22 180/1
mid [3] 126/21 164/13 168/22
middle [1] 24/5
might [13] 9/9 16/6 19/7 24/2 42/7 155/2 159/5 211/9 212/1 216/18 220/3 220/4 228/17
Miller [1] 220/22
million [38] 67/6 67/22 67/23 68/6 68/10 68/11 68/12 68/19 68/20 69/3 69/4 69/12 69/22 70/14 70/16 70/18 70/19 87/4 87/4 92/15 92/16 92/17 92/17 92/18 92/21 92/25 98/17 98/20 98/23 116/6 121/3 121/7 121/11 152/4 152/5 175/20 208/15

millionaire [1] 105/13
mind [6] 5/18 100/22 209/21 220/15 224/13 224/15
minds [1] 225/7
mine [6] 40/14 45/20 49/13 103/20 181/24 201/15
minimal [2] 81/2 81/3
minor [1] 95/13
minus [3] 112/15 112/23 198/3
minute [4] 52/22 134/4 153/13 163/19
minutes [3] 52/23 153/18 213/12
misapprehension [1] 14/14
miscellaneous [3] 99/9 191/10 192/6
misconduct [3] 2/11 6/12 14/22
mislead [1] 20/18
misrepresent [1] 10/12
missed [2] 202/8 202/14
missing [2] 47/20 223/10
misspoke [1] 43/19
misstate [1] 88/14
misstated [1] 177/24
misstatement [1] 9/3
mistake [16] 15/20 16/18 78/8 78/9 79/9 79/10 79/24 80/14 80/16 207/24 210/3 210/14 210/17 210/23 214/20 215/23
mistaken [8] 65/11 92/24 96/6 211/19
mistakenly [1] 64/21
mistakes [1] 97/2
mistook [1] 94/2
Mitsubishi [4] 140/18 161/12 162/8 170/10
model [1] 132/10
modification [1] 117/11
modified [1] 117/14
mom [2] 159/8 159/9
mom's [2] 45/1 159/7
moment [10] 70/24 85/5 95/22 118/5 123/17 129/5 161/11 192/5 194/10 212/5
money [99]
money's [1] 221/5
monies [2] 77/5 108/9
Monta [2] 134/11 135/6
Monta-something [1] 134/11
Montassir [69] 4/5 4/6 4/12 4/13 4/23 8/21 8/22 9/16 10/14 12/16 13/8 13/10 14/1 14/20 14/23 15/16 16/18 36/23 55/22 56/19 58/4 60/23 61/21 62/15 62/22 63/14 65/4 65/10 65/20 66/11 66/15 67/4 75/19 86/6 86/8 86/9 93/22 95/6 95/20 96/9 98/1 98/9 98/16 99/2 134/16 134/17 134/23 135/7 135/8 136/25 140/11 140/12 140/13 141/14 150/6 150/20 151/14 206/22 207/23 208/6 208/14 208/16 216/12 218/20 219/11 220/5 221/16 227/2 227/5
Montassir's [14] 4/5 4/8 4/14 4/19 9/18 9/24 11/1 14/5 16/16 60/10 61/15 64/14 66/18 70/13
month [2] 5/25 6/2
monthly [9] 55/7 55/8 55/9 106/9 132/13 132/19 132/24 140/6 171/20
months [5] 5/12 5/12 11/6 12/4 39/10 64/23 71/9 79/7 87/9 88/20 100/12 100/22 161/3 161/4 166/1
moot [1] 25/3
morning [18] 2/2 2/4 25/7 25/9 25/10 25/13 26/11 36/19 36/20 41/6 46/13 52/20 54/9 54/10 71/7 71/8 118/8 214/7
Morris [4] 164/5 164/7 164/8 165/3
mortgage [48] 89/17 105/17 106/7 108/23 109/2 109/13 110/20 110/21 110/23 110/24

111/5 111/6 111/6 111/7 111/8 111/19 111/25 112/9 112/20 113/14 113/19 114/2 114/3 114/7 115/7 117/11 117/14 119/15 119/25 121/22 122/16 122/22 137/18 138/5 140/23 141/21 142/2 149/17 149/21 151/2 151/2 151/21 151/22 174/25 175/2 191/23 191/24 191/24
mortgages [28] 105/4 105/15 106/11 106/14 106/19 106/22 108/11 109/3 109/4 109/7 109/12 109/15 109/17 109/18 109/24 110/25 112/12 113/7 114/1 114/13 114/24 115/2 115/21 116/16 117/2 117/9 121/1
most [14] 4/7 4/20 37/11 37/22 47/22 47/23 59/14 62/10 103/7 104/4 119/2 158/12 160/16 222/22
mostly [3] 127/15 173/2 181/18
mother [3] 36/21 39/17 47/18
mother's [3] 47/14 47/14 47/21
motion [9] 22/21 23/20 24/3 24/6 24/11 24/22 24/23 25/3 209/10
motions [5] 6/15 12/13 14/19 24/5 171/4
motor [2] 117/19 136/2
Motors [2] 163/22 166/8
mousetrapped [2] 10/10 22/11
move [13] 2/10 34/13 50/18 53/24 113/18 129/2 130/24 131/22 136/7 150/12 179/23 179/25 180/1
moved [2] 103/8 149/4
moves [1] 180/1
moving [1] 100/21
Mr [13] 230/4 230/5 230/6 230/8 230/9 230/10 230/11 230/13 230/14 230/16 230/17 230/18 230/20
Mr. [103]
Mr. Bardfeld [9] 25/18 71/14 73/6 156/3 177/3 177/9 177/14 214/21 223/7
Mr. Epstein [1] 102/24
Mr. Gordon [4] 118/8 124/14 154/10 156/6
Mr. Raley [17] 13/17 13/20 13/23 14/8 15/25 16/5 16/20 17/17 17/19 17/19 17/25 53/3 54/9 71/7 84/19 86/5 228/9
Mr. Raley's [1] 14/11
Mr. Schwartz [13] 16/4 16/8 16/17 17/17 19/18 24/21 53/11 98/15 225/24 226/2 226/10 226/14 227/1
Mr. Stefin [27] 2/12 2/20 3/8 3/15 5/4 5/13 5/22 6/2 10/12 10/18 11/14 19/23 20/14 21/2 21/5 22/1 23/9 24/18 24/25 71/14 73/6 177/3 177/12 194/17 223/7 228/7 228/13
Mr. Stefin's [4] 3/25 20/11 22/15 24/7
Mr. Van [7] 180/12 185/21 191/18 195/14 196/1 200/4 204/11
Mr. White [1] 98/10
Mr. Wolofsky [16] 103/25 104/18 105/22 105/23 106/1 106/5 106/16 106/20 107/5 109/22 118/23 119/8 120/12 121/25 122/22 166/6
Mr. Wolofsky's [3] 117/6 120/14 126/5
Mrs. [3] 29/21 120/6 202/4
Mrs. Marks [2] 120/6 202/4
Mrs. Rose [1] 29/21
Ms [2] 58/2 192/22
Ms. [75] 2/5 5/6 5/17 5/18 5/21 7/16 10/14 11/1 12/5 13/8 13/10 14/1 14/5 14/24 14/23 15/16 16/8 16/16 19/21 22/10 26/18 33/14 36/8 36/19 48/19 53/7 58/4 60/10 61/21 63/14 64/14 65/4 65/10 65/20 66/11 66/15 66/18 67/4 70/13 71/13 72/7 73/6 73/15 74/24 75/19 80/13 82/4 82/9 82/10 86/6 98/1 98/9 98/16 102/1 116/18 117/15 119/22

## M

Ms.... [18]  121/3 177/3 177/4 177/9 177/15
 183/8 193/16 201/6 201/17 202/20 204/22
 205/18 206/4 207/13 211/21 215/12 215/19
 227/5
Ms. Cook [2]  215/12 215/19
Ms. Deveraux [9]  5/6 5/17 5/18 5/21 7/16
 12/5 22/10 73/15 74/24
Ms. Deveraux's [1]  72/7
Ms. Guardia [5]  26/18 33/14 36/8 36/19
 48/19
Ms. Kenny [1]  177/4
Ms. Levitt [1]  211/21
Ms. Marks [17]  2/5 19/21 53/7 102/1 116/18
 117/15 119/22 121/3 183/8 193/16 201/6
 201/17 202/20 204/22 205/18 206/4 207/13
Ms. Montassir [23]  10/14 13/8 13/10 14/1
 14/20 14/23 15/16 16/8 58/4 61/21 63/14
 65/4 65/10 65/20 66/11 66/15 67/4 75/19
 86/6 98/1 98/9 98/16 227/5
Ms. Montassir's [7]  11/1 14/5 16/16 60/10
 64/14 66/18 70/13
Ms. Watts [9]  71/13 73/6 80/13 82/4 82/9
 82/10 177/3 177/9 177/15
much [32]  18/13 43/4 47/16 48/8 57/23 64/23
 67/3 67/6 68/8 69/1 69/10 70/12 81/18 96/21
 98/20 108/23 116/20 116/20 147/21 152/1
 173/7 178/4 183/10 187/5 192/13 192/14
 192/18 194/16 194/16 195/4 196/3 199/21
Mulliner [2]  132/17 139/7
Multi [1]  105/13
Multi-millionaire [1]  105/13
must [2]  83/4 161/24
myself [2]  5/16 107/9

## N

name [72]  3/2 3/15 4/22 10/7 26/1 26/2 26/3
 26/4 31/12 32/14 32/19 34/8 40/14 41/3 46/8
 46/10 49/24 51/18 52/5 52/10 53/25 54/1
 54/2 54/2 54/4 55/22 58/11 61/1 71/21 71/24
 77/12 86/7 94/2 94/3 95/3 95/4 95/4 95/7
 95/13 99/19 102/18 102/19 103/13 103/17
 106/18 124/8 124/9 124/19 125/9 127/2
 134/10 135/9 142/18 158/16 158/18 158/20
 158/21 163/24 166/9 177/11 180/3 180/4
 180/5 181/5 181/21 182/17 188/23 189/9
 195/21 216/11 216/11 217/5
named [4]  41/8 41/9 74/22 117/5
names [6]  33/4 61/18 74/14 77/12 77/12
 95/13
Nancy [17]  28/1 30/23 31/7 31/8 31/19 39/5
 39/16 126/25 130/14 142/17 151/16 153/6
 217/6 220/21 220/22 222/16 222/17
Nancy's [2]  46/5 222/10
national [1]  103/16
nature [2]  25/11 106/8
nauseam [1]  223/1
NC [1]  76/15
NCDOR [1]  76/13
necessarily [3]  9/14 113/13 188/12
necessary [1]  211/8
need [16]  16/20 52/21 52/25 66/21 101/18
 129/16 129/23 146/17 153/24 159/7 198/10
 212/25 213/16 214/8 216/5 218/23
needed [6]  47/17 47/17 56/23 57/12 100/13
 159/3
needs [2]  205/6 227/5
negative [1]  118/23
negotiated [1]  172/18

