```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                      Case No. 11-80072-CR-MARRA
 3
   UNITED STATES OF AMERICA,     )
 4                               )
        GOVERNMENT,              )
 5                               )
        -v-                      )
 6                               )
   ROSE MARKS,                   )
 7                               )
        DEFENDANT.               )     West Palm Beach, Florida
 8                               )     September 19, 2013
   _____)
 9

10                   Volume 15, Pages 1 - 165

11            TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12        BEFORE THE HONORABLE KENNETH A. MARRA

13               UNITED STATES DISTRICT JUDGE

14

15  Appearances:

16  FOR THE GOVERNMENT          Laurence M. Bardfeld, AUSA, and
                                Roger H. Stefin, AUSA
17                              United States Attorney's Office
                                500 East Broward Boulevard
18                              7th Floor
                                Fort Lauderdale, FL 33301
19
    FOR THE DEFENDANT           Fred A. Schwartz, ESQ.
20                              Kopelowitz, Ostrow, Ferguson
                                Weiselberg, Keechl
21                              700 South Federal Highway,
                                Suite 200
22                              Boca Raton, FL 33432

23  Reporter                    Stephen W. Franklin, RMR, CRR, CPE
    (561)514-3768               Official Court Reporter
24                              701 Clematis Street
                                West Palm Beach, Florida  33401
25                              E-mail:  SFranklinUSDC@aol.com
```

```
 1          (Call to the order of the Court.)

 2          THE COURT:  Good morning.  Back on the record.

 3     Ms. Marks is present with counsel.

 4          Are we ready to proceed?

 5          MR. STEFIN:  Yes.  The United States has forwarded

 6     up -- and I apologize for the lateness, but an amended

 7     exhibit list.  We've added some of the summary charts that we

 8     had failed to put on the original list, and made some other

 9     corrections.  It has been a work in progress.

10          THE COURT:  I have to transfer everything to the

11     new --

12          MR. STEFIN:  Well, we did mark, and of course the

13     Court will verify, we did mark the ones that have been

14     received in evidence on our list.  If we could verify that

15     and possibly work off the new list.

16          Mr. Schwartz brought up something that I hadn't

17     thought of before, which was, Special Agent Beth Watts is

18     going to testify this morning.  He asked for what's called a

19     special agent's report, which is ordinarily written up and

20     submitted to the Internal Revenue Service and the Department

21     of Justice for approval for tax related charges.  I don't

22     recall having seen it, but I do believe that such a report

23     does exist, and I'm going to try to get it sent up to us as

24     quickly as possible.

25          So if there is anything on there that Mr. Schwartz
```

 1    should have the benefit of for his cross-examination, we're

 2    going to try to make that available to him.

 3         THE COURT:  All right.  How long do you think her

 4    testimony's going to take?

 5         MR. STEFIN:  A couple of hours from the direct

 6    case.

 7         MR. SCHWARTZ:  And I don't fault Mr. Stefin.  I

 8    just, when I was reviewing the Jencks material on her last

 9    night, I noticed that there's no such report in there, and I

10    know there should be.  So I requested it this morning, and

11    I'm sure I'll have it before I finish cross-examination.

12         THE COURT:  Well, if you don't and you get it later

13    and there's something that opens up new avenues of

14    cross-examination, you'll be able to re-call her.

15         MR. SCHWARTZ:  Okay.  Well, I think Mr. Stefin can

16    get it.  It's in the file.  It should be in the file at the

17    IRS.  That's where they normally put it.

18         THE COURT:  All right.  Before we bring the jury

19    in, just something for you to consider in terms of

20    scheduling.  On Monday we have, I believe it's the morning

21    we're going to be -- scheduled to be in session in the

22    morning and not in the afternoon, and I thought maybe, after

23    consulting with my court reporter, it might make sense to not

24    bring the jury in and maybe use Monday morning to do jury

25    instructions so we don't have to take time in the -- towards

```
 1    the end of the week and also so the jury, you know, can get a
 2    full day of doing other things rather than half a day.
 3    Because we're going to have to take the time anyway at some
 4    point to do the jury instructions.  That's just a suggestion.
 5              MR. STEFIN:  Plus, I think there will be other
 6    issues.  You know, at that point the Court will have seen a
 7    day of the defense case.  So it may assist the Court in other
 8    determinations of future witnesses, such as their alleged
 9    possible expert, which I still don't have much information
10    on.
11              THE COURT:  Anyway, I'm just throwing it out.
12    That's something to consider.  We don't need to make a
13    decision now.
14              MR. SCHWARTZ:  I have no problem with it, and I'll
15    get a pass from my tennis partners to be able to do the
16    instructions on Saturday.
17              THE COURT:  All right.  Let's bring the jurors in.
18       (The jury enters the courtroom, after which the following
19    proceedings were had:)
20              THE COURT:  Good morning, everyone.  Welcome back.
21    Please be seated.
22              And, again, has anyone read or heard anything about
23    the case since we last were together?
24              Okay.  Let's proceed then.  Mr. Stefin.
25              MR. STEFIN:  Thank you, Your Honor, good morning.
```

1            Your Honor, before I call my next witness, there

2     are additional documents and records that I would like to

3     introduce into evidence.  I have agreement with the defense

4     counsel the records custodian's not necessary for these

5     particular records.

6            First would be exhibit number 1, consisting of 1A

7     and 1B.  Those are certified records from the State of

8     Florida Secretary of State regarding two corporations, Joyce

9     Michael, Inc. and Joyce Michaels Consultant, Inc.

10           Government's exhibit composite two, lease documents

11    from a company called LaSeven, Inc., which, a lease for 21

12    West 58th Street in New York.

13           Government's composite exhibit number 3, lease

14    records pertaining to an address of 2000 East Sunrise

15    Boulevard in Fort Lauderdale, Florida consisting of composite

16    three and subcategories 3.2 -- 3-2 and 3-3, records of that,

17    records of that particular lease.

18           Government's composite exhibit number 8, records

19    from a company called GCA.

20           Government's composite number 10, records from

21    Neiman Marcus regarding accounts of Deanna Walker and

22    Jennifer Hill.  Deanna Wolfe, I'm sorry.  Deanna Wolfe and

23    Jennifer Hill.

24           Government's composite number 14, records from

25    Federal Express.

```
1              Government's composite 15, records from Western

2   Union.

3              And I believe that's all I have at this point in

4   time.

5              THE COURT:  Any objections to those?

6              MR. SCHWARTZ:  No, Your Honor.  That's by

7   stipulation.

8              THE COURT:  They'll be admitted without objection.

9        (Government's Exhibit Nos. 1-A, 1-B, 2 , 3 , 3-2, 3-3, 8,

10   10, 14 and 15 entered into evidence.)

11             MR. STEFIN:  At this time, we would call Special

12   Agent Beth Watts to the stand.

13             THE COURT:  Ma'am, would you raise your right hand,

14   please.

15             Beth Watts, Government's witness, sworn.

16             THE COURT:  Please be seated.

17             Please tell us your name and spell your last name

18   for us, please.

19             THE WITNESS:  Beth Watts, W-a-t-t-s.

20             THE COURT:  Thank you.

21                       Direct Examination

22   BY MR. STEFIN:

23   Q    Ms. Watts, you're a special agent with the Internal

24   Revenue Service?

25   A    I am.
```

```
1    Q    And how long have you been a special agent?

2    A    For eight years.

3    Q    And what is your function or role as a special agent

4  with IRS?

5    A    I investigate potential criminal violations of the

6  Internal Revenue Code, as well as related financial crimes,

7  such as money laundering.

8    Q    All right.  And it was explained that there are two

9  branches to the Internal Revenue Service, the criminal side

10 and the civil side?

11   A    That's correct.

12   Q    As a criminal investigator, do you get involved in

13 conducting audits or determining civil tax liabilities of

14 taxpayers?

15   A    No, I do not.

16   Q    Now, are you a case agent, the case agent for the

17 Internal Revenue Service with respect to this matter, the

18 United States versus Rose Marks?

19   A    I am.

20   Q    And when did you personally become involved in the

21 investigation for this matter?  Approximately when?

22   A    It was approximately February of 2010.

23   Q    And you learned that this investigation had been ongoing

24 for several years before you got involved?

25   A    Yes, that's correct.
```

```
1    Q    And what agencies had been involved in the investigation

2    before you became involved?

3    A    The Fort Lauderdale Police Department, as well as the

4    U.S. Secret Service.

5    Q    Now, you were -- were you present during the execution

6    of a search warrant at 1319 Seminole Drive in August of 2011?

7    A    I was.

8    Q    And as part of the -- did you actually take possession

9    of documents that were seized, or were they -- did another

10   agency take possession of the actual documents?

11   A    The U.S. Secret Service took possession of the

12   documents.

13   Q    All right.  But since that time, have you had an

14   opportunity to go through the documents that were seized by

15   the U.S. Secret Service?

16   A    I have.

17   Q    And you have seen some of the documents being displayed

18   during the course of this trial?

19   A    I have.

20   Q    I want to show you what has already been received as

21   Government's exhibit 504, and document is SW1319-00006.  And

22   that has a name on it, Paula Cook Comeau, C-o-m-e-a-u,

23   Maldegan, Templeman, Indall, 141 East Palace Avenue, Santa

24   Fe, NM, 87504.  And there's a couple phone numbers on that

25   paper.
```

```
 1    A    Correct.

 2    Q    Based on your investigation, did you learn who Paula

 3    Cook is?

 4    A    Yes, Paula Cook is the attorney for Claude White, Jude

 5    Montassir's ex-husband.

 6    Q    Showing you Government's exhibit 506 composite, document

 7    SW1319-0001 -- I'm sorry, 000011.

 8         And do you recall seeing this document previously?

 9    A    I do.

10    Q    And would you identify what this is and what it was used

11    for based on the documents?

12    A    Yes, it's a check from Jude Montassir written out to

13    Bruce Green, who is the attorney for Peter Wolofsky, who

14    handles his real estate transactions.

15    Q    And this particular check for $40,500 -- I'm sorry,

16    $40,000, did the documents that came along with this

17    photocopy indicate what that was in payment for?

18    A    Yes, it does.

19    Q    Showing you document ending in 00012, do you recognize

20    what that is?

21    A    Yes, it's a mortgage modification between Peter Wolofsky

22    and Rose Marks.

23    Q    Says mortgage modification number 7, loan amount

24    $180,000?

25    A    Correct.
```

```
 1    Q     Dated May the 10th of 2006?

 2    A     Correct.

 3    Q     Where on the bottom it says, net due from borrower,

 4    $43,619.31?

 5    A     That's correct.  And I believe that corresponds to the

 6    two checks.

 7    Q     $40,000 and then $3619.31?

 8    A     Correct.

 9    Q     And the second check is dated May the 10th of '06, same

10    day as the loan modification?

11    A     Correct.

12    Q     Showing you document found at the search warrant

13    execution, Government's exhibit 507.  Do you recall this

14    document?

15    A     I do.

16    Q     Showing you document number ending in 00017.  What is

17    this document?  It consists of six or seven pages.

18    A     It's New Mexico courts.  It's the case lookup for the --

19    I believe it's the divorce settlement between Claude White

20    and Jude Montassir.

21    Q     Where it states the petitioner is Claude White -- White,

22    Claude; Attorney David L. Walther; Respondent, White, Jude;

23    Attorney David L. Norvell and Sarah E. Bennett?

24    A     Correct.

25    Q     Showing you, again, received in evidence 508, document
```

1    ending in 00023, a multi-page document with e-mails.  It

2    shows e-mails purporting to be from a workinghard02@Yahoo.com

3    to JudeMontassir@Yahoo.com.  This one appears to be an e-mail

4    dated Saturday, August 23, 2008?

5    A    Correct.

6    Q    And do you recall who workinghard.com (sic) purported to

7    be?

8    A    Yes, it's Debbie Von Beulen acting on behalf of Rose

9    Marks.

10   Q    Let me just -- that first sentence, do you recall -- it

11   states:  "I was shocked and hurt by your e-mail that you

12   think I would put another human being in your path to get

13   money out of you."

14          Do you recall what this was in reference to?

15   A    I believe it may be in reference to another potential

16   psychic or fortune teller.

17   Q    In fact, in connection with that e-mail address, do you

18   recall this document, 00051, part of Government's composite

19   exhibit 511?

20   A    Yes.

21   Q    Listing several e-mail addresses:

22   WorkingHard02@Yahoo.com, parenthesis, Jude, closed

23   parenthesis.  Well, above that:  Intuitionist Joyce

24   Michael@Yahoo.com; Joyce Michaels Consultant, in parenthesis,

25   it looks like it says "first data," d-a-t-a?

```
 1    A     Correct.

 2    Q     Yahoo.com, and thepsychicintuitionist.com.

 3    A     That's correct.

 4    Q     Showing you Government's exhibit 519, document

 5    number 00130.

 6          And do you recall that document?

 7    A     Yes, I do.

 8    Q     And what does that pertain to?

 9    A     That is one of Sue Abraham's bank accounts where this

10    document was found either in Rose Marks' bathroom or her

11    bedroom during the search warrant.

12    Q     Would it refresh your memory as to where the document

13    was found if you looked at the inventory sheet that

14    accompanied this document?

15    A     Yes, it would.

16          MR. STEFIN:  May I approach, Your Honor?

17          THE COURT:  Yes.

18          THE WITNESS:  Yes, it was found in the master

19    bedroom, which is Rose Marks' bedroom.

20    BY MR. STEFIN:

21    Q     Now, Sue Abraham was a client of whom?

22    A     Of Nancy Marks.

23    Q     Using the name?

24    A     Joyce Michael.

25    Q     And this document was on the back of a checkbook?
```

```
 1    A     Yes, it was.  Joyce Michaels Consultant, Inc., which is
 2    Rose Marks' bank account.
 3    Q     Showing you Government's exhibit 520, which consists of
 4    a series of credit cards displaying the document or card
 5    labeled with the numbers 00133.  Is that one of the cards
 6    found in the Defendant's residence?
 7    A     Yes, it is.
 8    Q     Displaying another Neiman Marcus card, 00134, in the
 9    name of who?
10    A     Deanna Wolfe.
11    Q     Another Neiman Marcus card, 00135.
12    A     Yes, in the name of --
13    Q     That's in the name of who?
14    A     Joyce Michael.
15    Q     Showing you Government's exhibit 521 composite, document
16    number 00214.
17          What is that?
18    A     This is one of Andrea Walker's bank accounts.
19    Q     Handwritten, hand-printed note with bank account
20    information from the Royal Bank of Scotland?
21    A     Correct.
22    Q     With an account number, IBAN number, BIC code?
23    A     Correct.
24    Q     Showing you Government's exhibit 523, two documents in a
25    stack of documents, cashier's check receipts, document 00176
```

1    and 00184.

2           176, can you describe that particular document?

3    A    Yes, this is a Bank of America cashier's check written

4    from Rose Marks to a Sharon Stevens for $50,000.

5    Q    And the date on that?

6    A    It is December 24th, 2009.

7    Q    And showing you 00184.  Can you read that one?

8    A    Yes, it's another Bank of America cashier's check dated

9    October, I believe it's 23rd, 2009, and it's from Rose Marks

10   to Sharon Stevens for $50,000, indicating "paid back Sharon."

11   Q    And where did we hear the name Sharon Stevens?

12   A    We heard the name Sharon Stevens from Jude Montassir

13   when she was living in her home in South Florida.  Sharon

14   Stevens showed up at her driveway, and then she repeatedly

15   showed up a few times more.  She finally had to tell the

16   woman to leave, told her to get off her property, I believe,

17   and she asked Rose Marks if she knew a woman named Sharon

18   Stevens, which Rose Marks replied, no.

19   Q    Showing you -- displaying Government's exhibit 526

20   composite, document number 00343.  And this is folded, so

21   this is going to be a little -- fax cover sheet.  Any date on

22   that?

23   A    No, I don't see one.

24   Q    If you could just read the first couple of paragraphs so

25   we can identify it for the record.

1  A     "I am sure that you will find this telephone call much

2  unexpected and rather bizarre, but this is Secretary of State

3  Colin Powell.  I was given your number from a mutual friend

4  who has been telling me about you for quite some time now,

5  and I couldn't think of a better time to call you, because I

6  plan on being in your area next month."

7  Q     All right.  And just read the last paragraph for us.

8  A     "Although our acquaintance would be a bit restricted, I

9  think it would be very pleasant to get together while I am in

10  Colorado.  I was thinking perhaps I could arrange for a

11  private dinner just exclusively for us so I can protect my

12  public appearance.  Unfortunately, I will not be able to

13  solidify my plans with you until possibly the last minute,

14  but I will definitely be in touch with you in the near

15  future."

16  Q     And then in the same envelope was a -- looks like a

17  printout from a website, document 00344, Biography of Colin

18  Powell?

19  A     Correct.

20  Q     And in the bottom right-hand corner, across from the --

21  what appears to be a website, has a date on it.

22  A     Yes.

23  Q     What is that date?

24  A     Yes, the date is January 10th, 2003.

25  Q     Where was that found, this particular package?

```
 1    A      I believe it was also found in Rose Marks' bedroom or

 2    bathroom, but I'd have to look at the sheet.

 3                MR. STEFIN:  May I approach?

 4                THE COURT:  Yes.

 5                THE WITNESS:  Yes, it was found in the master

 6    bedroom of Rose Marks.

 7    BY MR. STEFIN:

 8    Q      And just to show you Government's composite 512, we've

 9    seen this before.  Do you remember what this -- do you recall

10    what this is?

11    A      Yes, this is the package sent from Debbie Von Beulen to

12    Rose Marks.  The contents inside include photos or property

13    records of Jude Montassir's home, as well as information

14    obtained through a private investigator, as well as

15    information obtained from Debbie Von Beulen regarding

16    Ms. Montassir.

17    Q      All right.  We don't need to go through it right now.

18                Just one thing I want to highlight.  The date that

19    this package was purportedly sent to Rose Marks?

20    A      It is April 22nd, 2009.

21    Q      And Ms. Montassir was first reached by the detectives on

22    what date?

23    A      I believe it's January -- I know it's January 2008.  I

24    believe it might be January 15th, 2008.

25    Q      Showing you Government's exhibit 529 composite.
```

1   Beginning -- it's a multi-page document, but it begins on

2   document page number 00422.

3               And do you recall what this is?

4   A    Yes.  This is an Accurint report of Jude Montassir.

5   Q    And, again, an Accurint report is what?

6   A    The information inside of an Accurint report typically

7   has property records, it has information regarding dates of

8   birth, information regarding your assets.  It's something

9   that law enforcement typically uses to locate individuals or

10  locate assets that they may have.

11  Q    And do the -- does this document reflect who actually

12  ordered up this report from that company?

13  A    It does not.

14  Q    But did you -- is there another document that you were

15  able to cross-reference to identify the person who had

16  ordered this report?

17  A    Yes, I was.

18  Q    Who actually ordered the report?

19  A    It was a private investigator by the name of James

20  Georges.

21  Q    And where was this comprehensive report found within the

22  Defendant's premises?

23  A    Again, I believe it was found in her bedroom, but I'm

24  not sure if it was the bathroom or the bedroom.

25              It was the nightstand in the master bedroom.

1    Q    Showing you Government's composite exhibit 527, a

2    plastic container envelope.  Cover has Deanna Wolfe, document

3    00383.

4    A    Correct.

5    Q    Do you recall what that folder contained?

6    A    Yes, it's got American Express, I believe it's year-end

7    summaries.

8    Q    Document 00399 has a little window addressed to Deanna

9    Wolfe, at 1319 Seminole Drive, Fort Lauderdale, Florida?

10   A    Correct.

11   Q    2001 year-end summary?

12   A    That's correct.

13   Q    Details spending for Rose Marks and Joyce Michael?

14   A    That's correct.

15   Q    And what was the total expenditure for that year?

16   A    $92,959.13.

17   Q    And then it goes on page by page to break down the

18   transactions?

19   A    That's correct.

20   Q    It just goes on page after page.

21        Government's exhibit 528, another folder, this one

22   labeled Victoria Somers, cover page 00363?

23   A    That's correct.

24   Q    And based on driver's license information previously

25   presented at the trial, who's Victoria Somers?

1   A     Victoria Somers is Victoria Eli, Rose Marks' sister.

2   Q     And the following had some bank account information,

3   including a checkbook in the name of Victoria Eli?

4   A     Yes, it's a checkbook in the name of Victoria Eli.

5   Q     And this is from a Bank of America account.  I believe

6   the way you read it, the account would end in 6988; is that

7   correct?

8   A     No, it would end in 9882.

9   Q     I'm sorry.  I didn't see the two.  9882.

10        And what would be the significance of that

11  particular bank account?

12  A     Jude Montassir sent several thousands of dollars to this

13  bank account, as instructed by Rose Marks, Joyce Michael.

14  Q     And 00366 purports to be signed by -- what does it

15  appear to be?

16  A     It appears to be signed by Victoria Eli.  So it's a

17  blank check already signed, and I believe this was also found

18  in Rose Marks' bedroom, but I'd have to look at it.

19  Q     Document 00373 in the same package is a blank check from

20  First Union National Bank.  And who does that appear to be

21  signed by?

22  A     Looks like Victoria Somers.

23  Q     And, finally, the last document I want to show you from

24  the search warrant, or search warrants, I should say,

25  document number -- Government's exhibit 401 composite.  And

 1    these were a stack of receipts.  I'll display one of them.

 2    Dated -- what was the date on this particular form?

 3    A    It's April 22nd, 2002.

 4    Q    And what does it show?

 5    A    It shows, I believe it's gold purchased, American Eagle,

 6    A/E, purchased from Rose Marks and Donnie Eli in the amount

 7    of $17,760.

 8    Q    And these receipts, just for the record, go from 4/22/02

 9    to 5/21/02.

10          Displaying document 01710.  5/21/02 is another --

11    is what?

12    A    It's another invoice for American Eagle gold coins

13    purchased from Rose Marks in the amount -- looks like 20 in

14    the amount of $6160.

15    Q    And do the dates on these receipts relate to or comport

16    with any purchases of gold by any of the witnesses in this

17    case?

18    A    In February of that same year, Jude Montassir had also

19    purchased gold for Rose Marks.

20    Q    Government's exhibit 1A, which was received in evidence

21    just a few minutes ago.  Very quickly, Articles of

22    Incorporation, document number 00 -- I'm sorry, Florida-08.

23    And that is what?

24    A    It's Articles of Incorporation for Joyce Michael, Inc.

25    Q    And the date that this particular corporation was filed?

```
 1   A     May 10th, 2004.

 2   Q     And the individual incorporating?

 3   A     Is Rose Marks.

 4   Q     And the date on the signature?

 5   A     It is May 6, 2004.

 6   Q     Government's exhibit 1-B, document Florida-14.  And what

 7   is that?

 8   A     It is Articles of Incorporation for Joyce Michaels

 9   Consultant, Incorporated.

10   Q     Listing their registered agent as?

11   A     Rose Marks.

12   Q     And the president of the corporation?

13   A     Rose Marks.

14   Q     Government's composite 2 are documents from LaSeven,

15   Inc.  Would you tell the members of the jury what LaSeven,

16   Inc. is?

17   A     LaSeven, Inc. is the leasing company for 21 West 58th

18   Street in New York.  They're the property managers.

19   Q     And the original lease goes back a number of years,

20   correct?

21   A     It does.

22   Q     Displaying document LaSeven-005.  Could you tell us what

23   that shows as far as the date and the parties that are

24   leasing the space?

25   A     Yes, the date is December 16th, 1990, and it's being
```

```
 1    leased by John Michaels and Joyce Michaels.

 2    Q    And the address given is 21 West 58th Street?

 3    A    Correct.

 4    Q    A couple lines below that?

 5    A    Correct.

 6    Q    And premises are being occupied for what?

 7    A    Gift store and crafts and accessories.  I believe it's

 8    supposed to be boutique, and clairvoyant.

 9    Q    And further on in that document there's a signature

10    page, document LaSeven-009.  And what -- who does it

11    purportedly seem to be signed by?

12    A    It looks like it's signed by a John Michaels and a Joyce

13    Michael.

14    Q    And does this book also show renewals of the lease from

15    time to time?

16    A    It does.

17    Q    For example, document number LaSeven-024.  It's a lease.

18    That date is kind of hard to read, but can you make it out?

19    A    Yeah, I believe it's December 17th, 1993, another lease

20    agreement between John Michaels and Joyce Michaels.

21    Q    And then the signature page for this lease, document

22    LaSeven-028 purports to bear the signature of who?

23    A    Joyce Michael.

24    Q    And ultimately, the premises were surrendered according

25    to the records of LaSeven, Inc.?
```

```
 1    A     Correct.

 2    Q     Okay.  Let me show you document LaSeven-041.  Can you

 3    read that first paragraph?

 4    A     Yes.  "This agreement, made as of the 12th day of

 5    October, 2011, by and between the attorneys for West

 6    Investors, LLC, hereinafter owner/landlord, of the building

 7    at 21 West 58th Street, New York, New York, 11019, the

 8    building, and John Michaels, Joyce Michaels, Rose Marks,

 9    Nancy Marks, Joyce Marks, FATIMA Doe, John Doe, Jane Doe, ABC

10    Corp., the tenants/undertenants/occupants, referred to herein

11    as occupants of 21 West 58th Street, easterly store, AKA

12    Suite 1A."

13    Q     And it goes on to basically set forth the occupants

14    shall voluntarily remove all items from the premises,

15    occupants shall surrender legal and actual possession of the

16    premises, et cetera.

17          And the signature page, LaSeven-042.  Who signed

18    it?

19    A     Rose Marks and Fred Schwartz.

20    Q     And the date of the surrender was after the time of the

21    arrest; is that correct?

22    A     That's correct.

23    Q     Now, Ms. Watts, you had an opportunity to review and

24    examine records that were obtained either from the search

25    warrants or through subpoenas issued to various banks and
```

1    financial institutions and to the casinos, to GCA, et cetera?

2    A    I did.

3    Q    And you had an opportunity to review the indictment in

4    this case?

5    A    I did.

6    Q    And the indictment alleges certain specific transaction

7    which -- as particular counts in the indictment?

8    A    That's correct.

9    Q    And the specific counts in the indictment refer to, in

10   one instance, a mailing or a sending of documents through

11   Federal Express?

12   A    That's correct.

13   Q    And then a series of wire transactions and then several

14   banking transactions; is that correct?

15   A    Yes.

16   Q    And were you able to and did you put together basically

17   a summary book identifying the documents which back up the

18   allegations or purport to back up the allegations in the

19   indictment with respect to whether or not these specific

20   transactions took place?

21   A    I did.

22   Q    Do you have the summary book up with you there?

23   A    I do.

24   Q    That has been labeled as Government's exhibit 740; is

25   that correct, for identification?

```
 1   A      Correct.

 2   Q      And is that the book that you prepared containing the

 3   specific transactions pertaining to the various counts in the

 4   indictment?

 5   A      Yes, that's correct.

 6   Q      And, again, these records are a compilation of records

 7   that were received through subpoena or other documents

 8   already received into evidence in this case?

 9   A      That's correct.

10          MR. STEFIN:  Your Honor, at this time we would

11   offer into evidence as a summary book Government's

12   exhibit 740.

13          MR. SCHWARTZ:  Your Honor, I object to the book.  I

14   have no objection to her testifying from it as to the

15   records.

16          THE COURT:  Can I see it?

17          Is there anything in the book that's not already in

18   evidence?

19          MR. SCHWARTZ:  No, Your Honor.  It's just --

20          THE COURT:  Everything is in evidence?

21          MR. SCHWARTZ:  Everything is already in evidence.

22          THE COURT:  Then I'll admit it over objection.

23      (Government's Exhibit No. 740 entered into evidence.)

24   BY MR. STEFIN:

25   Q      I'm going to display portions of the indictment.  It's a
```

1    little out of context.  But I'm going to show you a portion

2    of the indictment, and I'm going to ask you about the

3    documents that support the particular transaction mentioned

4    in that particular part of the indictment.

5              THE COURT:  And, ladies and gentlemen, again, when

6    the Government is showing the indictment, the indictment is

7    not evidence of guilt.  You're not to consider the fact that

8    the indictment's being shown to you as any evidence in the

9    case of guilt.

10             Thank you.

11   BY MR. STEFIN:

12   Q    If I may read that paragraph to the specific point I

13   wanted to get to.

14             "Eighteen, on or about January 22, 2007, in Broward

15   and Palm Beach Counties, in the Southern District of Florida

16   and elsewhere, the Defendant, Rose Marks AKA Joyce Michael,

17   for the purpose of executing the scheme and artifice to

18   defraud and for obtaining money and property by means of

19   materially false and fraudulent pretenses, representations

20   and promises, did knowingly cause to be delivered by private

21   and commercial interstate carrier according to the directions

22   thereon, mail or other matter, that is, a FedEx shipment from

23   JM to Joyce Michael -- to quotation mark "Joyce Michael,"

24   closed quotation mark, 1319 Seminole Drive, Fort Lauderdale,

25   Florida, containing bank checks numbers 1718 and 1719, each

```
1    in the amount of $50,000, made payable to Joyce Michael, and

2    check number 1720 in the amount of $50,000, made payable to

3    Atlas Leasing."

4         So the question I would have for you is, the

5    records that support whether or not there was a FedEx

6    shipment on or about January 22, 2007, as described in that

7    count in the indictment.  Do you need the book to make

8    reference?

9    A    It would be nice.

10        MR. SCHWARTZ:  Your Honor, may we approach for a

11   moment?

12        THE COURT:  Yes.

13     (The following proceedings were held at sidebar:)

14        MR. SCHWARTZ:  Your Honor, if it will save time,

15   we're not contesting that any of these mailings or wires took

16   place.  We concede that each of the checks or each of the

17   wire-transfers took place.  What we're contesting is whether

18   they were done for a fraudulent purpose.

19        I don't know if Mr. Stefin still, in order to make

20   his case to the jury, wants to read it and have her testify

21   about each of the wires and each of the mailings, but I would

22   stipulate that the wires and mailings took place.

23        MR. STEFIN:  Based on that stipulation, if the

24   jury's told that, then all I would probably want to do is

25   maybe show one or two transactions so they get an
```

```
 1    understanding of how the book works, and then accept the
 2    stipulation as to the other counts.
 3              THE COURT:  All right.
 4              MR. STEFIN:  I will say -- and thank you,
 5    Mr. Schwartz, but I believe it's count 3 of the indictment,
 6    the Government is not going to be offering any evidence with
 7    respect to that count.
 8              MR. SCHWARTZ:  I should have gone to that.
 9              MR. STEFIN:  And therefore we would voluntarily
10    dismiss count 3.
11              It is count 3, right?
12              MR. BARDFELD:  Count 3, CC.
13              MR. SCHWARTZ:  They were going to call a witness,
14    Candice Chomorkos, but did not.
15              THE COURT:  So do you want me to make a statement?
16              MR. SCHWARTZ:  I'd like it a certain way.  I don't
17    know if Mr. Stefin will agree, that the Defendant, while
18    contesting that it was done for fraudulent purposes, does not
19    contest, and stipulates that each of these mailings and wires
20    took place other than that contained in count 3.
21              MR. STEFIN:  That's okay.
22              THE COURT:  So if I tell the jurors that, that's
23    okay?
24              MR. STEFIN:  I think so.
25              MR. BARDFELD:  I don't like the editorializing, but
```

```
 1    that's what he's arguing.  I mean, it's clearly his defense.

 2              MR. STEFIN:  Well, does Mr. Schwartz want to say

 3    that instead?

 4              MR. SCHWARTZ:  I'll be glad to, Judge.

 5              THE COURT:  Okay.  That's fine.

 6              All right.  Now, does that mean you're going to be

 7    fairly close to finishing with her direct?

 8              MR. STEFIN:  I still have summary charts, about a

 9    dozen of them to go through with her.  It will be faster

10    though.

11              THE COURT:  But in terms of this issue about the

12    IRS report that you were going to look up and see, are we

13    going to need that sooner now, and have you gotten any

14    word -- I guess we will have a break before.

15              MR. STEFIN:  Right.

16              THE COURT:  So we can deal with it during the

17    break.

18              So you're going to make the announcement,

19    Mr. Schwartz?

20              MR. SCHWARTZ:  Can I say it's because I want to

21    save the jury time?

22          (Sidebar conference concluded.)

23              MR. SCHWARTZ:  Your Honor, in order -- well, the

24    Defense would stipulate that all of the wires or checks

25    referenced in the indictment other than those in count 3
```

```
 1    actually were either sent by some sort of mailing or
 2    private -- public -- U.S. mail or private carrier, and the
 3    wires took place over wires, without conceding that they were
 4    done for any fraudulent purpose.
 5              THE COURT:  And they were done in interstate
 6    commerce.
 7              MR. SCHWARTZ:  They were done in interstate
 8    commerce, yes.
 9              MR. STEFIN:  I would accept that stipulation.
10              THE COURT:  So ladies and gentlemen, it's now
11    agreed that all of the transactions that are alleged in the
12    indictment, other than count 3, which the Government is
13    dismissing, count 3 is no longer going to be part of the
14    case, in fact, took place.  Okay?  And these were -- took
15    place in interstate commerce.
16              MR. STEFIN:  And would the same stipulation apply
17    to, I believe it's count 2, the mailing?
18              MR. SCHWARTZ:  Yes.  I think I referred to the
19    mailing or the wires in interstate commerce.
20              THE COURT:  Thank you, sir.
21    BY MR. STEFIN:
22    Q    And, again, the summary book addresses each of those
23    counts.
24              For example, and I'm just going to be very brief
25    about this now, but for count 2, what was that actual mailing
```

 1    that took place?  And you can just rely upon your book.  We

 2    don't need to flash it.  But what does that show for that

 3    particular date?

 4    A    On January 22nd, 2007, Jude Montassir mailed three

 5    checks to -- on here it says Joyce Michael, at 1319 Seminole

 6    Drive, in Fort Lauderdale, Florida, and it was check

 7    number 1718, which was written from Jude Montassir to Rose

 8    Marks in the amount of $50,000.

 9              The second check was check number 1719, from Jude

10    Montassir to Rose Marks for $50,000, and the third check was

11    check number 1720, which was written from Jude Montassir

12    to -- it goes to Atlas Leasing.

13    Q    All right.  You said it was mailed, but what was the

14    actual method by which these checks were sent?

15    A    I'm sorry, by FedEx.

16    Q    And very quickly, with respect to counts 4 through 10 of

17    the indictment, if you could just, based on the records you

18    have, recount what took place with respect to each of those

19    counts.

20              Well, let me just ask you, have you been able to

21    verify from the records that with respect to each of these

22    counts, for example, in count 4, on 6/20/07, that there was a

23    wire-transfer in the amount of $355,000 from JM's BB&T

24    business bank account to Rose Marks' Washington Mutual

25    account?

1    A    Yes.

2    Q    And, by the way, just to identify initials, JM stands

3    for who?

4    A    Jude Montassir.

5    Q    And in count 5, we have a wire-transfer of 23,535 from

6    JS's account at DANSK Bank, Denmark.  Who is JS?

7    A    Jacob Soendergaard.

8    Q    Count 6, on 12/9/09, a wire-transfer in the amount of

9    $59,975 from DW's Suntrust Bank in Virginia to Rose Marks'

10   Bank of America account.  Who is DW?

11   A    Deanna Wolfe.

12   Q    As to count 7, on December 9th (sic) of '09, a

13   wire-transfer in the amount of $24,000 from SR's JPMorgan

14   Chase Bank account, Texas, to Rose Marks' Bank of America

15   account.

16        Who is SR?

17   A    Sylvia Roma.

18   Q    The same with respect to Count 8, would than Sylvia

19   Roma, as well?

20   A    Correct.

21   Q    A wire-transfer in the amount of $102,743.55.

22        As to Count 9, a wire-transfer in the amount of

23   $373,750 from AW's HSBC bank account, England, to Rose Marks'

24   Bank of America account, Florida.

25        AW is who?

1    A    Andrea Walker.

2    Q    Count 10, a wire-transfer on July 29th of 2011, in the

3    amount of 26,000 British Pounds, parenthesis, approximately

4    $41,500, from SA's Halifax Bank account, Spain, to Rose

5    Marks' TD Bank account in Florida.  And who is SA?

6    A    Susan Abraham.

7    Q    Now, with respect to count 12 in the indictment --

8    counts 12 and 13 deal with allegations which are commonly

9    known as money laundering transactions?

10   A    Correct.

11   Q    Where it states that:  "On or about the dates as set

12   forth in each count below, in Broward and Palm Beach

13   Counties, in the Southern District of Florida and elsewhere,

14   the Defendant, Rose Marks, AKA Joyce Michael, did knowingly

15   engage and attempt to engage in a monetary transaction, by or

16   through or to a financial institution, affecting interstate

17   and foreign commerce, in criminally derived property of a

18   value greater than $10,000, such property having been derived

19   from specific unlawful activity, that is, mail fraud and wire

20   fraud, in violation of Title 18, United States Code, Sections

21   1341 and 1343, as set forth in more detail as to each count

22   below."

23        And then the counts themselves have two specific

24   transactions.  Count 12 on 12/9/09 (sic) refers to the

25   purchase of a Bank of America cashier's check in the amount

1    of $10,185 made payable to PW.  Who is PW in that

2    transaction?

3    A    Peter Wolofsky.

4    Q    What occurred -- according to your records, what

5    occurred on that particular date?

6    A    On the prior date, on December 1st, 2009, Rose Marks

7    received two wires, one from Deanna Wolfe and the second one

8    from Sylvia Roma.  The amount from Deanna Wolfe was $59,975,

9    the amount from Sylvia Roma was 24,000.  Rose Marks'

10   beginning account balance before that money was sent in was a

11   negative $187.07.

12          And then on December 2nd, she used those proceeds

13   to withdraw $14,405, and with that she used the money to

14   purchase a official check written to Peter Wolofsky.

15   Q    Okay.  And as to the transaction on May the 5th of 2010,

16   what do the records reflect took place on and prior to that

17   date regarding those funds?

18   A    On May 4th, 2010, Rose Marks had a beginning account

19   balance in her Bank of America account, 8337, of a negative

20   $272.76.  On that same day, she received a wire from Andrea

21   Walker in the amount of $373,725.

22          Then on May 5th, 2010, with those proceeds she

23   purchased -- I'm sorry.  She withdrew $58,639, and with those

24   funds she purchased two official checks, one to Peter

25   Wolofsky and a second to Atlas Leasing.

```
 1              MR. STEFIN:  Would this be a good time?
 2              THE COURT:  Okay.  All right.  Ladies and
 3    gentlemen, let's take a recess for 15 minutes.  Don't discuss
 4    the case or form any opinions, and we'll see you in about 15
 5    minutes.  Thank you.
 6         (The jury exits the courtroom.)
 7              THE COURT:  All right.  We'll see you in a few
 8    minutes.
 9              Don't discuss your testimony, please.
10         (A recess was taken from 10:16 a.m. to 10:32 a.m., after
11    which the following proceedings were had:)
12              THE COURT:  All right.  Ms. Marks is present with
13    counsel.
14              Let's bring the jury in, please.
15              Did we find out about that report?
16              MR. STEFIN:  It's Beth Watts -- I mean, one of the
17    other agents is working on it, Joanne.
18              THE COURT:  We haven't gotten it yet?
19              MR. STEFIN:  No.
20         (The jury enters the courtroom, after which the following
21    proceedings were had:)
22              THE COURT:  Welcome back, everyone.  Please be
23    seated, ladies and gentlemen.
24    BY MR. STEFIN:
25    Q    Ms. Watts, did you have the opportunity to prepare
```

```
 1    charts or reports detailing some of the financial

 2    transactions, that is, deposits or monies sent by alleged

 3    victims in this case, detailing or showing the disposition of

 4    those funds, like where those funds went after the money came

 5    in to the Defendant's bank account?

 6    A    I did.

 7    Q    And you prepared a series of charts?

 8    A    That's correct.

 9    Q    Let me show you what has been marked for identification

10    as Government's exhibits 728 through 739.  Actually, let me

11    show you what's been marked Government exhibits 725 to 739,

12    and I would ask you if you would identify what these are.

13    A    These are the charts that I produced based on the

14    records that we had.

15    Q    All right.  And these summarize specific financial

16    transactions?

17    A    They do.

18    Q    And these come from the records that you've examined,

19    and they have been admitted into evidence in this case?

20    A    That's correct.

21         MR. STEFIN:  Your Honor, at this time we would

22    offer into evidence Government's exhibits 725 through 739 as

23    summary charts.

24         MR. SCHWARTZ:  No objection.

25         THE COURT:  Admitted without objection.
```

1           (Government's Exhibit No. 725 through 739 entered into

2      evidence.)

3                 MR. STEFIN:  And I would ask for permission to

4      publish these to the jury.  I have sets of exhibits for them.

5                 THE COURT:  Yes, you may.

6      BY MR. STEFIN:

7      Q    I'm going to go out of order, because we were talking

8      about two specific transactions initially.  I want to direct

9      your attention to summary chart 728.  And when we took the

10     break, we were talking about specific monetary transactions

11     as reflected in counts 12 and 13 of the indictment, which is

12     still up on the screen?

13                Government's exhibit 728, does that detail out the

14     transaction reflected in count 12 showing the money coming in

15     and the disposition of the funds?

16     A    It does.

17     Q    I'd like you to walk us through this particular exhibit,

18     728.

19     A    Okay.

20     Q    And starting from the top, go through it.  The top line,

21     would you just explain what you're trying to demonstrate in

22     this particular chart and which accounts this involves?

23     A    Yes, this is the Joyce Michael, Inc. bank account, which

24     is Rose Marks' bank account, which is a Bank of America

25     ending in 8337.  And, again, this just describes the balance

1    in the beginning, as well as the money coming in, and then

2    where some of those funds went to.

3    Q    All right.  So that on December 1 of 2009, again, the

4    account has been open before this but this is just a snapshot

5    in time, capturing just a moment?

6    A    It is, that's correct.

7    Q    And so the beginning account balance on 12/1/09 was

8    what?

9    A    It was a negative $187.07.

10   Q    Okay.  And then what happened on 12/1/09?

11   A    Then Ms. Marks receives two wires, one from Deanna Wolfe

12   and then the other from Sylvia Roma.  Again, what I stated

13   before, Deanna Wolfe, $59,975, and Sylvia Roma$24,000.

14   Q    Let me just stop you right there.

15          In the far left-hand box it says count.  Do those

16   particular wire transactions that you just described also

17   pertain to earlier counts in the indictment?

18   A    They do.  The Deanna Wolfe transaction is count

19   number 6, and the Sylvia Roma is count number 7.

20   Q    All right.  So then as of 12/1/09, after those two

21   wire-transfers into Joyce Michael, Inc. bank account, the

22   balance was what?

23   A    The balance was $83,787.93.

24   Q    All right.  So then the next box is showing the

25   disposition of these funds, or partial disposition.

```
1    A     A partial disposition, correct.

2    Q     All right.  So what happened with this $83,787?

3    A     So Ms. Marks withdrew $14,405, and then with those

4    funds, she purchased two official checks.  The first official

5    check went to Peter Wolofsky in the amount of $10,185, and

6    the check memo on that was October mortgage 2009.  And then

7    the second official check was written to Atlas Leasing in the

8    amount of $4206, and the Atlas Leasing records indicate that

9    those were three payments on a Mitsubishi lease and two

10   payments on a Bentley note.

11   Q     So -- and, again, the transaction on 12/2/09, does that

12   correspond to count 12 of the indictment, indicating that on

13   12/2/09, there was a purchase of the Bank of America

14   cashier's check in the amount of $10,185?

15   A     It does.

16   Q     Made payable to Peter Wolofsky.

17            And, again, those funds came -- you can trace them

18   directly to?

19   A     Deanna Wolfe and Sylvia Roma.

20   Q     Now, still out of order, but exhibit number -- chart

21   number 729.  And does that detail out the transaction that's

22   reflected in count 13 of the indictment?

23   A     It does.

24   Q     So, again, are we dealing with the same Joyce Michael,

25   Inc., Bank of America account?
```

1    A    Yes, we are.

2    Q    And this is, again, another snapshot of that account?

3    A    That's correct.

4    Q    This time we're talking about the starting date of May

5    the 4th of 2010?  And at that time what was the balance in

6    the account?

7    A    The balance was a negative $272.76.

8    Q    And then what happened?

9    A    So on May 4, 2010, she -- Rose Marks received a wire

10   from Andrea Walker in the amount of $373,725.

11   Q    And that is reflected and relates to Count 9 of the

12   indictment?

13   A    That's correct.

14   Q    So now she has a balance in her account of what?

15   A    $373,452.24.

16   Q    And then what happens?

17   A    So then on May 5th, 2010, which is count 13, Rose Marks

18   withdraws $58,639, and then with those proceeds she purchases

19   two official checks, one check written to Peter Wolofsky in

20   the amount of $50,000, and the check memo on that is "half,"

21   I believe, it's "balance Bentley," and "Merc." I believe is

22   Mercedes.

23            And then the second official check she purchases

24   goes to Atlas Leasing in the amount of $8625, and Atlas

25   Leasing records indicate five payments on the Bentley note.

1    Q    Then there were some check fees, $14, so equaling the

2    $58,639 that she withdrew on May 5th, 2010?

3    A    Correct.

4    Q    And, again, all these monies directly traceable to the

5    funds transferred in by wire by Andrea Walker?

6    A    Correct.

7    Q    Let me direct us back, then, to Government's

8    exhibit 725.  And what does this chart demonstrate?

9    A    Exhibit 725 is the 2006-2007 disposition of Jude

10   Montassir funds provided to or on behalf of Rose Marks.  So

11   whereas Ms. Leavitt showed the money, where it went when it

12   came in, this shows what happened to the funds after it came

13   in.

14   Q    All right.  So let's just take it one year at a time.

15        In 2006, how much money was sent in by Jude

16   Montassir to either the Defendant or to third parties related

17   to this matter?

18   A    It was $1,310,858.34.

19   Q    And you then break it down as -- now, this $1,310,858,

20   is that money that made it -- all of it made its way into one

21   of the Defendant's bank accounts, or did some of this money

22   go directly to third parties?

23   A    No, some of this money went into the Defendant's bank

24   accounts, as well as to third parties, like Atlas Leasing and

25   Peter Wolofsky and/or Bruce Green.

```
 1   Q     All right.  And just very quickly, then, the disposition
 2   of those funds, tracing where that money went, what did you
 3   determine?
 4   A     So I determined that $133,472.88 was provided to Atlas
 5   Leasing.  Ms. Marks withdrew cash of $469,221.89.  She then
 6   withdrew cash from the casinos in the amount of $283,583.84.
 7   She provided checks to Mary Guardia, which were cashed in the
 8   amount of $94,589.65.  And then miscellaneous items
 9   incorporate all other things not on this chart.  So whether
10   it be hotels, restaurants, plane tickets, anything outside of
11   this chart.
12             And that was in the amount of $211,137.43.  And
13   then, finally, either directly or indirectly amounts given to
14   Peter Wolofsky and/or Bruce Green in the amount of
15   $118,852.65.
16   Q     All right.  And for the year 2007, the amount of money
17   that came from Ms. Montassir to the Defendant or to parties
18   related to the Defendant?
19   A     Yes, it was $2,239,615.  And that's broken down again,
20   Atlas Leasing, $260,006.80, and then cash withdrawn by
21   Ms. Marks is $739,327.88.
22   Q     And when you say cash withdrawn, what evidences that?
23   Is that taken directly from the bank?
24   A     Yes, correct, taking cash from the bank.
25   Q     Are you including ATM withdrawals in that amount or is
```

```
1    that just withdrawals like at the counter?
2    A    No, ATM withdrawals would count in there.  Unless it was
3    done at the casino ATM, and then that would be considered the
4    casino.
5    Q    Okay.
6    A    So the casino withdrawals are $249,918.53.  And then
7    checks written to Mary Guardia, which were cashed, were
8    $39,400.  Miscellaneous items, $249,459.79.  And then,
9    finally, Peter Wolofsky and/or Bruce Green was $701,502.
10   Q    And, again, that shows that all these funds that went
11   into the bank accounts came out of the bank accounts in some
12   fashion?
13   A    Correct.  Or to third parties, correct.
14   Q    And so then you simply totaled up the total as
15   $3,550,473.34?
16   A    That's correct.
17             And just so you understand, if there was -- there
18   were monies coming in and out of the bank additional to this,
19   but I considered the funds first in, first out basis.  So if
20   money came in -- money was in the account from another party,
21   then I wouldn't count those funds until we got down to zero
22   again, and then I would take that money as the money from
23   Ms. Montassir.
24   Q    Let me then direct you to Government's exhibit 726.  And
25   what is this chart prepared -- purport to show?
```

```
 1   A     Basically, this is an example of how I traced the funds,

 2   and it actually involves the checks from count number 2 that

 3   came in on January 22nd, 2007, or were FedExed on that date,

 4   and it just shows the tracing of those funds as they came

 5   into the account.

 6           There was also a third check which went to Atlas,

 7   which, a portion of those funds ends up back into Ms. Marks'

 8   account.

 9   Q     All right.  So in this instance we're dealing with a

10   different bank account?  This is Washington Mutual account?

11   A     Correct, Washington Mutual ending in 2373.

12   Q     And this snapshot that you're taking is beginning on

13   January 23 of 2007?

14   A     That's correct.

15   Q     And you're taking us all the way to basically

16   February 21 of 2007, about 4 weeks' worth of transactions?

17   A     That's correct.

18   Q     So on January 23rd of 2007 where you start your

19   snapshot, what was the balance in that bank account?

20   A     Ms. Marks had a balance of $75.12.

21   Q     So then on that same date, $500 came in and was credited

22   to the account?

23   A     That is correct.

24   Q     And then on that same date what happened next?

25   A     Then on the same day, she received the check from Jude
```

1    Montassir which she deposited, which was $50,000.

2    Q    So now her balance was $50,575.12?

3    A    That's correct.

4    Q    Okay.  And what happens to that $50,000?  Or what begins

5    to happen?

6    A    Well, she begins withdrawing the funds, and as you can

7    see, the first withdrawal is the ATM at the Seminole Casino.

8    But again, if you look over on the column all the way to the

9    right where it says category, that lists whether or not I

10   utilized those funds.  NA indicates that I did not, because

11   she already had that $575.12 balance.  So I took that down to

12   zero, and then I would include the funds after that and put

13   them towards Jude Montassir's money.

14   Q    Okay.  So from January 23rd to January 24th, at least

15   the first section before there's another deposit, there are

16   some transactions, Seminole Casino, Home Shopping Network,

17   Miccosukee Indian Resort and Seminole Casino, bringing the

18   amount down to $49,209.14?

19   A    That's correct.

20   Q    Then there were some deposits on January 24th, and what

21   were they?

22   A    Yes, the first deposit is from Atlas Leasing to Rose

23   Marks, but the source of those funds was the other $50,000

24   check that was mailed to Ms. Marks, and those funds went

25   towards vehicles or properties at Atlas Leasing, but then

 1    they refunded her the $3918.44.  So that money still came

 2    from Ms. Montassir -- well, she actually had on that date,

 3    she deposited the $50,000 check from Jude Montassir, the

 4    other one that she had received.

 5    Q     So this is the second $50,000 check that you had

 6    reference to earlier with respect to count 2 in the

 7    indictment, the mailing of the checks?

 8    A     That's correct.

 9    Q     All right.  So now she deposits the second check plus

10    the 3918, and her balance now on January 24th is $103,127.58?

11    A     Correct.

12    Q     All right.  Now, you start to track what she does with

13    that money.

14    A     I do.

15    Q     And what does she do?

16    A     Well, she has several withdrawals from the Seminole

17    Casino, Home Shopping Network.  She also withdraws money in

18    cash.

19              If you go to the next page --

20    Q     So cash withdrawal on January 21 of 2007 for $3500?

21    A     Correct.

22    Q     All right.  Now, a couple more ATM withdrawals?

23    A     Correct.

24    Q     Then we go to page 2?

25    A     Yes.

```
1    Q    And what's going on?

2    A    So, again, Toys "R" Us is the first transaction, and

3    then Seminole Casino Hollywood, checks to Mary Guardia,

4    additional cash checks, Sports Authority, Seminole Casino

5    several times, cash is withdrawn several times.

6    Q    Let me just stop you.

7         On February the 8th, there's a check to Cash for

8    $20,000?

9    A    Yes, and then in the check memo it lists cemeteries.

10   Q    And February 8th on the same day there's another check,

11   check number 219, another check for Cash, but no notation on

12   the check as to the use for that?

13   A    Correct.

14   Q    So now we're down to $50,253.71.  So let's continue.

15   What happens to that money?

16   A    So, again, more transactions at the Seminole Casino,

17   more cash withdrawals.  And then on the third page, you have

18   withdrawals at the -- I'm sorry, purchases at the Galleria

19   Mall, Mary Guardia checks.  Again, more casino withdrawals.

20   There's a Hillcrest Country Club transaction, and then, you

21   know, your normal withdrawals, 7-Eleven, Walgreen's, and then

22   there's an IL Mulino.

23   Q    You know to be?

24   A    A restaurant.

25         And there's Capital One payments, Premier Credit
```

```
 1    Card and then another payment to, I believe, a gentleman.
 2    Q    So that takes us down to the bottom page 3.  Now we're
 3    down to $28,227?
 4    A    That's correct.
 5    Q    The top of page 4, then what happens?
 6    A    So, again, 7-Eleven standard fees, Mary Guardia,
 7    Seminole Casino again, a cash withdrawal.
 8    Q    Check 268 on 2/20/07, $10,000?
 9    A    That's correct.
10    Q    No notation on the check as to the use of those funds?
11    A    No.
12            Then she makes payments to Nordstrom Bank and
13    Chase, the City of Fort Lauderdale.  She pays a credit card,
14    ADT.
15    Q    ADT is a security company?
16    A    Correct.
17            Then Christina Wan, which is a restaurant, gas
18    charges, Rooms To Go, Sears, and then more Seminole Casino
19    withdrawals, and --
20    Q    Best Buy on 2/21/07, $1188?
21    A    Correct, Best Buy, and more Seminole Casino withdrawals.
22            And then on 2/21/2007, we have a balance of $5796.
23    Q    Let me just stop you right there.
24            So we started with $103,127 as of January 24th
25    after the two checks from Jude Montassir were deposited into
```

```
 1    the account?

 2    A    That's correct.

 3    Q    Now, we're down to $5796?

 4    A    Correct.

 5    Q    Then what happens?

 6    A    Then Jude Montassir wires in $27,000 into Rose Marks'

 7    account.

 8    Q    And could you have, like, gone on and on and on with

 9    this, each transaction showing types of withdrawals that were

10    made?

11    A    I did myself, but, yes, I could have.

12    Q    And if we started tracking the 27,000, would we find

13    something similar, withdrawals, cash, personal expenses,

14    things of that nature?

15    A    Yes, it was the same thing.

16    Q    Let me now direct you to exhibit 727.  And what is this?

17    What are you attempting to show here?

18    A    These are the funds that were sent directly to Peter

19    Wolofsky or Bruce Green, checks that were written by Jude

20    Montassir or Deveraux, Inc.

21    Q    And when you say sent directly to them, what do you mean

22    by that?

23    A    I don't mean they were sent to them.  They would be sent

24    to Rose Marks, and then she would provide the checks to them.

25    But the money would go directly into their bank accounts
```

1    versus hers.

2    Q    So never touched her bank account?

3    A    Correct.

4    Q    And in some instances, the checks actually didn't have a

5    pay to the order of until they were filled in later?

6    A    That's correct.

7    Q    So this one, I think, we can move through rather

8    quickly.  Starting from February 24th of 2003 through

9    December 5th of 2007, you were able to track about 18

10   transactions in those four years?

11   A    That's correct.

12   Q    And so in 2003 it totaled $83,000, in 2004 it totaled

13   $427,777.77, correct?

14   A    Correct.

15   Q    Are we reading this, the middle column there?

16        Total for 2005 was $185,250.  Total for 2006 was

17   $87,508.32.

18   A    Thirty-four.

19   Q    Thirty-four.

20        And in December -- I mean 2007, $636,000.

21        So you were able to track a total of what for those

22   years made payable to either Peter Wolofsky or Bruce Green,

23   PA?

24   A    Yes, it was $1,419,536.11.

25   Q    Let's then go to chart 730.  And what are you seeking to

1    demonstrate here?

2    A    So this would be count number 5, in which the funds from

3    Jacob Soendergaard were wired to the Joyce Michael, Inc.

4    account at Bank Atlantic ending in 4417, which is controlled

5    by Rose Marks, and the wire amount was $23,535.25.

6    Q    All right.  So this is, again, another snapshot of a

7    Bank Atlantic account this time ending in 4417, Joyce

8    Michael, Inc.?

9    A    That's correct.

10   Q    And the beginning balance before the wire from

11   Mr. Soendergaard on October 29th of 2008 was $2918?

12   A    Correct.

13   Q    So then the wire comes in, 23,535.  So now the balance

14   is $26,453?

15   A    Correct.

16   Q    And now you're going to demonstrate a partial

17   disposition of those funds?

18   A    Just a partial disposition, correct.

19   Q    All right.  So what happens to those funds?

20   A    The majority of the funds are withdrawn in cash, but

21   there is also a purchase at Michaels of New York, and then

22   there is a check written to Debbie Von Beulen in the amount

23   of $2000, and --

24   Q    What was the date of that?

25   A    That is November 3rd, 2008.

1    Q    Okay.

2    A    And there are also some transfers which I indicate on

3    the note section what those funds were basically used for.

4    And then there is also another check on November 10th, 2008,

5    written to Debbie Von Beulen in the amount of a thousand

6    dollars.

7    Q    And then two more checks on November the 10th.  If you

8    could explain those to . . .

9    A    Again, these are just checks that were written but then

10   deposited into another account, the WAMU 3452.  And as I

11   stated before, there's a note on there as to, you know, where

12   those funds ended up.

13   Q    In other words, for example, the first -- the check 1009

14   was transferred to another account, WAMU 3452, $700?

15   A    That's correct.

16   Q    And then you have a notation.  Did you then follow up

17   with that account, the 3452, to see where that money went?

18   A    I did.

19   Q    And it went to the Seminole Hard Rock Casino and to

20   Quality Meats?

21   A    That's correct.

22   Q    And the next transaction, $700, going into another WAMU

23   account, 2373.

24   A    Yes.

25   Q    $700.

1          And then you went over to that WAMU account to see

2   what the money was used for?

3   A    That's correct.

4   Q    And that was used to do what?

5   A    It was to cover the overdrawn account.

6   Q    And then on 11/10/08, $500 more of withdrawals; and then

7   what happened?

8   A    And then another deposit was made into the account, and

9   then the funds were commingled, and so I just stopped the

10  analysis there.

11  Q    And the 11/12/08 deposit that you referenced in your

12  note, was that from a known third party, or was that from one

13  of the alleged victims in this case?  Do you recall?

14  A    It was from a third party.

15  Q    Directing us to 731.  What does this chart purport to

16  demonstrate?

17  A    This was a wire sent from Jacob Soendergaard to Vivian

18  Marks on December 18th, 2008.  It was sent to Vivian Marks'

19  Chase Bank account ending in 8565.

20  Q    Okay.  So the snapshot starts us off on 12/18/08.  At

21  that time the balance in the account before the wire was

22  $9095.06?

23  A    That's correct.

24  Q    All right.  Then you mentioned the wire comes in, the

25  47,000, with leaving a balance on 12/18 of $56,138.63?

```
 1   A    Correct.  These are the funds that Jacob borrowed from

 2   his family.

 3   Q    All right.  And what happened to those funds?  What's

 4   the disposition of those funds?

 5   A    The partial disposition is on December 22nd, 2008,

 6   Vivian Marks withdrew $40,000 from the account.  She then

 7   used that $40,000 to purchase two official checks.  The first

 8   official check was --

 9   Q    And you talk about official checks.  Are you talking

10   about bank checks that are purchased at the bank?

11   A    Correct, bank checks.

12   Q    Okay.

13   A    So the first check was Fort Lauderdale Collection, and

14   that was for $20,000, and the Atlas Leasing records indicated

15   that this money was deposited for the purchase of Rose Marks'

16   2005 Ferrari F430, which I believe was being driven by Ricky

17   Marks.

18   Q    All right.  And then that's 20,000.  And then what

19   happened to the remaining 20,000?

20   A    So then another official check was purchased from Vivian

21   Marks to Rose Marks.  Rose Marks deposited that into her Bank

22   United account ending in 377, and I basically went into that

23   account just to see where the funds went, and there was a

24   check of $5000 to Patrick Daoud.

25   Q    Do you know who that is?
```

```
 1    A      Yes, he owns Daoud's Jewelers.

 2    Q      Continue.

 3    A      There was also a check for $550 to a Vena Powell.  There

 4    was $2200 in cash, and then there was $1960 in casino ATM

 5    withdrawals and a hundred dollars towards Enterprise

 6    Rent-A-Car, and then $190 for miscellaneous items.

 7              Then finally, Vivian Marks withdrew $10,000 of

 8    cash.

 9    Q      So out of that $47,000 of Mr. Soendergaard, $40,000 was

10    disposed of in the manner you just described?

11    A      Correct.

12    Q      Directing us to Government's exhibit 732, what is this a

13    snapshot of?

14    A      This is showing the August 14th, 2009, wire from Gary

15    Tschetter to Joyce Michael, Inc. Bank of America account

16    ending in 8337, which is controlled by Rose Marks; and on

17    8/14/2009, Ms. Marks had a negative balance of $668.12.  Once

18    she received the wire from Mr. Tschetter, she had a balance

19    of $47,331.88.

20              Then on 8/17/2009, Ms. Marks withdrew $12,482.74,

21    and with these funds, again, she purchased two official

22    checks from the bank.  One of the checks was written to Atlas

23    Leasing for $10,000, and the check memo indicated car down

24    payment, and Atlas Leasing records showed payment of Rose

25    Marks' 2009 Mercedes CL63.  And the second check was also
```

1   written to Atlas Leasing for $2468.74, and, again, it went

2   towards the same vehicle.

3   Q    So you're able to show the disposition of the account of

4   withdrawal on 8/17/09 going to Atlas Leasing?

5   A    Correct.

6   Q    The money from Gary Tschetter?

7   A    Correct.

8   Q    And did you then carry it forward to see what happened

9   to the rest of the money?

10  A    I did.  She withdrew most of the other funds in cash.  I

11  believe she paid an ADT bill, I believe there may have been a

12  plumbing bill, and then some withdrawals from the casino.

13  Q    Government's exhibit 733.  What is this a snapshot of?

14  A    So after the Gary Tschetter funds from 8/14/2009, after

15  they dwindled down, then on 8/21/2009, Ms. Marks received a

16  check from -- well, Joyce Michael received a check from Nana

17  Adae in the amount of $6800.

18  Q    Can I just stop you for a second?  I mean, we can read

19  732 and then 733 sort of in conjunction with each other

20  because we're talking about the same bank account and we're

21  talking about very similar -- very close in time; is that

22  right?

23  A    That's right.

24  Q    So when we ended on 732, you didn't have an ending

25  balance at that point on 8/17.  We started on 8/14 with the

```
 1   wire in from Mr. Tschetter.  We showed a portion of the money
 2   going down.  But now 8/21, four days later, starting on chart
 3   733, the beginning balance is now a negative $1240?
 4   A    That's correct.
 5   Q    So Mr. Tschetter's -- all of his money is gone by that
 6   point?
 7   A    That's correct.
 8   Q    One week?
 9   A    Yes.
10   Q    Okay.  So now we're in negative numbers.  So what
11   happens on 8/21 now on chart 733?
12   A    So they received a check from Nana Adae in the amount of
13   $6800, goes into Rose Marks' Bank of America account ending
14   in 8337.  And then on August 24, 2009, Gary Tschetter wires
15   in $36,000 into that same bank account, and then --
16   Q    So now, we have a balance of $41,512.35 as of 8/24/09?
17   A    Correct.
18   Q    And now, what happens to that money?
19   A    So some of the funds are transferred to another Rose
20   Marks bank account, which is BOA ending in 5/9/08, and these
21   funds were withdrawn in cash, as well as from Seminole Hard
22   Rock Casino ATMs.  Ms. Marks also withdraws cash.  She writes
23   a check to Mary Guardia which was cashed.
24   Q    So the $10,000 in cash and then a check to Mary Guardia
25   for $5000 that's cashed?
```

```
 1    A     Correct.

 2    Q     All in the -- both -- okay.  And then a check to

 3    Allstate, a check card purchase?

 4    A     A payment to Allstate.

 5    Q     All right.

 6    A     And then another withdrawal in cash of $10,000, and then

 7    another transfer which goes into the same BOA5598 account.

 8    Q     In August 26th of '09 a transfer of $1500?

 9    A     That's correct.

10          And those funds are withdrawn from the Seminole

11    Hard Rock Casino ATM.

12          Then the following day she pays Neiman Marcus

13    $3000, and there are additional withdrawals from the Seminole

14    Hard Rock Casino, and by 8/31/2009, her balance is then down

15    to $795.60, and a cash deposit of a thousand dollars is put

16    into the account.

17    Q     And so starting with a balance of $41,524 on 8/24, one

18    week later she's down to $795?

19    A     Correct.

20    Q     What does 734 exhibit show us?

21    A     734 is -- shows a wire from --

22          MR. SCHWARTZ:  Your Honor, I don't have a copy of

23    734 for some reason.

24    BY MR. STEFIN:

25    Q     What is this a snapshot of?
```

1    A    This shows a wire from Andrea Walker on July 24th, 2009,

2    which was the first wire in which the sacrifices were

3    supposed to stop and money was supposed to be returned to

4    her, and it was for $23,975, and it went into the Joyce

5    Michael, Inc. Bank of America account ending in 8337, which

6    had a beginning account balance of $133.13.

7         And then the disposition of those funds are on

8    7/28/2009, Rose Marks withdrew $21,199.  These funds were

9    used to purchase two official checks.  One check was written

10   to Peter Wolofsky in the amount of $10,185, and the check

11   memo indicates August mortgage payment 2009.  And the second

12   official check was to Atlas Leasing in the amount of $10,000,

13   which says Atlas Leasing records indicate payment of Rose

14   Marks' 2009 Mercedes CL63.

15   Q    So out of $23,975, approximately $21,000 was used for

16   payments to Peter Wolofsky and Atlas Leasing?

17   A    Yeah.  I believe the other thousand dollars in there was

18   taken out in cash.

19   Q    Working our way down, 735, what is that a snapshot of?

20   A    This is a wire received from Andrea Walker on May 25th,

21   2010, in the amount of $119,190.51 into the Joyce Michael,

22   Inc. Bank of America account ending in 8337, which is

23   controlled by Rose Marks.  And it had a beginning account

24   balance of $31,062.48, providing her with a total account

25   balance of $150,252.99.

```
 1              And then I go through the disposition of those
 2     funds.
 3              So on 5/5 she makes a purchase at LL Bean.  She
 4     also transfers funds to BOA 5908, which is another Rose Marks
 5     bank account.
 6     Q    And what does she do with -- that's $2000?
 7     A    That's $2000.
 8              And these funds were withdrawn at the Seminole Hard
 9     Rock Casino.
10              She also writes a check to Mary Guardia which is
11     cashed, and then you see on 5/26 she withdraws $5000 in cash,
12     and then on 5/27 she withdraws $60,000 in cash.
13     Q    And are you able to determine what she does with this
14     $60,000?
15     A    No, I am not.  She just withdraws the cash.
16     Q    All right.
17     A    Then on 5/27 she transfers money again to her BOA5908
18     account, and these funds are withdrawn at the Seminole Hard
19     Rock Casino, as well as used to pay bank charges.
20              Then on 5/28, this is the check that Rose Marks
21     purchased for Gary Tschetter in which he asked for -- was
22     asking for his money back.  I believe he requested $80,000,
23     and Rose Marks said she was only able to come up with
24     $66,000.  So she purchased an official check.
25     Q    I just want to clarify, the purchase of this official
```

1    check on May 28th, did that $66,000 come out of that 8337

2    bank account on that day?

3    A    Yes, that's correct.

4    Q    And that's in addition to the 60,000 she had withdrawn

5    the previous day?

6    A    That's correct.

7    Q    All right.  So she purchased this check made payable to

8    Gary Tschetter in the amount of $66,000?

9    A    That's correct.

10   Q    So at that point in time, then, you have in your

11   notation section as of 5/28/10, the ending balance on the

12   account was $13,000?

13   A    That's correct.

14   Q    And we had started three days earlier, the balance was

15   $150,000?

16   A    That is correct.

17   Q    So now, we have $13,000.  Now, what happens to that

18   money?

19   A    Then she makes another transfer to her BOA 5908 account.

20   These funds are withdrawn at the Seminole Hard Rock Casino.

21   Q    That's $4000?

22   A    That's correct.

23        And then $9221.75 is withdrawn from the Seminole

24   Hard Rock Casino, and then there are some miscellaneous fees.

25        Then we end up with a balance on June 1st, 2010, of

1     a negative $296.31.

2     Q     From one week after the $150,000 balance?

3     A     That's correct.

4     Q     What does 736 demonstrate?

5     A     736 is the last wire sent from Andrea Walker to the

6     Joyce Michael -- it was a BB&T account ending in 8509.  These

7     were the funds that were supposed to help her in the passing

8     of her mother.

9           I then show the disposition of these funds.

10    Q     So the opening balance on October 1 for this account,

11    this BB&T account, was a hundred dollars?

12    A     That's correct.

13    Q     And then she wire-transfers in $17,972, for a balance of

14    $18,072?

15    A     Correct.

16    Q     Then what happens to those funds?

17    A     Ms. Marks then writes a check to Cash, and then she

18    withdraws pretty much the remainder of the funds at the

19    Seminole Hard Rock Casino, and we end up with a balance on

20    October 7th, 2010, of a negative $79.02.

21    Q     One week later, six days later.

22    A     Correct.

23    Q     737, what does that show?

24    A     737 shows Count 8, which is a wire from Sylvia Roma to

25    Joyce Michael, Inc. on December 23rd, 2009, which, again goes

```
 1    into the Bank of America account ending in 8337.  And the

 2    amount was $102,743.55.

 3    Q     And before that, before that wire came in, there was a

 4    negative balance of $285.89?

 5    A     That's correct.

 6    Q     So now the wire comes in, $102,743, and what happens to

 7    the money?

 8    A     So, again, the same normal purchases.  There's cash

 9    withdrawn, then there's a Nordstrom's payment, and then

10    there's the official check that is written to Sharon Stevens

11    for $50,000.

12    Q     That's the day after she got the money in from Sylvia

13    Roma?

14    A     That's correct.

15    Q     So now we're down to $51,272?

16    A     Correct.

17    Q     Then what happens that same day?

18    A     So then she withdraws $25,000 in cash, and a payment's

19    made to Google, and then she receives some funds from her

20    Merchant Bank account.  And then it goes on.  There are

21    transfers to her 5908 account.  This money is withdrawn from

22    the Seminole Hard Rock Casino.

23    Q     That's on 12/28?

24    A     That's correct.

25    Q     And what is that money used for?  Oh, you said it was
```

```
 1    withdrawn from the Seminole Casino.

 2    A    Correct.

 3            And then on 12/29/2009, Rose Marks does a

 4    withdrawal of $10,014, and she purchases two official checks.

 5    One of these checks is for $5000.  It's written to Atlas

 6    Leasing, and the Atlas Leasing records indicate that this was

 7    also a payment on Rose Marks' 2009 Mercedes CL63.  And then

 8    the second official check is to Peter Wolofsky in the amount

 9    of $5000, and the check memo on that is mortgage payment.

10            And then we continue down.

11    Q    So as of 12/29, then, after she purchases those official

12    checks, we're down to $14,635.17?

13    A    That's correct.

14    Q    Okay.  Now, more transactions on that same date?

15    A    Correct.  There was a transfer, which, those funds are

16    used to pay overdraft fees in her Bank of America 5908

17    account, as well as are withdrawn from the Seminole Hard Rock

18    Casino.  She withdraws cash of $3000, and then the

19    following -- I'm sorry.  Two days later there is checks

20    written to Mary Guardia which are cashed, and then there is a

21    payment to Allstate.

22    Q    12/31/09, for $908.32?

23    A    Correct.

24            And we have a balance of $5374.85.

25    Q    So then what happens?  This is on December 31, we're
```

```
 1    down to $5374, and what happens then?

 2    A    And then Ms. Marks receives a wire from Deanna Wolfe in

 3    the amount of $19,975.

 4    Q    So that brings the balance back up to 25,349.85?

 5    A    That's correct.

 6    Q    Go ahead.

 7    A    And then those funds are withdrawn in cash, as well as

 8    from the Seminole Hard Rock Casino.  There is transfer to her

 9    5908 account, which, again, these are funds withdrawn from

10    the Seminole Hard Rock.  There's a check for $5000 written to

11    Mary Guardia.

12    Q    That's on January 5th, 2010, the middle of the page?

13    A    Correct.

14         And then there is $7159.70 withdrawn from the

15    Seminole Hard Rock Casino.  Then there are additional

16    transfers, and then we get to an account balance on

17    January 8th, 2010, of $752.18.

18         And on January 11th, 2010, Sylvia Roma then

19    deposits cash into Ms. Marks' bank account of $3500, and this

20    money then on that same date is withdrawn from the Seminole

21    Hard Rock Casino.  It's withdrawn in cash, and really, by the

22    end of the day we have a balance of $38.91.

23    Q    And all this took place over a period of about two

24    weeks, two and a half weeks?

25    A    Correct.
```

```
 1   Q     And during that time, there was deposits of over a

 2   hundred thousand dollars, 20,000, 120, about $123,000?

 3   A     That's correct.

 4   Q     From the individuals that you described?

 5   A     Correct.

 6   Q     Government's exhibit 738.  What is that a snapshot of?

 7   A     These are -- this is the wire sent from Susan Abraham to

 8   Joyce Michaels Consultant, Inc. bank account, which is

 9   controlled by Rose Marks.  The account ends in 2379.

10   Q     So this is another bank account, TD Bank?  I don't think

11   we've -- your charts have shown that one yet, have they?

12   A     I don't believe so.

13   Q     Joyce Michaels Consultant, Inc.  The beginning balance

14   before the wire-transfer on 7/20/11 was?

15   A     It was a negative $2056.40, but on that same date, she

16   did receive or did deposit cash of $2700 into that account.

17   And, again, these are the funds that Ms. Abraham had gotten

18   from her husband after she told him that she needed it to

19   purchase a property.  These funds are then sent to the

20   account, and a portion of the disposition of those funds

21   shows that on July 20th, 2011, check number 112 is written to

22   Cash in the amount of $20,158.

23          This check was then used to purchase two official

24   checks.  One of the checks was to Peter Wolofsky in the

25   amount of $10,150, and the check memo indicates July's
```

1    mortgage payment, 7/20/11.  And then the second check was to

2    Fort Lauderdale Collection in the amount of $10,000.  Atlas

3    Leasing records show that this was a purchase of Rose Marks'

4    1989 Mercedes-Benz 560SL.

5    Q    Okay.  And that's just a partial disposition of those

6    funds?

7    A    That's correct.

8    Q    And if you went on, what would you -- what would you

9    have found?

10   A    Again, it was all the same pattern as I looked through

11   the bank accounts.

12   Q    I do want to clarify one thing.  7/20/11 was the wire

13   from Susan Abraham.  This was a few weeks before the arrest

14   of the Defendants, correct?

15   A    That's correct.

16   Q    To your recollection, was that the last wire or money

17   that was sent by Ms. Abraham?

18   A    No, it wasn't.  She then received the funds from her

19   mother, from the sale of her mother's home.

20   Q    We're going to talk about that in the next chart?

21   A    Yes, that's correct.

22   Q    Okay.  So let's go to the next and one of the last

23   charts here.

24            So is this a continuation on that TD Bank account?

25   A    Yes, it's the same TD Bank account.

```
 1    Q    All right.  So where we left off on the TD Bank account

 2    was on 738 was, we're up to the date, 7/20/11.  So chart 739

 3    now jumps us to July 29th of 2011?

 4    A    That's correct.

 5    Q    And the beginning balance at that point is what?

 6    A    It's a negative $2596.37.

 7    Q    So the entire -- all these $67,000 that Ms. Abraham had

 8    sent on 7/20 is gone by 7/29?

 9    A    Yes, it's now been depleted.

10    Q    So then what happens on 7/29?

11    A    So this is the wire from Susan Abraham and really, her

12    mother's bank account, supposedly to help in her mother's

13    grieving of her father.  Again, monies to be returned.

14         Susan Abraham sends to Joyce Michaels Consultant,

15    Inc., $41,482, and then a second wire, which, I believe the

16    money went from her mother's account to Susan's account and

17    then to the Joyce Michaels Consultant, Inc. account.  But

18    that amount is $6306.

19         And then I show --

20    Q    So the balance at that point after she sends those two

21    wires -- and one, you said payor Susan Abraham, but do you

22    recall there account a second payor on those bank records?

23    A    Yes, it's Norma Greaves.

24    Q    And Norma Greaves was identified as?

25    A    As Susan's mother.
```

```
 1    Q     So the balance then now on 7/29 is $45,191.63?

 2    A     That's correct.

 3    Q     All right.  And then what happens to that money?

 4    A     So Ms. Marks withdraws $18,000 in cash, she also

 5    withdraws $3168 from the Seminole Hard Rock Casino, there's a

 6    payment to Dillard's, 7-Eleven, and then she withdraws

 7    $15,000, which a portion is used towards an official check,

 8    and the other is pulled out in cash.

 9          The official check is written to Fort Lauderdale

10    Collection in the amount of $5000, and the Atlas Leasing

11    records indicate this was used for the Rose Marks Range

12    Rover, which was actually for her granddaughter, Vivian

13    Marks.

14    Q     So the balance at that point -- so she pulled out

15    $15,000.  You said $5000 of it went for this check to Fort

16    Lauderdale Collection, and then she pulled out another

17    $10,000, or approximately $10,000 in cash?

18    A     That's correct.

19    Q     So now the balance is down to $8684.65?

20    A     Correct.

21    Q     All right.  And then what happens?

22    A     And then she withdraws some additional cash.  Uncle

23    Julio's is a restaurant, she pays the FP&L, and then

24    Progressive American, I believe it's insurance premium.  And

25    then additional funds are withdrawn from the Seminole Hard
```

```
 1    Rock Casino.  And by August 8th, 2011, there is a negative
 2    balance of $2168.28.
 3    Q    And that started with $47,000, close to $48,000 having
 4    been deposited into the account --
 5    A    That's correct.
 6    Q    -- by Ms. Abraham?
 7    A    Correct.
 8    Q    And do you recall that was money she was told she would
 9    get back in three weeks?
10    A    She was.
11    Q    I think this may or may not have come out, but did you
12    total up all the checks that had been written to Mary Guardia
13    and cashed by Mary Guardia from 2004 through 2011?
14    A    I did.
15    Q    Did you come up with a sum total --
16    A    Yes.
17    Q    -- for that period?  And how much was that?
18    A    It was $511,045.
19    Q    And did you attempt or seek to calculate based on bank
20    records and the records of the casino and the ATM cash
21    withdrawals at the casino how many days or dates between 2006
22    to 2011 it appears that the Defendant was at the casino at
23    some point in time?
24    A    I did.
25    Q    And did I -- what records did you rely upon to do that?
```

```
 1   A     Mainly for the 2006 year, we couldn't get a lot of the
 2   GCA records.
 3   Q     And GCA is what?
 4   A     I'm sorry.  These are the -- they control the ATMs at
 5   the casino.  So any monies withdrawn from ATMs at the casino,
 6   that's GCA.
 7               So in 2006, I relied mostly on the bank records, as
 8   well as Seminole Casino had some records, but not all of
 9   them.
10               Then from 2007 to August 15th, 2011, I relied on
11   the GCA records, as well as the Seminole Casino records.
12   Q     How many days did the Defendant -- for example, in 2006,
13   how many days out of that year do the records reflect the
14   Defendant made an appearance at the casino?
15   A     174 days.
16   Q     How about for 2007?
17   A     167 days.
18   Q     2008?
19   A     226 days.
20   Q     2009?
21   A     288 days.
22   Q     2010?
23   A     298 days.
24   Q     And from January of 2011 'til -- until August of 2011,
25   how many days did you count up?
```

1    A    158 days.

2    Q    Now, again, we talked about the fact that there were

3    search warrants executed, I believe it was on August the 15th

4    of 2011?

5    A    I believe so.  The 16th.

6    Q    August 2011.

7    A    Correct.

8    Q    And based upon the searches that were conducted, based

9    upon the bank records that have been obtained to look at the

10   bank accounts being held by the Defendant, of the alleged

11   millions of dollars provided by victims in this case to the

12   Defendant and members of her family, how much cash was

13   located on any of the premises or locations that were

14   searched or any of the bank accounts based on the bank

15   account records?  How much cash was located?

16   A    About $5000.

17   Q    And where was that money found, the $5000?

18   A    It was found in a couple locations.  I believe the

19   smaller portion was found at 1319 Seminole, and I believe the

20   larger portion was at one of the businesses on 17th Street.

21   Q    And were there thousands or millions of dollars in bank

22   accounts that -- traceable to the victims that could be found

23   in this case?

24   A    No.

25            MR. STEFIN:  That's all I have on direct at this

```
 1    time.
 2              THE COURT:  Thank you.
 3              Cross-examination.
 4              Do you want to start, Mr. Schwartz?
 5              MR. SCHWARTZ:  I will, Judge.  I'm not going to
 6    finish by noon.
 7              THE COURT:  Okay.
 8                         Cross-examination
 9    BY MR. SCHWARTZ:
10    Q    Did you indict the Seminole Hard Rock Casino as
11    coconspirators here?
12    A    No.
13    Q    But you did indict Peter Wolofsky, didn't you?
14    A    No, I didn't.  The U.S. Attorney's Office did.
15    Q    I'm sorry.
16              And he was later dismissed?
17    A    That's correct.
18    Q    Okay.  Let me just go out of order for a minute.
19              In '06, Nicholas Marks, Rose's husband, passed
20    away; is that correct?
21    A    I believe so.
22    Q    Did you see a lot of payments to either hospitals or
23    doctors or cash withdrawals for hospitals and doctors?
24    A    I saw some payments to hospitals, yes, and there were
25    many cash withdrawals.
```

```
 1    Q     And do you know of your own knowledge whether, because
 2    of Rose's lack of credit, she was required to pay doctors'
 3    offices and some hospitals in cash?
 4    A     No, I have no knowledge of that.
 5    Q     But was there cash that you didn't trace into bank
 6    checks or official checks or Seminole Casinos or things of
 7    that sort?
 8    A     Oh, yes.
 9    Q     A lot of them?
10    A     Yes.
11    Q     And also, did you learn during the course of your
12    investigation that Rose built a mausoleum in the cemetery to
13    her husband?
14    A     No, I didn't know that she did that.
15    Q     Do you know whether she paid cemeteries in cash or
16    official checks over $200,000?
17    A     No, I'm not sure of the amount she would have paid in
18    cash or the official checks.
19    Q     But there were cash withdrawals, 10,000 here, 10,000
20    there, what is it -- I'm not going to quote Everett
21    Dirksen -- that added up to a significant amount of sum of
22    cash that you didn't trace; is that correct?
23    A     There was a lot of cash, correct.
24    Q     But there was no cash found in her house or safe deposit
25    boxes in excess of about $5000?
```

```
 1   A      Correct.

 2   Q      And in her house there was only a few hundred dollars;

 3   is that right?

 4   A      I think there may have been like a thousand.

 5   Q      And the balance was at Donnie Eli and Rosie Marks'

 6   business on~-- or the business on 17th Street?

 7   A      The business at 17th Street, correct.

 8   Q      Whose was that, by the way, do you know?

 9   A      I believe the lease was signed by Donnie, I believe.

10   Q      Donnie Eli?

11   A      I believe so.

12   Q      And that was Rose's son-in-law?

13   A      Correct.

14   Q      Now, I guess I'm getting old, which I've admitted

15   already, but when I was a federal prosecutor, the Criminal

16   Investigation Division was referred to as CID.  Has that

17   changed?

18   A      We just call it CI.  But you can call it CID.

19   Q      Okay.  And you said you got on this investigation in

20   roughly 2010?

21   A      Correct.

22   Q      And at that time, I guess the investigation had started

23   in or around January of 2008, is that fair?

24   A      I'm not sure exact -- of the exact date the

25   investigation began.
```

1   Q    Didn't it begin with the complaint of Jennifer Hill to

2   Mr. Stack?

3   A    That would be correct.

4   Q    That was in 2007, I'm sorry.

5   A    That sounds more accurate.

6   Q    And then in 2008, Detective Stack and others, or

7   Detective Ogden, located Ms. Montassir, I guess we pronounce

8   her name, in a hotel in Fort Lauderdale?

9   A    I believe that's correct in January of 2008.

10  Q    And then they moved her from that hotel into, I think an

11  Embassy Suites?

12  A    I believe she was moved, yes.

13  Q    And do you know whether Fort Lauderdale Police

14  Department or the federal Government paid for the room at the

15  Embassy Suites?

16  A    I would think not, but, no, I don't know how that was

17  paid for.

18  Q    Because you weren't on the case yet?

19  A    No, I wasn't.

20  Q    Who was on the case at that time?

21  A    It was Fort Lauderdale PD, as well as U.S. Secret

22  Service.

23  Q    And who was the -- there's a case agent named Kelly Cook

24  who later became the case agent for Secret Service, but do

25  you know who the case agent for Secret Service was in 2008?

```
 1   A    I do, but I just don't recall his name.
 2   Q    Okay.  And we know that at least in 2008, Detective
 3   Stack was made a -- was deputized to the Secret Service.  I'm
 4   not quite sure how you do that.
 5   A    That's correct, he was.
 6   Q    And what is that called?  Is it deputized or some -- is
 7   there a specific word that I'm not getting?
 8   A    No, I believe you're correct.  I believe it's deputized.
 9   I've never done it before for a local law enforcement
10   officer, so I don't really know the process.
11   Q    And do you have any documentation establishing when
12   Mr. Stack became an adjunct to the Secret Service?
13   A    No, I don't.
14   Q    Have you seen any documentation prior to the middle of
15   2008?
16   A    I don't think I've seen the documentation before.  I
17   wouldn't have asked for it.
18   Q    And when you came onboard, was that the first time the
19   Internal Revenue Service participated in this investigation?
20   A    I believe so.  I think maybe another agent may have
21   looked at it before, but, no, officially, I was the first
22   one.
23   Q    Okay.  And was that because of the skills of the
24   Internal Revenue Service and in tracing checks and documents?
25   A    I believe so.
```

1    Q    And you do a very good job in doing that.

2    A    Thank you.

3    Q    Now, you showed us in your direct testimony, I think it

4    was exhibit 507-0017, and that was a portion of the docket

5    sheet in the New Mexico divorce case between Claude White and

6    his now ex-wife, Jude White Gilliam Montassir; is that

7    correct?

8    A    I'm going to believe your numbers.  Yes, that sounds

9    correct.

10   Q    Assuming that that's correct, that's not the entire

11   docket sheet, is it?

12   A    That is just the sheet we received from the search

13   warrant at Rose Marks' home.

14   Q    Okay.  And that was approximately 16 pages -- I'm sorry,

15   six pages, and I'll show it to you, out of 16 pages in that

16   docket sheet, I believe.

17            Let me approach.

18            MR. SCHWARTZ:  May I approach, Judge?

19            THE COURT:  Yes.

20            THE WITNESS:  Correct.

21   BY MR. SCHWARTZ:

22   Q    And we know that because on the top of the printout, it

23   says six of 16?

24   A    Yes, that's correct.

25   Q    And those six pages cover a period of roughly

```
 1    August 5th, 1992, when the petition was filed -- roughly

 2    August 5th, 1992, when the opening petition was filed; is

 3    that correct?  I've exhibited you the first page of that

 4    document.

 5    A    Yes, that's what the date says for the complaint date.

 6    Q    Okay.  And the last page appears to go through

 7    September 12th, 2007; is that right?

 8    A    That's what the date at the top says, yes.

 9    Q    Okay.  Were there any more pages for this document at

10    Ms. Marks' house?

11    A    Not that I'm aware of.

12    Q    And the Government obviously introduced this into

13    evidence for some reason.  Do you know the reason?

14               MR. STEFIN:  Objection.

15               THE COURT:  Sustained.

16    BY MR. SCHWARTZ:

17    Q    In the course of your investigation, did you try to

18    ascertain whether Ms. Marks in any way tried to assist

19    Ms. Montassir in her divorce?

20    A    There was definitely information regarding

21    Ms. Montassir's divorce, as well as the involvement with Rose

22    Marks.

23    Q    And Ms. Montassir -- to your knowledge, did

24    Ms. Montassir help -- withdrawn.

25               To your knowledge, did Ms. Marks help Ms. Montassir
```

```
 1    obtain the last attorney who represented her in that divorce

 2    case?

 3    A    I believe that's correct.

 4    Q    Sarah Bennett, is that her name?

 5    A    I believe so.

 6    Q    So she took some sort of role in assisting Ms. Montassir

 7    in the divorce, is that fair?

 8    A    She definitely took a role in Ms. Montassir's divorce.

 9    Q    I used the word "assisting."  You sort of left it out.

10    Is that for a reason?

11    A    No, I'm just answering the question.

12    Q    And we also heard both yesterday from Ms. Leavitt and

13    earlier from Ms. Walker that when Ms. Walker got involved in

14    legal problems, Rose also asked for legal documents from the

15    solicitors and -- on both sides, and she took a sort of

16    active role in the legal matters for Ms. Walker; is that

17    correct?

18    A    Yeah, I believe she asked for the Will of Ms. Walker's

19    husband that had passed.

20    Q    And didn't she ask for the papers from the solicitors?

21    A    Yes.  I believe so, yes.

22    Q    And we also saw in evidence exhibit number 504, which is

23    a document with Paula Cook's contact information or address?

24    A    Correct.

25    Q    And that was the -- I'm using the British word now --
```

```
 1    the lawyer on the other side representing Mr. White in that

 2    divorce case; is that right?

 3    A    I believe that's correct.

 4    Q    Okay.  And correct me if I'm wrong.  I believe that

 5    Andrea Walker said Rose wanted documents from both sides in

 6    the case involving her husband's estate?

 7    A    I just don't recall what she said about that.

 8    Q    And my memory's not that good either as to that.

 9          Now, you found in Rose's bedroom some documents

10    regarding -- some check cards regarding -- credit cards

11    regarding Neiman Marcus, or what I called Needless Markup; is

12    that correct?

13    A    That would be correct.

14          MR. STEFIN:  Which answer to which one?

15    BY MR. SCHWARTZ:

16    Q    We won't slander the company, so let's just say you

17    found credit cards regarding Neiman Marcus.

18    A    Correct.

19    Q    The address on the Neiman Marcus account was the

20    Seminole address; is that right?

21    A    Are you talking about the American Express?

22    Q    I'm talking about the American Express, but I'm also --

23    I was going to get there.  But I'm also talking about

24    needless -- I'm sorry, Neiman Marcus.

25    A    I mean, it was just a card.  I don't recall that there
```

1    was an address on there.

2    Q    Do you know from the course of your investigation

3    whether the credit cards shared by Rose Marks and Deanna

4    Wolfe had a mailing address of Rose Marks' mailing address?

5    A    I believe they were sent to 1319 Seminole.

6    Q    Okay.  So if there were -- if, as the credit cards

7    expired and they were renewed, credit cards were issued to

8    both Rose Marks and Deanna Wolfe, would they be sent to Rose

9    Marks' address?

10   A    Yes, I believe that's correct.

11   Q    Okay.  And would that explain why the Deanna Wolfe

12   credit cards were at Rose Marks' house?

13             MR. STEFIN:  Objection.

14             THE COURT:  Overruled if she knows.

15             THE WITNESS:  I wouldn't know.

16   BY MR. SCHWARTZ:

17   Q    Okay.  And just so that we're clear as to this, you sat

18   through the testimony of all of the witnesses in the case, I

19   believe; is that correct?

20   A    For the most part.

21   Q    And you sat through Deanna Wolfe's testimony?

22   A    Yes, that's correct.

23   Q    Is it your recollection that Deanna Wolfe said that she

24   voluntarily took out credit cards in -- jointly with Rose

25   Marks for various accounts?

1    A    Yes, she did take them out for the work.

2    Q    Well, did she take them out for the work, or did she

3    take them out because Rose needed credit cards, didn't have

4    credit, and promised to pay the credit card bills?

5              MR. STEFIN:  Objection.

6              THE COURT:  Overruled if she's referring to what

7    she recollects the testimony to have been.

8              THE WITNESS:  Can you say it one more time?

9    BY MR. SCHWARTZ:

10   Q    Surely.

11             Did she take it out for the work, or did she take

12   it out because Rose needed credit cards and promised to pay

13   the credit card bills?

14   A    Well, I believe Ms. Wolfe believed that Ms. Marks was

15   using those credit cards towards the work with Deanna.

16   That's what I believe she said.

17   Q    Didn't she say Rose promised to pay the bills?

18   A    Absolutely.

19   Q    And to your knowledge, until the last year before her

20   arrest, was Rose fairly regularly paying those bills?  Does

21   that indicate -- is that indicated in your investigation?

22   A    Well, I mean, there was in 2006, Deanna had to make a

23   $6000 payment on those credit cards.

24   Q    Right, because Rose didn't.

25   A    And then I believe in March of 2011, I believe she had

1    stopped making payments, and then she had asked Ms. Wolfe to

2    consolidate.  And then she began, I think, making payments to

3    Deanna Wolfe, who was then making the payments.

4    Q    Correct.

5            And, as a matter of fact, even after Rose was

6    arrested, wasn't she making payments on those credit cards?

7    A    For a period of time, yes.

8    Q    Okay.  And then when she got a -- one of the superseding

9    indictments, I think the third or fourth superseding

10   indictment -- I'm sorry, the second or third superseding

11   indictment, and learned Ms. Wolfe was now listed as a victim

12   of fraud, she was told to stop making the payments, is that

13   your knowledge?

14   A    Ms. Marks then stopped making the payments, yes.

15   Q    And in your experience as a special agent for the

16   Criminal Investigation Division of the Internal Revenue

17   Service, would it have been appropriate for a victim to be

18   getting payments from an alleged Defendant?

19   A    Honestly, I just -- I really don't know the answer to

20   that.  I'm sorry.

21           THE COURT:  Do you want to break for lunch now?

22           MR. SCHWARTZ:  I would.  And there's some papers

23   I'd like to look at.

24           THE COURT:  Ladies and gentlemen, let's take our

25   lunch recess.  Don't discuss the case or form any opinions,

```
 1     leave your notes, and we'll see you at 1:15.  Thank you.
 2          (The jury exits the courtroom.)
 3               THE COURT:  All right.  Don't discuss your
 4     testimony during the recess, please.  Thank you.
 5          (A recess was taken from 11:59 p.m. to 1:16 p.m., after
 6     which the following proceedings were had:)
 7               THE COURT:  Please be seated, everyone.
 8               All right.  We're back on the record.  Ms. Marks is
 9     present with counsel.
10               Are we ready to proceed?
11               MR. SCHWARTZ:  Yes.  And just before the break,
12     Mr. Stefin was nice enough to give me those reports.
13               THE COURT:  All right.
14               MR. STEFIN:  Judge, just one thing I wanted to
15     mention.  There was an exhibit, I think it was yesterday with
16     Ms. Leavitt, Government's exhibit 722.  This was a chart
17     which showed unreported income from tax years 2003 to 2010,
18     and if you recall, we had a sidebar because there was an
19     objection.  We were talking about the tax year 2010 in which
20     the Defendant hadn't filed a return.  And my recollection is
21     is that the instructions of the Court was to make no
22     reference to the tax year 2010, although the chart that came
23     into evidence does reference 2010.  So I would have assumed
24     that we might have to redact that reference to 2010.
25               However, then in cross-examination, Mr. Schwartz
```

```
 1   showed the witness and discussed 2010 with her and the
 2   numbers that were indicated on the form.  So I would say that
 3   he waived his objection to that portion of the chart to the
 4   extent it dealt with 2010, and I would just ask that we be
 5   able to leave the exhibit unredacted, 722.
 6          THE COURT:  My recollection was the issue that I
 7   ruled on was that there shouldn't be any mention of the
 8   failure to file in 2010.  I don't know that there was any
 9   problem with talking about income reported for 2010, but it
10   was the failure to file that was the problem.
11          MR. STEFIN:  Okay.
12          THE COURT:  Am I correct, Mr. Schwartz?
13          MR. SCHWARTZ:  I don't think there needs to be a
14   redaction on the form, but I think Mr. Stefin complied with
15   not talking about income -- failure to file in 2010.
16          MR. STEFIN:  Okay.
17          THE COURT:  So you agree, Mr. Schwartz, it doesn't
18   need to be redacted?
19          MR. SCHWARTZ:  I agree.
20          THE COURT:  Okay.
21          MR. SCHWARTZ:  I'd like to look at it again first,
22   Judge.
23          THE COURT:  Okay.
24          MR. SCHWARTZ:  Before I agree.
25          THE COURT:  All right.
```

```
 1              MR. SCHWARTZ:  There's just one six-word statement

 2   on the bottom, no return filed for 2010 tax year that I'd ask

 3   to be redacted.

 4              THE COURT:  All right.  So I'd ask that you remove

 5   that.  Otherwise, it can stay in evidence.

 6              Anything else?

 7              MR. STEFIN:  No.

 8              THE COURT:  Let's bring the jurors in, please.

 9        (The jury enters the courtroom, after which the following

10   proceedings were had:)

11              THE COURT:  Welcome back, everyone.  Please be

12   seated, ladies and gentlemen.

13              Mr. Schwartz, you may continue.

14              MR. SCHWARTZ:  Thank you, Your Honor.

15   BY MR. SCHWARTZ:

16   Q    Now, we talked about, or you talked about on your direct

17   examination a fax or e-mail -- I guess it was a fax document

18   that was somehow found in Rose's house regarding Colin

19   Powell?

20   A    I don't believe it was a fax.  I think it was almost a

21   script.

22   Q    There was a fax cover sheet with it, I think.

23   A    Correct.  You're correct.

24   Q    And have you read all of the Colin Powell letters?

25   A    No, I haven't read them.
```

```
 1   Q    You haven't read any of them?

 2   A    No, I think one was read the other day.

 3   Q    Okay.  I guess I might be asking you something beyond

 4   the scope of your knowledge, but let me try.

 5             Did that read like a romance novel?

 6   A    Not to my recollection, no.

 7   Q    Do you read romance novels?

 8   A    Not normally.

 9   Q    Okay.  Not that there's anything wrong with them.

10             We saw Debbie Von Beulen here as a witness for the

11   Government, do you remember?

12   A    Yes.

13   Q    And she was the lady who apparently or said she was

14   frightened by the Government, and she asked for immunity?

15   A    Yes, I recall that.

16   Q    And the Judge~-- the Government gave her immunity, and

17   based on the immunity, she was ordered to testify; is that

18   correct?

19   A    That's correct.

20   Q    And you can be ordered to testify because what you say,

21   if you have immunity, can't incriminate you, right?

22   A    That's correct.

23   Q    So you have no Fifth Amendment right.

24   A    That's correct.

25   Q    Now, to your knowledge, did anybody in a meeting with
```

1   Debra Von Beulen last year tell her that you consider her or

2   you may consider her to be a coconspirator?

3   A    I don't recall if we said that or not.  I just don't

4   recall.

5   Q    And did you consider Debra Von Beulen to be a

6   coconspirator?

7              MR. STEFIN:  Objection.

8              THE COURT:  Can I see counsel, please?

9        (The following proceedings were held at sidebar:)

10             MR. STEFIN:  Asking for a legal conclusion of the

11   witness and her opinion as to whether somebody who has been

12   indicted is a coconspirator or not, I don't think that's

13   appropriate.

14             THE COURT:  I'm trying to understand what this has

15   to do with her testimony.

16             MR. SCHWARTZ:  It's probably beyond the scope of

17   her direct testimony, Judge.  She was the case agent in the

18   case for the IRS.  She testified she was the case agent.  She

19   was there when Debra Von Beulen was interviewed.  Debra Von

20   Beulen has at least said to me that she felt that she was

21   threatened by the Government.  As a matter of fact, I think

22   she might have said it in the court, and that -- because she

23   didn't say that she was a victim of Rose Marks.

24             THE COURT:  Didn't she testify to something along

25   those lines?

```
 1                MR. SCHWARTZ:  Yes, she did.

 2                THE COURT:  So then why do you need her?

 3                MR. SCHWARTZ:  But the alleged threat was that she

 4      was a coconspirator in the case, and she could be charged as

 5      a coconspirator.  I'm trying to show there's no conspiracy

 6      here and that the word "coconspirator" is very loosely used,

 7      and I wanted to try to bring that out through this witness.

 8                If Your Honor feels it's beyond the scope of

 9      direct, then I'll stop.

10                THE COURT:  I don't really see how it relates to

11      her testimony.  Seems like you're trying to use her as your

12      witness, which, I guess maybe we can get into the issue about

13      whether you can call her in your case.

14                MR. SCHWARTZ:  Okay.

15                MR. STEFIN:  And it is -- it's outside the scope of

16      what she testified to in this matter, but in addition to

17      that, it's asking her to offer legal opinions as to a matter

18      of law which is what constitutes a coconspirator, and

19      whatever her personal opinion is is irrelevant to the issues

20      in the case.

21                THE COURT:  I agree, but I thought you asked her

22      whether she was -- they called her a coconspirator or accused

23      her of being one.

24                MR. SCHWARTZ:  I did.  Then she said she didn't

25      remember that.
```

```
 1              MR. STEFIN:  And whether she considers her a
 2     coconspirator.
 3              THE COURT:  I just don't see how it relates to her
 4     testimony.
 5              MR. SCHWARTZ:  I understand, Judge.  Thank you.
 6         (Sidebar conference concluded.)
 7     BY MR. SCHWARTZ:
 8     Q    When you were present at the search of Rose's house, did
 9     you find any checks from Jude that were not cashed?
10     A    There may have been one or two checks that were written
11     out but had not gone into the bank account, but I'm not sure.
12     Q    And those were from prior to 2008; is that correct?
13     A    Yes, I believe so.
14     Q    And the search was in 2011?
15     A    Correct.
16     Q    Now, you mentioned, and I think introduced into evidence
17     through you was a corporation, Joyce Michaels, Inc., which
18     was a corporation a hundred percent owned by Rose Marks; is
19     that correct?
20     A    Correct.
21     Q    And there was another corporation I believe from a
22     different time period, Joyce Michaels Consulting, Inc.; is
23     that correct?
24     A    Yes, that's correct.
25     Q    And that also was a hundred percent owned by Rose Marks?
```

```
 1    A    To the best of my knowledge, yes.

 2    Q    Well, on tax returns there was a passthrough as if she

 3  was a hundred percent shareholder, right?

 4    A    Correct.

 5    Q    Did you talk about another corporation whose documents

 6  you had?

 7    A    I don't recall.  Refresh my memory.

 8    Q    Was there a corporation owned by Nancy Marks?

 9    A    We did not talk about a corporation by Nancy.

10    Q    In the course of your investigation, did you find a

11  Florida corporation owned by Nancy Marks?

12    A    I believe she had Astrology by Nancy.

13    Q    And that was a Florida corporation, wasn't it?

14    A    I believe so.

15    Q    And did you determine in your investigation if that was

16  a hundred percent owned by Nancy Marks?

17    A    I just can't recall.

18    Q    Okay.  And did you come across another corporation in

19  the course of your investigation called Astrology Life?

20    A    Yes.

21    Q    And to the best of your knowledge, was that owned by

22  Michael Marks and Cynthia Miller?

23    A    Yes, I believe so.

24    Q    Okay.  So from your investigation, you determined that

25  Rose had her corporation, or corporations; is that right?
```

```
 1    A    Yes, she had corporations.

 2    Q    Yes.

 3              Nancy had a corporation?

 4    A    There was an Astrology by Nancy, I just can't recall

 5    who's on it.

 6    Q    Okay.  But Rose wasn't on it, was she?

 7    A    I don't believe so.

 8    Q    Okay.  And Michael and Cynthia had a corporation.

 9    A    Correct.

10    Q    Now, for some of the periods of time covered in your

11    report -- I don't want to get into each and every item -- it

12    seemed that the rent on the tax returns was higher than the

13    rent payment for only the 58th Street location, is that fair?

14    A    I'm not sure what --

15    Q    Let me approach it another way.

16              Were you aware that for a period of time, Rose had

17    a second astrology location in New York?

18    A    No, I don't believe I knew that.

19    Q    Okay.  Now, you showed us the rent -- the leases for the

20    location on 58th Street, correct?

21    A    Correct.

22    Q    And the first lease was in 1990, if I'm not mistaken?

23    A    I believe that's correct.

24    Q    And every year or every couple of years thereafter,

25    there was either a new lease or a renewal of the lease, and
```

```
 1    the rent on occasion would go up a little bit; is that
 2    correct?
 3    A    There was definitely renewals of the lease.  I don't
 4    recall what the amounts were for the lease payments.
 5    Q    And Rose Marks under the name Joyce Michael, was always
 6    the signatory on those renewals, wasn't she, along with John
 7    Michaels on occasion?
 8    A    Correct.
 9    Q    Okay.  So she maintained the lease on the premises based
10    on the records you obtained from the landlord; is that right?
11    A    Based on the records, correct.
12    Q    And there came a time you got another document from the
13    landlord, one which I also signed; is that correct?
14    A    That's correct.
15    Q    And that was approximately October, I think, if I'm not
16    mistaken, of 2011?
17    A    I would trust that.
18    Q    We'll take --
19            MR. SCHWARTZ:  Forgive me, Your Honor, just one
20    second.
21    BY MR. SCHWARTZ:
22    Q    I think that document, which is LaSeven, L-a, and
23    spelled out seven, s-e-v-e-n, -041 and 042 -- and I ask
24    everybody to forgive me for my signature -- is dated
25    October 13th of 2011; is that correct?
```

```
 1    A     Correct.

 2    Q     And that document is called a surrender agreement,

 3    correct?

 4    A     Correct.

 5    Q     Now, the arrests in this case were August 15th, 2011,

 6    correct?

 7    A     Correct.  It was either the 15th or 16th.  I just can't

 8    remember.

 9    Q     It may be the 16th, I'm sorry.

10    A     Okay.

11    Q     I think there were some warrants signed on the 15th.

12    A     Okay.

13    Q     And then approximately two months later -- well, let me

14    go back.

15            At the time Rose was arrested, she remained in jail

16    for a period of time; is that correct?

17    A    She did.

18            MR. SCHWARTZ:  May I approach, Your Honor?  I just

19    want to, before I ask a question, raise it with the Court.

20            THE COURT:  Yes.

21      (The following proceedings were held at sidebar:)

22            MR. SCHWARTZ:  I want to go through the scenario

23    leading up to why she surrendered, how she was in jail, there

24    was a short pretrial detention, eventually she got bond, and

25    a condition of bond was that she not continue in the
```

1    astrology business while the case was pending, and that's the

2    reason that she had to surrender the lease.

3         I didn't want to bring up the attempted pretrial --

4    or the period of pretrial detention until I ran it by the

5    prosecutor, because I didn't want to do anything that they

6    would feel would prejudice the jury.

7         MR. STEFIN:  I don't understand the relevance.  We

8    simply -- you know, the documents came in to show that she

9    had a possessory interest in the property.  I mean, I think

10   it would be understandable that after her arrest she'd

11   surrender the property.  There's no negative implication to

12   that, and we would have to go into a whole explanation of

13   bond conditions.

14        THE COURT:  Seems to me it's more prejudicial to

15   the defense for the jury to know that she was held in

16   pretrial detention for a while than -- so I don't see any

17   reason to not allow him to give the explanation as to why she

18   surrendered the property, if you want to --

19        MR. SCHWARTZ:  I can at least go into the bond, the

20   fact that the conditions of bond required her not to be in

21   the astrology business.

22        THE COURT:  I don't have a problem with that.

23        MR. SCHWARTZ:  Thank you, Your Honor.

24     (Sidebar conference concluded.)

25

```
 1    BY MR. SCHWARTZ:

 2    Q    And sometime prior to October of 2011, Rose was released

 3    from jail on bond; is that correct?

 4    A    I believe so.

 5    Q    And was one of the conditions of her release that at

 6    least for the period of time that this case went on, she not

 7    be allowed to be in the astrology business?

 8    A    I believe that's correct.

 9    Q    So she would have no use for and probably couldn't pay

10    the rent on the location in New York at least until this case

11    was over, is that fair?

12              MR. STEFIN:  Objection.

13              THE COURT:  Overruled if she knows.

14              THE WITNESS:  I wouldn't know.

15    BY MR. SCHWARTZ:

16    Q    But as of September -- October 12th, rather, 2011, Rose

17    surrendered the premises to the landlord?

18    A    Correct.

19    Q    And it lists Rose -- it lists Joyce Michaels, her

20    husband, John Michaels, who's -- if that was Nick Marks, is

21    now deceased, and her real name, Rose Marks, who we know were

22    the lessees.  And then it lists, under tenants and occupants,

23    and it lists:  Nancy Marks, Joyce Marks, Fatima Doe, John

24    Doe, Jane Doe, ABC Corporation, which are legal ways of

25    saying anybody else, is that fair?
```

```
 1   A     That's fair.

 2   Q     And based on the documents you've obtained from the

 3   landlord, you have no knowledge -- there's nothing to show

 4   that Nancy Marks, Cynthia Marks -- or Cynthia Miller, Vivian

 5   Marks or any other of the family members had a possessory

 6   interest in those premises as a legal lessee?  Is that too

 7   complicated?

 8   A     It's a little complicated.

 9   Q     Okay.  The only lessee was Rose; is that right?  And

10   John, if that was her husband, or whoever that was?

11   A     And John Michaels, to the best of my knowledge, yes.

12   Q     And yet in the course of your investigation, did you

13   become aware that other people were allowed to use the

14   premises?

15   A     Yes.

16   Q     Did you determine whether those other people either paid

17   money to Rose or caused money to be paid to Rose?

18   A     Yes.

19   Q     Did you determine whether or not some of that money was

20   to pay for the rent?

21   A     I mean, I believe there's actual checks written from the

22   other individuals' bank accounts to the 21 West 58th

23   property.

24   Q     On occasion, yes.

25   A     And I definitely know there's money going back and forth
```

1    between Ms. Marks and, well, I guess family members or

2    individuals in this case.

3    Q    Okay.  Let's get into that for a minute.

4         We went through a series of transactions on direct

5    examination where Rose got money in from somebody and then

6    took money out of her bank account, and, for instance, bought

7    cashier's checks to pay to Atlas Leasing.  And if I remember

8    correctly, and the jury's recollection will be what controls,

9    but there was probably 50 or $60,000 over a period of time

10   that went to pay Atlas Leasing for what you referred to on

11   one occasion as Rose's CL53 and on other occasions as Ricky's

12   CL53?

13   A    No, I didn't refer to that as Ricky's vehicle.

14   Q    Forgive me.  I'm misstating.  My notes say you referred

15   to it as Rose's CL53 that Ricky drove on occasion?

16   A    No, I was talking about the Ferrari.

17   Q    Oh, okay.  Forgive me.  You're right, and I am wrong.

18        Some of the payments went to pay for a Ferrari; is

19   that right?

20   A    Correct.

21   Q    We heard the other day that wasn't Rose's Ferrari, that

22   was a Ferrari that Ricky drove; is that right?

23   A    Well, no.  I mean it was Rose's lease, but Ricky drove

24   the vehicle.

25   Q    And we heard why a number of the leases were under

```
 1    Rose's name as opposed to other people's names, didn't we?

 2    A    Oh, yeah.

 3    Q    And that's because they had a mortgage on her house, and

 4    the car couldn't walk away or drive away, there was a fixed

 5    asset that they could use to collect any monies owed or the

 6    value of the car from?

 7    A    Yes, they relied on Rose as the collateral for all those

 8    vehicles.

 9    Q    Okay.  And in the course of your investigation, did you

10    also learn that the person who drove the CL53 Mercedes

11    virtually on his own, although occasionally others might

12    drive it, was Ricky Marks?

13    A    That I'm not aware of, or I just -- I don't recall that.

14    Q    But I think Mr. Gordon when he testified the other day

15    did say that for the most part, although Ricky occasionally

16    came in and made the payments, for the most part he got all

17    the payments from Rose, is that fair?

18    A    That's fair.

19    Q    And so if money came into Rose's account from a client

20    of Nancy's, and then money went out from Rose's account

21    either directly or by her getting cash and purchasing

22    cashier's checks to go to Atlas Leasing to pay for Ricky's

23    cars or Nancy's cars, would that indicate that she was merely

24    making a payment for a member of her family from monies that

25    they controlled?
```

1    A       Well, I mean, it wouldn't surprise me if she was making

2    payments for the members of her family.

3    Q       From money that they generated?

4    A       They generated or that she generated.

5    Q       Assuming that Nancy gave Rose or caused Rose to get

6    $50,000, and Rose had a bad night at Seminole Bingo and

7    didn't have the $50,000 to pay for a bill that she was

8    supposed to pay for Nancy, and then the next day she got in

9    some money from someone else and used it, she still would

10   have the responsibility to pay for Nancy, is that fair?

11          MR. STEFIN:  Objection, assuming facts not in

12   evidence.

13          THE COURT:  Overruled.

14          THE WITNESS:  Okay.  That was really long, and I

15   saw Mr. Stefin stand up, so . . .

16   BY MR. SCHWARTZ:

17   Q    When he stands up, you stop listening.  So do I.

18          MR. STEFIN:  I should stand up more often.

19   BY MR. SCHWARTZ:

20   Q    Let's assume Nancy got -- I'll make it easy -- $10,000

21   to pay for Ricky's car, and it was -- money was directed into

22   the Joyce Michael account from one of Nancy's clients, I'm

23   picking a number, $10,000, and Rose is supposed to go to --

24   the next day to Atlas to pay for Ricky's car with the money

25   Nancy had sent to her.  Okay?

```
 1    A     I believe that's possible.

 2    Q     Okay.  But we also saw that in '06, she spent 174 days

 3    at -- or parts of 174 days at bingo, and by 2010, that was up

 4    to 298 days.  So it wouldn't be inconceivable, would it, that

 5    she might make a detour after she took the cash out, and her

 6    car might automatically on its own, without anybody steering

 7    it, end up at Seminole Bingo or Hard Rock?

 8    A     She may end up there, yes.

 9    Q     But she'd probably steer.

10          And she might lose the money?

11    A    Correct.

12    Q    I mean, her pattern seems to be that she's often losing

13    money at Seminole Bingo or Hard Rock, is that fair?

14    A    That's fair.

15    Q    I don't know if it's fair, but it happened.

16          And then she might get some money in from Jude,

17    cash that money, and take it to pay for Ricky's car.

18          Did you see any of that type of thing?

19    A    With her using her funds to pay for other people's --

20    Q     Vehicles?

21    A    Sure.

22    Q    And you saw money coming in from one of Nancy's clients,

23    let's say Sue Abraham, which Rose may have used for herself

24    and then used money she got from someone else to pay for

25    Ricky's cars or Michael's cars or -- not so much Michael, or
```

1    Vivian's car?

2    A    Well, I actually believe the majority of the funds from

3    Sue Abraham went into Ms. Marks' bank accounts, and if you

4    say Ricky was driving that vehicle, then, okay, but, I mean,

5    it was under her name.

6    Q    I understand.

7         And I'm not quibbling with you.  I might quibble a

8    little.

9         Now, just -- there was one occasion where Rose took

10   out cash to pay for a Mercedes other than the CL50, didn't

11   she?

12   A    Yes, that's correct.

13   Q    And is that the time when she traded in her 2002

14   Mercedes, which had mechanical problems, for a 1989S model

15   Mercedes?

16   A    Yes, I remember that.  I admire that car.  I like it.

17   Q    Well, you had -- no, I guess you guys didn't seize that

18   one, did you?

19   A    I don't know.  I don't know.

20   Q    And, by the way, you discussed a wire from AW on or

21   about -- or on chart 736 -- I'm sorry, 735, where Rose took

22   out $60,000 in cash.

23   A    Correct.  I believe you're talking about the one with

24   the money for Gary Tschetter?

25   Q    Yes.

```
1    A    Okay.

2    Q    And you remember a guy named Pete, who, even though he

3    said he was from Chicago, has an accent like mine?

4    A    Yes, I like Pete.

5    Q    I think we all do.

6              Did you ever try to correlate that 60,000 to

7    payments that Rose made to Pete to take money out of -- to

8    take her jewelry that she had pawned out of pawn?

9    A    I don't -- I don't know if she used it for that or not.

10   I'm not sure.

11   Q    But your records would probably show that if -- it's not

12   something you would have been looking for, but had you been,

13   your records should show that at or about that date, she gave

14   Pete money?

15   A    I don't know if our records would show that or not.  I

16   just don't recall whether or not she did give him that money.

17   Q    Okay.  But we have a whole book of ins and outs, and ins

18   and outs, and ins and outs with Pete, right?

19   A    I just believe we have Kwik Cash Pawn slips, invoices.

20   Q    Right.

21   A    I don't know if it says the payments on there.  I'm not

22   sure.  I just don't recall.

23   Q    Okay.  I think you're right.  I think it only shows when

24   she got money, not when she paid it back.

25   A    I think so.
```

1  Q    And then you showed payments to Nordstrom's.  Was that a

2  bank -- did she have a Nordstrom's card through Deanna Wolfe?

3  A    I don't recall whether or not that was Deanna Wolfe's

4  card.  I don't know.

5  Q    By the way, have you ever met a gentleman named Sam

6  Marks?

7  A    Yes, I've met him.

8  Q    Now, you interviewed a lot of the witnesses in this

9  case, didn't you?

10  A    Yes.

11  Q    Some of them, when they first came to be witnesses, and

12  others, after they had been -- had spoken to other officers

13  for a period of time; is that right?

14  A    That's correct.

15  Q    And are you familiar with the IRS's Criminal

16  Investigation Division's rules for investigators?

17  A    I'm sure you can refresh my memory.

18  Q    I'll be glad to.

19        Part nine, chapter five, section eight, under

20  investigative reports, 9.5.8.3 talks about the importance of

21  preparing thorough investigative reports, doesn't it, or does

22  it?

23  A    If you're looking at it, I'm going to trust you.

24  Q    No, don't.  No one trusts me.

25        MR. SCHWARTZ:  May I approach?

```
 1                    THE WITNESS:  It talks about planning the report.

 2    BY MR. SCHWARTZ:

 3    Q     Having witness folders?

 4    A     Correct.

 5    Q     And maintaining complete witness folders?

 6    A     It does.  It talks about witness folders, yes.

 7    Q     Okay.  Did you do a report every time you interviewed a

 8    witness in this case?

 9    A     I only do a report if there's new pertinent information.

10    That's typically the only time I'll do it.

11    Q     So, I mean, when you go over the witness' testimony

12    before trial and the testimony conforms to your -- to what he

13    said prior, you're not going to do a new report?

14    A     Yeah, unless something, like, really changes, then I'm

15    typically not going to do a report.

16    Q     And the first time you interview a witness, do you

17    usually do a report?

18    A     Usually, I will do a report, yes.

19    Q     You don't always do the report that day, do you?

20    A     No, I do not.

21    Q     You take pretty extensive notes, and then, using your

22    notes and your memory of the interview, you write a report

23    later?

24    A     Yes, I take notes, and then I'll -- usually I'll open up

25    a file in the computer and then, you know, jot down some of
```

```
 1   the notes and then come back to it.

 2   Q    And is that the appropriate way to document what happens

 3   in an investigation?

 4   A    Typically, yes.

 5   Q    Did you work with an investigator named Stack in this

 6   case?

 7   A    I did.

 8   Q    And he wasn't an IRS agent, was he?

 9   A    No, he was not.

10   Q    He wasn't even, other than by being deputized, a federal

11   agent?

12   A    Correct.

13   Q    He was a local Fort Lauderdale policeman; is that right?

14   A    Yeah, he was a detective.

15   Q    Now, when you got on the case and you were familiarizing

16   yourself with the case, did you go to look to see whether

17   there were reports of the initial contacts with a lot of

18   witnesses?

19   A    Yes, I would look at the reports.

20   Q    Okay.  Did you determine that many times as to

21   witnesses, Mr. Stack, rather than writing a report of each

22   interview, might wait a month, two months, three months, even

23   as much as a year, and then do some sort of summary report?

24   A    I don't think I would have -- I don't know that to be

25   true.  I just don't think I would have looked for that.  I
```

 1    just would have looked at the report and read the report.

 2    Q    Okay.  So you wouldn't know whether it covered a period

 3    of 10 interviews, two interviews or just one interview?

 4    A    No, I wouldn't know.

 5    Q    And in your experience as an investigator, have you

 6    found that oftentimes the first time you interview a witness,

 7    either because they don't remember things or because -- or

 8    for any number of reasons, their story might change and

 9    evolve over a period of time?

10    A    As they start to recall certain facts, yes, they might

11    have additional information.

12    Q    Or they might learn things that cause them to change

13    their story for good or bad?

14    A    Sure, they might remember things, yes.

15    Q    And sometimes people might be lying in the beginning,

16    and they're confronted with evidence, and it causes them to

17    tell the truth?

18    A    In other cases, yeah.

19    Q    I'm not talking necessarily -- I'm not trying to get you

20    to say that it happened in this case.  I'm talking generally

21    now.

22    A    Okay.

23    Q    And sometimes, certainly not with you, have you seen

24    that interviewers may influence a witness to change their

25    story?

```
 1              MR. STEFIN:  Objection to this line of questioning
 2    if it's not pertaining to this case.
 3              THE COURT:  Overruled.
 4              THE WITNESS:  I mean, I haven't witnessed
 5    individuals trying to change people's stories.  I don't . . .
 6  BY MR. SCHWARTZ:
 7    Q    Okay.  And I'm not suggesting that you did, or even that
 8    you would countenance it.  Have you -- I'll withdraw it.
 9              Now, under the regulations of the Internal Revenue
10    Service, before somebody's charged with a crime, even if
11    there's not going to be a tax crime, an investigator or a
12    case agent on the case has to write a report; is that right?
13    A    We write a report, that's correct.
14    Q    And that's a special agent's --
15    A    Report.
16    Q    Yeah, it has another name, too, but . . .
17              Okay.  And in this case, you wrote two reports; is
18    that right?
19    A    Yes.  I believe that's correct, yes.
20    Q    One in April of 2011 and a later one in February of
21    2013?
22    A    That sounds correct.
23    Q    And is it possible that you made some mistakes in that
24    report, in your first report?
25    A    I don't know.  What are you referring to?
```

```
 1   Q     If in your first report you said that in or about -- by

 2   about April of 2011, throughout the years, Wolofsky has

 3   financed several high-end vehicles for the Marks family and

 4   held a mortgage on Marks' -- talking about Rose Marks,

 5   'personal residence, which has since been paid in full, would

 6   that be a mistake?

 7   A     Yes, that's a mistake.

 8   Q     It's true that at the time Rose was arrested, she owed

 9   about $800,000 in the mortgage on her house to Peter

10   Wolofsky?

11   A     Yes, that sounds correct.

12   Q     Is it an issue in this case, to your knowledge as the

13   case agent for the IRS, whether or not the -- Rose had

14   psychic abilities?

15   A     No.

16   Q     And could communicate with spirits or guides?

17   A     Is it an issue?

18   Q     Yes.

19   A     No.

20   Q     Did you write in your report that members of the Marks

21   family falsely and fraudulently claim they had psychic

22   abilities, that they could communicate with spirits and

23   guides, and that they could remove curses?

24   A     Yes, that's correct.

25   Q     And what proof did you have that Rose didn't have
```

1    psychic abilities?

2    A    Well, I mean, we had interviews, and we had the

3    discussions with the undercovers, both with -- and I'm not

4    just talking about Rose, I'm talking about members of the

5    family.

6    Q    So --

7    A    And I'm sorry, I'll call you Ms. Marks.  I'm sorry.

8    Q    We can call her Rose.

9    A    Okay.

10   Q    Thank you.

11          So whether or not Rose had psychic abilities in

12   your opinion, regardless of what you wrote in your report,

13   it's not an issue in this case?

14          MR. STEFIN:  Well, again, objection.

15          THE COURT:  Sustained.

16   BY MR. SCHWARTZ:

17   Q    Okay.  Is it your opinion that Rose fraudulently claimed

18   to have psychic abilities?

19          MR. STEFIN:  Well, objection.

20          THE COURT:  Can I see counsel, please?

21      (The following proceedings were held at sidebar:)

22          THE COURT:  It seems like we're in the same

23   situation we were before.  What does this have to do with her

24   testimony, the fact that she wrote that in the report?  She

25   didn't testify about that in her direct testimony, so why are

1    we cross-examining her on it?

2           MR. SCHWARTZ:  Maybe I'll have to call her as my

3    witness, then, Judge.  I'm trying to pin down what the

4    Government is claiming is the fraud in this case.  I thought,

5    and the Government -- I thought at its opening was saying

6    that the fraud in the case is that they took money, promised

7    to return it and didn't intend to return it.  If that's the

8    fraud in the case, then I can stop, and if the Government

9    will stipulate to it.

10          At other times, I thought the Government was saying

11   that they fraudulently induced or fraudulently represented

12   that they had psychic abilities, that they were clairvoyant,

13   that there was reincarnation, and things of that sort.  She's

14   a case agent, Judge.

15          THE COURT:  But she didn't testify about what, you

16   know, they were -- what they're claiming the fraud is.  I

17   mean, I think what they're claiming the fraud is set off in

18   the indictment, and whatever the evidence they've presented

19   to substantiate their claim.  I don't believe they've

20   presented any evidence that says that she fraudulently

21   represented that she had psychic powers when she didn't

22   really have psychic powers.  I don't know.  Maybe I'm wrong.

23          I mean is that part of your claim?

24          MR. STEFIN:  Well, there are numerous witnesses'

25   testimony as to all these different things this Defendant and

1    the family members told them that was going to happen that

2    never came to pass.  So I think there's a fair argument to be

3    made that none of these people have psychic abilities.

4          What I object to is asking this witness her opinion

5    as to what the Government's theory of prosecution is.

6          THE COURT:  Well, I mean, I would think if she

7    talked about it in her direct testimony it would be fair to

8    ask her about it.

9          MR. STEFIN:  True.  If we opened the door.

10         THE COURT:  But she didn't testify about it.

11         MR. SCHWARTZ:  Can I ask that she be my witness for

12   this period of series of questions, or should I just call her

13   back on my case, Judge?

14         THE COURT:  Well, I think we should wait and see if

15   you want to try and call her back in your case, and we'll see

16   if -- you know, what happens with it.  But I don't want to

17   make her your witness in this -- at this point in the trial.

18         MR. SCHWARTZ:  Okay.  And forgive me, Judge.  I

19   know this is not a civil case, and I'm not entitled to bills

20   of particulars and specifications as to what the nature of

21   the fraud is, but I suggest to the Court that Mr. Stefin's

22   answer shows that I'm sort of punching into a -- one of these

23   rubber men, and, you know, the nature of the fraud is

24   continuing changing.

25         If the fraud is that they paid money, they said it

1    would be cleansed and returned and never intended to return

2    it, that's fine.  But if I'm going to have to in my -- if

3    he's going to in his closing argument make an argument that

4    the fraud is misrepresenting that they had psychic ability,

5    misrepresenting that they could communicate with spirits,

6    misrepresenting whether reincarnation exists or not, then two

7    things.

8            One, I'm going to want on my case to be able to

9    prove that psychic ability exists, that reincarnation exists

10   and things of that sort, something the Government and to some

11   extent the Court has -- the Government opposes, the Court has

12   quasi indicated it won't allow me to do.

13           So I'd ask that at some point before I start the

14   case, the Government have to or has to say, once they put on

15   all their evidence, and they're almost done now, what is the

16   fraud that they're accused of committing here.

17           THE COURT:  All right.  Well, that may be -- we may

18   have to revisit this at some point, but I don't think this is

19   the proper witness to deal with all that.

20           MR. SCHWARTZ:  Thank you.

21           MR. STEFIN:  Thank you, Judge.

22           THE COURT:  Okay.

23      (Sidebar conference concluded.)

24           MR. SCHWARTZ:  May I have a moment, Your Honor?

25           THE COURT:  Yes.

```
 1   BY MR. SCHWARTZ:

 2   Q    Just one other area of questioning, Ms. Watts.  And I

 3   told you I'd be nice.

 4            Did you say that you started on this case in 2010;

 5   is that correct?

 6   A    I believe that's when my first official investigation

 7   started.

 8   Q    Okay.  And that was early or late 2010?

 9   A    No, I think February, I believe, is when it was.

10   Q    Okay.  And you also said you had been an agent for eight

11   years?

12   A    Correct.

13   Q    You have to forgive me, my math.

14            So you started on this case a little over three and

15   a half years ago?

16   A    That sounds about right, yes.

17   Q    And at that time you had been an agent for what,

18   four-and-a-half years?

19   A    Well, that would sound about right, yes.

20   Q    Was this the first large case you've worked on?

21   A    I mean, it's not my first case.  I don't know what you

22   mean by large.

23            MR. SCHWARTZ:  I have no other questions, Judge.

24            THE COURT:  Thank you.

25            Any redirect?
```

1          MR. STEFIN:  No redirect.

2          THE COURT:  Thank you.

3          MR. STEFIN:  If I could just have one moment,

4    please?

5          THE COURT:  Yes.

6          MR. STEFIN:  Your Honor, at this time the United

7    States would rest its case in chief.

8          THE COURT:  Thank you.

9          Ladies and gentlemen, the United States has rested

10   its case, so we're going to take a short recess before we

11   proceed any further.  Please don't discuss the case, form any

12   opinions yet.  Leave your notes, and we'll see you in about

13   15 minutes, hopefully.  Thank you.

14     (The jury exits the courtroom.)

15         THE COURT:  Mr. Schwartz?

16         MR. SCHWARTZ:  Yes, Your Honor, at this time I

17   would like to move for a judgment of acquittal at the end of

18   the Government's case.  I believe a reasonable jury based on

19   the facts presented could not reach a verdict of guilty on

20   any of the counts involved in the indictment.

21         THE COURT:  All right.  I'm going to --

22         MR. SCHWARTZ:  Particularly count 3.

23         (Laughter.)

24         THE COURT:  I'm going to deny your motion.

25   Count 3's already been dismissed by the Government, so I

```
 1      don't need to rule on that one.

 2              All right.  How do you want to proceed,

 3      Mr. Schwartz?

 4              MR. SCHWARTZ:  I'd like to start presenting my

 5      witnesses.

 6              THE COURT:  You're ready to go?

 7              MR. SCHWARTZ:  Yeah, I would like -- I think you

 8      excused the jury for a brief period of time.  I anticipated

 9      that we'd finish around 2:00, so I'm pretty close.  I have my

10      first witness outside, the second one is supposed to arrive

11      shortly, and I have two witnesses for this afternoon.

12              Let me give Your Honor the witness list, if I may

13      approach.

14              THE COURT:  I thought I already had your witness

15      list.  Is there a modified witness list?

16              MR. SCHWARTZ:  That was a prospective witness list,

17      Judge.

18              MR. STEFIN:  Now, the true witness list comes out,

19      Judge.

20              MR. SCHWARTZ:  It's pretty much the same.

21              MR. STEFIN:  Also, if there's an exhibit list of

22      any kind, the Government would greatly appreciate it.

23              MR. SCHWARTZ:  We'll have one tomorrow morning for

24      Your Honor and for the Government.

25              THE COURT:  Okay.  All right.  So do you just want
```

1    to take your break and you're ready to go?

2            MR. SCHWARTZ:  Yeah, I probably need about 20

3    minutes, if I can, Judge.

4            THE COURT:  All right.  Is there any -- are there

5    any issues we need to talk about before we begin?  I see

6    Mr. Kent on here, and I don't know, are we going to have that

7    issue about opening the door to the guilty pleas if you call

8    these lawyers?  You said you were going to provide me with

9    some authority.

10           MR. SCHWARTZ:  I consulted with experts last night

11   as to strategically what we would gain or lose if the door

12   were opened and their convictions came in, because that was

13   something we anticipated might happen.

14           We're going to call, I believe, Mr. Cormican,

15   Mr. Kent's partner, who is here, to talk about something

16   different from -- something I've discussed with Mr. Stefin.

17   It's something I've talked to Mr. Stefin about regarding

18   their firm getting licensing for various businesses in

19   Broward County.

20           We're not going to go into the information

21   regarding attempting to settle cases, although I would point

22   out to the Court that the Government can't open and close --

23   open the door and then push it further open at the same time

24   and the Government opened the door when it offered evidence

25   through Jennifer Hill about Mr. Cormican's attempt to settle

1    the case, the Jennifer Hill case.

2            MR. STEFIN:  I would agree not to go into that

3    area.

4            THE COURT:  Hold on.  Hold on.

5            Go ahead.

6            MR. SCHWARTZ:  They opened the door to that by

7    having Jennifer Hill testify about that, putting into

8    evidence letters sent by Mr. Cormican, and also his check

9    which she ripped up, et cetera.  And I don't know if I -- I

10   just ask Your Honor to think about it.  If I respond to that

11   by talking about other cases that he also attempted to

12   settle, am I then opening the door further so as to let them

13   go through, or am I just responding to the door they opened?

14           THE COURT:  Well, who did he represent?  I don't

15   recall.

16           MR. SCHWARTZ:  He represented at that time Nancy

17   Marks.

18           THE COURT:  And he was attempting to settle, but it

19   never reached a settlement?

20           MR. SCHWARTZ:  Yeah, he tried -- he called a number

21   of calls, and they went back and forth on the phone.  They

22   each thought the other hung up on them.  There was some

23   vulgarity used, and then eventually, they had a conversation

24   which was played by me.  But before that, the Government

25   asked Hill if she had ever heard from an attorney for Nancy.

1   Yes.  Who was that attorney.

2           And then introduced -- I think she said

3   Mr. Cormican's name, introduced into evidence a letter sent

4   by Russell to Ms. Hill offering to settle the case on Nancy's

5   behalf, offering her $50,000; 2500 now, 2500 in the future,

6   2000 a month, and a $1000 final payment.  Ms. Hill said she

7   turned it down, and I believe a check was put into evidence

8   by the Government that was scotch taped together after being

9   ripped in half.

10          So, really, I thought about this this morning.  The

11  Government is the one who first broached the topic.  Can they

12  open this door, so to speak, and when I try to respond to it

13  to show cases that were, in fact, settled, then use that as

14  an excuse to try to go into things like a plea of guilty?

15          I'm sorry.  I've had my say.

16          THE COURT:  Did you want to . . .

17          MR. STEFIN:  Well, I guess I'm getting two

18  different messages here.  He's trying to suggest that I

19  opened the door.  Well, the evidence does show that this

20  lawyer was involved, but I think if he brings him on for the

21  purpose of discussing that, now he's opening the door for me

22  to inquire about his relationship with the Defendant's

23  family, including the Defendant, and all the details about

24  his representation of the Marks family.

25          I mean, I haven't opened the door to any of that.

1    I just had evidence of the fact that the victim was contacted

2    by an attorney who was trying to get her to sign an agreement

3    which stated that the victim was absolving the Defendant of

4    any and all criminal and civil liabilities in connection with

5    the settlement.

6          So he has the right to go into that if he wants to,

7    but then I have the right to conduct my cross-examination, I

8    believe.

9          THE COURT:  Okay.  I guess this is how I look at

10   it.  The -- it seemed to me that the Government -- the

11   Government was presenting the evidence that it presented to

12   show guilt and wrongdoing, and the offer of settlement as an

13   admission of wrongdoing and trying to put an end to any

14   criminal liability that might arise from it.  You know,

15   there's a waiver or some kind of a release in there.  So they

16   were -- I mean, from their standpoint, they're putting it in

17   for that purpose.

18         First of all, all of this stuff about settlement

19   offers is precluded under the Rules of Evidence, to begin

20   with, but nobody raised that as an objection, so, you know,

21   I --

22         MR. SCHWARTZ:  I understand, Judge.

23         THE COURT:  So it came in.  Now, you want to use it

24   for the opposite reason.  You want it to show that there was

25   not anything wrong about what they were doing and that they

1    were doing it to -- because they had an obligation to pay

2    back, and they were trying to live up to their obligation to

3    pay back, and that was perfectly consistent with that.

4            I guess to the extent that we're talking about

5    Nancy Marks in this one particular agreement, you might be

6    able to go into it.  You certainly should be allowed to go

7    into it.  But I think then the Government can, you know,

8    point out the opposite conclusion that, oh, if it was -- if

9    it was done for a purpose of showing a lack of wrongdoing,

10   how come she pled guilty?  It seems to me like it has to --

11   you have to get -- the whole picture has to be presented.

12           MR. SCHWARTZ:  I understood that to be Your Honor's

13   ruling yesterday, or at least your inclination yesterday.  I

14   don't know that we asked you to rule on it.  And for that

15   reason, I was not going to go into with Mr. Cormican any of

16   the settlement attempts, but I wanted the record to be

17   complete, and I'm not asking those questions because I take

18   it that that's Your Honor's ruling.

19           THE COURT:  I don't think the fact that they

20   brought it up in their case precludes them from, if you

21   follow through with it or respond or try to deal with it in

22   another way, that they can't respond to your attempt.  Then

23   it opens the door for the whole picture being painted, and I

24   don't think the fact that they mentioned it in their case

25   means that you can't -- or they're precluded from bringing

```
 1    out the guilty plea if you go into it.

 2              MR. SCHWARTZ:  And, Your Honor, very respectfully,

 3    I object to your ruling, but I will certainly follow it.

 4              THE COURT:  I understand.  It's not the first time.

 5              MR. STEFIN:  Judge, and, again, you've ruled, so I

 6    don't want to say anything that's going to change your mind.

 7              But I just want to point out in the indictment, in

 8    one of the paragraphs, paragraph 12 on page 5, "as part of

 9    the manner and means of the conspiracy, we allege that

10    contrary to representations to clients that their money or

11    other valuables would be returned, or have been donated to a

12    charity or burned in a religious ritual, conspirators kept

13    and used said monies for their personal use and enjoyment.

14    In some instances some money would be returned upon threat of

15    legal action."

16              So really, the whole thing about there being

17    evidence about -- well, there was evidence that some money

18    was returned, and there was evidence about threats of legal

19    action, and that got us into the fact that there was some

20    efforts made to try to get them to settle, but . . .

21              THE COURT:  Anyway, I just wanted to know if I had

22    to make any rulings about opening the door.

23              So anything else we need to talk about before we go

24    forward with the defense case?

25              MR. SCHWARTZ:  We have stipulated with the
```

```
 1    Government that rather than my having to call representatives
 2    of Simon & Schuster, they'll agree to allow into evidence
 3    certain books written by Jude Deveraux after 1994.
 4            THE COURT:  Okay.  I guess you still need about 20
 5    minutes, Mr. Schwartz?
 6            MR. SCHWARTZ:  Fifteen now.
 7            MR. STEFIN:  And then the jury needs the afternoon
 8    to read the books that have been introduced into evidence.
 9        (A recess was taken from 2:22 p.m. to 2:43 p.m., after
10    which the following proceedings were had:)
11            THE COURT:  Please be seated.
12            Are we ready to proceed?
13            MR. SCHWARTZ:  We are, Your Honor.
14            THE COURT:  Let's bring the jurors in, please.
15        (The jury enters the courtroom, after which the following
16    proceedings were had:)
17            THE COURT:  Please be seated, everyone.  Welcome
18    back, ladies and gentlemen.
19            As you heard earlier, the Government's rested its
20    case, and now we're going to see whether the Defendant has
21    any evidence that she wants to present.
22            Mr. Schwartz.
23            MR. SCHWARTZ:  Yes, we would call Lee Schillinger
24    as our first witness, Judge.
25            THE COURT:  Sir, would you please raise your right
```

```
 1   hand.
 2           Lee Schillinger, Defendant's witness, sworn.
 3               THE COURT:  All right.  Sir, if you could tell us
 4   your name and spell both your first and last names for us.
 5               THE WITNESS:  Lee Schillinger, L-e-e
 6   S-c-h-i-l-l-i-n-g-e-r.
 7               THE COURT:  Thank you, sir.
 8           Mr. Schwartz, you may proceed.
 9                       Direct Examination
10   BY MR. SCHWARTZ:
11   Q    Mr. Schillinger, thank you for being here today.
12   A    You're welcome.
13   Q    Let me take you back to about a quarter of a century
14   ago, to 19 -- I guess about 1990.  Did there come a time when
15   you met the Defendant, Rose Marks?
16   A    Yes, it was actually about 1998 or 1999 that I met her
17   and her husband.
18   Q    And her husband's name was?
19   A    Nick.
20   Q    And how did you come to meet them?
21   A    They came to me.  I'm an attorney.  I've been practicing
22   for about 40 years now.  I started with the City of Miami
23   Beach and have a tremendous amount of zoning experience, and
24   I had been retained previously in the earlier, about 1994 or
25   1995, by a Gypsy family that wanted to have a place in
```

1    Pompano Beach, and Pompano Beach precluded the use of

2    Gypsy -- excuse me, of fortune telling of any kind whatsoever

3    and did refer to Gypsy in their ordinance, but they also --

4    fortune telling -- and I successfully sued the city, and had

5    their ordinance declared unconstitutional.  And they had

6    heard about it.

7            So Mr. and Mrs. Marks came to me because they

8    wanted to open up a fortune-telling store in Hallandale,

9    which also had an ordinance that precluded the use entirely.

10   Q    And what, if anything, did you do on their behalf?

11   A    I advised them on how to do it.  We had them open up a

12   location that they picked.  They went to the County and they

13   got an occupational license which granted occupational

14   licenses.  They went to the City, asked for an occupational

15   license, and, of course, the City refused to give it to them

16   because they had this ordinance that refused to allow the

17   use.

18           And so we opened up, expecting that the City would

19   come and cite them with a violation, which they did, and then

20   I went to court, I filed a complaint in circuit court for

21   declaratory relief because at the time that the ordinance was

22   adopted, there was a state statute that specifically

23   permitted the use as a lawful use.

24   Q    The use of what?

25   A    For fortune telling.  Fortune telling -- when I say use,

1    the municipalities have ordinances that allow them to charge

2    occupational licenses for various listed uses.  It's a means

3    of making money for the cities.  And so when I say use, one

4    of the uses is for fortune telling or that type of use, and

5    some cities like Hallandale, or originally Pompano Beach,

6    would not allow that use at all.

7    Q    So if I wanted to, let's say open a law firm in

8    Hallandale, I'd have to -- would I have to get an

9    occupational license from the County?

10   A    Yeah, both from the County and from the City.

11   Q    But the City of Hallandale at that time, would they

12   allow lawyers to practice in Hallandale?

13   A    Yes.

14   Q    I don't know why.

15             And -- but you're saying that being a fortune

16   teller was a prohibited use under the Hallandale ordinance?

17   A    Right.  They would not give you an occupational license,

18   and then if you did it, even though it was lawful under the

19   state statute, it was lawful under the county ordinance, and

20   they had obtained an occupational license from Broward County

21   for the use at that location, but the City wouldn't give an

22   occupational license.  So then they charged them with a

23   violation of operating without an occupational license.

24   Q    And is that a felony?

25   A    No, of course not.

```
 1   Q     Is it a misdemeanor?

 2   A     It's just a fine.

 3   Q     It's an offense?

 4   A     Yes.

 5   Q     And it's an ordinance violation?

 6   A     That's correct.

 7   Q     And you had to go to court?

 8   A     Yes.  We --

 9         MR. STEFIN:  Objection as to relevance.

10         THE COURT:  Overruled.

11         THE WITNESS:  We had a hearing, and we had a

12   hearing on my motion for summary judgment.  The judge was

13   Robert Lance Andrews.  And I have to tell you, I've told this

14   story hundreds of times.  Judge Andrews came into the

15   courtroom carrying two newspapers, and he asked everybody in

16   the room what their birthday was and then proceeded to read

17   to each person what their horoscope was from both papers.

18         He then turned to the assistant city attorney and

19   said, now, do you allow these papers to be sold in

20   Hallandale?

21         And the city attorney said, yes, of course.  And he

22   said, why?  And the attorney said because of freedom of

23   speech, and the judge said, there you go.

24         And then the judge actually wrote his own order.

25         MR. STEFIN:  Objection.
```

```
 1              THE WITNESS:  And came out with an order --

 2              MR. STEFIN:  Objection to narrative.

 3              THE COURT:  Sustained.

 4   BY MR. SCHWARTZ:

 5   Q     And after the demonstration by the judge in your motion

 6   for summary judgment, was an order issued?

 7   A     Yes, he granted my motion for summary judgment.

 8   However, he withheld issuing an injunction, turned to the

 9   City and told them he was going to write an order, which he

10   did.  He wrote a lengthy order, which I'm sorry I don't have

11   a copy of with me, granting my motion, and advised the City

12   that they should act accordingly.

13              And, of course, they did, and issued the

14   occupational license to the Marks, and that was the end of

15   it.  So they were allowed to lawfully operate.

16   Q     In Hallandale in 19 --

17   A     By 2000 -- by that point it was 2000.

18              THE COURT:  Sir, can you wait until he finishes the

19   question, please?

20              THE WITNESS:  You know, I'm sorry.  I've been a

21   witness a couple times before, and lawyers are terrible

22   witnesses, and I apologize.

23              THE COURT:  Thank you.

24   BY MR. SCHWARTZ:

25   Q     And as a result of his order, what, if anything,
```

```
 1    happened?
 2    A     They were issued the occupational license and allowed to
 3    operate lawfully.
 4    Q     And do you know when that license issued in Hallandale?
 5    A     In 2000.
 6          MR. SCHWARTZ:  No further questions, Judge.
 7          THE COURT:  All right.  Thank you.
 8          Cross-examination.
 9                        Cross-examination
10    BY MR. STEFIN:
11    Q     Good afternoon, sir.
12    A     Good afternoon.
13    Q     And so an occupational license was obtained by Ms. Marks
14    in the city of Hallandale?
15    A     Actually, I think it was probably obtained in the name
16    of Nick Marks for an operation that Mrs. Marks was going to
17    operate.
18    Q     In the city of Hallandale?
19    A     In the city of Hallandale.
20    Q     And did that occupational license entitle Ms. Marks to
21    practice fortune telling in Fort Lauderdale?
22    A     In Fort Lauderdale?
23    Q     Yeah.
24    A     Well --
25    Q     Did the Hallandale license --
```

```
 1    A     No, of course not.  It only --

 2    Q     Can I finish the question, sir?

 3    A     I'm sorry.

 4    Q     That's okay.

 5    A     I'm trying to understand your question, only if, for

 6    example, if you did it by telephone you could, but

 7    physically, no.

 8    Q     That was only good for Hallandale?

 9    A     That's correct.

10    Q     And you won the suit to get a license in Hallandale

11    based on the principle of freedom of speech, correct?

12    A     It was in part freedom of speech and in part the fact

13    that the ordinance itself was in -- contradicted a state

14    statute that permitted the use.  And so therefore, it was an

15    invalid ordinance at the time it was adopted.

16    Q     Does freedom of speech permit people to take money from

17    individuals under false pretenses?

18    A     I don't think so.

19               MR. STEFIN:  That's all I have.

20               THE COURT:  Any redirect?

21                         Redirect Examination

22    BY MR. SCHWARTZ:

23    Q     At the time that this occurred, did the City of Fort

24    Lauderdale allow fortune telling?

25    A     At the time, no, it did not.
```

```
 1              MR. SCHWARTZ:  No further questions.

 2              THE COURT:  Thank you, sir.

 3              Next witness.

 4              Sir, would you raise your right hand, please.

 5          Russell Cormican, Defendant's witness, sworn.

 6              THE COURT:  Could you try and speak into that

 7    microphone, please, and tell us your name and spell your last

 8    name for us.

 9              THE WITNESS:  My name's Russell Cormican,

10    C-o-r-m-i-c-a-n.

11                          Direct Examination

12    BY MR. SCHWARTZ:

13    Q    Mr. Cormican, what do you do for a living?

14    A    I'm an attorney.

15    Q    And how long have you been an attorney?

16    A    I was admitted to the Bar in 1997, so it's been 16

17    years.

18    Q    And do you practice with anyone else?

19    A    Yes, I have a partner.

20    Q    And what's his name?

21    A    Norman Kent.

22    Q    What's the name of your firm?

23    A    Kent & Cormican was the previous firm.  Right now we

24    don't have a firm that's affiliated.  We're separate

25    entities, but we do practice together.
```

1    Q    And do you know any members of Rose Marks' family?

2    A    Yes, I do.

3    Q    Who do you know?

4    A    I know a lot of members of Rose Marks' family.  I know

5    her son, Michael; I know his wife, Cynthia; I know her son

6    Ricky, his wife Nancy; I know her daughter Rosie, her husband

7    Donnie.

8    Q    Rosie's husband Donnie?

9    A    Rosie's husband is Donnie; yes, Donnie Eli.

10   Q    Right.

11   A    And I know her granddaughter Vivian.

12   Q    Have you represented, for instance, Cynthia Miller and

13   Michael Marks?

14   A    Yes, I have.

15   Q    Can you tell us about your representation of them in

16   zoning matters?

17   A    Okay.  Well, the first time I represented them in a

18   zoning matter was in 2003.  They came to me and retained me

19   to assist them in opening a store in Fort Lauderdale on

20   Sunrise Boulevard; 2000 East Sunrise Boulevard is the

21   location.

22   Q    Why would that be a problem for them to open a store

23   there?

24   A    Well, because the store that they were opening, they

25   wanted to open a store that offered psychic consultation.

1   And the way that zoning works in most cities, including the

2   City of Fort Lauderdale, is the city is carved up into

3   different zones, and there are certain uses that are allowed

4   in some zones and not allowed in others, and at the time, the

5   City of Fort Lauderdale did not allow psychic reading as a

6   permitted use in that particular zone.

7   Q     Did it restrict it to outer areas or other places?

8   A     Yes, it pretty much restricted it to the outer west side

9   of Fort Lauderdale, which is the -- it's not as commercially

10  viable as the east side of Fort Lauderdale.  So in most of

11  the commercially viable areas of the city, that use was not

12  permitted.

13  Q     What, if anything, did you do on behalf of your clients,

14  Cynthia Miller and Michael Marks?

15  A     I filed a complaint, a lawsuit in Broward County circuit

16  court, challenging that zoning structure.

17  Q     What do you mean by that?

18  A     Well, I filed a lawsuit basically saying that the zoning

19  scheme that they had in place was unconstitutional for a

20  variety of reasons.  Most of them had to do with the First

21  Amendment.  There were also -- there's some doctrines in the

22  law called vagueness and over-breadth.  We argued that the

23  regulations were vague and overbroad, and basically that they

24  were in violation of the Constitution.

25  Q     When you say First Amendment, there are a lot of parts

1    to the First Amendment.  Which parts were you talking about?

2    A    Well, specifically -- well, you have to begin with the

3    proposition that psychic consultation and psychic reading is

4    a First Amendment protected activity.  It's expressive.  It's

5    a person expressing ideas and beliefs to another person, so

6    it receives First Amendment protection.

7             And once a type of activity receives that type of

8    protection, then the law restricts the ability of the

9    Government to restrain people from doing that.  There's a

10   doctrine in the First Amendment called prior restraint, which

11   means the Government can't come in and stop you from

12   exercising your First Amendment rights before you've even

13   engaged in them.

14            And there's also a doctrine about the Government

15   can't control the content of your expression.  If you want to

16   express yourself a certain way, the Government can't say

17   well, you're restricted from having this certain viewpoint or

18   this certain opinion, and you can't express that.  So the

19   arguments were along those lines.

20   Q    And what position did the City of Fort Lauderdale take?

21   A    Well, what happened was once I filed the lawsuit and it

22   was served on the City, the City hired counsel to handle the

23   lawsuit, and it never really went to court.  The lawyer

24   contacted me for the City.  I believe that he recognized that

25   there were some constitutional flaws in the way they had

```
 1    their zoning set up, and he basically reached out to me to

 2    settle the case, and I agreed to do that.

 3            And it resulted in the City allowing Mr. Marks and

 4    Ms. Miller to open the shop and operate within the city of

 5    Fort Lauderdale, the location they wanted to.

 6    Q    And do you know if they had a corporation, if you

 7    remember?

 8    A    I believe they did.  I can't recall the name of it, but

 9    I believe they may have.

10    Q    Was that Astrology Life?

11    A    Yes, I believe that was.  The name of the business was

12    Astrology Life, and I believe the corporation was Astrology

13    Life, Inc., now that you say that, yeah.

14    Q    And did there come a time when you represented,

15    independent of Cynthia and Michael, any other members of

16    their family in zoning matters?

17    A    Yes.  I'd say probably about two years later, maybe

18    around 2005, I represented Rosie Marks, Rose Marks' daughter,

19    and her husband, Donnie Eli, in obtaining -- or opening a

20    business also in Fort Lauderdale.  It's another part of Fort

21    Lauderdale, on North Federal Highway.

22    Q    And why did they need you to represent them, other than

23    you're a good lawyer?

24    A    Well -- thank you.

25            What happened was I believe they had began
```

```
 1    operating their shop there in the same fashion that Michael
 2    and Cynthia had, so they believed that they were okay to do
 3    that.  And the City came in and cited them for not -- an
 4    improper use basically, saying that they didn't have the
 5    right to make that use there.  That case I didn't have to
 6    file a lawsuit.  I just simply contacted the City, and made
 7    them aware of the settlement that had been reached in Michael
 8    and Cynthia's case, at which point they agreed and they
 9    rescinded those violation notices and they allowed them to
10    operate the same way.
11    Q    Again, they were licensed by the City?
12    A    Yes, they had a City license.
13    Q    What type of license is that?
14    A    The way that we settled the suit was is they would get a
15    license for retail sales, because they would sell items, as
16    well.  There were crystals and books and tarot card decks and
17    stuff like that that they would sell, and the City would
18    recognize the primary use as a retail sales establishment but
19    would allow what they call a secondary or ancillary use of
20    psychic reading and consultation to go along with that.
21         That's the way that was set up in both situations.
22    Q    Was there also a county license?
23    A    I don't recall there being a county license in those
24    cases.  I think at one time there was a Broward County
25    license that you could get, but I don't -- I think that had
```

1   been discontinued, and it wasn't really relevant to the city

2   where the business was at.  The City requires you to get

3   their own license.

4   Q    Okay.  And you didn't have to deal with the County at

5   all on those matters?

6   A    No, I never dealt with the County.

7   Q    Okay.

8   A    And there was one other one I did with Rosie and Donnie

9   that was in the city of Davie, as well, but that --

10  Q    Can you tell us about that?

11  A    Yeah, they wanted to open up a business in the city of

12  Davie, and the City refused to grant them a license.  It was

13  a very similar situation to Fort Lauderdale.  They had zoned

14  them out of that area of the city.  And I filed a similar

15  lawsuit to the one I filed in Michael and Cynthia's case, and

16  the identical thing happened.

17          The lawyer for the City contacted me after I filed

18  the suit and indicated that he wished to settle the case, and

19  it resulted in a license being issued by the City of Davie

20  for that business.

21  Q    And were each of these businesses then properly and

22  legally licensed by their respective cities?

23  A    Yes, pursuant to the settlements reached with the

24  Cities, they were operating in accordance with City law.

25  There was no violation notices, no allegation that they were

1    in improper use at all.

2              MR. SCHWARTZ:  No other questions.

3              THE COURT:  Thank you.

4              Any cross-examination?

5              MR. STEFIN:  No, Your Honor.

6              THE COURT:  Thank you, sir.

7              THE WITNESS:  Thank you.

8              MR. SCHWARTZ:  May we approach, Your Honor?

9              THE COURT:  Yes.

10        (The following proceedings were held at sidebar:)

11             MR. SCHWARTZ:  I see a smile on your face.

12             THE COURT:  You're out of witnesses?

13             MR. SCHWARTZ:  I anticipated that we would take a

14   little longer with each of these witnesses.  I do have a full

15   day scheduled for tomorrow, but I'm a little short today.

16   I'm always a little short.  I'm a little brief today.

17             THE COURT:  Well, to kind of soften the blow for

18   the jurors, can we agree that on Monday morning we'll do jury

19   instructions and have a charge conference so that I can tell

20   them now that we'll have all day off Monday so that maybe

21   they won't feel they're wasting their time?

22             MR. SCHWARTZ:  And this will help me also to go

23   back and work on my prospective -- my proposed charges.

24             THE COURT:  All right.  So I'll -- we'll recess for

25   the day, and then I'll tell the jurors they'll be off all day

1    Monday.  We'll be working.  Okay?  Thank you.

2         (Sidebar conference concluded.)

3              THE COURT:  All right.  Ladies and gentlemen,

4    because we've moved more quickly today than was anticipated,

5    the defense doesn't have any other witnesses to present

6    today.  So we're going to be leaving early.  But let me tell

7    you a little bit of a scheduling change for next week.  We

8    were supposed to be in session Monday in the morning.  I

9    don't know if you recall that, but we had told you at the

10   outset we were going to be in session only in the morning on

11   Monday.

12             Rather than have you come in just for a half a day,

13   the lawyers and I have work to do in anticipation of getting

14   towards the end of the case.  And so rather than taking the

15   time towards the end of the week, we're going to use Monday

16   morning to do that work so that we can just go Tuesday and go

17   straight through the rest of the week, and hopefully not have

18   to take a big chunk of time out to do what we would have to

19   do otherwise.  We'll do it Monday morning and save you the --

20   so you have a full day to do other things rather than half a

21   day.

22             So Monday we're not going to be in session, just to

23   let you know.  So we'll be in session tomorrow, and then

24   we'll start up again on Tuesday.  All right?

25             Again, thank you for your cooperation and your

1    patience.  I remind you not to discuss the case or form any

2    opinions, and we'll see you tomorrow at 9:00.

3              Thank you.  Have a nice evening.

4         (The jury exits the courtroom.)

5              THE COURT:  You can all be seated.

6              Is there anything else we should talk about now

7    that we have some time in terms of issues that are going to

8    come up regarding any of the defense witnesses, that we

9    anticipate any other issues I may have to rule on?

10             MR. SCHWARTZ:  I think we're in the process of

11   working out any issues regarding Ms. Montassir and unless

12   Mr. Stefin has something he wants to raise.

13             THE COURT:  Because, again, I see names on here.  I

14   see the letters SA before them, which I assume means Special

15   Agent; am I correct?

16             MR. SCHWARTZ:  Yes, Your Honor.

17             THE COURT:  Are we going to have any issues about

18   those witnesses?

19             MR. SCHWARTZ:  Well, one of them is not a special

20   agent.  It's really a police officer or detective, that's

21   Reddish.  Those are the two people who I talked about who had

22   recorded conversations undercover with various of the

23   Defendants, and I was going to talk to them about whether the

24   Defendants had promised to launder money -- I'm sorry,

25   cleanse money for them and return it, and I believe they will

1    say they did not.

2           And I may play some tapes through them.

3           THE COURT:  All right.

4           MR. SCHWARTZ:  Mr. Stack, we've discussed.

5    Mr. Ogden, I wanted to ask various questions regarding his

6    relationship -- I don't want to use the word relationship --

7    his interchanges with Ms. Deveraux or Ms. Montassir, and --

8           THE COURT:  Same with his wife?

9           MR. SCHWARTZ:  Same with his wife.

10          MR. STEFIN:  Judge, there's two witnesses.  And,

11   again, I know Mr. Schwartz has been planning to get me more

12   information, but the two witnesses that I see here, Ann

13   Sutherland and Edwin May, I understand are two potential

14   expert witnesses.

15          And, again, I guess it may be too premature to go

16   into the Government's objection since I don't really know

17   precisely what they're going to testify to, but the Court can

18   anticipate that I'll probably object if the purpose of the

19   witness is to simply talk about Gypsy culture, being one, and

20   the other one talking about his scientific investigations

21   into the paranormal and how there are people that have

22   psychic abilities.  I think that's kind of where we're

23   heading.

24          MR. SCHWARTZ:  And I've owed Mr. Stefin a paragraph

25   or two about what their testimony will be, although I've

```
 1    given him their curriculum vitaes, and I will -- I've kept
 2    saying I would do this.  Since we're leaving early now, I'll
 3    use this afternoon to provide -- to finish that and provide
 4    it to Mr. Stefin.  And perhaps Monday morning if Your Honor
 5    has the time during our charge conference, we can also talk
 6    about whether you'll allow them to be witnesses or not.
 7              THE COURT:  All right.
 8              And are you going to both get me some proposed jury
 9    instructions before Monday?
10              MR. STEFIN:  Yes.  We have -- we actually completed
11    it, and we can -- we were going to e-mail it to Irene.
12              THE COURT:  Yes, please.
13              MR. STEFIN:  In Word Perfect format.
14              THE COURT:  Yes, please.
15              MR. STEFIN:  We'll do that today.
16              MR. SCHWARTZ:  I'm hoping to have that to send.
17    May I send it over the weekend, Your Honor?
18              THE COURT:  The sooner the better.
19              MR. SCHWARTZ:  Thank you.
20              THE COURT:  Okay.  All right.
21              So is there anything else we should discuss or need
22    to discuss today?
23              MR. SCHWARTZ:  Not on the record, Judge.
24              THE COURT:  Okay.  Mr. Stefin?
25              MR. STEFIN:  No, Your Honor.
```

1          THE COURT:  Off the record.

2     (The recess was taken at 3:11 p.m.)

3                    *  *  *  *  *

```
1                        * * * * *

2                       I N D E X

3    Testimony of Beth Watts

4          Direct by Mr. Stefin              6

5          Cross by Mr. Schwartz             73

6    Government Rests                        116

7    Testimony of Lee Schillinger

8          Direct by Mr. Schwartz            125

9          Cross by Mr. Stefin               130

10         Redirect by Mr. Schwartz          131

11   Testimony of Russell Cormican

12         Direct by Mr. Schwartz            132

13                       * * * * *

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                              * * * * *

2                         E X H I B I T S

3    Government's Exhibits in Evidence:

4            Government's 1A, 1B, 2, 3, 3-2, 3-3

5    8, 10, 14 and 15                              6

6            Government's 740                      25

7            Government's 725-739                  37

8                              * * * * *

9                         CERTIFICATE

10      I, Stephen W. Franklin, Registered Merit Reporter, and

11   Certified Realtime Reporter, certify that the foregoing is a

12   correct transcript from the record of proceedings in the

13   above-entitled matter.

14      Dated this 12th day of NOVEMBER, 2013.

15

16      /s/Stephen W. Franklin

17      Stephen W. Franklin, RMR, CRR

18

19

20

21

22

23

24

25
```

**$**

$1,310,858 [1] 41/19
$1,310,858.34 [1] 41/18
$1,419,536.11 [1] 50/24
$10,000 [12] 33/18 48/8 55/7 55/23 57/24
 58/6 59/12 67/2 69/17 69/17 101/20 101/23
$10,014 [1] 64/4
$10,150 [1] 66/25
$10,185 [4] 34/1 39/5 39/14 59/10
$1000 [1] 120/6
$102,743 [1] 63/6
$102,743.55 [2] 32/21 63/2
$103,127 [1] 48/24
$103,127.58 [1] 46/10
$118,852.65 [1] 42/15
$1188 [1] 49/20
$119,190.51 [1] 59/21
$12,482.74 [1] 55/20
$123,000 [1] 66/2
$1240 [1] 57/3
$13,000 [2] 61/12 61/17
$133,472.88 [1] 42/4
$133.13 [1] 59/6
$14 [1] 41/1
$14,405 [2] 34/13 39/3
$14,635.17 [1] 64/12
$15,000 [2] 69/7 69/15
$150,000 [2] 61/15 62/2
$150,252.99 [1] 59/25
$1500 [1] 58/8
$17,760 [1] 20/7
$17,972 [1] 62/13
$18,000 [1] 69/4
$18,072 [1] 62/14
$180,000 [1] 9/24
$185,250 [1] 50/16
$187.07 [2] 34/11 38/9
$19,975 [1] 65/3
$190 [1] 55/6
$1960 [1] 55/4
$2,239,615 [1] 42/19
$20,000 [2] 47/8 54/14
$20,158 [1] 66/22
$200,000 [1] 74/16
$2000 [3] 51/23 60/6 60/7
$2056.40 [1] 66/15
$21,000 [1] 59/15
$21,199 [1] 59/8
$211,137.43 [1] 42/12
$2168.28 [1] 70/2
$2200 [1] 55/4
$23,535.25 [1] 51/5
$23,975 [2] 59/4 59/15
$24,000 [1] 32/13
$2468.74 [1] 56/1
$249,459.79 [1] 43/8
$249,918.53 [1] 43/6
$25,000 [1] 63/19
$2596.37 [1] 68/6
$26,453 [1] 51/14
$260,006.80 [1] 42/20
$27,000 [1] 49/6
$2700 [1] 66/16
$272.76 [2] 34/20 40/7
$28,227 [1] 48/3
$283,583.84 [1] 42/6
$285.89 [1] 63/4
$2918 [1] 51/11
$296.31 [1] 62/1

$3,550,473.34 [1] 43/15
$3000 [2] 58/13 64/18
$31,062.48 [1] 59/24
$3168 [1] 69/5
$3500 [2] 46/20 65/19
$355,000 [1] 31/23
$36,000 [1] 57/15
$3619.31 [1] 10/7
$373,452.24 [1] 40/15
$373,725 [2] 34/21 40/10
$373,750 [1] 32/23
$38.91 [1] 65/22
$39,400 [1] 43/8
$3918.44 [1] 46/1
$40,000 [5] 9/16 10/7 54/6 54/7 55/9
$40,500 [1] 9/15
$4000 [1] 61/21
$41,482 [1] 68/15
$41,500 [1] 33/4
$41,512.35 [1] 57/16
$41,524 [1] 58/17
$4206 [1] 39/8
$427,777.77 [1] 50/13
$43,619.31 [1] 10/4
$45,191.63 [1] 69/1
$469,221.89 [1] 42/5
$47,000 [2] 55/9 70/3
$47,331.88 [1] 55/19
$48,000 [1] 70/3
$49,209.14 [1] 45/18
$50,000 [16] 14/4 14/10 27/1 27/2 31/8 31/10
 40/20 45/1 45/4 45/23 46/3 46/5 63/11 101/6
 101/7 120/5
$50,253.71 [1] 47/14
$50,575.12 [1] 45/2
$500 [2] 44/21 53/6
$5000 [11] 54/24 57/25 60/11 64/5 64/9
 65/10 69/10 69/15 72/16 72/17 74/25
$51,272 [1] 63/15
$511,045 [1] 70/18
$5374 [1] 69/1
$5374.85 [1] 64/24
$550 [1] 55/3
$56,138.63 [1] 53/25
$575.12 [1] 45/11
$5796 [2] 48/22 49/3
$58,639 [3] 34/23 40/18 41/2
$59,975 [3] 32/9 34/8 38/13
$60,000 [4] 60/12 60/14 99/9 103/22
$6000 [1] 83/23
$6160 [1] 20/14
$6306 [1] 68/18
$636,000 [1] 50/20
$66,000 [3] 60/24 61/1 61/8
$668.12 [1] 55/17
$67,000 [1] 68/7
$6800 [2] 56/17 57/13
$700 [3] 52/14 52/22 52/25
$701,502 [1] 43/9
$7159.70 [1] 65/14
$739,327.88 [1] 42/21
$75.12 [1] 44/20
$752.18 [1] 65/17
$79.02 [1] 62/20
$795 [1] 58/18
$795.60 [1] 58/15
$80,000 [1] 60/22
$800,000 [1] 110/9
$83,000 [1] 50/12
$83,787 [1] 39/2

$83,787.93 [1] 38/23
$8625 [1] 40/24
$8684.65 [1] 69/19
$87,508.32 [1] 50/17
$908.32 [1] 64/22
$9095.06 [1] 53/22
$92,959.13 [1] 18/16
$9221.75 [1] 61/23
$94,589.65 [1] 42/8

**'**

'06 [3] 10/9 73/19 102/2
'09 [2] 32/12 58/8
'personal [1] 110/5
'til [1] 71/24

**-**

-041 [1] 94/23
-v [1] 1/5

**/**

/s/Stephen [1] 146/16

**0**

00 [1] 20/22
000011 [1] 9/7
00006 [1] 8/21
0001 [1] 9/7
00012 [1] 9/19
00017 [1] 10/16
00023 [1] 11/1
00051 [1] 11/18
00130 [1] 12/5
00133 [1] 13/5
00134 [1] 13/8
00135 [1] 13/11
0017 [1] 78/4
00176 [1] 13/25
00184 [2] 14/1 14/7
00214 [1] 13/16
00343 [1] 14/20
00344 [1] 15/17
00363 [1] 18/22
00366 [1] 19/14
00373 [1] 19/19
00383 [1] 18/3
00399 [1] 18/8
00422 [1] 17/2
005 [1] 21/22
009 [1] 22/10
01710 [1] 20/10
02 [3] 20/8 20/9 20/10
024 [1] 22/17
028 [1] 22/22
041 [2] 23/2 94/23
042 [2] 23/17 94/23
07 [3] 31/22 48/8 48/20
08 [5] 20/22 53/6 53/11 53/20 57/20
09 [10] 32/8 33/24 38/7 38/10 38/20 39/11
 39/13 56/4 57/16 64/22

**1**

1-A [1] 6/9
1-B [1] 6/9
10 [7] 5/20 6/10 31/16 33/2 61/11 108/3
 146/5
10,000 [2] 74/19 74/19
1009 [1] 52/13
10:16 [1] 35/10
10:32 [1] 35/10

**1**

10th [6]  10/1 10/9 15/24 21/1 52/4 52/7
11 [4]  66/14 67/1 67/12 68/2
11-80072-CR-MARRA [1]  1/2
11/10/08 [1]  53/6
11/12/08 [1]  53/11
11019 [1]  23/7
112 [1]  66/21
116 [1]  145/6
11:59 [1]  85/5
11th [1]  65/18
12 [7]  33/7 33/8 33/24 37/11 37/14 39/12 123/8
12/1/09 [3]  38/7 38/10 38/20
12/18 [1]  53/25
12/18/08 [1]  53/20
12/2/09 [2]  39/11 39/13
12/28 [1]  63/23
12/29 [1]  64/11
12/29/2009 [1]  64/3
12/31/09 [1]  64/22
12/9/09 [2]  32/8 33/24
120 [1]  66/2
125 [1]  145/8
12th [4]  23/4 79/7 97/16 146/14
13 [4]  33/8 37/11 39/22 40/17
130 [1]  145/9
131 [1]  145/10
1319 [6]  8/6 18/9 26/24 31/5 72/19 82/5
132 [1]  145/12
1341 [1]  33/21
1343 [1]  33/21
13th [1]  94/25
14 [5]  5/24 6/10 21/6 56/25 146/5
141 [1]  8/23
14th [1]  55/14
15 [7]  1/10 6/1 6/10 35/3 35/4 116/13 146/5
158 [1]  72/1
15th [6]  16/24 71/10 72/3 95/5 95/7 95/11
16 [4]  78/14 78/15 78/23 132/16
165 [1]  1/10
167 [1]  71/7
16th [4]  21/25 72/5 95/7 95/9
17 [1]  56/25
1718 [2]  26/25 31/7
1719 [2]  26/25 31/9
1720 [2]  27/2 31/11
174 [3]  71/15 102/2 102/3
176 [1]  14/2
17th [4]  22/19 72/20 75/6 75/7
18 [3]  33/20 50/9 53/25
18th [1]  53/18
19 [2]  1/8 129/16
19 -- I [1]  125/14
1989 [1]  67/4
1989S [1]  103/14
1990 [3]  21/25 93/22 125/14
1992 [2]  79/1 79/2
1993 [1]  22/19
1994 [2]  124/3 125/24
1995 [1]  125/25
1997 [1]  132/16
1998 [1]  125/16
1999 [1]  125/16
1:15 [1]  85/1
1:16 [1]  85/5
1A [4]  5/6 20/20 23/12 146/4
1B [2]  5/7 146/4
1st [2]  34/6 61/25

**2**

2/20/07 [1]  48/8
2/21/07 [1]  48/20
2/21/2007 [1]  48/22
20 [4]  20/13 68/8 118/2 124/4
20,000 [3]  54/18 54/19 66/2
200 [1]  1/21
2000 [6]  5/14 120/6 129/17 129/17 130/5 133/20
2001 [1]  18/11
2002 [2]  20/3 103/13
2003 [5]  15/24 50/8 50/12 85/17 133/18
2004 [4]  21/1 21/5 50/12 70/13
2005 [3]  50/16 54/16 136/18
2006 [8]  10/1 41/15 50/16 70/21 71/1 71/7 71/12 83/22
2006-2007 [1]  41/9
2007 [17]  26/14 27/6 31/4 41/9 42/16 44/3 44/13 44/16 44/18 46/20 48/22 50/9 50/20 71/10 71/16 76/4 79/7
2008 [16]  11/4 16/23 16/24 51/11 51/25 52/4 53/18 54/5 71/18 75/23 76/6 76/9 76/25 77/2 77/15 91/12
2009 [22]  14/6 14/9 16/20 34/6 38/3 39/6 55/14 55/17 55/20 55/25 56/14 56/15 57/14 58/14 59/1 59/8 59/11 59/14 62/25 64/3 64/7 71/20
2010 [30]  7/22 34/15 34/18 34/22 40/5 40/9 40/17 41/2 59/21 61/25 62/20 65/13 65/17 65/18 71/22 75/20 85/17 85/19 85/22 85/23 85/24 86/1 86/4 86/8 86/9 86/15 87/2 102/3 115/4 115/8
2011 [22]  8/6 23/5 33/2 66/21 68/3 70/1 70/13 70/22 71/10 71/24 71/24 72/4 72/6 83/25 91/14 94/16 94/25 95/5 97/2 97/16 109/20 110/2
2013 [3]  1/8 109/21 146/14
20th [1]  66/21
21 [10]  5/11 21/17 22/2 23/7 23/11 44/16 46/20 57/2 57/11 98/22
219 [1]  47/11
22 [2]  26/14 27/6
226 [1]  71/19
22nd [5]  16/20 20/3 31/4 44/3 54/5
23 [2]  11/4 44/13
23,535 [2]  32/5 51/13
2373 [2]  44/11 52/23
2379 [1]  66/9
23rd [4]  14/9 44/18 45/14 62/25
24 [2]  57/14 58/17
24,000 [1]  34/9
24th [7]  14/6 45/14 45/20 46/10 48/24 50/8 59/1
25 [1]  146/6
25,349.85 [1]  65/4
2500 [2]  120/5 120/5
25th [1]  59/20
26 [1]  60/11
26,000 [1]  33/3
268 [1]  48/8
26th [1]  58/8
27 [2]  60/12 60/17
27,000 [1]  49/12
28 [2]  60/20 63/23
288 [1]  71/7
28th [1]  61/1
29 [4]  44/18 68/8 68/10 69/1
298 [2]  71/23 102/4
29th [3]  33/2 51/11 68/3

**2:00** [1]  117/9
2:22 [1]  124/9
2:43 [1]  124/9
2nd [1]  34/12

**3**

3's [1]  116/25
3-2 [3]  5/16 6/9 146/4
3-3 [3]  5/16 6/9 146/4
3.2 [1]  5/16
31 [1]  64/25
33301 [1]  1/18
33401 [1]  1/24
33432 [1]  1/22
3452 [3]  52/10 52/14 52/17
37 [1]  146/7
3768 [1]  1/23
377 [1]  54/22
3918 [1]  46/10
3:11 [1]  144/2
3rd [1]  51/25

**4**

4/22/02 [1]  20/8
40 [1]  125/22
401 [1]  19/25
4417 [2]  51/4 51/7
47,000 [1]  53/25
4th [2]  34/18 40/5

**5**

5/21/02 [2]  20/9 20/10
5/26 [1]  60/11
5/27 [2]  60/12 60/17
5/28 [1]  60/20
5/28/10 [1]  61/11
5/5 [1]  60/3
5/9/08 [1]  57/20
50 [1]  99/9
500 [1]  1/17
504 [2]  8/21 80/22
506 [1]  9/6
507 [1]  10/13
508 [1]  10/25
511 [1]  11/19
512 [1]  16/8
514-3768 [1]  1/23
519 [1]  12/4
520 [1]  13/3
521 [1]  13/15
523 [1]  13/24
526 [1]  14/19
527 [1]  18/1
528 [1]  18/21
529 [1]  16/25
560SL [1]  67/4
561 [1]  1/23
58th [8]  5/12 21/17 22/2 23/7 23/11 93/13 93/20 98/22
5908 [5]  60/4 61/19 63/21 64/16 65/9
5th [8]  34/15 34/22 40/17 41/2 50/9 65/12 79/1 79/2

**6**

6/20/07 [1]  31/22
60,000 [2]  61/4 104/6
6988 [1]  19/6

**7**

7-Eleven [3]  47/21 48/6 69/6

**7**

7/20 [1]  68/8
7/20/11 [4]  66/14 67/1 67/12 68/2
7/28/2009 [1]  59/8
7/29 [3]  68/8 68/10 69/1
700 [1]  1/21
701 [1]  1/24
722 [2]  85/16 86/5
725 [5]  36/11 36/22 37/1 41/8 41/9
725-739 [1]  146/7
726 [1]  43/24
727 [1]  49/16
728 [4]  36/10 37/9 37/13 37/18
729 [1]  39/21
73 [1]  145/5
730 [1]  50/25
731 [1]  53/15
732 [3]  55/12 56/19 56/24
733 [4]  56/13 56/19 57/3 57/11
734 [3]  58/20 58/21 58/23
735 [2]  59/19 103/21
736 [3]  62/4 62/5 103/21
737 [2]  62/23 62/24
738 [2]  66/6 68/2
739 [6]  36/10 36/11 36/22 37/1 68/2 146/7
740 [4]  24/24 25/12 25/23 146/6
7th [2]  1/18 62/20

**8**

8/14 [1]  56/25
8/14/2009 [2]  55/17 56/14
8/17 [1]  56/25
8/17/09 [1]  56/4
8/17/2009 [1]  55/20
8/21 [2]  57/2 57/11
8/21/2009 [1]  56/15
8/24 [1]  58/17
8/24/09 [1]  57/16
8/31/2009 [1]  58/14
8337 [8]  34/19 37/25 55/16 57/14 59/5 59/22 61/1 63/1
8509 [1]  62/6
8565 [1]  53/19
87504 [1]  8/24
8th [4]  47/7 47/10 65/17 70/1

**9**

9.5.8.3 [1]  105/20
9882 [2]  19/8 19/9
9:00 [1]  141/2
9th [1]  32/12

**A**

a.m [2]  35/10 35/10
A/E [1]  20/6
ABC [2]  23/9 97/24
abilities [8]  110/14 110/22 111/1 111/11 111/18 112/12 113/3 142/22
ability [3]  114/4 114/9 135/8
able [14]  3/14 4/15 15/12 17/15 24/16 31/20 50/9 50/21 56/3 60/13 60/23 86/5 114/8 122/6
above [2]  11/23 146/13
above-entitled [1]  146/13
Abraham [13]  12/21 33/6 66/7 66/17 67/13 67/17 68/7 68/11 68/14 68/21 70/6 102/23 103/3
Abraham's [1]  12/9
Absolutely [1]  83/18

absolving [1]  121/3
accent [1]  104/3
accept [2]  28/1 30/9
accessories [1]  22/7
accompanied [1]  12/14
accordance [1]  138/24
according [3]  22/24 26/21 34/4
accordingly [1]  129/12
account [104]
accounts [16]  5/21 12/9 13/18 37/22 41/21 41/24 43/11 43/11 49/25 67/11 72/10 72/14 72/22 82/25 98/22 103/3
accurate [1]  76/5
Accurint [3]  17/4 17/5 17/6
accused [2]  90/22 114/16
acquaintance [1]  15/8
acquittal [1]  116/17
across [2]  15/20 92/18
act [1]  129/12
acting [1]  11/8
action [2]  123/15 123/19
active [1]  80/16
activity [3]  33/19 135/4 135/7
actual [5]  8/10 23/15 30/25 31/14 98/21
actually [14]  8/8 17/11 17/18 30/1 36/10 44/2 46/2 50/4 69/12 103/2 125/16 128/24 130/15 143/10
Adae [2]  56/17 57/12
added [2]  2/7 74/21
addition [2]  61/4 90/16
additional [8]  5/2 43/18 47/4 58/13 65/15 69/22 69/25 108/11
address [10]  5/14 11/17 22/2 80/23 81/19 81/20 82/1 82/4 82/4 82/9
addressed [1]  18/8
addresses [2]  11/21 30/22
adjunct [1]  77/12
admire [1]  103/16
admission [1]  121/13
admit [1]  25/22
admitted [5]  6/8 36/19 36/25 75/14 132/16
adopted [2]  126/22 131/15
ADT [3]  48/14 48/15 56/11
advised [2]  126/11 129/11
affecting [1]  33/16
affiliated [1]  132/24
after [30]  3/22 4/18 18/20 23/20 35/10 35/20 36/4 38/20 41/12 45/12 48/25 56/14 56/14 62/2 63/12 64/11 66/18 68/20 84/5 85/5 87/9 96/10 102/5 105/12 120/8 124/3 124/9 124/15 129/5 138/17
afternoon [6]  3/22 117/11 124/7 130/11 130/12 143/3
again [45]  4/22 10/25 17/5 17/23 25/6 26/5 30/22 37/25 38/3 38/12 39/11 39/17 39/24 40/2 41/4 42/19 43/10 43/22 45/8 47/2 47/16 47/19 48/6 48/7 51/6 52/9 55/21 56/1 60/17 62/25 63/8 65/9 66/17 67/10 68/13 72/2 86/21 111/4 123/5 137/11 140/24 140/25 141/13 142/11 142/15
agencies [1]  8/1
agency [1]  8/10
agent [24]  2/17 6/12 6/23 7/1 7/3 7/16 7/16 21/10 76/23 76/24 76/25 77/20 84/15 89/17 89/18 107/8 107/11 109/12 110/13 112/14 115/10 115/17 141/15 141/20
agent's [2]  2/19 109/14
agents [1]  35/17
ago [3]  20/21 115/15 125/14
agree [8]  28/17 86/17 86/19 86/24 90/21

119/2 124/2 139/18
agreed [3]  30/11 136/2 137/8
agreement [6]  5/3 22/20 23/4 95/2 121/2 122/5
ahead [2]  65/6 119/5
AKA [3]  23/11 26/16 33/14
allegation [1]  138/25
allegations [3]  24/18 24/18 33/8
allege [1]  123/9
alleged [7]  4/8 30/11 36/2 53/13 72/10 84/18 90/3
alleges [1]  24/6
allow [12]  96/17 114/12 124/2 126/16 127/1 127/6 127/12 128/19 131/24 134/5 137/19 143/6
allowed [8]  97/7 98/13 122/6 129/15 130/2 134/3 134/4 137/9
allowing [1]  136/3
Allstate [3]  58/3 58/4 64/21
almost [2]  87/20 114/15
along [5]  9/16 89/24 94/6 135/19 137/20
already [9]  8/20 19/17 25/8 25/17 25/21 45/11 75/15 116/25 117/14
also [40]  4/1 16/1 19/17 20/18 22/14 38/16 44/6 46/17 51/21 52/2 52/4 55/3 55/25 57/22 60/4 60/10 64/7 69/4 74/11 80/12 80/14 80/22 81/22 81/23 91/25 94/13 100/10 102/2 115/10 117/21 119/8 119/11 126/3 126/9 134/21 135/14 136/20 137/22 139/22 143/5
although [6]  15/8 85/22 100/11 100/15 118/21 142/25
always [3]  94/5 106/19 139/16
am [10]  6/25 7/19 15/1 15/9 60/15 86/12 99/17 119/12 119/13 141/15
amended [1]  2/6
Amendment [8]  88/23 134/21 134/25 135/1 135/4 135/6 135/10 135/12
AMERICA [18]  1/3 14/3 14/8 19/5 32/10 32/14 32/24 33/25 34/19 37/24 39/13 39/25 55/15 57/13 59/5 59/22 63/1 64/16
American [6]  18/6 20/5 20/12 69/24 81/21 81/22
amount [50]
amounts [2]  42/13 94/4
analysis [1]  53/10
ancillary [1]  137/19
and/or [3]  41/25 42/14 43/9
Andrea [3]  13/18 33/1 34/20 40/10 41/5 59/1 59/20 62/5 81/5
Andrews [2]  128/13 128/14
Ann [1]  142/12
announcement [1]  29/18
another [41]  8/9 11/12 11/15 13/8 13/11 14/8 17/14 18/21 20/10 20/12 22/19 40/2 43/20 45/15 47/10 47/11 48/1 51/6 52/4 52/10 52/14 52/22 53/8 54/20 57/19 58/6 58/7 60/4 61/19 66/10 69/16 77/20 91/21 92/5 92/18 93/15 94/12 109/16 122/22 135/5 136/20
answer [3]  81/14 84/19 113/22
answering [1]  80/11
anticipate [2]  141/9 142/18
anticipated [4]  117/8 118/13 139/13 140/4
anticipation [1]  140/13
any [52]
anybody [1]  88/25 97/25 102/6
anyone [2]  4/22 132/18
anything [15]  2/25 4/22 25/17 42/10 87/6 88/9 96/5 121/25 123/6 123/23 126/10 129/25 134/13 141/6 143/21
anyway [3]  4/3 4/11 123/21

# A

aol.com [1]  1/25
apologize [2]  2/6 129/22
apparently [1]  88/13
appear [2]  19/15 19/20
appearance [2]  15/12 71/14
Appearances [1]  1/15
appears [5]  11/3 15/21 19/16 70/22 79/6
apply [1]  30/16
appreciate [1]  117/22
approach [10]  12/16 16/3 27/10 78/17 78/18
93/15 95/18 105/25 117/13 139/8
appropriate [3]  84/17 89/13 107/2
approval [1]  2/21
approximately [8]  7/21 7/22 33/3 59/15
69/17 78/14 94/15 95/13
April [4]  16/20 20/3 109/20 110/2
April 22nd [2]  16/20 20/3
area [4]  15/6 115/2 119/3 138/14
areas [2]  134/7 134/11
argued [1]  134/22
arguing [1]  29/1
argument [3]  113/2 114/3 114/3
arguments [1]  135/19
arise [1]  121/14
around [3]  75/23 117/9 136/18
arrange [1]  15/10
arrest [4]  23/21 67/13 83/20 96/10
arrested [3]  84/6 95/15 110/8
arrests [1]  95/5
arrive [1]  117/10
Articles [3]  20/21 20/24 21/8
artifice [1]  26/17
ascertain [1]  79/18
ask [15]  26/2 31/20 36/12 37/3 80/20 86/4
87/2 87/4 94/23 95/19 113/8 113/11 114/13
119/10 142/5
asked [13]  2/18 14/17 60/21 77/17 80/14
80/18 84/1 88/14 90/21 119/25 122/14
126/14 128/15
asking [6]  60/22 88/3 89/10 90/17 113/4
122/17
asset [1]  100/5
assets [2]  17/8 17/10
assist [3]  4/7 79/18 133/19
assistant [1]  128/18
assisting [2]  80/6 80/9
assume [2]  101/20 141/14
assumed [1]  5/3
assuming [3]  78/10 101/5 101/11
astrology [10]  92/12 92/19 93/4 93/17 96/1
96/21 97/7 136/10 136/12 136/12
Atlantic [2]  51/4 51/7
Atlas [29]  27/3 31/12 34/25 39/7 39/8 40/24
40/24 41/24 42/4 42/20 44/6 45/22 45/25
54/14 55/22 55/24 56/1 56/4 59/12 59/13
59/16 64/5 64/6 67/2 69/10 99/7 99/10
100/22 101/24
ATM [8]  42/25 43/2 43/3 45/7 46/22 55/4
58/11 70/20
ATMs [3]  57/22 71/4 71/5
attempt [4]  33/15 70/19 118/25 122/22
attempted [2]  96/3 119/11
attempting [3]  49/17 118/21 119/18
attempts [1]  122/16
attention [1]  37/9
attorney [14]  9/4 9/13 10/22 10/23 80/1
119/25 120/1 121/2 125/21 128/18 128/21
128/22 132/14 132/15

# Attorney's [2]  1/17 73/14
attorneys [1]  23/5
audits [1]  7/13
August [14]  8/6 11/4 55/14 57/14 58/8 59/11
70/1 71/10 71/24 72/3 72/6 79/1 79/2 95/5
August 14th [1]  55/14
August 15th [2]  71/10 95/5
August 2011 [1]  72/6
August 23 [1]  71/4
August 24 [1]  57/14
August 5th [2]  79/1 79/2
August 8th [1]  70/1
AUSA [2]  1/16 1/16
authority [2]  47/4 118/9
automatically [1]  102/6
available [1]  3/2
Avenue [1]  8/23
avenues [1]  3/13
AW [2]  32/25 103/20
AW's [1]  32/23
aware [5]  79/11 93/16 98/13 100/13 137/7
away [3]  73/20 100/4 100/4

# B

back [27]  2/2 4/20 12/25 14/10 21/19 24/17
24/18 35/22 41/7 44/7 60/22 65/4 70/9 85/8
87/11 95/14 98/25 104/24 107/1 113/13
113/15 119/21 122/2 122/3 124/18 125/13
139/23
bad [2]  101/6 108/13
balance [50]
bank [88]
banking [1]  24/14
banks [1]  23/25
Bar [1]  132/16
Bardfeld [1]  1/16
based [16]  9/2 9/11 18/24 27/23 31/17 36/13
70/19 72/8 72/8 72/14 88/17 94/9 94/11 98/2
116/18 131/11
basically [10]  23/13 24/16 44/1 44/15 52/3
54/22 134/18 134/23 136/1 137/4
basis [1]  43/19
bathroom [3]  12/10 16/2 17/24
BB [3]  31/23 62/6 62/11
Beach [8]  1/7 1/24 26/15 33/12 125/23 126/1
126/1 127/5
Bean [1]  60/3
bear [1]  22/22
became [3]  8/2 76/24 77/12
because [31]  4/3 15/5 29/20 37/7 45/10 56/20
74/1 76/18 77/23 78/22 83/3 83/12 83/24
85/18 88/20 89/22 96/5 100/3 108/7 108/7
118/12 122/1 122/17 126/7 126/16 126/21
128/22 133/24 137/15 140/4 141/13
become [2]  7/20 98/13
bedroom [10]  12/11 12/19 12/19 16/1 16/6
17/23 17/24 17/25 19/18 81/9
before [39]  1/12 2/17 3/11 3/18 5/1 7/24 8/2
16/9 29/14 34/10 38/4 38/13 45/15 51/10
52/11 53/21 63/3 63/3 66/14 67/13 77/9
77/16 77/21 83/19 85/11 86/24 95/19 106/12
109/10 111/23 114/13 116/10 118/5 119/24
123/23 129/21 135/12 141/14 143/9
began [3]  75/25 84/2 136/25
begin [4]  76/1 118/5 121/19 135/2
beginning [13]  17/1 34/10 34/18 38/1 38/7
44/12 51/10 57/3 59/6 59/23 66/13 68/5
108/15
begins [3]  17/1 45/4 45/6
behalf [5]  11/8 41/10 120/5 126/10 134/13

# being [18]  8/17 11/12 15/6 21/25 22/6 26/8
54/16 72/10 90/23 107/10 120/8 122/23
123/16 125/11 127/15 137/23 138/19 142/19
beliefs [1]  135/5
believe [91]
believed [2]  83/14 137/2
below [3]  22/4 33/12 33/22
benefit [1]  3/1
Bennett [2]  10/23 80/4
Bentley [3]  39/10 40/21 40/25
Benz [1]  67/4
best [5]  48/20 48/21 92/1 92/21 98/11
Beth [6]  2/17 6/12 6/15 6/19 35/16 145/3
better [2]  15/5 143/18
between [7]  9/21 10/19 22/20 23/5 70/21
78/5 99/1
Beulen [10]  11/8 16/11 16/15 51/22 52/5
88/10 89/1 89/5 89/19 89/20
beyond [2]  88/3 89/16 90/8
BIC [1]  13/22
big [1]  140/18
bill [3]  56/11 56/12 101/7
bills [5]  83/4 83/13 83/17 83/20 113/19
bingo [4]  101/6 102/3 102/7 102/13
Biography [1]  15/17
birth [1]  17/8
birthday [1]  128/16
bit [3]  15/8 94/1 140/7
bizarre [1]  15/2
blank [2]  19/17 19/19
blow [1]  139/17
BOA [3]  57/20 60/4 61/19
BOA5598 [1]  58/7
BOA5908 [1]  60/17
Boca [1]  1/22
bond [6]  95/24 95/25 96/13 96/19 96/20 97/3
book [12]  22/14 24/17 24/22 25/2 25/11
25/13 25/17 27/7 28/1 30/22 31/1 104/17
books [3]  124/3 124/8 137/16
borrowed [1]  54/1
borrower [1]  10/3
both [11]  58/2 80/12 80/15 81/5 82/8 111/3
125/4 127/10 128/17 137/21 143/8
bottom [4]  10/3 15/20 48/2 87/2
bought [1]  99/6
Boulevard [4]  1/17 5/15 133/20 133/20
boutique [1]  22/8
box [2]  38/15 38/24
boxes [1]  74/25
branches [1]  7/9
breadth [1]  134/22
break [6]  18/17 29/14 29/17 37/10 41/19
84/21 85/11 118/1
brief [3]  30/24 117/8 139/16
bring [6]  3/18 3/24 4/17 35/14 87/8 90/7 96/3
124/14
bringing [2]  45/17 122/25
brings [2]  65/4 120/20
British [2]  33/3 80/25
broached [1]  120/11
broken [1]  42/19
brought [2]  2/16 122/20
Broward [7]  1/17 26/14 33/12 118/19 127/20
134/15 137/24
Bruce [6]  9/13 41/25 42/14 43/9 49/19 50/22
building [2]  23/6 23/8
built [1]  74/12
burned [1]  123/12
business [12]  31/24 75/6 75/6 75/7 96/1
96/21 97/7 136/11 136/20 138/2 138/11

**B**

business... [1] 138/20
businesses [3] 72/20 118/18 138/21
Buy [2] 48/20 48/21

**C**

C-o-m-e-a-u [1] 8/22
C-o-r-m-i-c-a-n [1] 132/10
calculate [1] 70/19
called [11] 2/18 5/11 5/19 77/6 81/11 90/22 92/19 95/2 119/20 134/22 135/10
calls [1] 119/21
came [29] 9/16 36/4 39/17 41/12 41/12 42/17 43/11 43/20 44/3 44/4 44/21 46/1 63/3 77/18 85/22 94/12 96/8 100/16 100/19 105/11 113/2 118/12 121/23 125/21 126/7 128/14 129/11 133/18 137/3
can't [12] 88/21 92/17 93/4 95/7 118/22 122/22 122/25 135/11 135/15 135/16 135/18 136/8
Candice [1] 28/14
Capital [1] 47/25
capturing [1] 38/5
car [10] 55/6 55/23 100/4 100/6 101/21 101/24 102/6 102/17 103/1 103/16
card [12] 13/4 13/8 13/11 48/1 48/13 58/3 81/25 83/4 83/13 105/2 105/4 137/16
cards [15] 13/4 13/5 81/10 81/10 81/17 82/3 82/6 82/7 82/12 82/24 83/3 83/12 83/15 83/23 84/6
carrier [2] 26/21 30/2
carry [1] 56/8
carrying [1] 128/15
cars [4] 100/23 100/23 102/25 102/25
carved [1] 134/2
case [85]
cases [5] 108/18 118/21 119/11 120/13 137/24
cash [59]
cashed [8] 42/7 43/7 57/23 57/25 60/11 64/20 70/13 91/9
cashier's [7] 13/25 14/3 14/8 33/25 39/14 99/7 100/22
casino [42] 43/3 43/4 43/6 45/7 45/16 45/17 46/17 47/3 47/4 47/16 47/19 48/7 48/18 48/21 52/19 55/4 56/12 57/22 58/11 58/14 60/9 60/19 61/20 61/24 62/19 63/22 64/1 64/18 65/8 65/15 65/21 69/5 70/1 70/20 70/21 70/22 71/5 71/5 71/8 71/11 71/14 73/10
casinos [3] 24/1 42/6 74/6
category [1] 45/9
cause [2] 26/20 108/12
caused [2] 98/17 101/5
causes [1] 108/16
CC [1] 28/12
cemeteries [2] 47/9 74/15
cemetery [1] 74/12
century [1] 125/13
certain [8] 24/6 28/16 108/10 124/3 134/3 135/16 135/17 135/18
certainly [3] 108/23 122/6 123/3
CERTIFICATE [1] 146/9
certified [2] 5/7 146/11
certify [1] 146/11
cetera [3] 23/16 24/1 119/9
challenging [1] 134/16
change [6] 108/8 108/12 108/24 109/5 123/6 140/7

changed [1] 75/17
changes [1] 106/14
changing [1] 113/24
chapter [1] 105/19
charge [3] 127/1 139/19 143/5
charged [3] 90/4 109/10 127/22
charges [4] 2/21 48/18 60/19 139/23
charity [1] 123/12
chart [17] 37/9 37/22 39/20 41/8 42/9 42/11 43/25 50/25 53/15 57/2 57/11 67/20 68/2 85/16 85/22 86/3 103/21
charts [8] 2/7 29/8 36/1 36/7 36/13 36/23 66/11 67/23
Chase [3] 32/14 48/13 53/19
check [78]
checkbook [3] 12/25 19/3 19/4
checks [46] 10/6 26/25 27/16 29/24 31/5 31/14 34/24 39/4 40/19 42/7 43/7 44/2 46/7 47/3 47/4 47/19 48/25 49/19 49/24 50/4 52/7 52/9 54/7 54/9 54/10 54/11 55/22 55/22 59/9 64/4 64/5 64/12 64/19 64/24 66/24 70/12 74/6 74/6 74/16 74/18 77/24 91/9 91/10 98/21 99/7 100/22
Chicago [1] 104/3
chief [1] 116/7
Chomorkos [1] 28/14
Christina [1] 48/17
chunk [1] 140/18
CI [1] 75/18
CID [2] 75/16 75/18
circuit [2] 126/20 134/15
cite [1] 126/19
cited [1] 137/3
cities [5] 127/3 127/5 134/1 138/22 138/24
city [41] 48/13 125/22 126/4 126/14 126/15 126/18 127/10 127/11 127/21 128/18 128/21 129/9 129/11 130/14 130/18 130/19 131/23 134/2 134/2 134/5 134/11 135/20 135/22 135/22 135/24 136/3 136/4 137/3 137/6 137/11 137/12 137/17 138/1 138/2 138/9 138/11 138/12 138/14 138/17 138/19 138/24
civil [4] 7/10 7/13 113/19 121/4
CL50 [1] 103/10
CL53 [4] 99/11 99/12 99/15 100/10
CL63 [3] 55/25 59/14 64/7
claim [3] 110/21 112/19 112/23
claimed [1] 111/17
claiming [3] 112/4 112/16 112/17
clairvoyant [2] 22/8 112/12
clarify [2] 60/25 67/12
Claude [5] 9/4 10/19 10/21 10/22 78/5
cleanse [1] 141/25
cleansed [1] 114/1
clear [1] 82/17
clearly [1] 29/1
Clematis [1] 1/24
client [2] 12/21 100/19
clients [4] 101/22 102/22 123/10 134/13
close [5] 29/7 56/21 70/3 117/9 118/22
closed [1] 11/22 26/24
closing [1] 114/3
Club [1] 47/20
coconspirator [9] 89/2 89/6 89/12 90/4 90/5 90/6 90/18 90/22 91/2
coconspirators [1] 73/11
code [3] 7/6 13/22 33/20
coins [1] 20/12
Colin [4] 15/3 15/17 87/18 87/24
collateral [1] 100/7
collect [1] 100/5

Collection [4] 54/13 67/2 69/10 69/16
Colorado [1] 15/10
column [2] 45/8 50/15
Comeau [1] 8/22
comes [4] 51/13 53/24 63/6 117/18
coming [4] 37/14 38/1 43/18 102/22
commerce [5] 30/6 30/8 30/15 30/19 33/17
commercial [1] 26/21
commercially [2] 134/9 134/11
commingled [1] 53/9
committing [1] 114/16
commonly [1] 33/8
communicate [3] 110/16 110/22 114/5
company [6] 5/11 5/19 17/12 21/17 48/15 81/16
compilation [1] 25/6
complaint [4] 76/1 79/5 126/20 134/15
complete [2] 106/5 122/17
completed [1] 143/10
complicated [2] 98/7 98/8
complied [1] 86/14
comport [1] 20/15
composite [16] 5/10 5/13 5/15 5/18 5/20 5/24 6/1 9/6 11/18 13/15 14/20 16/8 16/25 18/1 19/25 21/14
comprehensive [1] 17/21
computer [1] 106/25
concede [1] 27/16
conceding [1] 30/3
concluded [3] 29/22 91/6 96/24 114/23 140/2
conclusion [2] 89/10 122/8
condition [1] 95/25
conditions [3] 96/13 96/20 97/5
conduct [1] 121/7
conducted [1] 72/8
conducting [1] 7/13
conference [7] 29/22 91/6 96/24 114/23 139/19 140/2 143/5
conforms [1] 106/12
confronted [1] 108/16
conjunction [1] 56/19
connection [2] 11/17 121/4
consider [6] 3/19 4/12 26/7 89/1 89/2 89/5
considered [2] 43/3 43/19
considers [1] 91/1
consistent [1] 122/3
consisting [2] 5/6 5/15
consists [2] 10/17 13/3
consolidate [1] 84/2
conspiracy [2] 90/5 123/9
conspirators [1] 123/12
constitutes [1] 90/18
Constitution [1] 134/24
constitutional [1] 135/25
Consultant [8] 5/9 11/24 13/1 21/9 66/8 66/13 68/14 68/17
consultation [3] 133/25 135/3 137/20
consulted [1] 118/10
consulting [2] 3/23 91/22
contact [1] 80/23
contacted [4] 121/1 135/24 137/6 138/17
contacts [1] 107/17
contained [2] 18/5 28/20
container [1] 18/2
containing [2] 25/2 26/25
content [1] 135/15
contents [1] 16/12
contest [1] 28/19
contesting [3] 27/15 27/17 28/18
context [1] 26/1

**C**

continuation [1]  67/24
continue [5]  47/14 55/2 64/10 87/13 95/25
continuing [1]  113/24
contradicted [1]  131/13
contrary [1]  123/10
control [2]  71/4 135/15
controlled [5]  51/4 55/16 59/23 66/9 100/25
controls [1]  99/8
conversation [1]  119/23
conversations [1]  141/22
convictions [1]  118/12
Cook [4]  8/22 9/3 9/4 76/23
Cook's [1]  80/23
cooperation [1]  140/25
copy [2]  58/22 129/11
Cormican [8]  118/14 119/8 122/15 132/5
 132/9 132/13 132/23 145/11
Cormican's [2]  118/25 120/3
corner [1]  15/20
Corp [1]  23/10
corporation [17]  20/25 21/12 91/17 91/18
 91/21 92/5 92/8 92/9 92/11 92/13 92/18
 92/25 93/3 93/8 97/24 136/6 136/12
corporations [3]  5/8 92/25 93/1
correct [206]
corrections [1]  2/9
correctly [1]  99/8
correlate [1]  104/6
correspond [1]  39/12
corresponds [1]  10/5
couldn't [4]  15/5 71/1 97/9 100/4
counsel [7]  2/3 5/4 35/13 85/9 89/8 111/20
 135/22
count [40]  27/7 28/5 28/7 28/10 28/11 28/12
 28/20 29/25 30/12 30/13 30/17 30/25 31/22
 32/5 32/8 32/12 32/18 32/22 33/2 33/7 33/12
 33/21 33/24 37/14 38/15 38/18 38/19 39/12
 39/22 40/11 40/17 43/2 43/21 44/2 46/6 51/2
 62/24 71/25 116/22 116/25
Count 10 [1]  33/2
count 12 [4]  33/7 33/24 37/14 39/12
count 13 [2]  39/22 40/17
count 2 [3]  30/17 30/25 46/6
count 3 [9]  28/5 28/10 28/11 28/12 28/20
 29/25 30/12 30/13 116/22
Count 3's [1]  116/25
count 4 [1]  31/22
count 5 [1]  32/5
Count 6 [1]  32/8
count 7 [1]  32/12
Count 8 [2]  32/18 62/24
Count 9 [2]  32/22 40/11
countenance [1]  109/8
counter [1]  43/1
Counties [2]  26/15 33/13
Country [1]  47/20
counts [13]  24/7 24/9 25/3 28/2 30/23 31/16
 31/19 31/22 33/8 33/23 37/11 38/17 116/20
counts 12 [2]  33/8 37/11
counts 4 [1]  31/16
county [12]  118/19 126/12 127/9 127/10
 127/19 127/20 134/15 137/22 137/23 137/24
 138/4 138/6
couple [8]  3/5 8/24 14/24 22/4 46/22 72/18
 93/24 129/21
course [14]  2/12 8/18 74/11 79/17 82/2 92/10
 92/19 98/12 100/9 126/15 127/25 128/21
 129/13 131/1

court [20]  1/1 1/23 2/1 2/13 3/23 4/6 4/7
 85/21 89/22 95/19 113/21 114/11 114/11
 118/22 126/20 126/20 128/7 134/16 135/23
 142/17
courtroom [9]  4/18 35/6 35/20 85/2 87/9
 116/14 124/15 128/15 141/4
courts [1]  10/18
cover [6]  14/21 18/2 18/22 53/5 78/25 87/22
covered [2]  93/10 108/2
CPE [1]  1/23
CR [1]  1/2
crafts [1]  22/7
credit [19]  13/4 47/25 48/13 74/2 81/10
 81/17 82/3 82/6 82/7 82/12 82/24 83/3 83/4
 83/4 83/12 83/13 83/15 83/23 84/6
credited [1]  44/21
crime [2]  109/10 109/11
crimes [1]  7/6
criminal [8]  7/5 7/9 7/12 75/15 84/16 105/15
 121/4 121/14
criminally [1]  33/17
cross [14]  3/1 3/11 3/14 17/15 73/3 73/8
 85/25 112/1 121/7 130/8 130/9 139/4 145/5
 145/9
cross-examination [10]  3/1 3/11 3/14 73/3
 73/8 85/25 121/7 130/8 130/9 139/4
cross-examining [1]  112/1
cross-reference [1]  17/15
CRR [2]  1/23 146/17
crystals [1]  137/16
culture [1]  142/19
curriculum [1]  143/1
curses [1]  110/23
custodian's [1]  5/4
Cynthia [9]  92/22 93/8 98/4 98/4 133/5
 133/12 134/14 136/15 137/2
Cynthia's [2]  137/8 138/15

**D**

d-a-t-a [1]  11/25
DANSK [1]  32/6
Daoud [1]  54/24
Daoud's [1]  55/1
data [1]  11/25
date [33]  14/5 14/21 15/21 15/23 15/24 16/18
 16/22 20/2 20/25 21/4 21/23 22/3 22/18
 23/20 31/3 34/5 34/6 34/17 40/4 44/3 44/21
 44/24 46/2 51/6 64/14 65/20 66/15 68/2
 75/24 79/5 79/5 79/8 104/13
dated [7]  10/1 10/9 11/4 14/8 20/2 94/24
 146/14
dates [4]  17/7 20/15 33/11 70/21
daughter [2]  133/6 136/18
David [2]  10/22 10/23
Davie [3]  138/9 138/12 138/19
days [17]  57/2 61/14 62/21 64/19 70/21
 71/12 71/13 71/15 71/17 71/19 71/21 71/23
 71/25 72/1 102/2 102/3 102/4
deal [5]  29/16 33/8 114/19 122/21 138/4
dealing [2]  39/24 44/9
dealt [2]  86/4 138/6
Deanna [24]  5/21 5/22 5/22 13/10 18/2 18/8
 32/11 34/7 34/8 38/11 38/13 38/18 39/19
 65/2 82/3 82/8 82/11 82/21 82/23 83/15
 83/22 84/3 105/2 105/3
Debbie [6]  11/8 16/11 16/15 51/22 52/5
 88/10
Debra [4]  89/1 89/5 89/19 89/19
deceased [1]  97/21
December [13]  14/6 21/25 22/19 32/12 34/6

34/12 38/3 50/9 50/20 53/18 54/5 62/25
 64/25
December 1 [1]  38/3
December 16th [1]  21/25
December 17th [1]  22/19
December 18th [1]  53/18
December 1st [1]  34/6
December 22nd [1]  54/5
December 23rd [1]  62/25
December 24th [1]  14/6
December 2nd [1]  34/12
December 31 [1]  64/25
December 5th [1]  50/9
December 9th [1]  32/12
decision [1]  4/13
decks [1]  137/16
declaratory [1]  126/21
declared [1]  126/5
DEFENDANT [20]  1/7 1/19 26/16 28/17
 33/14 41/16 42/17 42/18 70/22 71/12 71/14
 72/10 72/12 84/18 85/20 112/25 120/23
 121/3 124/20 125/15
Defendant's [8]  13/6 17/22 36/5 41/21 41/23
 120/22 125/2 132/5
Defendants [3]  67/14 141/23 141/24
defense [8]  4/7 5/3 29/1 29/24 96/15 123/24
 140/5 141/8
definitely [5]  15/14 79/20 80/8 94/3 98/25
defraud [1]  26/18
delivered [1]  26/20
demonstrate [6]  37/21 41/8 51/1 51/16 53/16
 62/4
demonstration [1]  129/5
Denmark [1]  32/6
deny [1]  116/24
Department [3]  2/20 8/3 76/14
depleted [1]  68/9
deposit [7]  45/15 45/22 53/8 53/11 58/15
 66/16 74/24
deposited [7]  45/1 46/3 48/25 52/10 54/15
 54/21 70/4
deposits [5]  36/2 45/20 46/9 65/19 66/1
deputized [2]  77/3 77/6 77/8 107/10
derived [2]  33/17 33/18
describe [1]  14/2
described [4]  27/6 38/16 55/10 66/4
describes [1]  37/25
detail [3]  33/21 37/13 39/21
detailing [2]  36/1 36/3
details [2]  18/13 120/23
detective [5]  76/6 76/7 77/2 107/14 141/20
detectives [1]  16/21
detention [3]  95/24 96/4 96/16
determinations [1]  4/8
determine [6]  42/3 60/13 92/15 98/16 98/19
 107/20
determined [2]  42/4 92/24
determining [1]  7/13
detour [1]  102/5
Deveraux [3]  49/20 124/3 142/7
didn't [33]  19/9 50/4 56/24 73/13 73/14 74/5
 74/14 74/22 76/1 80/20 83/3 83/17 83/24
 89/23 89/24 90/24 96/3 96/5 99/13 100/1
 101/7 103/10 103/17 105/9 110/25 111/25
 112/7 112/15 112/21 113/10 137/4 137/5
 138/4
different [6]  44/10 91/22 112/25 118/16
 120/18 134/3
Dillard's [1]  69/6
dinner [1]  15/11

## D

direct [20]  3/5 6/21 29/7 37/8 41/7 43/24
49/16 72/25 78/3 87/16 89/17 90/9 99/4
111/25 113/7 125/9 132/11 145/4 145/8
145/12
directed [1] 101/21
Directing [2] 53/15 55/12
directions [1] 26/21
directly [9] 39/18 41/4 41/22 42/13 42/23
49/18 49/21 49/25 100/21
Dirksen [1] 74/21
discontinued [1] 138/1
discuss [8] 35/3 35/9 84/25 85/3 116/11
141/1 143/21 143/22
discussed [4] 86/1 103/20 118/16 142/4
discussing [1] 120/21
discussions [1] 111/3
dismiss [1] 28/10
dismissed [2] 73/16 116/25
dismissing [1] 30/13
display [2] 20/1 25/25
displayed [1] 8/17
displaying [5] 13/4 13/8 14/19 20/10 21/22
disposed [1] 55/10
disposition [17] 36/3 37/15 38/25 38/25 39/1
41/9 42/1 51/17 51/18 54/4 54/5 56/3 59/7
60/1 62/9 66/20 67/5
DISTRICT [5] 1/1 1/1 1/13 26/15 33/13
Division [2] 75/16 84/16
Division's [1] 105/16
divorce [8] 10/19 78/5 79/19 79/21 80/1 80/7
80/8 81/2
docket [3] 78/4 78/11 78/16
doctors [2] 73/23 73/23
doctors' [1] 74/2
doctrine [2] 135/10 135/14
doctrines [1] 134/21
document [49]
documentation [3] 77/11 77/14 77/16
documents [23] 5/2 5/10 8/9 8/10 8/12 8/14
8/17 9/11 9/16 13/24 13/25 21/14 24/10
24/17 25/7 26/3 77/24 80/14 81/5 81/9 92/5
96/8 98/2
Doe [6] 23/9 23/9 23/9 97/23 97/24 97/24
does [39] 2/23 9/18 12/8 17/11 17/13 19/14
19/20 20/4 21/21 22/10 22/14 22/16 28/18
29/2 29/6 31/2 37/13 37/16 39/11 39/15
39/21 39/23 41/8 46/12 46/15 53/15 58/20
60/6 60/13 62/4 62/23 64/3 83/20 85/23
105/21 106/6 111/23 120/19 131/16
doesn't [3] 86/17 105/21 140/5
doing [5] 4/2 78/1 121/25 122/1 135/9
dollars [10] 19/12 52/6 55/5 58/15 59/17
62/11 66/2 72/11 72/21 75/2
don't [87]
don't -- I [1] 137/25
donated [1] 123/11
done [9] 27/18 28/18 30/4 30/5 30/7 43/3
77/9 114/15 122/9
Donnie [10] 20/6 75/5 75/9 75/10 133/7
133/8 133/9 133/9 136/19 138/8
door [14] 113/9 118/7 118/11 118/23 118/24
119/6 119/12 119/13 120/12 120/19 120/21
120/25 122/23 123/22
down [24] 18/17 41/19 42/19 43/21 45/11
45/18 47/14 48/2 48/3 49/3 55/23 56/15 57/2
58/14 58/18 59/19 63/15 64/10 64/12 65/1
69/19 106/25 112/3 120/7
dozen [1] 29/9

drive [6] 8/6 18/9 26/24 31/6 100/4 100/12
driven [1] 54/16
driver's [1] 18/24
driveway [1] 14/14
driving [1] 103/4
drove [4] 99/15 99/22 99/23 100/10
due [1] 10/3
during [8] 8/5 8/18 12/11 29/16 66/1 74/11
85/4 143/5
DW [1] 32/10
DW's [1] 32/9
dwindled [1] 56/15

## E

e-mail [7] 1/25 11/3 11/11 11/17 11/21 87/17
143/11
e-mails [2] 11/1 11/2
each [19] 26/25 27/16 27/16 27/21 27/21
28/19 30/22 31/18 31/21 33/12 33/21 49/9
56/19 93/11 107/21 119/22 128/17 138/21
139/14
Eagle [2] 20/5 20/12
earlier [6] 38/17 46/6 61/14 80/13 124/19
125/24
early [3] 115/8 140/6 143/2
east [5] 1/17 5/14 8/23 133/20 134/10
easterly [1] 23/11
easy [1] 100/1
editorializing [1] 28/25
Edwin [1] 142/13
efforts [1] 123/20
eight [3] 7/2 105/19 115/10
Eighteen [1] 26/14
either [13] 12/10 23/24 30/1 41/16 42/13
50/22 73/22 81/8 93/25 95/7 98/16 100/21
108/7
Eleven [3] 47/21 48/6 69/6
Eli [9] 19/1 19/3 19/4 19/16 20/6 75/5 75/10
133/9 136/19
else [8] 87/6 97/25 101/9 102/24 123/23
132/18 141/6 143/21
elsewhere [2] 26/16 33/13
Embassy [2] 76/11 76/15
end [16] 4/1 18/6 18/11 19/6 19/8 61/25
62/19 65/22 102/7 102/8 110/3 116/17
121/13 129/14 140/14 140/15
ended [2] 52/12 56/24
ending [18] 9/19 10/16 11/1 37/25 44/11 51/4
51/7 53/19 54/22 55/16 56/24 57/13 57/20
59/5 59/22 61/1 62/6 63/1
ends [2] 44/7 66/9
enforcement [2] 17/9 77/9
engage [2] 33/15 33/15
engaged [1] 135/13
England [1] 32/23
enjoyment [1] 123/13
enough [1] 85/12
entered [3] 6/10 25/23 37/1
Enterprise [1] 75/5
enters [4] 4/18 35/20 87/9 124/15
entire [2] 68/7 78/10
entirely [1] 126/9
entities [1] 132/25
entitle [1] 130/20
entitled [2] 113/19 146/13
envelope [2] 15/16 18/2
equaling [1] 41/1
ESQ [1] 1/19
establishing [1] 77/11
establishment [1] 137/18

estate [2] 9/14 81/6
et [3] 23/16 24/1 119/9
et cetera [2] 23/16 24/1
even [8] 84/5 104/2 107/10 107/22 109/7
109/10 127/18 135/12
evening [1] 141/3
eventually [2] 95/24 119/23
ever [3] 104/6 105/5 119/25
Everett [1] 74/20
every [4] 93/11 93/24 93/24 106/7
everybody [2] 94/24 128/15
everyone [5] 4/20 35/22 85/7 87/11 124/17
everything [3] 2/10 25/20 25/21
evidence [42] 2/14 5/3 6/10 10/25 20/20 25/8
25/11 25/18 25/20 25/21 25/23 26/7 26/8
28/6 36/19 36/22 37/2 79/13 80/22 85/23
87/5 91/16 101/12 108/16 112/18 112/20
114/15 118/24 119/8 120/3 120/7 120/19
121/1 121/11 121/19 123/17 123/17 123/18
124/2 124/8 124/21 146/3
evidences [1] 42/22
evolve [1] 108/9
ex [2] 9/5 78/6
ex-husband [1] 9/5
ex-wife [1] 78/6
exact [2] 75/24 75/24
examination [16] 3/1 3/11 3/14 6/21 73/3
73/8 85/25 87/17 99/5 121/7 125/9 130/8
130/9 131/21 132/11 139/4
examine [1] 23/24
examined [1] 36/18
examining [1] 112/1
example [7] 22/17 30/24 31/22 44/1 52/13
71/12 131/6
excess [1] 74/25
exclusively [1] 15/11
excuse [2] 120/14 126/2
excused [1] 117/8
executed [1] 72/3
executing [1] 26/17
execution [2] 8/5 10/13
exercising [1] 135/12
exhibit [42] 2/7 5/6 5/10 5/13 5/18 6/9 8/21
9/6 10/13 11/19 12/4 13/3 13/15 13/24 14/19
16/25 18/1 18/21 19/25 20/20 21/6 24/24
25/12 25/23 37/1 37/13 37/17 39/20 41/8
41/9 43/24 49/16 55/12 56/13 58/20 66/6
78/4 80/22 85/15 85/16 86/5 117/21
exhibit 1-B [1] 21/6
exhibit 1A [1] 20/20
exhibit 401 [1] 19/25
exhibit 504 [1] 8/21
exhibit 506 [1] 9/6
exhibit 507 [1] 10/13
exhibit 507-0017 [1] 78/4
exhibit 511 [1] 11/19
exhibit 519 [1] 12/4
exhibit 520 [1] 13/3
exhibit 521 [1] 13/15
exhibit 523 [1] 13/24
exhibit 526 [1] 14/19
exhibit 527 [1] 18/1
exhibit 528 [1] 18/21
exhibit 529 [1] 16/25
exhibit 722 [1] 85/16
exhibit 725 [2] 41/8 41/9
exhibit 726 [1] 43/24
exhibit 728 [1] 37/13
exhibit 732 [1] 55/12
exhibit 733 [1] 56/13

**E**

exhibit 738 [1]  66/6
exhibit 740 [2]  24/24 25/12
exhibited [1]  79/3
exhibits [5]  36/10 36/11 36/22 37/4 146/3
exhibits 725 [2]  36/11 36/22
exhibits 728 [1]  36/10
exist [1]  2/23
exists [3]  114/6 114/9 114/9
exits [4]  35/6 85/2 116/14 141/4
expecting [1]  126/18
expenditure [1]  18/15
expenses [1]  49/13
experience [3]  84/15 108/5 125/23
expert [2]  4/9 142/14
experts [1]  118/10
expired [1]  82/7
explain [3]  37/21 52/8 82/11
explained [1]  7/8
explanation [2]  96/12 96/17
express [7]  5/25 18/6 24/11 81/21 81/22
 135/16 135/18
expressing [1]  135/5
expression [1]  135/15
expressive [1]  135/4
extensive [1]  106/21
extent [3]  86/4 114/11 122/4

**F**

F430 [1]  54/16
face [1]  139/11
fact [14]  11/17 26/7 30/14 72/2 84/5 89/21
 96/20 111/24 120/13 121/1 122/19 122/24
 123/19 131/12
facts [3]  101/11 108/10 116/19
failed [1]  2/8
failure [3]  86/8 86/10 86/15
fair [14]  75/23 80/7 93/13 97/11 97/25 98/1
 100/17 100/18 101/10 102/13 102/14 102/15
 113/2 113/7
fairly [2]  29/7 83/20
false [2]  26/19 131/17
falsely [1]  110/21
familiar [1]  105/15
familiarizing [1]  107/15
family [16]  54/2 72/12 98/5 99/1 100/24
 101/2 110/3 110/21 111/5 113/1 120/23
 120/24 125/25 133/1 133/4 136/16
far [2]  21/23 38/15
fashion [2]  43/12 137/1
faster [1]  29/9
father [1]  68/13
FATIMA [2]  23/9 97/23
fault [1]  3/7
fax [5]  14/21 87/17 87/17 87/20 87/22
Fe [1]  8/24
February [8]  7/22 20/18 44/16 47/7 47/10
 50/8 109/20 115/9
February 21 [1]  44/16
February 24th [1]  50/8
February 8th [1]  47/10
federal [7]  1/21 5/25 24/11 75/15 76/14
 107/10 136/21
FedEx [3]  26/22 27/5 31/15
FedExed [1]  44/3
feel [2]  96/6 139/21
feels [1]  90/8
fees [4]  41/1 48/6 61/24 64/16
felony [1]  127/24

felt [1]  89/20
Ferguson [1]  1/20
Ferrari [5]  54/16 99/16 99/18 99/21 99/22
few [5]  14/15 20/21 35/7 67/13 75/2
Fifteen [1]  124/6
Fifth [1]  88/23
file [7]  3/16 3/16 86/8 86/10 86/15 106/25
 137/6
filed [12]  20/25 79/1 79/2 85/20 87/2 126/20
 134/15 134/18 135/21 138/14 138/15 138/17
filled [1]  50/5
final [1]  120/6
finally [5]  14/15 19/23 42/13 43/9 55/7
financed [1]  110/3
financial [5]  7/6 24/1 33/16 36/1 36/15
fine [3]  29/5 114/2 128/2
finish [5]  3/11 73/6 117/9 131/2 143/3
finishes [1]  129/18
finishing [1]  29/7
firm [5]  118/18 127/7 132/22 132/23 132/24
first [45]  5/6 11/10 11/25 14/24 16/21 19/20
 23/3 39/4 43/19 43/19 45/7 45/15 45/22 47/2
 52/13 54/7 54/13 59/2 77/18 77/21 79/3
 86/21 93/22 105/11 106/16 108/6 109/24
 110/1 115/6 115/20 115/21 117/10 120/11
 121/18 123/4 124/24 125/4 133/17 134/20
 134/25 135/1 135/4 135/6 135/10 135/12
five [2]  40/25 105/19
fixed [1]  100/4
FL [2]  1/18 1/22
flash [1]  31/2
flaws [1]  135/25
Floor [1]  1/18
FLORIDA [17]  1/1 1/7 1/24 5/8 5/15 14/13
 18/9 20/22 21/6 26/15 26/25 31/6 32/24 33/5
 33/13 92/11 92/13
Florida-08 [1]  20/22
Florida-14 [1]  21/6
folded [1]  14/20
folder [2]  18/5 18/21
folders [3]  106/3 106/5 106/6
follow [3]  52/16 122/21 123/3
following [15]  4/18 19/2 27/13 35/11 35/20
 58/12 64/19 85/6 87/9 89/9 95/21 111/21
 124/10 124/15 139/10
foregoing [1]  146/11
foreign [1]  33/17
forgive [6]  94/19 94/24 99/14 99/17 113/18
 115/13
form [7]  20/2 35/4 84/25 86/2 86/14 116/11
 141/1
format [1]  143/13
Fort [28]  1/18 5/15 8/3 18/9 26/24 31/6 48/13
 54/13 67/2 69/9 69/15 76/8 76/13 76/21
 107/13 130/21 130/22 131/23 133/19 134/2
 134/5 134/9 134/10 135/20 136/5 136/20
 136/20 138/13
forth [5]  23/13 33/12 33/21 98/25 119/21
fortune [10]  11/16 126/2 126/4 126/8 126/25
 126/25 127/4 127/15 130/21 131/24
fortune-telling [1]  126/8
forward [2]  56/8 123/24
forwarded [1]  2/5
found [21]  10/12 12/10 12/13 12/18 13/6
 15/25 16/1 16/5 17/21 17/23 19/17 67/9
 72/17 72/18 72/19 72/22 74/24 81/9 81/17
 87/18 108/6
four [5]  50/10 50/18 50/19 57/2 115/18
four-and-a-half [1]  115/18
fourth [1]  84/9

FP [1]  69/23
Franklin [4]  1/23 146/10 146/16 146/17
fraud [13]  33/19 33/20 84/12 112/4 112/6
 112/8 112/16 112/17 113/21 113/23 113/25
 114/4 114/16
fraudulent [4]  26/19 27/18 28/18 30/4
fraudulently [5]  110/21 111/17 112/11
 112/11 112/20
Fred [2]  1/19 23/19
freedom [4]  128/22 131/11 131/12 131/16
friend [1]  15/3
frightened [1]  88/14
full [4]  4/2 110/5 139/14 140/20
function [1]  7/3
funds [66]
further [6]  22/9 116/11 118/23 119/12 130/6
 132/1
future [3]  4/8 15/15 120/5

**G**

gain [1]  118/11
Galleria [1]  47/18
Gary [7]  55/14 56/6 56/14 57/14 60/21 61/8
 103/24
gas [1]  48/17
gave [3]  88/16 101/5 104/13
GCA [6]  5/19 24/1 71/2 71/3 71/6 71/11
generally [1]  108/20
generated [3]  101/3 101/4 101/4
gentleman [2]  48/1 105/5
gentlemen [9]  26/5 30/10 35/3 35/23 84/24
 87/12 116/9 124/18 140/3
Georges [1]  17/20
getting [7]  75/14 77/7 84/18 100/21 118/18
 120/17 140/13
Gift [1]  22/7
Gilliam [1]  78/6
give [7]  85/12 96/17 104/16 117/12 126/15
 127/17 127/21
given [4]  15/3 22/2 42/13 143/1
glad [2]  29/4 105/18
goes [10]  18/17 18/20 21/19 23/13 31/12
 40/24 57/13 58/7 62/25 63/20
going [60]
gold [4]  20/5 20/12 20/16 20/19
gone [5]  28/8 49/8 57/5 68/8 91/11
good [11]  2/2 4/20 4/25 35/1 78/1 81/8
 108/13 130/11 130/12 131/8 136/23
Google [1]  63/19
Gordon [1]  100/14
got [18]  7/24 18/6 43/21 63/12 75/19 80/13
 84/8 94/12 95/24 99/5 100/16 101/8 101/20
 102/24 104/24 107/15 123/19 126/13
gotten [3]  29/13 35/18 66/17
GOVERNMENT [36]  1/4 1/16 26/6 28/6
 30/12 36/11 76/14 79/12 88/11 88/14 88/16
 89/21 112/4 112/5 112/8 112/10 114/10
 114/11 114/14 116/25 117/22 117/24 118/22
 118/24 119/24 120/8 120/11 121/10 121/11
 122/7 124/1 135/9 135/11 135/14 135/16
 145/6
Government's [46]  5/10 5/13 5/18 5/20 5/24
 6/1 6/9 6/15 8/21 9/6 10/13 11/18 12/4 13/3
 13/15 13/24 14/19 16/8 16/25 18/1 18/21
 19/25 20/20 21/6 21/14 24/24 25/11 25/23
 36/10 36/22 37/1 37/13 41/7 43/24 55/12
 56/13 66/6 85/16 113/5 116/18 124/19
 142/16 146/3 146/4 146/6 146/7
granddaughter [2]  69/12 133/11
grant [1]  138/12

**G**

granted [2]  126/13 129/7
granting [1]  129/11
greater [1]  33/18
greatly [1]  117/22
Greaves [2]  68/23 68/24
Green [6]  9/13 41/25 42/14 43/9 49/19 50/22
grieving [1]  68/13
Guardia [12]  42/7 43/7 47/3 47/19 48/6
 57/23 57/24 60/10 64/20 65/11 70/12 70/13
guess [15]  29/14 75/14 75/22 76/7 87/17 88/3
 90/12 99/1 103/17 120/17 121/9 122/4 124/4
 125/14 142/15
guides [2]  110/16 110/23
guilt [3]  26/7 26/9 121/12
guilty [5]  116/19 118/7 120/14 122/10 123/1
guy [1]  104/2
guys [1]  103/17
Gypsy [4]  125/25 126/2 126/3 142/19

**H**

hadn't [2]  2/16 85/20
half [8]  4/2 40/20 65/24 115/15 115/18 120/9
 140/12 140/20
Halifax [1]  33/4
Hallandale [15]  126/8 127/5 127/8 127/11
 127/12 127/16 128/20 129/16 130/4 130/14
 130/18 130/19 130/25 131/8 131/10
hand [6]  6/13 13/19 15/20 38/15 125/1 132/4
hand-printed [1]  13/19
handle [1]  135/22
handles [1]  9/14
Handwritten [1]  13/19
happen [3]  45/5 113/1 118/13
happened [15]  38/10 39/2 40/8 41/12 44/24
 53/7 54/3 54/19 56/8 102/15 108/20 130/1
 135/21 136/25 138/16
happens [19]  40/16 45/4 47/15 48/5 49/5
 51/19 57/11 57/18 61/17 62/16 63/6 63/17
 64/25 65/11 68/10 69/3 69/21 107/2 113/16
hard [21]  22/18 52/19 57/21 58/11 58/14
 60/8 60/18 61/20 61/24 62/19 63/22 64/17
 65/8 65/10 65/15 65/21 69/5 69/25 73/10
 102/7 102/13
haven't [5]  35/18 87/25 88/1 109/4 120/25
having [7]  2/22 33/18 70/3 106/3 119/7 124/1
 135/17
he's [4]  29/1 114/3 120/18 120/21
heading [1]  142/23
hear [1]  14/11
heard [8]  4/22 14/12 80/12 99/21 99/25
 119/25 124/19 126/6
hearing [2]  128/11 128/12
held [8]  27/13 72/10 89/9 95/21 96/15 110/4
 111/21 139/10
help [5]  62/7 68/12 79/24 79/25 139/22
here [15]  31/5 49/17 51/1 67/23 73/11 74/19
 88/10 90/6 114/16 118/6 118/15 120/18
 125/11 141/13 142/12
herein [1]  23/10
hereinafter [1]  23/6
hers [1]  50/1
herself [1]  102/23
high [1]  110/3
high-end [1]  110/3
higher [1]  93/12
highlight [1]  16/18
Highway [2]  1/21 136/21
Hill [9]  5/22 5/23 76/1 118/25 119/1 119/7

119/25 120/4 120/6
Hillcrest [1]  47/20
hired [1]  135/22
Hold [2]  119/4 119/4
Hollywood [1]  47/3
home [6]  14/13 16/13 45/16 46/17 67/19
 78/13
Honestly [1]  84/19
Honor [31]  4/25 5/1 6/6 12/16 25/10 25/13
 25/19 27/10 27/14 29/23 36/21 58/22 87/14
 90/8 94/19 95/18 96/23 114/24 116/6 116/16
 117/12 117/24 119/10 123/2 124/13 139/5
 139/8 141/16 143/4 143/17 143/25
Honor's [2]  122/12 122/18
HONORABLE [1]  1/12
hopefully [2]  116/13 140/17
hoping [1]  143/16
horoscope [1]  128/17
hospitals [4]  73/22 73/23 73/24 74/3
hotel [2]  76/8 76/10
hotels [1]  42/10
hours [1]  3/5
house [8]  74/24 75/2 79/10 82/12 87/18 91/8
 100/3 110/9
However [2]  85/25 129/8
HSBC [1]  32/23
human [1]  11/12
hundred [8]  55/5 62/11 66/2 75/2 91/18
 91/25 92/3 92/16
hundreds [1]  128/14
hung [1]  119/22
hurt [1]  11/11
husband [12]  9/5 66/18 73/19 74/13 80/19
 97/20 98/10 125/17 133/6 133/8 133/9
 136/19
husband's [2]  81/6 125/18

**I**

I'd [11]  16/2 19/18 28/16 37/17 84/23 86/21
 87/2 87/4 114/13 115/3 117/4 127/8 136/17
I'll [19]  3/11 4/14 20/1 25/22 29/4 78/15 90/9
 101/20 105/18 106/10 106/24 106/24 109/8
 111/7 112/2 139/24 139/25 142/18 143/2
I'm [88]
I've [14]  75/14 77/9 77/16 79/3 105/7 118/16
 118/17 120/15 125/21 128/13 129/20 142/24
 142/25 143/1
IBAN [1]  13/22
ideas [1]  135/5
identical [1]  138/16
identification [2]  24/25 36/9
identified [1]  68/24
identify [5]  9/10 14/25 17/15 32/2 36/12
identifying [1]  24/17
IL [1]  47/22
immunity [4]  88/14 88/16 88/17 88/21
implication [1]  96/11
importance [1]  105/20
improper [2]  137/4 139/1
Inc [26]  5/9 5/9 5/11 13/1 20/24 21/15 21/16
 21/17 22/25 37/23 38/21 39/25 49/20 51/3
 51/8 55/15 59/5 59/22 62/25 66/8 66/13
 68/15 68/17 91/17 91/22 136/13
inclination [1]  122/13
include [2]  16/12 45/12
including [4]  19/3 42/25 120/23 134/1
income [3]  85/17 86/9 86/15
inconceivable [1]  102/4
incorporate [1]  42/9
Incorporated [1]  21/9

incorporating [1]  21/2
Incorporation [3]  20/22 20/24 21/8
incriminate [1]  88/21
Indall [1]  8/23
independent [1]  136/15
Indian [1]  45/17
indicate [9]  9/17 39/8 40/25 52/2 59/13 64/6
 69/11 83/21 100/23
indicated [6]  54/14 55/23 83/21 86/2 114/12
 138/18
indicates [3]  45/10 59/11 66/25
indicating [2]  14/10 39/12
indict [2]  73/10 73/13
indicted [1]  89/12
indictment [28]  24/3 24/6 24/7 24/9 24/19
 25/4 25/25 26/2 26/4 26/6 26/6 27/7 28/5
 29/25 30/12 31/17 33/7 37/11 38/17 39/12
 39/22 40/12 46/7 84/10 84/11 112/18 116/20
 123/7
indictment's [1]  26/8
indictments [1]  84/9
indirectly [1]  42/13
individual [1]  21/2
individuals [5]  17/9 66/4 99/2 109/5 131/17
individuals' [1]  98/22
induced [1]  112/11
influence [1]  108/24
information [15]  4/9 13/20 16/13 16/15 17/6
 17/7 17/8 18/24 19/2 79/20 80/23 106/9
 108/11 118/20 142/12
initial [1]  107/17
initially [1]  37/8
initials [1]  32/2
injunction [1]  129/8
inquire [1]  120/22
ins [3]  104/17 104/17 104/18
inside [2]  16/12 17/6
instance [4]  24/10 44/9 99/6 133/12
instances [2]  50/4 123/14
instead [1]  29/3
institution [1]  33/16
institutions [1]  24/1
instructed [1]  19/13
instructions [6]  3/25 4/4 4/16 85/21 139/1
 143/9
insurance [1]  69/24
intend [1]  112/7
intended [1]  114/1
interchanges [1]  142/7
interest [2]  96/9 98/6
Internal [9]  2/20 6/23 7/6 7/9 7/17 77/19
 77/24 84/16 109/9
interstate [6]  26/21 30/5 30/7 30/15 30/19
 33/16
interview [5]  106/16 106/22 107/22 108/3
 108/6
interviewed [3]  89/19 105/8 106/7
interviewers [1]  108/24
interviews [3]  108/3 108/3 111/2
introduce [1]  5/3
introduced [5]  79/12 91/16 120/2 120/3
 124/8
Intuitionist [1]  11/23
invalid [1]  131/15
inventory [1]  12/13
investigate [1]  7/5
investigation [23]  7/21 7/23 8/1 9/2 74/12
 75/16 75/19 75/22 75/25 77/19 79/17 82/2
 83/21 84/16 92/10 92/15 92/19 92/24 98/12
 100/9 105/16 107/3 115/6

# I

investigations [1] 142/20
investigative [2] 105/20 105/21
investigator [6] 7/12 16/14 17/19 107/5
 108/5 109/11
investigators [1] 105/16
Investors [1] 23/6
invoice [1] 20/12
invoices [1] 104/19
involved [8] 7/12 7/20 7/24 8/1 8/2 80/13
 116/20 120/20
involvement [1] 79/21
involves [2] 37/22 44/2
involving [1] 81/6
Irene [1] 143/11
irrelevant [1] 90/19
IRS [6] 3/17 7/4 29/12 89/18 107/8 110/13
IRS's [1] 105/15
issue [7] 29/11 86/6 90/12 110/12 110/17
 111/13 118/7
issued [7] 23/25 82/7 129/6 129/13 130/2
 130/4 138/19
issues [7] 4/6 90/19 118/5 141/7 141/9
 141/11 141/17
issuing [1] 129/8
it's [70]
item [1] 93/11
items [5] 23/14 42/8 43/8 55/6 137/15
itself [1] 131/13

# J

Jacob [4] 32/7 51/3 53/17 54/1
jail [3] 95/15 95/23 97/3
James [1] 17/19
Jane [2] 23/9 97/24
January [22] 15/24 16/23 16/23 16/24 26/14
 27/6 31/4 44/3 44/13 44/18 45/14 45/14
 45/20 46/10 46/20 48/24 65/12 65/17 65/18
 71/24 75/23 76/9
January 10th [1] 15/24
January 11th [1] 65/18
January 15th [1] 16/24
January 2008 [1] 16/23
January 21 [1] 46/20
January 22 [2] 26/14 27/6
January 22nd [2] 31/4 44/3
January 23 [1] 44/13
January 23rd [2] 44/18 45/14
January 24th [4] 45/14 45/20 46/10 48/24
January 5th [1] 65/12
January 8th [1] 65/17
Jencks [1] 3/8
Jennifer [6] 5/22 5/23 76/1 118/25 119/1
 119/7
Jewelers [1] 55/1
jewelry [1] 104/8
JM [2] 26/23 32/2
JM's [1] 31/23
Joanne [1] 35/17
job [1] 78/2
John [10] 22/1 22/12 22/20 23/8 23/9 94/6
 97/20 97/23 98/10 98/11
jointly [1] 82/24
jot [1] 106/25
Joyce [44] 5/8 5/9 11/23 11/24 12/24 13/1
 13/14 18/13 19/13 20/24 21/8 22/1 22/12
 22/20 22/23 23/8 23/9 26/16 26/23 26/23
 27/1 31/5 33/14 37/23 38/21 39/24 51/3 51/7
 55/15 56/16 59/4 59/21 62/6 62/25 66/8

66/13 68/14 68/17 91/17 91/22 94/5 97/19
 97/23 101/22
JPMorgan [1] 32/13
JS [1] 32/6
JS's [1] 32/6
Jude [27] 9/4 9/12 10/20 10/22 11/22 14/12
 16/13 17/4 19/12 20/18 31/4 31/7 31/9 31/11
 32/4 41/9 41/15 44/25 45/13 46/3 48/25 49/6
 49/19 78/6 91/9 102/16 124/3
JudeMontassir [1] 11/3
judge [29] 1/13 29/4 73/5 78/18 85/14 86/22
 88/16 89/17 91/5 112/3 112/14 113/13
 113/18 114/21 115/23 117/17 117/19 118/3
 121/22 123/5 124/24 128/12 128/14 128/23
 128/24 129/5 130/6 142/10 143/23
judgment [4] 116/17 128/12 129/6 129/7
Julio's [1] 69/23
July [4] 33/2 59/1 66/21 68/3
July 20th [1] 66/21
July 24th [1] 59/1
July 29th [2] 33/2 68/3
July's [1] 66/25
jumps [1] 68/3
June [1] 61/25
June 1st [1] 61/25
jurors [6] 4/17 28/22 87/8 124/14 139/18
 139/25
jury [26] 1/11 3/18 3/24 3/24 4/1 4/4 4/18
 21/15 27/20 29/21 35/6 35/14 35/20 37/4
 85/2 87/9 96/6 96/15 116/14 116/18 117/8
 124/7 124/15 139/18 141/4 143/8
jury's [2] 27/24 99/8
just [85]
just -- I [1] 100/13
Justice [1] 2/21

# K

Keechl [1] 1/20
Kelly [1] 76/23
KENNETH [1] 1/12
Kent [3] 118/6 132/21 132/23
Kent's [1] 118/15
kept [2] 123/12 143/1
kind [6] 22/18 117/22 121/15 126/2 139/17
 142/22
knew [2] 14/17 93/18
know [71]
knowingly [2] 26/20 33/14
knowledge [13] 74/1 74/4 79/23 79/25 83/19
 84/13 88/4 88/25 92/1 92/21 98/3 98/11
 110/12
known [2] 33/9 53/12
knows [2] 82/14 97/13
Kopelowitz [1] 1/20
Kwik [1] 104/19

# L

L-a [1] 94/22
L-e-e [1] 125/5
labeled [3] 13/5 18/22 24/24
lack [2] 74/2 122/9
ladies [9] 26/5 30/10 35/2 35/23 84/24 87/12
 116/9 124/18 140/3
lady [1] 88/13
Lance [1] 128/13
landlord [5] 23/6 94/10 94/13 97/17 98/3
large [2] 115/20 115/22
larger [1] 72/20
LaSeven [12] 5/11 21/14 21/15 21/17 21/22
 22/10 22/17 22/22 22/25 23/2 23/17 94/22

LaSeven-005 [1] 21/22
LaSeven-009 [1] 22/10
LaSeven-024 [1] 22/17
LaSeven-028 [1] 22/22
LaSeven-041 [1] 23/2
LaSeven-042 [1] 23/17
last [16] 3/8 4/23 6/17 15/7 15/13 19/23 62/5
 67/16 67/22 79/6 80/1 83/19 89/1 118/10
 125/4 132/7
late [1] 115/8
lateness [1] 2/6
later [13] 3/12 50/5 57/2 58/18 62/21 62/21
 64/19 73/16 76/24 95/13 106/23 109/20
 136/17
Lauderdale [28]  1/18 5/15 8/3 18/9 26/24
 31/6 48/13 54/13 67/2 69/9 69/16 76/8 76/13
 76/21 107/13 130/21 130/22 131/24 133/19
 134/2 134/5 134/9 134/10 135/20 136/5
 136/20 136/21 138/13
Laughter [1] 116/23
launder [1] 141/24
laundering [2] 7/7 33/9
Laurence [1] 1/16
law [8] 17/9 75/12 77/9 90/18 127/7 134/22
 135/8 138/24
lawful [3] 126/23 127/18 127/19
lawfully [2] 129/15 130/3
lawsuit [6] 134/15 134/18 135/21 135/23
 137/6 138/15
lawyer [5] 81/1 120/20 135/23 136/23 138/17
lawyers [4] 118/8 127/12 129/21 140/13
leading [1] 95/23
learn [4] 9/2 74/11 100/10 108/12
learned [2] 7/23 84/11
lease [19] 5/10 5/11 5/13 5/17 21/19 22/14
 22/17 22/19 22/21 39/9 75/9 93/22 93/25
 93/25 94/3 94/4 94/9 96/2 99/23
leased [1] 22/1
leases [2] 3/19 99/25
leasing [29] 21/17 21/24 27/3 31/12 34/25
 39/7 39/8 40/24 40/25 41/24 42/5 42/20
 45/22 45/25 54/14 55/23 55/24 56/1 56/4
 59/12 59/13 59/16 64/6 64/6 67/3 69/10 99/7
 99/10 100/22
least [7] 45/14 77/2 89/20 96/19 97/6 97/10
 122/13
leave [4] 14/16 85/1 86/5 116/12
leaving [3] 53/25 140/6 143/2
Leavitt [3] 41/11 80/12 85/16
Lee [4] 124/23 125/2 125/5 145/7
left [3] 38/15 68/1 80/9
left-hand [1] 38/15
legal [10] 23/15 80/14 80/14 80/16 89/10
 90/17 97/24 98/6 123/15 123/18
legally [1] 138/22
lengthy [1] 129/10
lessee [2] 98/6 98/9
lessees [1] 97/22
let [21] 11/10 23/2 31/20 36/9 36/10 38/14
 41/7 43/24 47/6 48/23 49/16 73/18 78/17
 88/4 93/15 95/13 117/12 119/12 125/13
 140/6 140/23
let's [16] 4/17 4/24 35/3 35/14 41/14 47/14
 50/25 67/22 81/16 84/24 87/8 99/3 101/20
 102/23 124/14 127/7
letter [1] 120/3
letters [3] 87/24 119/8 141/14
liabilities [2] 7/13 121/4
liability [1] 121/14
license [24] 18/24 126/13 126/15 127/9

# L

license... [20]  127/17 127/20 127/22 127/23
  129/14 130/2 130/4 130/13 130/20 130/25
  131/10 137/12 137/13 137/15 137/22 137/23
  137/25 138/3 138/12 138/19
licensed [2]  137/11 138/22
licenses [2]  126/14 127/2
licensing [1]  118/18
Life [4]  92/19 136/10 136/12 136/13
line [2]  37/20 109/1
lines [3]  22/4 89/25 135/19
list [10]  2/7 2/8 2/14 2/15 117/12 117/15
  117/15 117/16 117/18 117/21
listed [2]  84/11 127/2
listening [1]  101/17
Listing [2]  11/21 21/10
lists [6]  45/9 47/9 97/19 97/19 97/22 97/23
little [12]  14/21 18/8 26/1 94/1 98/8 103/8
  115/14 139/14 139/15 139/16 139/16 140/7
live [1]  122/2
living [2]  14/13 132/13
LL [1]  60/3
LLC [1]  23/6
loan [2]  9/23 10/10
local [2]  77/9 107/13
locate [2]  17/9 17/10
located [3]  72/13 72/15 76/7
location [8]  93/13 93/17 93/20 97/10 126/12
  127/21 133/21 136/5
locations [2]  72/13 72/18
long [4]  3/3 7/1 101/14 132/15
longer [2]  30/13 139/14
looked [5]  12/13 67/10 77/21 107/25 108/1
looking [2]  104/12 105/23
looks [5]  11/25 15/16 19/22 20/13 22/12
lookup [1]  10/18
loosely [1]  90/6
lose [2]  102/10 118/11
losing [1]  102/12
lot [8]  71/1 73/22 74/9 74/23 105/8 107/17
  133/4 134/25
lunch [2]  84/21 84/25
lying [1]  108/15

# M

Ma'am [1]  6/13
mail [10]  1/25 11/3 11/11 11/17 11/21 26/22
  30/2 33/19 87/17 143/11
mailed [3]  31/4 31/13 45/24
mailing [8]  24/10 30/1 30/17 30/19 30/25
  46/7 82/4 82/4
mailings [4]  27/15 27/21 27/22 28/19
mails [2]  11/1 11/2
Mainly [1]  71/1
maintained [1]  94/9
maintaining [1]  106/5
majority [2]  51/20 103/2
makes [3]  48/12 60/3 61/19
making [9]  84/1 84/2 84/3 84/6 84/12 84/14
  100/24 101/1 127/3
Maldegan [1]  8/23
Mall [1]  47/19
managers [1]  21/18
manner [2]  55/10 123/9
March [1]  83/25
Marcus [8]  5/21 13/8 13/11 58/12 81/11
  81/17 81/19 81/24
mark [4]  2/12 2/13 26/23 26/24
marked [2]  36/9 36/11

MARKS [115]
Marks' [34]  12/10 12/19 13/2 16/1 19/1
  19/18 31/24 32/9 32/14 32/23 33/5 34/9
  37/24 44/7 49/6 53/18 54/15 55/25 57/13
  59/14 64/7 65/19 67/3 75/5 78/13 79/10 82/4
  82/9 82/12 103/3 110/4 133/1 133/4 136/18
Markup [1]  81/11
MARRA [2]  1/6 14/17
Mary [12]  42/7 43/7 47/3 47/19 48/6 57/23
  57/24 60/10 64/20 65/11 70/12 70/13
master [3]  12/18 16/5 17/25
material [1]  3/8
materially [1]  26/19
math [1]  115/13
matter [10]  7/17 7/21 26/22 41/17 84/5 89/21
  90/16 90/17 133/18 146/13
matters [4]  80/16 133/16 136/16 138/5
mausoleum [1]  74/12
May 10th [1]  21/1
May 25th [1]  59/20
May 28th [1]  61/1
May 4 [1]  40/9
May 4th [1]  34/18
May 5th [3]  34/22 40/17 41/2
May 6 [1]  21/5
maybe [9]  3/22 3/24 27/25 77/20 90/12 112/2
  112/22 136/17 139/20
me [51]
mean [26]  29/1 29/6 35/16 49/21 49/23 50/20
  56/18 81/25 83/22 96/9 98/21 99/23 101/1
  102/12 103/4 106/11 109/4 111/2 112/17
  112/23 113/6 115/21 115/22 120/25 121/16
  134/17
means [6]  26/18 122/25 123/9 127/2 135/11
  141/14
Meats [1]  52/20
mechanical [1]  103/14
meet [1]  125/20
meeting [1]  88/25
member [1]  100/24
members [11]  21/15 72/12 98/5 99/1 101/2
  110/20 111/4 113/1 133/1 133/4 136/15
memo [7]  39/6 40/20 47/9 55/23 59/11 64/9
  66/25
memory [4]  12/12 92/7 105/17 106/22
memory's [1]  81/8
men [1]  113/23
mention [2]  85/15 86/7
mentioned [4]  26/3 53/24 91/16 122/24
Merc [1]  40/21
Mercedes [9]  40/22 55/25 59/14 64/7 67/4
  100/10 103/10 103/14 103/15
Mercedes-Benz [1]  67/4
Merchant [1]  63/20
merely [1]  100/23
Merit [1]  146/10
messages [1]  120/18
met [4]  105/5 105/7 125/15 125/16
method [1]  31/14
Mexico [2]  10/18 78/5
Miami [1]  125/22
Miccosukee [1]  45/17
Michael [38]  5/9 11/24 12/24 13/14 18/13
  19/13 20/24 22/13 22/23 26/16 26/23 26/25
  27/1 31/5 33/14 37/23 38/21 39/24 51/3 51/8
  55/15 56/16 59/5 59/21 62/6 62/25 92/22
  93/8 94/5 101/22 102/25 133/5 133/13
  134/14 136/13 137/1 137/7 138/15
Michael's [1]  102/25
Michaels [22]  5/9 11/24 13/1 21/8 22/1 22/1

22/12 22/20 22/20 23/8 23/8 51/21 66/8
  66/13 68/14 68/17 91/17 91/22 94/7 97/19
  97/20 98/11
microphone [1]  132/7
middle [3]  50/15 65/12 77/14
might [20]  3/23 16/24 85/24 88/3 89/22
  100/11 102/5 102/6 102/10 102/16 103/7
  107/22 108/8 108/10 108/12 108/14 108/15
  118/13 121/14 122/5
Miller [5]  92/22 98/4 133/12 134/14 136/4
millions [2]  72/11 72/21
mind [1]  123/6
mine [1]  104/3
minute [3]  15/13 73/18 99/3
minutes [7]  20/21 35/3 35/5 35/8 116/13
  118/3 124/5
miscellaneous [4]  42/8 43/8 55/6 61/24
misdemeanor [1]  128/1
misrepresenting [3]  114/4 114/5 114/6
misstating [1]  99/14
mistake [2]  110/6 110/7
mistaken [2]  93/22 94/16
mistakes [1]  109/23
Mitsubishi [1]  39/9
model [1]  103/14
modification [3]  9/21 9/23 10/10
modified [1]  117/15
moment [4]  27/11 38/5 114/24 116/3
Monday [3]  3/20 3/24 139/18 139/20 140/1
  140/8 140/11 140/15 140/19 140/22 143/4
  143/9
monetary [2]  33/15 37/10
money [80]
monies [8]  36/2 41/4 43/18 68/13 71/5 100/5
  100/24 123/13
Montassir [32]  9/12 10/20 14/12 16/16 16/21
  17/4 19/12 20/18 31/4 31/7 31/10 31/11 32/4
  41/10 41/16 42/17 43/23 45/1 46/2 46/3
  48/25 49/6 49/20 76/7 78/6 79/19 79/23
  79/24 79/25 80/6 141/11 142/7
Montassir's [5]  9/5 16/13 45/13 79/21 80/8
month [3]  15/6 107/22 120/6
months [3]  95/13 107/22 107/22
morning [16]  2/2 2/18 3/10 3/20 3/22 3/24
  4/20 4/25 117/23 120/10 139/18 140/8
  140/10 140/16 140/19 143/4
mortgage [9]  9/21 9/23 39/6 59/11 64/9 67/1
  100/3 110/4 110/9
most [7]  56/10 82/20 100/15 100/16 134/1
  134/10 134/20
mostly [1]  71/7
mother [3]  62/8 67/19 68/25
mother's [4]  67/19 68/12 68/12 68/16
motion [5]  116/24 128/12 129/5 129/7
  129/11
move [2]  50/7 116/17
moved [3]  76/10 76/12 140/4
Mr [7]  118/16 145/4 145/5 145/8 145/9
  145/10 145/12
Mr. [53]
Mr. and [1]  126/7
Mr. Cormican [4]  118/14 119/8 122/15
  132/13
Mr. Cormican's [2]  118/25 120/3
Mr. Gordon [1]  100/14
Mr. Kent [1]  118/6
Mr. Kent's [1]  118/15
Mr. Marks [1]  136/3
Mr. Ogden [1]  142/5
Mr. Schillinger [1]  125/11

## M

Mr. Schwartz [16]  2/16 2/25 28/5 29/2 29/19 73/4 85/25 86/12 86/17 87/13 116/15 117/3 124/5 124/22 125/8 142/11
Mr. Soendergaard [2]  51/11 55/9
Mr. Stack [4]  76/2 77/12 107/21 142/4
Mr. Stefin [13]  3/7 3/15 4/24 27/19 28/17 85/12 86/14 101/15 118/17 141/12 142/24 143/4 143/24
Mr. Stefin's [1]  113/21
Mr. Tschetter [2]  55/18 57/1
Mr. Tschetter's [1]  57/5
Mr. White [1]  81/1
Mrs. [2]  126/7 130/16
Mrs. Marks [2]  126/7 130/16
Ms. [65]
Ms. Abraham [4]  66/17 67/17 68/7 70/6
Ms. Deveraux [1]  142/7
Ms. Hill [2]  120/4 120/6
Ms. Leavitt [3]  41/11 80/12 85/16
Ms. Marks [24]  2/3 35/12 38/11 39/3 42/5 42/21 44/20 45/24 55/17 55/20 56/15 57/22 62/17 65/2 69/4 79/18 79/25 83/14 84/14 85/8 99/1 111/7 130/13 130/20
Ms. Marks' [4]  44/7 65/19 79/10 103/3
Ms. Miller [1]  136/4
Ms. Montassir [13]  16/16 16/21 42/17 43/23 46/2 76/7 79/19 79/23 79/24 79/25 80/6 141/11 142/7
Ms. Montassir's [2]  79/21 80/8
Ms. Walker [3]  80/13 80/13 80/16
Ms. Walker's [1]  80/18
Ms. Watts [4]  6/23 23/23 35/25 115/2
Ms. Wolfe [3]  83/14 84/1 84/11
much [11]  4/9 15/1 41/15 62/18 70/17 72/12 72/15 102/25 107/23 117/20 134/8
Mulino [1]  47/22
multi [2]  11/1 17/1
multi-page [2]  11/1 17/1
municipalities [1]  127/1
mutual [4]  15/3 31/24 44/10 44/11
myself [1]  49/11

## N

NA [1]  45/10
name [30]  6/17 6/17 8/22 12/23 13/9 13/12 13/13 14/11 14/12 17/19 19/3 19/4 76/8 77/1 80/4 94/5 97/21 100/1 103/5 109/16 120/3 125/4 125/18 130/15 132/7 132/8 132/20 132/22 136/8 136/11
name's [1]  132/9
named [5]  14/17 76/23 104/2 105/5 107/5
names [3]  100/1 125/4 141/13
Nana [2]  56/16 57/12
Nancy [20]  12/22 23/9 92/8 92/9 92/11 92/12 92/16 93/3 93/4 97/23 98/4 101/5 101/8 101/10 101/20 101/25 119/16 119/25 122/5 133/6
Nancy's [5]  100/20 100/23 101/22 102/22 120/4
narrative [1]  129/2
National [1]  19/20
nature [3]  49/14 113/20 113/23
near [1]  15/14
necessarily [1]  108/19
necessary [1]  5/4
need [14]  4/12 16/17 27/7 29/13 31/2 86/18 90/2 117/1 118/2 118/5 123/23 124/4 136/22 143/21

needed [3]  66/18 83/3 83/12
needless [2]  81/11 81/24
needs [2]  86/13 124/7
negative [14]  34/11 34/19 38/9 40/7 55/17 57/3 57/10 62/1 62/20 63/4 66/15 68/6 70/1 96/11
Neiman [8]  5/21 13/8 13/11 58/12 81/11 81/17 81/19 81/24
net [1]  10/3
Network [2]  45/16 46/17
never [7]  50/2 77/9 113/2 114/1 119/19 135/23 138/6
new [15]  2/11 2/15 3/13 5/12 10/18 21/18 23/7 23/7 51/21 78/5 93/17 93/25 97/10 106/9 106/13
newspapers [1]  128/15
next [12]  5/1 15/6 38/24 44/24 46/19 52/22 67/20 67/22 101/8 101/24 132/3 140/7
nice [4]  27/9 85/12 115/3 141/3
Nicholas [1]  73/19
Nick [3]  97/20 125/19 130/16
night [3]  3/9 101/6 118/10
nightstand [1]  17/25
nine [1]  105/19
NM [1]  8/24
no [74]
nobody [1]  121/20
none [1]  113/3
noon [1]  73/6
Nordstrom [1]  48/12
Nordstrom's [3]  63/9 105/1 105/2
Norma [2]  68/23 68/24
normal [2]  47/21 63/8
normally [2]  3/17 88/8
Norman [1]  132/21
North [1]  136/21
Norvell [1]  10/23
Nos [1]  6/9
notation [1]  47/11 48/10 52/16 61/11
note [6]  13/19 39/10 40/25 52/3 52/11 53/12
notes [7]  85/1 99/14 106/21 106/22 106/24 107/1 116/12
nothing [1]  98/3
noticed [1]  3/9
notices [2]  137/9 138/25
novel [1]  88/5
novels [1]  88/7
November [4]  51/25 52/4 52/7 146/14
November 10th [1]  52/4
November 3rd [1]  51/25
number [35]  5/6 5/13 5/18 5/20 5/24 9/23 10/16 12/5 13/6 13/12 13/22 14/20 15/3 17/2 19/25 20/22 21/19 22/17 27/2 31/7 31/9 31/11 38/19 38/19 39/20 39/21 44/2 47/11 51/2 66/21 80/22 99/25 101/23 108/8 119/20
number 00 [1]  20/22
number 00130 [1]  12/5
number 00214 [1]  13/16
number 00343 [1]  14/20
number 00422 [1]  17/2
number 1 [1]  5/6
number 10 [1]  5/20
number 112 [1]  66/21
number 14 [1]  5/24
number 1718 [1]  31/7
number 1719 [1]  31/9
number 1720 [2]  27/2 31/11
number 2 [1]  44/2
number 219 [1]  47/11
number 3 [1]  5/13

number 5 [1]  51/2
number 504 [1]  80/22
number 6 [1]  38/19
number 7 [2]  9/23 38/19
number 729 [1]  39/21
number 8 [1]  5/18
numbers [6]  8/24 13/5 26/25 57/10 78/8 86/2
numbers 00133 [1]  13/5
numbers 1718 [1]  26/25
numerous [1]  112/24

## O

object [4]  25/13 113/4 123/3 142/18
objection [22]  6/8 25/14 25/22 36/24 36/25 79/14 82/13 83/5 85/19 86/3 89/7 97/12 101/11 109/1 111/14 111/19 121/20 128/9 128/25 129/2 142/16
objections [1]  6/5
obligation [2]  122/1 122/2
obtain [1]  80/1
obtained [9]  16/14 16/15 23/24 72/9 94/10 98/2 127/20 130/13 130/15
obtaining [2]  26/18 136/19
obviously [1]  79/12
occasion [6]  94/1 94/7 98/24 99/11 99/15 103/9
occasionally [2]  100/11 100/15
occasions [1]  99/11
occupants [5]  23/10 23/11 23/13 23/15 97/22
occupational [13]  126/13 126/13 126/14 127/2 127/9 127/17 127/20 127/22 127/23 129/14 130/2 130/13 130/20
occupied [2]  22/6
occurred [3]  34/4 34/5 131/23
October [10]  14/9 23/5 39/6 51/11 62/10 62/20 94/15 94/25 97/2 97/16
October 1 [1]  62/10
October 12th [1]  97/16
October 13th [1]  94/25
October 29th [1]  51/11
October 7th [1]  62/20
off [8]  2/15 14/16 53/20 68/1 112/17 139/20 139/25 144/1
offense [1]  128/3
offer [4]  25/11 36/22 90/17 121/12
offered [2]  118/24 133/25
offering [3]  28/6 120/4 120/5
offers [1]  121/19
Office [2]  1/17 73/14
officer [2]  77/10 141/20
officers [1]  105/12
offices [1]  74/3
official [28]  1/23 34/14 34/24 39/4 39/4 39/7 40/19 40/23 54/7 54/8 54/9 54/20 55/21 55/9 59/12 60/24 60/25 63/10 64/4 64/8 64/11 66/23 69/7 69/9 74/6 74/16 74/18 115/6
officially [1]  77/21
often [2]  101/18 102/12
oftentimes [1]  108/6
Ogden [2]  76/7 142/5
oh [5]  63/25 74/8 99/17 100/2 122/8
okay [84]
old [1]  75/14
onboard [1]  77/18
once [4]  55/17 114/14 135/7 135/21
one [76]
ones [1]  2/13
ongoing [1]  7/23
only [11]  60/23 75/2 93/13 98/9 104/23 106/9 106/10 131/1 131/5 131/8 140/10

# O

open [13]  38/4 106/24 118/22 118/23 118/23
 120/12 126/8 126/11 127/7 133/22 133/25
 136/4 138/11
opened [8]  113/9 118/12 118/24 119/6
 119/13 120/19 120/25 126/18
opening [10]  62/10 79/2 112/5 118/7 119/12
 120/21 123/22 133/19 133/24 136/19
opens [2]  3/13 122/23
operate [5]  129/15 130/3 130/17 136/4
 137/10
operating [3]  127/23 137/1 138/24
operation [1]  130/16
opinion [6]  89/11 90/19 111/12 111/17 113/4
 135/18
opinions [5]  35/4 84/25 90/17 116/12 141/2
opportunity [4]  8/14 23/23 24/3 35/25
opposed [1]  100/1
opposes [1]  114/11
opposite [2]  121/24 122/8
order [13]  2/1 27/19 29/23 37/7 39/20 50/5
 73/18 128/24 129/1 129/6 129/9 129/10
 129/25
ordered [5]  17/12 17/16 17/18 88/17 88/20
ordinance [10]  126/3 126/5 126/9 126/16
 126/21 127/16 127/19 128/5 131/13 131/15
ordinances [1]  127/1
ordinarily [1]  2/19
original [2]  2/8 21/19
originally [1]  127/5
Ostrow [1]  1/20
others [4]  76/6 100/11 105/12 134/4
otherwise [2]  87/5 140/19
our [7]  2/14 15/8 59/19 84/24 104/15 124/24
 143/5
outer [2]  134/7 134/8
outs [3]  104/17 104/18 104/18
outset [1]  140/10
outside [3]  42/10 90/15 117/10
over [14]  25/22 30/3 45/8 53/1 65/23 66/1
 74/16 97/11 99/9 106/11 108/9 115/14
 134/22 143/17
over-breadth [1]  134/22
overbroad [1]  134/23
overdraft [1]  64/16
overdrawn [1]  53/5
Overruled [6]  82/14 83/6 97/13 101/13 109/3
 128/10
owed [3]  100/5 110/8 142/24
own [5]  74/1 100/11 102/6 128/24 138/3
owned [6]  91/18 91/25 92/8 92/11 92/16
 92/21
owner [1]  23/6
owner/landlord [1]  23/6
owns [1]  55/1

# P

p.m [5]  85/5 85/5 124/9 124/9 144/2
PA [1]  50/23
package [4]  15/25 16/11 16/19 19/19
page [20]  11/1 17/1 17/2 18/17 18/17 18/20
 18/20 18/22 22/10 22/21 23/17 46/19 46/24
 47/17 48/17 48/5 65/12 79/3 79/6 123/8
page 00363 [1]  18/22
page 2 [1]  46/24
page 3 [1]  48/2
page 4 [1]  48/5
page 5 [1]  123/8
pages [7]  1/10 10/17 78/14 78/15 78/15 78/25

79/9
paid [11]  14/10 56/11 74/15 74/17 76/14
 76/17 98/16 98/17 104/24 110/5 113/25
painted [1]  122/23
Palace [1]  8/23
Palm [4]  1/7 1/24 26/15 33/12
paper [1]  8/25
papers [4]  80/20 84/22 128/17 128/19
paragraph [5]  15/7 23/3 26/12 123/8 142/24
paragraph 12 [1]  123/8
paragraphs [2]  14/24 123/8
paranormal [1]  142/21
parenthesis [4]  11/22 11/23 11/24 33/3
partial [6]  38/25 39/1 51/16 51/18 54/5 67/5
participated [1]  77/19
particular [18]  5/5 5/17 9/15 14/2 15/25
 19/11 20/2 20/25 24/7 26/3 26/4 31/3 34/5
 37/17 37/22 38/16 122/5 134/6
Particularly [1]  116/22
particulars [1]  113/20
parties [6]  21/23 41/16 41/22 41/24 42/17
 43/13
partner [2]  118/15 132/19
partners [1]  4/15
parts [3]  102/3 134/25 135/1
party [3]  43/20 53/12 53/14
pass [2]  4/15 113/2
passed [2]  73/19 80/19
passing [1]  62/7
passthrough [1]  92/2
path [1]  11/12
patience [1]  141/1
Patrick [1]  54/24
pattern [2]  67/10 102/12
Paula [4]  8/22 9/2 9/4 80/23
pawn [2]  104/8 104/19
pawned [1]  104/8
pay [24]  50/5 60/19 64/16 74/2 83/4 83/12
 83/17 97/9 98/20 99/7 99/10 99/18 100/22
 101/7 101/8 101/10 101/21 101/24 102/17
 102/19 102/24 103/10 122/1 122/3
payable [6]  27/1 27/2 34/1 39/16 50/22 61/7
paying [1]  83/20
payment [9]  9/17 48/1 55/24 55/24 58/4
 59/11 59/13 63/9 64/7 64/9 64/21 67/1 69/6
 83/23 93/13 100/24 120/6
payment's [1]  63/18
payments [23]  39/9 39/10 40/25 47/25 48/12
 59/16 73/22 73/24 84/1 84/2 84/3 84/6 84/12
 84/14 84/18 94/4 99/18 100/16 100/17 101/2
 104/7 104/21 105/1
payor [2]  68/21 68/22
pays [3]  48/13 58/12 69/23
PD [1]  76/21
pending [1]  96/1
people [8]  98/13 98/16 108/15 113/3 131/16
 135/9 141/21 142/21
people's [3]  100/1 102/19 109/5
percent [4]  91/18 91/25 92/3 92/16
Perfect [1]  143/13
perfectly [1]  122/3
perhaps [2]  15/10 143/4
period [15]  65/23 70/17 78/25 84/7 91/22
 93/16 95/16 96/4 97/6 99/9 105/13 108/2
 108/9 113/12 117/8
periods [1]  93/10
permission [1]  37/3
permit [1]  131/16
permitted [4]  126/23 131/14 134/6 134/12
person [5]  17/15 100/10 128/17 135/5 135/5

personal [3]  49/13 90/19 123/13
personally [1]  7/20
pertain [2]  12/8 38/17
pertaining [3]  5/14 25/3 109/2
pertinent [1]  106/9
Pete [5]  104/2 104/4 104/7 104/14 104/18
Peter [19]  9/13 9/21 34/3 34/14 34/24 39/5
 39/16 40/19 41/25 42/14 43/9 49/18 50/22
 59/10 59/16 64/8 66/24 73/13 110/9
petition [2]  79/1 79/2
petitioner [1]  10/21
phone [2]  8/24 119/21
photocopy [1]  9/17
photos [1]  16/12
physically [1]  131/7
picked [1]  126/12
picking [1]  101/23
picture [2]  122/11 122/23
pin [1]  112/3
place [14]  24/20 27/16 27/17 27/22 28/20
 30/3 30/14 30/15 31/1 31/18 34/16 65/23
 125/25 134/19
places [1]  134/7
plan [1]  15/6
plane [1]  42/10
planning [2]  106/1 142/11
plans [1]  15/13
plastic [1]  18/2
play [1]  142/2
played [1]  119/24
plea [2]  120/14 123/1
pleas [1]  118/7
pleasant [1]  15/9
please [25]  4/21 6/14 6/16 6/17 6/18 35/9
 35/14 35/22 85/4 85/7 87/8 87/11 89/8
 111/20 116/4 116/11 124/11 124/14 124/17
 124/25 129/19 132/4 132/7 143/12 143/14
pled [1]  122/10
plumbing [1]  56/12
plus [2]  4/5 46/9
point [19]  4/4 4/6 6/3 26/12 56/25 57/6 61/10
 68/5 68/20 69/14 70/23 113/17 114/13
 114/18 118/21 122/8 123/7 129/17 137/8
police [3]  8/3 76/13 141/20
policeman [1]  107/13
Pompano [3]  126/1 126/1 127/5
portion [9]  26/1 44/7 57/1 66/20 69/7 72/19
 72/20 78/4 86/3
portions [1]  25/25
position [1]  135/20
possession [4]  8/8 8/10 8/11 23/15
possessory [2]  96/9 98/5
possible [4]  2/24 4/9 102/1 109/23
possibly [2]  2/15 15/13
potential [3]  7/5 11/15 142/13
Pounds [1]  33/3
Powell [5]  15/3 15/18 55/3 87/19 87/24
powers [2]  112/21 112/22
practice [4]  127/12 130/21 132/18 132/25
practicing [1]  125/21
precisely [1]  122/17
precluded [4]  121/19 122/25 126/1 126/9
precludes [1]  122/20
prejudice [1]  96/6
prejudicial [1]  96/14
premature [1]  142/15
Premier [1]  47/25
premises [10]  17/22 22/6 22/24 23/14 23/16
 72/13 94/9 97/17 98/6 98/14
premium [1]  69/24

**P**

prepare [1] 35/25
prepared [3] 25/2 36/7 43/25
preparing [1] 105/21
present [7] 2/3 8/5 35/12 85/9 91/8 124/21 140/5
presented [6] 18/25 112/18 112/20 116/19 121/11 122/11
presenting [2] 117/4 121/11
president [1] 21/12
pretenses [2] 26/19 131/17
pretrial [4] 95/24 96/3 96/4 96/16
pretty [5] 62/18 106/21 117/9 117/20 134/8
previous [2] 61/5 132/23
previously [3] 9/8 18/24 125/24
primary [1] 137/18
principle [1] 131/11
printed [1] 13/19
printout [2] 15/17 78/22
prior [7] 34/6 34/16 77/14 91/12 97/2 106/13 135/10
private [6] 15/11 16/14 17/19 26/20 30/2 30/2
probably [10] 27/24 89/16 97/9 99/9 102/9 104/11 118/2 130/15 136/17 142/18
problem [5] 4/14 86/9 86/10 96/22 133/22
problems [2] 80/14 103/14
proceed [7] 2/4 4/24 85/10 116/11 117/2 124/12 125/8
proceeded [1] 128/16
proceedings [14] 1/11 4/19 27/13 35/11 35/21 85/6 87/10 89/9 95/21 111/21 124/10 124/16 139/10 146/12
proceeds [3] 34/12 34/22 40/18
process [2] 77/10 141/10
produced [1] 36/13
progress [1] 2/9
Progressive [1] 69/24
prohibited [1] 127/16
promised [5] 83/4 83/12 83/17 112/6 141/24
promises [1] 26/20
pronounce [1] 76/7
proof [1] 110/25
proper [1] 114/19
properly [1] 138/21
properties [1] 45/25
property [12] 14/16 16/12 17/7 21/18 26/18 33/17 33/18 66/19 96/9 96/11 96/18 98/23
proposed [2] 139/23 143/8
proposition [1] 135/3
prosecution [1] 113/5
prosecutor [2] 75/15 96/5
prospective [2] 117/16 139/23
protect [1] 15/11
protected [1] 135/4
protection [2] 135/6 135/8
prove [1] 114/9
provide [4] 49/24 118/8 143/3 143/3
provided [4] 41/10 42/4 42/7 72/11
providing [1] 59/24
psychic [18] 11/16 110/14 110/21 111/1 111/11 111/18 112/12 112/21 112/22 113/3 114/4 114/9 133/25 134/5 135/3 135/3 137/20 142/22
public [2] 15/12 30/2
publish [1] 37/4
pulled [3] 69/8 69/14 69/16
punching [1] 113/22
purchase [13] 33/25 34/14 39/13 51/21 54/7

54/15 58/3 59/9 60/3 60/25 66/19 66/23 67/3
purchased [13] 20/5 20/6 20/13 20/19 34/23 34/24 39/4 54/10 54/20 55/21 60/21 60/24 61/7
purchases [7] 20/16 40/18 40/23 47/18 63/8 64/4 64/11
purchasing [1] 100/21
purport [3] 24/18 43/25 53/15
purported [1] 11/6
purportedly [2] 16/19 22/11
purporting [1] 11/2
purports [2] 19/14 22/22
purpose [7] 26/17 27/18 30/4 120/21 121/17 122/9 142/18
purposes [1] 28/18
pursuant [1] 138/23
push [1] 118/23
put [9] 2/8 3/17 11/12 24/16 45/12 58/15 114/14 120/7 121/13
putting [2] 119/7 121/16
PW [2] 34/1 34/1

**Q**

Quality [1] 52/20
quarter [1] 125/13
quasi [1] 114/12
question [6] 27/4 80/11 95/19 129/19 131/2 131/5
questioning [2] 109/1 115/2
questions [7] 113/12 115/23 122/17 130/6 132/1 139/2 142/5
quibble [1] 103/7
quibbling [1] 103/7
quickly [6] 2/24 20/21 31/16 42/1 50/8 140/4
quite [2] 15/4 77/4
quotation [2] 26/23 26/24
quote [1] 74/20

**R**

raise [5] 6/13 95/19 124/25 132/4 141/12
raised [1] 121/20
ran [1] 96/4
Range [1] 69/11
rather [9] 4/2 15/2 50/7 97/16 107/21 124/1 140/12 140/14 140/20
Raton [1] 1/22
re [1] 3/14
re-call [1] 3/14
reach [1] 116/19
reached [5] 16/21 119/19 136/1 137/7 138/23
read [19] 4/22 14/7 14/24 15/7 19/6 22/18 23/3 26/12 27/20 56/18 87/24 87/25 88/1 88/2 88/5 88/7 108/1 124/8 128/16
reading [4] 50/15 134/5 135/3 137/20
ready [5] 2/4 85/10 117/6 118/1 124/12
real [2] 9/14 97/21
really [14] 65/21 68/11 77/10 84/19 90/10 101/14 106/14 112/22 120/10 123/16 135/23 138/1 141/20 142/16
Realtime [1] 146/11
reason [8] 58/23 79/13 79/13 80/10 96/2 96/17 121/24 122/15
reasonable [1] 116/18
reasons [2] 108/8 134/20
recall [34] 2/22 9/8 10/13 11/6 11/10 11/14 11/18 12/6 16/9 17/3 18/5 53/13 68/22 70/8 77/1 81/7 81/25 85/18 88/15 89/3 89/4 92/7 92/17 93/4 94/4 100/13 104/16 104/22 105/3 108/10 119/15 136/8 137/23 140/9
receipts [4] 13/25 20/1 20/8 20/15

receive [1] 66/16
received [18] 2/14 8/20 10/25 20/20 25/7 25/8 34/7 34/20 40/9 44/25 46/4 55/18 56/15 56/16 57/12 59/20 67/18 78/12
receives [5] 38/11 63/19 65/2 135/6 135/7
recess [9] 35/3 35/10 84/25 85/4 85/5 116/10 124/9 139/24 144/2
recognize [2] 9/19 137/18
recognized [1] 135/24
recollection [6] 67/16 82/23 85/20 86/6 88/6 99/8
recollects [1] 83/7
record [8] 2/2 14/25 20/8 85/8 122/16 143/23 144/1 146/12
recorded [1] 141/22
records [50]
recount [1] 31/18
redact [1] 85/24
redacted [2] 86/18 87/3
redaction [1] 86/14
Reddish [1] 141/21
redirect [5] 115/25 116/1 131/20 131/21 145/10
refer [3] 24/9 99/13 126/3
reference [8] 11/14 11/15 17/15 27/8 46/6 85/22 85/23 85/24
referenced [2] 29/25 53/11
referred [5] 23/10 30/18 75/16 99/10 99/14
referring [2] 83/6 109/25
refers [1] 33/24
reflect [3] 17/11 34/16 71/13
reflected [4] 37/11 37/14 39/22 40/11
refresh [3] 12/12 92/7 105/17
refunded [1] 46/1
refused [3] 126/15 126/16 138/12
regarding [17] 5/8 5/21 16/15 17/7 17/8 34/17 79/20 81/10 81/10 81/11 81/17 87/18 118/17 118/21 141/8 141/11 142/5
regardless [1] 111/12
registered [2] 21/10 146/10
regularly [1] 83/20
regulations [2] 109/9 134/23
reincarnation [3] 112/13 114/6 114/9
relate [1] 20/15
related [4] 2/21 7/6 41/16 42/18
relates [3] 40/11 90/10 91/3
relationship [3] 120/22 142/6 142/6
release [2] 97/5 121/15
released [1] 97/2
relevance [2] 96/7 128/9
relevant [1] 138/1
relied [3] 71/7 71/10 100/7
relief [1] 126/21
religious [1] 123/12
rely [2] 31/1 70/25
remainder [1] 62/18
remained [1] 95/15
remaining [1] 54/19
remember [10] 16/9 88/11 90/25 95/8 99/7 103/16 104/2 108/7 108/14 136/7
remind [1] 141/1
remove [3] 23/14 87/4 110/23
renewal [1] 93/25
renewals [3] 22/14 94/3 94/6
renewed [1] 82/7
rent [7] 55/6 93/12 93/13 93/19 94/1 97/10 98/20
Rent-A-Car [1] 55/6
repeatedly [1] 14/14
replied [1] 14/18

**R**

report [35]  2/19 2/22 3/9 17/4 17/5 17/6
17/12 17/16 17/18 17/21 29/12 35/15 93/11
106/1 106/7 106/9 106/13 106/15 106/17
106/18 106/19 106/22 107/21 107/23 108/1
108/1 109/12 109/13 109/15 109/24 109/24
110/1 110/20 111/12 111/24
reported [1]  86/9
reporter [5]  1/23 1/23 3/23 146/10 146/11
reports [7]  36/1 85/12 105/20 105/21 107/7
107/19 109/17
represent [2]  119/14 136/22
representation [2]  120/24 133/15
representations [2]  26/19 123/10
representatives [1]  124/1
represented [8]  80/1 112/11 112/21 119/16
133/12 133/17 136/14 136/18
representing [1]  81/1
requested [2]  3/10 60/22
required [2]  74/2 96/20
requires [1]  138/2
rescinded [1]  137/9
residence [2]  13/6 110/5
Resort [1]  45/17
respect [9]  7/17 24/19 28/7 31/16 31/18
31/21 32/18 33/7 46/6
respectfully [1]  123/2
respective [1]  138/22
respond [4]  119/10 120/12 122/21 122/22
Respondent [1]  10/22
responding [1]  119/13
responsibility [1]  101/10
rest [3]  56/9 116/7 140/17
restaurant [3]  47/24 48/17 69/23
restaurants [1]  42/10
rested [2]  116/9 124/19
restrain [1]  135/9
restraint [1]  135/10
restrict [1]  134/7
restricted [3]  15/8 134/8 135/17
restricts [1]  135/8
Rests [1]  145/6
result [1]  129/25
resulted [2]  136/3 138/19
retail [2]  137/15 137/18
retained [2]  125/24 133/18
return [6]  85/20 87/2 112/7 112/7 114/1
141/25
returned [6]  59/3 68/13 114/1 123/11 123/14
123/18
returns [2]  92/2 93/12
Revenue [9]  2/20 6/24 7/6 7/9 7/17 77/19
77/24 84/16 109/9
review [2]  23/23 24/3
reviewing [1]  3/8
revisit [1]  114/18
Ricky [8]  54/16 99/15 99/22 99/23 100/12
100/15 103/4 133/6
Ricky's [7]  99/11 99/13 100/22 101/21
101/24 102/17 102/25
right [95]
right-hand [1]  15/20
rights [1]  135/12
ripped [2]  119/9 120/9
ritual [1]  123/12
RMR [2]  1/23 146/17
Robert [1]  128/13
Rock [20]  52/19 57/22 58/11 58/14 60/9
60/19 61/20 61/24 62/19 63/22 64/7 65/8

65/10 65/15 65/21 69/5 70/1 73/10 102/7
102/13
Roger [1]  1/16
role [4]  7/3 80/6 80/8 80/16
Roma [10]  32/17 32/19 34/8 34/9 38/12
38/19 39/19 62/24 63/13 65/18
Roma$24,000 [1]  38/13
romance [2]  88/5 88/7
room [2]  76/14 128/16
Rooms [1]  48/18
ROSE [120]
Rose's [15]  73/19 74/2 75/12 81/9 87/18 91/8
99/11 99/15 99/21 99/23 100/1 100/19
100/20
Rosie [4]  75/5 133/6 136/18 138/8
Rosie's [2]  133/8 133/9
roughly [3]  75/20 78/25 79/1
Rover [1]  69/12
Royal [1]  13/20
rubber [1]  113/23
rule [3]  117/1 122/14 141/9
ruled [2]  86/7 123/5
rules [2]  105/16 121/19
ruling [3]  122/13 122/18 123/3
rulings [1]  123/22
Russell [4]  120/4 132/5 132/9 145/11

**S**

S-c-h-i-l-l-i-n-g-e-r [1]  125/6
s-e-v-e-n [1]  94/23
SA [2]  33/5 141/14
SA's [1]  33/4
sacrifices [1]  59/2
safe [1]  74/24
sale [1]  67/19
sales [2]  137/15 137/18
Sam [1]  105/5
same [31]  10/9 15/16 19/19 20/18 30/16
32/18 34/20 39/24 44/21 44/24 44/25 47/10
49/15 56/2 56/20 57/15 58/7 63/8 63/17
64/14 65/20 66/15 67/10 67/25 111/22
117/20 118/23 137/1 137/10 142/8 142/9
Santa [1]  8/23
Sarah [2]  10/23 80/4
sat [2]  82/17 82/21
Saturday [2]  41/6 11/4
save [3]  27/14 29/21 140/19
saw [6]  73/24 80/22 88/10 101/15 102/2
102/22
say [29]  19/24 28/4 29/2 29/20 42/22 49/21
81/16 83/8 83/17 86/2 88/20 89/23 99/14
100/15 102/23 103/4 108/20 114/14 115/4
120/15 123/6 126/25 127/3 127/7 134/25
135/16 136/13 136/17 142/1
saying [7]  97/25 112/5 112/10 127/15 134/18
137/4 143/2
says [12]  9/23 10/3 11/25 31/5 38/15 45/9
59/13 78/23 79/5 79/8 104/21 112/20
scenario [1]  95/22
scheduled [2]  3/21 139/15
scheduling [2]  3/20 140/7
scheme [2]  26/17 134/19
Schillinger [5]  124/23 125/2 125/5 125/11
145/7
Schuster [1]  124/2
Schwartz [22]  1/19 2/16 2/25 23/19 28/5
29/2 29/19 73/4 85/25 86/12 86/17 87/13
116/15 117/3 124/5 124/22 125/8 142/11
145/5 145/8 145/10 145/12
scientific [1]  142/20

scope [4]  88/4 89/16 90/8 90/15
scotch [1]  120/8
Scotland [1]  13/20
screen [1]  37/12
script [1]  87/3
search [10]  8/6 10/12 12/11 19/24 19/24
23/24 72/3 78/12 91/8 91/14
searched [1]  72/14
searches [1]  72/8
Sears [1]  48/18
seated [8]  4/21 6/16 35/23 85/7 87/12 124/11
124/17 141/5
second [19]  10/9 31/9 34/7 34/25 39/7 40/23
46/5 46/9 55/25 56/18 59/11 64/8 67/1 68/15
68/22 84/10 93/17 94/20 117/10
secondary [1]  137/19
Secret [8]  8/4 8/11 8/15 76/21 76/24 76/25
77/3 77/12
Secretary [2]  5/8 15/2
section [4]  45/15 52/3 61/11 105/19
Sections [1]  33/20
security [1]  48/15
seeing [1]  9/8
seek [1]  70/19
seeking [1]  50/25
seem [1]  22/11
seemed [2]  93/12 121/10
seems [5]  90/11 96/14 102/12 111/22 122/10
seen [7]  2/22 4/6 8/17 16/9 77/14 77/16
108/23
seize [1]  103/17
seized [2]  8/9 8/14
sell [2]  137/15 137/17
Seminole [42]  8/6 18/9 26/24 31/5 45/7 45/16
45/17 46/16 47/3 47/4 47/16 48/7 48/18
48/21 52/19 57/21 58/10 58/13 60/8 60/18
61/20 61/23 62/19 63/22 64/1 64/17 65/8
65/10 65/15 65/20 69/5 69/25 71/8 71/11
72/19 73/10 74/6 81/20 82/5 101/6 102/7
102/13
send [2]  143/16 143/17
sending [1]  24/10
sends [2]  68/14 68/20
sense [1]  3/23
sent [25]  2/23 16/11 16/19 19/12 30/1 31/14
34/10 36/2 41/15 49/18 49/21 49/23 49/23
53/17 53/18 62/5 66/7 66/19 67/17 68/8 82/5
82/8 101/25 119/8 120/3
sentence [1]  11/10
separate [1]  132/24
September [3]  1/8 79/7 97/16
September 12th [1]  79/7
series [5]  13/4 24/13 36/7 99/4 113/12
served [1]  135/22
Service [16]  2/20 6/24 7/9 7/17 8/4 8/11 8/15
76/22 76/24 76/25 77/3 77/12 77/19 77/24
84/17 109/10
session [5]  3/21 140/8 140/10 140/22 140/23
set [6]  23/13 33/11 33/21 112/17 136/1
137/21
sets [1]  37/4
settle [8]  118/21 118/25 119/12 119/18 120/4
123/20 136/2 138/18
settled [2]  120/13 137/14
settlement [7]  10/19 119/19 121/5 121/12
121/18 122/16 137/7
settlements [1]  138/23
seven [2]  10/17 94/23
several [8]  7/24 11/21 19/12 24/13 46/16
47/5 47/5 110/3

**S**

SFranklinUSDC [1]  1/25
shall [2]  23/14 23/15
shared [1]  82/3
shareholder [1]  92/3
Sharon [8]  14/4 14/10 14/10 14/11 14/12
  14/13 14/17 63/10
she'd [2]  96/10 102/9
she's [4]  58/18 83/6 102/12 112/13
sheet [8]  12/13 14/21 16/2 78/5 78/11 78/12
  78/16 87/22
shipment [2]  26/22 27/6
shocked [1]  11/11
shop [2]  136/4 137/1
Shopping [2]  45/16 46/17
short [4]  95/24 116/10 139/15 139/16
shortly [1]  117/11
should [3]  3/1 3/10 3/16 19/24 28/8 101/18
  104/13 113/12 113/14 122/6 129/12 141/6
  143/21
shouldn't [1]  86/7
show [30]  8/20 16/8 19/23 20/4 22/14 23/2
  26/1 27/25 31/2 36/9 36/11 43/25 49/17 56/3
  58/20 62/9 62/23 67/3 68/19 78/15 90/5 96/8
  98/3 104/11 104/13 104/15 120/13 120/19
  121/12 121/24
showed [10]  14/14 14/15 41/11 55/24 57/1
  78/3 85/17 86/1 93/19 105/1
showing [20]  9/6 9/19 10/12 10/16 10/25
  12/4 13/3 13/15 13/24 14/7 14/19 16/25 18/1
  26/6 36/3 37/14 38/24 49/9 55/14 122/9
shown [2]  26/8 66/11
shows [12]  11/2 20/5 21/23 41/12 43/10 44/4
  58/21 59/1 62/24 66/21 104/23 113/22
sic [3]  11/6 32/12 33/24
side [5]  7/9 7/10 81/1 134/8 134/10
sidebar [11]  27/13 29/22 85/18 89/9 91/6
  95/21 96/24 111/21 114/23 139/10 140/2
sides [2]  80/15 81/5
sign [1]  121/2
signatory [1]  94/6
signature [6]  21/4 22/9 22/21 22/22 23/17
  94/24
signed [10]  19/14 19/16 19/17 19/21 22/11
  22/12 23/17 75/9 94/13 95/11
significance [1]  19/10
significant [1]  74/21
similar [4]  49/13 56/21 138/13 138/14
Simon [1]  124/2
simply [4]  43/14 96/8 137/6 142/19
since [5]  42/3 8/13 110/5 142/16 143/2
sir [10]  30/20 124/25 125/3 125/7 129/18
  130/11 131/2 132/2 132/4 139/6
sister [1]  19/1
situation [2]  111/23 138/13
situations [1]  137/21
six [6]  10/17 62/21 78/15 78/23 78/25 87/1
six-word [1]  87/1
skills [1]  77/23
slander [1]  81/16
slips [1]  104/19
smaller [1]  72/19
smile [1]  139/11
snapshot [11]  38/4 40/2 44/12 44/19 51/6
  53/20 55/13 56/13 58/25 59/19 66/6
Soendergaard [5]  32/7 51/3 51/11 53/17
  55/9
soften [1]  139/17
sold [1]  128/19

solicitors [2]  80/15 80/20
solidify [1]  15/13
somebody [2]  89/11 99/5
somebody's [1]  109/10
somehow [1]  87/18
someone [2]  101/9 102/24
Somers [4]  18/22 18/25 19/1 19/22
something [16]  2/16 3/13 3/19 4/12 17/8
  49/13 88/3 89/24 104/12 106/14 114/10
  118/13 118/15 118/16 118/17 141/12
sometime [1]  97/2
sometimes [2]  108/15 108/23
son [3]  75/12 133/5 133/5
son-in-law [1]  75/12
sooner [2]  29/13 143/18
sorry [25]  5/22 9/7 9/15 19/9 20/22 31/15
  34/23 47/18 64/19 71/4 73/15 76/4 78/14
  81/24 84/10 84/20 95/9 103/21 111/7 111/7
  120/15 129/10 129/20 131/3 141/24
sort [10]  30/1 56/19 74/7 80/6 80/9 80/15
  107/23 112/13 113/22 114/10
sound [1]  115/19
sounds [5]  76/5 78/8 109/22 110/11 115/16
source [1]  45/23
South [2]  1/21 14/13
SOUTHERN [3]  1/1 26/15 33/13
space [1]  21/24
Spain [1]  33/4
speak [2]  120/12 132/6
special [10]  2/17 2/19 6/11 6/23 7/1 7/3 84/15
  109/14 141/14 141/19
specific [11]  24/6 24/9 24/19 25/3 26/12
  33/19 33/23 36/15 37/8 37/10 77/7
specifically [2]  126/22 135/2
specifications [1]  113/20
speech [4]  128/23 131/11 131/12 131/16
spell [5]  6/17 125/4 132/7
spelled [1]  94/23
spending [1]  18/13
spent [1]  102/2
spirits [3]  110/16 110/22 114/5
spoken [1]  105/12
Sports [1]  47/4
SR [1]  32/16
SR's [1]  32/13
stack [9]  13/25 20/1 76/2 76/6 77/3 77/12
  107/5 107/21 142/4
stand [3]  6/12 101/15 101/18
standard [1]  48/6
standpoint [1]  121/16
stands [2]  32/2 101/17
start [7]  44/18 46/12 73/4 108/10 114/13
  117/4 140/24
started [10]  48/24 49/12 56/25 61/14 70/3
  75/22 115/4 115/7 115/14 125/22
starting [5]  37/20 40/4 50/8 57/2 58/17
starts [1]  53/20
state [6]  5/7 5/8 15/2 126/22 127/19 131/13
stated [3]  38/12 52/11 121/3
statement [2]  28/15 87/1
states [12]  1/1 1/3 1/13 1/17 2/5 7/18 10/21
  11/11 33/11 33/20 116/7 116/9
statute [3]  126/22 127/19 131/14
stay [1]  87/5
steer [1]  102/9
steering [1]  102/6
Stefin [17]  1/16 3/7 3/15 4/24 27/19 28/17
  85/12 86/14 101/15 118/16 118/17 141/12
  142/24 143/4 143/24 145/4 145/9
Stefin's [1]  113/21

Stephen [4]  1/23 146/10 146/16 146/17
Stevens [7]  14/4 14/10 14/11 14/12 14/14
  14/18 63/10
still [8]  4/9 27/19 29/8 37/12 39/20 46/1
  101/9 124/4
stipulate [3]  27/22 29/24 112/9
stipulated [1]  123/25
stipulates [1]  28/19
stipulation [5]  6/7 27/23 28/2 30/9 30/16
stop [10]  38/14 47/6 48/23 56/18 59/3 84/12
  90/9 101/17 112/8 135/11
stopped [3]  53/9 84/1 84/14
store [7]  22/7 23/11 126/8 133/19 133/22
  133/24 133/25
stories [1]  109/5
story [4]  108/8 108/13 108/25 128/14
straight [1]  140/17
strategically [1]  118/11
Street [11]  1/24 5/12 21/18 22/2 23/7 23/11
  72/20 75/6 75/7 93/13 93/20
structure [1]  134/16
stuff [2]  121/18 137/17
subcategories [1]  5/16
submitted [1]  2/20
subpoena [1]  25/7
subpoenas [1]  23/25
substantiate [1]  112/19
successfully [1]  126/4
such [5]  2/22 3/9 4/8 7/7 33/18
Sue [4]  12/9 12/21 102/23 103/3
sued [1]  126/4
suggest [2]  113/21 120/18
suggesting [1]  109/7
suggestion [1]  4/4
suit [3]  131/10 137/14 138/18
Suite [2]  1/21 23/12
Suites [2]  76/11 76/15
sum [2]  70/15 74/21
summaries [1]  18/7
summarize [1]  36/15
summary [12]  2/7 18/11 24/17 24/22 25/11
  29/8 30/22 36/23 37/9 107/23 128/12 129/6
  129/7
Sunrise [3]  5/14 133/20 133/20
Suntrust [1]  32/9
superseding [3]  84/8 84/9 84/10
support [2]  26/3 27/5
supposed [8]  22/8 59/3 59/3 62/7 101/8
  101/23 117/10 140/8
supposedly [1]  68/12
sure [13]  3/11 15/1 17/24 74/17 75/24 77/4
  91/11 93/14 102/21 104/10 104/22 105/17
  108/14
Surely [1]  83/10
surprise [1]  101/1
surrender [5]  23/15 23/20 95/2 96/2 96/11
surrendered [4]  22/24 95/23 96/18 97/17
Susan [6]  33/6 66/7 67/13 68/11 68/14 68/21
Susan's [2]  68/16 68/25
Sustained [3]  79/15 111/15 129/3
Sutherland [1]  142/13
SW1319 [2]  8/21 9/7
SW1319-00006 [1]  8/21
SW1319-0001 [1]  9/7
sworn [3]  6/15 125/2 132/5
Sylvia [11]  32/17 32/18 34/8 34/9 38/12
  38/13 38/19 39/19 62/24 63/12 65/18

**T**

take [28]  3/4 3/25 4/3 8/8 8/10 35/3 41/14

**T**

take... [21]  43/22 83/1 83/2 83/3 83/11
84/24 94/18 102/17 104/7 104/8 106/21
106/24 116/10 118/1 122/17 125/13 131/16
135/20 139/13 140/18
taken [6]  35/10 42/23 59/18 85/5 124/9 144/2
takes [1]  48/2
taking [4]  42/24 44/12 44/15 140/14
talk [11]  54/9 67/20 92/5 92/9 118/5 118/15
123/23 141/6 141/23 142/19 143/5
talked [6]  72/2 87/16 87/16 113/7 118/17
141/21
talking [23]  37/7 37/10 40/4 54/9 56/20
56/21 81/21 81/22 81/23 85/19 86/9 86/15
99/16 103/23 108/19 108/20 110/4 111/4
111/4 119/11 122/4 135/1 142/20
talks [3]  105/20 106/1 106/6
taped [1]  120/8
tapes [1]  142/2
tarot [1]  137/16
tax [9]  2/21 7/13 85/17 85/19 85/22 87/2 92/2
93/12 109/11
taxpayers [1]  7/14
TD [5]  33/5 66/10 67/24 67/25 68/1
telephone [2]  15/1 131/6
tell [15]  6/17 14/15 21/15 21/22 28/22 89/1
108/17 125/3 128/13 132/7 133/15 138/10
139/19 139/25 140/6
teller [2]  11/16 127/16
telling [9]  15/4 126/2 126/4 126/8 126/25
126/25 127/4 130/21 131/24
Templeman [1]  8/23
tenants [2]  23/10 97/22
tenants/undertenants/occupants [1]  23/10
tennis [1]  4/15
terms [3]  3/19 29/11 141/7
terrible [1]  129/21
testified [3]  89/18 90/16 100/14
testify [10]  2/18 27/20 88/17 88/20 89/24
111/25 112/15 113/10 119/7 142/17
testifying [1]  25/14
testimony [20]  35/9 78/3 82/18 82/21 83/7
85/4 89/15 89/17 90/11 91/4 106/11 106/12
111/24 111/25 112/25 113/7 142/25 145/3
145/7 145/11
testimony's [1]  3/4
Texas [1]  32/14
thank [33]  4/25 6/20 26/10 28/4 30/20 35/5
73/2 78/2 85/1 85/4 87/14 91/5 96/23 111/10
114/20 114/21 115/24 116/2 116/8 116/13
125/7 125/11 129/23 130/7 132/2 136/24
139/3 139/6 139/7 140/1 140/25 141/3
143/19
that's [131]
the 10th [3]  10/1 10/9 52/7
the 15th [1]  72/3
the 4th [1]  40/5
the 5th [1]  34/15
the 8th [1]  47/7
themselves [1]  33/23
theory [1]  113/5
thepsychicintuitionist.com [1]  12/2
there's [34]  3/9 3/13 8/24 22/9 45/15 47/7
47/10 47/20 47/22 47/25 52/11 63/8 63/9
63/10 65/10 69/5 76/23 84/22 87/1 88/9 90/5
96/11 98/3 98/21 98/25 106/9 109/11 113/2
117/21 121/15 134/21 135/9 135/14 142/10
thereafter [1]  93/24
therefore [2]  28/9 131/14

thereon [1]  26/22
they'll [3]  6/8 124/2 139/25
they're [10]  21/18 108/16 112/16 112/17
114/15 114/16 121/16 122/25 139/21 142/17
they've [2]  112/18 112/19
thing [7]  16/18 49/15 67/12 85/14 102/18
123/16 138/16
things [13]  4/2 42/9 49/14 74/6 108/7 108/12
108/14 112/13 112/25 114/7 114/10 120/14
140/20
think [58]
thinking [1]  15/10
third [11]  31/10 41/16 41/22 41/24 43/13
44/6 47/17 53/12 53/14 84/9 84/10
Thirty [2]  50/18 50/19
Thirty-four [2]  50/18 50/19
thorough [1]  105/21
those [65]
though [3]  29/10 104/2 127/18
thought [9]  2/17 3/22 90/21 112/4 112/5
112/10 117/14 119/22 120/10
thousand [5]  52/5 58/15 59/17 66/2 75/4
thousands [2]  19/12 72/21
threat [2]  90/3 123/14
threatened [1]  89/21
threats [1]  123/18
three [7]  5/16 31/4 39/9 61/14 70/9 107/22
115/14
through [32]  8/14 16/14 16/17 23/25 24/10
25/7 29/9 31/16 33/16 36/10 36/22 37/1
37/17 37/20 50/7 50/8 60/1 67/10 70/13 79/6
82/18 82/21 90/7 91/17 95/22 99/4 105/2
118/25 119/13 122/21 140/17 142/2
throughout [1]  110/2
throwing [1]  4/11
tickets [1]  42/10
times [7]  14/15 47/5 47/5 107/20 112/10
128/14 129/21
Title [1]  33/20
today [7]  125/11 139/15 139/16 140/4 140/6
143/15 143/22
together [5]  4/23 15/9 24/16 120/8 132/25
told [10]  14/16 27/24 66/18 70/8 84/12 113/1
115/3 128/13 129/9 140/9
tomorrow [4]  117/23 139/15 140/23 141/2
too [3]  98/6 109/16 142/15
took [24]  8/11 24/20 27/15 27/17 27/22 28/20
30/3 30/14 30/14 31/1 31/18 34/16 37/9
45/11 65/23 80/6 80/8 80/15 82/24 99/6
102/5 103/9 103/21 112/6
top [5]  37/20 37/20 48/5 78/22 79/8
topic [1]  120/11
total [8]  18/15 43/14 50/16 50/16 50/21
59/24 70/12 70/15
totaled [3]  43/14 50/12 50/12
touch [1]  15/14
touched [1]  50/2
towards [9]  3/25 45/13 45/25 55/5 56/2 69/7
83/15 140/14 140/15
Toys [1]  47/2
trace [3]  39/17 74/5 74/22
traceable [2]  41/4 72/22
traced [1]  44/1
tracing [3]  42/2 44/4 77/24
track [3]  46/12 50/9 50/21
tracking [1]  49/12
traded [1]  103/13
transaction [13]  24/6 26/3 33/15 34/2 34/15
37/14 38/18 39/11 39/21 47/2 47/20 49/9
52/22

transactions [21]  9/14 18/18 24/13 24/14
24/20 25/3 27/25 30/11 33/9 33/24 36/2
36/16 37/8 37/10 38/16 44/16 45/16 47/16
50/10 64/14 99/4
transcript [2]  1/11 146/12
transfer [14]  2/10 31/23 32/5 32/8 32/13
32/21 32/22 33/2 58/7 58/8 61/19 64/15 65/8
66/14
transferred [3]  41/5 52/14 57/19
transfers [8]  27/17 38/21 52/2 60/4 60/17
62/13 63/21 65/16
tremendous [1]  125/23
trial [5]  1/11 8/18 18/25 106/12 113/17
tried [2]  79/18 119/20
true [4]  107/25 110/8 113/9 117/18
trust [2]  94/17 105/23
trusts [1]  105/24
truth [1]  108/17
try [12]  2/23 3/2 79/17 88/4 90/7 104/6
113/15 120/12 120/14 122/21 123/20 132/6
trying [12]  37/21 89/14 90/5 90/11 108/19
109/5 112/3 120/18 121/2 121/13 122/2
131/5
Tschetter [9]  55/15 55/18 56/6 56/14 57/1
57/14 60/21 61/8 103/24
Tschetter's [1]  57/5
Tuesday [2]  140/16 140/24
turned [3]  120/7 128/18 129/8
two [42]  5/8 5/10 7/8 10/6 13/24 19/9 27/25
33/23 34/7 34/24 37/8 38/11 38/20 39/4 39/9
40/19 48/25 52/7 54/7 55/21 59/9 64/4 64/19
65/23 65/24 66/23 68/20 91/10 95/13 107/22
108/3 109/17 114/6 117/11 120/17 128/15
136/17 141/21 142/10 142/12 142/13 142/25
type [5]  102/18 127/4 135/7 135/7 137/13
types [1]  49/9
typically [5]  17/6 17/9 106/10 106/15 107/4

**U**

U.S [6]  8/4 8/11 8/15 30/2 73/14 76/21
ultimately [1]  22/24
Uncle [1]  69/22
unconstitutional [2]  126/5 134/19
under [11]  94/5 97/22 99/25 103/5 105/19
109/9 121/19 127/16 127/18 127/19 131/17
undercover [1]  141/22
undercovers [1]  111/3
understand [9]  43/17 89/14 91/5 96/7 103/6
121/22 123/4 131/5 142/13
understandable [1]  96/10
understanding [1]  28/1
understood [1]  122/12
undertenants [1]  23/10
unexpected [1]  15/2
Unfortunately [1]  15/12
Union [2]  6/2 19/20
UNITED [10]  1/1 1/3 1/13 1/17 2/5 7/18
33/20 54/22 116/6 116/9
unlawful [1]  33/19
unless [3]  43/2 106/14 141/11
unredacted [1]  86/5
unreported [1]  85/17
until [8]  15/13 43/21 50/5 71/24 83/19 96/4
97/10 129/18
upon [5]  31/1 70/25 72/8 72/9 123/14
us [25]  2/23 6/17 6/18 15/7 15/11 21/22
37/17 41/7 44/15 47/2 48/2 53/15 53/20
55/12 58/20 68/3 78/3 93/19 123/19 125/3
125/4 132/7 132/8 133/15 138/10
used [23]  9/10 34/12 34/13 52/3 53/2 53/4

**U**

used... [17]  54/7 59/9 59/15 60/19 63/25
64/16 66/23 69/7 69/11 80/9 90/6 101/9
102/23 102/24 104/9 119/23 123/13
uses [4]  17/9 127/2 127/4 134/3
using [5]  12/23 80/25 83/15 102/19 106/21
usually [3]  106/17 106/18 106/24
utilized [1]  45/10

**V**

vague [1]  134/23
vagueness [1]  134/22
valuables [1]  123/11
value [2]  33/18 100/6
variety [1]  134/20
various [7]  23/25 25/3 82/25 118/18 127/2
141/22 142/5
vehicle [4]  56/2 99/13 99/24 103/4
vehicles [4]  45/25 100/8 102/20 110/3
Vena [1]  55/3
verdict [1]  116/19
verify [3]  2/13 2/14 31/21
versus [2]  7/18 50/1
very [11]  15/9 20/21 30/24 31/16 42/1 56/21
56/21 78/1 90/6 123/2 138/13
viable [2]  134/10 134/11
victim [5]  84/11 84/17 89/23 121/1 121/3
victims [4]  36/3 53/13 72/11 72/22
Victoria [8]  18/22 18/25 19/1 19/1 19/3 19/4
19/16 19/22
viewpoint [1]  135/17
violation [7]  33/20 126/19 127/23 128/5
134/24 137/9 138/25
violations [1]  7/5
Virginia [1]  32/9
virtually [1]  100/11
vitaes [1]  143/1
Vivian [8]  53/17 53/18 54/6 54/20 55/7 69/12
98/4 133/11
Vivian's [1]  103/1
Volume [1]  1/10
voluntarily [3]  23/14 28/9 82/24
Von [10]  11/8 16/11 16/15 51/22 52/5 88/10
89/1 89/5 89/19 89/19
vulgarity [1]  119/23

**W**

W-a-t-t-s [1]  6/19
wait [3]  107/22 113/14 129/18
waived [1]  86/3
waiver [1]  121/15
Walgreen's [1]  47/21
walk [2]  37/17 100/4
Walker [12]  5/21 33/1 34/21 40/10 41/5 59/1
59/20 62/5 80/13 80/13 80/16 81/5
Walker's [2]  13/18 80/18
Walther [1]  10/22
WAMU [4]  52/10 52/14 52/22 53/1
Wan [1]  48/17
want [30]  8/20 16/18 19/23 27/24 28/15 29/2
29/20 37/8 60/25 67/12 73/4 84/21 93/11
95/19 95/22 96/3 96/5 96/18 113/15 113/16
114/8 117/2 117/25 120/16 121/23 121/24
123/6 123/7 135/15 142/6
wanted [13]  26/13 81/5 85/14 90/7 122/16
123/21 125/25 126/8 127/7 133/25 136/5
138/11 142/5
wants [4]  27/20 121/6 124/21 141/12
warrant [5]  8/6 10/12 12/11 19/24 78/13

warrants [4]  19/24 23/25 72/3 95/11
Washington [3]  31/24 44/10 44/11
wasn't [10]  67/18 76/19 84/6 92/13 93/6 94/6
99/21 107/8 107/10 138/1
wasting [1]  139/21
Watts [10]  2/17 6/12 6/15 6/19 6/23 23/23
35/16 35/25 115/2 145/3
ways [1]  97/24
we'd [1]  117/9
we'll [16]  35/4 35/7 85/1 94/18 113/15
116/12 117/23 139/18 139/20 139/24 140/1
140/19 140/23 140/24 141/2 143/15
we're [33]  3/1 3/21 4/3 27/15 27/17 40/4 44/9
47/14 48/2 49/3 56/20 56/20 57/10 63/15
64/12 64/25 67/20 68/2 82/17 85/8 111/22
116/10 118/14 118/20 122/4 124/20 132/24
140/6 140/15 140/22 141/10 142/22 143/2
we've [5]  2/7 16/8 66/11 140/4 142/4
website [2]  15/17 15/21
week [8]  4/1 57/8 58/18 62/2 62/21 140/7
140/15 140/17
weekend [1]  143/17
weeks [4]  65/24 65/24 67/13 70/9
weeks' [1]  44/16
Weiselberg [1]  1/20
welcome [5]  4/20 35/22 87/11 124/17 125/12
well [61]
went [30]  36/4 38/2 39/5 41/11 41/23 42/2
43/10 44/6 45/24 52/17 52/19 53/1 54/22
54/23 56/1 59/4 67/8 68/16 69/15 97/6 99/4
99/10 99/18 100/20 103/3 119/21 126/12
126/14 126/20 135/23
were -- I [1]  121/16
weren't [1]  76/18
west [10]  1/7 1/24 5/12 21/17 22/2 23/5 23/7
23/11 98/22 134/8
Western [1]  6/1
what's [6]  2/18 36/11 47/1 54/3 132/20
132/22
whatever [2]  90/19 112/18
whatsoever [1]  126/2
where [25]  3/17 10/3 10/21 12/9 12/12 14/11
15/25 17/21 33/11 36/4 38/2 41/11 42/2
44/18 45/9 52/11 52/17 54/23 68/1 72/17
99/5 103/9 103/21 138/2 142/22
whereas [1]  41/11
whether [26]  24/19 27/5 27/17 42/9 45/9
74/1 74/15 76/13 79/18 82/3 89/11 90/13
90/22 91/1 98/16 98/19 104/16 105/3 107/16
108/2 110/13 111/11 114/6 124/20 141/23
143/6
while [4]  15/9 28/17 96/1 96/16
White [8]  9/4 10/19 10/21 10/21 10/22 78/5
78/6 81/1
who's [3]  18/25 93/5 97/20
whoever [1]  98/10
whole [5]  96/12 104/17 122/11 122/23
123/16
whom [1]  12/21
whose [2]  75/8 92/5
why [10]  41/21 90/2 95/23 96/17 99/25
111/25 127/14 128/22 133/22 136/22
wife [5]  78/6 133/5 133/6 142/8 142/9
window [1]  18/8
wire [41]  24/13 27/17 31/23 32/5 32/8 32/13
32/21 32/22 32/23 33/19 34/20 38/16 38/21
40/9 41/5 51/5 51/10 51/13 53/17 53/21
53/24 55/14 55/18 57/1 58/21 59/1 59/2
59/20 62/5 62/13 62/24 63/3 63/6 65/2 66/7
66/14 67/12 67/16 68/11 68/15 103/20

wire-transfer [8]  31/23 32/5 32/8 32/13
32/21 32/22 33/2 66/14
wire-transfers [3]  27/17 38/21 62/13
wired [1]  51/3
wires [13]  27/15 27/21 27/22 28/19 29/24
30/3 30/3 30/19 34/7 38/11 49/6 57/14 68/21
wished [1]  138/18
withdraw [2]  34/13 109/8
withdrawal [6]  45/7 46/20 48/7 56/4 58/6
64/4
withdrawals [22]  42/25 43/1 43/2 43/6 46/16
46/22 47/17 47/18 47/19 47/21 48/19 48/21
49/9 49/13 53/6 55/5 56/12 58/13 70/21
73/23 73/25 74/19
withdrawing [1]  45/6
withdrawn [23]  42/20 42/22 47/5 51/20
57/21 58/10 60/8 60/18 61/4 61/20 61/23
63/9 63/21 64/1 64/17 65/7 65/9 65/14 65/20
65/21 69/25 71/5 79/24
withdraws [13]  40/18 46/17 57/22 60/11
60/12 60/15 62/18 63/18 64/18 69/4 69/5
69/6 69/22
withdrew [10]  34/23 39/3 41/2 42/5 42/6
54/6 55/7 55/20 56/10 59/8
withheld [1]  129/8
within [2]  17/21 136/4
without [5]  6/8 30/3 36/25 102/6 127/23
witness [32]  5/1 6/15 28/13 86/1 88/10 89/11
90/7 90/12 106/3 106/5 106/6 106/8 106/16
108/6 108/24 112/3 113/4 113/11 113/17
114/19 117/10 117/12 117/14 117/15 117/16
117/18 124/24 125/2 129/21 132/3 132/5
142/19
witness' [1]  106/11
witnessed [1]  109/4
witnesses [19]  4/8 20/16 82/18 105/8 105/11
107/18 107/21 117/5 117/11 129/22 139/12
139/14 140/5 141/8 141/18 142/10 142/12
142/14 143/6
witnesses' [1]  112/24
Wolfe [22]  5/22 5/22 13/10 18/2 18/9 32/11
34/7 34/8 38/11 38/13 38/18 39/19 65/2 82/4
82/8 82/11 82/23 83/14 84/1 84/3 84/11
105/2
Wolfe's [2]  82/21 105/3
Wolofsky [20]  9/13 9/21 34/3 34/14 34/25
39/5 39/16 40/19 41/25 42/14 43/9 49/19
50/22 59/10 59/16 64/8 66/24 73/13 110/2
110/10
woman [2]  14/16 14/17
won [1]  131/10
won't [3]  81/16 114/12 139/21
word -- I [1]  29/14
words [1]  52/13
work [10]  2/9 2/15 83/1 83/2 83/11 83/15
107/5 139/23 140/13 140/16
worked [1]  115/20
working [4]  35/17 59/19 140/1 141/11
workinghard.com [1]  11/6
workinghard02 [2]  11/2 11/22
works [2]  28/1 134/1
worth [2]  44/16
wouldn't [9]  43/21 77/17 82/15 97/14 101/1
102/4 108/2 108/4 127/21
writes [3]  57/22 60/10 62/17
writing [1]  107/21
written [26]  2/19 9/12 14/3 31/7 31/11 34/14
39/7 40/19 43/7 49/19 51/22 52/5 52/9 55/22
56/1 59/9 63/10 64/5 64/20 65/10 66/21 69/9
70/12 91/10 98/21 124/3

## W

wrong [5]  81/4 88/9 99/17 112/22 121/25
wrongdoing [3]  121/12 121/13 122/9
wrote [5]  109/17 111/12 111/24 128/24
 129/10

## Y

Yahoo.com [5]  11/2 11/3 11/22 11/24 12/2
yeah [15]  22/19 59/17 80/18 100/2 106/14
 107/14 108/18 109/16 117/7 118/2 119/20
 127/10 130/23 136/13 138/11
year [15]  18/6 18/11 18/15 20/18 41/14 42/16
 71/1 71/13 83/19 85/19 85/22 87/2 89/1
 93/24 107/23
year-end [2]  18/6 18/11
years [14]  7/2 7/24 21/19 50/10 50/22 85/17
 93/24 110/2 115/11 115/15 115/18 125/22
 132/17 136/17
yes [134]
yesterday [4]  80/12 85/15 122/13 122/13
yet [5]  35/18 66/11 76/18 98/12 116/12
York [7]  5/12 21/18 23/7 23/7 51/21 93/17
 97/10
you'll [2]  3/14 143/6
you're [24]  6/23 26/7 29/6 29/18 37/21 44/12
 44/15 51/16 56/3 77/8 87/23 90/11 99/17
 103/23 104/23 105/23 106/13 117/6 118/1
 125/12 127/15 135/17 136/23 139/12
you've [5]  36/18 98/2 115/20 123/5 135/12
yourself [2]  107/16 135/16

## Z

zero [2]  43/21 45/12
zone [1]  134/6
zoned [1]  138/13
zones [2]  134/3 134/4
zoning [8]  125/23 133/16 133/18 134/1
 134/16 134/18 136/1 136/16