```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                      Case No. 11-80072-CR-MARRA
 3
   UNITED STATES OF AMERICA,      )
 4                                )
        GOVERNMENT,               )
 5                                )
        -v-                       )
 6                                )
   ROSE MARKS,                    )
 7                                )
        DEFENDANT.                )    West Palm Beach, Florida
 8                                )    September 20, 2013
   _____)
 9

10                    Volume 16, Pages 1 - 228

11            TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12          BEFORE THE HONORABLE KENNETH A. MARRA

13                UNITED STATES DISTRICT JUDGE

14

15   Appearances:

16   FOR THE GOVERNMENT          Laurence M. Bardfeld, AUSA, and
                                 Roger H. Stefin, AUSA
17                               United States Attorney's Office
                                 500 East Broward Boulevard
18                               7th Floor
                                 Fort Lauderdale, FL 33301
19
     FOR THE DEFENDANT           Fred A. Schwartz, ESQ.
20                               Kopelowitz, Ostrow, Ferguson
                                 Weiselberg, Keechl
21                               700 South Federal Highway,
                                 Suite 200
22                               Boca Raton, FL 33432

23   Reporter                    Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768               Official Court Reporter
24                               701 Clematis Street
                                 West Palm Beach, Florida  33401
25                               E-mail:  SFranklinUSDC@aol.com
```

```
 1          (Call to the order of the Court.)

 2               THE COURT:  Good morning, please be seated.

 3               All right.  We're back on the record.  Ms. Marks is

 4     present with counsel.

 5               We have some matters to take up?

 6               MR. SCHWARTZ:  Your Honor, I'd like to introduce

 7     the Court to Mr. Dan Cron.  Mr. Cron is an attorney in New

 8     Mexico.  He's admitted both in the highest court of New

 9     Mexico, and he's admitted in the United States District Court

10     in New Mexico.  Mr. White is here to testify today.  We don't

11     anticipate any problem with his testimony, but since at one

12     time, as Your Honor knows, he was either a target or a

13     subject of this investigation, he is more comfortable having

14     his attorney here in case there's something that his attorney

15     is concerned about or he's concerned about in the

16     questioning.

17               He's -- I was going to ask Your Honor, since

18     Mr. Cron is not admitted in the Southern District of Florida,

19     and this matter came up last night when we were talking, if

20     Your Honor would ore tenus allow him, if it's necessary to

21     speak to the Court regarding Mr. White at some time during

22     the testimony, to be admitted pro hac vice solely for that

23     purpose and in this matter.

24               THE COURT:  If the issue comes up, we'll deal with

25     it.
```

```
 1              MR. SCHWARTZ:  Okay.

 2              THE COURT:  Sir, you can just have a seat, and if

 3    an issue comes up that you feel that you need to consult with

 4    your client before he says anything further, just stand up

 5    and I'll take a break.

 6              MR. CRON:  Where should I be seated?

 7              THE COURT:  Why don't you just sit in the audience

 8    section there, and if you feel we need to -- you need to

 9    consult with your client, stand up, and we'll take a break.

10              MR. CRON:  Okay.  Thank you.

11              MR. SCHWARTZ:  Thank you, Your Honor.

12              THE COURT:  Mr. Stefin, did you have any problem

13    with that?

14              MR. STEFIN:  Yeah, I was going to ask what the

15    procedure would be.  It would usually be the witness' concern

16    that he would like to talk to his attorney, but -- so, is it

17    going to be that if the attorney doesn't like the question,

18    then he can stand up and object?

19              THE COURT:  I would think it's not a question of

20    him liking the question.  It has to be a concern about him

21    incriminating himself in some way and having to assert his

22    Fifth Amendment right.  Other than that, you know, there's no

23    reason for him to interfere, other than to protect his right

24    against self-incrimination.

25              So if he feels that a question is going to
```

1    potentially incriminate his client, then I think he should be

2    allowed to be heard on that before we go any further.  Of

3    course, the problem is once he's on direct, you know, once

4    he's given his direct testimony, he's going to open himself

5    up to cross-examination, and he may have waived his right to

6    self-incrimination once he's fully testified.

7         So I just want everybody to understand that I'm not

8    going to preclude the Government from full opportunity to

9    cross-examine if he's given everything on direct testimony

10   and then, oh, we can't -- he doesn't have to answer that

11   question because it's going to hurt him if it's

12   cross-examination.

13        So I just want everybody to understand there may be

14   a waiver once he's completed his testimony.

15        MR. SCHWARTZ:  And I believe that both Mr. Cron and

16   I -- and I shouldn't speak for him -- we've gone over

17   everything that we know about the case with him, and there

18   doesn't seem to be any way that he would incriminate himself,

19   but I think as a matter of excess caution.

20        THE COURT:  Okay.  But, again, I don't know what

21   type of questions are going to come by way of

22   cross-examination.  You may have anticipated everything from

23   your perspective of direct, and the Government may have a

24   different perspective on what's open to cross-examine.  And

25   I --

```
 1              MR. SCHWARTZ:  I understand.

 2              THE COURT:  I'm just saying that they're going to

 3    have a full and fair opportunity to cross-examine once he's

 4    finished, and there may be a waiver.

 5              MR. SCHWARTZ:  I understand, Judge.

 6              THE COURT:  Sir, you understand that?

 7              MR. CRON:  Yes.

 8              THE COURT:  Okay.  All right.  We ready to go

 9    otherwise?  We ready?

10              MR. STEFIN:  Yes, Your Honor.

11              THE COURT:  Let's bring the jurors in.

12              I guess the other potential area that might be

13    subject to restriction is if there's attorney/client

14    communications that's inquired into.  But other than

15    attorney/client and Fifth Amendment.

16              MR. SCHWARTZ:  Right.

17       (The jury enters the courtroom, after which the following

18    proceedings were had:)

19              THE COURT:  Good morning, everyone.  Please be

20    seated.  Welcome back.

21              Before we get started, let me ask my standard

22    question.  Has anyone read or heard anything about the case

23    since we last were together?  All right.  Very good.

24              Mr. Schwartz, your next witness, please.

25              MR. SCHWARTZ:  Yes.  We would call Claude White.
```

```
 1                    THE COURT:  Sir, would you please raise your right
 2     hand for me.
 3                    Claude White, Defendant's witness, sworn.
 4                    THE COURT:  Please be seated.
 5                    Sir, if you can try and speak into that microphone
 6     for us.  The chair doesn't move, so you have to adjust the
 7     microphone towards you.
 8                    Tell us your name and spell your last name for us,
 9     please.
10                    THE WITNESS:  My name is Claude White, and my last
11     name is W-h-i-t-e.
12                    THE COURT:  Thank you, sir.
13                    You may proceed.
14                             Direct Examination
15     BY MR. SCHWARTZ:
16     Q    Mr. White, just two rules:  One, if I'm asking a
17     question, wait until I finish.  If you're answering the
18     question, I'll wait until you finish, because the court
19     reporter can't take it down when we're both talking.
20                    And, second, the acoustics in this room are
21     somewhat worse than terrible, so you need to speak into the
22     microphone so the jury and the court reporter, the judge and
23     even Mr. Stefin can hear you.
24                    Do you know a lady I guess who was born -- well,
25     who was born Judy Gilliam and who's now known as Jude
```

1    Montassir?

2    A    Yes, I do.

3    Q    And how do you know her?

4    A    We met in the late '60s at -- attending a university.

5    Q    What college was that?

6    A    Murray State University.

7    Q    And where is Murray State University?

8    A    It's in Calloway County in Kentucky, western Kentucky.

9    Q    At that time were you both married to other people?

10   A    Yes.

11   Q    And do you know where her husband was at the time?

12   A    I believe he was in Vietnam.

13   Q    And did there come a time when the two of you commenced

14   to live together?

15   A    Yes.

16   Q    And about when was that?

17   A    I think in 1970.

18   Q    And where did you live together?

19   A    In New Mexico.

20   Q    Where in New Mexico?

21   A    Santa Fe, New Mexico.

22   Q    And what were you doing for a living at the time?

23   A    General construction.

24   Q    And what was, I guess, the then Mrs. White doing at the

25   time?

```
 1    A    She had been a schoolteacher and was seeking employment

 2    as a schoolteacher.  She did some various jobs.  She was

 3    purchasing in a paint store, doing inventory and purchasing

 4    for a paint store.  I think she worked in a J.C. Penny store

 5    for a while.

 6    Q    Did she eventually become a schoolteacher in New Mexico?

 7    A    She did.

 8    Q    And for about how long did she teach school in New

 9    Mexico?

10    A    I think about five years.

11    Q    Somewhere around 1976 or '7?

12    A    Yes.

13    Q    And did she start on another occupation at or about that

14    time?

15    A    She began to write novels.

16    Q    And did -- was that on her own, or did you in any way

17    assist her, not in the actual writing but in the preparation

18    for writing and the business end of the novel business?

19    A    In the beginning I did not --

20    Q    Okay.

21    A    -- assist her.

22    Q    Did there come a time -- well, how did she start writing

23    novels?

24    A    Sat down with a pad and wrote a few chapters.

25    Q    Did she send it to anyone?
```

```
 1   A      She sent it to a publisher at the time that was doing

 2   well with romance authors, was Avon Publishing.

 3   Q      Okay.

 4   A      In New York.

 5   Q      And did they like her work?

 6   A      Very much.

 7   Q      And based upon that, did she start to do more writing?

 8   A      She very soon decided to discontinue teaching and began

 9   writing full-time.

10   Q      Did she get a nice payment for her first book?

11   A      I think it was more standard, but, yes.

12   Q      And at what point did you become involved in assisting

13   with the production of the books?

14   A      In a very general way we might discuss things, but after

15   two or three years, as she became more successful, I began to

16   study publishing, reading -- there's a publication that

17   writers and book sellers refer to a lot.  It's called

18   Publishers Weekly.  And there's a great deal of information

19   about publishing and how you go about improving your

20   likelihood of selling and so forth.

21          And I'm a reader myself, and I read -- I think it

22   came in three sections of the New Yorker Magazine, and it was

23   a publisher who had been very successful who wrote about, in

24   the New Yorker, and it was serialized, I think, three times,

25   the ups and downs about how the publishing business works.
```

```
 1    Q    And did you get involved in any way in the business end

 2    of Deveraux, Inc.?

 3    A    Not immediately, but I did after -- can't say precisely,

 4    after three or four years I did, yes.

 5    Q    In what way?

 6    A    Myself, I was a general contractor, so I wanted her to

 7    move her writing.  I wanted her to get to be with a better

 8    publisher, and that opportunity presented itself at a book

 9    fair, and I suggested that we entertain the idea of going to

10    Simon & Schuster because they're much more successful, at

11    that time.

12    Q    And did you or Jude or both of you do anything to help

13    move to Simon & Schuster?

14    A    Yes, we went together to New York at the invitation of

15    the editor-in-chief of romances and had a meal with him, and

16    I -- we discussed money, and she had been published or had

17    sold, I think at that time, four or five other titles, and

18    because of the success of the first, or first, second, and

19    third books under other publishers, I thought she could do a

20    lot better by being with a larger publisher, and I discussed

21    that with -- his name was Ron Bush.  And discussed it with

22    him and encouraged him to buy her contracts that she had

23    contracted with other publishers, which he did, and gave her

24    a handsome bonus.

25    Q    And did she publish with Simon & Schuster for a long
```

1    period of time?

2    A    And still does, I believe.

3    Q    Now, did you do anything else towards helping to make

4    the books successful?

5    A    I often did -- at her request, would research the -- I

6    was in construction work myself, so I sometimes would do

7    research and put my -- what the information I found on index

8    cards which I would give to her, and then we often just

9    discussed.  She wanted my opinion about --

10    Q    Plots and characters?

11    A    Plots and characters, yes.

12    Q    And did you do any travel to help with the production of

13    the books?

14    A    At times I did.  And I photographed, and there would be

15    sites that she wanted to know about that she didn't visit,

16    but I did, and made panoramic photographs, and then I would

17    take them home, and she used those as subjects in her books.

18    Q    And, by the way, what was your major in college?

19    A    I got a degree in -- bachelor of science, but I got a

20    degree in art, with a minor in industrial arts.

21    Q    Okay.  So you're familiar with structures and

22    architecture and things of that sort?

23    A    Designing and building residences primarily.

24    Q    Okay.  But -- and did that help in your research for the

25    Deveraux books?

```
 1    A    Yes.  One book I know she wrote was about coal mining,

 2    and I don't know a lot about coal mining, but I know about

 3    tools and so forth.  So I contributed that.

 4    Q    And did there come a time when you and she made a trip

 5    to Egypt?

 6    A    We did.

 7    Q    And about when was that?

 8    A    I think that was in 1991, I believe.

 9    Q    And was there any particular event that that trip

10    coincided with?

11    A    We celebrated my birthday there.

12    Q    And when is your birthday?

13    A    November the 25th.

14    Q    So that would have been at or around Thanksgiving, is

15    that fair?

16    A    Yes, it was.

17    Q    And what was the purpose of this trip?

18    A    Twofold.  One was to celebrate my birthday, and the

19    other was, she had, for a year or more, had an idea that she

20    wanted to write a book that was set in Egypt.

21    Q    Did she ever do that, to your knowledge?

22    A    We talked about it a good bit when we were there, but I

23    don't believe that she ever wrote that book.

24    Q    Okay.  And during the course of your trip to Egypt, was

25    there a trip on the Nile or a tour on the Nile?
```

1    A    Yes.

2    Q    Can you tell us about that?

3    A    We started far up the Nile, and as you float down along

4    the Nile to the north, stopped and visited ancient sites of

5    Egyptian antiquity.

6    Q    And I'm terrible with geography.  You float down the

7    Nile to the north?

8    A    That's right.

9    Q    The Nile flows north?

10   A    Comes out of Africa and flows north to Cairo.

11   Q    The -- you said you visited many sites of antiquity.

12   A    Uh-huh.

13   Q    Did you do anything relative to those sites?

14   A    Other than visiting them, and there were guides who

15   explained the historical significance, and dates and ages and

16   when they were built and by whom.

17   Q    Did you take any pictures?

18   A    I took somewhere 70, 80, 90 rolls of film.

19   Q    Why'd you do that?

20   A    To make us better able to relive the experience and

21   share it with our friends later, and if she would -- intended

22   to write that book, they would have been useful for memory.

23   Q    Let me digress for a moment.  You said share with your

24   friends.  Did you and Jude have a lot of friends in New

25   Mexico?

1    A    Several.  As a schoolteacher, she had friends she talked

2    with, and friends of mine, yes.

3    Q    And did they become mutual friends?

4    A    Yes, in many cases.

5    Q    And you had at this time been living there, what, about

6    21 years?

7    A    We moved there in 1970.  So we were on that trip in '91,

8    so 21 years.

9    Q    And do you remember if there was a tour guide on that

10   Nile River tour?

11   A    There was.

12   Q    And was that a gentleman by the name of Mohammed

13   Montassir?

14   A    I didn't remember his last name, but his name was -- he

15   was known as Mohammed.

16   Q    And did Jude seem to be paying some extra attention to

17   Mohammed during the trip, or was that standard for all the

18   women on the trip?

19   A    He seemed very attractive to many of the women on the

20   trip, and as well as Jude.

21   Q    Okay.  And you didn't notice anything special or out of

22   the ordinary?

23   A    Not -- nothing unusual.

24   Q    Okay.  And he was what, about 23 years old at the time?

25   A    I would say he was in his twenties.

```
 1    Q     Now, when you returned to the United States from Egypt,
 2    did you immediately go to New Mexico to work on a cabin and
 3    Jude immediately remain in New York, or did something
 4    intervene?
 5              MR. STEFIN:  Objection as to leading.
 6              THE COURT:  Overruled.
 7    BY MR. SCHWARTZ:
 8    Q     Tell us what happened when you returned.
 9    A     When we returned from Egypt, we had a -- we had an
10    apartment in New York, and we stopped there and stayed there
11    for a few days, and then we flew to Paris for a few days and
12    then back to New York.
13    Q     What was the reason to fly to Paris?
14    A     I believe -- I think we may have celebrated New York
15    there -- New York -- we may have celebrated New Year's there.
16    Q     Okay.  And when you returned to New York from Paris,
17    what, if anything, did you do or what -- and what, if
18    anything, did your wife do?
19    A     A friend, an old college friend of mine came to New York
20    and stayed in a hotel for a few days and visited with us, and
21    we went to some films and jazz concerts and . . .
22    Q     And did -- were you aware of your wife ever seeing a
23    fortune teller while you were in New York?
24    A     Casually, yes.
25    Q     Tell us about that, please.
```

```
1    A    It was a bright sunny day, and we were out walking

2    around, just enjoying New York and trying to stay warm, but

3    it was sunny, and there was a -- they're familiar to

4    everybody.  I don't know what they're called, but the plywood

5    sign on the sidewalk saying -- I don't remember if it said

6    psychic or fortune teller, something of that nature.

7    Q    Sort of a pyramid-type sign?

8    A    Yeah, and they fold.

9         And she said I've wanted to do this for a long

10   time.  I'm going to go in here and get my fortune told.

11   Q    And did you say anything to her?

12   A    I said, well, I'm not interested, and I'll just window

13   shop, but I'll stay close by, and when I see you come out

14   I'll rejoin you.  And that's what I did.

15   Q    And after the week or so in New York, after New Year's,

16   after your friend was there, what did you do and what did

17   your wife do, to your knowledge?

18   A    All that I know about, my wife wanted to spend more time

19   visiting with her editors and sometimes the art people who

20   design the covers.  She wanted to stay there and continue

21   that visitation, and I went back to Santa Fe.

22   Q    Was she also doing something else in New York that she

23   mentioned to you?

24   A    She was also -- she told me that she was doing group

25   therapy.
```

```
 1    Q     Okay.  And do you know what the group therapy was for?

 2    A     I do not.

 3    Q     Did she ever tell you what it was for?

 4    A     She did not.

 5    Q     Had you and she ever been involved in any type of

 6    counseling or therapy?

 7    A     We had once or twice, yes.

 8    Q     And why was that?

 9    A     Not on an extensive basis, but a visit here and a visit

10    there.

11          Some differences we had about -- I don't remember

12    about what now, actually.

13    Q     Okay.  But let me take this opportunity to ask you, were

14    you happy in your marriage?

15    A     Yes, I was.

16    Q     Did you believe that your wife was happy in your

17    marriage?

18    A     I thought so.

19    Q     I know this is a hard question to ask anybody, but were

20    you verbally or psychologically abusive to your wife?

21    A     I don't believe I was.

22    Q     Were you domineering?

23    A     No.

24    Q     Did you tell her what to do?

25    A     No.
```

1    Q    Was she free to do whatever she wanted to do?

2    A    Yes.

3    Q    Deveraux, Inc. was a corporation; is that correct?

4    A    Yes.

5    Q    Did -- who were the signatories on the checks for

6    Deveraux, Inc.?

7    A    I believe it was only she and myself.

8    Q    And who maintained the checkbook or control of the

9    checkbook?

10   A    We didn't immediately have a secretary, but it got to

11   be -- as she became more successful, there got to be quite a

12   lot of work, and we hired -- she hired, and I approved,

13   agreed, we hired a full-time -- a bookkeeper who came in

14   three or four days a week.  And she could also do typing of

15   manuscripts and was familiar with computer and would do some

16   of Jude's correspondence.

17           And I don't think she was ever given the authority

18   to sign checks, as I recall, but she could fill out checks

19   for one or the two of us to sign.

20   Q    And in whose office was the checkbook kept?

21   A    An office was dedicated to -- in our house, built for

22   that purpose, and the checkbook stayed in that office.

23   Q    Now, let's talk for a moment, because it becomes

24   important a little later.

25           When you and Jude -- in 1991, how many properties

1    did you and your wife own?  Either individually or through

2    your corporation?

3    A     Four, I believe.  In '91 -- no, five.

4    Q     Can you tell us what they were and how you happened to

5    acquire them?

6    A     One was our home that we lived in in Santa Fe.

7    Q     Did you build that?

8    A     I did.  I designed it and built it.

9    Q     Okay.

10   A     And earlier, we had bought a small house in an old

11   residential section of Santa Fe.

12   Q     Is that where you originally lived there?

13   A     No, when we first moved there we rented for, I think

14   about three -- we moved two or three times within three or

15   four years, and then we were able to buy a home.

16   Q     Uh-huh.

17   A     A small home.

18            And a year or two after that purchase we were able

19   to buy the house next door, and Jude wanted a small place to

20   write that was hers alone, you know, where she could set up

21   her writing affairs.

22   Q     And did you use the small house for that?

23   A     Yes.

24   Q     And then when you built the bigger house, what happened

25   to the two smaller houses?

1    A     We retained them and we rented them.

2    Q     Was one of them rented to a family member?

3    A     One was rented to my son.

4    Q     Did he pay rent?

5    A     Most of the time.

6    Q     And you said you had five properties, but I just heard

7    about three.  What were the other two?

8    A     One was in the mountains outside -- it's about an hour

9    drive up into the mountains.  We had bought a piece of

10   property, and I was building Jude a retreat there.  So it's

11   very quiet up there and no traffic.  No one lives there, up

12   there, and she -- so that she could stay extended and write

13   there.  It's peaceful and beautiful.

14   Q     Is that something she wanted?

15   A     Very much, yes.  It was her idea to buy this piece of

16   property, and then I designed and built a studio for her

17   there.

18   Q     And what was the fifth property?

19   A     The place in New York.

20   Q     And when did you buy the New York apartment?

21   A     I can't remember exactly, but it must have been in '89

22   or '90, I think.

23   Q     And did you buy it in your name, Jude's name, a

24   corporate name?  How was it bought?

25   A     I'm not certain, but I think it was bought in the

 1    corporation's name so it could be taken as a tax writeoff.

 2    Q    And what was it used for for business purposes?

 3    A    Well, over the years, we had spent a lot of time in New

 4    York, but we were staying in hotels, and it was actually her

 5    idea to buy a place so that she could go whenever and also

 6    leave clothing there and not have to do all the baggage back

 7    and forth, luggage.

 8    Q    Was Simon & Schuster in New York?

 9    A    Yes.

10    Q    And did her business necessitate meeting with Simon &

11    Schuster frequently?

12    A    Yes.

13    Q    In 1989 or '90 when you bought the apartment, how much

14    did you pay for it?

15    A    $1 million.

16    Q    And was that all cash, or was there a very, very large

17    mortgage?  How did you do it?

18    A    It was 50 percent cash.  And those are the conditions

19    under which you must purchase there.  You could owe or

20    mortgage no more than 50 percent.

21    Q    Was that because it was a co-op or a condominium?

22    A    I think it was to keep the riffraff out.

23    Q    So I couldn't buy there.

24    A    I'm not sure what -- those were the rules.  I'm not

25    exactly sure.

1   Q    And so there was at least a half a million dollars

2   equity in the apartment?

3   A    There was.

4   Q    In 1989 or '90.

5   A    When we purchased.

6   Q    And did you do any improvements to the apartment?

7   A    No.  I had -- being -- I'm not an architect as a

8   licensed architect, but I serve the function as an architect,

9   and I had measured it carefully, every room, and we were

10  planning to do a major remodel, but we didn't get there.

11  Q    Okay.  Now, did there come a time when you left New York

12  for New Mexico in early 1992?  I think we got -- we mentioned

13  that.

14  A    Uh-huh.

15  Q    And what were you doing -- why did you go back to New

16  Mexico?

17  A    I had the cabin up in the Pecos wilderness.  Probably it

18  was probably 90 percent finished, and I had a crew that I had

19  had through the process of building it to that point.  So we

20  had been away essentially through the holidays, and I knew I

21  could lose my crew if I didn't get back there.  So I went

22  back there to get back to work on the -- which I led, or I

23  was there every day.

24  Q    When you went back to New Mexico, about how many times a

25  day or week did you talk to your wife?

```
 1    A    Within a day or two I called and left messages and that,
 2    but she didn't respond, but I left messages for her some, and
 3    she didn't call me back.
 4    Q    What did you do?
 5    A    About that?
 6    Q    Yeah.
 7    A    There really wasn't anything I could do.  I was working
 8    on this house and was hoping to hear from her.
 9    Q    And did there come a time when you tried to contact
10    anyone else because you didn't hear from her?
11    A    Yes, I knew her editor very well, and --
12    Q    What was her editor's name?
13    A    That was Linda Marrow.
14    Q    M-a-r-r-o-w?
15    A    Correct.
16         And she had visited us in Santa Fe, too.
17    Q    So what did you --
18    A    I called her and I said Jude's not responding to my
19    calls, and that's highly unusual, and I hope everything's
20    okay, and she didn't really discuss it with me.  She
21    listened, and, you know, we knew each other, she was polite,
22    but she didn't offer anything.
23    Q    Did she confirm that Jude was physically okay?
24    A    Yes, she probably did.  I don't remember our
25    conversations, but . . .
```

1   Q    And did you make any further attempts to reach your

2   wife?

3   A    Sometime within a few weeks after I was back in Santa Fe

4   working on this construction project, I was having a car

5   serviced and attempted to use my credit card to pay for the

6   service, and the fellow at the car place said they won't

7   accept your card.  And I thought it was highly unusual, and I

8   said, well, let me talk to them and maybe I can clear it up.

9   And when I spoke to the person at the credit card company

10  they said, well, your wife's purse was snatched, and she lost

11  everything in her purse.  So we've had to discontinue or

12  cancel the card.

13          And that was the first of, I believe, three times

14  something similar to that happened over the next month or

15  two.

16  Q    Did there come a time when you went to New York?

17  A    I did, after about -- I'm not sure, maybe two to three

18  months later.  I went to New York to see if I couldn't --

19  because she didn't respond to my letters, and she hadn't

20  called any of our friends in Santa Fe, and I was just very

21  concerned for her.  So I went to New York to try to see her,

22  and -- should I go on?

23  Q    Yeah, and where did you go?

24  A    When I got off the plane, I don't know, I guess took a

25  cab into the city and went to the building that we had an

```
 1    apartment in, and went up to the floor we lived on or had a
 2    place, and my key wouldn't work in the lock.
 3    Q     What did you do?
 4    A     So I came back down to the front desk, and I know the --
 5    I know the people there, the doorman and the building super,
 6    and their office is off the lobby.  And I said I'm going
 7    to -- I either brought the wrong key with me from Santa Fe or
 8    something, but my key doesn't work.  And he took me -- he
 9    asked me into his office, and the superintendent, and he
10    said --
11             MR. STEFIN:  Objection, Your Honor.
12    BY MR. SCHWARTZ:
13    Q     Did you have a conversation with the superintendent?
14    A     Yes.
15    Q     And did you at that point learn anything about the
16    locks?
17             MR. STEFIN:  Objection.
18             THE COURT:  Overruled.
19             You can answer.
20             THE WITNESS:  He told me that she had had the locks
21    changed.
22    BY MR. SCHWARTZ:
23    Q     Did you --
24    A     And that I was not to be allowed in.  He said -- he
25    asked me politely, he said, you know, you're not to be
```

```
 1    allowed to go in.  That's her wish.

 2    Q    Did you cause a tremendous scene yelling and screaming?

 3    A    No.

 4    Q    What'd you do?

 5    A    Well, I had already called a locksmith in his office,

 6    and I said, well, then if you weren't going to let me --

 7    anyway, the locksmith showed up, and they said we're not

 8    going to allow him to pick the lock or whatever.  I said,

 9    well, it would have been good if you had told me that before

10    I went to this trouble, because now I owe him a hundred

11    bucks, and I left.

12          I took my suitcase and left, and there's a hotel

13    that I'm familiar with a block away, and I went to the hotel

14    and checked into the hotel.

15    Q    Did you have anything, personal property in the

16    apartment?

17    A    I had some clothing and a few things that I had bought,

18    because we were going to decorate the place, but not a great

19    deal.  Maybe had some clothes, few personal effects, and all

20    those rolls of film had not been shipped to Santa Fe.  They

21    were in the apartment.

22    Q    Did you ever get the clothes or the film or anything

23    like that?

24    A    I didn't get back -- you know, I think the clothes were

25    shipped to me in Santa Fe, but I didn't -- I never did get
```

1    the film.

2    Q    Now, did there come a time when you returned to Santa

3    Fe?

4    A    Within four or five days.

5    Q    And without telling us what you were told, did you

6    consult with anybody?  Did you meet with any attorneys?

7    A    Yes, I began to -- Jude had -- chronologically, I can't

8    remember the exact order these things happened, but at some

9    point she had shut down or otherwise stopped our mutual --

10   our bank accounts in Santa Fe, because we had a bank

11   account -- we had a bank in New York, as well, and she had

12   shut down the bank account in Santa Fe.  And I went to an

13   attorney that I knew well and discussed it with him, and I

14   said, I have to do something, because there are mortgages,

15   there are bills to be paid, and if all the money's suddenly

16   not available, what should I do.

17   Q    And what, if anything, did you do as a result of your

18   meeting with the attorney?

19   A    He said -- and I think I took another month to think

20   this over, and he said --

21   Q    Well, you can't tell us what he said, because that would

22   be hearsay, but you can tell us what you did as a result of

23   what he said.

24   A    I filed for divorce.

25   Q    Jumping ahead a minute, other than the divorce suit that

```
 1    you filed against Jude, have you ever filed any other

 2    lawsuits against Jude?

 3    A    I had to -- excuse me.  After the divorce -- after

 4    decisions were made during the divorce, of a settlement, it

 5    was agreed that she would make payments twice a year towards

 6    what's called a property settlement.  And she would sometimes

 7    get as much as 18 months or two years in arrears.  So my

 8    attorneys would file to get -- cause her to have to meet her

 9    obligation.

10    Q    But that was within the same divorce case; is that

11    right?

12    A    Yes.

13    Q    Was there ever any other cases that you filed to take

14    control of her books or to gain custody of her child

15    eventually or anything like that?

16    A    Never, nothing like that.

17    Q    Okay.  Did -- you talked about a settlement.  Is it true

18    that you got all the property, all of the assets, all of the

19    intangibles, everything that the two of you owned, and she

20    walked away with a New York apartment that had no value and

21    big mortgages?

22    A    I got the properties in New Mexico in a settlement.

23    Q    Okay.  Who got the New York apartment?

24    A    Jude did.

25    Q    And was there any value or equity in the apartment that
```

1    she got?

2    A    We had paid 50 percent down.  So there was at least half

3    a million.

4    Q    And is it -- would it be fair to say that the equities

5    in the property you got in New Mexico were worth about a

6    million and a half?

7    A    Yes.

8    Q    And who got control of -- who got to own Deveraux, Inc.,

9    the copyrights, the royalties, the books, the name?  Who got

10   to own that?

11   A    She owned all of that.

12   Q    And was that part of the divorce settlement?

13   A    I never contested that.

14   Q    Okay.  But was that valuable?

15   A    Yes.

16   Q    And was that more valuable than the million dollar

17   difference between the properties?

18   A    I would say it was worth many times.

19   Q    And who proposed the settlement that you finally signed

20   in New Mexico?

21   A    During the process of getting divorced, I did ask for

22   those properties that I received, but I -- and I never asked

23   for anything that had to do with Deveraux, Inc. itself.

24   Q    You mentioned that she had to make semiannual payments

25   to you.  Who proposed doing that to compensate for Deveraux,

```
 1    Inc.?

 2    A     She did through her lawyer.

 3    Q     Did you talk to her at all --

 4    A     No.

 5    Q     -- during this time?

 6    A     No.

 7    Q     Did you see her at all during this time?

 8    A     No.

 9    Q     And what was the property, what was the money part to

10    you of the property settlement?

11    A     In the beginning, she was to pay me $75,000 a year, and

12    the offer from her was -- or through her lawyer, was the

13    first year's payment would be 75,000, and it would increase

14    by 10,000 per year thereafter.

15    Q     And were there any professionals used to determine how

16    much that payment should be?

17    A     They're called actuaries, and they somehow established

18    the value of Deveraux, Inc. because of the -- it's called the

19    backlist.  All those books that had been written, and

20    contracts that were in hand and projections about contracts.

21    Q     And who came up with the number, the amount you were to

22    be paid and how it was to increase each year?

23    A     She did.  She and her lawyer.

24    Q     And did the actuaries participate in that?

25    A     My understanding that all they did was try to place a
```

```
 1   value on Deveraux, Inc.
 2   Q    Okay.  Now, you say that through the years there were
 3   problems with Jude making the payments to you on time?
 4   A    Yes, there were.
 5   Q    And your attorneys had to go to court and get an order
 6   to show cause?
 7   A    Yes.
 8   Q    Was there a time when, after a couple of those
 9   proceedings, that the Court required that your attorneys know
10   where Jude was, where she was living?
11   A    Within a couple of years, the Court ordered that she
12   always let the Court know, if she moved her residence or
13   changed phone numbers, she was -- had the responsibility to
14   let the Court know.
15   Q    And why was that?
16   A    Because we would need to contact her, and on two or
17   three or four occasions, I don't remember exactly, we had to
18   hire a private investigator just to determine where she was
19   living.
20   Q    And why would you need to determine where she was
21   living?  Why would you -- your attorneys have to contact her?
22   A    To serve her notice that if she didn't pay up she would
23   have to come to New Mexico and answer to the Court.
24   Q    And about how many times did your attorneys have to get
25   show cause orders to require her to make these -- to make the
```

1    payments she was obligated to make?

2    A    I'm not certain I can remember that accurately, but four

3    to five times, I would say.

4    Q    And one time did she bring somebody with her?

5    A    The first time that she came back to answer this in

6    court, she brought her son who she had named Sam.  He was --

7    I think he was a year and a half or two years old.

8    Q    So would that be around 1997 or 1998?

9    A    I don't remember the year exactly, but '96, '97,

10   somewhere in there.

11   Q    And did there come a time when she had to come to New

12   Mexico again for a show cause order?

13   A    She did.

14   Q    And do you remember when that was?

15   A    I believe that was in December of 2008.

16   Q    And that was only the second time you had seen her since

17   1992; is that right?

18   A    I believe that's correct, yes.

19   Q    And did she come with anybody that time?

20   A    Yes, she was accompanied by two men from -- she

21   presented as from Florida.

22   Q    And did they identify themselves to you in any official

23   capacity?

24   A    I believe they said they were with the FBI.

25   Q    And do you know their names?

```
 1    A    I do not.

 2    Q    Have you ever heard the name Charles Stack?

 3    A    I think I read that in the deposition, you know,

 4    recently, but I wouldn't have remembered his name.  But that

 5    does sound familiar.

 6    Q    Have you ever heard the name Darren Ogden?

 7    A    Only because I read this deposition, and I believe

 8    that's what I read, but I didn't remember their names.

 9    Q    When you say you read a deposition, when your then

10    ex-wife came to New Mexico in 2008, what was the purpose that

11    she came for?

12    A    Well, once again, she was arrears with the money, and we

13    wanted to change the method by which I was to be paid, and

14    which we achieved.  And meaning that going forward, I would

15    be paid directly by Simon & Schuster instead of -- because we

16    had had such difficulty dealing with her.

17    Q    And did you change the total amount that you would

18    eventually get paid at that time?

19    A    Yes.

20    Q    In what way?

21    A    The total that I would ever be paid was substantially

22    reduced, but I would receive it on time from Simon &

23    Schuster.

24    Q    And what was the total you would now receive as your

25    final property settlement?
```

```
 1    A     $2 million total.

 2    Q     And how would you receive it from Simon & Schuster?

 3    A     As Jude would be paid for either new contracts, old

 4    contracts or residuals.  It's not quite the right term.

 5    Q     Royalties?

 6    A     Royalties, thank you.  I would be paid 15 percent of

 7    whatever those checks amounted to.

 8    Q     And in addition to that 15 percent, were there -- was

 9    there any other source of funds that you might get?

10    A     Yes, and that was never really clear to me, but I

11    believe there could have been some final payment or something

12    if she was able to get back some of the money that she had

13    lost.

14    Q     When you say lost, what was she contending as a reason

15    not to pay money to you in 2008?

16    A     She -- you know, I don't know that she often gave us

17    reasons.  She just said I don't have the money.

18    Q     Well, in this particular year, did she say she didn't

19    have money because it was somehow taken from her?

20    A     That was the first we knew of -- had heard about she

21    felt that money had been taken from her.

22    Q     And did she say anything any -- were you to get any

23    percentage of that money if she recovered it from some sort

24    of victims compensation?

25    A     I think the number was 20 percent of what -- I don't
```

```
 1    know if it was 20 percent of what I was owed or 20 percent --

 2    it wouldn't have been 20 percent of what she could get back,

 3    because that could far have exceeded what she was known to

 4    owe me.

 5    Q    Could it have been 20 percent of what she got back up

 6    until you were paid what you were owed?

 7    A    Perhaps.  I don't remember the wording --

 8    Q    Okay.

 9    A    -- exactly.

10    Q    In that modified agreement, was there any provision that

11    took into account the possibility that you were involved

12    somehow in that wrongdoing, that alleged wrongdoing?

13    A    None that I know of.

14    Q    Was there a provision that said if you were in any way

15    charged with being a coconspirator in this activity,

16    something would happen?

17    A    I think there was some wording like that.

18    Q    And what would happen if you were charged and found

19    guilty of being a coconspirator with Rose Marks?

20    A    Frankly, I don't remember that, but there's something in

21    the back of my mind.  I think there was some wording about

22    that, but I'm not sure what that says.

23    Q    Okay.  You met Rose Marks this morning outside the

24    courtroom at about 9:45 (sic); is that correct?

25    A    Yes.
```

```
 1    Q     Do you see the lady you met here at 9:45 (sic) in the

 2    courtroom?

 3    A     I do.

 4    Q     I'm sorry, 8:45.  Forgive me.

 5          Could you point her out to us?

 6    A     Yes.

 7    Q     The lady that's standing up?

 8    A     Yes.

 9          MR. SCHWARTZ:  Your Honor, would you let the record

10    indicate that the witness identified Mrs. Marks?

11          THE COURT:  Yes.

12    BY MR. SCHWARTZ:

13    Q     When was the last time you had seen her before today?

14    A     Ms. Marks?

15    Q     Yes.

16    A     I had never seen her before.

17    Q     When was the last time before you were introduced to her

18    today that you spoke to her?

19    A     I have never spoken with her.

20    Q     So at any time between 1991 and today, which I guess is

21    September 20th, 2013, have you met, seen or spoken to Rose

22    Marks?

23    A     Never before today.

24    Q     Have you been in communication with her through any

25    intermediary, any third person?
```

```
 1    A    No, I have not.

 2    Q    Have you ever received any e-mails from Mrs. Marks?

 3    A    No, I have not.

 4    Q    Do you use e-mails?

 5    A    I do not.

 6    Q    Do you have a computer?

 7    A    I do not.

 8    Q    Congratulations.

 9         Have you ever exchanged any faxes with Mrs. Marks?

10    A    No, I have not.

11    Q    Have you ever written letters to Mrs. Marks?

12    A    No.

13    Q    Have you ever -- I guess they still have these.  Have

14    you ever telegrammed Mrs. Marks, sent her a telegram?

15    A    I have not.

16    Q    In any way, through any medium or through any

17    individuals, have you ever communicated with Rose Marks under

18    that name or the name Joyce Michaels or any other name?

19    A    No, I have not.

20    Q    And I guess it would follow, but have you ever received

21    any money from Mrs. Marks or paid any money to Mrs. Marks?

22    A    No, I have not.

23    Q    Do you know what, if anything, the detective -- the

24    gentlemen who came with Jude to New Mexico did in New Mexico?

25    A    Do I know what they did?
```

```
1    Q    Yes.

2    A    They -- they told my attorneys they needed to be in the

3    room when Jude was being deposed.

4    Q    Was that to protect her against you?

5    A    That's --

6              MR. STEFIN:  Objection, leading.

7              THE COURT:  Sustained.

8    BY MR. SCHWARTZ:

9    Q    Okay.  Besides being in the room when Jude was deposed,

10   do you know if they visited any friend of yours in New

11   Mexico?

12   A    They did visit a friend of mine who was also -- had been

13   a friend of Jude's.

14   Q    And what was the name of that friend?

15   A    Eddie Lewis.

16   Q    L-e-w-i-s?

17   A    Yes.

18   Q    And did -- prior to that deposition and even -- let me

19   withdraw that question.

20            When Jude stopped being in contact with you, do you

21   know of your own knowledge whether she maintained any contact

22   with any of your mutual friends or her friends in New Mexico?

23   A    I asked friends of ours jointly.  I asked them, have you

24   heard -- have you heard from Jude, has she written you or

25   anything, and I believe it was seven years later she had
```

```
 1    written a letter to Eddie Lewis.

 2    Q    And never had any contact with any of your other friends

 3    or acquaintances?

 4    A    None that I know of.

 5    Q    So in or around 1999 or 2000, Jude wrote a letter to

 6    Eddie Lewis?

 7    A    I don't remember exactly when that -- but around that, I

 8    would say.  '98, maybe.  I'm not sure what year it was.

 9    Q    And how do you know that?  Without saying what anybody

10    said to you, how do you know that?

11    A    He told me, Eddie Lewis told me.

12    Q    Did you ever get an opportunity to look at or read that

13    letter from your then ex-wife?

14    A    He told me that he had the letter, and he had read it,

15    and he said if you ever would like to read it, I would allow

16    you to read it.

17    Q    Did you read it immediately?

18    A    But he said, I want to tell you, it's some pretty stiff

19    language, and you should consider carefully whether or not --

20              MR. STEFIN:  Objection, Your Honor.

21              THE COURT:  Sustained.

22    BY MR. SCHWARTZ:

23    Q    I'm sorry.  And I let you go.  I shouldn't have.  You

24    can't really tell us what somebody else said unless it's

25    Ms. Deveraux.
```

```
 1            But as a result of your conversation with
 2   Mr. Lewis, at some time did you read that letter, and, if so,
 3   about when?
 4   A    I read it about one year after he received it.
 5   Q    And I know it may be embarrassing, but tell us, what did
 6   it say?
 7            MR. STEFIN:  Objection.
 8            THE COURT:  Sustained.
 9   BY MR. SCHWARTZ:
10   Q    Okay.  To your knowledge, were the contents of the
11   letter true?
12            MR. STEFIN:  Objection.
13            THE COURT:  Overruled.
14   BY MR. SCHWARTZ:
15   Q    You can't tell us what it said, just, did it contain
16   truthful statements or untruthful statements?
17   A    Maybe some of each, but a lot of untruth.
18   Q    And did there come a time when, to your knowledge,
19   Ms. Deveraux learned that you had read that letter?
20            MR. STEFIN:  Objection.
21            THE COURT:  Overruled.
22            THE WITNESS:  So I'm to answer?
23   BY MR. SCHWARTZ:
24   Q    You're allowed to answer.
25   A    It was brought up at her deposition in December of 2008.
```

```
 1    Q    And is that the deposition you were referring to when

 2    you said you read certain names, Stack and Ogden, from the

 3    deposition?

 4    A    Yes.

 5    Q    The deposition in New Mexico in December 2008, were you

 6    deposed also?

 7    A    Yes, I was.

 8    Q    And were you asked certain questions, and did you give

 9    certain answers?

10    A    Yes.

11    Q    And was Jude asked certain questions, and did she give

12    certain answers?

13    A    Yes.

14    Q    And to your knowledge, based on her questions and

15    answers, was she claiming she couldn't pay because she was

16    somehow defrauded?

17              MR. STEFIN:  Objection, Your Honor.

18              THE COURT:  Overruled.

19              THE WITNESS:  Yes.

20    BY MR. SCHWARTZ:

21    Q    And do you know, again, without telling us what was

22    said, if the detectives had any conversations with either

23    your lawyer or Jude's lawyer?

24              When I say the detectives, I'm talking about the

25    people who you say identified themselves as FBI, Mr. Stack
```

```
 1   and Mr. Ogden.

 2   A    They had some conversations, yes, with my attorney.

 3   Q    Have you ever -- and I think we'll understand the

 4   word -- stalked Jude Deveraux, Jude Montassir, or Jude White,

 5   Jude Gilliam?

 6   A    Never.

 7   Q    Have you ever showed up and walked around neighborhoods

 8   where she lived, other than that one trip to New York where

 9   you stayed near the apartment?

10   A    No, I have not.

11   Q    Have you ever threatened her with physical violence in

12   any way?

13   A    Never.

14   Q    Have you ever hit her or physically abused her?

15   A    No, I did not.

16   Q    Have you ever verbally or emotionally abused her?

17            MR. STEFIN:  Objection.

18            THE COURT:  Overruled.

19   BY MR. SCHWARTZ:

20   Q    You can answer.

21   A    I don't believe I did.

22            MR. SCHWARTZ:  May I have a moment, Your Honor?

23            THE COURT:  Yes.

24            MR. SCHWARTZ:  I would have no further questions of

25   Mr. White.
```

```
 1                    THE COURT:  Thank you.

 2               Cross-examination?

 3                    MR. STEFIN:  Thank you.

 4                         Cross-examination

 5     BY MR. STEFIN:

 6     Q    Mr. White, you were married to Jude Montassir or Jude

 7     White at the time for four years; is that correct?

 8     A    I read that in the -- I thought we were married for more

 9     years than that, but I'm sure someone's checked that.

10     Q    Well, what year did you marry her?

11     A    I don't remember exactly.

12     Q    Okay.

13     A    We married in Dunblane, Scotland.

14     Q    And the divorce was finalized in 1992?

15     A    Yes.

16     Q    Assuming it was approximately four years, give or take,

17     you married her in approximately 1988?

18     A    Yes.

19     Q    And you said that you met her in the '60s, and you were

20     married at the time?

21     A    Yes, I was.

22     Q    And so this was a second marriage?

23     A    Yes.

24     Q    Is it a second marriage, or did you have more than --

25     A    No, it was the second marriage.
```

```
 1    Q    And you had children with your first wife?

 2    A    Yes, I did.

 3    Q    At the time you married Jude, you had adult children,

 4    two adult children; is that correct?

 5    A    Yes.

 6    Q    And after that four-year marriage, you entered into a

 7    settlement agreement with her as part of the divorce action?

 8    A    Yes.

 9    Q    And it was quite a favorable settlement agreement for

10    you, wasn't it?

11    A    Yes.

12    Q    In fact, you got pretty much everything that you asked

13    for, didn't you?

14    A    I asked for those properties.

15    Q    You got everything that you asked for, sir, correct?

16    A    I -- yes.

17    Q    Can you think of anything that you asked for that you

18    didn't get?

19    A    No.

20    Q    And this was a negotiation between your lawyer and

21    Ms. Montassir.  I'm just going to call her Jude from now on

22    because of the name changes.  With Jude and the attorney who

23    was representing Jude, correct?

24    A    Uh-huh.

25              THE COURT:  Is that a "yes"?
```

```
 1                THE WITNESS:  Yes.

 2                THE COURT:  Thank you.

 3    BY MR. STEFIN:

 4    Q     By the way, do you have any knowledge as to how Jude

 5    obtained this particular lawyer that represented her in this

 6    divorce action?

 7    A     No, I don't think I do.

 8    Q     Had that lawyer, to your knowledge, ever done a divorce

 9    case before in his career?

10    A     Afterwards, I think my attorney told me he didn't -- he

11    wasn't known to be a divorce lawyer.

12    Q     And according to the settlement that you were able to

13    successfully obtain, you received a list of properties, some

14    of which you've mentioned, a residence located at Old Agua

15    Fria Road, in Santa Fe, New Mexico?

16    A     Yes.

17    Q     Is that the house that was built?

18    A     Yes.

19    Q     But it was subject to a mortgage, correct?

20    A     Yes.

21    Q     However, according to the settlement agreement, Jude was

22    to pay off the mortgage?

23    A     Yes.

24    Q     Do you still have that house?

25    A     Yes, I do.
```

1    Q     A property located at 1929 Tejeras, Santa Fe, New

2    Mexico?

3    A     Yes.

4    Q     What property was that?  Was that a house?

5    A     Yes.

6    Q     You got that.

7          Then you got a property located at 1937 Tejeras.

8    Next door to the other house?

9    A     Yes.

10   Q     By the way, were those houses that were ultimately lived

11   in by members of your family, your children?

12   A     Yes, one of those.

13   Q     Time share units located in Angel Fire, New Mexico?

14   A     Yes.

15   Q     You got that.

16         You got a series of vehicles, a 1989 Chevy pickup

17   truck, a 1985 RV, a Toyota, a 1991 GMC Cyclone, a 1957 Jeep,

18   a 30-foot custom sailboat, a 25-foot trailer, right?

19   A     Yes.

20   Q     You got half of the Deveraux, Inc. pension plan.

21         So there was a 401k or a plan that --

22   A     I don't believe that's how -- it wasn't like I got half

23   of it.  As -- when we were married, as I recall, she would be

24   paid one month and I would receive a check.  So, alternating

25   months.  And I had a retirement fund, and she had a

```
 1    retirement fund, but that was individually.

 2    Q    Okay.  But as of -- when this settlement was

 3    renegotiated, I believe it was 2008, as you talked about,

 4    your pension plan was worth close to a million dollars at

 5    that time?

 6    A    Yes.

 7    Q    And that is after you had withdrawn funds from that

 8    account on several occasions to purchase other properties?

 9    A    That's accurate, yes.

10    Q    So going back to the original settlement, in addition to

11    that, you also received a share in the Grass Mountain cabin?

12    A    Yes.

13    Q    And was that the cabin you were talking about that you

14    had built?

15    A    No, it was not.  We had purchased a rustic cabin

16    together, along with some partners.

17    Q    When you say we had purchased, this was at a time where

18    Jude was making substantial amounts of money?

19    A    Yes.

20    Q    And so the purchases were really coming from her funds,

21    weren't they?

22            MR. SCHWARTZ:  Objection.

23            THE COURT:  Overruled.  You can answer.

24            THE WITNESS:  Which property specifically are

25    you -- are we discussing?
```

```
 1    BY MR. STEFIN:

 2    Q    Well, had you paid for any of these properties?

 3    A    She and I both worked, and in the matter of the Grass

 4    Mountain cabin, I expect I probably -- my funds were paid as

 5    great a share as hers.

 6    Q    And, by the way, you stopped working in the 1980s,

 7    didn't you?

 8    A    I didn't stop doing -- performing some for Deveraux,

 9    Inc. for her benefit towards the books.

10    Q    Well, you were in the construction business.  Did you

11    have a business?

12    A    Yes.

13    Q    And you retired from that business in the 1980s, didn't

14    you?

15    A    I designed one or two houses after that, but I --

16    Q    You designed one for which you got a fee of $3000.

17    A    Uh-huh.

18              THE COURT:  Is that a "yes"?

19              THE WITNESS:  Yes.

20    BY MR. STEFIN:

21    Q    You have to answer yes or no for the court reporter.

22    A    Yes.

23    Q    But you had essentially retired by the time you married

24    Jude, correct?

25    A    By the time I married her?  Yes.
```

```
 1    Q    Going back to the settlement agreement, the Grass
 2   Mountain cabin share, the contents in the Old Agua Fria
 3   house.  You got the contents of the house.
 4    A    Except for her personal effects.
 5    Q    You got a Merrill Lynch account.  Do you recall how much
 6   money was in that account?
 7    A    No, I don't.
 8    Q    Woodmen of the World account.  Do you remember what was
 9   that?
10    A    It's -- essentially, it's a burial policy that my folks
11   paid.
12    Q    Okay.  Nova L.O. trust account.
13    A    Yes.
14    Q    $50,000 in cash, right?
15    A    Okay.
16    Q    And the Cowles, C-o-w-l-e-s, cabin?
17    A    Yes.
18    Q    Is that the cabin that you had built?
19    A    Yes.
20    Q    That was the cabin you had built for Jude so that she
21   would have a place to do her writing?
22    A    Yes.
23    Q    But you got to keep that?
24    A    Yes, I did.
25    Q    Okay.  That was the property settlement.
```

```
 1              Then there was the cash settlement that you were
 2   going to be paid for the rest of your life --
 3   A    Uh-huh.
 4   Q    -- an increasing sum of money, a sum of money that would
 5   go up by $10,000 every year for the rest of your life?
 6   A    Yes.
 7   Q    So it started out for the first year that she would have
 8   to pay you $75,000 that first year?
 9   A    Yes.
10   Q    Then the second year she would have to pay you $85,000?
11   A    That's correct.
12   Q    Right?
13              Third year, $95,000, fourth year $105,000?
14   A    Yes.
15   Q    So up at 2008, now, if it started in 1992, that's 16
16   years, if my math is correct, it would have been 75,000 plus
17   an additional $160,000 that she would have owed you for 2008?
18   A    I can't remember.  I can't do that arithmetic in my
19   head.
20   Q    And that would have been -- she would have been stuck
21   with that for the rest of her life, regardless of what her
22   income status was.  If she was doing great, that was good.
23   If her career went into the toilet it didn't matter, she
24   would have to pay you that amount of money?
25   A    Yes.
```

1    Q     Now, you had difficulties over the years with her paying

2    you, making the timely payments on that cash settlement?

3    A     Yes.

4    Q     And as a result, you, with your lawyers, would

5    frequently file motions with the Court to have Jude held in

6    contempt?

7    A     Yes.

8    Q     And in order to effect this legal process, you would go

9    out and have her served?

10   A     Yes.

11   Q     With papers?

12   A     Yes.

13   Q     And you would track her down with investigators if you

14   needed to?

15   A     Yes.

16   Q     And, in fact, you hired an investigator that located her

17   when she was living in England at one point in time?

18   A     I don't remember that, but perhaps.

19   Q     And she would have to come into court or have her

20   lawyers come into court and try to work out a resolution by

21   paying you the money, the back money, or otherwise?

22   A     My recollection is that she only did that twice.  She

23   would usually pay up before she was forced to show up.

24   Q     And during all this time you were having no contact with

25   her personally?

```
 1    A    Had no contact with her.

 2    Q    Now, you were asked by Mr. Schwartz whether you have --

 3    in addition to the litigation that has gone on from 1992

 4    through 2008, you were asked whether you had filed any other

 5    separate lawsuits or actions against Ms. Deveraux outside of

 6    that divorce case.  Isn't it a fact that you filed a separate

 7    lawsuit against Jude?

 8    A    Not that I recall.

 9    Q    You don't recall filing a separate action in civil court

10    trying to take control of Deveraux, Inc.?

11    A    Absolutely not.

12    Q    You need time to think about that?

13    A    I did not.

14    Q    Did you ever file any motions or actions to try to take

15    control of Deveraux, Inc.?

16    A    Never.

17    Q    Did you ever make any allegations in court proceedings

18    alleging that Ms. Montassir was incompetent or

19    psychologically impaired to run her own company?

20    A    No, I did not.

21    Q    Never made that allegation?

22    A    No.

23    Q    Did you file any motions or take actions to try to have

24    Ms. Montassir psychologically evaluated by a psychologist or

25    psychiatrist?
```

```
 1    A      I don't remember doing any like that, no.
 2    Q      So you have never made any allegations that -- whether
 3    in court papers or to your friends or associates, that Jude
 4    Montassir was psychologically impaired or suffering from some
 5    type of psychological defect?
 6    A      No.
 7    Q      By the way, what was the name of your attorney?
 8           Can I help you?  Paula Cook?
 9    A      That's one, yes.  She works with a firm, Comeau,
10    Maldegan, Templeman.
11    Q      But Ms. Cook represented you for a number of years in
12    some of these actions you filed against Ms. Montassir?
13    A      Yes.
14    Q      You testified today that in the four years you were
15    married to Ms. Montassir you thought everything was fine?
16    A      I testified that I thought everything was fine?  Is that
17    your question?
18    Q      Well, is that your testimony, that you thought the
19    marriage was fine until one day she just stopped
20    communicating with you?
21    A      Yes.
22    Q      So from your perspective, there was nothing wrong with
23    the marriage whatsoever?
24    A      Not from my perspective.
25    Q      Nevertheless, you have some recollection that you went
```

 1    to marital counseling on a couple of occasions?

 2    A     Uh-huh.

 3            THE COURT:  Was that a "yes"?

 4            THE WITNESS:  Sorry.  Yes, we did.

 5    BY MR. STEFIN:

 6    Q     And was that at your suggestion or Ms. Montassir's

 7    suggestion?

 8    A     I don't recall.  I think it was joint.  I think we

 9    agreed that maybe we needed help in resolving some

10    differences.

11    Q     But you don't have any recollection of any differences

12    that you had with Montassir?

13    A     It wasn't always perfectly -- a perfect, but I thought

14    we had a good marriage.  That's not to say perfect.

15    Q     Well, nobody -- very few people have perfect marriages,

16    but you have no recollection as to -- that there was anything

17    wrong that would have caused the two of you to go to marital

18    counseling?

19    A     Yes, we did have, and I agreed that we went to

20    counseling on maybe two or three occasions.  I don't remember

21    exactly.

22    Q     Mr. White, I don't mean to embarrass you, but do you

23    sometimes have a temper?

24    A     Rarely ever, but perhaps.

25    Q     Did you ever have screaming matches with her or shout or

1    yell at her?

2    A    I really don't recall.  I don't recall that I did.

3    Q    Did you ever put her down, denigrate her?

4    A    Not to my recollection, no.

5    Q    By the way, were you a shareholder of Deveraux, Inc.?

6    A    No.

7    Q    So you had no ownership interest in that business to

8    begin with?

9    A    No.

10   Q    Now, you testified that in early 1992, after you had a

11   trip to Paris, or France, with Ms. Montassir, you then went

12   to New Mexico to attend to personal affairs?

13   A    Yes.

14   Q    And you testified that after you left -- let me back up.

15         Before that time, you testified that you were in

16   frequent contact with Ms. Montassir?

17   A    We were together.

18   Q    You were physically together?

19   A    Yes.

20   Q    So it's your testimony that you were living with her in

21   the New York apartment, or were you going back and forth

22   between New York and New Mexico?

23   A    We went to -- we were living together in New Mexico, and

24   we went to Egypt together, and when we returned from Egypt we

25   were in the apartment together, and then I left and went back

```
 1    to New Mexico.
 2    Q    And how long after you got back from Paris were you in
 3    the New York apartment?
 4    A    Days, but I don't remember exactly.
 5    Q    So you spent several days in the New York apartment,
 6    then you flew back to New Mexico?
 7    A    Yes.
 8    Q    And you said that one of the things you were doing was
 9    working on building the cabin or building something?
10    A    Yes, for a couple of years, uh-huh.
11    Q    And you said that after you left she didn't respond to
12    your messages?
13    A    Yes, that is correct.
14    Q    So how long after you had left back to New Mexico was it
15    when you first made any effort to contact her?
16    A    Probably two or three days.
17    Q    Okay.  And two or three days later you try to reach her
18    and you don't hear from her?
19    A    Correct.
20    Q    So you make additional effort and attempts to try to
21    reach her?
22    A    Yes, I did.
23    Q    You call on the phone and leave messages?
24    A    Yes.
25    Q    And this goes on for how many weeks?
```

```
 1    A    I think somewhere in there I think she changed phone

 2    numbers and that number didn't work any longer, but I wrote

 3    her some letters and I called her.

 4    Q    So you wrote letters to her?

 5    A    Yes.

 6    Q    Your wife is missing, and you're writing letters?

 7              MR. SCHWARTZ:  Objection, Your Honor.

 8              THE COURT:  Overruled.

 9              MR. SCHWARTZ:  There's no such evidence.

10              THE COURT:  Overruled.

11              THE WITNESS:  I didn't think my wife was missing.

12    I thought she was living in the apartment in New York.

13    BY MR. SCHWARTZ:

14    Q    So you just thought that she just wasn't in the mood to

15    talk to you?

16    A    Yes.

17    Q    But there was absolutely nothing wrong with your

18    marriage at that point in time for you to come to that

19    conclusion?

20    A    Nothing that I knew about.

21    Q    So at this point had you called the police to see if she

22    was okay?

23    A    I did not.

24    Q    Did you call the building that you knew about and that

25    had a superintendent and people that worked in the building
```

```
 1    to make sure that they would maybe knock on the door to see

 2    if she's breathing?

 3    A    Her editor is a very close friend of hers at the time,

 4    and I called the editor within a few days after I didn't hear

 5    from her, to see if she knew, if she was having contact

 6    with -- and she was.

 7    Q    So then you said you were so concerned about her, that

 8    after two or three months you decided to go to try to see her

 9    personally?

10    A    I went to -- I went to New York to attempt to have

11    contact with her.

12    Q    That was about two or three months later, after you had

13    lost all contact with her?

14    A    Yes.

15    Q    And I wrote down in my notes that you did that because

16    you were very concerned about her?

17    A    Yes.

18    Q    And your testimony is is that when you got to the

19    apartment --

20            By the way, that apartment was owned not by you,

21    but was owned by Ms. Montassir's company, Deveraux, Inc.,

22    correct?

23    A    I believe it was.

24    Q    You had no ownership interest in that property

25    whatsoever?
```

```
1    A     I believe that's correct.

2    Q     You said when you got there the key didn't work, and

3    then you told us how you went down to try to get the locks

4    changed?

5    A     I went down to the superintendent and said may I use

6    your phone to call a locksmith because I either brought the

7    wrong key from New Mexico or something, and that's when he

8    told me that his instructions from Jude was that I was not to

9    be let into the apartment.

10   Q     All right.  And you said that you responded that because

11   you had called a locksmith and it was going to cost you a

12   hundred dollars, that you said to him, well, it would have

13   been good of you if you had told me that.

14   A     Yes, I did.

15   Q     And you said that to him in that very same tone of

16   voice, just the way I gave it?

17   A     I don't remember my tone of voice.

18   Q     You weren't very upset about it at this point?

19   A     Not terribly.

20   Q     No.

21         You had just flown from New Mexico to New York for

22   the very purpose -- for the singular purpose of getting into

23   the apartment and seeing Ms. Montassir?

24   A     Yes.

25   Q     Were you there in New York for any other reason but to
```

```
 1    see Ms. Montassir?

 2    A    No.

 3    Q    You show up at the apartment, the key doesn't work, you

 4    can't get in, you're told that they won't let you change the

 5    locks, and you said, oh, okay.  Is that how it went?

 6    A    Yes.

 7    Q    And then you spent another three or four days in New

 8    York staying at a hotel, yes?

 9    A    Yes.

10    Q    And then you flew back to Santa Fe?

11    A    Correct.

12    Q    So having gone to New York for the sole purpose of

13    seeing Ms. Montassir, can you tell us what you did for the

14    other three or four days you were in New York?

15    A    Probably went to a museum or two and walked in Central

16    Park.

17    Q    So you did a little sightseeing, yes?

18    A    I walked in Central Park and went to a museum or two.

19    Q    Little shopping?

20    A    No, I didn't do any shopping.

21    Q    So then you went back to Santa Fe, you contacted a

22    lawyer and you filed for divorce?  Maybe not the next day,

23    but . . .

24    A    I can't remember how long it was after that.

25    Q    You filed for divorce within three or four months --
```

```
1    A    Yes.

2    Q    -- after Ms. Montassir had stopped communicating with

3    you?

4    A    Yes.

5    Q    And that started the years of litigation with

6    Ms. Montassir?

7    A    We began developing a divorce procedure.

8    Q    And in one of the motions that had been filed over the

9    years, you asked the Court to order Ms. Montassir to -- that

10   she had to always notify you or your attorneys where she

11   would -- where she was at all times?

12   A    Yes.

13   Q    And you said there was one occasion where she had to

14   come actually fly into New Mexico to respond to one of these

15   motions, she brought her son Sam with her?

16   A    She did.

17   Q    And haven't you alleged that her son was actually

18   adopted?

19   A    I think he probably was adopted, yes.

20   Q    And that's based on what?

21   A    When she and I were married, she became pregnant twice,

22   and at the second time she became pregnant, I believe she had

23   an abortion the first time, and the doctors told her that she

24   should never try to have a child, that they didn't believe

25   that it would be healthy for either she or the child.
```

1    Q     And when she was pregnant, this was at the time the two

2    of you were married?

3    A     Yes.

4    Q     And the abortion was because you did not want to have

5    another child?

6    A     Neither of us wanted to have a child.

7    Q     She didn't want to have a child, or she didn't want to

8    have a child with you?

9    A     I don't know the answer to that.

10   Q     Now, you testified and you were asked questions about in

11   December of 2008 when there were proceedings held, including

12   depositions.  You recall that?

13   A     Do I recall it?  Yes, I recall it.

14   Q     Proceedings.

15   A     Yes.

16   Q     And you said that was the second time in 17 years, 16

17   years, that you have seen Ms. Montassir?

18   A     I believe that's correct, yes.

19   Q     And you said that she was accompanied by -- there were

20   two gentlemen there with her.

21   A     Yes.

22   Q     You said you believe they were with the FBI?

23   A     I think that's how they introduced themselves.

24   Q     Are you sure they didn't tell you that they were

25   deputized with the United States Secret Service?

```
 1   A    My recollection is they -- no, I don't -- I didn't hear

 2   that explanation.  I think they said they were with the FBI.

 3   That's what I recall.

 4   Q    That's your best recollection?

 5   A    Yes.

 6   Q    But they wanted to speak with you and interview you,

 7   didn't they?

 8   A    Yes.

 9   Q    And you declined to speak with them?

10   A    My attorneys did.

11   Q    And they served you with a subpoena, a grand jury

12   subpoena, didn't they?

13   A    They did.

14   Q    So that was one of the things they did when they were

15   there, they served you with a grand jury subpoena?

16   A    Yes.

17   Q    Did you ever appear before the grand jury?

18   A    No, I did not.

19              THE COURT:  Mr. Stefin, is this a good time to take

20   a break?

21              MR. STEFIN:  Absolutely.

22              THE COURT:  Ladies and gentlemen, let's take a

23   15-minute recess.  Don't discuss the case or form any

24   opinions.  We'll see you shortly.  Thank you.

25        (The jury exits the courtroom.)
```

```
 1              THE COURT:  Sir, if you would not discuss your
 2    testimony during the recess, and we would see you in about 15
 3    minutes, thank you.
 4              MR. SCHWARTZ:  Your Honor, Ms. Marks asked me to
 5    apologize to the Court for her rather constant coughing.
 6    She's developing a cold.
 7              THE COURT:  I haven't noticed.
 8              MR. STEFIN:  Now that he said it, I'm going to be
 9    noticing it.  I wish he hadn't said anything.
10              MR. SCHWARTZ:  I think that's just to bother Roger,
11    Judge.
12              THE COURT:  It's not a problem as far as I'm
13    concerned.
14              MR. SCHWARTZ:  Thank you, Judge.
15         (A recess was taken from 10:37 a.m. to 10:53 a.m., after
16    which the following proceedings were had:)
17              THE COURT:  Are we ready to proceed?
18              MR. SCHWARTZ:  We are, Your Honor.
19              THE COURT:  Mr. Stefin, you ready?
20              MR. STEFIN:  Yes, Your Honor.
21              THE COURT:  Let's bring the jury in.  Can we have
22    our witness?
23              MR. SCHWARTZ:  Yes, he's being brought in right
24    now, Your Honor.
25              THE COURT:  Thank you.
```

1              Ms. Marks is present with counsel.

2              You're still under oath, Mr. White.  Thank you.

3          (The jury enters the courtroom, after which the following

4     proceedings were had:)

5              THE COURT:  Welcome back, everyone.  Please be

6     seated, ladies and gentlemen.

7              Mr. Stefin, you may continue.

8              MR. STEFIN:  Thank you, Your Honor.

9     BY MR. STEFIN:

10    Q    Mr. White, you testified that you've never seen or

11    spoken to the Defendant, Rose Marks, in this case, correct?

12    A    That is true.

13    Q    But in the course of the years of litigation, you've had

14    lawyers and a law firm representing you?

15    A    Yes.

16    Q    And that lawyer, Paula Cook, works for a firm that has

17    other attorneys in it?

18    A    Yes.

19    Q    And other staff people in it?

20    A    Yes.

21    Q    And in the course of these years, that firm has also

22    utilized or you've utilized investigators and process

23    servers?

24    A    Yes.

25    Q    And would you have any way of knowing whether any of the

1    employees of that law firm ever met or spoke with the

2    Defendant?

3    A     I wouldn't have any way of knowing.

4    Q     Or any investigator or employee ever spoke with the

5    Defendant?

6    A     Not to my knowledge.

7    Q     And you've mentioned the fact that you have friends in

8    New Mexico, correct?

9    A     Yes.

10   Q     And you've maintained these friendships for a number of

11   years?

12   A     Yes.

13   Q     You mentioned one friend in particular that received a

14   letter from Ms. Montassir?

15   A     Yes, Eddie Lewis.

16   Q     And that he ultimately shared that~-- the contents of

17   that letter with you?

18   A     He did.

19   Q     And have you shared the ups and downs, the things that

20   were going on over the course of the years with your friends

21   and acquaintances with respect to Ms. Montassir?

22   A     Sometimes, yes.

23   Q     And, of course, you have no way of knowing who any of

24   these friends or acquaintances might speak to about you?

25   A     No.

```
 1                    MR. STEFIN:  That's all I have.

 2                    THE COURT:  All right.  Thank you.

 3                    Any redirect?

 4                    MR. SCHWARTZ:  Yes, Your Honor.

 5                          Redirect Examination

 6     BY MR. SCHWARTZ:

 7     Q    Mr. Stefin asked you on cross-examination if you had

 8     brought another lawsuit against Ms. Montassir.

 9     A    Uh-huh.

10     Q    And you said, no.

11     A    That is correct.

12     Q    And then he asked you, do you want to think about that?

13     And you said, no.

14          Did you recently learn about a second lawsuit?

15     A    No.  That I would have been involved with her?

16     Q    Did you recently learn that Ms. Montassir had brought a

17     lawsuit against you at about the same time that you brought

18     the divorce action?

19     A    I think maybe yesterday perhaps talking with you, but

20     I -- I just don't know about it.

21     Q    Okay.  Let me show you what's been marked as Defendant's

22     exhibit 53 for identification and ask you if you recognize

23     this as a lawsuit brought by Ms. Montassir -- Deveraux, Inc.

24     against Claude White.

25     A    There's nothing here that I recognize.
```

```
 1    Q     Nothing refreshes your memory?

 2    A     No.

 3    Q     At the same time that you were suing Jude for divorce,

 4    do you know of your own knowledge whether she was trying to

 5    get a receiver appointed to take control of the assets of

 6    Montassir -- of Deveraux, Inc.?

 7              MR. STEFIN:  Objection, leading.

 8              THE COURT:  Sustained.

 9              MR. SCHWARTZ:  Okay.  I'd move this document into

10    evidence, Judge.

11              MR. STEFIN:  Objection.

12              THE COURT:  There's no foundation.

13    BY MR. SCHWARTZ:

14    Q     Okay.  Let me show you what's been marked as Defendant's

15    exhibit 54 for identification and ask you if you recognize

16    this.

17    A     I can't say that I recognize it.  I don't recall having

18    seen it before, but I think it's Cromlix House, you know, I'm

19    familiar with.

20    Q     Is your signature on it?

21    A     Yes.

22    Q     And is that your signature on it?

23    A     I think so.

24    Q     And does that refresh your memory as to what date you

25    were married?
```

```
 1   A     I didn't go that far.  It says 1987.

 2   Q     And do you remember what month you were married?

 3   A     I do not.

 4   Q     Would this document refresh your memory?

 5   A     I don't see the -- oh, here we go.  I believe we must

 6   have gotten married there three days after her birthday.

 7   Q     And when is Jude's birthday?

 8   A     Today.

 9   Q     September 20th?

10   A     Yes.

11         MR. SCHWARTZ:  Without objection, I believe, the

12   document is offered into evidence, Your Honor.

13         THE COURT:  What's the number?

14         MR. SCHWARTZ:  It's Defendant's exhibit 54.

15         THE COURT:  Admitted without objection.

16      (Defendant's Exhibit No. 54 entered into evidence.)

17   BY MR. SCHWARTZ:

18   Q     Now, Mr. White, is this a register of marriage -- an

19   extract of an entry in the Register of Marriages in Dunblane,

20   Scotland?

21   A     Yes.

22   Q     And Dunblane is spelled D-u-n-b-l-a-n-e?

23   A     I think so.

24         THE COURT:  Mr. White, there's a screen right in

25   front of you.
```

1               THE WITNESS:  Oh, okay.

2    BY MR. SCHWARTZ:

3    Q    Is it on?

4    A    Yes, it is.

5    Q    But you can't forget the microphone.

6    A    Yes, D-u-n-b-l-a-n-e.  I thought it had an "I" in it.

7    Q    And where did you and Jude get married?

8    A    Cromlix, that part's offscreen.  Somewhere near the

9    bottom there I think it says something like Cromlix House.

10   Q    If you look up top on the row right under the date.

11   A    Cromlix House Chapel.  It's actually a private home, but

12   a home like several thousand, many thousand square feet, and

13   they had their own chapel.  It was quite beautiful, family

14   chapel.

15   Q    Now, by the way, did you beg Jude to marry you and

16   promise her if she married you you would no longer harass her

17   or be controlling or attack her verbally and emotionally?

18   A    I don't think I ever did those things.  I don't think I

19   promised her anything like that.

20   Q    How did the two of you happen to get married after

21   living together for close to 17 years?  Why?

22   A    Because we wanted to.

23   Q    Good reason but was there any -- without going in -- was

24   there any discussion that led up to this?

25   A    Not that I -- just general agreement that it was high

1    time, or we waited a long time, let's get married.  She chose

2    the place.

3    Q    Okay.  And it shows on there, I believe, your name,

4    Claude Barber White?

5    A    Yes.

6    Q    And you signed it -- it was the -- it was signed in the

7    register by Claude B. White.  I don't know that that -- we

8    talked about whether that was your signature, and you weren't

9    sure.

10           Did you write that or did somebody say that a entry

11   was signed by you?

12   A    It looks enough like my signature.  It could be, but it

13   could have been done by someone else, but it looks like mine.

14   Close.

15   Q    Okay.  And do you see the other side where it says

16   Jude --

17   A    Of Jude's, yes.

18   Q    Jude Gilliam White?

19   A    Uh-huh.

20   Q    Does that look like her signature?

21   A    Yes.

22   Q    And there's some statistics on there, your date of

23   birth, 1938.

24   A    Yes.

25   Q    So that would make you today about what, 75?

1    A     Seventy-four, 75 on November 25th.

2    Q     And Jude's date of birth, 1947?

3    A     Forty-seven.

4    Q     Which was today, actually.

5    A     Yes.

6    Q     And that would make her 66 today?

7    A     She's nine years younger than myself, I believe.

8    Q     You both list the same address in Santa Fe, New Mexico.

9    A     Yes.

10   Q     Now, Mr. Stefin asked you would the amount that was

11   being paid for you -- to you by Jude increase $10,000 a year

12   until you died?

13   A     Yes.

14   Q     And I think he brought out the fact -- and my math

15   skills are probably a lot worse than his -- but that -- I

16   took advantage of writing it down -- that 16 years after the

17   divorce in 2008, or actually 15 years after the divorce,

18   because the divorce took place in 1993; is that right?  It

19   was finalized in 1993?

20             Fifteen years after that, you would have been

21   paying -- getting $150,000 plus $75,000 --

22   A     Correct.

23   Q     -- which I think is $225,000?

24   A     Sounds -- I think so, yes.

25   Q     And yet in the 1998 (sic) hearings regarding her failure

```
1   to pay, did somebody propose putting a cap on the amount you

2   get?

3   A    I don't recall that.

4   Q    I'm sorry, in 2008, forgive me.

5   A    Oh, in 2008?  She agreed, or our attorneys agreed, that

6   over the coming however long I might live, she would owe me a

7   sum of 2 million, and so that would be a cap, as I see it.

8   Q    Okay.  So instead of letting the $250,000 a year

9   increase 10,000 a year, and in the next 10 years --

10  A    Yes.

11  Q    -- having some astronomical amount, you guys agreed to a

12  cap of $2 million?

13  A    We did, yes.

14  Q    And a method of payment?

15  A    Yes.

16  Q    By the way -- and forgive me.  This is a question that's

17  almost as indelicate as asking about your marriage.  Do

18  you -- is your net worth today $10 million?

19  A    No.

20  Q    Can you tell us approximately what your net worth is

21  today?  I promise only the newspapers will hear.

22  A    With real estate prices having taken quite a hit in

23  2007, '8, they haven't been reappraised, but I would think

24  most of my wealth is in a retirement fund that I have.

25  Q    And how much is that?
```

```
 1    A    It's just less than a million dollars.

 2    Q    And how about your real estate?  What do you think

 3   that's worth?

 4    A    I would guess, but in today, two to 3 million maybe.

 5    Q    Were you ever, even in the high real estate market,

 6   worth $10 million?

 7    A    Never.

 8    Q    Were you ever worth $5 million?  Not you personally, I

 9   mean your equity.

10    A    After the divorce?

11    Q    Yes.

12    A    I don't think so.

13    Q    Okay.  So if somebody claimed you were worth -- that

14   they learned in 2008 in the --

15            MR. STEFIN:  Objection.

16            THE COURT:  Sustained.

17   BY MR. SCHWARTZ:

18    Q    In 2008, in the proceeding you had with your ex-wife,

19   Jude Montassir, did -- to your knowledge, did any document

20   given to Ms. Montassir establish that you had a net worth or

21   say that you had a net worth of $10 million?

22            MR. STEFIN:  Objection, Your Honor.

23            THE COURT:  Overruled.  You can answer.

24   BY MR. SCHWARTZ:

25    Q    You can answer.
```

```
 1    A     No, not that I'm -- no.

 2    Q     And Mr. Stefin asked -- stated and you agreed that you

 3    had at the time of your divorce no ownership interest in

 4    Deveraux, Inc.

 5    A     True.

 6    Q     But as a spouse in New Mexico, do you know if you were

 7    entitled to 50 percent of your wife's assets?

 8    A     I've heard that, yes, I would -- I could have pressed,

 9    and that perhaps I would have -- could have been a half

10    owner, but it was never brought -- I never attempted to

11    establish that I owned half of Deveraux, Inc.  It was never

12    tested.

13    Q     And is that because you chose not to?

14    A     Right.

15    Q     Mr. Stefin asked you, as a concerned husband, why you

16    didn't come to New York sooner.  You remember that?

17    A     Yes.

18    Q     And you answered about your conversation with

19    Ms. Marrow; is that right?

20    A     Yes.

21    Q     When Jude was writing books, did she often seek to be

22    isolated to write?

23    A     Yes.

24    Q     And were there periods of time when you didn't have --

25    even if you're living in the same house, where you didn't
```

```
 1    have contact?

 2              MR. STEFIN:  Object to leading questions, Your

 3    Honor.

 4              THE COURT:  Sustained.  Rephrase your question.

 5    BY MR. SCHWARTZ:

 6    Q    Okay.  Tell me about Jude's writing habits.

 7    A    When I designed our house, I also designed a studio for

 8    her that was not -- it's not connected to the house, and it's

 9    on the side of a cliff overlooking a huge arroyo, you'd say

10    on the side of a canyon.  And the studio is below the house,

11    so from that vantage point you just see the canyon down below

12    and trees on the far side.  And those of us who live on this

13    particular road, houses are not close by.

14              Our property was approximately 10 acres, and

15    everyone has 10, 12, 13 acres.  So I designed the studio that

16    way for her to have privacy to write, because that's what she

17    desired, and she spent a lot of time down there, but at the

18    end of the day, we were together in our home, which was just

19    there.

20    Q    And do you know of your own knowledge whether she

21    intended to try to have some alone time to write in New York?

22              MR. STEFIN:  Objection.

23              THE COURT:  Sustained.

24    BY MR. SCHWARTZ:

25    Q    Mr. Stefin asked you whether Stack and Ogden served you
```

```
 1   with a grand jury subpoena, remember?
 2   A    And they did, yes.
 3   Q    And was it to appear in a grand jury here in the
 4   Southern District of Florida?
 5   A    Yes.
 6   Q    And did you just fail to appear, or did you do something
 7   about it?
 8   A    My attorneys are civil attorneys.
 9   Q    Right.
10   A    And they suggested that I obtain the services of a
11   criminal attorney.  And there were some negotiations that
12   went back and forth.  I'm not -- don't know exactly what
13   transpired, but I did not appear.
14   Q    And were you, in fact, eventually interviewed by
15   attorneys and investigators from the Southern District of
16   Florida?
17   A    Yes.
18   Q    Were you investigated by -- were you -- I'm sorry,
19   interviewed by Beth Watts, Roger Stefin, Lawrence Bardfeld,
20   and Janet Kenny, a financial analyst?
21   A    I actually can't remember the names, because it occurred
22   in a room, and there was a large screen that filled one end
23   of the room, and there were, my recollection, seven, maybe
24   eight people there who I had never met, and they asked me
25   questions and I answered questions, and . . .
```

```
 1    Q     You didn't come to Florida in person?

 2    A     I did not.  That was done in Albuquerque, New Mexico.

 3    Q     You were in Albuquerque, and they were in Florida with a

 4    teleconference?

 5    A     Yes.

 6    Q     And did they ask you questions about this case?

 7    A     Yes.

 8    Q     And did you answer them?

 9    A     Yes.

10    Q     And were your answers consistent with what you said here

11    in court today?

12          MR. STEFIN:  Objection.

13          THE COURT:  Sustained.

14 BY MR. SCHWARTZ:

15    Q     Were you asked about your trip to New York?

16          MR. STEFIN:  Objection.

17          THE COURT:  Sustained.

18 BY MR. SCHWARTZ:

19    Q     I have one more short series of questions.

20          Let me show you Defendant's exhibit 42 in evidence

21    and ask you if you recognize it.

22    A     Yes.

23    Q     What do you recognize it as?

24    A     It's a stipulated order amending the marital settlement

25    agreement.
```

```
 1   Q     Thank you.

 2              And is that the order that you were asked about on

 3   direct and cross-examination regarding the 15 percent and the

 4   20 percent?

 5   A     Yes, I believe it is.

 6   Q     And both Mr. Stefin and I asked you if you ever had any

 7   contact with or knew anything or met with or talked to Rose

 8   Marks or Joyce Michaels before that deposition in 2008.

 9   A     I never had any contact with her.

10   Q     But did you ever see any check made out to Joyce

11   Michaels prior to 2008?

12              MR. STEFIN:  Objection.

13              THE COURT:  Overruled.

14              THE WITNESS:  Yes, I did.

15   BY MR. SCHWARTZ:

16   Q     When was that?

17   A     I can't be precise about the date, but it was probably

18   in either January or the first of February of 1992.

19   Q     And can you tell us about it?

20   A     Since Jude and my residence was in Santa Fe, and even

21   though we had the apartment in New York, that was to visit,

22   not for the purpose of our living there, our bank statements

23   were mailed to the house in Santa Fe, and I usually opened

24   all the mail, whether it would be, if it was personal to

25   Jude, then maybe I wouldn't open it.  But if it had to do
```

1    with business or bank statements, in which case I would open

2    and see if the bank statements more or less coincided with

3    what I expected to be the case.

4            And I saw in one of those, don't remember which

5    month exactly, that Jude had written a check to, I believe it

6    was Joyce Michaels for around 40 or $42,000, and this was a

7    name that I had never seen checks written to in the past, and

8    I believe it said for research.

9    Q    And did the fact that the memo said research catch your

10   attention for some reason?

11   A    Well, it really did, because we -- up to that point, I

12   don't believe we had ever hired anyone to do research, and in

13   1992, that's a pretty large sum, and I wonder what this is

14   for.  It's extraordinary.  I didn't know what -- I didn't

15   understand.

16   Q    Is that why you remember it?

17   A    Yes, I think so, yes.

18   Q    Did you ever ask your now ex-wife about that?

19   A    I didn't see her again for six or seven years, or

20   something.  No, I didn't ask her about it.

21           MR. SCHWARTZ:  No other questions, Judge.

22           THE COURT:  Thank you.

23           Do you have any recross on that check issue,

24   Mr. Stefin?

25                        Recross-examination

```
 1   BY MR. STEFIN:

 2   Q    When was the first time the name Joyce Michaels came up

 3   to you?

 4   A    On seeing -- having seen that check.

 5   Q    No, in terms of this case, when was the first time you

 6   were asked any questions about Joyce Michaels?

 7   A    Probably in December of 2008.

 8   Q    And then you remembered 16 years earlier you recalled

 9   seeing a check in the name of Joyce Michael?

10   A    I never forgot that I saw that check.

11   Q    And it just, Joyce Michael was just a check that stuck

12   in your head?

13   A    Because it --

14        THE COURT:  Was that a "yes"?  I'm sorry.

15        THE WITNESS:  Yes.

16        MR. SCHWARTZ:  Your Honor, if I might, he started

17   to say because, and Mr. Stefin interrupted him.

18        MR. STEFIN:  I didn't hear him.

19        MR. SCHWARTZ:  Not intentionally.

20        THE COURT:  All right.

21        THE WITNESS:  It just stood out to me because --

22   well, now we're talking hindsight, but I had never seen that

23   name before, and that was an extraordinary amount of money to

24   write a check to for research, because we didn't pay -- that

25   was my job often.
```

```
 1   BY MR. STEFIN:

 2   Q    And you happened to just be there on the day that -- on

 3   that bright sunny day in New York when Ms. Montassir, then

 4   your wife, said, oh, I'd like to go into this psychic shop

 5   and get a reading?

 6   A    We were just walking down the street together, yeah.

 7             MR. STEFIN:  Thanks.

 8             THE COURT:  Thank you, sir.

 9             MR. SCHWARTZ:  Can the witness be excused, Your

10   Honor?

11             THE COURT:  Yes, you're excused.  Thank you.

12             MR. SCHWARTZ:  May I call my next witness, Your

13   Honor?

14             THE COURT:  Yes, please.

15             MR. SCHWARTZ:  My next witness is Officer April

16   Reddish, and I believe she's in the prosecutor's room, and

17   Ms. Kenny is getting her.

18             THE COURT:  Thank you.

19             Ma'am, could you please raise your right hand.

20          April Reddish, Defendant's witness, sworn.

21             THE COURT:  Please be seated.

22             All right.  Ma'am, if you could try and speak into

23   that microphone, please, and tell us your name and spell your

24   last name for us.

25             THE WITNESS:  April Reddish, R-e-d-d-i-s-h.
```

```
 1                  THE COURT:  Thank you.
 2                       Direct Examination
 3    BY MR. SCHWARTZ:
 4    Q    This might be superfluous, but by whom are you employed?
 5    A    Fort Lauderdale Police Department.
 6    Q    And in what capacity are you so employed?
 7    A    I'm a detective.
 8    Q    And that's a detective's badge on your uniform?
 9    A    No, sir, this is a regular patrol badge.
10    Q    Okay.  And how long have you been a detective?
11    A    With the Fort Lauderdale Police Department?
12    Q    Yes, ma'am.
13    A    Four years.
14    Q    And prior to that, did you have any other position?
15    A    Yes, sir, I worked patrol for four years, and I worked
16    for a multi-jurisdictional drug task force in Liberty County,
17    Georgia, where I completed nine years and finished as a
18    sergeant.  Almost 18 years.
19    Q    I wouldn't have known you were from Georgia.
20              And when you moved down to Florida from Georgia,
21    did you immediately start to work for the Fort Lauderdale
22    Police Department?
23    A    I did.
24    Q    And you mentioned a multi-agency task force.
25    A    Yes, sir.
```

1    Q    What is that?

2    A    It's multi-jurisdictional.  It covered a couple of

3    cities and counties.  We did narcotics investigations.

4    Different things.  Mostly narcotics.

5    Q    And did you have to put yourself in the position of

6    working live undercover cases on occasion?

7    A    Yes, sir, I worked undercover narcotics for

8    approximately nine years.

9    Q    And that was in Georgia?

10   A    Yes, sir.  I worked mostly in Liberty County, Georgia,

11   but I also was contracted out to other departments throughout

12   Georgia.  I worked in Macon, Bibb County Sheriff's

13   Department; Glenn County, Wayne County, Chatham County.  I

14   worked in a lot of different agencies, assisting their

15   narcotics units and undercover drug operations.

16   Q    And either when you were in patrol or were promoted to

17   detective in Fort Lauderdale, did you also have occasion to

18   work undercover?

19   A    Yes, sir, I did.

20   Q    And do you know a retired Fort Lauderdale detective

21   named Charles Stack?

22   A    Yes, sir, I do.

23   Q    Did there come a time when you were asked to work with

24   him when he was case agent on a case called Operation Crystal

25   Ball?

```
 1    A     Yes, sir.

 2    Q     And can you tell us about when that was?

 3    A     Approximately, November of 2009.

 4    Q     And what were you asked to do for Operation Crystal

 5    Ball?

 6    A     Basically, I was just asked to go into a fortune teller

 7    business and portray a line of being a scorned wife and see

 8    if they could basically heal me.

 9    Q     Basically what?

10    A     Heal, h-e-a-l.

11    Q     Okay.

12    A     It's my accent.

13    Q     No, it's my New York accent.  I don't understand some

14    things.  I apologize.  And Mr. Stefin has suggested we get an

15    interpreter for me, not for Ms. Reddish.

16          Now, did there come a time when you actually did

17    work undercover in that capacity that you suggested?

18    A     Yes, sir.

19    Q     And would it be improper for me to assume that you were

20    posing as a tourist from Georgia?

21    A     That was correct.  It was easy -- I know that if I used

22    a story that I could be able to speak fluently about, it

23    would be easier.  So I posed as a tourist looking for real

24    estate down in Fort Lauderdale area, being from Savannah,

25    Georgia.
```

```
 1    Q    And you were familiar with Savannah; is that correct?

 2    A    Yes, sir.  My home's only about 45 minutes south.

 3    Q    And did you have occasion to meet a lady by the name

 4    of -- whose real name was Rosie Marks?

 5    A    I did.

 6    Q    And was she the daughter of Rose Marks?

 7    A    I don't know her genealogy.

 8    Q    Okay.  This lady sitting at the table here isn't the

 9    lady you met, is it?

10    A    No.

11    Q    It was a younger lady?

12    A    Yes.

13    Q    And did she use a different name for business?

14    A    She did.  She told me her name was Christine.

15    Q    And where did you meet her?

16    A    It was at the -- I don't recall the name of it.  It was

17    off of Davie Road Extension, 4252 I believe was the

18    numerical, but I don't recall the name of the actual business

19    itself.

20    Q    But was it a spiritual advisory or psychic store?

21    A    Yes, sir, it was.

22    Q    Okay.  And you went in there.  What happened?

23    A    I went in and actually Christine, or the AKA Christine,

24    she actually met me at the front when I walked in, and I

25    asked her, very first question was, could she tell the
```

```
 1    future, and she said, yes.

 2    Q      Did you believe her?

 3    A      No.

 4    Q      Is it possible that she could tell the future?

 5               MR. STEFIN:  Objection.

 6               THE COURT:  Overruled.

 7               You can answer.

 8               THE WITNESS:  Is it possible?

 9    BY MR. SCHWARTZ:

10    Q      Sure.

11    A      I mean, not in my mind.

12    Q      Okay.  Do you know if there are people who have psychic

13    abilities?

14               MR. STEFIN:  Objection.

15               THE COURT:  I'm sorry?

16    BY MR. SCHWARTZ:

17    Q      If you know?

18               MR. STEFIN:  Objection.

19               THE COURT:  Overruled.

20               THE WITNESS:  Can you repeat the question?

21    BY MR. SCHWARTZ:

22    Q      Do you know if there are people with psychic ability?

23    A      Well, I believe in God, and he can tell the future.

24    Q      Uh-huh.

25               And do you believe that people communicate with
```

 1    God?

 2    A    I do.

 3    Q    Often?

 4    A    Every day.

 5    Q    And do you feel that God answers you?

 6    A    I do, but I don't think Christine can be on the same

 7    platform as God.

 8    Q    I understand.

 9         And how about, are there people who are

10    intermediaries between individuals and God?

11    A    When I read the Bible, all the disciples had passed.

12    Q    Well, are there ministers or priests who help people

13    communicate with God?

14    A    Yes, sir, but I'm not one of them, so I can't tell what

15    their abilities are.  I can tell you that I have faith in

16    God, and that's it.

17    Q    I understand.  And I'm not questioning your faith, and I

18    suggest it's admirable, but have you ever asked a minister to

19    help you in your communications with the Lord?

20    A    No, sir.  I've asked them to pray for me, but they've

21    never done anything more than that.

22    Q    And pray to whom?

23    A    God.

24    Q    And have they, to the best of your knowledge, done that?

25    A    I hope.

```
 1              MR. STEFIN:  I have a standing objection, but I
 2   won't keep standing up.  Or I'll just stand.  One of the two.
 3              MR. SCHWARTZ:  Could he have a sitting objection?
 4              THE COURT:  Could I see you, please?
 5              MR. SCHWARTZ:  Sure.
 6              MR. STEFIN:  It's interesting.
 7        (The following proceedings were held at sidebar:)
 8              THE COURT:  I mean, you know --
 9              MR. SCHWARTZ:  I'll stop.
10              THE COURT:  Okay.  He's going to stop.
11              MR. SCHWARTZ:  I had no intention of going into
12   this with her until the door sort of opened, and I've been
13   known to bolt through doors.
14              THE COURT:  Okay.  So let's move on to the
15   relevance.
16              MR. SCHWARTZ:  Thank you.
17        (Sidebar conference concluded.)
18   BY MR. SCHWARTZ:
19   Q    Let's get away from our religious journeys --
20   A    Thank you.
21   Q    -- and go back to Davie Road Extension.
22   A    Yes, sir.
23   Q    Okay.  You came into the shop, and Rose -- may I call
24   her Rosie so that we don't get confused with names?  Rosie
25   Marks told you that she felt she had psychic abilities; is
```

1    that true?

2    A    She told me she could tell the future.

3    Q    I'm sorry.  She told you she could tell the future.  And

4    she -- it was a fortune-teller shop, wasn't it?

5    A    Yes, sir.

6    Q    Okay.  And what did you discuss with her?  What did you

7    say to her?  What did she say to you?

8    A    Well, at that point, I asked her what type of -- how

9    would she do it, and she said there were a couple of

10   different types of readings.  So I told her that I wanted the

11   reading that would give the most information.  She said that

12   would be a double palm hand reading.  So we did that, and she

13   asked me to make two wishes, tell her one and keep the other

14   to myself, so I did that.  And she read my palms.  She said

15   that I -- you know, she handed me a line of bull.

16   Q    Okay.  And did she ask you to give her money that she

17   would have to cleanse and keep and eventually would be

18   returned to you?

19   A    No.

20   Q    Did she ask you for money for a fee?

21   A    No.

22   Q    Did she -- did you ever agree to pay her a fee for her

23   services?

24   A    No.

25   Q    You never did?

1  A    Well, I paid her for the reading, that first reading.

2  Q    Okay.  And did there come a time when -- and about how

3  much was that, do you remember?

4  A    $300.

5  Q    Okay.  And did there come a time when you talked to her

6  again after that first visit?

7  A    Yes, we talked multiple times on the telephone.

8  Q    And were you portraying that you were in Savannah when

9  you were calling her?

10  A    Yes, sir.

11  Q    And did you talk to her about -- forgive me.

12       Did you give her a line of bull about matrimonial

13  problems?

14  A    I did.  I told her that I was married and felt my

15  husband was having an affair with a secretary, and that I

16  couldn't have children, and that I felt like if we couldn't

17  have children, it would end in divorce.  And she told me that

18  it was -- she could tell I had dark forces and negative

19  energy around me, but it wasn't my fault, it went back three

20  generations.  So I felt better about that.

21  Q    And you don't believe in reincarnation, right?

22  A    No, sir, I don't.

23  Q    Okay.

24  A    And I knew it was a lie, because I had a healthy

25  daughter at home, so I knew what was true and I knew it was a

```
 1    lie about the marriage, too, because I had already been down
 2    the divorce path and was trying that one again.  So I knew
 3    that if she could tell the future, then she'd be able to tell
 4    I was lying to her and that I did have a child and that I had
 5    already been divorced.
 6              She told me I was destined for one marriage.
 7    Q    And you --
 8    A    I'm sorry.  I apologize.
 9    Q    You're on your second or third?
10    A    No, I'm on the second.  We're doing good.  We just
11    celebrated eight years.
12    Q    Congratulations.
13    A    Thank you.
14    Q    But wasn't there a time in the telephone conversations
15    where she kept saying, are you telling me everything, are you
16    telling me everything, I feel like I'm blocked, I feel like
17    you're leaving things out?
18    A    She would say in my -- make sure that I tell her
19    everything, she needs to know everything in order to be able
20    to do whatever, remove negative energy or whatever.
21    Q    Okay.  And she -- and did she also say she feels that
22    she's being blocked because there are things you're not
23    telling her?
24    A    I can't recall that.  Maybe.  I can't recall.
25    Q    Okay.  And when you -- before you started on this
```

1    undercover assignment, were you briefed by Mr. Stack?

2    A    Actually, no, I was actually briefed by Sergeant Darren

3    Ogden.

4    Q    I apologize.

5         Sergeant Ogden was also a supervisor in -- for the

6    Fort Lauderdale Police Department in Operation Crystal Ball,

7    wasn't he?

8    A    Well, at the time he was only a detective.  He was

9    promoted shortly thereafter, but he was the one that I spoke

10   with and corresponded mostly, and he did not go into any

11   detail as to the actual operation itself, other than they

12   were working a case on the fortune tellers, and they wanted

13   to see what -- if I would get the same result.

14        I don't know anything about any of the victims.  I

15   don't know anything about any of the amounts of money.  I

16   don't have any intimate knowledge as to any of that

17   information.

18   Q    And was the result that he discussed with you so you

19   could properly playact the role, the result of being asked to

20   give them relatively large sums of money so they could

21   cleanse it and take a curse off it?

22   A    No, it was never worded like that.  It was to see if

23   they ultimately would ask for large sums of money to try and

24   isolate me, to try and remove the curse or dark forces.  And

25   she did talk about the dark forces and negative energy, and

```
 1    she did tell me that she wanted me to only speak with her
 2    about this, to put 100 percent trust in her.
 3    Q    But did she ever ask you to give you large sums of money
 4    because she needed it to cleanse it and remove the curse?
 5    A    No.
 6    Q    Never said that?
 7    A    No, sir.
 8    Q    And how long did you deal with Rosie Marks?
 9    A    It was a short time.  I believe she started getting -- I
10    feel that she started coming on to the fact that maybe I was
11    lying.  She started asking a lot of information obviously
12    that I wouldn't be able to provide.  She wanted the name of
13    my husband's business in Savannah, she wanted phone numbers,
14    and, I mean, I -- at that point, I felt that she was, you
15    know, trying to determine.
16    Q    Well, I understand why you might feel that way, but she
17    did ask your husband's name, didn't she?
18    A    Yes, I did provide a name.
19    Q    Was that Taylor?
20    A    Scott.
21    Q    Scott Taylor?
22    A    Yes, sir.
23    Q    And she asked the name of his business?
24    A    Right.
25    Q    And you had an answer for it?
```

1    A    Right.

2    Q    It was, I think Taylor, I forgot the exact name, Scott

3    Taylor, doing business as Taylor something; is that right?

4    A    Yes, something like that.

5    Q    You gave that answer because there then wouldn't be the

6    ability to look up whether a specific corporation existed?

7    A    Right.

8    Q    Okay.

9    A    And I felt like that's what she was doing.  I felt like

10   she was trying to backtrack anything that I said at that

11   point to determine validity behind it.

12   Q    Or she could have been trying to find out all the facts

13   about your life to try to help you with her immense psychic

14   ability.

15   A    Okay.

16   Q    Is that right?

17   A    Sure.

18   Q    I think you doubt me.

19   A    I definitely doubt you.

20   Q    But you're a skilled undercover officer, aren't you?

21   A    I would like to think so.

22   Q    And you had been undercover for how many years in

23   Georgia?

24   A    Nine years.

25   Q    And you did how many undercover cases when you came to

 1    Florida before this case?

 2    A    This was the first one.

 3    Q    In Florida?

 4    A    In Florida, yes, sir.  Before that, hundreds.

 5    Q    Okay.  Hundreds of cases.

 6    A    Of undercover cases, yes, sir.

 7    Q    And you knew the importance of building the proper

 8    cover?

 9    A    Yes, sir.

10    Q    What does that mean?

11    A    Building the proper cover?

12    Q    Yes.

13    A    I don't --

14    Q    You and I might know that, but I'm not sure the jury

15    does, so that's why I'm asking.

16    A    Well, I can tell you in a narcotics realm.

17    Q    Sure.

18    A    It would be just to not get killed.

19    Q    Well, building the proper cover protects you from

20    getting killed.

21    A    Right.  You want to portray that you are -- it depends

22    on what you're trying to do.  Are you trying to buy it as a

23    user, narcotics?  Are you buying it as a seller?  Well, if

24    you're buying it as a user, you want to portray to have an

25    appearance and a look of a drug user.

```
 1                  Someone who uses powder cocaine is going to look
 2       different than someone who uses methamphetamine.  So you're
 3       not going to look the same.  You're not going to dress the
 4       same.  It's different.
 5       Q    And you don't want to make your teeth black.
 6       A    Well, yes, sir.  But, I mean, it just depends on what
 7       type of undercover you're actually doing.
 8       Q    And depending on the role you're playing, you prepare
 9       yourself to play that role, right?
10       A    Correct.
11       Q    If you're supposed to be a street user, you have the
12       look and the language of a street user, right?
13       A    Yes, sir.
14       Q    And you have to also have the proper credentials, so to
15       speak.  You might be asked for a driver's license in the name
16       that you're portraying the role in, right?
17       A    I was never asked for a driver's license in buying
18       drugs.
19       Q    You mean you don't have to establish your credit?
20       A    No, sir.  They don't care.
21       Q    Did some people sometimes check you out to make sure you
22       were who you were and not a cop?
23       A    I was searched for a wire.
24                  MR. STEFIN:  Objection as to relevance.
25                  THE COURT:  Sustained.
```

```
 1    BY MR. SCHWARTZ:

 2    Q     So you knew in dealing in this type of undercover, you'd

 3    have to build the proper identity or credentials or

 4    background?

 5    A     Yes, sir.

 6    Q     Okay.  And you were prepared to do that because you're

 7    good at what you do.

 8    A     I would like to being so.

 9    Q     Okay.  Let me just play you a short excerpt of one of

10    your tapes, if you don't mind.

11    A     Sure.

12          MR. SCHWARTZ:  And we'd like to mark and move into

13    evidence as Defendant's exhibits 55 and 55A the tape and

14    transcript, Your Honor, of a telephone conversation of

15    Detective Reddish posing in the role as Alex, and Rosie Marks

16    using the name Christine, which occurred on November 7th,

17    2009, at approximately 9:57 a.m.  And I have copies if Your

18    Honor wishes.  I'd like to pass them out, or if Your Honor

19    allows, I'd like to pass them out to the jury.

20          The transcript -- the actual call goes about 40

21    pages, but I've just selected the first 10 pages, but, of

22    course, the Government has the entire transcript.

23          THE COURT:  Any objection?

24          MR. STEFIN:  No, Your Honor.

25          THE COURT:  All right.  Admitted without objection.
```

```
 1          (Defendant's Exhibit No. 55 and 55A entered into

 2     evidence.)

 3              THE COURT:  And, again, ladies and gentlemen, with

 4     respect to the transcript versus your hearing of the actual

 5     call, if you see any discrepancy, the call is what should

 6     control and disregard the transcript, to the extent you hear

 7     something different than is written.

 8          (Audio played.)

 9     BY MR. SCHWARTZ:

10     Q    We can stop right here.  The next page is another call;

11     is that right?

12     A    I don't know what you're looking at.

13     Q    Oh, I'm sorry.

14              Forgive me.

15              THE COURT:  How much more do you have?

16              MR. SCHWARTZ:  I have about 15 or 20 more minutes

17     with this witness.  Perhaps we can break now and come back,

18     or whatever the Court would --

19              THE WITNESS:  Yes, it's another call.

20              THE COURT:  I'm getting indications to keep going.

21              And how much cross do you think you would have?

22              MR. STEFIN:  One or two minutes.

23              THE COURT:  So why don't we try and finish the

24     witness before we break for lunch.

25              MR. SCHWARTZ:  I'll speak fast.
```

```
1    BY MR. SCHWARTZ:

2    Q    Officer Reddish?

3    A    Like red and dish and put it together.

4    Q    I'm not going to comment.

5              Officer Reddish, your previous call or

6    conversations with Rosie, did you tell her you had a fight

7    with your husband?

8    A    Yes.

9    Q    And that you walked out of the hotel room in Fort

10   Lauderdale because you were fighting over which house to look

11   at first?

12   A    Yes.

13   Q    And then you said he grabbed your wallet, but you had a

14   small wallet with driver's license and credit card in it; is

15   that right?

16   A    Something like that.

17   Q    And she asked you did he know about the small wallet,

18   and you said, yes, he bought it for me.  Is that about right?

19   A    Yeah.

20   Q    And then in the scenario, you had flown home -- you had

21   had a fight, you flew home without him, he went on somewhere,

22   and now he was coming home, and you were making up?

23   A    Right.

24   Q    And she's giving you advice, and she's going to give you

25   a ritual to go through hopefully before you see him?
```

```
 1    A     Right.

 2    Q     And you gave her every opportunity to say send me

 3    $10,000 and I'll cleanse it, or something like that, in this

 4    conversation and in other conversations, right?

 5    A     Sure.

 6    Q     You kept asking her, well, do I need more money?  Tell

 7    me so I can go to the bank and take it out in little pieces

 8    so he won't notice.  And she never asked you for large

 9    amounts of money, did she?

10    A     No.

11          MR. SCHWARTZ:  No other questions, Judge.  That was

12    less than 15 minutes.

13          THE COURT:  Thank you.

14          Cross-examination?

15          MR. STEFIN:  It's amazing when lunch comes around

16    what we can accomplish.

17          MR. SCHWARTZ:  I resent that comment.

18          MR. STEFIN:  That's all right.  I didn't mean to be

19    short with you.

20                     Cross-examination

21    BY MR. STEFIN:

22    Q     Ms. Reddish, you indicated you spoke to this woman

23    Christine, you knew her as Christine, correct?

24    A     Correct.

25    Q     You visited the shop how many times?
```

1    A     I visited twice.

2    Q     And you also had some telephone conversations with her?

3    A     Multiple telephone conversations.

4    Q     And how long did this whole operation, your role in this

5    operation last?

6    A     Few -- couple weeks, maybe.

7    Q     And how much of a budget did you have available to you

8    that if the subject were to be asking for sums of money, you

9    would be able to further the investigation along by actually

10   paying some money?

11   A     Very little.  I mean, I don't -- not exactly sure where

12   the money was coming from.  I just know that it -- I know

13   when law enforcement, coming up with thousands of dollars and

14   in a matter of minutes is impossible.  Lot of red tape to get

15   funds approved and things of that nature.

16   Q     And how much did you actually expend, do you recall

17   approximately how much money you expended in the

18   conversations or meets that you had with her?

19   A     Approximately $300.

20   Q     And then you said there was a point in time in which she

21   was asking you a lot of questions or seeking more details

22   about your background?

23   A     Yes, sir.

24   Q     What kinds of questions?

25   A     She wanted to know the name of the business, phone

```
 1    number.  She wanted personal items, things like business

 2    cards, or something like that.

 3    Q    And did you start getting uncomfortable with the kinds

 4    of information she was asking you about?

 5    A    I did at that point, yes, sir.

 6    Q    And explain that.  What did you think was going on here?

 7    A    I just felt like the only reason at that point was she

 8    was trying to verify whether or not there was a business so

 9    that she could look up the background on the business.  If

10    there was a construction company, if so, I think she was

11    possibly trying to look up home address, tax records, things

12    of that nature.  In my mind, I thought she was trying to

13    determine whether or not I had money to give.

14    Q    What did you tell her about a construction company that

15    would have prompted her to ask you more details about the

16    name of the business and things of that nature?

17    A    Nothing.  I don't feel that there would have been

18    anything for her to ask further.

19    Q    No, but how did the word "construction company" come up

20    in your scenario with her?

21    A    She asked what he did for a living.

22    Q    What did you tell her?

23    A    I told her he owned a business.

24    Q    Did she ask you for more details of that?

25    A    Yes, sir, she wanted to know what kind of business, what
```

```
 1   did he do exactly, what was the name of it.
 2   Q    What did you tell her with respect to where the company
 3   was located or what its name was or anything?
 4   A    I just made it up.  I didn't -- honestly wasn't that
 5   prepared for her to get that in-depth, so I made it up and
 6   said it was a construction company based out of Savannah, and
 7   I don't know why I just kind of got the impression that as we
 8   were on the phone she was Googling, trying to --
 9            MR. SCHWARTZ:  Objection, Your Honor.
10            THE COURT:  Sustained.
11            THE WITNESS:  But --
12            THE COURT:  Hold on.  Hold on.
13            Go ahead.  Next question.
14   BY MR. STEFIN:
15   Q    Did you come up with a name that -- you know, you
16   weren't planning to do this, but did you just give her a name
17   of a company, make something up, or did you keep it vague?
18   A    I kept it vague.  That's why I did the DBA.  I just said
19   I think it was Scott Taylor, and then I gave a DBA to kind of
20   hopefully be able to throw it off a little bit.
21   Q    Explain what that means.
22   A    A DBA, doing business as.
23   Q    So you said your husband was doing business as Scott
24   Taylor?
25   A    Well, I think the way I said it was Scott Taylor, doing
```

```
 1    business as Taylor Industries or something like that, to make

 2    it a little more difficult to reference.

 3    Q    So you didn't really have a backdrop story or items in

 4    place that could be utilized in order to establish, say, a

 5    fictitious identity, for example?

 6    A    Not to that degree.

 7    Q    Do you recall whether she also asked you for credit card

 8    information at some point in time?

 9    A    She did say that she preferred me pay with Visa or

10    MasterCard.

11    Q    Was this from the first visit or --

12    A    No, sir, this was later on in conversation.

13    Q    And what was she asking you to pay for when she wanted

14    you to pay with Visa or MasterCard?

15    A    She said it was to pay for crystals to be able to heal

16    me.

17    Q    So had you initially paid $300 as a result of your first

18    and/or second visits with her?

19    A    Yes, sir.

20    Q    And how did you make payment with her?  Was it cash?

21    A    It was cash, and then I didn't have all of it in cash,

22    so she allowed me to mail her money orders for the remaining.

23    And she had me make the money orders payable to another

24    party.

25    Q    Do you remember the name of the party she had you make
```

 1    them payable to?

 2    A     Donnie Eli.

 3    Q     I'm sorry?

 4    A     Donnie Eli.

 5    Q     Did you know as part of your involvement in the

 6    investigation that Donnie Eli was her husband?

 7    A     Not until after the fact.

 8    Q     Then there was a point in time during these several

 9    weeks that she started requesting or telling you that you

10    needed to furnish more money for something?

11    A     Yes, sir.

12    Q     And that was for what?

13    A     The crystals.

14    Q     And how much did she tell you she needed for the

15    crystals?

16    A     2800.

17    Q     And did you act as if that was acceptable to you, or did

18    you say I can't do that?

19    A     No, I acted as if it was acceptable.  I just asked her

20    if I could send money orders or cash, and she said no.

21    Q     So she asked you for credit card information at that

22    point?

23    A     She did, and then she said she wanted a copy of my

24    driver's license, and that's where I completely believe that

25    at that point she felt that it was -- I was not who I was

```
 1   saying I was.

 2   Q    Well, when she asked for the $2800 in a credit card,

 3   what did you tell her?  Did you provide her with information,

 4   or did you tell her -- well, what did you tell her with

 5   respect to --

 6   A    I told her that the credit cards were also in Scott's

 7   name, and that he would see the receipts, and he would -- I

 8   wanted to be able to hide it from him.

 9   Q    And so where could -- did you have $2800 in law

10   enforcement funds that you could have furthered your role in

11   this investigation by making that payment?

12   A    No, sir.

13   Q    So what happened at that point?

14   A    It just died down.

15   Q    You just --

16   A    Quit calling.

17   Q    You terminated the contact with this individual?

18   A    Yes, sir.  We knew that at that point she was wanting

19   too much information that at that point we weren't able to

20   provide.  It's -- to get a -- I know it's possible to get a

21   fictitious driver's license for undercover capacity, but we

22   didn't have one accessible at that moment.

23   Q    So when she asked for a copy of your driver's license,

24   how did you respond to her?

25   A    I didn't.  I think I just ignored it.
```

```
 1   Q     So you really didn't get very far on this?

 2   A     No, sir, I didn't.

 3               MR. STEFIN:  That's all I have.

 4               THE COURT:  Thank you.

 5               Any redirect?

 6               MR. SCHWARTZ:  Can I have banked the 10 minutes I

 7   didn't use for redirect, Your Honor?  I'll be brief.

 8                       Redirect Examination

 9   BY MR. SCHWARTZ:

10   Q     Officer Reddish, at the time that this conversation took

11   place in 2009, were you aware that Detective Stack and then

12   Detective and then Sergeant Ogden were also working with the

13   Federal Government?

14   A     Yes, sir.

15   Q     And they were seconded to the Secret Service for lack of

16   a better term?

17   A     I knew they were working alongside the Secret Service.

18   I don't know about their capacity as far as being deputized

19   or anything like that.

20   Q     And while local law enforcement might have a problem

21   getting funds, the Federal Government prints money, doesn't

22   it?  Withdrawn.

23               The Federal Government has a lot more assets than

24   local law enforcement agencies, is that fair?

25               MR. STEFIN:  Calls for speculation.
```

```
 1              THE COURT:  Overruled if she knows.

 2              THE WITNESS:  I don't know.

 3   BY MR. SCHWARTZ:

 4   Q    Okay.  And when federal undercover officers go

 5   undercover, they get what's called a legend, don't they?

 6              MR. STEFIN:  Objection, Your Honor.

 7              THE COURT:  Overruled if she knows.

 8              THE WITNESS:  I've never dealt or worked in the

 9   Federal Government.  The only thing I can provide information

10   to would be something from Liberty County Sheriff's

11   Department, if you want to know about them, or the Fort

12   Lauderdale Police Department.  I don't have any knowledge as

13   to anything federal.

14   BY MR. SCHWARTZ:

15   Q    I understand.

16              But you can go into Office Depot and print business

17   cards for about $25 or less, can't you?

18   A    I don't know.  They provide them for us.  I've never

19   printed business cards.

20   Q    Okay.  Can you get a prepaid cellphone with a Georgia

21   phone number relatively inexpensively?

22   A    Yes, sir.

23   Q    Did you or anybody on your team suggest let's print some

24   business cards in Taylor Industries' name with a prepaid

25   cellphone number and use that and continue and see what
```

1    happens?

2    A    We just felt that at that point there wouldn't be enough

3    time to do any of that.

4    Q    Well, this was in November of 2009; is that right?

5    A    Yes, sir.

6    Q    The arrest in this case took place in August of 2011; is

7    that right?

8    A    I don't know.  I wasn't there.

9    Q    If the arrest took place in August of 2011, that would

10   have been a year and a half more that you could have seen if

11   Rosie Marks would ask you for money to launder and that she

12   would promise to give back and never give back, couldn't you?

13   A    If we hadn't have --

14   Q    Cleansed, not launder, I'm sorry.

15   A    If we wouldn't have believed that she was already on to

16   me and the fact that I was a -- not who I was presenting

17   myself to be, we very well may have.  But at that point I

18   was -- I was pretty confident that with all of her

19   questioning, there was no reason for her to ask those

20   questions that she was asking at that point than for

21   clarification.

22   Q    Well, didn't you give her -- I'm sorry, I didn't mean to

23   talk over you.  Go ahead.

24   A    That's all.

25   Q    Didn't you give a reason to Mr. Stefin?  She was trying

1   to find out if you had money?

2   A     Right.

3   Q     Couldn't that be the reason for asking those questions?

4   A     Right.  But at that point, because we didn't have enough

5   basis to go that in-depth as far as businesses, location,

6   things of that nature, she knew that she was going to find

7   out that it wasn't legitimate anyway if she was doing that.

8   So at that point we had just felt that it had run its course

9   as far as my undercover capacity was concerned.

10   Q     Well, you had an in with one of the targets of the

11   investigation at this point, right?

12   A     Up to at that point, I believed I did.

13   Q     And did you confer with any of the federal agents

14   involved in the case to see, can we get a location, can we

15   get business cards, can we get a phone, can I get some extra

16   money and see if I can make this work?

17   A     No, sir, I didn't correspond directly with them.  I

18   dealt with Charlie and Darren.  They were the case agents.  I

19   felt like it would have been impolite to have spoken with the

20   federal agents without their knowledge or without them being

21   privy to what we were wanting to do or I was wanting to do.

22   Q     Do you know if Detective Stack or Detective Ogden

23   conferred with the agents regarding that?

24   A     I'm not sure.

25   Q     By the way, the money she said that she needed for

```
 1    crystals, did she tell you you were going to get that back?

 2    A    No, sir.

 3    Q    That was a fee for that product, right?

 4    A    Yes, sir.

 5              MR. SCHWARTZ:  No further questions.

 6              MR. STEFIN:  One last question, Judge?

 7              THE COURT:  Yes.

 8                        Recross-examination

 9    BY MR. STEFIN:

10    Q    Did this woman Christine, also known as Rosie Marks,

11    demonstrate any psychic abilities?

12    A    Not in my opinion.

13              MR. STEFIN:  Thank you.

14              THE COURT:  Thank you, ma'am.

15              THE WITNESS:  Thank you.

16              THE COURT:  All right.  Ladies and gentlemen, let's

17    take our lunch break.  Please don't discuss the case or form

18    any opinions.  If you could be back at 1:30.  All right?

19    Thank you.

20        (The jury exits the courtroom.)

21              THE COURT:  Anything we need to talk about?  No?

22              All right.  See you at 1:30.

23        (A recess was taken from 12:20 p.m. to 1:32 p.m., after

24    which the following proceedings were had:)

25              THE COURT:  Good afternoon, please be seated.
```

```
 1                    MR. SCHWARTZ:  Good afternoon Your Honor.

 2                    THE COURT:  You ready to proceed?

 3                    MR. SCHWARTZ:  Yes, Your Honor.

 4                    THE COURT:  Ms. Marks is present.  Let's bring the

 5      jury in.

 6                    Who's our next witness?

 7                    MR. SCHWARTZ:  They're getting him right now,

 8      Judge.  Sergeant Darren Ogden.

 9         (The jury enters the courtroom, after which the following

10      proceedings were had:)

11                    THE COURT:  Welcome back, everyone.  Please be

12      seated, ladies and gentlemen.

13                    Darren Ogden, Defendant's witness, sworn.

14                    THE COURT:  Please be seated, sir.

15                    If you can try and pull that microphone towards

16      you, because the chair doesn't move, and tell us your name

17      and spell both your first and last names for us, please.

18                    THE WITNESS:  Sure.  Darren Ogden, first name

19      Darren, D-a-r-r-e-n, last name Ogden, O-g-d-e-n.

20                    THE COURT:  Thank you.

21                    You may proceed.

22                              Direct Examination

23      BY MR. SCHWARTZ:

24      Q    Good afternoon.  Is it Sergeant Ogden?

25      A    Yes, it is.
```

```
1    Q    And are you now a detective sergeant?

2    A    Yes, I am.

3    Q    And how long have you been with the Fort Lauderdale

4    Police Department?

5    A    Just under 17 years.

6    Q    Were you with any other police departments before that?

7    A    No, I was not.

8    Q    Where did you go to school?

9    A    College, I went to Florida Atlantic University.

10   Q    Do they have a football team -- never mind.  Withdrawn.

11        With your job in the Fort Lauderdale Police

12   Department, can you tell us briefly what positions you've

13   held with the department?

14   A    Sure.

15        After the police academy, I worked in the patrol

16   division.  I worked in that division for approximately two

17   years before going to an undercover, they call it tactical

18   impact unit.  I was in plainclothes and undercover capacity

19   and worked to combat residential burglaries, violent crimes,

20   robbery, and also people who were wanted fugitives.  I

21   operated in that capacity on two separate occasions for a

22   total of about five years.

23        And then after leaving the undercover unit, I went

24   to the Criminal Investigations Division, which is what people

25   more typically think of as a detective bureau, where you kind
```

1    of go to work and have more of an office-type position, and

2    you're investigating cases after the fact versus my previous

3    position, where I was proactively trying to prevent them from

4    occurring.

5    Q    And how long were you in the detective -- the Criminal

6    Investigation Division?

7    A    Approximately another five years.

8    Q    My math is not good, as everybody now knows, but is that

9    about 12 years?

10   A    Correct.

11   Q    And after -- when did you leave the Criminal

12   Investigation Division?

13   A    In March of 2009, I was promoted to sergeant and went

14   back to the patrol division as a patrol sergeant.

15   Q    And that didn't reflect on your capabilities, it's just

16   a rule of the department that you can't stay in the -- in the

17   Criminal Investigation Division when you're recently

18   promoted; is that true?

19   A    Correct.  Everybody who is promoted to sergeant,

20   whatever position they had, whether that be a patrol officer,

21   a detective in any number of places within a department, when

22   you are promoted to sergeant, you automatically return to the

23   patrol division to be a patrol sergeant.

24   Q    So you went back there in or around March of '09?

25   A    Yes, that's correct.

1    Q    And how long did you stay in the patrol division -- the

2    patrol division?

3    A    Approximately a year and a half.

4    Q    So toward the end of 2010 where did you go?

5    A    That could be a long question.  I took a position where

6    I was in charge of seven different units, ranging from

7    detection K-9, which includes bomb, dogs, and narcotic

8    detection dogs.

9          I also was in charge of the school resource officer

10   program, graffiti, environmental crime, school crossing

11   guards, and the citizens on patrol division, which is a

12   voluntary where residents go through a class to volunteer

13   with the police department where then they can come in and,

14   you know, ride in a specially marked vehicle and go around

15   and assist in the patrolling.

16   Q    So you were basically in charge of a conglomeration of

17   special units?

18   A    Yes, that certainly would be one way to put it.  Many

19   different hats, depending on what day of the week it was.

20   Q    Okay.  And how long did you stay in that position?

21   A    I stayed there for about two years.

22   Q    So that would be sometime in 2012?

23   A    Yes, it would have been in 2012.

24   Q    And at that time, did you get to return to the Criminal

25   Investigation Division?

```
 1   A    Yes.  In November of 2012, I returned to the Criminal
 2   Investigation Division as a supervisor.
 3   Q    And did there -- during that period that you were in the
 4   Criminal Investigation Division previously, did you have an
 5   operation to be seconded to a, for lack of a better term,
 6   task group or task force working on a case called Operation
 7   Crystal Ball?
 8   A    Yes, I was assigned to a U.S. Secret Service task force
 9   that was created to investigate numerous amounts -- types of
10   crimes, but one of the crimes that eventually was
11   investigated was the case that eventually became known as
12   Crystal Ball.
13   Q    And were there any other Ft. Lauderdale police officers
14   in your group or detectives in your group?
15   A    There were several.  There were, I think three other
16   officers besides myself, or three other detectives besides
17   myself.
18   Q    And was one of them Detective Stack?
19   A    Yes.
20   Q    Do you remember the other two?
21   A    One of them was a Detective Bill Harder.
22   Q    Okay.
23   A    And one of them was Detective -- I'm not quite sure who
24   it was.  They kind of had a different operation than we did,
25   and I never worked out of the task force office.  A lot of
```

```
 1    task forces, when they're created they have an office that,

 2    you know, multiple jurisdictions meet, and this task force

 3    did, as well.  But I never went to the task force and took up

 4    an office.  I always maintained my office out of the City of

 5    Fort Lauderdale Police Department.

 6    Q    And did you, in joining that task force, get some sort

 7    of federal designation?  Were you seconded or deputized or

 8    somehow considered part of the Secret Service so that you

 9    could do federal things?

10    A    Correct.  When you become part of the federal task

11    force, on any one of them, they deputize you in whatever

12    federal agency you're working with.  In this particular

13    instance it was Secret Service.  They do that, because

14    obviously as a City of Fort Lauderdale police detective, my

15    powers are really not extended beyond the city limit; in

16    certain situations the County, but for purposes of making it

17    more simplistic, really within the City of Fort Lauderdale.

18           So obviously our investigations would take us

19    outside the city, outside the county, and often potentially

20    outside of the state.  So you would become deputized through

21    the Federal Government so that you would have the ability to

22    conduct the investigations outside of your primary

23    jurisdiction.

24    Q    And in that capacity if you were outside the county or

25    outside the state, it would be proper for you to identify
```

1    yourself as a federal officer, wouldn't it?

2    A    I would always identify myself as a Fort Lauderdale

3    officer personally and that I was assigned to a federal task

4    force and deputized to the Secret Service.  All my

5    credentials were through the City of Fort Lauderdale.

6    Q    I understand.

7              But it wouldn't be a misrepresentation for you to

8    say I'm a federal officer, because you were?

9    A    That's correct.  I could have, I guess, identified

10   myself in that manner.

11   Q    Did you?

12   A    Not that I can ever remember, but I'm sure maybe there

13   was a potential time that I did, but it certainly wouldn't be

14   a matter of course for me to do that.

15   Q    Now, what was your role in Operation Crystal Ball?

16   A    Operation Crystal Ball was an investigation started by

17   Detective Stack.

18   Q    And how was it started?

19   A    One of the victims in the case came forward, Jennifer

20   Hill, and had start -- began to correspond through Detective

21   Charlie Stack about the fact that she felt she was the victim

22   of a fraud and brought up the names which subsequently became

23   known to me as, you know, the Marks family.  I don't remember

24   exactly specifically in what manner I eventually came to know

25   who each individual was, but the family as a whole was

 1    brought to the attention by Jennifer Hill.

 2    Q    And assuming arguendo that in what appeared to be the

 3    first conversation between Mr. Stack, or Detective Stack and

 4    Jennifer Hill he recorded the conversation, would that be his

 5    normal type of procedure?

 6    A    We often record, you know, victim witness statements --

 7             THE COURT:  Excuse me.  I'm sorry.  Mr. Schwartz,

 8    can you move your lecturn over so the jury can see you

 9    better?

10             MR. SCHWARTZ:  Is this better, Judge?

11             THE COURT:  I think so.

12             THE WITNESS:  Oh, there is another gentleman over

13    there.

14             THE COURT:  I'm sorry.  I interrupted the question.

15    I apologize.

16             MR. SCHWARTZ:  I apologize, Judge.

17             THE COURT:  Why don't you repeat the question.

18             MR. SCHWARTZ:  I will.  I'll ask it an easier way.

19    BY MR. SCHWARTZ:

20    Q    Is it a regular practice to record, legally record

21    conversations with witnesses or victims in order to keep a

22    record of what they say and memorialize it?

23    A    Depending on the situation, yes, but not every time you

24    speak to someone do you record it.  But certainly there are

25    certain times in situations where you would do it.  I

1   personally did not record conversations in the initial times

2   of speaking to people, but that's not to say that somebody

3   else doesn't do it that way.

4   Q    And when you didn't record conversations, in order to

5   remember what was said and what you were told, if your memory

6   is like mine, did you take notes?

7   A    I would generally take notes, me, personally.

8   Q    Yes.

9   A    Not to say that's how everybody does it.  But I

10  personally didn't usually conduct investigations and then

11  take notes throughout the investigation.  I may have paper

12  and pen with me that might, if something maybe outstanding or

13  remarkable during the conversation was something that I

14  wanted to be sure I would memorialize when I would write

15  notes after, I may do that.  But I wouldn't sit and write

16  notes throughout the conversation.

17  Q    Okay.  But you would basically remember what was said,

18  and then when you get back to your office or you had, near

19  the end of the day or the next day while it was fresh in your

20  mind, would you write a report or write a memorandum or do

21  something so that there was a record of what somebody said to

22  you?

23  A    Yeah, in general, I would.

24  Q    And you worked -- how long did you work with Detective

25  Stack?

```
 1   A     You mean on this case or just in general?

 2   Q     Well, first in general, then we'll get to the case.

 3   A     I had known Detective Stack since the very beginning of

 4   my career when I had worked in the patrol division with him

 5   for a short period of time, and I had always known him as

 6   someone who then eventually was a detective in the detective

 7   bureau, and I was either an officer or, you know, the

 8   aforementioned undercover unit, I would regularly work with

 9   detectives.  Me being on the proactive side, them being more

10   on the reactive and post-investigation side.

11         So in that capacity you could say I worked with

12   him.  He was a violent crimes detective.

13   Q     And then he went into economic crimes, didn't he?

14   A     Correct.

15   Q     And when you worked with Detective Stack, was he more

16   like you or more like the other people we talked about?  Did

17   he make contemporaneous notes with -- in an interview or a

18   meeting with a witness or victim, or did he wait until he got

19   back to the office and -- or the next morning and make notes,

20   or some other option?

21   A     In the times that I would work with him, I would view

22   that he would, kind of more like I was in that he wouldn't

23   sit and write notes.  I mean, I found it that if someone's

24   trying to talk to you and you're constantly writing things

25   down, it's kind of -- either it sends a message that you're
```

```
 1   not really paying attention to what they're saying, or, you

 2   know, it kind of impedes the flow of communication.  And I

 3   felt that he probably had very similar thoughts that I did,

 4   but he conducted lots of interviews that I wasn't around for

 5   and vice versa.

 6   Q    But when he did, did you see him the next day or that

 7   evening memorializing it so he could preserve the facts?

 8   A    I wouldn't so far as say I see him do it, but I believe

 9   that's what he did.

10   Q    Did he also on occasion record conversations with

11   victims or witnesses if the situation called for it?

12   A    Yes, he would.

13   Q    And how long did you work with Detective Stack on

14   Operation Crystal Ball?

15   A    Probably a little in excess of a year, but that wasn't

16   my only assignment.  So I would work on this case, Operation

17   Crystal Ball, but I probably had at least another 30 or 40

18   cases I also worked.

19   Q    Is that all?

20   A    Yeah, that's all.  So it wasn't my full-time assignment

21   to assist Detective Stack.

22   Q    Okay.

23   A    But from the time that I started to talk to him and he

24   would seek some of my input at the beginning as to some of

25   his thoughts until the time I was promoted and left, it would
```

```
 1   have been in excess of about a year.

 2   Q    So sometime during the year 2008 and sometime during the

 3   year 2009?

 4   A    Correct.  Correct.  I think when Ms. Hill, Jennifer

 5   Hill, came to his attention, that could have been in 2007.

 6   Q    Correct.

 7   A    But I was not very involved with talking to Jennifer

 8   Hill.  I did speak with her on one occasion to get kind of

 9   what -- a feeling that I had about, you know, the story and

10   what she was explaining happened to her and Detective Stack

11   wanted my opinion as to what I thought.

12   Q    Now, you were working with Detective Stack in early

13   2008, weren't you?

14   A    Yes, I was.

15   Q    And did you have occasion to go with Detective Stack to

16   a Hilton hotel in Boca Raton, Florida?

17   A    Yes, I did.

18   Q    Did you meet anyone there?

19   A    Yes, I did.

20   Q    And who was it that you met?

21   A    Jude Montassir.

22   Q    And in the first meeting, did she readily say she was a

23   victim of a fraud?

24   A    No, she didn't.

25   Q    Did you have to come back another time before she
```

```
 1    believed that she was a victim of a fraud?
 2              MR. STEFIN:  Objection to the form of the question.
 3              THE COURT:  Overruled.
 4              THE WITNESS:  In subsequent meetings, yes, she
 5    didn't -- I don't know that she believed that she was a
 6    victim after the first time I spoke with her.  I didn't ask
 7    her specifically if she felt she was a victim, but she
 8    certainly didn't, you know, state, oh, yes, I definitely see
 9    I'm a victim here.
10    BY MR. SCHWARTZ:
11    Q    And when -- did you meet with a number of other clients
12    of Rose Marks or Nancy Marks or Cynthia Miller or Vivian
13    Marks in the course of your investigation?
14    A    I met with, I believe, maybe two other people during the
15    entire -- during my time.  Most of the meetings and most of
16    my involvement revolved around Jude Montassir.
17    Q    And in the other meetings was there a similar pattern
18    where the first or second time you met with them they didn't
19    feel or didn't believe they were victims, and eventually,
20    they came around?
21    A    Well, as I said, there were two people.  The first
22    person was Jennifer Hill.
23    Q    And she immediately said she was a victim.  She called
24    in because of that, right?
25    A    Correct.
```

```
1    Q    And who was the other?

2    A    And the second person, I'm trying to remember her name,

3    but she had also made a police report with the police, the

4    Fort Lauderdale Police Department, indicating that she felt

5    she was a victim.

6    Q    Okay.

7    A    And that was not investigated at the time.  This was

8    actually discovered later, and I spoke with her with

9    Detective Stack on one occasion, and he spoke to her on other

10   occasions.

11   Q    Okay.  And did you also, after Rose and other members of

12   her family were arrested, solicit people to see if they would

13   be victims in the case?

14   A    No, I didn't do any of that.  I was not -- when I left

15   the case, while I did have some, you know, activity in the

16   case after I was promoted to the patrol division, the

17   day-to-day operational things, and fielding or inquiring

18   about further victims after the arrest, I don't know who they

19   are right now, and I didn't know then.

20        I may have gotten some updates either probably

21   through Detective Stack that there are people coming forward,

22   but I never met with any of them, and I don't know who they

23   are.

24   Q    Do you know if your name was used in those types of

25   solicitations?
```

1    A    Potentially.  I don't know.

2    Q    Let me try to refresh your memory, if you don't mind.

3    A    Sure.

4    Q    Now, this might have been something that was left over

5    after you left the division?

6    A    Okay.

7    Q    But would you take a look at that and see if that helps

8    you?

9          MR. SCHWARTZ:  And just for the record, Judge,

10   that's Defendant's exhibit 56 for identification.

11          THE COURT:  All right.

12          THE WITNESS:  You want me to respond to this?

13   BY MR. SCHWARTZ:

14   Q    If it refreshes your memory at all.

15   A    I've never heard this name, and I don't know who they

16   are.

17   Q    Okay.

18   A    But Detective Anthony Wynns (phonetic), who's listed on

19   here, worked in the division, and my guess is that maybe he

20   added me in there in case -- I'm not sure.  I don't know who

21   wrote it.  I'm just assuming that maybe it was Detective

22   Anthony Wynns.

23   Q    Is it possible that before you left the detective

24   division, while you were there, a letter was sent out to

25   people suspected of being clients of Rose or her family's,

1    and your name was included on it, or do you think this is

2    something that was developed after you left the division?

3    A    I've never seen any letter like this, so I'm guessing

4    that it must have been, you know, created after I left or

5    potentially when I was there, but I never -- I did not ever

6    identify with it, and I believe Detective Anthony Wynns

7    assisted after Detective Stack retired, and I would imagine

8    that's why his name is on there.

9    Q    Okay.  Was it a practice when you were still at the

10   division and still involved, however peripherally, in the

11   case called Operation Crystal Ball, to go to people who you

12   thought might be clients of Rose Marks, Nancy Marks, Vivian

13   Marks, other members of the family, and tell them to take a

14   look at a website called gypsypsychicscams.com?

15   A    Are you asking me if I ever directed people to that

16   website?

17   Q    Did you, or in your presence or to your knowledge, did

18   any of the other detectives working on the case or federal

19   agents working on the case do that?

20   A    I've never used that website, and I would never refer

21   people, but I was familiar with the website that Detective

22   Stack had come up with, and read portions of it, but I never

23   met with -- the three individuals I've gone over are really

24   the people I've met, and I don't know if Ms. Montassir was

25   directed to that website or not, but I'm not familiar with it

```
 1    to the extent that I would send somebody to it to reference.
 2    Q    Okay.  But do you know of your own knowledge from the
 3    time you were in the Criminal Investigation Division whether
 4    other detectives or agents on the case did direct clients of
 5    the Defendant to that website?
 6    A    Like I said, the website did come to my attention, I
 7    think, by Detective Stack.  I can't say whether or not I
 8    recall him specifically asking someone to go to it, but
 9    certainly it could have happened.
10         Besides the in-person meetings that I would have of
11    the people I just discussed, I wouldn't really be present
12    for, I think a lot of the -- probably communications were
13    done over the phone, and I wouldn't necessarily be sitting
14    beside him to monitor what he or anybody else would have said
15    to the victim -- to a potential victim.
16    Q    Okay.  From your time at the task force and working with
17    the other detectives, did you learn that other victims had to
18    be persuaded they were victims?
19    A    I don't know -- I guess persuaded would be one way --
20    Q    Use your word.  I don't want to put words -- I do, but
21    I'm not going to put words in your mouth.
22    A    Were people when they were met in talking to Detective
23    Stack and in my personal situation with Jude Montassir, was
24    there a certain period that they immediately identified
25    themselves as a victim?  No, I don't believe that after first
```

```
 1    meeting with Jude Montassir when I walked out of the -- her
 2    hotel room, that she felt that, immediately, that she was the
 3    victim of a crime.  So if in a subsequent meeting while
 4    explaining facts or describing portions of investigation or
 5    identifying who different people were within the family, if
 6    that would be persuading, then I would say that I would agree
 7    to that.
 8    Q    Thank you for letting me put a word in your mouth.
 9    A    You're welcome.
10    Q    But when you met with a client or other people on the
11    task group met with a client and the client said, no, I'm not
12    a victim, or I'm happy with the services, or they're doing
13    good work for me -- and I'm supposing.  I'm not saying this
14    is what happened.  But if that were said, would somebody --
15    would it be a regular practice to make a report saying the
16    person said that or, rather, would you come back another time
17    and talk to them and wait until they basically agreed that
18    they were victims and then eventually write a report?
19    A    I wouldn't say that, you know, you would immediately go
20    back and write a report depending on, like I said, the
21    content of the conversation.  The conversation that I was
22    involved in with Ms. Montassir was not so much of her
23    talking, as much as just trying to provide some information
24    of what things we had uncovered and then providing her with
25    time on her own to think about them.  I never forced anybody
```

1    to -- I never got into a verbal dispute with someone to try

2    to convince them that they were a victim, and they said, no,

3    I'm not, I'm very happy.

4            I guess that's semantics as far as -- you know, so

5    is there a certain amount of information that you're

6    providing that may have happened to someone else to see if

7    there's something similar that they could identify with, then

8    I would say, yes, that would have been done.

9    Q    And I may be being unfair to you, and I apologize if I

10   am.  You only spoke really to three clients, Jude Montassir,

11   who you've told us about, and then two others who actually

12   made complaints; one, Jennifer Hill, who made the first

13   complaint, and second -- against Nancy Marks; and, second,

14   somebody else who had called in to make a complaint and was

15   later contacted?

16   A    Yes.

17   Q    So I guess what I'm asking is, to your knowledge, do you

18   know from your time in the task force whether other agents

19   and officers, when confronted with the situation of someone

20   saying, no, I'm not a victim, made reports of that, or did

21   they wait until they saw the person a few times more and then

22   make a report if they gave information about being a victim?

23   A    Yeah, I don't know what anybody else would have done in

24   that situation, but I did not.

25           And I do remember the other person's name if you

```
 1    would like it.

 2    Q    Surely.

 3    A    Elaine Richards.

 4    Q    Thank you.

 5    A    Takes me a little longer.

 6    Q    I get older also, and it takes longer.

 7             Let me direct your attention to your interaction

 8    with -- and not for any discourtesy, but a person I'll call

 9    Jude?

10    A    Okay.

11    Q    Only because I can't pronounce her name.

12             You met her and she was living at the Hilton Hotel

13    on Glades Road, in Boca Raton?

14    A    Yes, that's correct.

15    Q    Did there come a time when you and Detective Stack

16    assisted her in moving to another location?

17    A    Yes, there was.

18    Q    And what location was that?

19    A    The Embassy Suites on Southeast 17th Street, in Fort

20    Lauderdale.

21    Q    And did she register under her own name, or a name like

22    Jude Smith or something like that?

23    A    She registered under her own name because she was a

24    member of a program they had there, so I'm sure she wanted

25    her points.  But I'm not quite sure if -- I do believe that
```

```
 1    for the purposes of the public or anybody calling in, that it

 2    was a different name, and I don't remember what it was, but

 3    it was not Jude Montassir.

 4    Q    And did she use her own credit cards?

 5    A    Yeah, to the best of my knowledge she did.

 6    Q    And so the Fort Lauderdale Police Department or Federal

 7    Government didn't pay for her room and board at that hotel?

 8    A    No.

 9    Q    Did there ever come a time when, on the advice of any of

10    the officers or agents she stopped using her own credit card

11    and used a different credit card?

12    A    Yes, I'm not going to say that she stopped using her

13    credit cards, but she (sic) did come a time that she used

14    other credit cards to try and keep her --

15    Q    Location?

16    A    -- herself out of the limelight, out of -- to where it

17    wouldn't be easy to find out her location.

18    Q    And do you know whose credit card she used?

19    A    I don't know that she used anyone's credit card, which

20    she did subsequently, as we'll probably get to, she did

21    subsequently hire an assistant, and that assistant would have

22    used their credit cards or her credit card and then would

23    have subsequently been reimbursed.

24    Q    And do you have some knowledge of the name of that

25    assistant?
```

```
 1    A     Oh, yeah.

 2    Q     Is she related to you in some capacity?

 3    A     As far as I know, yes.  It is my wife.

 4    Q     Okay.  And she would use -- is your wife's name Julie?

 5    A     Yes, it is.

 6    Q     -- Julie Ogden's credit card rather -- for things rather

 7    than her own, so that her name wouldn't be out there?

 8    A     Correct.

 9          Again, probably Julie would be a better person to

10    say for sure.  But to my knowledge, Jude did not use my

11    credit card or Julie's credit card.  She purchased a lot of

12    things online through different entities, you know, Amazon or

13    whatever it may be.  Those orders would be described to

14    Julie, and then Julie would place the order for her, and then

15    there would be a subsequent reimbursement of that money.  So

16    it's not that she walked around with my credit card or

17    anybody's credit card and used it --

18    Q     I understand.

19    A     -- at will.

20    Q     And let me jump ahead to that.

21          Did there come a time when Ms. Montassir hired your

22    wife to perform services for her?

23    A     Yes, there was.

24    Q     And did she pay your wife a weekly or hourly salary to

25    do that?
```

1    A    Yes, she did.

2    Q    Do you remember how much?

3    A    I believe it was a thousand dollars a month -- a week.

4    Q    And did that service entail collating financial

5    documents in order to get her taxes filed?

6    A    Part of it, yes.  That was one thing that was performed.

7    Q    What else did she do?

8    A    She acted as her assistant.  Any purchases that need to

9    be made, any trips to the market, any -- just whatever

10   personal assistance would have been needed, trips to Office

11   Depot, anything that she would want that a personal assistant

12   would perform, those jobs were performed.

13   Q    Did that include booking travel plans, or hotels or

14   making other types of arrangements for travel?

15   A    You'd have to ask my wife.  I'm not sure.  I know that

16   there was some issues with purchasing homes and communicating

17   with people there, but I don't know specifically on a daily

18   basis what jobs were performed.

19   Q    And did your wife help Ms. Montassir purchase a home in

20   Sea Lake Ranches?  Am I pronouncing that right?  Is that the

21   right name?

22   A    It's not, but I'm trying to think of it myself.

23            Southwest Ranches.

24   Q    Southwest Ranches, forgive me.

25   A    Help in the matter of -- again, if I say it, I'm not a

```
1    hundred percent sure, but in contacting not necessarily
2    realtors, but insurance agents and kind of facilitating that
3    sort of work.  As far as picking the house out or anything
4    like that, I don't think she participated in that.
5    Q    Neither you nor your wife has any participation in a
6    kickboxing gym called Ring Fit, do you?
7    A    No, I -- but thank you.  Appreciate the . . .
8    Q    I was just going to ask for a membership, but I'll
9    withdraw that request.
10           Did -- neither of you have any participation in
11   that entity, do you?
12   A    No.
13   Q    Okay.  Now, did there come a time when you and Detective
14   Stack traveled with Jude?
15   A    Yes.
16   Q    And can you tell me when that was?
17   A    I don't have the exact date of when it was.  I believe
18   it was in the fall of 2008, but I don't have the exact date.
19   Q    Would that be in or around the beginning of December of
20   2008?
21   A    Yes, I would think that would be fair.
22   Q    Okay.
23   A    There's no seasons here, so everything is either fall or
24   summer.
25   Q    Did you transplant from somewhere else?
```

```
 1   A     I did, but it was quite a while ago.

 2   Q     Okay.  And you traveled where?

 3   A     To Santa Fe, New Mexico.

 4   Q     And what was the purpose of going to Santa Fe, New

 5   Mexico?

 6   A     During the course of the investigation, in communicating

 7   with Ms. Montassir, she had, early on, had a strong belief

 8   that her ex-husband, Claude White, was somehow involved in

 9   either relaying communication to Ms. Marks or the family, and

10   part of that was some of the predictions that Rose Marks made

11   that were revolving around the actions.  I'm kind of speaking

12   in circles, so maybe I'm just going to say specifically what

13   they were.

14   Q     Okay.

15   A     Ms. Montassir early on had described a situation that

16   happened to her while she was living in New York City to

17   where Rose Marks had called her and described that she had

18   been working with her guides, and that Claude White was very

19   irate and out of control and on his way to confront her at

20   her apartment.  I believe it was on Park Avenue.

21   Q     Now, Ms. Jude told you that.  Did you ever corroborate

22   whether Rose ever gave her that information?

23   A     No, I did not.

24   Q     So you relied on what Jude told you, right?

25   A     Yes, that's correct.
```

```
 1    Q    And did you ever corroborate, for instance, with the
 2    doorman or the concierge, or the building superintendent
 3    whether Mr. White had exploded and had a violent fit in the
 4    lobby of their building?
 5    A    The only attempt I made was with NYPD, and that was not
 6    very fruitful.  I obviously didn't speak to any one of the
 7    50,000 people that could help me answer that question, and
 8    didn't feel that that would -- they would have a record of
 9    that.  So above and beyond that, I wasn't able to
10    corroborate.
11    Q    And when you say 50,000 people, you're talking about New
12    York City policemen?
13    A    I'm sorry, yes, the number of sworn officers
14    approximately in New York City.
15    Q    But you could have corroborated or seen if Jude was
16    telling the truth if you called the building superintendent,
17    couldn't you?
18    A    Potentially, but it was so far after the fact.  I mean,
19    this was described to us as an event that happened in the
20    early '90s, and this was -- at that point was in 2008.
21    Q    So you just relied on what Ms. Montassir told you; is
22    that right?
23    A    Yes, correct.
24    Q    And you relied on what she told you that she said Rose
25    told her, and you relied on what she told you for how she
```

```
 1    said Claude reacted?

 2    A     Yes, that's correct.

 3    Q     And did you check in New Mexico to see if there was any

 4    history of any violent behavior by Mr. White?

 5    A     No.

 6    Q     Did you see if there were any domestic violence reports

 7    or anything of that sort?

 8    A     I pulled Claude White's criminal history, which should

 9    have covered any arrest.  If you run a national criminal

10    history, you know, it's called NCIC.  I shouldn't have

11    brought up an acronym when I don't exactly know what it

12    stands for.

13    Q     National criminal investigation center?

14    A     Correct.

15          Any arrests that would happen in the United States

16    should be reported to that, so when you pull a criminal

17    history it would bring up arrests from any other states, and

18    I did not observe any arrests from any other states that

19    Claude White --

20    Q     For domestic violence or anything else?

21    A     Correct.

22    Q     So you acted the way you acted -- and I'm, again, not

23    criticizing, but you acted the way you acted based solely on

24    your belief that what Jude Montassir was telling you was

25    true?
```

```
 1    A     That's correct.

 2    Q     Did you have any evidence at that time or any time that

 3    you were in this division, the Criminal Investigation

 4    Division, that Mr. White was somehow a coconspirator with

 5    Rose Marks other than Jude's belief?

 6    A     No, I never had any evidence as far as it would be to

 7    have phone, you know, records, which would have been

 8    impossible to obtain due to the length of time.  It was just

 9    as Jude Montassir, or Jude, would have described events that

10    occurred not only that first day but subsequently through the

11    relationship, it became a culmination of things that led you

12    to believe potentially that Claude White had communication

13    with Rose Marks, and that was one of the main reasons we went

14    to New Mexico.

15    Q     To investigate that and to protect Ms. Montassir?

16    A     Not to protect, not to protect Ms. Montassir, but to --

17    Q     You weren't there as her bodyguards?

18    A     No.  We were there to interview Claude White and another

19    gentleman that became of interest, Eddie Lewis, which was

20    just someone's name that Ms. Montassir had brought to our

21    attention as someone who may be able to shed some light as to

22    some of those actions of Claude White.

23    Q     Okay.  And so if Ms. Montassir perceived that you and

24    Mr. Stack -- Stack went with you, right?

25    A     Yes, he did.
```

```
 1    Q      Went there to help --

 2               MR. STEFIN:  Objection.

 3               THE COURT:  Sustained.

 4               Rephrase your question.

 5    BY MR. SCHWARTZ:

 6    Q      Did you ever tell Ms. Montassir that you were going to

 7    protect her from Claude?

 8    A      No, I never told her that.

 9    Q      In your presence, did Mr. Stack ever tell Ms. Montassir

10    that you were going there to protect her from Claude?

11    A      No.

12    Q      And did you or Mr. Stack serve a grand jury subpoena on

13    Mr. White?

14    A      We did after first trying to talk to him.

15    Q      And did his attorney object to you talking to him?

16    A      He advised him that he shouldn't talk to us, that it was

17    his opinion that he shouldn't conduct an interview with us,

18    and he didn't.

19    Q      Mr. White was smart enough to follow his attorney's

20    advice?

21    A      He was.

22    Q      Okay.  And did you have an opportunity to interview

23    Mr. Lewis?

24    A      Yes, I did.  Or, yes, we did.

25    Q      And did that help you in your investigation?
```

```
 1    A     No, it did not.

 2    Q     Did he say anything about Claude being violent?

 3    A     No, he did not.

 4    Q     Or being controlling or being domineering or anything

 5    like that?

 6    A     No, he did not.

 7    Q     And did you interview anybody else when you -- while you

 8    were there?

 9    A     Not that I recall.  I do believe we had a communication

10    with a psychologist, but I don't know if that would be an

11    interview.

12    Q     And without saying anything that the psychologist said

13    to you, what was the purpose -- was this the psychologist

14    that Ms. Montassir's attorney had arranged to interview her?

15    A     I believe so.  It wasn't one that I recommended she

16    speak to.

17    Q     And did her attorney also arrange for you to have the

18    opportunity to talk to the psychologist?

19    A     Yes.

20    Q     So -- and do you remember who Ms. Montassir's attorney

21    was?

22    A     I can vision her, but I'm not quite sure of her name.

23    Q     Was her first name Sarah?

24    A     I believe so.

25    Q     Sarah Bennett.
```

```
 1    A     Sarah Bennett.  Yes, that's correct, Sarah Bennett.

 2    Q     I'm terrible with names.

 3          The -- and after Sarah Bennett arranged for you to

 4    meet with the psychologist, again, don't tell us what he said

 5    to you, but what type of questions did you ask of the

 6    psychologist?

 7    A     I don't really remember asking the psychologist any

 8    questions.

 9    Q     What was your purpose of meeting the psychologist that

10    Ms. Bennett arranged for you to meet?

11    A     I think to just maybe give us an overview that she was

12    the victim of -- that we perceived her to be the victim of a

13    crime.  I think it was to help shed some light as to why she

14    was there.

15    Q     And did you also tell the psychologist that you believed

16    that Claude White -- I'm sorry, that Rose Marks knew what

17    Claude White was going to do because they were sort of in

18    cahoots with each other?

19    A     I don't know that I said I thought, but obviously it was

20    one of the hypothesis or ideas that I went out to talk to

21    Claude White about.  So I don't know how I may have brought

22    that up, but certainly I guess, if asked, I might have made

23    mention of that.

24    Q     Now, about how long did you stay in New Mexico?

25    A     I believe it was three days.  It may have been more, but
```

```
1    I believe it was three or four days.

2    Q    Okay.  And at that time, you were with the federal task

3    force or the Secret Service task force?

4    A    Yes.

5    Q    And do you know or had you before you -- withdrawn.

6            Before you had gone, did you or anybody from the

7    task force speak to the U.S. Attorney's Office about the trip

8    and going on the trip?

9    A    Yes.

10   Q    And, in fact, you obtained a grand jury subpoena from

11   the U.S. Attorney's Office, right?

12   A    Yes, correct.

13   Q    Okay.  So the members of the U.S. Attorney's Office knew

14   the purpose for going?

15   A    Yes.

16   Q    And were there depositions that occurred while you were

17   there?  I might have asked this already.

18   A    I don't recall any depositions that occurred.

19   Q    Is it possible -- withdrawn.

20           Let me ask you, and then I'll try to refresh your

21   memory.

22   A    Okay.

23   Q    Did you and Mr. Stack attend the depositions of Jude

24   Montassir and Claude White in New Mexico?

25   A    Yes.  I guess I just didn't realize them to be
```

```
 1    depositions, but they had a meeting to where both parties
 2    were present, and I did attend that meeting.
 3    Q    Was there a court reporter there?
 4    A    I do not recall.
 5    Q    Okay.  Let me show you --
 6          MR. SCHWARTZ:  I think this was marked for
 7    identification earlier, Judge, but we're checking, and at
 8    this time, I'm going to show him some documents and ask him
 9    if it refreshes his memory about whether he attended a
10    deposition in the beginning of December of 2008.
11          THE WITNESS:  You want me to respond?
12    BY MR. SCHWARTZ:
13    Q    Yes.
14    A    Yes, this is what I was speaking of.  It's not what I
15    deem to be a deposition in a criminal proceeding, but if
16    that's what they called it was a deposition.  I kind of
17    thought it was more of a mediation or -- but, yes,
18    whatever -- I did attend.
19    Q    You attended whatever it was.
20    A    Correct.
21    Q    Okay.  And was Ms. Montassir asked questions by
22    Mr. White's attorney, and did she give answers?
23    A    Yes.
24    Q    And also, was Mr. White asked questions by
25    Ms. Montassir's attorney, and did he give answers?
```

1    A     I believe he did.

2    Q     Okay.

3          And what was your purpose of attending that meeting

4    or deposition, whatever it was?

5    A     I had no intentions of attending any meeting.  The

6    purpose~--- the reason that myself and Detective Stack were

7    even present at the law office was that was going to be our

8    opportunity to speak with Claude White.  Myself and Detective

9    Stack showed up so we could interview Claude White.  It was

10   the only time that we knew where he was and when he was going

11   to be there.

12         When we arrived, and as the time came closer to

13   Ms. Montassir actually going into this, she became very

14   distraught and very distressed, hyperventilating because she

15   was afraid to face Claude White.  She asked us if we would

16   accompany her into the room to help to make her more at ease.

17         A conversation then ensued between myself and

18   Detective Stack and her attorney, and Ms. Montassir didn't

19   feel -- seem willing to go in and didn't feel safe in that

20   room unless we attended.  It was never our intention to go

21   into the room.  It's not why we were there.  And that

22   agreement was worked out between both attorneys to allow us

23   to go into the room so that Ms. Montassir could relax and

24   conduct her deposition.

25   Q     So -- I'm sorry.

1    A     And that was our purpose for being there.  It wasn't --

2    we didn't go there so we could sit in on her deposition.

3    Q     So am I correct, then, that your purpose wasn't to

4    monitor her questions and answers to make sure she didn't say

5    anything about your investigation?

6    A     No, we didn't want a lot of -- you know, that would --

7    it's not why we went there, but, yeah, certainly we didn't

8    want a whole lot of information brought out, but that wasn't

9    up to us.

10    Q     Okay.  That was up to the attorneys?

11    A     Correct.

12    Q     And you didn't intervene at all in the deposition, did

13    you?

14    A     No, I don't believe I did.

15    Q     And there was a lot of talk about the investigation,

16    right?

17    A     Yes.

18    Q     So did I understand the only reason you went in is

19    because Ms. Montassir's actions caused you to go in to make

20    her feel better about attending the deposition?

21    A     That's correct.

22    Q     And you stayed for Mr. White's deposition for the same

23    reason?

24    A     Whatever she was present for, I believe we were there

25    for.

```
 1   Q    Were you given a subpoena to appear at a deposition in

 2   New Mexico?

 3   A    No.

 4   Q    Let me show you what's been marked for identification as

 5   Defendant's exhibit 57.  And I realize it was over five years

 6   ago.  Does that refresh your memory?  And look at the last

 7   page also.

 8   A    No, I don't remember this.

 9            I don't remember getting that subpoena.

10            MR. SCHWARTZ:  May we approach for a moment, Judge?

11            THE COURT:  Yes.

12       (The following proceedings were held at sidebar:)

13            MR. SCHWARTZ:  I believe the last page is a

14   certificate of service by hand delivery, Judge.

15            MR. STEFIN:  It says to Sarah Bennett, though.

16            MR. SCHWARTZ:  And it was on Ms. Montassir's

17   attorney --

18            THE COURT:  Hold on.

19            MR. SCHWARTZ:  I'm sorry.

20            THE COURT:  Okay.  Well, it says, does say both.

21            So what's your --

22            MR. SCHWARTZ:  I wanted to offer it in evidence or

23   ask if Mr. Stefin would stipulate.  I didn't want to do that

24   in front of the jury.

25            MR. STEFIN:  Well, I don't want to stipulate to it
```

```
 1    because it's my belief that he wasn't served with it, even

 2    though it says it on the form.

 3              THE COURT:  He said he wasn't served with it.  This

 4    is not a certified copy of anything, so.

 5              MR. SCHWARTZ:  No, it isn't.  Okay.

 6              THE COURT:  I don't think it's -- a proper

 7    foundation's been laid for its admissibility.

 8              MR. SCHWARTZ:  That's why I was going to ask

 9    Mr. Stefin, Judge.  I'll get it certified on Monday.

10              MR. STEFIN:  Even if it's certified.

11              THE COURT:  Yeah, even if it's certified, that only

12    means that it's an actual copy of something that was filed in

13    court.  Doesn't mean he actually got it.

14              MR. SCHWARTZ:  Okay.

15              MR. STEFIN:  And do you believe that he was served

16    with it, based on your investigation?

17              MR. SCHWARTZ:  I think he was, but --

18              THE COURT:  Can I interrupt?

19              MR. STEFIN:  Relevance.

20              THE COURT:  What difference does this make if he

21    was served with a subpoena in this case?  Trying to show some

22    kind of interest or bias?

23              MR. SCHWARTZ:  I'm trying to show bias by this

24    witness in favor of Jude Montassir, but . . .

25              THE COURT:  And what about Stack?  Did they serve
```

```
 1    Stack, too?

 2              MR. SCHWARTZ:  Yes.

 3              THE COURT:  Does Stack admit getting the --

 4              MR. SCHWARTZ:  I haven't talked to Stack.

 5              THE COURT:  Do you know if Stack got one of these?

 6              MR. STEFIN:  To the best of my knowledge, I can

 7    doublecheck, I don't think either one of them was served with

 8    it.  I think there was some discussion by the lawyers about

 9    serving them, but they backed off of it in the end.  I do

10    know that neither one of them gave any depositions.  So what

11    they were intending to do, they didn't do it.

12              THE COURT:  At this point I'm going sustain the

13    objection.  I'm not sure even a certified copy would be

14    admissible unless they admit to getting served with it.

15              MR. SCHWARTZ:  Okay.

16              MR. STEFIN:  And, plus, can I just point out it's

17    one of these situations where he's called the witness, and

18    he's asking him questions, and now it seems like he wants to

19    impeach him.

20              THE COURT:  Well, you know, you can impeach your

21    own witness under the Rules.  So he's not -- he didn't call

22    this witness just to impeach him.

23              MR. STEFIN:  Yeah, you're right.  Okay.  Thank you.

24         (Sidebar conference concluded.)

25
```

```
1    BY MR. SCHWARTZ:

2    Q    Now, Detective -- I'm sorry, Sergeant Ogden, do you know

3    of your own knowledge whether Mr. Stack was served with a

4    subpoena?

5    A    No, I don't know.

6    Q    And prior to or shortly after the meeting or depositions

7    in New Mexico, do you know if the case between Jude Montassir

8    and her ex-husband regarding money was settled?

9    A    Yeah, I believe they came to an agreement.

10   Q    At or around that time?

11   A    I believe so, yes.

12   Q    And after that trip to New Mexico, did you ever see

13   Ms. Montassir again?

14   A    Yes.

15   Q    As a matter of fact, hadn't she -- or didn't she rent a

16   home near yours?

17   A    Yes.

18   Q    About how far away?

19   A    Next door.

20   Q    Pretty close?

21   A    I don't know how you could get closer.

22   Q    She could live with -- no.

23        And did you socialize with her?

24   A    I didn't avoid her, but she's not particularly one to

25   come out and socialize, so, no, there wasn't any regular come
```

```
 1    over and talk and hang out at my house.  But certainly I by

 2    no means avoided her, and we would have conversations, sure.

 3    Q     But you didn't watch Dolphin games with her?

 4    A     No, I'm not sure she even knows what football is.

 5    Q     Okay.  Or knows of a different type of football?

 6    A     Correct.

 7    Q     Soccer.

 8          Did you ever recommend an accountant to her?

 9    A     She asked me about an accountant.  I told her the

10    accountant I used, as well as any other accountant she might

11    want to use.  So if you call that a recommendation, I guess

12    you could say it was a recommendation.

13    Q     Well, you told her you used him, and you thought he was

14    a good accountant, right?

15    A     Yeah, I've used him for years.

16    Q     And did you have an opportunity to meet with or talk to

17    the accountant once he started or as he started doing work

18    for Jude?

19    A     I believe the first meeting they had I introduced her

20    and introduced a little bit about the case, and then I never

21    went to the accountant again with her.

22    Q     And did you talk to him or tell him who the targets or

23    subject of your fraud investigation were?

24    A     I'm sure I did.  I don't remember specifically, but it

25    would become probably something important for him as he's
```

```
 1   preparing her returns.  So I would imagine I did, I just

 2   don't specifically recall outlining that.

 3   Q    Did you include at that time as a target or subject of

 4   the investigation Claude White?

 5   A    I may have talked about Claude White also.  I don't know

 6   in what capacity, seeing as that was her ex-, you know,

 7   husband that she was paying support to, but I don't know that

 8   I would have deemed him as a -- you know, as a suspect or

 9   anything, but he was certainly, as people like to say and

10   think that it's all the same, he was someone that I wanted to

11   talk to, and he was someone that I wanted to get his side of

12   some of the things that transpired over the course of years.

13   Q    Well, is that -- would the current vernacular for that

14   be person of interest?

15   A    Yes, everybody -- yeah, sure, if you'd like to call it a

16   person --

17   Q    You're interested in everybody, right?  I'll with --

18   A    I would have no problem, yes.

19   Q    I'll with --

20        Okay.  But here's my -- what I wanted to ask you,

21   and I'm going to get an exhibit.  When did you refer her to

22   Mr. Raley?

23   A    I don't recall when that would have been like as far as

24   a date or -- if you have information of when she was first --

25   it was something that I felt she needed to address, so I
```

1    would assume that it was sometime in 2008, but I don't know

2    specifically when it would have been.

3    Q    Well, if he filed her return sometime toward the middle

4    or end of 2009, would that help you determining when you

5    introduced them?

6    A    I don't know when.  Not necessarily.  I don't know how

7    long it took him to file the returns.  I was not part of

8    accumulating information to file the return, or I never

9    actually even seen the return.  So I don't know if it would

10   have taken him two weeks or two years to do the return.

11   Q    Let me ask you, was it -- it was after you came back

12   from New Mexico that you introduced them?

13   A    I don't know.

14   Q    Okay.  But you -- other than what Jude told you, you

15   never had any evidence that Claude White was involved in a

16   fraud; is that right?

17   A    Correct.

18   Q    Let me show you what's been marked as Defendant's

19   exhibit 51 in evidence.

20        Do you see the names marked with sort of a line

21   next to them on this sheet?

22   A    Yes.

23   Q    Were these the names of entity -- were these included in

24   the names of entities or individuals that you told Mr. Raley

25   were involved in the fraud against -- the alleged fraud

1    against Jude Montassir or Deveraux, Inc.?

2    A    Well, any payments made to Claude White I definitely

3    wouldn't have perceived as a fraud, because she owed him

4    alimony or her support.  So any money that was paid to him

5    would certainly not have, in my opinion, been considered

6    fraud.

7         If you're asking me again, did I ever indicate that

8    Claude White was somebody that I wanted to talk to or

9    continue to talk to, I very well may have.  I'm not saying I

10   did or didn't, I just can't recall specifically saying that.

11   Q    So you never told Mr. Adrian Raley or his father that

12   Claude White was somebody who defrauded Jude Montassir?

13   A    Not outside the way I just answered the question.

14   Q    I'm sorry.  I tried to summarize your answer.  I

15   withdraw that, and we'll stick with your answer.

16   A    Yes.

17   Q    Okay.  Do you know if anybody else involved in this

18   investigation, Operation Crystal Ball, other than Jude, spoke

19   to Mr. Raley about who had committed fraud?

20   A    Not that I know of.

21   Q    So if Mr. -- is it fair to say that it was only you and

22   Jude who spoke to him about this, if he didn't get this

23   information from you he had to get it from Jude?

24        MR. STEFIN:  Objection to the -- that question.

25        THE COURT:  Sustained.

1    BY MR. SCHWARTZ:

2    Q    Did you participate at all in the arrests and raids in

3    this case in August of 2011?

4    A    I was present, yes.

5    Q    And hadn't you already left the task group by that time?

6    A    Yes, I did.

7    Q    And where were you present?

8    A    What was my assignment then?

9    Q    Yes.

10   A    What was the date?

11   Q    I think it was August 16th, 2011.

12   A    I believe I was in the position to where I had the

13   multiple different responsibilities.

14   Q    How did you come to be present at the arrest of

15   Mrs. Marks?

16   A    When the Secret Service started to accumulate the

17   information they needed and all the things that would also be

18   accomplished in concert with the arrests, they needed as many

19   officers, agents, anyone who had the ability and freedom to

20   be able to assist, and I just became one of numerous,

21   probably over 50 or 60 people, who were involved in that.

22   Q    So you were drafted?

23   A    For lack of better terms, yes.

24   Q    And you were still a Fort Lauderdale police officer,

25   just had a different assignment; is that right?

```
 1    A     That's correct.

 2    Q     But was Mr. Stack there also?

 3    A     I believe he was there, yes.

 4    Q     Hadn't he retired from the Fort Lauderdale Police

 5    Department already?

 6    A     I believe he was retired at that point.

 7    Q     So he didn't have any law enforcement powers, right?

 8    A     No.

 9    Q     As a matter of fact, he was an investigator for the

10    public defender's office at that time, wasn't he?

11    A     Yes.

12    Q     What was he doing there?

13    A     I believe he was there as a liaison to assist with any

14    questions that any of the agents or anybody else may have

15    that were conducting the operation.

16    Q     For the public defender?

17    A     I don't think the public defender would agree to that

18    statement, but . . .

19    Q     So why was he there?  What do you mean as a liaison?

20    A     Well, if anybody had any questions or any information

21    needed to be gained, I believe he had the most intimate

22    knowledge of the totality of this investigation, and any

23    people, members, identification of individuals and the chance

24    that someone claimed that they were someone else.

25    Q     You had pictures of everybody, didn't you?
```

```
 1    A    I don't know.  You want to look at my driver's license

 2    picture and we'll compare it?

 3    Q    There was a very nice lady who was the case agent for

 4    the IRS who had been on the case for a couple of years, Beth

 5    Watts?  She was there, right?

 6    A    Yeah, I believe she was there.

 7    Q    And there was a case agent for the Secret Service, and

 8    she was there, wasn't she?

 9    A    Yes, she was.

10    Q    And there was the case agent or the investigator in

11    charge for the Fort Lauderdale Police Department, and he was

12    there, wasn't he?

13    A    I believe he was there, yes.

14    Q    But you needed Stack as a liaison?

15    A    I didn't need him.

16    Q    Okay.  The -- what location were you at at the day of

17    the arrests?

18    A    2000 East Sunrise.

19    Q    And what is that location?

20    A    Astrology Life, run by, I believe Cynthia Miller and her

21    husband.

22    Q    Was there also an apartment there?

23    A    Yes, there was.  I didn't know that, but -- prior to the

24    event, but, yes, there was.

25    Q    Were there people living there?
```

```
1    A    Yes.

2    Q    And were they people for whom you had arrest warrants?

3    A    Yes.

4    Q    And did you assist in effectuating the arrest of Cynthia

5    Miller and Michael Marks?

6    A    I would say yes.  I didn't physically perform the

7    arrest, but I was there.

8    Q    And since that day, other than being troubled by me with

9    a subpoena to come here, have you had any participation in

10   the case?

11   A    Not -- I mean, something could pop up and someone may

12   have asked me some questions or my input into something, but,

13   no, I didn't -- at that time I didn't have any regular

14   participation in the case, so I don't believe anything

15   subsequent would have changed that.  But certainly something

16   could pop up where I may have been somewhere and upon

17   someone's request, but none that I can recall.

18              MR. SCHWARTZ:  May I have a moment, Judge?

19              THE COURT:  Yes.

20   BY MR. SCHWARTZ:

21   Q    You mentioned that Ms. Deveraux -- I'm sorry,

22   Ms. Montassir didn't socialize very much.  Neither you nor

23   your wife kept her in isolation, did you?

24   A    No.

25   Q    Okay.  And were you aware at the -- at or about the time
```

1    it occurred, that Ms. Montassir loaned or invested $35,000 in

2    Charlie Stack's kickboxing gym?

3    A    I became aware of that, yes.

4    Q    At or around that time?

5    A    Yes, sometime in that general timeframe, yeah.

6    Q    How'd you become aware of it?

7    A    Detective Stack told me.

8    Q    Did -- were you present when Jude gave him the check or

9    offered a check to him?

10   A    She didn't give the check to him, she gave the check to

11   his business associates.

12   Q    And did Mr. Stack, to your knowledge, know about it when

13   it was given?

14   A    No, he did not, to my knowledge.

15   Q    And when he found out about it he gave the money back,

16   right?

17   A    Correct.

18   Q    And do you know of your own knowledge whether he

19   reported this transaction to either the U.S. Attorney or the

20   defense counsel in the case?

21          MR. STEFIN:  Well, objection to the form of the

22   question.

23          THE COURT:  Rephrase the question.

24   BY MR. SCHWARTZ:

25   Q    Did you ever have any conversations with Mr. Stack

```
 1    regarding reporting the fact that a witness had given a

 2    company he owned $35,000 to either the U.S. Attorney's Office

 3    or the defense counsel in the case?

 4    A    I believe he told the U.S. Attorney's Office.  I'm not

 5    sure if he told defense counsel.

 6    Q    Did you ever deal with a gentleman named Sammy Marks?

 7    A    No.

 8    Q    And this is going to sound stranger.  How about a

 9    gentleman named Gary Goon (phonetic)?

10    A    No.  I know who the individuals you're referring to, but

11    I've never had dealings with them.

12    Q    And your wife assisted Jude Montassir with her

13    bookkeeping and other paper problems and became her

14    assistant.  Has she ever done this for any other witness?

15    A    No.

16    Q    Is that her regular occupation?

17    A    No.

18    Q    What does she normally do?

19    A    She teaches preschool, and then prior to that taught

20    kindergarten and first grade.

21             MR. SCHWARTZ:  No other questions, Your Honor.

22             THE COURT:  Thank you.

23             How much do you think you have?

24             MR. STEFIN:  About 15 minutes.

25             THE COURT:  Let's take a break for the reporter's
```

```
 1    benefit.  All right?  Let's take a 15-minute recess.  Don't

 2    discuss the case or form any opinions.  We'll see you in

 3    about 15 minutes.  Thank you.

 4        (The jury exits the courtroom.)

 5            THE COURT:  All right.  Don't discuss your

 6    testimony during the recess, please.  We'll see you in about

 7    15 minutes.  Thank you.

 8        (A recess was taken from 2:54 p.m. to 3:08 p.m., after

 9    which the following proceedings were had:)

10            THE COURT:  Please be seated.

11            We ready to proceed?

12            MR. STEFIN:  Yes, Your Honor.

13            THE COURT:  Mr. Schwartz, you ready?

14            MR. SCHWARTZ:  Yes, Your Honor.

15            THE COURT:  The Defendant's present with counsel.

16            Let's bring the jurors in.

17            You're still under oath, sir.

18        (The jury enters the courtroom, after which the following

19    proceedings were had:)

20            THE COURT:  Welcome back, everyone.  Please be

21    seated.

22            Mr. Stefin, you may cross-examine.

23                            Cross-examination

24    BY MR. STEFIN:

25    Q    Detective Ogden, you've testified that you were
```

```
 1    assisting Detective Charlie Stack in this investigation?

 2    A    That's correct.

 3    Q    And, in fact, other than spending time with Jude

 4    Montassir, you spoke to just two other victims, or alleged

 5    victims, in this case?

 6    A    Correct.

 7    Q    And you recall that one of the alleged victims was a

 8    woman by the name of Elaine Richards?

 9    A    Yes, that's correct.

10    Q    And that she was an alleged victim of Cynthia Miller?

11    A    Yes, that's correct.

12    Q    And do you recall that her alleged loss was several

13    hundred thousand dollars?

14    A    Yes, it was.

15    Q    And you're also aware that there were a number of other

16    victims that were located or spoken to by Detective Stack or

17    other investigators in this case?

18    A    Yes, that's correct.

19    Q    And do you recall approximately how many potential

20    victims were interviewed by detectives in this matter?

21              MR. SCHWARTZ:  Objection, relevancy.

22              THE COURT:  Sustained.

23    BY MR. STEFIN:

24    Q    Now, you accompanied Detective Stack on the day you

25    knocked on the hotel door of Jude Montassir?
```

```
 1    A     Yes, I did.

 2    Q     You were there at that first meeting?

 3    A     Yes, I was.

 4    Q     And she was staying in a hotel room in Boca Raton,

 5    Florida?

 6    A     Yes, that's correct, the Hilton on Glades Road.

 7    Q     And can you describe her mental state on that date?

 8          MR. SCHWARTZ:  Your Honor, I'm going to object

 9    unless he can --

10          THE COURT:  Rephrase the question in terms of

11    mental state.

12          MR. STEFIN:  I'm sorry?

13          THE COURT:  Rephrase the question.

14 BY MR. STEFIN:

15    Q     Can you describe her demeanor, how she appeared that

16    particular day?

17    A     Through word and action, she appeared to be depressed

18    and withdrawn.

19    Q     And when you told her about the investigation that was

20    going on, what was her response?

21    A     She advised that she didn't really care if she was a

22    victim, that she just wanted to die and be with her son.

23    Q     And at that time, did you know the backdrop of that

24    comment, the fact that she had had a son who had been killed

25    in a tragic accident?
```

```
 1    A     No, I didn't know anything about her other than her

 2    name.

 3    Q     And how much time did you and Detective Stack spend with

 4    her at that particular evening?

 5    A     I believe it was approximately an hour and a half.

 6    Q     And in the course of that conversation, did

 7    Ms. Montassir express any concern about anyone else?

 8    A     Yes, as we began to discuss and -- the facts of the

 9    investigation and what we were trying to do, she became very

10    concerned over another friend that she felt was also being

11    victimized, or potentially being victimized by Rose Marks,

12    who at that point she knew as Joyce Michael.

13    Q     And did she later identify this friend who she thought

14    was being victimized by Joyce Michael?

15    A     Not on that day, but on the following day she did.

16    Q     And who was that?

17    A     Brad Pitt.

18    Q     And in conversations with her, did you learn she was in

19    the process of communicating with someone who she believed

20    was Brad Pitt?

21    A     She believed she was communicating with Brad Pitt.

22    Q     Did she also --

23          MR. SCHWARTZ:  Objection to him testifying as to

24    what she believed.

25          THE COURT:  Sustained.
```

```
 1   BY MR. STEFIN:

 2   Q    Did she show you e-mails about communications with Brad

 3   Pitt?

 4   A    Eventually, she did.

 5   Q    In fact, at some point in time did you not basically

 6   take over or borrow her e-mail address to continue

 7   correspondence with people?

 8   A    Yes, I did.

 9   Q    In that first or second meeting, did Ms. Montassir

10   mention having communicated or believing she had communicated

11   with Colin Powell?

12   A    Yes, she described a relationship she had with Colin

13   Powell, as well.

14   Q    And what relationship was that?

15   A    That it was on some level, although never physical, but,

16   you know, a romantic relationship, romantic in the amount

17   that she never actually physically was in his presence or

18   talked to him, but through, I believe those were more

19   actually written letter.

20   Q    And in your conversations with Ms. Montassir, did you or

21   Detective Stack express disbelief that she was actually

22   communicating with either Brad Pitt or Colin Powell?

23   A    Yes.

24   Q    Did she have any correspondence in her possession at

25   that time, do you recall, with Mr. Powell?
```

```
 1   A    No, I don't believe she was any longer in communication

 2   with Colin Powell.

 3   Q    And how long after that first meeting in the hotel room

 4   did Ms. Montassir agree to cooperate with the investigators

 5   in the investigation?

 6   A    By the second day she began to believe some of the

 7   things that we were saying.  Now, whether she  completely

 8   agreed, certain people and identification of certain members

 9   of the family helped her realize that maybe family members

10   were misrepresenting themselves or people they believed were

11   someone different.

12   Q    Did the name Cynthia Miller come up in either the first

13   or second conversation with Ms. Montassir?

14   A    A photo was shown of Cynthia Miller, yes.

15   Q    And do you recall whether Ms. Montassir told about who

16   she believed Cynthia Miller was and what role Cynthia Miller

17   was supposed to be playing in her life?

18   A    I don't believe she said anything at that particular

19   point in time about a role, but later on in speaking with

20   her.  A story began to develop regarding who she knew or who

21   became known as Cynthia Miller, was identified as Cynthia

22   Miller.

23   Q    And did you all identify Cynthia Miller as the

24   daughter-in-law of Rose Marks?

25   A    Yes.
```

```
 1    Q    Did she even know who Rose Marks was or that Rose Marks
 2    was, in fact -- that Joyce Michael was, in fact, Rose Marks?
 3    A    No, she believed Joyce Michael was one person, and she
 4    was told that Rose Marks was her mother-in-law, or her
 5    mother.  I believe it was her mother-in-law, though.
 6    Q    Now, after Ms. Montassir came around to being
 7    cooperative with you, did you or Detective Stack make efforts
 8    to change her location?
 9    A    Yes, we did.
10    Q    And why did you do that?
11    A    She became, you know, more fearful and didn't want to
12    actually continue communication, and we felt that ongoing
13    communication at that time probably would not have been in
14    her best interest, and she wanted to relocate.  We had
15    offered some options for her to go, and --
16    Q    Did she indicate whether she knew that the Defendant
17    knew where she was?
18    A    Yes, the Defendant knew where she was living.  For all
19    intents and purpose, that's where she was living.
20    Q    And where did you relocate Ms. Montassir initially?
21    A    She was relocated to the Embassy Suites, in Fort
22    Lauderdale, which was also a Hilton property, which, she was
23    a Hilton Honors member, so it would allow keeping her --
24    Q    Her points?
25    A    Her points.
```

```
 1   Q    You can give up millions, but you can't give up the

 2   points.

 3   A    I would imagine that she's a multi-platinum member I'm

 4   sure by that point.

 5   Q    And was she -- you said she used her own name, but was

 6   she -- if someone were to check to see if she was located

 7   there, were there any steps taken to try to conceal her

 8   location?

 9   A    Yes.

10   Q    And what was that?

11   A    The change of name and the register.  I mean, if

12   somebody were to call and ask to speak with Jude Montassir,

13   that name would not have come up by any of the employees that

14   would have input that name.  Only the management knew.

15   Q    My next question.  Did you, in fact, deal with

16   management of the hotel to make sure that her name would not

17   pop up on any registry?

18   A    Yes, I did.

19   Q    And she stayed in that hotel for approximately how long

20   a period of time?

21   A    Maybe six to eight months, somewhere in that timeframe.

22   Q    And at some point in time, did you -- isn't it a fact

23   you determined that you needed to move her again?

24   A    Yes.

25   Q    And what happened that caused you to want to move her
```

```
 1   another time?

 2   A    One day when she was out in the parking lot leaving the

 3   hotel, Rose Marks came up to her vehicle and jumped in her

 4   front seat.

 5   Q    Obviously having located her at the hotel?

 6   A    Correct.

 7   Q    And where did you then move Ms. Montassir?

 8   A    She then moved to my neighborhood.

 9   Q    And how did that come about?  How did she end up staying

10   in a house that was near you?

11   A    She had found a realtor and was looking for a property.

12   She had found the residence, the location.  She wanted to be

13   in the general area, and she actually approached me about the

14   house that was next to me, about renting it, which I didn't

15   even know it was for rent, because it was for sale, and the

16   people that were residing in there were moving out of the

17   area and actually needed the proceeds from the house to

18   purchase the house where they were going.

19            So I wasn't even aware that the owners were

20   interested in renting the property.

21   Q    And did she ask your permission or ask what you thought

22   about her moving next-door to you?

23   A    Yes, she did.

24   Q    And was that okay with you for her to be living close

25   by?
```

```
 1    A     Yes.  Initially, I was a little taken back, but

 2    subsequently, I think it really made her feel better, and it

 3    wasn't really, after communicating with all parties involved

 4    in the investigation, I didn't really have a problem with it.

 5    Q     And it was also an opportunity for you to be able to

 6    keep an eye on her?

 7    A     Correct.

 8    Q     And how often were you maintaining contact with her,

 9    say, for the first six or eight months of the investigation?

10    A     Early on, very regularly, multiple times a week, if not

11    to some days certainly daily.  And that communication would

12    primarily have been maybe e-mail or a quick phone call or

13    text.  So early on~--

14    Q     So you would stay in frequent contact with her?

15    A     Yes.

16    Q     And you were doing that because why?

17    A     Because she was very vulnerable.  I mean, when we had

18    found her she was completely isolated from anybody, and her

19    only outside contact was Rose Marks and Brad Pitt, and we

20    were pretty confident that Brad Pitt wasn't going to hold up

21    much, and it really only left Rose Marks as her only source

22    of anyone she could talk to or confide in, and that was --

23    seemed to have been the case since Sam, her son, died.

24    Q     And Ms. Montassir had family, didn't she?

25    A     She did have family that she had not communicated with
```

1    in years.

2    Q    So you were one of her only -- if not her only outlet,

3    one of her only outlets to communicate with the outside

4    world?

5    A    Myself and Detective Stack, yes.

6    Q    And during those first number of months, she was also

7    assisting in the investigation by making some phone calls and

8    having phone conversations with the Defendant that were being

9    tape-recorded, correct?

10   A    That's correct.

11   Q    And when she moved into the house in Margate nextdoor to

12   you, again, was it -- there was some effort made in order to

13   conceal her identity as far as the person residing in that

14   house?

15   A    Yes.  All of the rent, all the water, electric, all of

16   the services remained in the previous owner's name.  There

17   was not anything identifying Jude Montassir as residing in

18   that property.  She paid the owner of the property in an

19   agreement that they made to each other, I guess a monthly or

20   however -- I don't know how she did -- I believe it was

21   monthly to cover all expenses.

22   Q    And that was done deliberately to keep her identity

23   concealed?

24   A    Yes, it was.

25   Q    And during those first, say, six to eight months, did

```
 1   you see Ms. Montassir slowly starting to come out of this
 2   mental state that she had been in when you first met her?
 3   A     Yes, she did start to, you know, open up, be a little
 4   bit more social.  You know, her safety, her sanctity is her
 5   writing, and she seemed prior -- she seemed to enjoy her
 6   writing again, I guess I could advise.
 7   Q     She started to go back to her writing when she was
 8   living in the Margate property?
 9   A     Yes.  She was interested in -- you know, I think she had
10   an idea that came to her that was going to be multiple books,
11   and she was very involved in writing that.
12   Q     And when she started getting back to her writing, was
13   she also trying to straighten out the rest of her personal
14   affairs, such as the years that she hadn't filed tax returns?
15   A     Yes, she was.
16   Q     And she hadn't filed tax returns because she had been
17   told by the Defendant not to file the returns?
18   A     Yes, she was told that -- Jude told me that Rose Marks
19   advised her she was controlling the IRS and not to worry
20   about paying taxes.
21   Q     And when she tried to straighten out her economic
22   situation, she was looking for someone to assist her in
23   gathering records and documents and things of that nature,
24   correct?
25   A     Correct.
```

1    Q    And she turned to you and your family and asked if your

2    wife would assist her in doing this?

3    A    Yes, she did.

4    Q    Had your wife developed any type of relationship with

5    Ms. Montassir during this time period?

6    A    Not beyond, you know, a cordial, you know, if not a

7    little above cordial, but as I said, Ms. Montassir was quite

8    private.  So she's not going to be one to sit outside with a

9    lawn chair and hang out and, you know, watch the kids ride

10   bikes up and down the street.  But to the extent that the

11   proximity lended itself to at least, you know, some

12   communication, then I would say yes.

13   Q    Was your wife aware of the fact that Ms. Montassir was a

14   victim in a case that was being investigated with the

15   assistance of the Fort Lauderdale Police Department?

16   A    Yes, she was.

17   Q    And was your wife aware of the fact that she was --

18   Ms. Montassir was, in fact, a famous author?

19   A    Yes, she was.

20   Q    And when Ms. Montassir offered to hire your wife to

21   assist her, was your wife working at that time?

22   A    No, she had taken care of my kids.

23   Q    She was a stay-at-home mom at that time?

24   A    She was.

25   Q    And you had and still have how many children?

```
1    A    I have three children, one special needs child and two

2    typical children.  So she had stopped working as a

3    kindergarten slash first grade teacher to stay home to take

4    care of my son.

5    Q    And Ms. Montassir offered to compensate your wife for

6    assisting her?

7    A    Yes, she did.

8    Q    And to pay her the similar amount of money that she had

9    paid previous personal assistants in the past?

10   A    Yes, that's what Ms. Montassir described to me.

11   Q    Did you check with anyone at the U.S. Attorney's Office

12   to see if there would be any problem with your wife doing

13   this type of work for compensation?

14   A    Yes, I did.

15   Q    And did you also notify superiors at the Fort Lauderdale

16   Police Department about this arrangement?

17   A    Yes, I did.

18   Q    And did anyone voice any concerns over reservations

19   about this?

20   A    Other than asking me if I'm sure I wanted to be

21   involved, no.  Nobody had given me the -- no one had said not

22   to do it, just as long as that's something I wanted to do.

23   Along with the same thing with when she resided next to me.

24   All the same steps were taken prior to moving her next-door

25   to me.
```

1    Q     So that was a risk on your part, as well, letting her

2    live -- or not letting her live next-door, but agreeing to

3    have her live next-door to you?

4    A     Yes, it -- I mean, obviously if she was found and I

5    lived right next-door, but, I mean, she needed help, and she

6    asked, and I felt that was my greater duty at the time.

7    Q     And the arrangement between your wife and Ms. Montassir,

8    were you involved in that, in the negotiation or the

9    settlement of how much she was going to pay or how that was

10   going to be arranged?

11   A     Minimally at the beginning there was different numbers

12   that were brought up that were quite a bit higher than what

13   the actual numbers became, but --

14   Q     She offered to pay even more money than what she ended

15   up paying?

16   A     Correct.

17   Q     And you said, no, that was too much, you wouldn't accept

18   that?

19   A     Correct.

20   Q     And to your knowledge, your wife did assist her in

21   bookkeeping-type matters, gathering records and documents

22   that she needed for her tax returns, things of that nature?

23   A     Correct.  That was the primarily -- primary

24   responsibility early on, but it did definitely become much

25   more of a assistant role versus gathering that information,

1    because as time progressed, a lot of those things were, you

2    know, rectified or, you know, come to a conclusion.  So it

3    became a lot of as a personal assistant.

4    Q    So your wife's role graduated or changed from a

5    bookkeeping-type role, paperwork role, to doing other sorts

6    of errands for Ms. Montassir and assisting her in other of

7    her personal affairs?

8    A    Correct.  Like shopping, when she would be writing she

9    seemed to, you know, not really want to leave her things.

10   Q    So your wife would go to the store for her and purchase

11   things and get reimbursed afterwards?

12   A    Correct.

13   Q    You said your wife would even use her credit card to

14   allow Ms. Montassir to purchase things through the Internet?

15   A    Correct.

16   Q    And your wife would be reimbursed for any of those

17   additional expenses?

18   A    That's correct.  It could be trips to Office Depot or

19   any, you know, any errands.

20   Q    And this relationship lasted for just a few months,

21   correct?

22   A    Correct.

23   Q    And, in fact, it ended when Ms. Montassir decided, after

24   being in that neighborhood for close to a year, that she

25   decided she wanted to buy a piece of property she could live

1    in?

2    A    Correct.

3    Q    And she did, in fact, purchase a property in Southwest

4    Ranches, I think also called Sunshine Ranches, in western

5    Broward County?

6    A    That's correct.

7    Q    And now when she purchased that property, that was a

8    number of miles away from Margate, wasn't it?

9    A    Yes, it was quite a distance.

10    Q    And your wife terminated the arrangement, the employment

11    arrangement with Ms. Montassir, because it was no longer

12    convenient for your wife to be doing these things for her at

13    that great a distance?

14    A    Yeah, I think it was a mutual agreement that, you know,

15    the predominant work became more of that personal assistant,

16    and that could not be -- it wasn't feasible with that

17    distance.

18    Q    And Ms. Montassir was slowly becoming more and more

19    self-sufficient and self-reliant as time was going on?

20    A    Yes, considerably more.

21    Q    And, in fact, you were aware of the fact that

22    Ms. Montassir started an exercise regime?

23    A    Yes, she did.

24    Q    She started working out with Detective Stack?

25    A    Yes.

```
 1   Q     And are you familiar with Detective Stack's background

 2   in martial arts and in training, physical training?

 3   A     Yes, I am.

 4   Q     And what is that?

 5   A     He was a -- he's competed in kickboxing his entire life

 6   and was a world ranked kickboxer.  He worked, throughout his

 7   life, has opened and closed various different gyms, all

 8   surrounding around boxing and kickboxing.  And he, too, has a

 9   special needs brother who was trained to be a black belt in

10   martial arts.  So the family was quite -- martial arts was a

11   big part of his life, extending on to then physical fitness

12   was a big part of his life.

13   Q     Did you ever train with Detective Stack?

14   A     Yes, and he wasn't allowed to hit me too hard, since I

15   was his partner at times.

16   Q     You were a sparring partner?

17   A     Never would I be his sparring partner.

18   Q     But Detective Stack took a lot of people under his wing

19   that he would train?

20   A     All the time.

21   Q     And he didn't do this for money, he just did it for --

22   to help people?

23   A     Yes.  It's ironic that he actually has a gym, because I

24   don't really understand -- he's not really much one to charge

25   people to do it, because he loves doing the work, so . . .
```

1    Q    And so as time went on, as Ms. Montassir became more and

2    more self-reliant, she was getting her affairs in order, the

3    tax situation, you had referred her to an accountant; is that

4    correct?

5    A    Yes, that's correct.

6    Q    And she was able to file her back tax returns?

7    A    Yes, she did file them.

8    Q    And after she moved to Southwest Ranches, did you

9    maintain contact with her even after that point?

10   A    To some level, yes, but at that time I had also been

11   promoted from the case.  So although I did maintain contact,

12   it wasn't my daily position anymore.  But, yeah, I certainly

13   kept contact and, you know, began to see her become more

14   independent and start to do things more, and travel

15   extensively, and, you know, eventually decide to move,

16   take -- even move again.

17   Q    But in 2008, she had unresolved issues with her

18   ex-husband regarding monies, amounts of money that were owed

19   based on her settlement agreement?

20   A    Yes, she did.

21   Q    And did she notify you and Detective Stack that she had

22   been subpoenaed or there was a proceeding that was going to

23   take place in New Mexico that she had to attend?

24   A    Yes.

25   Q    Now, she had told you about her ex-husband by that point

1    in time and how she believed he was in league with the

2    Defendant in some fashion?

3    A    Yes, she did.

4    Q    So when she told you she had this proceeding in New

5    Mexico, did she also ask you and Detective Stack if you

6    would -- the two of you would accompany her to this

7    proceeding?

8    A    I don't think she asked us if we would accompany her as

9    much as it was -- we thought it would be a good opportunity

10   to go out and talk to some of the individuals that we thought

11   would be important.

12   Q    Meaning you wanted to talk to Claude White?

13   A    Correct.

14   Q    And you wanted to talk to him based on the statements or

15   beliefs of Ms. Montassir?

16   A    Correct.

17   Q    You wanted to see if you could confirm or refute the

18   things she was telling you?

19   A    Correct.

20        And I'm not saying she didn't ask us, I just -- I

21   don't recall that that was, you know, the major -- you know,

22   she may have asked us to go, but I believe it was a

23   cumulative decision.

24   Q    You had a dual purpose, or was it really your purpose

25   was in line with the investigation more than anything else?

1   A    My sole purpose to go out there was to talk to Eddie

2   Lewis and Claude White.  Anything else that end up happening

3   was a result of things that occurred once we were out there

4   that we became involved with.  Whether that be this

5   deposition and then subsequently maybe a conversation with

6   the psychologist.

7   Q    Ms. Montassir had expressed a fear of Mr. White, hadn't

8   she?

9   A    Yes, she did.  Had always maintained a fear of him.

10  Q    In fact, she had on numerous occasions expressed fear of

11  Mr. White?

12  A    One of her greatest fears was to actually ever

13  physically be in the same room as Mr. White.

14  Q    And whether or not that fear was a rational fear or an

15  irrational fear, nevertheless, she expressed that to you?

16  A    Correct.  For her, it was a real fear, in my

17  observation.

18  Q    And she had been told by the Defendant on numerous

19  occasions that Claude White was evil, he was an evil man?

20         MR. SCHWARTZ:  Objection, Your Honor.

21         THE COURT:  I'm sorry, did you say something?

22         MR. SCHWARTZ:  I object to his statement as to what

23  she had been told by --

24         THE COURT:  Sustained.

25

```
 1   BY MR. STEFIN:

 2   Q    So at the time you learned about the deposition or the

 3   proceedings, the mediation or whatever you thought it was at

 4   the time was going to take place, you and Detective Stack

 5   were sworn deputies with the United States Secret Service?

 6   A    Yes.

 7   Q    And, again, this was at a time that you had already been

 8   promoted, correct?

 9   A    I don't believe I was promoted yet at that point.  I

10   think that was in December of 2008.

11   Q    Correct.

12   A    I was not promoted yet.

13   Q    Okay.  So did you get -- seek authorization, then, to go

14   out to New Mexico to further the investigation?

15   A    Yes.

16   Q    And you received authorization through your department,

17   Fort Lauderdale Police Department, as well as the United

18   States Secret Service?

19   A    Correct.

20   Q    And, in fact, it was the United States Secret Service

21   which ultimately expended funds to pay for the travel for you

22   and Detective Stack?

23   A    Yes, correct.

24   Q    Did you fly out with Ms. Montassir, or did you fly out

25   separately?
```

```
 1    A     We flew out together.

 2    Q     And when you got there and you got to the offices where

 3    the proceedings were to be taking place, did you, in fact,

 4    come into contact with Claude White?

 5    A     Yes, we did.

 6    Q     And did you make an effort to try to interview him or

 7    speak with him?

 8    A     Yes, I did.  We both did.

 9    Q     And Mr. White had an attorney, and through his attorney

10    he declined to speak with you?

11    A     Yes, that's correct.

12    Q     But you did have a grand jury subpoena in your

13    possession, and you served it on him at that time?

14    A     Yes, I did.

15    Q     And you said there was another individual that you were

16    hoping to interview.  Did you and Detective Stack travel to

17    another location in order to interview that person?

18    A     Yes, we did.

19    Q     And ultimately, the information furnished by that

20    individual was not very fruitful?

21    A     No, it was not of any value to our investigation.

22    Q     But while you were out there, you and Detective Stack

23    did sit in when depositions or these proceedings took place?

24    A     Yes, we did.

25    Q     And you did that at the request of Ms. Montassir,
```

1    correct?

2    A    Yes.

3    Q    In fact, I think the words you used was that she started

4    to hyperventilate and became very agitated?

5    A    Yes, she was very fearful.  She was out in the lobby and

6    hyperventilating, very afraid, shaking, and voiced her desire

7    to not want to go in there and see Claude.

8    Q    And she asked her lawyer if her lawyer would ask the

9    other lawyer for permission to allow you and Detective Stack

10   to be present in the room while she was there?

11   A    Yes, that's correct.

12   Q    Did you think that was an act, that she was faking fear

13   of Mr. White?

14   A    No, I didn't believe it to be.

15   Q    And you sat in on the proceedings that day?

16   A    Yes.

17   Q    Now, defense counsel asked you about the story about an

18   incident that happened back in 1991 where Ms. Montassir

19   believed that Claude White had come to her apartment in a

20   rage and created some type of incident, correct?

21   A    Yeah, that's correct.

22   Q    And the defense lawyer asked you if you ever tried to

23   corroborate whether that incident occurred or not.

24   A    Correct.

25   Q    Well, if you were -- had been able to speak with

1    Mr. White, would that have assisted you in trying to

2    corroborate whether such an incident occurred?

3    A    Yes, it would have.

4    Q    Did you think to go back 17 years and try to find people

5    who might have been in the building 17 years before that to

6    see if they remember the incident taking place?

7    A    No, I didn't.

8    Q    Did that seem to be a reasonable avenue of investigation

9    in 2008?

10   A    No, it did not.

11   Q    And, in fact, whether this incident happened or not,

12   Jude Montassir believed that it happened?

13   A    Yes.

14           MR. STEFIN:  If I could just have a moment, please,

15   Your Honor?

16           THE COURT:  Yes.

17   BY MR. STEFIN:

18   Q    Did Ms. Montassir, during the years that she was being

19   moved around and even after she moved to the Southwest

20   Ranches house, did she express any concerns to you or in your

21   presence to Detective Stack that she was being either

22   followed or tracked in some way?

23   A    Not independent of -- to my knowledge, not independent

24   of the times that she actually was located at the -- at each

25   place that she was subsequently moved.  So I don't know that

```
 1    she expressed a desire that every day somebody was following

 2    her, if that was the question.

 3    Q    No, not every day, but just that there were strange

 4    things either happening or concerns about her property.  Do

 5    you recall any particular incidents?

 6    A    I do recall some incidents of her property, but I was no

 7    longer on the case then.  But I remember it would have just

 8    been things that were told to me, and I don't particularly

 9    remember the specifics of them.

10    Q    And you don't remember the name Sandra Stevens coming up

11    and an incident at her house --

12    A    No.

13    Q    -- regarding Sandra Stevens?

14    A    No, I don't.

15    Q    Did the name Debbie Von Beulen come up during the time

16    you were actively involved in the investigation?

17    A    No.

18    Q    When you were sending these e-mails on behalf of --

19    posing as Jude Montassir to either the Defendant or to anyone

20    else, did you know at that time that there was a person named

21    Debbie Von Beulen who was involved in writing e-mails to Jude

22    Montassir?

23    A    No, I did not know that.

24              MR. STEFIN:  That's all I have on cross.

25              THE COURT:  Thank you.
```

```
 1              Any redirect?
 2              MR. SCHWARTZ:  Yes, Judge.
 3                   Redirect Examination
 4  BY MR. SCHWARTZ:
 5  Q    Let's start at the end.
 6         You were being told a lot of things implicating my
 7  client by your main witness at least money-wise in this
 8  investigation; is that right?
 9  A    Yes.
10  Q    Didn't you think it was important to verify the facts
11  regarding what she was telling you other than that she paid a
12  lot of money?
13  A    Yes, I did.  That's why I tried to go talk to Claude
14  White.
15  Q    And you tried to talk to Claude White, and he wouldn't
16  talk to you at that time.  Eventually, he talked to the
17  Government, right?  If you know?
18  A    Not to my knowledge.
19  Q    And you went to this fellow, Eddie Lewis, who she said
20  would help shed light on things, and that didn't pan out,
21  right?
22  A    No.
23  Q    And you couldn't find any evidence corroborating that
24  Claude had in any way been hostile or threatening from Eddie
25  Lewis or anybody else in New Mexico; is that right?
```

```
 1   A     From Eddie Lewis, no.  That's the only person I spoke to
 2   in New Mexico.
 3   Q     Did you try to talk to any of her other friends in New
 4   Mexico to try to verify whether she was truthful or
 5   delusional?
 6   A     No, I didn't know any of her other friends.
 7   Q     You were told a story about specific events happening at
 8   specific times at a specific location in New York, albeit a
 9   number of years ago.  You had the money of the Federal
10   Government behind you.  Did you travel to New York for a few
11   hundred dollars and try to interview the doorman, the
12   superintendent or anybody else in the building?
13   A     I've already testified that I have not.
14   Q     Okay.  And you said I believe on direct examination --
15   let me see if I can get your exact words -- whether or not
16   there was a threat, Jude had a real fear.  Did you say
17   something like that?  When you were talking about going into
18   the room with Claude?
19   A     With reference to it being in New Mexico?
20   Q     In the deposition.
21   A     Yes, my contention is that Jude had a fear that she had
22   expressed to me on numerous occasions, including that day.
23   Q     Whether it was based on real facts or based on something
24   going on in her mind, she had a fear?
25   A     Right.  Exactly.  She had a fear.
```

```
1    Q    Did -- at any time did you question whether a fiction

2    writer was feeding you fiction about my client and about her

3    ex-husband?

4    A    From the beginning, did I have questions?  Sure.  It was

5    over the course of all the stories which miniscule amount of

6    them have been brought out here.  It wasn't until the entire

7    picture and the stories and numerous stories and events that

8    we could go over that she had shared with me did I believe

9    that she was being truthful.

10   Q    So she was able, through her words, to persuade you that

11   she was telling the truth?

12   A    No, not only words.

13   Q    And the fact that she paid Rose a lot of money.

14   A    That, yes, and the fact that one of the scenarios that

15   she spoke of at length was the fact that Rose would often

16   through this course of time advise her to stop paying Claude

17   White because Claude White was going to die, and that there

18   was not a need to pay.

19        I only bring that up for the sheer purpose of one

20   of Jude's main fears was to actually face Claude White.

21   Whether that be weeks, months, she would be then served what

22   I know to be probably court documents, and to which she was

23   not following the court order and was being brought in.  And

24   when she would describe the fact that she would then be

25   located at various places, both domestically and
```

```
1    internationally, that she would call Rose Marks, who would
2    then fix the problem for her and, you know, make the
3    payments.
4            And she had a concern that it seemed that Rose
5    Marks was the only one who knew where she was, and she
6    thought that there could potentially be communication there,
7    as well.
8            And there's many reasons why how she could be found
9    in foreign countries, you know, through the use of private
10   investigators.  But, again, that led back to me just wanting
11   to ask Claude White about it, which he could have had an
12   explanation for, but I was never given that opportunity.
13   Q    Well, were you aware that there was a court order in
14   place requiring Jude or her attorney to tell Claude's
15   attorney where she was?
16   A    She never expressed that to me.
17   Q    So had you known that, had Jude truthfully told you
18   about that, might your opinion have been somewhat different?
19   A    According to Jude, the only person who knew where she
20   was was Rose Marks.  She never indicated to me that her
21   attorney knew.  She would just indicate to me the only person
22   who knew where she was was Rose Marks.
23   Q    And she never told you that her attorney was required to
24   keep the other attorney informed?
25            MR. STEFIN:  Assumes facts not in evidence, Your
```

```
 1   Honor.

 2              THE COURT:  Overruled.

 3              THE WITNESS:  Did she ever tell me that?  No.

 4   BY MR. SCHWARTZ:

 5   Q    And did you know whether or not her husband hired

 6   private investigators to find her when she refused to keep

 7   the other attorney informed?

 8   A    No, and I thought that would have been a logical

 9   explanation had I been able to talk to him.

10   Q    So you believed her because you weren't able to talk to

11   him, in part?

12   A    In part, yes.  That would be one reason, yes.

13   Q    Is there a name for somebody who constantly feels

14   everybody is victimizing them?

15   A    Is that a question to me?

16   Q    Yes.

17   A    No.

18   Q    Have you ever heard the word paranoid?

19   A    Sure, I've heard paranoid.

20   Q    If the only one who knew where -- withdrawn.

21              In January of 2008, did Rose Marks tell you where

22   to find Jude?

23   A    No, she did not.

24   Q    If the only one who knew where Jude was was Rose Marks,

25   how did you find her?
```

1    A    I didn't.  You'd have to ask Detective Stack.

2    Q    Detective Stack -- did Rose tell Detective Stack where

3    she was?

4              MR. STEFIN:  Objection.

5              THE COURT:  Overruled.

6              MR. STEFIN:  It's argumentative.

7              THE COURT:  Overruled.

8    BY MR. SCHWARTZ:

9    Q    If you know.

10             You can answer.

11   A    I don't believe that Detective Stack spoke with Rose

12   Marks at that time.

13   Q    And that leads me to another question.  Why didn't -- if

14   Jude was supposedly somebody involved in this fraud, and you

15   wanted to talk to him to find out the truth, why didn't you

16   and Detective Stack go and talk to Rose Marks and ask her

17   what was going on, to find out the truth?

18   A    Going to talk to a suspect in the case that early on in

19   the investigation generally yields pretty self-gratifying or

20   answers that are only going to be in their best interest, and

21   subsequently tip them off that we're investigating them.  And

22   our investigation at that point was far from being over, and

23   it would certainly not assist in the undercover tapes that

24   were being performed.

25   Q    Well, at that point in time, Claude White was at least

1    the subject of an investigation, and it was early on, and you

2    wanted to go and talk to him and get facts.  Weren't you also

3    afraid that that would yield self-serving statements and

4    wouldn't assist the investigation?

5    A    Sure, but -- absolutely.  But talking to him, we felt

6    there was no communication at the time due to phone records,

7    and it potentially could have actually spurred communication

8    between the two to maybe create a link, if indeed there was a

9    link, which we didn't know.

10         But he certainly wasn't a primary target of the

11   family and didn't work on a regular basis with the family,

12   and no victim had ever came and said that Claude White had

13   defrauded them, or money never changed hands between Claude

14   White and Rose Marks, which was another avenue that we were

15   using to identify potential victims.

16   Q    Well, a victim did that Claude had defrauded her, didn't

17   she?

18   A    I'm assuming you're talking about Jude Montassir?

19   Q    I am.

20         Didn't she?

21   A    Yes.

22   Q    And money passed from Jude to Claude, didn't it?

23   A    Yes.

24   Q    Why didn't you talk to Rose and ask her to explain what

25   was going on?

 1    A     Because it was a court order in place that mandated Jude

 2    to -- Jude Montassir to pay Claude White, which would

 3    certainly explain money that would have gone between the two

 4    of them.

 5    Q     Did you ever ask Jude whether the e-mails with Brad Pitt

 6    or Colin Powell started out as an exercise to help develop

 7    romantic stories or romantic characters or things of that

 8    sort?

 9    A     Did I ask her that question?

10    Q     Did you?

11    A     No.

12    Q     Do you know if --

13    A     But it was pretty funny.  Why would I have asked her

14    that question?

15    Q     Maybe it's the truth.

16    A     Okay.  No, I didn't ask her.

17    Q     When you were writing to Brad Pitt --

18          MR. SCHWARTZ:  I made quotation marks, Judge.

19    BY MR. SCHWARTZ:

20    Q     -- did you believe it was Brad Pitt?

21    A     No.

22    Q     And you were writing statements that weren't true,

23    correct?

24    A     Yes, I was.

25    Q     Okay.  And, as a matter of fact, your last e-mails ended

```
 1   up:  Good-bye, this is the end, good-bye whoever you are.

 2   Something like that?

 3   A    I don't recall.  If you have it, that would shed some

 4   recollection.  When you say I wrote it, I wrote some things.

 5   Everything went through Jude.  Obviously, if I just had begun

 6   to speak with whoever was representing themselves as

 7   Claude -- as Brad Pitt, I assume to be somebody in the Marks

 8   family, and I just started writing after all those years of

 9   correspondence, then I probably would not have written in the

10   same manner as Jude.  So when you say I was writing, it

11   wasn't necessarily me sitting down randomly and coming up

12   with things.  There would be a communication between Jude

13   Montassir and I, and subsequently sent.

14           But, no, I did not believe I was speaking to Brad

15   Pitt.

16   Q    So at least in this part of the conversation, Jude was

17   fictionalizing and making up a conversation that she knew not

18   to be true?

19   A    Correct.

20   Q    Do you know if she was doing that before?

21   A    I do not.  I just know that that's not -- she never

22   expressed that to me.

23   Q    And you believed everything she told you?

24   A    Yes, for the most part, yes.  There's nothing I -- she

25   told me that I found to be false or that I could verify to be
```

```
 1    false.

 2    Q    Have you read any of Jude's books?

 3    A    No, not a one.

 4    Q    So you're not aware that there was stories in Jude's

 5    books about people's spirits or minds going into other bodies

 6    after someone else had died -- after someone had died?

 7    A    No, I've never read any of her books.

 8    Q    Do you know if the Cynthia Miller or Cynthia Reynolds, I

 9    think it was, story that Jude talked to you about was the

10    premise for a book that she had written?

11              MR. STEFIN:  Objection, Your Honor.

12              THE COURT:  Overruled if he knows.

13              THE WITNESS:  I don't -- I haven't read any of her

14    books, and I'm not even sure what you're talking about.

15              MR. SCHWARTZ:  Your Honor, at this time based on

16    agreement with the Government, I would move into evidence --

17              THE COURT:  You can move them into evidence, but

18    I'm not going to let you ask the witness --

19              MR. SCHWARTZ:  I'm not going to ask him to look at

20    them.

21              THE COURT:  Okay.

22              MR. SCHWARTZ:  I wouldn't subject him to -- I'm

23    sorry.

24              Exhibit 39, 40, which have been previously marked

25    for identification, and --
```

```
 1              THE COURT:  Do we need this witness to do this?
 2              MR. SCHWARTZ:  No, I can do it after the witness
 3      gets off the stand, Judge.
 4   BY MR. SCHWARTZ:
 5   Q     When you met Jude, was she broke and starving and hoping
 6   to die?
 7   A     She was hoping to die.  I don't know if she was broke,
 8   and I don't know if she was starving.
 9   Q     Well, if she was broke, how much was she paying a week
10   to the Hilton hotel, do you know?
11   A     I do not know.
12   Q     And when she was moved by you guys, how much was she
13   paying a week to the Embassy Suites?
14   A     I don't remember.
15   Q     Do you know if their rooms are about $225 a night over
16   on the 17th Street causeway?
17   A     I don't know.
18   Q     And how long did she stay at the Embassy Suites?
19   A     Six to eight months.
20   Q     So if she stayed at the Embassy Suites, let's say 200
21   days, at even $200 a day, isn't that about $40,000?
22              MR. STEFIN:  Objection, Your Honor.
23              THE COURT:  Sustained.
24              What's the relevance?
25
```

```
1    BY MR. SCHWARTZ:

2    Q    Okay.  You said that when Jude moved into the house next

3    to you she started writing again; is that right?

4    A    I'm not saying that she stopped writing.  She just was

5    very involved in writing.

6    Q    You said Jude didn't want to go outside, on

7    cross-examination, or didn't want to go out much.  Your wife

8    went and did her shopping and did her errands and things of

9    that sort as a personal assistant?

10   A    I mean, I said that, but as far as the specific number,

11   you know, that's just an overall generalization is that she

12   wasn't a person who would come out and socialize.

13   Q    Do you know if Rose Marks did the same thing for Jude as

14   her personal assistant?

15   A    According to Jude, no.

16   Q    Do you know if Rose Marks arranged for her in vitro

17   fertilization?

18   A    Oh, I know Rose Marks was involved in Jude's life then,

19   yes.

20   Q    Helped her buy and sell houses?

21   A    I don't remember that being brought up.

22   Q    Do you know if she arranged for her to go to the

23   hospital for the delivery of her baby?

24   A    You mean -- what do you mean arranged, like drove her

25   there?
```

```
1    Q    Made up her -- made the reservation for her at the

2    hospital, took her there, stayed with her during the birth,

3    helped her after the birth?

4    A    I don't -- those specific questions I do not know.  I

5    never discussed what happened at the hospital or how she got

6    there or who made the arrangement.

7    Q    Why was it necessary for two of you to go down to New

8    Mexico to interview Claude or this other gentleman?

9    A    We always tend to interview people in twos.  And

10   furthermore, we were out of our jurisdiction as far as local,

11   and any other issues or problems that come up, you don't know

12   who you're going to interview.  So when you're going out,

13   it's just safer to have two people with you if possible.

14   Q    Fair answer.

15         But when Charlie Stack spoke to Jennifer Hill, he

16   did that alone, right?

17   A    I mean, on the phone you mean?

18   Q    Yes.

19   A    Yeah.

20   Q    I asked you certain questions on direct examination

21   about whether Mr. White's attorney instructed him not to talk

22   to you, and we agreed that he followed his attorney's

23   instruction.  Mr. Stefin asked you whether, through his

24   attorney did he decline to answer any questions.  Does that

25   mean -- and you said yes.  Does that mean the same thing?
```

```
 1            What I guess I'm getting at is, was it White who
 2   didn't want to talk to you, and he did it through his
 3   attorney, or was his attorney -- was it his attorney who said
 4   don't talk to him, and White obeyed?
 5   A    You would have to ask White why -- you know, if they had
 6   any kind of -- I don't recall if they had any little
 7   communication amongst themselves.
 8   Q    You found Jude in a hotel room wanting to die is your
 9   testimony.  She has family.  Did either you or Mr. Stack try
10   to call her family to get assistance with her?
11   A    She didn't want us to call her family.
12   Q    Did she say why?
13   A    No.
14   Q    Wouldn't it be prudent if you come on somebody who's
15   sitting in a hotel room hoping to die to have some
16   communication with their family rather than substituting
17   yourselves for her family?
18   A    Not if that's not what the person wants.
19   Q    Well, is somebody who's sitting in a hotel room wanting
20   to die because their son died in a rational state of mind in
21   your opinion?
22   A    She's distraught.  I don't know if you want to use that
23   as rational or irrational, but the time between Sam dying and
24   the time that we found her was quite a distance between.  So
25   the fact that she wanted to die, we didn't really feel that
```

```
 1    she was going to die because she was being told that she
 2    couldn't die right now because she had to continue to write
 3    to get power for Rose Marks.
 4    Q    That's what she told you, and you believed it.
 5    A    Correct.  Which is what she believed, which satisfied
 6    my -- any worry that I had that she would actually do
 7    anything, because in her mind, according to her, she felt
 8    that if she were to commit suicide, that that would have a
 9    profound effect on her deceased son.
10    Q    When you come upon somebody who's somewhat delusional
11    on~-- based on an event that had happened three years before,
12    or roughly two and a half years, three years before, and
13    because of some story she gives you about she has to write to
14    protect her son to keep him safe after he died, you believe
15    that she's not in need of either medical help or comfort from
16    her family because she's made the allegedly rational decision
17    that she doesn't want to talk to her family?  Is that what
18    you're saying?
19    A    Yes.
20             MR. SCHWARTZ:  I have no further questions.
21             THE COURT:  Thank you, sir.
22             Where are we?
23             MR. SCHWARTZ:  Well, I'm hoping you're not going to
24    object, Your Honor, if we have no more witnesses today.
25             THE COURT:  I'm sure the jury's not going to
```

```
 1    object.
 2              MR. SCHWARTZ:  I didn't say that to curry favor,
 3    Your Honor.
 4              THE COURT:  All right.  Ladies and gentlemen, I
 5    guess since they don't have any more witnesses and it's late
 6    in the afternoon, probably wouldn't make sense to start
 7    another witness, in any event, who may have to come back on
 8    Tuesday.  So remember we're not going to be in session on
 9    Monday.  So we'll get back together on Tuesday.
10              Don't discuss the case, don't form any opinions,
11    don't research the case, and we'll see you Tuesday morning
12    9:00 o'clock.  Have a very nice evening and weekend.  Thank
13    you.
14        (The jury exits the courtroom.)
15              THE COURT:  All right.  You can all be seated.
16              Anything we need to talk about?
17              MR. SCHWARTZ:  Mr. Stefin and I, I think are going
18    to speak over the weekend.  We both looked at -- I've come up
19    with some instructions that I'm -- I'd like.  Mr. Stefin has
20    some, and I think that we're going to try to work out any
21    differences before we see Your Honor on Monday.
22              THE COURT:  Anything else we need to talk about?
23              MR. SCHWARTZ:  No, sir.
24              THE COURT:  We'll see you Monday morning.
25              How long do you think it's going to take us to do
```

```
 1    the charge conference?  Are we going to have a lot of

 2    objections and disputes?

 3            MR. STEFIN:  It's mostly standard.  Mostly all

 4    standard.  It's like three or four instructions that might

 5    be, you know, we've added some language from case law that

 6    might be discussed, but I don't know that it would take more

 7    than an hour or hour and a half.

 8            MR. SCHWARTZ:  And I have a theory of defense

 9    instruction that I'm sure they're not going to wholeheartedly

10    endorse.

11            THE COURT:  But that's basically just going to have

12    a few that we're going to be fighting over?

13            MR. SCHWARTZ:  Correct.

14            THE COURT:  So you want to make it 10:00 o'clock

15    instead of 9:00, if that's going to be more convenient for

16    people?

17            MR. STEFIN:  Sure.

18            THE COURT:  We'll see you at 10:00 o'clock on

19    Monday.

20            MR. SCHWARTZ:  Judge, at the same time, would there

21    be any problem with us perhaps moving the exhibits to another

22    room and letting one of the people from our team and one of

23    the people from the Government's team go over them to make

24    sure that they're all there and that they're all exhibits

25    that should go back to the jury?
```

```
 1              THE COURT:  You mean, do you want do that some

 2    other time during Monday?

 3              MR. SCHWARTZ:  Or even when we talking Monday if

 4    they're in another room doing it?

 5              THE COURT:  That's fine.

 6              MR. STEFIN:  The Court has sentencings in the

 7    afternoon?

 8              THE COURT:  Yes.  So you won't be able to do in

 9    here; but as far as I'm concerned as long as you're both in

10    agreement, you can take them out.

11              Have a good weekend.  We'll see you Monday at

12    10:00.

13         (The evening recess was taken at 4:15 p.m.)

14                        *  *  *  *  *

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          *  *  *  *  *

 2                        I  N  D  E  X

 3   Testimony of Claude White

 4          Direct by Mr. Schwartz              6

 5          Cross by Mr. Stefin                43

 6          Redirect by Mr. Schwartz           67

 7          Recross by Mr. Stefin              80

 8   Testimony of April Reddish

 9          Direct by Mr. Schwartz             82

10          Cross by Mr. Stefin               101

11          Redirect by Mr. Schwartz          108

12          Recross by Mr. Stefin             112

13   Testimony of Darren Ogden

14          Direct by Mr. Schwartz            113

15          Cross by Mr. Stefin               162

16          Redirect by Mr. Schwartz          188

17                     *  *  *  *  *

18

19

20

21

22

23

24

25
```

```
 1                         * * * * *

 2                    E X H I B I T S

 3  Defendant's Exhibits in Evidence:

 4         Defendant's 54                         69

 5         Defendant's 55 and 55A                 99

 6                         * * * * *

 7                      CERTIFICATE

 8       I, Stephen W. Franklin, Registered Merit Reporter, and

 9  Certified Realtime Reporter, certify that the foregoing is a

10  correct transcript from the record of proceedings in the

11  above-entitled matter.

12       Dated this 12th day of NOVEMBER, 2013.

13

14       /s/Stephen W. Franklin
         _____
15       Stephen W. Franklin, RMR, CRR

16

17

18

19

20

21

22

23

24

25
```

## $

$1 [1] 21/15
$1 million [1] 21/15
$10 [3] 73/18 74/6 74/21
$10 million [3] 73/18 74/6 74/21
$10,000 [3] 50/5 72/11 101/3
$105,000 [1] 50/13
$150,000 [1] 72/21
$160,000 [1] 50/17
$2 [2] 34/1 73/12
$2 million [2] 34/1 73/12
$200 [1] 198/21
$225 [1] 198/15
$225,000 [1] 72/23
$25 [1] 109/17
$250,000 [1] 73/8
$2800 [2] 107/2 107/9
$300 [3] 91/4 102/19 105/17
$3000 [1] 48/16
$35,000 [2] 160/1 161/2
$40,000 [1] 198/21
$42,000 [1] 80/6
$5 [1] 74/8
$5 million [1] 74/8
$50,000 [1] 49/14
$75,000 [3] 30/11 50/8 72/21
$85,000 [1] 50/10
$95,000 [1] 50/13

## '

'09 [1] 115/24
'60s [2] 7/4 43/19
'7 [1] 8/11
'8 [1] 73/23
'89 [1] 20/21
'90 [3] 20/22 21/13 22/4
'90s [1] 138/20
'91 [2] 14/7 19/3
'96 [1] 32/9
'97 [1] 32/9
'98 [1] 39/8

## -

-v [1] 1/5

## /

/s/Stephen [1] 207/14

## 1

10 [4] 73/9 76/15 98/21 108/6
10 acres [1] 76/14
10,000 [2] 30/14 73/9
100 percent [1] 94/2
101 [1] 206/10
108 [1] 206/11
10:00 [1] 205/12
10:00 o'clock [2] 204/14 204/18
10:37 [1] 64/15
10:53 [1] 64/15
11-80072-CR-MARRA [1] 1/2
112 [1] 206/12
113 [1] 206/14
12 [2] 76/15 115/9
12:20 [1] 112/23
12th [1] 207/12
13 acres [1] 76/15
15 [7] 64/2 72/17 99/16 101/12 161/24 162/3 162/7
15 percent [3] 34/6 34/8 79/3

15-minute [2] 63/23 162/1
16 [5] 1/10 50/15 62/16 72/16 81/8
162 [1] 206/15
16th [1] 156/11
17 [5] 62/16 70/21 114/5 186/4 186/5
17th [2] 132/19 198/16
18 [2] 28/7 83/18
188 [1] 206/16
1929 [1] 46/1
1937 [1] 46/7
1938 [1] 71/23
1947 [1] 72/2
1957 [1] 46/17
1970 [2] 7/17 14/7
1976 [1] 8/11
1980s [2] 48/6 48/13
1985 [1] 46/17
1987 [1] 69/1
1988 [1] 43/7
1989 [3] 21/13 22/4 46/16
1991 [5] 12/8 18/25 36/20 46/17 185/18
1992 [8] 22/12 32/17 43/14 50/15 52/3 55/10 79/18 80/13
1993 [2] 72/18 72/19
1997 [1] 32/8
1998 [2] 32/8 72/25
1999 [1] 39/5
1:30 [2] 112/18 112/22
1:32 [1] 112/23

## 2

2 million [1] 73/7
20 [2] 1/8 99/16
20 percent [6] 34/25 35/1 35/1 35/2 35/5 79/4
200 [2] 1/21 198/20
2000 [2] 39/5 158/18
2007 [2] 73/23 124/5
2008 [29] 32/15 33/10 34/15 40/25 41/5 47/3 50/15 50/17 52/4 62/11 72/17 73/4 73/5 74/14 74/18 79/8 79/11 81/7 124/2 124/13 136/18 136/20 138/20 145/10 154/1 180/17 183/10 186/9 192/21
2009 [7] 85/3 98/17 108/11 110/4 115/13 124/3 154/4
2010 [1] 116/4
2011 [4] 110/6 110/9 156/3 156/11
2012 [3] 116/22 116/23 117/1
2013 [3] 1/8 36/21 207/12
20th [2] 36/21 69/9
21 [2] 14/6 14/8
228 [1] 1/10
23 [1] 14/24
25-foot [1] 46/18
25th [2] 12/13 72/1
2800 [2] 106/16
2:54 [1] 162/8

## 3

3 million [1] 74/4
30 [1] 123/17
30-foot [1] 46/18
33301 [1] 1/18
33401 [1] 1/24
33432 [1] 1/22
3768 [1] 1/24
39 [1] 197/24
3:08 [1] 162/8

## 4

40 [4] 80/6 98/20 123/17 197/24

401k [1] 46/21
42 [1] 78/20
4252 [1] 86/17
43 [1] 206/5
45 [1] 86/2
4:15 [1] 205/13

## 5

50 [1] 156/21
50 percent [4] 21/18 21/20 29/2 75/7
50,000 [2] 138/7 138/11
500 [1] 1/17
51 [1] 154/19
514-3768 [1] 1/23
53 [1] 67/22
54 [4] 68/15 69/14 69/16 207/4
55 [3] 98/13 99/1 207/5
55A [3] 98/13 99/1 207/5
56 [1] 127/10
561 [1] 1/23
57 [1] 148/5

## 6

60 [1] 156/21
66 [1] 72/6
67 [1] 206/6
69 [1] 207/4

## 7

70 [1] 13/18
700 [1] 1/21
701 [1] 1/24
75 [2] 71/25 72/1
75,000 [2] 30/13 50/16
7th [2] 1/18 98/16

## 8

80 [2] 13/18 206/7
82 [1] 206/9
8:45 [1] 36/4

## 9

90 [1] 13/18
90 percent [1] 22/18
99 [1] 207/5
9:00 [1] 204/15
9:00 o'clock [1] 203/12
9:45 [2] 35/24 36/1
9:57 a.m [1] 98/17

## A

a.m [3] 64/15 64/15 98/17
abilities [4] 87/13 88/15 89/25 112/11
ability [5] 87/22 95/6 95/14 118/21 156/19
able [24] 13/20 19/15 19/18 34/12 45/12 85/22 92/3 92/19 94/12 102/9 104/20 105/15 107/8 107/19 138/9 140/21 156/20 171/5 180/6 185/25 190/10 192/9 192/10 205/8
abortion [2] 61/23 62/4
above [3] 138/9 174/7 207/11
above-entitled [1] 207/11
absolutely [4] 52/11 57/17 63/21 194/5
abused [2] 42/14 42/16
abusive [1] 17/20
academy [1] 114/15
accent [2] 85/12 85/13
accept [2] 24/7 176/17
acceptable [2] 106/17 106/19
accessible [1] 107/22
accident [1] 164/25

**A**

accompanied [3]  32/20 62/19 163/24
accompany [3]  146/16 181/6 181/8
accomplish [1]  101/16
accomplished [1]  156/18
according [5]  45/12 45/21 191/19 199/15
 202/7
account [8]  27/11 27/12 35/11 47/8 49/5 49/6
 49/8 49/12
accountant [8]  152/8 152/9 152/10 152/10
 152/14 152/17 158/21 180/3
accounts [1]  27/10
accumulate [1]  156/16
accumulating [1]  154/8
accurate [1]  47/9
accurately [1]  32/2
achieved [1]  33/14
acoustics [1]  6/20
acquaintances [3]  39/3 66/21 66/24
acquire [1]  19/5
acres [2]  76/14 76/15
acronym [1]  139/11
act [2]  106/17 185/12
acted [6]  106/19 135/8 139/22 139/22 139/23
 139/23
action [5]  44/7 45/6 52/9 67/18 164/17
actions [7]  52/5 52/14 52/23 53/12 137/11
 140/22 147/19
actively [1]  187/16
activity [2]  35/15 126/15
actual [7]  8/17 86/18 93/11 98/20 99/4
 149/12 176/13
actually [33]  17/12 21/4 61/14 61/17 70/11
 72/4 72/17 77/21 85/16 86/23 86/24 93/2
 93/2 97/7 102/9 102/16 126/8 131/11 146/13
 149/13 154/9 166/17 166/19 166/21 168/12
 170/13 170/17 179/23 182/12 186/24 190/20
 194/7 202/6
actuaries [2]  30/17 30/24
added [2]  127/20 204/5
addition [3]  34/8 47/10 52/3
additional [3]  50/17 56/20 177/17
address [4]  72/8 103/11 153/25 166/6
adjust [1]  6/6
admirable [1]  88/18
admissibility [1]  149/7
admissible [1]  150/14
admit [2]  150/3 150/14
admitted [6]  2/8 2/9 2/18 2/22 69/15 98/25
adopted [2]  61/18 61/19
Adrian [1]  155/11
adult [2]  44/3 44/4
advantage [1]  72/16
advice [3]  100/24 133/9 141/20
advise [2]  173/6 190/16
advised [3]  141/16 164/21 173/19
advisory [1]  86/20
affair [1]  91/15
affairs [5]  19/21 55/12 173/14 177/7 180/2
aforementioned [1]  122/8
afraid [3]  146/15 185/6 194/3
Africa [1]  13/10
after [74]
afternoon [5]  112/25 113/1 113/24 203/6
 205/7
afterwards [2]  45/10 177/11
again [22]  4/20 32/12 33/12 41/21 80/19 91/6
 92/2 99/3 134/9 135/25 139/22 143/4 151/13
 152/21 155/7 169/23 172/12 173/6 180/16

183/7 191/10 199/3
against [13]  3/24 28/1 28/2 38/4 52/5 52/7
 53/12 67/8 67/17 67/24 131/13 154/25 155/1
agencies [2]  84/14 108/24
agency [2]  83/24 118/12
agent [4]  84/24 158/3 158/7 158/10
agents [11]  111/13 111/18 111/20 111/23
 128/19 129/4 131/18 133/10 136/2 156/19
 157/14
ages [1]  13/15
agitated [1]  185/4
ago [3]  137/1 148/6 189/9
agree [4]  90/22 130/6 157/17 167/4
agreed [11]  18/13 28/5 54/9 54/19 73/5 73/5
 73/11 75/2 130/17 167/8 200/22
agreeing [1]  176/2
agreement [14]  35/10 44/7 44/9 45/21 49/1
 70/25 78/25 146/22 151/9 172/19 178/14
 180/19 197/16 205/10
Agua [2]  45/14 49/2
ahead [4]  27/25 104/13 110/23 134/20
AKA [1]  86/23
albeit [1]  189/8
Albuquerque [2]  78/2 78/3
Alex [1]  98/15
alimony [1]  155/4
allegation [1]  52/21
allegations [2]  52/17 53/2
alleged [7]  35/12 61/17 154/25 163/4 163/7
 163/10 163/12
allegedly [1]  202/16
alleging [1]  72/18
allow [7]  2/20 26/8 39/15 146/22 168/23
 177/14 185/9
allowed [6]  4/2 25/24 26/1 40/24 105/22
 179/14
allows [1]  98/19
almost [2]  73/17 83/18
alone [3]  19/20 76/21 200/16
along [4]  13/3 47/16 102/9 175/23
alongside [1]  108/17
already [9]  26/5 92/1 92/5 110/15 144/17
 156/5 157/5 183/7 189/13
also [46]  16/22 16/24 18/14 21/5 38/12 41/6
 47/11 65/21 76/7 84/11 84/17 92/21 93/5
 97/14 102/2 105/7 107/6 108/12 112/10
 114/20 116/9 123/10 123/18 126/3 126/11
 132/6 142/17 143/15 145/24 148/7 153/5
 156/17 157/2 158/22 163/15 165/10 165/22
 168/22 171/5 172/6 173/13 175/15 178/4
 180/10 181/5 194/2
alternating [1]  46/24
although [2]  166/15 180/11
always [8]  31/12 54/13 61/10 118/4 119/2
 122/5 182/9 200/9
am [6]  114/2 131/10 135/20 147/3 179/3
 194/19
amazing [1]  101/15
Amazon [1]  134/12
amending [1]  78/24
Amendment [2]  3/22 5/15
AMERICA [1]  1/3
amongst [1]  201/7
amount [11]  30/21 33/17 50/24 72/10 73/1
 73/11 81/23 131/5 166/16 175/8 190/5
amounted [1]  34/7
amounts [5]  47/18 93/15 101/9 117/9 180/18
analyst [1]  77/20
ancient [1]  13/4
and/or [1]  105/18

Angel [1]  46/13
another [24]  8/13 27/19 60/7 62/5 67/8 99/10
 99/19 105/23 115/7 120/12 123/17 124/25
 130/16 132/16 140/18 165/10 170/1 184/15
 184/17 193/13 194/14 203/7 204/21 205/4
answer [22]  4/10 25/19 31/23 32/5 40/22
 40/24 42/20 47/23 48/21 62/9 74/23 74/25
 78/8 87/7 94/25 95/5 138/7 155/14 155/15
 193/10 200/14 200/24
answered [3]  75/18 77/25 155/13
answering [1]  6/17
answers [9]  41/9 41/12 41/15 78/10 88/5
 145/22 145/25 147/4 193/20
Anthony [3]  127/18 127/22 128/6
anticipate [1]  2/11
anticipated [1]  4/22
antiquity [2]  13/5 13/11
any [166]
anybody [17]  17/19 27/6 32/19 39/9 109/23
 129/14 130/25 131/23 133/1 142/7 144/6
 155/17 157/14 157/20 171/18 188/25 189/12
anybody's [1]  134/17
anymore [1]  180/12
anyone [11]  5/22 8/25 23/10 80/12 124/18
 156/19 165/7 171/22 175/11 175/18 187/19
anyone's [1]  133/19
anything [53]  3/4 5/22 10/12 11/3 13/13
 14/21 15/17 15/18 16/11 23/7 23/22 25/15
 26/15 26/22 27/17 28/15 29/23 34/22 37/23
 38/25 44/17 54/16 64/9 70/19 79/7 88/21
 93/14 93/15 95/10 103/18 104/3 108/19
 109/13 112/21 135/11 136/3 139/7 139/20
 142/2 142/4 142/12 147/5 149/4 153/9
 159/14 165/1 167/18 172/17 181/25 182/2
 202/7 203/16 203/22
anyway [2]  26/7 111/7
aol.com [1]  1/25
apartment [26]  15/10 20/20 21/13 22/2 22/6
 25/1 26/16 26/21 28/20 28/23 28/25 42/9
 55/21 55/25 56/3 56/5 57/12 58/19 58/20
 59/9 59/23 60/3 79/21 137/20 158/22 185/19
apologize [7]  64/5 85/14 92/8 93/4 120/15
 120/16 131/9
appear [5]  63/17 77/3 77/6 77/13 148/1
appearance [1]  96/25
Appearances [1]  1/15
appeared [3]  120/2 164/15 164/17
appointed [1]  68/5
Appreciate [1]  136/7
approach [1]  148/10
approached [1]  170/13
approved [2]  18/12 102/15
approximately [16]  43/16 43/17 73/20 76/14
 84/8 85/3 98/17 102/17 102/19 114/16 115/7
 116/3 138/14 163/19 165/5 169/19
April [4]  82/15 82/20 82/25 206/8
architect [3]  22/7 22/8 22/8
architecture [1]  11/22
area [4]  5/12 85/24 170/13 170/17
aren't [1]  95/20
arguendo [1]  120/2
argumentative [1]  193/6
arithmetic [1]  50/18
around [23]  8/11 12/14 16/2 32/8 39/5 39/7
 42/7 80/6 91/19 101/15 115/24 116/14 123/4
 125/16 125/20 134/16 136/19 137/11 151/10
 160/4 168/6 179/8 186/19
arrange [1]  142/17
arranged [7]  142/14 143/3 143/10 176/10
 199/16 199/22 199/24

**A**

arrangement [5]  175/16 176/7 178/10 178/11 200/6
arrangements [1]  135/14
arrears [2]  28/7 33/12
arrest [8]  110/6 110/9 126/18 139/9 156/14 159/2 159/4 159/7
arrested [1]  126/12
arrests [6]  139/15 139/17 139/18 156/2 156/18 158/17
arrived [1]  146/12
arroyo [1]  76/9
art [2]  11/20 16/19
arts [4]  11/20 179/2 179/10 179/10
ask [49]  2/17 3/14 5/21 17/13 17/19 29/21 67/22 68/15 78/6 78/21 80/18 80/20 90/16 90/20 93/23 94/3 94/17 103/15 103/18 103/24 110/11 110/19 120/18 125/6 135/15 136/8 143/5 144/20 145/8 148/23 149/8 153/20 154/11 169/12 170/21 170/21 181/5 181/20 185/8 191/11 193/1 193/16 194/24 195/5 195/9 195/16 197/18 197/19 201/5
asked [64]  25/9 25/25 29/22 38/23 38/23 41/8 41/11 44/12 44/14 44/15 44/17 52/2 52/4 61/9 62/10 64/4 67/7 67/12 72/10 75/2 75/15 76/25 77/24 78/15 79/2 79/6 81/6 84/23 85/4 85/6 86/25 88/18 88/20 90/8 90/13 93/19 94/23 97/15 97/17 100/17 101/8 103/21 105/7 106/19 106/21 107/2 107/23 143/22 144/17 145/21 145/24 146/15 152/9 159/12 174/1 176/6 181/8 181/22 185/8 185/17 185/22 195/13 200/20 200/23
asking [18]  6/16 73/17 94/11 96/15 101/6 102/8 102/21 103/4 105/13 110/20 111/3 128/15 129/8 131/17 143/7 150/18 155/7 175/20
assert [1]  3/21
assets [2]  28/18 68/5 75/7 108/23
assigned [2]  117/8 119/3
assignment [5]  93/1 123/16 123/20 156/8 156/25
assist [13]  8/17 8/21 116/15 123/21 156/20 157/13 159/4 173/22 174/2 174/21 176/20 193/23 194/4
assistance [3]  135/10 174/15 201/10
assistant [11]  133/21 133/21 133/25 135/8 135/11 161/14 176/25 177/3 178/15 199/9 199/14
assistants [1]  175/9
assisted [4]  128/7 132/16 161/12 186/1
assisting [6]  9/12 84/14 163/1 172/7 175/6 177/6
associates [2]  53/3 160/11
assume [3]  85/19 154/1 196/7
Assumes [1]  191/25
assuming [4]  43/16 120/2 127/21 194/18
Astrology [1]  158/20
astronomical [1]  73/11
Atlantic [1]  114/9
attack [1]  70/17
attempt [2]  58/10 138/5
attempted [2]  24/5 75/10
attempts [2]  24/1 56/20
attend [5]  55/12 144/23 145/2 145/18 180/23
attended [3]  145/9 145/19 146/20
attending [4]  7/4 146/3 146/5 147/20
attention [8]  14/16 80/10 120/1 123/1 124/5 129/6 132/7 140/21
attorney [36]  2/7 2/14 2/14 3/16 3/17 5/13

5/15 27/13 27/18 42/2 44/22 45/10 53/7 77/11 141/15 142/14 142/17 142/20 145/22 145/25 146/18 148/17 160/19 184/9 184/9 191/14 191/15 191/21 191/23 191/24 192/7 200/21 200/24 201/3 201/3 201/3
attorney's [9]  1/17 141/19 144/7 144/11 144/13 161/2 161/4 175/11 200/22
attorney/client [2]  5/13 5/15
attorneys [16]  27/6 28/8 31/5 31/9 31/21 31/24 38/2 61/10 63/10 65/17 73/5 77/8 77/8 77/15 146/22 147/10
attractive [1]  14/19
audience [1]  3/7
Audio [1]  99/8
August [4]  110/6 110/9 156/3 156/11
August 16th [1]  156/11
AUSA [2]  1/16 1/16
author [1]  174/18
authority [1]  18/17
authorization [2]  183/13 183/16
authors [1]  9/2
automatically [1]  115/22
available [2]  116/2 102/7
avenue [3]  137/20 186/8 194/14
avoid [1]  151/24
avoided [1]  152/2
Avon [1]  9/2
aware [12]  15/22 108/11 159/25 160/3 160/6 163/15 170/19 174/13 174/17 178/21 191/13 197/4
away [6]  22/20 26/13 28/20 89/19 151/18 178/8

**B**

baby [1]  199/23
bachelor [1]  11/19
back [60]  2/3 5/20 15/12 16/21 21/6 22/15 22/21 22/22 22/22 22/24 23/3 24/3 25/4 26/24 32/5 34/12 35/2 35/5 35/21 47/10 49/1 51/21 55/14 55/21 55/25 56/2 56/6 56/14 60/10 60/21 65/5 77/12 89/21 91/19 99/17 110/12 110/12 112/1 112/18 113/11 115/14 115/24 121/18 122/19 124/25 130/16 130/20 154/11 160/15 162/20 171/1 173/7 173/12 180/6 185/18 186/4 191/10 203/7 203/9 204/25
backdrop [2]  105/3 164/23
backed [1]  150/9
background [4]  98/4 102/22 103/9 179/1
backlist [1]  30/19
backtrack [1]  95/10
badge [2]  83/8 83/9
baggage [1]  21/6
Ball [11]  84/25 85/5 93/6 117/7 117/12 119/15 119/16 123/14 123/17 128/11 155/18
bank [8]  27/10 27/10 27/11 27/12 79/22 80/1 80/2 101/7
banked [1]  108/6
Barber [1]  71/4
Bardfeld [2]  1/16 77/19
based [10]  97 41/14 61/20 104/6 139/23 149/16 180/19 181/14 189/23 189/23 197/15 202/11
basically [8]  85/6 85/8 85/9 116/16 121/17 130/17 166/5 204/11
basis [4]  17/9 111/5 135/18 194/11
Beach [2]  1/7 1/24
beautiful [1]  20/13 70/13
became [21]  9/15 18/11 61/21 61/22 117/11 119/22 140/11 140/19 146/13 156/20 160/3

161/13 165/9 167/21 168/11 176/13 177/3 178/15 180/1 182/4 185/4
because [71]
become [9]  8/6 9/12 14/3 118/10 118/20 152/25 160/6 176/24 180/13
becomes [1]  18/23
becoming [1]  178/18
before [32]  1/12 3/4 4/2 5/21 26/9 36/13 36/16 36/17 36/23 45/9 51/23 55/15 63/17 68/18 79/8 81/23 92/25 96/1 96/4 99/24 100/25 114/6 114/17 124/25 127/23 144/5 144/6 186/5 196/20 202/11 202/12 203/21
beg [1]  70/15
began [10]  8/15 9/8 9/15 27/7 61/7 119/20 165/8 167/6 167/20 180/13
begin [1]  55/8
beginning [8]  8/19 30/11 122/3 123/24 136/19 145/10 176/11 190/4
begun [1]  196/5
behalf [1]  187/18
behavior [1]  139/4
behind [2]  95/11 189/10
being [43]  10/20 22/7 35/15 35/19 38/3 38/9 38/20 64/23 72/11 85/7 85/24 92/22 93/19 98/8 108/18 111/20 122/9 122/9 127/25 131/9 131/22 142/2 142/14 142/17 147/1 159/8 165/10 165/11 165/14 168/6 172/8 174/14 177/24 186/18 186/21 188/6 189/19 190/9 190/23 193/22 193/24 199/21 202/1
belief [4]  137/7 139/24 140/5 149/1
beliefs [1]  181/15
believe [91]
believed [18]  110/15 111/12 125/1 125/5 143/15 165/19 165/21 165/24 167/10 167/16 168/3 181/1 185/19 186/12 192/10 196/23 202/4 202/5
believing [1]  166/10
below [2]  76/10 76/11
belt [1]  179/9
benefit [2]  48/9 162/1
Bennett [6]  142/25 143/1 143/1 143/3 143/10 148/15
beside [1]  129/14
besides [4]  38/9 117/16 117/16 129/10
best [6]  63/4 88/24 133/5 150/6 168/14 193/20
Beth [2]  77/19 158/4
better [12]  10/7 10/20 13/20 91/20 108/16 117/5 120/9 120/10 134/9 147/20 156/23 171/2
between [16]  29/17 36/20 44/20 55/22 88/10 120/3 146/17 146/22 151/7 176/7 194/8 194/13 195/3 196/12 201/23 201/24
Beulen [2]  187/15 187/21
beyond [3]  118/15 138/9 174/6
bias [2]  149/22 149/23
Bibb [1]  84/12
Bible [1]  88/11
big [3]  28/21 179/11 179/12
bigger [1]  19/24
bikes [1]  174/10
Bill [1]  117/21
bills [2]  27/15
birth [4]  71/23 72/2 200/2 200/3
birthday [5]  12/11 12/12 12/18 69/6 69/7
bit [5]  12/22 104/20 152/20 173/4 176/12
black [2]  97/5 179/9
block [1]  26/13
blocked [2]  92/16 92/22
board [1]  133/7

**B**

Boca [4]  1/22 124/16 132/13 164/4
bodies [1]  197/5
bodyguards [1]  140/17
bolt [1]  89/13
bomb [1]  116/7
bonus [1]  10/24
book [8]  9/10 9/17 10/8 12/1 12/20 12/23
12/22 197/10
booking [1]  135/13
bookkeeper [1]  18/13
bookkeeping [3]  161/13 176/21 177/5
bookkeeping-type [2]  176/21 177/5
books [16]  9/13 10/19 11/4 11/13 11/17
11/25 28/14 29/9 30/19 48/9 75/21 173/10
197/2 197/5 197/7 197/14
born [2]  6/24 6/25
borrow [1]  166/6
both [16]  2/8 4/15 6/19 7/9 10/12 48/3 72/8
79/6 113/17 145/1 146/22 148/20 184/8
190/25 203/18 205/9
bother [1]  64/10
bottom [1]  70/9
bought [7]  19/10 20/9 20/24 20/25 21/13
26/17 100/18
Boulevard [1]  1/17
boxing [1]  179/8
Brad [12]  165/17 165/20 165/21 166/2
166/22 171/19 171/20 195/5 195/17 195/20
196/7 196/14
break [7]  3/5 3/9 63/20 99/17 99/24 112/17
161/25
breathing [1]  58/2
brief [1]  108/7
briefed [2]  93/1 93/2
briefly [1]  114/12
bright [2]  16/1 82/3
bring [7]  5/11 32/4 64/21 113/4 139/17
162/16 190/19
broke [3]  198/5 198/7 198/9
brother [1]  179/9
brought [22]  25/7 32/6 40/25 59/6 61/15
64/23 67/8 67/16 67/17 67/23 72/14 75/10
119/22 120/1 139/11 140/20 143/21 147/8
176/12 190/6 190/23 199/21
Broward [2]  1/17 178/5
bucks [1]  26/11
budget [1]  102/7
build [2]  19/7 98/3
building [17]  11/23 20/10 22/19 24/25 25/5
56/9 56/9 57/24 57/25 96/7 96/11 96/19
138/2 138/4 138/16 186/5 189/12
building 17 [1]  186/5
built [9]  13/16 18/21 19/8 19/24 20/16 45/17
47/14 49/18 49/20
bull [2]  90/15 91/12
bureau [2]  114/25 122/7
burglaries [1]  114/19
burial [1]  49/10
Bush [1]  10/21
business [32]  8/18 8/18 9/25 10/1 21/2 21/10
48/18 48/11 48/13 55/7 80/1 85/7 86/13
86/18 94/13 94/23 95/3 102/25 103/1 103/8
103/9 103/16 103/23 103/25 104/22 104/23
105/1 109/16 109/19 109/24 111/15 160/11
businesses [1]  111/5
buy [11]  10/22 19/15 19/19 20/15 20/20
20/23 21/5 21/23 96/22 177/25 199/20
buying [3]  96/23 96/24 97/17

bye [2]  196/1 196/1

**C**

C-o-w-l-e-s [1]  49/16
cab [1]  24/25
cabin [11]  15/2 22/17 47/11 47/13 47/15 48/4
49/2 49/16 49/18 49/20 56/9
cahoots [1]  143/18
Cairo [1]  13/10
called [28]  9/17 16/4 23/1 23/18 24/20 26/5
28/6 30/17 30/18 57/3 57/21 58/4 59/11
84/24 109/5 117/6 123/11 125/23 128/11
128/14 131/14 136/6 137/17 138/16 139/10
145/16 150/17 178/4
calling [3]  91/9 107/16 133/1
Calloway [1]  7/8
calls [3]  23/19 108/25 172/7
came [24]  2/19 9/22 15/19 18/13 25/4 30/21
32/5 33/10 33/11 37/24 81/2 89/23 95/25
119/19 119/24 124/5 125/20 146/12 151/9
154/11 168/6 170/3 173/10 194/12
can't [26]  4/10 6/19 10/3 20/21 27/7 27/21
39/24 40/15 50/18 50/18 60/4 60/24 68/17
70/5 77/21 79/17 88/14 92/24 92/24 106/18
109/17 115/16 129/7 132/11 155/10 169/1
cancel [1]  24/12
canyon [2]  76/10 76/11
cap [3]  73/1 73/7 73/12
capabilities [1]  115/15
capacity [12]  32/23 83/6 85/17 107/21
108/18 111/9 114/18 114/21 118/24 122/11
134/2 153/6
car [2]  24/4 24/6
card [19]  24/5 24/7 24/9 24/12 100/14 105/7
106/21 107/2 133/10 133/11 133/18 133/19
133/22 134/6 134/11 134/11 134/16 134/17
177/13
cards [11]  11/8 103/2 107/6 109/17 109/19
109/24 111/15 113/13 133/14 133/22
care [4]  97/20 164/21 174/22 175/4
career [3]  49/5 50/23 122/4
carefully [2]  22/9 39/19
case [58]  1/2 2/14 4/17 5/22 28/10 45/9 52/6
63/23 65/11 78/6 80/1 80/3 81/5 84/24 84/24
93/12 96/1 110/6 111/14 111/18 112/17
117/6 117/11 119/19 122/1 122/2 123/16
126/13 126/15 126/16 127/20 128/11 128/18
128/19 129/4 149/21 151/7 152/20 156/3
158/3 158/4 158/7 158/10 159/10 159/14
160/20 161/3 162/2 163/5 163/17 171/23
174/14 180/11 187/7 193/18 203/10 203/11
204/5
cases [8]  14/4 28/13 84/6 95/25 96/5 96/6
115/2 123/18
cash [19]  21/16 21/18 49/14 50/1 51/2 105/20
105/21 105/21 106/20
Casually [1]  100/3
catch [1]  80/9
cause [5]  26/2 28/8 31/6 31/25 32/12
caused [3]  54/17 147/19 169/25
causeway [1]  198/16
caution [1]  4/19
celebrate [1]  12/18
celebrated [4]  12/11 15/14 15/15 92/11
cellphone [2]  109/20 109/25
center [1]  139/13
Central [2]  60/15 60/18
certain [14]  20/25 32/2 41/2 41/8 41/9 41/11
41/12 118/16 120/25 129/24 131/5 167/8
167/8 200/20

certainly [16]  116/18 119/13 120/24 125/8
129/9 143/22 147/7 152/1 153/9 155/5
159/15 171/11 180/12 193/23 194/10 195/3
certificate [2]  148/14 207/7
certified [6]  149/4 149/9 149/10 149/11
150/13 207/9
certify [1]  207/9
chair [3]  6/6 113/16 174/9
chance [1]  157/23
change [5]  33/13 33/17 60/4 168/8 169/11
changed [7]  25/21 31/13 57/1 59/4 159/15
177/4 194/13
changes [1]  44/22
chapel [3]  70/11 70/13 70/14
chapters [1]  8/24
characters [3]  11/10 11/11 195/7
charge [6]  116/6 116/9 116/16 158/11 179/24
204/1
charged [2]  35/15 35/18
Charles [2]  33/2 84/21
Charlie [5]  111/18 119/21 160/2 163/1
200/15
Chatham [1]  84/13
check [17]  46/24 79/10 80/5 80/23 81/4 81/9
81/10 81/11 81/24 97/21 139/3 160/8 160/9
160/10 160/10 169/6 175/11
checkbook [4]  18/8 18/9 18/20 18/22
checked [2]  26/14 43/9
checking [1]  145/7
checks [5]  18/5 18/18 18/18 34/7 80/7
Chevy [1]  46/16
chief [1]  10/15
child [9]  28/14 61/24 61/25 62/5 62/6 62/7
62/8 92/4 175/1
children [9]  44/1 44/3 44/4 46/11 91/16
91/17 174/25 175/1 175/2
chose [2]  71/1 75/13
Christine [8]  86/14 86/23 86/23 88/6 98/16
101/23 101/23 112/10
chronologically [1]  27/7
circles [1]  137/12
cities [1]  84/3
citizens [1]  116/11
city [10]  24/25 118/4 118/14 118/15 118/17
118/19 119/5 137/16 138/12 138/14
civil [2]  52/9 77/8
claimed [2]  74/13 157/24
claiming [1]  41/15
clarification [1]  110/21
class [1]  116/12
Claude [53]  5/25 6/3 6/10 67/24 71/4 71/7
137/8 137/18 139/1 139/8 139/19 140/12
140/18 140/22 141/7 141/10 142/2 143/15
143/17 143/21 144/24 146/8 146/9 146/15
153/4 153/5 154/15 155/2 155/8 155/12
181/12 182/2 182/19 184/4 185/7 185/19
188/13 188/15 188/24 189/18 190/16 190/17
190/20 191/11 193/25 194/12 194/13 194/16
194/22 195/2 196/7 200/8 206/3
Claude's [1]  191/14
cleanse [4]  90/17 93/21 94/4 101/3
Cleansed [1]  110/14
clear [2]  24/8 34/10
Clematis [1]  1/24
client [10]  3/4 3/9 4/1 5/13 5/15 130/10
130/11 130/11 188/7 190/2
clients [5]  125/11 127/25 128/12 129/4
131/10
cliff [1]  76/9
close [9]  16/13 47/4 58/3 70/21 71/14 76/13

# C

close... [3] 151/20 170/24 177/24
closed [1] 179/7
closer [2] 146/12 151/21
clothes [3] 26/19 26/22 26/24
clothing [2] 21/6 26/17
co [1] 21/21
co-op [1] 21/21
coal [2] 12/1 12/2
cocaine [1] 97/1
coconspirator [3] 35/15 35/19 140/4
coincided [2] 12/10 80/2
cold [1] 64/6
Colin [5] 166/11 166/12 166/22 167/2 195/6
collating [1] 135/4
college [4] 7/5 11/18 15/19 114/9
combat [1] 114/19
Comeau [1] 53/9
comes [4] 2/24 3/3 13/10 101/15
comfort [1] 202/15
comfortable [1] 2/13
coming [9] 47/20 73/6 94/10 100/22 102/12 102/13 126/21 187/10 196/11
commenced [1] 7/13
comment [3] 100/4 101/17 164/24
commit [1] 202/8
committed [1] 155/19
communicate [3] 87/25 88/13 172/3
communicated [4] 37/17 166/10 166/10 171/25
communicating [8] 53/20 61/2 135/16 137/6 165/19 165/21 166/22 171/3
communication [16] 36/24 123/2 137/9 140/12 142/9 167/1 168/12 168/13 171/11 174/12 191/6 194/6 194/7 196/12 201/7 201/16
communications [4] 5/14 88/19 129/12 166/2
company [10] 24/9 52/19 58/21 103/10 103/14 103/19 104/2 104/6 104/17 161/2
compare [1] 158/2
compensate [2] 29/25 175/5
compensation [2] 34/24 175/13
competed [1] 179/5
complaint [2] 131/13 131/14
complaints [1] 131/12
completed [2] 4/14 83/17
completely [3] 106/24 167/7 171/18
computer [2] 18/15 37/6
conceal [2] 169/7 172/13
concealed [1] 172/23
concern [4] 3/15 3/20 165/7 191/4
concerned [10] 2/15 2/15 24/21 58/7 58/16 64/13 75/15 111/9 165/10 205/9
concerns [3] 175/18 186/20 187/4
concert [1] 156/18
concerts [1] 15/21
concierge [1] 138/2
concluded [2] 89/17 150/24
conclusion [2] 57/19 177/2
conditions [1] 21/18
condominium [1] 21/21
conduct [4] 118/22 121/10 141/17 146/24
conducted [1] 123/4
conducting [1] 157/15
confer [1] 111/13
conference [3] 89/17 150/24 204/1
conferred [1] 111/23
confide [1] 171/22
confident [2] 110/18 171/20

confirm [2] 23/23 181/17
confront [1] 137/19
confronted [1] 131/19
confused [1] 89/24
conglomeration [1] 116/16
Congratulations [2] 37/8 92/12
connected [1] 76/8
consider [1] 39/19
considerably [1] 178/20
considered [2] 118/8 155/5
consistent [1] 78/10
constant [1] 64/5
constantly [2] 122/24 192/13
construction [8] 7/23 11/6 24/4 48/10 103/10 103/14 103/19 104/6
consult [3] 3/3 3/9 27/6
contact [24] 23/9 31/16 31/21 38/20 38/21 39/2 51/24 52/1 55/16 56/15 58/5 58/11 58/13 76/1 79/7 79/9 107/17 171/8 171/14 171/19 180/9 180/11 180/13 184/4
contacted [2] 60/21 131/15
contacting [1] 136/1
contain [1] 40/15
contemporaneous [1] 122/17
contempt [1] 51/6
contending [1] 34/14
content [1] 130/21
contention [1] 189/21
contents [4] 40/10 49/2 49/3 66/16
contested [1] 29/13
continue [7] 16/20 65/7 109/25 155/9 166/6 168/12 202/2
contracted [2] 10/23 84/11
contractor [1] 10/6
contracts [5] 10/22 30/20 30/20 34/3 34/4
contributed [1] 12/3
control [8] 18/8 28/14 29/8 52/10 52/15 68/5 99/6 137/19
controlling [3] 70/17 142/4 173/19
convenient [2] 178/12 204/15
conversation [19] 25/13 40/1 75/18 98/14 101/4 105/12 108/10 120/3 120/4 121/13 121/16 130/21 130/21 146/17 165/6 167/13 182/5 196/16 196/17
conversations [18] 23/25 41/22 42/2 92/14 100/6 101/4 102/2 102/3 102/18 120/21 121/1 121/4 123/10 152/2 160/25 165/18 166/20 172/8
convince [1] 131/2
Cook [3] 53/8 53/11 65/16
cooperate [1] 167/4
cooperative [1] 168/7
cop [1] 97/22
copies [1] 98/17
copy [5] 106/23 107/23 149/4 149/12 150/13
copyrights [1] 29/9
cordial [2] 174/6 174/7
corporate [1] 20/24
corporation [3] 18/3 19/2 95/6
corporation's [1] 21/1
correct [99]
correspond [2] 111/17 119/20
corresponded [1] 93/10
correspondence [4] 18/16 166/7 166/24 196/9
corroborate [5] 137/21 138/1 138/10 185/23 186/2
corroborated [1] 138/15
corroborating [1] 188/23
cost [1] 59/11

coughing [1] 64/5
couldn't [10] 21/23 24/18 41/15 91/16 91/16 110/12 111/3 138/17 188/23 202/2
counsel [7] 2/4 65/1 160/20 161/3 161/5 162/15 185/17
counseling [4] 17/6 54/1 54/18 54/20
counties [1] 84/3
countries [1] 191/9
county [12] 7/8 83/16 84/10 84/12 84/13 84/13 84/13 109/10 118/16 118/19 118/24 178/5
couple [8] 31/8 31/11 54/1 56/10 84/2 90/9 102/6 158/4
course [15] 4/3 12/24 65/13 65/21 66/20 66/23 98/22 111/8 119/14 125/13 137/6 153/12 165/6 190/5 190/16
court [34] 1/1 1/23 2/1 2/7 2/8 2/9 2/21 6/18 6/22 31/5 31/9 31/11 31/12 31/14 31/23 32/6 48/21 51/5 51/19 51/20 52/9 52/17 53/3 61/9 64/5 78/11 99/18 145/3 149/13 190/22 190/23 191/13 195/1 205/6
courtroom [10] 5/17 35/24 36/2 63/25 65/3 112/20 113/9 162/4 162/18 203/14
cover [4] 96/8 96/11 96/19 172/21
covered [2] 84/2 139/9
covers [1] 16/20
Cowles [1] 49/16
CPE [1] 1/23
CR [1] 1/2
create [1] 194/8
created [4] 117/9 118/1 128/4 185/20
credentials [3] 97/14 98/3 119/5
credit [23] 24/5 24/9 97/19 100/14 105/7 106/21 107/2 107/6 133/4 133/10 133/11 133/13 133/14 133/18 133/19 133/22 133/22 134/6 134/11 134/11 134/16 134/17 177/13
crew [2] 22/18 22/21
crime [3] 116/10 130/3 143/13
crimes [5] 114/19 117/10 117/10 122/12 122/13
criminal [15] 77/11 114/24 115/5 115/11 115/17 116/24 117/1 117/4 129/3 139/8 139/9 139/13 139/16 140/3 145/15
criticizing [1] 139/23
Cromlix [4] 68/18 70/8 70/9 70/11
Cron [4] 2/7 2/7 2/18 4/15
cross [20] 4/5 4/9 4/12 4/22 4/24 5/3 43/2 43/4 67/7 79/3 99/21 101/14 101/20 162/22 162/23 187/24 199/7 206/5 206/10 206/15
cross-examination [11] 4/5 4/12 4/22 43/2 43/4 67/7 79/3 101/14 101/20 162/23 199/7
cross-examine [4] 4/9 4/24 5/3 162/22
crossing [1] 116/10
CRR [2] 1/23 207/15
Crystal [11] 84/24 85/4 93/6 117/7 117/12 119/15 119/16 123/14 123/17 128/11 155/18
crystals [4] 105/15 106/13 106/15 112/1
culmination [1] 140/11
cumulative [1] 181/23
current [1] 153/13
curry [1] 203/2
curse [3] 93/21 93/24 94/4
custody [1] 28/14
custom [1] 46/18
Cyclone [1] 46/17
Cynthia [13] 125/12 158/20 159/4 163/10 167/12 167/14 167/16 167/16 167/21 167/21 167/23 197/8 197/8

**D**

D-u-n-b-l-a-n-e [2] 69/22 70/6
daily [3] 135/17 171/11 180/12
Dan [1] 2/7
dark [3] 91/18 93/24 93/25
Darren [8] 33/6 93/2 111/18 113/8 113/13
 113/18 113/19 206/13
date [10] 68/24 70/10 71/22 72/2 79/17
 136/17 136/18 153/24 156/10 164/7
Dated [1] 207/12
dates [1] 13/15
daughter [3] 86/6 91/25 167/24
daughter-in-law [1] 167/24
Davie [2] 86/17 89/21
day-to-day [1] 126/17
days [17] 15/11 15/11 15/20 18/14 27/4 56/4
 56/5 56/16 56/17 58/4 60/7 60/14 69/6
 143/25 144/1 171/11 198/21
DBA [3] 104/18 104/19 104/22
deal [6] 2/24 9/18 26/19 94/8 161/6 169/15
dealing [2] 33/16 98/2
dealings [1] 161/11
dealt [2] 109/8 111/18
Debbie [2] 187/15 187/21
deceased [1] 202/9
December [8] 32/15 40/25 41/5 62/11 81/7
 136/19 145/10 183/10
December 2008 [1] 41/5
decide [1] 180/15
decided [4] 9/8 58/8 177/23 177/25
decision [2] 181/23 202/16
decisions [1] 28/4
decline [1] 200/24
declined [2] 63/9 184/10
decorate [1] 26/18
dedicated [1] 18/21
deem [1] 145/15
deemed [1] 153/8
defect [1] 53/5
DEFENDANT [13] 1/7 1/19 65/11 66/2 66/5
 129/5 168/16 168/18 172/8 173/17 181/2
 182/18 187/19
Defendant's [17] 6/3 67/21 68/14 69/14
 69/16 78/20 82/20 98/13 99/1 113/13 127/10
 148/5 154/18 162/15 207/3 207/4 207/5
defender [2] 157/16 157/17
defender's [1] 157/10
defense [6] 160/20 161/3 161/5 185/17
 185/22 204/8
definitely [4] 95/19 125/8 155/2 176/24
defrauded [4] 41/16 155/12 194/13 194/16
degree [3] 11/19 11/20 105/6
deliberately [2] 172/22
delivery [2] 148/14 199/23
delusional [2] 189/5 202/10
demeanor [1] 164/15
demonstrate [1] 112/11
denigrate [1] 55/3
department [22] 83/5 83/11 83/22 84/13
 93/6 109/11 109/12 114/4 114/12 114/13
 115/16 115/21 116/13 118/5 126/4 133/6
 157/5 158/11 174/15 175/16 183/16 183/17
departments [2] 84/11 114/6
depending [4] 97/8 116/19 120/23 130/20
depends [2] 96/21 97/6
deposed [3] 38/3 38/9 41/6
deposition [22] 33/3 33/7 33/9 38/18 40/25
 41/1 41/3 41/5 79/8 145/10 145/15 145/16
 146/4 146/24 147/2 147/12 147/20 147/22

depositions [8] 62/12 144/16 144/18 144/23
 145/1 150/10 151/6 184/23
Depot [3] 109/16 135/11 177/18
depressed [1] 164/17
depth [2] 104/5 111/5
deputies [1] 183/5
deputize [1] 118/11
deputized [5] 62/25 108/18 118/7 118/20
 119/4
describe [3] 164/7 164/15 190/24
described [7] 134/13 137/15 137/17 138/19
 140/9 166/12 175/10
describing [1] 130/4
design [1] 16/20
designation [1] 118/7
designed [7] 19/8 20/16 48/15 48/16 76/7
 76/7 76/15
Designing [1] 11/23
desire [2] 185/6 187/1
desired [1] 76/17
desk [1] 25/4
destined [2] 92/6
detail [1] 93/11
details [3] 102/21 103/15 103/24
detection [2] 116/7 116/8
detective [75]
detective's [1] 83/8
detectives [9] 41/22 41/24 117/14 117/16
 122/9 128/18 129/4 129/17 163/20
determine [6] 30/15 31/18 31/20 94/15 95/11
 103/13
determined [1] 169/23
determining [1] 154/4
develop [2] 167/20 195/6
developed [2] 128/2 174/4
developing [2] 61/7 64/6
Deveraux [25] 10/2 11/25 18/3 18/6 29/8
 29/23 29/25 30/18 31/1 39/25 40/19 42/4
 46/20 48/8 52/5 52/10 52/15 55/5 58/21
 67/23 68/6 75/4 75/11 155/1 159/21
did -- I [1] 172/20
didn't [133]
die [10] 164/22 190/17 198/6 198/7 201/8
 201/15 201/20 201/25 202/1 202/2
died [7] 72/12 107/14 171/23 197/6 197/6
 201/20 202/14
difference [2] 29/17 149/20
differences [4] 17/11 54/10 54/11 203/21
different [22] 4/24 84/4 84/14 86/13 90/10
 97/2 97/4 99/7 116/6 116/19 117/24 130/5
 133/2 133/11 134/12 152/5 156/13 156/25
 167/11 176/11 179/7 191/18
difficult [1] 105/2
difficulties [1] 51/1
difficulty [1] 33/16
digress [1] 13/23
direct [15] 4/3 4/4 4/9 4/23 6/14 79/3 83/2
 113/22 129/4 132/7 189/14 200/20 206/4
 206/9 206/14
directed [2] 128/15 128/25
directly [2] 33/15 111/17
disbelief [1] 166/21
disciples [1] 88/11
discontinue [2] 9/8 24/11
discourtesy [1] 132/8
discovered [1] 126/8
discrepancy [1] 99/5
discuss [10] 9/14 23/20 63/23 64/1 90/6
 112/17 162/2 162/5 165/8 203/10

discussed [9] 10/16 10/20 10/21 11/9 27/13
 93/18 129/11 200/5 204/6
discussing [1] 27/13
discussion [2] 70/24 150/8
dish [1] 100/3
dispute [1] 131/1
disputes [1] 204/2
disregard [1] 99/6
distance [4] 178/9 178/13 178/17 201/24
distraught [2] 146/14 201/22
distressed [1] 146/14
DISTRICT [7] 1/1 1/1 1/13 2/9 2/18 77/4
 77/15
division [24] 114/16 114/16 114/24 115/6
 115/12 115/14 115/17 115/23 116/1 116/2
 116/11 116/25 117/2 117/4 122/4 126/16
 127/5 127/19 127/24 128/2 128/10 129/3
 140/3 140/4
divorce [24] 27/24 27/25 28/3 28/4 28/10
 29/12 43/14 44/7 45/6 45/8 45/11 52/6 60/22
 60/25 61/7 67/18 68/3 72/17 72/17 72/18
 74/10 75/3 91/17 92/2
divorced [2] 29/21 92/5
doctors [1] 61/23
document [4] 68/9 69/4 69/12 74/19
documents [5] 135/5 145/8 173/23 176/21
 190/22
does [14] 11/2 33/5 68/24 71/20 96/10 96/15
 121/9 148/6 148/20 149/20 150/3 161/18
 200/24 200/25
doesn't [11] 3/17 4/10 4/18 6/6 25/8 60/3
 108/21 113/16 121/3 149/13 202/17
dogs [2] 116/7 116/8
doing [31] 7/22 7/24 8/3 9/1 16/22 16/24
 22/15 29/25 48/8 50/22 53/1 56/8 92/10 95/3
 95/9 97/7 104/22 104/23 104/25 111/7
 130/12 152/17 157/12 171/16 174/2 175/12
 177/5 178/12 179/25 196/20 205/4
dollar [1] 29/16
dollars [8] 22/1 47/4 59/12 74/1 102/13
 135/3 163/13 189/11
Dolphin [1] 152/3
domestic [2] 139/6 139/20
domestically [1] 190/25
domineering [2] 17/22 142/4
don't [158]
done [10] 45/8 71/13 78/2 88/21 88/24
 129/13 131/8 131/23 161/14 172/22
Donnie [3] 106/2 106/4 106/6
door [11] 19/19 46/8 58/1 89/12 151/19
 163/25 170/22 175/24 176/2 176/3 176/5
doorman [3] 25/5 138/2 189/11
doors [1] 89/13
double [1] 90/12
doublecheck [1] 150/7
doubt [2] 95/18 95/19
down [25] 6/19 8/24 13/3 13/6 25/4 27/9
 27/12 29/2 51/13 55/3 58/15 59/3 59/5 72/16
 76/11 76/17 82/6 83/20 85/24 92/1 107/14
 122/25 174/10 196/11 200/7
downs [2] 9/25 66/19
drafted [1] 156/22
dress [1] 97/3
drive [1] 20/9
driver's [7] 97/15 97/17 100/14 106/24
 107/21 107/23 158/1
drove [1] 199/24
drug [3] 83/16 84/15 96/25
drugs [1] 97/18
dual [1] 181/24

**D**

due [2]  140/8 194/6
Dunblane [3]  43/13 69/19 69/22
during [25]  2/21 12/24 14/17 28/4 29/21 30/5
 30/7 51/24 64/2 106/8 117/3 121/13 124/2
 124/2 125/14 125/15 137/6 162/6 172/6
 172/25 174/5 186/18 187/15 200/2 205/2
duty [1]  176/6
dying [1]  201/23

**E**

e-mail [1]  1/25 166/6 171/12
e-mails [7]  37/2 37/4 166/2 187/18 187/21
 195/5 195/25
each [7]  23/21 30/22 40/17 119/25 143/18
 172/19 186/24
earlier [3]  19/10 81/8 145/7
early [11]  22/12 55/10 124/12 137/7 137/15
 138/20 171/10 171/13 176/24 193/18 194/1
ease [1]  146/16
easier [2]  85/23 120/18
East [2]  1/17 158/18
easy [2]  85/21 133/17
economic [2]  122/13 173/21
Eddie [10]  38/15 39/1 39/6 39/11 66/15
 140/19 182/1 188/19 188/24 189/1
editor [4]  10/15 23/11 58/3 58/4
editor's [1]  23/12
editor-in-chief [1]  10/15
editors [1]  16/19
effect [2]  51/8 202/9
effects [2]  26/19 49/4
effectuating [1]  159/4
effort [4]  56/15 56/20 172/12 184/6
efforts [1]  168/7
Egypt [7]  12/5 12/20 12/24 15/1 15/9 55/24
 55/24
Egyptian [1]  13/5
eight [6]  77/24 92/11 169/21 171/9 172/25
 198/19
either [24]  2/12 19/1 25/7 34/3 41/22 59/6
 61/25 79/18 84/16 122/7 122/25 126/20
 136/23 137/9 150/7 160/19 161/2 166/22
 167/12 186/21 187/4 187/19 201/9 202/15
Elaine [2]  132/3 163/8
electric [1]  172/15
Eli [3]  106/2 106/4 106/6
else [25]  11/3 16/22 23/10 39/24 71/13 121/3
 129/14 131/6 131/14 131/23 135/7 136/25
 139/20 142/7 155/17 157/14 157/24 165/7
 181/25 182/2 187/20 188/25 189/12 197/6
 203/22
embarrass [1]  54/22
embarrassing [1]  40/5
Embassy [5]  132/19 168/21 198/13 198/18
 198/20
emotionally [2]  42/16 70/17
employed [2]  83/4 83/6
employee [1]  66/4
employees [2]  66/1 169/13
employment [2]  8/1 178/10
encouraged [1]  10/22
end [13]  8/18 10/1 76/18 77/22 91/17 116/4
 121/19 150/9 154/4 170/9 182/2 188/5 196/1
ended [3]  176/14 177/23 195/25
endorse [1]  204/10
energy [3]  91/19 92/20 93/25
enforcement [5]  102/13 107/10 108/20
 108/24 157/7

England [1]  51/17
enjoy [1]  173/5
enjoying [1]  16/2
enough [4]  71/12 110/2 111/4 141/19
ensued [1]  146/17
entail [1]  135/4
entered [3]  44/6 69/16 99/1
enters [3]  65/3 113/9 162/18
entertain [1]  10/9
entire [4]  98/22 125/15 179/5 190/6
entities [2]  134/12 154/24
entitled [2]  75/7 207/11
entity [2]  136/11 154/23
entry [2]  69/19 71/10
environmental [1]  116/10
equities [1]  29/4
equity [3]  22/2 28/25 74/9
errands [3]  177/6 177/19 199/8
ESQ [1]  1/19
essentially [3]  22/20 48/23 49/10
establish [4]  74/20 75/11 97/19 105/4
established [1]  30/17
estate [4]  73/22 74/2 74/5 85/24
evaluated [1]  52/24
even [23]  6/23 38/18 74/5 75/25 79/20 146/7
 149/1 149/10 149/11 150/13 152/4 154/9
 168/1 170/15 170/19 176/14 177/13 180/9
 180/16 186/19 197/14 198/21 205/3
evening [4]  123/7 165/4 203/12 205/13
event [5]  12/9 138/19 158/24 202/11 203/7
events [3]  140/9 189/7 190/7
eventually [14]  8/6 28/15 33/18 77/14 90/17
 117/10 117/11 119/24 122/6 125/19 130/18
 166/4 180/15 188/16
ever [67]  12/21 12/23 15/22 17/3 17/5 18/17
 26/22 28/1 28/13 33/2 33/6 33/21 37/2 37/9
 37/11 37/13 37/14 37/17 37/20 39/12 39/15
 42/3 42/7 42/11 42/14 42/16 45/8 52/14
 52/17 54/24 54/25 55/3 63/17 66/1 66/4
 70/18 74/5 74/8 79/6 79/10 80/12 80/18
 88/18 90/22 94/3 119/12 128/5 128/15 133/9
 137/21 137/22 138/1 141/6 141/9 151/12
 152/8 155/7 160/25 161/6 161/14 179/13
 182/12 185/22 192/3 192/18 194/12 195/5
every [8]  22/9 22/23 50/5 88/4 101/2 120/23
 187/1 187/3
everybody [10]  4/7 4/13 16/4 115/8 115/19
 121/9 153/15 153/17 157/25 192/14
everyone [5]  5/19 65/5 76/15 113/11 162/20
everything [16]  4/9 4/17 4/22 24/11 28/9
 44/12 44/15 53/15 53/16 92/15 92/16 92/19
 92/19 136/23 196/5 196/23
everything's [1]  23/19
evidence [17]  57/9 68/10 69/12 69/16 78/20
 98/13 99/2 140/2 140/6 148/22 154/15
 154/19 188/23 191/25 197/16 197/17 207/3
evil [2]  182/19 182/19
ex [10]  33/10 39/13 74/18 80/18 137/8 151/8
 153/6 180/18 180/25 190/3
ex-husband [5]  137/8 151/8 180/18 180/25
 190/3
ex-wife [4]  33/10 39/13 74/18 80/18
exact [5]  27/8 95/2 136/17 136/18 189/15
exactly [16]  20/21 21/25 31/17 32/9 35/9
 39/7 43/11 54/21 56/4 77/12 80/5 102/11
 104/1 119/24 139/11 189/25
examination [21]  4/5 4/12 4/22 6/14 43/2
 43/4 67/5 67/7 79/3 80/25 83/2 101/14
 101/20 108/8 112/8 113/22 162/23 188/3
 189/14 199/7 200/20

examine [4]  4/9 4/24 5/3 162/22
example [1]  105/5
exceeded [1]  35/3
Except [1]  49/4
excerpt [1]  98/9
excess [3]  4/19 123/15 124/1
exchanged [1]  37/9
excuse [2]  28/3 120/7
excused [2]  82/9 82/11
exercise [2]  178/22 195/6
exhibit [11]  67/22 68/15 69/14 69/16 78/20
 99/1 127/10 148/5 153/21 154/19 197/24
Exhibit 39 [1]  197/24
exhibit 42 [1]  78/20
exhibit 51 [1]  154/19
exhibit 53 [1]  67/22
exhibit 54 [2]  68/15 69/14
exhibit 56 [1]  127/10
exhibit 57 [1]  148/5
exhibits [4]  98/13 204/21 204/24 207/3
exhibits 55 [1]  98/13
existed [1]  95/6
exits [4]  63/25 112/20 162/4 203/14
expect [1]  48/4
expected [1]  80/3
expend [1]  102/16
expended [2]  102/17 183/21
expenses [2]  172/21 177/17
experience [1]  13/20
explain [4]  103/6 104/21 194/24 195/3
explained [1]  13/15
explaining [2]  124/10 130/4
explanation [3]  63/2 191/12 192/9
exploded [1]  138/3
express [3]  165/7 166/21 186/20
expressed [7]  182/7 182/10 182/15 187/1
 189/22 191/16 196/22
extended [2]  20/12 118/15
extending [1]  179/11
Extension [2]  86/17 89/21
extensive [1]  17/9
extensively [1]  180/15
extent [3]  99/6 129/1 174/10
extra [2]  14/16 111/15
extract [1]  69/19
extraordinary [2]  80/14 81/23
eye [1]  171/6

**F**

face [2]  146/15 190/20
facilitating [1]  136/2
fact [42]  44/12 51/16 52/6 66/7 72/14 77/14
 80/9 94/10 106/7 110/16 115/2 119/21
 138/18 144/10 151/15 157/9 161/1 163/3
 164/24 166/5 168/2 168/2 169/15 169/22
 174/13 174/17 174/18 177/23 178/3 178/21
 178/21 182/10 183/20 184/3 185/3 186/11
 190/13 190/14 190/15 190/24 195/25 201/25
facts [8]  95/12 123/7 130/4 165/8 188/10
 189/23 191/25 194/2
fail [1]  77/6
failure [1]  72/25
fair [8]  5/3 10/9 12/15 29/4 108/24 136/21
 155/21 200/14
faith [2]  88/15 88/17
faking [1]  185/12
fall [2]  136/18 136/23
false [2]  196/25 197/1
familiar [10]  11/21 16/3 18/15 26/13 33/5
 68/19 86/1 128/21 128/25 179/1

# F

family [25] 20/2 46/11 70/13 119/23 119/25
126/12 128/13 130/5 137/9 167/9 167/9
171/24 171/25 174/1 179/10 194/11 194/11
196/8 201/9 201/10 201/11 201/16 201/17
202/16 202/17
family's [1] 127/25
famous [1] 174/18
far [22] 13/3 35/3 64/12 69/1 76/12 108/1
108/18 111/5 111/9 123/8 131/4 134/3 136/3
138/18 140/6 151/18 153/23 172/13 193/22
199/10 200/10 205/9
fashion [1] 181/2
fast [1] 99/25
father [1] 155/11
fault [1] 91/19
favor [2] 149/24 203/2
favorable [1] 44/9
faxes [1] 37/9
FBI [4] 32/24 41/25 62/22 63/2
Fe [22] 7/21 16/21 19/6 19/11 23/16 24/3
24/20 25/7 26/20 26/25 27/3 27/10 27/12
45/15 46/1 60/10 60/21 72/8 79/20 79/23
137/3 137/4
fear [12] 182/7 182/9 182/10 182/14 182/14
182/15 182/16 185/12 189/16 189/21 189/24
189/25
fearful [2] 168/11 185/5
fears [2] 182/12 190/20
feasible [1] 178/16
February [1] 79/18
federal [21] 1/21 108/13 108/21 108/23
109/4 109/9 109/13 111/13 111/20 118/7
118/9 118/10 118/12 118/21 119/1 119/3
119/8 128/18 133/6 144/2 189/9
fee [4] 48/16 90/20 90/22 112/3
feeding [1] 190/2
feel [15] 3/3 3/8 88/5 92/16 92/16 94/10
94/16 103/17 125/19 138/8 146/19 146/19
147/20 171/2 201/25
feeling [1] 124/9
feels [3] 3/25 92/21 192/13
feet [1] 70/12
fellow [2] 24/6 188/19
felt [24] 34/21 89/25 91/14 91/16 91/20 94/14
95/9 95/9 103/7 106/25 110/2 111/8 111/19
119/21 123/3 125/7 126/4 130/2 153/25
165/10 168/12 176/6 194/5 202/7
Ferguson [1] 1/20
fertilization [1] 199/17
few [14] 8/24 15/11 15/11 15/20 24/3 26/17
26/19 54/15 58/4 102/6 131/21 177/20
189/10 204/12
fiction [2] 190/1 190/2
fictionalizing [1] 196/17
fictitious [2] 105/5 107/21
fielding [1] 126/17
Fifteen [1] 72/20
fifth [3] 3/22 5/15 20/18
fight [2] 100/6 100/21
fighting [2] 100/10 204/12
file [9] 28/8 51/5 52/14 52/23 154/7 154/8
173/17 180/6 180/7
filed [15] 27/24 28/1 28/1 28/13 52/4 52/6
53/12 60/22 60/25 61/8 135/5 149/12 154/3
173/14 173/16
filing [1] 52/9
fill [1] 18/18
filled [1] 77/22

film [4] 13/18 26/20 26/22 27/1
films [1] 15/21
final [2] 33/25 34/11
finalized [2] 43/14 72/19
finally [1] 29/19
financial [2] 77/20 135/4
fine [4] 53/15 53/16 53/19 205/5
finish [3] 6/17 6/18 99/23
finished [3] 5/4 22/18 83/17
Fire [1] 46/13
firm [5] 53/9 65/14 65/16 65/21 66/1
first [49] 9/10 10/18 10/18 19/13 24/13 30/13
32/5 34/20 44/1 50/7 50/8 56/15 61/23 79/18
81/2 81/5 86/25 91/1 91/6 96/2 98/21 100/11
105/11 105/17 113/17 113/18 120/3 122/2
124/22 125/6 125/18 125/21 129/25 131/12
140/10 141/14 142/23 152/19 153/24 161/20
164/2 166/9 167/3 167/12 171/9 172/6
172/25 173/2 175/8
fit [2] 136/6 138/3
fitness [1] 179/11
five [9] 8/10 10/17 19/3 20/6 27/4 32/3
114/22 115/7 148/5
fix [1] 191/2
FL [2] 1/18 1/22
flew [5] 15/11 56/6 60/10 100/21 184/1
float [2] 13/3 13/6
floor [2] 1/18 25/1
FLORIDA [16] 1/1 1/7 1/24 2/18 32/21 77/4
77/16 78/1 83/8 83/20 96/1 96/3 96/4 114/9
124/16 164/5
flow [1] 123/2
flown [2] 59/21 100/20
flows [2] 13/9 13/10
fluently [1] 85/22
fly [4] 15/13 61/14 183/24 183/24
fold [1] 16/8
folks [1] 49/10
follow [2] 37/20 141/19
followed [2] 186/22 200/22
following [12] 5/17 64/16 65/3 89/7 112/24
113/9 148/12 162/9 162/18 165/15 187/1
190/23
foot [2] 46/18 46/18
football [3] 114/10 152/4 152/5
force [15] 83/16 83/24 117/6 117/8 117/25
118/2 118/3 118/6 118/11 119/4 129/16
131/18 144/3 144/3 144/7
forced [2] 51/23 130/25
forces [4] 91/18 93/24 93/25 118/1
foregoing [1] 207/9
foreign [1] 191/9
forget [1] 70/5
forgive [6] 36/4 73/4 73/16 91/11 99/14
135/24
forgot [2] 81/10 95/2
form [27] 63/23 112/17 125/2 149/2 160/21
162/2 203/10
Fort [27] 1/18 83/5 83/11 83/21 84/17 84/20
85/24 93/6 100/9 109/11 114/3 114/11 118/5
118/14 118/17 119/2 119/5 126/4 132/19
133/6 156/24 157/4 158/11 168/21 174/15
175/15 183/17
forth [5] 9/20 12/3 21/7 55/21 77/12
fortune [6] 15/23 16/6 16/10 85/6 90/4 93/12
fortune-teller [1] 90/4
Forty [1] 72/3
Forty-seven [1] 72/3
forward [3] 33/14 119/19 126/21
found [12] 11/7 35/18 122/23 160/15 170/11

170/12 171/18 176/4 191/8 196/25 201/8
201/24
foundation [1] 68/12
foundation's [1] 149/7
four [20] 10/4 10/17 18/14 19/3 19/15 27/4
31/17 32/2 43/7 43/16 44/6 53/14 60/7 60/14
60/25 72/1 83/13 83/15 144/1 204/4
four-year [1] 44/6
fourth [1] 50/13
France [1] 55/11
Franklin [4] 1/23 207/8 207/14 207/15
Frankly [1] 35/20
fraud [11] 119/22 124/23 125/1 152/23
154/16 154/25 154/25 155/3 155/6 155/19
193/14
Fred [1] 1/19
free [1] 18/1
freedom [1] 156/19
frequent [2] 55/16 171/14
frequently [2] 21/11 51/5
fresh [1] 121/19
Fria [2] 45/15 49/2
friend [11] 15/19 15/19 16/16 38/10 38/12
38/13 38/14 58/3 66/13 165/10 165/13
friends [17] 13/21 13/24 13/24 14/1 14/2
14/3 24/20 38/22 38/22 38/23 39/2 53/3 66/7
66/20 66/24 189/3 189/6
friendships [1] 66/10
front [5] 25/4 69/25 86/24 148/24 170/4
fruitful [2] 138/6 184/20
Ft [1] 117/13
fugitives [1] 114/20
full [5] 4/8 5/3 9/9 18/13 123/20
full-time [3] 9/9 18/13 123/20
fully [1] 4/6
function [1] 22/8
fund [3] 46/25 47/1 73/24
funds [8] 34/9 47/7 47/20 48/4 102/15
107/10 108/21 183/21
funny [1] 195/13
furnish [1] 106/10
furnished [1] 184/19
further [10] 3/4 4/2 24/1 42/24 102/9 103/18
112/5 126/18 183/14 202/20
furthered [1] 107/10
furthermore [1] 200/10
future [6] 87/1 87/4 87/23 90/2 90/3 92/3

# G

gain [1] 28/14
gained [1] 157/21
games [1] 152/3
Gary [1] 161/9
gathering [3] 173/23 176/21 176/25
gave [12] 10/23 34/16 59/16 95/5 101/2
104/19 131/22 137/22 150/10 160/8 160/10
160/15
genealogy [1] 86/7
general [9] 7/23 9/14 10/6 70/25 121/23
122/1 122/2 160/5 170/13
generalization [1] 199/11
generally [2] 121/7 193/19
generations [1] 91/20
gentleman [6] 14/12 120/12 140/19 161/6
161/9 200/8
gentlemen [8] 37/24 62/20 63/22 65/6 99/3
112/16 113/12 203/4
geography [1] 13/6
Georgia [10] 83/17 83/19 83/20 84/9 84/10
84/12 85/20 85/25 95/23 109/20

**G**

gets [1] 198/3
getting [16] 29/21 59/22 72/21 82/17 94/9
96/20 99/20 103/3 108/21 113/7 148/9 150/3
150/14 173/12 180/2 201/1
Gilliam [3] 6/25 42/5 71/18
give [22] 11/8 41/8 41/11 43/16 90/11 90/16
91/12 93/20 94/3 100/24 103/13 104/16
110/12 110/12 110/22 110/25 143/11 145/22
145/25 160/10 169/1 169/1
given [9] 4/4 4/9 18/17 74/20 148/1 160/13
161/1 175/21 191/12
gives [1] 202/13
giving [1] 100/24
Glades [2] 132/13 164/6
Glenn [1] 84/13
GMC [1] 46/17
God [8] 87/23 88/1 88/5 88/7 88/10 88/13
88/16 88/23
goes [2] 56/25 98/20
going [90]
gone [6] 4/16 52/3 60/12 128/23 144/6 195/3
good [22] 2/2 5/19 5/23 12/22 26/9 50/22
54/14 59/13 63/19 70/23 92/10 98/7 112/25
113/1 113/24 115/8 130/13 152/14 181/9
196/1 196/1 205/11
good-bye [2] 196/1 196/1
Googling [1] 104/8
Goon [1] 161/9
got [38] 11/19 11/19 18/10 18/11 22/12 24/24
28/18 28/22 28/23 29/1 29/5 29/8 29/8 29/9
35/5 44/12 44/15 46/6 46/7 46/15 46/16
46/20 46/22 48/16 49/3 49/5 49/23 56/2
58/18 59/2 104/7 122/18 131/1 149/13 150/5
184/2 184/2 200/5
gotten [2] 69/6 126/20
GOVERNMENT [14] 1/4 1/16 4/8 4/23
98/22 108/13 108/21 108/23 109/9 118/21
133/7 188/17 189/10 197/16
Government's [1] 204/23
grabbed [1] 100/13
grade [2] 161/20 175/3
graduated [1] 177/4
graffiti [1] 116/10
grand [8] 63/11 63/15 63/17 77/1 77/3
141/12 144/10 184/12
Grass [3] 47/11 48/3 49/1
gratifying [1] 193/19
great [5] 9/18 26/18 48/5 50/22 178/13
greater [1] 176/6
greatest [1] 182/12
group [7] 16/24 17/1 117/6 117/14 117/14
130/11 156/5
guards [1] 116/11
guess [20] 5/12 6/24 7/24 24/24 36/20 37/13
37/20 74/4 119/9 127/19 129/19 131/4
131/17 143/22 144/25 152/11 172/19 173/6
201/1 203/5
guessing [1] 128/3
guide [1] 14/9
guides [2] 13/14 137/18
guilty [1] 35/19
guys [2] 73/11 198/12
gym [3] 136/6 160/2 179/23
gyms [1] 179/7
gypsypsychicscams.com [1] 128/14

**H**

h-e-a-l [1] 85/10

habits [1] 76/6
hac [1] 2/22
hadn't [9] 24/19 64/9 110/13 151/15 156/5
157/4 173/14 173/16 182/7
half [13] 22/1 29/2 29/6 32/7 46/20 46/22
75/9 75/11 110/10 116/3 165/5 202/12 204/7
hand [5] 6/2 30/20 82/19 90/12 148/14
handed [1] 90/15
hands [1] 194/13
handsome [1] 10/24
hang [2] 152/1 174/9
happen [4] 35/16 35/18 70/20 139/15
happened [20] 15/8 19/4 19/24 24/14 27/8
82/2 86/22 107/13 124/10 129/9 130/14
131/6 137/16 138/19 169/25 185/18 186/11
186/12 200/5 202/11
happening [3] 182/2 187/4 189/7
happens [1] 110/1
happy [4] 17/14 17/16 130/12 131/3
harass [1] 70/16
hard [2] 17/19 179/14
Harder [1] 117/21
hats [1] 116/19
haven't [5] 61/17 64/7 73/23 150/4 197/13
having [14] 2/13 3/21 24/4 51/24 58/5 60/12
68/17 73/11 73/22 81/4 91/15 166/10 170/5
172/8
he's [19] 2/8 2/9 2/15 2/17 4/3 4/4 4/4 4/6 4/9
4/14 5/3 64/23 89/10 150/17 150/18 150/21
152/25 179/5 179/24
head [2] 50/19 81/12
heal [3] 85/8 85/10 105/15
healthy [2] 61/25 91/24
hear [9] 6/23 23/8 23/10 56/18 58/4 63/1
73/21 81/18 99/6
heard [12] 4/2 5/22 20/6 33/2 33/6 34/20
38/24 38/24 75/8 127/15 192/18 192/19
hearing [1] 99/4
hearings [1] 72/25
hearsay [1] 27/22
held [5] 51/5 62/11 89/7 114/13 148/12
help [21] 10/12 11/12 11/24 53/8 54/9 88/12
88/19 95/13 135/19 135/25 138/7 141/1
141/25 143/13 146/16 154/4 176/5 179/22
188/20 195/6 202/15
helped [3] 167/9 199/20 200/3
helping [1] 11/3
helps [1] 127/7
here [18] 2/10 2/14 16/10 17/9 36/1 67/25
69/5 77/3 78/10 86/8 99/10 103/6 125/9
127/19 136/23 159/9 190/6 205/9
here's [1] 153/20
hers [3] 19/20 48/5 58/3
herself [1] 133/16
hide [1] 107/8
high [2] 70/25 74/5
higher [1] 176/12
highest [1] 2/8
highly [2] 23/19 24/7
Highway [1] 1/21
Hill [9] 119/20 120/1 120/4 124/4 124/5
124/8 125/22 131/12 200/15
Hilton [6] 124/16 132/12 164/6 168/22
168/23 198/10
himself [3] 3/21 4/4 4/18
hindsight [1] 81/22
hire [3] 31/18 133/21 174/20
hired [7] 18/12 18/12 18/13 51/16 80/12
134/21 192/5
historical [1] 13/15

history [4] 139/4 139/8 139/10 139/17
hit [3] 42/14 73/22 179/14
hold [4] 104/12 104/12 148/18 171/20
holidays [1] 22/20
home [16] 11/17 19/6 19/15 19/17 70/11
70/12 76/18 91/25 100/20 100/21 100/22
103/11 135/19 151/16 174/23 175/3
home's [1] 86/2
homes [1] 135/16
honestly [1] 104/4
Honor [46] 2/6 2/12 2/17 2/20 3/11 5/10
25/11 36/9 39/20 41/17 42/22 57/7 64/4
64/18 64/20 64/24 65/8 67/4 69/12 74/22
76/3 81/16 82/10 82/13 98/14 98/18 98/18
98/24 104/9 108/7 109/6 113/1 113/3 161/21
162/12 162/14 164/8 182/20 186/15 192/1
197/11 197/15 198/22 202/24 203/3 203/21
HONORABLE [1] 1/12
Honors [1] 168/23
hope [2] 23/19 88/25
hopefully [2] 100/25 104/20
hoping [6] 23/8 184/16 198/5 198/7 201/15
202/23
hospital [3] 199/23 200/2 200/5
hostile [1] 188/24
hotel [21] 15/20 26/12 26/13 26/14 60/8
100/9 124/16 130/2 132/12 133/7 163/25
164/4 167/3 169/16 169/19 170/3 170/5
198/10 201/8 201/15 201/19
hotels [2] 21/4 135/13
hour [4] 20/8 165/5 204/7 204/7
hourly [1] 134/24
house [32] 18/21 19/10 19/19 19/22 19/24
23/8 45/17 45/24 46/4 46/8 49/3 49/3 68/18
70/9 70/11 75/25 76/7 76/8 76/10 79/23
100/10 136/3 152/1 170/10 170/14 170/17
170/18 172/11 172/14 186/20 187/11 199/2
houses [5] 19/25 46/10 48/15 76/13 199/20
How'd [1] 160/6
however [4] 45/21 73/6 128/10 172/20
huge [1] 76/9
huh [11] 13/12 19/16 22/14 44/24 48/17 50/3
54/2 56/10 67/9 71/19 87/24
hundred [6] 26/10 59/12 136/1 163/13
189/11
hundreds [2] 96/4 96/5
hurt [1] 4/11
husband [8] 7/11 75/15 91/15 100/7 104/23
106/6 137/8 151/8 153/7 158/21 180/18
180/25 190/3 192/5
husband's [2] 94/13 94/17
hyperventilate [1] 185/4
hyperventilating [2] 146/14 185/6
hypothesis [1] 143/20

**I**

I'd [6] 2/6 68/9 82/4 98/18 98/19 203/19
I'll [17] 3/5 6/18 16/12 16/13 16/14 89/2 89/9
99/25 101/3 108/7 120/18 132/8 136/8
144/20 149/9 153/17 153/19
I'm [113]
I've [18] 16/9 75/8 88/20 89/12 98/21 109/8
109/18 127/15 128/3 128/20 128/23 128/24
152/15 161/11 189/13 192/19 197/7 203/18
idea [5] 10/9 12/19 20/15 21/5 173/10
ideas [1] 143/20
identification [8] 67/22 68/15 127/10 145/7
148/4 157/23 167/8 197/25
identified [5] 36/10 41/25 119/9 129/24
167/21

## I

identify [8]  32/22 118/25 119/2 128/6 131/7 165/13 167/23 194/15
identifying [2]  130/5 172/17
identity [4]  98/3 105/5 172/13 172/22
ignored [1]  107/25
imagine [3]  128/7 153/1 169/3
immediately [10]  10/3 15/2 15/3 18/10 39/17 83/21 125/23 129/24 130/2 130/19
immense [1]  95/13
impact [1]  114/18
impaired [2]  52/19 53/4
impeach [3]  150/19 150/20 150/22
impedes [1]  123/2
implicating [1]  188/6
impolite [1]  111/19
importance [1]  96/7
important [4]  18/24 152/25 181/11 188/10
impossible [2]  102/14 140/8
impression [1]  104/7
improper [1]  85/19
improvements [1]  22/6
improving [1]  9/19
in-depth [2]  104/5 111/5
in-person [1]  129/10
Inc [19]  10/2 18/3 18/6 29/8 29/23 30/1 30/18 31/1 46/20 48/9 52/10 52/15 55/5 58/21 67/23 68/6 75/4 75/11 155/1
incident [7]  185/18 185/20 185/23 186/2 186/6 186/11 187/11
incidents [2]  187/5 187/6
include [2]  135/13 153/3
included [2]  128/1 154/23
includes [1]  116/7
including [2]  62/11 189/22
income [1]  50/22
incompetent [1]  52/18
increase [4]  30/13 30/22 72/11 73/9
increasing [1]  50/4
incriminate [2]  4/1 4/18
incriminating [1]  3/21
incrimination [2]  3/24 4/6
indeed [1]  194/8
indelicate [1]  73/17
independent [3]  180/14 186/23 186/23
index [1]  11/7
indicate [4]  36/10 155/7 168/16 191/21
indicated [2]  101/22 191/20
indicating [1]  126/4
indications [1]  99/20
individual [4]  107/17 119/25 184/15 184/20
individually [2]  19/1 47/1
individuals [7]  37/17 88/10 128/23 154/24 157/23 161/10 181/10
industrial [1]  11/20
Industries [1]  105/1
Industries' [1]  109/24
inexpensively [1]  109/21
information [23]  9/18 11/7 90/11 93/17 94/11 103/4 105/8 106/21 107/3 107/19 109/9 130/23 131/5 131/22 137/22 147/8 153/24 154/8 155/23 156/17 157/20 176/25 184/19
informed [2]  191/24 192/7
initial [1]  121/1
initially [3]  105/17 168/20 171/1
input [3]  123/24 159/12 169/14
inquired [1]  5/14
inquiring [1]  126/17

instance [2]  118/13 138/1
instead [3]  33/15 73/8 204/15
instructed [1]  200/21
instruction [2]  200/23 204/9
instructions [3]  59/8 203/19 204/4
insurance [1]  136/2
intangibles [1]  28/19
intended [2]  12/21 76/21
intending [1]  150/11
intention [2]  89/11 146/20
intentionally [1]  81/19
intentions [1]  146/5
intents [1]  168/19
interaction [1]  132/7
interest [8]  55/7 58/24 75/3 140/19 149/22 153/14 168/14 193/20
interested [4]  16/12 153/17 170/20 173/9
interesting [1]  89/6
interfere [1]  3/23
intermediaries [1]  88/10
intermediary [1]  36/25
internationally [1]  191/1
Internet [1]  177/14
interpreter [1]  85/15
interrupt [1]  149/18
interrupted [2]  81/17 120/14
intervene [2]  15/4 147/12
interview [16]  63/6 122/17 140/18 141/17 141/22 142/7 142/11 142/14 146/9 184/6 184/16 184/17 189/11 200/8 200/9 200/12
interviewed [3]  77/14 77/19 163/20
interviews [1]  123/4
intimate [2]  93/16 157/21
introduce [1]  2/6
introduced [6]  36/17 62/23 152/19 152/20 154/5 154/12
inventory [1]  8/3
invested [1]  160/1
investigate [2]  117/9 140/15
investigated [4]  77/18 117/11 126/7 174/14
investigating [2]  115/2 193/21
investigation [45]  2/13 102/9 106/6 107/11 111/11 115/6 115/12 115/17 116/25 117/2 117/4 119/16 121/11 122/10 125/13 129/3 130/4 137/6 139/13 140/3 141/25 147/5 147/15 149/16 152/23 153/4 155/18 157/22 163/1 164/19 165/9 167/5 171/4 171/9 172/7 181/25 183/14 184/21 186/8 187/16 188/8 193/19 193/22 194/1 194/4
investigations [5]  84/3 114/24 118/18 118/22 121/10
investigator [5]  31/18 51/16 66/4 157/9 158/10
investigators [7]  51/13 65/22 77/15 163/17 167/4 191/10 192/6
invitation [1]  10/14
involved [24]  9/12 10/1 17/5 35/11 67/15 111/14 124/7 128/10 130/22 137/8 154/15 154/25 155/17 156/21 171/3 173/11 175/21 176/8 182/4 187/16 187/21 193/14 199/5 199/18
involvement [2]  106/5 125/16
irate [1]  137/19
ironic [1]  179/23
irrational [2]  182/15 201/23
IRS [2]  173/8 173/19
isn't [5]  52/6 86/8 149/5 169/22 198/21
isolate [1]  93/24
isolated [2]  75/22 171/18
isolation [1]  159/23

issue [3]  2/24 3/3 80/23
issues [3]  135/16 180/17 200/11
it -- I [1]  102/12
it's [58]  2/20 3/19 4/11 4/11 7/8 9/17 20/8 20/10 20/13 30/18 34/4 39/18 39/24 49/10 49/10 55/20 64/12 68/18 69/14 70/11 74/1 76/8 76/8 78/24 80/14 84/2 85/12 85/13 88/18 89/6 97/4 99/19 101/15 107/20 107/20 115/15 122/25 134/16 135/22 139/10 145/14 146/21 147/7 149/1 149/6 149/10 149/11 149/12 150/16 153/10 179/23 193/6 195/15 200/13 203/5 203/25 204/3 204/4
items [2]  103/1 105/3
itself [5]  10/8 29/23 86/19 93/11 174/11

## J

J.C [1]  8/4
Janet [1]  77/20
January [2]  79/18 192/21
jazz [1]  15/21
Jeep [1]  46/17
Jennifer [8]  119/19 120/1 120/4 124/4 124/7 125/22 131/12 200/15
job [2]  81/25 114/11
jobs [3]  8/2 135/12 135/18
joining [1]  118/6
joint [1]  54/8
jointly [1]  38/23
journeys [1]  89/19
Joyce [12]  37/18 79/8 79/10 80/6 81/2 81/6 81/9 81/11 165/12 165/14 168/2 168/3
Jude [114]
Jude's [14]  18/16 20/23 23/18 38/13 41/23 69/7 71/17 72/2 76/6 140/5 190/20 197/2 197/4 199/18
judge [22]  1/13 5/5 6/22 64/11 64/14 68/10 80/21 101/11 112/6 113/8 120/10 120/16 127/9 145/7 148/10 148/14 149/9 159/18 188/2 195/18 198/3 204/20
Judy [1]  6/25
Julie [5]  134/4 134/6 134/9 134/14 134/14
Julie's [1]  134/11
jump [1]  134/20
jumped [1]  170/3
Jumping [1]  27/25
jurisdiction [2]  118/23 200/10
jurisdictional [2]  83/16 84/2
jurisdictions [1]  118/2
jurors [2]  5/11 162/16
jury [25]  1/11 5/17 6/22 63/11 63/15 63/17 63/25 64/21 65/3 77/1 77/3 96/14 98/19 112/20 113/5 113/9 120/8 141/12 144/10 148/24 162/4 162/18 184/12 203/14 204/25
jury's [1]  202/25
just [92]

## K

K-9 [1]  116/7
Keechl [1]  1/20
keep [14]  21/22 49/23 89/2 90/13 90/17 99/20 104/17 120/21 133/14 171/6 172/22 191/24 192/6 202/14
keeping [1]  168/23
KENNETH [1]  1/12
Kenny [2]  77/20 82/17
Kentucky [2]  7/8 7/8
kept [6]  18/20 92/15 101/6 104/18 159/23 180/13
key [6]  25/2 25/7 25/8 59/2 59/7 60/3
kickboxer [1]  179/6

## K

kickboxing [4]  136/6 160/2 179/5 179/8
kids [2]  174/9 174/22
killed [3]  96/18 96/20 164/24
kind [14]  103/25 104/7 104/19 114/25
 117/24 122/22 122/25 123/2 124/8 136/2
 137/11 145/16 149/22 201/6
kindergarten [2]  161/20 175/3
kinds [2]  102/24 103/3
knew [35]  22/20 23/11 23/21 27/13 34/20
 57/20 57/24 58/5 79/7 91/24 91/25 91/25
 92/2 96/7 98/2 101/23 107/18 108/17 111/6
 143/16 144/13 146/10 165/12 167/20 168/16
 168/17 168/18 169/14 191/5 191/19 191/21
 191/22 192/20 192/24 196/17
knock [1]  58/1
knocked [1]  163/25
know [196]
know -- I [1]  129/19
knowing [3]  65/25 66/3 66/23
knowledge [31]  12/21 16/17 38/21 40/10
 40/18 41/14 45/4 45/8 66/6 68/4 74/19 76/20
 88/24 93/16 109/12 111/20 128/17 129/2
 131/17 133/5 133/24 134/10 150/6 151/3
 157/22 160/12 160/14 160/18 176/20 186/23
 188/18
known [13]  6/25 14/15 35/3 45/11 83/19
 89/13 112/10 117/11 119/23 122/3 122/5
 167/21 191/17
knows [7]  2/12 109/1 109/7 115/8 152/4
 152/5 197/12
Kopelowitz [1]  1/20

## L

L-e-w-i-s [1]  38/16
L.O [1]  49/12
lack [3]  108/15 117/5 156/23
ladies [6]  63/22 65/6 99/3 112/16 113/12
 203/4
lady [6]  6/24 36/1 36/7 86/3 86/8 86/9 86/11
 158/3
laid [1]  149/7
Lake [1]  135/20
language [3]  39/19 97/12 204/5
large [7]  21/16 77/22 80/13 93/20 93/23 94/3
 101/8
larger [1]  10/20
last [15]  2/19 5/23 6/8 6/10 14/14 36/13
 36/17 82/24 102/5 112/6 113/17 113/19
 148/6 148/13 195/25
lasted [1]  177/20
late [2]  7/4 203/5
later [11]  13/21 18/24 24/18 38/25 56/17
 58/12 105/12 126/8 131/15 165/13 167/19
Lauderdale [28]  1/18 83/5 83/11 83/21
 84/17 84/20 85/24 93/6 100/10 109/12 114/3
 114/11 117/13 118/5 118/14 118/17 119/2
 119/5 126/4 132/20 133/6 156/24 157/4
 158/11 168/22 174/15 175/15 183/17
launder [2]  110/11 110/14
Laurence [1]  1/16
law [12]  65/14 66/1 102/13 107/9 108/20
 108/24 146/7 157/7 167/24 168/4 168/5
 204/5
lawn [1]  174/9
Lawrence [1]  77/19
lawsuit [5]  52/7 67/8 67/14 67/17 67/23
lawsuits [2]  28/2 52/5
lawyer [15]  30/2 30/12 30/23 41/23 41/23

44/20 45/5 45/8 45/11 60/22 65/16 185/8
 185/8 185/9 185/22
lawyers [5]  51/4 51/20 65/14 150/8
leading [4]  15/5 38/6 68/7 76/2
leads [1]  193/13
league [1]  181/1
learn [5]  25/15 67/14 67/16 129/17 165/18
learned [3]  40/19 74/14 183/2
least [7]  22/1 29/2 123/17 174/11 188/7
 193/25 196/16
leave [4]  21/6 56/23 115/11 177/9
leaving [3]  92/17 114/23 170/2
lecturn [1]  120/8
led [4]  22/22 70/24 140/11 191/10
left [18]  22/11 23/1 23/2 26/11 26/12 55/14
 55/25 56/11 56/14 123/25 126/14 127/4
 127/5 127/23 128/2 128/4 156/5 171/21
legal [1]  51/8
legally [1]  120/20
legend [1]  109/5
legitimate [1]  111/7
lended [1]  174/11
length [2]  140/8 190/15
less [4]  74/1 80/2 101/12 109/17
let [27]  5/21 13/23 17/13 24/8 26/6 31/12
 31/14 36/9 38/18 39/23 55/14 59/9 60/4
 67/21 68/14 78/20 98/9 127/2 132/7 134/20
 144/20 145/5 148/4 154/11 154/18 189/15
 197/18
let's [15]  5/11 18/23 63/22 64/21 71/1 89/14
 89/19 109/23 112/16 113/4 161/25 162/1
 162/16 188/5 198/20
letter [12]  39/1 39/5 39/13 39/14 40/2 40/11
 40/19 66/14 66/17 127/24 128/3 166/19
letters [5]  24/19 37/11 57/3 57/4 57/6
letting [5]  73/8 130/8 176/1 176/2 204/22
level [2]  166/15 180/10
Lewis [12]  38/15 39/1 39/6 39/11 40/2 66/15
 140/19 141/23 182/2 188/19 188/25 189/1
liaison [3]  157/13 157/19 158/14
Liberty [3]  83/16 84/10 109/10
license [7]  97/15 97/17 100/14 106/24 107/21
 107/23 158/1
licensed [1]  22/8
lie [2]  91/24 92/1
life [11]  50/2 50/5 50/21 95/13 158/20 167/17
 179/5 179/7 179/11 179/12 199/18
light [3]  140/21 143/13 188/20
likelihood [1]  9/20
liking [1]  3/20
limelight [1]  133/16
limit [1]  81/1
Linda [1]  23/13
line [5]  85/7 90/15 91/12 154/20 181/25
link [2]  194/8 194/9
list [2]  45/13 72/8
listed [1]  127/18
listened [1]  23/21
litigation [3]  52/3 61/5 65/13
little [14]  18/24 60/17 60/19 101/7 102/11
 104/20 105/2 123/15 132/5 152/20 171/1
 173/3 174/7 201/6
live [10]  7/14 7/18 73/6 76/12 84/6 151/22
 176/2 176/2 176/3 177/25
lived [6]  19/6 19/12 25/1 42/8 46/10 176/5
lives [1]  20/11
living [20]  7/22 14/5 31/10 31/19 31/21 51/17
 55/20 55/23 57/12 70/21 75/25 79/22 103/21
 132/12 137/16 158/25 168/18 168/19 170/24
 173/8

loaned [1]  160/1
lobby [3]  25/6 138/4 185/5
local [3]  108/20 108/24 200/10
located [11]  45/14 46/1 46/7 46/13 51/16
 104/3 163/16 169/6 170/5 186/24 190/25
location [13]  111/5 111/14 132/16 132/18
 133/15 133/17 158/16 158/19 168/8 169/8
 170/12 184/17 189/8
lock [2]  25/2 26/8
locks [4]  25/16 25/20 59/3 60/5
locksmith [4]  26/5 26/7 59/6 59/11
logical [1]  192/8
long [26]  8/8 10/25 16/9 56/2 56/14 60/24
 71/1 73/6 83/10 94/8 102/4 114/3 115/5
 116/1 116/5 116/20 121/24 123/13 143/24
 154/7 167/3 169/19 175/22 198/18 203/25
 205/9
longer [7]  57/2 70/16 132/5 132/6 167/1
 178/11 187/7
looked [1]  203/18
looking [4]  85/23 99/12 170/11 173/22
looks [2]  71/12 71/13
Lord [1]  88/19
lose [1]  22/21
loss [1]  163/12
lost [4]  24/10 34/13 34/14 58/13
lot [28]  9/17 10/20 12/2 13/24 18/12 21/3
 40/17 72/15 76/17 84/14 94/11 102/14
 102/21 108/23 117/25 129/12 134/11 147/6
 147/8 147/15 170/2 177/1 177/3 179/18
 188/6 188/12 190/13 204/1
lots [1]  123/4
loves [1]  179/25
luggage [1]  21/7
lunch [3]  99/24 101/15 112/17
lying [2]  92/4 94/11
Lynch [1]  49/5

## M

M-a-r-r-o-w [1]  23/14
ma'am [4]  82/19 82/22 83/12 112/14
Macon [1]  84/12
Magazine [1]  9/22
mail [5]  1/25 79/24 105/22 166/6 171/12
mailed [1]  79/23
mails [7]  37/2 37/4 166/2 187/18 187/21
 195/5 195/25
main [3]  140/13 188/7 190/20
maintain [2]  180/9 180/11
maintained [5]  18/8 38/21 66/10 118/4 182/9
maintaining [1]  171/8
major [3]  11/18 22/10 181/21
major -- you [1]  181/21
making [9]  31/3 47/18 51/2 100/22 107/11
 118/16 135/14 172/7 196/17
Maldegan [1]  53/10
man [1]  182/19
management [2]  169/14 169/16
mandated [1]  195/1
manner [3]  119/10 119/24 196/10
manuscripts [1]  18/15
March [2]  115/13 115/24
Margate [3]  172/11 173/8 178/8
marital [3]  54/1 54/17 78/24
mark [1]  98/12
marked [8]  67/21 68/14 116/14 145/6 148/4
 154/18 154/20 197/24
market [2]  74/5 135/9
marks [68]  1/6 2/3 35/19 35/23 36/10 36/14
 36/22 37/2 37/9 37/11 37/14 37/17 37/21

# M

**marks... [55]** 37/21 64/4 65/1 65/11 79/8 86/4 86/6 89/25 94/8 98/15 110/11 112/10 113/4 119/23 125/12 125/12 125/13 128/12 128/12 128/13 131/13 137/9 137/10 137/17 140/5 140/13 143/16 156/15 159/5 161/6 165/11 167/24 168/1 168/1 168/2 168/4 170/3 171/19 171/21 173/18 191/1 191/5 191/20 191/22 192/21 192/24 193/12 193/16 194/14 195/18 196/7 199/13 199/16 199/18 202/3
**MARRA [2]** 1/2 1/12
**marriage [14]** 17/14 17/17 43/22 43/24 43/25 44/6 53/19 53/23 54/14 57/18 69/18 73/17 92/1 92/6
**marriages [2]** 54/15 69/19
**married [21]** 7/9 43/6 43/8 43/13 43/17 43/20 44/3 46/23 48/23 48/25 53/15 61/21 62/2 68/25 69/2 69/6 70/7 70/16 70/20 71/1 91/14
**Marrow [2]** 23/13 75/19
**marry [2]** 43/10 70/15
**martial [3]** 179/2 179/10 179/10
**MasterCard [2]** 105/10 105/14
**matches [1]** 54/25
**math [3]** 50/16 72/14 115/8
**matrimonial [1]** 91/12
**matter [13]** 2/19 2/23 4/19 48/3 50/23 102/14 119/14 135/25 151/15 157/9 163/20 195/25 207/11
**matters [2]** 2/5 176/21
**maybe [29]** 24/8 24/17 26/19 39/8 40/17 54/9 54/20 58/1 60/22 67/19 74/4 77/23 79/25 92/24 94/10 102/6 119/12 121/12 125/14 127/19 127/21 137/12 143/11 167/9 169/21 171/12 182/5 194/8 195/15
**me [120]**
**meal [1]** 10/15
**mean [29]** 54/22 74/9 87/11 89/8 94/14 96/10 97/6 97/19 101/18 102/11 110/22 122/1 122/23 138/18 149/13 157/19 159/11 169/11 171/17 176/4 176/5 199/10 199/24 199/24 200/17 200/17 200/25 200/25 205/1
**meaning [2]** 33/14 181/12
**means [3]** 104/21 149/12 152/2
**measured [1]** 22/9
**mediation [2]** 145/17 183/3
**medical [1]** 202/15
**medium [1]** 37/16
**meet [10]** 27/6 28/8 86/3 86/15 118/2 124/18 125/11 143/4 143/10 152/16
**meeting [16]** 21/10 27/18 122/18 124/22 130/1 130/3 143/9 145/1 145/2 146/3 146/5 151/6 152/19 164/2 166/9 167/3
**meetings [4]** 125/4 125/15 125/17 129/10
**meets [1]** 102/18
**member [4]** 20/2 132/24 168/23 169/3
**members [7]** 46/11 126/11 128/13 144/13 157/23 167/8 167/9
**membership [1]** 136/8
**memo [1]** 80/9
**memorandum [1]** 121/20
**memorialize [2]** 120/22 121/14
**memorializing [1]** 123/7
**memory [10]** 13/22 68/1 68/24 69/4 121/5 127/2 127/14 144/21 145/9 148/6
**men [1]** 32/20
**mental [3]** 164/7 164/11 173/2
**mention [2]** 143/23 166/10

**mentioned [8]** 16/23 22/12 29/24 45/14 66/7 66/13 83/24 159/21
**Merit [1]** 207/8
**Merrill [1]** 49/5
**message [1]** 122/25
**messages [4]** 23/1 23/2 56/12 56/23
**met [22]** 7/4 35/23 36/1 36/21 43/19 66/1 77/24 79/7 86/9 86/24 124/20 125/14 125/18 126/22 128/23 128/24 129/22 130/10 130/11 132/12 173/2 198/5
**methamphetamine [1]** 97/2
**method [2]** 33/13 73/14
**Mexico [58]** 2/8 2/9 2/10 7/19 7/20 7/21 8/6 8/9 13/25 15/2 22/12 22/16 22/24 28/22 29/5 29/20 31/23 32/12 33/10 37/24 37/24 38/11 38/22 41/5 45/15 46/2 46/13 55/12 55/22 55/23 56/1 56/6 56/14 59/7 59/21 61/14 66/8 72/8 75/6 78/2 137/3 137/5 139/3 140/14 143/24 144/24 148/2 151/7 151/12 154/12 180/23 181/5 183/14 188/25 189/2 189/4 189/19 200/8
**Michael [7]** 81/9 81/11 159/5 165/12 165/14 168/2 168/3
**Michaels [6]** 37/18 79/8 79/11 80/6 81/2 81/6
**microphone [6]** 6/5 6/7 6/22 70/5 82/23 113/15
**middle [1]** 154/3
**might [21]** 5/12 9/14 34/9 66/24 73/6 81/16 83/4 94/16 96/14 97/15 108/20 121/12 127/4 128/12 143/22 144/17 152/10 186/5 191/18 204/4 204/6
**miles [1]** 178/8
**Miller [12]** 125/12 158/20 159/5 163/10 167/12 167/14 167/16 167/16 167/21 167/22 167/23 197/8
**million [15]** 21/15 22/1 29/3 29/6 29/16 34/1 47/4 73/7 73/12 73/18 74/1 74/4 74/6 74/8 74/21
**millions [1]** 169/1
**mind [10]** 35/21 87/11 98/10 103/12 114/10 121/20 127/2 189/24 201/20 202/7
**minds [1]** 197/5
**mine [5]** 14/2 15/19 38/12 71/13 121/6
**Minimally [1]** 176/11
**mining [2]** 12/1 12/2
**miniscule [1]** 190/5
**minister [1]** 88/18
**ministers [1]** 88/12
**minor [1]** 11/20
**minute [3]** 27/25 63/23 162/1
**minutes [10]** 64/3 86/2 99/16 99/22 101/12 102/14 108/6 161/24 162/3 162/7
**misrepresentation [1]** 119/7
**misrepresenting [1]** 167/10
**missing [2]** 57/6 57/11
**modified [1]** 35/10
**Mohammed [3]** 14/12 14/15 14/17
**mom [1]** 174/23
**moment [7]** 13/23 18/23 42/22 107/22 148/10 159/18 186/14
**Monday [8]** 149/9 203/9 203/21 203/24 204/19 205/2 205/3 205/11
**money [56]** 10/16 30/9 33/12 34/12 34/15 34/17 34/19 34/21 34/23 37/21 37/21 47/18 49/6 50/4 50/4 50/24 51/21 51/21 81/23 90/16 90/20 93/15 93/20 93/23 94/3 101/6 101/9 102/8 102/10 102/12 102/17 103/13 105/22 105/23 106/20 106/20 108/21 110/11 111/1 111/16 111/25 134/15 151/8 155/4 160/15 175/8 176/14 179/21 180/18 188/7

**188/12 189/9 190/13 194/13 194/22 195/3
**money's [1]** 27/15
**money-wise [1]** 188/7
**monies [1]** 180/18
**monitor [2]** 129/14 147/4
**Montassir [105]**
**Montassir's [7]** 54/6 58/21 142/14 142/20 145/25 147/19 148/16
**month [6]** 24/14 27/19 46/24 69/2 80/5 135/3
**monthly [2]** 172/19 172/21
**months [13]** 24/18 28/7 46/25 58/8 58/12 60/25 169/21 171/9 172/6 172/25 177/20 190/21 198/19
**mood [1]** 57/14
**morning [6]** 2/2 5/19 35/23 122/19 203/11 203/24
**mortgage [4]** 21/17 21/20 45/19 45/22
**mortgages [2]** 27/14 28/21
**most [7]** 20/5 73/24 90/11 125/15 125/15 157/21 196/24
**mostly [5]** 84/4 84/10 93/10 204/3 204/3
**mother [3]** 168/4 168/5 168/5
**mother-in-law [2]** 168/4 168/5
**motions [5]** 51/5 52/14 52/23 61/8 61/15
**Mountain [3]** 47/11 48/4 49/2
**mountains [2]** 20/8 20/9
**mouth [2]** 129/21 130/8
**move [15]** 6/6 10/7 10/13 68/9 89/14 98/12 113/16 120/8 169/23 169/25 170/7 180/15 180/16 197/16 197/17
**moved [13]** 14/7 19/13 19/14 31/12 83/20 170/8 172/11 180/8 186/19 186/19 186/25 198/12 199/2
**moving [5]** 132/16 170/16 170/22 175/24 204/21
**Mr [12]** 155/21 206/4 206/5 206/6 206/7 206/9 206/10 206/11 206/12 206/14 206/15 206/16
**Mr. [74]**
**Mr. Adrian [1]** 155/11
**Mr. Cron [3]** 2/7 2/18 4/15
**Mr. Dan [1]** 2/7
**Mr. Lewis [2]** 40/2 141/23
**Mr. Ogden [1]** 42/1
**Mr. Powell [1]** 166/25
**Mr. Raley [3]** 153/22 154/24 155/19
**Mr. Schwartz [4]** 5/24 52/2 120/7 162/13
**Mr. Stack [12]** 41/25 93/1 120/3 140/24 141/9 141/12 144/23 151/3 157/2 160/12 160/25 201/9
**Mr. Stefin [21]** 3/12 6/23 63/19 64/19 65/7 67/7 72/10 75/2 75/15 76/25 79/6 80/24 81/17 85/14 110/25 148/23 149/9 162/22 200/23 203/17 203/19
**Mr. White [22]** 2/10 2/21 6/16 42/25 43/6 54/22 65/2 65/10 69/18 69/24 138/3 139/4 140/4 141/13 141/19 145/24 182/7 182/11 182/13 184/9 185/13 186/1
**Mr. White's [3]** 145/22 147/22 200/21
**Mrs. [9]** 7/24 36/10 37/2 37/9 37/11 37/14 37/21 37/21 156/15
**Mrs. Marks [8]** 36/10 37/2 37/9 37/11 37/14 37/21 37/21 156/15
**Mrs. White [1]** 7/24
**Ms. [98]**
**Ms. Bennett [1]** 143/10
**Ms. Cook [1]** 53/11
**Ms. Deveraux [4]** 39/25 40/19 52/5 159/21
**Ms. Hill [1]** 124/4
**Ms. Jude [1]** 137/21

**M**

Ms. Kenny [1]  82/17
Ms. Marks [6]  2/3 36/14 64/4 65/1 113/4
137/9
Ms. Marrow [1]  75/19
Ms. Montassir [73]
Ms. Montassir's [7]  54/6 58/21 142/14
142/20 145/25 147/19 148/16
Ms. Reddish [2]  85/15 101/22
much [32]  9/6 10/10 20/15 21/13 28/7 30/16
44/12 49/5 73/25 91/3 99/15 99/21 102/7
102/16 102/17 106/14 107/19 130/22 130/23
135/2 159/22 161/23 165/3 171/21 176/9
176/17 176/24 179/24 181/9 198/9 198/12
199/7
multi [4]  83/16 83/24 84/2 169/3
multi-agency [1]  83/24
multi-jurisdictional [1]  83/16 84/2
multi-platinum [1]  169/3
multiple [6]  91/7 102/3 118/2 156/13 171/10
173/10
Murray [2]  7/6 7/7
museum [2]  60/15 60/18
must [4]  20/21 21/19 69/5 128/4
mutual [4]  14/3 27/9 38/22 178/14
myself [16]  9/21 10/6 11/6 18/7 72/7 90/14
110/17 117/16 117/17 119/2 119/10 135/22
146/6 146/8 146/17 172/5

**N**

name [85]
named [5]  32/6 84/21 161/6 161/9 187/20
names [11]  32/25 33/8 41/2 77/21 89/24
113/17 119/22 143/2 154/20 154/23 154/24
Nancy [3]  125/12 128/12 131/13
narcotic [1]  116/7
narcotics [6]  84/3 84/4 84/7 84/15 96/16
96/23
national [2]  139/9 139/13
nature [7]  16/6 102/15 103/12 103/16 111/6
173/23 176/22
NCIC [1]  139/10
near [5]  42/9 70/8 121/18 151/16 170/10
necessarily [4]  129/13 136/1 154/6 196/11
necessary [2]  2/20 200/7
necessitate [1]  21/10
need [16]  3/3 3/8 3/8 6/21 31/16 31/20 52/12
101/6 112/21 135/8 158/15 190/18 198/1
202/15 203/16 203/22
needed [17]  38/2 51/14 54/9 94/4 106/10
106/14 111/25 135/10 153/25 156/17 156/18
157/21 158/14 169/23 170/17 176/5 176/22
needs [3]  92/19 175/1 179/9
negative [3]  91/18 92/20 93/25
negotiation [2]  44/20 176/8
negotiations [1]  77/11
neighborhood [2]  170/8 177/24
neighborhoods [1]  42/7
neither [5]  62/6 136/5 136/10 150/10 159/22
net [4]  73/18 73/20 74/20 74/21
never [65]  26/25 28/16 29/13 29/22 34/10
36/16 36/19 36/23 39/2 42/6 42/13 52/16
52/21 53/2 61/24 65/10 74/7 75/10 75/10
75/11 77/24 79/9 80/7 81/10 81/22 88/21
90/25 93/22 94/6 97/17 101/8 109/8 109/18
110/12 114/10 117/25 118/3 126/22 127/15
128/3 128/5 128/20 128/20 128/22 130/25
131/1 140/6 141/8 146/20 152/20 154/8
154/15 155/11 161/11 166/15 166/17 179/17

191/12 191/16 191/20 191/23 194/13 196/21
197/7 200/5
nevertheless [2]  53/25 182/15
new [110]
newspapers [1]  73/21
next [25]  5/24 19/19 24/14 46/8 60/22 73/9
82/12 82/15 99/10 104/13 113/6 121/19
122/19 123/6 151/19 154/21 169/15 170/14
170/22 175/23 175/24 176/2 176/3 176/5
199/2
next-door [5]  170/22 175/24 176/2 176/3
176/5
nextdoor [1]  172/11
nice [3]  9/10 158/3 203/12
night [2]  2/19 198/15
Nile [7]  12/25 12/25 13/3 13/4 13/7 13/9
14/10
nine [4]  72/7 83/17 84/8 95/24
no [176]
nobody [2]  54/15 175/21
none [3]  35/13 39/4 159/17
normal [1]  120/5
normally [1]  161/18
north [4]  13/4 13/7 13/9 13/10
notes [9]  58/15 121/6 121/7 121/11 121/15
121/16 122/17 122/19 122/23
nothing [9]  14/23 28/16 53/22 57/17 57/20
67/25 68/1 103/8 190/1
notice [3]  14/21 31/22 101/8
noticed [1]  64/7
noticing [1]  64/9
notify [3]  61/10 175/15 180/21
Nova [1]  49/12
novel [1]  8/18
novels [2]  8/15 8/23
November [7]  12/13 72/1 85/3 98/16 110/4
117/1 207/12
November 25th [1]  72/1
November 7th [1]  98/16
number [17]  30/21 34/25 53/11 57/2 66/10
69/13 103/1 109/21 109/25 115/21 125/11
138/13 163/15 172/6 178/8 189/9 199/10
numbers [5]  31/13 57/2 94/13 176/11 176/13
numerical [1]  86/18
numerous [6]  117/9 156/20 182/10 182/18
189/22 190/7
NYPD [1]  138/5

**O**

o'clock [3]  203/12 204/14 204/18
O-g-d-e-n [1]  113/19
oath [2]  65/2 162/17
obeyed [1]  201/4
object [7]  3/18 76/2 141/15 164/8 182/22
202/24 203/1
objection [43]  15/5 25/11 25/17 38/6 39/20
40/7 40/12 40/20 41/17 42/17 47/22 57/7
68/7 68/11 69/11 69/15 74/15 74/22 76/22
78/12 78/16 79/12 87/5 87/14 87/18 89/1
89/3 97/24 98/23 98/25 104/9 109/6 125/2
141/2 150/13 155/24 160/21 163/21 165/23
182/20 193/4 197/11 198/22
objections [1]  204/2
obligated [1]  32/1
obligation [1]  28/9
observation [1]  182/17
observe [1]  139/18
obtain [3]  45/13 77/10 140/8
obtained [2]  45/5 144/10
obviously [8]  94/11 118/14 118/18 138/6

143/19 170/5 176/4 196/5
occasion [8]  61/13 84/6 84/17 86/3 123/10
124/8 124/15 126/9
occasions [9]  31/17 47/8 54/1 54/20 114/21
126/10 182/10 182/19 189/22
occupation [2]  8/13 161/16
occurred [9]  77/21 98/16 140/10 144/16
144/18 160/1 182/3 185/23 186/2
occurring [1]  115/4
off [9]  24/24 25/6 45/22 86/17 93/21 104/20
150/9 193/21 198/3
offer [3]  23/22 30/12 148/2
offered [6]  69/12 160/9 168/15 174/20 175/5
176/14
office [25]  1/17 18/20 18/21 18/22 25/6 25/9
26/5 109/16 115/1 117/25 118/1 118/4 118/4
121/18 122/19 135/10 144/7 144/11 144/13
146/7 157/10 161/2 161/4 175/11 177/18
office-type [1]  115/1
officer [12]  82/15 95/20 100/2 100/5 108/10
115/20 116/9 119/1 119/3 119/8 122/7
156/24
officers [7]  109/4 117/13 117/16 131/19
133/10 138/13 156/19
offices [1]  184/2
official [2]  1/23 32/22
offscreen [1]  70/8
often [10]  11/5 11/8 34/16 75/21 81/25 88/3
118/19 120/6 171/8 190/15
Ogden [16]  33/6 41/2 42/1 76/25 93/3 93/5
108/12 111/22 113/8 113/13 113/18 113/19
113/24 151/2 162/25 206/13
Ogden's [1]  134/6
oh [11]  4/10 60/5 69/5 70/1 73/5 82/4 99/13
120/12 125/8 134/1 199/18
okay [109]
old [7]  14/24 15/19 19/10 32/7 34/3 45/14
49/2
older [1]  132/6
once [9]  4/3 4/3 4/6 4/14 5/3 17/7 33/12
152/17 182/3
one [82]
ongoing [1]  168/12
online [1]  134/12
only [35]  18/7 32/16 33/7 51/22 73/21 86/2
93/8 94/1 103/7 109/9 123/16 131/10 132/11
138/5 140/10 146/10 147/18 149/11 155/21
169/14 171/19 171/21 171/21 172/2 172/2
172/3 189/1 190/12 190/19 191/5 191/19
191/21 192/20 192/24 193/20
op [1]  21/21
open [5]  4/4 4/24 79/25 80/1 173/3
opened [3]  79/23 89/12 179/7
operated [1]  114/21
operation [16]  84/24 85/4 93/6 93/11 102/4
102/5 117/5 117/6 117/24 119/15 119/16
123/14 123/16 128/11 155/18 157/15
operational [1]  126/17
operations [1]  84/15
opinion [7]  11/9 112/12 124/11 141/17 155/5
191/18 201/21
opinions [4]  63/24 112/18 162/2 203/10
opportunity [13]  4/8 5/3 10/8 17/13 39/12
101/2 141/22 142/18 146/8 152/16 171/5
181/9 191/12
option [1]  122/20
options [1]  168/15
order [20]  2/1 27/8 31/5 32/12 51/8 61/9
78/24 79/2 92/19 105/4 120/21 121/4 134/14
135/5 172/12 180/2 184/17 190/23 191/13

**O**

order... [1] 195/1
ordered [1] 31/11
orders [5] 31/25 105/22 105/23 106/20 134/13
ordinary [1] 14/22
ore [1] 2/20
original [1] 47/10
originally [1] 19/12
Ostrow [1] 1/20
others [1] 131/11
otherwise [3] 5/9 27/9 51/21
our [26] 13/21 18/21 19/6 23/24 24/20 27/9 27/10 64/22 73/5 76/7 76/14 76/18 79/22 79/22 89/19 112/17 113/6 118/18 140/20 146/7 146/20 147/1 184/21 193/22 200/10 204/22
ours [1] 38/23
outlet [1] 172/2
outlets [1] 172/3
outlining [1] 153/2
outside [14] 20/8 35/23 52/5 118/19 118/19 118/20 118/22 118/24 118/25 155/13 171/19 172/3 174/8 199/6
outstanding [1] 121/12
over [29] 4/16 21/3 24/14 27/20 51/1 61/8 66/20 73/6 100/10 110/23 120/8 120/12 127/4 128/23 129/13 148/5 152/1 153/12 156/21 165/10 166/6 175/18 190/5 190/8 193/22 198/15 203/18 204/12 204/23
overall [1] 199/11
overlooking [1] 76/9
Overruled [20] 15/6 25/18 40/13 40/21 41/18 42/18 47/23 57/8 57/10 74/23 79/13 87/6 87/19 109/1 109/7 125/3 192/2 193/5 193/7 197/12
overview [1] 143/11
owe [4] 21/19 26/10 35/4 73/6
owed [5] 35/1 35/6 50/17 155/3 180/18
own [20] 8/16 19/1 29/8 29/10 38/21 52/19 68/4 70/13 76/20 129/2 130/25 132/21 132/23 133/4 133/10 134/7 150/21 151/3 160/18 169/5
owned [7] 28/19 29/11 58/20 58/21 75/11 103/23 161/2
owner [2] 75/10 172/18
owner's [1] 172/16
owners [1] 170/19
ownership [3] 55/7 58/24 75/3

**P**

p.m [5] 112/23 112/23 162/8 162/8 205/13
pad [1] 8/24
page [3] 99/10 148/7 148/13
pages [3] 1/10 98/21 98/21
paid [24] 27/15 29/2 30/22 33/13 33/15 33/18 33/21 34/3 34/6 35/6 37/21 46/24 48/2 48/4 49/11 50/2 72/11 91/1 105/17 155/4 172/18 175/9 188/11 190/13
paint [2] 8/3 8/4
palm [3] 1/7 1/24 90/12
palms [1] 90/14
pan [1] 188/20
panoramic [1] 11/16
paper [2] 121/11 161/13
papers [2] 51/11 53/3
paperwork [1] 177/5
paranoid [2] 192/18 192/19
Paris [5] 15/11 15/13 15/16 55/11 56/2

Park [3] 60/16 60/18 137/20
parking [1] 170/2
part's [1] 70/8
participate [2] 30/24 156/2
participated [1] 136/4
participation [4] 136/5 136/10 159/9 159/14
particular [10] 12/9 34/18 45/5 66/13 76/13 118/12 164/16 165/4 167/18 187/5
particularly [2] 151/24 187/8
parties [2] 145/1 171/3
partner [3] 179/15 179/16 179/17
partners [1] 179/17
party [2] 105/24 105/25
pass [2] 98/18 98/19
passed [2] 88/11 194/22
past [2] 80/7 175/9
path [1] 92/2
patrol [14] 83/9 83/15 84/16 114/15 115/14 115/14 115/20 115/23 115/23 116/1 116/2 116/11 122/4 126/16
patrolling [1] 116/15
pattern [1] 125/17
Paula [2] 53/8 65/16
pay [27] 20/4 21/14 24/5 30/11 31/22 34/15 41/15 45/22 50/8 50/10 50/24 51/23 73/1 81/24 90/22 105/9 105/13 105/14 105/15 133/7 134/24 175/8 176/9 176/14 183/21 190/18 195/2
payable [2] 105/23 106/1
paying [12] 14/16 51/1 51/21 72/21 102/10 123/1 153/7 173/20 176/15 190/16 198/9 198/13
payment [7] 9/10 30/13 30/16 34/11 73/14 105/20 107/11
payments [7] 28/5 29/24 31/3 32/1 51/2 155/2 191/3
peaceful [1] 20/13
Pecos [1] 22/17
pen [1] 31/12
Penny [1] 8/4
pension [2] 46/20 47/4
people [52] 7/9 16/19 25/5 41/25 54/15 57/25 65/19 77/24 87/12 87/22 87/25 88/9 88/12 97/21 114/20 114/24 121/2 122/16 125/14 125/21 126/12 126/21 127/25 128/11 128/15 128/21 128/24 129/11 129/22 130/5 130/10 135/17 138/7 138/11 153/9 156/21 157/23 158/25 159/2 166/7 167/8 167/10 170/16 179/18 179/22 179/25 186/4 200/9 200/13 204/16 204/22 204/23
people's [1] 197/5
per [1] 30/14
perceived [3] 140/23 143/12 155/3
percent [16] 21/18 21/20 22/18 29/2 34/6 34/8 34/25 35/1 35/1 35/2 35/5 75/7 79/3 79/4 94/2 136/1
percentage [1] 34/23
perfect [3] 54/13 54/14 54/15
perfectly [1] 54/13
perform [3] 134/22 135/12 159/6
performed [4] 135/6 135/12 135/18 193/24
performing [1] 48/8
perhaps [7] 35/7 51/18 54/24 67/19 75/9 99/17 204/21
period [6] 1/1 117/3 122/5 129/24 169/20 174/5
periods [1] 75/24
peripherally [1] 128/10
permission [2] 170/21 185/9
person [21] 24/9 36/25 78/1 125/22 126/2

129/10 130/16 131/21 132/8 134/9 153/14 153/16 168/3 172/13 184/17 187/20 189/1 191/19 191/21 199/12 201/18
person's [1] 131/25
personal [16] 26/15 26/19 49/4 55/12 79/24 103/1 129/23 135/10 135/11 173/13 175/9 177/3 177/7 178/15 199/9 199/14
personally [7] 51/25 58/9 74/8 119/3 121/1 121/7 121/10
perspective [4] 4/23 4/24 53/22 53/24
persuade [1] 190/10
persuaded [2] 129/18 129/19
persuading [1] 130/6
phone [16] 31/13 56/23 57/1 59/6 94/13 102/25 104/8 109/21 111/15 129/13 140/7 171/12 172/7 172/8 194/6 200/17
phonetic [2] 127/18 161/9
photo [1] 167/14
photographed [1] 11/14
photographs [1] 11/16
physical [4] 42/11 166/15 179/2 179/11
physically [6] 23/23 42/14 55/18 159/6 166/17 182/13
pick [1] 26/8
picking [1] 136/3
pickup [1] 46/16
picture [2] 158/2 190/7
pictures [2] 13/17 157/25
piece [3] 20/9 20/15 177/25
pieces [1] 101/7
Pitt [12] 165/17 165/20 165/21 166/3 166/22 171/19 171/20 195/5 195/17 195/20 196/7 196/15
place [23] 19/19 20/19 21/5 24/6 25/2 26/18 30/25 49/21 71/2 72/18 105/4 108/11 110/6 110/9 134/14 180/23 183/4 184/3 184/23 186/6 186/25 191/14 195/5
places [2] 115/21 190/25
plainclothes [1] 114/18
plan [3] 46/20 46/21 47/4
plane [1] 24/24
planning [2] 22/10 104/16
plans [1] 135/13
platform [1] 88/7
platinum [1] 169/3
play [2] 97/9 98/9
playact [1] 93/19
played [1] 99/8
playing [2] 97/8 167/17
please [22] 2/2 5/19 5/24 6/1 6/4 6/9 15/25 65/5 82/14 82/19 82/21 82/23 89/4 112/17 112/25 113/11 113/14 113/17 162/6 162/10 162/20 186/14
Plots [2] 11/10 11/11
plus [3] 50/16 72/21 150/16
plywood [1] 16/4
point [45] 9/12 22/19 25/15 27/9 36/5 51/17 57/18 57/21 59/18 76/11 80/11 90/8 94/14 95/11 102/20 103/5 103/7 105/8 106/8 106/22 106/25 107/13 107/18 107/19 110/2 110/17 110/20 111/4 111/8 111/11 111/12 138/20 150/12 150/16 157/6 165/12 166/5 167/19 169/4 169/22 180/9 180/25 183/9 193/22 193/25
points [4] 132/25 168/24 168/25 169/2
police [24] 57/21 83/5 83/11 83/22 93/6 109/12 114/4 114/6 114/11 114/15 116/13 117/13 118/5 118/14 126/3 126/3 126/4 133/6 156/24 157/4 158/11 174/15 175/16 183/17

# P

policemen [1]  138/12
policy [1]  49/10
polite [1]  23/21
politely [1]  25/25
pop [3]  159/11 159/16 169/17
portions [2]  128/22 130/4
portray [3]  85/7 96/21 96/24
portraying [2]  91/8 97/16
posed [1]  85/23
posing [3]  85/20 98/15 187/19
position [9]  83/14 84/5 115/1 115/3 115/20
116/5 116/20 156/12 180/12
positions [1]  114/12
possession [2]  166/24 184/13
possibility [1]  35/11
possible [6]  87/4 87/8 107/20 127/23 144/19
200/13
possibly [1]  103/11
post [1]  122/10
post-investigation [1]  122/10
potential [5]  5/12 119/13 129/15 163/19
194/15
potentially [9]  4/1 118/19 127/1 128/5
138/18 140/12 165/11 191/6 194/7
powder [1]  97/1
Powell [6]  166/11 166/13 166/22 166/25
167/2 195/6
power [1]  202/3
powers [2]  118/15 157/7
practice [3]  120/20 128/9 130/15
pray [2]  88/20 88/22
precise [1]  79/17
precisely [1]  10/3
preclude [1]  4/8
predictions [1]  137/10
predominant [1]  178/15
preferred [1]  105/9
pregnant [3]  61/21 61/22 62/1
premise [1]  197/10
prepaid [2]  109/20 109/24
preparation [1]  8/17
prepare [1]  97/8
prepared [2]  98/6 104/5
preparing [1]  153/1
preschool [1]  161/19
presence [4]  128/17 141/9 166/17 186/21
present [13]  2/4 65/1 113/4 129/11 145/2
146/7 147/24 156/4 156/7 156/14 160/8
162/15 185/10
presented [2]  10/8 32/21
presenting [1]  110/16
preserve [1]  123/7
pressed [1]  75/8
pretty [8]  39/18 44/12 80/13 110/18 151/20
171/20 193/19 195/13
prevent [1]  115/3
previous [4]  100/5 115/2 172/16 175/9
previously [2]  117/4 197/24
prices [1]  73/22
priests [1]  88/12
primarily [3]  11/23 171/12 176/23
primary [3]  118/22 176/23 194/10
print [2]  109/16 109/23
printed [1]  109/19
prints [1]  108/21
prior [8]  38/18 79/11 83/14 151/6 158/23
161/19 173/5 175/24
privacy [1]  76/16

private [5]  31/18 70/11 174/8 191/9 192/6
privy [1]  111/21
pro [1]  2/22
proactive [1]  122/9
proactively [1]  115/3
probably [23]  22/17 22/18 23/24 48/4 56/16
60/15 61/19 72/15 79/17 81/7 123/3 123/15
123/17 126/20 129/12 133/20 134/9 152/25
156/21 168/13 190/22 196/9 203/6
problem [10]  2/11 3/12 4/3 64/12 108/20
153/18 171/4 175/12 191/2 204/21
problems [4]  31/3 91/13 161/13 200/11
procedure [3]  3/15 61/7 120/5
proceed [5]  6/13 64/17 113/2 113/21 162/11
proceeding [5]  74/18 145/15 180/22 181/4
181/7
proceedings [19]  1/11 5/18 31/9 52/17 62/11
62/14 64/16 65/4 89/7 112/24 113/10 148/12
162/9 162/19 183/3 184/3 184/23 185/15
207/10
proceeds [1]  170/17
process [5]  22/19 29/21 51/8 65/22 165/19
product [1]  112/3
production [2]  9/13 11/12
professionals [1]  30/15
profound [1]  202/9
program [2]  116/10 132/24
progressed [1]  177/1
project [1]  24/4
projections [1]  30/20
promise [3]  70/16 73/21 110/12
promised [1]  70/19
promoted [12]  84/16 93/9 115/13 115/18
115/19 115/22 123/25 126/16 180/11 183/8
183/9 183/12
prompted [1]  103/15
pronounce [1]  123/11
pronouncing [1]  135/20
proper [7]  96/7 96/11 96/19 97/14 98/3
118/25 149/6
properly [1]  93/19
properties [9]  18/25 20/6 28/22 29/17 29/22
44/14 45/13 47/8 48/2
property [28]  20/10 20/16 20/18 26/15 28/6
28/18 29/5 30/9 30/10 33/25 46/1 46/4 46/7
47/24 49/25 58/24 76/14 168/22 170/11
170/20 172/18 172/18 173/8 177/25 178/3
178/7 187/4 187/6
propose [1]  73/1
proposed [2]  29/19 29/25
prosecutor's [1]  82/16
protect [8]  3/23 38/4 140/15 140/16 140/16
141/7 141/10 202/14
protects [1]  96/19
provide [7]  94/12 94/18 107/3 107/20 109/9
109/18 130/23
providing [2]  122/24 131/6
provision [2]  35/10 35/14
proximity [1]  174/11
prudent [1]  201/14
psychiatrist [1]  52/25
psychic [8]  16/6 82/4 86/20 87/12 87/22
89/25 95/13 112/11
psychological [1]  53/5
psychologically [4]  17/20 52/19 52/24 53/4
psychologist [11]  52/24 142/10 142/12
142/13 142/18 143/4 143/6 143/7 143/9
143/15 182/6
public [4]  133/1 157/10 157/16 157/17
publication [1]  9/16

publish [1]  10/25
published [1]  10/16
publisher [4]  9/1 9/23 10/8 10/20
publishers [3]  9/18 10/19 10/23
publishing [4]  9/2 9/16 9/19 9/25
pull [2]  113/15 139/16
pulled [1]  139/8
purchase [8]  19/18 21/19 47/8 135/19 170/18
177/10 177/14 178/3
purchased [5]  22/5 47/15 47/17 134/11
178/7
purchases [2]  47/20 135/8
purchasing [3]  8/3 8/3 135/16
purpose [21]  2/23 12/17 18/22 33/10 59/22
59/22 60/12 79/22 137/4 142/13 143/9
144/14 146/3 146/6 147/1 147/3 168/19
181/24 181/24 182/1 190/19
purposes [3]  21/2 118/16 133/1
purse [2]  24/10 24/11
put [9]  11/7 55/3 84/5 94/2 100/3 116/18
129/20 129/21 130/8
putting [1]  73/1
pyramid [1]  16/7
pyramid-type [1]  16/7

# Q

question [36]  3/17 3/19 3/20 3/25 4/11 5/22
6/17 6/18 17/19 38/19 53/17 73/16 76/4
86/25 87/20 104/13 112/6 116/5 120/14
120/17 125/2 138/7 141/4 155/13 155/24
160/22 160/23 164/10 164/13 169/15 187/2
190/1 192/15 193/13 195/9 195/14
questioning [3]  2/16 88/17 110/19
questions [34]  4/21 41/8 41/11 41/14 42/24
62/10 76/2 77/25 77/25 78/6 78/19 80/21
81/6 101/11 102/21 102/24 110/20 111/3
112/5 143/5 143/8 145/21 145/24 147/4
150/18 157/14 157/20 159/12 161/21 190/4
200/4 200/20 200/24 202/20
quick [1]  171/12
quiet [1]  20/11
Quit [1]  107/16
quite [14]  18/11 34/4 44/9 70/13 73/22
117/23 132/25 137/1 142/22 174/7 176/12
178/9 179/10 201/24
quotation [1]  195/18

# R

R-e-d-d-i-s-h [1]  82/25
rage [1]  185/20
raids [1]  156/2
raise [2]  6/1 82/19
Raley [4]  153/22 154/24 155/11 155/19
Ranches [7]  135/20 135/23 135/24 178/4
178/4 180/8 186/20
randomly [1]  196/11
ranging [1]  116/6
ranked [1]  179/6
Rarely [1]  54/24
rather [5]  64/5 130/16 134/6 134/6 201/16
rational [4]  182/14 201/20 201/23 202/16
Raton [4]  1/22 124/16 132/13 164/4
reach [3]  24/1 56/17 56/21
reacted [1]  139/1
reactive [1]  122/10
read [23]  5/22 9/21 33/3 33/7 33/8 33/9
39/12 39/14 39/15 39/16 39/17 40/2 40/4
40/19 41/2 43/8 88/11 90/14 128/22 197/2
197/7 197/13
reader [1]  9/21

# R

readily [1]  124/22
reading [6]  9/16 82/5 90/11 90/12 91/1 91/1
readings [1]  90/10
ready [7]  5/8 5/9 64/17 64/19 113/2 162/11
 162/13
real [8]  73/22 74/2 74/5 85/23 86/4 182/16
 189/16 189/23
realize [3]  144/25 148/5 167/9
really [26]  23/7 23/20 34/10 39/24 47/20
 55/2 80/11 105/3 108/1 118/15 118/17 123/1
 128/23 129/11 131/10 143/7 164/21 171/2
 171/3 171/4 171/21 177/9 179/24 179/24
 181/24 201/25
realm [1]  96/16
Realtime [1]  207/9
realtor [1]  170/11
realtors [1]  136/2
reappraised [1]  73/23
reason [14]  3/23 15/13 34/14 59/25 70/23
 80/10 103/7 110/19 110/25 111/3 146/6
 147/18 147/23 192/12
reasonable [1]  186/8
reasons [3]  34/17 140/13 191/8
recall [38]  18/18 46/23 49/5 52/8 52/9 54/8
 55/2 55/2 62/12 62/13 62/13 63/3 68/17 73/3
 86/16 86/18 92/24 92/24 102/16 105/7 129/8
 142/9 144/18 145/4 153/2 153/23 155/10
 159/17 163/7 163/12 163/19 166/25 167/15
 181/21 187/5 187/6 196/3 201/6
recalled [1]  81/8
receipts [1]  107/7
receive [4]  33/22 33/24 34/2 46/24
received [8]  29/22 37/2 37/20 40/4 45/13
 47/11 66/13 183/16
receiver [1]  68/5
recently [4]  33/4 67/14 67/16 115/17
recess [6]  63/23 64/2 64/15 112/23 162/1
 162/6 162/8 205/13
recognize [6]  67/22 67/25 68/15 68/17 78/21
 78/23
recollection [9]  51/22 53/25 54/11 54/16 55/4
 63/1 63/4 77/23 196/4
recommend [1]  152/8
recommendation [2]  152/11 152/12
recommended [1]  142/15
record [14]  2/3 36/9 120/6 120/20 120/20
 120/22 120/24 121/1 121/4 121/21 123/10
 127/9 138/8 207/10
recorded [2]  120/4 172/9
records [5]  103/11 140/7 173/23 176/21
 194/6
recovered [1]  34/23
recross [5]  80/23 80/25 112/8 206/7 206/12
Recross-examination [2]  80/25 112/8
rectified [1]  177/2
red [2]  100/3 102/14
Reddish [10]  82/16 82/20 82/25 85/15 98/15
 100/2 100/5 101/22 108/10 206/8
redirect [10]  67/3 67/5 108/5 108/7 108/8
 188/1 188/3 206/6 206/11 206/16
reduced [1]  33/22
refer [3]  9/17 128/20 153/21
reference [3]  105/2 129/1 189/19
referred [1]  180/3
referring [2]  41/1 161/10
reflect [1]  115/15
refresh [5]  68/24 69/4 127/2 144/20 148/6
refreshes [3]  68/1 127/14 145/9

refused [1]  192/6
refute [1]  181/17
regarding [10]  2/21 72/25 79/3 111/23 151/8
 161/1 167/20 180/18 187/13 188/11
regardless [1]  50/21
regime [1]  178/22
register [5]  69/18 69/19 71/7 132/21 169/11
registered [2]  132/23 207/8
registry [1]  169/17
regular [7]  83/9 120/20 130/15 151/25
 159/13 161/16 194/11
regularly [2]  122/8 171/10
reimbursed [3]  133/23 177/11 177/16
reimbursement [1]  134/15
reincarnation [1]  91/21
rejoin [1]  16/14
related [1]  134/2
relationship [6]  140/11 166/12 166/14
 166/16 174/4 177/20
relative [1]  13/13
relatively [2]  93/20 109/21
relax [1]  146/23
relaying [1]  137/9
relevance [4]  89/15 97/24 149/19 198/24
relevancy [1]  163/21
reliant [2]  179/19 180/2
relied [4]  137/24 138/21 138/24 138/25
religious [1]  189/19
relive [1]  13/20
relocate [2]  168/14 168/20
relocated [1]  168/21
remain [1]  15/3
remained [1]  172/16
remaining [1]  105/22
remarkable [1]  121/13
remember [53]  14/9 14/14 16/5 17/11 20/21
 23/24 27/8 31/17 32/2 32/9 32/14 33/8 35/7
 35/20 39/7 43/11 49/8 50/18 51/18 53/1
 54/20 56/4 59/17 60/24 69/2 75/16 77/1
 77/21 80/4 80/16 91/3 105/25 117/20 119/12
 119/23 121/5 121/17 126/2 131/25 133/2
 135/2 142/20 143/7 148/8 148/9 152/24
 186/6 187/7 187/9 187/10 198/14 199/21
 203/8
remembered [2]  33/4 81/8
remodel [1]  22/10
remove [3]  92/20 93/24 94/4
renegotiated [1]  47/3
rent [4]  20/4 151/15 170/15 172/15
rented [4]  19/13 20/1 20/2 20/3
renting [2]  170/14 170/20
repeat [2]  87/20 120/17
Rephrase [5]  76/4 141/4 160/23 164/10
 164/13
report [6]  121/20 126/3 130/15 130/18
 130/20 131/22
reported [2]  139/16 160/19
reporter [8]  1/23 1/23 6/19 6/22 48/21 145/3
 207/8 207/9
reporter's [1]  161/25
reporting [1]  161/1
reports [2]  131/20 139/6
represented [2]  45/5 53/11
representing [3]  44/23 65/14 196/6
request [4]  11/5 136/9 159/17 184/25
requesting [1]  196/6
require [1]  31/25
required [2]  31/9 191/23
requiring [1]  191/14
research [8]  11/5 11/7 11/24 80/8 80/9 80/12

81/24 203/11
resent [1]  101/17
reservation [1]  200/1
reservations [1]  175/18
resided [1]  175/23
residence [4]  31/12 45/14 79/20 170/12
residences [1]  11/23
residential [2]  19/11 114/19
residents [1]  116/12
residing [3]  170/16 172/13 172/17
residuals [1]  34/4
resolution [1]  51/20
resolving [1]  54/9
resource [1]  116/9
respect [4]  66/21 99/4 104/2 107/5
respond [7]  23/2 24/19 56/11 61/14 107/24
 127/12 145/11
responded [1]  59/10
responding [1]  23/18
response [1]  164/20
responsibilities [1]  156/13
responsibility [2]  31/13 176/24
rest [4]  50/2 50/5 50/21 173/13
restriction [1]  5/13
result [9]  27/17 27/22 40/1 51/4 93/13 93/18
 93/19 105/17 182/3
retained [1]  20/1
retired [6]  48/13 48/23 84/20 128/7 157/4
 157/6
retirement [3]  46/25 47/1 73/24
retreat [1]  20/10
return [6]  115/22 116/24 154/3 154/8 154/9
 154/10
returned [8]  15/1 15/8 15/9 15/16 27/2 55/24
 90/18 117/1
returns [7]  153/1 154/7 173/14 173/16
 173/17 176/22 180/6
revolved [1]  125/16
revolving [1]  137/11
Reynolds [1]  197/8
Richards [2]  132/3 163/8
ride [2]  116/14 174/9
riffraff [1]  21/22
right [87]
Ring [1]  136/6
risk [1]  176/1
ritual [1]  100/25
River [1]  14/10
RMR [2]  1/23 207/15
road [6]  45/15 76/13 86/17 89/21 132/13
 164/6
robbery [1]  114/20
Roger [3]  1/16 64/10 77/19
role [14]  93/19 97/8 97/9 97/16 98/15 102/4
 107/10 119/15 167/16 167/19 176/25 177/4
 177/5 177/5
rolls [2]  13/18 26/20
romance [1]  9/2
romances [1]  10/15
romantic [4]  166/16 166/16 195/7 195/7
Ron [1]  14/10
room [24]  6/20 22/9 38/3 38/9 77/22 77/23
 82/16 100/9 130/2 133/7 146/16 146/20
 146/21 146/23 164/4 167/3 182/13 185/10
 189/18 201/8 201/15 201/19 204/22 205/4
rooms [1]  198/15
ROSE [47]  1/6 35/19 35/23 36/21 37/17
 65/11 79/7 86/6 89/23 125/12 126/11 127/25
 128/12 137/10 137/17 137/22 138/24 140/5
 140/13 143/16 165/11 167/24 168/1 168/1

## R

ROSE... [23]  168/2 168/4 170/3 171/19 171/21 173/18 190/13 190/15 191/1 191/4 191/20 191/22 192/21 192/24 193/2 193/11 193/16 194/14 194/24 199/13 199/16 199/18 202/3
Rosie [8]  86/4 89/24 89/24 94/8 98/15 100/6 110/11 112/10
roughly [1]  202/12
row [1]  70/10
royalties [3]  29/9 34/5 34/6
rule [1]  115/16
rules [3]  6/16 21/24 150/21
run [4]  52/19 111/8 139/9 158/20
rustic [1]  47/15
RV [1]  46/17

## S

safe [2]  146/19 202/14
safer [1]  200/13
safety [1]  173/4
sailboat [1]  46/18
salary [1]  134/24
sale [1]  170/15
Sam [4]  32/6 61/15 171/23 201/23
same [19]  28/10 59/15 67/17 68/3 72/8 75/25 88/6 93/13 97/3 97/4 147/22 153/10 175/23 175/24 182/13 196/10 199/13 200/25 204/20
Sammy [1]  161/6
sanctity [1]  173/4
Sandra [2]  187/10 187/13
Santa [22]  7/21 16/21 19/6 19/11 23/16 24/3 24/20 25/7 26/20 26/25 27/2 27/10 27/12 45/15 46/1 60/10 60/21 72/8 79/20 79/23 137/3 137/4
Sarah [6]  142/23 142/25 143/1 143/1 143/3 148/15
sat [2]  8/24 185/15
satisfied [1]  202/5
Savannah [5]  85/24 86/1 91/8 94/13 104/6
saw [3]  80/4 81/10 131/21
say [63]  10/3 14/25 16/11 29/4 29/18 31/2 32/3 33/9 34/14 34/18 34/22 39/8 40/6 41/24 41/25 47/17 54/14 68/17 71/10 74/21 76/9 81/17 90/7 90/7 92/18 92/21 101/2 105/4 105/9 106/18 119/8 120/22 121/2 121/9 122/11 123/8 124/22 129/7 130/6 130/19 131/8 133/12 134/10 135/25 137/12 138/11 142/2 147/4 148/20 152/12 153/9 155/21 159/6 171/9 172/25 174/12 182/21 189/16 196/4 196/10 198/20 201/12 203/2
saying [16]  5/2 16/5 39/9 92/15 107/1 123/1 130/13 130/15 131/20 142/12 155/9 155/10 167/7 181/20 199/4 202/18
says [8]  3/4 35/22 69/1 70/9 71/15 148/15 148/20 149/2
scenario [2]  100/20 103/20
scenarios [1]  190/14
scene [1]  26/2
school [4]  8/8 114/8 116/9 116/10
schoolteacher [4]  8/1 8/2 8/6 14/1
Schuster [8]  10/10 10/13 10/25 21/8 21/11 33/15 33/23 34/2
Schwartz [11]  1/19 5/24 52/2 120/7 162/13 206/4 206/6 206/9 206/11 206/14 206/16
science [1]  11/19
scorned [1]  85/7
Scotland [2]  43/13 69/20
Scott [6]  94/20 94/21 95/2 104/19 104/23

104/25
Scott's [1]  107/6
screaming [2]  26/2 54/25
screen [2]  69/24 77/22
Sea [1]  135/20
searched [1]  97/23
seasons [1]  136/23
seat [2]  3/2 170/4
seated [12]  2/2 3/6 5/20 6/4 65/6 82/21 112/25 113/12 113/14 162/10 162/21 203/15
second [20]  6/20 10/18 32/16 43/22 43/24 43/25 50/10 61/22 62/16 67/14 92/9 92/10 105/18 125/18 126/2 131/13 131/13 166/9 167/6 167/13
seconded [3]  108/15 117/5 118/7
Secret [13]  62/25 108/15 108/17 117/8 118/8 118/13 119/4 144/3 156/16 158/7 183/5 183/18 183/20
secretary [2]  18/10 91/15
section [2]  3/8 19/11
sections [1]  9/22
seeing [6]  15/22 59/23 60/13 81/4 81/9 153/6
seek [3]  75/21 123/24 183/13
seeking [2]  8/1 102/21
seem [4]  4/18 14/16 146/19 186/8
seemed [6]  14/19 171/23 173/5 173/5 177/9 191/4
seems [1]  150/18
seen [14]  32/16 36/13 36/16 36/21 62/17 65/10 68/18 80/7 81/4 81/22 110/10 128/3 138/15 154/9
selected [1]  98/21
self [7]  3/24 4/6 178/19 178/19 180/2 193/19 194/3
self-gratifying [1]  193/19
self-incrimination [2]  3/24 4/6
self-reliant [2]  178/19 180/2
self-serving [1]  194/3
self-sufficient [1]  178/19
sell [1]  199/20
seller [1]  96/23
sellers [1]  9/17
selling [1]  9/20
semantics [1]  131/4
semiannual [1]  29/24
send [4]  8/25 101/2 106/20 129/1
sending [1]  187/18
sends [1]  122/25
sense [1]  203/6
sent [4]  9/1 37/14 127/24 196/13
sentencings [1]  205/6
separate [4]  52/5 52/6 52/9 114/21
separately [1]  183/25
September [3]  1/8 36/21 69/9
September 20th [2]  36/21 69/9
sergeant [13]  83/18 93/2 93/5 108/12 113/8 113/24 114/1 115/13 115/14 115/19 115/22 115/23 151/2
serialized [1]  183/25
series [2]  46/16 78/19
serve [4]  22/8 31/22 141/12 149/25
served [13]  51/9 63/11 63/15 76/25 149/1 149/3 149/15 149/21 150/7 150/14 151/3 184/13 190/21
servers [1]  65/23
service [16]  62/25 108/15 108/17 117/8 118/8 118/13 119/4 135/4 144/3 148/14 156/16 158/7 183/5 183/18 183/20
serviced [1]  24/5
services [5]  77/10 90/23 130/12 134/22

172/16
serving [2]  150/9 194/3
session [1]  203/8
set [2]  12/20 19/20
settled [1]  151/8
settlement [21]  28/4 28/6 28/17 28/22 29/12 29/19 30/10 33/25 44/7 44/9 45/12 45/21 47/2 47/10 49/1 49/25 50/1 51/2 78/24 176/9 180/19
seven [5]  38/25 72/3 77/23 80/19 116/6
Seventy [1]  72/1
Seventy-four [1]  72/1
several [7]  14/1 47/8 56/5 70/12 106/8 117/15 163/12
SFranklinUSDC [1]  1/25
shaking [1]  185/6
share [6]  13/21 13/23 46/13 47/11 48/5 49/2
shared [3]  66/16 66/19 190/8
shareholder [1]  55/5
she'd [1]  92/3
she's [13]  58/2 64/6 72/7 82/16 92/22 100/24 100/24 151/24 169/3 174/8 201/22 202/15 202/16
shed [4]  140/21 143/13 188/20 196/3
sheer [1]  190/19
sheet [1]  154/21
Sheriff's [2]  84/12 109/10
shipped [2]  26/20 26/25
shop [5]  16/13 82/4 89/23 90/4 101/25
shopping [4]  60/19 60/20 177/8 199/8
short [5]  78/19 94/9 98/9 101/19 122/5
shortly [3]  63/24 93/9 151/6
should [11]  3/6 4/1 24/22 27/16 30/16 39/19 61/24 99/5 139/8 139/16 204/25
shouldn't [5]  4/16 39/23 139/10 141/16 141/17
shout [1]  54/25
show [15]  31/6 31/25 32/12 51/23 60/3 67/21 68/14 78/20 145/5 145/8 148/4 149/21 149/23 154/18 166/2
showed [3]  26/7 42/7 146/9
shown [1]  167/14
shows [1]  71/3
shut [2]  27/9 27/12
sic [4]  35/24 36/1 72/25 133/13
side [7]  71/15 76/9 76/10 76/12 122/9 122/10 153/11
sidebar [4]  89/7 89/17 148/12 150/24
sidewalk [1]  16/5
sightseeing [1]  60/17
sign [4]  16/5 16/7 18/18 18/19
signatories [1]  18/5
signature [5]  68/20 68/22 71/8 71/12 71/20
signed [4]  29/19 71/6 71/6 71/11
significance [1]  13/15
similar [5]  24/14 123/3 125/17 131/7 175/8
Simon [8]  10/10 10/13 10/25 21/8 21/10 33/15 33/22 34/2
simplistic [1]  118/17
since [10]  2/11 2/17 5/23 32/16 79/20 122/3 159/8 171/23 179/14 203/5
singular [1]  59/22
sir [53]  3/2 5/6 6/1 6/5 6/12 44/15 64/1 82/8 83/9 83/15 83/25 84/7 84/10 84/19 84/22 85/1 85/18 86/2 86/21 88/14 88/20 89/22 90/5 91/10 91/22 94/7 94/22 96/4 96/6 96/9 97/6 97/13 97/20 98/5 102/23 103/5 103/25 105/12 105/19 106/11 107/12 107/18 108/2 108/14 109/22 110/5 111/17 112/2 112/4 113/14 162/17 202/21 203/23

**S**

sit [6]  3/7 121/15 122/23 147/2 174/8 184/23
sites [4]  11/15 13/4 13/11 13/13
sitting [6]  86/8 89/3 129/13 196/11 201/15
 201/19
situation [8]  120/23 123/11 129/23 131/19
 131/24 137/15 173/22 180/3
situations [3]  118/16 120/25 150/17
six [5]  80/19 169/21 171/9 172/25 198/19
skilled [1]  95/20
skills [1]  72/15
slash [1]  175/3
slowly [2]  173/1 178/18
small [6]  19/10 19/17 19/19 19/22 100/14
 100/17
smaller [1]  19/25
smart [1]  141/19
Smith [1]  132/22
snatched [1]  24/10
Soccer [1]  152/7
social [1]  173/4
socialize [4]  151/23 151/25 159/22 199/12
sold [1]  10/17
sole [2]  60/12 182/1
solely [2]  2/22 139/23
solicit [1]  126/12
solicitations [1]  126/25
somebody [20]  32/4 39/24 71/10 73/1 74/13
 121/2 121/21 129/1 130/14 131/14 155/8
 155/12 169/12 187/1 192/13 193/14 196/7
 201/14 201/19 202/10
somehow [7]  30/17 34/19 35/12 41/16 118/8
 137/8 140/4
someone [21]  71/13 97/1 97/2 120/24 122/6
 129/8 131/1 131/6 131/19 140/21 153/10
 153/11 157/24 157/24 159/11 165/19 167/11
 169/6 173/22 197/6 197/6
someone's [4]  43/9 122/23 140/20 159/17
something [44]  2/14 15/3 16/6 16/22 20/14
 24/14 25/8 27/14 34/11 35/16 35/20 56/9
 59/7 70/9 77/6 80/20 95/3 95/4 99/7 100/16
 101/3 103/2 104/17 105/1 106/10 109/10
 121/12 121/13 121/21 127/4 128/2 131/7
 132/22 149/12 152/25 153/25 159/11 159/12
 159/15 175/22 182/21 189/17 189/23 196/2
sometime [7]  24/3 116/22 124/2 124/2 154/1
 154/3 160/5
sometimes [6]  11/6 16/19 28/6 54/23 66/22
 97/21
somewhat [3]  6/21 191/18 202/10
somewhere [9]  8/11 13/18 32/10 57/1 70/8
 100/21 136/25 159/16 169/21
son [11]  20/3 32/6 61/15 61/17 164/22
 164/24 171/23 175/4 201/20 202/9 202/14
soon [1]  9/8
sooner [1]  75/16
sorry [25]  36/4 39/23 54/4 73/4 77/18 81/14
 87/15 90/3 92/8 99/13 106/3 110/14 110/22
 120/7 120/14 138/13 143/16 146/25 148/19
 151/2 155/14 159/21 164/12 182/21 197/23
sort [11]  11/22 16/7 34/23 89/12 118/6 136/3
 139/7 143/17 154/20 195/8 199/9
sorts [1]  177/5
sound [2]  33/5 161/8
Sounds [1]  72/24
Sounds -- I [1]  72/24
source [2]  34/9 171/21
south [2]  1/21 86/2
Southeast [1]  132/19

SOUTHERN [4]  1/1 2/18 77/4 77/15
Southwest [5]  135/23 135/24 178/3 180/8
 186/19
sparring [2]  179/16 179/17
speak [24]  2/21 4/16 6/5 6/21 63/6 63/9
 66/24 82/22 85/22 94/1 97/15 99/25 120/24
 124/8 138/6 142/16 144/7 146/8 169/12
 184/7 184/10 185/25 196/6 203/18
speaking [5]  121/2 137/11 145/14 167/19
 196/14
special [4]  14/21 116/17 175/1 179/9
specially [1]  116/14
specific [6]  95/6 189/7 189/8 189/8 199/10
 200/4
specifically [10]  47/24 119/24 125/7 129/8
 135/17 137/12 152/24 153/2 154/2 155/10
specifics [1]  187/9
speculation [1]  108/25
spell [3]  6/8 82/23 113/17
spelled [1]  69/22
spend [2]  16/18 165/3
spending [1]  163/3
spent [4]  21/3 56/5 60/7 76/17
spirits [1]  197/5
spiritual [1]  86/20
spoke [17]  24/9 36/18 66/1 66/4 93/9 101/22
 125/6 126/8 126/9 131/10 155/18 155/22
 163/4 189/1 190/15 193/11 200/15
spoken [5]  36/19 36/21 65/11 111/19 163/16
spouse [1]  75/6
spurred [1]  194/7
square [1]  70/12
Stack [73]
Stack's [2]  160/2 179/1
staff [1]  65/19
stalked [1]  42/4
stand [5]  3/4 3/9 3/18 89/2 198/3
standard [5]  5/21 9/11 14/17 204/3 204/4
standing [3]  36/7 89/1 89/2
stands [1]  139/12
start [10]  8/13 8/22 9/7 83/21 103/3 119/20
 173/3 180/14 188/5 203/6
started [25]  9/21 13/3 50/7 50/15 61/5 81/16
 92/25 94/9 94/10 94/11 106/9 119/16 119/18
 123/23 152/17 152/17 156/16 173/7 173/12
 178/22 178/24 185/23 195/6 196/8 199/3
starting [1]  173/1
starving [2]  198/5 198/8
state [9]  7/6 7/7 118/20 118/25 125/8 164/7
 164/11 173/2 201/20
stated [1]  75/2
statement [2]  157/18 182/22
statements [9]  40/16 40/16 79/22 80/1 80/2
 120/6 181/14 194/3 195/22
states [13]  1/1 1/3 1/13 1/17 2/9 15/1 62/25
 139/15 139/17 139/18 183/5 183/18 183/20
statistics [1]  71/22
status [1]  50/22
stay [12]  16/2 16/13 16/20 20/12 115/16
 116/1 116/20 143/24 171/14 174/23 175/3
 198/18
stay-at-home [1]  174/23
stayed [9]  15/10 15/20 18/22 42/9 116/21
 147/22 169/19 198/20 200/2
staying [4]  21/4 60/8 164/4 170/9
Stefin [28]  1/16 3/12 6/23 63/19 64/19 65/7
 67/7 72/10 75/2 75/15 76/25 77/19 79/6
 80/24 81/17 85/14 110/25 148/23 149/9
 162/22 200/23 203/17 203/19 206/5 206/7
 206/10 206/12 206/15

Stephen [4]  1/23 207/8 207/14 207/15
steps [2]  169/7 175/24
Stevens [2]  187/10 187/13
stick [1]  155/15
stiff [1]  39/18
still [9]  11/2 37/13 45/24 65/2 128/9 128/10
 156/24 162/17 174/25
stipulate [2]  148/23 148/25
stipulated [1]  78/24
stood [1]  81/21
stop [5]  48/8 89/9 89/10 99/10 190/16
stopped [11]  13/4 15/10 27/9 38/20 48/6
 53/19 61/2 133/10 133/12 175/2 199/4
store [5]  8/3 8/4 8/4 86/20 177/10
stories [5]  190/5 190/7 190/7 195/7 197/4
story [8]  85/22 105/3 124/9 167/20 185/17
 189/7 197/9 202/13
straighten [2]  173/13 173/21
strange [1]  187/3
stranger [1]  161/8
street [7]  1/24 82/6 97/11 97/12 132/19
 174/10 198/16
strong [1]  137/7
structures [1]  11/21
stuck [2]  50/20 81/11
studio [4]  20/16 76/7 76/10 76/15
study [1]  9/16
subject [8]  2/13 5/13 45/19 102/8 152/23
 153/3 194/1 197/22
subjects [1]  11/17
subpoena [12]  63/11 63/12 63/15 77/1
 141/12 144/10 148/1 148/9 149/21 151/4
 159/9 184/12
subpoenaed [1]  180/22
subsequent [4]  125/4 130/3 134/15 159/15
subsequently [10]  119/22 133/20 133/21
 133/23 140/10 171/2 182/5 186/25 193/21
 196/13
substantial [1]  47/18
substantially [1]  33/21
substituting [1]  201/16
success [1]  10/18
successful [5]  9/15 9/23 10/10 11/4 18/11
successfully [1]  45/13
such [4]  33/16 57/9 173/14 186/2
suddenly [1]  27/15
suffering [1]  53/4
sufficient [1]  178/19
suggest [2]  88/18 109/23
suggested [4]  10/9 77/10 85/14 85/17
suggestion [2]  54/6 54/7
suicide [2]  202/8
suing [1]  68/3
suit [1]  27/25
suitcase [1]  26/12
Suite [1]  1/21
Suites [5]  132/19 168/21 198/13 198/18
 198/20
sum [6]  50/4 50/4 73/7 80/13
summarize [1]  155/14
summer [1]  136/24
sums [4]  93/20 93/23 94/3 102/8
sunny [3]  16/1 16/3 82/3
Sunrise [1]  158/18
Sunshine [1]  178/4
super [1]  25/5
superfluous [1]  83/4
superintendent [7]  25/9 25/13 57/25 59/5
 138/2 138/16 189/12
superiors [1]  175/15

**S**

supervisor [2]  93/5 117/2
support [2]  153/7 155/4
supposed [2]  97/11 167/17
supposedly [1]  193/14
supposing [1]  130/13
sure [51]  21/24 21/25 24/17 35/22 39/8 43/9
58/1 62/24 71/9 87/10 89/5 92/18 95/17
96/14 96/17 97/21 98/11 101/5 102/11
111/24 113/18 114/14 117/23 119/12 121/14
127/3 127/20 132/24 132/25 134/10 135/15
136/1 142/22 147/4 150/13 152/2 152/4
152/24 153/15 161/5 169/4 169/16 175/20
190/4 192/19 194/5 197/14 202/25 204/9
204/17 204/24
Surely [1]  132/2
surrounding [1]  179/8
suspect [2]  153/8 193/18
suspected [1]  127/25
sustain [1]  150/12
Sustained [17]  38/7 39/21 40/8 68/8 74/16
76/4 76/23 78/13 78/17 97/25 104/10 141/3
155/25 163/22 165/25 182/24 198/23
sworn [5]  6/3 82/20 113/13 138/13 183/5

**T**

table [1]  86/8
tactical [1]  114/17
take [34]  2/5 3/5 3/9 6/19 11/17 13/17 17/13
28/13 43/16 52/10 52/14 52/23 63/19 63/22
68/5 93/21 101/7 112/17 118/18 121/6 121/7
121/11 127/7 128/13 161/25 162/1 166/6
175/3 180/16 180/23 183/4 203/25 204/6
205/10
taken [13]  21/1 34/19 34/21 64/15 73/22
112/23 154/10 162/8 169/7 171/1 174/22
175/24 205/13
takes [2]  132/5 132/6
taking [2]  184/3 186/6
talk [46]  3/16 18/23 22/25 24/8 30/3 57/15
91/11 93/25 110/23 112/21 122/24 123/23
130/17 141/14 141/16 142/18 143/20 147/15
152/1 152/16 152/22 153/11 155/8 155/9
171/22 181/10 181/12 181/14 182/1 188/13
188/15 188/16 189/3 192/9 192/10 193/15
193/16 193/18 194/2 194/24 200/21 201/2
201/4 202/17 203/16 203/22
talked [14]  12/22 14/1 28/17 47/3 71/8 79/7
91/5 91/7 122/16 150/4 153/5 166/18 188/16
197/9
talking [16]  2/19 6/19 41/24 47/13 67/19
81/22 124/7 129/22 130/23 138/11 141/15
189/17 194/5 194/18 197/14 205/3
tape [3]  98/13 102/14 172/9
tape-recorded [1]  172/9
tapes [2]  98/10 193/23
target [3]  2/12 153/3 194/10
targets [2]  111/10 152/22
task [19]  83/16 83/24 117/6 117/6 117/8
117/25 118/1 118/2 118/3 118/6 118/10
119/3 129/16 130/11 131/18 144/2 144/3
144/7 156/5
taught [1]  161/19
tax [7]  21/1 103/11 173/14 173/16 176/22
180/3 180/6
taxes [2]  135/5 173/20
Taylor [11]  94/19 94/21 95/2 95/3 95/3
104/19 104/24 104/25 105/1 109/24
teach [1]  8/8

teacher [1]  175/3
teaches [1]  161/19
teaching [1]  9/8
team [4]  109/23 114/10 204/22 204/23
teeth [1]  97/5
Tejeras [2]  46/1 46/7
teleconference [1]  78/4
telegram [1]  37/14
telegrammed [1]  37/14
telephone [5]  91/7 92/14 98/14 102/2 102/3
tell [57]  6/8 13/2 15/8 15/25 17/3 17/24 19/4
27/21 27/22 39/18 39/24 40/5 40/15 60/13
62/24 73/20 76/6 79/19 82/23 85/2 86/25
87/4 87/23 88/14 88/15 90/2 90/3 90/13
91/18 92/3 92/3 92/18 94/1 96/16 100/6
101/6 103/14 103/22 104/2 106/14 107/3
107/4 107/4 112/1 113/16 114/12 128/13
136/16 141/6 141/9 143/4 143/15 152/22
191/14 192/3 192/21 193/2
teller [4]  15/23 16/6 85/6 90/4
tellers [1]  93/12
telling [11]  27/5 41/21 92/15 92/16 92/23
106/9 138/16 139/24 181/18 188/11 190/11
temper [1]  54/23
Templeman [1]  53/10
tend [1]  200/9
tenus [1]  2/20
term [3]  34/4 108/16 117/5
terminated [2]  107/17 178/10
terms [3]  81/5 156/23 164/10
terrible [3]  6/21 13/6 143/2
terribly [1]  59/19
tested [1]  75/12
testified [10]  4/6 53/14 53/16 55/10 55/14
55/15 62/10 65/10 162/25 189/13
testify [1]  2/10
testifying [1]  165/23
testimony [14]  2/11 2/22 4/4 4/9 4/14 53/18
55/20 58/18 64/2 162/6 201/9 206/3 206/8
206/13
text [1]  171/13
thank [40]  3/10 3/11 6/12 34/6 43/1 43/3
45/2 63/24 64/3 64/14 64/25 65/2 65/8 67/2
79/1 80/22 82/8 82/11 82/18 83/1 89/16
89/20 92/13 101/13 108/4 112/13 112/14
112/15 112/19 113/20 130/8 132/4 136/7
150/23 161/22 162/3 162/7 187/25 202/21
203/12
Thanks [1]  82/7
Thanksgiving [1]  12/14
that -- you [1]  104/15
that's [80]
the 25th [1]  12/13
themselves [7]  32/22 41/25 62/23 129/25
167/10 196/6 201/7
theory [1]  204/8
therapy [3]  52/25 17/1 17/6
there's [16]  2/14 3/22 5/13 9/16 9/18 26/12
35/20 57/9 67/25 68/12 69/24 71/22 131/7
136/23 191/8 196/24
thereafter [2]  30/14 93/9
they're [13]  5/2 10/10 16/3 16/4 30/17 113/7
118/1 123/1 130/12 204/9 204/24 204/24
205/4
they've [1]  88/20
thing [5]  109/9 125/6 175/23 199/13 200/25
things [45]  9/14 11/22 26/17 27/8 56/8 63/14
66/19 70/18 84/4 85/14 92/17 92/22 102/15
103/1 103/11 103/16 111/6 118/9 122/24
126/17 130/24 134/6 134/12 140/11 153/12

156/17 167/7 173/23 176/22 177/1 177/9
177/11 177/14 178/12 180/14 181/18 182/3
187/4 187/8 188/6 188/20 195/7 196/4
196/12 199/8
think [101]
third [4]  10/19 36/25 50/13 92/9
those [28]  11/17 13/13 21/18 21/24 26/20
29/22 30/19 31/8 34/7 44/14 46/10 46/12
70/18 76/12 80/4 110/19 111/3 126/24
134/13 135/12 140/22 166/18 172/6 172/25
177/1 177/16 196/8 200/4
though [4]  79/21 148/15 149/2 168/5
thought [24]  10/19 17/18 24/7 43/8 53/15
53/16 53/18 54/13 57/12 57/14 70/6 103/12
124/11 128/12 143/19 145/17 152/13 165/13
170/21 181/9 181/10 183/3 191/6 192/8
thoughts [2]  123/3 123/25
thousand [4]  70/12 70/12 135/3 163/13
thousands [1]  102/13
threat [1]  189/16
threatened [1]  42/11
threatening [1]  188/24
three [32]  9/15 9/22 9/24 10/4 18/14 19/14
19/14 19/14 20/7 24/13 24/17 31/17 54/20
56/16 56/17 58/8 58/12 60/7 60/14 60/25
69/6 91/19 117/15 117/16 128/23 131/10
143/25 144/1 175/1 202/11 202/12 204/4
through [30]  19/1 22/19 22/20 30/2 30/12
31/2 36/24 37/16 37/16 52/4 89/13 100/25
116/12 118/20 119/5 119/20 126/21 134/12
140/10 164/17 166/18 177/14 183/16 184/9
190/10 190/16 191/9 196/5 200/23 201/2
throughout [4]  84/11 121/11 121/16 179/6
throw [1]  104/20
timeframe [2]  160/5 169/21
timely [1]  51/2
times [19]  9/24 11/14 19/14 22/24 24/13
29/18 31/24 32/3 61/11 91/7 101/25 120/25
121/1 122/21 131/21 171/10 179/15 186/24
189/8
tip [1]  193/21
titles [1]  10/17
today [16]  3/20 36/13 36/18 36/20 36/23
53/14 69/8 71/25 72/4 72/6 73/18 73/21 74/4
78/11 202/24
together [16]  5/23 7/14 7/18 10/14 47/16
55/17 55/18 55/23 55/24 55/25 70/21 76/18
82/6 100/3 184/1 203/9
toilet [1]  50/23
told [61]  16/10 16/24 25/20 26/9 27/5 38/2
39/11 39/11 39/14 45/10 59/3 59/8 59/13
60/4 61/23 86/14 89/25 90/2 90/3 90/10
91/14 91/17 92/6 103/23 107/6 121/5 131/11
137/21 137/24 138/21 138/24 138/25 138/25
141/8 152/9 152/13 154/14 154/24 155/11
160/7 161/4 161/5 164/19 167/15 168/4
173/17 173/18 173/18 180/25 181/4 182/18
182/23 187/8 188/6 189/7 191/17 191/23
196/23 196/25 202/1 202/4
tone [2]  59/15 59/17
too [7]  23/16 92/1 107/19 150/1 176/17 179/8
179/14
took [17]  13/18 24/24 25/8 26/12 27/19 35/11
72/16 72/18 108/10 110/6 110/9 116/5 118/3
154/7 179/18 184/23 200/2
tools [1]  12/3
top [1]  70/10
total [5]  33/17 33/21 33/24 34/1 114/22
totality [1]  157/22
tour [3]  12/25 14/9 14/10

**T**

tourist [2] 85/20 85/23
toward [2] 116/4 154/3
towards [5] 6/7 11/3 28/5 48/9 113/15
Toyota [1] 46/17
track [1] 51/13
tracked [1] 186/22
traffic [1] 20/11
tragic [1] 164/25
trailer [1] 46/18
train [2] 179/13 179/19
trained [1] 179/9
training [2] 179/2 179/2
transaction [1] 160/19
transcript [7] 1/11 98/14 98/20 98/22 99/4
99/6 207/10
transpired [2] 77/13 153/12
transplant [1] 136/25
travel [7] 11/12 135/13 135/14 180/14
183/21 184/16 189/10
traveled [2] 136/14 137/2
trees [1] 76/12
tremendous [1] 26/2
TRIAL [1] 1/11
tried [6] 23/9 155/14 173/21 185/22 188/13
188/15
trip [15] 12/4 12/9 12/17 12/24 12/25 14/7
14/17 14/18 14/20 42/8 55/11 78/15 144/7
144/8 151/12
trips [3] 135/9 135/10 177/18
trouble [1] 26/10
troubled [1] 159/8
truck [1] 46/17
true [10] 28/17 40/11 65/12 75/5 90/1 91/25
115/18 139/25 195/22 196/18
trust [2] 49/12 94/2
truth [5] 138/16 190/11 193/15 193/17
195/15
truthful [3] 40/16 189/4 190/9
truthfully [1] 191/17
try [30] 6/5 24/21 30/25 51/20 52/14 52/23
56/17 56/20 58/8 59/3 61/24 76/21 82/22
93/23 93/24 95/13 99/23 113/15 127/2 131/1
133/14 144/20 169/7 184/6 186/4 189/3
189/4 189/11 201/9 203/20
trying [25] 16/2 52/10 68/4 92/2 94/15 95/10
95/12 96/22 96/22 103/8 103/11 103/12
104/8 110/25 115/3 122/24 126/2 130/23
135/22 141/14 149/21 149/23 165/9 173/13
186/1
Tuesday [3] 203/8 203/9 203/11
turned [1] 174/1
twenties [1] 14/25
twice [5] 17/7 28/5 51/22 61/21 102/1
two [50] 6/16 7/13 9/15 18/19 19/14 19/18
19/25 20/7 23/1 24/15 24/17 28/7 28/19
31/16 32/7 32/20 44/4 48/15 54/17 54/20
56/16 56/17 58/8 58/12 60/15 60/18 62/1
62/20 70/20 74/4 89/2 90/13 99/22 114/16
114/21 116/21 117/20 125/14 125/21 131/11
154/10 154/10 163/4 175/1 181/6 194/8
195/3 200/7 200/13 202/12
Twofold [1] 12/18
twos [1] 200/9
type [16] 4/21 16/7 17/5 53/5 90/8 97/7 98/2
115/1 120/5 143/5 152/5 174/4 175/13
176/21 177/5 185/20
types [4] 90/10 117/9 126/24 135/14
typical [1] 175/2

**U**

typically [1] 114/25
typing [1] 18/14

U.S [8] 117/8 144/7 144/11 144/13 160/19
161/2 161/4 175/11
uh [11] 13/12 19/16 22/14 44/24 48/17 50/3
54/2 56/10 67/9 71/19 87/24
uh-huh [11] 13/12 19/16 22/14 44/24 48/17
50/3 54/2 56/10 67/9 71/19 87/24
ultimately [5] 46/10 66/16 93/23 183/21
184/19
uncomfortable [1] 103/3
uncovered [1] 130/24
under [11] 10/19 21/19 37/17 65/2 70/10
114/5 132/21 132/23 150/21 162/17 179/18
undercover [21] 84/6 84/7 84/15 84/18 85/17
93/1 95/20 95/22 95/25 96/6 97/7 98/2
107/21 109/4 109/5 111/9 114/17 114/18
114/23 122/8 193/23
understand [16] 4/7 4/13 5/1 5/5 5/6 42/3
80/15 85/13 88/8 88/17 94/16 109/15 119/6
134/18 147/18 179/24
understanding [1] 30/25
unfair [1] 131/9
uniform [1] 83/8
unit [3] 114/18 114/23 122/8
UNITED [11] 1/1 1/3 1/13 1/17 2/9 15/1
62/25 139/15 183/5 183/17 183/20
units [4] 46/13 84/15 116/16 116/17
university [4] 7/4 7/6 7/7 114/9
unless [4] 39/24 146/20 150/14 164/9
unresolved [1] 180/17
until [12] 6/17 6/18 35/6 53/19 72/12 89/12
106/7 122/18 123/25 130/17 131/21 190/6
untruth [1] 40/17
untruthful [1] 40/16
unusual [3] 14/23 23/19 24/7
updates [1] 126/20
upon [3] 9/7 159/16 202/10
ups [2] 9/25 66/19
upset [1] 59/18
us [49] 6/6 6/8 6/8 13/2 13/20 15/8 15/20
15/25 18/19 19/4 23/16 27/5 27/21 27/22
34/16 36/5 39/24 40/5 40/15 41/21 59/3
60/13 62/6 73/20 76/12 79/19 82/23 82/24
85/2 109/18 113/16 113/17 114/12 118/18
131/11 138/19 141/16 141/17 143/4 143/11
146/15 146/22 147/9 181/8 181/20 181/22
201/11 203/25 204/21
used [17] 11/17 21/2 30/15 85/21 126/24
128/20 133/11 133/13 133/18 133/19 133/22
134/17 152/10 152/13 152/15 169/5 185/3
useful [1] 13/22
user [5] 96/23 96/24 96/25 97/11 97/12
uses [2] 97/1 97/2
using [4] 98/16 133/10 133/12 194/15
usually [4] 3/15 51/23 79/23 121/10
utilized [3] 65/22 65/22 105/4

**V**

vague [2] 104/17 104/18
validity [1] 95/11
valuable [2] 29/14 29/16
value [5] 28/20 28/25 30/18 31/1 184/21
vantage [1] 76/1
various [3] 8/2 179/7 190/25
vehicle [2] 116/14 170/3
vehicles [1] 46/16
verbal [1] 131/1

verbally [3] 17/20 42/16 70/17
verify [4] 103/8 188/10 189/4 196/25
vernacular [1] 153/13
versa [1] 123/5
versus [3] 99/4 115/2 176/25
very [43] 5/23 9/6 9/8 9/14 9/23 14/19 20/11
20/15 21/16 21/16 23/11 24/20 54/15 58/3
58/16 59/15 59/18 59/22 86/25 102/11 108/1
110/17 122/3 123/3 124/7 131/3 137/18
138/6 146/13 146/14 155/9 158/3 159/22
165/9 171/10 171/17 173/11 184/20 185/4
185/5 185/6 199/5 203/12
vice [2] 2/22 123/5
victim [25] 119/21 120/6 122/18 124/23
125/1 125/6 125/7 125/9 125/23 126/5
129/15 129/15 129/25 130/3 130/12 131/2
131/20 131/22 143/12 143/12 163/10 164/22
174/14 194/12 194/16
victimized [3] 165/11 165/11 165/14
victimizing [1] 192/14
victims [17] 34/24 93/14 119/19 120/21
123/11 125/19 126/13 126/18 129/17 129/18
130/18 163/4 163/5 163/7 163/16 163/20
194/15
Vietnam [1] 7/12
view [1] 122/21
violence [3] 42/11 139/6 139/20
violent [5] 114/19 122/12 138/3 139/4 142/2
Visa [2] 105/9 105/14
vision [1] 142/22
visit [7] 11/15 17/9 17/9 38/12 79/21 91/6
105/11
visitation [1] 16/21
visited [7] 13/4 13/11 15/20 23/16 38/10
101/25 102/1
visiting [2] 13/14 16/19
visits [1] 105/18
vitro [1] 199/16
Vivian [2] 125/12 128/12
voice [3] 59/16 59/17 175/18
voiced [1] 185/6
Volume [1] 1/10
voluntary [1] 116/12
volunteer [1] 116/12
Von [2] 187/15 187/21
vulnerable [1] 171/17

**W**

W-h-i-t-e [1] 6/11
wait [5] 6/17 6/18 122/18 130/17 131/21
waited [1] 71/1
waived [1] 4/5
waiver [2] 4/14 5/4
walked [8] 28/20 42/7 60/15 60/18 86/24
100/9 130/1 134/16
walking [2] 16/1 82/6
wallet [3] 100/13 100/14 100/17
want [33] 4/7 4/13 39/18 62/4 62/7 62/7
67/12 96/21 96/24 97/5 109/11 127/12
129/20 135/11 145/11 147/6 147/8 148/23
148/25 152/11 158/1 168/11 169/25 177/9
185/7 199/6 199/7 201/2 201/11 201/22
202/17 204/14 205/1
wanted [47] 10/6 10/7 11/9 11/15 12/20 16/9
16/18 16/20 18/1 19/19 20/14 33/13 62/6
63/6 70/22 90/10 93/12 94/1 94/12 94/13
102/25 103/1 103/25 105/13 106/23 107/8
114/20 121/14 124/11 132/24 148/22 153/10
153/11 153/20 155/8 164/22 168/14 170/12
175/20 175/22 177/25 181/12 181/14 181/17

# W

wanted... [3]  193/15 194/2 201/25
wanting [6]  107/18 111/21 111/21 191/10 201/8 201/19
wants [2]  150/18 201/18
warm [1]  16/2
warrants [1]  159/2
wasn't [38]  23/7 44/10 45/11 46/22 54/13 57/14 90/4 91/19 92/14 93/7 104/4 110/8 111/7 123/4 123/15 123/20 138/9 142/15 147/1 147/3 147/8 149/1 149/3 151/25 157/10 158/8 158/12 170/19 171/3 171/20 178/8 178/16 179/14 180/12 190/6 194/10 196/11 199/12
watch [2]  152/3 174/9
water [1]  172/15
Watts [2]  77/19 158/5
Wayne [1]  84/13
we'd [1]  98/12
we'll [15]  2/24 3/9 42/3 63/24 122/2 133/20 155/15 158/2 162/2 162/6 203/9 203/11 203/24 204/18 205/11
we're [10]  2/3 6/19 26/7 81/22 92/10 145/7 193/21 203/8 203/20 204/12
we've [3]  4/16 24/11 204/5
wealth [1]  73/24
website [7]  128/14 128/16 128/20 128/21 128/25 129/5 129/6
week [8]  16/15 18/14 22/25 116/19 135/3 171/10 198/9 198/13
weekend [3]  203/12 203/18 205/11
weekly [2]  9/18 134/24
weeks [6]  24/3 56/25 102/6 106/9 154/10 190/21
Weiselberg [1]  1/20
welcome [5]  5/20 65/5 113/11 130/9 162/20
well [68]  6/24 8/22 9/2 14/20 16/12 21/3 23/11 24/8 24/10 26/5 26/6 26/9 27/11 27/13 27/21 33/12 34/18 43/10 48/2 48/10 53/18 54/15 59/12 80/11 81/22 87/23 88/12 90/8 91/1 93/8 94/16 96/16 96/19 96/23 97/6 101/6 104/25 107/2 107/4 110/4 110/17 110/22 111/10 118/3 122/2 125/21 148/20 148/25 150/20 152/10 152/13 153/13 154/3 155/2 155/9 157/20 160/21 166/13 176/1 183/17 185/25 191/7 191/13 193/25 194/16 198/9 201/19 202/23
went [50]  10/14 15/21 16/21 22/21 22/24 24/16 24/18 24/21 24/25 25/1 26/10 26/13 27/12 50/23 53/25 54/19 55/11 55/23 55/24 55/25 58/10 58/10 59/3 59/5 60/5 60/15 60/18 60/21 77/12 86/22 86/23 91/19 100/21 114/9 114/23 115/13 115/24 118/3 122/13 140/13 140/24 141/1 143/20 147/7 147/18 152/21 180/1 188/19 196/5 199/8
weren't [11]  26/6 47/21 59/18 71/8 104/16 107/19 124/13 140/17 192/10 194/2 195/22
West [2]  1/7 1/24
western [2]  7/8 178/4
what -- I [1]  80/14
What'd [1]  26/4
what's [10]  4/24 28/6 67/21 68/14 69/13 109/5 148/4 148/21 154/18 198/24
whatever [15]  18/1 26/8 34/7 92/20 92/20 99/18 115/20 118/11 134/13 135/9 145/18 145/19 146/4 147/24 183/3
whatsoever [2]  53/23 58/25
whenever [1]  21/5
where [63]  3/6 7/7 7/11 7/18 7/20 19/12

19/20 24/23 31/10 31/10 31/18 31/20 42/8 42/8 47/17 61/10 61/11 61/13 70/7 71/15 75/25 83/17 86/15 92/15 102/11 104/2 106/24 107/9 114/8 114/25 115/3 116/4 116/5 116/12 116/13 120/25 125/18 133/16 137/2 137/17 145/1 146/10 150/17 156/7 156/12 159/16 168/17 168/18 168/19 168/20 170/7 170/18 184/2 185/18 191/5 191/15 191/19 191/22 192/20 192/21 192/24 193/2 202/22
whether [41]  38/21 39/19 52/2 52/4 53/2 65/25 68/4 71/8 76/20 76/25 79/24 95/6 103/8 103/13 105/7 115/20 129/3 129/7 131/18 137/22 138/3 145/9 151/3 160/18 167/7 167/15 168/16 182/4 182/14 185/23 186/2 186/11 189/4 189/15 189/23 190/1 190/21 192/5 195/5 200/21 200/23
while [13]  8/5 15/23 108/20 121/19 126/15 127/24 130/3 137/1 137/16 142/7 144/16 184/22 185/10
White [70]
White's [4]  139/8 145/22 147/22 200/21
who's [6]  6/25 113/6 127/18 201/14 201/19 202/10
whoever [2]  196/1 196/6
whole [3]  102/4 119/25 147/8
wholeheartedly [1]  204/9
whom [4]  13/16 83/4 88/22 159/2
whose [3]  18/20 86/4 133/18
why [32]  3/7 17/8 22/15 31/15 31/20 31/21 70/21 75/15 80/16 94/16 96/15 99/23 104/7 104/18 120/17 128/8 143/13 146/21 147/7 149/8 157/19 168/10 171/16 188/13 191/8 193/13 193/15 194/24 195/13 200/7 201/5 201/12
Why'd [1]  13/19
wife [42]  15/18 15/22 16/17 16/18 17/16 17/20 19/1 22/25 24/2 33/10 39/13 44/1 57/6 57/11 74/18 80/18 82/4 85/7 134/3 134/22 134/24 135/15 135/19 136/5 159/23 161/12 174/2 174/4 174/13 174/17 174/20 174/21 175/5 175/12 176/7 176/20 177/10 177/13 177/16 178/10 179/12 199/7
wife's [4]  24/10 75/7 134/4 177/4
wilderness [1]  22/17
willing [1]  146/19
window [1]  16/12
wing [1]  179/18
wire [1]  97/23
wise [1]  188/7
wish [2]  26/1 64/9
wishes [2]  90/13 98/18
withdraw [3]  38/19 136/9 155/15
withdrawn [7]  47/7 108/22 114/10 144/5 144/19 164/18 192/20
within [11]  19/14 23/1 24/3 27/4 28/10 31/11 58/4 60/25 115/21 118/17 130/5
without [11]  27/5 39/9 41/21 69/11 69/15 70/23 98/25 100/21 111/20 111/20 142/12
witness [25]  5/24 6/3 36/10 64/22 82/9 82/12 82/15 82/20 99/17 99/24 113/6 113/13 120/6 122/18 149/24 150/17 150/21 150/22 161/1 161/14 188/7 197/18 198/1 198/2 203/7
witness' [1]  113/15
witnesses [4]  120/21 123/11 202/24 203/5
woman [3]  101/22 112/10 163/8
women [2]  14/18 14/19
won't [5]  24/6 60/4 89/2 101/8 205/8
wonder [1]  80/13
Woodmen [1]  49/8

worded [1]  93/22
wording [3]  35/7 35/17 35/21
words [6]  129/20 129/21 185/3 189/15 190/10 190/12
work [30]  9/5 11/6 15/2 18/12 22/22 25/2 25/8 51/20 57/2 59/2 60/3 83/21 84/18 84/23 85/17 111/16 115/1 121/24 122/8 122/21 123/13 123/16 130/13 136/3 152/17 175/13 178/15 179/25 194/11 203/20
worked [22]  8/4 48/3 57/25 83/15 83/15 84/7 84/10 84/12 84/14 109/8 114/15 114/16 114/19 117/25 121/24 122/4 122/11 122/15 123/18 127/19 146/22 179/6
working [18]  23/7 24/4 48/6 56/9 84/6 93/12 108/12 108/17 117/6 118/12 124/12 128/18 128/19 129/16 137/18 174/21 175/2 178/24
works [3]  9/25 53/9 65/16
world [3]  49/8 172/4 179/6
worry [2]  173/19 202/6
worse [2]  6/21 72/15
worth [11]  29/5 29/18 47/4 73/18 73/20 74/3 74/6 74/8 74/13 74/20 74/21
wouldn't [28]  25/2 33/4 35/2 66/3 79/25 83/19 94/12 95/5 110/2 110/15 119/1 119/7 119/13 121/15 122/22 123/8 129/11 129/13 130/19 133/17 134/7 155/3 176/17 188/15 194/4 197/22 201/14 203/6
writeoff [1]  21/1
writer [1]  190/2
writers [1]  9/17
writing [27]  8/17 8/18 8/22 9/7 9/9 10/7 19/21 49/21 57/6 72/16 75/21 76/6 122/24 173/5 173/6 173/7 173/11 173/12 177/8 187/21 195/17 195/22 196/8 196/10 199/3 199/4 199/5
written [10]  30/19 37/11 38/24 39/1 80/5 80/7 99/7 166/19 196/9 197/10
wrong [5]  25/7 53/22 54/17 57/17 59/7
wrongdoing [2]  35/12 35/12
wrote [11]  8/24 9/23 12/1 12/23 39/5 57/2 57/4 58/15 127/21 196/4 196/4
Wynns [3]  127/18 127/22 128/6

# Y

yeah [23]  3/14 16/8 23/6 24/23 82/6 100/19 121/23 123/20 131/23 133/5 134/1 147/7 149/11 150/23 151/9 152/15 153/15 158/6 160/5 178/14 180/12 185/21 200/19
year [29]  12/19 19/18 28/5 30/11 30/14 30/22 32/7 32/9 34/18 39/8 40/4 43/10 44/6 50/5 50/7 50/8 50/10 50/13 50/13 72/11 73/8 73/9 110/10 116/3 123/15 124/1 124/2 124/3 177/24
year's [3]  15/15 16/15 30/13
years [66]  8/10 9/15 10/4 14/6 14/8 14/24 19/15 21/3 28/7 31/2 31/11 32/7 38/25 43/7 43/9 43/16 50/16 51/1 53/11 53/14 56/10 61/5 61/9 62/16 62/17 65/13 65/21 66/11 66/20 70/21 72/7 72/16 72/17 72/20 73/9 80/19 81/8 83/13 83/15 83/17 83/18 84/8 92/11 95/22 95/24 114/5 114/17 114/22 115/7 115/9 116/21 148/5 152/15 153/12 154/10 158/4 172/1 173/14 186/4 186/5 186/18 189/9 196/8 202/11 202/12 202/12
yell [1]  55/1
yelling [1]  26/2
yes [383]
yesterday [1]  67/19
yet [3]  72/25 183/9 183/12
yield [1]  194/3

**Y**

yields [1]  193/19
York [47]  9/4 10/14 15/3 15/10 15/12 15/14
 15/15 15/16 15/19 15/23 16/2 16/15 16/22
 20/19 20/20 21/4 21/8 22/11 24/16 24/18
 24/21 27/11 28/20 28/23 42/8 55/21 55/22
 56/3 56/5 57/12 58/10 59/21 59/25 60/8
 60/12 60/14 75/16 76/21 78/15 79/21 82/3
 85/13 137/16 138/12 138/14 189/8 189/10
Yorker [2]  9/22 9/24
you'd [5]  76/9 98/2 135/15 153/15 193/1
you're [45]  6/17 11/21 25/25 40/24 57/6 60/4
 65/2 75/25 82/11 92/9 92/17 92/22 95/20
 96/22 96/24 97/2 97/3 97/7 97/8 97/11 97/16
 98/6 99/12 115/2 115/17 118/12 122/24
 122/25 130/9 131/5 138/11 150/23 153/17
 155/7 161/10 162/17 163/15 194/18 197/4
 197/14 200/12 200/12 202/18 202/23 205/9
you've [9]  45/14 65/10 65/13 65/22 66/7
 66/10 114/12 131/11 162/25
younger [2]  72/7 86/11
yours [2]  38/10 151/16
yourself [3]  84/5 97/9 119/1
yourselves [1]  201/17