1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
                      Case No. 11-80072-CR-MARRA
3
UNITED STATES OF AMERICA,        )
4                                )
        GOVERNMENT,              )
5                                )
        -v-                      )
6                                )
ROSE MARKS,                      )
7                                )
        DEFENDANT.               )    West Palm Beach, Florida
8                                )    September 25, 2013
_____)
9

10                    Volume 18, Pages 1 - 239

11            TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12          BEFORE THE HONORABLE KENNETH A. MARRA

13              UNITED STATES DISTRICT JUDGE

14

15   Appearances:

16   FOR THE GOVERNMENT        Laurence M. Bardfeld, AUSA, and
                               Roger H. Stefin, AUSA
17                             United States Attorney's Office
                               500 East Broward Boulevard
18                             7th Floor
                               Fort Lauderdale, FL 33301
19
     FOR THE DEFENDANT         Fred A. Schwartz, ESQ.
20                             Kopelowitz, Ostrow, Ferguson
                               Weiselberg, Keechl
21                             700 South Federal Highway,
                               Suite 200
22                             Boca Raton, FL 33432

23   Reporter                  Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768             Official Court Reporter
24                             701 Clematis Street
                               West Palm Beach, Florida  33401
25                             E-mail:  SFranklinUSDC@aol.com

```
 1        (Call to the order of the Court.)

 2             THE COURT:  Good morning, everyone.  Please be

 3    seated.

 4             We're back on the record.  Ms. Marks is present

 5    with counsel.

 6             I handed out a packet of instructions for everyone

 7    to look at, but we'll talk about them shortly.  But I guess

 8    we need to find out what the Defendant wishes to do in terms

 9    of going forward with the case.

10             MR. SCHWARTZ:  Yes, the Defendant has agreed that

11    she does not wish to testify on her own behalf.  We had a

12    somewhat lengthy discussion about it last night.

13             THE COURT:  All right.  So let me get back on the

14    record with her.

15             Ms. Marks, again, can you raise your right hand,

16    please.

17             Your name, ma'am?

18             THE DEFENDANT:  Rose Marks.

19             THE COURT:  Okay.  Ms. Marks, again, you've been

20    present throughout the trial?

21             THE DEFENDANT:  Yes.

22             THE COURT:  And you've been represented by

23    Mr. Schwartz throughout the trial?

24             THE DEFENDANT:  Yes.

25             THE COURT:  And Mr. Schwartz has just advised me
```

1    that it is your decision not to testify in your own defense;

2    is that correct?

3             THE DEFENDANT:  Yes.

4             THE COURT:  All right.  And you've had an

5    opportunity to discuss that with your attorney and consider

6    his advice as to whether you should or should not testify?

7             THE DEFENDANT:  Yes, I am taking his advice.

8             THE COURT:  Okay.  Well, and you understand that

9    you have the right to testify if you wish?

10            THE DEFENDANT:  Yes.

11            THE COURT:  And you understand it's your decision

12   whether to testify or not, not his decision?

13            THE DEFENDANT:  Yes.

14            THE COURT:  And it is your decision not to testify;

15   is that correct?

16            THE DEFENDANT:  Correct.

17            THE COURT:  Okay.  Thank you.

18            THE DEFENDANT:  Thank you, Your Honor.

19            THE COURT:  You're welcome.

20            All right.  So you don't have any other evidence?

21            MR. SCHWARTZ:  I don't have any other witnesses,

22   Judge.  We have a few licenses for fortune telling that we

23   were putting in by stipulation.

24            THE COURT:  Okay.

25            MR. SCHWARTZ:  We also have the -- I'm sorry, the

1   stipulation we entered into yesterday, I'm just going to mark

2   it and make it an exhibit, and I have to ask Mr. Stefin about

3   one more thing.

4           I would, just for the question of time with the

5   jury, can we assume for the purpose of making a motion, that

6   those items are going to be in evidence?

7           THE COURT:  Yes.

8           MR. SCHWARTZ:  And I'd now like to move for a

9   judgment of acquittal at the end of the entire case.

10          THE COURT:  Okay.

11          MR. SCHWARTZ:  Unless Your Honor wants me to bring

12  the jury in, put those in.

13          THE COURT:  I don't see -- do you see any need to

14  do that, Mr. Stefin, to have him actually put those other

15  items into evidence to make his motion?

16          MR. STEFIN:  No, it's not going to change it.

17          THE COURT:  All right.

18          MR. SCHWARTZ:  Your Honor, at this time, I have

19  really two motions.  One is a motion for a judgment of

20  acquittal.  And I'd argue that a reasonable jury, after

21  hearing all the evidence in the case, could not find the

22  Defendant guilty on any of the counts in the indictment,

23  remaining counts in the indictment.

24          And particularly as to the tax count, I would

25  suggest to the Court that at least as to the question of

```
 1    whether she actually had income, other than income by fraud,

 2    perhaps, there's no evidence, no disputed evidence that she

 3    had income that she didn't report.  So I'd move to have all

 4    of the counts of the indictment dismissed -- I'm sorry, I'd

 5    move for a judgment of acquittal on all of the counts of the

 6    indictment.

 7              THE COURT:  I'm going to deny the motion.

 8              MR. SCHWARTZ:  You could at least reserve, Judge.

 9              As to the one other motion based upon testimony

10    that's come out in the last couple of days, as Your Honor

11    knows, I made a motion to dismiss the entire indictment with

12    prejudice for Government misconduct pretrial.  The magistrate

13    gave you a report and recommendation, and you affirmed his

14    report and recommendation over my objections.  We've had two

15    what I think are somewhat compelling pieces of evidence come

16    in over the last few days.  The testimony by Mr. Stack that

17    he had given to Mr. Bardfeld or the Government -- I think he

18    said Larry Bardfeld, but it's irrelevant -- the information

19    regarding Jude paying him, his company $35,000 and him

20    returning it shortly after it happened, which would be

21    sometime in September of 2011.

22              It wasn't until over a year later until sometime in

23    2012 that our investigator discovered through an informant or

24    information he gathered that Jude Deveraux had paid this

25    money to Charles Stack, and that it had been paid back.  I
```

1    feel that that was valid Brady material, was information that

2    could be properly used for cross-examination purposes both of

3    Deveraux and of Stack, and therefore, we should have been

4    notified about it as soon as the Government knew about it.

5         It was only through the luck of a good investigator

6    that we found out about it and made another demand of the

7    Government of those checks, and they gave us copies of the

8    checks.

9         Also, I've been probably ad nauseam arguing that I

10   should have had reports of the initial interviews of

11   witnesses to see whether they were happy with Rose Marks'

12   work, whether she had -- or other Codefendants, and whether

13   these people said things exculpatory in those initial

14   interviews before they had a chance to be met on two, three,

15   maybe four occasions by the Government or by agents of the

16   Government.  We were told specifically that there were no

17   notes and no reports were made, only on some of these

18   witnesses those summary reports are made or reports of later

19   interviews.

20        We learned yesterday from Detective Stack that it

21   was his practice to record conversations with people he

22   believed to be victims, and he did record the conversation of

23   Jennifer Hill.  We knew that because we got a copy of the

24   transcript and then the recording.

25        But we also learned from him that he was told by

 1    Mr. Bardfeld and the Government to stop recording

 2    conversations of the initial witnesses.  So based on

 3    instructions from the Government, we have lost our ability to

 4    have a record of the initial interviews of virtually all of

 5    the alleged victims in the case.

 6            I have to speculate because I don't have it.  I

 7    only am now left with what the witnesses say on the witness

 8    stand.  I've lost, I suggest -- you know, I don't claim to be

 9    a great cross-examiner, but if I have tools I can use them.

10    I've lost the tools to cross-examine the witnesses, to

11    compare what they said when first interviewed with what they

12    said in the finalized version of their interview with --

13    which Mr. Stack said was a work in progress and was modified

14    or changed as he went along.

15            So I suggest to the Court that -- and, again, I

16    have no proof that there was exculpatory information in those

17    initial interviews, but the reason I have no proof, if it

18    existed, is because of actions by the Government, and

19    therefore, I would add that as a point to my motion to

20    dismiss with prejudice, and move again to dismiss the

21    indictment with prejudice based on that additional evidence.

22            Thank you.

23            THE COURT:  Thank you.

24            I'm going to deny the motion to dismiss for the

25    reasons that have been articulated numerous times during the

1       course of the trial and before the trial began.

2               All right.  So what I'm going to ask you to do is

3       look at the jury instruction packet.  I have added one new

4       instruction.  I think it's on page 10, which I think is my

5       attempt to give the Defendant the theory of defense

6       instruction that was requested.  I think I have formulated I

7       think in a way that meets the thrust of the Defendant's

8       defense but does it in a neutral fashion without defining or

9       limiting the Government's ability to argue what it believes

10      are the wrongful acts that constitute the crimes.

11              So I certainly ask you to review that for whatever

12      objections you might have.

13              The rest of the instructions were matters that

14      we've talked about, and I don't think there were any

15      objection to, but you should just look at them anyway to make

16      sure they're accurate.  I added the 404(b) instruction.  I

17      added the instruction regarding transcripts.  I added the

18      instruction, good-faith defense instruction.  I added the

19      language we talked about to the tax count instruction

20      regarding loans and gifts.  That's on page 24.

21              And I made -- I made an adjustment to the

22      willfulness, general willfulness instruction, to make it

23      clear that one definition applies to everything except

24      counts 14 and 15; and then the willfulness in the tax counts

25      has a different definition.

1          So I just suggest that you review those so you can

2   state any objections you might have.

3          MR. STEFIN:  Judge, I do see a typo on page 24.

4          THE COURT:  Where is that?

5          MR. STEFIN:  The last paragraph, the word

6   "willfully means that the act was done voluntarily and

7   purposely with the specific intent to violate a known legal

8   duty."

9          THE COURT:  Okay.  Do you agree that that should be

10  "a known legal duty," Mr. Schwartz?

11         MR. SCHWARTZ:  I do, Your Honor.

12         THE COURT:  We'll make that change.

13         MR. SCHWARTZ:  Your Honor, I've read what you put

14  in, and I have no objection to any of it other than the fact

15  that I ask on the theory of the defense that the mention that

16  these are protected acts under the First Amendment be

17  included.  I know you've excluded it.

18         THE COURT:  Okay.  I don't think it's necessary to

19  have that in there and I think what I've put in here is, as I

20  said, the thrust of and meets all of the reasons why you

21  requested instruction.  It gives you the -- exactly what you

22  had asked for, and adding that it's protected under the First

23  Amendment doesn't add anything to the thrust of this.

24         MR. SCHWARTZ:  And, Your Honor --

25         MR. STEFIN:  Judge, can I just comment for the

1    record that if the Court was going to start talking about the

2    First Amendment, the United States would have wanted

3    additional language which, from case law, that I see from the

4    motions, stating that the First Amendment does not protect

5    fraudulent activity performed in the name of religion, and

6    the jury could consider the intent or motivation of a person

7    who invokes religious beliefs as a justification for her

8    actions.

9            So I'm not asking for the Court to do anything but

10   what the Court has already decided to do.  I'm just stating

11   that even Mr. Schwartz's request is incomplete.  It would not

12   be an accurate or fully explanatory application of the law.

13           MR. SCHWARTZ:  And, Your Honor, just so I don't

14   transgress in my closing, is there any problem with my citing

15   to the testimony from Mr. Schillinger regarding First

16   Amendment protection?

17           THE COURT:  No.  I don't think -- from my

18   standpoint, I don't think it's appropriate to put it in an

19   instruction.  And as Mr. Stefin pointed out, and when I read

20   the motion that you directed me to, I believe there was a

21   quote directly from the California Supreme Court that said

22   exactly what we were discussing the other day, about a

23   preacher who knows that he doesn't have the ability to heal

24   someone or cure someone and takes money on the basis that

25   he's able to, even though he's engaging in some religious

```
 1    conduct, it's still fraudulent.

 2              MR. SCHWARTZ:  And that it goes to the belief of

 3    the Defendant, obviously.

 4              THE COURT:  Yes.

 5              All right.  So do you have any objection to page 10

 6    of the instruction, Mr. Stefin?

 7              MR. STEFIN:  No, Your Honor.

 8              THE COURT:  Are there any other issues on the jury

 9    instructions?

10              MR. SCHWARTZ:  No, Your Honor.  I would just ask

11    that before we start our closing argument, I made notes for

12    my closing on my old set of instructions.  I'd like 10 or 15

13    minutes just to transpose those to Your Honor's set with the

14    changes.

15              THE COURT:  That's fine.

16              So are you still -- do you still want two and a

17    half hours?

18              MR. SCHWARTZ:  If Your Honor twisted my arm, I

19    would probably -- I would ask maybe for two hours, if Your

20    Honor doesn't object.

21              THE COURT:  Can we say two hours, and if, you know,

22    with your request for maybe some additional, if you're really

23    in a pinch?

24              MR. SCHWARTZ:  That's fine, Judge.

25              THE COURT:  Okay.  You still want -- I guess you
```

```
 1    should have an equal amount if you need it.

 2              MR. STEFIN:  Thank you, Judge.

 3              THE COURT:  Do you want warnings, any kind of

 4    warnings; how do you intend to break up your two hours in

 5    terms of your opening and rebuttal?

 6              MR. STEFIN:  Could you give us a warning if the

 7    jury has gone into a coma?

 8              MR. SCHWARTZ:  And I promise not to emulate Senator

 9    Cruz and read from green eggs and ham, Your Honor.

10              MR. STEFIN:  If Mr. Bardfeld goes much over an

11    hour, I think I'm just going to start throwing things at him.

12    So I think we should be okay.

13              THE COURT:  So you don't think you need any

14    warnings.

15              MR. STEFIN:  Not at this point, but --

16              MR. BARDFELD:  I don't think so.  He'll grab me.

17              MR. STEFIN:  Depending on how much time I have for

18    my rebuttal, I would ask the Court probably for a five-minute

19    warning.

20              MR. SCHWARTZ:  And I'd ask for a 15-minute warning,

21    Judge.

22              THE COURT:  Fifteen before the two hours?

23              MR. SCHWARTZ:  Correct.

24              THE COURT:  All right.  Yes?

25              MR. BARDFELD:  Can I ask for an hour in the first
```

```
 1    closing and then 15-minute warning?
 2            THE COURT:  You want 15 minutes before the hour?
 3            MR. BARDFELD:  Yes.
 4            THE COURT:  I will give you both 15-minute warnings
 5    and we'll go from there.
 6            So do you want take a short recess?
 7            MR. SCLAFANI:  If we could perhaps until quarter to
 8    10:00.
 9            THE COURT:  Or do you want to take a break after
10    their initial closing and before you start?
11            MR. SCHWARTZ:  That's fine.
12            THE COURT:  However you want.
13            MR. SCHWARTZ:  That will work for me, Judge.
14            THE COURT:  So you ready to go, then?
15            MR. STEFIN:  I just need two minutes.
16            THE COURT:  Let's take a couple minutes.  I need to
17    make that one correction on the jury instruction.  I don't
18    know if you saw that, Irene.
19            THE COURTROOM DEPUTY:  Yes.
20            MR. SCHWARTZ:  The one thing that I got a sense
21    Your Honor had ruled on but you didn't officially rule on was
22    not guilty before guilty on the verdict form.
23            THE COURT:  I'm leaving the verdict form as
24    submitted by the Government.
25            Okay.
```

```
 1            (A recess was taken from 9:28 a.m. to 9:37 a.m., after
 2    which the following proceedings were had:)
 3            THE COURT:  Please be seated, everyone.
 4            All right.  We're back on the record.  Ms. Marks is
 5    present with counsel.
 6            Are we ready to bring the jury in?
 7            MR. SCHWARTZ:  We are.
 8            THE COURT:  Let's bring the jurors in.
 9            You still have some evidence to present, and you're
10    going to rest?
11            MR. SCHWARTZ:  Two documents.
12            THE COURT:  Bring the jurors in.
13            Did you all get the exhibits straightened out?
14            MR. SCHWARTZ:  They worked on it this morning
15    again, and I think during your instructions, although they
16    all want to hear what you have to say, they're going to
17    finish it up.
18            THE COURT:  I'm sure.
19            MR. STEFIN:  Hopefully.
20            MR. SCHWARTZ:  And maybe during the lunch break.
21            THE COURT:  Okay.  We probably are going to have to
22    take a lunch break before we finish with the closings.
23            MR. SCHWARTZ:  I understand that, Judge.  I thought
24    that if they're going to go about an hour, it will be about
25    10 to 11:00, if Your Honor takes a short break, and then I
```

```
 1    start at maybe 11:00, 11:05, we could break after an hour of

 2    my close.

 3                THE COURT:  Do you want break in the middle of your

 4    closing?

 5                MR. SCHWARTZ:  Sure.  At an appropriate time, if I

 6    could signal the Court.

 7                THE COURT:  I'll leave it to you whether you want

 8    to go all the way through or not.

 9                MR. SCHWARTZ:  No, I don't want to put that burden

10    on the jury.

11                THE COURT:  I'll leave it to you, then.

12                Oh, we're still waiting for one of the jurors to

13    get here.  So let's talk about that.  If we go for

14    approximately an hour for the Government's initial closing,

15    take a short break and then you go two hours, we're basically

16    going to be close to 1:00 o'clock.

17                MR. SCHWARTZ:  Probably a little after 1:00.

18                THE COURT:  So do you want to go all the way

19    through?

20                MR. SCHWARTZ:  I'd really prefer, unless the Court

21    has some objection or Mr. Stefin does, to break it up so that

22    I don't lose the jury, and come back after lunch and finish.

23    And the Government can do its rebuttal.

24                MR. STEFIN:  Well, again, for my purposes, it would

25    be probably helpful for the Government for Mr. Schwartz to
```

 1   finish his closing, because then we could take the lunch

 2   break and I will be able to organize my rebuttal based on

 3   what I've heard in his closing.  I mean, otherwise, I would

 4   probably need a little bit of time.

 5           THE COURT:  We could take another break after he's

 6   finished.

 7           I'm going to leave it to you, Mr. Schwartz, to

 8   decide how you want to do it.

 9           MR. SCHWARTZ:  If Your Honor doesn't mind, let me

10   watch the jury and see how many of them are totally asleep.

11           THE COURT:  As I said, I'm going to leave it to

12   you.  So you let me know if you want to take a break in the

13   middle or go all the way through.

14           MR. SCHWARTZ:  And, Your Honor, there's one thing

15   that Mr. Stefin and I don't agree upon.  There are a group of

16   pictures of the Defendant's ancestors with -- wearing jewelry

17   and then pictures of the mausoleum that were referred to in

18   some of the testimony that I wanted to try to get into

19   evidence.

20           THE COURT:  I guess we'll have to talk about it.

21       (The jury enters the courtroom, after which the following

22   proceedings were had:)

23           MR. SCHWARTZ:  If we could just approach for a

24   moment while the jury comes in?

25           THE COURT:  Yes.  Let me just welcome them and then

1    we can talk.

2            Good morning, everyone.  Welcome back.  Please be

3    seated.

4            We didn't expect you to walk in the door just that

5    minute because we were going to talk about something that --

6    so we have to take a sidebar already.  So I'm sorry.  We

7    didn't expect you to be walking in just that minute.  I

8    apologize.

9        (The following proceedings were held at sidebar:)

10           MR. SCHWARTZ:  Judge, I'm sorry.  I try not to do

11   this, but sometimes the client is insistent that I try to do

12   something.  And there are these pictures of her ancestors

13   with jewelry which shows that a lot of the jewelry predated

14   these clients, and then there's a picture of the mausoleum

15   that we discussed that the Defendant paid for and some of the

16   money went to it.  She's asked me to ask if I -- if she can

17   admit those into evidence.  They're not certified.

18           We don't have a witness from whom to admit them,

19   but I'm requesting of the Court that she be allowed to --

20   that we be allowed to put these in evidence.

21           MR. STEFIN:  Objection.

22           THE COURT:  There's no foundation.  I don't know

23   how I can allow it in and then there be no evidentiary basis

24   for you to even argue what they are because there's no

25   evidentiary explanation of who they are and what they're

```
 1    wearing.  So I don't know how I could allow it in without

 2    some foundation.  So I'll have to --

 3              MR. SCHWARTZ:  I understand, Judge.

 4              THE COURT:  I'll have to sustain the objection.

 5              MR. SCHWARTZ:  Okay.

 6         (Sidebar conference concluded.)

 7              THE COURT:  Again, I'm sorry, ladies and gentlemen.

 8    Welcome back.  Sorry to keep you waiting.

 9              Has anyone read or heard anything about the case?

10    No?

11              Okay.  So we're ready to proceed.  Mr. Schwartz.

12              MR. SCHWARTZ:  Yes, just as a final housekeeping

13    matter, we would offer into evidence by stipulation certified

14    and other copies of various licenses as a fortune teller both

15    in Virginia and Florida by Mrs. Marks and other members of

16    her family.

17              THE COURT:  What exhibit number is that?

18              MR. SCHWARTZ:  That's exhibit number 72.

19              And as exhibit number 73, we offer into evidence a

20    stipulation regarding the expertise of Anne Sutherland and

21    what she would testify to.

22              THE COURT:  Any objection to those?

23              MR. STEFIN:  No, Your Honor.

24              THE COURT:  Both exhibit 72 and 73 are admitted

25    without objection.
```

```
 1          (Defendant's Exhibit No. 72 and 73 entered into
 2   evidence.)
 3              THE COURT:  Anything else, Mr. Schwartz?
 4              MR. SCHWARTZ:  No, nothing else, Your Honor.
 5              THE COURT:  The defense rests?
 6              MR. SCHWARTZ:  The defense rests.
 7              THE COURT:  All right.  Any rebuttal from the
 8   United States?
 9              MR. STEFIN:  No, Your Honor.
10              THE COURT:  Okay.
11              Ladies and gentlemen, the evidence is now closed.
12   All that remains is for you to hear the closing arguments of
13   the attorneys and then for me to instruct you on the law.  So
14   we're going to begin with the closing arguments.  Because the
15   United States has the burden of proof, the United States has
16   the opportunity to make an initial closing, and then after
17   we've heard from the defense the United States can then rebut
18   the arguments made by the defense.  So the United States goes
19   first and last, and Mr. Schwartz will go in between.
20              We expect the closings to take a number of hours,
21   so it's going to probably take us into the lunch hour at some
22   point.  Depending upon how things go, we'll break for lunch
23   at some point.  It remains to be seen.  After the Government
24   presents its initial argument, we're going to take a short
25   break.  We'll give you some menus.  You can order lunch.
```

```
 1   We'll bring lunch in for you so you can have lunch here and
 2   during the closings so we don't delay things too much, and
 3   then we'll go from there.
 4           So I just want to let you know it's going to be a
 5   number of hours, and it won't be finished until after lunch.
 6           After the closing arguments are finished, I'll read
 7   you the legal instructions on the law, you'll get a copy of
 8   those to take back with you during your deliberations so you
 9   don't have to try and memorize what I'm saying.  You'll have
10   a copy to review during your deliberations.
11           Now, remember, what the lawyers say is not
12   evidence.  The evidence is what you heard from the witness
13   stand and all those documents that are sitting there on the
14   table in front.  But the attorneys are going to attempt to
15   try to persuade you, based upon the evidence that's been
16   presented, how to view it and how to evaluate it; and then,
17   as I said, after they're finished, I'll instruct you on the
18   law.
19           They may refer to the legal instructions that I'm
20   going to give you during the closing argument, but, again,
21   the law is what I tell you at the close.
22           So we're going to hear first from the United
23   States.
24           And Mr. Bardfeld.
25           MR. BARDFELD:  Thank you, Your Honor.
```

 1              May it please the Court, counsel, ladies and

 2      gentlemen of the jury.

 3              First off, I'd like to thank you for taking the

 4      time and attention for this matter.  I know it's taken a lot

 5      of time out of your busy schedules and we really do

 6      appreciate the fact that you've been here for the last month

 7      listening to the evidence presented in this case.  I guess

 8      you really didn't have a choice.  You guys were the chosen

 9      ones, but nevertheless, thank you very much for spending the

10      time with us over the last month.

11              Now, anyone who has only a limited understanding of

12      this case, in other words, anyone who hasn't been sitting

13      here for the last month listening to the evidence might ask

14      the question who would be foolish enough, who would be

15      gullible enough, who would be naive enough, who would be dumb

16      enough to give large amounts of money to a fortune teller?

17      Especially based upon the claims that the fortune teller had

18      psychic ability, that the fortune teller communicates with

19      the spirits, the guides, the angels or God?

20              The fortune teller tells you that there's a curse,

21      there are blockages, there are negativities in your life.

22      The fortune teller tells you that money is the root of all

23      evil.  The fortune teller tells you that you need to make

24      sacrifices of that money to have the curse, the blockages or

25      the negativity removed, that the sacrificed money will be

 1    returned when the work is completed, and that the money will

 2    not be used by the fortune teller for her own personal use.

 3         Who would be foolish enough?  Who would be naive

 4    enough?  Who would be gullible enough?  That's not the

 5    question that you need to ask, ladies and gentlemen.  The

 6    question that needs to be asked is what was going on in these

 7    victims' lives that they could fall prey to such an

 8    outlandish scheme?  What was happening in their lives, in

 9    their minds that they could fall victim to this scheme to

10    defraud?

11         Now, the victims in this case are not stupid

12    people.  You've heard them all testify.  You have people like

13    Nana Adae, who's a graduate from the Naval Academy and has an

14    MBA.  She works on Wall Street in the Financial Institution.

15         You have people like Sylvia Roma, the consultant in

16    the healthcare industry who has had good paying jobs over the

17    years.  You have people like Atsuko Ueda, the Japanese woman

18    whose deposition was played who also worked in the

19    international financial industry.  You have people like

20    Andrea Walker, a lawyer or solicitor in England.

21         What all these victims had in common, ladies and

22    gentlemen, was something was going on in their background.

23    Something was going on in their lives, or at least in their

24    minds, which made them vulnerable and made them susceptible

25    to a very organized, carefully orchestrated scheme to defraud

```
 1    carried out by this woman, Rose Marks, and her family

 2    members.  And this vulnerability that was in the victims'

 3    lives is exactly what Rose Marks or Joyce Michaels or

 4    whatever name she's using, it's exactly what she and her

 5    family of coconspirators were able to exploit.

 6          Think about Andrea Walker, the woman who had just

 7    lost the love of her life, who had left her because he had

 8    Parkinson's disease, and she came to the United States

 9    seeking some answers.  And then when she was in the United

10    States, in New York, she gets a phone call from her mother

11    telling her that the love of her life, her husband is dying

12    of pancreatic cancer, and he's got six months to live.

13          She's devastated by that.  She doesn't know what to

14    do.  She's up all night.

15          So what does she do?  The next morning she walks

16    into the lion's den.  She walks into the astrology shop at 21

17    West 58th Street in that state of mind, devastated.  She

18    walked in looking for hope.  She walked in looking for some

19    kind of answers.

20          Luckily for Kate Michaels and Joyce Michaels, or

21    Nancy Marks and Rose Marks, she had money.  Can you imagine

22    the excitement that they had what they saw this woman in an

23    extremely vulnerable situation, as bad as things could get,

24    walked into their astrology shop.

25          You have people like Atsuko Ueda, as I said, the
```

 1    Japanese woman, who all she wanted was a normal life despite

 2    having brain tumors and several operations trying to cure

 3    them.  She wanted very much to start a family.  She wanted

 4    very much to get married.  She was going through difficult

 5    times.  And she talked to Cynthia Miller, who told her that

 6    her boyfriend was her soulmate and she was destined to have

 7    children with him.

 8         People like Jennifer Hill, the woman who was

 9    traumatized over the dramatic loss of her boyfriend and the

10    death of a close friend, who was emotionally unstable.  And

11    if she wasn't unstable when she walked into 21 West 58th

12    Street, she certainly was unstable at the time she left her

13    relationship with Nancy Marks.

14         Jude Montassir, the New York Times best selling

15    author.  She was obsessed by fear and loathing of her

16    ex-husband, perhaps irrationally so, but she was encouraged

17    by the Defendant.  Think about it.  She was on the brink of

18    suicide.  She was that miserable in her marriage that she was

19    thinking about suicide.  So she walked into 21 West 58th

20    Street, and she wanted some answers.  She was hoping that

21    this woman, Joyce Michaels -- and that's all she knew her as,

22    Joyce Michaels, was going to help her.  And what did Joyce

23    Michaels do?  She bled her dry.  She stole millions and

24    millions of dollars from her.

25         And these weren't the only victims that you heard

 1     from, ladies and gentlemen.  These were just some of the ones

 2     who had very traumatic times in their life who were going

 3     through very difficult times.  You have other victims who are

 4     going through more mundane problems in their life, like all

 5     of us have every given day.  People who have relationship

 6     problems, loneliness problems, work problems, health

 7     problems, family problems.  Things like that we can generally

 8     work through, issues we all deal with at some points in our

 9     lives.  People like Sue Abraham, people like Deanna Wolfe,

10     people like Silvia Roma, Paul Hughes, Jacob Soendergaard,

11     Nana Adae, Janice Florendine, and Gary Tschetter.

12          But because these people, because these individuals

13     did believe or were willing to believe the stories spun by

14     Joyce Michaels, spun by Rose Marks and her family members,

15     stories that they had spiritual connections, they could talk

16     to the spirits, they could talk to the guides, they could

17     talk to Michael the Archangel.  They could help these

18     victims, they could help these clients achieve happiness and

19     fulfillment in their lives.  Because they were willing to

20     suspend belief at that point, these victims fell pray to

21     Joyce Michaels or Rose Marks and her family member (sic).

22          The fact that Rose Marks and her family took

23     advantage of people's spiritual beliefs, she took advantage

24     of people's religious beliefs in order to take money from

25     them is absolutely despicable.

1          Now, yes, Rose Marks would find and take advantage

2     of people who were emotionally unstable, who were vulnerable,

3     who were lonely, who were desperate, who were going through

4     extremely difficult times in their lives, going through

5     turmoil, but Rose Marks and her coconspirators, her family

6     members, would not have succeeded in any other way.  If the

7     victims were not in that state of mind the fraud scheme would

8     have never succeeded.

9          And ladies and gentlemen, don't blame the victims

10    and don't let them blame the victims in this case.  The idea

11    that the victims were simply dissatisfied customers seeking a

12    refund, or that they were satisfied customers until the

13    police became involved and convinced them otherwise is

14    preposterous.  The law protects those kind of people, the

15    emotionally damaged, the people who were emotionally

16    unstable, who were desperate, who were going through a severe

17    emotional trauma.  The law protects them just as they protect

18    the gullible and the trusting.  It doesn't matter if the

19    victims knew or should have known that the statements made by

20    Joyce Michael or Rose Marks and her family were false.

21          Let's go back a little bit.  Let's digress a little

22    bit.  How did Rose Marks and her coconspirators commit the

23    fraud?  When the victims walked into the astrology shop,

24    whether it was at 21 West 58th Street or the shop at 2000

25    East Broward in Fort Lauderdale, those victims were all in a

 1   very fragile state of mind.  The state of mind that Rose

 2   Marks and her family members needed to succeed with the

 3   fraud.  They were having relationship issues, they were

 4   having health issues, they were having work issues, they were

 5   having family issues.

 6        So the victims first enter the shops.  They're

 7   already vulnerable.  Things have been not -- things have not

 8   been going well in their lives, and they want to believe that

 9   something or somebody can help.  And that's when Joyce

10   Michaels or Rose Marks, or whatever name she wants to use,

11   and her family members move in.

12        Like a predator sizing up its prey, Joyce Michael

13   begins the hunt.  She sees the vulnerable victim and then

14   begins to work.

15        Now, how does it happen?  We talked about it in

16   opening.  You've heard from the witnesses.  How was Rose

17   Marks and her coconspirators able to do this?  The techniques

18   that were used.

19        There was an initial reading for a nominal fee, and

20   this doesn't apply to all of them, but generally when you go

21   to all of the victims these incidents happen, these things

22   happen, these techniques were used.

23        An initial reading for a nominal fee to get some

24   information on the victim without the clients really knowing

25   about it.  Then they get them back in the store, and the way

1   they get them back in the store is they take something of

2   value, they promise to return it, and then they return it.

3   Begins a cycle of trust so that the victim begins to trust

4   Rose Marks.

5          Then they tell them that they need to do rituals.

6   Then they tell them they have a gift from God or a gift from

7   Michael the Archangel, or they talk to the spirits or to the

8   guides.

9          They then tell them they'll go into deep meditation

10  and get rid of the negative energy or curse that is blocking

11  the victim, that is preventing that individual from having

12  happiness and success in their lives.

13         Then the Defendant will help to do the work.  And

14  that's what it's been referred to as, the work, to lift the

15  curses or to eliminate the negativity that is surrounding the

16  victims.

17         Victims are told that if the curse is not lifted,

18  if the blockages are not removed, if the negativity is not

19  erased, the victim will continue to have problems in their

20  life.  So the victim is on the hook.  The victim is ready to

21  go forward.

22         Then the actual hook, the way that really brings

23  the victim in to this woman.  Money is the root of all evil.

24  The victim is told that they will need to make sacrifices.

25  They're told that the money will need to be cleansed.

1    They're told that the money will be returned once the work is

2    completed.  They are told that the money will not be used by

3    the Defendant or her family for their own personal use.

4           And remember, the victims all testified there was

5    always a great urgency when the Defendant or her family

6    members requested money.  And this was so that the victims

7    did not have time to reflect on the fact that they were going

8    to provide more and more money.

9           Now, because these victims were told that the money

10   would be cleansed and returned and not used by the Defendant

11   or her family for their own personal use, the victim starts

12   to feel more comfortable.

13          The Defendant tells the victim it's not a fee for

14   services but it's a sacrifice that will be returned once the

15   work is complete.

16          Now, they told some victims that there's a one-time

17   fee.  If you remember, I think Gary Tschetter was told

18   there's a $1900 fee that Rose Marks was telling him about,

19   and that 1900 fee was going to cover however long it took for

20   them to finish the work.

21          Jude Montassir, I believe, was charged a $1200 fee,

22   and that money wasn't going to be returned, ladies and

23   gentlemen.  That fee was never going to be returned.  But she

24   was also told that there's a $1200 fee that was not going to

25   be returned, but the rest of the money would be returned.

1          Now, if the victim's told the money is going to be

2    returned, they begin to feel comfortable, they begin to feel

3    better.  If the victim believes that the money is being kept

4    in a safe place, whether it's a safe deposit box, or a safe,

5    or the drawers at St. Patrick's Cathedral, or at a church,

6    they are less fearful to turn over the money.  If the victim

7    believes that Rose Marks and her family are not using the

8    money for their own personal use, they're willing to turn

9    over the money temporarily so that the work can be completed

10   and the victim's problems solved.

11          If Rose Marks and her coconspirators said it's

12   going to cost thousands, tens of thousands, hundreds of

13   thousands of dollars to the victims at the outset, the

14   victims would have said no.  If they had told the victims

15   that they would use the money for their own personal use, the

16   victims would have never provided it.  Instead, the victims

17   thought that the sacrifice money was going to be safe.

18   Again, whether it was in a safe dark place, in St. Patrick's

19   Cathedral, the drawers there or in a church.  But the victims

20   provided the money to Joyce Michaels and company, always

21   believing that the money was going to be returned.

22          Now, unfortunately for all of those victims, the

23   work never ended and the money was never returned.

24          Whenever a victim believed that the work was almost

25   complete so that their money could be returned, something

```
1    inevitably came up.  And Rose Marks or Nancy Marks or Cynthia
2    Miller or the other family members constantly told the
3    victims this is the last time when they asked for additional
4    sums of money.
5            Remember the recordings that you heard.  How many
6    times did Joyce Michaels or Kate Michaels, did Rose Marks or
7    Nancy Marks say your money cannot be returned until the work
8    is complete?  Remember Jennifer Hill's conversations.
9    Remember Andrea Walker's conversations that were recorded.
10   Remember Jude Montassir's conversations that were recorded.
11   The victims were told they have to keep money.
12           If the victims started to object and started to
13   argue and said, I can't give you any more money, I'm not
14   giving you any more money, if they started to do that, the
15   Defendants would inevitably say the work is not completed,
16   and if the work is not completed, everything that has been
17   done up to this point will be undone, and the time and money
18   that we've already provided will be wasted.  So therefore,
19   the victims continue to give money.
20           Now, in opening statement, Mr. Schwartz said the
21   crux of the case was, did Joyce Michaels or Rose Marks cheat
22   her clients.  Did she promise to return the money and not
23   return it?  Did she intentionally not return the money?  The
24   answer to those questions is, yes, she did cheat her clients,
25   she did promise to return the money and not return it.  She
```

 1    did intentionally not return the money.

 2           Well, how do we know that?  Because all of the

 3    victims testified that that's what Rose Marks and her family

 4    said and did.

 5           And also if you remember, listen to the

 6    conversation, the first conversation was played relating to

 7    Jude Montassir, and that was on February 9th, 2008, shortly

 8    after she was rescued or found in the hotel room by Fort

 9    Lauderdale law enforcement officers, about three weeks after

10    she was first found on January 15th, 2008.

11           At the very beginning of that recording, the

12    conversation goes something like this.  Jude says, we've had

13    this agreement all these years that I gave you all this

14    money, and when I was ready you'd give it back.  The

15    Defendant then said, right.  Jude says, I want it back.  Rose

16    says, okay.

17           Like Jude was assured that the money was going to

18    be returned, the other victims were always assured that the

19    money was going to be returned.

20           If the money was not supposed to be returned, why

21    would the Defendant make up the 9/11 story to Sylvia Roma?

22    If the money was not supposed to be returned, why would the

23    Defendant make up the 9/11 story to Jude Montassir?  If the

24    money was not supposed to be returned, why would they try to

25    enter into a settlement agreement so long as the victim says

1   they weren't a victim of criminal activity?  If the money was

2   not supposed to be returned, why'd they give back any money

3   to Gary Tschetter?  Then, why try to enter into a settlement

4   agreement with him to repay the remainder of the money that

5   he was owed that was supposed to be returned?

6          If the money was not supposed to be returned, why

7   did they try to enter into a settlement agreement with

8   Jennifer Hill and send her a portion of the money back to be

9   repaid in installments?

10         Ladies and gentlemen, it's because the answer is

11   the money was always supposed to be returned.

12         In opening statement, defense counsel also stated

13   that all of the victims were happy, all the victims were

14   satisfied until they were contacted by law enforcement

15   officials.  That's just not true, ladies and gentlemen.  Look

16   at Jennifer Hill's letter to the lawyer before she ever heard

17   of Detective Stack or any of the law enforcement officers

18   involved in this case, that letter to Barry silver.  And I'm

19   just going to go through a portion of that.

20         Jennifer Hill writes:  I am a Japanese American

21   born and raised in Honolulu, Hawaii.  Both the Hawaiian and

22   Japanese cultures believe in many superstitions.  Looking

23   back, I believe that Nancy Marks took advantage of this

24   because of comments that she has made.  Aside from that, over

25   the past one and a half years, she has claimed I was cursed

1    in a prior life, my money has negative energy, and she needed

2    to cleanse it, and she will return it.  My money was blood

3    money and that it was evil.  My family was also cursed

4    because of power and money in prior lives.

5            That her work is a secret and will not work if I

6    told anybody about it.  She would cure my heart condition.

7    My soulmate, a lost of love of mine, would return after she

8    gets rid of the curse, and I will be able to have a child.

9    The curse was preventing this happiness.

10           All monies and merchandise, including a $6000

11   wedding ring would be returned and doubled.

12           This letter expresses the fraud was committed

13   against her before she ever knew of Detective Stack.  The

14   letter shows how the Marks family defrauded these victims.

15           Now, did any witness testify that they had to be

16   persuaded to be victims?  No.  The closest one was Jude

17   Montassir, who didn't have to be persuaded a victim.  She

18   just didn't care if she was a victim.  She just wanted to

19   be -- she just wanted to die and be with her son.

20           Did any witness testify that Detective Stack or

21   some other law enforcement person told them what to say?  Did

22   any witness testify that they were not victims?  Of course

23   not.  Instead, when they spoke to law enforcement or when

24   they read or heard about the Defendant and couldn't get in

25   touch with Joyce Michael, it finally dawned on them that they

1    were victims who had been defrauded over the years.  Only

2    after stepping back and removing themselves from the

3    situation and asking what happened to all their money that

4    hadn't been returned did they realize that they had been

5    scammed.  Only after they were no longer isolated and no

6    longer had the sense of urgency to pay did they recognize

7    that they had been deceived.

8           Again, in opening statement, the defense asked the

9    question, does it make sense for a client to pay money for 34

10   years?  Does it make sense for a client to pay a million

11   dollars a year?  The answer to those questions are, of course

12   it doesn't make sense for someone to do that.  Doesn't make

13   sense for someone in their right mind to do it.

14          But in this particular case remember, ladies and

15   gentlemen, these victims were not in their right minds, for

16   whatever reason.  They were going through difficult times and

17   they weren't thinking clearly.  They were in difficult places

18   in their lives, and they believed or wanted to believe that

19   Rose Marks or her family members could help them.

20          These victims who believed or wanted to believe are

21   exactly the type of clients that Rose Marks and her family

22   members were looking for.  They were the people that could be

23   exploited and preyed upon.  They were people who could be

24   taken advantage of.  They were people who were vulnerable.

25   They were people who were fragile.

 1          These victims had been isolated during their

 2   relationship with the Defendant and her family, and they were

 3   told not to tell others about the work, because it would

 4   interfere with the work.

 5          Ladies and gentlemen, they weren't told that

 6   because it would interfere with the work.  They were told

 7   that because if they told others what was going on, the

 8   others would tell them, what are you crazy?  Are you out of

 9   your minds?  Why are you giving this kind of money to a

10   fortune teller?

11          Now, let's take a look at the victims.  Susan

12   Abraham, one of the victims.  She was the English woman who

13   was living in Spain and who sent hundreds of thousands of

14   dollars to Joyce Michaels.  She was unhappy in her marriage.

15   She felt incomplete, and was told by Joyce Michaels, and in

16   this case Joyce Michaels was not the Defendant, Rose Marks,

17   but was her daughter-in-law, Nancy Marks.  She was told by

18   Joyce Michael that her husband was not her soulmate, that the

19   money that Joyce Michaels was requesting was a tool to work

20   with and not a fee.

21          When Sue Abraham asked about a fee for services,

22   Joyce Michaels, Nancy Marks, said don't worry, she was doing

23   God's work, and at the end of the work she would just need a

24   donation or a thank you.  That when Joyce Michael needed more

25   money and Sue Abraham said she didn't have any more money to

 1    give, Joyce Michael told her everything will go backwards,

 2    everything will go back without the money, and when Sue asked

 3    for the money back, Joyce Michael told her do not gamble with

 4    your life.

 5             She sent significant amounts of money to Joyce

 6    Michael, Inc., a bank account controlled by Rose Marks.

 7             Why was Sue Abraham's banking information found on

 8    the back of a checkbook that was discovered in Rose Marks'

 9    residence when that residence was searched?  Why did her

10    money go into Defendant Rose Marks' bank account?  Because

11    Rose Marks and her family members were coconspirators,

12    because Rose Marks and her family members were working

13    together to get money, to defraud all these victims out of

14    money.

15             Think about how they worked together with the

16    victims.  Think about how they conspired with one another.

17    Think how their money goes into different accounts depending

18    on who the fortune teller is, going to different people.

19             Brings to us Deanna Wolfe, another victim in this

20    case.  If you remember her, I know it was a long time ago, it

21    was a month ago, but she was the 70-year-old administrative

22    assistant who worked at the same accounting firm for over 50

23    years.  She was a very religious woman who prayed a lot.  She

24    believed that Joyce Michaels was working with God.  She met

25    Joyce Michaels in the 1980s, and in those 30 years of working

1   with Joyce Michaels, that's the only name she ever knew her

2   by.  She never knew Joyce Michaels' real name was Rose Marks.

3         She was unhappy.  Why?  Did she take 30 years to

4   complain?  Why didn't she go to authorities?  Because she

5   wanted to believe.  She wanted to trust Joyce Michaels.  The

6   person to whom she has told her innermost secrets for 30

7   years, a person who knew everything about her, to whom she

8   had given thousands and thousands and thousands of dollars.

9   She couldn't believe that that woman would be scamming her,

10  that that woman would be scheming, that that woman would be

11  defrauding her.

12        So Deanna Wolfe was paying for hope.  Every time

13  Deanna Wolfe thought that the work was almost over, she would

14  get -- and she would get her money back, because that was the

15  key, when the work is over you'll get your money back, and

16  every time Deanna Wolfe thought the work was almost over so

17  that she would get her money back, she was told, oh, it's

18  just going to take a little more time, it's going to take a

19  little more money.  Deanna Wolfe had already invested so much

20  time and so much money, that she wanted to stay the course,

21  hoping that the money would be returned.

22        Deanna Wolfe never stopped giving because she was

23  afraid.  She was afraid that if she stopped sending money,

24  the work would never be completed, afraid that if the work

25  was never completed, she was never going to get her money

1  back.  So she kept hoping to complete the work so that the

2  money would be returned.

3          Sylvia Roma was another victim in this case.  If

4  you remember her, she was the not-crazy cat lady.  Sylvia

5  Roma was told by the Defendant that she was put on this earth

6  to help her family, which Sylvia Roma did do.  She helped her

7  family.  She provided emotional and financial support for

8  them in their time of need.  Sylvia Roma lost almost

9  $800,000, including gold coins, to Joyce Michael.  Those gold

10 coins, she was told, were to build a shield of protection

11 around her to protect her, because gold is the most precious

12 metal.

13         Ladies and gentlemen, that gold wasn't being used

14 as a shield of protection.  That gold was being taken by Rose

15 Marks and her family member (sic) and either going to Fort

16 Lauderdale Rare Coins or the pawnshop, and sold.  So now the

17 gold was money she was going to be able to use.

18         Sylvia Roma always thought, because she was always

19 told, that the money she provided was coming back.  But Joyce

20 Michaels never intended that money to be returned, or if this

21 was a fee for services that has been brought up at some point

22 during this case, why would she make up the story about 9/11?

23 Why would Joyce Michael say that all of your money and all of

24 your gold was destroyed in 9/11, and it wasn't insured?  Why

25 would Joyce Michael tell Sylvia Roma that she had very

 1    wealthy clients and she would make it up to Sylvia Roma?

 2            Another thing.  When Sylvia Roma was -- asked why

 3    it was taking long to finish her case, the Defendant said it

 4    was one of the hardest, if not the hardest case she ever had

 5    to resolve.  I guess the Defendant must have forgotten about

 6    the fact that she had already been working with Deanna Wolfe

 7    and had already been working with Jude Montassir for much

 8    longer period of time.  So if it was one of the most

 9    difficult cases, what about those other two cases?

10            Brings us to Paul Hughes.  If you remember him, the

11    man who was unlucky in love, the man who took care of Skippy

12    the dog, the man who worked with Rose Marks, Nancy Marks, and

13    Cynthia Miller.  He worked with the three of them.  While he

14    dealt mostly with Nancy Marks, he was told that Rose Marks

15    did the more serious cases.  Nancy told him that Rose Marks

16    was her mother.  Rose instructed Paul that if Nancy ran into

17    any difficulties, Rose would be there to take care of things.

18            Paul Hughes said Rose ran the operation, that Rose

19    handled the more serious cases, the ones involving more

20    money, and that Rose had the vast knowledge of the fortune

21    telling and psychics.  He met with Rose on one occasion, and

22    she told him to stick with the work that was going on.

23            Now, we're at Andrea Walker, the perfect victim for

24    Rose Marks and her family.  Remember, Walker walked into the

25    astrology shop after learning her husband had pancreatic

1    cancer and only six months to live.  She was searching for

2    hope, wanting someone to tell her that everything was going

3    to be okay.  So she went into the astrology, hoping that

4    someone was going to be able to help her.  She was willing to

5    do anything to get her money back.  I'm sorry, to get her

6    husband back.  She was willing to do anything to get her

7    husband back and to keep him alive.

8         Remember her husband had Parkinson's disease and

9    had left her, and then she found out that he had pancreatic

10   cancer and six months to live.  She provided hundreds of

11   thousands of dollars to Kate Michael and Joyce Michael, Nancy

12   Marks and Rose Marks, for some hope.  She was told that the

13   money needed to be cleansed because the castle money, if you

14   remember, she owned the castle and she sold that castle, but

15   she was told that the castle money was tainted, so therefore,

16   it needed to be cleansed.  The work was to get her husband

17   back.  The work was to keep him alive.

18        She got him back shortly before his death, but he

19   died six months after he was diagnosed with pancreatic

20   cancer, not two years, as Kate Michael had predicted.  The

21   doctors were right and Kate Michael was wrong.

22        Then after her husband died she found out about the

23   unthinkable.  She learned that her husband was supposed to

24   have an IVF baby with a woman who had worked at the castle,

25   who Joyce Michael referred to as the evil witch.  And that's

1    when Joyce Michael took over, and the Defendant and her

2    family proceeded to bleed Andrea Walker dry.

3            Andrea Walker started sending large sums of money

4    to Joyce Michael.  If you remember, she sent a hundred

5    thousand dollars shortly after her husband's death,

6    supposedly to prevent the IVF baby from being born, and she

7    was assured by Joyce Michael it was going to be returned.

8            In order to induce Andrea Walker to send this

9    money, the Defendant offered to sign a note saying the money

10   would be returned, that the money would be repaid.  This note

11   gave Andrea Walker some comfort, knowing that Joyce Michael

12   agreed to repay the money, plus any additional money that was

13   given to her.  Walker ended up giving close to $900,000 to

14   Joyce Michael and Kate Michael.  She only thought 675,000 was

15   going to be returned, so that's what she was looking for.

16           The only amount that Joyce Michael paid back was

17   $5000, which represented two interest payments that were made

18   supposedly on the note.

19           You remember how concerned Andrea Walker was that

20   her money was not being returned.  She was so concerned that

21   she came to Fort Lauderdale, Florida, so that she could go on

22   a cruise, and one of the other purposes is when she came to

23   Fort Lauderdale, she wanted to meet with Joyce Michael.  So

24   she did meet with her, asking why the money hadn't been

25   returned yet.

```
1              If you remember, the money was supposed to be

2    returned at the end of, I believe it was 2010.  We're now in

3    2011, and she's going on a cruise.  She asked the Defendant

4    about the money being returned, and the Defendant's response

5    was maybe it will come back in a day, a year or 10 years.

6    The Defendant said she would get a message when the money was

7    supposed to be returned.

8              But remember also that Andrea Walker knew at that

9    time that she had been a victim of fraud, that she had been

10   scammed.  She wrote the e-mail to INTERPOL, telling them

11   about the fraud scheme.

12             And remember the recordings that were made with

13   Andrea Walker when she was working with law enforcement

14   officials.  Remember the e-mails that she sent.  Those

15   confirm exactly what Andrea Walker testified about.

16             Let's go through some of those recordings.  I'm

17   just going to go through some of the highlights of those

18   recordings.  If you remember, one of the recordings,

19   exhibit 111-2A, which was on June 13th, 2011, the following

20   exchange took place.  Joyce Michael starts.  And, again,

21   remember, she only knows her as Joyce Michael.  She doesn't

22   know her real name is Rose Marks.

23             Joyce starts:  Yeah, give me one week, not two.

24   I'll work on it day or night.  Give me one week from today.

25   Let me see what I can do.  And in one week will you have the
```

```
 1    monies to pay back?  That I don't know.  But I'll pay if you
 2    not, I will pay you double interest.  I'd rather you just pay
 3    me back the money that you owe me, to be quite honest.  I
 4    know, but I can't.  Why not?  Because there's so much
 5    involved, Andrea.  Give me one week from today and let me see
 6    what I can do.  But I don't understand, what's involved with
 7    you paying the money back.  Can you tell me?  Because when
 8    the work is not finished, Andrea, all this energy comes back
 9    to me, in myself, and I can't have that happen.  But you
10    can't keep ahold of this money forever, can you?  Because
11    it's not yours.  No, I'm not going to hold it forever.
12            Joyce Michael doesn't say in that conversation the
13    money was a loan.  Joyce Michael doesn't say the money was a
14    gift.  Joyce Michael doesn't say the money was a fee for
15    services provided.  Instead, she simply says she's not going
16    to hold on to it forever.  She just can't pay it back because
17    the work's not finished.
18            The real reason she can't pay it back, ladies and
19    gentlemen, is because that money went to pay for either the
20    mortgage on her expensive house, or expensive cars or went to
21    gambling at the Hard Rock Casino.
22            Now, the next recorded conversation by Andrea
23    Walker took place on June 27th, 2011, and that one starts off
24    like this:
25            Joyce:  I really can't afford to do this interest
```

1    thing, and what I wanted to do, if you would allow me, to

2    finish my work and give me six months.  No, I need to have

3    the money now.  All right.  You promised you would return it

4    the end of last year.  Right, but I need to finish my work.

5    And your agreement said that you would pay interest if you

6    didn't pay it back in full at the end of last year, and it's

7    a lot of money.  You have $900,000, and I mean you're only

8    agreeing to return 675,000.  So it's not like you're even

9    returning the full amount.

10         But Andrea I know all of that.  There's no need to

11   discuss all that.  What I'm asking you is a simple question.

12   I need to finish my work that we started, and it's going to

13   take another six months.  But there's nothing for you to

14   finish.  Ah, yes there is because nothing is completed.

15   Everything's completed as far as I'm concerned.  Well, I know

16   as far as you're concerned, but it's not.  There's no reason

17   for you to retain such money.

18         Joyce responds:  Yes, there is, because nothing is

19   completed.  Andrea:  Everything's completed.  No, Andrea, I'm

20   telling you my work is not completed.

21         Later in that same conversation Andrea says:  The

22   money was given to you in good faith.  It shouldn't have

23   disappeared.  It's got to be there.  And Joyce says:  And I'm

24   going to do this.  It hasn't disappeared.  Andrea:  So why

25   can't it come back?  Joyce:  And I'm going to give it back to

```
 1    you in good faith, too.  That's not the issue.  I need to do
 2    my work.
 3         The lies continue in that same conversation.
 4    Andrea asks:  Can I ask why some money went into the name of
 5    a person, Nancy Marks?  Joyce:  I don't know.  You dealt with
 6    this at another time.  That I don't know.  Andrea:  You don't
 7    know a Nancy Marks, then?  Joyce:  No, I don't know why you
 8    had to do that.
 9         Remember, ladies and gentlemen, Nancy Marks is her
10    daughter-in-law.  Nancy Marks is someone with whom she's
11    working.
12         The next conversation is the interesting one on
13    July 9th, 2011, in which they're discussing the money being
14    returned.  It starts out:  You can't just use -- I'm sorry.
15         You can't just take the money and never give it
16    back.  Joyce says:  I'm paying the interest.  Andrea:  You
17    know you're paying some interest.  I'm not saying I'm giving,
18    I'm not saying I'm not giving it back either.  Well, you
19    don't have any choice, because you -- but let's not argue,
20    Andrea.  It's early in the morning.  Early in the morning,
21    you know it's difficult for me now.  You took everything.
22    Well, it's difficult for me too, says Joyce.  And then they
23    get into the conversation that's real interesting:  Well, I
24    didn't take anything.  Whatever you've done, you've done
25    voluntarily.  And Andrea says:  I didn't do it voluntarily.
```

 1    Joyce says:  I didn't put -- I did it based on~-- bye, then

 2    goodbye.

 3            And Joyce says to her, you know what, see a lawyer,

 4    sue me, okay?  Joyce tells her to see a lawyer and to sue

 5    her.  Why?  Because she knows that there's nothing in the

 6    name Joyce Michaels.

 7            Andrea Walker doesn't even know her real name is

 8    Rose Marks.  She doesn't know that the house on the

 9    Intercoastal is titled in the name Rose Marks.  She doesn't

10    know anything about it, so she doesn't know that there are

11    any assets relating to Joyce Michael.

12            Couple of the other witnesses that you heard from.

13    You heard from Jacob Soendergaard, the man from Denmark who

14    is told money to send -- who was dealing with another person

15    named Joyce Michael.  In this case, it was the precious

16    granddaughter, Vivian Marks.  And if you remember, she told

17    him that she had been doing it for 20-something years.  And

18    if you remember the dates and the math, if she had been doing

19    it for 20-something years, Vivian Marks would have been minus

20    one at the time she started in the business.

21            When Soendergaard ran out of money, Vivian Marks,

22    again using the name Joyce Michael, said there was negative

23    energy connected to his parents and sister and she told him

24    to ask his parents for money.  Vivian Marks told him to

25    borrow $90,000 from his parents.  So he lied to his parents

1        and he sent that money to Vivian Marks.

2                And if you remember, Vivian Marks said money never

3        mattered to her.  She didn't care about the money, it was

4        only a number to her.  That money was used by Vivian Marks to

5        lease an expensive automobile at Atlas Leasing.

6                Nana Adae, the graduate from the Naval Academy and

7        the MBA who dealt with Nancy Marks, she originally had sent

8        money to Joyce Michaels.  She was interested in what Kate

9        Michaels had to say because of the concept of twin flame

10       soulmates.  And if you remember, the love of her life was

11       killed in a naval training accident, and that was the one for

12       her, and that's why she was interested in going back to Nancy

13       Marks, to Kate Michaels, because she was going to help find

14       the twin flame soulmate, the person who was going to replace

15       the one.

16               She continued giving money because she was told

17       that she was always close to the end of the work, and that if

18       the work stopped, everything she had given up to that point

19       would be wasted.  So she continued to give.  When asked why

20       she continued to give, why she didn't think about it, she

21       said belief is not rational.  It's a 20-20 hindsight thing.

22       There was always a sense of urgency when money was requested.

23               Whenever Kate Michaels asked for more money, she

24       would blame it on the guides who would tell her to ask for

25       more money.

```
1              If you remember on one occasion that she didn't
2    meet at the psychic shop, she met at a hotel.  And at that
3    time she met Kate Michaels and Kate said, I need $400, I need
4    it now, and Nana was adamant and she said, no, I'm not giving
5    you that money now.  And later Kate said, oh, I'm sorry, the
6    guides had the wrong person.  That money wasn't supposed to
7    be from you.  Interesting little aside.
8              Janice Florendine.  She was the one who was told by
9    Joyce Michael -- again in this case, Joyce Michael was Nancy
10   Marks -- that there was negative energy that needed to be
11   cleansed.  She was told the only way to cleanse the negative
12   energy was to use money because money was the root of all
13   evil.  And she, too, was told that the money was going to be
14   returned, and she even filed a lawsuit against Joyce Michael.
15   She obtained a judgment of $180,000 against Joyce Michael.
16             That judgment was worthless, ladies and gentlemen,
17   because even though she received a judgment, there were no
18   assets and there's no property in the name of Joyce Michael.
19             Atsuko Ueda, the Japanese woman with lots of
20   medical problems, the brain tumors that Cynthia Miller was
21   praying over every time Atsuko had surgeries, the woman whose
22   deposition was played.  She was told early in the
23   relationship to send money to Rose Marks because Cynthia told
24   her to do so, and she wire-transferred that money to Rose
25   Marks.
```

```
 1                 The woman was told by Cynthia Miller that the size
 2      of the work of her case was so big that she -- and so much
 3      bigger than anything that she had experienced, it was too big
 4      for her to handle, so she needed help from her mentor, from
 5      her trainer, from her mother, Rose Marks.
 6                 Turned out it wasn't her mother, it was her
 7      mother-in-law, but that's what she told Ms. Ueda.  Cynthia
 8      Miller told Atsuko Ueda that her mother, Rose Marks, was her
 9      mentor, the person who trained her in the psychic world, and
10      because the work was so big she needed her mother's help.
11                 And Cynthia Miller explained that she and her
12      mother would work together to get it done.
13                 THE COURT:  You've used 45 minutes.
14                 MR. BARDFELD:  Okay.  That brings to us Gary
15      Tschetter, the businessman who thought of Joyce as a mother,
16      who poured his heart out to Joyce about his soulmate, about
17      Mary.  If you remember, the first person he met was Cynthia
18      Miller, and when he met Cynthia Miller, after a session or
19      two, he was transferred over to Rose Marks, he knew as Joyce
20      Michael.  He was told that he was fortunate, that there was a
21      special treat, that Joyce Michael was going to be doing his
22      work.
23                 He was the one who was told that the $1900 fee was
24      the original amount that he was going to pay, and that's all
25      he was going to pay.  Yet, he provided over $250,000 to her.
```

```
1   She did return 66,000 to him.  If you remember, he demanded

2   that the money be returned so his business could stay afloat,

3   but obviously the money wasn't in a safe place like she said

4   because it took her a few days to get the money.  She

5   eventually returned $66,000 in a cashier's check.

6          The interesting thing about that money, ladies and

7   gentlemen, that she did provide to Gary Tschetter, was that

8   money came from Andrea Walker and other victims -- another

9   victim.  A few days before Tschetter received the $66,000

10  check, Andrea Walker sent $119,000 to Joyce Michael.  Just

11  like a Ponzi scheme, using new victims to pay older victims.

12         If you remember, Gary Tschetter was the one who was

13  so sure that he was going to get his money back, that when he

14  went to -- when he drove by the place, seeking the money to

15  be returned, when he drove by the business and he drove by

16  the residence, he found that it had been boarded up, and he

17  was so worried that it was boarded up, that someone had

18  broken into the house and someone had broken into the

19  business and had taken all the money that was supposed to be

20  safely held for him.

21         Then you've got Jennifer Hill.  And if you listen

22  to her recordings, she talked about a spirit transfer from

23  her ex-boyfriend to this new guy Frank.  She talked about how

24  the money that she received from her grandmother could be

25  used for sacrifices.  None of that was true, ladies and
```

1    gentlemen.  There was no Frank.  He was just made up.  And

2    Jennifer's grandmother hadn't died.  So the money really

3    wasn't there.

4            And if you remember her recordings, Nancy confirmed

5    that the money was coming back from my hands.  That was a

6    recording on November 27th, 2008, and she said, give me until

7    the end of the year and I will complete the work properly.

8    Give me until the end of the year and I will fix it.

9            That brings us to Jude.  You've heard enough about

10   Jude.  You've heard a lot.  She walked into the astrology

11   shop, hoping for a peaceful divorce.  She was miserable.  She

12   thought about suicides.  Her stories relating to Brad Pitt

13   and Colin Powell and a spirit transfer are certainly

14   difficult to believe.  However, the recordings and the

15   e-mails confirm that those were the types of stories that

16   Joyce Michaels was feeding her.  Read the e-mails to Brad

17   Pitt.  Read the Colin Powell letter.  While it may not make

18   sense, Jude Montassir believed it.

19           Whether or not she was communicating with Brad Pitt

20   or Colin Powell doesn't matter, because it was so real to

21   Jude that when she was discovered by the Fort Lauderdale

22   police officers, her biggest concern, well, besides dying and

23   with her son, but her other big concern was she was afraid

24   that Brad Pitt was being victimized, too.  She was afraid

25   that Brad Pitt was also sending lots of money.

1    Listen to those recordings.  They tell the story.

2  They don't lie.

3    Now, we've had this agreement all these years that

4  I gave you all this money, and when I was ready you'd give it

5  back, right?  Right.  Right.  I want it back.  Okay.  Okay.

6  What happened?  Nothing happened.  Well, why do you feel you

7  have to tell me that?  Because I want you to give me my money

8  back.  Okay.  Millions, right?  Uh, I think so.  Well, you've

9  quite a few.  You've been to New York two or three times and

10  you've said that they've been there -- you've been there for

11  the sole and only purpose of putting it all together and

12  organizing it.  So I want it back.  Okay.  So how do we

13  arrange this?  First, tell me what's going on.

14    Later in this conversation:  How I do get the money

15  back?  Give me a few days.  I'll give it back to you

16  Wednesday or Thursday.  You'll be here?  Yes.  With the

17  money?  Yeah.  How many millions?  I don't know.  Now, you

18  should know.  You've told me that you've spent weeks

19  arranging with Prince Aly, remember?  I remember, Jude, but I

20  just don't know off the top of my head.  Yeah?  How many

21  millions.  Give me an estimate.  I don't know.  Ten, 20?

22  Okay.  You're going to call me when you get here with the

23  money.  Yeah.  Right?  And this includes the gold?  Yeah.

24  Okay.

25    Joyce never says in that tape or any other tapes

```
 1    that there was no agreement to pay -- that there was an
 2    agreement -- I'm sorry.  Joyce never says that there was no
 3    agreement to give the money back.  Joyce never says that this
 4    is a payment for services rendered.  Joyce never says it was
 5    payment for being your assistant.  Joyce never says it was a
 6    gift.  She never says it was a loan.  Instead, she said
 7    she'll give the money back.
 8          Now, another one of those tapes:  So you're coming
 9    here Wednesday or Thursday?  I believe so.  And you're
10    bringing money?  I think so.  So where do we meet?  Huh?  I
11    want you to come to my hotel and bring me bags of money.  I
12    want you -- I want my money back.  You've always said I could
13    get it back.  Now, where is it?  Is it in a safe deposit box
14    or still in drawers in a church?  Where is it?  In different
15    places.  I'll have it to you.  I'll get back in touch with
16    you.
17          Then we get to the 9/11 tape.  You are going to
18    give me -- and this is August 4th, 2008.  You are going to
19    give me half a million dollars a week to pay it back, pay
20    back my money.  All right.  I don't have any money to give
21    you.  Okay.  What happened to it all?  It all went.  It all
22    burned in the fire.  What fire?  The big fire.  It all burned
23    in the fire.  I don't have any money to give you.  What fire,
24    Joyce?  The fire, the 9/11 fire.  It all burned.  It's gone.
25          I paid you in the neighborhood of $20 million, and
```

1    you just tell me it's gone.  And I gave you 17 years of my

2    life.  It's funny.  Just a few days ago when I was talking to

3    you in the room, you didn't mention anything about the money

4    being gone.  You were saying, that's no problem, you'll give

5    it back.

6         Remember, she used that same 9/11 tragedy for

7    Sylvia Roma and returning that money.  She doesn't have the

8    money because it was burned in a fire.

9         The reason she doesn't have the money is because

10   she spent it on her house, on her expensive cars.

11        Another thing to think about.  Defense counsel

12   cross-examined Jude Montassir for almost an entire day.  He

13   asked her questions about her divorce, how many houses she

14   owned, the storyline of some of her books, if she lived with

15   the Egyptian tour guide, if she leased or bought a house in

16   Italy, if Joyce was there when Sam was born, and lots of

17   other things.  He even brought in Jude's ex-husband in an

18   attempt to discredit her.  He also questioned Detective Stack

19   and Detective Ogden a lot about Jude Montassir.

20        But he never really asked her questions about any

21   of the recordings.  Why?  Because he could not.

22        As Detective Stack said, we wanted to get the

23   Defendants speaking in their own words, and in the

24   Defendant's own words, she never denied there was an

25   agreement to return the money.  She never said the money was

```
 1    not supposed to be returned.  She never said the money was

 2    payment for services rendered.  She never said the money was

 3    a gift, and she never said the money was a loan.

 4            Some of the other witnesses you've heard from --

 5            How much time do I have?

 6            THE COURT:  You have as much time as you want to

 7    use.

 8            MR. BARDFELD:  Could I have another 15 minutes

 9    then?

10            THE COURT:  You can --

11            MR. BARDFELD:  Hold on a second.

12            THE COURT:  You've got 12 more minutes of your hour

13    that you wanted.

14            MR. BARDFELD:  Okay.  I just don't want to take

15    time from my colleague.

16            Some of the other witnesses who have testified.

17    You've heard from Michael Gordon who shows where some of the

18    money went, Atlas Leasing, who took almost $1200 in third

19    party checks from Deveraux, Inc.  I'm sorry, 1.2 million.

20    Sorry about that.  $1.2 million in checks from Deveraux, Inc.

21    and Jude Montassir that were provided by Rose Marks to pay

22    for the extravagant toys that the Defendant and her family

23    were paying -- playing with.  And who paid over a million

24    dollars to Atlas Leasing.

25            You also heard from John Van Vorst.  He was the
```

1    accountant who relied on information provided by Rose Marks

2    to complete her tax return, who did not have all the

3    information because she conveniently forgot to tell him about

4    a few of her bank accounts, and she conveniently forgot to

5    tell him about the over $1 million in payments that Jude

6    Montassir made to third parties on Rose Marks' behalf, or how

7    she claimed to make no money on the business in the year

8    2007, yet had close to $2 million come in from Jude Montassir

9    during that year.  How money went to third parties like Atlas

10   Leasing and Peter Wolofsky.

11          Rose Marks knew the difference between a legitimate

12   loan, a real loan and -- I'm sorry.  Oh, I'm sorry.  Rose

13   Marks knew the difference between a real loan and an

14   imaginary loan.  In this case, the real loans that she had

15   were the ones with Peter Wolofsky, the ones relating to the

16   mortgage that was on her house, the ones that related to her

17   paying whether it was 500, 600, whatever hundred thousand

18   dollars it was, and those loan agreements were legitimate

19   loan agreements because they had an amount of loss, they had

20   it signed by the people, they had all kinds of things

21   relating to the legitimate loan that the interest rate that

22   was going to be charged.

23          The imaginary loans that Rose Marks would have you

24   believe are the loans from the victims, the loans that the

25   victims gave them thousands, tens of thousands, hundreds of

 1    thousands of dollars, oh, that's going to be returned.  Those

 2    were imaginary loans, ladies and gentlemen.

 3          You also heard from Mary Guardia, her housekeeper

 4    and nanny, who cashed over 160 checks valued at $500,000 for

 5    Rose Marks and her sister, Victoria Eli.

 6          You heard from Beth Lodderhouse, who was

 7    responsible for the search at the house in the Intercoastal,

 8    with expensive jewelry, with no logs or records or documents

 9    of any sort.  Luke Devlin, who also executed a search warrant

10    at 21 West 58th Street and found lots more expensive jewelry.

11          You heard from Joanne Leavitt, who testified how

12    much money Joyce Michael failed to report as income.

13          It's interesting to note that on one of the

14    exhibits introduced through Revenue Agent Leavitt, that would

15    be exhibit 722, and if you think about it when you go back,

16    how things change.

17          Remember, Jude Montassir was a cash cow, the one

18    who had given the most money.  But once she was rescued by

19    the agents she stopped giving the money, so Joyce Michael

20    started getting a lot more money from other victims.

21          Look at the years 2007 -- I'm sorry, 2008 and 2009

22    and 2010.  If you look at exhibit 722, most of the money

23    provided in 2003, 2004, 2005 was from Jude Montassir.  Then

24    we get to 2008.  2008, Jude gave $3700.  That same year,

25    Deanna Wolfe gave $57,000.  In 2009, Jude was no longer

1    giving money, so now Deanna Wolfe gave $140,000.  Andrea

2    Walker gave $263,000.  Sylvia Roma gave $176,000, and Gary

3    Tschetter gave $240,000.

4          In the year 2010, Deanna Wolfe gave $55,000, Sylvia

5    Roma gave $109,000, Andrea Walker gave $555,000.

6          So someone needed to replace Jude Montassir as a

7    cash cow, and those other victims are the people who replaced

8    them (sic).

9          Then you've got Beth Watts who was shown the

10   victim's money is being used by the Defendants for their own

11   personal use, and the money was not being kept in a safe

12   place, that the money was returned~--- the money was not going

13   to be returned once the work was completed.

14         Beth Watts established that very often, there was a

15   negative balance in Rose Marks' bank accounts until a

16   victim's money came in, and then it went out almost as fast

17   as it came in.

18         And if you remember, ladies and gentlemen, there

19   are a lot of instances where Rose Marks went through a

20   hundred thousand dollars in less than a month.  Where'd that

21   money go?  That money went to pay for the mortgage, that

22   money went to pay for the expensive cars, that money went to

23   gambling.

24         And if you remember, the number I think Rose Marks

25   was at the casino, something like 250 days out of an entire

```
 1    year, for a four- or five-year period.
 2             Now, let's get to the stuff that's not quite as
 3    interesting, and those would be the jury instructions in this
 4    case.
 5             A conspiracy, ladies and gentlemen, the Judge will
 6    advise you that a conspiracy is an agreement by two or more
 7    people to commit an unlawful act.
 8             In this case, Joyce Michael or Rose Marks worked
 9    with her family members to commit mail fraud and wire fraud.
10    They worked out of the same businesses, they tag-teamed or
11    swapped clients.  The money went into the same accounts,
12    regardless of who the fortune teller was.  The victims sent
13    checks or wires to other family members or coconspirators.
14             Now, the mail fraud and wire fraud, the key to that
15    is a scheme to defraud someone or to obtain money or property
16    using false and fraudulent pretenses, representations or
17    promises.  The false or fraudulent pretenses, representations
18    or promises were about a material fact that the Defendant
19    intended to defraud someone and that the Defendant either
20    used a private commercial carrier, which would be mail fraud,
21    or that the Defendant used wire communications, which would
22    be wire fraud.
23             The key to that, ladies and gentlemen, is the
24    scheme to defraud is defined as it includes any plan or
25    course of action intended to deceive or cheat someone out of
```

```
 1    money or property using false or fraudulent pretenses,

 2    representations or promises.

 3            In this case, ladies and gentlemen, the Defendants

 4    claimed that the money was cursed, that the money is the root

 5    of all evil, that the money needed to be sacrificed.  After

 6    the victims provided the money, it would be cleansed and

 7    returned, and the money would not be used by the Defendant

 8    for her own personal use.

 9            When the Defendant said the money would not be used

10    for her own personal use and the Government established that

11    it was used by the Defendant or her family for her own

12    personal use, the fraud has occurred.  When the Defendant

13    says the money will be returned and the money is not

14    returned, the fraud has occurred.

15            Now, as far as the money laundering aspect, the

16    elements of that offense are as follows:  The Defendant

17    knowingly conducted or tried to conduct a financial

18    transaction, the Defendant knew that the money or property

19    involved in the transaction were the proceeds of some kind of

20    unlawful activity, that the money or property did come from

21    some unlawful activity, in this case mail fraud or wire

22    fraud, and that the Defendant knew the transaction was

23    designed in whole or in part to conceal the nature, location,

24    source, ownership or control of the proceeds.

25            So when the Defendant had Jude Montassir send
```

1    checks or wire-transfers to third parties, including Atlas

2    Leasing and Peter Wolofsky, and Victoria Eli and Victoria

3    Somers, the Defendant was concealing the location, the

4    source, the ownership or control of those proceeds.  At that

5    point, the Defendant was committing money laundering.

6           The other thing the Defendant has been charged with

7    is willfully filing a material false tax return.  That the

8    Defendant made or caused to be made -- the elements of

9    that -- I'm sorry~-- the Defendant made or caused to be made

10   a federal tax return for the years 2006 and 2007; the federal

11   tax returns contained a written declaration that it was

12   signed under penalty of perjury, when the Defendant made or

13   helped to make the federal tax return she knew it contained

14   false material information, when the Defendant did so she

15   intended to do something she knew violated the law, and the

16   false matter in the federal tax returns related to a material

17   statement.

18          So as Revenue Agent Joanne Leavitt testified, that

19   when Defendant failed to disclose that the money she received

20   from Jude Montassir as income in 2006 and 2007, she willfully

21   filed a material false tax return.  Money that Jude Montassir

22   sent to third parties or money that went into accounts that

23   the Defendant never told her accountant about, or the fact

24   that she claimed that her business made no money in 2007, yet

25   close to $2 million in income came in from Jude Montassir

```
 1    during that year.

 2             Now, the Defendant has called the money she

 3    received from the victims a lot of things in this case.

 4    She's called it a fee for services.  She's called it a salary

 5    for being Jude Montassir's assistant and helping with the

 6    books.  She's called it a loan.  She's called it a gift.

 7    Let's call it what it really is, ladies and gentlemen, the

 8    proceeds from fraud.  The judge will instruct you that the

 9    proceeds from fraud are taxable.

10             The Defendant cannot blame this on her accountant

11    for filing false tax returns.  She did not provide him with

12    truthful information.  She did not provide him with complete

13    information.  She didn't give him all of her bank accounts.

14    She did not tell her accountant that Jude Montassir was

15    sending checks to Peter Wolofsky to pay her mortgage, or to

16    Atlas Leasing to pay for the vehicles that she and her family

17    were leasing.

18             She did not tell him that in 2007, Jude Montassir

19    provided over $2 million, yet Rose Marks said the business

20    had no income during that year.

21             Ladies and gentlemen, you've heard a lot of

22    testimony.  You've seen a lot of evidence.  You've heard the

23    Defendant and her coconspirators made misrepresentations to

24    vulnerable victims in order to get them to part with large

25    sums of money.  She told them that they were cursed.  She
```

1    told them that the money is the root of all evil.  She told

2    them they needed to cleanse the money to eliminate the curse.

3    She told them the money provided would be returned.  She told

4    them the money would not be used for her or her family for

5    their own personal use.

6            Every victim here testified that those

7    misrepresentations were made by Rose Marks and her

8    coconspirators.  The money was not returned.  The money --

9    instead, the money was used by the Defendant and her family

10   members for their own personal use.

11           Ladies and gentlemen, if you remember at the

12   beginning, some of the witnesses testified that a tarot card

13   reading might be $50, a palm reading might be $75, an

14   astrological chart might be a hundred dollars.  Ladies and

15   gentlemen, that kind of money is not going to allow Rose

16   Marks to live the kind of lifestyle that she wanted to live.

17   That money is not enough to put her in the extravagant

18   lifestyle that she had, with the expensive cars and the

19   expensive house.

20           The way that Rose Marks was able to live that

21   extravagant lifestyle, the way that Rose Marks was able to

22   establish, to get that kind of money is she committed fraud

23   against all of these victims.

24           I thank you for your time.  I thank you for your

25   attention to this matter.  You should find the Defendant,

```
 1    Rose Marks, guilty as charged in the indictment.  Thank you.

 2              THE COURT:  Thank you, Mr. Bardfeld.

 3              Ladies and gentlemen, let's take a short recess

 4    before we hear from Mr. Schwartz.  Again, don't discuss the

 5    case yet or form any opinions, leave everything at your seat.

 6    Select a lunch item, and we'll provide some menus for you.

 7    You'll have lunch here at some point for you when we take our

 8    next break.  All right?  Thank you very much.  We'll take

 9    about 10 or 15 minutes.  All right?  Thank you.

10        (The jury exits the courtroom.)

11              THE COURT:  All right.  You used five extra

12    minutes.  So I'll just give Mr. Schwartz an extra five

13    minutes.  All right?

14              MR. STEFIN:  Well, Judge, I'm going to use less

15    than an hour, I can tell you that, so we have 55 minutes

16    left.  I'm not going to use the whole 55 minutes.

17              THE COURT:  Then we'll keep him to two hours.

18              MR. BARDFELD:  If I do need the extra five, I will

19    at that point barter with the Court for the five minutes.

20              THE COURT:  You can have an extra five if you need

21    it, but I'll give that also to Mr. Schwartz.

22              MR. SCHWARTZ:  If I use less, is he cut back?

23              THE COURT:  No.

24              All right.  So we'll see you in a few minutes.

25        (A recess was taken from 10:55 a.m. to 11:13 a.m., after
```

```
 1    which the following proceedings were had:)

 2              THE COURT:  Please be seated, everyone.

 3              We're back on the record.  Mr. Schwartz, you ready?

 4              MR. SCHWARTZ:  Yes, Your Honor.

 5              THE COURT:  Ms. Marks is present.

 6              Government ready?

 7              MR. STEFIN:  Yes.

 8              THE COURT:  Let's bring the jurors in, please.

 9         (The jury enters the courtroom, after which the following

10    proceedings were had:)

11              THE COURT:  Welcome back, everyone.

12              Please be seated, ladies and gentlemen.

13              Ladies and gentlemen, now we're going to hear from

14    Mr. Schwartz on behalf of Ms. Marks.  Mr. Schwartz, you may

15    proceed.

16              MR. SCHWARTZ:  First, let me apologize to all of

17    you.  I've passed a number of you throughout the last

18    four-and-a-half weeks, walked by, tried to avoid your eyes,

19    haven't smiled, haven't said hi, or good morning, or did you

20    have a nice weekend.

21              I see one of our friends almost every day when I

22    walk to lunch, sitting outside the coffee shop, and ignore

23    him.  I only do that because we're not supposed to even

24    create the impression that we're trying to make up to you or

25    get you on our side or doing something outside the courtroom.
```

 1    You all seem like very nice people.  I'm not, but we're
 2    instructed to do that, and I apologize.
 3             Now, I can say, have you had some nice weekends?
 4    Have you had some nice time off that you haven't been here
 5    listening to me?
 6             But let me talk about the case, because a lot of
 7    times, to break tension and to get away from the seriousness
 8    of what's going on here, we've told some jokes.  I've even
 9    laughed once or twice, which is hard for me.  And this is a
10    serious matter.  The Federal Government is charging Rose with
11    serious crimes for which there are serious penalties.  The
12    penalties are not your concerns.  Whatever the penalties are,
13    if she's convicted, are up to the judge.  So we need to talk
14    about the facts.
15             There are really two judges in this courtroom.  One
16    of them wears a black robe, and the other one is a collective
17    judge that sits in the jury box, and that's you.  We all
18    stand up when the judge comes in or out of the courtroom to
19    show our respect, but we all stand up when you come in or out
20    of the courtroom to also show our respect, because you are
21    judges also.
22             The judge is the judge of the law.  He tells you
23    what the law is, but you're the judges of the facts.  You've
24    listened to all of the facts from the witness stand, from
25    stipulations, boxes of documents, a lot of jewelry, some

1    real, most or much costume.  You've heard and seen all of the

2    facts, and you have to decide what the true facts are and

3    then apply it to the law that the judge tells you.

4         And he makes it easy.  You have to listen, you

5    can't fall asleep.  The judge has an interesting speaking

6    voice, so you probably won't fall asleep.  But then he gives

7    you a copy of the law.  It's about, I guess 30-some odd pages

8    of legalese.  Fortunately, you have someone to interpret it.

9    And you take it back into the jury room with you while you

10   decide what the facts are and apply them to the law.

11        You also have all of the exhibits.  I'll stipulate

12   one thing in advance.  You don't have to read every word of

13   each of Jude's books when you take them back with you.  I

14   want to praise (sic) a summary of them at the end of the

15   case, but you take all the evidence back with you, and you

16   can look at it and review it.  And some of you have been

17   taking notes.  Some of you have been very scrupulous in what

18   you've written down in notes.  You can refer to your notes.

19   Obviously the notes don't control.  It's your memories and

20   your collective memories that control what you believe

21   happened in the courtroom.  Okay?

22        I'm going to talk first about a few rules of law.

23   I'm paraphrasing them now.  It's what the judge says the law

24   is that counts.  Nothing I say counts.

25        The first is that when many of you were selected,

1    we did two days, and I think I asked this one day, I asked if

2    I advise my client not to testify and she doesn't testify,

3    will you hold it against her.  And I think everybody who was

4    there that day said no.  And the Judge will tell you that the

5    Defendant has an absolute right not to testify, often for

6    legal reasons.

7              The fact that she doesn't testify has nothing to do

8    with whether you find her guilty or not guilty.  As a matter

9    of fact, the judge will tell you that she doesn't have to put

10   on a single little piece of evidence.  We can sit quiet

11   throughout the whole trial.  I don't have to cross-examine

12   any witnesses.  I don't have to call any witnesses.  I might

13   get sued for malpractice, but we can do that and just hold

14   the Government to its proof.

15             We chose to cross-examine some witnesses

16   extensively, some relatively briefly, and we chose to put on

17   a few witnesses.  But we had no burden to do that.  There's a

18   burden on behalf of the Government to prove the Defendant

19   guilty beyond and to the exclusion of any reasonable doubt.

20             Now, I wore these particular cufflinks today, which

21   are my scale of justice cufflinks.  First, because I'm

22   looking for justice.  But, second, because it's hard to

23   understand what proof beyond a reasonable doubt is.  In a

24   civil case where there's just money involved, not punishment,

25   the burden of proof is a preponderance of evidence.  It's a

```
1    big word.  It means one side on a scale has a little more

2    evidence that they've presented than the other.  One dish of

3    the scale of justice is outweighing the other.  Beyond a

4    reasonable doubt, though, is different.  Why I wear my

5    cufflinks.

6            And there, the scales have to be like this.  The

7    Government's scale has to be all the way at the bottom for it

8    to be proof beyond a reasonable doubt.

9            And I've used, once or twice, an example of proof

10   beyond a reasonable doubt to try to bring home what that

11   burden is.  If my mom were in the hospital and she was on

12   life support, and the doctors are telling me she's braindead,

13   you're the healthcare surrogate, you have to pull the plug.

14   It's the kind of proof that I would want to make a decision

15   like that.  It's the kind of proof that is required to make

16   the most important decision of your life.

17           MR. STEFIN:  Objection.

18           THE COURT:  Overruled.

19           MR. SCHWARTZ:  That's proof beyond a reasonable

20   doubt, and that's the kind of proof that you need to hold the

21   Government to before you vote to find Rose Marks guilty.

22           Now, I said find Rose Marks guilty.  I didn't say

23   find the Marks family guilty.  I didn't say find them guilty.

24   There's one person on trial here, and that's Rose Marks.

25           The Government would have you believe that there's
```

1  some big conspiracy, and I think in my opening I said, don't

2  hold the mother-in-law guilty for the crimes of the

3  daughters-in-law.

4       The Government would have you find one big

5  conspiracy here, although the prosecutor spent about 30

6  seconds telling you what constitutes a conspiracy.  I'll go

7  over it in a little more depth.

8       Now, I put a little chart up, and the chart lists

9  the clients that the Government called as witnesses.  The

10  Government calls them victims, and they're in two different

11  columns.  Five of the people you heard from:  Deanna Wolfe,

12  Jude Montassir, Andrea Walker, Sylvia Roma, and Gary

13  Tschetter, were clients of Rose's.  Two, four, six, eight,

14  one of them was a dual client, were clients of other people.

15  Six of them of Nancy Marks, one of Cynthia Miller, one of

16  Vivian Marks.

17       Now, at the end of the case, you heard a

18  stipulation.  The stipulation was as to the -- I'm

19  paraphrasing, that an expert on Romani or Gypsy culture would

20  come in, and she would testify.  She's an expert on this, lot

21  of credentials.  She would testify that in the Romani

22  culture, mothers help their daughters to develop whatever

23  skills, psychic skills, other skills they have to become

24  fortune teller, and I'm paraphrasing now.

25       Cynthia Miller was not trained or helped to develop

```
 1    skills by Rose Marks.  Cynthia Miller had her own mother.

 2    She's a daughter-in-law.

 3              Nancy Marks learned how to conduct her business

 4    from her mother.  She's a daughter-in-law (sic).

 5              Rosie Marks, who you heard a little bit about the

 6    case, although there were no witnesses against her, was

 7    helped in developing her skills by Rose Marks.

 8              And you'll remember an undercover officer had

 9    conversations with Rosie Marks, and there was nothing

10    illegal.  She, the undercover officer, said, oh, well, she

11    must have known, she must have done -- you know, she must

12    have figured out that it was a trick.  But Rosie Marks didn't

13    say give me all your money, give me hundreds of thousands of

14    dollars, I'm going to cleanse it, I'm going to take the curse

15    off by cleansing it and giving it back.

16              There is evidence in this case, and you've heard it

17    from witnesses, that Nancy did that with a number of people.

18              There's evidence that other people, Cynthia Miller,

19    even Vivian did that.

20              I suggest to you, and you have to look at your

21    memory, that when we go through these witnesses, there's not

22    evidence that Rosie did it, and there's not evidence that

23    Rose did that, said give me all your money, I'm going to

24    cleanse it, take the curse off and give it back.

25              They have different ways of doing things.  What
```

```
 1   Nancy did might be illegal, what Cynthia and Vivian did might
 2   be illegal.  I'm suggesting to you that the evidence shows
 3   that what Rose did is not illegal, and I'll tell you why.
 4          But the reason I digressed, went into that for a
 5   minute when I started to talk about conspiracy, is that's why
 6   it's important to the Government that you believe there's a
 7   conspiracy here, because if, when we've gone through all the
 8   evidence and analyze it, you believe that Rose did things
 9   differently -- and, by the way, Andrea Walker even said that,
10   and we'll get to that a little later, that Rose did things
11   differently.  If you believe that and you believe Rose with
12   her clients did not commit a crime, then the Government needs
13   you to say, but there was a big conspiracy, and Rose is
14   responsible for what Nancy, Cynthia, Vivian did.
15          So let's talk about what my friend, Mr. Bardfeld,
16   said indicated there was a conspiracy here.  He did it very
17   quickly, so you might not remember it.  Let me remind you.
18   He said they worked out of the same businesses, they swapped
19   clients, and money went into the same accounts.  If I was the
20   prosecutor, I would have also said, and they used -- also,
21   many of them used the name Joyce Michael.  I say that because
22   I have an answer for it.  But that's what Mr. Bardfeld said
23   indicated that there's a conspiracy here.
24          So let me talk about each of those things to you.
25   They worked out of the same business.
```

1          You've heard that the place in New York and the

2    place in Florida were in relatively well to do areas.   I

3    don't know if any of you have been to New York.   It's

4    apparent from the way I talk that I spent perhaps my

5    formative years there.   But 58th Street, just west of Fifth

6    Avenue, is right next-door to the Plaza Hotel.   It's near

7    Tiffany's, where you can't really have breakfast.   It's

8    located in one of the nicest sections in Manhattan, and

9    obviously the people who come in there are more apt to be

10   able to pay more for fortune-telling services than other

11   places.

12          Rose rented that location, I believe the evidence

13   will show, and I sometimes forget things, about 1990 or the

14   late '80s, and she had that location.   It was in the name --

15   her corporate name, and you've heard that she uses for

16   business her corporate name.   Corporate name is Joyce

17   Michaels, Inc.   You've seen articles of incorporation,

18   they're in evidence, and I'll talk about other corporations,

19   too.   But the business was in her corporate name, Joyce

20   Michaels, Inc.

21          If you look at some of the pictures in evidence

22   you'll see there's one of these pyramid-like signs out front

23   saying Astrology Readings by Joyce Michaels.

24          So somebody coming in there would expect to deal

25   with Joyce Michaels.

1          You also heard that in the '90s, two things

2    happened.  One, Rose made a commitment to Jude Deveraux to do

3    a lot of -- spend a lot of time on her work.  But more

4    important, Rose got a little older.  Gypsy years might be

5    compared to dog years.  They're harder on the people -- I'm

6    not saying that negatively -- than normal years.

7          Gypsy women really start working from the time

8    they're in the third grade, and it's not easy.

9          But anyway, Rose got older, and she and Nick

10   basically semiretired to Florida, bought a house in Fort

11   Lauderdale right off the Intercoastal.  If you remember, the

12   house in New Jersey -- in Virginia was taken by imminent

13   domain to build a highway.  They got well over $500,000 from

14   it.  They took that money, about 400,000 of it, put it into

15   buying the house here and got a mortgage, and you saw some of

16   the closing papers and mortgage papers.  They got a mortgage

17   from Peter Wolofsky for the balance.

18         And just parenthetically, as the market went up,

19   like a lot of people in the bubble, Nick and Rose, and then

20   Rose on her own, borrowed money and increased -- increasingly

21   took the equity out of the house.

22         So Rose comes to Florida.  She's not spending much

23   time in New York, but they're paying thousands of dollars a

24   month on the rent on the New York location.  Rose lets --

25   basically has subtenants.  There's no written lease, but she

1   lets Cynthia use it occasionally.  More, though, she lets

2   Nancy and Ricky live there in New York.  And you heard

3   testimony that when Nancy and Ricky were arrested and the

4   place searched in New York, they were living there.  She

5   basically let for many, many years Nancy and Ricky live

6   there.  She went up occasionally.

7            And Vivian is Nancy and Ricky's daughter.  She

8   lived there with them some of the time.

9            So the daughter-in-laws and the granddaughter are

10  using the location when Rose isn't there.  They're all

11  sharing a location at different times, if that makes sense,

12  sharing at different times.  Yeah.

13           Now, let me give an analogy.  My law office.  We

14  have space for 14 lawyers.  Only four partners from my firm

15  work in the law office.  There are three other law firms that

16  have partners or associates in our same space at our same

17  address at our same suite number.  If I'm running my practice

18  legitimately but other lawyers in my office, who are in a

19  different corporation, a different professional association,

20  steal money from their clients, the fact that we're using the

21  same space, does that makes me guilty of their crime?  Does

22  that make me a coconspirator with them?  I suggest not.

23           Maybe if we were partners together, maybe if we had

24  control over accounts or things like that, it would be

25  different.  But being in the same space doesn't make me

1   guilty for what they do.

2          The next indicia, the next thing that Mr. Bardfeld

3   said which showed there was a conspiracy, they swapped

4   clients.

5          I suggest to you, and I say that a lot, I'm sorry.

6   It's legalese.  But I'd like you to accept that "swap" is a

7   word that sort of means they give them back and forth.

8   That's not what the evidence is.  The evidence as to Rose,

9   anyway, is that on a couple of occasions where one of these

10  folks felt that what they had to do for a client was beyond

11  them, they gave the client to somebody who they knew was

12  competent to do the work.  I'm using Mr. Bardfeld's term, and

13  a term we've heard in here, the work.

14         I'm going to use the same analogy again.  I know

15  absolutely nothing, less than nothing about real estate law.

16  If I have a client who I'm representing on a criminal or

17  civil litigation case and they say, I want to buy a building

18  in West Palm Beach, can you help me, Fred, I'll say I don't

19  know anything about that, I'm not good at that.  I'm

20  representing you dealing in other things.  But I can't

21  represent you in buying or selling a building.

22         But Steve in my office works for another firm.

23  He's a partner in another firm.  And he only does real estate

24  and real estate development work and things of that sort.  He

25  can help you.  Go to Steve.  I may do a little work on the

 1    case.  I may even get part of the fee to the extent that the

 2    Bar Association rules allow for work I've done or help I give

 3    him or time I spend helping him.  But if Steve then cheats

 4    his client -- we have Steve doing a lot of things wrong, and

 5    I'm apologizing to him in advance.  If he cheats his client

 6    and I know nothing about it, and I'm not involved in it, I'm

 7    not doing that part of what he's doing, does that make me

 8    guilty of a conspiracy?  Now, we're in the same space, I've

 9    given him or referred to him a client, but does that make me

10    guilty of a conspiracy with Steve?  I suggest not.

11          But you have to think about it.  It's your decision

12    as to whether there's a conspiracy here, and the Judge will

13    instruct you on what the law of conspiracy is.  I added one

14    thing that Mr. Bardfeld didn't mention, the name Joyce

15    Michael.  I tell you that the name Joyce Michael was used

16    because the sign outside the store says Astrology by Joyce

17    Michaels, and that's what people expect.

18          Now, the last thing that my friend, Mr. Bardfeld,

19    mentioned, was money goes into the Joyce Michael account.

20          Let me give you three reasonable explanations.

21    Notice I use the word reasonable, because we're talking about

22    reasonable doubt.  Reasonable explanations why that money

23    goes into the Joyce Michael account.  They have nothing to do

24    with a criminal conspiracy.

25          First, Joyce Michaels is the name of the business.

```
 1    It's a corporation, and people sometimes expect to make out

 2    checks to the name of the company, or send wires.

 3             Second, and more important, deals with the proof

 4    that the Government offered to you.  They had a gentleman by

 5    the name of Gordon, who even though they were originally

 6    saying that he might be a money launderer, wasn't charged in

 7    this case.  And the evidence showed that they did charge his

 8    father-in-law, Peter Wolofsky, but they realized eventually

 9    that they -- and they dismissed the case against him.  He

10    wasn't a money launderer.

11             But -- and I suggest that was sloppy work by the

12    Government, but that's not really relevant.

13             The testimony by Mr. Gordon was that there were a

14    lot of leases for a lot of cars.  And when you look at or

15    think about his testimony and look at your notes and refresh

16    your memory in any way that you do, you'll remember that a

17    few of those cars, I think five or six of them over a period

18    of 10 or 12 years were Rose's, and most of the -- there was a

19    car for Vivian, Ricky's daughter; most of the cars were

20    Ricky's.  Ricky seemed to like to lease and give back and

21    lease and give back and lease and give back Ferraris, some

22    Mercedes, other cars like that.

23             But Mr. Gordon said, we gave them credit for a

24    specific reason.  Why did he give him credit?  He gave them

25    credit because they had Rose's house.  They had a mortgage on
```

1    Rose's house, and they knew there were hundreds of thousands

2    of dollars of equity in Rose's house, and he said, who did I

3    look to to pay?  Ricky didn't always pay on time.  Sometimes

4    he didn't pay at all.

5            I look to Rose.  Rose was responsible and most of

6    the time Rose paid.

7            Well, you're talking about, and they made a point,

8    millions and millions of dollars went into the leasing

9    company and to -- separately to Wolofsky to pay the mortgage

10   on Rose's house.  Who paid that?  If we believe Mr. Gordon,

11   and there's no reason to think he was lying, he didn't have a

12   horse in this race or a dog in this hunt, or whatever the

13   expression is -- we don't use those in New York -- he said

14   Rose paid.

15           Well, even though the testimony of the expert would

16   be that Gypsy families tend to share money more than the

17   other types of American cultures, and they do, and we accept

18   that, we've stipulated to that, and some of the money that

19   went into the Joyce Michaels account was sharing money

20   amongst the family as family members, not as coconspirators.

21   But the bulk of it was because Ricky and Nancy and Vivian,

22   because of Ricky and Nancy and even Cynthia owed Rose money.

23           If you pay out a million dollars, or lots of money,

24   as the Government suggested, for various things for your

25   kids, and your kids are earning money, you expect them --

1   with me, it doesn't work -- but you expect them to pay you

2   back.  And when Nancy owed Rose money, what did she do?  She

3   directed her clients -- she should have taken it in,

4   deposited the check and then written the check to Rose, but

5   she would tell her clients, wire the money to Joyce Michaels,

6   Inc., wire the money to Rose Marks; and it was paying back a

7   debt.

8          And they had other debts to Rose.  Remember Rose

9   was paying the rent on the location in New York, 60, $70,000

10  a year I think it came to.  Plus there were utilities, Con

11  Edison, whoever the cable company, I think Time Warner Cable.

12  All of these things are expensive.  Rose was paying them, and

13  when these folks were up there using it and Ricky and Nancy

14  were living there, they were responsible to pay that back to

15  Rose, too.

16         So remember, the Government has to prove their case

17  beyond a reasonable doubt.  They want you to believe the

18  money came in because Rose was part of the conspiracy.  I

19  suggest there's very good reasons why Nancy and to some

20  extent Cynthia, Vivian as Nancy's daughter, had their clients

21  pay money into either Rose Marks' or Joyce Michaels' account.

22  They owed them the money, they were paying for the leasing,

23  and because, as the experts say, Gypsy families tend to share

24  money more than other families.

25         Now, I suggest to you the three things that

```
 1    Mr. Bardfeld said indicated conspiracy here don't.  The only
 2    way there's a conspiracy here is -- and the only way there's
 3    money laundering here as to the money that came from Nancy's
 4    or Cynthia's or Vivian's client, is if Rose knew the money
 5    was dirty.  There's a lot of fancy words in the jury
 6    instructions, but I use dirty money.
 7            How did Rose know what Nancy and Cynthia and Vivian
 8    were telling to their clients?  How did she know if they were
 9    defrauding their clients?
10            I'm not saying they were.  I'm not saying they
11    weren't.  I don't represent Nancy.  I don't represent
12    Cynthia.  I don't represent Vivian.  It would be a conflict
13    of interest.  I represent one person, and that's Rose Marks.
14    It's up to their attorneys to decide whether they were guilty
15    or not guilty of a crime.  That's not an issue in this case.
16    The issue is, was Rose.
17            So assuming arguendo, assuming for the purpose of
18    this trial that Cynthia, Nancy, and Vivian were committing
19    fraud with their clients, how does Rose know?  There's no
20    showing at all that Rose sat in on sessions with them and
21    heard what they were saying.
22            One client was referred by Nancy to Rose, Andrea
23    Walker.  There's no showing, no proof, no evidence.  The
24    Government didn't put a witness on to say, and Nancy sat down
25    with Rose and told her all the fraud she committed with
```

1    Andrea before she referred the client.  There's not a single

2    solitary witness of that.  And Andrea didn't say Nancy told

3    me she told her mother that she committed fraud against me

4    when she referred me to her.  That would be silly, but it's

5    not there.  Again, they need to prove things beyond a

6    reasonable doubt.  There's no proof of that.

7            Paul Hughes.  Paul Hughes, I suggest, didn't say

8    Rose ran the business or anything of that sort.  He says I

9    met Rose once when I was at Nancy's house, and she was -- she

10   told me do what Nancy tells you.  Did she know what Nancy

11   told her?  Is there any evidence she knew what Nancy was

12   telling him?  No.

13           And Paul Hughes did testify that he was at the

14   house a lot.  He was sort of adopted, or he adopted them or

15   they adopted him, Nancy's family.  He housesit on the house,

16   he walked the dog, and he saw Nancy's mother-in-law there

17   once.

18           One other of the witnesses associated Rose with

19   Nancy.  That was Jennifer Hill.  If you remember, she

20   testified that she walked into the shop one day, she was

21   either angry or she chased somebody named Jean, who had

22   helped her with her resume and asked her questions.  But she

23   saw Rose sitting in the living area of the office slash

24   apartment behind a door, or a screen or a curtain, whatever

25   it was, watching TV, and she recognized her.

 1          Watching TV in someone's apartment doesn't make you

 2     a coconspirator.  There are people I was watching the Dolphin

 3     game with the other day.  I'd hate to be responsible for

 4     anything they did.

 5          So there's no evidence that Rose knew, if it was

 6     true, that Nancy, Cynthia or Vivian cheated their clients.

 7          I suggest to you when the Judge tells you what is

 8     needed to prove a conspiracy, the Judge is going to tell you

 9     that conspiracy is an agreement by two or more persons to

10     commit an unlawful act.  In other words, it's a kind of

11     partnership for criminal purposes.  Every member of the

12     conspiracy becomes an agent, acts for the other conspirators,

13     and for that reason they're liable for whatever conspirators

14     do.

15          I suggest to you there's no evidence of a

16     conspiracy.

17          And just to sort of gild the lily in this, the

18     Government threw in another count.  They said in some of the

19     counts Rose aided and abetted the others in committing the

20     crime.  So if Rose didn't do anything, she helped Nancy or

21     Cynthia or Vivian commit crimes here they're saying.  But in

22     order to do that, you still -- she has to have knowledge that

23     what she's doing is helping them commit a crime, and there's

24     no evidence.  There's certainly not evidence beyond a

25     reasonable doubt that Rose knew they were committing a crime,

1    and therefore by subletting the apartment to them or other

2    things like that, she's aiding and abetting them.

3          It's the same as Steve in my office.  I let him use

4    the space, he pays me rent, money from him goes into my

5    account, when he pays rent.  If he's committing a crime with

6    his clients by providing him the office space, by getting

7    rent from him for the space, even by referring him clients or

8    getting referrals from him, I'm not aiding and abetting him

9    in committing his crime, I'm not a coconspirator.

10         Now, let's talk about -- Judge, about how much time

11   have I used?

12         THE COURT:  Forty minutes.

13         MR. SCHWARTZ:  Okay.  Good.  I have a lot of time.

14         Let's talk about some of these people on the board.

15   And because I hope that you will agree with me when you go

16   into the room to deliberate, I hope you will say there's no

17   conspiracy here, there's no proof beyond a reasonable doubt

18   of conspiracy, I'm not going to pay much attention -- I'll

19   refer once or twice to this side of the chart, the others.

20   I'm going to talk primarily about the five people who came in

21   and testified, who were clients of Rose's.  And because I'm

22   lazy, I don't like to work very hard, I'll take the easiest

23   first.

24         The easiest is -- I won't make you guess.  The

25   easiest is the last one, Gary Tschetter.  Gary's a nice guy.

 1      He was here.  He testified; a successful fellow in the

 2      construction business.  He got services from Rose.  As a

 3      matter of fact, I think he even said he was happy with the

 4      services she was providing.  She thought of him as his

 5      mother.

 6             Gary over a period of time paid, as many of her

 7      clients did, partially a fee to Rose, and because she was in

 8      need of money, if you remember, Nick died -- Nick was sick in

 9      '95, '96 -- I'm sorry.  Nick was sick in 2005, 2006, and died

10      sometime in the middle of 2006.  Rose didn't work very much

11      in those years.  She developed even a more acute gambling

12      problem after he died.  He wasn't there to hold her back a

13      bit.  And she, by the end of 2007, lost her main client who

14      was loaning her, giving her gifts, and paying her as a salary

15      a lot of money.  So she lost Jude as a client in the end of

16      2007.

17             By the time she met Gary, she needed money

18      significantly, and she borrowed money from him.  She borrowed

19      I believe about 244, $245,000 is my total.  It's something in

20      that range.  She borrowed it and promised him she would pay

21      it back.  That's a loan.  My son in California calls me up:

22      Dad, I need $10,000, I need this to do A, B or C or whatever,

23      or he doesn't tell me why he needs it, and I don't take a

24      note.  I don't charge him interest.  I say, here, but you

25      remember you have to pay it back.  And sometimes I'm lucky

  1    and he does.  That's a loan.

  2            If I call him up and say I need to pay this bill,

  3    I'm going on this trip, can you give me 5000 of the 10,000

  4    back now, and he sends me a check, that's a repayment of a

  5    loan.

  6            Same thing with Gary Tschetter.  Gary loaned Rose

  7    let's say $240,000, something in that range.  She said she

  8    would pay it back.  Did she intend to pay it back when he

  9    loaned it to her?  I suggest the evidence is she did.

 10    Certainly the Government hasn't proved beyond a reasonable

 11    doubt that she didn't intend to pay it back.

 12            And I think Mr. Bardfeld made an incorrect

 13    statement of the law when he told you what the law is on

 14    fraud.  He says if you borrow money and it's not returned,

 15    that's fraud.  Well, anybody who's borrowed a half a million

 16    dollars or even $200,000, which is more realistic to buy a

 17    house and had a mortgage taken out on it, and then the market

 18    crashed, tough times hit, and they couldn't pay the money

 19    back, and the mortgage wasn't a phony mortgage or anything,

 20    it was real, and the house was foreclosed on and they lose

 21    it, they're not committing fraud.  They're just not able to

 22    pay back money they legitimately borrowed.

 23            The same with somebody who goes into bankruptcy.

 24    They incur debts, they borrow money, they can't pay it back.

 25    That's not fraud.

 1          What Mr. Bardfeld should have said is if you borrow

 2     or take money not intending to pay it back when you took it,

 3     that could be fraud.  But let's look at Rose's intent, and

 4     we're starting with Gary Tschetter, because he's the easiest

 5     one.

 6          Gary said I asked her for some money back.  I asked

 7     her for $66,000 back or $80,000 back.  She paid me.  She took

 8     a couple of days.  I mean, it was a significant amount of

 9     money to pay back.  She paid him back $66,000, and then I

10     think a month or two later she gave him another $14,000.  She

11     gave him back 80,000, which is what he needed for his

12     business; and he was fine.  He didn't ask her for money

13     again.  So we can reasonably believe that when she took the

14     money from Gary Tschetter she intended to pay it back.

15          However, he did start seeking his money back when?

16     He went by the house and the office, he saw tape and broken

17     windows and boards on the house, and the office in Fort

18     Lauderdale was boarded up, and he talked to the neighbors,

19     and he learned that Rose and members of her family had been

20     arrested.  So then he started worrying and asking for his

21     money back.

22          By that time, even though Rose had intended to pay

23     the money back when she took it from Gary, she no longer had

24     the ability to pay it back.  It's like somebody loses their

25     business or goes bankrupt.  You heard the evidence.  You saw

1    the evidence here.  The Government came in.  They seized

2    everything she had.  They seized her jewelry.  There wasn't

3    much money there, but they seized safe deposit boxes of her

4    family members.  They seized all of the cars.  Eventually

5    they had to give the cars back, but by that time so much

6    interest and payments had accrued that leasing -- Atlas came

7    and foreclosed or repossessed all of the cars.

8           So when Gary asked for the next payment back, Rose

9    didn't have the ability to pay it back.  Not a scintilla, not

10   a little piece, not a drop of evidence that Rose never

11   intended to pay Gary back.  If Rose borrowed the money from

12   Gary, intending to pay it back, which I suggest the evidence

13   shows she can, it's not a crime.  It's not fraud.  Certainly

14   no proof beyond and to the exclusion of a reasonable doubt

15   that Rose committed fraud on Gary.  Gary is a working man,

16   and Gary said Rose helped him.

17          Let me go there a minute.  You heard what Nancy

18   did, and what Cynthia did and what Vivian did with one

19   client.  What did Rose do?  Rose, I suggest the evidence

20   shows, was more of a life coach.  And I use that word.  She's

21   somebody who, if you told her what your problems were, she

22   would try to help you solve your problems.

23          Now, she prayed upon it, she meditated on it.  I

24   suggest the evidence showed she believed in God.  She

25   believed she had the ability, like many of us had.  You can

1    call it psychic ability, you can call it intuition, you can

2    call it whatever you want to call it, but she believed she

3    had the ability to talk to the supreme being and to get

4    advice from the supreme being, from God.  I call it God

5    because of my religion.  Other people with different

6    religions refer to that entity differently.

7         But the fact that Rose believed that she could

8    communicate and get help from God is no different I suggest

9    to you than what most Americans believe.  They believe that

10   in trouble or in problem situations they can look to God,

11   they can look to the spirits, maybe an angel, maybe a saint,

12   and get guidance.

13        Rose told Gary and told other clients, you have

14   these problems, let me meditate on it, let me pray about it,

15   let me think about it, let me help guide you in solving your

16   problems.  Gary said Rose helped him in solving his problems.

17   Rose worked with him in dealing with a girlfriend who he

18   wanted to keep, who he eventually lost, and he was happy with

19   her services.  Where's the fraud?

20        Let's talk about -- let me pick another, second

21   easiest.  I'm going to save Jude for last.  Not because she's

22   not easy.  Well, don't misinterpret what I said.  I'm going

23   to save Jude for last, but let's talk about Andrea Walker.

24        Andrea Walker was a client of Nancy's.  Nancy

25   talked to her about getting her back together with her

1    husband, about her husband not dying, and things like that.

2    And whether Nancy helped her or didn't help her, whether her

3    husband came back to her just because he was sick and needed

4    a nursemaid or whatever reason, at some point her problems

5    got more complicated.  They involved legalities, they

6    involved things that at least Nancy felt were beyond her

7    scope, and she referred her to Rose, and Rose took over.

8          And Nancy said Rose was much different -- I'm

9    sorry.  Andrea said Rose was much different than Nancy.  Rose

10   was much more practical.  Rose wanted copies of all the court

11   papers, wanted copies of all the estate papers, wanted

12   anything that the solicitors were filing, wanted to know what

13   they were doing, and she read them, she talked to me about

14   them, she gave me her advice on them.

15         Now, again, I think Mr. Bardfeld was a little

16   wrong.  He said Rose suggested a note.  I think testimony

17   was, but it's not relevant, but you'll remember, I think the

18   testimony was Andrea Walker wanted a note with Rose to

19   evidence the debt.  And the debt started at a hundred

20   thousand, I'm not sure if it was pounds or dollars, and the

21   note included a provision that any additional funds that Rose

22   borrowed would be added to the note, and eventually, I think

23   the note was up to about $670,000.

24         And the note had a provision in it for interest.

25   It was interest free until the end of the year, and after the

 1   end of the year if Rose didn't pay it back, she had to start

 2   paying interest.

 3           Rose couldn't pay it back at the end of the year.

 4   She started paying interest.  She made a few payments of

 5   $2500, which was the interest called for in the note, and

 6   then she couldn't pay anymore.  She couldn't pay anymore, and

 7   she kept doing what, unfortunately, some clients of my

 8   clients do, giving excuses why she couldn't pay, trying to

 9   put the person off because she couldn't pay, saying I'll have

10   the money next week or something like that.  But there's no

11   evidence here that when Rose took the money from Andrea, she

12   didn't intend to pay it back.

13           I promised the Judge or I promised myself that I

14   wouldn't keep you until you were falling asleep.  Some of you

15   look like my boring monotone is putting you to sleep, and I

16   know you ordered lunch, and it's probably waiting back there.

17           So, Your Honor, if there's no objection, could I

18   break now and resume after lunch?

19           THE COURT:  Certainly.

20           MR. SCHWARTZ:  Thank you, Your Honor.

21           THE COURT:  All right.  Ladies and gentlemen, we're

22   going to break for lunch.  Your lunch is back there.  Again,

23   don't discuss the case or form any opinions.  I guess we

24   should decide how much time.  Forty-five minutes or less?

25   Half an hour?  Why don't you tell when you're ready.  Why

```
 1    don't we say half an hour.  Okay?  Half an hour?
 2              Okay.  Half an hour.  We'll see you in half an
 3    hour.
 4              MR. SCHWARTZ:  Thank you, Your Honor.
 5              THE COURT:  Thank you.
 6              Don't discuss the case yet.
 7         (The jury exits the courtroom.)
 8              THE COURT:  Mr. Schwartz, you've used 50 minutes.
 9    Do you think you'll need more than two hours?
10              MR. SCHWARTZ:  Stop either before two hours or two
11    hours.
12              THE COURT:  So you don't think at this point you're
13    going to need to go beyond the two?
14              MR. SCHWARTZ:  I don't believe so, Judge.  I have
15    an idea in my head as to how I'm going to do it, and I'm
16    almost halfway through.
17              THE COURT:  I just want to know so that I can tell
18    Mr. Stefin if he can expect to have more time.  If I give him
19    more, then I'll give you equivalent.
20              All right.  We'll see you in about half an hour
21    then.
22         (A recess was taken from 12:13 p.m. to 12:50 p.m., after
23    which the following proceedings were had:)
24              THE COURT:  Please be seated, everyone.
25              We're back on the record.  Ms. Marks is present.
```

```
 1                    Are we ready to go, Mr. Schwartz?

 2               MR. SCHWARTZ:  I am, Your Honor.

 3          (The jury enters the courtroom, after which the following

 4     proceedings were had:)

 5               THE COURT:  Please be seated, everyone.  Welcome

 6     back.

 7               All right.  We're ready to continue.  Mr. Schwartz,

 8     you may proceed.

 9               MR. SCHWARTZ:  Thank you, Your Honor.

10               Since we now all agree I have a boring monotone

11     voice, if you see your neighbor fall asleep or you hear them

12     snoring, just sort of poke them a little bit.  I can't,

13     through the microphone.

14               Let me go over one other thing before I get back to

15     Andrea Walker, because I want to say this, and then I'm

16     hurrying up at the end to finish in time, and I'm talking

17     very fast like this, and I forget to say this.

18               The way the system is structured, the Government

19     gets to make the first closing argument, I then get to talk

20     to you, and then the Government gets to go again and respond

21     to me.

22               If you notice sometimes with the direct and cross

23     and redirect, the Judge allowed some recross so I could ask

24     some questions afterwards, and I often took advantage of it,

25     but I don't get that here.  So the same way Charlie Stack was
```

```
 1   deputized to the Secret Service, I'd like to deputize you
 2   folks a little bit.  When you hear Mr. Stefin making his
 3   response to what I said, just think in your mind, what would
 4   the short fat balding guy say to what Mr. Stefin has said,
 5   and think of what answer I would give so that you can -- I
 6   can't get a chance to respond to what he says, but you guys
 7   can sort of respond for me.
 8           Now, let's go back to Andrea Walker.  I checked
 9   some notes during the break, and Rose was paying Andrea
10   Walker interest, I think through July, and then in August she
11   was arrested.  She was struggling.  She asked, I can't make
12   the interest payments, can I do double the interest payments,
13   can we put it off for a while.  But she was trying, she was
14   making an attempt to repay what she had borrowed from Andrea.
15           I also got a toy during lunch.
16           If it works.
17           Okay.  So we've done Gary, we've done Andrea.
18   Let's talk about Deanna Wolfe.  Thirty-four years.  And it
19   might be only 33.  I might have miscounted.  When do you
20   start to ask for your money back?  When do you start
21   complaining that you've been defrauded?  If you buy something
22   from Macy's, I think they have a 30-day return policy.  Here,
23   if you get services, and Andrea said Rose was doing things
24   with her and for her -- I'm sorry, Deanna said.  When do you
25   start to say I'm a victim of fraud, give me my money back?
```

1           Now, I'm digressing again.

2           With each of these people, some of the money that

3   Rose got was a fee.  Sometimes she got gifts.  Sometimes she

4   got loans.  When she got loans, it was always her intent to

5   pay back the loans.  And you saw with Gary when he asked for

6   the payment, she gave it back.  She had it.  She was able to

7   get it back.  She got it from someone else, true, and she was

8   able to pay him back.  With our friend Andrea, she was paying

9   the interest.

10          Deanna didn't ask for money back.  Deanna didn't go

11  to authorities and say I was a victim of fraud.  After Rose

12  was arrested and she read about it in the paper, then she

13  said I want my money back.

14          I understand.  If the Federal Government indicts

15  somebody for fraud and you read in the newspaper that people

16  have been a victim of fraud, it's easy to say, well, I was a

17  victim of fraud, too.  Even though for 34 years you've been

18  working with and dealing with this person.

19          Deanna and Rose, I think became friends, but where

20  is the evidence that Rose intended to repay and keep her

21  agreements with Deanna Walker?  Now, remember, I don't have

22  to give any evidence.  I don't have to offer you any proof.

23  It's their burden to prove it beyond a reasonable doubt.  But

24  what was Rose doing before and even after her arrest

25  regarding Andrea -- I'm saying Andrea -- Deanna -- Deanna

```
 1   Wolfe.  What was she doing regarding Deanna?
 2        There was -- Deanna didn't ask for the bulk of her
 3   money back, but she did say to Rose, Rose, I've given you a
 4   credit card that you can use, or a number of credit cards
 5   that you can use because I don't have credit.  Please, that
 6   money, pay the credit card company.  And for years Rose was
 7   using the credit card and paying the credit card companies.
 8   For a period of time when Rose had a little problem, I think
 9   it was when her grandson died, I'm not sure of the exact
10   period of time, she was late in paying the American Express
11   payment and Deanna paid that.
12        And then when paying the individual payments in, I
13   think it was 2011, maybe the end of 2010, when she was having
14   trouble making the individual payments, she asked Deanna,
15   Deanna, please, can you try to consolidate this into one
16   payment, you lay it out, and I'll repay you.  And guess what?
17   She repaid them.  Each month Rose would pay Deanna for the
18   payments she was making on the credit card bills.  And not
19   only before she was arrested, but after she was arrested and
20   while she was struggling, because the Government had seized
21   her money, she had been working with Deanna Wolfe for such a
22   long time that she continued to get the money to make the
23   payments to repay Deanna the credit card bills.
24        And if you remember the testimony, it was only
25   after I think in the third superseding indictment, or maybe
```

1    the -- I think the third superseding indictment when the

2    Government added Deanna as a victim in the indictment, that

3    Rose, on advice of her attorney, stopped making payments to

4    Deanna because at that point it would look like she was

5    trying to buy or influence a witness against her, and that

6    would be improper.

7         So where's the evidence that Rose was -- not only

8    didn't intend to defraud Deanna, not only didn't take the

9    money never intending to give it back, but where Deanna asked

10   for repayment of some of the money, Rose was paying it even

11   after she had to struggle after her arrest to pay it.  That's

12   Deanna.

13        Who's next?  Let's see.

14        Let's go to the not-crazy cat lady, Sylvia Roma.

15        Notice I haven't said these people are liars, these

16   people don't understand the truth or anything like that.

17   With Gary, I think he was very truthful.  He loaned the

18   money, he got it back.  With Andrea, there was a note.  I

19   know, there was nuances shaded that, did she say she wasn't

20   going to use it?  Well, maybe that's a story they got when

21   they did, in fact, talk to the agents, but we'll go to our

22   friend, Sylvia Roma.

23        Forgive me for saying this.  Sylvia is not only a

24   liar, she's a darn liar.  I would have said damn liar, but

25   that's not nice to say.  I'll tell you why.  Silvia said I

```
 1    went to Rose to talk about my sister and brother who were

 2    having some little problems, but they really didn't have a

 3    lot of problems, and things were pretty good.  That doesn't

 4    sound like somebody who's in the most stressful time of their

 5    life.

 6              What was the real truth?  And I think I got her to

 7    admit it on cross-examination.

 8              The real truth was that she was in love with some

 9    guy named Randy who didn't care a lick about her, and she

10    went to Rose to try to get Rose to help her win over Randy.

11    And Rose worked with her and tried to help her, but it didn't

12    work.  And I asked her because, you know, these people tell

13    Rose, eventually when they're working together, their

14    secrets.  They tell them what -- everything about themselves.

15    I ask her, isn't it a fact that you kept stalking Randy and

16    driving by his house?  No, I never stalked Randy.  I never

17    drove around his house.

18              And then I asked her about a specific incident.

19    Didn't she go to his house one day and knock on the door, and

20    when you learned he was married and go around the back of the

21    house and barged in?  Well, no, I didn't barge in.  I saw a

22    box on his porch addressed to Mr. and Mrs, and then I guess I

23    knew he was married, and I went around the back to see if

24    there was anybody home.  And the back -- I banged on the back

25    patio door and he opened it and I went in.
```

```
 1                 She denied that she was stalking him.  She denied
 2      that this was a reason that she went to Rose.  I suggest
 3      those were lies.
 4                 But there's one -- I asked her, did you have an
 5      alcohol problem, were you frequently drunk and drinking a
 6      bottle of wine a day, and she denied that.  I couldn't prove
 7      that.  I'm not like the Government.  I can't go and subpoena
 8      every liquor store in Hawaii and try to get her liquor bills.
 9      But how do we know that she's a liar?  And there's a concrete
10      thing that happened right here in front of you that shows
11      that she's not a truthful lady.
12                 She sent Rose some jewelry.  The jewelry that she
13      sent to Rose was primarily in her -- in a box or in an area
14      in Rose's -- near the safe in Rose's dressing area.  They
15      call it the bathroom, but it's a dressing area.  And she
16      identified that, some of those pieces for the Government, and
17      then she identified, I think they were a pair of two karat
18      diamond earrings that had some value.
19                 Now, if you look back at the testimony, those
20      earrings weren't found in Rose's room.  Those were found on a
21      table downstairs in the living room, as if somebody like
22      Vivian had come home the night before, taken off her earrings
23      and left them on the table, which my wife does all the time.
24                 And I knew they weren't hers, and I started -- and
25      I'll use the word attacking her on that.  Where did you buy
```

```
 1    them?  What store?  Because you keep good records.  You have

 2    detailed records of everything you do.  I didn't buy them in

 3    a store.  Who did you buy them from?  I bought them from a

 4    broker.  What's the name of the broker?  I don't know.  I met

 5    him through a friend.  Who's the friend?  I forget.

 6          And then we finish the cross-examination, and I

 7    guess she thought or knew we could prove that, or we would

 8    prove that the diamonds weren't hers, and she might get in

 9    trouble for claiming something that wasn't hers.  But more

10    importantly, she would be shown to be lying in front of the

11    jury.

12          What happened next?  Now, you have to realize that

13    these two prosecutors are excellent, excellent attorneys.

14    They're really good at what they do.  They prepare, between

15    them they probably have, and I'm not saying this to insult

16    them, over a half a century of prosecution work between them.

17    I remember them being in the U.S. Attorney's Office 20, 25

18    years ago.  So they prepare for their cases.

19          Do you think that Mr. Bardfeld would put Sylvia

20    Roma on the witness stand to talk about diamond earrings that

21    are hers without showing her the earrings?  No attorney would

22    do that.

23          What happens right after the break, when we have a

24    break, and she comes back on redirect examination?

25    Mr. Bardfeld -- and this is supposition on my part.  I don't
```

 1    know what he did or didn't do.  But assuming he had shown it

 2    to her before, he comes up right away to show that I'm wrong,

 3    and he asks her, look at these earrings, do you recognize

 4    these earrings?  What does she say?  Because she knows or

 5    thinks she may be getting caught in a major lie.  Oh, those

 6    aren't my earrings.  They're not mine.  She knew she was

 7    getting caught in a major lie, and she just backed off and

 8    denied they were her earrings.

 9            And Mr. Bardfeld wasn't going to show her the

10    earrings unless he knew that she had identified them, unless

11    I'm wrong.  But that's what I assume.  You can assume

12    whatever you want.  Maybe there's some other explanation.

13            Now, the Judge is going to talk to you about the

14    credibility of witnesses.  And the Judge is going to tell you

15    that where you believe a witness is lying about one thing,

16    you don't have to think that they were lying about anything

17    else, but that's a basis for believing they could be lying

18    about other things.  If somebody's willing to get on the

19    witness stand and commit perjury and lie, mislead the jury

20    over anything, then you can reasonably believe that they

21    would be lying about more important things in their

22    testimony.

23            And I suggest to you that Sylvia Roma was lying

24    when she said anything about Rose promising not to use the

25    money for herself or anything of that sort.  And what's

```
 1    another way of knowing that?
 2            If you notice on~-- let me use my toy.  If you
 3    notice on my chart, I think this is right.  Your recollection
 4    will control.  But Sylvia Roma went to Rose for about five
 5    years, then had a break and then came back for a couple -- it
 6    was either two or three years.  She went to Rose.  She wasn't
 7    happy with her services.  She didn't demand any money back.
 8    She didn't go to any authorities.  She didn't go to anyone
 9    else.  No one can say she was under Rose's spell and Rose was
10    threatening her with something, and that's why she didn't go
11    to authorities or do anything.
12            Like some people who are unhappy with one doctor,
13    go to another doctor.  Some people who are unhappy with one
14    psychologist go to another psychologist.  She was unhappy
15    maybe because of Randy.  Who knows why.  She went to another
16    psychic.  She gave that other psychic a mere $200,000 and
17    some expensive lithographs done by John Lennon and never saw
18    the psychic again.
19            And then a few years later, she goes back to Rose.
20    If Rose had said I'm going to hold your money and not use it,
21    you're going to get it all back, would she have done that?
22            Now, Mr. Bardfeld says these are people who are in
23    the worst times of their lives, totally, you know, just so
24    distraught they're not able to make rational decisions,
25    et cetera.
```

```
 1              What was so bad about Sylvia Roma's life?  She was

 2    living in Hawaii, she -- her family was fine, some minor

 3    problems, she had a good job, she was making money, she was a

 4    medical consultant.  The guy she liked didn't like her.  Gee,

 5    I think at some times in our lives, that's probably happened

 6    either with women or men to all of us.  That's not

 7    distraught.  That's not at loose ends.  Sylvia Roma.

 8              I'd like to quote something that Deanna -- that

 9    Debbie Von Beulen said on the witness stand when she was

10    asked about, didn't you pay money to Rose Marks, and I think

11    she said, I'm an adult, I can spend my money the way I want.

12    No one can tell me how to spend my money.

13              I suggest to you that there's no proof beyond a

14    reasonable doubt that's credible, because I suggest that two

15    of the five clients of Rose's are not credible, not people

16    you can believe.  One of them is Sylvia Roma.

17              There's another person on this chart, and it's a

18    person who spent a couple of days here with you.

19              Let's talk about one lie to begin with.  I'm

20    holding up, this is exhibit 62.  This is what Jude Deveraux's

21    publisher says she looks like.  And this is a common thing to

22    do, I guess; but that's not Jude Deveraux.  That's not Jude

23    Montassir.  That's not Jude White or Jude Gilliam.  But I

24    would like to tell you and ask you to accept, and you'll have

25    to decide:  Jude lives in a fantasy world.  I'm not sure that
```

1  Jude could tell the truth if her life depended on it, because

2  I'm not sure she knows the truth.

3         Now, you've seen her here, I guess it was for a

4  full two days spread over maybe a three-day period.  Let's

5  talk about some of her lies.  And I don't remember all of

6  them.  You might have a better recollection than I do.

7         She starts out by telling you on direct examination

8  that she changed her name in or around '91 or '92 because she

9  heard the name Montassir, and it sounded good, and she liked

10  that name, and she wanted to get rid of Claude's name, White,

11  so she changed her name.

12         We show her that she didn't change it in '92, she

13  changed it in '95, and in evidence is a court record that she

14  changed it not in '92 or '91 in New York, where she was

15  living, but she changed it in '95, I think it was in Virginia

16  or North Carolina.  But the document is there.

17         And we bring out, she doesn't tell you, that she

18  changed it not because she just heard the name and liked it.

19  She changed it because she was in love with this 23 or

20  24-year-old Egyptian tour guide who she had a relationship

21  with, I'm not sure what it was, when she and her husband were

22  on the tour of the Nile that he took them on in the end of

23  '91, and wanted to resume.

24         And I'm going ahead.  She went there.  She lived

25  with him for a while.  They had arguments back and forth, and

1   eventually in 1995, when she wanted to get pregnant and have

2   her son Sam, she changed her name to Montassir.  That's the

3   reason she changed her name.

4          But, now, Jude is asked -- told us she went to

5   Rose; and Mr. Bardfeld in his opening talked about this.  She

6   went to Rose because she hated and wanted to get a divorce

7   from her controlling, domineering, abusive husband.

8          And even Mr. Stack said, gee, I thought the guy was

9   6-foot two and brawny.  He was a little meek little guy.

10         And you've met him.  You saw Claude.

11         That wasn't true either.  Why did she want to get a

12  divorce?  Why did -- what didn't she tell you about her

13  direct examination that we brought out on cross?  Because she

14  wanted to go and live with Mohammed Montassir in Egypt.

15         Now, for to us pick up and go to another part of

16  the world and live with somebody else and get out of our old

17  life would be very difficult, but if you're a fantasy writer

18  and you live in a fantasyland and you have as much money as

19  you want, you can do that.  And she wanted to do that.  And

20  to do that, what did she have to do?

21         She didn't tell us this is the reason she went to

22  Rose, although it really was.  You have to dump your husband,

23  dump all your friends, and start a new life in fantasyland.

24  You have to go near the Nile and live with this young

25  Egyptian tour guide.

```
 1            And the reason she went to Rose was to talk about

 2   getting it on with Mohammed.  And that's what happened.

 3            I asked her, did you ever live with Mohammed?  And

 4   she said, no, he never even left as much as a pair of shoes

 5   with me.

 6            And then we produced a letter, which is in

 7   evidence, where she writes about how they lived together, got

 8   an apartment when she went over there, and they lived

 9   together in the apartment for three months at least.

10            Another lie.  Directly in your faces, she told, I

11   never lived with him.  And then we had a letter -- I guess

12   she didn't know that Rose saved things that Jude gave to

13   her -- that talked about that.  Now, maybe it was a fantasy.

14   Maybe she made it up, which is further proof of her living in

15   the fantasy world, but she finally admitted it I think on the

16   witness stand.  Your recollection controls.

17            And then it goes on in the letter, and this is

18   interesting, because it's the same way she talked about

19   Claude and the same way she talked about Rose.  He became

20   domineering, abusive, he ignored her, didn't think she was

21   special, et cetera, et cetera, et cetera.  And she left and

22   bought a place in England but went back and forth between the

23   United States, England, and Egypt, and they got back together

24   a couple of times in that time period.

25            And I think we pinned it down through Claude and
```

1  through Jude that -- and she came back to the U.S. towards

2  the end of '91.  She said Claude immediately went -- another

3  lie -- went to New Mexico, and she stayed in the apartment.

4  Claude said, no, that's not the case.  We went to Paris.

5  Sounds like it's something from a Jimmy Buffet song.  But we

6  went to Paris.  We spent some time in New York and we came

7  back, we went to Paris.  I didn't think there was anything

8  wrong in our marriage.  And that's like most men.

9          She then flew back to New York.  He had a friend

10  who visited them for some days, and then he went back to New

11  Mexico to finish the cabin he was building for her.

12          She was on the phone sometime.  I'm not sure which

13  Thanksgiving it was, '91 or '92, with Mohammed.  We know

14  that.  And she left in early '93, when her divorce came

15  through, to go live with Mohammed.  But there's a series of

16  lies surrounding that.

17          And, again, as with Sylvia Roma, if you believe

18  somebody lied to you about things that are relatively

19  significant to their lives, you can disregard or believe or

20  at least creates a doubt in your mind as to whether they're

21  telling you the truth about other important things in this

22  case.  And Jude told some people her son Sam was adopted.

23          She -- and I confronted her with and asked her, did

24  you send out a birth announcement when Sam was born, and I

25  read to her saying, Jude and Mohammed Montassir, AKA Jude

1    Deveraux, are pleased to announce the birth of their son, Sam

2    Alexander Montassir, on September 3rd, 1997.  And I read that

3    to her, and she admitted that she sent out that birth

4    announcement.

5         That was a lie.  She lied to all of her friends and

6    family and anybody who she sent that announcement to, because

7    we know that, one, she was already separated and apart from

8    Mohammed a few years before.  She didn't marry him.  She

9    changed her name to his name in '95.  But also, we know that

10   Rose set up at New York Presbyterian Hospital for her to be

11   artificially inseminated with someone else's sperm and

12   fertilizing someone else's egg, and to give birth to Sam.

13        Now, there's nothing wrong with artificial

14   insemination.  I'm not suggesting that a woman who wants to

15   have a baby did anything wrong by going through that

16   procedure.

17        And Rose helped her go through that procedure.  She

18   set it up.  She was there at the birth.  You saw in evidence

19   pictures of Jude and Rose sitting in the park with Sam, each

20   of them with Sam in their lap in different pictures in

21   Central Park shortly after the birth.  But to lie about

22   something that important in your life is wrong.  And if

23   she'll lie about that, she could, and I suggest she did, but

24   it at least creates a reasonable doubt in your mind if she

25   lied about the nature of her relationship with Rose.

```
 1              Now, the Government played you some tapes where

 2     Jude's basically attacking -- I'm sorry, being aggressive

 3     with Rose on the instructions of the cops and agents, and

 4     Rose says, yeah, I owe you the money.  And there's no

 5     question, by the way, Rose owed Jude money.  Rose got money

 6     from Jude, borrowed money from her and promised to pay her

 7     back.  She didn't say I wouldn't use it for myself.  She

 8     didn't say it was for rituals.

 9              When they got together and Jude asked Rose to spend

10     a lot of her time on Jude, Rose jokingly said, yeah, I want a

11     million dollars a year, but it wasn't fees for services, all.

12     Some of it were fees for services.  Some of it was loans, and

13     some of it were gifts.

14              Now, you can say, there he goes again, he's making

15     it up.  No proof of that.

16              The Government put into evidence two exhibits, two

17     different types of exhibits, and you can look at them in the

18     jury room, and I'd ask you to.  They put in some letters, one

19     letter in 2003 to Rose and her husband, Nick from John Van

20     Vorst, V-a-n V-o-r-s-t.  I finally learned how to spell it.

21              And he says in that letter, you got wire-transfers

22     to you and this year of, I think it was $485,000, of which

23     you say 185,000 of it is income, and 300,000 of it is loans.

24              Without the Government charging her with taxes or

25     anybody charging her with fraud or being in a courtroom or
```

```
 1    anything else, 10 years before we're here, eight years before
 2    there's an arrest, Rose told her accountant, and he
 3    memorialized this in his letter to her, that part of the
 4    money -- and it said this money came either from, I think it
 5    was Deveraux, Inc.  It might have been Jude Montassir.  But
 6    you can read the letter.  Rose tells her accountant part of
 7    it was income and part of it was loans.
 8              But you can say to me, Schwartz, you said some of
 9    it was gifts.  Where's some proof of that?
10              The Government also put into evidence, originally I
11    objected, then I withdrew my objection, a letter from a tax
12    lawyer, and I forgot his name, who represented Rose and her
13    husband for their 2000 tax return.  And in 2001, he wrote her
14    a letter which said, as to the money you got this year --
15    and, again, I don't remember if it was Montassir, Inc -- I'm
16    sorry, Deveraux, Inc., or Jude Montassir -- and you can look
17    at it and you decide -- you have told us that this money was
18    a gift.
19              Again, that was nine years before -- I'm sorry.
20              The letter was in 2001.  So that was 10 years
21    before she was arrested and 12 years before she's here.  She
22    told her tax lawyer who was doing her tax returns that that
23    money was gifts.
24              So the evidence is that Rose got gifts from Jude,
25    she got payment for services, and there's no question she
```

```
 1    spent hours and hours each day on the phone with Jude, Jude
 2    was a somewhat demanding person.  She helped her with the
 3    baby, she helped her buy houses, she helped her sell houses,
 4    she helped her do a lot of things that a personal assistant
 5    did, albeit at a higher salary than Mrs. Ogden got, but she
 6    did more work than Mrs. Ogden.  Mrs. Ogden was Detective
 7    Ogden's wife who was hired as Jude's personal assistant, ran
 8    errands for her and did her books.
 9           So as to Jude, Rose borrowed money from her, got
10    gifts from her and got income from her.  The income she told
11    her accountant about and paid taxes on.
12           By 2006-2007, as I said before, Rose wasn't doing
13    much work, she was still, if we're talking about distraught,
14    distraught over her husband's death, where there was some
15    testimony about also her grandson's death a year or so
16    before, and she wasn't doing much work.
17           As a matter of fact, I think she was spending more
18    time exercising her right arm, if you still do that with slot
19    machines, than working.  As a distraction from her worries.
20    So she didn't have much income in those years, but she had
21    significant expenses.  She owed money to Wolofsky on the home
22    mortgages, which she had continually borrowed on the equity,
23    and he was charging her a very high rate of interest,
24    13 percent.  She owed money for cars.
25           Now, she didn't have that many cars herself.  Her
```

```
 1    husband had had a Bentley, and he died, and you heard that
 2    the Bentley was mostly in the garage or in storage.  She
 3    drove primarily a Volkswagen, but her husband had had a
 4    Mercedes '02, which she traded in for, I think a 1989
 5    Mercedes.  And that's what she was driving.  But her
 6    lifestyle was expensive.  She needed money.  And she needed
 7    to pay back people she owed money to, which she was trying to
 8    do.  So she continued to borrow money from Jude and other
 9    clients, intending to pay it back, because her track record
10    was she was paying people back when they asked for the money
11    back.
12            Now, Mr. Bardfeld referred to a Ponzi scheme, and
13    that's in the news a lot lately.  Ponzi schemes are when you
14    tell people that you're taking money for investments, that
15    your investments are earning a lot of money and that you're
16    paying them interest on the money that you're earning, and
17    instead of paying them interest from the investments, you're
18    paying interest from other people's money, OPM.
19            This is not the same thing.  She borrowed money
20    intending to return it, the same way some of us borrow money
21    from a bank on a mortgage, and then we get into a hole for
22    whatever reason, and then we go and get a home equity line to
23    more borrow money to pay back the first debt or the first
24    mortgage.  Rose was doing that.  That's not illegal.
25            Somebody told me the difference between unlawful
```

1    and illegal is unlawful's against the law and illegal is a

2    sick bird.  Somebody was telling that joke with me as I told

3    it.

4           So she took money, borrowed money, paid taxes on

5    what had to be paid taxes on, didn't pay taxes on those

6    things that weren't taxable.  Money that was loans, if it

7    went into a bank account, be it her business account or her

8    personal account, she didn't have to tell her accountant

9    about those accounts because it wasn't income.

10          And you heard Ms. Leavitt, a revenue agent of the

11   IRS testify, very nice lady.  And she agreed with me --

12   argued a little bit -- that you don't have to pay taxes on

13   gifts.  A gift is not taxable to the recipient of the gift.

14   On some occasions the maker of the gift may have to file a

15   gift tax return.  On some cases if they make more than

16   they're allowed to gift under a gift tax return, they might

17   have to pay a tax on the money that they gift.  But she

18   testified that if it was a gift, there's no taxes on it.

19          The Judge will also tell you if it's a legitimate

20   loan, a loan that you take out with intent to repay -- I'm

21   summarizing -- the Judge will tell you the law -- you don't

22   have to pay taxes on that because you're going to pay it

23   back.

24          At some point if the debt is forgiven, or if you

25   don't have to pay it back, then you may have a tax.  The same

1    way somebody whose house is foreclosed on, if the bank

2    forgives them the money that they don't get unless there's an

3    exemption under a federal law, you have to pay the taxes on

4    that.

5              So assuming that Rose paid her taxes on the money

6    that she and Jude agreed was income, she didn't have to pay

7    taxes on gifts or loans.

8              Now, how do you know, other than those two tidbits

9    in those letters, what was gifts and loans and what was

10   income?  How do you know?  The answer is you don't.  Why

11   don't you?  Who has the burden of proving things here?  They

12   do.  They offered you no proof as to what was gifts, what was

13   loans and what was actual income.  Other than anything in

14   some old tax returns they gave or the letters, there's

15   absolutely no evidence to prove beyond a reasonable doubt

16   that these weren't what Rose classified them as in her

17   letters to her accountant, loans.

18             Well, how about Jude Deveraux?  Didn't she say

19   well, in this year I gave Rose $500,000 for her services?

20   No.

21             As a matter of fact, she denied she paid Rose

22   anything for her services, even though Rose paid tax on that

23   in the years that she got paid for services.  Jude said it

24   was all money that I gave to her that she was obligated to

25   give back to me.

```
 1                  Rose would contest that, or at least the letters
 2       from the accountant would contest that.  Part of it Rose, you
 3       see, considered it as income, part of it loans, and part of
 4       it gifts.  But let's assume that in this case maybe Jude
 5       decided to tell the truth.  And I'll get into Colin Powell
 6       and Brad Pitt in a minute.
 7                  If she did and it was money she gave to Rose,
 8       expecting to get it back, and Rose intended to pay her back,
 9       then it's all loans and none of it is taxable, and their
10       whole income tax case goes bye-bye, because they haven't
11       proved it beyond a reasonable doubt.  Unless they can prove
12       she intended to steal it all, then it would be income.
13                  Now, Jude said Rose gave me the money -- I gave
14       Rose the money, she promised to return it.
15                  They played a tape for you.  Jude says, what about
16       the money you promised to give back to me?  Are you going to
17       give back?  What does Rose say?  Yes, I'm going to give it
18       back.  Jude says, how much was it?  10 million?  20 million?
19       Rose basically says I don't know.  Whatever it is, I'm going
20       to pay it back.  And she -- there's no evidence that she was
21       lying, that she didn't intend to pay it back.  She doesn't
22       have to prove that she intended to pay it back.  They have to
23       prove she didn't.  They ask her, and she says she will.  She
24       says she intends to pay her back.
25                  From that you can infer -- because it really
```

1    doesn't matter so much on the date that Jude asked her

2    whether she intended to pay it back or not, but you can infer

3    that -- you can believe that when she borrowed the money,

4    which is the time the Government said the fraud occurred,

5    that she had the intent to pay it back.  That's the crucial

6    time.

7            The same with Andrea Walker.  When she borrowed the

8    money, she signed the note, she intended to pay it back.  She

9    was trying to pay it back.  Every day she would get dunning

10   calls from now Andrea Walker, bill collector, and some of us

11   unfortunately have gotten those kind of dunning calls, and

12   you give an excuse, whatever, and finally, even though you

13   intended to pay it back when you borrow it, you say, get a

14   lawyer and sue me, or something like that.

15           Anyway -- and that's what happened with Andrea.

16           But in each of these occasions when she borrowed

17   this money she intended to pay it back, and with Jude, it's

18   evident by admitting it.

19           Now, I don't know, you know, sometimes people make

20   excuses when bill payors -- when bill collectors are knocking

21   on the door and trying to collect bills.  Maybe that thing

22   with the money getting destroyed in 9/11 in the World Trade

23   Center was an excuse that Rose was making up.  That's

24   possible.  Maybe.  Since there were vaults in the basement at

25   the World Trade Center, maybe Rose, who lived in New York for

1    part of this time, had a vault there.  You know, that's

2    speculation.  Both of those are speculation.

3            But, again, if we don't want speculation, if we

4    want fact, who has the burden of proving fact?  The

5    Government could get records, computerized records as to who

6    had vaults at the World Trade Center.  They have the burden

7    of proof beyond a reasonable doubt.  I'm speculating as to

8    what that was.  Was it just trying to avoid a bill collector

9    or was it real.  But they could have said there's no record

10   of Rose having any space, any vault, anything else at the

11   World Trade Center.  That would at least proved she was lying

12   about that.

13           There's no proof.  There's an absence of proof.

14   And that's sort of what a lot of this case is about.  We see

15   a lot of paper, we see a lot of bank records, but when there

16   was a need to corroborate things, a need to prove beyond a

17   reasonable doubt something, the Government falls short.

18           Let me give you another example of that.

19           Claude White.  I don't know what your opinion of

20   Claude was.  I don't know who Claude really is.  I know what

21   he -- how he presented himself in the courtroom, and I know

22   how Jude presented herself in the courtroom, and assuming

23   both of those presentations are a fact, I suggest to you that

24   Claude's believable and Jude isn't.  But it's for you to

25   decide.

```
 1              Jude says I knew Rose was making valid predictions.

 2   How did you know?  Because she predicted when Claude was

 3   going to sue me, and she predicted that he was going to come

 4   to the building; and he came to the building and got so angry

 5   and so violent and made such a fuss, that even a New York

 6   doorman and New York superintendent who see everything were

 7   astounded.

 8              I may be wrong, but that's what I think her

 9   testimony was.

10              Claude gets on the stand, and the Government knew

11   what Claude was going to say, because they interviewed him

12   six or seven months ago.  We established that.  He wasn't

13   subpoenaed to the grand jury, but he was interviewed.  And

14   Claude said, never happened.  The only evidence we have that

15   Rose predicted when the lawsuit was going to be filed and

16   predicted Claude was coming to the apartment and told me to

17   get out and all this happened is from where?  The mouth of

18   Jude, the mouth of Jude.  And if Jude is lying, then none of

19   that is true.

20              How do we know if Jude was lying or not?  The

21   Government knew Claude was going to say it didn't happen.  I

22   didn't make a fuss.  I went to the building, I couldn't get

23   in, I called a locksmith, they told me Jude didn't want me

24   in, the apartment was in her name, or the corporate name, and

25   I complained.  I said, yeah, it would have been nice if you
```

1    had told me before I spent a hundred dollars on a locksmith.

2            Did you do a disturbance?  Did you get upset?  Did

3    you yell and scream?  Absolutely not.

4            Well, one of them is lying.

5            I suggest from Jude's history of lying to you and

6    lying about other things, she was lying.  But the Government

7    had it in its ability either with Mr. Stack or Agent Watts or

8    the Secret Service agent in the case, just to call the

9    local -- they didn't even have to pay airfare.  Call the

10   Secret Service office, call the IRS office.

11           Yeah, I know we're in a budget crunch and

12   sequesters and everything like that, but they could have sent

13   an agent from Foley Square downtown Manhattan up to 58th

14   Street, or wherever the apartment was, and go there and say,

15   gee, are any of you folks, Mr. Building Superintendent, or

16   Mr. Doorman, any of you guys were here, or do you know the

17   people who were here back in '91?  Do you remember this

18   incident?

19           Now, they might have struck out even though doormen

20   make so much money in New York that they stay on forever.

21   But they might have struck out, or they might have been able

22   to verify what happened or didn't happen.  But they didn't

23   bother.  I have no burden of proof, they do.  They didn't.

24   They didn't try.

25           I suggest to you, ladies and gentlemen, and I

 1    started this out, and I've been rambling a little bit --

 2            THE COURT:  Fifteen minutes.

 3            MR. SCHWARTZ:  Fifteen more minutes.  Thank you,

 4    Your Honor.

 5            You'll be done with me by five after 2:00.

 6            I suggest to you that Jude Deveraux is an excellent

 7    fantasy writer.  I've even had to read a couple of her books.

 8    I prefer Deville, but Jude Deveraux lives almost in a fantasy

 9    world.  She said to some extent her characters take over and

10    really write their own story, to some extent.  But she said,

11    well, I come back when I finish writing.  I'm not in a

12    fantasy world after that.  But I suggest that's wrong.

13            I believe that Jude, and I'd ask you to believe,

14    that the letters to Colin Powell and Brad Pitt, would any

15    reasonable person -- Jude's a college graduate, she's a

16    sophisticated person, she's traveled the world, she's lived

17    in England, she's lived in Egypt, she had a house in Italy

18    that she said she didn't own, when we found out eventually

19    through a letter of hers that she did own it, she said she

20    paid $5000 a month rent when we found out she paid $500,000

21    for her house, but that was just to repair it maybe.

22    Everybody pays half a million dollars to repair a $5000 a

23    month rental.

24            Jude is a sophisticated person.  Is she -- does she

25    really believe and expect you guys to believe that she

 1   thought she was corresponding with Colin Powell, and that

 2   Colin Powell was going to leave his wife, and, or his wife

 3   was going to die, and for some reason, even though she was

 4   divorced from Claude at that time, Claude was going to die,

 5   and Kerry and Edwards were going to get elected, and then

 6   Kerry was going to die, Edwards was going to become

 7   president, he was going to appoint Colin Powell vice

 8   president, and she and Colin Powell were going to get

 9   married, and they were going to live together in the vice

10   presidential mansion.

11        Is that real or is that fantasy?  Colin Powell's a

12   great American, and I suggest -- well, that's irrelevant, but

13   Colin Powell -- I don't suggest to you that she really

14   believed that.

15        And with Brad Pitt, Brad was going to leave Jolie

16   and go and get involved in a relationship with Jude, who

17   would be in another body, and was going to transfer her

18   essence to another body.  Did she believe that?  Was that

19   real, or was that just fantasy going back and forth between

20   Rose and Jude as -- and I've used the word exercise, and

21   maybe that's wrong, but helping her to feed her creative

22   spirit, helping her to interrelate with somebody to help

23   build stuff for her novels.

24        You may ask, other than wanting to torture us as

25   members of the jury, why did Schwartz put these books into

```
 1    evidence?  Well, if you skim these books or look at them,
 2    you'll see a lot of the stuff, you know, Brad Pitt's
 3    mentioned in one of them, but you'll see out of body
 4    experiences.  One book talks about a 200-year-old dead person
 5    who has transferred his essence to another being, and you'll
 6    see that in the book.  You'll see angels and spirits and all
 7    of that stuff in there.
 8             And this whole spirit transfer, all of these things
 9    I suggest to you are not the visions of a sick mind, because
10    I don't suggest she has a sick mind, although I think she has
11    a persecution complex, but a fantasy writer living in
12    fantasy.  And you'll look at some of the books, if you would,
13    and I think you'll see that those themes are there.
14             And by the way, you know how with Charlie Stack she
15    picked his brain and got information from him for one of her
16    books, some of it appears in Scarlet Nights, and then there's
17    some later books that I asked her about.  I really almost had
18    to pull teeth to get her to admit that one of the heros of
19    the books -- well, he's not really a hero -- was a Fort
20    Lauderdale police detective, but I finally got her to say
21    that.
22             But if you look through the earlier books, the
23    books from the early '90s, '93, '94, through about '97, when
24    she and Rose were together and Rose was helping her as her
25    assistant, you'll see that Rose provided her with a lot of
```

1   information about the occult, about the spirit world, about

2   psychics and about transferring lives, about reincarnation,

3   you know, people coming back from earlier lives, and she used

4   that in her book.  And that's why she gave Rose a lot of

5   gifts.  That's why mostly the salary was for helping her as

6   her assistant.  I think you can reasonably believe that the

7   gifts and also the loans came from the fact that Rose was

8   helping her with information from her writing.

9          Now, is that just speculation by me?  Remember

10  Claude testified?  Remember he said early on when Jude had

11  left him and he was trying to get in touch with her and he

12  couldn't get in touch with her, the checks from the company

13  and the personal bank account, even though it was a New York

14  bank, was still coming to their permanent address in New

15  Mexico.

16         And it was his habit, because he helped in the

17  business, to look at the checks.  And he opened and saw one

18  check to Joyce Michael, and he didn't know who Joyce Michael

19  was, and the two reasons he remembered it, one, because it

20  was an unusual amount, $40,000, and, two, on the memo it said

21  research.  And that's why he remembered it, because he did

22  their research with Jude.  They never hired anybody for

23  research.

24         Joyce was helping Jude -- I use Joyce at that point

25  because the check was to Joyce Michael.  But Rose was helping

1     Jude with research and information regarding the books.

2          Ladies and gentlemen, if you look at all of the

3     evidence, I believe or I suggest you can reasonably believe

4     that the Government hasn't proved beyond a reasonable doubt

5     that Rose took money from any of her five clients listed

6     there under false pretenses, not intending to pay that money

7     back.  They haven't proved she didn't intend to pay it back

8     in.  In virtually all these cases she either started to pay

9     back, paid part, paid interest, paid credit card bills or

10    agreed that she would pay it back.  And only when she got

11    frustrated with Andrea Walker did she finally say sue me, but

12    she intended to pay it back and she paid the interest.

13         So I only have about six and half minutes, I guess,

14    or seven minutes.

15         I'd like you to go back into the jury room.  The

16    Judge will tell you you have a duty to deliberate.

17    Deliberate means talk with each other, exchange ideas, see

18    where each of the people are coming from and try to reach a

19    verdict that everyone can agree with.  Your verdict, the

20    Judge will tell you, has to be unanimous.  You all have to

21    agree as to each count, and I think there are 14 counts in

22    this indictment, whether Rose is guilty or not guilty.

23         There's a count of conspiracy to commit mail fraud,

24    there's a mail fraud count, count of conspiracy to commit

25    wire fraud, a batch of wire fraud counts.  There's a

```
1    conspiracy to commit money laundering and money laundering
2    count, and then there two tax counts.
3             I would suggest to you that the Government has not
4    proven that Rose is guilty of any of those counts.
5             Now, you have a duty to deliberate.  You have a
6    duty to try to reach a verdict, a decision that's unanimous.
7    But the Judge will also tell you that you shouldn't abandon a
8    strongly held belief just because others disagree with you.
9    You shouldn't be stubborn.  You shouldn't refuse to talk and
10   discuss and try to reach something, but you shouldn't throw
11   your hands up and say, well, it's Thursday at 4:00 in the
12   afternoon, and I want to get home and I don't want to work on
13   Friday, I'm just going to give up and agree with everyone.
14            If you have a reasonable doubt as to whether Rose
15   committed these crimes, then you stick to your guns.  If your
16   persuaded by other jurors, then you can change your mind.
17            There are some special things the Judge is going to
18   tell you.  You have to commit the crimes or many of the
19   crimes in this case willfully.  That means that you had to
20   specifically intend to commit a crime.  You had to have
21   specific intent or what my law school teacher used to tell me
22   was called mens rea.  And if there was no specific intent to
23   commit a crime, if they didn't do this willfully -- and
24   listen carefully to what the Judges about willfully.  Willful
25   is a strong thing.  You have to really intend to commit the
```

1    crime.

2              Would you nudge him?  No, I'm joking.

3              And there are two different definitions of

4    willfully in the charge that the Judge is going to tell you.

5    One applies to most of the crimes of the indictment.  Another

6    one applies to the tax crimes particularly.  Because the tax

7    laws are so complicated, there's even a stronger, higher

8    burden of proving that you acted intentionally and willfully

9    in tax cases than in other cases.

10             Now, my time is approaching.  I probably could talk

11   to you for another hour or two, and you would start throwing

12   your pads and pens at me.  I remind you again when Mr. Stefin

13   gets up, and if he says something that you think I would

14   disagree with based on what I've said to you and based on the

15   evidence you've heard today, I'd ask you to think about that

16   and at least consider what I would say.

17             Then I'd also ask you to really consider the burden

18   you've taken on by becoming jurors.  Not only do you have to,

19   in deciding whether there's a reasonable doubt consider it as

20   if you were making one of the most important decisions in

21   your life.  You have to really also realize -- I'm not asking

22   for sympathy or anything like that, but your decision is the

23   most important decision in Rose's life and for the rest of

24   her life.

25             So you took on the burden.  You've sat here.

1    Really, no one's been significantly late.  No one's missed a

2    day.  You've sat here for almost five weeks and listened.

3    Now, you have to perform our duty to our country, because

4    this is the most important duty of citizenship, to be fair,

5    to be impartial jurors.

6           In the beginning I said don't hold the fact that

7    she's a Gypsy against her or think about Cher's song,

8    Gypsies, Tramps, and Thieves.  Judge Rose by herself as an

9    individual, not as a member of the Marks family.

10          Look at all the evidence.  Take your time.  There's

11   no need -- and this is a term that really applies -- to rush

12   to judgment.  Take your time, look at everything, and if you

13   have a reasonable doubt that Rose committed fraud, if you

14   have a reasonable doubt that she was a conspirator, if you

15   have a reasonable doubt that she violated the tax laws, say

16   so.

17          As to the money laundering counts, it's not money

18   laundering if the money is not dirty.  If Rose didn't know

19   that the money came from an illegal source, she can't commit

20   money laundering.

21          So look at all of the evidence, go back, vote, and

22   I hope you'll come back, whenever it is, probably sometime

23   tomorrow or whenever you want to come back, and return a

24   verdict that the Clerk can read out that says as to count 1,

25   not guilty; as to count 2, not guilty.  Count 3's

```
 1    automatically -- already been dismissed.  Count 4, not

 2    guilty.  Count 5, not guilty.  Count 6, not guilty.  Count 7,

 3    not guilty.  Count 8, not guilty.  Count 9, not guilty.

 4    Count 10, not guilty.  Count 11, not guilty.  Count 12, not

 5    guilty.  Counts 13, 14, 15, not guilty.

 6              Thank you.

 7              THE COURT:  Thank you, Mr. Schwartz.

 8              Would you like some time, Mr. Stefin?

 9              MR. STEFIN:  Can we take like 10 minutes?

10              THE COURT:  Sure.

11              Ladies and gentlemen, let's take a 10-minute

12    recess.  Don't discuss the case or form any opinions, and

13    leave your notes, and we'll see you in about 10 minutes.

14    Thank you.

15        (The jury exits the courtroom.)

16              THE COURT:  All right.  See you in 10 minutes.

17    Thank you.

18        (A recess was taken from 2:07 p.m. to 2:20 p.m., after

19    which the following proceedings were had:)

20              THE COURT:  Please be seated, everyone.

21              Ready, Mr. Stefin, or you need more time?

22              MR. STEFIN:  I think I'm ready.

23              THE COURT:  Mr. Schwartz, you ready?

24              MR. SCHWARTZ:  I have nothing else to do, Judge.

25              THE COURT:  All right.  Ms. Marks is present.
```

1    Let's bring the jury in.

2         (The jury enters the courtroom, after which the following

3    proceedings were had:)

4              THE COURT:  Welcome back, everyone.  Please be

5    seated, ladies and gentlemen.

6              All right.  Mr. Stefin, you may proceed.

7              MR. STEFIN:  Thank you, Your Honor.

8              Good afternoon.

9              I won't be as long as Mr. Schwartz, I promise you

10   that.

11             Before the closing arguments began, Judge Marra

12   told you that what the lawyers say -- to remember that what

13   the lawyers say is not evidence.  The evidence comes from the

14   witness stand and from the exhibits in this case.  And,

15   again, it is your recollection of the evidence that controls.

16   And I bring that to your attention only because Mr. Schwartz,

17   I'm not accusing him of any willful wrongdoing, but he has an

18   interpretation of the evidence, and he talked about things

19   that he thought the evidence showed; and I disagree with him

20   on a number of these points.  But, again, it's based upon

21   your recollection.

22             And if there's anything that I say that you think

23   is mistaken, according to the evidence, then go back among

24   yourselves, and 12 minds can recall things better than one,

25   your notes, those of you who have taken notes, can confirm

```
 1    some of the information we furnished, and some of the
 2    documents will confirm or not the information that I'm
 3    furnishing to you.
 4           But, again, it's your recollection, not --
 5    obviously not my interpretation and not Mr. Schwartz's
 6    interpretation.
 7           Now, early on in his closing, Mr. Schwartz
 8    suggested that there was no evidence of a conspiracy.  And it
 9    is true, we never captured conversations that took place
10    between this Defendant and Nancy Marks and Cynthia Miller and
11    Vivian and Rosie, but as with all evidence and all
12    determinations of this sort, you can base your verdict, and
13    the Court will instruct you about circumstantial evidence,
14    and there was a substantial amount of circumstantial evidence
15    showing that these people, these Defendants -- and I refer to
16    the Defendant with her family members as defendants, because
17    as you know, they were all arrested.  These Defendants were
18    working together to accomplish this scheme.
19           And, again, the Court will instruct you as to the
20    definition of a conspiracy, but it essentially just means
21    it's an agreement by two or more persons to do something that
22    the law forbids.  An agreement, again, is not something that
23    has to be formal, it's not something in writing, it can be a
24    tacit understanding.  It's a partnership basically for
25    criminal purposes.
```

1          So what evidence, briefly, do we have to show that

2    there was a conspiracy, that these folks were acting in

3    concert?  That is, acting together?

4          Well, first of all, we know from the beginning that

5    these are all family members, close family members.  And if

6    you remember from my chart, we know the sons, the

7    daughters-in-law, the daughter, the granddaughter, the

8    sister, Victoria, AKA Janice Johnson, AKA Victoria Somers.

9    We know that these family members from time to time all

10   resided under the same roof.  A number of them were living at

11   1319 Seminole Drive at the time at least the search was

12   executed.

13         We know that the daughters-in-law and Rosie and

14   Vivian, they were all in the same business and trade, the

15   fortune-telling business.  We know that they all operated out

16   of the same establishments.  The 21 West 58th Street was one

17   that was mentioned a number of times that they all worked out

18   of, and that one or more of them was seen there at the same

19   times.  I believe the testimony even when a victim was

20   seeing, say, I believe it was Nancy, AKA whatever her name

21   was, Jennifer saw that the Defendant was there at that time.

22         But we also know that that premise that was used by

23   the daughters-in-law was rented by this Defendant under that

24   fictional name Joyce Michael with her fictional husband, John

25   Michael, and that she paid the rent on it and that she --

1   that was her establishment that was being utilized by her

2   family members.

3          We also know that the Defendants made very similar,

4   not identical, but depending on the client and depending on

5   which codefendant was involved, they made very similar

6   misrepresentations to their clients.  And I went through the

7   list in the beginning of the case, you know, the gift from

8   God and speaking to the angels and the curse would come out,

9   or negativity.  You know, the same format, more or less.  And

10  there were some differences.

11         For example, not every time did the victim -- was

12  the victim initially told that the money would be cleansed

13  and then returned.  We know that that wasn't always the

14  opening line.

15         We do know that they told them they would hold on

16  to the money, they would keep it safe, they would do certain

17  rituals or get energy from it.  In some instances they told a

18  couple of victims early on, but then it changed, that the

19  money had to be a sacrifice.  That meant it was going to be a

20  donation down the road.  And the victims were led to believe

21  that this was something necessary to, again, cleanse this

22  curse or this negativity, that the money would be donated.

23  But they always reassured and assured the victim that the

24  money was not for their personal use.

25         All of these things are false pretenses.  They got

1    money from these victims under these false pretenses.

2    Setting aside this whole idea of whether or not psychic

3    ability exists, no evidence that this Defendant or her

4    daughters-in-law or granddaughter or sister, no evidence that

5    any of them had psychic ability, but setting that all aside,

6    the fact that they asked people for money, which they said

7    they were going to keep safe and that they were either going

8    to donate or return back to them when the quote-unquote work

9    was complete, and that alone is a misrepresentation, a

10   fraudulent pretense.  And the other pretense is that the~--

11   the false pretense is the fact they assured them that the

12   money was not for personal use.

13          And we know from the last few days of the trial,

14   when we went into the financial information, what a lie that

15   was, because as quickly as this money came into these bank

16   accounts and the bank account of this Defendant, it was

17   flying out the door.  And it was flying out to Peter Wolofsky

18   and to the car dealership, and it was -- most of it was

19   flying out in cash, the cash withdrawals from the casino, and

20   from Mary Guardia, who, according to the tax documents, was

21   identified as a person whose checks were being cashed for the

22   purpose of gambling.

23          So there was never, never, never any intent to keep

24   this money safe, to hold it for a ritualistic purpose and

25   then give it back to these victims.  And that was what they

1    were relying upon when they were sucked into this scam.

2          Getting back to the conspiracy part of this, the

3    same types of misrepresentations, the use of the fictitious

4    name Joyce Michael.  Defense counsel suggests, well, that's

5    because there was a sign on the door that said Joyce Michael,

6    so clients would expect to meet with Joyce Michael.

7          Well, that makes as much sense as the law office

8    analogy that because there's a law office sign that says Fred

9    Schwartz, that anybody who works for him in his office would

10   then represent themselves as Fred Schwartz because anybody

11   who goes in there must think that they're dealing with Fred

12   Schwartz.

13         Fictitious name, Joyce Michael.

14         And we know that this fictitious name was a benefit

15   to these Defendants by virtue of the fact that that person

16   doesn't even exist.  Clients of this Defendant for 30 years,

17   was it, 17 years, several years, they thought that this

18   person was their~-- the closest confidant; and they didn't

19   even know what her real name was, after all those years.

20         But it was a benefit in another way.  You heard

21   about, from the witness Ms. Florendine, the lady from Canada,

22   who in the 1990s was fleeced.  She thought she was dealing

23   with Joyce Michael; and she filed a lawsuit in New York, and

24   that was in the 1990s.  I think it was around 1998 she found

25   a lawyer that would handle the case for her, and she got a

1    judgment against Joyce Michael.  And you know how far that

2    got her.  That piece of paper was worth the print that it was

3    written on, because there was no Joyce Michael that even

4    existed.

5         And there was testimony that that case even hit the

6    newspapers.  There was articles in the New York papers about

7    that case.

8         Does anybody really believe that this Defendant was

9    unaware of the fact that her daughter-in-law was using Joyce

10   Michael's name on clients and was actually even sued and a

11   judgment of $180,000 was entered and then Joyce Michael just

12   kind of, poof, disappears into thin air?

13        And then of course the other piece of evidence

14   about this being a conspiracy that they're working together

15   is the fact that with respect to all the witnesses we called

16   in this case, and you heard there were other victims, as

17   well, but the ones that were called in this case, every one

18   of them at some point or another sent money to somebody

19   posing as Joyce Michael, who turned out to be Nancy Marks.  I

20   think they also used the name Kate Michael at one time, one

21   of them.

22        Every one of them, ultimately, some money and

23   sometimes substantial amounts of their money, ended up in the

24   bank account of this Defendant.  And like I said before, we

25   know what happened to that money when it hit the bank

```
 1    account.
 2            In fact, Sue Abraham, who is the victim of Nancy
 3    Marks, she gave, I believe it was a total of -- and Nancy
 4    Marks, who said she was Joyce Michael, she gave over the
 5    course of the time that she was under the spell of this
 6    fraud, approximately $285,000 in wires.  And of that, almost
 7    all of it, $265,000 of that money went into the Joyce
 8    Michael, Inc. bank account, which was, again, controlled by
 9    this Defendant.
10            Now, the victim didn't understand the distinction
11    because she thought she was dealing with Joyce Michael, so it
12    wasn't unusual or unnatural for her to wire money to Joyce
13    Michael, Inc.
14            And we also know that the money was shared in many
15    ways.  We sat through those charts.  We saw the time that
16    money came in from Jacob Soendergaard and it went to Vivian,
17    and, of course, using a fictitious name.  And that money
18    immediately came out and was used to purchase vehicles or pay
19    down on a vehicle, and some of the money went directly to the
20    Defendant, Rose Marks.
21            And we also know that on occasions they would hand
22    off clients to one another.  The big one being Andrea Walker,
23    who started out with Nancy Marks, AKA Kate Michaels, who
24    said, oh, this has gotten too big, you know, I need to give
25    it to, I believe she called it her mother, who can handle
```

 1    these more complicated matters.

 2            And I believe it was Gary Tschetter who started,

 3    when he went into the shop, and that was in Fort Lauderdale,

 4    he met Cynthia Miller, and after, I think it was one visit

 5    she said, well, I have a very special treat for you, I have

 6    somebody really special for you.  And she was right, it was

 7    really special; and she turned him on to the Defendant, Rose

 8    Marks.

 9            And, by the way, it wasn't really the way defense

10    counsel portrayed it.  It wasn't like they would hand off a

11    client and then disappear from the scene, because if you

12    recall, with Andrea Walker, after she was transferred over to

13    the Defendant, she continued and maintained some contact with

14    Nancy.

15            I think you recall that tape, and I don't have the

16    exhibit number before me, but it was the tape where Andrea is

17    asking in a very mild and meek voice -- now, she's

18    cooperating with law enforcement at this point in time, but

19    you can just tell from her tone of voice what kind of

20    personality she has.  She's still very proper with respect to

21    the Defendant, she's not making any accusations, do you think

22    it would be possible for me to get my money back.  I mean,

23    she was really -- I believe she was portraying her true

24    emotions, that she was just hoping she would get her money

25    back.  And she was strung along and strung along for a period

1   of time, and then in the end when the Defendant had enough of

2   her, she said you're not getting any money back, sue me.

3   Bang.  Hang up.

4        And after that, though, if you recall, Andrea

5   speaks to Nancy again, and Nancy has this whole story, oh, I

6   don't know what's wrong with my mom, she has all this

7   negativity she's took on for herself.  I hope you recall this

8   conversation.  You know, I think the negativity's been too

9   much for her, and we just don't know what's wrong with her,

10  and I'm going to -- let me try to work it out, act as the

11  intermediary on her behalf.

12       So they're still in this thing together.  Nancy

13  didn't walk away from this thing.

14       And that's a -- by the way, I do have them marked

15  as Government's exhibit 111-6, where Nancy tells Andrea that

16  Joyce is surrounded by evil, because she's taking on all this

17  evil, you know, to fight the witch who's trying to get her

18  claws into the estate of her deceased husband by having an in

19  vitro baby, you know, Joyce has been taken over.  These folks

20  are working together.  There's ample evidence on the

21  conspiracy.

22       Now, I want to focus mostly in the short period of

23  time that I have, to talk about some -- to reply to some of

24  the things defense counsel said.  And I want to start with

25  Gary Tschetter because the defense attorney described Gary

1   Tschetter as a genuine nice guy, I guess he said, but he was

2   basically a happy client or satisfied client of the

3   Defendant.

4          Well, until he had realized he was being scammed,

5   he thought the Defendant was a spiritual advisor who was

6   communicating with higher beings and was performing the

7   spiritual work on his behalf to unite him with this woman

8   that he loved and wanted to get back with.  I mean he thought

9   he had a relationship with this woman such that he was at her

10  house, and I think he even said he called her mom.

11         But all during the time that he knew her and

12  thought he had this close relationship with this woman, he

13  didn't even know what her real name was.  And he didn't even

14  know he was being scammed until he found out there was an

15  arrest.  And his first reaction when he saw -- Mr. Bardfeld

16  had said, his first reaction when he saw the house apparently

17  looked like it had been penetrated, you know, the police had

18  broken in, he was afraid that his money had been stolen out

19  of the house because he believed that she was holding on to

20  his money like she had represented to him, and that it might

21  have been stolen.

22         Now, defense counsel says that the Defendant got

23  into financial problems and quote-unquote borrowed money from

24  Gary Tschetter.  Like this was just a loan.  I mean, I got

25  some problems paying my bills this month, could you loan me a

1   few hundred thousand dollars.

2           Of course, it wasn't like that because he paid over

3   time like all these victims paid over time.

4           But that wasn't Mr. Tschetter's testimony.  He

5   didn't think he was loaning the Defendant money to do with

6   what she wanted and then have some kind of repayment

7   schedule.  He believed he was entrusting his money to her for

8   this spiritual work.  And this is true with other victims, as

9   well.  There's a big difference between a meeting of the mind

10  where somebody's loaning something to somebody and the other

11  person understands that they'll get it back or we'll get it

12  back.  It will be repaid over time, for example.

13          But that's not what the agreement was in this case.

14  This is not a loan as that word is commonly understood, and

15  His Honor will instruct you a little about what a loan means.

16  But the one thing it does mean is that the two parties to

17  this transaction must be in agreement that this is money

18  being lent.

19          You know, if I let somebody borrow my car, one

20  could use the -- in a vernacular say, I've loaned him my car,

21  but what I've really done is I've entrusted him with my car

22  and I expect him to give it back.  When it turns out that he

23  takes my car across the country or I find out that he sold my

24  car, that wasn't the agreement.  I've been ripped off.  I've

25  been defrauded.  Would I go to the police and file a police

1   report?  You bet I would.  That wasn't a meeting of the

2   minds.

3          And it's the same thing with this money.  These

4   people did not loan -- there were a couple of times where

5   they asked for short loans, short time loans, and I think

6   there was evidence that they paid those short-term agreements

7   back on a couple of occasions, small sums of money.  But

8   these large sums of money were not understood to be a loan by

9   the victims in this case.

10          With Gary Tschetter, he was told that the money was

11   needed for energy and it would be returned, and that was the

12   basis why he gave this money.  And because he trusted this

13   Defendant.  He trusted Mom.

14          You know, time and time again you want to know more

15   about the psychological makeup of people who become victims,

16   and I'll talk about that a little bit more down the road.

17          For some reason he had an attachment to her, he

18   trusted her.  She was taking his money that she was going to

19   hold onto.

20          Now, what happened ultimately with respect to the

21   money?  He was wanting to get it back, and he was trying to

22   get his money back, and he needed it back for his business at

23   one point in time.  And he kept asking her for it, and asking

24   for her it, and we can't really tell what kind of tone of

25   voice he ultimately used, but in the end this Defendant wrote

1   him back a check for $66,000, and as you heard, she then gave

2   him a month later another $14,000.

3         He gave about $250,000, and he did get back about

4   $80,000.

5         But where did that money come from?  From the

6   charts, we know that that money was simply money that came

7   from another victim, Andrea Walker.  Money came in to this

8   Defendant's bank account on one day, and a couple days later,

9   I think it was over a hundred thousand dollars, maybe a

10   couple hundred thousand.  But then one or two days later,

11   Gary Tschetter, you know, harassing her perhaps for this

12   money, she gives him a portion of it back.  And then he

13   becomes calmed down.  Again, it reassures him.  It makes him

14   believe that his money is safe and will come back eventually.

15         So to believe the defense attorney's version of

16   this, that this was just a simple loan transaction between

17   his client and Gary Tschetter, you would basically have to

18   disbelieve Gary Tschetter and what he understood and what his

19   conversations were with this Defendant.

20         Mr. Schwartz talked about Deanna Wolfe.  And,

21   again, this is a lady who, for many, many years was caught up

22   in this alternate reality universe that had been created by

23   this Defendant.  And if you recall, you know, again, we

24   talked about it a little bit.  When she went to see a psychic

25   and met the Defendant, who she knew for 30 years as Joyce

1  Michael, she was struggling in her own life in this on

2  again/off again relationship with this man by the name,

3  coincidentally, Will Rose.  Coincidentally, because the name

4  Rose made her believe that that was somehow connected to the

5  money she was sending.

6          And we learned that the boyfriend had his own

7  problems, besides not being there, you know, for her.  You

8  know, he had alcohol problems.  And this Defendant

9  initially -- and this is a woman who didn't have a lot of

10  money.

11          Now, we obviously had the testimony of people who

12  are well off.  Jude Montassir was making a lot of money.

13  Even Ms. Walker came -- you know, had -- family had money

14  from the sale of that castle.  But this is a lady who really

15  didn't have much, and she's in her 70s and she's still

16  working for the same accounting firm.

17          She said she was told initially by Joyce Michael

18  that she needed $800 as a fee and she would help her get her

19  life on track.  And she said, I believe her testimony was

20  that was about all the money she had to get started.

21          And the representations that the Defendant made to

22  her over time, again, just like the Codefendants, you know,

23  she claimed she had contacts with spirits, that she channeled

24  spirits.  She named Michael the Archangel as the spirit that

25  she channeled.  She told the victim about curses that existed

1    from the victim's prior generations.  Same story, you know,

2    the money is needed for the sacrifices.  The Defendant told

3    her that the amount of the money, the figures were directed

4    by Michael.  He would tell her how much was necessary.  And

5    she was told time and time again that the money would come

6    back to her.  And this woman, who didn't have that much

7    money, was induced to borrow, take cash advances from her

8    credit cards, to take out a loan from I think it was called

9    The Money Store or something like The Money Store.

10         Over time, she inherited a couple of pieces of

11   property, and she was induced by this Defendant, she was

12   instructed -- and, again, talking about being under

13   somebody's spell, this Defendant really took over her

14   financial life and was telling her what to do with her money

15   and what to do with her properties.  And she was instructed

16   and followed the instructions -- you know, who's instructing

17   her -- well, she believed -- this was a religious lady who

18   reads her Bible and believes in the spirits.

19         She thought this was communication through God,

20   through the higher beings.  So she followed the instructions,

21   and she sold her properties.  And what did she do with the

22   bulk of the money?  She would be instructed that she had to

23   turn it over to Joyce Michael because, again, there was

24   negativity.  But don't worry, this money will come back to

25   you once the work has been completed.

```
 1              But this relationship lasted for so long, because
 2    unlike other people who might have run out of money at some
 3    point and then that would be the end of the relationship,
 4    because once they've dried you up, once they've vacuumed all
 5    the money away from you, they have no need for you anymore.
 6    But in this case, lucky for the Defendant, this woman, Deanna
 7    Wolfe, had an older lady, woman friend who was like her
 8    mother, she said.  A woman who never had any children of her
 9    own, a woman who had inherited her own money, and she was
10    induced to borrow large sums of money from this woman in
11    order to continue the alleged work that this Defendant was
12    performing for her.
13              And apparently, her friend didn't ask a lot of
14    questions, but did let her borrow these hundreds of thousands
15    of dollars, this woman, Joanne Barnes, if you recall.  And if
16    you recall -- and this happened with other victims, as
17    well~-- the Defendant basically instructed her if she needed
18    to, that she should lie to her friend Joanne and tell her
19    that the money was needed to buy property, and also, that it
20    was okay to lie because this was in the spiritual work.
21              Well, when you get someone else to lie to get money
22    from them, that third party under false pretenses, that's a
23    fraud, as well.  Even though the intermediary party, the
24    person in the middle, Ms. Wolfe, didn't understand the
25    implication --
```

```
 1              MR. SCHWARTZ:  Objection.

 2              THE COURT:  Overruled.

 3              MR. STEFIN:  And if you recall, this Defendant,

 4    before her father died, Ms. Wolfe's father died and he had a

 5    little bit of money, she tried to get the victim, Ms. Wolfe,

 6    to get money from her father and told him (sic) to tell him

 7    that you needed to purchase some property, as well.  And in

 8    this instance if you recall, the father said he didn't have

 9    the money and he refused.

10         But nevertheless, Ms. Wolfe, under this alternate

11    reality universe created by this Defendant, went ahead and

12    lied on behalf of this Defendant to her own father to try to

13    get more money because she thought that this was essential

14    for her happiness, to lift the curse, the negativity, and

15    that it would all come back, as this Defendant assured to her

16    over and over again.

17         And, again, with respect to Ms. Wolfe, the

18    Defendant reassured her that this money was not being spent.

19    In fact, if I'm not mistaken, I think it was this witness who

20    had asked her, what are you doing with all my money, what are

21    you spending it on, and the Defendant said, I'm not spending

22    this money.  Complete lie.

23         And if you recall, on top of all of that, she then

24    gets this victim to allow her to be placed under both the

25    real name, Rose Marks, who she didn't understand was the
```

 1   Defendant, who was Joyce Michael, but she gets credit cards

 2   issued for her, and Ms. Wolfe is not using these cards, but

 3   the Defendant's using the cards.  And in the beginning, the

 4   understanding was that the Defendant would pay off these

 5   credit cards as they became due, and for a period of time

 6   that happened.  She did pay off the American Express and so

 7   forth.  But then at some point in, I think it was around

 8   2005-2006, the Defendant stopped paying.  And guess who was

 9   held liable for the bill for the outstanding debts?

10          And Ms. Wolfe again was in a bind, and she tried to

11   reach the Defendant, and this was a time I think when the

12   Defendant claimed she was dealing with her sick husband.  But

13   she was stuck with over $60,000, I believe.

14          Ultimately, I know I have my sequence wrong, it may

15   have been a smaller amount initially, but in the end it was

16   something like $60,000 that the Defendant had stopped paying

17   on, basically leaving it up to Ms. Walker to deal with the

18   credit card companies.

19          And I again want to remind you that it wasn't just

20   money that this Defendant and her family members would induce

21   people to send.

22          In this instance, the Defendant asked her to send

23   her mother's silverware.  Now, there's some testimony or

24   questions by Mr. Schwartz about whether this was really bona

25   fide silverware or not, but this was her mother's silverware.

1    And again, she was told that she needed to send it because

2    this was part of the work, this was part of the energy.  And

3    you know what, and she never got that back until the police

4    found it, the law enforcement found it and recovered it at

5    the search.

6            And you know what hurt her the most, though,

7    ironically, besides all this money and the silverware?  I

8    think she talked about the family photographs that she was

9    told to send that was supposedly needed for the work, and

10   she's never gotten that back, never recovered.  But she ended

11   up giving Rose Marks, who she thought was Joyce Michael,

12   hundreds of thousands of dollars, and the book -- in evidence

13   with respect to Deanna Wolfe and the bank records document,

14   at least $500,000 that she gave over this time.

15           So this concept by the defense that this was all

16   just a loan that she intended to pay back is really, really

17   not supported by the evidence in this case.

18           I mean, you would have to believe that Ms. Wolfe,

19   despite her meager financial situation, would go around

20   borrowing money from other people and pulling out the cash

21   advances so that she could help Joyce Michael because Joyce

22   Michael was hard up for some funds from time to time.

23           And then we have Sylvia Roma, who Mr. Schwartz says

24   is a liar because she didn't reveal the fact that there was

25   more going on in her life that she let on.  And maybe that's

1   true.  Maybe when she went into that psychic shop that day it

2   really didn't dawn on her that there was some really deep,

3   deep problems or issues or concerns.  But the one thing this

4   case proves is that this Defendant and the daughters-in-law

5   and the others do have a particular talent and that talent is

6   figuring out and finding the weak spot, or the weakness in

7   somebody's personality and then exploiting it.

8            And I think it took very little time for the

9   Defendant posing as Joyce Michael, to learn that this woman,

10  who had never been married, never had children, had no love

11  life, that these were very important things to her.

12           She was also a woman who was very sensitive about

13  her own family.  She talked about the fact that she was sort

14  of the emotional and financial support for other family

15  members.  And she had some good jobs in the healthcare

16  industry.  She made good money.  And it sounds like she spent

17  a lot of it helping out her own family.

18           So she meets, sort of on a lark, not because she

19  was in an emotional turmoil like some of the other victims,

20  like Ms. Walker, but she walked in there on a lark and then

21  came to be convinced by this Defendant that she was a

22  psychic.  The stories that the Defendant told her over

23  time -- not the first meeting, of course, but over time was

24  that she worked with the Government, she worked with the FBI

25  in solving cases, lots and lots of stories.  And Ms. Roma

```
 1    believed it.  Her personality was such that she believed

 2    this.

 3                She was told, Ms. Roma was told by the Defendant,

 4    that she, herself, Sylvia Roma, was put on this earth as a

 5    vehicle for God to help her family and to rid the family of

 6    this curse which she told her about, as well.  So there was

 7    the curse.  I think it was referred to as the Italian curse,

 8    the Malook.  So she had heard of that, so she was led to

 9    believe there was this curse, and it affected members of her

10    family, and that she, Silvia, was the instrument that had to

11    rid the family of this curse.

12                And she was told over time that the money, again,

13    the root of all evil had to be given, and it was needed

14    temporarily to build an energy field to protect her and the

15    family.

16                And the Defendant reassured her time and time again

17    that the money was only being held temporarily, that it was

18    not for personal use, that the money was going to come back.

19    And based on these false pretenses, she turned over money

20    time and time and time again.

21                Again, the psychology of this is difficult to

22    explain, but this woman thought that this was what she needed

23    to do to protect herself and protect her family.  And part of

24    it is the psychology of how this Defendant and family members

25    approach these victims.  They would have the sense of urgency
```

 1    from time to time.  They would call them up and say there was

 2    something critical going on, you need to send me X amount of

 3    dollars right now.  I mean, these people would be not knowing

 4    whether to come or go, run to the bank, pull money out of the

 5    401k.  These people are leading a life of confusion, and

 6    they're falling into this belief that because they're dealing

 7    with an emissary of the higher spirits that they have to do

 8    this, and that the money is going to come back.

 9           But as we know from the scheme, which is part of

10    the scheme, which is that you start out with one amount or

11    one representation, and then when you see that the person is

12    hooked, you keep it going.  So time, after time, after time,

13    just as with other victims, there would be a phone call, I

14    need more money, the negativity is worse than I anticipated,

15    or there's some event that just went on in the person's life,

16    because as you go through life there are ups and down, and

17    every time there's a down moment, it's like, well, the

18    negativity needs more money, and I assume the up moment is,

19    well, the work is -- it's working.  So keep it coming, keep

20    it coming.

21           And when any one of these people, including Sylvia

22    Roma, would protest and ask when it's going to end, the

23    representation would always be, it's soon, it's going to be

24    soon.  And the other representation, you can't quit now,

25    we're almost there.  If we quit now, the work will become

```
 1    undone.  Again, the fear factor, you know, and the belief
 2    system.
 3         And then the belief -- the fear of not believing.
 4    Because if they ever came to their senses in the middle of
 5    this, they would realize that they had lost all this money.
 6    And I think there's a belief system that comes into effect,
 7    that you don't want to believe that, so the alternative is to
 8    believe that this is real, and I just have to keep going
 9    until I get all my money back.
10         And, of course, the isolation.  With Ms. Roma, she
11    testified about it, and so did others.  Which is, don't
12    discuss -- you shouldn't discuss this with other people,
13    because they'll interfere with the work.  They sure will.
14    They sure would interfere with the work if they knew that she
15    was basically giving up her life's savings for this
16    Defendant.
17         And you recall that Ms. Roma as convinced that she
18    had to go out and purchase things.  She had to go out and
19    purchase all these gold coins, hundreds of thousands of
20    dollars -- more than a hundred thousand dollars in gold coins
21    because the gold was a special, you know, metal that was
22    needed, the purest metal needed for energy.  And we've heard
23    that from other victims, as well.
24         So when he calls her a liar, consider her testimony
25    in the light of the other testimony of the other witnesses in
```

1    this case.  Because when witnesses corroborate one another,

2    when you hear what sounds like an outlandish story from one

3    person, but then you hear it from a second person, and a

4    third person and a fourth person, that has an effect on your

5    consideration of whether the first person was telling you the

6    truth or not.

7         For example, the whole World Trade Center thing,

8    which I want to get to right now, which is, she gets all this

9    gold together, and she's told she has to rush it to New York

10   and get it to her because something's come up and the gold is

11   needed for energy.  And she goes out and buys all these coins

12   and she rushes -- she gets on a plane and flies it to New

13   York.  And the Defendant's not even available to see her, so

14   she hands it over to someone at the office.  And I think it

15   was one or more occasions that she was asked to supply more

16   gold coins.

17        So is it the defense position that those were just

18   loans, she was just loaning the Defendant gold coins?  The

19   Defendant had promised that it would be returned when the

20   work was completed, so does that make it a loan, so it's just

21   a civil matter?

22        Well, what happened after 2001?  Actually, it was

23   like a year later.  The Defendant tells her that she needs to

24   see her right away, something important, and she flies to

25   meet with her.  I can't remember if it was New York or down

 1    in Fort Lauderdale.  Fort Lauderdale?  Thank you.

 2         She flies down to meet with the Defendant to find

 3    out what was so important.  And the Defendant tells her,

 4    well, I'm really sorry to tell you this, but all the money

 5    and coins that you gave me, you know, all these years,

 6    they're all gone.  They were lost in the World Trade Center.

 7    And as crazy as that is and that sounds, this woman believed

 8    it.  She believed it.  And I think she testified she started

 9    to cry and carry on, but the Defendant said, don't worry,

10    don't worry, I have lots of wealthy clients.  Some of them

11    could give me money.  I'll make it up to you down the road.

12         Ultimately, this is a woman who refinanced her

13    house, depleted her 401k because she thought that's what she

14    had to do.

15         And then finally with respect to Ms. Roma, the big

16    liar the defense counsel says she is, the Defendant induced

17    her to send a bunch of her jewelry to her saying, again, what

18    jewelry do you have, I need that for energy, send it to me.

19    And Ms. Roma, you know, under this alternate universe

20    reality, goes through her jewelry and actually makes an

21    inventory.  Because, again, I'm just going to hold it

22    temporarily, I'm going to give it back to you at the end.

23         So she sends her a box.  She mails it to her.  It

24    had an inventory list of her jewelry because she wanted her

25    jewelry back.  She was entrusting her with it.  She wasn't

 1    loaning it to her to do with what she wanted to do with it.

 2          And we know the story on the jewelry.  We know that

 3    about a year later -- and my months could be off, but it was

 4    a period of time after she had sent this jewelry, law

 5    enforcement found some of her jewelry in the house.  I

 6    believe it was in either the bedroom or the bathroom safe or

 7    in the closet.  Your recollection on where they found it

 8    would apply.  But what happened to the rest of her jewelry?

 9    That's the first question.  This was jewelry that was

10    supposed to be entrusted and supposed to be returned.

11          So I think she identified 35 or 36 pieces out of

12    the 55.  But what happened to the rest?  And does that answer

13    the question, like where did all this jewelry that was seized

14    at the house come from, to begin with.  The three quarters of

15    a million dollars-worth of jewelry that the law enforcement

16    seized from the residence and from the New York location?  Is

17    this kind of a clue to where this jewelry came from, that it

18    came from other victims of this Defendant and family members,

19    or was it purchased by this Defendant and family members from

20    money received by the fraud?

21          There were certainly no inventory lists that were

22    found at the search.  So if, in fact, this jewelry was going

23    to be returned to Ms. Roma, how would this Defendant have

24    been able to identify it to give it back to her?

25          And, again, Ms. Roma lost close to $800,000.

```
 1          But defense counsel wants you to believe that it's

 2   her, it is she, Ms. Roma, that's a liar because his questions

 3   were not agreed to by the witness.

 4          Isn't it a fact you have an alcohol problem?  No.

 5   Is he suggesting that she does because he asked that

 6   question?  Isn't it a fact you were stalking this man Randy?

 7   No.  But there was this incident where you went to his house.

 8          This is a woman, again, a woman seeking love,

 9   seeking security, led to believe by this Defendant that this

10   guy Randy was her soulmate, by the way.  So it created this

11   fictional world for her, and then she -- whatever, she goes

12   to the house and finds out that he got married, that this

13   whole world that was created by this Defendant was a fiction.

14          But defense counsel wants to say she's lying

15   because she didn't acknowledge that she was stalking him.

16          Then we have Jude Montassir.

17          Based on the length of her cross-examination, you

18   would think that the case rose or fell on the testimony of

19   Ms. Montassir.  She was obviously an important witness.  She

20   was the victim who lost the most amount of money.  But she

21   was one out of 10 or 11 victims who testified in this case,

22   just one.  And it only became such a big deal because of the

23   fact that unlike the others, this woman had some celebrity,

24   some notoriety, status as an author.

25          Defense counsel suggested Ms. Montassir lives in a
```

```
 1   fantasy world and that she doesn't know the truth from the

 2   untruth.

 3          Well, I have to agree that she did live in a

 4   fantasy world for quite a period of time, and it was a

 5   fantasy world that had been created by this Defendant posing

 6   as Joyce Michael that let her believe that there was all

 7   these elements and events that are taking place in the world

 8   beyond her sight and that this Defendant had the ability to

 9   control events in her life.  And, yeah, that was a fantasy

10   world.

11          And, again, the psychology of that would require

12   more time than I have to give this afternoon, but

13   Ms. Montassir told you and testified, and it's not even

14   disputed that she in the beginning was in an emotional state

15   which she described as suicidal.

16          Now, whether or not her belief system, what was

17   created for her, her belief that Claude White was the

18   embodiment of evil, which this Defendant fed to her and

19   encouraged that belief system and created in her a fear that

20   one might acknowledge was probably an irrational fear, but,

21   again, what goes on in the minds of victims is really

22   difficult to understand.

23          The analogy that I would draw from your own

24   experiences in life is when you hear about people that are

25   victimized in domestic abuse situations, but you find out
```

 1   that despite the abuse, whether it's physical or emotional

 2   abuse, they stick with the abuser.

 3          What is the psychology of that?  Everybody on the

 4   outside would say what the heck's wrong with you, move out,

 5   you know, divorce the SOB, you know.  But there's a

 6   psychology there.  And I thins -- strike that.

 7          The evidence may suggest that Ms. Montassir really

 8   does have a victim personality, and despite her desire to be

 9   free from the control of what she believed to be a

10   controlling husband, perhaps she had the need to be

11   controlled anyway, and she found that that was satisfied or

12   solved by this Defendant controlling her life.

13          But as Mr. Bardfeld had pointed out, if you think

14   that this was all made up, that she's just some good liar,

15   listen again to the tape-recorded conversations that she had

16   with this Defendant where they discussed some of the very

17   same topics she had told the agents about, the fact that she

18   had this belief system that she was dealing with --

19   communicating with Brad Pitt, the fact that she had given all

20   this money to the Defendant that was supposed to be returned.

21          Listen to those tapes again and decide for

22   yourselves if that doesn't corroborate a lot of what she had

23   testified about.

24          And Mr. Stack, you know, it's not his opinion that

25   controls, it's your opinion.  But he was asked if he believed

```
 1    her, and he said he did.  And this is a police officer with

 2    many years of law enforcement experience.

 3              And, again, don't base your verdict because law

 4    enforcement believed her.  It's your decision.

 5              But apparently, she's such a good liar that she

 6    could pull one over on the police that were involved in this

 7    case, as well.

 8              The defense's suggestion is that the money that was

 9    given to her was given to the Defendant by Ms. Montassir over

10    the years.

11              Well, it was all sorts of things.  I think I heard

12    in the opening argument, which, again, is not evidence, but I

13    thought in the opening statement defense counsel said this

14    was -- money that she had earned as her consultant in helping

15    her in her life and in writing books?

16    A    But of course that doesn't play very well because if

17    these were fees that she had earned over the years, the next

18    question is, did you pay taxes on it?  And the answer is, as

19    we know is no.

20              So now that the fee idea has morphed into, well, it

21    was really loans, and as proof of the loans is the fact that

22    she at one time told one of her accountants that it was a

23    loan.  And y'all are supposed to accept that as proof there

24    was no crime because she said it was a loan so therefore it

25    was a loan.
```

```
 1                 It doesn't really work that way.

 2                 THE COURT:  You have 15 more minutes.

 3                 MR. STEFIN:  Thank you, Judge.

 4                 Can I have five minutes of Mr. Schwartz's time?

 5                 THE COURT:  I already gave you five additional

 6     minutes based on Mr. Schwartz's using five additional

 7     minutes.

 8                 MR. STEFIN:  No, I'm just kidding.

 9                 Now, I forgot where I was.

10                 MR. SCHWARTZ:  You were saying -- no.

11                 MR. STEFIN:  The suggestion was that this money was

12     a loan, and then he suggested maybe it was a gift because she

13     had told the previous accountant for a previous year that the

14     money she got from Ms. Montassir was a gift.

15                 So it's, choose from the column here.  It's income,

16     it's not income because it's a loan, but it's not a loan

17     because it's a gift, and then in the end he said it's all

18     three.  And you're supposed to sort it out based on what the

19     Defendant had told her accountant.

20                 Well, in 2007, I believe it is -- in one of the

21     years she said it was a loan, and that was March 28th, 2003,

22     and this was in the accounting documents, this was the one

23     where she claimed she got from Ms. Montassir, 483,000, but

24     claimed that 300,000 of it was a loan.  Okay.  Well, that's

25     what she said.  But actually, the evidence in this case from
```

1   the other witnesses on the financials was that in that year

2   she actually received more than $1.1 million from

3   Ms. Montassir.  So regardless of how she thought about it,

4   she wasn't providing the accountant with the correct

5   information to begin with.

6           If you don't believe Ms. Montassir, then ask

7   yourself about what's up with Debbie Von Beulen?  This is a

8   lady who's a friend of the Defendant who acknowledges she's

9   not a victim, although she gave the Defendant over a hundred

10  thousand dollars and still expects to get it back.

11          But nevertheless, Ms. Von Beulen, if you recall,

12  Government's exhibit 512, I'm not going to start projecting

13  it again, but this was the Priority Mail package that she had

14  sent, which had Ms. Montassir's address and her personal

15  information, bank account information, and Ms. Von Beulen

16  actually acknowledged and admitted that she had access to

17  Ms. Montassir's bank account on the telephone and that she

18  was posing as Brad Pitt in this fictional exercise.

19          Now, maybe Ms. Von Beulen believed that because she

20  said that's what she was told by the Defendant.  So it's not

21  out of the question.  But we know that that wasn't the case.

22          And the whole Colin Powell thing.  If you wanted to

23  look at the exhibit, the letter.  It's interesting.  106-5 is

24  the letter that Ms. Montassir wrote on August 12th of 2005 to

25  a person she thought was Colin Powell.  I mean, is it crazy

1   that she thought she was dealing with Colin Powell?  Not in

2   the universe that she was operating in and not based on the

3   belief system that had been driven into her by this

4   Defendant.  But if you read the letter, you can see that it's

5   a chatty letter.

6          She complains, she talks about her personal, you

7   know, things.  She asks questions about Mr. Powell.  She

8   seems to be responding to questions he had asked in previous

9   correspondence.  She complains a lot about the Defendant,

10  Joyce Michael, taking all her money.  That's kind of

11  interesting.  And this is all years before, actually a year

12  and a half before, two and a half years before she's found in

13  the hotel room.

14         So look at that letter in conjunction with the

15  testimony she gave, if you think that she was a liar.

16         But the most chilling piece of evidence with

17  respect to Ms. Montassir is this Will that she was induced to

18  make making Cynthia Miller the beneficiary of her estate.

19         And you'll see in the evidence, Government's

20  exhibit 106, the copy of the Will, the original that she

21  didn't have anymore, and a copy of Cynthia Miller's birth

22  certificate that was given to her so she could put the

23  correct information in her Will.  Here's a lady who has

24  family of her own, maybe estranged from them, and her version

25  is she was told that Ms. Miller -- and again, it's the

1    spiritual transfer thing which sounds crazy as heck, except

2    that there are other witnesses who said similar things were

3    told to them.

4          The Jennifer Hill tapes, she was being told on tape

5    that this boyfriend, Les, who was the love of her life that

6    was supposed to be her soulmate, that his spirit would be

7    transferred to Brian.  Brian who was somebody she had made

8    up.  So this transfer thing, you know, she believed it.

9          And take a look at this Will, believing that

10   Cynthia Miller would take over her spirit when she died, and

11   she was told that she was going to be near death, and she

12   should be planning for it so she could then be united with

13   her son.

14         You know what, when she started off she was kooky.

15   When she started off with this Defendant.  But after 2005 or

16   '6 when her son died, as far as her personality and as far as

17   her ability to think logically and clearly, I suggest to you

18   she didn't have it anymore.  And that was when large sums of

19   money, those last couple of years that you see larger and

20   larger sums of money being sucked out of -- from

21   Ms. Montassir.

22         And the idea that these were just loans or gifts.

23   We've demonstrated to you that in those years and for several

24   of these years, the amount of money she was giving to this

25   Defendant even exceeded even her own income.  So she thought

1   she was loaning this woman money or that she was giving it as

2   gifts or she was giving it as fees for her services, more

3   than a hundred percent of her own income?  Now, that's crazy.

4   As crazy as this case is, that is crazy.

5           How much time do I have, Your Honor?

6           THE COURT:  Seven minutes.

7           MR. STEFIN:  I'm going to spend about seven more

8   minutes with you.

9           I already talked about -- and defense counsel

10  talked about that the gift, the loan, the agreements that

11  there's no evidence to contradict it.  Well, could be

12  evidence that contradicts it is that she lied to her own

13  accountant.  She didn't tell him about all the bank accounts

14  and she didn't tell him about the money that went to third

15  parties.  She didn't tell him about things that she got as in

16  kind -- like gold.  These are gold coins.  That's money, as

17  well.

18          But the defense counsel wants you to believe that

19  she didn't know the difference, and therefore, she's not

20  guilty of evading taxes.  Well, you know, he suggests that

21  tax law is very complicated, and it can be, and that's why

22  people have accountants sometimes to help them prepare their

23  tax returns.  But this concept is not complicated, which is

24  if you lie to your accountant who's preparing your tax

25  returns and he files a false return based on those

1    misrepresentations, that's a false tax return that you're

2    responsible for.

3                 And in 1990 -- I believe it was 2007.  In 2007,

4    when she told her accountant that she didn't have any income

5    that year, no business income, she didn't mention the fact

6    that she had received close to $2.2 million from Jude

7    Montassir.  She didn't say it was a loan.  She didn't say it

8    was a gift.  She didn't say anything about it.  Didn't say

9    that it happened at all.

10                And, you know, just one last thing about Montassir.

11   The whole idea that Sylvia Roma was told that her money had

12   been destroyed in the World Trade Center, that sounds pretty

13   outlandish, and more outlandish if somebody believed it.  But

14   the Defendant said the same thing to Jude Montassir on tape.

15   And she talked about Brad Pitt.  We've got that last tape in

16   thanks to Mr. Stack, who has somewhat of a photographic

17   memory, and recalled the conversations they were talking

18   about Brad.  Oh, I haven't talked to Brad in a few months.

19   This was playacting?

20                She didn't know that Ms. Montassir was not in her

21   clutches anymore.  In fact, they were -- she had lost her

22   gold mine.  She had lost her piggy bank, and they were

23   desperate.  That's why they were trying to track her down.

24   That's why they hired investigators to track her down.  And

25   there's no evidence -- strike that.

```
 1              So in the end, ladies and gentlemen, there's
 2    overwhelming evidence that these people were victimized in
 3    the way they described.  They were lied to multiple times.
 4    They were induced to lie to others on multiple occasions.
 5              Sue Abraham being told to tell her husband that she
 6    needed money for her own independence, when all the money was
 7    going to Nancy Marks.
 8              There's no issue that for the wire fraud and the
 9    mailing fraud counts that -- wow, thank you.
10              How much time do I have?  Five?
11              THE COURT:  I was wrong.  I told you seven earlier,
12    and I was wrong.  You had more.  So you have five more.
13              MR. STEFIN:  Five minutes?
14              MR. SCHWARTZ:  Give him another 10, Judge.
15              MR. STEFIN:  There was -- probably the most
16    significant piece of information that I wanted to impart to
17    you that I almost overlooked.  And that is, when you're
18    getting into this issue and argument by defense counsel about
19    the alleged loan agreement between Andrea Walker and Joyce
20    Michael, now it's true that Ms. Walker was told that, you
21    know, she was going to get her money back, and whether it was
22    Ms. Walker who suggested it or the Defendant who suggested
23    it, she entered into -- she prepared this what looks like a
24    loan agreement.
25              And this would be a bona fide loan agreement if the
```

1    intent was that she was loaning her money for any purpose

2    that the Defendant wished to use it, but I've already told

3    you that that's not the understanding that Ms. Walker had.

4    She was led to believe that this money was needed for the

5    work to rid her of the evil witch.

6           But let me just point out what nobody seems to have

7    made much of an issue of except Mr. Stack who mentioned it.

8    This is a bogus loan agreement.  This is a loan agreement

9    entered into between Ms. Walker and somebody by the name of

10   Joyce Michael.  Joyce Michael is a fictitious person.  She

11   doesn't exist.  The Defendant gets a notary to sign -- to

12   notarize her signature as Joyce Michael.

13          What was Ms. Walker supposed to do with this piece

14   of paper if she had decided to file a lawsuit?  Get a

15   judgment like Ms. Florendine did for the amount of money

16   against Joyce Michael?  What property did Joyce Michael own

17   when Ms. Walker -- lawyer -- she contacted a lawyer to see if

18   she had some remedy, legal remedy, and they said, no, the

19   house you described, that's owned by someone named Rose

20   Marks, who she was told was, I think, the mother-in-law.

21          But this is a bogus loan agreement, and it just

22   underscores the fact that this Defendant never had any

23   intention of repaying this money, and it wasn't enforceable.

24   And then in the end she says, you know what, in that

25   conversation, get a lawyer, sue me.  Because she knew that

1    she couldn't be touched because she had signed it under a

2    bogus false pretense.

3            So I would suggest to you, if there's nothing else

4    that I've left out, that the evidence overwhelmingly

5    establishes the offenses.  As far as the wire fraud counts,

6    the defense has stipulated that all these wire fraud

7    transactions took place, so you're welcome to go through the

8    records.  There's actually a summary book on those wire

9    transactions, but that's not the issue.  The issue is whether

10   these people were lied to, whether they were deceived,

11   whether they gave money on false pretenses.  The answer is

12   yes as to all of those.

13           The money, the proceeds of this fraud, was utilized

14   by the Defendant to purchase items and to conceal the

15   whereabouts and the origination of the money, the hundreds of

16   thousands of dollars to Victoria Eli, her sister, under

17   different names.  That's money laundering, the money

18   laundering conspiracy; and her failure to report the money

19   that was received by fraud.  Those are the two tax counts.

20           On behalf of the United States of America, I would

21   ask you to find this Defendant guilty as charged of this

22   indictment.

23           Thank you.

24           THE COURT:  Thank you, Mr. Stefin.

25           All right.  Ladies and gentlemen, I'm now going to

1    read you the instructions on the law that you must follow and

2    apply in reaching your decision.  Again, as I mentioned, a

3    copy of these will go back to the jury room with you for you

4    to consider and study more carefully, if you choose to,

5    during your deliberations.

6           Members of the jury, it's my duty to instruct you

7    on the rules of law that you must use in deciding this case.

8    After I've completed these instructions, you will go to the

9    jury room and begin your discussions, what we call your

10   deliberations.

11          You must decide whether the Government has proved

12   the specific facts to find the Defendant guilty beyond a

13   reasonable doubt.

14          Your decision must be based only on the evidence

15   presented here.  You must not be influenced in any way by

16   either sympathy or prejudice for or against the Defendant or

17   the Government.

18          You must follow the law as I explain it, even if

19   you do not agree with the law; and you must follow all of my

20   instructions as a whole.  You must not single out or

21   disregard any of the Court's instructions on the law.

22          The indictment or formal charge against the

23   Defendant isn't evidence of guilt.  The law presumes every

24   Defendant is innocent.  The Defendant does not have to prove

25   her innocence or produce any evidence at all.  A Defendant

1    does not have to testify, and if the Defendant chose not to

2    testify, you cannot consider that in any way while making

3    your decision.  The Government must prove guilt beyond a

4    reasonable doubt, and if it fails to do so, you must find the

5    Defendant not guilty.

6          The Government's burden of proof is heavy, but it

7    doesn't have to prove a defendant's guilt beyond all possible

8    doubt.  The Government's proof only has to exclude any

9    reasonable doubt concerning the Defendant's guilt.  A

10   reasonable doubt is a real doubt based upon reason and common

11   sense after you've carefully and impartially considered all

12   the evidence in the case.

13         Proof beyond a reasonable doubt is proof so

14   convincing that you would be willing to rely and act on it

15   without hesitation in the most important of your own affairs.

16   If you are convinced that the Defendant has been proved

17   guilty beyond a reasonable doubt, say so.  If you are not

18   convinced, say so.

19         As I said before, you must consider only the

20   evidence that I have admitted in the case.  Evidence includes

21   the testimony of the witnesses and the exhibits admitted.

22   But anything the lawyers say is not evidence and isn't

23   binding on you.  You shouldn't assume from anything I may

24   have said that I have any opinion about any factual issues in

25   the case.  Except for my instructions to you on the law, you

1    should disregard anything I may have said during the trial in

2    arriving at your own decision about the facts.

3         In considering the evidence, you may use reason and

4    common sense to make deductions and reach conclusions.  You

5    shouldn't be concerned about whether the evidence is direct

6    or circumstantial.  Direct evidence is the testimony of a

7    person who asserts that he or she has actual knowledge of a

8    fact, such as an eyewitness.  Circumstantial evidence is

9    proof of a chain of facts and circumstances that tend to

10   prove or disprove a fact.  There's no legal difference in the

11   weight you may give to either direct or circumstantial

12   evidence.

13        When I say you must consider all of the evidence, I

14   don't mean that you must accept all the evidence as true or

15   accurate.  You should decide whether you believe what each

16   witness had to say and how important that testimony was.  In

17   making that decision, you may believe or disbelieve any

18   witness in whole or in part.  The number of witnesses

19   testifying concerning a particular point doesn't necessarily

20   matter.

21        To decide whether you believe or do not believe any

22   witness, I suggest that you ask yourself a few questions:

23        Did the witness impress you as one who was telling

24   the truth?

25        Did the witness have any particular reason not to

1    tell the truth?

2          Did the witness have a personal interest in the

3    outcome of the case?

4          Did the witness seem to have a good memory?

5          Did the witness have the opportunity and the

6    ability to observe accurately the things about which he or

7    she testified?

8          Did the witness appear to understand the questions

9    clearly and answer them directly?

10         Did the witness' testimony differ from other

11   testimony or other evidence?

12         You should also ask yourself whether there was

13   evidence that a witness testified falsely about an important

14   fact, and ask whether there was evidence that at some other

15   time a witness said or did something, or didn't say or do

16   something that was different from the testimony the witness

17   gave during the trial.

18         But keep in mind that a simple mistake doesn't mean

19   that a witness wasn't telling the truth as he or she

20   remembers it.  People naturally tend to forget some things or

21   remember them inaccurately.  So if a witness misstated

22   something, you must decide whether it was based on an

23   innocent lapse of memory or an intentional deception.  The

24   significance of your decision may depend upon whether the

25   misstatement is about an important fact or about an

1     unimportant detail.

2               As to counts 2, 4 through 10 and 12 and 13 -- and

3     you'll recall that there's no longer a count 3.  That's been

4     dismissed -- it's possible to prove the Defendant guilty of a

5     crime even without evidence that the Defendant personally

6     performed every act charged.

7               Ordinarily, an act -- any act a person can do may

8     be done by directing another person or agent, or it may be

9     done by acting with or under the direction of others.

10              A Defendant aids and abets a person if the

11    Defendant intentionally joins with the person to commit a

12    crime.

13              A Defendant is criminally responsible for acts of

14    another person if the Defendant aids and abets the other

15    person.  A Defendant is also responsible if the Defendant

16    willfully directs or authorizes the acts of an agent,

17    employee or other associate.

18              But finding that a Defendant is criminally

19    responsible for the acts of another person requires proof

20    that the Defendant intentionally associated with or

21    participated in the crime, not just proof that the Defendant

22    was simply present at the scene of a crime or knew about it.

23              In other words, you must find beyond a reasonable

24    doubt that the Defendant was a willful participant and not

25    merely a knowing spectator.

1          You will see that the indictment charges that a

2    crime was committed on or about a certain date.  The

3    Government doesn't have to prove that the crime occurred on

4    an exact date.  The Government only has to prove beyond a

5    reasonable doubt that the crime was committed on a date

6    reasonably close to the date alleged.

7          The word "knowingly" means that an act was done

8    voluntarily and intentionally and not because of a mistake or

9    by accident.

10         Except as to counts 14 and 15, which have a

11   separate definition which I'll read to you later, the word

12   "willfully" means that the act was committed voluntarily and

13   purposely, with the intent to do something the law forbids;

14   that is, with the bad purpose to disobey or disregard the

15   law.  While a person must have acted with the intent to do

16   something the law forbids before you can find that the person

17   acted willfully, the person need not be aware of the specific

18   law or rule that her conduct may be violating.

19         The indictment charges 14 separate crimes, called

20   counts, against the Defendant.  Each count has a number.

21   You'll be given a copy of the indictment to refer to during

22   your deliberations.

23         Count 1 charges that the Defendant knowingly and

24   willfully conspired to commit mail fraud or wire fraud in

25   violation of Title 18 of the United States Code, Section

1  1349.  Count 11 charges the Defendant with conspiring to

2  commit money laundering, in violation of Title 18 of the

3  United States Code, Section 1956(h).

4          Count 2 charges mail fraud in violation of Title 18

5  of the United States Code, Section 1341.  Counts 4 through 10

6  charge wire fraud in violation of Title 18 of the United

7  States Code, Section 1343.  Counts 12 and 13 charge money

8  laundering in violation of Title 18 of the United States

9  Code, Section 1957.  And counts 14 and 15 charge willfully

10  filing a materially false tax return in violation of Title 18

11  of the United States Code, Section 7206, subsection one.

12  These counts charge that the Defendant committed what are

13  called substantive offenses.  I will explain the law

14  governing those substantive offenses in a few moments.

15          But first note that the Defendant is not charged in

16  count 1 or count 11 with committing a substantive offense.

17  She is charged with conspiring to commit that offense.  And I

18  will give you specific instructions on conspiracy.

19          Fortune telling, psychic activity, beliefs in and

20  discussions about spirits, angels, past lives, reincarnation

21  or curses are not, in and of themselves, fraudulent.  In

22  order for the Defendant to be found guilty of the criminal

23  charges alleging fraudulent conduct, the United States must

24  prove that while the Defendant engaged in such activities or

25  discussed such topics, she committed acts necessary to meet

 1    the elements of each offense charged, as required by these

 2    instructions.

 3            Now, it's a federal crime to knowingly and

 4    willfully conspire or agree with someone to do something

 5    that, if actually carried out, would result in the crime of

 6    mail or wire fraud.

 7            A conspiracy is an agreement by two or more persons

 8    to commit an unlawful act.  In other words, it is a kind of

 9    partnership for criminal purposes.  Every member of the

10    conspiracy becomes the agent or partner of every other

11    member.

12            The Government does not have to prove that all the

13    people named in the indictment were members of the plan, or

14    that those who were members made any kind of formal

15    agreement.  The heart of a conspiracy is the making of the

16    unlawful plan itself, so the Government does not have to

17    prove that the conspirators succeeded in carrying out the

18    plan.

19            The Defendant can be found guilty of this

20    conspiracy offense only if all of the following facts are

21    proved beyond a reasonable doubt:

22            One, two or more persons, in some way or manner,

23    agreed to try to accomplish a common and unlawful plan to

24    commit mail fraud or wire fraud, as charged in the

25    indictment, and

1          Two, the Defendant knew the unlawful purpose of the

2    plan and willfully joined in it.

3          A person may be a conspirator even without knowing

4    all the details of the unlawful plan or the names and

5    identities of all of the other alleged conspirators.  If the

6    Defendant played only a minor part in the plan but had a

7    general understanding of the unlawful purpose of the plan and

8    willfully joined in the plan on at least one occasion, that's

9    sufficient for you to find the Defendant guilty.

10         But simply being present at the scene of an event

11   or merely associating with certain people and discussing

12   common goals and interests doesn't establish proof of a

13   conspiracy.  Also, a person who doesn't know about a

14   conspiracy but happens to act in a way that advances some

15   purpose of one doesn't automatically become a conspirator.

16         It's a federal crime to transmit something by

17   private or commercial interstate carrier in carrying out a

18   scheme to defraud someone.  The Defendant can be found guilty

19   of this crime only if all of the following facts are proved

20   beyond a reasonable doubt:

21         One, the Defendant knowingly devised or

22   participated in a scheme to defraud someone, or obtain money

23   or property using false or fraudulent pretenses,

24   representations or promises;

25         Two, the false or fraudulent pretenses,

1    representations or promises are about a material fact;

2            Three, the Defendant intended to defraud someone;

3    and

4            Four, the Defendant used a private or commercial

5    interstate carrier by causing to be deposited with the

6    carrier something meant to help carry out the scheme to

7    defraud.

8            A private or commercial interstate carrier includes

9    any business that transmits, carries or delivers items from

10   one state to another.  It doesn't matter whether the message

11   or item actually moves from one state to another, as long as

12   the message or item is delivered to the carrier.

13           A scheme to defraud includes any plan or course of

14   action intended to deceive or cheat someone out of money or

15   property using false or fraudulent pretenses, representations

16   or promises.

17           A statement or representation is false or

18   fraudulent if it is about a material fact, it is made with

19   the intent to defraud, and the speaker either knows it is

20   untrue or makes it with reckless indifference to the truth.

21   It may be false or fraudulent if it is made with the intent

22   to defraud and is a half truth or effectively conceals a

23   material fact.

24           A material fact is an important fact that a

25   reasonable person would use to decide whether to do or not do

1    something.  A fact is material if it has the capacity or

2    natural tendency to influence a person's decision.  It

3    doesn't matter whether the decision-maker actually relied on

4    the statement or knew or should have known that the statement

5    was false.

6              To act with intent to defraud means to knowingly --

7    excuse me.

8              To act with intent to defraud means to act

9    knowingly and with the specific intent to deceive or cheat

10   someone, usually for personal, financial or to cause

11   financial loss to someone else.  I think the word "gain" is

12   missing from there.  Let me read that again.

13             To act with intent to defraud means to act

14   knowingly and with the specific intent to deceive or cheat

15   someone, usually for personal financial gain or to cause

16   financial loss to someone else.

17             The Government does not have to prove all the

18   details about the precise nature and purpose of the scheme or

19   that the material deposited with the interstate carrier was

20   itself false or fraudulent.  It also does not have to prove

21   that the use of the interstate carrier was intended as the

22   specific or exclusive means of carrying out the fraud or that

23   the Defendant did the actually depositing.  It doesn't even

24   have to prove that anyone was actually defrauded.

25             What must be proved beyond a reasonable doubt is

1    that the Defendant, with the specific intent to defraud,

2    knowingly devised, intended to devise or participated in a

3    scheme to defraud substantially the same as the one alleged

4    in the indictment, and that the use of the United States mail

5    and/or an interstate carrier was closely related to the

6    scheme because the Defendant either mailed and/or deposited

7    something or caused it to be mailed and/or deposited in an

8    attempt to execute or carry out the scheme.

9            To cause the interstate carrier to be used is to do

10   an act knowing that the use of the carrier will usually

11   follow in the ordinary course of business or where that use

12   can reasonably be foreseen.

13           Each separate use of the interstate carrier as part

14   of the scheme to defraud constitutes a separate crime.

15           It is a federal crime to use interstate wire

16   communications to carry out a scheme to defraud someone else.

17   The Defendant can be found guilty of this crime only if all

18   of the following facts are proved beyond a reasonable doubt:

19           One, the Defendant knowingly devised or

20   participated in a scheme to defraud, or to obtain money or

21   property by using false pretenses, representations or

22   promises;

23           Two, the false pretenses, representations or

24   promises were about a material fact;

25           Three, the Defendant acted with the intent to

1    defraud; and

2         Four, the Defendant transmitted or caused to be

3    transmitted by wire some communication in interstate commerce

4    to help carry out the scheme to defraud.

5         The term "scheme to defraud" includes any plan or

6    course of action intended to deceive or cheat someone out of

7    money or property by using a false or fraudulent pretense,

8    representations or promises.

9         A statement or representation is false or

10   fraudulent if it is about a material fact that the speaker

11   knows is untrue or is made with reckless indifference as to

12   its truth and makes with the intent to defraud.  A statement

13   or representation may be false or fraudulent when it is a

14   half truth or effectively conceals a material fact and is

15   made with the intent to defraud.

16        A material fact is an important fact that a

17   reasonable person would use to decide whether to do or not do

18   something.  A fact is material if it has the capacity or

19   natural tendency to influence a person's decision.  It

20   doesn't matter whether the decision-maker actually relied on

21   the statement or knew or should have known that the statement

22   was false.

23        The intent to defraud is the specific intent to

24   deceive or cheat someone, usually for personal gain or to

25   cause financial loss to someone else.

1          The Government does not have to prove all the

2     details alleged in the indictment about the precise nature

3     and purpose of the scheme.  It also doesn't have to prove

4     that the material transmitted by interstate wire was itself

5     false or fraudulent, or that using the wire was intended as

6     the specific or exclusive means of carrying out the alleged

7     fraud, or that the Defendant personally made the transmission

8     over the wire.  And it doesn't have to prove that the alleged

9     scheme actually succeeded in defrauding anyone.

10          To use interstate wire communications is to act so

11    that something would normally be sent through wire

12    communications in the normal course of business.

13          Each separate use of the interstate wire

14    communications as part of the scheme to defraud is a separate

15    offense.

16          It is a federal crime to conspire to engage in

17    money laundering or transactions involving the proceeds of

18    specified unlawful activity, in violation of Title 18 of the

19    United States Code, Sections 1956 and 1957.

20          Under these provisions, a person who knowingly

21    conducts or attempts to conduct a financial transaction which

22    he knows involves the proceeds of specified unlawful

23    activity, with the intent to either:  One, promote the

24    carrying on of the specified unlawful activity; or, two,

25    knowing that the transaction is designed to conceal or

1    disguise the nature, the location, the source, the ownership

2    or the control of the proceeds of specified unlawful

3    activity; or, three, knowingly engages in a monetary

4    transaction in criminally-derived property of a value greater

5    than $10,000 and is derived from specified unlawful activity,

6    is guilty of money laundering.

7            A conspiracy is an agreement by two or more persons

8    to commit an unlawful act.  In other words, it is a kind of

9    partnership for criminal purposes.  Every member of the

10   conspiracy becomes the agent or partner of every other

11   member.

12           The Government does not have to prove that all the

13   people named in the indictment were members of the plan, or

14   that those who were members made any kind of formal

15   agreement.  The heart of a conspiracy is the making of the

16   unlawful plan itself, so the Government does not have to

17   prove that the conspirators succeeded in carrying out the

18   plan.

19           A person may be a conspirator even without knowing

20   all of the details of the unlawful plan or the names and

21   identities of all the other alleged conspirators.

22           If the Defendant played only a minor part in the

23   plan but had a general understanding of the unlawful purpose

24   of the plan and willfully joined in the plan on at least one

25   occasion, that's sufficient for you to find the Defendant

 1    guilty.  But simply being present at the scene of an event or

 2    merely associating with certain people and discussing common

 3    goals and interests doesn't establish proof of a conspiracy.

 4    Also, a person who doesn't know about a conspiracy but

 5    happens to act in a way that advances some purpose of one

 6    doesn't automatically become a conspirator.

 7             A transaction means a purchase, sale, loan,

 8    promise, gift, transfer, delivery or other disposition of

 9    money or property.

10             To conduct a transaction means to start or finish a

11    transaction, or to participate in a transaction at any point.

12             A financial transaction means a transaction that in

13    any way or to any degree affects interstate or foreign

14    commerce by sending or moving money by wire or other means,

15    or a transaction that in any way or to any degree affects

16    interstate or foreign commerce by involving one or more

17    monetary instruments.  The phrase "monetary instruments"

18    includes coins or currency of any country, travelers or

19    personal checks, bank checks or money orders, or investment

20    securities or negotiable instruments in a form that allows

21    ownership to transfer on delivery.

22             Interstate or foreign commerce means trade and

23    other business activity between people or businesses in at

24    least two states or between people or businesses in the

25    United States and people or businesses outside the United

1    States.

2          The term "proceeds" means any property derived from

3    or obtained or retained, directly or indirectly, through some

4    form of unlawful activity, including the gross receipts of

5    the activity.

6          The term "specified unlawful activity" means mail

7    fraud or wire fraud as alleged in the indictment.

8          The term "with the intent to promote or (sic)

9    carrying on of specified unlawful activity" means that the

10   Defendant must have conducted the financial transaction for

11   the purpose of making easier or helping to bring about the

12   specified unlawful activity as just defined.

13         The Defendant is charged in counts 12 and 13 with

14   substantive counts of money laundering, in violation of Title

15   18 of the United States Code, Section 1957.  The Defendant

16   can be found guilty of this offense only if all of the

17   following are proved beyond a reasonable doubt:

18         One, that the Defendant knowingly engaged or

19   attempted to engage in a monetary transaction;

20         Two, that the Defendant knew the transaction

21   involved criminally derived property;

22         Three, that the property had a value of greater

23   than $10,000;

24         Four, that the property was, in fact, derived from

25   mail or wire fraud; and

1             Five, that the transaction occurred in the United

2    States.

3             The term "monetary transaction" means the deposit,

4    withdrawal, transfer or exchange, in or affecting interstate

5    commerce, of funds or a monetary instrument by, through or to

6    a financial institution.

7             The term "financial institution" means a commercial

8    bank or trust company, a broker or dealer in securities or

9    commodities, an investment banker or investment company or a

10   currency exchange.

11            The term "criminally derived property" means any

12   property constituting or derived from proceeds obtained from

13   a criminal offense.  The Government must prove only that the

14   Defendant knew that the property involved in the monetary

15   transaction constituted or was derived from proceeds obtained

16   by some criminal offense.  The Government does not have to

17   prove that the Defendant knew the precise nature of that

18   criminal offense, or that the Defendant knew that the

19   property involved in the transaction represented the proceeds

20   of mail fraud.

21            Should that also say "or wire fraud"?

22            MR. STEFIN:  It should.

23            THE COURT:  Do you agree, Mr. Schwartz?

24            MR. SCHWARTZ:  Yes.

25            THE COURT:  Let me read that last sentence again.

1        The Government does not have to prove that the

2   Defendant knew the precise nature of that criminal offense,

3   or that the Defendant knew that the property involved in the

4   transaction represented the proceeds of mail fraud or wire

5   fraud.

6        Although the Government must prove that at least

7   $10,000 of the property at issue was criminally derived

8   property, the Government does not have to prove that all of

9   the property at issue was criminally derived.

10       Counts 14 and 15 in the indictment charge the

11  Defendant with filing false tax returns for the tax years

12  2006 and 2007.

13       It is a federal crime to willfully and knowingly

14  subscribe and file a false tax return or other tax-related

15  documents.  The Defendant can be found guilty of this crime

16  only if all of the following facts are proved beyond a

17  reasonable doubt:

18       One, the Defendant made or caused to be made and

19  subscribed a federal tax return, Form 1040, for the calendar

20  year in issue;

21       Two, the federal tax return contained a written

22  declaration that it was signed under the penalty of perjury;

23       Three, when the Defendant made or helped to make

24  the federal tax returns, she knew it contained false material

25  information;

1          Four, when the Defendant did so, she intended to do

2   something she knew violated the law; and

3          Five, the false matter in the tax returns related

4   to a material statement.

5          The Government has the burden of proving each of

6   these five elements beyond a reasonable doubt for each count.

7   A declaration is false if it is untrue when it is made, and

8   the person making it knows it is untrue.  A declaration in a

9   document is false if it is untrue when the document is used

10  and the person using it knows it is untrue.  A declaration is

11  material if it concerns a matter of significance or

12  importance, not a minor or insignificant or trivial detail.

13         An unlawful gain, as well as a lawful one,

14  constitutes taxable income when its recipient has such

15  control over it that, as a practical matter, she derives

16  readily realizable economic value from it.  However, gross

17  income does not include the value of property or money

18  acquired by gift, bequest, device or inheritance.

19         Additionally, property or money received from a

20  bona fide loan is not taxable.  The presence of a bona fide

21  loan is determined on the basis of all relevant facts and

22  circumstances pertinent to the advances, including the

23  subjective intent of the parties.

24         The Government does not have to show that any taxes

25  were not paid because of the false return, or that any

1    additional taxes are due.  It only has to prove that the

2    Defendant intentionally helped to file a material false

3    return which Defendant knew violated the law.  A false matter

4    is material if it -- if the matter was capable of influencing

5    the Internal Revenue Service.

6            As to counts 14 and 15, the word "willfully" means

7    that the act was done voluntarily and purposely, with the

8    specific intent to violate a known legal duty, that is, with

9    the intent to do something the law forbids.  Disagreement

10   with the law or a belief that the law is wrong does not

11   excuse willful conduct.

12           During the trial, you heard evidence of acts done

13   by the Defendant on other occasions that may be similar to

14   acts the Defendant is currently charged with.  You must not

15   consider any of this evidence to decide whether the Defendant

16   committed the acts charged now, but you may consider this

17   evidence for other very limited purposes.

18           If other evidence leads you to decide beyond a

19   reasonable doubt that the Defendant committed the charged

20   acts, you may consider evidence of similar acts done on other

21   occasions to decide whether the Defendant had the state of

22   mind or intent necessary for the crime charged, acted

23   according to a plan or to prepare to commit a crime, or

24   committed the charged acts by accident or mistake.

25           Good faith is a complete defense to a charge that

 1    requires intent to defraud.  A Defendant isn't required to

 2    prove good faith.  The Defendant (sic) must prove intent to

 3    defraud beyond a reasonable doubt.

 4            An honestly held opinion or an honestly formed

 5    belief cannot be fraudulent intent, even if the opinion or

 6    belief is mistaken.  Similarly, evidence of a mistake in

 7    judgment, an error in management or carelessness can't

 8    establish fraudulent intent.

 9            Charts and summaries were shown to you in order to

10    make the other evidence more meaningful and to aid you in

11    considering the evidence.  They are no better than the

12    testimony and the documents upon which they are based, and

13    are not themselves independent evidence.  Therefore, you are

14    to give no greater consideration to these schedules and

15    summaries than you would give to the evidence upon which they

16    are based.

17            It is for you to determine the accuracy of the

18    summary charts.  You are entitled to consider the charts,

19    schedules, and summaries if you find that they are of

20    assistance to you in analyzing the evidence and understanding

21    the evidence.

22            Typewritten transcripts of oral conversations heard

23    on tape-recordings have been received in evidence.  The

24    transcripts also purport to identify the speakers engaged in

25    the conversations.

```
 1              The transcripts have been admitted for the limited
 2    and the secondary purpose of helping you follow the content
 3    of the conversations as you listened to the tape-recordings
 4    and also to help you identify the speakers, but you are
 5    specifically instructed that whether the transcripts
 6    correctly or -- whether the transcripts correctly reflect the
 7    content of the conversations or the identity of the speakers
 8    is entirely for you to decide based upon your own evaluation
 9    of the testimony you have heard about the preparation of the
10    transcripts, and from your own examination of the transcripts
11    in relation to hearing the tape-recordings themselves as the
12    primary evidence of their own content.
13              If you determine that the transcripts are in any
14    respect incorrect or unreliable, you should disregard them to
15    that extent.
16              You've been permitted to take notes during the
17    trial, and most of you, perhaps all of you, have taken
18    advantage of that opportunity.  You must use your notes only
19    as a memory aid during your deliberations.  You must not give
20    your notes priority over your independent recollection of the
21    evidence, and you must not allow yourself to be unduly
22    influenced by the notes of other jurors.  I emphasize that
23    notes are not entitled to any greater weight than your
24    memories or impressions about the testimony.
25              Each count of the indictment charges a separate
```

1    crime.  You must consider each crime and the evidence

2    relating to it separately.  If you find the Defendant guilty

3    or not guilty of one crime, that must not affect your verdict

4    for any other crime.

5         I caution you that the Defendant is only on trial

6    for the specific crimes charged in the indictment.  You're

7    here to determine from the evidence in this case whether the

8    Defendant is guilty or not guilty of those specific crimes.

9         You must never consider punishment in any way to

10   decide whether the Defendant is guilty.  If you find the

11   Defendant guilty, the punishment is for the Judge alone to

12   decide later.

13        Your verdict, whether guilty or not guilty, must be

14   unanimous.  In other words, you must all agree.  Your

15   deliberations are secret, and you'll never have to explain

16   your verdict to anyone.  Each of you must decide the case for

17   yourself, but only after fully considering the evidence with

18   the other jurors.  So you must discuss the case with one

19   another and try to reach an agreement.  While you are

20   discussing the case, don't hesitate to reexamine your own

21   opinion and change your mind if you become convinced that you

22   are wrong, but don't give up your honest beliefs just because

23   others think differently or because you simply want to get

24   the case over with.

25        Remember that in a very real way you are judges,

1    judges of the facts.  Your only interest is to seek the truth

2    from the evidence in the case.

3             Now, when you go to the jury room, you should first

4    choose one of your members to act as your foreperson, and the

5    foreperson will direct your deliberations and will speak for

6    you here in court.

7             Now, we've prepared a verdict form for you to fill

8    out, and it's fairly straightforward.  It says:  We, the

9    jury, find the Defendant, Rose Marks, and then it has each of

10   the counts that you are to consider, one through 15, with

11   three, count 3 is eliminated, and there are spaces after each

12   count for you to choose which of the two verdicts or

13   decisions you come to, either guilty or not guilty.

14            So as you go through and you -- once you've reached

15   unanimous agreement on any particular count, have the

16   foreperson fill it out, check the appropriate space, and when

17   you've completed it, have the foreperson sign and date the

18   verdict form, both print and sign the verdict form by that

19   foreperson.

20            But, again, it's pretty straightforward, and you'll

21   have the indictment with you to be able to refer back to to

22   see which count relates to which charge.

23            So as I said, you should take the verdict form to

24   the jury room.  When you've all agreed on a verdict, have it

25   filled out, sign and date it, and then return it to the

```
 1    courtroom.

 2              Now, if you wish to communicate with me at any

 3    time, please write down your message or question and give it

 4    to the courtroom -- the court security officer.  Someone will

 5    be outside the jury room.  If you have a question, let him

 6    know or her know, and they'll bring it to me, and we'll

 7    consider the question.

 8              But at any time you communicate with me, do not

 9    tell me what your voting is or what your -- how your -- if

10    you've -- like if you're 12 to two -- I mean 10 to two or six

11    to six, we don't want to know any of those numbers.  If you

12    have a question, write the question down.  Don't tell us any

13    numerical division at any time with respect to any of the

14    counts unless you've reached a unanimous decision one way or

15    the other.

16              Now, if you do have a question, I cannot just read

17    it myself and write an answer and give it back to you.  I

18    have to consult with the parties about what the question is

19    and determine an appropriate response.  So it may take us

20    some time to get together, consider the question, and get

21    back to you.  So please don't feel we're ignoring you.  We'll

22    get back to you as soon as we can.

23              And as I said, it's not just a simple question of

24    me writing an answer and handing it right back in.  I have to

25    consult with everyone about the appropriate response.
```

```
 1              So those are the instructions that you need to
 2    follow and apply in reaching your verdict.  A copy, as I
 3    said, of the instructions with -- I have to make some
 4    corrections.  As you saw, we had a few.
 5              Is there an issue, Mr. Stefin?
 6              MR. SCHWARTZ:  May we approach for a moment?
 7              THE COURT:  Yes.
 8         (The following proceedings were held at sidebar:)
 9              MR. STEFIN:  Two issues.  Juror number 1 --
10              THE COURT:  I assumed that was no longer an issue.
11              MR. STEFIN:  Just the verdict.
12              THE COURT:  I thought we had decided that there was
13    insufficient evidence to think that she had done anything
14    improper, and that because we had gotten or received back
15    from the maintenance staff an indication that the drains were
16    actually stuffed with debris, and that was, you know,
17    possibly a cause of the sink being overflowing.  So I thought
18    that was what we had decided.
19              But if you both all want to make an issue of it, I
20    guess we can discuss it.
21              MR. SCHWARTZ:  I don't believe it's an issue, and
22    I'd like to -- I think the jurors sat attentively, listened,
23    and followed through.  There have been no other incidents and
24    no problem occurred.  I would leave it the way it is.  If
25    after the verdict Your Honor wants to inquire, I don't think
```

```
 1     it's necessary even then, but that's obviously everybody's

 2     choice.

 3             MR. STEFIN:  My feeling is, I don't know.  I mean,

 4     yes, there could have been debris, but that doesn't explain

 5     how the faucets were left turned on on two sinks and

 6     overflowing both sinks.  My only concern is this.  We've come

 7     to the end of the case.  We have three alternates.  Nobody

 8     was lost.  Why take a chance that there was some type of

 9     personality defect or disorder with respect to a juror, it's

10     uncertain whether or not she caused this incident to occur,

11     when we have alternate jurors that could sit in.

12             Again, I agree with Mr. Schwartz that, you know, I

13     don't know, you know, anything more about her since then, and

14     there haven't been any more incidents, but it doesn't give me

15     complete comfort that there might not be some problem.

16             I don't think the jurors at this point know who the

17     alternates, who they are as far as being alternates or not.

18             THE COURT:  No, they shouldn't know.

19             MR. STEFIN:  We didn't pick them that way.  So the

20     Court has the ability to just simply say that you may not

21     know this, but there were three alternates, and the three

22     alternates are A, B, and C.

23             THE COURT:  Well, that's what I'm going to do.

24             MR. STEFIN:  But it could be her without it being

25     an indication that she's been selected.
```

```
1              MR. SCHWARTZ:  I would specifically object to that.

2     I think we picked that juror specifically.  I like that

3     juror, and I don't particularly care for alternate number 1,

4     and I think we have to excuse alternate number 2.  Isn't that

5     the person who was let go?

6              THE COURT:  Right.

7              MR. SCHWARTZ:  So I would ask Your Honor to

8     maintain the jury as it is.

9              THE COURT:  Actually, I'm kind of surprised that

10    this issue is being raised now.  If there was -- I thought we

11    had agreed that we weren't going to do anything about it

12    unless something new came up that gave us some concern.  If

13    you had this concern, I would have done further investigation

14    and we could have brought in the maintenance staff, we could

15    have taken evidence to determine whether or not there was any

16    real issue or if it was just a mistake.

17             That was -- my impression was that based upon the

18    report that I got the next morning, that everyone was kind of

19    in agreement to just leave things alone and see if anything

20    further developed.  Not that we were going to revisit it

21    right before the jury deliberates, starts the deliberations.

22             MR. STEFIN:  And I apologize.  And my understanding

23    is that given that piece of information, we were just going

24    to defer it and see if there was anything else that happened,

25    but I didn't know that I had decided that if there was
```

 1    nothing else that happened, we just all agree that we just

 2    leave things as they are.

 3            Again, you know, my concern is having a jury that

 4    will have the ability to return a verdict, and if it turns

 5    out that there's something amiss, that would be a real

 6    serious regret on my part.

 7            THE COURT:  Well, I certainly agree with your

 8    concern in the general sense.  That's why I brought it up in

 9    the first instance when I found out about the problem, and

10    that's why we looked into it.  But I thought that after I

11    reported back to everyone the next morning, after having

12    consulted with the marshal's office and consulted with the

13    maintenance people that there was some materials in the

14    drains that they thought were the cause of the overflow and

15    not paper towels that would have intentionally have been put

16    there to cause an overflow, I thought we had said, well,

17    let's see if -- and, you know, unless something else comes

18    up, we're going to leave things the way they are.

19            MR. STEFIN:  It was so early in the trial and it

20    was so -- there was concerns about losing other jurors.  One

21    had a family -- potential family problem, and the other

22    had -- so I thought we deferred because we just wanted to see

23    what would shake down by the end of the trial.

24            I'm sorry.  I didn't mean to put this burden on the

25    Court, but I just --

```
1              THE COURT:  Well, I'm -- I got a Defendant here now
2    who's saying he objects to excusing this juror after all this
3    time.  And, again, my understanding was we were -- we had
4    kind of all agreed to leave things be, and I think it would
5    be real risky to excuse this juror and then there's a
6    conviction and we got a real issue on appeal.
7              MR. STEFIN:  Can I just ask counsel if we have the
8    ability to negotiate, would you have -- would you find any of
9    the alternates acceptable?
10             MR. SCHWARTZ:  Well, I can be wrong, obviously in a
11   federal case it's always unlikely that there will be an
12   acquittal, but I really like the jury the way it is.  I like
13   the way the case went in, and if we excuse juror number 1 and
14   we negotiate and allow the alternate, the third alternate,
15   let's say, to become an active juror, and we agree that we
16   don't want the first alternate because the way she's acting
17   and falling asleep a couple of times during the trial, then
18   we're really left with no alternates if there's a problem
19   during the course of the deliberations.
20             I'd rather take a chance that the jury will
21   deliberate properly, and if we have to eventually substitute
22   an alternate and tell them to start deliberating again, then
23   I'm stuck with the first alternate.  But at this point, I
24   firmly oppose to excusing juror number 1, Roger.  Not to be
25   obstructionist, not to cause a problem, I just don't think
```

```
 1    that there is a rational basis to excuse that juror.

 2              THE COURT:  Is that the only thing we need to talk

 3    about?

 4              MR. SCHWARTZ:  I had one thing, but . . .

 5              MR. STEFIN:  The mention of the jewelry, physical

 6    jewelry.

 7              THE COURT:  I'm going to tell them about that.

 8              MR. SCHWARTZ:  Judge, on page 26, and the court

 9    reporter can obviously tell me if I'm right --

10              MR. STEFIN:  Right.

11              MR. SCHWARTZ:  -- I thought that when you read it

12    on the second and third sentence you said a Defendant isn't

13    required to prove good faith, and then you mistakenly said

14    the Defendant must prove intent to defraud beyond a

15    reasonable doubt, when it should have been the Government.

16              THE COURT:  All right.  I'll reread that

17    instruction.  The court reporter is saying that I did

18    misstate it.

19              MR. SCHWARTZ:  I understand it's 32 pages or more.

20              THE COURT:  I apologize for that.

21              Anything else?

22              MR. STEFIN:  I was going to make a joke, but I

23    guess it's too late for jokes.

24              MR. SCHWARTZ:  Jokes are good.

25              MR. STEFIN:  I just hate highlighting any favorable
```

```
 1    defense request, but . . .

 2              THE COURT:  But if I said it wrong --

 3              MR. STEFIN:  I know.  I know.

 4              THE COURT:  -- in favor of you --

 5              MR. SCHWARTZ:  I think he's being facetious, Judge.

 6              MR. STEFIN:  Did you have something?

 7              MR. BARDFELD:  No.

 8              MR. SCHWARTZ:  One other thing, Judge.  I assume

 9    you're going to notify them that now only those 12 will

10    deliberate, but you're going to tell the other three to hang

11    around and not talk to anybody?

12              THE COURT:  I'm not going to have them hang around.

13    I'm going to tell them not to discuss the case or read

14    anything about the case in case they're needed.

15              MR. SCHWARTZ:  And is it your intent to have them

16    start deliberating today or tomorrow morning?

17              THE COURT:  No, they should get started.

18              MR. STEFIN:  Let's do it.

19              THE COURT:  It's going to be up to them.

20              Where are we with the evidence?

21              MR. SCHWARTZ:  I think --

22              MR. BARDFELD:  I think we're close.

23              MR. SCHWARTZ:  They have one or two items that

24    they're having a discussion on, and Roger and I will solve

25    that when we get out of here.
```

 1          MR. STEFIN:  We will.

 2          THE COURT:  All right.

 3      (Sidebar conference concluded.)

 4          THE COURT:  Sorry for that interruption, ladies and

 5  gentlemen, but apparently I misread one of the jury

 6  instructions, and I need to reread it.  I apologize.  So let

 7  me find it.

 8          This is the instruction on page 26 of the packet

 9  you'll get relating to good faith as a defense to the

10  charges.  I misread one portion of it, so let me start again.

11          Good faith is a complete defense to the charge that

12  requires -- to a charge that requires intent to defraud.  A

13  Defendant isn't required to prove good faith.  The Government

14  must prove intent to defraud beyond a reasonable doubt.  An

15  honestly held opinion or an honestly formed belief cannot be

16  fraudulent intent, even if the opinion or belief is mistaken.

17  Similarly, evidence of a mistake in judgment, an error in

18  management or carelessness can't establish fraudulent intent.

19          And to the extent you may have heard me say

20  something else before, ignore that, and this is the correct

21  statement of the law on that defense.

22          All right.  So what we are going to do now is send

23  you back to the jury room.  Most of the evidence is going to

24  go back in the jury room.  We're not going to send back all

25  of that jewelry, unless you feel the need to see it.  If you,

1    as a group, feel you want to see the jewelry, we'll bring it

2    in for you to look at, but otherwise we just thought it

3    wasn't -- was probably not going to be necessary.  But,

4    again, you have the right to see all the evidence, and if you

5    want to see all the evidence and you want to see the jewelry,

6    we'll bring it in for you to examine.

7         There are tapes in evidence, and there are --

8    there's equipment in the jury room that you can use to listen

9    to the tape-recordings if you, again, want to.  That's,

10   again, up to you.

11        The -- so all the evidence other than jewelry will

12   be sent back.  The instructions, once we correct some of the

13   errors that I found when reading through them, we'll correct

14   those and send them back.  The verdict form and the

15   indictment will get sent back, as well.

16        Now, I think you all have figured out that there

17   are 15 of you, and not -- 15 people don't deliberate.  Only

18   12.  It's my unfortunate obligation now to advise some of you

19   that you spent probably five weeks of your life here for

20   maybe no reason at all other than to learn something about an

21   area you've never encountered before.

22        Now, we don't pick people to sit here for weeks

23   just for no reason, just to make your life miserable.  We do

24   it because, as you heard, there were some people here who had

25   issues with family members that might need them to be taken

```
 1    away at any time.  Some people had issues with sick family
 2    members that might have called them away.  We had individuals
 3    who had travel plans.  I think Mr. Brown has a trip on
 4    Friday.
 5              A JUROR:  Tomorrow.
 6              THE COURT:  So Mr. Brown, we needed to be concerned
 7    about that.
 8              So we need to have extra people for a trial this
 9    long, five weeks.  Lots of things can happen.  We need to
10    have people who can be available to step in if one of the 12
11    original jurors can't complete his or her responsibilities.
12              So it's my unfortunate obligation now to tell
13    Ms. Avery, Mr. Brown, and Mr. Williams, that you are our
14    alternates.  I want to thank you all for the sacrifice you've
15    made to be here for such an extended period of time.  The
16    reason I didn't tell you at the outset was, obviously, you'd
17    be sitting here very angry and to know that you're going to
18    be here all this time and you were an alternate.  You
19    wouldn't have been very happy.  You're not happy now, I'm
20    sure, but you'd be a lot more unhappy if you had known all
21    along that you were an alternate.  So that's why I didn't
22    tell you.
23              And Mr. Brown, you have obligations anyway, so I'm
24    sure you need to get on with your film-making career.
25              I am, though, however, going to ask the three of
```

1    you to continue not to discuss the case or to read about the

2    case or investigate the case, because in the event -- we

3    don't know how long the other jurors are going to take to

4    decide the case.  In the event we have one of those issues

5    that requires them to be taken away and can't complete their

6    deliberations, we can ask one or more of you to step in,

7    since you've heard the whole case, and are able, just as any

8    one of the others, to step in and deliberate with the rest of

9    the group.

10        So if you would wait 'til you hear from us about

11   whether, if the jurors reach a verdict, the other jurors,

12   we'll call you and let you know.  At that point you'll be

13   free to talk about the case, discuss it, read about it,

14   whatever.  But please wait until then, if you wouldn't mind,

15   until you hear back from us in case we need you.

16        All right.  So, again, on behalf of everyone, I

17   want to thank you for your sacrifice you've made.  I know

18   it's a tremendous amount of time, and we appreciate

19   everything you've done.

20        If I could ask you to, if you have anything in the

21   jury room, if you'd go get your personal things and then,

22   again, you're excused for now, and we thank you for your

23   efforts, and good luck to you.

24        Just leave all those items there.  Leave your notes

25   and everything.  Again, we'll keep them in case you come

 1   back, and we'll have them available for you if you need them.

 2   All right.  Thank you.

 3           If you could just wait for them to gather their

 4   things and we will send you back.

 5           Now, you know, it's almost 4:30.  I'm going to ask

 6   you to start your deliberations and get organized, and you

 7   tell us when -- if you want to keep going, it's up to you.

 8   If you want to come back tomorrow, again, it's up to you.  So

 9   talk about how you want to proceed.

10           Please, you know, don't rush into anything.  It's

11   important.  But if you want to come back tomorrow, that's

12   fine.  If you want to try and deliberate this evening and

13   until some reasonable hour -- I don't mean like 9 or 10 or

14   11:00 o'clock, I mean, something reasonable, we're willing to

15   stay and wait and see how you want to handle it.

16           But it's kind of up to you now, so once you get in

17   there, pick a foreperson and decide how you want to proceed,

18   and let us know if you want to go or come back tomorrow at

19   some particular time.

20           So, again, once they get their things, we'll start

21   sending everything back.  It may take us a few minutes to get

22   the evidence and everything back for you.

23           All right.  And you can take your notes.

24   Obviously, you can take your notes now.

25           Okay.  You can go back and begin your

 1    deliberations.  Thank you.

 2        (The jury exits the courtroom.)

 3            THE COURT:  Anything else we need to talk about on

 4    the record other than getting the exhibits ready to go back

 5    to the jury room?

 6            MR. SCHWARTZ:  I think there's two that we're

 7    talking about, and we'll finish that in the very, very, very

 8    short time.

 9            THE COURT:  All right.  So why don't you try and

10    take care of that, and then we'll go from there.

11        (A recess was taken from 4:24 p.m. to 4:41 p.m., after

12    which the following proceedings were had:)

13            THE COURT:  All right.  So why don't I bring them

14    in and instruct them how to conduct themselves, and then we

15    can deal with the evidence after.

16            Are we ready to bring the jurors in so I could

17    instruct them and excuse them for the evening?

18            MR. SCHWARTZ:  Yes, Your Honor.

19            THE COURT:  Okay.

20        (The jury enters the courtroom, after which the following

21    proceedings were had:)

22            THE COURT:  Welcome back, everyone.  Please be

23    seated.

24            All right.  Mr. Carroll, you're the foreperson?

25            A JUROR:  Yes, Your Honor.

```
 1              THE COURT:  So it's my understanding you've agreed

 2    to recess for the evening and come back tomorrow and

 3    deliberate from 9:00 to 5:00 until you've reached a verdict.

 4              A JUROR:  Correct.

 5              THE COURT:  Okay.  So my instructions to you are

 6    you cannot discuss this case with anyone, even among

 7    yourselves unless you're all 12 together in that jury room at

 8    the same time.  So if two of you or three of you walk to your

 9    car this evening, you can't talk about the case.  If five of

10    you get back here tomorrow morning and you're waiting for the

11    rest of them, you can't talk about the case.  You have to

12    wait 'til everybody's in the jury room together and then you

13    can continue to deliberate.

14              Again, try to avoid any reports about the case,

15    media reports, don't discuss it with anyone, and, again, we

16    thank you for your cooperation and your hard work in this

17    matter.  And so tomorrow morning, just go back into the jury

18    room, and once you're all there, you can start deliberating.

19    Okay?

20              All right.  So have a great evening, and we'll see

21    you tomorrow.  Thank you.

22        (The jury exits the courtroom.)

23              THE COURT:  Can we get the exhibits resolved and

24    we'll move them in?

25              MR. SCHWARTZ:  I believe we've resolved the
```

```
1    Government's exhibits.  I think, Roger, did you want to

2    withdraw two exhibits?

3              MR. STEFIN:  Sure.  At this time we would --

4              THE COURT:  Or do you want to try and find them

5    over the evening?

6              MR. STEFIN:  We'll do another search, but if

7    necessary, we'll withdraw a couple of exhibits that are

8    not --

9              THE COURT:  So we can do this tomorrow?  We need to

10   do it tonight, otherwise you're going to have to come back

11   tomorrow morning before the jury gets here.  So why don't we

12   deal with it tonight?

13             MR. STEFIN:  Judge, at this time, the United States

14   would like to withdraw Government's exhibits 206 and 221.

15             MR. SCHWARTZ:  And, Your Honor, if they find them

16   tonight and want to substitute them back in in the morning, I

17   would have no objection.

18             THE COURT:  All right.  206 and 221?

19             MR. STEFIN:  Yes.

20             THE COURT:  All right.  And you don't object?

21             MR. SCHWARTZ:  If they locate them overnight.

22             THE COURT:  You don't object to the withdrawal?

23             MR. SCHWARTZ:  I don't object to the withdrawal,

24   judge.

25             THE COURT:  All right.  So they'll be withdrawn.
```

```
 1                 And what about -- so otherwise, all the
 2      Defendant's -- Government's exhibits are in order and the
 3      defense agrees that they can go back?
 4                 MR. SCHWARTZ:  Yes, Judge.
 5                 THE COURT:  And how about the Defendant's exhibits?
 6                 MR. STEFIN:  Judge, I'm just looking at them now.
 7      They look all right, but I'll -- give me five minutes.
 8                 THE COURT:  Okay.  Let me know.
 9            (Brief pause in proceedings.)
10                 MR. SCHWARTZ:  These are the Defendant's exhibits.
11      I'm handing them up with two hands.
12                 THE COURT:  So are the Defendant's exhibits all in
13      order?
14                 MR. STEFIN:  Yes, Your Honor.
15                 MR. SCHWARTZ:  Yes.
16                 THE COURT:  So all the exhibits can go back?
17                 MR. STEFIN:  No objection.
18                 MR. SCHWARTZ:  No objection.
19                 THE COURT:  Okay.  Thank you.
20                 We'll have them all sent back, and we'll see you
21      tomorrow sometime.
22            (The evening recess was taken at 4:51 p.m.)
23                              * * * * *
24
25
```

```
 1                         * * * * *

 2                       I N D E X

 3   Defendant Rests                              19

 4   Closing Arguments

 5           By Mr. Bardfeld                      21

 6           By Mr. Schwartz                      66

 7           By Mr. Stefin                       130

 8   Court's Charge to the Jury

 9                         * * * * *

10                     E X H I B I T S

11   Defendant's Exhibits in Evidence:

12           Defendant's 72 and 73               19

13                         * * * * *

14                       CERTIFICATE

15       I, Stephen W. Franklin, Registered Merit Reporter, and

16   Certified Realtime Reporter, certify that the foregoing is a

17   correct transcript from the record of proceedings in the

18   above-entitled matter.

19       Dated this 12th day of NOVEMBER, 2013.

20

21       /s/Stephen W. Franklin
         _____
22       Stephen W. Franklin, RMR, CRR

23

24

25
```

**$**

$1 [1] 57/5
$1 million [1] 57/5
$1.1 [1] 162/2
$1.1 million [1] 162/2
$1.2 [1] 56/20
$1.2 million [1] 56/20
$10,000 [4] 86/22 184/5 186/23 188/7
$109,000 [1] 59/5
$119,000 [1] 51/10
$1200 [3] 29/21 29/24 56/18
$14,000 [2] 88/10 143/2
$140,000 [1] 59/1
$176,000 [1] 59/2
$180,000 [2] 49/15 136/11
$1900 [2] 29/18 50/23
$2 [3] 57/8 62/25 63/19
$2 million [3] 57/8 62/25 63/19
$2.2 [1] 166/6
$2.2 million [1] 166/6
$20 [1] 54/25
$20 million [1] 54/25
$200,000 [2] 87/16 103/16
$240,000 [1] 59/3 87/7
$245,000 [1] 86/19
$250,000 [2] 50/25 143/3
$2500 [1] 92/5
$263,000 [1] 59/2
$265,000 [1] 137/7
$285,000 [1] 137/6
$35,000 [1] 5/19
$3700 [1] 58/24
$40,000 [1] 124/20
$400 [1] 49/3
$485,000 [1] 110/22
$50 [1] 64/13
$500,000 [5] 58/4 75/13 115/19 121/20
149/14
$5000 [3] 42/17 121/20 121/22
$55,000 [1] 59/4
$555,000 [1] 59/5
$57,000 [1] 58/2
$60,000 [2] 148/13 148/16
$6000 [1] 34/10
$66,000 [5] 51/5 51/9 88/7 88/9 143/1
$670,000 [1] 91/23
$70,000 [1] 81/9
$75 [1] 64/13
$80,000 [2] 88/7 143/4
$800 [1] 144/18
$800,000 [2] 39/9 156/25
$90,000 [1] 47/25
$900,000 [2] 42/13 45/7

**'**

'02 [1] 113/4
'6 [1] 164/16
'80s [1] 74/14
'90s [2] 75/1 123/23
'91 [6] 105/8 105/14 105/23 108/2 108/13
120/17
'92 [4] 105/8 105/12 105/14 108/13
'93 [2] 108/14 123/23
'94 [1] 123/23
'95 [4] 86/9 105/13 105/15 109/9
'96 [1] 86/9
'97 [1] 123/23
'til [2] 206/10 209/12

**-**

-v [1] 1/5

**/**

/s/Stephen [1] 212/21

**1**

1.2 million [1] 56/19
10 [19] 8/4 11/5 11/12 14/25 43/5 65/9 79/18
111/1 111/20 129/4 129/9 129/13 129/16
157/21 167/14 174/2 176/5 195/10 207/13
10 million [1] 116/18
10,000 [1] 87/3
10-minute [1] 129/11
1040 [1] 188/19
106 [1] 163/20
106-5 [1] 162/23
10:00 [1] 13/8
10:55 [1] 65/25
11 [12] 32/21 32/23 39/22 39/24 54/17 54/24
55/6 117/22 129/4 157/21 176/1 176/16
11-80072-CR-MARRA [1] 1/2
11:00 [2] 14/25 15/1
11:00 o'clock [1] 207/14
11:05 [1] 15/1
11:13 [1] 65/25
12 [13] 56/12 79/18 111/21 129/4 130/24
174/2 176/7 186/13 195/10 202/9 204/18
205/10 209/7
12:13 [1] 93/22
12:50 [1] 93/22
12th [2] 162/24 212/19
13 [4] 129/5 174/2 176/7 186/13
13 percent [1] 112/24
130 [1] 212/7
1319 [1] 132/11
1341 [1] 176/5
1343 [1] 176/7
1349 [1] 176/1
13th [1] 43/19
14 [9] 8/24 76/14 125/21 129/5 175/10
175/19 176/9 188/10 190/6
15 [14] 8/24 11/12 13/2 56/8 65/9 129/5
161/2 175/10 176/9 188/10 190/6 194/10
204/17 204/17
15-minute [3] 12/20 13/1 13/4
15th [1] 32/10
160 [1] 58/4
17 [2] 55/1 135/17
18 [9] 1/10 175/25 176/2 176/4 176/6 176/8
176/10 183/18 186/15
185,000 [1] 110/23
19 [2] 212/3 212/12
1900 [1] 29/19
1956 [2] 176/3 183/19
1957 [3] 176/9 183/19 186/15
1980s [1] 37/25
1989 [1] 113/4
1990 [1] 74/13
1990 -- I [1] 166/3
1990s [2] 135/22 135/24
1995 [1] 106/1
1997 [1] 109/2
1998 [1] 135/24
1:00 [1] 15/17
1:00 o'clock [1] 15/16

**2**

20 [3] 48/21 53/21 101/17

20 million [1] 116/18
20-20 [1] 48/21
20-something [2] 47/17 47/19
200 [1] 1/21
200-year-old [1] 123/4
2000 [2] 26/24 111/13
2001 [3] 111/13 111/20 154/22
2003 [3] 58/23 110/19 161/21
2004 [1] 58/23
2005 [4] 58/23 86/9 162/24 164/15
2005-2006 [1] 148/8
2006 [6] 62/10 62/20 86/9 86/10 148/8
188/12
2006-2007 [1] 112/12
2007 [13] 57/8 58/21 62/10 62/20 62/24
63/18 86/13 86/16 112/12 161/20 166/3
166/3 188/12
2008 [7] 32/7 32/10 52/6 54/18 58/21 58/24
58/24
2009 [2] 58/21 58/25
2010 [4] 43/2 58/22 59/4 97/13
2011 [6] 5/21 43/3 43/19 44/23 46/13 97/13
2012 [1] 5/23
2013 [2] 1/8 212/19
206 [2] 210/14 210/18
21 [7] 23/16 24/11 24/19 26/24 58/10 132/16
212/5
221 [2] 210/14 210/18
23 [1] 105/19
239 [1] 1/10
24 [2] 8/20 9/3
24-year-old [1] 105/20
244 [1] 86/19
25 [2] 1/8 101/17
250 [1] 59/25
26 [2] 201/8 203/8
27th [2] 44/23 52/6
28th [1] 161/21
2:00 [1] 121/5
2:07 [1] 129/18
2:20 [1] 129/18
2A [1] 43/19

**3**

3's [1] 128/25
30 [6] 37/25 38/3 38/6 71/5 135/16 143/25
30-day [1] 95/22
30-some [1] 68/7
300,000 [2] 110/23 161/24
32 [1] 201/19
33 [1] 95/19
33301 [1] 1/18
33401 [1] 1/24
33432 [1] 1/22
34 [2] 35/9 96/17
35 [1] 156/11
36 [1] 156/11
3768 [1] 1/23
3rd [1] 109/2

**4**

400,000 [1] 75/14
401k [2] 152/5 155/13
404 [1] 8/16
45 [1] 50/13
483,000 [1] 161/23
4:00 in [1] 126/11
4:24 [1] 208/11
4:30 [1] 207/5
4:41 [1] 208/11

**4**

4:51 [1] 211/22
4th [1] 54/18

**5**

50 [2] 37/22 93/8
500 [2] 1/17 57/17
5000 [1] 87/3
512 [1] 162/12
514-3768 [1] 1/23
55 [3] 65/15 65/16 156/12
561 [1] 1/23
58th [8] 23/17 24/11 24/19 26/24 58/10 74/5 120/13 132/16
5:00 until [1] 209/3

**6**

6-foot [1] 106/9
60 [1] 81/9
600 [1] 57/17
62 [1] 104/20
66 [1] 212/6
66,000 [1] 51/1
675,000 [2] 42/14 45/8

**7**

70-year-old [1] 37/21
700 [1] 1/21
701 [1] 1/24
70s [1] 144/15
72 [4] 18/18 18/24 19/1 212/12
7206 [1] 176/11
722 [2] 58/15 58/22
73 [4] 18/19 18/24 19/1 212/12
7th [1] 1/18

**8**

80,000 [1] 88/11

**9**

9/11 [8] 32/21 32/23 39/22 39/24 54/17 54/24 55/6 117/22
9:00 to [1] 209/3
9:28 [1] 14/1
9:37 [1] 14/1
9th [2] 32/7 46/13

**A**

a.m [4] 14/1 14/1 65/25 65/25
abandon [1] 126/7
abets [2] 174/10 174/14
abetted [1] 84/19
abetting [2] 85/2 85/8
ability [18] 7/3 8/9 10/23 21/18 88/24 89/9 89/25 90/1 90/3 120/7 134/3 134/5 158/8 164/17 173/6 197/20 199/4 200/8
able [18] 10/25 16/2 23/5 27/17 34/8 39/17 41/4 64/20 64/21 74/10 87/21 96/6 96/8 103/24 120/21 156/24 194/21 206/7
above [1] 212/18
above-entitled [1] 212/18
Abraham [6] 25/9 36/12 36/21 36/25 137/2 167/5
Abraham's [1] 37/7
absence [1] 118/13
absolute [1] 69/5
absolutely [4] 25/25 77/15 115/15 120/3
abuse [3] 158/25 159/1 159/2
abuser [1] 159/2

abusive [2] 106/7 107/20
Academy [2] 22/13 48/6
accept [5] 77/6 80/17 104/24 160/23 172/14
acceptable [1] 200/9
access [1] 162/16
accident [3] 48/11 175/9 190/24
accomplish [2] 131/18 177/23
according [3] 130/23 134/20 190/23
account [18] 37/6 37/10 78/19 78/23 80/19 81/21 85/5 114/7 114/8 124/13 134/16 136/24 137/1 137/8 143/8 162/15 162/17
accountant [16] 57/1 62/23 63/10 63/14 111/2 111/6 112/11 114/8 115/17 116/2 161/13 161/19 162/4 165/13 165/24 166/4
accountants [2] 160/22 165/22
accounting [3] 37/22 144/16 161/22
accounts [11] 37/17 57/4 59/15 60/11 62/22 63/13 73/19 76/24 114/9 134/16 165/13
accrued [1] 89/6
accuracy [1] 191/17
accurate [3] 8/16 10/12 172/15
accurately [1] 173/6
accusations [1] 138/21
accusing [1] 130/17
achieve [1] 25/18
acknowledge [2] 157/15 158/20
acknowledged [1] 162/16
acknowledges [1] 162/8
acquired [1] 189/18
acquittal [4] 4/9 4/20 5/5 200/12
across [1] 141/23
act [23] 9/6 60/7 84/10 139/10 171/14 174/6 174/7 174/7 175/7 175/12 177/8 178/14 180/6 180/8 180/8 180/13 180/13 181/10 183/10 184/8 185/5 190/7 194/4
acted [5] 127/8 175/15 175/17 181/25 190/22
acting [4] 132/2 132/3 174/9 200/16
action [3] 60/25 179/14 182/6
actions [2] 7/18 10/8
active [1] 200/15
activities [1] 176/24
activity [16] 10/5 33/1 61/20 61/21 176/19 183/18 183/23 183/24 184/3 184/5 185/23 186/4 186/5 186/6 186/9 186/12
acts [13] 8/10 9/16 84/12 174/13 174/16 174/19 176/25 190/12 190/14 190/16 190/20 190/20 190/24
actual [3] 28/22 115/13 172/7
actually [19] 4/14 5/1 136/10 154/22 155/20 161/25 162/2 162/16 163/11 169/8 177/5 179/11 180/3 180/23 180/24 182/20 183/9 196/16 198/9
acute [1] 86/11
ad [1] 6/9
Adae [3] 22/13 25/11 48/6
adamant [1] 49/4
add [2] 7/19 9/23
added [8] 8/3 8/16 8/17 8/17 8/18 78/13 91/22 98/2
adding [2] 9/22
additional [9] 7/21 10/3 11/22 31/3 42/12 91/21 161/5 161/6 190/1
Additionally [1] 189/19
address [3] 76/17 124/14 162/14
addressed [1] 99/22
adjustment [1] 8/21
administrative [1] 37/21
admit [4] 17/17 17/18 99/7 123/18
admitted [7] 18/24 107/15 109/3 162/16 171/20 171/21 192/1

admitting [1] 117/18
adopted [4] 83/14 83/14 83/15 108/22
adult [1] 104/11
advance [2] 68/12 78/5
advances [5] 145/7 149/21 178/14 185/5 189/22
advantage [7] 25/23 25/23 26/1 33/23 35/24 94/24 192/18
advice [5] 3/6 3/7 90/4 91/14 98/3
advise [3] 60/6 69/2 204/18
advised [1] 2/25
advisor [1] 140/5
affairs [1] 171/15
affect [1] 193/3
affected [1] 151/9
affecting [1] 187/4
affects [2] 185/13 185/15
affirmed [1] 5/13
afford [1] 44/25
afloat [1] 51/2
afraid [6] 38/23 38/23 38/24 52/23 52/24 140/18
after [64] 4/20 5/20 13/9 14/1 15/1 15/17 15/22 16/5 16/21 19/16 19/23 20/5 20/6 20/17 32/8 32/9 34/7 35/2 35/5 40/25 41/19 41/22 42/5 50/18 61/5 65/25 66/9 86/12 91/25 92/18 93/22 94/3 96/11 96/24 97/19 97/25 98/11 98/11 101/23 109/21 121/5 121/12 129/18 130/2 135/19 138/4 138/12 139/4 152/12 152/12 154/22 156/4 164/15 170/8 171/11 193/17 194/11 196/25 199/10 199/11 200/2 208/11 208/15 208/20
afternoon [3] 126/12 130/8 158/12
afterwards [1] 94/24
again [87]
again/off [1] 144/2
against [16] 34/13 49/14 49/15 64/23 69/3 72/6 79/9 83/3 98/5 114/1 128/7 136/1 168/16 170/16 170/22 175/20
agent [11] 58/14 62/18 84/12 114/10 120/7 120/8 120/13 174/8 174/16 177/10 184/10
agents [5] 6/15 58/19 98/21 110/3 159/17
aggressive [1] 110/2
ago [5] 37/20 37/21 55/2 101/18 119/12
agree [16] 9/9 16/15 85/15 94/10 125/19 125/21 126/13 158/3 170/19 177/4 187/23 193/14 197/12 199/1 199/7 200/15
agreed [11] 2/10 42/12 114/11 115/6 125/10 157/3 177/23 194/24 198/11 200/4 209/1
agreeing [1] 45/8
agreement [30] 32/13 32/25 33/4 33/7 45/5 53/3 54/1 54/2 54/3 55/25 60/6 84/9 131/21 131/22 141/13 141/17 141/24 167/19 167/24 167/25 168/8 168/8 168/21 177/7 177/15 184/7 184/15 193/19 194/15 198/19
agreements [5] 57/18 57/19 96/21 142/6 165/10
agrees [1] 211/3
Ah [1] 45/14
ahead [2] 105/24 147/11
ahold [1] 44/9
aid [2] 191/10 192/19
aided [1] 84/19
aiding [2] 85/2 85/8
aids [2] 174/10 174/14
air [1] 136/12
airfare [1] 120/9
AKA [5] 108/25 132/8 132/8 132/20 137/23
albeit [1] 112/5
alcohol [3] 100/5 144/8 157/4

**A**

Alexander [1]  109/2
alive [2]  41/7 41/17
alleged [11]  7/5 146/11 167/19 175/6 178/5
181/3 183/2 183/6 183/8 184/21 186/7
alleging [1]  176/23
allow [8]  17/23 18/1 45/1 64/15 78/2 147/24
192/21 200/14
allowed [4]  17/19 17/20 94/23 114/16
allows [1]  185/20
almost [16]  30/24 38/13 38/16 39/8 55/12
56/18 59/16 66/21 93/16 121/8 123/17 128/2
137/6 152/25 167/17 207/5
alone [3]  134/9 193/11 198/19
along [4]  7/14 138/25 138/25 205/21
already [12]  10/10 17/6 27/7 31/18 38/19
40/6 40/7 109/7 129/1 161/5 165/9 168/2
also [46]  3/25 6/9 6/25 22/18 29/24 32/5
33/12 34/3 43/8 52/25 55/18 56/25 58/3 58/9
65/21 67/20 67/21 68/11 73/20 73/20 75/1
95/15 109/9 111/10 112/15 114/19 124/7
126/7 127/17 127/21 132/22 133/3 136/20
137/14 137/21 146/19 150/12 173/12 174/15
178/13 180/20 183/3 185/4 187/21 191/24
192/4
alternate [13]  143/22 147/10 155/19 197/11
198/3 198/4 200/14 200/14 200/16 200/22
200/23 205/18 205/21
alternates [8]  197/7 197/17 197/17 197/21
197/22 200/9 200/18 205/14
alternative [1]  153/7
although [7]  14/15 71/5 72/6 106/22 123/10
162/9 188/6
always [15]  29/5 30/20 32/18 33/11 39/18
39/18 48/17 48/22 54/12 80/3 96/4 133/13
133/23 152/23 200/11
Aly [1]  53/19
am [5]  3/7 7/7 33/20 94/2 205/25
Amendment [5]  9/16 9/23 10/2 10/4 10/16
AMERICA [2]  1/3 169/20
American [5]  33/20 80/17 97/10 122/12
148/6
Americans [1]  90/9
amiss [1]  199/5
among [2]  130/23 209/6
amongst [1]  80/20
amount [16]  12/1 42/16 45/9 50/24 57/19
88/8 124/20 131/14 145/3 148/15 152/2
152/10 157/20 164/24 168/15 206/18
amounts [3]  21/16 37/5 136/23
ample [1]  139/20
analogy [4]  76/13 77/14 135/8 158/23
analyze [1]  73/8
analyzing [1]  191/20
ancestors [2]  16/16 17/12
and/or [3]  181/5 181/6 181/7
Andrea [61]  22/20 23/6 31/9 40/23 42/2 42/3
42/8 42/11 42/19 43/8 43/13 43/15 44/5 44/8
44/22 45/10 45/19 45/19 45/21 45/24 46/4
46/6 46/16 46/20 46/25 47/7 51/8 51/10 59/1
59/5 71/12 73/9 82/22 83/1 83/2 90/23 90/24
91/9 91/18 92/11 94/15 95/8 95/9 95/14
95/17 95/23 96/8 96/25 96/25 98/18 117/7
117/10 117/15 125/11 137/22 138/12 138/16
139/4 139/15 143/7 167/19
angel [1]  90/11
angels [4]  21/19 123/6 133/8 176/20
angry [3]  83/21 119/4 205/17
Anne [1]  18/20

announce [1]  109/1
announcement [3]  108/24 109/4 109/6
another [46]  6/6 16/5 37/16 37/19 39/3 40/2
45/13 46/6 47/14 51/8 54/8 55/11 56/8 77/22
77/23 84/18 88/10 90/20 103/1 103/13
103/14 103/15 104/17 106/15 107/10 108/2
118/18 122/17 122/18 123/5 127/5 127/11
135/20 136/18 137/22 143/2 143/7 154/1
167/14 174/8 174/14 174/19 179/10 179/11
193/19 210/6
answer [12]  31/24 33/10 35/11 73/22 95/5
115/10 156/12 160/18 169/11 173/9 195/17
195/24
answers [3]  23/9 23/19 24/20
anticipated [1]  152/14
any [109]
anybody [10]  34/6 87/15 99/24 109/6 110/25
124/22 135/9 135/10 136/8 202/11
anymore [6]  92/6 92/6 146/5 163/21 164/18
166/21
anyone [9]  18/9 21/11 21/12 103/8 180/24
183/9 193/16 209/6 209/15
anything [44]  9/23 10/9 18/9 19/3 41/5 41/6
46/24 47/10 50/3 55/3 77/19 83/8 84/4 84/20
87/19 91/12 98/16 102/16 102/20 102/24
102/25 103/11 108/7 109/15 111/1 115/13
115/22 118/10 127/22 130/22 166/8 171/22
171/23 172/1 196/13 197/13 198/11 198/19
198/24 201/21 202/14 206/20 207/10 208/3
anyway [6]  8/15 75/9 77/9 117/15 159/11
205/23
aol.com [1]  1/25
apart [1]  109/7
apartment [9]  83/24 84/1 85/1 107/8 107/9
108/3 119/16 119/24 120/14
apologize [6]  17/8 66/16 67/2 198/22 201/20
203/6
apologizing [1]  78/5
apparent [1]  74/4
apparently [4]  140/16 146/13 160/5 203/5
appeal [1]  200/6
appear [1]  173/8
Appearances [1]  1/15
appears [1]  123/16
application [1]  10/12
applies [4]  8/23 127/5 127/6 128/11
apply [6]  27/20 68/3 68/10 156/8 170/2
196/2
appoint [1]  122/7
appreciate [2]  21/6 206/18
approach [3]  16/23 151/25 196/6
approaching [1]  127/10
appropriate [3]  10/18 15/5 194/16 195/19
195/25
approximately [2]  15/14 137/6
apt [1]  74/9
Archangel [3]  25/17 28/7 144/24
area [5]  83/23 100/13 100/14 100/15 204/21
areas [1]  74/2
aren't [1]  102/6
argue [5]  4/20 8/9 17/24 31/13 46/19
argued [1]  114/12
arguendo [1]  82/17
arguing [1]  6/9
argument [6]  11/11 19/24 20/20 94/19
160/12 167/18
arguments [7]  19/12 19/14 19/18 20/6
105/25 130/11 212/4
arm [2]  11/18 112/18
around [10]  39/11 99/17 99/20 99/23 105/8

135/24 148/7 149/19 202/11 202/12
arrange [1]  53/13
arranging [1]  53/19
arrest [4]  96/24 98/11 111/2 140/15
arrested [8]  76/3 88/20 95/11 96/12 97/19
97/19 111/21 131/17
arriving [1]  172/2
articles [2]  74/17 136/6
articulated [1]  7/25
artificial [1]  109/13
artificially [1]  109/11
aside [4]  33/24 49/7 134/2 134/5
ask [41]  4/2 8/2 8/11 9/15 11/10 11/19 12/18
12/20 12/25 17/16 21/13 22/5 46/4 47/24
48/24 88/12 94/23 95/20 96/10 97/2 99/15
104/24 110/18 116/23 121/13 122/24 127/15
127/17 146/13 152/22 162/6 169/21 172/22
173/12 173/14 198/7 200/7 205/25 206/6
206/20 207/5
asked [42]  9/22 17/16 22/6 31/3 35/8 36/21
37/2 40/2 43/3 48/19 48/23 55/13 55/20 69/1
69/1 83/22 88/6 88/6 89/8 95/11 96/5 97/14
98/9 99/12 99/18 100/4 104/10 106/4 107/3
108/23 110/9 113/10 117/1 123/17 134/6
142/5 147/20 148/22 154/15 157/5 159/25
163/8
asking [9]  10/9 35/3 42/24 45/11 88/20
127/21 138/17 142/23 142/23
asks [3]  46/4 102/3 163/7
asleep [6]  16/10 68/5 68/6 92/14 94/11
200/17
aspect [1]  61/15
asserts [1]  172/7
assets [2]  47/11 49/18
assistance [1]  191/20
assistant [7]  37/22 54/5 63/5 112/4 112/7
123/25 124/6
associate [1]  174/17
associated [2]  83/18 174/20
associates [1]  76/16
associating [2]  178/11 185/2
association [2]  76/19 78/2
assume [7]  4/5 102/11 102/11 116/4 152/18
171/23 202/8
assumed [1]  196/10
assuming [5]  82/17 82/17 102/1 115/5
118/22
assured [6]  32/17 32/18 42/7 133/23 134/11
147/15
astounded [1]  119/7
astrological [1]  64/14
astrology [8]  23/16 23/24 26/23 40/25 41/3
52/10 74/23 78/16
Atlas [7]  48/5 56/18 56/24 57/9 62/1 63/16
89/6
Atsuko [5]  22/17 23/25 49/19 49/21 50/8
attachment [1]  142/17
attacking [2]  100/25 110/2
attempt [5]  8/5 20/14 55/18 95/14 181/8
attempted [1]  186/19
attempts [1]  183/21
attention [4]  21/4 64/25 85/18 130/16
attentively [1]  196/22
attorney [4]  3/5 98/3 101/21 139/25
attorney's [3]  1/17 101/17 143/15
attorneys [4]  19/13 20/14 82/14 101/13
August [3]  54/18 95/10 162/24
August 12th [1]  162/24
August 4th [1]  54/18
AUSA [2]  1/16 1/16

**A**

author [2]  24/15 157/24
authorities [4]  38/4 96/11 103/8 103/11
authorizes [1]  174/16
automatically [3]  129/1 178/15 185/6
automobile [1]  48/5
available [3]  154/13 205/10 207/1
Avenue [1]  74/6
Avery [1]  205/13
avoid [3]  66/18 118/8 209/14
aware [1]  175/17
away [8]  67/7 102/2 139/13 146/5 154/24
 205/1 205/2 206/5

**B**

baby [5]  41/24 42/6 109/15 112/3 139/19
back [246]
backed [1]  102/7
background [1]  22/22
backwards [1]  37/1
bad [3]  23/23 104/1 175/14
bags [1]  54/11
balance [2]  59/15 75/17
balding [1]  95/4
Bang [1]  139/3
banged [1]  99/24
bank [25]  37/6 37/10 57/4 59/15 63/13
 113/21 114/7 115/1 118/15 124/13 124/14
 134/15 134/16 136/24 136/25 137/8 143/8
 149/13 152/4 162/15 162/17 165/13 166/22
 185/19 187/8
banker [1]  187/9
banking [1]  37/7
bankrupt [1]  88/25
bankruptcy [1]  87/23
Bar [1]  78/2
Bardfeld [25]  1/16 5/17 5/18 7/1 12/10 20/24
 65/2 73/15 73/22 77/2 78/14 78/18 82/1
 87/12 88/1 91/15 101/19 101/25 102/9
 103/22 106/5 113/12 140/15 159/13 212/5
Bardfeld's [1]  77/12
barge [1]  99/21
barged [1]  99/21
Barnes [1]  146/15
Barry [1]  33/18
barter [1]  65/19
base [2]  131/12 160/3
based [23]  5/9 7/2 7/21 16/2 20/15 21/17
 47/1 127/14 127/14 130/20 151/19 157/17
 161/6 161/18 163/2 165/25 170/14 171/10
 173/22 191/12 191/16 192/8 198/17
basement [1]  117/24
basically [12]  15/15 75/10 75/25 76/5 110/2
 116/19 131/24 140/2 143/17 146/17 148/17
 153/15
basis [6]  10/24 17/23 102/17 142/12 189/21
 201/1
batch [1]  125/25
bathroom [2]  100/15 156/6
Beach [3]  1/7 1/24 77/18
became [5]  26/13 96/19 107/19 148/5 157/22
because [162]
become [8]  71/23 122/6 142/15 152/25
 178/15 185/6 193/21 200/15
becomes [4]  84/12 143/13 177/10 184/10
becoming [1]  127/18
bedroom [1]  156/6
before [44]  1/12 6/14 8/1 11/11 12/22 13/2
 13/10 13/22 14/22 33/16 34/13 41/18 51/9

65/4 70/21 83/1 93/10 94/14 96/24 97/19
 100/22 102/2 109/8 111/1 111/1 111/19
 111/21 111/21 112/12 112/16 120/1 130/11
 136/24 138/16 147/4 163/11 163/12 163/12
 171/19 175/16 198/21 203/20 204/21 210/11
began [2]  8/1 130/11
begin [8]  19/14 30/2 30/2 104/19 156/14
 162/5 170/9 207/25
beginning [7]  32/11 64/12 128/6 132/4 133/7
 148/3 158/14
begins [4]  27/13 27/14 28/3 28/3
behalf [9]  17/5 77/6 66/14 69/18 139/11
 140/7 147/12 169/20 206/16
behind [1]  83/24
being [41]  30/3 39/13 39/14 42/6 42/20 43/4
 46/13 52/24 54/5 55/4 59/10 59/11 63/5
 76/25 90/3 90/4 101/17 110/2 110/25 123/5
 133/1 134/21 136/14 137/22 140/4 140/14
 141/18 144/7 145/12 147/18 151/17 164/4
 164/20 167/5 178/10 185/1 196/17 197/17
 197/24 198/10 202/5
beings [2]  140/6 145/20
belief [18]  11/2 25/20 48/21 126/8 152/6
 153/1 153/3 153/6 158/16 158/17 158/19
 159/18 163/3 190/10 191/5 191/6 203/15
 203/16
beliefs [5]  10/7 25/23 25/24 176/19 193/22
believable [1]  118/24
believe [75]
believed [24]  6/22 30/24 35/18 35/20 37/24
 52/18 89/24 89/25 90/2 90/7 122/14 140/19
 141/7 145/17 151/1 151/1 155/7 155/8 159/9
 159/25 160/4 162/19 164/8 166/13
believes [4]  8/9 30/3 30/7 145/18
believing [4]  30/21 102/17 153/3 164/9
beneficiary [1]  163/18
benefit [2]  135/14 135/20
Bentley [2]  113/1 113/2
bequest [1]  189/18
besides [3]  52/22 144/7 149/7
best [1]  24/4
bet [1]  142/1
Beth [3]  58/6 59/9 59/14
better [4]  30/3 105/6 130/24 191/11
between [15]  19/19 57/11 57/13 101/14
 101/16 107/22 113/25 122/19 131/10 141/9
 143/16 167/19 168/9 185/23 185/24
Beulen [5]  104/9 162/7 162/11 162/15
 162/19
beyond [41]  69/19 69/23 70/3 70/8 70/10
 70/19 77/10 81/17 83/5 84/24 85/17 87/10
 89/14 91/6 93/13 96/23 104/13 115/15
 116/11 118/7 118/16 125/4 158/8 170/12
 171/3 171/7 171/13 171/17 174/23 175/4
 177/21 178/20 180/25 181/18 186/17 188/16
 189/6 190/18 191/3 201/14 203/14
Bible [1]  145/18
big [14]  50/2 50/3 50/10 52/23 54/22 70/1
 71/1 71/4 73/13 137/22 137/24 141/9 155/15
 157/22
bigger [1]  50/3
biggest [1]  52/22
bill [6]  87/2 117/10 117/20 117/20 118/8
 148/9
bills [6]  97/18 97/23 100/8 117/21 125/9
 140/25
bind [1]  148/10
binding [1]  171/23
bird [1]  114/2
birth [7]  108/24 109/1 109/3 109/12 109/18

109/21 163/21
bit [12]  16/4 26/21 26/22 72/5 86/13 94/12
 95/2 114/12 121/1 142/16 143/24 147/5
black [1]  67/16
blame [4]  26/9 26/10 48/24 63/10
bled [1]  24/23
bleed [1]  42/2
blockages [3]  21/21 21/24 28/18
blocking [1]  28/10
blood [1]  34/2
board [1]  85/14
boarded [3]  51/16 51/17 88/18
boards [1]  88/17
Boca [1]  1/22
body [3]  122/17 122/18 123/3
bogus [3]  168/8 168/21 169/2
bona [4]  148/24 167/25 189/20 189/20
book [5]  123/4 123/6 124/4 149/12 169/8
books [15]  55/14 63/6 68/13 112/8 121/7
 122/25 123/1 123/12 123/16 123/17 123/19
 123/22 123/23 125/1 160/15
boring [2]  92/15 94/10
born [4]  33/21 42/6 55/16 108/24
borrow [12]  47/25 87/14 87/24 88/1 113/8
 113/20 113/23 117/13 141/19 145/7 146/10
 146/14
borrowed [18]  75/20 86/18 86/18 86/20
 87/15 87/22 89/11 91/22 95/14 110/6 112/9
 112/22 113/19 114/4 117/3 117/7 117/16
 140/23
borrowing [1]  149/20
both [11]  6/2 13/4 18/14 18/24 33/21 118/2
 118/23 147/24 194/18 196/19 197/6
bother [1]  120/23
bottle [1]  100/6
bottom [1]  70/7
bought [4]  55/15 75/10 101/3 107/22
Boulevard [1]  1/17
box [6]  30/4 54/13 67/17 99/22 100/13
 155/23
boxes [2]  67/25 89/3
boyfriend [5]  24/6 24/9 51/23 144/6 164/5
Brad [5]  52/12 52/16 52/19 52/24 52/25
 116/6 121/14 122/15 122/15 123/2 159/19
 162/18 166/15 166/18 166/18
Brady [1]  6/1
brain [3]  24/2 49/20 123/15
braindead [1]  70/12
brawny [1]  106/9
break [22]  12/4 13/9 14/20 14/22 14/25 15/1
 15/3 15/15 15/21 16/2 16/5 16/12 19/22
 19/25 65/8 67/7 92/18 92/22 95/9 101/23
 101/24 103/5
breakfast [1]  74/7
Brian [2]  164/7 164/7
Brief [1]  211/9
briefly [2]  69/16 132/1
bring [17]  4/11 14/6 14/8 14/12 20/1 54/11
 66/8 70/10 105/17 130/1 130/16 186/11
 195/6 204/1 204/6 208/13 208/16
bringing [1]  54/10
brings [5]  28/22 37/19 40/10 50/14 52/9
brink [1]  24/17
broken [4]  51/18 51/18 88/16 140/18
broker [3]  101/4 101/4 187/8
brother [1]  99/1
brought [5]  39/21 55/17 106/13 198/14
 199/8
Broward [2]  1/17 26/25
Brown [4]  205/3 205/6 205/13 205/23

**B**

bubble [1] 75/19
budget [1] 120/11
Buffet [1] 108/5
build [4] 39/10 75/13 122/23 151/14
building [7] 77/17 77/21 108/11 119/4 119/4
119/22 120/15
bulk [3] 80/21 97/2 145/22
bunch [1] 155/17
burden [17] 15/9 19/15 69/17 69/18 69/25
70/11 96/23 115/11 118/4 118/6 120/23
127/8 127/17 127/25 171/6 189/5 199/24
burned [4] 54/22 54/22 54/24 55/8
business [26] 47/20 51/2 51/15 51/19 57/7
62/24 63/19 72/3 73/25 74/16 74/19 78/25
83/8 86/2 88/12 88/25 114/7 124/17 132/14
132/15 142/22 166/5 179/9 181/11 183/12
185/23
businesses [5] 60/10 73/18 185/23 185/24
185/25
businessman [1] 50/15
busy [1] 21/5
buy [9] 77/17 87/16 95/21 98/5 100/25 101/2
101/3 112/3 146/19
buying [2] 75/15 77/21
buys [1] 154/11
bye [3] 47/1 116/10 116/10
bye-bye [1] 116/10

**C**

cabin [1] 108/11
cable [2] 81/11 81/11
calendar [1] 188/19
California [2] 10/21 86/21
called [17] 63/2 63/4 63/4 63/6 63/6 71/9
92/5 119/23 126/22 136/15 136/17 137/25
140/10 145/8 175/19 176/13 205/2
calls [5] 71/10 86/21 117/10 117/11 153/24
calmed [1] 143/13
came [34] 23/8 31/1 42/21 42/22 51/8 59/16
59/17 62/25 81/10 81/18 82/3 85/20 89/1
89/6 91/3 103/5 108/1 108/6 108/14 111/4
119/4 124/7 128/19 134/15 137/16 137/18
143/6 143/7 144/13 150/21 153/4 156/17
156/18 198/12
came -- you [1] 144/13
can't [28] 31/13 44/4 44/9 44/10 44/16 44/18
44/25 45/25 46/14 46/15 68/5 74/7 77/20
87/24 94/12 95/6 95/11 100/7 128/19 142/24
152/24 154/25 191/7 203/18 205/11 206/5
209/9 209/11
Canada [1] 135/21
cancer [4] 23/12 41/1 41/10 41/20
cannot [7] 31/7 63/10 171/2 191/5 195/16
203/15 209/6
capable [1] 190/4
capacity [2] 180/1 182/18
captured [1] 131/9
car [8] 79/19 134/18 141/19 141/20 141/21
141/23 141/24 209/9
card [9] 64/12 97/4 97/6 97/7 97/7 97/18
97/23 125/9 148/18
cards [6] 97/4 145/8 148/1 148/2 148/3 148/5
208/10
care [7] 34/18 40/11 40/17 48/3 99/9 198/3
careful [4] 22/25 126/24 170/4 171/11
carelessness [2] 191/7 203/18
Carolina [1] 105/16

carried [2] 23/1 177/5
carrier [12] 60/20 178/17 179/5 179/6 179/8
179/12 180/19 180/21 181/5 181/9 181/10
181/13
carries [1] 179/9
Carroll [1] 208/24
carry [5] 155/9 179/6 181/8 181/16 182/4
carrying [7] 177/17 178/17 180/22 183/6
183/24 184/17 186/9
cars [13] 44/20 55/10 59/22 64/18 79/14
79/17 79/19 79/22 89/4 89/5 89/7 112/24
112/25
case [100]
cases [10] 40/9 40/9 40/15 40/19 101/18
114/15 125/8 127/9 127/9 150/25
cash [6] 58/17 59/7 134/19 134/19 145/7
149/20
cashed [2] 58/4 134/21
cashier's [1] 51/5
casino [3] 44/21 59/25 134/19
castle [6] 41/13 41/14 41/14 41/15 41/24
144/14
cat [2] 39/4 98/14
Cathedral [2] 30/5 30/19
caught [3] 102/5 102/7 143/21
cause [8] 180/10 180/15 181/9 182/25 196/17
199/14 199/16 200/25
caused [6] 62/8 62/9 181/7 182/2 188/18
197/10
causing [1] 179/5
caution [1] 193/5
celebrity [1] 157/23
Center [7] 117/23 117/25 118/6 118/11
154/7 155/6 166/12
Central [1] 109/21
century [1] 101/16
certain [4] 133/16 175/2 178/11 185/2
certainly [9] 8/11 24/12 52/13 84/24 87/10
89/13 92/19 156/21 199/7
certificate [2] 163/22 212/14
certified [3] 17/17 18/13 212/16
certify [1] 212/16
cetera [4] 103/25 107/21 107/21 107/21
chain [1] 172/9
chance [4] 6/14 95/6 197/8 200/20
change [2] 4/16 9/12 58/16 105/12 126/16
193/21
changed [2] 7/14 105/8 105/11 105/13
105/14 105/15 105/18 105/19 106/2 106/3
109/9 133/18
changes [1] 11/14
channeled [2] 144/23 144/25
characters [1] 121/9
charge [14] 79/7 86/24 127/4 170/22 176/6
176/7 176/9 176/9 176/12 188/10 190/25 194/22
203/11 203/12 212/8
charged [18] 29/21 57/22 62/6 65/1 79/6
169/21 174/6 176/15 176/17 177/1 177/24
186/13 190/14 190/16 190/19 190/22 190/24
193/6
charges [8] 175/1 175/19 175/23 176/1 176/4
176/23 192/25 203/10
charging [4] 67/10 110/24 110/25 112/23
Charles [1] 5/25
Charlie [2] 94/25 123/14
chart [7] 64/14 71/8 71/8 85/19 103/3 104/17
132/6
charts [5] 137/15 143/6 191/9 191/18 191/18
chased [1] 83/21
chatty [1] 163/5

cheat [8] 31/21 31/24 60/25 179/14 180/9
180/14 182/6 182/24
cheated [1] 84/6
cheats [2] 78/3 78/5
check [9] 51/5 51/10 81/4 81/4 87/4 124/18
124/25 143/1 194/16
checkbook [1] 37/8
checked [1] 95/8
checks [14] 6/7 6/8 56/19 56/20 58/4 60/13
62/1 63/15 79/2 124/12 124/17 134/21
185/19 185/19
Cher's [1] 128/7
child [1] 34/8
children [3] 24/7 146/8 150/10
chilling [1] 163/16
choice [3] 21/8 46/19 197/2
choose [4] 161/15 170/4 194/4 194/12
chose [3] 69/15 69/16 171/1
chosen [1] 21/8
church [3] 30/5 30/19 54/14
circumstances [2] 172/9 189/22
circumstantial [5] 131/13 131/14 172/6
172/8 172/11
citing [1] 10/14
citizenship [1] 128/4
civil [3] 69/24 77/17 154/21
claim [1] 7/8
claimed [8] 33/25 57/7 61/4 62/24 144/23
148/12 161/23 161/24
claiming [1] 101/9
claims [1] 21/17
classified [1] 115/16
Claude [18] 106/10 107/19 107/25 108/2
108/4 118/19 118/20 118/20 119/2 119/10
119/11 119/14 119/16 119/21 122/4 122/4
124/10 158/17
Claude's [2] 105/10 118/24
claws [1] 139/18
cleanse [6] 34/2 49/11 64/2 72/14 72/24
133/21
cleansed [7] 28/25 29/10 41/13 41/16 49/11
61/6 133/12
cleansing [1] 72/15
clear [1] 8/23
clearly [3] 35/17 164/17 173/9
Clematis [1] 1/24
Clerk [1] 128/24
client [23] 17/11 35/9 35/10 69/2 71/14 77/10
77/11 77/16 78/4 78/5 78/9 82/4 82/22 83/1
86/13 86/15 89/19 90/24 133/4 138/11 140/2
140/2 143/17
clients [38] 17/14 25/18 27/24 31/22 31/24
35/21 40/1 60/11 71/9 71/13 71/14 73/12
73/19 76/20 77/4 81/3 81/5 81/20 82/8 82/9
82/19 84/6 85/6 85/7 85/21 86/7 90/13 92/7
92/8 104/15 113/9 125/5 133/6 135/6 135/16
136/10 137/22 155/10
close [14] 15/2 15/16 20/21 24/10 42/13
48/17 57/8 62/25 132/5 140/12 156/25 166/6
175/6 202/22
closed [1] 19/11
closely [1] 181/5
closest [2] 34/16 135/18
closet [1] 156/7
closing [19] 10/14 11/11 11/12 13/1 13/10
15/4 15/14 16/1 16/3 19/12 19/14 19/16 20/6
20/20 75/16 94/19 130/11 131/7 212/4
closings [3] 14/22 19/20 20/2
clue [1] 156/17
clutches [1] 166/21

## C

coach [1]  89/20
coconspirator [3]  76/22 84/2 85/9
coconspirators [10]  23/5 26/5 26/22 27/17
 30/11 37/11 60/13 63/23 64/8 80/20
Code [8]  175/25 176/3 176/5 176/7 176/9
 176/11 183/19 186/15
codefendant [1]  133/5
Codefendants [2]  6/12 144/22
coffee [1]  66/22
coincidentally [2]  144/3 144/3
coins [11]  39/9 39/10 39/16 153/19 153/20
 154/11 154/16 154/18 155/5 165/16 185/18
Colin [14]  52/13 52/17 52/20 116/5 121/14
 122/1 122/2 122/7 122/8 122/11 122/13
 162/22 162/25 163/1
colleague [1]  56/15
collect [1]  117/21
collective [2]  67/16 68/20
collector [2]  117/10 118/8
collectors [1]  117/20
college [1]  121/15
column [1]  161/15
columns [1]  71/11
coma [1]  12/7
comes [9]  16/24 44/8 67/18 75/22 101/24
 102/2 130/13 153/6 199/17
comfort [2]  42/11 197/15
comfortable [2]  29/12 30/2
coming [10]  39/19 52/5 54/8 74/24 119/16
 124/3 124/14 125/18 152/19 152/20
comment [1]  9/25
comments [1]  33/24
commerce [5]  182/3 185/14 185/16 185/22
 187/5
commercial [5]  60/20 178/17 179/4 179/8
 187/7
commit [24]  26/22 60/7 60/9 73/12 84/10
 84/21 84/23 102/19 125/23 125/24 126/1
 126/18 126/20 126/23 126/25 128/19 174/11
 175/24 176/2 176/17 177/8 177/24 184/8
 190/23
commitment [1]  75/2
committed [15]  34/12 64/22 82/25 83/3
 89/15 126/15 128/13 175/13 175/5 175/12
 176/12 176/25 190/16 190/19 190/24
committing [8]  62/5 82/18 84/19 84/25 85/5
 85/9 87/21 176/16
commodities [1]  187/9
common [7]  22/21 104/21 171/10 172/4
 177/23 178/12 185/2
commonly [1]  141/14
communicate [3]  90/8 195/2 195/8
communicates [1]  21/18
communicating [3]  52/19 140/6 159/19
communication [2]  145/19 182/3
communications [5]  60/21 181/16 183/10
 183/12 183/14
companies [2]  97/7 148/18
company [9]  5/19 30/20 79/2 80/9 81/11 97/6
 124/12 187/8 187/9
compare [7]  7/11
compared [1]  75/5
compelling [1]  5/15
competent [1]  77/12
complain [1]  38/4
complained [1]  119/25
complaining [1]  95/21
complains [2]  163/6 163/9

complete [14]  29/15 30/25 31/8 39/1 52/7
 57/2 63/12 134/9 147/22 190/25 197/15
 203/11 205/11 206/5
completed [17]  22/1 29/2 30/9 31/15 31/16
 38/24 38/25 45/14 45/15 45/19 45/19 45/20
 59/13 145/25 154/20 170/8 194/17
complex [1]  123/11
complicated [5]  91/5 127/7 138/1 165/21
 165/23
computerized [1]  118/5
Con [1]  81/10
conceal [3]  61/23 169/14 183/25
concealing [1]  62/3
conceals [2]  179/22 182/14
concept [3]  48/9 149/15 165/23
concern [7]  52/22 52/23 197/6 198/12 198/13
 199/3 199/8
concerned [6]  42/19 42/20 45/15 45/16 172/5
 205/6
concerning [2]  171/9 172/19
concerns [4]  67/12 150/3 189/11 199/20
concert [1]  132/3
concluded [2]  18/6 203/3
conclusions [1]  172/4
concrete [1]  100/9
condition [1]  34/6
conduct [9]  11/1 61/17 72/3 175/18 176/23
 183/21 185/10 190/14 208/14
conducted [2]  61/17 186/10
conducts [1]  183/21
conference [2]  18/6 203/3
confidant [1]  131/6
confirm [4]  43/15 52/15 130/25 131/2
confirmed [1]  52/4
conflict [1]  82/12
confronted [1]  108/23
confusion [1]  152/5
conjunction [1]  163/14
connected [2]  47/23 144/4
connections [1]  25/15
consider [19]  3/5 10/6 127/16 127/17 127/19
 153/24 170/4 171/2 171/19 172/13 190/15
 190/16 190/20 191/18 193/1 193/9 194/10
 195/7 195/20
consideration [2]  154/5 191/14
considered [2]  116/3 171/11
considering [3]  172/3 191/11 193/17
consolidate [1]  97/15
conspiracy [47]  60/5 60/6 71/1 71/5 71/6
 73/5 73/7 73/13 73/16 73/23 77/3 78/8 78/10
 78/12 78/13 78/24 81/18 82/1 82/2 84/8 84/9
 84/12 84/16 85/17 85/18 125/23 125/24
 126/1 131/8 131/20 132/2 135/2 136/14
 139/21 169/18 176/18 177/7 177/10 177/15
 177/20 178/13 178/14 184/7 184/10 184/15
 185/3 185/4
conspirator [5]  128/14 178/3 178/15 184/19
 185/6
conspirators [6]  84/12 84/13 177/17 178/5
 184/17 184/21
conspire [2]  177/4 183/16
conspired [2]  37/16 175/24
conspiring [2]  176/1 176/17
constantly [1]  31/2
constitute [1]  8/10
constituted [1]  187/15
constitutes [3]  71/6 181/14 189/14
constituting [1]  187/12
construction [1]  86/2
consult [2]  195/18 195/25

consultant [3]  22/15 104/4 160/14
consulted [2]  199/12 199/12
contact [1]  138/13
contacted [2]  33/14 168/17
contacts [1]  144/23
contained [4]  62/11 62/13 188/21 188/24
content [3]  192/2 192/7 192/12
contest [2]  116/1 116/2
continually [1]  112/22
continue [7]  28/19 31/19 46/3 94/7 146/11
 206/1 209/13
continued [6]  48/16 48/19 48/20 97/22 113/8
 138/13
contradict [1]  165/11
contradicts [1]  165/12
control [10]  61/24 62/4 68/19 68/20 76/24
 103/4 158/9 159/9 184/2 189/15
controlled [3]  37/6 137/8 159/11
controlling [3]  106/7 159/10 159/12
controls [3]  107/16 130/15 159/25
conveniently [2]  57/3 57/4
conversation [13]  6/22 32/6 32/6 32/12 44/12
 44/22 45/21 46/3 46/12 46/23 53/14 139/8
 168/25
conversations [14]  6/21 7/2 31/8 31/9 31/10
 72/9 131/9 143/19 159/15 166/17 191/22
 191/25 192/3 192/7
convicted [1]  67/13
conviction [1]  200/6
convinced [6]  26/13 150/21 153/17 171/16
 171/18 193/21
convincing [1]  171/14
cooperating [1]  138/18
cooperation [1]  209/16
copies [4]  6/7 18/14 91/10 91/11
cops [1]  110/3
copy [9]  6/23 20/7 20/10 68/7 163/20 163/21
 170/3 175/21 196/2
corporate [5]  74/5 74/16 74/16 74/19
 119/24
corporation [2]  76/19 79/1
corporations [1]  74/18
correct [11]  3/2 3/15 3/16 12/23 162/4
 163/23 203/20 204/12 204/13 209/4 212/17
correction [1]  13/17
corrections [1]  196/4
correctly [2]  192/6 192/6
correspondence [1]  163/9
corresponding [1]  122/1
corroborate [3]  118/16 154/1 159/22
cost [1]  30/12
costume [1]  68/1
couldn't [12]  34/24 38/9 87/18 92/3 92/6
 92/6 92/8 92/9 100/6 119/22 124/12 169/1
counsel [18]  2/5 14/5 21/1 33/12 55/11 135/4
 138/10 139/24 140/22 155/16 157/1 157/14
 157/25 160/13 165/9 165/18 167/18 200/7
count [33]  4/24 8/19 84/18 125/21 125/23
 125/24 125/24 126/2 128/24 128/25 128/25
 129/1 129/2 129/2 129/2 129/3 129/3 129/4
 129/4 129/4 174/3 175/20 175/23 176/1
 176/4 176/16 176/16 189/6 192/25 194/11
 194/12 194/15 194/22
count 1 [3]  128/24 175/23 176/16
count 10 [1]  129/4
count 11 [3]  129/4 176/1 176/16
Count 12 [1]  129/4
count 2 [2]  128/25 176/4
count 3 [2]  174/3 194/11
Count 3's [1]  128/25

**C**

Count 4 [1]  129/1
Count 5 [1]  129/2
Count 6 [1]  129/2
Count 7 [1]  129/2
Count 8 [1]  129/3
Count 9 [1]  129/3
country [3]  128/3 141/23 185/18
counts [31]  4/22 4/23 5/4 5/5 8/24 8/24 68/24
 68/24 84/19 125/21 125/25 126/2 126/4
 128/17 129/5 167/9 169/5 169/19 174/2
 175/10 175/20 176/5 176/7 176/9 176/12
 186/13 186/14 188/10 190/6 194/10 195/14
Counts 12 [2]  176/7 186/13
Counts 13 [1]  129/5
counts 14 [5]  8/24 175/10 176/9 188/10
 190/6
counts 2 [1]  174/2
Counts 4 [1]  176/5
couple [18]  5/10 13/16 47/12 77/9 88/8 103/5
 104/18 107/24 121/7 133/18 142/4 142/7
 143/8 143/10 145/10 164/19 200/17 210/7
course [17]  8/1 34/22 35/11 38/20 60/25
 136/13 137/5 137/17 141/2 150/23 153/10
 160/16 179/13 181/11 182/6 183/12 200/19
court [25]  1/1 1/23 2/1 4/25 7/15 10/1 10/9
 10/10 10/21 12/18 15/6 15/20 17/19 21/1
 65/19 91/10 105/13 131/13 131/19 194/6
 195/4 197/20 199/25 201/8 201/17
Court's [2]  170/21 212/8
courtroom [20]  16/21 65/10 66/9 66/25
 67/15 67/18 67/20 68/21 93/7 94/3 110/25
 118/21 118/22 129/15 130/2 195/1 195/4
 208/2 208/20 209/22
cover [1]  29/19
cow [2]  58/17 59/7
CPE [1]  1/23
CR [1]  1/2
crashed [1]  87/18
crazy [9]  36/8 39/4 98/14 155/7 162/25 164/1
 165/3 165/4 165/4
create [1]  66/24
created [7]  143/22 147/11 157/10 157/13
 158/5 158/17 158/19
creates [2]  108/20 109/24
creative [1]  122/21
credentials [1]  71/21
credibility [1]  102/14
credible [2]  104/14 104/15
credit [16]  79/23 79/24 79/25 97/4 97/4 97/5
 97/6 97/7 97/7 97/18 97/23 125/9 145/8
 148/1 148/5 148/18
crime [36]  73/12 76/21 82/15 84/20 84/23
 84/25 85/5 85/9 89/13 126/20 126/23 127/1
 160/24 174/5 174/12 174/21 174/22 175/2
 175/3 175/5 177/3 177/5 178/16 178/19
 181/14 181/15 181/17 183/16 188/13 188/15
 190/22 190/23 193/1 193/3 193/4
crimes [12]  8/10 67/11 71/2 84/21 126/15
 126/18 126/19 127/5 127/6 175/19 193/6
 193/8
criminal [12]  33/1 77/16 78/24 84/11 131/25
 176/22 177/9 184/9 187/13 187/16 187/18
 188/2
criminally [7]  174/13 174/18 184/4 186/21
 187/11 188/7 188/9
criminally-derived [1]  184/4
critical [1]  152/2
cross [11]  6/2 7/9 7/10 55/12 69/11 69/15

94/22 99/7 101/6 106/13 157/17
cross-examination [4]  6/2 99/7 101/6 157/17
cross-examine [3]  7/10 69/11 69/15
cross-examined [1]  55/12
cross-examiner [1]  7/9
CRR [2]  1/23 212/22
crucial [1]  117/5
cruise [2]  42/22 43/3
crunch [1]  120/11
crux [1]  31/21
cry [1]  31/21
cufflinks [3]  69/20 69/21 70/5
culture [2]  71/19 71/22
cultures [2]  33/22 80/17
cure [3]  10/24 24/2 34/6
currency [2]  185/18 187/10
currently [1]  190/14
curse [17]  21/20 21/24 28/10 28/17 34/8 34/9
 64/2 72/14 72/24 133/8 133/22 147/14 151/6
 151/7 151/7 151/9 151/11
cursed [4]  33/25 34/3 61/4 63/25
curses [3]  28/15 144/25 176/21
curtain [1]  83/24
customers [2]  26/11 26/12
cut [1]  65/22
cycle [1]  28/3
Cynthia [20]  24/5 31/1 40/13 49/20 49/23
 50/1 50/7 50/11 50/17 50/18 71/15 71/25
 72/1 72/18 73/1 73/14 76/1 80/22 81/20 82/7
 82/12 82/18 84/6 84/21 89/18 131/10 138/4
 163/18 163/21 164/10
Cynthia's [1]  82/4

**D**

Dad [1]  86/22
damaged [1]  26/15
damn [1]  98/24
dark [1]  30/18
darn [1]  98/24
date [7]  117/1 175/2 175/4 175/5 175/6
 194/17 194/25
Dated [1]  212/19
dates [1]  47/18
daughter [10]  36/17 46/10 72/2 72/4 76/7
 76/9 79/19 81/20 132/7 136/9
daughter-in-law [5]  36/17 46/10 72/2 72/4
 136/9
daughter-in-laws [1]  76/9
daughters [7]  71/3 71/22 132/7 132/13
 132/23 134/4 150/4
daughters-in-law [6]  71/3 132/7 132/13
 132/23 134/4 150/4
dawn [1]  150/2
dawned [1]  34/25
days [15]  5/10 5/16 51/4 51/9 53/15 55/2
 59/25 69/1 88/8 104/18 105/4 108/10 134/13
 143/8 143/10
dead [1]  123/4
deal [6]  25/8 74/24 148/17 157/22 208/15
 210/12
dealer [1]  187/8
dealership [1]  134/18
dealing [11]  47/14 77/20 90/17 96/18 135/11
 135/22 137/11 148/12 152/6 159/18 163/1
deals [1]  79/3
dealt [3]  40/14 46/5 48/7
Deanna [25]  37/19 38/12 38/13 38/16
 38/19 38/22 40/6 58/25 59/1 59/4 71/11
 95/18 95/24 96/10 96/10 96/19 96/21 96/25

96/25 97/1 97/2 97/11 97/14 97/15 97/17
 97/21 97/23 98/2 98/4 98/8 98/9 98/12 104/8
 143/20 146/6 149/13
death [6]  24/10 41/18 42/5 112/14 112/15
 164/11
Debbie [2]  104/9 162/7
debris [2]  196/16 197/4
debt [5]  81/7 91/19 91/19 113/23 114/24
debts [3]  81/8 87/24 148/9
deceased [1]  139/18
deceive [6]  60/25 179/14 180/9 180/14 182/6
 182/24
deceived [1]  35/7 169/10
deception [1]  173/23
decide [24]  16/8 68/2 68/10 82/14 92/24
 104/25 111/17 118/25 159/21 170/11 172/15
 172/21 173/22 179/25 182/17 190/15 190/18
 190/21 192/8 193/10 193/12 193/16 206/4
 207/17
decided [6]  10/10 116/5 168/14 196/12
 196/18 198/25
deciding [2]  127/19 170/7
decision [22]  3/1 3/11 3/12 3/14 70/14 70/16
 78/11 126/6 127/22 127/23 160/4 170/2
 170/14 171/3 172/2 172/17 173/24 180/2
 180/3 182/19 182/20 195/14
decision-maker [2]  180/3 182/20
decisions [3]  103/24 127/20 194/13
declaration [5]  62/11 188/22 189/7 189/8
 189/10
deductions [1]  172/4
deep [3]  28/9 150/2 150/3
defect [1]  197/9
DEFENDANT [225]
defendant's [16]  8/7 16/16 19/1 43/4 55/24
 143/8 148/3 154/13 171/7 171/9 211/2 211/5
 211/10 211/12 212/11 212/12
defendants [9]  31/15 55/23 59/10 61/3
 131/15 131/16 131/17 133/3 135/15
defense [35]  3/1 8/5 8/8 8/18 9/15 19/5 19/6
 19/17 19/18 33/12 35/8 55/11 135/4 138/9
 139/24 139/25 140/22 143/15 149/15 154/17
 155/16 157/1 157/14 157/25 160/13 165/9
 165/18 167/18 169/6 190/25 202/1 203/9
 203/11 203/21 211/3
defense's [1]  160/8
defer [1]  198/24
deferred [1]  199/22
defined [2]  60/24 186/12
defining [1]  8/8
definition [4]  8/23 8/25 131/20 175/11
definitions [1]  127/3
defraud [34]  22/10 22/25 37/13 60/15 60/19
 60/24 98/8 178/18 178/22 179/2 179/7
 179/13 179/19 179/22 180/6 180/8 180/13
 181/1 181/3 181/14 181/16 181/20 182/1
 182/4 182/5 182/12 182/15 182/23 183/14
 191/1 191/3 201/14 203/12 203/14
defrauded [5]  34/14 35/1 95/21 141/25
 180/24
defrauding [3]  38/11 82/9 183/9
degree [2]  185/13 185/15
delay [1]  20/2
deliberate [11]  85/16 125/16 125/17 126/5
 200/21 202/10 204/17 206/8 207/12 209/3
 209/13
deliberates [1]  198/21
deliberating [3]  200/22 202/16 209/18
deliberations [13]  20/8 20/10 170/5 170/10
 175/22 192/19 193/15 194/5 198/21 200/19

**D**

deliberations... [3]  206/6 207/6 208/1
delivered [1]  179/12
delivers [1]  179/9
delivery [2]  185/8 185/21
demand [2]  6/6 103/7
demanded [1]  51/1
demanding [1]  112/2
demonstrated [1]  164/23
den [1]  23/16
denied [6]  55/24 100/1 100/1 100/6 102/8
 115/21
Denmark [1]  47/13
deny [2]  5/7 7/24
depend [1]  173/24
depended [1]  105/1
depending [5]  12/17 19/22 37/17 133/4
 133/4
depleted [1]  155/13
deposit [4]  30/4 54/13 89/3 187/3
deposited [5]  81/4 179/5 180/19 181/6 181/7
depositing [1]  180/23
deposition [2]  22/18 49/22
depth [1]  71/7
deputize [1]  95/1
deputized [1]  95/1
derived [10]  184/4 184/5 186/2 186/21
 186/24 187/11 187/12 187/15 188/7 188/9
derives [1]  189/18
described [4]  139/25 158/15 167/3 168/19
designed [2]  123/2 183/25
desire [1]  159/8
desperate [3]  26/3 26/16 166/23
despicable [1]  25/25
despite [4]  24/1 149/19 159/1 159/8
destined [1]  24/6
destroyed [3]  39/24 117/22 166/12
detail [2]  174/1 189/12
detailed [1]  101/2
details [4]  178/4 180/18 183/2 184/20
detective [9]  6/20 33/17 34/13 34/20 55/18
 55/19 55/22 112/6 123/20
determinations [1]  131/12
determine [5]  191/17 192/13 193/7 195/19
 198/15
determined [1]  189/21
devastated [2]  23/13 23/17
develop [2]  71/22 71/25
developed [2]  86/11 198/20
developing [1]  72/7
development [1]  77/24
Deveraux [12]  5/24 6/3 56/19 56/20 75/2
 104/22 109/1 111/5 111/16 115/18 121/6
 121/8
Deveraux's [1]  104/20
device [1]  189/18
Deville [1]  121/8
devise [1]  181/2
devised [3]  178/21 181/2 181/19
Devlin [1]  58/9
diagnosed [1]  41/19
diamond [2]  100/18 101/20
diamonds [1]  101/8
didn't [119]
die [4]  34/19 122/3 122/4 122/6
died [12]  41/19 41/22 52/2 86/8 86/9 86/12
 97/9 113/1 147/4 147/4 164/10 164/16
differ [1]  173/10
difference [6]  57/11 57/13 113/25 141/9

165/19 172/10
differences [1]  133/10
different [21]  8/25 37/17 37/18 54/14 70/4
 71/10 72/25 76/11 76/12 76/19 76/19 76/25
 90/5 90/8 91/8 91/9 109/20 110/17 127/3
 169/17 173/16
differently [4]  73/9 73/11 90/6 193/23
difficult [12]  24/4 25/3 26/4 35/16 35/17 40/9
 46/21 46/22 52/14 106/17 151/21 158/22
difficulties [1]  40/17
digress [1]  26/21
digressed [1]  26/24
digressing [1]  96/1
direct [7]  94/22 105/7 106/13 172/5 172/6
 172/11 194/5
directed [3]  10/20 81/3 145/3
directing [1]  174/8
direction [1]  174/9
directly [5]  10/21 107/10 137/19 173/9 186/3
directs [1]  174/16
dirty [3]  82/5 82/6 128/18
disagree [3]  126/8 127/14 130/19
Disagreement [1]  190/9
disappear [1]  138/11
disappeared [2]  45/23 45/24
disappears [1]  136/12
disbelieve [2]  143/18 172/17
disclose [1]  62/19
discovered [3]  5/23 37/8 52/21
discredit [1]  55/18
discuss [16]  3/5 45/11 65/4 92/23 93/6
 126/10 129/12 153/12 153/12 193/18 196/20
 202/13 206/1 206/13 209/6 209/15
discussed [3]  17/15 159/16 176/25
discussing [5]  10/22 46/13 178/11 185/2
 193/20
discussion [2]  2/12 202/24
discussions [2]  170/9 176/20
disease [2]  23/8 41/8
disguise [1]  184/1
dish [1]  70/2
dismiss [4]  5/11 7/20 7/20 7/24
dismissed [4]  5/4 79/9 129/1 174/4
disobey [1]  175/14
disorder [1]  197/9
disposition [1]  185/8
disprove [1]  172/10
disputed [2]  5/2 158/14
disregard [5]  108/19 170/21 172/1 175/14
 192/14
dissatisfied [1]  26/11
distinction [1]  137/10
distraction [1]  112/19
distraught [4]  103/24 104/7 112/13 112/14
DISTRICT [3]  1/1 1/1 1/13
disturbance [1]  120/2
division [1]  195/13
divorce [6]  52/11 55/13 106/6 106/12 108/14
 159/5
divorced [1]  122/4
doctor [2]  103/12 103/13
doctors [2]  41/21 70/12
document [4]  105/16 149/13 189/9 189/9
documents [9]  14/11 20/13 58/8 67/25 131/2
 134/20 161/22 188/15 191/12
does [40]  2/11 8/8 10/4 15/21 23/15 27/15
 35/9 35/10 76/21 76/21 77/23 78/7 78/9
 82/19 87/1 100/23 102/4 116/17 121/24
 136/8 141/16 154/20 156/12 157/5 159/8
 170/24 171/1 177/12 177/16 180/17 180/20

183/1 184/12 184/16 187/16 188/1 188/8
 189/17 189/24 190/10
doesn't [55]  9/23 10/23 11/20 16/9 23/13
 26/18 27/20 35/12 35/12 43/21 44/12 44/13
 44/14 47/7 47/8 47/9 47/10 52/20 55/7 55/9
 69/2 69/7 69/9 76/25 81/1 84/1 86/23 99/3
 105/17 116/21 117/1 135/16 158/1 159/22
 160/16 161/1 168/11 171/7 172/19 173/18
 175/3 178/12 178/13 178/15 179/10 180/3
 180/23 182/20 183/3 183/8 185/3 185/4
 185/6 197/4 197/14
dog [4]  40/12 75/5 80/12 83/16
doing [20]  36/22 47/17 47/18 50/21 66/25
 72/25 78/4 78/7 78/7 84/23 91/13 92/7 95/23
 96/24 97/1 111/22 112/12 112/16 113/24
 147/20
dollars [33]  24/24 30/13 35/11 36/14 38/8
 41/11 42/5 54/19 56/24 57/18 58/1 59/20
 64/14 72/14 75/23 80/2 80/8 80/23 87/16
 91/20 110/11 120/1 121/22 141/1 143/9
 146/15 149/12 152/3 153/20 153/20 156/15
 162/10 169/16
dollars-worth [1]  156/15
Dolphin [1]  84/2
domain [1]  75/13
domestic [1]  158/25
domineering [2]  106/7 107/20
don't [123]
donate [1]  134/8
donated [1]  133/22
donation [2]  36/24 133/20
done [22]  9/6 31/17 46/24 46/24 50/12 72/11
 78/2 95/17 95/17 103/17 103/21 121/5
 141/21 174/8 174/9 175/7 190/7 190/12
 190/20 196/13 198/13 206/19
done -- you [1]  72/11
door [8]  17/4 74/6 83/24 99/19 99/25 117/21
 134/17 135/5
doorman [2]  119/6 120/16
doormen [1]  120/19
double [2]  44/2 95/12
doubled [1]  34/11
doubt [48]  69/19 69/23 70/4 70/8 70/10
 70/20 78/22 81/17 83/6 84/25 85/17 87/11
 89/14 96/23 104/14 108/20 109/24 115/15
 116/11 118/7 118/17 125/4 126/14 127/19
 128/13 128/14 128/15 170/13 171/4 171/8
 171/9 171/10 171/10 171/13 171/17 174/24
 175/5 177/21 178/20 180/25 181/18 186/17
 188/17 189/6 190/19 191/3 201/15 203/14
down [17]  68/18 82/24 107/25 133/20 137/19
 142/16 143/13 152/16 152/17 154/25 155/2
 155/11 166/23 166/24 195/3 195/12 199/23
downstairs [1]  100/21
downtown [1]  120/13
drains [2]  196/15 199/14
dramatic [1]  24/9
draw [1]  158/23
drawers [3]  30/5 30/19 54/14
dressing [2]  100/14 100/15
dried [1]  146/4
drinking [1]  100/5
Drive [1]  132/11
driven [1]  163/3
driving [2]  99/16 113/5
drop [1]  89/10
drove [5]  51/14 51/15 51/15 99/17 113/3
drunk [1]  100/5
dry [2]  24/23 42/2
dual [1]  71/14

**D**

due [2]  148/5 190/1
dumb [1]  21/15
dump [2]  106/22 106/23
dunning [2]  117/9 117/11
during [24]  7/25 14/15 14/20 20/2 20/8 20/10
20/20 36/1 39/22 57/9 63/1 63/20 95/9 95/15
140/11 170/5 172/1 173/17 175/21 190/12
192/16 192/19 200/17 200/19
duty [9]  9/8 9/10 125/16 126/5 126/6 128/3
128/4 170/6 190/8
dying [3]  23/11 52/22 91/1

**E**

e-mail [2]  1/25 43/10
e-mails [3]  43/14 52/15 52/16
each [22]  68/13 73/24 96/2 97/17 109/19
112/1 117/16 125/17 125/18 125/21 172/15
175/20 177/1 181/13 183/13 189/5 189/6
192/25 193/1 193/16 194/9 194/11
earlier [2]  123/22 124/3 167/11
early [9]  46/20 46/20 49/22 108/14 123/23
124/10 131/7 133/18 199/19
earned [2]  160/14 160/17
earning [3]  80/25 113/15 113/16
earrings [10]  100/18 100/20 100/22 101/20
101/21 102/3 102/4 102/6 102/8 102/10
earth [2]  39/5 151/4
easier [1]  186/11
easiest [5]  85/22 85/24 85/25 88/4 90/21
East [2]  1/17 26/25
easy [4]  68/4 75/8 90/22 96/16
economic [1]  189/16
Edison [1]  81/11
Edwards [2]  122/5 122/6
effect [2]  153/6 154/4
effectively [2]  179/22 182/14
efforts [1]  206/23
egg [1]  109/12
eggs [1]  12/9
Egypt [3]  106/14 107/23 121/17
Egyptian [3]  55/15 105/20 106/25
eight [2]  71/13 111/1
either [21]  39/15 44/19 46/18 60/19 81/21
83/21 93/10 103/6 104/6 106/11 111/4 120/7
125/8 134/7 156/6 170/16 172/11 179/19
181/6 183/23 194/13
elected [1]  122/5
elements [5]  61/16 62/8 158/7 177/1 189/6
Eli [3]  58/5 62/2 169/16
eliminate [2]  28/15 64/2
eliminated [1]  194/11
else [21]  19/3 19/4 96/7 102/17 103/9 106/16
111/1 118/10 129/24 146/21 169/3 180/11
180/16 181/16 182/25 198/24 199/1 199/17
201/21 203/20 208/3
else's [2]  109/11 109/12
embodiment [1]  158/18
emissary [1]  152/7
emotional [6]  26/17 39/7 150/14 150/19
158/14 159/1
emotionally [4]  24/10 26/2 26/15 26/15
emotions [1]  138/24
emphasize [1]  192/22
employee [1]  174/17
emulate [1]  12/8
encountered [1]  204/21
encouraged [2]  24/16 158/19
end [30]  4/9 36/23 43/2 45/4 45/6 48/17 52/7
52/8 68/14 71/17 86/13 86/15 91/25 92/1
92/3 94/16 97/13 105/22 108/2 139/1 142/25
146/3 148/15 152/22 155/22 161/17 167/1
168/24 197/7 199/23
ended [4]  30/23 42/13 136/23 149/10
ends [1]  104/7
energy [13]  28/10 34/1 44/8 47/23 49/10
49/12 133/17 142/11 149/2 151/14 153/22
154/11 155/18
enforceable [1]  168/23
enforcement [12]  32/9 33/14 33/17 34/21
34/23 43/13 138/18 149/4 156/5 156/15
160/2 160/4
engage [2]  183/16 186/19
engaged [3]  176/24 186/18 191/24
engages [1]  184/3
engaging [1]  10/25
England [4]  22/20 107/22 107/23 121/17
English [1]  36/12
enough [10]  21/14 21/15 21/15 21/16 22/3
22/4 22/4 52/9 64/17 67/17
enter [4]  27/6 32/25 33/3 33/7
entered [5]  4/1 19/1 136/11 167/23 168/9
enters [5]  16/21 66/9 94/3 130/2 208/20
entire [4]  4/9 5/11 55/12 59/25
entirely [1]  192/8
entitled [3]  191/18 192/23 212/18
entity [1]  90/6
entrusted [2]  141/21 156/10
entrusting [2]  141/7 155/25
equal [1]  12/1
equipment [1]  204/8
equity [4]  75/21 80/2 112/22 113/22
equivalent [1]  93/19
erased [1]  28/19
errands [1]  112/8
error [2]  191/7 203/17
errors [1]  204/13
Especially [1]  21/17
ESQ [1]  1/19
essence [2]  122/18 123/5
essential [1]  147/13
essentially [1]  131/20
establish [5]  64/22 178/12 185/3 191/8
203/18
established [3]  59/14 61/10 119/12
establishes [1]  169/5
establishment [1]  133/1
establishments [1]  132/16
estate [6]  77/15 77/23 77/24 91/11 139/18
163/18
estimate [1]  53/21
estranged [1]  163/24
et [4]  103/25 107/21 107/21 107/21
et cetera [4]  103/25 107/21 107/21 107/21
evading [1]  165/20
evaluate [1]  20/16
evaluation [1]  192/8
even [59]  10/11 10/25 17/24 45/8 47/7 49/14
49/17 55/17 66/23 67/8 72/19 73/9 78/1 79/5
80/15 80/22 85/7 86/3 86/11 87/16 88/22
96/17 96/24 98/10 106/8 107/4 115/22
117/12 119/5 120/9 120/19 121/7 122/3
124/13 127/7 132/19 135/16 135/19 136/3
136/5 136/10 140/10 140/13 140/13 144/13
146/23 154/13 158/13 164/25 164/25 170/18
174/5 178/3 180/23 184/19 191/5 197/1
203/16 209/6
evening [7]  207/12 208/17 209/2 209/9
209/20 210/5 211/22
event [5]  152/15 178/10 185/1 206/2 206/4
events [2]  158/7 158/9
eventually [1]  51/5 79/8 89/4 90/18 91/22
99/13 106/1 121/18 143/14 200/21
ever [6]  33/16 34/13 38/1 40/4 107/3 153/4
every [20]  25/5 38/12 38/16 49/21 64/6 66/21
68/12 84/11 100/8 117/9 133/11 136/17
136/22 152/17 170/23 174/6 177/9 177/10
184/9 184/10
everybody [3]  69/3 121/22 159/3
everybody's [2]  197/1 209/12
everyone [7]  2/2 2/6 14/3 17/2 66/2 66/11
93/24 94/5 125/19 126/13 129/20 130/4
195/25 198/18 199/11 206/16 208/22
everything [19]  8/23 31/16 37/1 37/2 38/7
41/2 46/21 48/18 65/5 89/2 99/14 101/2
119/6 120/12 128/12 206/19 206/25 207/21
207/22
Everything's [2]  45/15 45/19
evidence [147]
evident [1]  117/18
evidentiary [2]  17/23 17/25
evil [12]  21/23 28/23 34/3 41/25 49/13 61/5
64/1 139/16 139/17 151/13 158/18 168/5
ex [3]  24/16 51/23 55/17
ex-boyfriend [1]  51/23
ex-husband [2]  24/16 55/17
exact [2]  97/9 175/4
exactly [6]  9/21 10/22 23/3 23/4 35/21 43/15
examination [8]  6/2 99/7 101/6 101/24 105/7
106/13 157/17 192/10
examine [4]  7/10 69/11 69/15 204/6
examined [1]  55/12
examiner [1]  7/9
example [5]  70/9 118/18 133/11 141/12
154/7
exceeded [1]  164/25
excellent [3]  101/13 101/13 121/6
except [5]  8/23 164/1 168/7 171/25 175/10
exchange [4]  43/20 125/17 187/4 187/10
excitement [1]  23/22
exclude [1]  171/8
excluded [1]  9/17
exclusion [2]  69/19 89/14
exclusive [2]  180/22 183/6
exculpatory [2]  6/13 7/16
excuse [9]  117/12 117/23 180/7 190/11 198/4
200/5 200/13 201/1 208/17
excused [1]  206/22
excuses [2]  92/8 117/20
excusing [2]  200/2 200/24
execute [1]  181/8
executed [2]  58/9 132/12
exemption [1]  115/3
exercise [2]  122/20 162/18
exercising [1]  112/18
exhibit [15]  4/2 18/17 18/18 18/19 18/24
19/1 43/19 58/15 58/22 104/20 138/16
139/15 162/12 162/23 163/20
exhibit 106 [1]  163/20
exhibit 111-2A [1]  43/19
exhibit 111-E [1]  139/15
exhibit 512 [1]  162/12
exhibit 62 [1]  104/20
exhibit 72 [1]  18/24
exhibit 722 [2]  58/15 58/22
exhibits [19]  14/13 58/14 68/11 110/16
110/17 130/14 171/21 208/4 209/23 210/1
210/2 210/7 210/14 211/2 211/5 211/10
211/12 211/16 212/11

**E**

exhibits 206 [1] 210/14
exist [2] 135/16 168/11
existed [3] 7/18 136/4 144/25
exists [1] 134/3
exits [5] 65/10 93/7 129/15 208/2 209/22
expect [12] 17/4 17/7 19/20 74/24 78/17 79/1 80/25 81/1 93/18 121/25 135/6 141/22
expecting [1] 116/8
expects [1] 162/10
expenses [1] 112/21
expensive [12] 44/20 44/20 48/5 55/10 58/8 58/10 59/22 64/18 64/19 81/12 103/17 113/6
experience [1] 160/2
experienced [1] 50/3
experiences [2] 123/4 158/24
expert [3] 71/19 71/20 80/15
expertise [1] 18/20
experts [1] 81/23
explain [5] 151/22 170/18 176/13 193/15 197/4
explained [1] 50/11
explanation [2] 17/25 102/12
explanations [2] 78/20 78/22
explanatory [1] 10/12
exploit [1] 23/5
exploited [1] 35/23
exploiting [1] 150/7
Express [2] 97/10 148/6
expresses [1] 34/12
expression [1] 80/13
extended [1] 205/15
extensively [1] 69/16
extent [6] 78/1 81/20 121/9 121/10 192/15 203/19
extra [5] 65/11 65/12 65/18 65/20 205/8
extravagant [3] 56/22 64/17 64/21
extremely [2] 23/23 26/4
eyes [1] 66/18
eyewitness [1] 172/8

**F**

faces [1] 107/10
facetious [1] 202/5
fact [57] 9/14 21/6 25/22 29/7 40/6 60/18 62/23 69/7 69/9 76/20 86/3 90/7 98/21 99/15 112/17 115/21 118/4 118/4 118/23 124/7 128/6 134/6 134/11 135/15 136/9 136/15 137/2 147/19 149/24 150/13 156/22 157/4 157/6 157/23 159/17 159/19 160/21 166/5 166/21 168/22 172/8 172/10 173/14 173/25 179/1 179/18 179/23 179/24 179/24 180/1 181/24 182/10 182/14 182/16 182/16 182/18 186/24
factor [1] 153/1
facts [15] 67/14 67/23 67/24 68/2 68/2 68/10 170/12 172/2 172/9 177/20 178/19 181/18 188/16 189/21 194/1
factual [1] 171/24
failed [2] 58/12 62/19
fails [1] 171/4
failure [1] 169/18
fair [1] 128/4
fairly [1] 194/8
faith [9] 8/18 45/22 46/1 190/25 191/2 201/13 203/9 203/11 203/13
fall [5] 22/7 22/9 68/5 68/6 94/11
falling [3] 92/14 152/6 200/17
falls [1] 118/17

false [43] 26/20 60/16 60/17 61/1 62/7 62/14 62/16 62/21 63/11 125/6 133/25 134/1 134/11 146/22 151/19 165/25 166/1 169/7 169/11 176/10 178/23 178/25 179/15 179/17 179/21 180/5 180/20 181/21 181/23 182/7 182/9 182/13 182/22 183/5 188/11 188/14 188/24 189/3 189/7 189/9 189/25 190/2 190/3
falsely [1] 173/13
families [3] 80/16 81/23 81/24
family [72]
fancy [1] 82/5
fantasy [15] 104/25 106/17 107/13 107/15 121/7 121/8 121/12 122/11 122/19 123/11 123/12 158/1 158/4 158/5 158/9
fantasyland [2] 106/18 106/23
far [8] 45/15 45/16 61/15 136/1 164/16 164/16 169/5 197/17
fashion [1] 8/8
fast [2] 59/16 94/17
fat [1] 95/4
father [6] 79/8 147/4 147/4 147/6 147/8 147/12
father-in-law [1] 79/8
faucets [1] 197/5
favor [1] 202/4
favorable [1] 201/25
FBI [1] 150/24
fear [5] 24/15 153/1 153/3 158/19 158/20
fearful [1] 30/6
February [1] 32/7
February 9th [1] 32/7
fed [1] 158/18
federal [17] 1/21 62/10 62/10 62/13 62/16 67/10 96/14 115/3 177/3 178/16 181/15 183/16 188/13 188/19 188/21 188/24 200/11
fee [20] 27/19 27/23 29/13 29/17 29/18 29/19 29/21 29/23 29/24 36/20 36/21 39/21 44/14 50/23 63/4 78/1 86/7 96/3 144/18 160/20
feed [1] 122/21
feeding [1] 52/16
feel [8] 6/1 29/12 30/2 30/2 53/6 195/21 203/25 204/1
feeling [1] 197/3
fees [4] 110/11 110/12 160/17 165/2
felt [2] 25/20 157/18
fellow [1] 86/1
felt [3] 36/15 77/10 91/6
Ferguson [1] 1/20
Ferraris [1] 79/21
fertilizing [1] 109/12
few [22] 3/22 5/16 51/4 51/9 53/9 53/15 55/2 57/4 65/24 68/22 69/17 79/17 92/4 109/3 109/8 134/13 141/1 166/18 172/22 176/14 196/4 207/21
fiction [1] 157/13
fictional [4] 132/24 132/24 157/11 162/18
fictitious [5] 135/3 135/13 135/14 137/17 168/10
fide [4] 148/25 167/25 189/20 189/20
field [1] 151/14
Fifteen [3] 12/22 121/2 121/3
Fifth [1] 74/5
fight [1] 139/17
figured [2] 72/12 204/16
figures [1] 145/3
figuring [1] 150/6
file [5] 114/14 141/25 168/14 188/14 190/2
filed [4] 49/14 62/21 119/15 135/23
files [1] 165/25

filing [5] 62/7 63/11 91/12 176/10 188/11
fill [2] 194/7 194/16
filled [1] 194/25
film [1] 205/24
film-making [1] 205/24
final [1] 18/12
finalized [1] 7/12
finally [7] 34/25 107/15 110/20 117/12 123/20 125/11 155/15
financial [19] 22/14 22/19 39/7 61/17 134/14 140/23 145/14 149/19 150/14 180/10 180/11 180/15 180/16 182/25 183/21 185/12 186/10 187/6 187/7
financials [1] 162/1
finding [2] 150/6 174/18
finds [1] 157/12
fine [6] 11/15 11/24 13/11 88/12 104/2 207/12
finish [16] 14/17 14/22 15/22 16/1 29/20 40/3 45/2 45/4 45/12 45/14 94/16 101/6 108/11 121/11 185/10 208/7
finished [6] 16/6 20/5 20/6 20/17 44/8 44/17
fire [8] 54/22 54/22 54/22 54/23 54/23 54/24 54/24 55/8
firm [5] 37/22 76/14 77/22 77/23 144/16
firmly [1] 200/24
firms [1] 76/15
first [35] 7/11 9/16 9/22 10/2 10/4 10/15 12/25 19/19 20/22 21/3 27/6 32/6 32/10 50/17 53/13 66/16 68/22 68/25 69/21 78/25 85/23 94/19 113/23 113/23 132/4 140/15 140/16 150/23 154/5 156/9 176/15 194/3 199/9 200/16 200/23
five [29] 12/18 60/1 65/11 65/12 65/18 65/19 65/20 71/11 79/17 85/20 92/24 103/4 104/15 121/5 125/5 128/2 161/4 161/5 161/6 167/10 167/12 167/13 187/1 189/3 189/6 204/19 205/9 209/9 211/7
five-minute [1] 12/18
five-year [1] 60/1
fix [1] 52/8
FL [2] 1/18 1/22
flame [2] 48/9 48/14
fleeced [1] 135/22
flew [1] 108/9
flies [3] 154/12 154/24 155/2
Floor [1] 1/18
Florendine [4] 25/11 49/8 135/21 168/15
FLORIDA [8] 1/1 1/7 1/24 18/15 42/21 74/2 75/10 75/22
flying [3] 134/17 134/17 134/19
focus [1] 139/22
Foley [1] 120/13
folks [6] 77/10 81/13 95/2 120/15 132/2 139/19
follow [6] 170/1 170/18 170/19 181/11 192/2 196/2
followed [3] 145/16 145/20 196/23
following [18] 14/2 16/21 17/9 43/19 66/1 66/9 93/23 94/3 129/19 130/2 177/20 178/19 181/18 186/17 188/16 196/8 208/12 208/20
follows [1] 61/16
foolish [2] 21/14 22/3
foot [1] 106/9
forbids [4] 131/22 175/13 175/16 190/9
foreclosed [3] 87/20 89/7 115/1
foregoing [1] 212/16
foreign [3] 185/13 185/16 185/22
foreperson [7] 194/4 194/5 194/16 194/17 194/19 207/17 208/24

**F**

foreseen [1]  181/12
forever [4]  44/10 44/11 44/16 120/20
forget [4]  74/13 94/17 101/5 173/20
Forgive [1]  98/23
forgiven [1]  114/24
forgives [1]  115/2
forgot [4]  57/3 57/4 111/12 161/9
forgotten [1]  40/5
form [13]  13/22 13/23 65/5 92/23 129/12
 185/20 186/4 188/19 194/7 194/18 194/18
 194/23 204/14
formal [4]  131/23 170/22 177/14 184/14
format [1]  133/9
formative [1]  74/5
formed [2]  191/4 203/15
formulated [1]  8/6
Fort [13]  1/18 26/25 32/8 39/15 42/21 42/23
 52/21 75/10 88/17 123/19 138/3 155/1 155/1
forth [5]  77/7 105/25 107/22 122/19 148/7
fortunate [1]  50/20
Fortunately [1]  68/8
fortune [17]  3/22 18/14 21/16 21/17 21/18
 21/20 21/22 21/23 22/2 36/10 37/18 40/20
 60/12 71/24 74/10 132/15 176/19
fortune-telling [2]  74/10 132/15
Forty [2]  85/12 92/24
Forty-five [1]  92/24
forward [2]  2/9 28/21
found [29]  6/6 32/8 32/10 37/7 41/9 41/22
 51/16 58/10 100/20 100/20 121/18 121/20
 135/24 140/14 149/4 149/4 156/5 156/7
 156/22 159/11 163/12 176/22 177/19 178/18
 181/17 186/16 188/15 199/9 204/13
foundation [2]  17/22 18/2
four [10]  6/15 60/1 66/18 71/13 76/14 95/18
 179/4 182/2 186/24 189/1
four-and-a-half [1]  66/18
fourth [1]  154/4
fragile [2]  27/1 35/25
Frank [2]  51/23 52/1
Franklin [4]  1/23 212/15 212/21 212/22
fraud [68]  5/1 26/7 26/23 27/3 34/12 43/9
 43/11 60/9 60/9 60/14 60/14 60/20 60/22
 61/12 61/14 61/21 61/22 63/8 63/9 64/22
 82/19 82/25 83/3 87/14 87/15 87/21 87/25
 88/3 89/13 89/15 90/19 95/25 96/11 96/15
 96/16 96/17 110/25 117/4 125/23 125/24
 125/25 125/25 128/13 137/6 146/23 156/20
 167/8 167/9 169/5 169/6 169/13 169/19
 175/24 175/24 176/4 176/6 177/6 177/14
 177/24 180/22 183/7 186/7 186/7 186/25
 187/20 187/21 188/4 188/5
fraudulent [22]  10/5 11/1 60/16 60/17 61/1
 134/10 176/21 176/23 178/23 178/25 179/15
 179/19 179/21 180/20 182/7 182/10 182/13
 183/5 191/5 191/8 203/16 203/18
Fred [5]  1/19 77/18 135/8 135/10 135/11
free [3]  91/25 159/9 206/13
frequently [1]  100/5
Friday [2]  126/13 205/4
friend [12]  24/10 73/15 78/18 96/8 98/22
 101/5 101/5 108/9 146/7 146/13 146/18
 162/8
friends [4]  66/21 96/19 106/23 109/5
front [4]  20/14 74/22 100/10 101/10
frustrated [1]  125/11
fulfillment [1]  25/19
full [3]  45/6 45/9 105/4
fully [2]  10/12 193/17
funds [3]  91/21 149/22 187/5
funny [1]  55/2
furnished [1]  131/1
furnishing [1]  131/3
further [3]  107/14 198/13 198/20
fuss [2]  119/5 119/22

**G**

gain [4]  180/11 180/15 182/24 189/13
gamble [1]  37/3
gambling [4]  44/21 59/23 86/11 134/22
game [1]  84/3
garage [1]  113/2
Gary [36]  25/11 29/17 33/3 50/14 51/7 51/12
 59/2 71/12 85/25 86/6 86/17 87/6 87/6 88/4
 88/6 88/14 88/23 89/8 89/11 89/12 89/15
 89/15 89/16 90/13 90/16 95/17 96/5 98/17
 138/2 139/25 139/25 140/24 142/10 143/11
 143/17 143/18
Gary's [1]  85/25
gather [1]  207/3
gathered [1]  5/24
gave [45]  5/13 6/7 32/13 42/11 53/4 55/1
 57/25 58/24 58/25 59/11 59/2 59/2 59/3 59/4
 59/5 59/5 77/11 79/23 79/24 88/10 88/11
 91/14 96/6 103/16 107/12 115/14 115/19
 115/24 116/7 116/13 116/13 124/4 137/3
 137/4 142/12 143/1 143/3 149/14 155/5
 161/5 162/9 165/16 166/15 173/17 198/12
gee [3]  104/4 106/8 120/15
general [2]  82/2 178/7 184/23 199/8
generally [2]  25/7 27/20
generations [1]  145/1
gentleman [1]  79/4
gentlemen [38]  18/7 19/11 21/2 22/5 22/22
 25/1 26/9 29/23 33/10 33/15 35/15 36/5
 39/13 44/19 46/9 49/16 51/7 52/1 58/2 59/18
 60/5 60/23 61/3 63/7 63/21 64/11 64/15 65/3
 66/12 66/13 92/21 120/25 125/2 129/11
 130/5 167/1 169/25 203/5
genuine [1]  140/1
gets [23]  23/10 34/8 94/19 94/20 119/10
 127/13 147/24 148/1 154/8 154/12 168/11
 210/11
getting [12]  58/20 85/6 85/8 90/25 102/5
 102/7 107/2 117/22 135/2 139/2 167/18
 208/4
gift [23]  28/6 28/6 44/14 54/6 56/3 63/6
 111/18 114/13 114/13 114/14 114/15 114/16
 114/16 114/17 114/18 133/7 161/12 161/14
 161/17 165/10 166/8 185/8 189/18
gifts [17]  8/20 86/14 96/3 110/13 111/9
 111/23 111/24 112/10 114/13 115/7 115/9
 115/12 116/4 124/5 124/7 164/22 165/2
gild [1]  84/17
Gilliam [1]  104/23
girlfriend [1]  90/17
give [82]
given [16]  5/17 25/5 38/8 42/13 45/22 48/18
 58/18 78/9 97/3 151/13 159/19 160/9 160/9
 163/22 175/21 198/23
gives [3]  9/21 68/6 143/12
giving [18]  34/16 36/9 38/22 42/13 46/17
 46/18 48/16 49/4 58/19 59/1 72/15 86/14
 92/8 149/11 153/15 164/24 165/1 165/2
goals [2]  178/12 185/3
God [11]  21/19 28/6 37/24 89/24 90/4 90/4
 90/8 90/10 133/8 145/19 151/5
God's [1]  36/23
goes [19]  11/2 12/10 19/18 32/12 37/17 78/19
 78/23 85/4 87/23 88/25 103/19 107/17
 110/14 116/10 135/11 154/11 155/20 157/11
 158/21
going [177]
gold [18]  39/9 39/9 39/11 39/13 39/14 39/17
 39/24 53/23 153/19 153/20 153/21 154/9
 154/10 154/16 154/18 165/16 165/16 166/22
gone [6]  12/7 54/24 55/1 55/4 73/7 155/6
good [38]  2/2 6/5 8/18 17/2 22/16 45/22 46/1
 66/19 77/19 81/19 85/13 99/3 101/1 101/14
 104/3 105/9 130/8 150/15 150/16 159/14
 160/5 173/4 190/25 191/2 201/13 201/24
 203/9 203/11 203/13 206/23
good-faith [1]  8/18
goodbye [1]  47/2
Gordon [5]  56/17 79/5 79/13 79/23 80/10
got [54]  6/23 13/20 23/12 41/18 45/23 51/21
 56/12 59/9 75/4 75/9 75/13 75/15 75/16 86/2
 91/5 95/15 96/3 96/3 96/4 96/4 96/7 98/18
 98/20 99/6 107/7 107/23 110/5 110/9 110/21
 111/14 111/24 111/25 112/5 112/9 112/10
 115/23 119/4 123/15 123/20 125/10 133/25
 135/25 136/2 140/22 140/24 149/3 157/12
 161/14 161/23 165/15 166/15 198/18 200/1
 200/6
gotten [4]  117/11 137/24 149/10 196/14
governing [1]  176/14
GOVERNMENT [75]
Government -- I [1]  5/17
Government's [11]  8/9 15/14 70/7 139/15
 162/12 163/19 171/6 171/8 210/1 210/14
 211/2
grab [1]  12/16
grade [1]  75/8
graduate [3]  22/13 48/6 121/15
grand [1]  119/13
granddaughter [4]  47/16 76/9 132/7 134/4
grandmother [2]  51/24 52/2
grandson [1]  97/9
grandson's [1]  112/15
great [4]  7/9 29/5 122/12 209/20
greater [4]  184/4 186/22 191/14 192/23
green [1]  12/9
gross [2]  186/4 189/16
group [3]  16/15 204/1 206/9
Guardia [2]  58/3 134/20
guess [19]  2/7 11/25 16/20 21/7 40/5 68/7
 85/24 92/23 97/16 99/22 101/7 104/22 105/3
 107/11 125/13 140/1 148/8 196/20 201/23
guidance [1]  90/12
guide [4]  55/15 90/15 105/20 106/25
guides [5]  21/19 25/16 28/8 48/24 49/6
guilt [4]  170/23 171/3 171/7 171/9
guilty [58]  4/22 13/22 13/22 65/1 69/8 69/8
 69/19 70/21 70/22 70/23 70/23 71/2 76/21
 77/1 78/8 78/10 82/14 82/15 122/5 122/22
 124/4 128/25 128/25 129/2 129/2 129/2
 129/3 129/3 129/4 129/4 129/5 129/5
 165/20 169/21 170/12 171/5 171/17 174/4
 176/22 177/19 178/9 178/18 181/17 184/6
 185/1 186/16 188/15 193/2 193/3 193/8
 193/8 193/10 193/11 193/13 193/13 194/13
 194/13
gullible [3]  21/15 22/4 26/18
guns [1]  126/15
guy [9]  51/23 85/25 95/4 99/9 104/4 106/8
 106/9 140/1 157/10
guys [24]  21/8 95/6 120/16 121/25
Gypsies [1]  128/8

**G**

Gypsy [6]  71/19 75/4 75/7 80/16 81/23 78/7

**H**

habit [1]  124/16
hadn't [3]  35/4 42/24 52/2
half [18]  11/17 33/25 54/19 66/18 87/15 92/25 93/1 93/1 93/2 93/2 93/20 101/16 121/22 125/13 163/12 163/12 179/22 182/14
halfway [1]  93/16
ham [1]  12/9
hand [3]  2/15 137/21 138/10
handed [1]  2/6
handing [2]  195/24 211/11
handle [4]  50/4 135/25 137/25 207/15
handled [1]  40/19
hands [4]  52/5 126/11 154/14 211/11
hang [3]  139/3 202/10 202/12
happen [7]  27/15 27/21 27/22 44/9 119/21 120/22 205/9
happened [25]  5/20 35/3 53/6 53/6 54/21 68/21 75/2 100/10 101/12 104/5 107/2 117/15 119/14 119/17 120/22 136/25 142/20 146/16 148/6 154/22 156/8 156/12 166/9 198/24 199/1
happening [1]  22/8
happens [3]  101/23 178/14 185/5
happiness [4]  25/18 28/12 34/9 147/14
happy [8]  6/11 33/13 86/3 90/18 103/7 140/2 205/19 205/19
harassing [1]  143/11
hard [6]  44/21 67/9 69/22 85/22 149/22 209/16
harder [1]  75/5
hardest [2]  40/4 40/4
hasn't [4]  21/12 45/24 87/10 125/4
hate [2]  84/3 201/25
hated [1]  106/6
haven't [8]  66/19 66/19 67/4 98/15 116/10 125/7 166/18 197/14
having [13]  24/2 27/3 27/4 27/4 27/5 28/11 97/13 99/2 118/10 139/18 199/3 199/11 202/24
Hawaii [3]  33/21 100/8 104/2
Hawaiian [1]  33/21
He'll [1]  12/16
he's [11]  10/25 10/25 16/5 23/12 77/23 78/7 85/5 88/4 110/14 123/19 202/5
head [2]  53/20 93/15
heal [1]  10/23
health [2]  25/6 27/4
healthcare [3]  22/16 70/13 150/15
hear [12]  14/16 19/12 20/22 65/4 66/13 94/11 95/2 154/2 154/3 158/24 206/10 206/15
heard [52]  16/3 18/9 19/17 20/12 22/12 24/25 27/16 31/5 33/16 34/24 47/12 47/13 52/9 52/10 56/4 56/17 56/25 58/3 58/6 58/11 63/21 63/22 68/1 71/11 71/17 72/5 72/16 74/1 74/15 75/1 76/2 77/13 82/21 88/25 89/17 105/9 105/18 113/1 114/10 127/15 135/20 136/16 143/1 151/8 153/22 160/11 190/12 191/22 192/9 203/19 204/24 206/7
hearing [2]  4/21 192/11
heart [4]  34/6 50/16 177/15 184/15
heavy [1]  171/6
heck [1]  164/1
heck's [1]  159/4
held [8]  17/9 51/20 126/8 148/9 151/17 191/4

196/8 203/15
help [29]  24/22 25/17 25/18 27/9 28/13 35/19 39/6 41/4 48/13 50/4 54/19 75/7 77/18 77/25 78/2 89/22 90/8 90/15 91/2 99/10 99/11 122/22 144/18 149/21 151/5 165/22 179/6 182/4 192/4
helped [17]  39/6 62/13 71/25 72/7 83/22 84/20 89/16 90/16 91/2 109/17 112/2 112/3 112/3 112/4 124/16 188/23 190/2
helpful [1]  15/25
helping [14]  63/5 78/3 84/23 122/21 122/22 123/24 124/5 124/8 124/24 124/25 150/17 160/14 186/11 192/2
here [55]  9/19 15/13 20/1 21/6 21/13 53/16 53/22 54/9 64/6 65/7 67/4 67/8 70/24 71/5 73/7 73/16 73/23 75/15 77/13 78/12 82/1 82/2 82/3 84/21 85/17 86/1 86/24 89/1 92/11 94/25 95/22 100/10 104/18 105/3 111/1 111/21 115/11 116/20 120/17 127/25 128/2 161/15 170/15 193/7 194/6 200/1 202/25 204/19 204/22 204/24 205/15 205/17 205/18 209/10 210/11
Here's [1]  163/23
hero [1]  123/19
heros [1]  123/18
hers [5]  100/24 101/8 101/9 101/21 121/19
herself [7]  102/25 112/25 118/22 128/8 139/7 151/4 151/23
hesitate [1]  193/20
hesitation [1]  171/15
hi [1]  66/19
high [1]  112/23
higher [5]  112/5 127/7 140/6 145/20 152/7
highlighting [1]  201/25
highlights [1]  43/17
highway [2]  1/21 75/13
Hill [7]  6/23 24/8 33/8 33/20 51/21 83/19 164/4
Hill's [2]  31/8 33/16
himself [1]  118/21
hindsight [1]  48/21
hired [3]  112/7 124/22 166/24
history [1]  120/5
hit [3]  87/18 136/5 136/25
hold [14]  44/11 44/16 56/11 69/3 69/13 70/20 71/2 86/12 103/20 128/6 133/15 134/24 142/19 155/21
holding [2]  104/20 140/19
hole [1]  113/21
home [6]  70/10 99/24 100/22 112/21 113/22 126/12
honest [2]  44/3 193/22
honestly [4]  191/4 191/4 203/15 203/15
Honolulu [1]  33/21
Honor [37]  3/8 4/11 4/18 5/10 9/11 9/13 9/24 10/13 11/7 11/10 11/18 11/20 12/9 13/21 14/25 16/9 16/14 18/23 19/4 19/9 20/25 66/4 92/17 92/20 93/4 94/2 94/9 121/4 130/7 141/15 165/5 196/25 198/7 208/18 208/25 210/15 211/14
Honor's [1]  11/13
HONORABLE [1]  1/12
hook [2]  28/20 28/22
hooked [1]  152/12
hope [8]  23/18 38/12 41/2 41/12 85/15 85/16 128/22 139/7
Hopefully [1]  14/19
hoping [6]  24/20 38/21 39/1 41/3 52/11 138/24
horse [1]  80/12

hospital [2]  70/11 109/10
hotel [5]  32/8 49/2 54/11 74/6 163/13
hour [17]  12/11 12/25 13/24 14/24 15/1 15/14 19/21 56/12 65/15 92/25 93/1 93/1 93/2 93/3 93/20 127/11 207/13
hours [14]  11/17 11/19 11/21 12/4 12/22 15/15 19/20 20/5 65/17 93/9 93/10 93/11 112/1 112/1
house [39]  44/20 47/8 51/18 55/10 55/15 57/16 58/7 64/19 75/10 75/12 75/15 75/21 79/25 80/1 80/2 80/10 83/9 83/14 83/15 87/17 87/20 88/16 88/17 99/16 99/17 99/19 99/21 115/1 121/17 121/21 140/10 140/16 140/19 155/13 156/5 156/14 157/7 157/12 168/19
housekeeper [1]  58/3
housekeeping [1]  18/12
houses [3]  55/13 112/3 112/3
housesit [1]  83/15
however [6]  13/12 29/19 52/14 88/15 189/16 205/25
Hughes [6]  25/10 40/10 40/18 83/7 83/7 83/13
Huh [1]  54/10
hundred [12]  42/4 57/17 59/20 64/14 91/19 120/1 141/1 143/9 143/10 153/20 162/9 165/3
hundreds [10]  30/12 36/13 41/10 57/25 72/13 80/1 146/14 149/12 153/19 169/15
hunt [2]  27/13 80/12
hurrying [1]  94/16
hurt [1]  149/6
husband [26]  23/11 24/16 36/18 40/25 41/6 41/7 41/8 41/16 41/22 41/23 55/17 91/1 91/1 91/3 105/21 106/7 106/22 110/19 111/13 113/1 113/3 132/24 139/18 148/12 159/10 167/5
husband's [2]  42/5 112/14

**I**

I'd [20]  4/8 4/20 5/3 5/4 11/12 12/20 15/20 21/3 44/2 77/6 84/3 95/1 104/8 110/18 121/13 125/15 127/15 127/17 196/22 200/20
I'll [31]  15/7 15/11 18/2 18/4 20/6 20/17 43/24 44/1 53/15 54/15 54/15 65/12 65/21 68/11 71/6 73/3 74/18 77/18 85/18 85/22 92/9 93/19 97/16 98/25 100/25 116/5 142/16 155/11 175/11 201/16 211/7
I'm [140]
I've [24]  6/9 78 7/10 9/13 9/19 16/3 66/17 67/8 70/9 78/2 78/8 97/3 121/1 121/7 122/20 127/14 141/20 141/21 141/21 141/24 141/24 168/2 169/4 170/8
idea [6]  26/10 93/15 134/2 160/20 164/22 166/11
ideas [1]  125/17
identical [1]  133/4
identified [5]  100/16 100/17 102/10 134/21 156/11
identify [3]  156/24 191/24 192/4
identities [2]  178/5 184/21
identity [1]  192/7
ignore [2]  66/22 203/20
ignored [1]  107/20
ignoring [1]  195/21
illegal [8]  72/10 73/1 73/2 73/3 113/24 114/1 114/1 128/19
imaginary [1]  57/14 57/23 58/2
imagine [1]  23/21
immediately [2]  108/2 137/18

**I**

imminent [1] 75/12
impart [1] 167/16
impartial [1] 128/5
impartially [1] 171/11
implication [1] 146/25
importance [1] 189/12
important [21] 70/16 73/6 75/4 79/3 102/21
 108/21 109/22 127/20 127/23 128/4 150/11
 154/24 155/3 157/19 171/15 172/16 173/13
 173/25 179/24 182/16 207/11
importantly [1] 101/10
impress [1] 172/23
impression [2] 66/24 198/17
impressions [1] 192/24
improper [2] 98/6 196/14
inaccurately [1] 173/21
Inc [11] 37/6 56/19 56/20 74/17 74/20 81/6
 111/5 111/15 111/16 137/8 137/13
incident [4] 99/18 120/18 157/7 197/10
incidents [3] 27/21 196/23 197/14
include [1] 189/17
included [2] 9/17 91/21
includes [7] 53/23 60/24 171/20 179/8
 179/13 182/5 185/18
including [6] 34/10 39/9 62/1 152/21 186/4
 189/22
income [27] 5/1 5/1 5/3 58/12 62/20 62/25
 63/20 110/23 111/7 112/10 112/10 112/20
 114/9 115/6 115/10 115/13 116/3 116/10
 116/12 161/15 161/16 164/25 165/3 166/4
 166/5 189/14 189/17
incomplete [2] 10/11 36/15
incorporation [1] 74/17
incorrect [2] 87/12 192/14
increased [1] 75/20
increasingly [1] 75/20
incur [1] 87/24
independence [1] 167/6
independent [2] 191/13 192/20
indicated [3] 73/16 73/23 82/1
indication [2] 196/15 197/25
indicia [1] 77/2
indictment [28] 4/22 4/23 5/4 5/6 5/11 7/21
 65/1 97/25 98/1 98/2 125/22 127/5 169/22
 170/22 175/1 175/19 175/21 177/13 177/25
 181/4 183/2 184/13 186/7 188/10 192/25
 193/6 194/21 204/15
indicts [1] 96/14
indifference [2] 179/20 182/11
indirectly [1] 186/3
individual [4] 28/11 97/12 97/14 128/9
individuals [2] 25/12 205/2
induce [2] 42/8 148/20
induced [6] 145/7 145/11 146/10 155/16
 163/17 167/4
industry [3] 22/16 22/19 150/16
inevitably [2] 31/1 31/15
infer [2] 116/25 117/2
influence [3] 98/5 180/2 182/19
influenced [2] 170/15 192/22
influencing [1] 190/4
informant [1] 5/23
information [25] 5/18 5/24 6/1 7/16 27/24
 37/7 57/1 57/3 62/14 63/12 63/13 123/15
 124/1 124/8 125/1 131/1 131/2 134/14 162/5
 162/15 162/15 163/23 167/16 188/25 198/23
inheritance [1] 189/18
inherited [2] 145/10 146/9

initial [11]  6/10 6/13 7/2 7/4 7/17 13/10
 15/14 19/16 19/24 27/19 27/23
initially [4]  133/12 144/9 144/17 148/15
innermost [1]  38/6
innocence [1]  170/25
innocent [2]  170/24 173/23
inquire [1]  196/25
inseminated [1]  109/11
insemination [1]  109/14
insignificant [1]  189/12
insistent [1]  17/11
installments [1]  33/9
instance [3]  147/8 148/22 199/9
instances [2]  59/19 133/17
instead [6]  30/16 34/23 44/15 54/6 64/9
 113/17
institution [3]  22/14 187/6 187/7
instruct [10]  19/13 20/17 63/8 78/13 131/13
 131/19 141/15 170/6 208/14 208/17
instructed [7]  40/16 67/2 145/12 145/15
 145/22 146/17 192/5
instructing [1]  145/16
instruction [15]  8/3 8/4 8/6 8/16 8/17 8/18
 8/18 8/19 8/22 9/21 10/19 11/6 13/17 201/17
 203/8
instructions [25]  2/6 7/3 8/13 11/9 11/12
 14/15 20/7 20/19 60/3 82/6 110/3 145/16
 145/20 170/1 170/8 170/20 170/21 171/25
 176/18 177/2 196/1 196/3 203/6 204/12
 209/5
instrument [2]  151/10 187/5
instruments [3]  185/17 185/17 185/20
insufficient [1]  196/13
insult [1]  101/15
insured [1]  39/24
intend [9]  12/4 87/8 87/11 92/12 98/8 116/21
 125/7 126/20 126/25
intended [24]  39/20 60/19 60/25 62/15 88/14
 88/22 89/11 96/20 116/8 116/12 116/22
 117/2 117/8 117/13 117/17 125/12 149/16
 179/2 179/14 180/21 181/2 182/6 183/5
 189/1
intending [6]  88/2 89/12 98/9 113/9 113/20
 125/6
intends [1]  116/24
intent [41]  9/7 10/6 88/3 96/4 114/20 117/5
 126/21 126/22 134/23 168/1 175/13 175/15
 179/19 179/21 180/6 180/8 180/9 180/13
 180/14 181/1 181/25 182/12 182/15 182/23
 182/23 183/23 186/8 189/23 190/8 190/9
 190/22 191/1 191/2 191/5 191/8 201/14
 202/15 203/12 203/14 203/16 203/18
intention [1]  168/23
intentional [1]  173/23
intentionally [8]  31/23 32/1 127/8 174/11
 174/20 175/8 190/2 199/15
Intercoastal [3]  47/9 58/7 75/11
interest [27]  42/17 44/2 44/25 45/5 46/16
 46/17 57/21 82/13 86/24 89/6 91/24 91/25
 92/2 92/4 92/5 95/10 95/12 95/12 96/9
 112/23 113/16 113/17 113/18 125/9 125/12
 173/2 194/1
interested [2]  48/8 48/12
interesting [10]  46/12 46/23 49/7 51/6 58/13
 60/3 68/5 107/18 162/23 163/11
interests [2]  178/12 185/3
interfere [4]  36/4 36/6 153/13 153/14
intermediary [2]  139/11 146/23
Internal [1]  190/5
international [1]  22/19

INTERPOL [1]  43/10
interpret [1]  68/8
interpretation [3]  130/18 131/5 131/6
interrelate [1]  122/22
interruption [1]  203/4
interstate [17]  178/17 179/5 179/8 180/19
 180/21 181/5 181/9 181/13 181/15 182/3
 183/4 183/10 183/13 185/13 185/16 185/22
 187/4
interview [1]  7/12
interviewed [3]  7/11 119/11 119/13
interviews [5]  6/10 6/14 6/19 7/4 7/17
introduced [1]  58/14
intuition [1]  90/1
inventory [3]  155/21 155/24 156/21
invested [1]  38/19
investigate [1]  206/2
investigation [1]  198/13
investigator [2]  5/23 6/5
investigators [1]  166/24
investment [3]  185/19 187/9 187/9
investments [3]  113/14 113/15 113/17
invokes [1]  10/7
involved [16]  26/13 33/18 44/5 44/6 61/9
 69/24 78/6 91/5 91/6 122/16 133/5 160/6
 186/21 187/14 187/19 188/3
involves [1]  183/22
involving [3]  40/19 183/17 185/16
Irene [1]  13/18
ironically [1]  149/7
irrational [1]  158/20
irrationally [1]  24/16
irrelevant [2]  5/18 122/12
IRS [2]  114/11 120/10
isn't [11]  76/10 99/15 118/24 157/4 157/6
 170/23 171/22 191/1 198/4 201/12 203/13
isolated [2]  35/5 36/1
isolation [1]  153/10
issue [18]  46/1 82/15 82/16 167/8 167/18
 168/7 169/9 169/9 188/7 188/9 188/20 196/5
 196/10 196/19 196/21 198/10 198/16 200/6
issued [1]  148/2
issues [12]  11/8 25/8 27/3 27/4 27/4 27/5
 150/3 171/24 196/9 204/25 205/1 206/4
it's [125]
Italian [1]  151/7
Italy [2]  55/16 121/17
item [3]  65/6 179/11 179/12
items [6]  4/6 4/15 169/14 179/9 202/23
 206/24
itself [4]  177/16 180/20 183/4 184/16
IVF [2]  41/24 42/6

**J**

Jacob [3]  25/10 47/13 137/16
Janice [3]  25/11 49/8 132/8
January [1]  32/10
January 15th [1]  32/10
Japanese [5]  22/17 24/1 33/20 33/22 49/19
Jean [1]  83/21
Jennifer [10]  6/23 24/8 31/8 33/8 33/16
 33/20 51/21 83/19 132/21 164/4
Jennifer's [1]  52/2
Jersey [1]  75/12
jewelry [29]  16/16 17/13 17/13 58/8 58/10
 67/25 89/2 100/12 100/12 155/17 155/18
 155/20 155/24 155/25 156/2 156/4 156/5
 156/8 156/9 156/13 156/15 156/17 156/22
 201/5 201/6 203/25 204/1 204/5 204/11
Jimmy [1]  108/5

# J

**Joanne [4]** 58/11 62/18 146/15 146/18
**job [1]** 104/3
**jobs [2]** 12/6 150/15
**John [4]** 56/25 103/17 110/19 132/24
**Johnson [1]** 132/8
**joined [3]** 178/2 178/8 184/24
**joins [1]** 174/11
**joke [2]** 114/2 201/22
**jokes [3]** 67/8 201/23 201/24
**joking [1]** 127/2
**jokingly [1]** 110/10
**Jolie [1]** 122/15
**Joyce [137]**
**Jude [95]**
**Jude's [6]** 55/17 68/13 110/2 112/7 120/5 121/15
**judge [54]** 1/13 3/22 5/8 9/3 9/25 11/24 12/2 12/21 13/13 14/23 17/10 18/3 60/5 63/8 65/14 67/13 67/17 67/18 67/22 67/22 68/3 68/5 68/23 69/4 69/9 78/12 84/7 84/8 85/10 92/13 93/14 94/23 102/13 102/14 114/19 114/21 125/16 125/20 126/7 126/17 127/4 128/8 129/24 130/11 161/3 167/14 193/11 201/8 202/5 202/8 210/13 210/24 211/4 211/6
**judges [6]** 67/15 67/21 67/23 126/24 193/25 194/1
**judgment [12]** 4/9 4/19 5/5 49/15 49/16 49/17 128/12 136/1 136/11 168/15 191/7 203/17
**July [2]** 46/13 95/10
**July 9th [1]** 46/13
**June [2]** 43/19 44/23
**June 13th [1]** 43/19
**June 27th [1]** 44/23
**juror [10]** 196/9 197/9 198/2 198/3 200/2 200/5 200/13 200/15 200/24 201/1
**jurors [18]** 14/8 14/12 15/12 66/8 126/16 127/18 128/5 192/22 193/18 196/22 197/11 197/16 199/20 205/11 206/3 206/11 206/11 208/16
**jury [59]** 1/11 4/5 4/12 4/20 8/3 10/6 11/8 12/7 13/17 14/6 15/10 15/22 16/10 16/21 16/24 21/2 60/3 65/10 66/9 67/17 68/9 82/5 93/7 94/3 101/1 102/19 110/18 119/13 122/25 125/15 129/15 130/1 130/2 170/3 170/6 170/9 194/3 194/9 194/24 195/5 198/8 198/21 199/3 200/12 200/20 203/5 203/23 203/24 204/8 206/21 208/2 208/5 208/20 209/7 209/12 209/17 209/22 210/11 212/8
**just [109]**
**justice [3]** 69/21 69/22 70/3
**justification [1]** 10/7

# K

**karat [1]** 100/17
**Kate [14]** 23/20 31/6 41/11 41/20 41/21 42/14 48/8 48/13 48/23 49/3 49/3 49/5 136/20 137/23
**Keechl [1]** 1/20
**keep [20]** 18/8 31/11 41/7 41/17 44/10 65/17 90/18 92/14 96/20 101/1 133/16 134/7 134/23 152/12 152/19 152/19 153/8 173/18 206/25 207/7
**KENNETH [1]** 1/12
**kept [6]** 30/3 39/1 59/11 92/7 99/15 142/23
**Kerry [2]** 122/5 122/6
**key [3]** 38/15 60/14 60/23

**kidding [1]** 161/8
**kids [2]** 80/25 80/25
**killed [1]** 48/11
**kind [28]** 12/3 23/19 26/14 36/9 61/19 64/15 64/16 64/22 70/14 70/15 70/20 84/10 117/11 136/12 138/19 141/6 142/24 156/17 163/10 165/16 177/8 177/14 184/8 184/14 198/9 198/18 200/4 207/16
**kinds [1]** 57/20
**knew [47]** 6/4 6/23 24/21 26/19 34/13 38/1 38/2 38/7 43/8 50/19 57/11 57/13 61/18 61/22 62/13 62/15 77/11 80/1 82/4 83/11 84/5 84/25 99/23 100/24 101/7 102/6 102/10 119/1 119/10 119/21 140/11 143/25 153/14 168/25 174/22 178/1 180/4 182/21 186/20 187/14 187/17 187/18 188/2 188/3 188/24 189/2 190/3
**knock [1]** 99/19
**knocking [1]** 117/20
**know [164]**
**knowing [9]** 27/24 42/11 103/1 152/3 174/25 178/3 181/10 183/25 184/19
**knowingly [14]** 61/17 175/7 175/23 177/3 178/21 180/6 180/9 180/14 181/2 181/19 183/20 184/3 186/18 188/13
**knowledge [3]** 40/20 84/22 172/7
**known [8]** 9/7 9/10 26/19 72/11 180/4 182/21 190/8 205/20
**knows [12]** 5/11 10/23 43/21 47/5 102/4 103/15 105/2 179/19 182/11 183/22 189/8 189/10
**kooky [1]** 164/14
**Kopelowitz [1]** 1/20

# L

**ladies [38]** 18/7 19/11 21/1 22/5 22/21 25/1 26/9 29/22 33/10 33/15 35/14 36/5 39/13 44/18 46/9 49/16 51/6 51/25 58/2 59/18 60/5 60/23 61/3 63/7 63/21 64/11 64/14 65/3 66/12 66/13 92/21 120/25 125/2 129/11 130/5 167/1 169/25 203/4
**lady [11]** 39/4 98/14 100/11 114/11 135/21 143/21 144/14 145/17 146/7 162/8 163/23
**language [2]** 8/19 10/3
**lap [1]** 109/20
**lapse [1]** 173/23
**large [6]** 21/16 42/3 63/24 142/8 146/10 164/18
**larger [2]** 164/19 164/20
**lark [2]** 150/18 150/20
**Larry [1]** 5/18
**last [21]** 2/12 5/10 5/16 9/5 19/19 21/6 21/10 21/13 31/3 45/4 45/6 66/17 78/18 85/25 90/21 90/23 134/13 164/19 166/10 166/15 187/25
**lasted [1]** 146/1
**late [4]** 74/14 97/10 128/1 201/23
**lately [1]** 113/13
**later [16]** 5/22 6/18 45/21 49/5 53/14 73/10 88/10 103/19 123/17 143/2 143/8 143/10 154/23 156/3 175/11 193/12
**Lauderdale [13]** 1/18 26/25 32/9 39/16 42/21 42/23 52/21 75/11 88/18 123/20 138/3 155/1 155/1
**laughed [1]** 67/9
**launderer [2]** 79/6 79/10
**laundering [15]** 61/15 62/5 82/3 126/1 126/1 128/17 128/18 128/20 169/17 169/18 176/2 176/8 183/17 184/6 186/14
**Laurence [1]** 1/16

**law [77]**
**lawful [1]** 189/13
**laws [3]** 76/9 127/7 128/15
**lawsuit [4]** 49/14 119/15 135/23 168/14
**lawyer [21]** 22/20 33/16 47/3 47/4 111/12 111/22 117/14 135/25 168/17 168/17 168/25
**lawyers [6]** 20/11 76/14 76/18 130/12 130/13 171/22
**lay [1]** 97/16
**lazy [1]** 85/22
**leading [1]** 152/5
**leads [1]** 190/18
**learn [2]** 150/9 204/20
**learned [8]** 6/20 6/25 41/23 72/3 88/19 99/20 110/20 144/6
**learning [1]** 40/25
**lease [5]** 48/5 75/25 79/20 79/21 79/21
**leased [1]** 55/15
**leases [1]** 79/14
**leasing [10]** 48/5 56/18 56/24 57/10 62/2 63/16 63/17 80/8 81/22 89/6
**least [16]** 4/25 5/8 22/23 91/6 107/9 108/20 109/24 116/1 118/11 127/16 132/11 149/14 178/8 184/24 185/24 188/6
**leave [15]** 15/7 15/11 16/7 16/11 65/5 122/2 122/15 129/13 196/24 198/19 199/2 199/18 200/4 206/24 206/24
**leaving [2]** 13/23 148/17
**Leavitt [4]** 58/11 58/14 62/18 114/10
**led [4]** 133/20 151/8 157/9 168/4
**left [13]** 7/7 23/7 24/12 41/9 65/16 100/23 107/4 107/21 108/14 124/11 169/4 197/5 200/18
**legal [8]** 9/7 9/10 20/7 20/19 69/6 168/18 172/10 190/8
**legalese [2]** 68/8 77/6
**legalities [1]** 91/5
**legitimate [4]** 57/11 57/18 57/21 114/19
**legitimately [2]** 76/18 87/22
**length [1]** 157/17
**lengthy [1]** 2/12
**Lennon [1]** 103/17
**lent [1]** 141/18
**Les [1]** 164/5
**less [7]** 30/6 59/20 65/14 65/22 77/15 92/24 133/9
**let [40]** 2/13 16/9 16/12 16/25 20/4 26/10 43/25 44/5 66/16 67/6 73/17 73/24 76/5 76/13 78/20 85/3 89/17 90/14 90/14 90/15 90/15 90/20 94/14 103/2 118/18 139/10 141/19 146/14 149/25 158/6 168/6 180/12 187/25 195/5 198/5 203/6 203/10 206/12 207/18 211/8
**let's [31]** 13/16 14/8 15/13 26/21 26/21 36/1 43/16 46/19 60/2 63/7 65/3 66/8 73/15 85/10 85/14 87/7 88/3 90/20 90/23 95/8 95/18 98/13 98/14 104/19 105/4 116/4 129/11 130/1 199/17 200/15 202/18
**lets [3]** 75/24 76/1 76/1
**letter [21]** 33/16 33/18 34/12 34/14 52/17 107/6 107/11 107/17 110/19 110/21 111/3 111/6 111/11 111/14 111/20 121/19 162/23 162/24 163/4 163/5 163/14
**letters [6]** 110/18 115/9 115/14 115/17 116/1 121/14
**liable [2]** 84/13 148/9
**liar [11]** 98/24 98/24 98/24 100/9 149/24 153/24 155/16 157/2 159/14 160/5 163/15
**liars [1]** 98/15
**licenses [2]** 3/22 18/14

## L

lick [1]  99/9
lie [17]  53/2 102/5 102/7 102/19 104/19
107/10 108/3 109/5 109/21 109/23 134/14
146/18 146/20 146/21 147/22 165/24 167/4
lied [8]  47/25 108/18 109/5 109/25 147/12
165/12 167/3 169/10
lies [4]  46/3 100/3 105/5 108/16
life [38]  21/21 23/7 23/11 24/1 25/2 25/4
28/20 34/1 37/4 48/10 55/2 70/12 70/16
89/20 99/5 104/1 105/1 106/17 106/23
109/22 127/21 127/23 127/24 144/1 144/19
145/14 149/25 150/11 152/5 152/15 152/16
158/9 158/24 159/12 160/15 164/5 204/19
204/23
life's [1]  153/15
lifestyle [4]  64/16 64/18 64/21 113/6
lift [2]  28/14 147/14
lifted [1]  28/17
light [1]  153/25
liked [3]  104/4 105/9 105/18
lily [1]  84/17
limited [3]  21/11 190/17 192/1
limiting [1]  8/9
line [2]  113/22 133/14
lion's [1]  23/16
liquor [2]  100/8 100/8
list [2]  133/7 155/24
listed [1]  125/5
listen [8]  32/5 51/21 53/1 68/4 126/24 159/15
159/21 204/8
listened [4]  67/24 128/2 192/3 196/22
listening [3]  21/7 21/13 67/5
lists [2]  71/8 156/21
lithographs [1]  103/17
litigation [1]  77/17
little [30]  15/17 16/4 26/21 26/21 38/18
38/19 49/7 69/10 70/1 71/7 71/8 72/5 73/10
75/4 77/25 89/10 91/15 94/12 95/2 97/8 99/2
106/9 106/9 114/12 121/1 141/15 142/16
143/24 147/5 150/8
live [31]  21/3 22/1 41/1 41/10 64/16 64/16 64/20
76/2 76/5 106/14 106/16 106/18 106/24
107/3 108/15 122/9 158/3
lived [9]  55/14 76/8 105/24 107/7 107/8
107/11 117/25 121/16 121/17
lives [20]  22/7 22/8 22/23 23/3 25/9 25/19
26/4 27/8 28/12 34/4 35/18 103/23 104/5
104/25 108/19 121/8 124/2 124/3 157/25
176/20

living [10]  36/13 76/4 81/14 83/23 100/21
104/2 105/15 107/14 123/11 132/10
loan [45]  44/13 54/6 56/3 57/12 57/12 57/13
57/14 57/18 57/19 57/21 63/6 86/21 87/1
87/5 114/20 114/20 140/24 140/25 141/14
141/15 142/4 142/8 143/16 145/8 149/16
154/20 160/23 160/24 160/25 161/12 161/16
161/16 161/21 161/24 165/10 166/7 167/19
167/24 167/25 168/8 168/8 168/21 185/7
189/20 189/21
loaned [4]  87/6 87/9 98/17 141/20
loaning [7]  86/14 141/5 141/10 154/18 156/1
165/1 168/1
loans [26]  8/20 57/14 57/23 57/24 57/24 58/2
96/4 96/4 96/5 110/12 110/23 111/7 114/6
115/7 115/9 115/13 115/17 116/3 116/9
124/7 142/5 142/5 154/18 160/21 160/21
164/22
loathing [1]  24/15

local [1]  120/9
locate [1]  210/21
located [1]  74/8
location [10]  61/23 62/3 74/12 74/14 75/24
76/10 76/11 91/9 156/16 184/1
locksmith [2]  119/23 120/1
Lodderhouse [1]  58/6
logically [1]  164/17
logs [1]  58/8
loneliness [1]  25/6
lonely [1]  26/3
long [10]  29/19 32/25 37/20 40/3 97/22 130/9
146/1 179/11 205/9 206/3
longer [7]  35/5 35/6 40/8 58/25 88/23 174/3
196/10
looked [2]  140/17 199/10
looking [7]  23/18 23/18 33/22 35/22 42/15
69/22 211/6
looks [2]  104/21 167/23
loose [1]  104/7
lose [2]  122/22 87/20
loses [1]  88/24
losing [1]  199/20
loss [5]  24/9 57/19 180/11 180/16 182/25
lost [16]  7/3 7/8 7/10 23/7 34/7 39/8 86/13
86/15 90/18 153/5 155/6 156/25 157/20
166/21 166/22 197/8
lot [43]  17/13 21/4 37/23 45/7 52/10 55/19
58/20 59/19 63/3 63/21 63/22 67/6 67/25
71/20 75/3 75/3 75/19 77/5 78/4 79/14 79/14
82/5 83/14 85/13 86/15 99/3 110/10 112/4
113/13 113/15 118/14 118/15 118/15 123/22
123/25 124/4 144/9 144/12 146/13 150/17
159/22 163/9 205/20
lots [9]  49/19 52/25 55/16 58/10 80/23
150/25 150/25 155/10 205/9
love [10]  23/7 23/11 34/7 40/11 48/10 99/8
105/19 150/10 157/8 164/5
loved [1]  48/3
luck [2]  6/5 206/23
Luckily [1]  23/20
lucky [2]  86/25 146/6
Luke [1]  58/9
lunch [18]  14/20 14/22 15/22 16/1 19/21
19/22 19/25 20/1 20/1 20/5 65/6 65/7 66/22
92/16 92/18 92/22 92/22 95/15
lying [16]  80/11 101/10 102/15 102/16
102/17 102/21 102/23 116/21 118/11 119/18
119/20 120/4 120/5 120/6 120/6 157/14

## M

ma'am [1]  2/17
machines [1]  112/19
Macy's [1]  95/22
made -- I [1]  8/21
magistrate [1]  5/12
mail [18]  1/25 43/10 60/9 60/14 60/20 61/21
125/23 125/24 162/13 175/24 176/4 177/6
177/24 181/4 186/6 186/25 187/20 188/4
mailed [2]  181/6 181/7
mailing [1]  167/9
mails [4]  43/14 52/15 52/16 155/23
main [1]  86/13
maintain [1]  198/8
maintained [1]  138/13
maintenance [3]  196/15 198/14 199/13
major [2]  102/5 102/7
maker [3]  114/14 180/3 182/20
makes [8]  68/4 76/11 76/21 135/7 143/13
155/20 179/20 182/12

makeup [1]  142/15
making [21]  4/5 95/2 95/14 97/14 97/18 98/3
104/3 110/14 117/23 119/1 127/20 138/21
144/12 163/18 171/2 172/17 177/15 184/15
186/11 189/8 205/24
Malook [1]  151/8
malpractice [1]  69/13
man [7]  40/11 40/11 40/12 47/13 89/15 144/2
157/6
management [2]  191/7 203/18
Manhattan [2]  74/8 120/13
manner [1]  177/22
mansion [1]  122/10
March [1]  161/21
March 28th [1]  161/21
mark [1]  4/1
marked [1]  139/14
market [2]  75/18 87/17
MARKS [121]
Marks' [6]  6/11 37/8 37/10 57/6 59/15 81/21
MARRA [3]  1/2 1/12 130/11
marriage [3]  24/18 36/14 108/8
married [6]  24/4 99/20 99/23 122/9 150/10
157/12
marry [1]  109/8
marshal's [1]  199/12
Mary [3]  50/17 58/3 134/20
material [23]  6/1 60/18 62/7 62/14 62/16
62/21 179/1 179/18 179/23 179/24 180/1
180/19 181/24 182/10 182/14 182/16 182/18
183/4 188/24 189/4 189/11 190/2 190/4
materially [1]  170/16
materials [1]  199/13
math [1]  47/18
matter [24]  18/13 21/4 26/18 52/20 62/16
64/25 67/10 69/8 86/3 112/17 115/21 117/1
154/21 172/20 179/10 180/3 182/20 189/3
189/11 189/15 190/3 190/4 209/17 212/18
mattered [1]  48/3
matters [2]  8/13 138/1
mausoleum [2]  16/17 17/14
maybe [31]  6/15 11/19 11/22 14/20 15/1 43/5
76/23 76/23 90/11 90/11 97/13 97/25 98/20
102/12 103/15 105/4 107/13 107/14 116/4
117/21 117/24 117/25 121/21 122/21 143/9
149/25 150/1 161/12 162/19 163/24 204/20
MBA [2]  22/14 48/7
me [129]
meager [1]  149/19
mean [17]  16/3 45/7 88/8 138/22 140/8
140/24 141/16 149/18 152/3 162/25 172/14
173/18 195/10 197/3 199/24 207/13 207/14
meaningful [1]  191/10
means [26]  9/6 70/1 77/7 125/17 126/19
131/20 141/15 175/7 175/12 180/6 180/8
180/13 180/22 183/6 185/7 185/10 185/12
185/14 185/22 186/2 186/6 186/9 187/3
187/7 187/11 190/6
meant [2]  133/19 179/6
media [1]  209/15
medical [2]  49/20 104/4
meditate [1]  90/14
meditated [1]  89/23
meditation [1]  28/9
meek [2]  106/9 138/17
meet [8]  42/23 42/24 49/2 54/10 135/6
154/25 155/2 176/25
meeting [3]  141/9 142/1 150/23
meets [3]  8/7 9/20 150/18
member [8]  25/21 39/15 84/11 128/9 177/9

**M**

member... [3] 177/11 184/9 184/11
members [38] 18/15 23/2 25/14 26/6 27/2 27/11 29/6 31/2 35/19 35/22 37/11 37/12 60/9 60/13 64/10 80/20 88/19 89/4 122/25 131/16 132/5 132/5 132/9 133/2 148/20 150/15 151/9 151/24 156/18 156/19 170/6 177/13 177/14 184/13 184/14 194/4 204/25 205/2
memo [1] 124/20
memorialized [1] 111/3
memories [3] 68/19 68/20 192/24
memorize [1] 20/9
memory [6] 72/21 79/16 166/17 173/4 173/23 192/19
men [2] 104/6 108/8
mens [1] 126/22
mention [5] 9/15 55/3 78/14 166/5 201/5
mentioned [5] 78/19 123/3 132/17 168/7 170/2
mentor [2] 50/4 50/9
menus [2] 19/25 65/6
Mercedes [3] 79/22 113/4 113/5
merchandise [1] 34/10
mere [1] 103/16
merely [3] 174/25 178/11 185/2
Merit [1] 212/15
message [4] 43/6 179/10 179/12 195/3
met [13] 6/14 37/24 40/21 49/2 49/3 50/17 50/18 83/9 86/17 101/4 106/10 138/4 143/25
metal [3] 39/12 153/21 153/22
Mexico [3] 108/3 108/11 124/15
Michael [88]
Michael's [1] 136/10
Michaels [39] 23/3 23/20 23/20 24/21 24/22 24/23 25/14 25/21 27/10 30/20 31/6 31/6 31/21 36/14 36/15 36/16 36/19 36/22 37/24 37/25 38/1 38/5 39/20 47/6 48/8 48/9 48/13 48/23 49/3 52/16 74/17 74/20 74/23 74/25 78/17 78/25 80/19 81/5 137/23
Michaels' [2] 38/2 81/21
microphone [1] 94/13
middle [5] 15/3 16/13 86/10 146/24 153/4
might [27] 8/12 9/2 21/13 64/13 64/13 64/14 69/12 73/1 73/1 73/17 75/4 79/6 95/19 95/19 101/8 105/6 111/5 114/16 120/19 120/21 120/21 140/20 146/2 158/20 197/15 204/25 205/2
mild [1] 138/17
Miller [18] 24/5 31/2 40/13 49/20 50/1 50/8 50/11 50/18 50/18 71/15 71/25 72/12 72/18 131/10 138/4 163/18 163/25 164/10
Miller's [1] 163/21
million [19] 35/10 54/19 54/25 56/19 56/20 56/23 57/5 57/8 62/25 63/19 80/23 87/15 110/11 116/18 116/18 121/22 156/15 162/2 166/6
millions [7] 24/23 24/24 53/8 53/17 53/21 80/8 80/8
mind [17] 16/9 23/17 26/7 27/1 27/1 35/13 95/3 108/20 109/24 123/9 123/10 126/16 141/9 173/18 190/22 193/21 206/14
minds [7] 22/9 22/24 35/15 36/9 130/24 142/2 158/21
mine [3] 34/7 102/6 166/22
minor [4] 104/2 178/6 184/22 189/12
minus [1] 47/19
minute [10] 12/18 12/20 13/1 13/4 17/5 17/7 73/5 89/17 116/6 129/11

minutes [33] 11/13 13/2 13/15 13/16 50/13 56/8 56/12 65/9 65/12 65/13 65/15 65/16 65/19 65/24 85/12 92/24 93/8 121/2 121/3 125/13 125/14 129/9 129/13 129/16 161/2 161/4 161/6 161/7 165/6 165/8 167/13 207/21 211/7
misconduct [1] 5/12
miscounted [1] 95/19
miserable [3] 24/18 52/11 204/23
misinterpret [1] 90/22
mislead [1] 102/19
misread [2] 203/5 203/10
misrepresentation [1] 134/9
misrepresentations [5] 63/23 64/7 133/6 135/3 166/1
missed [1] 128/1
missing [1] 180/12
misstate [1] 201/18
misstated [1] 173/21
misstatement [1] 173/25
mistake [6] 173/18 175/8 190/24 191/6 198/16 203/17
mistaken [4] 130/23 147/19 191/6 203/16
mistakenly [1] 201/13
modified [1] 7/13
Mohammed [7] 106/14 107/2 107/3 108/13 108/15 108/25 109/8
mom [4] 70/11 139/6 140/10 142/13
moment [4] 16/24 152/17 152/18 196/6
moments [1] 176/14
monetary [7] 184/3 185/17 185/17 186/19 187/3 187/5 187/14
money [460]
monies [2] 34/10 44/1
monotone [2] 92/15 94/10
Montassir [49] 24/14 29/21 32/7 32/23 34/17 40/7 52/18 55/12 55/19 56/21 57/6 57/8 58/17 58/23 59/6 61/25 62/20 62/21 62/25 63/14 63/18 71/12 104/23 105/9 106/2 106/14 108/25 109/2 111/5 111/15 111/16 144/12 157/16 157/19 157/25 158/13 159/7 160/9 161/14 161/23 162/3 162/6 162/24 163/17 164/21 166/7 166/10 166/14 166/20
Montassir's [4] 31/10 63/5 162/14 162/17
month [12] 21/6 21/10 21/13 37/21 59/20 75/24 88/10 97/17 121/20 121/23 140/25 143/2
months [23] 12/12 41/1 41/10 41/19 45/2 45/13 107/9 119/12 156/3 166/18
morning [14] 2/2 14/14 17/2 23/15 46/20 46/20 66/19 198/18 199/11 202/16 209/10 209/17 210/11 210/16
morphed [1] 160/20
mortgage [14] 44/20 57/16 59/21 63/15 75/15 75/16 75/16 79/25 80/9 87/17 87/19 87/19 113/21 113/24
mortgages [1] 122/22
most [24] 39/11 40/8 58/18 58/22 68/1 70/16 79/18 79/19 80/5 90/9 99/14 108/8 127/5 127/20 127/23 128/4 134/18 149/6 157/20 163/16 167/15 171/15 192/17 203/23
mostly [4] 40/14 113/2 124/5 139/22
mother [17] 23/10 40/16 50/5 50/6 50/7 50/8 50/12 50/15 71/2 72/1 72/4 83/3 83/16 86/5 137/25 146/8 168/20
mother's [3] 102/18 125/23 148/25
mother-in-law [4] 50/7 71/2 83/16 168/20
mothers [1] 71/22
motion [9] 4/5 4/15 4/19 5/7 5/9 5/11 7/19 7/24 10/20

motions [2] 4/19 10/4
motivation [1] 10/6
mouth [2] 119/17 119/18
move [7] 4/8 5/3 5/5 7/20 27/11 159/4 209/24
moves [1] 179/11
moving [1] 185/14
Mr [3] 212/5 212/6 212/7
Mr. [92]
Mr. and [1] 99/22
Mr. Bardfeld [22] 5/17 7/1 12/10 20/24 65/2 73/15 73/22 77/2 78/14 78/18 82/1 87/12 88/1 91/15 101/19 101/25 102/9 103/22 106/5 113/12 140/15 159/13
Mr. Bardfeld's [1] 77/12
Mr. Brown [4] 205/3 205/6 205/13 205/23
Mr. Building [1] 120/15
Mr. Carroll [1] 208/24
Mr. Doorman [1] 120/16
Mr. Gordon [3] 79/13 79/23 80/10
Mr. Powell [1] 163/7
Mr. Schillinger [1] 10/15
Mr. Schwartz [28] 2/23 2/25 9/10 15/25 16/7 18/11 19/3 19/19 31/20 65/4 65/12 65/21 66/3 66/14 66/14 93/8 94/1 94/7 129/7 129/23 130/9 130/16 131/7 143/20 148/24 149/23 187/23 197/12
Mr. Schwartz's [4] 10/11 131/5 161/4 161/6
Mr. Stack [7] 5/16 7/13 106/8 120/7 159/24 166/16 168/7
Mr. Stefin [15] 4/2 4/14 10/19 11/6 15/21 16/15 93/18 95/2 95/4 127/12 129/8 129/21 130/6 169/24 196/5
Mr. Tschetter's [1] 141/4
Mr. Williams [1] 205/13
Mrs [1] 99/22
Mrs. [4] 18/15 112/5 112/6 112/6
Mrs. Marks [1] 18/15
Mrs. Ogden [3] 112/5 112/6 112/6
Ms [2] 162/19 163/25
Ms. [56] 2/4 2/15 2/19 14/4 50/7 66/5 66/14 93/25 114/10 129/25 135/21 144/13 146/24 147/4 147/5 147/10 147/17 148/2 148/10 148/17 149/18 150/20 150/25 151/3 153/10 153/17 155/15 155/19 156/23 156/25 157/2 157/19 157/25 158/13 159/7 160/9 161/14 161/23 162/3 162/6 162/11 162/14 162/24 162/17 164/21 166/20 167/20 167/22 168/3 168/9 168/13 168/15 168/17 205/13
Ms. Avery [1] 205/13
Ms. Florendine [2] 135/21 168/15
Ms. Leavitt [1] 114/10
Ms. Marks [8] 2/4 2/15 2/19 14/4 66/5 66/14 93/25 129/25
Ms. Montassir [13] 157/19 157/25 158/13 159/7 160/9 161/14 161/23 162/3 162/6 162/24 163/17 164/21 166/20
Ms. Montassir's [2] 162/14 162/17
Ms. Roma [9] 150/25 151/3 153/10 153/17 155/15 155/19 156/23 156/25 157/2
Ms. Ueda [1] 50/7
Ms. Von [2] 162/11 162/15
Ms. Walker [9] 144/13 148/17 150/20 167/20 167/22 168/3 168/9 168/13 168/17
Ms. Wolfe [7] 146/24 147/5 147/10 147/17 148/2 148/10 149/18
Ms. Wolfe's [1] 147/4
much [42] 12/10 12/17 20/2 21/9 24/3 24/4 38/19 38/20 40/7 44/4 50/2 56/5 56/6 58/12 65/8 68/1 75/22 85/10 85/18 86/10 89/3 89/5

## M

much... [20]  91/8 91/9 91/10 92/24 106/18
 107/4 112/13 112/16 112/20 116/18 117/1
 120/20 135/7 139/9 144/15 145/4 145/6
 165/5 167/10 168/7
multiple [2]  167/3 167/4
mundane [1]  25/4
must [41]  40/5 72/11 72/11 72/11 135/11
 141/17 170/1 170/7 170/11 170/14 170/15
 170/18 170/19 170/20 171/3 171/4 171/19
 172/13 172/14 173/22 174/23 175/15 176/23
 180/25 186/10 187/13 188/6 190/14 191/2
 192/18 192/19 192/21 193/1 193/3 193/9
 193/13 193/14 193/16 193/18 201/14 203/14
 myself [4]  44/9 92/13 110/7 195/17

## N

naive [2]  21/15 22/3
name [52]  2/17 10/5 23/4 27/10 38/1 38/2
 43/22 46/4 47/6 47/7 47/9 47/22 49/18 73/21
 74/14 74/15 74/16 74/16 74/19 78/14 78/15
 78/25 79/2 79/5 101/4 105/8 105/9 105/10
 105/10 105/11 105/18 106/2 106/3 109/9
 109/9 111/12 119/24 119/24 132/20 132/24
 135/4 135/13 135/14 135/19 136/10 136/20
 137/17 140/13 144/2 144/3 147/25 168/9
named [7]  47/15 83/21 99/9 144/24 168/19
 177/13 184/13
names [3]  169/17 178/4 184/20
Nana [4]  22/13 25/11 48/6 49/4
Nancy [64]  23/21 24/13 31/1 31/7 33/23
 36/17 36/22 40/12 40/14 40/15 40/16 41/11
 46/5 46/7 46/9 46/10 48/7 48/12 49/9 52/4
 71/15 72/3 72/17 73/1 73/14 76/2 76/3 76/5
 76/7 80/21 80/22 81/2 81/13 81/19 82/7
 82/11 82/18 82/22 82/24 83/2 83/10 83/10
 83/11 83/19 84/6 84/20 89/17 90/24 91/2
 91/6 91/8 91/9 131/10 132/20 136/19 137/2
 137/3 137/23 138/14 139/5 139/5 139/12
 139/15 167/7
Nancy's [6]  81/20 82/3 83/9 83/15 83/16
 90/24
nanny [1]  58/4
natural [2]  180/2 182/19
naturally [1]  173/20
nature [7]  61/23 109/25 180/18 183/2 184/1
 187/17 188/2
nauseam [1]  6/9
naval [3]  22/13 48/6 48/11
near [4]  74/6 100/14 106/24 164/11
necessarily [1]  172/19
necessary [8]  9/18 133/21 145/4 176/25
 190/22 197/1 204/3 210/7
need [55]  2/8 4/13 12/1 12/13 13/15 13/16
 16/4 21/23 22/5 28/5 28/24 28/25 36/23 39/8
 45/2 45/4 45/10 45/12 46/1 49/3 49/3 65/18
 65/20 67/13 70/20 83/5 86/8 86/22 86/22
 87/2 93/9 93/13 118/16 118/16 128/11
 129/21 137/24 146/5 152/2 152/14 155/18
 159/10 175/17 196/1 201/2 203/6 203/25
 204/25 205/8 205/9 205/24 206/15 207/1
 208/3 210/9
needed [35]  27/2 34/1 36/24 41/13 41/16
 49/10 50/4 50/10 59/6 61/5 64/2 84/8 86/17
 88/11 91/3 113/6 113/6 142/11 142/22
 144/18 145/2 146/17 146/19 147/7 149/1
 149/9 151/13 151/22 153/22 153/22 154/11
 167/6 168/4 202/14 205/6
needs [5]  22/6 73/12 86/23 152/18 154/23

negative [6]  28/10 34/1 47/22 49/10 49/11
 59/15
negatively [1]  75/6
negativities [1]  21/21
negativity [10]  21/25 28/15 28/18 133/9
 133/22 139/7 145/24 147/14 152/14 152/18
negativity's [1]  139/8
negotiable [1]  185/20
negotiate [2]  200/8 200/14
neighbor [1]  94/11
neighborhood [1]  54/25
neighbors [1]  88/18
neutral [1]  8/8
never [49]  26/8 29/23 30/16 30/23 30/23 38/2
 38/22 38/24 38/25 38/25 39/20 46/15 48/2
 53/25 54/2 54/3 54/4 54/5 54/6 55/20 55/24
 55/25 56/1 56/2 56/3 62/23 89/10 98/9 99/16
 99/16 103/17 107/4 107/11 119/14 124/22
 131/9 134/23 134/23 134/23 146/8 149/3
 149/10 149/10 150/10 150/10 168/22 193/9
 193/15 204/21
nevertheless [3]  21/9 147/10 162/11
new [35]  8/3 23/10 24/14 51/11 51/23 53/9
 74/1 74/3 75/12 75/23 75/24 76/2 76/4 80/13
 81/9 105/14 106/23 108/3 108/6 108/9
 108/10 109/10 117/25 119/5 119/6 120/20
 124/13 124/14 135/23 136/6 154/9 154/12
 154/25 156/16 198/12
news [1]  113/13
newspaper [1]  96/15
newspapers [1]  136/6
next [14]  23/15 44/22 46/12 65/8 74/6 77/2
 77/2 89/8 92/10 98/13 101/12 160/17 198/18
 199/11
next-door [1]  74/6
nice [9]  66/20 67/1 67/3 67/4 85/25 98/25
 114/11 119/25 140/1
nicest [1]  74/8
Nick [6]  75/9 75/19 86/8 86/8 86/9 110/19
night [4]  2/12 23/14 43/24 100/22
Nights [1]  123/16
Nile [2]  105/22 106/24
nine [1]  111/19
no [123]
nobody [2]  168/6 197/7
nominal [2]  27/19 27/23
none [3]  51/25 116/9 119/18
normal [3]  24/1 75/6 183/12
normally [1]  183/11
North [1]  105/16
not-crazy [1]  39/4 98/14
notarize [1]  168/12
notary [1]  168/11
note [15]  42/9 42/10 42/18 58/13 86/24 91/16
 91/18 91/21 91/22 91/23 91/24 92/5 98/18
 117/8 176/15
notes [19]  6/17 11/11 68/17 68/18 68/18
 68/19 79/15 95/9 129/13 130/25 130/25
 192/16 192/18 192/20 192/22 192/23 206/24
 207/23 207/24
nothing [17]  19/4 45/13 45/14 45/18 47/5
 53/6 68/24 69/7 72/9 77/15 77/15 78/6 78/23
 109/13 129/24 169/3 199/1
notice [35]  78/21 94/22 98/15 103/2 103/3
notified [1]  6/4
notify [1]  202/9
notoriety [1]  157/24
novels [1]  122/23
November [2]  52/6 212/19
nuances [1]  98/19

nudge [1]  127/2
number [22]  18/17 18/18 18/19 19/20 20/5
 48/4 59/24 66/17 72/17 76/17 97/4 130/20
 132/10 132/17 138/16 172/18 175/20 196/9
 198/3 198/4 200/24
number 1 [4]  196/9 198/3 200/13 200/24
number 2 [1]  198/4
number 72 [1]  18/18
number 73 [1]  18/19
numbers [1]  195/11
numerical [1]  195/13
numerous [1]  7/25
nursemaid [1]  91/4

## O

o'clock [2]  15/16 207/14
object [6]  11/20 31/12 198/1 210/20 210/22
 210/23
objected [1]  111/11
objection [15]  8/15 9/14 11/5 15/21 17/21
 18/4 18/22 18/25 70/17 92/17 111/11 147/1
 210/17 211/17 211/18
objections [3]  5/14 8/12 9/2
objects [1]  200/2
obligated [1]  115/24
obligation [2]  204/18 205/12
obligations [1]  205/23
observe [1]  173/6
obsessed [1]  24/15
obstructionist [1]  200/25
obtain [3]  60/15 178/22 181/20
obtained [4]  49/15 186/3 187/12 187/15
obviously [12]  11/3 51/3 68/19 74/9 131/5
 144/11 157/19 197/1 200/10 201/9 205/16
 207/24
occasion [4]  40/21 49/1 178/8 184/25
occasionally [2]  76/1 76/6
occasions [10]  6/15 77/9 114/14 117/16
 137/21 142/7 154/15 167/4 190/13 190/21
occult [1]  124/1
occur [1]  197/10
occurred [6]  61/12 61/14 117/4 175/3 187/1
 196/24
odd [1]  68/7
off [21]  21/3 44/23 53/20 67/4 72/15 72/24
 75/11 92/9 95/13 100/22 102/7 137/22
 138/10 141/24 144/2 144/12 148/4 148/6
 156/3 164/14 164/15
offense [11]  61/16 176/16 176/17 177/1
 177/20 183/15 186/16 187/13 187/16 187/18
 188/2
offenses [3]  169/5 176/13 176/14
offer [3]  18/13 18/19 96/22
offered [3]  42/9 79/4 115/12
office [18]  1/17 76/13 76/15 76/18 77/22
 83/23 85/3 85/6 88/16 88/17 101/17 120/10
 120/10 135/7 135/8 135/9 154/14 199/12
officer [4]  72/8 72/10 160/1 195/4
officers [3]  32/9 33/17 52/22
Official [1]  1/23
officially [1]  13/21
officials [2]  33/15 43/14
often [3]  59/14 69/5 94/24
Ogden [4]  55/19 112/5 112/6 112/6
Ogden's [1]  112/7
oh [10]  15/12 38/17 49/5 57/12 58/1 72/10
 102/5 137/24 139/5 166/18
okay [39]  2/19 3/8 3/17 3/24 4/10 9/9 9/18
 11/25 12/12 13/25 14/21 18/5 18/11 19/10
 32/16 41/3 47/4 50/14 53/5 53/5 53/8 53/12

**O**

okay... [17]  53/22 53/24 54/21 56/14 68/21
85/13 93/1 93/2 95/17 146/20 161/24 207/25
208/19 209/5 209/19 211/8 211/19
old [6]  11/12 37/21 105/20 106/16 115/14
123/4
older [4]  51/11 75/4 75/9 146/7
once [17]  29/1 29/14 58/18 59/13 67/9 70/9
83/9 83/17 85/19 145/25 146/4 146/14 194/14
204/12 207/16 207/20 209/18
one [145]
one's [2]  128/1 128/1
one-time [1]  29/16
ones [7]  21/9 25/1 40/19 57/15 57/15 57/16
136/17
only [55]  6/5 6/17 7/7 21/11 24/25 35/1 35/5
38/1 41/1 42/14 42/16 43/21 45/7 48/4 49/11
53/11 66/23 76/14 77/23 82/1 82/2 95/19
97/19 97/24 98/7 98/8 98/23 119/14 125/10
125/13 127/18 130/16 151/17 157/22 170/14
171/8 171/19 175/4 177/20 178/6 178/19
181/17 184/22 186/16 187/13 188/16 190/1
192/18 193/5 193/17 194/1 197/6 201/2
202/9 204/17
opened [2]  99/25 124/17
opening [10]  12/5 27/16 31/20 33/12 35/8
71/1 106/5 133/14 160/12 160/13
operated [1]  132/15
operating [1]  163/2
operation [1]  40/18
operations [1]  24/2
opinion [9]  118/19 159/24 159/25 171/24
191/4 191/5 193/21 203/15 203/16
opinions [3]  65/5 92/23 129/12
OPM [1]  113/18
opportunity [4]  3/5 19/16 173/5 192/18
oppose [1]  200/24
oral [1]  191/22
orchestrated [1]  22/25
order [11]  2/1 19/25 25/24 42/8 63/24 84/22
146/11 176/22 191/9 211/2 211/13
ordered [1]  92/16
orders [1]  185/19
Ordinarily [1]  174/7
ordinary [1]  181/11
organize [1]  16/2
organized [2]  22/25 207/6
organizing [1]  53/12
original [3]  50/24 163/20 205/11
originally [3]  48/7 79/5 111/10
origination [1]  169/15
Ostrow [1]  1/20
others [13]  36/3 36/7 36/8 84/19 85/19 126/8
150/5 153/11 157/23 167/4 174/9 193/23
206/8
otherwise [5]  16/3 26/13 204/2 210/10 211/1
our [20]  5/23 7/3 11/11 25/8 65/7 66/21
66/25 67/19 67/20 76/16 76/16 76/17 96/8
98/21 104/5 106/16 108/8 128/3 128/3
205/13
outcome [1]  173/3
outlandish [4]  22/8 154/2 166/13 166/13
outset [2]  30/13 205/16
outside [6]  66/22 66/25 78/16 159/4 185/25
195/5
outstanding [1]  148/9
outweighing [1]  70/3
over [67]  5/14 5/16 5/22 12/10 21/10 22/16
24/9 30/6 30/9 33/24 35/1 37/22 38/13 38/15

38/16 42/1 49/21 50/19 50/25 56/23 57/5
58/4 63/19 71/7 75/13 76/24 79/17 86/6 91/7
94/1 99/10 101/16 102/20 105/4 107/8
112/14 121/9 137/4 138/12 139/19 141/2
141/3 141/12 143/9 144/22 145/10 145/13
145/23 147/16 147/16 148/13 149/14 150/22
150/23 151/12 151/19 154/14 160/6 160/9
160/17 162/9 164/10 183/8 189/15 192/20
193/24 210/5
overflow [2]  199/14 199/16
overflowing [2]  196/17 197/6
overlooked [1]  167/17
overnight [1]  210/21
Overruled [2]  70/18 147/2
overwhelming [1]  167/2
overwhelmingly [1]  169/4
owe [2]  44/3 110/4
owed [8]  33/5 80/22 81/2 81/22 110/5 112/21
112/24 113/7
own [40]  2/11 3/1 22/2 29/3 29/11 30/8 30/15
55/23 55/24 59/10 61/8 61/10 61/11 64/5
64/10 72/1 75/20 121/10 121/18 121/19
144/1 144/6 146/9 146/9 147/12 150/13
150/17 158/23 163/24 164/25 165/3 165/12
167/6 168/16 171/15 172/2 192/8 192/10
192/12 193/20
owned [3]  41/14 55/14 168/19
ownership [4]  61/24 62/4 184/1 185/21

**P**

p.m [7]  93/22 93/22 129/18 129/18 208/11
208/11 211/22
package [1]  162/13
packet [3]  2/6 8/3 203/8
pads [1]  127/12
page [6]  8/4 8/20 9/3 11/5 201/8 203/8
page 10 [2]  8/4 11/5
page 24 [2]  8/20 9/3
page 26 [2]  201/8 203/8
pages [3]  1/10 68/7 201/19
paid [31]  5/24 5/25 17/15 42/16 54/25 56/23
80/6 80/10 80/14 86/6 88/7 88/9 97/11
112/11 114/4 114/5 115/5 115/21 115/22
115/23 121/20 121/20 125/9 125/9 125/9
125/12 132/25 141/2 141/3 142/6 189/25
pair [2]  100/17 107/4
palm [4]  1/7 1/24 64/13 77/18
pancreatic [4]  23/12 40/25 41/9 41/19
paper [5]  96/12 118/15 136/2 168/14 199/15
papers [5]  75/16 75/16 91/11 91/11 136/6
paragraph [1]  9/5
paraphrasing [3]  68/23 71/19 71/24
parenthetically [1]  75/18
parents [4]  47/23 47/24 47/25 47/25
Paris [3]  108/4 108/6 108/7
park [2]  109/19 109/21
Parkinson's [2]  23/8 41/8
partially [1]  86/7
participant [1]  174/24
participate [1]  185/11
participated [4]  174/21 178/22 181/2 181/20
particular [7]  35/14 69/20 150/5 172/19
172/25 194/15 207/19
particularly [3]  4/24 127/6 198/3
parties [8]  57/6 57/9 62/1 62/22 141/16
165/15 189/23 195/18
partner [3]  77/23 177/10 184/10
partners [3]  76/14 76/16 76/23
partnership [4]  84/11 131/24 177/9 184/9
party [3]  56/19 146/22 146/23

passed [1]  66/17
past [2]  33/25 176/20
patio [1]  99/25
Patrick's [2]  30/5 30/18
Paul [7]  25/10 40/10 40/16 40/18 83/7 83/7
83/13
pause [1]  211/9
pawnshop [1]  39/16
pay [97]
paying [29]  5/19 22/16 38/12 44/7 46/16
46/17 56/23 57/17 75/23 81/6 81/9 81/12
81/22 86/14 92/2 95/9 96/8 97/7 97/10
97/12 98/10 113/10 113/16 113/17 113/18
140/25 148/8 148/16
payment [8]  54/4 54/5 56/2 89/8 96/6 97/11
97/16 111/25
payments [11]  42/17 57/5 89/6 92/4 95/12
95/12 97/12 97/14 97/18 97/23 98/3
payors [1]  117/20
pays [3]  85/4 85/5 121/22
peaceful [1]  52/11
penalties [3]  67/11 67/12 67/12
penalty [2]  62/12 188/22
penetrated [1]  140/17
pens [1]  127/12
people [87]
people's [3]  25/23 25/24 113/18
percent [2]  112/24 165/3
perfect [1]  40/23
perform [1]  128/3
performed [2]  10/5 174/6
performing [2]  140/6 146/12
perhaps [7]  5/2 13/7 24/16 74/4 143/11
159/10 192/17
period [14]  40/8 60/1 79/17 86/6 97/8 97/10
105/4 107/24 138/25 139/22 148/5 156/4
158/4 205/15
perjury [3]  62/12 102/19 188/22
permanent [1]  124/14
permitted [1]  192/16
persecution [1]  123/11
person [55]  10/6 34/21 38/6 38/7 46/5 47/14
48/14 49/6 50/9 50/17 70/24 82/13 92/9
96/18 104/17 104/18 112/2 121/15 121/16
121/24 123/4 134/21 135/15 135/18 141/11
146/24 152/11 154/3 154/3 154/4 154/4
154/5 162/25 168/10 172/7 174/7 174/8
174/10 174/11 174/14 174/15 174/19 175/15
175/16 175/17 178/3 178/13 179/25 182/17
183/20 184/19 185/4 189/8 189/10 198/5
person's [3]  152/15 180/2 182/19
personal [26]  22/2 29/3 29/11 30/8 30/15
59/11 61/8 61/10 61/12 64/5 64/10 112/4
112/7 114/8 124/13 133/24 134/12 151/18
162/14 163/6 173/2 180/10 180/15 182/24
185/19 206/21
personality [6]  138/20 150/7 151/1 159/8
164/16 197/9
personally [2]  174/5 183/7
persons [5]  84/9 131/21 177/7 177/22 184/7
persuade [2]  20/15
persuaded [3]  34/16 34/17 126/16
pertinent [1]  189/22
Peter [7]  57/10 57/15 62/2 63/15 75/17 79/8
134/17
phone [4]  23/10 108/12 112/1 152/13
phony [1]  87/19
photographic [1]  166/16
photographs [1]  149/8
phrase [1]  185/17

# P

physical [2] 159/1 201/5
pick [5] 90/20 106/15 197/19 204/22 207/17
picked [2] 123/15 198/2
picture [1] 17/14
pictures [6] 16/16 16/17 17/12 74/21 109/19 109/20
piece [8] 69/10 89/10 136/2 136/13 163/16 167/16 168/13 198/23
pieces [4] 5/15 100/16 145/10 156/11
piggy [1] 166/22
pinch [1] 11/23
pinned [1] 107/25
Pitt [11] 52/12 52/17 52/19 52/24 52/25 116/6 121/14 122/15 159/19 162/18 166/15
Pitt's [1] 123/2
place [14] 30/4 30/18 43/20 44/23 51/3 51/14 59/12 74/1 74/2 76/4 107/22 131/9 158/7 169/7
placed [1] 147/24
places [3] 35/17 54/15 74/11
plan [20] 60/24 177/13 177/16 177/18 177/23 178/2 178/4 178/6 178/7 178/8 179/13 182/5 184/13 184/16 184/18 184/20 184/23 184/24 184/24 190/23
plane [1] 154/12
planning [1] 164/12
plans [1] 205/3
play [1] 160/16
playacting [1] 166/19
played [7] 22/18 32/6 49/22 110/1 116/15 178/6 184/22
playing [1] 56/23
Plaza [1] 74/6
please [19] 2/2 2/16 14/3 17/2 21/1 66/2 66/8 66/12 93/24 94/5 97/5 97/15 129/20 130/4 195/3 195/21 206/14 207/10 208/22
pleased [1] 109/11
plug [1] 70/13
plus [2] 42/12 81/10
point [28] 7/19 12/15 19/22 19/23 25/20 31/17 39/21 48/18 62/5 65/7 65/19 80/7 91/4 93/12 98/4 114/24 124/24 136/18 138/18 142/23 146/3 148/7 168/6 172/19 185/11 197/16 200/23 206/12
pointed [2] 10/19 159/13
points [2] 25/8 130/20
poke [1] 94/12
police [9] 26/13 52/22 123/20 140/17 141/25 141/25 149/3 160/1 160/6
policy [1] 95/22
Ponzi [3] 51/11 113/12 113/13
poof [1] 136/12
porch [1] 99/22
portion [4] 33/8 33/19 143/12 203/10
portrayed [1] 138/10
portraying [1] 138/23
posing [2] 136/19 150/9 158/5 162/18
position [1] 154/17
possible [4] 117/24 138/22 171/7 174/4
possibly [1] 196/17
potential [1] 199/21
pounds [1] 91/20
poured [1] 50/16
Powell [14] 52/13 52/17 52/20 116/5 121/14 122/1 122/2 122/7 122/8 122/13 162/22 162/25 163/1 163/7
Powell's [1] 122/11
power [1] 34/4

practical [2] 91/10 189/15
practice [2] 6/21 76/17
praise [1] 68/14
pray [2] 25/20 90/14
prayed [2] 37/23 89/23
praying [1] 49/21
preacher [1] 10/23
precious [2] 39/11 47/15
precise [4] 180/18 183/2 187/17 188/2
predated [1] 17/13
predator [1] 27/12
predicted [5] 41/20 119/2 119/3 119/15 119/16
predictions [1] 119/1
prefer [2] 15/20 121/8
pregnant [1] 106/1
prejudice [4] 5/12 7/20 7/21 170/16
premise [1] 132/22
preparation [1] 192/9
prepare [4] 101/14 101/18 165/22 190/23
prepared [2] 167/23 194/7
preparing [1] 165/24
preponderance [1] 69/25
preposterous [1] 26/14
Presbyterian [1] 109/10
presence [1] 189/20
present [10] 2/4 2/20 14/5 14/9 66/5 93/25 129/25 174/22 178/10 185/1
presentations [1] 118/23
presented [6] 20/16 21/7 70/2 118/21 118/22 170/15
presents [1] 19/24
president [2] 122/7 122/8
presidential [1] 122/10
presumes [1] 170/23
pretence [1] 182/7
pretences [1] 60/17
pretense [4] 134/10 134/10 134/11 169/2
pretenses [13] 60/16 61/1 125/6 133/25 134/1 146/22 151/19 169/11 178/23 178/25 179/15 181/21 181/23
pretrial [1] 5/12
pretty [3] 99/3 166/12 194/20
prevent [1] 42/6
preventing [2] 28/11 34/9
previous [3] 161/13 161/13 163/8
prey [2] 22/7 27/12
preyed [1] 35/23
primarily [3] 85/20 100/13 113/3
primary [1] 192/12
Prince [1] 53/19
print [2] 136/2 194/18
prior [3] 34/1 34/4 145/1
priority [2] 162/13 192/20
private [4] 60/20 178/17 179/4 179/8
probably [18] 6/9 11/19 12/18 14/21 15/17 15/25 16/4 19/21 68/6 92/16 101/15 104/5 127/10 128/22 158/20 167/15 204/3 204/19
problem [12] 11/4 55/4 86/12 90/10 97/8 100/5 157/4 196/24 197/15 199/9 199/21 200/18 200/25
problems [23] 25/4 25/6 25/6 25/6 25/7 25/7 28/19 30/10 49/20 89/21 89/22 90/14 90/16 90/16 91/4 99/2 99/3 104/3 140/23 140/25 144/7 144/8 150/3
procedure [2] 109/16 109/17
proceed [6] 18/11 66/15 94/8 130/6 207/9 207/17
proceeded [1] 42/2
proceedings [15] 1/11 14/2 16/22 17/9 66/1

proceeds [16] 61/19 61/24 62/4 63/8 63/9 169/13 183/17 183/22 184/2 186/2 187/12 187/15 187/19 188/4
produce [2] 170/25
produced [1] 107/6
professional [1] 76/19
progress [1] 7/13
projecting [1] 162/12
promise [6] 12/8 28/2 31/22 31/25 130/9 185/8
promised [8] 45/3 86/20 92/13 92/13 110/6 116/14 116/16 154/19
promises [9] 60/17 60/18 61/2 178/24 179/1 179/16 181/22 181/24 182/8
promising [1] 102/24
promote [2] 183/23 186/8
proof [38] 7/16 7/17 19/15 69/14 69/23 69/25 70/8 70/9 70/14 70/15 70/19 70/20 79/3 82/23 83/6 85/17 89/14 96/22 104/13 107/14 110/15 111/9 115/12 118/7 118/13 118/13 120/23 160/21 160/23 171/6 171/8 171/13 171/13 172/9 174/19 174/21 178/12 185/3
proper [1] 138/20
properly [3] 6/2 52/7 200/21
properties [2] 145/15 145/21
property [29] 49/18 60/15 61/1 61/18 61/20 145/11 146/19 147/7 168/16 178/23 179/15 181/21 182/7 184/4 185/9 186/2 186/21 186/22 186/24 187/11 187/12 187/14 187/19 188/3 188/7 188/8 188/9 189/17 189/19
prosecution [1] 101/16
prosecutor [2] 71/5 73/20
prosecutors [1] 101/13
protect [6] 10/4 26/17 39/11 151/14 151/23 151/23
protected [2] 9/16 9/22
protection [3] 10/16 39/10 39/14
protects [2] 26/14 26/17
protest [1] 152/22
prove [43] 69/18 81/16 83/5 84/8 96/23 100/6 101/7 101/8 115/15 116/11 116/22 116/23 118/16 170/24 171/3 171/7 172/10 174/4 175/3 175/4 176/24 177/12 177/17 180/17 180/20 180/24 183/1 183/3 183/8 184/12 184/17 187/13 187/17 188/1 188/6 188/8 190/1 191/2 191/2 201/13 201/14 203/13 203/14
proved [13] 87/10 116/11 118/11 125/4 125/7 170/11 171/16 177/21 178/19 180/25 181/18 186/17 188/16
proven [1] 126/4
proves [1] 150/4
provide [5] 29/8 51/7 63/11 63/12 65/6
provided [15] 30/16 30/20 31/18 39/7 39/19 41/10 44/15 50/25 56/21 57/1 58/23 61/6 63/19 64/3 123/25
providing [3] 85/6 86/4 162/4
proving [4] 115/11 118/4 127/8 189/5
provision [2] 91/21 91/24
provisions [1] 183/20
psychic [14] 21/18 49/2 50/9 71/23 90/1 103/16 103/16 103/18 134/2 134/5 143/24 150/1 150/22 176/19
psychics [2] 40/21 124/2
psychological [1] 142/15
psychologist [2] 103/14 103/14
psychology [5] 151/21 151/24 158/11 159/3 159/6

**P**

publisher [1]  104/21
pull [4]  70/13 123/18 152/4 160/6
pulling [1]  149/20
punishment [3]  69/24 193/9 193/11
purchase [6]  137/18 147/7 153/18 153/19
169/14 185/7
purchased [1]  156/19
purest [1]  153/22
purport [1]  191/24
purpose [16]  4/5 53/11 82/17 134/22 134/24
168/1 175/14 178/1 178/7 178/15 180/18
183/3 184/23 185/5 186/11 192/2
purposely [3]  9/7 175/13 190/7
purposes [8]  6/2 15/24 42/22 84/11 131/25
177/9 184/9 190/17
put [26]  4/12 4/14 9/13 9/19 10/18 15/9
17/20 39/5 47/1 64/17 69/9 69/16 71/8 75/14
82/24 92/9 95/13 101/19 110/16 110/18
111/10 122/25 151/4 163/22 199/15 199/24
putting [3]  3/23 53/11 92/15
pyramid [1]  74/22
pyramid-like [1]  74/22

**Q**

quarter [1]  13/7
quarters [1]  156/14
question [23]  4/4 4/25 21/14 22/5 22/6 35/9
45/11 110/5 111/25 156/9 156/13 157/6
160/18 162/21 195/3 195/5 195/7 195/12
195/12 195/16 195/18 195/20 195/23
questioned [1]  55/18
questions [13]  31/24 35/11 55/13 55/20
83/22 94/24 146/14 148/24 157/2 163/7
163/8 172/22 173/8
quickly [2]  73/17 134/15
quiet [1]  69/10
quit [2]  152/24 152/25
quite [4]  44/3 53/9 60/2 158/4
quote [4]  10/21 104/8 134/8 140/23
quote-unquote [2]  134/8 140/23

**R**

race [1]  80/12
raise [1]  2/15
raised [2]  33/21 198/10
rambling [1]  121/1
ran [5]  40/16 40/18 47/21 83/8 112/7
Randy [7]  99/9 99/10 99/15 99/16 103/15
157/6 157/10
range [2]  86/20 87/7
Rare [1]  39/16
rate [2]  57/21 112/23
rather [2]  44/2 200/20
rational [3]  48/21 103/24 201/1
Raton [1]  1/22
rea [1]  126/22
reach [7]  125/18 126/6 126/10 148/11 172/4
193/19 206/11
reached [3]  194/14 195/14 209/3
reaching [2]  170/2 196/2
reaction [2]  140/15 140/16
read [27]  9/13 10/19 12/9 18/9 20/6 34/24
52/16 52/17 68/12 91/13 96/12 96/15 108/25
109/2 111/6 121/7 128/24 163/4 170/17
175/11 180/12 187/25 195/16 201/11 202/13
206/1 206/13
readily [1]  189/16
reading [5]  27/19 27/23 64/13 64/13 204/13

Readings [1]  74/23
reads [1]  145/18
ready [16]  13/14 14/6 18/11 28/20 32/14
53/4 66/3 66/6 92/25 94/1 94/7 129/21
129/22 129/23 208/4 208/16
real [29]  38/2 43/22 44/18 46/23 47/7 52/20
57/12 57/13 57/14 68/1 77/15 77/23 77/24
87/20 99/6 99/8 118/9 122/11 122/19 135/19
140/13 147/25 153/8 171/10 193/25 198/16
199/5 200/5 200/6
realistic [1]  87/16
reality [3]  143/22 147/11 155/20
realizable [1]  189/16
realize [4]  35/4 101/12 127/21 153/5
realized [2]  79/8 140/4
really [51]  4/19 11/22 15/20 21/5 21/8 27/24
28/22 44/25 52/2 55/20 63/7 67/15 74/7 75/7
79/12 99/2 101/14 106/22 116/25 118/20
121/10 121/25 122/13 123/17 123/19 126/25
127/17 127/21 128/1 128/11 136/8 138/6
138/7 138/9 138/23 141/21 142/24 144/14
145/13 148/24 149/16 149/16 150/2 150/2
155/4 158/21 159/7 160/21 161/1 200/12
200/18
Realtime [1]  212/16
reason [23]  7/17 35/16 44/18 45/16 55/9 73/4
79/24 80/11 84/13 91/4 100/2 106/3 106/21
107/1 113/22 122/3 142/17 171/10 172/3
172/25 204/20 204/23 205/16
reasonable [54]  4/20 69/19 69/23 70/4 70/8
70/10 70/19 78/20 78/21 78/22 78/22 81/17
83/6 84/25 85/17 87/10 89/14 96/23 104/14
109/24 115/15 116/11 118/7 118/17 121/15
125/4 126/14 127/19 128/13 128/14 128/15
170/13 171/4 171/9 171/10 171/13 171/17
174/23 175/5 177/21 178/20 179/25 180/25
181/18 182/17 186/17 188/17 189/6 190/19
191/3 201/15 203/14 207/13 207/14
reasonably [6]  88/13 102/20 124/6 125/3
175/6 181/12
reasons [5]  7/25 9/20 69/6 81/19 124/19
reassured [3]  133/23 147/18 151/16
reassures [1]  143/13
rebut [1]  19/17
rebuttal [5]  12/5 12/18 15/23 16/2 19/7
recall [14]  130/24 138/12 138/15 139/4 139/7
143/23 146/15 146/16 147/3 147/8 147/23
153/17 162/11 174/3
recalled [1]  166/17
receipts [1]  186/4
received [12]  49/17 51/9 51/24 62/19 63/3
156/20 162/2 166/6 169/19 189/19 191/23
196/14
recess [10]  13/6 14/1 65/3 65/25 93/22
129/12 129/18 208/11 209/2 211/22
recipient [2]  114/13 189/14
reckless [2]  179/20 182/11
recognize [2]  35/6 102/3
recognized [1]  83/25
recollection [8]  103/3 105/6 107/16 130/15
130/21 131/4 156/7 192/20
recommendation [2]  5/13 5/14
record [14]  2/4 2/14 6/21 6/22 7/4 10/1 14/4
66/3 93/25 105/13 113/9 118/9 208/4 212/17
recorded [4]  31/9 31/10 44/22 159/15
recording [4]  6/24 7/1 32/11 52/6
recordings [14]  31/5 43/12 43/16 43/18
43/18 51/22 52/4 52/14 53/1 55/21 191/23
192/3 192/11 204/9
records [8]  58/8 101/1 101/2 118/5 118/5

118/15 149/13 169/8
recovered [2]  149/4 149/10
recross [1]  94/23
redirect [2]  94/23 101/24
reexamine [1]  193/20
refer [7]  20/19 68/18 85/19 90/6 131/15
175/21 194/21
referrals [1]  85/8
referred [10]  16/17 28/14 41/25 78/9 82/22
83/1 83/4 91/7 113/12 151/7
referring [1]  85/7
refinanced [1]  155/12
reflect [2]  29/7 192/6
refresh [1]  79/15
refund [1]  26/12
refuse [1]  126/9
refused [1]  147/9
regarding [8]  5/19 8/17 8/20 10/15 18/20
96/25 97/1 125/1
regardless [2]  60/12 162/3
Registered [1]  212/15
regret [1]  199/6
reincarnation [2]  124/2 176/20
related [5]  57/16 62/16 181/5 188/14 189/3
relates [1]  194/22
relating [7]  32/6 47/11 52/12 57/15 57/21
193/2 203/9
relation [1]  192/11
relationship [13]  24/13 25/5 27/3 36/2 49/23
105/20 109/25 122/16 140/9 140/12 144/2
146/1 146/3
relatively [3]  69/16 74/2 108/18
relevant [3]  79/12 91/17 189/21
relied [3]  57/1 180/3 182/20
religion [2]  10/5 90/5
religions [1]  90/6
religious [5]  10/7 10/25 25/24 37/23 145/17
rely [1]  171/14
relying [1]  135/1
remainder [1]  33/4
remaining [1]  4/23
remains [2]  19/12 19/23
remedy [2]  168/18 168/18
remember [63]  20/11 29/4 29/17 31/5 31/8
31/9 31/10 32/5 35/14 37/20 39/4 40/10
40/24 41/8 41/14 42/4 42/19 43/1 43/8 43/12
43/14 43/18 43/21 46/9 47/16 47/18 48/2
48/10 49/1 50/17 51/1 51/12 52/4 53/19
53/19 55/6 58/17 59/18 59/24 64/11 72/8
73/17 75/11 79/16 81/8 81/16 83/19 86/8
86/25 91/17 96/21 97/24 101/17 105/5
111/15 120/17 124/9 124/10 130/12 132/6
154/25 173/21 193/25
remembered [2]  124/19 124/21
remembers [1]  173/20
remind [3]  73/17 127/12 148/19
removed [2]  21/25 28/18
removing [1]  35/2
rendered [2]  54/4 56/2
rent [7]  75/24 81/9 85/4 85/5 85/7 121/20
132/25
rental [1]  121/23
rented [2]  74/12 132/23
repaid [4]  33/9 42/10 97/17 141/12
repair [2]  121/21 121/22
repay [7]  33/4 42/12 95/14 96/20 97/16
97/23 114/20
repaying [1]  168/23
repayment [3]  87/4 98/10 141/6
replace [2]  48/14 59/6

**R**

replaced [1] 59/7
reply [1] 139/23
report [7] 5/3 5/13 5/14 58/12 142/1 169/18 198/18
reported [1] 199/11
reporter [6] 1/23 1/23 201/9 201/17 212/15 212/16
reports [6] 6/10 6/17 6/18 6/18 209/14 209/15
repossessed [1] 89/7
represent [6] 77/21 82/11 82/11 82/12 82/13 135/10
representation [6] 152/11 152/23 152/24 179/17 182/9 182/13
representations [10] 60/16 60/17 61/2 144/21 178/24 179/1 179/15 181/21 181/23 182/8
represented [6] 2/22 42/17 111/12 140/20 187/19 188/4
representing [2] 77/16 77/20
request [3] 10/11 11/22 202/1
requested [4] 8/6 9/21 29/6 48/22
requesting [2] 17/19 36/19
require [1] 158/11
required [5] 70/15 177/1 191/1 201/13 203/13
requires [5] 174/19 191/1 203/12 203/12 206/5
reread [2] 201/16 203/6
rescued [2] 32/8 58/18
research [4] 124/21 124/22 124/23 125/1
reserve [1] 5/8
resided [1] 132/10
residence [4] 37/9 37/9 51/16 156/16
resolve [1] 40/5
resolved [2] 209/23 209/25
respect [12] 67/19 67/20 136/15 138/20 142/20 147/17 149/13 155/15 163/17 192/14 195/13 197/9
respond [3] 94/20 95/6 95/7
responding [1] 163/8
responds [1] 45/18
response [4] 43/4 95/3 195/19 195/25
responsibilities [1] 205/11
responsible [9] 58/7 73/14 80/5 81/14 84/3 166/2 174/13 174/15 174/19
rest [8] 8/13 14/10 29/25 127/23 156/8 156/12 206/8 209/11
rests [3] 19/5 19/6 212/3
result [1] 177/5
resume [3] 83/22 92/18 105/23
retain [1] 45/17
retained [1] 186/3
return [37] 28/2 28/2 31/22 31/23 31/23 31/25 31/25 32/1 34/2 34/7 45/3 45/8 51/1 55/25 57/2 62/7 62/10 62/13 62/21 95/22 111/13 113/20 114/15 114/16 116/14 123/8 134/8 165/25 166/1 176/10 188/14 188/19 188/21 189/25 190/3 194/25 199/4
returned [56] 22/1 29/1 29/10 29/14 29/22 29/23 29/25 29/25 30/2 30/21 30/23 30/25 31/7 32/18 32/19 32/20 32/22 32/24 33/2 33/5 33/6 33/11 34/11 35/4 38/21 39/2 39/20 42/7 42/10 42/15 42/20 42/25 43/2 43/4 43/7 46/14 49/14 51/2 51/5 51/15 56/1 58/1 59/12 59/13 61/7 61/13 61/14 64/3 64/8 87/14 133/13 142/11 154/19 156/10 156/23 159/20
returning [3] 5/20 45/9 55/7

**S**

returns [10] 62/11 62/16 63/11 111/22 115/14 165/23 165/25 188/11 188/24 189/3
reveal [1] 149/24
revenue [4] 58/14 62/18 114/10 190/5
review [4] 8/11 9/1 20/10 68/16
revisit [1] 198/20
Ricky [8] 76/2 76/3 76/5 79/20 80/3 80/21 80/22 81/13
Ricky's [3] 76/7 79/19 79/20
rid [6] 28/10 34/8 105/10 151/5 151/11 168/5
right [67] 2/13 2/15 3/4 3/9 3/20 4/17 8/2 11/5 12/24 14/4 14/7 32/15 35/13 35/15 41/21 45/3 45/4 53/5 53/5 53/5 53/8 53/23 54/20 65/8 65/9 65/11 65/13 65/24 69/5 74/6 75/11 92/21 93/20 94/7 100/10 101/23 102/2 103/3 112/18 129/16 129/25 130/6 138/6 152/3 154/8 154/24 169/25 195/24 198/6 198/21 201/9 201/10 201/16 203/2 203/22 204/4 206/16 207/2 207/23 208/9 208/13 208/24 209/20 210/18 210/20 210/25 211/7
ring [1] 34/11
ripped [1] 141/24
risky [1] 200/5
ritualistic [1] 134/24
rituals [3] 28/5 110/8 133/17
RMR [2] 1/23 212/22
road [3] 133/20 142/16 155/11
robe [1] 67/16
Rock [1] 44/21
Roger [4] 1/16 200/24 202/24 210/1
Roma [36] 22/15 25/10 32/21 39/3 39/5 39/6 39/8 39/18 39/25 40/1 40/2 55/7 59/2 59/5 71/12 98/14 98/22 101/20 102/23 103/4 104/7 104/16 108/17 149/23 150/25 151/3 151/4 152/22 153/10 153/17 155/15 155/19 156/23 156/25 157/2 166/11
Roma's [1] 40/1
Romani [2] 71/19 71/21
roof [1] 132/10
room [22] 32/8 55/3 68/9 85/16 100/20 100/21 110/18 125/15 163/13 170/3 170/9 194/3 194/24 195/5 203/23 203/24 204/8 206/21 208/5 209/7 209/12 209/18
root [6] 21/22 28/23 49/12 61/4 64/1 151/13
rose [247]
Rose's [14] 71/13 79/18 79/25 80/1 80/2 80/10 85/21 88/3 100/14 100/14 100/20 103/9 104/15 127/23
Rosie [6] 72/5 72/9 72/12 72/22 131/11 132/13
rule [2] 13/21 175/18
ruled [1] 13/21
rules [3] 68/22 78/2 170/7
run [2] 146/2 152/4
running [1] 78/7
rush [3] 128/11 154/9 207/10
rushes [1] 154/12

**S**

sacrifice [5] 29/14 30/17 133/19 205/14 206/17
sacrificed [2] 21/25 61/5
sacrifices [4] 21/24 28/24 51/25 145/2
safe [15] 30/4 30/4 30/4 30/17 30/18 51/3 54/13 59/11 89/3 100/14 133/16 134/7 134/24 143/14 156/6
safely [1] 51/20
saint [1] 90/11
salary [6] 63/4 86/14 112/5 124/5
sale [2] 144/14 185/7

Sam [8] 55/16 106/2 108/22 108/24 109/1 109/12 109/19 109/20
same [40] 37/22 45/21 46/3 55/6 58/24 60/10 60/11 73/18 73/19 73/25 76/16 76/16 76/17 76/21 76/25 77/14 78/8 85/3 87/6 87/23 94/25 107/18 107/19 113/19 113/20 114/25 117/7 132/10 132/14 132/16 132/18 133/9 135/3 142/3 144/16 145/1 159/17 166/14 181/3 209/8
sat [6] 82/20 82/24 127/25 128/2 137/15 196/22
satisfied [4] 26/12 33/14 140/2 159/11
save [2] 90/21 90/23
saved [1] 107/12
savings [1] 153/15
saw [18] 13/18 23/22 75/15 83/16 83/23 88/16 88/25 96/5 99/21 103/17 106/10 109/18 124/17 132/21 137/15 140/15 140/16 196/4
say [80]
saying [21] 20/9 42/9 46/17 46/18 55/4 74/23 75/6 79/6 82/10 82/10 82/21 84/21 92/9 96/25 98/23 101/15 108/25 155/17 161/10 200/2 201/17
says [42] 32/12 32/15 32/16 32/25 44/15 45/21 45/23 46/16 46/22 46/25 47/1 47/3 53/25 54/2 54/3 54/4 54/5 54/6 61/13 68/23 78/16 83/8 87/14 95/6 103/22 104/21 110/4 110/21 116/15 116/18 116/19 116/23 116/24 119/1 127/13 128/24 135/8 140/22 149/23 155/16 168/24 194/8
scale [4] 69/21 70/1 70/3 70/7
scales [1] 70/6
scam [1] 135/1
scammed [4] 35/5 43/10 140/4 140/14
scamming [1] 38/9
Scarlet [1] 123/16
scene [4] 138/11 174/22 178/10 185/1
schedule [1] 141/7
schedules [3] 21/5 191/14 191/19
scheme [28] 22/8 22/9 22/25 26/7 43/11 51/11 60/15 60/24 113/12 131/18 152/9 152/10 178/18 178/22 179/6 179/13 180/18 181/3 181/6 181/8 181/14 181/16 181/20 182/4 182/5 183/3 183/9 183/14
schemes [1] 113/13
scheming [1] 38/10
Schillinger [1] 10/15
school [1] 126/21
Schwartz [35] 1/19 2/23 2/25 9/10 15/25 16/7 18/11 19/3 19/19 31/20 65/4 65/12 65/21 66/3 66/14 66/14 93/8 94/1 94/7 111/8 122/25 129/7 129/23 130/9 130/16 131/7 135/9 135/10 135/12 143/20 148/24 149/23 187/23 197/12 212/6
Schwartz's [4] 10/11 131/5 161/4 161/6
scintilla [1] 89/9
scope [1] 91/7
scream [1] 120/3
screen [1] 83/24
scrupulous [1] 68/17
search [6] 58/7 58/9 132/11 149/5 156/22 210/6
searched [2] 37/9 76/4
searching [1] 41/1
seat [1] 65/5
seated [10] 2/3 14/3 17/3 66/2 66/12 93/24 94/5 129/20 130/5 208/23
second [6] 56/11 69/22 79/3 90/20 154/3 201/12

# S

secondary [1] 192/2
seconds [1] 71/6
secret [5] 34/5 95/1 120/8 120/10 193/15
secrets [2] 38/6 99/14
Section [7] 175/25 176/3 176/5 176/7 176/9 176/11 186/15
sections [2] 74/8 183/19
securities [2] 185/20 187/8
security [2] 157/9 195/4
seeing [1] 132/20
seek [1] 194/1
seeking [6] 23/9 26/11 51/14 88/15 157/8 157/9
seem [2] 67/1 173/4
seemed [1] 79/20
seems [2] 163/8 168/6
seen [6] 19/23 63/22 68/1 74/17 105/3 132/18
sees [1] 27/13
seized [7] 89/1 89/2 89/3 89/4 97/20 156/13 156/16
Select [1] 65/6
selected [2] 68/25 197/25
sell [1] 112/3
selling [2] 24/14 77/21
Seminole [1] 132/11
semiretired [1] 75/10
Senator [1] 12/8
send [18] 33/8 42/8 47/14 49/23 61/25 79/2 108/24 148/21 148/22 149/1 149/9 152/2 155/17 155/18 203/22 203/24 204/14 207/4
sending [7] 38/23 42/3 52/25 63/15 144/5 185/14 207/21
sends [2] 87/4 155/23
sense [14] 13/20 35/6 35/9 35/10 35/12 35/13 48/22 52/18 76/11 135/7 151/25 171/11 172/4 199/8
senses [1] 153/4
sensitive [1] 150/12
sent [21] 36/13 37/5 42/4 43/14 48/1 48/7 51/10 60/12 62/22 100/12 100/13 109/3 109/6 120/12 136/18 156/4 162/14 183/11 204/12 204/15 211/20
sentence [2] 187/25 201/12
separate [7] 175/11 175/19 181/13 181/14 183/13 183/14 192/25
separated [1] 109/7
separately [2] 80/9 193/2
September [3] 1/8 5/21 109/2
September 3rd [1] 109/2
sequence [1] 148/14
sequesters [1] 120/12
series [1] 108/15
serious [6] 40/15 40/19 67/10 67/11 67/11 199/6
seriousness [1] 67/7
Service [4] 95/1 120/8 120/10 190/5
services [20] 29/14 36/21 39/21 44/15 54/4 56/2 63/4 74/10 86/2 86/4 90/19 95/23 103/7 110/11 110/12 111/25 115/19 115/22 115/23 165/2
session [1] 50/18
sessions [1] 82/20
set [4] 11/12 11/13 109/10 109/18
setting [2] 134/2 134/5
settlement [3] 32/25 33/3 33/7
seven [5] 119/12 125/14 165/6 165/7 167/11
several [3] 24/2 135/17 164/23
severe [1] 26/16

SFranklinUSDC [1] 1/25
shaded [1] 98/19
shake [1] 199/23
share [2] 80/16 81/23
shared [1] 137/14
sharing [3] 76/11 76/12 80/19
she'll [2] 54/7 109/23
she's [47] 17/16 23/4 23/13 23/14 43/3 44/15 46/10 63/4 63/4 63/6 63/6 67/13 70/12 71/20 72/2 72/4 75/22 84/23 85/2 89/20 90/21 98/24 100/9 100/11 111/21 121/15 121/16 121/16 121/17 128/7 138/17 138/20 138/21 139/7 139/16 144/15 144/15 149/10 154/9 157/14 159/14 160/5 162/8 163/12 165/19 197/25 200/16
shield [2] 39/10 39/14
shoes [1] 107/4
shop [11] 23/16 23/24 26/23 26/24 40/25 49/2 52/11 66/22 83/20 138/3 150/1
shops [1] 27/6
short [7] 13/6 14/25 15/15 19/24 65/3 95/4 118/17 139/22 142/5 142/5 142/6 208/8
short-term [1] 142/6
shortly [6] 2/7 5/20 32/7 41/18 42/5 109/21
should [28] 3/6 3/6 6/10 8/15 9/9 12/1 12/12 26/19 53/18 64/25 81/3 88/1 92/24 146/18 164/12 172/1 172/15 173/12 180/4 182/21 187/21 187/22 192/14 194/3 194/23 201/15 202/17
shouldn't [9] 45/22 126/7 126/9 126/9 126/10 153/12 171/23 172/5 197/18
show [8] 67/19 67/20 74/13 102/2 102/9 105/12 132/1 189/24
showed [4] 77/3 79/7 89/24 130/19
showing [4] 82/20 82/23 101/21 131/15
shown [4] 59/9 101/10 102/1 191/9
shows [7] 17/13 34/14 56/17 73/2 89/13 89/20 100/10
sic [8] 25/21 39/15 59/8 68/14 72/4 147/6 186/8 191/2
sick [8] 86/8 86/9 91/3 114/2 123/9 123/10 148/12 205/1
side [3] 66/25 70/1 85/19
sidebar [5] 17/6 17/9 18/6 196/8 203/3
sight [1] 158/8
sign [8] 42/9 78/16 135/5 135/8 168/11 194/17 194/18 194/25
signal [1] 15/6
signature [1] 168/12
signed [5] 57/20 62/12 117/8 169/1 188/22
significance [2] 173/24 189/11
significant [5] 37/5 88/8 108/19 112/21 167/16
significantly [2] 86/18 128/1
signs [1] 74/22
silly [1] 83/4
silver [1] 33/18
silverware [4] 148/23 148/25 148/25 149/7
Silvia [3] 25/10 98/25 151/10
similar [5] 133/3 133/5 164/2 190/13 190/20
Similarly [2] 191/6 203/17
simple [4] 45/11 143/16 173/18 195/23
simply [8] 26/11 44/15 143/6 174/22 178/10 185/1 193/23 197/20
since [4] 94/10 117/24 197/13 206/7
single [3] 69/10 83/1 170/20
sink [1] 196/17
sinks [2] 197/5 197/6
sister [4] 47/23 58/5 99/1 132/8 134/4 169/16
sit [3] 69/10 197/11 204/22

sits [1] 67/17
sitting [6] 20/13 21/12 66/22 83/23 109/19 205/17
situation [3] 23/23 35/3 149/19
situations [2] 90/10 158/25
six [13] 23/12 41/1 41/10 41/19 45/2 45/13 71/13 71/15 79/17 119/12 125/13 195/10 195/11
size [1] 50/1
sizing [1] 27/12
skills [5] 71/23 71/23 71/23 72/1 72/7
skim [1] 123/1
Skippy [1] 40/11
slash [1] 83/23
sleep [1] 92/15
sloppy [1] 79/11
slot [1] 112/18
small [1] 142/7
smaller [1] 148/15
smiled [1] 66/19
snoring [1] 94/12
SOB [1] 159/5
Soendergaard [4] 25/10 47/13 47/21 137/16
sold [4] 39/16 41/14 141/23 145/21
sole [1] 53/11
solicitor [1] 22/20
solicitors [1] 91/12
solitary [1] 83/2
solve [2] 89/22 202/24
solved [2] 30/10 159/12
solving [3] 90/15 90/16 150/25
somebody [23] 27/9 74/24 77/11 83/21 87/23 88/24 89/21 96/15 99/4 100/21 106/16 108/18 113/25 114/2 115/1 122/22 136/18 138/6 141/10 141/19 164/7 166/13 168/9
somebody's [4] 102/18 141/10 145/13 150/7
somehow [1] 144/4
someone [34] 10/24 10/24 35/12 35/13 41/2 41/4 46/10 51/17 51/18 59/6 60/15 60/19 60/25 68/8 96/7 109/11 109/12 146/21 154/14 168/19 177/4 178/18 178/22 179/2 179/14 180/10 180/11 180/15 180/16 181/16 182/6 182/24 182/25 195/4
someone's [1] 84/1
Somers [2] 62/3 132/8
something [56] 17/5 17/12 22/22 22/23 27/9 28/1 30/25 32/12 47/17 47/19 59/25 62/15 66/25 86/19 87/7 92/10 95/21 101/9 103/10 104/8 108/5 109/22 117/14 118/17 126/10 127/13 131/21 131/22 133/23 133/21 141/10 145/9 148/16 152/2 154/24 173/15 173/16 173/22 175/13 175/16 177/4 178/16 179/6 180/1 181/7 182/18 183/11 189/2 190/9 198/12 199/5 199/17 202/6 203/20 204/20 207/14
something's [1] 154/10
sometime [6] 5/21 5/22 86/10 108/12 128/22 211/21
sometimes [11] 17/11 74/13 79/1 80/3 86/25 94/22 96/3 96/3 117/19 136/23 165/22
somewhat [4] 2/12 5/15 112/2 166/16
son [8] 34/19 52/23 86/21 106/2 108/22 109/1 164/13 164/16
song [2] 108/5 128/7
sons [1] 132/6
soon [4] 6/4 152/23 152/24 195/22
sophisticated [2] 121/16 121/24
sorry [24] 3/25 5/4 17/6 17/10 18/7 18/8 41/5 46/14 49/5 54/2 56/19 56/20 57/12 57/12 58/21 62/9 77/5 86/9 91/9 95/24 110/2

# S

sorry... [5] 111/16 111/19 155/4 199/24
  203/4
sort [14] 58/9 77/7 77/24 83/8 83/14 84/17
  94/12 95/7 102/25 118/14 131/12 150/13
  150/18 161/18
sorts [1] 160/11
soulmate [7] 24/6 34/7 36/18 48/14 50/16
  157/10 164/6
soulmates [1] 48/10
sound [1] 99/4
sounded [1] 105/9
sounds [6] 108/5 150/16 154/2 155/7 164/1
  166/12
source [4] 61/24 62/4 128/19 184/1
South [1] 1/21
SOUTHERN [1] 1/1
space [10] 76/14 76/16 76/21 76/25 78/8 85/4
  85/6 85/7 118/10 194/16
spaces [1] 194/11
Spain [1] 36/13
speak [1] 194/5
speaker [2] 179/19 182/10
speakers [3] 191/24 192/4 192/7
speaking [3] 55/23 68/5 133/8
speaks [1] 139/5
special [7] 50/21 107/21 126/17 138/5 138/6
  138/7 153/21
specific [17] 9/7 79/24 99/18 126/21 126/22
  170/12 175/17 176/18 180/9 180/14 180/22
  181/1 182/23 183/6 190/8 193/6 193/8
specifically [5] 6/16 126/20 192/5 198/1
  198/2
specified [8] 183/18 183/22 183/24 184/2
  184/5 186/6 186/9 186/12
spectator [1] 174/25
speculate [1] 7/6
speculating [1] 118/7
speculation [4] 118/2 118/2 118/3 124/9
spell [4] 103/9 110/20 137/5 145/13
spend [6] 75/3 78/3 104/11 104/12 110/9
  165/7
spending [5] 21/9 75/22 112/17 147/21
  147/21
spent [11] 53/18 55/10 71/5 74/4 104/18
  108/6 112/1 120/1 147/18 150/16 204/19
sperm [1] 109/11
spirit [8] 51/22 52/13 122/22 123/8 124/1
  144/24 164/6 164/10
spirits [10] 21/19 25/16 28/7 90/11 123/6
  144/23 144/24 145/18 152/7 176/20
spiritual [7] 25/15 25/23 140/5 140/7 141/8
  146/20 164/1
spoke [1] 34/23
spot [1] 150/6
spread [1] 105/4
spun [2] 25/13 25/14
Square [1] 120/13
St [1] 30/18
St. [1] 30/5
St. Patrick's [1] 30/5
Stack [17] 5/16 5/25 6/3 6/20 7/13 33/17
  34/13 34/20 55/18 55/22 94/25 106/8 120/7
  123/14 159/24 166/16 168/7
staff [2] 196/15 198/14
stalked [1] 99/16
stalking [4] 99/15 100/1 157/6 157/15
stand [11] 7/8 20/13 67/18 67/19 67/24
  101/20 102/19 104/9 107/16 119/10 130/14

standpoint [1] 10/18
start [24] 10/1 11/11 12/11 13/10 15/1 24/3
  75/7 88/15 92/1 95/20 95/20 95/25 106/23
  127/11 139/24 152/10 162/12 185/10 200/22
  202/16 203/10 207/6 207/20 209/18
started [21] 31/12 31/12 31/14 42/3 45/12
  47/20 58/20 73/5 88/20 91/19 92/4 100/24
  121/1 125/18 137/23 138/2 144/20 155/8
  164/14 164/15 202/17
starting [1] 88/4
starts [7] 29/11 43/20 43/23 44/23 46/14
  105/7 198/21
state [9] 9/2 23/17 26/7 27/1 27/1 158/14
  179/10 179/11 190/21
stated [1] 33/12
statement [15] 31/20 33/12 35/8 62/17 87/13
  160/13 179/17 180/4 180/4 182/9 182/12
  182/21 182/21 189/4 203/21
statements [1] 170/4
states [30] 1/1 1/3 1/13 1/17 10/2 19/8 19/15
  19/15 19/17 19/18 20/23 23/8 23/10 107/23
  169/20 175/25 176/3 176/5 176/7 176/8
  176/11 176/23 181/4 183/19 185/24 185/25
  186/1 186/15 187/2 210/13
stating [2] 10/4 10/10
status [1] 157/24
stay [4] 38/20 51/2 120/20 207/15
stayed [1] 108/3
steal [2] 76/20 116/12
Stefin [17] 1/16 4/2 4/14 10/19 11/6 15/21
  16/15 93/18 95/2 95/4 127/12 129/8 129/21
  130/6 169/24 196/5 212/7
step [3] 205/10 206/6 206/8
Stephen [4] 1/23 212/15 212/21 212/22
stepping [1] 35/2
Steve [6] 77/22 77/25 78/3 78/4 78/10 85/3
stick [3] 40/22 126/15 159/2
still [15] 11/1 11/16 11/16 11/25 14/9 15/12
  54/14 84/22 112/13 112/18 124/14 138/20
  139/12 144/15 162/10
stipulate [1] 68/11
stipulated [2] 80/18 169/6
stipulation [6] 3/23 4/1 18/13 18/20 71/18
  71/18
stipulations [1] 67/25
stole [1] 24/23
stolen [2] 140/18 140/21
stop [2] 7/1 93/10
stopped [7] 38/22 38/23 48/18 58/19 98/3
  148/8 148/16
storage [1] 113/2
store [8] 27/25 28/1 78/16 100/8 101/1 101/3
  145/9 145/9
stories [6] 25/13 25/15 52/12 52/15 150/22
  150/25
story [10] 32/21 32/23 39/22 53/1 98/20
  121/10 139/5 145/1 154/2 156/2
storyline [1] 55/14
straightened [1] 14/13
straightforward [2] 194/8 194/20
Street [10] 1/24 22/14 23/17 24/12 24/20
  26/24 58/10 74/5 120/14 132/16
stressful [1] 99/4
strike [2] 159/6 166/25
strong [1] 126/25
stronger [1] 127/7
strongly [1] 126/8
struck [2] 120/19 120/21
structured [1] 94/18
struggle [1] 98/11

struggling [3] 95/11 97/20 144/1
strung [2] 138/25 138/25
stubborn [1] 126/9
stuck [2] 148/13 200/23
study [1] 170/4
stuff [4] 60/2 122/23 123/2 123/7
stuffed [1] 196/16
stupid [1] 22/11
subjective [1] 189/23
subletting [1] 85/1
submitted [1] 13/24
subpoena [1] 100/7
subpoenaed [1] 119/13
subscribe [1] 188/14
subscribed [1] 188/19
subsection [1] 176/11
substantial [2] 131/14 136/23
substantially [1] 181/3
substantive [4] 176/13 176/14 176/16 186/14
substitute [2] 200/21 210/16
subtenants [1] 75/25
succeed [1] 27/2
succeeded [5] 26/6 26/8 177/17 183/9 184/17
success [1] 28/12
successful [1] 86/1
such [13] 22/7 45/17 97/21 119/5 140/9
  151/1 157/22 160/5 172/8 176/24 176/25
  189/14 205/15
sucked [2] 135/1 164/20
sue [14] 25/9 36/21 36/25 37/2 37/7 47/4
  47/4 117/14 119/3 125/11 137/2 139/2 167/5
  168/25
sued [2] 69/13 136/10
sufficient [2] 178/9 184/25
suggest [39] 4/25 7/8 7/15 9/1 72/20 76/22
  77/5 78/10 79/11 81/19 81/25 83/7 84/7
  84/15 87/9 89/12 89/19 89/24 90/8 100/2
  102/23 104/13 104/14 109/23 118/23 120/5
  120/25 121/6 121/12 122/12 122/13 123/9
  123/10 125/3 126/3 159/7 164/17 169/3
  172/22
suggested [7] 80/24 91/16 131/8 157/25
  161/12 167/22 167/22
suggesting [3] 73/2 109/14 157/5
suggestion [2] 160/8 161/11
suggests [2] 135/4 165/20
suicidal [1] 158/15
suicide [2] 24/18 24/19
suicides [1] 52/12
suite [2] 1/21 76/17
summaries [3] 191/9 191/15 191/19
summarizing [1] 114/21
summary [4] 6/18 68/14 169/8 191/18
sums [8] 31/4 42/3 63/25 142/7 142/8 146/10
  164/18 164/20
superintendent [2] 119/6 120/15
superseding [2] 97/25 98/1
superstitions [1] 33/22
supply [1] 154/15
supported [1] 149/17
supposed [21] 32/20 32/22 32/24 33/2 33/5
  33/6 33/11 41/23 43/1 43/7 49/6 51/19 56/1
  66/23 156/10 156/10 159/20 160/23 161/18
  164/6 168/13
supposedly [3] 42/6 42/18 149/9
supposition [1] 101/25
supreme [3] 10/21 90/3 90/4
sure [16] 8/16 14/18 15/5 51/13 91/20 97/9
  104/25 105/2 105/21 108/12 129/10 153/13

**S**

sure... [4]  153/14 205/20 205/24 210/3
surgeries [1]  49/21
surprised [1]  198/9
surrogate [1]  70/13
surrounded [1]  139/16
surrounding [2]  28/15 108/16
Susan [1]  36/11
susceptible [1]  22/24
suspend [1]  25/20
sustain [1]  18/4
Sutherland [1]  18/20
swap [1]  77/6
swapped [3]  60/11 73/18 77/3
Sylvia [28]  22/15 32/21 39/3 39/4 39/6 39/8
39/18 39/25 40/1 40/2 55/7 59/2 59/4 71/12
98/14 98/22 98/23 101/19 102/23 103/4
104/1 104/7 104/16 108/17 149/23 151/4
152/21 166/11
sympathy [2]  127/22 170/16
system [7]  94/18 153/2 153/6 158/16 158/19
159/18 163/3

**T**

table [3]  20/14 100/21 100/23
tacit [1]  131/24
tag [1]  60/10
tag-teamed [1]  60/10
tainted [1]  41/15
take [57]  13/6 13/9 13/16 14/22 15/15 16/1
16/5 16/12 17/6 19/20 19/21 19/24 20/8
25/24 26/1 28/1 36/11 38/3 38/18 38/18
40/17 45/13 46/15 46/24 56/14 65/3 65/7
65/8 68/9 68/13 68/15 72/14 72/24 85/22
86/23 88/2 98/8 114/20 121/9 128/10 128/12
129/9 129/11 145/7 145/8 164/9 164/10
192/16 194/23 195/19 197/8 200/20 206/3
207/21 207/23 207/24 208/10
taken [21]  14/1 21/4 35/24 39/14 51/19 65/25
75/12 81/3 87/17 93/22 100/22 127/18
129/18 130/25 139/19 192/17 198/15 204/25
206/5 208/11 211/22
takes [3]  10/24 14/25 141/23
taking [9]  3/7 21/3 40/3 68/17 113/14 139/16
142/18 158/7 163/10
talent [2]  150/5 150/5
talk [44]  2/7 15/13 16/20 17/1 17/5 25/15
25/16 25/17 28/7 67/6 67/13 68/22 73/5
73/15 73/24 74/4 74/18 85/10 85/14 85/20
90/3 90/20 90/23 94/19 95/18 98/21 99/1
101/20 102/13 104/19 105/5 107/1 125/17
126/9 127/10 139/23 142/16 201/2 202/11
206/13 207/9 208/3 209/9 209/11
talked [22]  8/14 8/19 24/5 27/15 51/22 51/23
88/18 90/25 91/13 106/5 107/13 107/18
107/19 130/18 143/20 143/24 149/8 150/13
165/9 165/10 166/15 166/18
talking [9]  10/1 55/2 78/21 80/7 94/16
112/13 145/12 166/17 208/7
talks [2]  123/4 163/6
tape [14]  53/25 54/17 88/16 116/15 138/15
138/16 159/15 164/4 166/14 166/15 191/23
192/3 192/11 204/9
tape-recorded [1]  159/15
tape-recordings [4]  191/23 192/3 192/11
204/9
tapes [6]  53/25 54/8 110/1 159/21 164/4
204/7
tarot [1]  64/12

tax [42]  4/24 8/19 8/24 57/2 62/7 62/10 62/11
62/13 62/16 62/21 63/11 111/11 111/13
111/22 111/22 114/15 114/16 114/17 114/25
115/14 115/22 116/10 126/2 127/6 127/6
127/9 128/15 134/20 165/21 165/23 165/24
166/1 169/19 176/10 188/11 188/11 188/14
188/14 188/19 188/21 188/24 189/3
tax-related [1]  188/14
taxable [6]  63/9 114/6 114/13 116/9 189/14
189/20
taxes [15]  110/24 112/11 114/4 114/5 114/5
114/12 114/18 114/22 115/3 115/5 115/7
160/18 165/20 189/24 190/1
teacher [1]  126/21
teamed [1]  60/10
techniques [2]  27/17 27/22
teeth [1]  123/18
telephone [1]  162/17
tell [71]
teller [12]  18/14 21/16 21/17 21/18 21/20
21/22 21/23 22/2 36/10 37/18 60/12 71/24
telling [20]  3/22 23/11 29/18 40/21 43/10
45/20 70/12 71/6 74/10 82/8 83/12 105/7
108/21 114/2 132/15 145/14 154/5 172/23
173/19 176/19
tells [13]  21/20 21/22 21/23 29/13 47/4 67/22
68/3 83/10 84/7 111/6 139/15 154/23 155/3
temporarily [4]  30/9 151/14 151/17 155/22
Ten [1]  53/21
tend [4]  80/16 81/23 172/9 173/20
tendency [2]  180/2 182/19
tens [2]  30/12 57/25
tension [1]  67/7
term [11]  77/12 77/13 128/11 142/6 182/5
186/2 186/6 186/8 187/3 187/7 187/11
terms [2]  2/8 12/5
testified [20]  29/4 32/3 43/15 56/16 58/11
62/18 64/6 64/12 83/20 85/21 86/1 114/18
124/10 153/11 155/8 157/21 158/13 159/23
173/7 173/13
testify [21]  2/11 3/1 3/6 3/9 3/12 3/14 18/21
22/12 34/15 34/20 34/22 69/2 69/2 69/5 69/7
71/20 71/21 83/13 114/11 171/1 171/2
testifying [1]  172/19
testimony [35]  5/9 5/16 10/15 16/18 63/22
76/3 79/13 79/15 80/15 91/16 91/18 97/24
100/19 102/22 112/15 119/9 132/19 136/5
141/4 144/11 144/19 148/23 153/24 153/25
157/18 163/15 171/21 172/6 172/16 173/10
173/11 173/16 191/12 192/9 192/24
thank [38]  3/17 3/18 7/22 7/23 12/2 20/25
21/3 21/9 36/24 64/24 64/24 65/1 65/2 65/8
65/9 92/20 93/4 93/5 94/9 121/3 129/6 129/7
129/14 129/17 130/7 155/1 161/3 167/9
169/23 169/24 205/14 206/17 206/22 207/2
208/1 209/16 209/21 211/19
thanks [1]  166/16
Thanksgiving [1]  108/13
that's [104]
themes [1]  123/13
themselves [7]  35/2 99/14 135/10 176/21
191/13 192/11 208/14
theory [2]  8/5 9/15
there's [90]
therefore [8]  6/3 7/19 31/18 41/15 85/1
160/24 165/19 191/13
they'll [5]  28/9 141/11 153/13 195/6 210/25
they're [35]  8/16 14/16 14/24 17/17 17/25
20/17 27/6 28/25 29/1 30/8 46/13 71/10
74/18 75/5 75/8 75/23 76/10 84/13 84/21

87/21 87/21 99/13 101/14 102/6 103/24
108/20 114/16 135/11 136/14 139/12 152/6
152/6 155/6 202/14 202/24
they've [4]  53/10 70/2 146/4 146/4
Thieves [1]  128/8
thin [1]  136/12
thing [35]  4/3 13/20 16/14 40/2 45/1 48/21
51/6 55/11 62/6 68/12 77/2 78/14 78/18 87/6
94/14 100/10 102/15 104/21 113/19 117/21
126/25 139/12 139/13 141/16 142/3 150/3
154/7 162/22 164/1 164/8 166/10 166/14
201/2 201/4 202/8
things [65]  6/13 12/11 19/22 20/2 23/23 25/7
27/7 27/17 27/21 40/17 55/17 57/20 58/16
63/3 72/25 73/8 73/10 73/24 74/13 75/1
76/24 77/20 77/24 78/4 80/24 81/12 81/25
83/5 85/2 91/1 91/6 95/23 99/3 102/18
102/21 107/12 108/18 108/21 112/4 114/6
115/11 118/16 120/6 123/8 126/17 130/18
130/24 133/25 139/24 150/11 153/18 160/11
163/7 164/2 165/15 173/6 173/20 198/19
199/2 199/18 200/4 205/9 206/21 207/4
207/20
think [128]
thinking [2]  24/19 35/17
thinks [1]  102/5
thins [1]  159/6
third [13]  56/18 57/6 57/9 62/1 62/22 75/8
97/25 98/1 146/22 154/4 165/14 200/14
201/12
Thirty [1]  95/18
Thirty-four [1]  95/18
those [74]
though [17]  10/25 49/17 70/4 76/1 79/5
80/15 88/22 96/17 115/22 117/12 120/19
122/3 124/13 139/4 146/23 149/6 205/25
thought [38]  14/23 30/17 38/13 38/16 39/18
42/14 50/15 52/12 86/4 101/7 106/8 122/1
130/19 135/17 135/22 137/11 140/5 140/8
140/12 145/19 147/13 149/11 151/22 155/13
160/13 162/3 162/25 163/1 164/25 196/12
196/17 198/10 199/10 199/14 199/16 199/22
201/11 204/2
thousand [9]  42/5 57/17 59/20 91/20 141/1
143/9 143/10 153/20 162/10
thousands [18]  30/12 30/12 30/13 36/13 38/8
38/8 38/8 41/11 57/25 57/25 58/1 72/13
75/23 80/1 146/14 149/12 153/19 169/16
threatening [1]  103/10
three [24]  6/14 32/9 40/13 53/9 76/15 78/20
81/25 103/6 105/4 107/9 156/14 161/18
179/2 181/25 184/3 186/22 188/23 194/11
197/7 197/21 197/21 202/10 205/25 209/8
three-day [1]  105/4
threw [1]  84/18
through [48]  5/23 6/5 15/8 15/19 16/13 24/4
25/3 25/4 25/8 26/3 26/4 26/16 33/19 35/16
43/16 43/17 58/14 59/19 72/21 73/7 93/16
94/13 95/10 101/5 107/25 108/1 108/15
109/15 109/17 121/19 123/22 123/23 133/6
137/15 145/19 145/20 152/16 155/20 169/7
174/2 176/5 183/11 186/3 187/5 194/10
194/14 196/23 204/13
throughout [4]  2/20 2/23 66/17 69/11
throw [1]  126/10
throwing [2]  12/11 127/11
thrust [3]  8/7 9/20 9/23
Thursday [3]  53/16 54/9 126/11
tidbits [1]  115/8
Tiffany's [1]  74/7

# T

times [21] 7/25 24/5 24/14 25/2 25/3 26/4 31/6 35/16 53/9 67/7 76/11 76/12 87/18 103/23 104/5 107/24 132/17 132/19 142/4 167/3 200/17
Title [8] 175/25 176/2 176/4 176/6 176/8 176/10 183/18 186/14
titled [1] 47/9
today [5] 43/24 44/5 69/20 127/15 202/16
together [22] 37/13 37/15 50/12 53/11 76/23 90/25 99/13 107/7 107/9 107/23 110/9 122/9 123/24 131/18 132/3 136/14 139/12 139/20 154/9 195/20 209/7 209/12
told [115]
tomorrow [13] 128/23 202/16 205/5 207/8 207/11 207/18 209/2 209/10 209/17 209/21 210/9 210/11 211/21
tone [2] 138/19 142/24
tonight [3] 210/10 210/12 210/16
too [12] 20/2 46/1 46/22 49/13 50/3 52/24 74/19 81/15 96/17 137/24 139/8 201/23
took [29] 25/22 25/23 29/19 33/23 40/11 42/1 43/20 44/23 46/21 51/4 56/18 75/14 75/21 88/2 88/7 88/13 88/23 91/7 92/11 94/24 105/22 114/4 125/5 127/25 131/9 139/7 145/13 150/8 169/7
tool [1] 36/19
tools [2] 7/9 7/10
top [2] 53/20 147/23
topics [2] 159/17 176/25
torture [1] 122/24
total [2] 86/19 137/3
totally [2] 16/10 103/23
touch [4] 34/25 54/15 124/11 124/12
touched [1] 169/1
tough [1] 87/18
tour [4] 55/15 105/20 105/22 106/25
towards [1] 108/1
towels [1] 199/15
toy [2] 95/15 103/2
toys [1] 56/22
track [4] 113/9 144/19 166/23 166/24
trade [9] 117/22 117/25 118/6 118/11 132/14 154/7 155/6 166/12 185/22
traded [1] 113/4
tragedy [1] 55/6
trained [2] 50/9 71/25
trainer [1] 50/5
training [1] 48/11
Tramps [1] 128/8
transaction [23] 61/18 61/19 61/22 141/17 143/16 183/21 183/25 184/4 185/7 185/10 185/11 185/11 185/12 185/12 185/15 186/10 186/19 186/20 187/1 187/3 187/15 187/19 188/4
transactions [3] 169/7 169/9 183/17
transcript [3] 1/11 6/24 212/17
transcripts [9] 8/17 191/22 191/24 192/1 192/5 192/6 192/10 192/10 192/13
transfer [9] 51/22 52/13 122/17 123/8 164/1 164/8 185/8 185/21 187/4
transferred [5] 49/24 50/19 123/5 138/12 164/7
transferring [1] 124/2
transfers [2] 62/1 110/21
transgress [1] 10/14
transmission [1] 183/7
transmit [1] 178/16
transmits [1] 179/9
transmitted [3] 182/2 182/3 183/4
transpose [1] 11/13
trauma [1] 26/17
traumatic [1] 25/2
traumatized [1] 24/9
travel [1] 205/3
traveled [1] 121/16
travelers [1] 185/18
treat [2] 50/21 138/5
tremendous [1] 206/18
trial [18] 1/11 2/20 2/23 8/1 8/1 69/11 70/24 82/18 134/13 172/1 173/17 190/12 192/17 193/5 199/19 199/23 200/17 205/8
trick [1] 72/12
tried [5] 61/17 66/18 99/11 147/5 148/10
trip [2] 87/3 205/3
trivial [1] 189/12
trouble [3] 90/10 97/14 101/9
true [13] 33/15 51/25 68/2 84/6 96/7 106/11 119/19 131/9 138/23 141/8 150/1 167/20 172/14
trust [4] 28/3 28/3 38/5 187/8
trusted [3] 142/12 142/13 142/18
trusting [1] 26/18
truth [17] 98/16 99/6 99/8 105/1 105/2 108/21 116/5 154/6 158/1 172/24 173/1 173/19 179/20 179/22 182/12 182/14 194/1
truthful [3] 63/12 98/17 100/11
try [25] 16/18 17/10 17/11 20/9 20/15 32/24 33/3 33/7 70/10 89/22 97/5 99/10 100/8 120/24 125/18 126/6 126/10 139/10 147/12 177/23 193/19 207/12 208/9 209/14 210/4
trying [13] 24/2 66/24 92/8 95/13 98/5 113/7 117/9 117/21 118/8 124/11 139/17 142/21 166/23
Tschetter [21] 25/11 29/17 33/3 50/15 51/7 51/9 51/12 59/3 71/13 85/25 87/6 88/4 88/14 138/2 139/25 140/1 140/24 142/10 143/11 143/17 143/18
Tschetter's [1] 141/4
tumors [2] 24/2 60/19
turmoil [2] 26/5 150/19
turn [3] 30/6 30/8 145/23
turned [5] 50/6 136/19 138/7 151/19 197/5
turns [2] 141/22 199/4
TV [2] 83/25 84/1
twice [3] 67/9 70/9 85/19
twin [2] 48/9 48/14
twisted [1] 11/18
two [69] 4/19 5/14 6/14 11/16 11/19 11/21 12/4 12/22 13/15 14/11 15/15 40/9 41/20 42/17 43/23 50/19 53/9 60/6 65/17 67/15 69/1 71/10 71/13 75/1 84/9 88/10 93/9 93/10 93/10 93/13 100/17 101/13 103/6 104/14 105/4 106/9 110/16 110/16 115/8 124/19 124/20 126/2 127/3 127/11 131/21 141/16 143/10 163/12 169/19 177/7 177/22 178/1 178/25 181/23 183/24 184/7 185/24 186/20 188/21 194/12 195/10 195/10 196/9 197/5 202/23 208/6 209/8 210/2 211/11
type [2] 35/21 197/8
types [4] 52/15 80/17 110/17 135/3
Typewritten [1] 191/22
typo [1] 9/3

# U

U.S [2] 101/17 108/1
Ueda [2] 22/17 23/25 49/19 50/7 50/8
Uh [1] 53/8
ultimately [5] 136/22 142/20 142/25 148/14
155/12
unanimous [5] 125/20 126/6 193/14 194/15 195/14
unaware [1] 136/9
uncertain [1] 197/10
under [21] 9/16 9/22 62/12 103/9 114/16 115/3 125/6 132/10 132/23 134/1 137/5 145/12 146/22 147/10 147/24 155/19 169/1 169/16 174/9 183/20 188/22
undercover [2] 72/8 72/10
underscores [1] 168/22
understand [14] 3/8 3/11 14/23 18/3 44/6 69/23 96/14 98/16 137/10 146/24 147/25 158/22 173/8 201/19
understanding [10] 21/11 131/24 148/4 168/3 178/7 184/23 191/20 198/22 200/3 209/1
understands [1] 141/11
understood [3] 141/14 142/8 143/18
undone [2] 31/17 153/1
unduly [1] 192/21
unfortunate [2] 204/18 205/12
unfortunately [3] 30/22 92/7 117/11
unhappy [6] 36/14 38/3 103/12 103/13 103/14 205/20
unimportant [1] 174/1
unite [1] 140/7
united [30] 1/1 1/3 1/13 1/17 10/2 19/8 19/15 19/15 19/17 19/18 20/22 23/8 23/9 107/23 164/12 169/20 175/25 176/3 176/5 176/6 176/8 176/11 176/23 181/4 183/19 185/25 185/25 186/15 187/1 210/13
universe [4] 143/22 147/11 155/19 163/2
unlawful [25] 60/7 61/20 61/21 84/10 113/25 177/8 177/16 177/23 178/1 178/4 178/7 183/18 183/22 183/24 184/2 184/5 184/8 184/16 184/20 184/23 186/4 186/6 186/9 186/12 189/13
unlawful's [1] 114/1
unless [11] 4/11 15/20 102/10 102/10 115/2 116/11 195/14 198/12 199/17 203/25 209/7
unlike [2] 146/2 157/23
unlikely [1] 200/11
unlucky [1] 40/11
unnatural [1] 137/12
unquote [2] 134/8 140/23
unreliable [1] 192/14
unstable [5] 24/10 24/11 24/12 26/2 26/16
unthinkable [1] 41/23
until [20] 5/22 5/22 13/7 20/5 26/12 31/7 33/14 52/6 52/8 59/15 91/25 92/14 140/4 140/14 149/3 153/9 206/14 206/15 207/13 209/3
untrue [6] 179/20 182/11 189/7 189/8 189/9 189/10
untruth [1] 158/2
unusual [2] 124/20 137/12
upon [15] 5/9 16/15 19/22 20/15 21/17 35/23 89/23 130/20 135/1 171/10 173/24 191/12 191/15 192/8 198/17
ups [1] 152/16
upset [1] 120/2
urgency [4] 29/5 35/6 48/22 151/25
us [26] 6/7 12/6 19/21 21/10 25/5 37/19 40/10 50/14 52/9 89/25 104/6 106/4 106/15 106/21 111/17 113/20 117/10 122/24 195/12 195/19 198/12 206/10 206/15 207/7 207/18 207/21
used [36] 6/2 22/2 27/18 27/22 29/2 29/10 39/13 48/4 50/13 51/25 55/6 59/10 60/20

**U**

used... [23]  60/21 61/7 61/9 61/11 64/4 64/9 65/11 70/9 73/20 73/21 78/15 85/11 93/8 122/20 124/3 126/21 132/22 136/20 137/18 142/25 179/4 181/9 189/9
uses [1]  74/15
using [22]  23/4 30/7 47/22 51/11 60/16 61/1 76/10 76/20 77/12 81/13 97/7 136/9 137/17 148/2 148/3 161/6 178/23 179/15 181/21 182/7 183/5 189/10
usually [4]  180/10 180/15 181/10 182/24
utilities [1]  81/10
utilized [2]  133/1 169/13

**V**

V-a-n [1]  110/20
V-o-r-s-t [1]  110/20
vacuumed [1]  146/4
valid [2]  6/1 119/1
value [6]  28/2 100/18 184/4 186/22 189/16 189/17
valued [1]  58/4
Van [2]  56/25 110/19
various [2]  18/14 80/24
vast [1]  40/20
vault [2]  118/1 118/10
vaults [2]  117/24 118/6
vehicle [2]  137/19 151/5
vehicles [2]  63/16 137/18
verdict [23]  13/22 13/23 125/19 125/19 126/6 128/24 131/12 160/3 193/3 193/13 193/16 194/7 194/18 194/18 194/23 194/24 196/2 196/11 196/25 199/4 204/14 206/11 209/3
verdicts [1]  194/12
verify [1]  120/22
vernacular [1]  141/20
version [3]  7/12 143/15 163/24
very [41]  21/9 22/25 24/3 24/4 25/2 25/3 27/1 32/11 37/23 39/25 59/14 65/8 67/1 68/17 73/16 81/19 85/22 86/10 94/17 98/17 106/17 112/23 114/11 133/3 133/5 138/5 138/17 138/20 150/8 150/11 150/12 159/16 160/16 165/21 190/17 193/25 205/17 205/19 208/7 208/7 208/7
vice [2]  122/7 122/9
victim [43]  22/9 27/13 27/24 28/3 28/11 28/19 28/20 28/20 28/23 28/24 29/11 29/13 30/3 30/6 30/24 32/23 33/1 34/17 34/18 37/19 39/3 40/23 43/9 51/9 64/6 95/25 96/11 96/16 96/17 98/2 132/19 133/11 133/12 133/23 137/2 137/10 143/7 144/25 147/5 147/24 157/20 159/8 162/9
victim -- was [1]  133/11
victim's [5]  30/1 30/10 59/10 59/16 145/1
victimized [3]  52/24 158/25 167/2
victims [79]
victims' [2]  22/7 23/2
Victoria [6]  58/5 62/2 62/2 132/8 132/8 169/16
view [1]  20/16
violate [2]  9/7 190/8
violated [4]  62/15 128/15 189/2 190/3
violating [1]  175/18
violation [8]  175/25 176/2 176/4 176/6 176/8 176/10 183/18 186/14
violent [1]  119/5
Virginia [3]  18/15 75/12 105/15
virtually [2]  7/4 125/8

virtue [1]  135/15
visions [1]  123/9
visit [1]  138/4
visited [1]  108/10
vitro [1]  139/19
Vivian [25]  47/16 47/19 47/21 47/24 48/1 48/2 48/4 71/16 72/19 73/1 73/14 76/7 79/19 80/21 81/20 82/7 82/12 82/18 84/6 84/21 89/18 100/22 131/11 132/14 137/16
Vivian's [1]  82/4
voice [5]  68/6 94/11 138/17 138/19 142/25
Volkswagen [1]  113/3
Volume [1]  1/10
voluntarily [6]  9/6 46/25 46/25 175/8 175/12 190/7
Von [5]  104/9 162/7 162/11 162/15 162/19
Vorst [2]  56/25 110/20
vote [2]  70/21 128/21
voting [1]  195/9
vulnerability [1]  23/2
vulnerable [7]  22/24 23/23 26/2 27/7 27/13 35/24 63/24

**W**

wait [5]  206/10 206/14 207/3 207/15 209/12
waiting [4]  15/12 18/8 92/16 209/10
walk [4]  17/4 66/22 139/13 209/8
walked [25]  23/18 23/18 23/24 24/11 24/19 26/23 40/24 52/10 66/18 83/16 83/20 150/20
Walker [45]  22/20 23/6 40/23 40/24 42/2 42/3 42/8 42/11 42/13 42/19 43/8 43/13 43/15 44/23 47/7 51/8 51/10 59/2 59/5 71/12 73/9 82/23 90/23 90/24 91/18 94/15 95/8 95/10 96/21 117/7 117/10 125/11 137/22 138/12 143/7 144/13 148/17 150/20 167/19 167/20 167/22 168/3 168/9 168/13 168/17
Walker's [1]  31/9
walking [1]  17/7
walks [2]  23/15 23/16
Wall [1]  22/14
want [71]
want -- I [1]  11/25
wanted [37]  10/2 16/18 24/1 24/3 24/3 24/20 34/18 34/19 35/18 35/20 38/5 38/5 38/20 42/23 45/1 55/22 56/13 64/16 90/18 91/10 91/11 91/11 91/12 91/18 105/10 105/23 106/1 106/6 106/14 106/19 140/8 141/6 155/24 156/1 162/22 167/16 199/22
wanting [3]  41/2 122/24 142/21
wants [7]  4/11 27/10 109/14 157/1 157/14 165/18 196/25
Warner [1]  81/11
warning [4]  12/6 12/19 12/20 13/1
warnings [4]  12/3 12/4 12/14 13/4
warrant [1]  58/9
wasn't [39]  5/22 24/11 29/22 39/13 39/24 49/6 50/6 51/3 52/3 79/6 79/10 86/12 87/19 89/2 98/19 101/9 102/9 103/6 106/11 110/11 112/12 112/16 114/9 119/12 133/13 137/12 138/9 138/10 141/2 141/4 141/24 142/1 148/19 155/25 162/4 162/21 168/23 173/19 204/3
wasted [2]  31/18 48/19
watch [1]  16/10
watching [3]  83/25 84/1 84/2
Watts [3]  59/9 59/14 120/7
ways [2]  72/25 137/15
we'll [35]  2/7 9/12 13/5 16/20 19/22 19/25 20/1 20/3 65/6 65/8 65/17 65/24 73/10 93/2 93/20 98/21 129/13 141/11 195/6 195/21

204/1 204/6 204/13 206/12 206/25 207/1 207/20 208/7 208/10 209/20 209/24 210/6 210/7 211/20 211/20
we're [33]  2/4 14/4 15/12 15/15 18/11 19/14 19/24 20/22 40/23 43/2 66/3 66/13 66/23 66/24 67/1 76/20 78/8 78/21 88/4 92/21 93/25 94/7 111/1 112/13 120/11 152/25 195/21 199/18 200/18 202/22 203/24 207/14 208/6
we've [18]  5/14 8/14 19/17 31/18 32/12 53/3 67/8 73/7 77/13 80/18 95/17 95/17 153/22 164/23 166/15 194/7 197/6 209/25
weak [1]  150/6
weakness [1]  150/6
wealthy [2]  40/1 155/10
wear [1]  70/4
wearing [2]  16/16 18/1
wears [1]  67/16
wedding [1]  34/11
Wednesday [2]  53/16 54/9
week [6]  43/23 43/24 43/25 44/5 54/19 92/10
weekend [1]  66/20
weekends [1]  67/3
weeks [7]  32/9 53/18 66/18 128/2 204/19 204/22 205/9
weight [2]  172/11 192/23
Weiselberg [1]  1/20
welcome [9]  3/19 16/25 17/2 18/8 66/11 94/5 130/4 169/7 208/22
well [66]  3/8 15/24 27/8 32/2 45/15 46/18 46/22 46/23 52/22 53/6 53/8 65/14 72/10 74/2 75/13 80/7 80/15 87/15 90/22 96/16 98/20 99/21 115/18 115/19 120/4 121/11 122/12 123/1 123/19 126/11 132/4 135/4 135/7 136/17 138/5 140/4 141/9 144/12 145/17 146/17 146/21 146/23 147/7 151/6 152/17 152/19 153/23 154/22 155/4 158/3 160/7 160/11 160/16 160/20 161/20 161/24 165/11 165/17 165/20 189/13 197/23 199/7 199/16 200/1 200/10 204/15
went [60]  7/14 17/16 41/3 44/19 44/20 46/4 51/14 54/21 56/18 57/9 59/16 59/19 59/21 59/22 59/22 60/21 62/22 73/4 73/19 75/18 76/6 80/8 80/19 88/16 99/1 99/10 99/23 99/25 100/2 103/4 103/6 103/15 105/24 106/4 106/6 106/21 107/1 107/8 107/22 108/2 108/3 108/4 108/6 108/7 108/10 114/7 119/22 133/6 134/14 137/7 137/16 137/19 138/3 143/24 147/11 150/1 152/15 157/7 165/14 200/13
weren't [11]  24/25 33/1 35/17 36/5 82/11 100/20 100/24 101/8 114/6 115/16 198/11
west [10]  1/7 1/24 23/17 24/11 24/19 26/24 58/10 74/5 77/18 132/16
what's [8]  44/6 53/13 67/8 101/4 102/25 139/6 139/9 162/7
whatever [21]  8/11 23/4 27/10 35/16 46/24 57/17 67/12 71/22 80/12 83/24 84/13 86/22 90/2 91/4 102/12 113/22 116/19 117/12 132/20 157/11 206/14
whenever [4]  30/24 48/23 128/22 128/23
where [33]  9/4 54/10 54/13 54/14 56/17 59/19 69/24 74/7 77/9 96/19 98/9 100/25 102/15 105/14 107/7 110/1 112/14 119/17 125/18 138/16 139/15 141/10 142/4 143/5 156/7 156/13 156/17 157/7 159/16 161/9 161/23 181/11 202/20
Where'd [1]  59/12
where's [3]  90/19 98/7 111/9
whereabouts [1]  169/15

# W

wherever [1]  120/14
whether [55]  3/6 3/12 5/1 6/11 6/12 6/12
15/7 26/24 30/4 30/18 52/19 57/17 69/8
78/12 82/14 91/2 91/2 108/20 117/2 125/22
126/14 127/19 134/2 148/24 152/4 154/5
158/16 159/1 167/21 169/9 169/10 169/11
170/11 172/5 172/15 172/21 173/12 173/14
173/22 173/24 179/10 179/25 180/3 182/17
182/20 190/15 190/21 192/5 192/6 193/7
193/10 193/13 197/10 198/15 206/11
while [11]  16/24 40/13 52/17 68/9 95/13
97/20 105/25 171/2 175/15 176/24 193/19
White [4]  104/23 105/10 118/19 158/17
who's [10]  22/13 87/15 98/13 99/4 101/5
139/17 145/16 162/8 165/24 200/2
whoever [1]  81/11
whole [14]  61/23 65/16 69/11 116/10 123/8
134/2 139/5 154/7 157/13 162/22 166/11
170/20 172/18 206/7
whom [4]  17/18 38/6 38/7 46/10
whose [4]  22/18 49/21 115/1 134/21
why [57]  9/20 32/20 32/22 32/24 33/3 33/6
36/9 37/7 37/9 38/3 38/4 39/22 39/23 39/24
40/2 42/24 44/4 45/24 46/4 46/7 47/5 48/12
48/19 48/20 53/6 55/21 70/4 73/3 73/5 78/22
79/24 81/19 86/23 92/8 92/25 92/25 98/25
103/10 103/15 106/11 106/12 115/10 122/25
124/4 124/5 124/21 142/12 165/21 166/23
166/24 197/8 199/8 199/10 205/21 208/9
208/13 210/11
why'd [1]  33/2
wife [4]  100/23 112/7 122/2 122/2
willful [4]  126/24 130/17 174/24 190/11
willfully [19]  9/6 62/7 62/20 126/19 126/23
126/24 127/4 127/8 174/16 175/12 175/17
175/24 176/9 177/4 178/2 178/8 184/24
188/13 190/6
willfulness [3]  8/22 8/22 8/24
Williams [1]  205/13
willing [8]  25/13 25/19 30/8 41/4 41/6 102/18
171/14 207/14
win [1]  99/10
windows [1]  88/17
wine [1]  100/6
wire [34]  49/24 60/9 60/14 60/21 60/22 61/21
62/1 81/5 81/6 110/21 125/25 125/25 137/12
167/8 169/5 169/6 169/8 175/24 176/6 177/6
177/24 181/15 182/3 183/4 183/5 183/8
183/10 183/11 183/13 185/14 186/7 186/25
187/21 188/4
wire-transferred [1]  49/24
wire-transfers [2]  62/1 110/21
wires [3]  60/13 79/2 137/6
wish [3]  2/11 3/9 195/2
wished [1]  168/2
wishes [1]  2/8
witch [3]  41/25 139/17 168/5
withdraw [3]  210/2 210/7 210/14
withdrawal [3]  187/4 210/22 210/23
withdrawals [1]  134/19
withdrawn [1]  210/25
withdrew [1]  111/11
without [12]  8/8 18/1 18/25 27/24 37/2
101/21 110/24 171/15 174/5 178/3 184/19
197/24
witness [34]  7/7 17/18 20/12 34/15 34/20
34/22 67/24 82/24 83/2 98/5 101/20 102/15
102/19 104/9 107/16 130/14 135/21 147/19

157/3 157/19 172/16 172/18 172/22 172/23
172/25 173/2 173/4 173/5 173/8 173/13
173/15 173/16 173/19 173/21
witness' [1]  173/10
witnesses [28]  3/21 6/11 6/18 7/2 7/7 7/10
27/16 47/12 56/4 56/16 64/12 69/12 69/12
69/15 69/17 71/9 72/6 72/17 72/21 83/18
102/14 136/15 153/25 154/1 162/1 164/2
171/21 172/18
Wolfe [25]  25/9 37/19 38/12 38/13 38/16
38/19 38/22 40/6 58/25 59/1 59/4 71/11
95/18 97/1 97/21 143/20 146/7 146/24 147/5
147/10 147/17 148/2 148/10 149/13 149/18
Wolfe's [1]  147/4
Wolofsky [5]  57/10 57/15 62/2 63/15 75/17
79/8 80/9 112/21 134/17
woman [38]  22/17 23/1 23/6 23/22 24/1 24/8
24/21 28/23 36/12 37/23 38/9 38/10 38/10
41/24 49/19 49/21 50/1 109/14 140/7 140/9
140/12 144/9 145/6 146/6 146/7 146/8 146/9
146/10 146/15 150/9 150/12 151/22 155/7
155/12 157/8 157/8 157/23 165/1
women [2]  75/7 104/6
won't [4]  20/5 68/6 85/24 130/9
words [9]  21/12 55/23 55/24 82/5 84/10
174/23 177/8 184/8 193/14
wore [1]  69/20
work [85]
work's [1]  44/17
worked [16]  14/14 22/18 37/15 37/22 40/12
40/13 41/24 60/8 60/10 73/18 73/25 90/17
99/11 132/17 150/24 150/24
working [18]  37/12 37/24 37/25 40/6 40/7
43/13 46/11 75/7 89/15 96/18 97/21 99/13
112/19 131/18 136/14 139/20 144/16 152/19
works [4]  22/14 77/22 95/16 135/9
world [22]  50/9 104/25 106/16 107/15
117/22 117/25 118/6 118/11 121/9 121/12
121/16 124/1 154/7 155/6 157/11 157/13
158/1 158/4 158/5 158/7 158/10 166/12
worried [1]  51/17
worries [1]  112/19
worry [4]  36/22 145/24 155/9 155/10
worrying [1]  88/20
worse [1]  152/14
worst [1]  103/23
worth [2]  136/2 156/15
worthless [1]  49/16
wouldn't [4]  92/14 110/7 205/19 206/14
wow [1]  167/9
writer [3]  106/17 121/7 123/11
writes [2]  33/20 107/7
writing [5]  121/11 124/8 131/23 160/15
195/24
written [6]  62/11 68/18 75/25 81/4 136/3
188/21
wrong [23]  41/21 49/6 78/4 91/16 102/2
102/11 108/8 109/13 109/15 109/22 119/8
121/12 122/21 139/6 139/9 148/14 159/4
167/11 167/12 190/10 193/22 200/10 202/2
wrongdoing [1]  130/17
wrongful [1]  8/10
wrote [4]  43/10 111/13 142/25 162/24

# Y

y'all [1]  160/23
yeah [11]  43/23 53/17 53/20 53/23 53/23
76/12 110/4 110/10 119/25 120/11 158/9
year [34]  5/22 35/11 37/21 43/5 45/4 45/6
52/7 52/8 57/7 57/9 58/24 59/4 60/1 60/1

63/1 63/20 81/10 91/25 92/1 92/3 105/20
110/11 110/22 111/14 112/15 115/19 123/4
154/23 156/3 161/13 162/1 163/11 166/5
188/20
years [56]  22/17 32/13 33/25 35/1 35/10
37/23 37/25 38/3 38/7 41/20 43/5 47/17
47/19 53/3 55/1 58/21 62/10 74/5 75/4 75/5
75/6 76/5 79/18 86/11 95/18 96/17 97/6
101/18 103/5 103/6 103/19 109/8 111/1
111/1 111/19 111/20 111/21 112/20 115/23
135/16 135/17 135/17 135/19 143/21 143/25
155/5 160/2 160/10 160/17 161/21 163/11
163/12 164/19 164/23 164/24 188/11
yell [1]  120/3
yes [32]  2/10 2/21 2/24 3/3 3/7 3/10 3/13 4/7
11/4 12/24 13/3 13/19 16/25 18/12 26/1
31/24 45/14 45/18 53/16 66/4 66/7 116/17
169/12 187/24 196/7 197/4 208/18 208/25
210/19 211/4 211/14 211/15
yesterday [2]  4/1 6/20
yet [17]  42/25 50/25 57/8 62/24 63/19 65/5
93/6
York [26]  23/10 24/14 53/9 74/1 74/3 75/23
75/24 76/2 76/4 80/13 81/9 105/14 108/6
108/9 109/10 117/25 119/5 119/6 120/20
124/13 135/23 136/6 154/9 154/13 154/25
156/16
you'd [5]  32/14 53/4 205/16 205/20 206/21
you'll [28]  20/7 20/9 38/15 53/16 55/4 65/7
72/8 74/22 79/16 91/17 93/9 104/24 121/5
123/2 123/3 123/5 123/6 123/12 123/13
123/25 128/22 163/19 174/3 175/21 193/15
194/20 203/9 206/12
you're [39]  3/19 11/22 14/9 45/7 45/8 45/16
46/17 53/22 54/8 54/9 67/23 70/13 80/7
92/25 93/12 103/21 106/17 113/14 113/15
113/16 113/17 114/22 139/2 161/18 166/1
167/17 169/7 193/6 195/10 202/9 202/10
205/17 205/19 206/22 208/24 209/7 209/10
209/18 210/10
you've [57]  2/19 2/22 3/4 9/17 21/6 22/12
27/16 46/24 46/24 50/13 51/21 52/9 52/10
53/8 53/9 53/10 53/10 53/18 53/18 54/12
56/4 56/12 56/17 59/9 63/21 63/22 63/22
67/23 68/1 68/18 72/16 74/1 74/15 74/17
93/8 95/21 96/17 105/3 106/10 127/15
127/18 127/25 128/2 171/11 192/16 194/14
194/17 194/24 195/10 195/14 204/21 205/14
206/7 206/17 206/19 209/1 209/3
young [1]  106/24
yours [1]  44/11
yourself [5]  162/7 172/22 173/12 192/21
193/17
yourselves [3]  130/24 159/22 209/7