```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA

                   Case No. 11-80072-CR-MARRA

UNITED STATES OF AMERICA,     )
                              )
     GOVERNMENT,              )
                              )
     -v-                      )
                              )
ROSE MARKS,                   )
                              )
     DEFENDANT.               )    West Palm Beach, Florida
                              )    September 26, 2013
_____)


              Volume 19, Pages 1 - 15

         TRANSCRIPT OF JURY TRIAL PROCEEDINGS

         BEFORE THE HONORABLE KENNETH A. MARRA

              UNITED STATES DISTRICT JUDGE


Appearances:

FOR THE GOVERNMENT            Laurence M. Bardfeld, AUSA, and
                              Roger H. Stefin, AUSA
                              United States Attorney's Office
                              500 East Broward Boulevard
                              7th Floor
                              Fort Lauderdale, FL 33301

FOR THE DEFENDANT             Fred A. Schwartz, ESQ.
                              Kopelowitz, Ostrow, Ferguson
                              Weiselberg, Keechl
                              700 South Federal Highway,
                              Suite 200
                              Boca Raton, FL 33432

Reporter                      Stephen W. Franklin, RMR, CRR, CPE
(561)514-3768                 Official Court Reporter
                              701 Clematis Street
                              West Palm Beach, Florida  33401
                              E-mail:  SFranklinUSDC@aol.com
```

```
 1            (Call to the order of the Court.)
 2               THE COURT:  Please be seated, everyone.
 3               We're back on the record.  Ms. Marks is present
 4   with counsel.  Received a note from the jurors that they
 5   reached a verdict.  Are we ready to bring the jury in?
 6               MR. STEFIN:  Yes, Your Honor.
 7               MR. SCHWARTZ:  Yes, Your Honor.
 8               THE COURT:  Bring the jurors in, please.
 9         (The jury enters the courtroom at 2:20 p.m., after which
10   the following proceedings were had:)
11               THE COURT:  Welcome back, everyone.  Please be
12   seated, ladies and gentlemen.
13               Mr. Carroll, I understand you've reached a verdict;
14   is that correct?
15               A JUROR:  Yes, Your Honor.
16               THE COURT:  Would you please hand the verdict to
17   Ms. Ferrante, please.
18               All right.  Would you publish the verdict, please.
19               THE COURTROOM DEPUTY:  United States District
20   Court, Southern District of Florida, case number 11-80072
21   criminal Marra, United States of America versus Rose Marks.
22               Verdict:
23               We, the jury, find the Defendant, Rose Marks, as to
24   count 1, guilty.  As to count 2, guilty.  As to count 4,
25   guilty.  As to count 5, guilty.  As to count 6, guilty.  As
```

```
 1   to count 7, guilty.  As to Count 8, guilty.  As to Count 9,
 2   guilty.  As to Count 10, guilty.  As to count 11, guilty.  As
 3   to count 12, guilty.  As to count 13, guilty.  As to
 4   count 14, guilty.  As to count 15, guilty.
 5            So say we all, it's signed and dated by the
 6   foreperson, William G. Carroll.
 7            THE COURT:  Mr. Schwartz, would you like the jury
 8   polled?
 9            MR. SCHWARTZ:  I would, Your Honor.
10            THE COURT:  Ladies and gentlemen, Ms. Ferrante's
11   going to call upon each of you individually, and when she
12   calls upon you, please just answer yes or no.  She's going to
13   ask you whether this is your verdict as read, and just answer
14   yes or no, please.
15            THE COURTROOM DEPUTY:  Ashley Brezak, is the
16   verdict as read your verdict?
17            A JUROR:  Yes.
18            THE COURTROOM DEPUTY:  William Carroll, is the
19   verdict as read your verdict?
20            A JUROR:  Yes.
21            THE DEFENDANT:  Eileen Rowe, is the verdict as read
22   your verdict?
23            A JUROR:  Yes.
24            THE COURTROOM DEPUTY:  Terry Resk, is the verdict
25   as read your verdict?
```

```
 1                A JUROR:  Yes.
 2                THE COURTROOM DEPUTY:  Robert Trout, is the verdict
 3   as read your verdict?
 4                A JUROR:  Yes.
 5                THE COURTROOM DEPUTY:  Betty Hamilton, is the
 6   verdict as read your verdict?
 7                A JUROR:  Yes.
 8                THE COURTROOM DEPUTY:  Raymond Armstrong, is the
 9   verdict as read your verdict?
10                A JUROR:  Yes.
11                THE COURTROOM DEPUTY:  Ismael Gonzalez, is the
12   verdict as read your verdict?
13                A JUROR:  Yes.
14                THE COURTROOM DEPUTY:  Robert Pervenecki, is the
15   verdict as read your verdict?
16                A JUROR:  Yes.
17                THE COURTROOM DEPUTY:  Diane Gasc, is the verdict
18   as read your verdict?
19                A JUROR:  Yes.
20                THE COURTROOM DEPUTY:  Charles Roberson, is the
21   verdict as read your verdict?
22                A JUROR:  Yes.
23                THE COURTROOM DEPUTY:  And John Gandolfo, is the
24   verdict as read your verdict?
25                A JUROR:  Yes.
```

