UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80072-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROSE MARKS, et al,

    Defendants.
_____/

### ORDER ON REQUEST FOR ACCESS TO TRIAL EXHIBITS

THIS CAUSE is before the Court upon a Request for Access to Audio Exhibits filed by Luis Felipe Gomm Santos of MA Productions **[DE 1251]**. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that Mr. Santos' request is DENIED. The Clerk's Office does not have the requested exhibits. Upon completion of the trial on September 26, 2013, all exhibits were returned to the parties. *See* DE 1014 and 1015. The Court cannot provide Mr. Santos with what it does not have.

DONE AND ORDERED in West Palm Beach, Florida this 27th day of July, 2023.

KENNETH A. MARRA
United States District Judge

Copies provided to:

    All counsel

Case 9:11-cr-80072-KAM   Document 1252   Entered on FLSD Docket 07/28/2023   Page 2 of 2