nervous [1]  54/17
net [7]  64/13 64/16 80/11 88/7 88/8 197/15
 197/17
never [29]  4/3 4/13 8/22 9/4 9/16 11/18 19/13
 21/10 22/8 33/6 36/7 40/18 40/24 41/19 42/8
 42/9 43/8 44/19 71/17 73/3 81/22 94/1
 138/24 142/22 158/11 160/20 215/4 217/25
 224/2
nevertheless [1]  15/5
new [14]  20/25 39/7 89/19 103/8 112/19
 118/12 144/17 181/1 216/16 216/25 217/1
 217/3 217/9 228/7
newspaper [4]  213/21 218/2 220/7 222/24
next [25]  7/7 31/10 31/21 32/2 32/7 35/18
 53/2 53/19 60/15 88/5 88/9 88/11 89/12
 100/11 100/22 102/3 102/11 102/13 142/7
 144/16 161/8 179/19 187/12 187/14 189/9
nice [6]  25/16 41/8 159/11 213/23 214/7
 229/16
Nicholas [9]  30/24 145/9 178/11 178/11
 188/23 189/2 189/3 189/6 189/10
Nick [5]  37/4 37/6 37/12 160/8 160/12
Nick's [1]  159/24
night [3]  22/6 23/9 48/20
nine [3]  121/2 182/11 184/20
nine-year [1]  121/2
Ninety [2]  97/22 97/23
Ninety-seven-five [2]  97/22 97/23
no [188]
nobody [2]  87/7 100/19
NOL [2]  88/7 88/8
nominal [1]  80/12
non [1]  211/18
non-filing [1]  211/18
none [2]  207/8 221/1
nonpayment [1]  172/10
nonperforming [2]  172/5 172/7
nonsense [1]  16/25
normal [3]  19/12 119/24 213/17
normally [2]  162/25 180/15
North [4]  76/13 76/15 76/22 125/18
Northeast [2]  108/12 114/16
Nos [1]  185/18
not -- you [1]  57/3
notarized [3]  45/17 46/13 46/14
notation [3]  201/11 203/9 203/21
notations [1]  200/25
note [10]  83/1 83/5 84/9 111/7 111/9 111/13
 117/22 117/24 185/22 222/9
notebook [1]  128/10
noted [2]  83/3 86/6
notes [23]  3/5 3/18 5/1 5/14 6/1 6/6 13/12
 15/25 18/9 20/9 20/16 20/17 22/25 23/2
 101/16 106/7 106/22 111/14 123/9 217/19
 221/13 222/9 223/5
nothing [16]  13/3 15/10 16/6 16/14 41/24
 53/1 85/17 101/19 112/3 161/7 189/21
 189/24 205/24 211/22 211/24 223/18
notice [3]  24/3 117/1 208/21
notified [1]  171/2
notwithstanding [1]  14/24
November [4]  43/25 113/11 148/21 231/23
November 13th [1]  113/11
November-December [1]  148/21
number [75]  31/18 31/19 31/24 32/6 32/11
 33/25 34/4 35/16 75/8 97/24 107/11 108/9
 108/11 108/18 108/20 109/6 115/4 117/16
 122/1 122/6 132/10 132/15 132/20 132/20
 133/1 133/2 133/3 133/7 133/9 133/10
 133/12 133/12 134/7 137/10 137/11 137/12

137/15 137/20 138/8 139/6 139/10 139/14
 143/6 143/7 143/14 143/15 144/22 148/24
 148/25 154/15 156/14 160/2 164/15 169/25
 170/3 170/3 170/6 170/13 170/14 170/14
 170/14 170/14 170/14 170/15 175/19 184/21
 188/9 188/16 188/18 188/20 198/13 206/25
 213/2 217/10 228/3
number 1 [5]  108/9 132/15 133/9 137/10
 170/13
number 1089 [1]  134/7
number 1196 [1]  137/20
number 14 [2]  143/7 144/22
number 146 [1]  108/20
number 183,980 [1]  206/25
number 2 [3]  108/11 132/20 132/20
number 22 [2]  133/10 133/12
number 23 [2]  33/25 34/4
number 24 [1]  170/14
number 25 [1]  170/14
number 26 [2]  170/6 170/14
number 27 [2]  170/3 170/14
number 28 [2]  170/3 170/14
number 29 [2]  169/25 170/15
number 3 [2]  108/18 143/15
number 32 [1]  31/19
number 34 [1]  32/11
number 36 [1]  31/18
number 37 [1]  31/24
number 38 [1]  32/6
number 4589 [2]  137/11 138/8
number 4645 [1]  133/3
number 4661 [1]  139/10
number 4711 [1]  139/6
number 4779 [1]  143/6
number 4822 [1]  143/14
number 4910 [1]  139/14
number 5 [1]  156/14
number 5076 [2]  133/12 148/24
number 6 [4]  107/11 137/12 137/15 160/2
number 7 [2]  133/1 133/2
number 9 [1]  133/7
numbers [9]  19/20 67/12 105/10 111/14
 161/25 188/3 194/24 194/24 207/17
numerous [1]  14/17

## O

o'clock [5]  52/21 213/11 213/17 214/2
 229/17
o-r-s-t [1]  180/7
Oakland [1]  185/12
oath [3]  85/22 155/23 215/20
object [10]  51/23 61/5 86/16 129/4 194/18
 201/21 202/13 205/1 209/7 227/11
objected [2]  208/25 209/1
objecting [5]  202/1 202/2 202/3 205/13
 205/14
objection [46]  33/8 34/15 34/16 50/20 50/21
 63/20 63/22 65/13 75/11 75/12 80/1 92/9
 93/5 107/24 107/25 129/8 129/21 130/12
 131/1 131/2 131/24 131/25 136/9 136/10
 150/14 150/16 150/22 151/7 154/2 156/18
 156/21 179/4 185/16 185/17 195/9 202/24
 202/25 203/1 203/6 204/6 205/5 209/3
 210/25 212/7 213/5 215/18
obligated [2]  20/19 21/23
obligation [3]  14/15 17/21 201/5
obscured [1]  115/17
obtained [3]  24/22 24/25 117/20
obvious [3]  17/9 83/24 84/14
obviously [3]  82/3 83/3 219/10

# O

occasion [12]  29/6 29/10 39/23 43/6 43/22
176/22 177/1 177/2 177/9 177/14 177/16
194/4
occasionally [1]  40/2
occasions [3]  176/21 177/8 227/21
occurred [2]  17/23 215/21
occurs [1]  172/4
October [5]  41/7 88/20 133/2 137/18 178/1
October 24th [1]  178/1
October 2nd [1]  133/2
odd [2]  88/6 173/8
off [26]  8/9 17/13 19/21 49/18 61/13 68/6
91/24 137/9 137/11 138/4 138/8 139/5 139/6
140/6 141/20 143/4 145/12 145/14 147/7
163/12 175/2 214/14 214/15 216/4 220/2
222/3
off-road [1]  147/7
offense [1]  98/11
offer [7]  75/10 107/22 185/14 201/20 204/25
224/20 224/21
offered [2]  209/24 211/13
office [6]  1/17 18/24 72/1 74/17 106/4 135/25
officer [2]  56/7 71/14
officers [5]  6/14 214/25 215/6 215/7 215/15
offices [2]  21/7 220/9
Official [1]  1/23
officially [1]  45/18
offset [2]  190/25 199/9
offsets [1]  197/24
offsetting [1]  199/16
often [2]  39/13 178/3
Ogden [15]  56/7 56/15 74/17 74/19 74/22
74/24 75/4 75/5 77/21 77/24 93/20 95/2
95/20 99/20 228/10
Oh [9]  33/7 40/13 43/10 51/20 67/18 67/20
87/13 170/10 177/23
okay [148]
old [8]  76/5 89/15 101/9 104/20 159/10
161/20 161/23 161/23
older [2]  32/1 118/17
once [7]  29/22 35/12 56/21 149/16 155/8
160/13 165/20
one [107]
one's [1]  89/20
one-word [1]  205/4
ones [5]  61/12 79/8 110/16 129/9 205/22
only [28]  11/11 14/4 16/5 20/20 39/14 44/2
46/21 58/20 89/11 94/19 101/9 110/10 112/5
114/22 116/23 155/20 167/16 177/10 177/22
185/22 192/15 192/20 196/23 196/25 201/21
208/1 221/2 226/15
open [4]  106/5 225/25 227/5 228/25
opened [2]  5/20 10/16
opening [1]  7/21
operating [2]  88/7 88/8
operations [2]  125/5 125/11
opinion [1]  215/14
opinions [3]  101/15 153/14 213/20
opportunity [7]  18/1 33/25 131/7 131/11
152/1 156/10 226/20
opposed [2]  18/17 119/11
order [15]  2/1 34/24 35/19 38/23 38/24
136/16 138/9 142/16 152/16 162/11 183/2
183/6 193/2 205/11 228/13
orders [6]  37/16 37/22 37/25 38/6 38/19
38/21
ordinary [3]  18/14 128/20 188/6
original [8]  22/16 87/16 89/7 89/25 90/2
91/23 91/24 93/19
originally [8]  69/16 74/11 89/18 90/5 91/25
100/19 154/11 164/4
Ostrow [1]  1/20
otherwise [3]  18/23 85/10 104/24
our [19]  15/25 18/24 24/25 53/2 55/6 60/17
77/23 101/14 102/3 102/11 102/13 124/2
143/4 148/13 148/18 148/20 148/25 179/19
220/10
ours [1]  13/24
outlines [1]  183/22
outside [1]  173/15
outstanding [6]  106/20 121/22 122/22
123/10 123/13 123/15
outweigh [1]  154/17
outweighs [1]  210/24
over [64]  6/6 11/6 12/18 13/19 13/22 14/2
14/21 17/21 18/3 18/25 19/9 19/11 20/17
21/6 21/19 21/23 27/4 36/13 41/8 66/19 67/7
67/22 68/8 68/11 69/1 69/11 69/22 70/19
71/16 79/5 82/15 83/14 84/23 88/5 88/8
89/12 90/5 116/5 121/2 127/16 141/23 151/1
155/18 157/10 160/22 163/15 163/19 164/2
175/19 175/21 176/4 188/21 194/15 194/25
201/23 205/3 208/15 210/25 212/7 212/12
213/5 222/9 222/21 228/8
overcharged [1]  90/12
overnight [1]  221/11
overpaid [1]  91/25
overrule [1]  195/9
Overruled [8]  52/1 63/23 65/14 80/2 86/17
93/6 150/23 179/6
owe [2]  163/1 199/24
owed [10]  38/1 48/9 116/20 116/20 116/21
117/15 141/6 173/7 173/22 174/8
owes [6]  44/13 47/23 48/1 48/6 48/7 80/7
owing [1]  48/9
own [17]  43/3 45/10 77/18 93/3 100/22 101/8
105/7 105/7 105/9 119/22 158/4 163/4 163/8
166/2 167/15 168/10 180/21
owned [12]  104/10 120/9 120/10 125/7 164/4
164/5 165/23 168/11 168/12 168/12 168/14
168/16
owner [2]  43/3 181/1
owns [6]  58/19 59/4 106/25 147/5 166/22
166/23

# P

p.m [6]  3/21 101/23 101/23 154/3 154/3
229/18
PA [4]  144/2 181/7 181/8 200/12
page [15]  61/18 64/7 67/15 78/19 94/17
186/6 191/8 191/11 197/7 197/21 198/21
198/22 199/11 202/2 202/16
page 00071 [1]  202/16
pages [2]  1/10 195/5
paid [81]
Palm [3]  1/7 1/24 171/14
Palmer [1]  218/14
paper [4]  74/11 167/10 167/13 171/12
papers [5]  41/18 41/19 41/22 200/25 226/5
paraphrasing [1]  215/2
parenthesis [1]  189/10
parenthetically [1]  225/3
parents' [2]  28/6 28/7
parse [1]  13/1
parte [2]  227/3 228/25
participated [1]  85/7
particular [18]  8/19 56/15 95/13 97/25
106/10 106/13 106/14 106/15 108/7 113/14
145/5 148/5 151/18 176/6 176/7 185/21
201/8 207/1
particularly [6]  10/23 11/5 12/9 24/8 83/10
206/15
parties [1]  43/2
partnership [1]  190/4
partnerships [1]  188/15
party [6]  117/1 117/3 122/17 136/15 152/18
176/1
passed [2]  160/8 160/12 189/13
past [2]  80/21 93/12
path [1]  225/13
patience [1]  229/15
pattern [5]  84/20 209/25 210/3 210/14
224/21
pay [49]  28/19 28/20 29/8 34/23 37/22 37/24
38/19 42/19 44/11 44/15 45/4 47/19 48/6
65/25 68/8 69/1 80/20 83/12 89/11 99/6
114/2 114/3 116/15 120/21 120/21 123/12
123/15 126/2 126/9 136/16 137/9 137/11
138/1 138/4 138/8 139/5 139/6 140/6 141/20
145/12 151/19 152/10 152/12 152/14 152/16
152/18 163/6 163/12 174/25
payable [8]  137/17 137/19 138/21 144/1
146/2 148/3 150/21 150/25
paychecks [1]  42/23
paying [7]  49/18 65/22 65/24 66/2 117/2
121/16 121/16
payment [33]  76/2 93/9 106/14 113/13 117/2
121/15 121/21 121/25 122/14 122/16 122/23
132/12 132/13 132/18 132/19 132/23 132/24
135/5 135/5 135/15 135/16 137/10 140/6
143/10 143/15 143/20 144/10 144/12 144/24
146/16 147/10 152/7 162/20
payments [54]  2/14 2/18 2/22 8/19 48/4
61/15 61/20 62/16 62/24 63/17 64/12 73/19
77/8 77/19 77/20 82/14 83/11 91/9 93/25
94/1 94/23 111/24 112/5 112/25 117/8
117/10 117/12 137/18 139/9 139/14 139/15
139/18 140/20 140/22 140/25 148/21 148/23
149/20 149/25 151/2 151/3 151/3 151/21
152/21 152/24 153/2 153/9 159/15 159/16
163/10 171/18 171/20 171/25 179/14
payoff [4]  122/1 138/2 142/8 145/3
payroll [2]  76/19 99/5
pays [1]  42/24
peaceful [2]  172/19 172/21
penalties [4]  65/25 66/2 66/3 66/5
people [29]  24/2 39/2 44/5 45/9 46/19 74/2
77/8 77/19 78/4 78/5 81/3 93/24 119/2 119/6
119/8 119/9 129/18 129/22 147/6 149/19
177/1 177/16 194/21 218/11 218/11 218/16
220/17 223/4 226/11
Per [1]  203/17
percent [20]  63/6 68/2 68/14 69/6 69/25
70/22 81/14 81/15 81/15 81/16 81/18 81/18
96/16 96/17 106/25 109/23 119/16 125/7
125/7 173/8
percentage [3]  66/18 67/25 69/5
percentile [1]  97/9
perform [1]  183/19
performed [1]  60/1
perhaps [9]  8/4 14/8 27/16 107/1 109/14
117/13 117/14 117/15 221/10
period [13]  39/10 99/6 100/10 115/18 121/2
160/22 161/10 163/5 174/10 175/21 177/10
194/15 195/1
periodic [1]  106/8
perplexed [1]  62/6
person [13]  18/6 18/7 18/16 50/11 50/12