```
 1              THE COURT:  Ladies and gentlemen, on behalf of
 2   everyone involved in this case, I want to thank you for the
 3   tremendous sacrifice that you made to be with us for such a
 4   long period of time and perform such a very important civic
 5   responsibility.  So we all thank you for your time, your
 6   effort, and your service as jurors in this case.
 7              As I mentioned at the outset when we were selecting
 8   you, you were asked to perform a very important civic
 9   responsibility, and we thank you for taking on that
10   responsibility.  And those of you who have never been
11   involved in a jury trial before, hopefully, can appreciate
12   how important it is to have members of the community make
13   these important decisions.  So we thank you.
14              At this point you're free to discuss the case if
15   you choose to.  You're certainly free to review anything
16   that's been reported about the case.  I expect you're going
17   to see some articles that have already been prepared, and you
18   may actually be approached by individuals to discuss your
19   verdict.  It's up to you whether you want to talk to anyone
20   about it or not.  Entirely up to you.
21              So, again, it was a pleasure having you.  We thank
22   you for your service, and I wish you all good luck, and
23   you're discharged.  Good luck to you.  Thank you very much.
24        (The jury exits the courtroom.)
25              THE COURT:  All right.  Please be seated, everyone.
```

```
 1              I'm going to adjudicate the Defendant guilty of all
 2   counts consistent with the jury verdict.
 3              Ms. Marks, I am going to order a presentence
 4   investigation report to be prepared by the probation office
 5   for purpose of sentencing.  You will have an opportunity, if
 6   you choose to, to speak to the probation officer who's going
 7   to prepare that report.  You don't have to, but if you choose
 8   to assist in the preparation of the report, you may, and when
 9   you speak to the probation officer, if you choose to, your
10   attorney may be present with you at that time.
11              Once that report's prepared, you and your attorney
12   will have the opportunity to review that report and file
13   objections to anything in the report you believe is either
14   factually or legally incorrect, and we will discuss the
15   report and any objections to the report at the time of
16   sentencing, which I am going to schedule.
17              At this time, I'm going to schedule it for Monday,
18   December 9th, 2013, at 3:30 p.m. here in West Palm Beach.
19              So, Mr. Schwartz?
20              MR. SCHWARTZ:  Yes.
21              First of all, Judge, I understand that I have 14
22   days to move for a judgment notwithstanding the verdict.
23   I'll submit that in writing to the Court.
24              THE COURT:  All right.
25              MR. SCHWARTZ:  Second, I'd like to make an
```

```
 1    application under 3143 of Title 18 requesting that Your Honor
 2    make a finding that since the Defendant has not been engaging
 3    in the fortune-telling or spiritual advisory business for
 4    over two years, has no clients left, has no one to
 5    spiritually advise anymore, she's not a danger to the
 6    community, and since we know she doesn't have any assets
 7    left, we've had hearings on that, and we're all aware of
 8    that, there's nowhere she can go.
 9              She lived in two places all of her adult life,
10    either in Virginia or Florida.  Her family is in either
11    Virginia, Maryland or Florida.  The Government knows all of
12    her family and knows people who know all of her family.  So
13    there's nowhere she can flee or become a fugitive, so she's
14    not a risk of flight.
15              Your Honor has authority under 3143 to allow her to
16    remain, continue on bond pending sentencing.  The Defendant
17    has had for the last six or seven weeks a major problem with
18    her knee.  She hasn't been able to visit an orthopedic
19    surgeon, and she has very significant trouble walking, and
20    it's deteriorating all the time.  Because of the trial she
21    hasn't been able to visit a surgeon.
22              Perhaps optimistically, we made an appointment for
23    her with an orthopedic surgeon in Boca Raton for Monday at
24    9:45.  She can get decent treatment outside.
25              If she's incarcerated, particularly in the jail in
```

```
 1   West Palm Beach, there's no way she's going to get any
 2   adequate treatment for this impairment, and it's just going
 3   to continue to get worse.
 4           So I would request -- and Mrs. Marks has been at
 5   every hearing, even for any member of her family, even if she
 6   didn't have to be there, before Magistrate Vitunac, before
 7   Magistrate Hopkins, before yourself.  She's always obeyed the
 8   orders of the Court, except once having to do with
 9   telephones, and I'd ask Your Honor to consider allowing her
10   to remain free on bond at least pending sentence.
11           The other thing I would mention, Judge, is I know
12   we disagree on this, but I think that there is a significant
13   issue on appeal, that being to the extent -- the extent of