# P

person... [8]  51/14 51/18 58/20 72/6 79/14
182/4 200/25 201/3
personal [22]  55/6 58/22 64/18 64/18 70/6
70/10 70/13 81/22 86/22 87/12 87/13 87/14
88/18 89/14 93/14 97/7 152/10 186/25
188/10 188/21 189/20 227/21
personally [1]  116/14
perspective [1]  15/2
pertain [2]  185/21 200/16
pertaining [5]  106/1 106/10 106/21 107/4
184/12
pertains [2]  113/7 113/9
Peter [41]  61/11 67/18 68/9 69/2 75/25 76/25
77/13 103/17 104/2 104/2 104/8 104/17
104/23 107/17 108/24 109/8 110/8 111/15
122/2 125/10 126/11 137/10 137/17 140/23
141/21 142/6 142/9 149/16 164/3 164/6
164/14 164/17 165/3 165/4 165/23 166/5
168/24 169/6 169/15 173/5 174/8
Peter's [5]  104/8 106/9 110/11 164/21 166/14
phone [3]  90/11 90/11 222/16
phonetic [1]  149/24
photocopied [2]  60/12 94/21
photocopies [2]  57/10 74/13
photograph [5]  31/10 31/21 32/2 32/7 32/12
photographs [1]  31/5
physics [1]  226/7
pick [2]  41/1 60/3
picked [2]  162/16 172/17
picture [4]  31/6 32/17 129/20 129/23
pictures [6]  50/9 128/10 129/11 129/13
129/14 129/16
piece [5]  113/7 114/15 114/17 197/5 197/11
pieces [1]  110/25
Pink [1]  126/19
place [6]  3/24 12/23 38/20 59/8 63/6 63/6
placing [2]  4/19 4/21
plan [3]  210/17 210/22 210/23
planning [1]  226/3
planted [3]  224/13 224/14 225/7
play [6]  12/20 13/1 13/8 13/9 215/6 215/15
playing [1]  225/17
pleadings [1]  12/14
please [45]  2/2 2/21 2/24 3/1 3/4 3/12 18/9
20/7 24/20 25/7 25/22 25/25 26/1 26/2 26/9
27/2 39/1 53/6 53/13 53/17 53/22 54/1 70/24
87/21 91/21 101/25 102/9 102/14 102/17
102/18 102/19 124/6 124/8 124/9 154/5
155/21 156/1 158/23 179/21 180/4 181/2
198/12 201/23 205/4 221/21
pled [1]  168/20
plots [1]  93/10
plus [6]  70/16 112/14 112/22 113/4 122/11
144/6
point [34]  14/9 15/12 19/25 22/21 24/7 24/16
40/20 46/21 57/5 61/22 79/2 79/4 79/14
85/17 92/16 100/20 107/2 162/15 171/1
171/22 171/23 171/24 172/8 182/4 182/14
194/19 194/20 195/10 201/25 213/8 219/2
222/18 223/16 228/2
pointed [1]  85/12
police [13]  6/14 20/25 45/6 45/7 56/7 216/16
216/22 217/4 217/6 217/21 220/9 220/13
220/14
policeman [1]  45/15
Pompano [1]  125/18
Porsche [1]  125/22
portrayed [1]  64/19

position [4]  18/2 149/18 171/2 226/24
possession [7]  3/11 3/14 5/22 5/22 11/7 13/17
157/14
possible [1]  119/10
possibly [3]  64/21 218/1 225/25
Post [1]  171/14
potential [3]  19/3 154/19 154/24
practice [16]  18/14 18/24 21/4 21/6 21/7
54/14 55/1 55/6 55/20 128/24 180/21 180/22
181/5 181/6 200/14 204/18
practiced [3]  103/7 103/8 181/18
practicing [1]  180/25
precise [1]  63/8
predicate [1]  215/18
prejudice [1]  154/17
prejudicial [2]  210/24 212/8
preparation [2]  123/25 206/6
prepare [16]  18/1 71/10 86/19 106/3 107/7
182/21 183/1 183/2 183/6 184/13 184/20
185/10 185/24 186/1 219/18 222/8
prepared [30]  3/2 4/14 4/25 5/25 6/2 8/24
9/17 9/24 12/22 14/3 14/10 58/1 66/11 74/13
74/15 74/17 75/5 83/2 86/22 107/9 107/16
182/13 182/15 184/23 185/1 185/3 200/21
206/4 206/8 224/5
preparer [1]  183/23
preparing [3]  64/25 69/19 182/25
present [9]  2/6 11/13 53/8 85/22 102/1 152/4
166/10 177/17 226/17
presentation [1]  11/15
presented [2]  219/14 226/23
press [1]  12/15
pressing [1]  14/6
pretrial [4]  12/13 14/19 19/13 84/2
pretty [9]  8/10 17/3 17/14 64/23 96/20
108/23 110/2 195/4 212/13
prevailing [1]  119/4
previous [2]  90/6 91/8
previously [2]  38/12 138/10
price [2]  145/22 145/23
primarily [3]  182/21 182/24 183/1
primary [1]  55/14
principal [10]  112/3 112/6 113/3 113/15
113/23 114/5 114/10 115/11 115/24 174/7
prior [11]  2/25 3/11 3/13 3/25 63/14 79/21
83/16 110/9 198/1 198/2 208/23
private [3]  105/15 107/3 109/22
privilege [1]  3/1
probably [15]  21/2 40/4 56/3 69/20 81/16
100/4 100/11 106/22 116/6 121/10 151/16
173/11 219/25 223/1 228/15
probative [3]  154/16 210/24 212/8
problem [4]  45/5 213/18 215/14 221/19
problems [4]  33/18 39/2 122/8 152/23
procedurally [1]  24/4
procedure [1]  79/19
proceed [6]  26/15 53/9 154/6 180/9
proceedings [14]  1/11 25/6 53/5 53/16 82/25
101/24 102/8 109/17 154/4 155/25 194/12
201/24 205/10 231/21
proceeds [2]  145/10 145/11
process [2]  105/16 105/18
processes [1]  21/12
produce [3]  3/18 13/12 22/25
products [1]  27/9
professional [2]  181/8 181/14
professor [1]  226/5
proffer [2]  223/22 227/4
profit [1]  90/2
profits [1]  58/21

promised [1]  24/14
promises [1]  49/2
pronounce [1]  134/10
pronouncing [1]  86/6
proof [1]  192/25
proper [2]  173/10 210/1
properly [2]  100/15 210/16
properties [6]  108/6 108/12 109/3 109/15
114/1 121/2
property [18]  94/23 108/10 110/25 111/7
111/8 112/10 113/8 113/9 114/15 114/16
114/17 140/24 169/16 187/17 197/5 197/11
197/18 197/20
prosecution [1]  49/8
prosecutor [2]  74/2 224/6
protected [1]  227/20
protocol [1]  223/4
prove [4]  84/5 208/24 209/20 224/11
provide [17]  2/21 2/24 3/1 3/4 3/13 18/9 20/7
20/18 20/19 56/22 84/25 128/13 156/6
166/25 183/15 196/22
provided [23]  14/15 83/16 83/18 84/11 106/6
106/18 116/18 122/2 122/6 128/17 130/9
130/20 134/20 135/3 139/2 141/14 145/5
151/13 151/16 151/23 156/14 156/18 183/24
provides [1]  22/2
providing [3]  11/4 93/10 105/4
proving [2]  207/18 207/20
provision [1]  172/1
psychics [1]  93/11
public [7]  54/13 55/4 55/5 103/3 103/4
180/18 180/19
publish [3]  132/2 151/5 213/8
publishing [2]  57/23 59/19
pull [4]  53/25 124/7 179/22 180/1
purchase [7]  105/19 130/21 136/4 138/9
145/18 147/16 168/5
purchased [5]  128/12 142/22 158/15 179/15
207/8
purchasing [1]  145/20
purports [1]  197/1
purposes [5]  19/5 50/7 103/21 110/23 206/14
pursuant [1]  204/17
pursue [4]  15/6 15/18 15/18 17/5
push [2]  81/14 141/23
put [23]  15/24 16/5 19/20 20/2 22/11 57/10
64/21 69/16 75/2 106/11 108/6 138/17 140/5
143/25 162/19 163/9 165/7 186/4 200/18
211/1 217/23 219/22 220/14

# Q

qualify [1]  119/24
quarters [1]  91/10
question [15]  7/17 10/15 13/2 20/12 21/24
58/7 86/16 101/9 154/10 154/14 181/3
197/17 207/21 211/2 215/17
questioning [2]  9/5 38/15
questions [15]  36/16 48/13 52/14 71/19
95/24 98/6 101/12 123/21 153/11 156/24
157/6 178/21 179/17 213/7 227/12
quickly [1]  196/10
quite [4]  7/11 104/23 166/18 194/17

# R

R-a-l-e-y [1]  54/3
Rabin [1]  172/18
raise [5]  25/21 53/21 102/14 124/4 194/19
raised [2]  202/10 209/3
raises [1]  171/23
Raley [45]  2/16 3/16 3/22 4/2 4/3 4/7 4/8