14   misconduct by the Government in the aggregate, and more
15   particularly, the failure to and perhaps the intentional
16   failure to memorialize interviews with alleged victims and
17   the extent that that has impaired my ability to effectively
18   cross-examine some of the witnesses in the area that I wanted
19   to.
20           I've had to abandon that area primarily because I
21   couldn't effectively cross-examine because I didn't have
22   initial reports.
23           I know Your Honor's ruled against me on that, and
24   usually Your Honor's right.  I'm hoping that a panel of the
25   Eleventh Circuit will agree with myself rather than you.  And
```

```
 1   if that were the case, that would a year or two from now, and
 2   Mrs. Marks would have already served a portion of her
 3   sentence.  So at least until sentencing, I'd ask Your Honor
 4   to allow her to be out on bond.
 5           THE COURT:  I'm going to deny your request.  I'm
 6   going to remand her.
 7           Anything else we need to discuss today?
 8           MR. SCHWARTZ:  Yes.  I think I heard you say you
 9   denied that request.
10           THE COURT:  Yes, I'm going to remand her.  I do not
11   believe by clear and convincing evidence you've proved that
12   she is not a flight risk or a danger to the community in view
13   of the evidence that's presented during the course of this
14   trial.
15           MR. SCHWARTZ:  And, Your Honor, I know that you
16   can't require or order the marshals what to do, but I know we
17   have a very good and sympathetic Marshals Service.  Is there
18   any way between now and December 9th that they can house
19   her -- we're looking at three months or more, or three months
20   anyway.
21           THE COURT:  Two.
22           MR. SCHWARTZ:  Two and a half months --
23           THE COURT:  I'll see if they can house her at the
24   FDC.
25           MR. SCHWARTZ:  Yes, if they can take her down to
```

```
 1   Miami, at least she can get medical treatment there.  If Your
 2   Honor can indicate at least a preference for that.
 3             THE COURT:  Is there any reason she can't?
 4             THE DEFENDANT:  Please, Your Honor.
 5             THE COURT:  Yes, we're going to try to get her to
 6   FDC, and, you know, the marshals understand they have an
 7   obligation to provide adequate medical care to all of their
 8   detainees, so I'm sure they'll give her adequate medical
 9   treatment.
10             MR. SCHWARTZ:  Thank you, Your Honor.
11             THE COURT:  Anything else?
12             I'm going to ask both parties to retrieve their
13   exhibits.  You're going to need to retrieve your exhibits and
14   maintain them for appellate purposes.
15             Anything else?
16             MR. STEFIN:  Judge, there is the procedure
17   regarding forfeiture, but I would be happen if we would just
18   handle that at another time.
19             THE COURT:  I assume we could do at another time.
20             MR. SCHWARTZ:  We can do it in writing, I think,
21   Judge.  We've done it that way before.
22             THE COURT:  Or we can have a hearing, if need be.
23   We can discuss that as we get closer to sentencing.
24             MR. SCHWARTZ:  Thank you.
25             Your Honor, one other thing.  In many other
```

```
 1   districts around the country they allow attorneys to, with
 2   the consent, of course, of the jurors, to talk to them after
 3   the case is over, to help the attorneys learn what was done
 4   correctly, incorrectly, the thinking of the jurors.  In this
 5   district, traditionally, that's been frowned upon.
 6            I'd ask Your Honor if we can have the opportunity
 7   to do that.
 8            THE COURT:  I would allow -- I think the jury's
 9   privacy should be maintained, and if there was an issue that,
10   for purposes of challenging the verdict, that might call for
11   interviewing the jurors --
12            MR. SCHWARTZ:  I'm not suggesting that.
13            THE COURT:  I understand.  I know you're just doing
14   it for curiosity, but -- and it's more of a curiosity issue
15   than a legal reason.  And I think the -- obviously, if a
16   juror talks to a member of the press, then you'll maybe get
17   some insight, but I think they should be free to make their
18   own decision whether they wish to speak to someone rather
19   than being approached by attorneys.  So I don't believe it
20   should be done.
21            Anything else?
22            MR. SCHWARTZ:  No, Your Honor.
23            MR. STEFIN:  No, Your Honor.
24            THE COURT:  All right.  Thank you.
25         (Proceedings concluded.)
```

```
                       * * * * *
                      I N D E X
Jury Verdict                                         2
                       * * * * *
                    E X H I B I T S
(None.)
                       * * * * *
                      CERTIFICATE
   I, Stephen W. Franklin, Registered Merit Reporter, and
Certified Realtime Reporter, certify that the foregoing is a
correct transcript from the record of proceedings in the
above-entitled matter.
   Dated this 12th day of NOVEMBER, 2013.


   /s/Stephen W. Franklin
   _____
   Stephen W. Franklin, RMR, CRR
```