# R

**Raley... [38]**  4/12 4/14 4/15 4/18 4/21 4/23 5/2 8/21 8/23 9/17 9/18 9/24 9/25 13/17 13/20 13/23 14/8 15/25 16/5 16/20 17/17 17/19 17/19 17/25 23/4 53/3 53/20 53/23 54/2 54/9 54/14 54/24 67/14 71/7 84/19 86/5 228/9 230/7
**Raley's [1]**  14/11
**Raley-07 [1]**  67/14
**ran [3]**  164/23 165/3 222/7
**range [8]**  127/18 147/4 147/5 147/10 147/12 159/11 170/2 175/4
**rate [2]**  119/4 119/12
**rates [3]**  119/13 119/15 119/21
**rather [1]**  27/20
**rationale [2]**  94/22 94/22
**Raton [2]**  1/22 3/16
**re [2]**  145/10 162/13
**re-leased [1]**  162/13
**reach [1]**  222/16
**reached [2]**  222/6 222/11
**reaching [1]**  220/13
**reacting [1]**  225/2
**reactivated [1]**  166/6
**read [24]**  4/1 6/4 6/5 8/16 9/8 9/21 25/14 82/12 82/12 138/20 140/9 145/25 172/2 187/8 190/20 194/7 195/18 197/14 197/16 203/14 211/5 211/11 211/12 218/1
**reading [2]**  112/2 222/23
**ready [10]**  24/17 24/18 25/17 53/9 53/11 102/3 102/4 102/11 154/6 228/23
**real [9]**  47/12 88/16 88/17 104/5 104/6 104/9 117/14 188/15 191/20
**realize [3]**  4/15 9/19 9/25
**realized [3]**  15/25 80/21 222/18
**really [14]**  16/2 16/6 16/19 24/6 43/3 44/12 63/4 88/3 104/24 116/5 166/19 171/10 174/17 221/9
**Realtime [1]**  231/20
**reason [18]**  11/5 16/5 19/11 80/15 89/13 95/10 95/12 97/16 99/18 99/18 155/14 158/24 172/11 176/6 205/24 223/6 227/11 228/24
**reasonable [2]**  60/19 66/5
**reasonableness [1]**  183/24
**reasonably [1]**  213/14
**reasons [6]**  119/7 154/14 167/3 167/3 209/7 227/16
**recall [24]**  7/3 12/22 56/25 58/11 61/9 66/24 70/12 117/3 117/8 190/24 191/1 192/9 192/22 194/4 199/8 199/9 199/10 200/3 227/2 227/9 227/11 228/15 228/17 228/24
**recalls [1]**  214/19
**receipt [1]**  195/21
**receipts [11]**  106/10 183/7 183/8 187/8 193/4 193/23 193/23 194/6 194/14 195/4 195/15
**receivable [3]**  135/25 143/4 148/13
**receive [5]**  15/4 57/7 65/10 106/9 184/15
**received [20]**  3/8 3/21 35/12 36/1 66/9 74/11 96/24 103/9 108/24 116/3 116/23 123/4 136/15 173/25 174/14 179/3 185/10 193/7 208/14 208/16
**receiving [3]**  106/16 183/11 201/6
**recess [12]**  52/22 53/4 101/14 101/23 153/12 153/13 153/18 154/3 212/18 213/15 214/6 229/18
**reciprocal [1]**  103/9
**recognize [9]**  50/12 74/8 74/9 74/10 94/2 200/7 200/9 201/11 204/13

**recognized [1]**  202/17
**recollect [1]**  98/12
**recollection [5]**  85/8 122/1 169/22 221/15 221/24
**record [27]**  2/5 19/20 20/6 20/13 22/15 22/17 22/20 23/12 26/9 53/7 83/2 83/5 84/9 85/4 102/1 106/10 129/11 146/20 146/22 182/2 214/8 214/9 214/12 214/14 214/15 226/16 231/21
**recorded [1]**  215/6
**recording [1]**  57/21
**records [19]**  74/25 106/1 107/4 107/19 110/3 110/13 113/12 117/19 128/25 136/4 145/25 149/1 183/20 200/11 200/16 200/18 200/19 201/4 201/4
**recreate [1]**  13/14
**recross [4]**  52/16 85/14 99/15 230/11
**Recross-examination [1]**  99/15
**red [1]**  147/17
**redacting [1]**  209/21
**redirect [11]**  48/15 48/17 96/1 96/3 99/18 123/23 178/23 178/25 230/6 230/10 230/18
**redo [2]**  140/1 140/3
**reduce [1]**  141/21
**reduced [3]**  163/8 165/3 165/7
**reduces [1]**  197/21
**reduction [2]**  146/14 151/2
**refer [8]**  64/1 146/16 151/11 189/11 199/11 202/16 205/20 205/22
**reference [1]**  177/22
**referred [4]**  56/5 56/8 62/4 192/5
**referring [6]**  144/20 146/15 181/16 182/2 191/11 202/16
**refinance [1]**  105/20
**reflect [10]**  61/24 62/10 63/12 63/13 64/1 89/16 117/19 196/19 197/9 197/10
**reflected [6]**  4/7 64/11 85/24 117/22 196/17 199/23
**reflecting [3]**  89/19 91/10 208/4
**reflects [3]**  197/11 198/8 207/3
**refresh [4]**  66/22 194/6 194/7 203/9
**refreshes [1]**  176/16
**refreshing [1]**  5/1
**refund [7]**  89/21 90/10 90/13 90/14 91/13 91/18 91/24
**refunded [1]**  91/25
**regard [2]**  14/19 68/3
**regarding [18]**  3/5 3/6 5/14 18/11 20/8 20/9 40/12 42/19 49/2 81/25 204/15 204/18 205/15 205/23 206/5 217/6 220/24 228/8
**regardless [1]**  16/22
**Registered [1]**  231/19
**regular [4]**  119/23 128/24 160/9 172/4
**reincarnation [1]**  93/12
**relate [5]**  207/18 209/11 209/12 215/24 222/5
**related [9]**  24/9 31/8 31/25 32/4 63/18 89/17 117/9 187/12 204/21
**relates [1]**  187/1
**relating [5]**  65/21 128/14 131/7 156/7 156/15
**relationship [3]**  125/23 166/21 184/21
**relax [1]**  54/21
**release [1]**  172/25
**relevance [3]**  207/1 207/17 215/22
**relevant [6]**  206/6 206/15 209/22 210/4 226/9 226/12
**relied [2]**  11/2 227/14
**rely [3]**  183/17 184/10 208/22
**relying [2]**  93/17 93/24
**remainder [1]**  138/12

**remember [17]**  30/8 37/5 41/11 43/23 47/9 47/16 51/6 61/13 77/22 165/25 176/3 182/17 186/3 189/4 203/21 221/3 221/8
**remembered [1]**  176/6
**remembers [1]**  202/12
**remitter [1]**  146/3
**removed [1]**  157/4
**rent [2]**  159/6 187/19
**rented [1]**  187/17
**rents [1]**  187/16
**reopen [1]**  154/1
**repaid [4]**  108/10 112/23 113/22 116/10
**repay [1]**  173/5
**repayment [2]**  112/15 113/10
**repeat [1]**  39/1
**reply [2]**  24/14 205/22
**report [50]**  4/18 5/13 5/14 5/15 6/5 8/15 9/6 12/19 12/25 13/3 13/4 14/10 18/17 19/4 19/8 20/23 20/24 20/25 21/1 21/3 21/6 21/21 21/24 22/7 23/6 23/8 23/10 23/15 23/17 62/24 63/9 69/10 82/20 83/6 83/15 84/1 84/18 190/14 192/14 192/18 196/15 200/19 201/5 207/23 219/18 219/19 219/23 219/23 223/12 223/13
**reported [15]**  63/17 66/25 68/4 69/7 87/17 96/22 187/5 190/14 191/24 192/10 196/8 196/23 196/25 199/18 206/25
**reporter [7]**  1/23 1/23 52/20 54/18 163/14 231/19 231/20
**reporting [2]**  55/12 208/10
**reports [19]**  18/9 18/20 18/20 19/1 19/1 19/12 84/4 84/4 84/6 84/12 84/21 213/22 219/3 223/5 223/6 223/7 223/9 223/10 223/13
**repossessed [3]**  46/19 46/22 123/8
**repossessor [1]**  172/14
**representation [3]**  201/17 202/19 202/20
**representative [1]**  183/13
**representatives [1]**  49/1
**represented [3]**  108/9 108/18 193/16
**representing [1]**  85/16
**request [4]**  18/8 128/18 204/18 204/21
**requested [2]**  5/13 13/15
**require [1]**  81/24
**required [9]**  60/4 84/22 152/7 183/19 183/21 183/25 184/8 190/1 194/2
**research [3]**  67/17 67/20 213/21
**resell [1]**  172/25
**reserve [2]**  22/20 23/20
**residual [2]**  163/11 163/13
**resold [1]**  173/2
**resources [1]**  105/7
**respect [14]**  13/3 13/11 14/18 14/23 15/7 64/13 107/20 108/20 109/10 192/19 203/10 204/14 206/16 207/4
**respectfully [1]**  2/10
**respond [1]**  157/6
**response [10]**  3/8 6/3 6/3 23/11 24/8 128/17 153/6 156/6 197/6 204/20
**responsibility [1]**  183/22
**responsible [1]**  101/8
**rested [1]**  153/24
**restructure [1]**  140/6
**result [4]**  17/22 64/13 77/9 222/23
**resulted [3]**  89/21 97/25 171/5
**results [1]**  64/17
**return [79]**
**returned [7]**  15/1 138/12 141/3 171/15 172/9 172/20 224/2
**returns [90]**

## R

revelation [2]  2/24 3/12
revenue [10]  3/23 59/17 62/9 71/13 76/13
  85/6 185/6 185/7 185/9 185/11
revenues [1]  55/16
reverse [1]  205/11
review [5]  131/7 131/11 152/1 156/10 183/22
reviewed [2]  18/22 82/17
reviewing [1]  149/13
Ricky [35]  30/23 31/22 31/25 39/4 39/16
  43/17 43/18 43/20 44/1 44/15 44/17 44/19
  46/24 120/7 126/25 127/24 127/25 133/4
  143/6 143/14 143/17 145/1 145/4 145/12
  149/14 153/5 158/17 159/5 159/16 160/13
  160/18 160/25 160/25 175/12 178/11
Ricky's [6]  31/11 39/16 46/4 153/5 158/18
  178/12
right [160]
right-hand [1]  198/19
risk [1]  119/21
RMR [2]  1/23 231/25
road [3]  28/8 147/7 149/9
Rock [1]  176/2
Roger [2]  1/16 3/23
role [1]  126/5
Rolls [1]  125/21
room [2]  216/13 221/18
ROSE [209]
Rose's [16]  37/4 39/5 44/7 44/20 46/4 46/10
  139/12 139/22 140/19 149/17 149/21 157/14
  158/16 158/20 162/4 221/2
Rosie [5]  30/24 32/8 32/9 39/20 120/7
rough [10]  3/5 3/18 5/14 6/6 13/12 18/9 20/9
  20/16 20/17 22/25
roughly [10]  70/18 88/23 90/3 90/7 91/5
  92/15 92/18 121/2 121/7 121/23
round [1]  68/6
Rover [13]  145/4 146/8 147/4 147/4 147/5
  147/5 147/6 147/10 147/12 159/11 159/11
  159/12 170/2
Rovers [1]  127/18
Royal [1]  163/22
royalties [1]  188/15
Royce [1]  125/21
rule [7]  96/16 97/12 97/18 154/16 210/20
  226/13 227/24
rules [3]  59/2 60/4 225/20
ruling [5]  22/20 23/20 210/5 211/3 229/2
rulings [1]  226/24
run [3]  125/5 125/11 220/4
running [2]  173/11 174/16