| | | |
|---|---|---|
| **-** | always [1]  8/7 | civic [2]  5/4 5/8 |
| -v [1]  1/5 | am [2]  6/3 6/16 | clear [1]  9/11 |
| **/** | AMERICA [2]  1/3 2/21 | Clematis [1]  1/24 |
| /s/Stephen [1]  12/15 | another [2]  10/18 10/19 | clients [1]  7/4 |
| **1** | answer [2]  3/12 3/13 | closer [1]  10/23 |
| 10 [1]  3/2 | any [6] | community [3]  5/12 7/6 9/12 |
| 11 [1]  3/2 | anymore [1]  7/5 | concluded [1]  11/25 |
| 11-80072-CR-MARRA [1]  1/2 | anyone [1]  5/19 | consent [1]  11/2 |
| 12 [1]  3/3 | anything [6] | consider [1]  8/9 |
| 12th [1]  12/13 | anyway [1]  9/20 | consistent [1]  6/2 |
| 13 [1]  3/3 | aol.com [1]  1/25 | continue [2]  7/16 8/3 |
| 14 [2]  3/4 6/21 | appeal [1]  8/13 | convincing [1]  9/11 |
| 15 [2]  1/10 3/4 | Appearances [1]  1/15 | correct [2]  2/14 12/11 |
| 18 [1]  7/1 | appellate [1]  10/14 | correctly [1]  11/4 |
| 19 [1]  1/10 | application [1]  7/1 | couldn't [1]  8/21 |
| **2** | appointment [1]  7/22 | counsel [1]  2/4 |
| 200 [1]  1/21 | appreciate [1]  5/11 | count [14] |
| 2013 [3]  1/8 6/18 12/13 | approached [2]  5/18 11/19 | count 1 [1]  2/24 |
| 26 [1]  1/8 | area [2]  8/18 8/20 | Count 10 [1]  3/2 |
| 2:20 [1]  2/9 | Armstrong [1]  4/8 | count 11 [1]  3/2 |
| **3** | around [1]  11/1 | count 12 [1]  3/3 |
| 3143 [2]  7/1 7/15 | articles [1]  5/17 | count 13 [1]  3/3 |
| 33301 [1]  1/18 | Ashley [1]  3/15 | count 14 [1]  3/4 |
| 33401 [1]  1/24 | ask [5] | count 15 [1]  3/4 |
| 33432 [1]  1/22 | asked [1]  5/8 | count 2 [1]  2/24 |
| 3768 [1]  1/23 | assets [1]  7/6 | count 4 [1]  2/24 |
| 3:30 p.m [1]  6/18 | assist [1]  6/8 | count 5 [1]  2/25 |
| **5** | assume [1]  10/19 | count 6 [1]  2/25 |
| 500 [1]  1/17 | attorney [2]  6/10 6/11 | count 7 [1]  3/1 |
| 514-3768 [1]  1/23 | Attorney's [1]  1/17 | Count 8 [1]  3/1 |
| 561 [1]  1/23 | attorneys [3]  11/1 11/3 11/19 | Count 9 [1]  3/1 |
| **7** | AUSA [2]  1/16 1/16 | country [1]  11/1 |
| 700 [1]  1/21 | authority [1]  7/15 | counts [1]  6/2 |
| 701 [1]  1/24 | aware [1]  7/7 | course [2]  9/13 11/2 |