## S

S63 [1]  148/14
sabotaged [1]  11/19
salaries [2]  189/21 196/15
salary [5]  38/19 45/14 48/6 49/17 68/1
sale [12]  128/14 136/4 137/23 145/18 148/3
  173/21 173/24 174/22 174/24 197/11 197/17
  197/20
sales [1]  187/8
Sam [1]  172/18
same [33]  17/22 30/7 30/9 41/10 50/11 51/14
  52/8 64/9 64/16 64/18 84/25 89/24 112/15
  112/16 112/19 125/2 125/15 133/7 136/24
  143/12 147/3 147/4 147/12 161/19 162/8
  177/1 177/16 177/17 188/18 192/9 194/21
  196/2 197/8
sandbag [1]  12/12

sat [1]  173/13
satisfied [2]  116/11 116/12
save [5]  69/20 195/2 226/10 226/13 226/13
saving [1]  195/3
Savings [1]  142/12
saw [6]  46/24 47/12 110/10 111/14 116/18
  160/20
Saxe [1]  118/20
say [49]  11/21 16/23 20/13 22/10 27/14
  30/11 38/22 42/7 42/15 43/18 49/12 56/10
  62/2 65/23 69/25 75/14 75/18 80/7 80/19
  81/9 85/22 93/24 97/3 120/17 127/9 141/3
  142/1 142/12 144/16 145/7 148/24 158/6
  163/7 163/12 167/12 167/23 177/10 179/8
  184/4 202/14 208/19 216/11 218/4 219/9
  220/14 221/17 223/9 224/5 228/23
say -- you [1]  30/11
saying [15]  5/4 15/19 17/13 22/16 22/24
  83/18 100/6 206/4 206/22 206/23 208/8
  208/9 212/1 217/23 218/8
says [31]  4/2 4/25 8/14 16/22 17/2 22/8 35/9
  35/10 51/17 82/13 85/10 85/15 100/7 113/6
  113/6 142/1 143/3 144/17 144/17 146/14
  147/10 148/18 148/21 185/11 187/8 189/10
  189/25 190/8 199/1 220/1 228/17
scenario [1]  98/13
schedule [26]  4/22 63/10 63/25 64/1 64/5
  64/8 64/8 64/9 64/12 64/22 67/11 67/14 75/5
  75/7 110/23 111/3 175/22 175/22 175/23
  175/24 187/4 187/25 189/25 191/9 191/13
  199/11
scheduling [3]  212/22 214/10 225/14
scheme [4]  207/24 210/17 210/22 210/23
school [1]  118/11
Schwartz [20]  1/19 16/4 16/8 16/17 17/17
  19/18 24/21 53/11 71/21 98/15 225/24 226/2
  226/10 226/14 227/1 230/5 230/9 230/11
  230/14 230/17
scope [1]  120/2
screen [7]  34/20 51/7 94/8 94/11 134/4 186/4
  186/4
search [10]  209/6 211/23 211/25 214/21
  215/19 215/23 223/23 224/3 224/5 224/23
season [4]  55/16 55/19 55/19 69/19
seated [12]  2/3 25/8 25/25 53/6 53/18 101/25
  102/10 102/17 124/6 154/5 156/1 179/21
second [14]  21/9 54/20 117/17 117/23 117/24
  144/21 153/22 158/6 166/14 176/23 177/2
  212/25 218/24 223/3
secondary [1]  227/18
Secret [1]  173/16
Secretary [1]  76/15
section [5]  63/1 63/2 63/3 63/11 64/7
secured [7]  111/6 111/7 111/8 111/11 117/20
  120/17 173/15
sedan [2]  148/14 170/7
seeing [2]  95/13 117/3
seeking [1]  211/20
seem [1]  222/6
seemed [2]  4/20 57/3
seems [8]  8/9 16/22 16/25 17/3 17/12 17/14
  210/11 221/22
seen [4]  158/11 160/9 160/13 227/20
seize [2]  169/16 170/9
seized [12]  45/23 45/24 169/19 169/20
  169/23 169/24 170/2 170/3 170/6 170/7
  170/18 171/24
seizure [1]  209/6
sell [1]  125/19
selling [1]  27/8

Seminole [15]  29/2 30/22 108/10 109/2
  109/10 110/23 111/21 111/22 112/13 137/18
  138/5 140/24 176/2 186/18 198/18
send [4]  29/14 29/19 30/12 38/21
sends [1]  42/13
senior [1]  224/6
sense [2]  19/17 213/12
sent [11]  2/12 2/20 5/4 23/9 28/16 38/13
  43/24 172/14 172/16 206/8 227/9
sentence [2]  9/21 58/7
Sentinel [2]  171/13 171/14
separate [11]  4/16 9/19 10/1 109/3 109/12
  109/14 109/15 110/24 114/15 165/4 187/25
separately [1]  76/22
September [5]  1/8 3/20 137/17 171/8 186/12
Sergio [1]  41/9
service [2]  62/9 173/16 185/6 185/7 185/12
  227/10
set [1]  108/5
settlement [1]  94/23
seven [4]  97/22 97/23 170/13 171/9
several [3]  48/9 77/12 91/10
SFranklinUSDC [1]  1/25
she'd [1]  30/1
she's [27]  9/15 11/24 11/25 14/1 17/4 17/12
  17/13 26/12 27/18 31/9 47/20 126/17 201/6
  205/18 205/19 207/4 207/10 208/3 208/4
  208/7 208/8 208/9 208/10 219/2 220/12
  220/13 220/14
sheet [4]  78/11 137/10 137/12 148/20
Shirazi [1]  164/5
short [2]  11/1 177/10
shortly [1]  153/15
should [23]  6/17 12/8 14/8 21/5 22/15 45/16
  73/7 73/10 79/8 79/13 83/13 85/1 96/11
  96/14 116/6 117/21 123/20 154/13 171/23
  206/1 212/12 217/11 226/12
shouldn't [2]  155/15 215/13
show [58]  9/3 31/4 33/24 34/20 40/22 50/4
  62/7 63/6 63/7 63/24 66/9 74/6 82/7 87/20
  91/2 91/20 106/16 107/10 111/24 128/7
  129/17 130/3 131/5 132/7 132/15 133/11
  133/24 135/19 148/10 148/11 149/10 150/3
  154/19 154/24 156/13 157/5 176/4 176/15
  184/24 188/13 193/7 196/10 197/1 200/4
  200/5 204/11 207/22 208/13 209/12 209/15
  210/3 210/7 210/13 215/16 216/2 224/21
  224/24 225/18
showed [11]  84/12 86/25 87/6 90/2 90/7
  175/16 176/8 176/23 216/12 216/16 218/1
showing [13]  57/24 61/17 64/19 78/20 175/5
  175/7 193/5 201/10 203/8 208/18 215/19
  215/20 215/22
shown [1]  206/19
shows [15]  7/25 8/1 69/21 96/8 109/4 122/8
  132/8 132/16 148/2 148/8 148/18 184/4
  188/14 190/7 197/12
sic [2]  4/9 118/8
sick [1]  49/15
side [5]  141/17 147/2 164/23 206/17 229/13
sidebar [10]  82/25 86/3 129/7 129/24 194/12
  195/12 201/24 203/4 205/10 212/24
sign [4]  45/16 167/13 214/22 214/22
signature [5]  34/9 35/5 35/22 186/8 186/9
signed [11]  5/3 14/3 18/22 34/24 134/9 135/5
  140/11 186/12 186/14 214/23 216/15
significant [3]  6/7 81/20 86/9
Silver [1]  217/5
similar [6]  16/13 95/16 128/11 129/9 129/12
  225/5

# S

simply [4]  14/2 105/20 111/5 227/12
since [14]  4/6 11/5 25/15 52/20 63/8 103/6
104/8 124/18 126/21 151/17 154/20 180/20
181/18 219/6
single [1]  196/13
sir [68]  2/7 53/22 53/24 54/25 55/24 56/1
58/15 60/25 62/12 62/14 62/19 62/23 63/15
65/5 65/9 65/12 65/15 65/19 66/6 66/8 67/16
69/23 70/7 72/9 72/11 72/20 72/24 73/1
78/22 78/24 78/24 79/1 82/11 82/16 82/19
82/22 93/16 93/21 93/23 95/8 95/18 96/7
96/10 97/18 99/11 101/6 101/8 101/13
102/14 102/17 102/18 102/21 120/4 123/25
124/4 124/11 153/17 155/23 178/2 179/18
179/21 179/22 180/8 180/17 191/8 199/12
213/25 214/6
sister [8]  32/13 32/16 33/3 33/17 50/15 50/16
127/1 139/22
sister's [2]  32/14 127/2
sit [3]  26/22 178/4 178/8
sitting [5]  5/24 126/17 167/10 168/19 168/20
situation [12]  4/4 16/13 16/16 16/16 21/25
22/12 56/20 56/22 59/3 94/25 172/4 221/18
six [11]  64/23 71/9 79/7 88/19 100/12 100/22
104/21 107/23 122/13 160/22 218/8
sizeable [1]  171/20
skeptical [1]  222/16
Skipping [1]  190/3
SL [1]  143/13
slash [2]  8/22 39/18
sleep [1]  40/8
sleeping [1]  40/10
slightly [1]  216/19
slip [1]  106/16
slips [7]  106/9 106/11 106/13 113/13 116/24
123/3 123/6
slow [1]  54/16
smallest [2]  95/9 95/11
smoking [1]  174/17
Snow [1]  223/23
so-and-so [3]  219/17 219/19 219/21
sold [21]  4/10 61/18 63/2 64/20 78/19 120/21
122/16 122/19 123/10 165/11 165/20 173/19
174/5 174/6 174/15 174/21 175/1 179/10
180/22 181/5 197/5
somebody [18]  19/9 40/7 40/10 41/8 74/17
75/4 75/18 99/7 101/1 101/2 105/17 110/21
120/19 172/16 187/17 192/12 202/4 214/22
somehow [2]  98/10 224/12
someone [7]  18/14 59/15 105/19 123/12
181/16 181/21 200/19
Somers [1]  51/20
something [24]  15/7 16/14 17/11 18/18 19/24
20/18 34/20 42/13 45/9 45/10 70/15 79/20
100/21 117/15 134/11 143/9 159/12 163/15
193/25 215/11 219/13 221/19 222/18 226/7
Something's [1]  2/7
sometime [3]  47/8 84/24 171/7
sometimes [28]  27/7 30/11 33/7 33/12 33/17
37/24 38/5 39/17 39/20 40/7 40/9 40/10
42/25 43/2 43/17 44/8 44/10 44/11 44/15
45/3 47/12 48/22 121/17 121/18 136/16
136/20 159/5 193/5
somewhat [3]  7/17 41/25 119/12
somewhere [2]  175/4 181/19
son [11]  28/23 30/23 32/1 32/5 32/18 44/1
44/13 126/25 127/5 159/5 178/12
son-in-law [1]  32/18

sons [1]  39/17
sorry [56]  8/25 9/22 9/23 16/12 20/4 25/2
26/25 27/15 27/20 29/6 33/2 43/9 52/2 54/17
54/23 63/21 67/10 67/16 77/6 79/3 83/17
90/16 91/9 92/13 92/16 110/6 113/20 114/4
121/6 130/19 145/7 163/18 166/22 168/15
175/6 176/15 177/24 179/24 182/23 186/1
190/4 192/17 195/7 197/16 198/15 202/8
202/13 204/19 205/17 207/16 212/20 213/25
216/21 218/25 222/10 222/20
sort [3]  23/21 119/24 220/25
sought [2]  14/25 221/22
sound [1]  98/25
sounded [1]  229/4
sounds [4]  91/19 92/6 98/24 168/23
source [1]  126/2
South [3]  1/21 181/18 181/20
SOUTHERN [1]  1/1
Spanish [4]  25/23 26/24 27/14 27/21
spans [1]  157/10
speak [7]  26/24 27/14 56/8 155/21 180/14
219/17 227/15
speaking [2]  116/23 225/5
special [8]  3/22 5/3 65/2 65/10 65/17 65/17
80/14 214/18
specific [3]  61/25 77/22 152/7
specifically [1]  73/23
speculative [2]  63/20 63/22
spell [6]  26/1 54/1 54/4 102/18 124/8 180/3
spent [1]  81/2
Spider [4]  132/22 133/3 144/9 158/7
split [2]  143/13 164/13
spoke [3]  72/6 219/18 225/4
spoken [1]  220/5
spouse [1]  189/18
spreadsheet [6]  131/6 131/7 132/7 139/16
150/5 155/17
spreadsheets [3]  131/13 131/15 131/19
Springfield [1]  149/9
squeeze [1]  110/1
Sr [1]  178/11
Stack [16]  41/9 216/16 217/23 218/1 218/2
218/6 218/12 218/23 219/8 219/16 219/16
221/24 222/3 222/7 222/11 225/2
staff [5]  181/10 181/14 183/3 183/5 192/23
stamp [2]  185/7 185/9
standard [2]  88/17 90/9
stands [2]  55/3 181/8
start [12]  12/18 27/4 59/5 181/3 181/19
212/19 213/12 213/16 213/17 217/3 220/2
227/12
started [9]  24/1 25/9 28/9 52/19 164/11
216/1 216/5 219/7 225/13
starting [2]  27/8 223/16
state [6]  26/8 28/7 51/1 51/16 57/2 103/9
stated [2]  12/14 84/2
stated and [1]  12/14
statement [29]  12/24 14/11 14/12 18/3 18/7
18/7 18/15 18/16 18/17 18/21 20/14 20/15
21/1 21/4 21/19 21/20 80/23 120/22 121/4
184/4 184/7 193/5 198/7 198/8 198/10 202/4
202/13 209/14 209/18
statements [28]  3/4 3/6 3/17 12/21 13/10
13/12 13/22 18/11 20/7 20/8 20/9 22/24 59/5
57/10 57/21 60/12 75/1 106/7 130/5 183/7
183/12 183/14 184/11 184/11 207/3 209/11
215/19 225/16
states [11]  1/1 1/3 1/13 1/17 12/12 25/19 49/3
107/8 124/2 132/21 201/20
stating [1]  84/2