| 7th [1]  1/18 | **B** | COURT [6] |
| **8** | back [2]  2/3 2/11 | courtroom [2]  2/9 5/24 |
| 80072 [1]  2/20 | Bardfeld [1]  1/16 | CPE [1]  1/23 |
| **9** | Beach [4]  1/7 1/24 6/18 8/1 | CR [1]  1/2 |
| 9:45 [1]  7/24 | because [3]  7/20 8/20 8/21 | criminal [1]  2/21 |
| 9th [2]  6/18 9/18 | become [1]  7/13 | cross [2]  8/18 8/21 |
| **A** | before [6] | cross-examine [2]  8/18 8/21 |
| abandon [1]  8/20 | behalf [1]  5/1 | CRR [2]  1/23 12/16 |
| ability [1]  8/17 | being [2]  8/13 11/19 | curiosity [2]  11/14 11/14 |
| able [2]  7/18 7/21 | believe [3]  6/13 9/11 11/19 | **D** |
| above [1]  12/12 | Betty [1]  4/5 | danger [2]  7/5 9/12 |
| above-entitled [1]  12/12 | between [1]  9/18 | dated [2]  3/5 12/13 |
| actually [1]  5/18 | Boca [2]  1/22 7/23 | days [1]  6/22 |
| adequate [3]  8/2 10/7 10/8 | bond [3]  7/16 8/10 9/4 | December [2]  6/18 9/18 |
| adjudicate [1]  6/1 | both [1]  10/12 | December 9th [2]  6/18 9/18 |
| adult [1]  7/9 | Boulevard [1]  1/17 | decent [1]  7/24 |
| advise [1]  7/5 | Brezak [1]  3/15 | decision [1]  11/18 |
| advisory [1]  7/3 | bring [2]  2/5 2/8 | decisions [1]  5/13 |
| after [2]  2/9 11/2 | Broward [1]  1/17 | DEFENDANT [6] |
| again [1]  5/21 | business [1]  7/3 | denied [1]  9/9 |
| against [1]  8/23 | **C** | deny [1]  9/5 |
| aggregate [1]  8/14 | calls [1]  3/12 | detainees [1]  10/8 |
| agree [1]  8/25 | can't [2]  9/16 10/3 | deteriorating [1]  7/20 |
| alleged [1]  8/16 | care [1]  10/7 | Diane [1]  4/17 |
| allow [4]  7/15 9/4 11/1 11/8 | Carroll [3]  2/13 3/6 3/18 | didn't [2]  8/6 8/21 |
| allowing [1]  8/9 | case [8] | disagree [1]  8/12 |
| already [2]  5/17 9/2 | certainly [1]  5/15 | discharged [1]  5/23 |
| | CERTIFICATE [1]  12/8 | discuss [5] |
| | Certified [1]  12/10 | district [6] |
| | certify [1]  12/10 | districts [1]  11/1 |
| | challenging [1]  11/10 | doesn't [1]  7/6 |
| | Charles [1]  4/20 | doing [1]  11/13 |
| | choose [4]  5/15 6/6 6/7 6/9 | don't [2]  6/7 11/19 |
| | Circuit [1]  8/25 | done [3]  10/21 11/3 11/20 |
| | | down [1]  9/25 |