station [1]  143/18
status [7]  41/12 48/25 49/2 104/22 104/24
189/16 189/17
stay [6]  39/10 39/17 39/24 40/1 133/22
213/14
stayed [3]  41/20 44/19 44/21
Staying [1]  107/2
Stefin [33]  1/16 2/12 2/20 3/8 3/15 3/23 5/4
5/13 5/22 6/2 10/12 10/18 11/14 19/23 20/14
21/2 21/5 22/1 23/9 24/18 24/25 71/14 73/6
177/3 177/12 194/17 223/7 228/7 228/13
230/8 230/10 230/13 230/20
Stefin's [4]  3/25 20/11 22/15 24/7
step [3]  60/15 187/12 187/14
stepbrother [1]  162/7
Stephen [4]  1/23 231/19 231/24 231/25
stick [1]  80/23
still [25]  9/9 44/13 47/20 47/23 48/6 48/7
80/23 94/6 98/3 104/18 141/10 155/23 157/2
163/5 163/7 165/13 168/12 180/21 180/25
181/1 184/16 189/14 225/18 226/2 226/4
stipulate [1]  156/17
stock [1]  43/4
stood [3]  149/18 159/8 159/9
store [17]  104/10 164/3 164/4 164/6 164/11
164/14 164/18 164/25 165/1 165/3 165/6
165/8 165/9 165/11 165/16 165/20 166/1
stored [1]  170/18
stories [1]  225/5
story [1]  15/20
straighten [1]  14/16
straw [1]  6/17
street [7]  1/24 108/13 114/16 115/3 164/14
164/24 166/3
stressed [1]  57/3
strike [1]  196/24
strong [1]  149/23
struck [1]  122/7
stuff [3]  57/9 73/5 79/12
stupid [1]  129/18
Subchapter [6]  58/17 58/19 58/24 59/2
59/11 186/21
subcontractor [4]  4/14 8/23 9/17 99/7
subcontractors [2]  60/2 69/13
subject [1]  205/20
submit [1]  193/2
subpoena [5]  72/15 156/7 204/17 204/21
227/9
subpoenaed [1]  73/8
subscribed [1]  18/23
substance [3]  72/19 72/22 72/23
substantial [5]  65/7 80/9 80/25 97/11 208/10
substantially [1]  174/24
subtracted [1]  198/3
such [4]  4/17 66/7 100/8 100/8
suddenly [1]  221/5
suffered [2]  96/13 193/3
suggest [15]  6/7 10/23 11/8 15/6 22/11 83/8
205/25 217/15 218/5 218/18 219/1 222/22
223/20 224/11 224/21
suggesting [1]  10/12
suggestions [1]  62/5
Suite [1]  1/21
sum [3]  65/22 65/24 163/5
summarize [2]  108/23 131/15
summarizing [3]  107/17 205/18 206/4
summary [3]  107/7 150/7 150/14
Sun [2]  171/13 171/14
Sunrise [2]  104/10 164/14
supplement [1]  22/17

**S**

supplied [1]  130/15
supply [1]  193/22
support [3]  166/6 210/13 216/10
supports [1]  216/9
suppose [2]  119/5 193/19
supposed [5]  46/12 46/14 73/4 73/4 177/20
suppress [4]  24/3 24/5 24/22 209/10
sure [13]  23/5 38/16 60/3 79/14 96/25 101/19
 120/19 155/19 179/12 207/17 221/7 221/12
 223/13
Surely [1]  37/19
surplus [1]  174/4
surprising [1]  17/11
sustain [1]  129/21
Sustained [4]  33/9 61/7 92/10 204/7
SUVs [1]  147/7
Sweig [1]  24/9
swore [2]  214/25 215/12
sworn [6]  25/23 53/23 99/24 102/16 124/5
 179/20
system [1]  227/25
Systems [1]  195/20

**T**

table [1]  126/17
tactic [2]  15/13 15/15
taint [1]  218/14
tainted [1]  219/2
tainting [1]  218/16
take [44]  12/23 13/16 13/18 22/13 25/12 31/5
 37/10 38/23 40/13 43/3 46/2 46/7 46/25 47/2
 50/8 52/22 54/18 70/17 79/17 96/17 101/14
 103/24 108/5 109/8 128/8 132/14 133/1
 134/1 135/20 150/4 153/12 153/13 172/11
 183/12 183/23 184/8 186/6 187/11 187/13
 192/3 193/9 213/13 221/11 224/1
taken [17]  53/4 70/10 81/22 96/15 96/15
 97/11 101/23 107/4 113/19 114/7 115/18
 154/3 164/1 164/2 172/23 217/4 229/18
taking [10]  16/6 42/22 45/13 46/7 46/8 49/15
 49/16 49/16 112/25 122/4
talk [17]  40/20 48/24 49/10 54/17 54/20
 56/19 94/4 138/16 161/11 163/18 181/15
 193/8 201/23 210/25 220/10 225/9 225/22
talked [5]  57/1 147/13 190/5 196/5 228/11
talking [24]  18/16 49/4 49/6 56/14 64/25
 81/8 88/20 89/2 89/4 90/20 94/7 107/3
 138/10 163/18 182/4 202/23 203/22 207/4
 214/19 214/24 215/8 219/20 224/17 224/24
talks [2]  163/15 189/24
tan [1]  147/17
tangent [1]  220/2
tapes [1]  220/21
tax [154]
taxable [5]  60/18 83/12 196/7 198/4 199/18
taxed [1]  58/22
taxes [16]  76/19 81/4 86/14 89/11 90/14
 91/23 92/3 92/25 97/9 99/5 101/2 101/5
 101/8 144/13 191/20 191/21
taxpayer [2]  183/24 190/10
teach [1]  118/20
team [1]  5/23
technical [2]  21/3 64/4
telephone [2]  224/7 224/8
tell [45]  2/8 7/18 10/22 14/16 15/19 22/9
 23/12 23/18 23/19 26/1 30/5 30/6 37/21
 38/16 41/16 41/21 43/10 43/19 43/25 44/4
 44/10 53/25 54/11 58/6 82/3 82/13 102/18

103/1 103/25 119/18 124/8 140/17 143/9
 160/25 169/22 171/3 178/8 178/13 180/3
 185/5 203/13 219/12 219/21 229/5 229/9
tellers [1]  223/25
telling [4]  2/13 72/4 93/11 225/25
tells [2]  22/1 184/5
tentatively [1]  226/3
term [6]  10/10 10/20 143/19 163/12 172/5
 221/21
terminated [2]  161/9 184/22
termination [2]  132/10 161/7
terminology [1]  169/7
terms [9]  18/3 20/13 21/3 21/18 64/4 172/2
 178/18 186/24 195/3
terrible [1]  223/25
testified [12]  2/17 9/14 86/5 87/3 99/17
 214/19 219/11 219/20 219/21 222/4 223/19
 224/12
testifies [1]  228/5
testify [9]  10/25 17/25 71/11 72/13 72/15
 83/2 85/21 85/23 154/20
testifying [3]  26/6 27/19 72/10
testimony [24]  7/3 9/1 11/2 24/10 26/14
 71/16 72/19 72/22 72/23 83/11 131/19
 153/17 155/4 158/23 194/14 214/5 219/9
 221/15 226/8 230/3 230/7 230/12 230/15
 230/19
thank [42]  22/22 24/12 25/8 48/14 52/18
 52/22 71/3 75/16 86/2 95/25 101/13 101/16
 101/22 102/12 102/21 118/3 122/22 123/25
 124/1 124/11 134/6 137/7 153/15 153/20
 153/21 155/16 157/21 178/22 179/18 180/8
 180/13 180/16 195/9 195/11 203/3 211/4
 212/9 213/22 214/6 225/11 229/15 229/17
Thanks [1]  118/19
that in [1]  207/13
that's [137]
the 6th [1]  186/12
theft [25]  4/13 4/17 8/5 8/7 8/9 8/22 9/20
 10/2 10/3 10/6 10/21 62/11 63/9 63/12 64/2
 65/7 73/19 77/9 78/18 79/6 96/12 96/15
 96/17 99/25 100/9
themselves [1]  210/12
theory [8]  13/6 162/24 216/3 216/10 216/10
 223/21 225/7 226/11
there's [18]  7/5 16/10 19/5 23/10 32/12 32/17
 35/3 59/2 63/1 63/3 63/8 63/10 79/22 79/22
 82/1 85/17 89/7 96/16 100/1 101/6 112/3
 137/23 140/14 143/8 144/4 148/19 151/9
 154/15 161/7 186/4 187/25 189/10 195/5
 197/23 201/10 205/24 210/11 220/21 220/23
 221/1 227/10
thereabouts [2]  121/13 171/8
thereafter [1]  104/16
therefore [4]  19/7 149/22 206/1 209/25
they're [18]  7/7 18/21 19/2 60/4 101/8
 119/19 147/7 150/21 150/25 159/18 185/9
 192/4 192/15 193/19 195/18 206/8 215/20
 220/17
they've [1]  46/17
thin [1]  149/22
thing [12]  41/10 42/9 47/21 54/20 58/6 85/23
 143/12 148/18 148/25 154/8 208/13 227/1
things [16]  6/15 16/24 25/11 30/13 54/16
 54/23 62/6 63/4 99/10 106/7 117/13 117/16
 119/24 151/1 222/25 228/12
think [76]  13/13 19/24 21/24 24/7 24/14
 32/17 42/25 43/5 46/13 59/14 65/6 74/4
 85/11 90/9 96/19 96/22 97/20 108/21 109/10
 109/23 116/3 120/18 134/4 142/14 144/10

144/17 145/14 148/14 154/13 154/25 155/1
 155/2 155/7 155/11 157/17 159/21 160/13
 162/15 165/25 166/2 167/3 170/8 174/6
 179/16 182/18 182/20 184/23 187/8 205/6
 209/22 209/22 209/23 210/19 210/20 210/21
 211/8 211/9 211/18 212/13 212/14 213/18
 214/13 215/13 216/9 217/19 219/10 219/13
 219/25 220/1 221/19 222/14 222/19 227/13
 227/16 227/19 229/1
thinking [1]  219/6
thinks [1]  100/1
third [12]  111/1 114/17 117/1 117/3 118/1
 122/17 136/15 152/18 176/1 177/9 199/11
 223/3
third-party [5]  117/1 117/3 136/15 152/18
 176/1
Thirty [2]  90/15 90/16
Thomas [5]  127/6 139/10 139/11 140/19
 162/4
those [104]
though [7]  19/2 19/5 21/19 87/3 180/25
 189/13 209/11
thought [7]  20/3 21/12 75/15 90/6 118/17
 194/18 221/8
thousand [10]  70/15 80/7 81/6 88/6 112/20
 138/22 146/13 173/8 184/5 195/23
thousand-dollar [1]  195/23
three [31]  3/15 3/20 40/6 54/23 73/21 73/22
 79/22 80/22 82/1 82/15 87/4 87/4 97/12
 97/13 97/18 100/14 104/3 108/8 108/18
 109/1 109/11 110/22 111/2 121/2 160/21
 161/3 161/20 175/16 176/18 176/21 218/10
three-year [6]  79/22 80/22 82/1 97/12 97/18
 100/14
through [55]  4/9 4/15 4/16 5/24 7/17 9/18
 9/20 9/25 10/1 11/16 14/9 15/25 23/21 25/23
 28/1 57/20 58/21 59/1 64/17 66/15 66/17
 67/4 74/25 77/11 79/14 79/24 91/17 94/20
 94/20 103/8 108/24 109/20 115/13 130/13
 132/14 132/25 136/13 171/11 175/5 175/7
 178/13 187/3 187/4 189/20 194/7 194/14
 198/13 204/12 205/22 207/9 211/16 215/5
 218/9 227/18 231/5
throughout [2]  6/15 84/2
throw [4]  163/14 169/9 169/10 223/2
tickets [1]  207/15
timely [2]  152/24 153/2
times [10]  14/18 30/8 39/9 109/7 119/13
 176/10 176/14 176/18 219/17 222/11
Tirso [1]  163/24
title [3]  46/19 111/15 168/1
titled [1]  49/24
Tito [1]  163/25
today [16]  26/6 34/1 82/18 83/16 128/13
 131/20 177/6 178/4 178/8 180/12 181/25
 214/2 226/2 226/6 226/9 229/9
together [8]  25/15 57/10 67/12 69/16 69/17
 69/20 75/3 143/21
told [50]  3/15 5/7 5/18 9/13 10/10 10/15 13/5
 14/6 38/11 38/13 38/13 38/17 40/22 41/14
 41/14 41/17 41/18 43/6 43/20 44/4 44/5
 45/15 46/1 46/25 47/3 47/16 48/22 62/20
 77/5 77/16 77/19 77/22 94/1 98/23 100/10
 100/17 100/19 117/25 134/16 203/10 205/19
 206/4 219/11 219/12 219/19 220/19 222/24
 223/25 227/1 228/14
tomorrow [13]  22/18 211/3 212/19 213/16
 213/17 213/22 214/1 214/3 214/7 224/25
 225/10 225/22 229/17
too [16]  40/10 41/5 41/6 43/4 44/13 45/8