### D

**during** [1]  9/13

### E

**E-mail** [1]  1/25
**each** [1]  3/11
**East** [1]  1/17
**effectively** [2]  8/17 8/21
**effort** [1]  5/6
**Eileen** [1]  3/21
**either** [3]  6/13 7/10 7/10
**Eleventh** [1]  8/25
**else** [4]  9/7 10/11 10/15 11/21
**engaging** [1]  7/2
**enters** [1]  2/9
**Entirely** [1]  5/20
**entitled** [1]  12/12
**ESQ** [1]  1/19
**even** [2]  8/5 8/5
**every** [1]  8/5
**everyone** [4]  2/2 2/11 5/2 5/25
**evidence** [2]  9/11 9/13
**examine** [2]  8/18 8/21
**except** [1]  8/8
**exhibits** [2]  10/13 10/13
**exits** [1]  5/24
**expect** [1]  5/16
**extent** [3]  8/13 8/13 8/17

### F

**factually** [1]  6/14
**failure** [2]  8/15 8/16
**family** [4]  7/10 7/12 7/12 8/5
**FDC** [2]  9/24 10/6
**Federal** [1]  1/21
**Ferguson** [1]  1/20
**Ferrante** [1]  2/17
**Ferrante's** [1]  3/10
**file** [1]  6/12
**finding** [1]  7/2
**First** [1]  6/21
**FL** [2]  1/18 1/22
**flee** [1]  7/13
**flight** [2]  7/14 9/12
**Floor** [1]  1/18
**FLORIDA** [6]
**following** [1]  2/10
**foregoing** [1]  12/10
**foreperson** [1]  3/6
**forfeiture** [1]  10/17
**Fort** [1]  1/18
**fortune** [1]  7/3
**fortune-telling** [1]  7/3
**Franklin** [4]  1/23 12/9 12/15 12/16
**Fred** [1]  1/19
**free** [4]  5/14 5/15 8/10 11/17
**frowned** [1]  11/5
**fugitive** [1]  7/13

### G

**Gandolfo** [1]  4/23
**Gasc** [1]  4/17
**gentlemen** [3]  2/12 3/10 5/1
**give** [1]  10/8
**going** [16]
**Gonzalez** [1]  4/11
**good** [3]  5/22 5/23 9/17
**GOVERNMENT** [4]  1/4 1/16 7/11 8/14
**guilty** [15]

### H

**half** [1]  9/22
**Hamilton** [1]  4/5
**hand** [1]  2/16
**handle** [1]  10/18
**happen** [1]  10/17
**hasn't** [2]  7/18 7/21
**having** [2]  5/21 8/8
**heard** [1]  9/8
**hearing** [2]  8/5 10/22
**hearings** [1]  7/7
**help** [1]  11/3
**here** [1]  6/18
**Highway** [1]  1/21
**Honor** [16]
**Honor's** [2]  8/23 8/24
**HONORABLE** [1]  1/12
**hopefully** [1]  5/11
**hoping** [1]  8/24
**Hopkins** [1]  8/7
**house** [2]  9/18 9/23

### I

**I'd** [4]  6/25 8/9 9/3 11/6
**I'll** [2]  6/23 9/23
**I'm** [9]
**I've** [1]  8/20
**impaired** [1]  8/17
**impairment** [1]  8/2
**important** [4]  5/4 5/8 5/12 5/13
**incarcerated** [1]  7/25
**incorrect** [1]  6/14
**incorrectly** [1]  11/4
**indicate** [1]  10/2
**individually** [1]  3/11
**individuals** [1]  5/18
**initial** [1]  8/22
**insight** [1]  11/17
**intentional** [1]  8/15
**interviewing** [1]  11/11
**interviews** [1]  8/16
**investigation** [1]  6/4
**involved** [2]  5/2 5/11
**Ismael** [1]  4/11
**issue** [3]  8/13 11/9 11/14
**it's** [5]

### J

**jail** [1]  7/25
**John** [1]  4/23
**JUDGE** [5]
**judgment** [1]  6/22
**juror** [1]  11/16
**jurors** [6]
**jury** [9]
**jury's** [1]  11/8
**just** [5]

### K

**Keechl** [1]  1/20
**KENNETH** [1]  1/12
**knee** [1]  7/18
**know** [8]
**knows** [2]  7/11 7/12
**Kopelowitz** [1]  1/20