**T**

too... [10]  47/21 48/7 60/13 80/3 80/6 100/16
147/2 163/18 163/18 228/20
took [21]  3/24 17/3 35/13 36/3 37/9 37/11
40/15 41/5 46/3 46/4 46/11 49/13 49/25 85/5
87/9 101/10 114/13 120/6 173/6 173/24
206/24
tooling [1]  158/9
top [5]  61/13 134/12 141/25 189/9 191/16
total [29]  67/17 74/14 92/16 92/17 92/18
96/25 98/20 112/2 112/4 112/12 112/13
113/15 114/11 115/10 115/17 135/12 151/10
151/10 151/12 151/23 176/13 188/3 190/16
196/3 198/21 199/1 199/6 199/18 207/7
totaled [3]  59/22 175/16 206/22
totaling [5]  113/1 116/8 207/14 207/15 208/9
totally [1]  215/11
totals [2]  57/24 60/13
towards [6]  53/25 124/7 144/7 144/12
144/15 145/3 179/23 180/2
Town [3]  139/15 140/2 140/21
Toy [16]  104/10 164/3 164/4 164/6 164/11
164/14 164/17 164/25 165/1 165/3 165/6
165/8 165/9 165/11 165/16 166/1
trade [4]  147/21 147/25 161/1 161/5
trade-in [1]  147/21
traded [1]  148/9
transaction [3]  132/20 195/20 195/23
transactions [15]  107/17 108/5 110/8 110/19
131/8 131/16 156/15 175/9 176/5 176/6
176/7 178/6 178/9 178/10 178/14
transcribed [1]  21/4
transcript [2]  1/11 231/21
transfer [3]  58/21 167/20 209/16
transferred [3]  168/2 188/10 188/21
transfers [4]  70/2 70/4 206/22 208/8
travel [1]  37/12
treat [6]  2/22 4/4 7/19 8/3 8/19 61/14
treated [12]  2/13 2/15 2/18 6/23 6/25 7/3
7/12 7/22 8/11 13/5 15/16 22/16
trial [19]  1/11 3/11 3/20 5/24 6/10 6/17 20/22
21/5 24/5 25/17 84/2 100/11 100/17 100/19
100/23 208/21 209/2 216/5 224/12
trials [1]  20/21
tricked [1]  224/12
tried [8]  9/2 9/3 20/20 20/22 45/11 61/23
62/2 222/16
tries [1]  108/5
true [16]  10/12 17/2 95/21 99/22 100/24
169/13 185/11 215/20 219/19 220/1
trust [1]  117/11
truth [2]  10/19 224/7
truthful [3]  9/15 155/4 184/16
truthfulness [2]  184/1 184/7
try [20]  12/12 27/16 42/1 47/6 54/20 56/23
57/13 57/16 57/19 60/17 60/20 153/3 153/4
155/18 155/21 179/22 180/14 184/13 211/1
228/16
trying [22]  6/16 6/19 12/20 12/20 13/1 13/8
13/9 13/13 15/22 24/4 57/6 84/10 84/19
110/1 116/19 195/2 207/6 212/12 216/23
220/17 220/22 223/22
turn [8]  6/5 17/21 18/25 19/9 21/5 21/23
84/23 134/5
turned [6]  12/18 13/19 14/2 19/11 83/13
116/4
turning [4]  13/22 18/3 20/17 21/19
two [58]  3/12 54/16 73/20 73/21 73/22 76/21
81/4 95/19 97/2 104/2 104/8 106/23 108/12

109/2 109/3 109/14 109/15 110/24 110/24
115/2 125/2 133/13 138/20 138/21 139/2
140/20 140/22 140/25 141/22 141/24 147/6
147/17 147/23 148/8 148/23 154/14 154/16
157/19 157/20 157/23 157/25 160/21 161/17
161/23 161/23 161/24 165/2 166/13 170/5
177/24 188/3 197/9 205/21 208/25 215/15
215/16 217/11 221/25
two-door [5]  133/13 147/17 147/23 148/8
170/5
type [11]  11/19 117/19 128/11 147/5 164/11
181/13 182/12 183/5 183/17 198/6 205/25
types [3]  58/13 58/25 193/2
typically [2]  44/2 127/22

**U**

U.S [1]  21/7
U00001 [1]  147/15
Ugarte [1]  26/10
Uh [16]  38/7 43/13 68/21 91/12 104/7 123/5
158/8 158/19 160/4 160/24 161/13 161/21
172/3 181/4 182/5 193/10
Uh-huh [16]  38/7 43/13 68/21 91/12 104/7
123/5 158/8 158/19 160/4 160/24 161/13
161/21 172/3 181/4 182/5 193/10
Ultimate [1]  166/8
ultimately [3]  61/14 61/14 153/8
unaware [2]  89/14 94/25
under [34]  4/10 4/20 4/21 5/7 8/19 18/21
21/2 21/22 61/17 61/18 61/25 63/2 63/25
64/12 64/19 64/22 66/11 67/11 74/16 78/19
83/14 85/21 94/22 100/12 112/3 154/16
155/23 192/5 210/13 210/16 210/20 212/7
215/20 222/25
undercover [4]  214/25 215/6 215/7 215/15
underlying [2]  131/11 153/25
underpayment [1]  122/4
understand [13]  11/5 21/17 24/4 84/11 100/6
105/18 120/5 158/23 163/20 194/17 216/7
224/10 226/22
understanding [4]  39/3 94/14 100/20 154/9
unfair [1]  154/17
unfavorable [1]  22/12
unfortunately [1]  189/18
UNITED [10]  1/1 1/3 1/13 1/17 12/12 25/19
49/3 107/8 124/2 201/19
unless [4]  18/22 176/4 205/4 206/10
unsuccessfully [1]  9/4
unsure [2]  4/4 4/18
until [16]  16/3 16/6 19/17 22/11 23/12 23/19
26/1 26/2 30/25 53/25 54/1 54/5 56/8 56/16
56/17 56/21 56/21 56/22 57/9 59/14 70/17
83/14 84/23 98/15 102/18 102/19 103/25
124/8 124/9 140/17 141/5 149/4 153/8
163/15 169/23 178/8 180/3 180/4 183/15
190/13 204/17 204/20 207/7 221/25 226/13

104/16 121/15 163/21 181/2 189/24 216/12
217/14 218/12 220/9 221/17 226/23
untrue [1]  8/2
unusual [2]  4/18 136/22
upfront [1]  221/14
upon [17]  5/20 10/14 11/15 23/2 25/4 91/7
110/13 183/17 184/10 196/7 199/16 201/5
209/6 218/14 223/8 227/14 228/23
upper [3]  195/19 197/16 201/25
ups [2]  55/7 55/8
upside [2]  162/21 174/4
upstairs [1]  40/6
urgent [1]  47/17
us [45]  16/3 16/6 19/17 22/11 23/12 23/19
26/1 26/2 30/25 53/25 54/1 54/5 56/8 56/16
56/17 56/21 56/21 56/22 57/9 59/14 70/17
83/14 84/23 98/15 102/18 102/19 103/25
124/8 124/9 140/17 141/5 149/4 153/8
163/15 169/23 178/8 180/3 180/4 183/15
190/13 204/17 204/20 207/7 221/25 226/13

used [16]  8/4 10/20 38/18 38/19 57/21 57/24
75/7 117/2 138/1 138/4 148/15 174/24
178/17 191/13 193/14 193/21
uses [1]  10/7
using [10]  5/6 26/5 26/13 67/25 105/7 105/9
162/17 169/7 207/11 215/15
usually [5]  18/13 99/5 99/8 119/11 120/16
utilize [2]  57/19 120/13
utilized [3]  63/13 116/15 131/12
utilizing [1]  64/12

**V**

valid [2]  155/6 171/22
value [3]  147/19 154/17 210/24
Van [14]  179/19 179/20 180/5 180/12 181/7
181/11 185/21 191/18 195/14 196/1 200/4
200/12 204/11 230/19
varied [1]  109/23
variety [3]  117/13 127/18 151/1
various [11]  12/13 31/5 37/13 39/9 60/23
116/16 117/2 120/6 191/14 206/7 216/23
vehicle [18]  126/1 126/10 132/11 132/17
132/22 133/4 133/14 133/14 137/14 138/9
139/19 142/22 145/20 147/19 166/23 167/4
168/5 168/11
vehicles [43]  117/19 117/21 125/1 125/19
127/14 127/16 127/18 127/20 127/21 128/10
128/11 128/11 128/15 129/9 129/10 129/12
129/12 130/21 132/8 132/8 132/8 136/4
145/12 149/14 150/1 151/20 151/21 152/3
158/25 166/23 168/8 170/13 170/21 171/2
171/15 171/17 172/9 172/11 172/19 172/20
173/4 178/14 179/15
verbatim [1]  21/20
verify [3]  183/20 184/1 184/7
versus [4]  6/8 7/12 83/14 124/23
very [8]  18/13 46/13 57/3 57/4 81/2 143/18
177/10 225/25
victim [14]  4/12 8/22 56/15 78/2 96/13 100/7
216/21 217/25 218/4 219/22 220/6 220/12
220/14 222/12
victims [12]  216/9 218/9 218/19 218/20
220/18 224/13 224/14 224/24 224/25 225/1
225/8 227/19
Victor [2]  180/6 180/6
Victoria [11]  33/6 33/7 33/12 43/9 43/10
44/3 50/25 51/20 52/6 127/3 178/11
Victoria's [1]  139/22
view [2]  7/9 9/10
VIN [2]  111/14 161/25
violation [3]  6/8 11/8 11/9
violations [1]  6/13
Virginia [5]  28/2 28/8 36/24 149/6 149/9
virtually [2]  10/25 209/16
virtue [2]  65/11 123/3
visited [1]  218/12
Vivian [8]  43/7 43/8 43/8 127/5 146/3 146/4
146/24 178/11
Vivian's [1]  46/5
Volkswagen [5]  139/17 139/25 144/11
158/13 158/14
Volume [1]  1/10
voluntarily [1]  154/12
volunteer [2]  86/13 86/13
volunteer -- I [1]  86/13
Von [1]  218/25
Vorst [16]  179/19 179/20 180/5 180/12 181/7
181/11 185/21 191/18 195/14 196/1 200/4
200/12 201/10 204/11 204/12 230/19
Vorst-00071 [1]  201/10