### L

**ladies** [3]  2/12 3/10 5/1
**last** [1]  7/17

**Lauderdale** [1]  1/18
**Laurence** [1]  1/16
**learn** [1]  11/3
**least** [4]  8/10 9/3 10/1 10/2
**left** [2]  7/4 7/7
**legal** [1]  11/15
**legally** [1]  6/14
**life** [1]  7/9
**lived** [1]  7/9
**long** [1]  5/4
**looking** [1]  9/19
**luck** [2]  5/22 5/23

### M

**Magistrate** [2]  8/6 8/7
**mail** [1]  1/25
**maintain** [1]  10/14
**maintained** [1]  11/9
**major** [1]  7/17
**MARKS** [7]
**MARRA** [3]  1/2 1/12 2/21
**marshals** [3]  9/16 9/17 10/6
**Maryland** [1]  7/11
**matter** [1]  12/12
**maybe** [1]  11/16
**me** [1]  8/23
**medical** [3]  10/1 10/7 10/8
**member** [2]  8/5 11/16
**members** [1]  5/12
**memorialize** [1]  8/16
**mention** [1]  8/11
**mentioned** [1]  5/7
**Merit** [1]  12/9
**Miami** [1]  10/1
**might** [1]  11/10
**misconduct** [1]  8/14
**Monday** [2]  6/17 7/23
**months** [3]  9/19 9/19 9/22
**move** [1]  6/22
**Mr.** [3]  2/13 3/7 6/19
**Mr. Carroll** [1]  2/13
**Mr. Schwartz** [2]  3/7 6/19
**Mrs.** [2]  8/4 9/2
**Mrs. Marks** [2]  8/4 9/2
**Ms.** [4]  2/3 2/17 3/10 6/3
**Ms. Ferrante** [1]  2/17
**Ms. Ferrante's** [1]  3/10
**Ms. Marks** [2]  2/3 6/3
**much** [1]  5/23
**myself** [1]  8/25

### N

**need** [3]  9/7 10/13 10/22
**never** [1]  5/10
**no** [8]
**None** [1]  12/6
**note** [1]  2/4
**notwithstanding** [1]  6/22
**NOVEMBER** [1]  12/13
**nowhere** [2]  7/8 7/13
**number** [1]  2/20
**number 11-80072** [1]  2/20

### O

**obeyed** [1]  8/7
**objections** [2]  6/13 6/15
**obligation** [1]  10/7
**obviously** [1]  11/15
**office** [2]  1/17 6/4
**officer** [2]  6/6 6/9

**O**

Official [1]   1/23
once [2]   6/11 8/8
one [2]   7/4 10/25
opportunity [3]   6/5 6/12 11/6
optimistically [1]   7/22
order [3]   2/1 6/3 9/16
orders [1]   8/8
orthopedic [2]   7/18 7/23
Ostrow [1]   1/20
outset [1]   5/7
outside [1]   7/24
over [2]   7/4 11/3
own [1]   11/18

**P**

p.m [2]   2/9 6/18
Pages [1]   1/10
Palm [4]   1/7 1/24 6/18 8/1
panel [1]   8/24
particularly [2]   7/25 8/15
parties [1]   10/12
pending [2]   7/16 8/10
people [1]   7/12
perform [2]   5/4 5/8
perhaps [2]   7/22 8/15
period [1]   5/4
Pervenecki [1]   4/14
places [1]   7/9
please [10]
pleasure [1]   5/21
point [1]   5/14
polled [1]   3/8
portion [1]   9/2
preference [1]   10/2
preparation [1]   6/8
prepare [1]   6/7
prepared [3]   5/17 6/4 6/11
present [2]   2/3 6/10
presented [1]   9/13
presentence [1]   6/3
press [1]   11/16
primarily [1]   8/20
privacy [1]   11/9
probation [3]   6/4 6/6 6/9
problem [1]   7/17
procedure [1]   10/16
proceedings [4]   1/11 2/10 11/25 12/11
proved [1]   9/11
provide [1]   10/7
publish [1]   2/18
purpose [1]   6/5
purposes [2]   10/14 11/10