**V**

Vorst-000753 [1]  204/12

**W**

W-2 [6]  76/19 89/15 91/9 101/2 101/3 187/5
W-2G [1]  207/14
W-2s [2]  119/23 190/14
W-4 [1]  99/6
wages [5]  87/17 89/16 91/10 189/21 196/15
wagon [1]  143/18
wait [4]  100/1 134/14 141/19 181/2
waited [2]  17/17 100/4
waiting [1]  30/1
waiver [1]  66/5
walked [1]  83/23
Walker [5]  112/12 217/14 217/19 220/6
220/21
want [38]  6/9 22/13 34/20 45/10 58/6 60/2
66/9 85/2 85/4 88/14 91/20 109/11 109/13
119/2 134/5 142/12 162/21 166/23 167/3
167/12 194/18 200/4 206/14 211/1 211/5
211/12 212/2 212/11 216/2 218/15 219/8
219/16 219/24 221/17 226/10 227/15 228/25
228/25
wanted [15]  4/7 16/7 16/15 38/16 45/5 45/8
120/16 120/19 122/6 147/3 195/5 214/18
228/14 229/6 229/8
wants [7]  6/4 15/18 16/4 125/25 227/2 227/6
227/8
warehouse [2]  170/18 206/18
warrant [9]  214/21 214/22 214/23 214/24
215/12 215/20 215/23 224/4 224/5
warrants [3]  214/21 223/23 224/23
wash [1]  28/16
wasn't [28]  8/2 8/6 8/18 12/17 13/9 16/2
19/11 20/2 20/16 21/13 21/16 21/20 41/4
52/2 84/1 88/3 91/11 95/12 97/12 149/20
149/22 149/23 160/9 174/16 178/16 184/5
204/3 219/22
wasteful [1]  43/1
wasting [3]  129/20 129/21 202/22
Watts [18]  3/22 5/3 23/2 41/8 65/2 71/9
71/13 73/6 80/13 82/4 82/9 82/10 83/16
85/20 85/21 177/3 177/9 177/15
ways [2]  165/4 209/23
we'll [16]  52/23 101/16 101/21 143/25
153/15 210/25 211/2 212/18 213/22 214/6
215/3 215/3 225/9 225/22 229/1 229/16
we're [33]  2/5 24/17 25/17 38/15 53/7 78/15
88/20 90/20 101/19 102/1 110/1 112/2
129/21 153/12 157/16 157/23 157/25 168/19
168/20 183/19 183/23 183/25 191/16 206/17
208/13 210/10 212/10 212/19 213/14 213/25
214/24 224/1 229/3
we've [4]  94/5 151/1 220/5 226/15
wealthy [1]  105/11
wearing [1]  126/18
week [1]  228/15
weekend [2]  25/16 228/8
weeks [4]  3/20 15/1 39/24 48/9
Weiselberg [1]  1/20
Welcome [4]  25/8 53/17 102/9 156/1
well [88]
went [27]  46/25 49/13 77/11 89/16 98/20
104/9 137/2 137/3 139/6 141/20 142/25
144/9 145/11 165/4 165/9 166/2 170/24
175/5 175/7 178/9 217/5 217/13 217/16
217/20 217/25 218/3 218/6
weren't [8]  23/25 41/22 42/1 42/5 86/12 92/7

175/11 224/14
West [2]  1/7 1/24
Whaler [2]  143/5 145/1
what's [54]  7/11 7/13 7/14 15/8 15/8 31/4
32/19 32/23 33/24 34/3 50/4 51/9 52/10
59/14 66/5 66/9 74/6 76/4 103/13 104/22
107/10 110/25 118/24 124/19 125/9 125/23
126/5 126/18 127/2 128/7 130/3 131/5
133/24 135/9 135/12 135/12 135/19 137/24
138/4 142/1 144/16 145/22 147/1 147/19
149/10 150/3 151/23 156/13 162/21 193/7
200/4 200/5 204/11 215/22
whatever [9]  7/9 84/13 96/24 119/4 174/12
193/20 223/6 225/19 228/20
whatsoever [1]  196/19
wheelchair [1]  104/23
whenever [3]  44/4 211/1 225/23
where [42]  6/13 28/5 28/7 28/21 28/24 30/6
45/18 48/21 55/20 59/8 62/6 63/3 63/7 63/11
64/4 70/17 84/5 96/16 97/8 97/19 111/19
114/21 118/11 125/17 137/2 137/3 141/16
142/25 144/6 159/1 159/3 170/18 172/9
173/17 188/6 189/24 194/17 196/16 207/6
212/2 214/25 226/7
where's [1]  219/19
whereas [1]  45/3
wherein [1]  215/9
wherever [2]  28/16 49/21
whether [26]  7/4 10/15 11/16 13/2 27/18
56/14 73/7 73/10 83/9 93/3 93/9 98/8 98/9
101/9 110/7 111/15 117/1 117/8 119/22
155/3 155/4 178/8 190/24 199/8 224/18
227/3
while [8]  28/17 28/19 29/5 36/9 104/24
149/13 165/23 165/25
whispering [1]  155/18
white [26]  73/17 73/20 77/1 77/5 77/11 77/14
78/6 78/7 78/10 78/13 78/16 78/21 79/7
79/16 80/10 81/11 82/14 84/12 85/9 85/12
85/23 97/20 98/7 98/10 147/24 228/11
White's [4]  93/25 94/1 97/24 99/19
who's [9]  5/23 10/18 31/21 62/4 74/20 79/16
85/6 93/20 134/12
whoever [1]  122/6
whole [10]  14/8 30/19 47/21 59/4 98/13
98/14 175/14 195/5 209/19 217/24
wholesaled [1]  173/2
wholesaler [1]  174/15
whom [5]  120/23 120/24 130/9 177/6 205/16
whose [6]  29/18 49/24 139/19 161/14 201/11
201/14
why [59]  7/3 11/9 11/21 11/22 11/24 12/17
15/12 16/21 17/6 22/10 22/19 24/4 29/13
41/2 41/20 46/7 49/12 49/25 54/4 56/16
61/20 73/2 79/15 93/14 93/17 95/2 95/6
95/10 97/10 97/16 98/6 98/6 129/16 130/11
134/22 136/21 141/3 146/22 149/2 153/7
154/23 155/2 155/6 155/9 155/14 158/1
159/13 168/19 171/3 177/22 192/12 200/1
203/22 209/11 210/2 210/3 212/17 218/15
227/5
wife [5]  30/23 44/23 74/22 126/25 189/14
willfulness [2]  210/18 210/20
willing [1]  227/4
window [3]  79/23 80/22 82/1
winnings [17]  190/8 190/11 190/13 190/14
190/17 190/25 192/10 192/21 192/21 196/2
198/14 198/16 199/4 199/8 199/17 207/5
207/14
wins [2]  194/24 194/24

winter [2]  39/13 39/15
wiped [1]  96/21
wire [4]  70/4 206/22 208/8 209/16
wire-transfer [1]  209/16
wire-transfers [2]  70/4 206/22
withdraw [5]  16/4 24/11 39/2 169/8 204/8
withdrawal [1]  207/9
withdrawing [1]  24/23
withdrawn [7]  25/4 70/4 79/3 92/13 166/5
174/23 178/20
withheld [2]  85/18 99/6
withholding [3]  101/2 101/4 101/6
within [8]  74/2 100/11 100/14 100/17 100/20
201/8 203/8 204/14
without [23]  34/16 50/21 61/24 75/12 91/17
105/10 107/25 112/5 116/24 131/2 131/25
136/10 149/15 150/16 156/21 172/8 179/2
179/10 185/17 191/1 203/1 203/6 210/14
witness [46]  3/22 7/2 13/24 15/3 16/2 18/4
18/15 18/22 18/22 19/13 20/14 20/16 21/1
21/4 21/6 21/11 21/13 21/19 21/20 21/23
22/7 25/23 53/2 53/19 53/23 65/11 72/13
83/3 83/4 85/10 102/3 102/11 102/13 102/16
124/5 179/19 179/20 191/2 211/20 212/14
213/9 214/17 216/9 221/16 223/19 225/16
witnesses [19]  13/21 13/23 18/10 19/1 19/2
19/12 83/20 218/14 218/17 219/10 219/15
219/20 219/21 220/2 220/4 222/4 222/5
224/11 226/3
Wolfe [2]  218/25 221/1
Wolofsky [41]  61/12 67/18 68/9 69/2 75/25
76/25 77/13 103/17 103/25 104/18 105/22
105/23 106/1 106/5 106/16 106/20 107/5
107/17 108/25 109/8 109/22 110/8 111/15
118/23 119/8 120/12 121/25 122/2 122/22
125/10 137/11 137/17 138/4 138/7 140/23
164/3 165/23 166/6 168/24 169/6 174/9
Wolofsky's [6]  113/12 116/5 116/19 117/6
120/14 126/5
woman [2]  55/22 227/23
won [3]  192/13 192/13 194/22
words [5]  57/1 105/16 119/2 146/17 172/21
work [13]  27/7 44/14 44/15 47/6 54/13 59/5
60/1 103/13 124/19 124/21 164/17 182/12
228/16
worked [6]  36/21 36/21 37/2 42/10 43/5
55/18
working [12]  28/9 28/18 29/5 29/17 36/9
41/17 41/20 45/21 62/16 99/2 101/1 181/1
worry [1]  41/25
worth [7]  36/13 89/15 92/24 96/22 162/25
173/9 173/10
wouldn't [14]  7/16 44/11 44/15 45/4 81/7
93/13 104/24 119/1 119/24 154/19 154/23
168/11 209/11 209/20
wound [4]  61/17 64/16 65/22 65/24
wrappers [7]  193/4 193/8 193/19 207/6
207/7 207/8 207/11
write-off [1]  8/9
write-ups [2]  55/7 55/8
writing [4]  17/13 92/19 92/22 93/4
written [29]  3/17 12/21 12/24 13/10 13/11
18/16 20/7 22/24 34/6 34/22 35/7 35/18
48/10 70/3 79/13 79/15 94/15 130/6 134/23
135/9 142/18 147/1 151/14 167/22 168/1
171/15 202/4 206/7 216/15
wrong [19]  2/7 12/7 14/16 15/8 15/9 15/10
42/3 42/8 42/10 42/12 42/18 42/21 64/22
97/20 158/24 160/22 162/17 170/13 178/3
wrote [7]  10/16 202/6 202/7 205/15 205/16

**W**

wrote... [2]  205/18 217/4

**Y**

yacht [1]  136/2
yeah [12]  29/4 30/5 32/13 51/8 69/14 94/10
97/15 116/13 141/23 143/7 159/18 202/11
year [95]
years [52]  28/4 57/17 57/22 59/20 59/21
60/10 61/16 64/14 66/14 66/19 73/20 73/21
73/21 80/4 80/6 81/4 82/15 86/20 86/22
92/13 92/15 92/21 95/16 97/13 100/16
103/24 126/15 127/16 157/11 160/23 161/20
161/23 161/23 164/15 176/5 182/11 184/20
184/21 185/22 189/1 189/4 203/18 205/23
206/7 207/13 207/20 207/25 208/23 209/5
209/12 217/10 221/2
years' [1]  62/4
Yep [2]  67/16 206/12
yes [414]
yesterday [2]  3/19 5/15
yet [2]  6/2 209/3
York [9]  20/25 39/7 103/8 118/12 216/16
216/25 217/1 217/4 217/9
you'd [6]  101/2 102/18 105/22 119/13 167/13
176/4
you'll [3]  7/8 55/12 166/24
you're [30]  7/24 14/16 15/13 20/12 24/23
26/5 37/21 43/18 67/14 83/17 85/15 92/1
100/6 144/23 155/23 162/21 167/15 169/7
171/4 177/19 178/18 180/25 182/4 183/21
192/20 193/20 205/12 217/23 220/13 228/22
you've [11]  45/13 65/6 70/14 82/17 87/3
103/7 107/19 110/14 111/2 134/4 218/21
young [1]  43/18
younger [1]  32/5
yours [11]  46/23 49/11 55/11 55/25 56/5
74/20 103/23 138/25 142/20 169/16 182/10
yourself [6]  35/14 36/6 43/19 56/19 62/13
82/12
Yukon [1]  139/10

**Z**

zero [5]  87/18 87/24 88/2 88/3 196/9