**R**

rather [2]   8/25 11/18
Raton [2]   1/22 7/23
Raymond [1]   4/8
reached [2]   2/5 2/13
read [13]
ready [1]   2/5
Realtime [1]   12/10
reason [2]   10/3 11/15
Received [1]   2/4
record [2]   2/3 12/11
regarding [1]   10/17
Registered [1]   12/9
remain [2]   7/16 8/10
remand [2]   9/6 9/10

report [7]
report's [1]   6/11
reported [1]   5/16
Reporter [4]   1/23 1/23 12/9 12/10
reports [1]   8/22
request [3]   8/4 9/5 9/9
requesting [1]   7/1
require [1]   9/16
Resk [1]   3/24
responsibility [3]   5/5 5/9 5/10
retrieve [2]   10/12 10/13
review [2]   5/15 6/12
right [5]
risk [2]   7/14 9/12
RMR [2]   1/23 12/16
Roberson [1]   4/20
Robert [2]   4/2 4/14
Roger [1]   1/16
ROSE [3]   1/6 2/21 2/23
Rowe [1]   3/21
ruled [1]   8/23

**S**

sacrifice [1]   5/3
say [2]   3/5 9/8
schedule [2]   6/16 6/17
Schwartz [3]   1/19 3/7 6/19
seated [3]   2/2 2/12 5/25
Second [1]   6/25
selecting [1]   5/7
sentence [2]   8/10 9/3
sentencing [5]
September [1]   1/8
served [1]   9/2
service [3]   5/6 5/22 9/17
seven [1]   7/17
SFranklinUSDC [1]   1/25
she's [6]
should [3]   11/9 11/17 11/20
signed [1]   3/5
significant [2]   7/19 8/12
since [2]   7/2 7/6
six [1]   7/17
someone [1]   11/18
South [1]   1/21
SOUTHERN [2]   1/1 2/20
speak [3]   6/6 6/9 11/18
spiritual [1]   7/3
spiritually [1]   7/5
STATES [6]
Stefin [1]   1/16
Stephen [4]   1/23 12/9 12/15 12/16
Street [1]   1/24
submit [1]   6/23
such [2]   5/3 5/4
suggesting [1]   11/12
Suite [1]   1/21
sure [1]   10/8
surgeon [3]   7/19 7/21 7/23
sympathetic [1]   9/17

**T**

take [1]   9/25
taking [1]   5/9
talk [2]   5/19 11/2
talks [1]   11/16
telephones [1]   8/9
telling [1]   7/3
Terry [1]   3/24
thank [9]

that's [3]   5/16 9/13 11/5
there's [3]   7/8 7/13 8/1
they'll [1]   10/8
thing [2]   8/11 10/25
think [6]
thinking [1]   11/4
those [1]   5/10
three [2]   9/19 9/19
Title [1]   7/1
today [1]   9/7
traditionally [1]   11/5
transcript [2]   1/11 12/11
treatment [4]   7/24 8/2 10/1 10/9
tremendous [1]   5/3
trial [4]   1/11 5/11 7/20 9/14
trouble [1]   7/19
Trout [1]   4/2
try [1]   10/5
two [5]

**U**

under [2]   7/1 7/15
understand [4]   2/13 6/21 10/6 11/13
UNITED [6]
until [1]   9/3
upon [3]   3/11 3/12 11/5
us [1]   5/3
usually [1]   8/24

**V**

verdict [35]
versus [1]   2/21
very [5]
victims [1]   8/16
view [1]   9/12
Virginia [2]   7/10 7/11
visit [2]   7/18 7/21
Vitunac [1]   8/6
Volume [1]   1/10

**W**

walking [1]   7/19
want [2]   5/2 5/19
wanted [1]   8/18
we're [4]   2/3 7/7 9/19 10/5
we've [2]   7/7 10/21
weeks [1]   7/17
Weiselberg [1]   1/20
Welcome [1]   2/11
West [4]   1/7 1/24 6/18 8/1
whether [3]   3/13 5/19 11/18
who's [1]   6/6
William [2]   3/6 3/18
wish [2]   5/22 11/18
witnesses [1]   8/18
worse [1]   8/3
writing [2]   6/23 10/20

**Y**

year [1]   9/1
years [1]   7/4
yes [22]
you'll [1]   11/16
you're [6]
you've [2]   2/13 9/11
yourself [1]   8/7